# EXHIBIT A

1903 Lease

*[Handwritten endorsement, rotated sideways:]*

No. 26026

Received in Newport, R. I., for record, February 15, 1903 at 11 H. 6 A. M. A. X., and recorded this 15th day of February, 1903 in Volume 81 of Land at pages 141 to 145 — by

David Sloan
City Clerk

THIS INDENTURE, made the 2nd day of February, one thousand nine hundred and three BETWEEN L. NAPOLEON LEVY, DAVID de MEZA, ALBERT J. ELIAS; ALFRED LYONS, HENRY H. EELAIS, EDGAR J. NATHAN, and SAMUEL L. HYMAN, as Trustees, and N. TAYLOR PHILLIPS, as Trustee, all of the City of New York, parties of the first part, and the CONGREGATION JESHUAT ISRAEL, of the City of Newport, Rhode Island, party of the second part

WITNESSETH,

That the said parties of the first part have letten, and by these presents do grant, demise, and to farm let, unto the said party of the second part, ALL that certain tract of land, with the building thereon, situate lying and being in the City of Newport, State of Rhode Island whereon the Jewish Synagogue now stands, bounded and described as follows: SOUTHERLY on Touro Street, Ninety two and Forty-six One Hundreths Feet; EASTERLY on land of the Newport Historical Society, One Hundred and Nine and Eight tenths Feet; NORTHERLY on Barney Street, Ninety and Sixty-five One Hundreths Feet; and WESTERLY on land of George P. Lawton; be said dimensions more or less. With the appurtenances *and paraphernalia belonging thereto* for the term of five years from the first day of February one thousand nine hundred and three at the annual rent or sum of One Dollar to be paid in equal yearly payments in advance on the 1st day of February in each year.

AND it is agreed that if any rent shall be due and unpaid, or if default shall be made in any of the covenants herein contained, then it shall be lawful for the said parties of the first part to re-enter the said premises and the same to have again, repossess and enjoy.

AND the said party of the second part does covenant to pay to the said parties of the first part the

-3-

said yearly rent as herein specified.

AND the said party of the second part further covenants that it will not assign this lease, nor let or underlet the whole or any part of the said premises, nor make any alterations therein without the written consent of the said parties of the first part under the penalty of forfeiture and damages; and that it will not occupy or use the saidpremises, nor permit the same to be occupied or used for any purpose other than herein stated, without the like consent under the like penalty.

This lease and the term hereby granted is made upon the express covenant and condition that the party of the second part will cause the same to be used and occupied for the maintenance therein of the usual and stated religious services according to the ritual rites and customs of the Orthodox Spanish and Portugese Jews as at this time practiced in the Synagogue of the Congregation Shearith Israel, in the City of New York.

It is further agreed that before any Minister can officiate in said Synagogue, his appointment to the position must first be approved of in writing by a majority of the parties of the first part, or of their successors.

AND at the expiration of the said term the said party of the second part will quit and surrender the premises hereby demised, in as good state and condition as reasonable use and wear thereof will permit, damages by the elements excepted.

It is further agreed by and between the parties hereto, that should any of the covenants, conditions or agreements herein stated, be violated by the party of the second part, then and in that event the term hereby granted shall cease and determine and this Lease shall become null and void and the parties of the first part shall re-enter

-4-

into possession of said premises and may oust the party of the second part therefrom or may recover possession of the same in any appropriate action as against a tenant holding over his term.

And the said parties of the first part do covenant that the said party of the second part, on paying the said yearly rent, and performing the covenants aforesaid, shall and may peaceably and quietly have, hold and enjoy the said demised premises for the term aforesaid.

AND IT IS FURTHER UNDERSTOOD AND AGREED, that the covenants and agreements contained in the within Lease are binding on the parties hereto and their legal representatives.

Sealed and delivered
in the presence of

[signatures]

```
STATE    OF  NEW  YORK )
CITY     OF  NEW  YORK ) SS.
COUNTY   OF  NEW  YORK )
```

On the Tenth day of February in the year nineteen hundred and three before me personally came L. Napoleon Levy, David de Meza, Albert J. Elias, Alfred Lyons, Henry R. Baldo, Edgar J. Nathan, Samuel L. Hyman and N. Taylor Phillips to me known and known to me to be the individuals described in and who executed the foregoing instrument and who acknowledged that they executed the same.

Louise A. Littrell
Notary Public,
N.Y. City Court ...

State of Rhode Island
Newport &c.

At Newport on this 18th day of February A.D. 1903 personally appeared the above named Julius Engel, Israel J. Josephson and David Frank, and acknowledged the foregoing instrument to be the free act and deed of their said Congregation Jeshuat Israel and their own free act and deed, as a Committee

Before me
W. P. Chuffuith,
Notary Public

At a Special Meeting of the Board of Trustees of the Congregation Jeshuat Israel held at Newport, Rhode Island, on the ___ day of February, 1903, the following was unanimously passed:

WHEREAS, All matters in difference between this Congregation and L. Napoleon Levy and others, Trustees, owners of the Synagogue building at Newport, have been amicably settled and adjusted by Messrs. Engel, Josephson and Frant, a Committee authorized to confer with the said Trustees; and

WHEREAS, The said Committee having reported the terms of said adjustment, it is now

RESOLVED, That the _____ and _____ of this Congregation be and they hereby are authorized and directed to surrender the possession of the Synagogue building, premises and paraphernalia belonging thereto at Newport, to the said Trustees, owners of the property, and to agree upon the terms and provisions of a lease from said Trustees to this Congregation for the term of five years from February 1, 1903, at the nominal rent of one dollar yearly, in form satisfactory to the landlord.