# EXHIBIT B

1700

Lease of the Touro lands
buildings by Jeshuat Israel
For Shearith Israel

1908 Lease

1908

THIS INDENTURE, made the 1st day of January, one thousand nine hundred and eight, between L. Napoleon Levy, Ernest A. Cardozo, Albert J. Elias, Alfred Lyons, Henry Belais, Gratz Nathan, Samuel L. Hyman, and N. Taylor Phillips, as Trustees, all of the city of New York, parties of the first part, and the Congregation Jeshuat Israel of the city of Newport, Rhode Island, party of the second part:

WITNESSETH, that the said party of the first part have letten, and by these presents do grant, demise and to farm, let, unto the said party of the second part, ALL that certain tract of land, with the building thereon, situate, lying and being in the city of Newport, State of Rhode Island, whereon the Jewish Synagogue now stands, bounded and described as follows: Southerly on Touro Street, ninety-two and forty six one-hundredths feet; Easterly on land of the Newport Historical Society, one hundred and nine and eight tenths feet; Northerly on Barney Street, ninety and sixty-five one hundredths feet; and Westerly on land of George P. Lawton; be said measurements more or less. With the appurtenances and paraphernalia belonging thereto, for the term of five years from the first day of February, one thousand nine hundred and eight, at the <u>annual rental or sum of one dollar</u> to be paid in equal yearly payments in advance on the first day of February in each year.

AND it is agreed that if any rent shall be due and unpaid or if default shall be made in any of the covenants herein contained, then it shall be lawful for the said parties of the first part to re-enter the said premises and the same to have again, repossess and enjoy.

AND the said party of the second part does covenant to pay

to the said parties of the first part the said yearly rent as herein specified.

AND the said party of the second part further covenants that it will not assign this lease, nor let or underlet the whole or any part of the said premises, nor make any alterations thereon without the written consent of the said parties of the first part under the penalty of forfeiture and damages; and that it will not occupy or use the said premises, nor permit the same to be occupied or used for any purpose other than herein stated, without the like consent under the like penalty.

This lease and the terms hereby (contained or) granted is made upon the express covenant and condition that the party of the second part will cause the same to be used and occupied for the maintenance therein of the usual and stated <u>religious services according to the ritual rites and customs of the Orthodox Spanish and Portugese Jews as at this time practised in the Synagogue of the Congregation Shearith Israel in the city of New York</u>.

It is further agreed that before any <u>minister</u> can officiate in said synagogue, his <u>appointment</u> to the position must first be <u>approved of in writing by a majority of the parties of the first part</u>, or of their successors.

And at the expiration of the said term, the said party of the second part will quit and surrender the premises hereby demised, in as good state and condition as reasonable use and wear thereof will permit, damages by the elements excepted.

It is further agreed by and between the parties hereto, that should any of the covenants, conditions or agreements herein stated, be violated by the party of the second part, then and in that event the term hereby granted shall cease and determine and this lease shall become null and void and the parties of the firs

part shall re-enter into possession of the said premises and may oust the party of the second part therefrom or may recover possession of the same in any appropriate action as against a tenant holding over his term.

And the said parties of the first part do covenant that the said party of the second part, on paying the said yearly rent, and performing the covenants aforesaid, shall and may peaceably and quietly have, hold and enjoy the demised premises for the term aforesaid.

And it is further understood and agreed, that the covenants and agreements contained in the within lease are binding on the parties hereto and their legal representatives.

Sealed and delivered
in presence of

*[signatures, including: Henry Belais, Albert J. Elias, Ernest Hardy, Alfred Lyons, and others]*

State of New York,
City and county of New York, ss.

On this 20th day of January, in the year nineteen hundred and eight, before me personally came L. Napoleon Levy, Ernest A. Cardozo, Albert J. Elias, Alfred Lyons, Henry Belais, Gratz Nathan, Samuel L. Hyman and N. Taylor Phillips, to me known and known to me to be the persons described in and who executed the foregoing instrument and they severally acknowledged that they executed the same.

*Lewis A. Mitchell*
Notary Public
NY County (105)

State of Rhode Island,
City and county of Newport, ss.

On this 14th day of January, nineteen hundred and eight, before me personally appeared Julius Engel and Jacob Aronson, president and secretary of the congregation Jeshuat Israel, to me known and known to me to bhe the said officers of said congregation, a corporation under the laws of the state of Rhode Island and they severally acknowledged that the seal affixed hereto is the seal of said corporation and they executed the foregoing instrument on behalf of said corporation and that it is the free act and deed of said corporation.

Before me
*[signature]*
Notary public