# EXHIBIT E

# EDWARDS WILDMAN

EDWARDS WILDMAN PALMER LLP
2800 FINANCIAL PLAZA
PROVIDENCE, RI 02903
+1 401 274 9200 main +1 401 276 6611 fax
edwardswildman.com

Deming E. Sherman
+1 401 276 6443
*fax* +1 888 325 9061
dsherman@edwardswildman.com

June 29, 2012

VIA FEDERAL EXPRESS AND E-MAIL

B. Schlessinger Ross, Co-President
Saul Woythaler, Co-President
Congregation Jeshuat Israel
1 Gordon Street
Newport, RI 02840

Re: **Congregation Shearith Israel**

Dear Ms. Ross and Mr. Woythaler:

This letter is written on behalf of Congregation Shearith Israel of New York, New York.

As you know, Congregation Shearith Israel is the owner of the Touro Synagogue, including the personal property therein, in Newport, Rhode Island, and Congregation Jeshuat Israel is the lessee of the property. It has come to our attention that Congregation Jeshuat Israel is preparing to offer for sale a set of silver and brass Myer Myers rimonim. We advise you that these rimonim are the property of Congregation Shearith Israel and may not be offered for sale without its consent, which consent has not been granted. These rimonim have been leased to Congregation Jeshuat Israel since 1903, and title has never been conveyed to your Congregation. As a result, any sale of these rimonim will be void because your Congregation does not have title to these items.

Accordingly, Congregation Shearith Israel hereby demands that Congregation Jeshuat Israel immediately cease and desist from offering these rimonim for sale or other transfer. The Congregation further demands that you notify any agents and/or prospective purchasers to cease efforts relating to any sale of the rimonim.

Representatives of Congregation Shearith Israel are willing to meet with you and other members of your Congregation forthwith to discuss this demand. In the absence of an agreement by your Congregation to withdraw these rimonim from sale immediately, Congregation Shearith Israel will be forced to take legal action to enjoin the sale or other transfer of these rimonim.



B. Schlessinger Ross, Co-President
Saul Woythaler, Co-President
June 29, 2012
Page 2

Please respond as soon as you receive this letter. Thank you.

Very truly yours,

Deming E. Sherman
Attorney for Congregation Shearith Israel

cc: Zalman D. Newman, Esq. (by Federal Express)

America 17020274.1