# EXHIBIT F



EDWARDS WILDMAN PALMER LLP
2800 FINANCIAL PLAZA
PROVIDENCE, RI 02903
+1 401 274 9200 main  +1 401 276 6611 fax
edwardswildman.com

Deming E. Sherman
+1 401 276 6443
*fax* +1 888 325 9061
dsherman@edwardswildman.com

July 19, 2012

**VIA E-MAIL and FIRST CLASS MAIL**

David M. Gilden, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Re:   Congregation Shearith Israel, Congregation Jeshuat Israel

Dear David:

This is to confirm the schedule we agreed upon this morning. The parties agree to exchange documents on or before August 3, 2012, with the intention of providing each party with all relevant documents related to ownership of the rimonim, and agree to have a conference call on or about August 15, 2012, to discuss the conclusions of each party resulting from review of the documents.

It is further agreed that if the Congregation Jeshuat Israel takes any further action to sell the rimonim, it will give us 30 days' notice. If there is an urgency that requires action more quickly, you will give us at least 15 days' notice.

Sincerely,

Deming E. Sherman

cc   Michael Katz, Esq.
     Louis Solomon, Esq.
     Ralph Sutton, Esq.