# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CONGREGATION JESHUAT ISRAEL, | |
| Plaintiff, | |
| v. | C.A. NO. 12-822-M (LDA) |
| CONGREGATION SHEARITH ISRAEL, | |
| Defendant. | |

### PLAINTIFF'S MOTION TO PRECLUDE DEFENDANT'S
### USE OF UNTIMELY PRODUCED DOCUMENTS

Plaintiff Congregation Jeshuat Israel, by its undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 16(f) & 37(c) for an order (i) precluding defendant and counterclaim-plaintiff Congregation Shearith Israel ("CSI") from using documents bearing Bates numbers CSI005417 to CSI011913, which CSI produced after the fact discovery cut-off, and (ii) requiring that CSI pay for the expenses resulting from CSI's untimely disclosure.

Respectfully Submitted:

CONGREGATION JESHUAT ISRAEL,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

*/s/ Steven E. Snow*
Steven E. Snow (#1774)
40 Westminster Street, Suite 1100
Providence, RI  02903
(401) 861-8200 / (401) 861-8210 FAX
ses@psh.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Gary P. Naftalis (admitted *pro hac vice*)
Jonathan M. Wagner (admitted *pro hac vice*)
Tobias B. Jacoby (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9253 / (212) 715-9238 FAX
gnaftalis@kramerlevin.com
jwagner@kramerlevin.com
tjacoby@kramerlevin.com

DATED:  November 19, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November, 2014, I caused a true copy of the within document to be delivered through the ECF system to all counsel of record.

/s/ Steven E. Snow

2315732_1/7804-2