# EXHIBIT A

**Jacoby, Tobias B.**

| | |
|---|---|
| **From:** | Solomon, Louis <Louis.Solomon@cwt.com> |
| **Sent:** | Sunday, November 02, 2014 4:07 PM |
| **To:** | Jacoby, Tobias B.; Shinerock, Solomon |
| **Cc:** | Naftalis, Gary P.; Wagner, Jonathan M.; ses@psh.com; Deming E. Sherman (dsherman@edwardswildman.com); Chiang, Jennifer |
| **Subject:** | RE: CJI v CSI |

Please act on the assumption that we will not make any of the inappropriate representations you seek or do any of the inappropriate acts you request.  We have intended and do intend to identify the documents that the experts cite.

Louis M. Solomon, Cadwalader
One World Financial Center
New York, NY 10281
Tel:  +1 212.504.6600/Fax: +1 212.504.6666
Louis.Solomon@cwt.com; www.cadwalader.com
*International Practice Domain:*
E-book (www.internationalpractice.org)
Blog (www.blog.internationalpractice.org)

**From:** Jacoby, Tobias B. [mailto:TJacoby@KRAMERLEVIN.com]
**Sent:** Friday, October 31, 2014 5:11 PM
**To:** Shinerock, Solomon
**Cc:** Naftalis, Gary Philip; Wagner, Jonathan M.; ses@psh.com; Solomon, Louis; Deming E. Sherman (dsherman@edwardswildman.com); Chiang, Jennifer
**Subject:** RE: CJI v CSI

CJI served its document requests on August 21, 2013.  The fact discovery cut-off was August 1, 2014.  Yet, on October 24, 2014 — almost 3 months after the cut-off — CSI produced 6,497 pages of documents, which is more than it produced during the entire fact discovery period.  In addition, your statement that this material "may include irrelevant material and material not called for in discovery" acknowledges that the production is a "document dump" in which relevant material is interspersed among thousands of pages of largely handwritten and often illegible documents, many dating back hundreds of years.  You say that the documents were found "in reviewing [CSI's] files in light of [CJI's] amended pleading."  Under the circumstances, we ask that CSI represent that:

(1) CSI began looking for the documents comprising this production only after the Court permitted CJI to amend its answer to CSI's counterclaims to add the defense of laches on September 23, 2014;

(2) CSI's search for these documents was performed only to obtain documents concerning CJI's laches defense; and

(3) CSI will use the documents only in connection with that defense.

We also ask that by November 10, 2014 CSI identify by Bates numbers which documents within its most recent production CSI believes are relevant or responsive to CJI's document requests.   CJI reserves all rights with respect to this production.

**Tobias B. Jacoby** | Associate
**T:** 212-715-9332 **F:** 212-715-8135 **E:** TJacoby@KRAMERLEVIN.com
Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | New York, New York 10036
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Shinerock, Solomon [mailto:Solomon.Shinerock@cwt.com]
**Sent:** Friday, October 24, 2014 12:45 PM
**To:** Naftalis, Gary P.; Wagner, Jonathan M.; Jacoby, Tobias B.; ses@psh.com
**Cc:** Solomon, Louis; 'dsherman@edwardswildman.com'; Chiang, Jennifer
**Subject:** CJI v CSI

 Counsel, in the process of preparing for expert disclosures (and independently in reviewing our files in light of your amended pleading) we have discovered additional documents for production.  In particular, our expert has discovered additional CSI archival material that we are producing herewith. It has taken some time to prepare this production given that the majority of these materials were stored on old microfilms requiring specialized tools to convert them to modern digital files.  It was very old and delicate and required careful handling.  Although this material may include irrelevant material and material not called for in discovery, we wanted to get it to you in the interest of time. We produce this material subject to all previously-stated objections and with reservation of all rights.


Solomon B. Shinerock | Cadwalader, Wickersham & Taft LLP | One World Financial Center | New York NY 10281 | O: 212 504 6008 | C: 917 626 2278 | Solomon.Shinerock@cwt.com




-------------------------------------------------------------------
NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.


-------------------------------------------------------------------