# EXHIBIT 2, PART 1

**Professor Linford D. Fisher**
**Department of History**
**Brown University**

**Expert Report**

**Congregation Jeshuat Israel**
**v.**
**Congregation Shearith Israel**

**Case No. 12-822-M (D. R.I.)**

**November 24, 2014**

**Qualifications**

I am a historian of religion in American history, with special expertise in New England religious history. I received my doctorate from Harvard University in 2008. I am a regular, full-time member of the Department of History at Brown University, where I have taught since 2009. My course offerings include classes on American religious history, colonial U.S. history, and the wider early modern Atlantic world. My publications to date include two books and a dozen articles and essays on various aspects of colonial U.S. history. My curriculum vitae, including a list of publications, is attached as Exhibit A.

I have academic and professional interest and expertise in the general themes of religious freedom in Rhode Island and early America. My most recent book, *Decoding Roger Williams: The Lost Essay of Rhode Island's Founding Father* (Baylor University Press, 2014), deals directly with the important topics of the founding of Rhode Island and the role of religious liberty in the colony (which ultimately allowed for the immigration of Jewish communities in the first place, starting in the 1650s). I have also given public lectures on the history of religious liberty in Rhode Island, which naturally includes the history of Judaism and the Touro Synagogue in Newport.

In 2012-2013, I was part of a core steering committee for The Spectacle of Toleration, a joint collaboration between the Newport Historical Society, Brown University, and Salve Regina University to commemorate the 350th anniversary of the famous 1663 Rhode Island charter from King Charles II (which refers to Rhode Island's full religious liberty as a "lively experiment"). Over the course of one full year, we planned a variety of public programming, along with a major academic conference in Newport and Providence in October 2013 that focused on religious freedom in western history. The history of Judaism in America and the history of

religious freedom in Rhode Island featured prominently in the papers at the conference, some of which will be published in 2015 as a book, titled *The Lively Experiment* (Rowman and Littlefield Press).

I am also personally familiar with the history of the Touro Synagogue. I routinely include its history in my classes on colonial and religious history, and I have also taken my students to Touro Synagogue on a class field trip to tour the Loeb Visitor Center and the synagogue itself.

**Opening Statement and Summary**

The following is my assessment of two specific aspects of Congregation Jeshuat Israel v. Congregation Shearith Israel (Case No. 12-822-M [D. R.I.]): 1) Concerning the relationship between the original (colonial-era) Congregation Yeshuat Israel and the current Congregation Jeshuat Israel (incorporated in 1894);[1] 2) Concerning the meaning of the words "appurtenances and paraphernalia" and related terminology as they appear in the indentures with leases between Congregation Shearith Israel and Congregation Jeshuat Israel in 1903 and 1908, as well as in other related historical documents, and whether these words were intended to include the disputed *rimonim*. (By "disputed *rimonim*" I refer to four Torah-adorning bells that CJI claims to own and that are attributed to the colonial era silversmith, Myer Myers.)

In assessing these questions, I have reviewed documents given to me by counsel for CSI (constituting well over a thousand pages). A list of the documents I have relied on in connection

[1] In this document I will use "Congregation Yeshuat Israel" when referring to the original colonial-era Spanish and Portuguese (Sephardic) Newport Jewish congregation (abbreviated CYI); "Congregation Jeshuat Israel" when referring to one of the newer (incorporated in 1894) Newport Jewish congregations (abbreviated CJI); and "Congregation Shearith Israel" for the Spanish and Portuguese (Sephardic) Jewish congregation located in New York City (abbreviated CSI). This is in keeping with the vast majority of the historical usages found in the original documents and as most often referenced by historians. Outside of direct reference to the two Newport Jewish congregational entities, the difference between "yeshuat" and "jeshuat" is largely insubstantial, however, and related to orthographic/phonetic preference when translating from Hebrew into English. Both terms mean "salvation."

with the opinions expressed in this report are annexed hereto as Exhibit B. I have also conducted my own research in original sources from the time period and have consulted other relevant works by historians. Additionally, I have drawn on my own intimate knowledge of Rhode Island in the colonial period and nineteenth century as a historian of early America and as a specialist in the history of religion in America. I bring to these questions the standards of my field of expertise, namely, history, and I have followed usual and normal procedure in assessing evidence, evaluating sources, and thinking broadly about the time period in which these events took place. At the end of the day, historians have to make judgments about the past based on the best evidence available to them, which is what I have done here.

After a review of all of these materials, it is my assessment that: 1) the current Congregation Jeshuat Israel was not (neither in 1894 nor since) in any way connected to or related to the original Congregation Yeshuat Israel; and 2) the words "appurtenances and paraphernalia" and similar terms discussed below as contained in the 1903 and 1908 indentures with leases and in other historical documents clearly refer to and include the disputed *rimonim* and other sacred ritual objects. 3) Furthermore, these two conclusions logically lead to a third, namely, that the new CJI has never owned the Touro Synagogue, the property, the cemetery, the *rimonim*, nor any of the other ritual items that were loaned to it around the time of CJI's formation and then leased to CJI beginning at least as early as 1903. It is clear from the historical record that, as between CJI and CSI, it is CSI that owns the Touro Synagogue, the property, the cemetery, the *rimonim*, and the other ritual items that were loaned to CJI around the time of CJI's formation and then leased to CJI beginning at least as early as 1903.

I reserve the right to change my assessment if more evidence is submitted, particularly from the plaintiffs; although I have reviewed certain documents that the plaintiffs produced, to date they have not submitted any expert testimony.

## Historical Background and Context

The origins of the original Jewish community in Newport date back to the 1650s, when fifteen Spanish and Portuguese (Sephardic) Jewish families arrived in Newport. These Jewish families were seeking a place of religious freedom and a welcoming commercial environment, having formerly emigrated from the Iberian Peninsula to Amsterdam, and from there to Curaçao, Recife (Brazil), and Barbados, and from these locales to North America, whether New York (in 1654) or Newport (by 1658).[2] Although the exact origins of these original Newport Jewish families are somewhat contested by historians, it is clear that from early on there were some family connections to the Sephardic Jewish community in New York (Congregation Shearith Israel), from which some of the Newport families had come.[3] Rhode Island, which had first been settled by Roger Williams in 1638, was quickly gaining an international reputation as a place that allowed for complete religious freedom of both private belief and public worship. Jews, atheists, Muslims, "heretics"—all were guaranteed religious protection in Rhode Island. This was made plain in several laws and charters of the colony. A law passed in 1647 specifically stated that "all men may walk as their consciences persuade them, everyone in the name of his god."[4] This

---

[2] William Pencak, *Jews and Gentiles in Early America* (The University of Michigan Press, 2005), 83. See also CSI 1174: Rabbi Theodore N. Lewis, "Touro Synagogue, Newport, R.I., 1763-1963," *Newport Historical Society Bulletin*, no. 111 (July 1963): 3.

[3] See, for example: Peter Wiernik, *History of the Jews in America: From the Period of the Discovery of the New World to the Present Time* (Jewish Press Publishing Company, 1912), 72–73; Robert P. Swierenga, *The Forerunners: Dutch Jewry in the North American Diaspora* (Wayne State University Press, 1994), 42; Pencak, *Jews and Gentiles in Early America*, 83.

[4] Jon L. Wakelyn, *America's Founding Charters: Primary Documents of Colonial and Revolutionary Era Governance* (Greenwood Publishing Group, 2006), 1:151.

Fisher 5

general religious protection was given royal confirmation in 1663, when King Charles II of England granted a royal charter for the colony of Rhode Island, in which he stated: "…that no person within the said colony, at any time hereafter shall be any wise molested, punished, disquieted, or called in question, for any differences in opinion in matters of religion . . . but that all and every person and persons may, from time to time, and at all times hereafter, freely and fully have and enjoy his and their own judgments and consciences, in matters of religious concernments."[5]

For the first one hundred years of their existence in Newport, this small Sephardic Jewish community did not have the numbers or the resources to build their own synagogue, so they simply gathered for worship in a few of their own homes.[6] In 1677, two members of this Newport Jewish community purchased a plot of land in Newport to use as a cemetery.[7] And as their numbers increased in the mid-eighteenth century, and as other congregations in North America and elsewhere began building their own synagogues, this Newport congregation began plans to build a dedicated place of worship that could also be used for educational purposes. To raise money for the purchase of land and the construction of a building, the Newport Jewish congregation sent out letters of support to Jewish communities in North America and the Caribbean. This included two appeals to the oldest Jewish congregation in the American colonies, Congregation Shearith Israel (CSI), in New York City (which resulted in two separate financial gifts within five years).[8] Because of the generous outpouring of gifts and contributions from CSI and elsewhere, the Newport congregation was able to purchase a plot of land on the

---

[5] 1663 Rhode Island Charter, *available at* http://sos.ri.gov/library/history/charter/, accessed on August 22, 2014.
[6] CJI 2012: Morris Aaron Gutstein, *The Story of the Jews of Newport; Two and a Half Centuries of Judaism, 1658-1908* (New York, 1936), 82.
[7] Frederic Denison, "The Israelites in Rhode Island," in *The Narragansett Historical Register: 1885-1886*, vol. 4, 1886, 302.
[8] CJI 2016, 2021-2022: Gutstein, *The Story of the Jews of Newport*, 88-89, 95-96. See also Melvin I. Urofsky, *A Genesis of Religious Freedom: The Story of the Jews of Newport, RI and Touro Synagogue* (The George Washington Institute for Religious Freedom, 2013), 55, 57.

outskirts of Newport on June 30, 1759, from Ebenezer Allen of Sandwich, Massachusetts. Construction on the synagogue started almost immediately, following plans designed by architect Peter Harrison. Its interior, while mostly of "classical colonial" style, was also distinctly flavored with some features of a Spanish Portuguese traditional synagogue (modeled in part, perhaps, after the Sephardic Synagogue in Amsterdam, Holland, dating from 1675).[9]

The Newport congregation dedicated their new synagogue on December 2, 1763, in what was a large affair for the entire city of Newport.[10] To supply the religious and ritual objects necessary for a working synagogue, the Newport congregation solicited and received gifts and loans from the wider Jewish community in North America and Europe, including 149 pounds (English money), a perpetual lamp, some brass candlesticks, and candle wax from CSI in New York, which also loaned at least two Torah Scrolls.[11] Additional Scrolls of the Law were loaned to the Newport congregation for their new synagogue, including scrolls from Jewish congregations in London and Amsterdam. By 1769, there were six "Scrolls of the Holy Law" in the ark of the synagogue, possibly each with its own set of *rimonim*, or silver bells.[12]

Shortly after the dedication of their new synagogue, the Newport Jewish congregation officially adopted the name "Congregation Yeshuat Israel" (CYI). Even as late as 1764, the congregation signed letters that requested financial support as "Kahal Kodesh Nephutsay Israel" (holy congregation of the dispersed of Israel). By 1766, however, some candlesticks that had been given to the Newport congregation were engraved with the name "Holy Congregation,

---

[9] CJI 2019-2020: Gutstein, *The Story of the Jews of Newport*, 92-94.

[10] CJI 2023: Gutstein, *The Story of the Jews of Newport*, 98. See also Urofsky, *A Genesis of Religious Freedom*, 59-60.

[11] CSI 5591: CSI Elder Meeting Minutes, January (Tebeth) 22, 1759. In this meeting, CSI Elders agreed to "lend the Sepher Tora" belonging to a Jewish congregation in Georgia to the Newport congregation. See also CJI 2022: Gutstein, *The Story of the Jews of Newport*, 97; CSI 5274: CSI Trustees Meeting Minutes, January 11, 1818.

[12] CJI 2027: Gutstein, *The Story of the Jews of Newport*, 105. Other historians count eight total Torah Scrolls in Newport synagogue by the late 1760s. See Urofsky, *A Genesis of Religious Freedom*, 61.

Yeshuat Israel" (holy congregation of the salvation of Israel).[13] The new name likely signaled an optimistic shift, from dispersal to rootedness and salvation, as represented in the synagogue.[14]

Despite this long history and the auspicious, visible coming of age with a synagogue building, by the end of the eighteenth century, the synagogue in Newport had ceased to function as an active Jewish synagogue. Although the community lost its *Hazzan* (rabbi), the remaining Newport Jews still gathered weekly under the leadership of laymen.[15] To have the synagogue essentially close a mere thirty years or so after the consecration of the building itself was an unexpected turn of events. The most direct cause was the American Revolution (1776-1783), which involved the occupation of Newport by the British army. Many American colonists fled from of the city, including the vast majority of the Jewish population. In the years leading up to the Revolutionary War, and certainly afterwards, the Newport Jewish community was not growing or to my knowledge making purchases of Jewish ritual objects. It is well known that from and after 1776 the Jewish community in Newport dwindled. Even after the end of the war in 1783, the Jewish population at Newport never regained its vitality and population. It did, however, earn its place in the important developments of religious liberty in the new United States, primarily through letters of correspondence between CYI warden Moses Seixas and U.S. President George Washington in 1790. Washington's letter to Seixas on August 18, 1790, assured Newport's Jews that the United States "gives to bigotry no sanction, to persecution no assistance" (borrowing the wording Seixas used in his letter to Washington).[16]

---

[13] CSI 0601: Rabbi Theodore Lewis, *The Newport Jewish Tercentenary, 1658-1958*, p. 6. See also David and Tamar de Sola Pool, *An Old Faith in the New World* (Columbia University Press, 1955), 420; Urofsky, *A Genesis of Religious Freedom*, 62.

[14] CSI 3542: Rabbi Theodore Lewis, "History of Touro Synagogue," *Bulletin of the Newport Historical Society*, No. 159, Vol. 48, Part 3, Summer 1975, p. 283.

[15] Urofsky, *A Genesis of Religious Freedom*, 85.

[16] CSI 0438-0444: *Touro Synagogue of Congregation Jeshuat Israel, Newport, Rhode Island, Founded 1658*, 22-25.

Fisher 8

Nonetheless, as a result of the clearly diminished Jewish population in Newport, by 1791 the synagogue was closed down for regular worship services.[17] A few members of the original families from Congregation Yeshuat Israel remained in Newport for a few more decades before they, too, moved to New York City and joined CSI between 1818 and 1822.[18] As the last remaining CYI members moved to New York City, CSI naturally inherited legal oversight of the religious scrolls and other ritual sacred objects, as most of them had come from CSI in the first place.[19] Congregation Yeshuat Israel had simply ceased to exist, and CSI was rightly left holding the keys, quite literally.[20]

Throughout the nineteenth century, because of the long-standing family and cultural ties to CYI and the Newport synagogue, CSI retained not just legal oversight of, but actual spiritual authority regarding, the building and all associated ritual objects formerly used by the original Congregation Yeshuat Israel in Newport. This is most clearly observable in the few times the synagogue was temporarily opened for services, funerals, and other events between 1820 and 1880. In each case, it was CSI who opened the Newport synagogue, loaned the essential ritual objects for services, and provided a minister (a rabbi or *Hazzan*) to officiate. In 1833, the synagogue in Newport was opened for the burial of Rebecca Lopez (daughter of Isaac Touro), over which the CSI minister presided.[21] In 1854, the synagogue was opened again for other

[17] According to some reports, by the 1790s the Newport synagogue "owned only one old, cracked *shofar*, the ram's horn that is sounded on the High Holidays, but even worse, no one knew how to blow it." Urofsky, *A Genesis of Religious Freedom*, 86.

[18] CSI 0423: *Touro Synagogue of Congregation Jeshuat Israel, Newport, Rhode Island, Founded 1658*, 10.

[19] CJI 0291: H.P. Mendez to Mayor Garrettson, January 13, 1901; CSI 5339: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of Newport, R.I., 1881. See also CSI 5258: CSI Trustee Meeting Minutes, February 10, 1833, which indicates that "Four Sepharim" were deposited in CSI's synagogue under CSI's charge.

[20] According to David and Tamar de Sola Pool, in the 1820s "the last representatives of the Congregation Yeshuat Israel in Newport formally handed over to the active Congregation Shearith Israel in New York the title to their closed synagogue, burial ground and other communal property." Pool, *An Old Faith in the New World*, 422. See also Urofsky, *A Genesis of Religious Freedom*, 86.

[21] CSI 5340: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of Newport, R.I., 1881.

burials, this time for Judah Touro and Catherine Hays.[22] In 1859, CSI received a request (from

the Newport City Council) to open the "ante-room" of the synagogue for "school purposes."[23] (It

is unclear if CSI actually granted permission for this use, but if it did, it was temporary.) In 1876,

a Newport Jewish merchant, M.J. Moss, requested that the synagogue be opened for the "Fall

Holydays of that year."[24] Once again, it is unclear if this request was granted, for CSI's response

was that opening the synagogue required a quorum of Jews, called a *minyan*, which meant at

least ten men above the age of thirteen.[25] The Newport synagogue was additionally temporarily

opened by CSI for services in 1850 and 1877, with official services led by CSI ministers from

New York.[26]

Even though it largely sat empty between 1790 and 1880, the Newport synagogue

received a financial boost in the form of several bequests given in the nineteenth century by

Abraham and Judah Touro. Abraham and Judah were the sons of Isaac Touro, who first arrived

in Newport in 1758 and officiated in the newly dedicated Newport synagogue after it was opened

in 1763. When Abraham and Judah passed away in the nineteenth century, they made a series of

bequests to Jewish congregations in the United States (and beyond), including Congregation

Shearith Israel in New York City.[27] Given their family's connection to Newport, the Touro

brothers also bequeathed substantial funds to the city of Newport and the state of Rhode Island to

---

[22] CSI 5341: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of Newport, R.I., 1881. See also Benjamin Brown, "The Rebirth of the Jewish Community in Newport, 1850-1854," *Rhode Island Jewish Historical Notes* 13, no. 3 (2001): 428–429.

[23] CSI 5341-5342: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of Newport, R.I., 1881.

[24] CSI 5342: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of Newport, R.I., 1881.

[25] CSI 5342-5343: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of Newport, R.I., 1881. See also Denison, "The Israelites in Rhode Island," 307.

[26] Denison, "The Israelites in Rhode Island," 314. For an examination of the 1850 opening (seemingly, as a historic and nostalgic Sabbath celebration for regional and vacationing Jews, many of whom were related to the original CYI congregation), see Brown, "The Rebirth of the Jewish Community in Newport, 1850-1854," 424–425.

[27] Urofsky, *A Genesis of Religious Freedom*, 91. A plaque still exists today in the synagogue of CSI commemorating Abraham Touro's bequest to that congregation.

maintain the physical building of the synagogue and to pay for a minister, should an appropriate and sufficient Sephardic Jewish community return to constitute an active congregation.[28] The city of Newport seems to have been the functional trustee of these funds and even appointed a city employee, Stephen Gould, to oversee the care of the cemetery and upkeep of the building. But the actual repairs were normally coordinated with CSI, whom the city of Newport treated as the owners of the property, real and personal.[29] Throughout, CSI retained control and authority over the ritual use (or non-use) of the building and property, as well as the ritual objects needed to officially use the synagogue.[30]

In 1881, almost sixty years after the last descendants of the original CYI moved to New York, the CSI leadership in New York received a petition (both via the Newport City Council and from the Jewish community in Newport) from a newly arrived and growing Jewish immigrant community (largely from Germany and Poland) requesting "to have service in the Newport Synagogue and the use of the Judah Touro Fund to pay the expense of a Rabbi."[31] At a congregational meeting in September, CSI agreed temporarily to open the synagogue and pay for a Spanish-Portuguese (Sephardic) minister only for the "ensuing holydays" that year, but they declined to allow the Touro Funds to be used for a minister "until there shall be a sufficient number of permanent residents to maintain the services."[32] This was repeated again in 1882,

---

[28] CJI 0587: David C. Adelman, "They Broke In—To Pray," *Rhode Island Jewish Historical Notes*, Vol. 2, No. 4 (April 1958), 236-237. Abraham Touro's gift in 1822 was $10,000 to the state of Rhode Island for the upkeep of the synagogue. Judah Touro's bequest in 1854 was $10,000 to the city of Newport for the purpose of supporting a minister.

[29] CJI 0088: CSI petition to the Rhode Island General Assembly, January 1894.

[30] The Newport City Council specifically saw their role as a local overseer of the property, without intending "to interrupt the possession, control and management with which the proprietors of said Synagogue and premises or any other persons according to the laws and customs of the Jews may be vested." CSI 1567: "An Abstract of the Title," December 22, 1893. Quote is drawn from Chapter 76 of the Public Statues of Rhode Island.

[31] CSI 4248: CSI to the Newport city clerk, September 30, 1881. See also CSI 8381-8382: CSI Board of Trustee Meeting Minutes, September 18, 1881.

[32] CSI 4249: CSI to the Newport city clerk, September 30, 1881. CSI 8381-8382: CSI Board of Trustee Meeting Minutes, September 18, 1881. See also Urofsky, *A Genesis of Religious Freedom*, 97.

when the synagogue was temporarily opened for a full Portuguese Jewish Sabbath observance on
August 4th and 5th, with Henry Pereira Mendez of CSI officiating.[33]

Within a year, there were enough German and Polish (Ashkenazi) immigrants to make
opening the synagogue a viable possibility. Although initially hesitant, CSI allowed the Touro
Synagogue to be officially reopened and re-consecrated in May 1883, with Abraham P. Mendez,
a Sephardic Orthodox rabbi of CSI's choosing (and father of CSI Rabbi Henry P. Mendez), as
minister.[34] In 1893, after a struggle for control over the synagogue within the Newport Jewish
community, one faction of the Jewish community petitioned for and eventually received (in June
1894, after some opposition by CSI) a charter with a name substantially similar to the name of
the original, colonial-era congregation: Congregation Jeshuat Israel.[35]

Between 1894 and 1903, however, another series of controversies broke out, both
between CSI and CJI as well as internally within the broader Newport Jewish community (these
are outlined in greater detail below). This resulted in a series of closures by CSI of the
synagogue, and, eventually, attempts by CJI and another rival Jewish congregation (named the
Touro Congregation) to gain possession of the synagogue and premises. But in 1903, a U.S.
Circuit Court rejected the attempts by CJI and the Touro Congregation to gain control of the
synagogue and its ritual objects. In direct response to this 1903 court decision, CJI formally
recognized CSI's legal title to the synagogue and its ritual objects in its own Board of Trustees
meeting minutes as well as in a binding agreement on January 30, 1903, between CSI and CJI.
These and other documents illustrate that CJI fully acknowledged CSI's ownership and

---

[33] Denison, "The Israelites in Rhode Island," 314.

[34] CJI 0581: David C. Adelman, "They Broke In—To Pray," 227.

[35] CJI 0155: "An Act Incorporating a Congregation Jeshuat Israel in the City of Newport," June 13, 1894. Regarding
this 1893 internal struggle within the Newport Jewish community for control of the synagogue and its appurtenances
(ritual objects), see a letter from Rev. David Baruch (CJI) to CSI, dated June 13, 1893, found in JHA 0044: "The
1902 Sit-in at Touro Synagogue," *Rhode Island Jewish Historical Notes*, 7:1 (Nov. 1975), 43.

irrevocably ceded control, possession, and ownership of the building and religious objects to CSI.[36] Additionally, CJI entered into an indenture with lease agreement for five years with CSI in 1903 to use the synagogue and the necessary sacred ritual items for $1 per year, together with other important undertakings. A lease renewal (also for five years) was signed by both parties in 1908. This lease has remained in force by virtue of the laws of Rhode Island, which stipulate that a tenant without a new contract from the landlord may be treated as a tenant from year to year.[37] Accordingly, this indenture with lease arrangement was recognized by CJI and still stands to this day.[38]

**Congregation Jeshuat Israel: Continuity or Discontinuity?**

The first important historical question under consideration here is this: What is the relationship between the current (1894 – present) Congregation Jeshuat Israel and the original (colonial) Congregation Yeshuat Israel? The answer is, simply, that besides the fact that they both used the Touro Synagogue for worship (with CJI's use pursuant to a lease from CSI), there is no relationship between the two. There was no ethnic, blood, cultural, or historical connection or relationship between the original Congregation Yeshuat Israel and the more recently arrived Newport Jewish community when it was incorporated in 1894 as Congregation Jeshuat Israel. This is evident from the documents from the time period, historians' assessments over time, and the testimony of CJI itself at key moments from the 1890s to the present. Conversely, CSI had counted among its members in the nineteenth century families descended from CYI (which it

---

[36] CJI 0471: February 2, 1903, Meeting of the CJI Board of Trustees; CSI 4533: Agreement between CSI and CJI, January 30, 1903.

[37] CSI 9700: Report of S. Howard Cohen, CSI Board of Trustees Meeting Minutes, November 13, 1916.

[38] CSI 5189: "Touro Synagogue History," Touro Synagogue website, which states: "A lease amount of $1 per year is still paid by the current Newport congregation to Congregation Shearith Israel for use of the building and grounds, which are still owned by the New York group."

Fisher 13

still does to this day) and had actively taken control over and care of the real and personal
property at the Newport synagogue between the dispersal of the original CYI members from
Newport in the 1810s and CJI's undertaking as lessee to do so in 1903.

As mentioned above, a Jewish congregation in Newport was first gathered in
approximately 1658 when Spanish and Portuguese (Sephardic) refugees arrived from various
diasporic points around the Atlantic, including Curaçao, Recife, and New York. Although the
community grew through the late seventeenth and early eighteenth centuries, it was not until the
mid-eighteenth century that it had sufficient members and resources to build a synagogue, which
it dedicated in 1763. Congregation Yeshuat Israel, as the Newport Congregation called itself by
the mid-1760s, flourished for several decades, and then closed down as a full-time, functional
synagogue by the 1790s due to the disruption caused by the American Revolution (1776-1783).
Remaining members of the original congregation had all moved away from Newport (largely to
New York City) by the early 1820s.[39] In 1822, Newport Quaker and city magistrate Stephen
Gould noted in his journal, "Moses Lopez, the last Jew left Newport for New York."[40]

Gould was not alone in noting the complete lack of any visible Jewish presence in the
city, particularly with regard to the use of the synagogue. In 1836, local Baptist minister Arthur
Ross noted that the Newport synagogue, "which was once thronged with [Jewish] worshippers,
[but] is now never used, except occasionally for the solemnities of the funeral service of some of
the descendants," who lived outside of Newport but wished to be buried in the Jewish cemetery
there.[41] The most famous commentary on the Newport synagogue came in 1854, when Henry
Wadsworth Longfellow's visit to the Newport cemetery and synagogue so impressed him that he

---

[39] Denison, "The Israelites in Rhode Island," 314.
[40] Brown, "The Rebirth of the Jewish Community in Newport, 1850-1854," 423; Urofsky, *A Genesis of Religious Freedom*, 86.
[41] Brown, "The Rebirth of the Jewish Community in Newport, 1850-1854," 423.

Fisher 14

wrote an entire poem about them. "Closed are the portals of their Synagogue," Longfellow
mused, "No Psalms of David now the silence break, / No Rabbi reads the ancient Decalogue / In
the grand dialect the Prophets spake / Gone are the living, but the dead remain."[42] Longfellow
might have romanticized the disappearance of the Jews from Newport, but he was absolutely
right that there was no viable Jewish congregational presence in Newport in 1854, nor had there
been for over half a century. Even in October 1878, the *New York Observer and Chronicle*, when
listing out the current or former Jewish congregations in the U.S., stated of Newport: "The
Newport congregation has been disbanded, there not being enough Jewish residents in the place
to maintain it. The Synagogue is still there, however, and is sometimes used for divine worship
during the summer season."[43] Despite the sporadic openings for funerals and occasional services
by CSI between 1820 and 1880, all contemporary testimony is clear: the Newport synagogue
was not used regularly for Sabbath worship after the 1790s, and the actual members (and their
descendants) of the original CYI had not resided in Newport after the early 1820s.

When a newly arrived collection of Jewish families in Newport in the late 1870s and
early 1880s began requesting use of the Touro Synagogue, the Newport City Council naturally
deferred to CSI in New York, as they had regarding prior requests to use the premises.[44] CSI
obliged by opening the synagogue on a few occasions. Sporadic use was one thing, but when the
new Jewish community in Newport also petitioned to officially and permanently reopen the
synagogue in 1881, CSI resisted, raising several important concerns and considerations in a
lengthy petition to the Newport City Council presented in person by CSI minister H.P. Mendez.[45]

---

[42] "The Jewish Cemetery at Newport," Henry Wadsworth Longfellow and Dante Alighieri, *The Works of Henry
Wadsworth Longfellow: The Poetical Works* (Houghton, Mifflin, 1886), 3:33-36.
[43] "Oldest Jewish Congregations," *New York Observer and Chronicle*, October 31, 1878, p. 1.
[44] CSI 4248: CSI to Newport City Clerk, September 30, 1881.
[45] 5334: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of Newport, R.I.,
1881. See also CSI 5324: Report of a CSI committee, July 19, 1893.

At the core of the concern shown by CSI was a cluster of issues. The first was related to
the fact that the new Newport Jewish community followed Ashkenazic, not Sephardic, rites.
Although this distinction between Ashkenazic and Sephardic rites is perhaps seemingly not
important to outside observers today, in the late nineteenth century it was bound up in ethnic
identity, collective memory, language, and ritual orthodoxy. In their fifteen-page 1881 memorial,
the CSI representatives laid out the long histories and cultural differences between Germanic
(Ashkenazic) and Spanish-Portuguese (Sephardic) Jewry, dating back to the first and second
centuries of the Common Era (AD) with the forced diaspora of Jews after the Roman conquest in
70 CE.[46] These Jewish communities in exile developed different ritual and cultural traditions that
ran deep and even in the seventeenth and eighteenth centuries were often intensely felt and
closely guarded. The vast majority of Jews who came to the Americas in the colonial period
were Sephardic (originally from Spain and Portugal). When faced with forced exile or execution
in the 1490s while living on the Iberian Peninsula, these Jews often superficially adopted
Christianity to save their lives while continuing to practice Judaism. Later, when opportunity
arose, these *Marranos* (forced Jewish "converts" to Christianity) migrated elsewhere in an effort
once again publicly to practice Judaism. Established Jewish congregations in North America
were, until the early nineteenth century, largely Sephardic, including those in New York,
Newport, Savannah, Montreal, Philadelphia, Richmond, and Charleston; Germanic/Polish Jewish
immigration did not start in earnest until the early-mid nineteenth century, although a number of
Ashkenazic Jews were present in some locales.[47]

---

[46] CSI 5334-5335: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of
Newport, R.I., 1881.
[47] CSI 5335-5336: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of
Newport, R.I., 1881.

Fisher 16

An additional layer of consideration for CSI in the 1880s that might not be readily
apparent to twenty-first-century observers is that, more generally, German (Ashkenazic) Jewry in
the late nineteenth century was largely part of a reform (liberalizing) movement within European
and American Judaism. This movement (which by the 1880s had already become known as
Reform Judaism) sought to Americanize Jewish practices by relaxing certain elements of
Orthodox Judaism. Reform Jews promoted family seating in the synagogue (instead of
separating men and women in worship services), allowed English to be spoken during services,
used both German and Hebrew in their prayers, and in general attempted to reconcile their
ancient faith with a modern tenor and perspective.[48] CSI, as with other Orthodox synagogues,
saw the Reform movement as dangerous, potentially eroding long-standing Jewish traditions and
customs.[49]

The third major consideration for CSI regarding the possible opening of the Newport
synagogue was that of permanence. It was important to the CSI leaders that, should the Touro
Synagogue be opened again, a sufficient number of Jews would remain to keep it open in the
long term.[50] It was "rather hard," Mendez and CSI stated in their 1881 memorial, "to see the
Synagogue which their fathers built and in which they worshiped, and the Cemetery in which
they are buried, taken possession of by a few comparative recent arrivals, whose permanent stay
cannot with certainty be guaranteed, and who form a community which consists of only four

---

[48] Denison, "The Israelites in Rhode Island," 315. The differences between Reform and Orthodox approaches to
liturgy (and the outlook of Reform Judaism in general) can be seen in an address given by Rabbi Myer Noot of the
Reformed Synagogue in Providence on December 7, 1885. Ibid., 318ff.

[49] Gutstein, *The Story of the Jews of Newport*, 270. CSI's concerns were undoubtedly also influenced by a schism
experienced in their own congregation in 1825, when it is reported that an Ashkenazic faction within CSI split off,
purchased their own synagogue, and went their own direction. See B'Nai Jeshurun, "Our History and Vision,"
http://www.bj.org/about-bj/our-story/; Abraham J. Karp, "Overview: The Synagogue in America – A Historical
Typology," in Jack Wertheimer, ed., *The American Synagogue: A Sanctuary Transformed* (Cambridge: Cambridge
University Press, 2003), 6-8.

[50] CSI 5334: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of Newport, R.I.,
1881.

married men, none of whom have been long resident in Newport, and certainly not long enough to warrant the said descendants confiding such sacred objects to such new comers."[51]

So seriously did CSI take the general importance of a long-term, ritually authentic (from CSI's perspective), positive Jewish presence in the Newport synagogue, that they stated clearly in their 1881 petition to the Newport City Council that it would be better that the synagogue be kept closed than to possibly have "the honor of our name and the high reputation of the old Newport Jews . . . be lowered."[52] Given the relatively nice financial benefit of accessing the funds left by the Touro brothers held in trust by the city of Newport and the state of Rhode Island, CSI was also suspicious that the Newport Jewish immigrants were simply positioning themselves to take control of these funds without respect to the history and lineage of the Touro Synagogue itself. Representatives from CSI state this clearly in several places. For example, in their 1881 petition to the Newport City Council, they assert (quoting the *Jewish Messenger* of New York), "It is needless to have it reopened simply for anybody's pecuniary benefit."[53]

In the end, a compromise was reached in 1881. CSI agreed to open the Newport synagogue for the High Holy Days in 1881, but declined to utilize the Touro funds for a minister until a sufficient quorum was present.[54] Scrolls of the Law that were brought up from CSI in New York for these services were accordingly returned to New York after their completion.[55] The following year, when apparently enough males were present to constitute a *minyan*, CSI agreed to officially re-open the synagogue on a more permanent basis, but only if they (CSI) could control the hiring of a Sephardic minister, thus ensuring that the Touro Synagogue would

[51] CSI 5334: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of Newport, R.I., 1881.
[52] CSI 5345: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of Newport, R.I., 1881.
[53] CSI 5346: Memorial of the Board of Trustees of Shearith Israel, N.Y., Presented to City Council of Newport, R.I., 1881.
[54] CSI 5330: Report of a CSI committee, July 19, 1893. See also Urofsky, *A Genesis of Religious Freedom*, 97.
[55] CJI 0406: CSI Minutes of October 25, 1881; CSI 5330: Report of a CSI committee, July 19, 1893.

continue to be home to a Jewish community of the Sephardic Orthodox tradition. This surely must have been a somewhat jarring shift for the Ashkenazic German/Polish community in Newport, but they agreed to those terms in consideration of the substantial benefit of gaining access to the Touro Synagogue and its appurtenances and paraphernalia, as well as the benefit of the Touro funds. The new immigrants were, after all, the newcomers with no legal claim to the synagogue, the land, or the requisite ritual items.

Accordingly, in late 1882, CSI gave a formal call to minister to the Reverend Abraham P. Mendez of London to serve as the minister of the newly formed Newport Jewish community.[56] His hiring ensured the ritual orthodoxy of services at the Newport synagogue in the Spanish and Portuguese rites (particularly in line with what was practiced at CSI in New York) and gave the desired direct oversight to CSI for the rituals performed at the Newport synagogue.[57] With an approved *Hazzan* in place, CSI officially re-opened the Newport synagogue in May 1883 and sent two *sepharim* (Books of the Law) "to be used by the Newport Cong[regation] during the pleasure of the Board."[58] The end result was that the Touro Synagogue (as it was now called, in honor of the bequests by the Touro brothers) was once again open for regular services for the first time in almost a century, fully in observance with the Spanish Portuguese (Sephardic) rites and led by a Sephardic minister of CSI's calling, but attended by German and Polish (Ashkenazic) Jews.

This settlement seemed to work well for a decade, until Rev. Abraham P. Mendez, who was officiating at the Newport synagogue, passed away. Various people connected with the decade-old congregation worshipping at Touro Synagogue used this transition in leadership to

---

[56] CJI 0290: H.P. Mendez to Mayor Garrettson, January 13, 1901; CSI 5331-5332: Report of a CSI committee, July 19, 1893; CSI 8439: CSI Board of Trustees Meeting Minutes, December 21, 1882.
[57] CJI 0088: L. Napoleon Levy and CSI Petition to the Rhode Island General Assembly, January 1894.
[58] CSI 8448: CSI Board of Trustees Meeting Minutes, May 17, 1883. See also CJI 0581: David C. Adelman, "They Broke In—To Pray," 227.

assert their own control and presence over the synagogue. An internal struggle for power ensued between at least two factions within the congregation that had been using the Touro Synagogue since 1882.[59] In May 1893, one of the groups formally organized as a congregation and petitioned to be incorporated as a religious organization within the state of Rhode Island.[60] This attempt to incorporate an official Jewish congregation in Newport in 1893 met with resistance, particularly from Congregation Shearith Israel. CSI was supportive of a Jewish congregation in Newport, and was even supportive of that congregation using the Touro Synagogue and utilizing the Touro funds for their minister under certain restrictions (relating to continuing observances according to the Sephardic rites). The reason for the controversy in 1893 was simple: the new congregation in Newport was trying to officially incorporate as a legal body using the exact name of the former congregation in Newport: Congregation Yeshuat Israel.

In response, on June 13, 1893, CSI formed a special committee to investigate the situation in Newport.[61] The CSI committee members traveled in person to Newport, met with the president and vice-president (Max Levy and Eugene Schreier, respectively) of the newly formed congregation, addressed the Newport mayor, and performed their own research in the records of the City Clerk's office to better clarify the Newport congregation's intentions, CSI's legal title to the property, and the desires of the original CYI members (as reflected in the wills of the colonial-era members).[62] The CSI committee returned to New York in July 1893 convinced that official and legal action should be taken to secure their title to the Newport synagogue.[63]

---

[59] JHA 0044: "The 1902 Sit-in at Touro Synagogue," 43. According to the CSI committee formed in 1893 to investigate the situation in Newport, the rival group was "championed by one Rosen, for whom they entertained a strong dislike." CSI 5322: Report of a CSI committee, July 19, 1893.
[60] CJI 0155: "An Act Incorporating a Congregation Jeshuat Israel in the City of Newport," May 1894 (passed June 13, 1894). According to a letter from CJI Rev. David Baruch, the application for incorporation by CJI had already occurred by June 13, 1893. See JHA 0044: "The 1902 Sit-in at Touro Synagogue," 43.
[61] CSI 5321: Report of a CSI committee, July 19, 1893.
[62] CSI 5322, CSI 5328, CSI 5349: Report of a CSI committee, July 19, 1893.
[63] CSI 5350-5352: Report of a CSI committee, July 19, 1893.