# EXHIBIT 4

| | |
|---|---|
| **From:** | Shinerock, Solomon |
| **Sent:** | Thursday, October 23, 2014 6:09 PM |
| **To:** | 'Jacoby, Tobias B.' |
| **Cc:** | Solomon, Louis; Chiang, Jennifer; 'Sherman, Deming'; 'ses@psh.com'; 'Wagner, Jonathan M.'; Naftalis, Gary Philip |
| **Subject:** | RE: CJI v. CSI |

We are disappointed that you plan to use the entire 30 days before responding, particularly because the discovery we sought is quite limited and we believe that it is in everyone's interests to move the case to resolution as expeditiously as possible.

Since you will not tell us what you intend to do in your responses, why don't you propose a schedule that takes into account that we will want some time after receiving the new discovery before submitting expert reports.

We will send you the check for costs per the circuit clerk's order.

Thanks,

---

**From:** Jacoby, Tobias B. [mailto:TJacoby@KRAMERLEVIN.com]
**Sent:** Wednesday, October 22, 2014 6:07 PM
**To:** Shinerock, Solomon
**Cc:** Solomon, Louis; Chiang, Jennifer; 'Sherman, Deming'; ses@psh.com; Wagner, Jonathan M.; Naftalis, Gary Philip
**Subject:** RE: CJI v. CSI

The Court ruled on CJI's motion to amend on September 23. CSI did not serve its additional discovery requests until more than two weeks later, on October 8. CSI's document requests and interrogatories request responses within 30 days of service. Without prejudice to CJI's position that no additional discovery is necessary or appropriate, CJI will respond to the outstanding discovery prior to the due date.

Please let us know when CSI will be paying the costs taxed by the Second Circuit Court of Appeals. The check should be made payable to Congregation Jeshuat Israel.

**Tobias B. Jacoby** | Associate
**T:** 212-715-9332 **F:** 212-715-8135 **E:** TJacoby@KRAMERLEVIN.com
Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | New York, New York 10036
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

---

**From:** Shinerock, Solomon [mailto:Solomon.Shinerock@cwt.com]
**Sent:** Tuesday, October 21, 2014 4:10 PM
**To:** Wagner, Jonathan M.; Jacoby, Tobias B.; Naftalis, Gary P.
**Cc:** Solomon, Louis; Chiang, Jennifer; 'Sherman, Deming'
**Subject:** RE: CJI v. CSI

It has now been nearly two weeks since we reached out regarding additional discovery. We urge you to respond as quickly as possible so we can begin to put together the schedule for expert disclosures and beyond.

Thanks,
Solomon

**From:** Shinerock, Solomon
**Sent:** Monday, October 13, 2014 12:02 PM
**To:** jwagner@KRAMERLEVIN.com; Jacoby, Tobias B. (TJacoby@KRAMERLEVIN.com); Naftalis, Gary Philip
**Cc:** Solomon, Louis; Chiang, Jennifer; 'Sherman, Deming'
**Subject:** FW: CJI v. CSI

Counsel,

Consistent with the court's directives, we would like to map out a schedule for expert disclosures and beyond (particularly in light of your surprising assertion, in your letter to the court of October 8, 2014, that our expert disclosures were due October 3, with which we disagree).

In order to proceed we need to have a date by which we can expect to receive your responses to the outstanding discovery.

Please provide your responses as quickly as possible, as we believe it is in the best interest of both parties (and the court) to resolve this matter as quickly and efficiently as possible,

Regards,

Solomon

**From:** Shinerock, Solomon
**Sent:** Wednesday, October 08, 2014 9:25 AM
**To:** jwagner@KRAMERLEVIN.com; Naftalis, Gary Philip; Jacoby, Tobias B. (TJacoby@KRAMERLEVIN.com); ses@psh.com
**Cc:** Solomon, Louis; Chiang, Jennifer; 'Sherman, Deming'
**Subject:** CJI v. CSI

Counsel,

In accordance with the Court's September 23, 2014 rulings, attached please find discovery related to CJI's amended pleadings. Please let us know when you intend to respond to this discovery so that we may finalize a proposal for expert disclosures, per the Court's September 23, 2014 directives.

As we are eager to bring this matter to conclusion we hope this outstanding discovery can be addressed quickly.

Regards,
Solomon

Solomon B. Shinerock | Cadwalader, Wickersham & Taft LLP | One World Financial Center | New York NY 10281 | O: 212 504 6008 | C: 917 626 2278 | Solomon.Shinerock@cwt.com

---

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way