# EXHIBIT 6

| | |
|---|---|
| **From:** | Sherman, Deming <DSherman@edwardswildman.com> |
| **Sent:** | Friday, November 22, 2013 3:11 PM |
| **To:** | Snow, Steven E.; Shinerock, Solomon; 'Jacoby, Tobias B. (TJacoby@KRAMERLEVIN.com)'; Solomon, Louis |
| **Subject:** | RE: CJI v. CSI |

Steve – Thank you. I will get back to you with a date that week for scanning on site. Also, I thought there were other documents to be produced by CJI this week - what is status?  Deming

**Deming E. Sherman**
Partner
Edwards Wildman Palmer LLP
2800 Financial Plaza
Providence, RI 02903

Direct: + 1 401 276 6443
Fax: + 1 401 276 6611
Cell + 1 401 529 2303
Main: + 1 401 274 9200

www.edwardswildman.com

**From:** Snow, Steven E. [mailto:SES@PSH.com]
**Sent:** Friday, November 22, 2013 2:42 PM
**To:** 'Shinerock, Solomon'; 'Jacoby, Tobias B. (TJacoby@KRAMERLEVIN.com)'
**Cc:** Sherman, Deming
**Subject:** RE: CJI v. CSI

Sorry for the delay but I have been straight out in another matter.

Yes, we will agree that you can bring in an outside contractor to scan the minutes on site. We can probably make arrangements to do that during the first week of December.

**Steven E. Snow, Esq.**
Counselor at Law

***Please note our new address below.***

PARTRIDGE SNOW & HAHN LLP
40 Westminster Street, Suite 1100
Providence, RI 02903
t: 401-861-8215 · f: 401-861-8210 · c: 401-699-6271
ses@psh.com · www.psh.com

GreenMatters ™
Before printing this Email or any attachments, please consider the environment.

---------------------------

**From:** Shinerock, Solomon [mailto:Solomon.Shinerock@cwt.com]
**Sent:** Thursday, November 21, 2013 4:42 PM
**To:** 'Jacoby, Tobias B. (TJacoby@KRAMERLEVIN.com)'
**Cc:** Snow, Steven E.; 'Sherman, Deming'
**Subject:** CJI v. CSI

1

Toby,

I left a VM yesterday to follow-up on our conversation last week regarding production of the board minutes, and I have not heard from you.

Also, we haven't received a response from Steve Snow on scanning the minutes or production of the other documents we understood would be provided this week. As of last Wednesday, Steve said he was going to discuss our proposal to scan the minutes with the client.  Please advise as soon as possible; otherwise we will plan to proceed with a motion to compel.

Thanks,

Solomon Shinerock
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Tel:  +1 212.504.6008
solomon.shinerock@cwt.com
www.cadwalader.com

----------------------------------------------------------------------
IRS Circular 230 Legend: Any advice contained herein was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal, state, or local tax penalties. Unless otherwise specifically indicated above, you should assume that any statement in this email relating to any U.S. federal, state, or local tax matter was written in connection with the promotion or marketing by other parties of the transaction(s) or matter(s) addressed in this email. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.



====================
NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.



----------------------------------------------------------------------
Disclosure Under IRS Circular 230:  Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any tax-related transaction or matter.
This email message contains confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you think you have received this e-mail message in error, please notify Partridge Snow & Hahn LLP at (401) 861-8200, and purge this e-mail message from your computer system immediately. Thank you.