# EXHIBIT 7

| | |
|---|---|
| **From:** | Shinerock, Solomon |
| **Sent:** | Friday, October 24, 2014 12:45 PM |
| **To:** | Naftalis, Gary Philip; 'jwagner@KRAMERLEVIN.com'; 'Jacoby, Tobias B. (TJacoby@KRAMERLEVIN.com)'; 'ses@psh.com' |
| **Cc:** | Solomon, Louis; 'dsherman@edwardswildman.com'; Chiang, Jennifer |
| **Subject:** | CJI v CSI |

Counsel, in the process of preparing for expert disclosures (and independently in reviewing our files in light of your amended pleading) we have discovered additional documents for production. In particular, our expert has discovered additional CSI archival material that we are producing herewith. It has taken some time to prepare this production given that the majority of these materials were stored on old microfilms requiring specialized tools to convert them to modern digital files. It was very old and delicate and required careful handling. Although this material may include irrelevant material and material not called for in discovery, we wanted to get it to you in the interest of time. We produce this material subject to all previously-stated objections and with reservation of all rights.

Solomon B. Shinerock | Cadwalader, Wickersham & Taft LLP | One World Financial Center | New York NY 10281 | O: 212 504 6008 | C: 917 626 2278 | Solomon.Shinerock@cwt.com