# EXHIBIT 8

| | |
|---|---|
| **From:** | tjacoby@kramerlevin.com |
| **Sent:** | Sunday, June 08, 2014 10:34 AM |
| **To:** | Shinerock, Solomon |
| **Cc:** | tjacoby@kramerlevin.com; jwagner@kramerlevin.com; ses@psh.com; Solomon, Louis; Chiang, Jennifer; dsherman@edwardswildman.com |
| **Subject:** | Congregation Jeshuat Israel v. Congregation Shearith Israel |

**You have received 1 secure file from tjacoby@kramerlevin.com.**
Use the secure link below to download.

I enclose a link to documents Bates stamped CJI001274 through CJI001361.

**Secure File Downloads:**
Available until: **29 June 2014**

Click link to download:

**20140608 Production.zip**
24,300.75 KB

You have received file link(s) sent via Accellion Secure File Transfer. To retrieve the file(s), please click on the link(s).

Secured by **Accellion**

**Tobias B. Jacoby** | Associate
**T:** 212-715-9332 **F:** 212-715-8135 **E:** TJacoby@KRAMERLEVIN.com
Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | New York, New York 10036
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.