# EXHIBIT 8A

CONGREGATION JESHUAT ISRAEL
CONGREGATION MEETING
OCTOBER 19, 2008

In attendance: Joan Liebman, Shirley and Phil Mintz, Andy Segal, Marcia and Elie Cohen, Brian Gillson, Emily Fowler, Samuel and Phyllis-Ann Friedman, Enid Levenson, Rosalie Goldman, Alan Feinberg, David Bazarsky, Tali Sabo, Sally and Louis Abbey, Selma Klein, Bernice and Saul Schweber, Donna Pimental, Greta Kessler, Barbara Epstein, Zalman Newman, James and Debra Herstoff, Paula and Gary Smith, Paul Tobak, James Leach, Meryle Cawley, Michael Pimental, Bea Ross, Saul Woythaler, Rita Slom. On the phone Steven Thall and Cliff Guller.

A meeting of Congregation Jeshuat Israel was held on October 19, 2008, with co-president B. Schlesinger Ross presiding. The minutes of the meeting of July 29, 2008 were approved as presented.

Donna Pimental reported for the Buildings and Grounds committee. There is a three-year warranty with Shawmut, the company that restored the synagogue. They are looking at some problems we are having with the windows and peeling paint on the barrel ceiling. We also have a credit on our insurance due to the receipt of final certification of the synagogue sprinkler system. We are having work done on the heating system in the Levi Gale house.

Redacted

Under new business, the president reported that we have not been able to balance the budget. The executive committee and the board have met twelve times to discuss the situation. We must to raise an additional $5,000,000 to supplement our current endowment funds so we can ensure the financial security of the synagogue. That sum includes the remaining $480,000 that we owe to BankNewport for the restoration loan. There are three, overlapping ways to reach this goal.
   1) Significant fundraising outside of the congregation. Laura Pedrick is chairing this committee. The religious committee has raised $7,000 to pay for the cantor for the High Holidays. Rabbi Eskovitz has raised $6,000 this summer from visitors who attended services to pay for having the synagogue open for weekday services during the summer. The committee will look into other larger scale fundraising opportunities. Other suggestions made for raising money were: raising dues, including life membership dues; increasing membership and instituting affiliate/associate memberships.

CONFIDENTIAL

CJI001297

2) More efficient property and personnel management. The hours for our office manager, Kathy Radosevich, will be cut to 20 hours a week from 32 last year and 40 the year before. We are looking for volunteers to help in the office. Renee Talewsky is working on a personnel manual. Another option that the committee is considering is to close the Levi Gale House for some or all of the year. This committee is headed up by Donna Pimental and Renee Talewsky,

3) The possible sale of some of real and personal property. This is not a good time to sell property, but we might have to look into that next year. There is a possibility that we should sell one set of the rimonim and the Gilbert Stuart painting of Abraham Touro. There are other items and artifacts that might be valuable. The committee chair is David Bazarsky.

A discussion followed including opposition to selling the rimonim and the possibility that they belong to Shearith Israel. The question was raised why the restoration is not paid for. President Ross said we still owe the bank about $480,000 because there wasn't enough money raised to pay for it.

Mr. Bazarsky said that if we are to investigate selling the rimonim, it would take at least 9 months and that should include looking into a public auction, a private auction of at least 15 buyers and selling them to museums such as Skirball and Yale. If we could sell one set at $2,000,000 to generate $100,000 a year, it would still take at least two years before we got any income to use for upkeep of the synagogue. It was pointed out that we wouldn't realize $100,000 a year income because even if we sold the rimonim for $2,000 after expenses, we would have to pay off the BankNewport loan leaving us with only $1,500,000. Ms Ross commented that we had to be careful about how much we are willing to let the rimonim go for if we end up deciding to take that route and be sure we set a high enough reserve because they are our only really valuable assets and we will only get one chance to sell them. Andy Segal felt strongly that we should investigate all avenues for using the rimonim to raise money such as finding a buyer who would put them on permanent loan to a museum with a possible remainder clause whereby they would revert back to the synagogue at some point. If we do end up selling them, it would be preferable to have them go to a museum where the public would see them rather than have them go to a private collection.

The following motion was made, seconded and approved by a vote of 22 in favor, 6 against and 4 abstentions:
    "The Congregation authorizes the formation of a committee to thoroughly investigate the use and/or sale of one set of Myer Myers rimonim, the Gilbert Stuart portrait of Abraham Touro and any other capital assets to raise funds for the endowment of the Congregation."

Redacted

CONFIDENTIAL

CJI001298

Redacted

Redacted

Redacted

Respectfully submitted,

Rita D. Slom
Secretary

CONFIDENTIAL

CJI001299