# EXHIBIT 8B

CONGREGATION JESHUAT ISRAEL
SPECIAL MEETING
MARCH 29, 2009

A special meeting of Congregation Jeshuat Israel was held on March 29, 2009. The meeting was called to gain authorization from the congregation to permit the Board of Officers "to sell or otherwise dispose of, any real or personal property that belongs to the congregation at their discretion and in the best interests of the congregation," There were 39 members in attendance. A vote of 2/3 would be needed to pass the resolution.

Co-president Saul Woythaler opened the meeting by asking Rabbi Mordechai Eskovitz deliver a D'var Torah.

Mr. Woythaler began by explaining that the congregation is in dire financial straits. We are co-signers of a loan for the restoration of the synagogue. There is a balance of approximately $450,000. In addition our operating costs are more than our income. Our membership has gone down and the stock market has gone down, significantly reducing our income from the Touro Funds. Currently we are borrowing against some restricted funds, which will have to be repaid. At a recent meeting, a committee was appointed to discuss ways to raise funds and to decrease expenses. Following their report, the board voted not to close the Levi Gale House and not to lay off our secretary. At that time, they also voted to have an assessment for all members as a stop gap measure to cover some of the salary of our secretary. The board also voted to ask the congregation for permission to sell some assets in order to fund an endowment.

Michael Pimental gave the treasurer's report. The FY2009 budget has a deficit of up to $60,000. In addition, we expect the interest from the Abraham Touro fund to decrease from $99,000 this year to $55,000 next year, so we expect the FY2010 budget to have a deficit of approximately $110,000. Our other investment accounts currently are $328,000, all of which are restricted funds.

Louise Teitz made a motion, seconded by Dr. Alan Feinberg to permit the board of officers "to sell or otherwise dispose of any real or personal property that belongs to the congregation at their discretion and in the best interests of the congregation necessary to raise an endowment and meet current expenses." A discussion followed. A discussion was held on the motion.

Josephine Stein suggested that we ask each of our congregants to loan $5,000 without interest. If 100 people loaned $5,000, at the end of the year, we would give each person a letter that the interest would be considered their donation.

Among the questions asked/discussed were: What assets are being discussed that might be sold. They are, but aren't necessarily limited to: Levi Gale House, Rabbi's house, one set of the Myer Myers rimonim. The questions arose about how much we could expect to

CONFIDENTIAL

realize from of the rimonim and that it must be enough to justify sale. They will be appraised shortly.

Have we had any fund-raising? Laura Pedrick, chair of the committee, said they have met with Rhode Island Foundation about endowing the Rabbi's Chair. We will need to get papers together to request a grant.

Do we own the rimonim? We have been told that we do own them.

Can we rent out the 2nd floor of the Levi Gale House? It would mean we would have to pay taxes on the building.

After much discussion, Louise Teitz amended her motion "to authorize the board at their discretion by a 2/3 vote to sell real and personal property necessary to cover the endowment and current expenses." The original motion was amended to include that the board also must vote by 2/3 margin to authorize any sale. Alan Feinberg seconded the motion.

A vote was called for the amendment to the resolution to add the words "by a 2/3 vote". The amendment passed with 2 opposed and 1 abstention.

A vote was held to "**Authorize the Board to sell or otherwise dispose of any real and personal property that belongs to the congregation at their discretion and in the best interests of the congregation necessary to raise endowment and meet current expenses. There would need to be a 2/3 vote by the Board.**" The vote needed a 2/3 majority to pass. There were 20 in favor and 14 opposed. The motion did not pass.

Under Good and Welfare, Donna Pimental reminded everyone of the Passover Seder to be held on the 2nd night. Emily Fowler reported that Michael Davis, son of Eleanor and the late Seymour Davis, will speak on May 31st on his book, "Street Gang". Melba Meister reported that a committee is meeting to promote weddings, Bar/Bat Mitzvoth and other programs in the synagogue. Bea Ross thanked Saul Woythaler for his newly created online Touro Tradition and his recent Passover issue.

Respectfully submitted,

Rita D. Slom

CONFIDENTIAL

CJI001315