208:21,23
209:3 246:2
**puts** 33:17
80:3
**putting** 13:7
200:25,25
207:22
246:6
**p.m** 150:14
151:3 253:7

**Q**

**qualification** 232:25
**qualificatio...** 183:10
233:5
**qualified** 156:12,20
157:3
**qualify** 18:20
239:8
**quedushah** 107:12
109:2
**question** 4:5
4:9 6:3 10:4
12:16 13:2
14:18,21,23
16:2,11
18:11 21:11
21:14 23:16
23:19 24:18
31:4 33:7
33:11,14
34:10 35:11
35:15 36:4
36:8 42:23
43:7,8,18
44:20 45:13
48:8,8 53:8
55:4,5,14
55:21 56:20
56:24 57:10
58:10 59:10
64:11 65:11
65:17 67:23
68:4,19

70:2,5 71:5
72:16 73:7
74:8,20,25
78:17 79:24
82:15,23
84:23 87:21
88:19 93:22
93:25 94:7
94:23,25
95:6,8,10
95:14,16
96:9,11
99:15 100:4
100:4 101:8
103:17
104:18
105:6
109:18,21
110:2,2,8
111:12,24
112:5 119:8
121:21,22
122:17
123:13
126:11
127:2,8
130:9,9,19
133:4 135:6
135:7,14
136:11
139:3
146:25
151:15
153:12
155:21
159:9
160:16,16
160:22,23
161:2,20
163:25
167:19
170:24
173:18,22
173:25
174:25
175:22
176:5
178:18

179:24
180:3,20
182:6,17,25
185:16,17
189:10
192:15,15
192:19
193:25
194:4
195:19
197:10
199:2,24
201:18
207:7,25
208:7
209:23,23
220:24,24
221:2,10
231:19
232:13,17
234:25
238:16
239:23
246:9
249:18,20
**questioning** 215:17
251:23
**questions** 4:15 33:19
35:6 36:17
43:23 58:24
66:15 67:7
67:9 68:6
69:2,8 73:4
73:6 92:20
94:12 96:6
101:24
102:6 122:2
130:20
136:25
137:4 147:2
153:13
154:15
155:20
156:3,14,18
211:16,18
211:20

215:21
216:22
225:15,17
225:19
251:20
**quick** 107:4
**quickly** 49:23
**quite** 79:9
88:14 197:7
**quotation** 76:10 78:19
189:21
**quote** 64:4
78:20 91:11
107:24,25
167:18
189:14,18
190:2,3,4
219:22
241:5 243:6
243:16
244:2 247:7
**quoted** 63:14
189:23
190:2 203:2
219:20
242:4 243:2
243:4,5
**quotes** 63:21
64:8
**quoting** 63:13,24

**R**

**R** 2:2 3:2 4:2
4:2 151:2,4
151:4 255:2
262:2,2
**rabbi** 25:7
174:5,5
**rabbis** 174:12
**raise** 8:9
**raised** 56:11
**raises** 197:10
**Rambam** 167:9,11
**range** 12:13
85:3 223:14

223:20
**rarely** 239:7
**rate** 15:3
**Rayner** 61:6
61:11 62:6
75:3 224:8
**reach** 78:23
**reached** 86:24
**read** 7:6 12:4
30:18,18
35:18,21
36:7 38:17
41:13 44:18
50:12 54:22
56:4 70:6
70:25 71:18
71:20 72:18
88:7 93:25
94:6,8 99:2
100:12,18
100:20
126:7
133:13
139:22
140:3,6
151:20
154:3 157:4
157:8,12
163:19
168:9 198:6
242:23
254:8 261:4
**readily** 106:16
**reading** 24:22 28:15
50:14 53:12
55:10,15
58:11 88:18
89:12 96:23
99:4 111:5
120:18
135:3
136:18,21
137:11,13
152:8,13,14
156:24

157:6 159:2
166:2
177:11
181:16
192:21
217:17
234:17
251:19
**readings** 29:11,17
38:3,9
178:10
**reads** 92:7
**ready** 68:23
106:18
113:3,4
204:19,20
**real** 33:21
34:13,20
35:8,23
37:7,9,15
37:19 200:6
201:16
202:12
213:12,20
**reality** 245:20
**realized** 186:24
187:4,6
**really** 35:4
36:21 57:2
57:15,16
68:8 71:18
130:19
147:2
148:17
174:22
175:2 179:4
215:25
252:17
**realm** 11:15
22:6 28:4
103:4 155:6
**reason** 81:10
103:4
135:17
213:2 261:6

262:9,11,13
262:15,17
262:19,21
**reasonable**
78:22 79:3
79:8 135:2
225:18
**reasonably**
81:7,8
86:22 134:5
**reasons** 95:7
95:17 262:5
**Reawakeni...**
30:25
**recall** 8:2,23
9:5 20:20
24:9 25:10
41:25 42:14
42:20 43:2
44:7,19
50:14 62:10
62:25 68:2
68:18 75:18
75:23 76:3
77:5 78:9
85:9 88:20
89:13 96:23
98:21,25
99:4 100:20
102:2 108:7
113:22
116:6 117:4
118:13
120:3
128:15,18
131:7 133:5
143:7
147:23
153:23
154:25
156:9
157:16,17
158:15
159:2,18
161:9
162:23
167:6 168:9
169:7

173:13
174:8
175:17
176:9,18
177:5,7,11
177:16,21
178:4,9,13
180:16
184:23
192:20
194:3 208:6
209:21
210:18
220:16
224:4
228:16
231:18
246:22
248:20
249:12
250:5
**recalling**
62:19
**receipt** 88:24
257:4
261:15
**received**
81:20 118:2
150:4
169:13
181:7
**receiving**
134:24
**recess** 50:6
112:23
150:14
204:16
215:5
**recognition**
87:23
**recognize**
52:5 161:18
188:7
232:19
247:17
**recognized**
19:25 20:4
20:16,22

21:8 161:25
188:14
198:13
202:15
247:14,16
247:19
**recollect** 74:7
**recollection**
16:10 41:24
46:3 85:8
89:7 99:10
113:22
156:9 167:3
167:21
191:19
192:20
193:5 208:4
210:17
244:2
249:10
**recommend**
152:16,19
152:24
**reconstruct**
132:9
136:19
137:3
**Reconstruc...**
137:5
**reconstructs**
11:20
**record** 17:19
49:11,14
54:14 70:6
80:24 94:8
102:17
103:3,7
118:3
122:22
132:7
169:24
170:25
171:4 182:8
184:6 215:6
238:8
255:13
**recorded**
131:13

190:17
238:22
**redo** 236:20
**Redwells**
135:21
**refer** 7:19,20
7:21 108:9
180:19
183:23,24
207:18
213:25
239:2
**reference**
6:11 48:22
51:22 57:2
107:21
108:4 121:2
121:3 125:2
125:10
141:3
145:19
146:3,13
147:4,6,15
148:15
154:9 163:5
166:3
172:15
174:4 181:9
186:17
190:12
196:15
198:17
199:3
202:10
205:14
208:15,17
209:11
222:24
226:14
230:11
242:13,16
243:21,23
248:3,4,18
249:2
**referenced**
37:4 48:22
50:10
118:10

119:25
144:19
163:13
167:6
186:19
196:6
205:15
231:7 247:2
248:17
**references**
106:14
108:3
150:10
159:23
192:13
214:13,18
223:9,17
235:14
248:22
**referencing**
107:25
128:9,22
133:3
140:13,16
141:13
**referred** 89:9
205:18
207:21
208:12
228:22
229:7
**referring**
10:20 23:3
63:20 80:16
97:18 119:7
132:25
171:4 200:2
214:6
222:15,20
247:7 250:2
**refers** 109:25
184:3 196:8
213:4
223:23
238:17
**reflect** 10:22
11:24 64:18
70:8 76:23

126:24
127:6 131:8
138:22
198:6
234:16
**reflected**
24:23 61:21
64:20 86:25
88:5 158:2
230:7
**reflecting**
55:17 61:19
64:23 86:15
114:10
131:22
158:8 196:4
**reflection**
9:11 10:12
70:24
126:15
**reflects** 49:14
54:23 55:15
74:14,16
220:22
221:4
**Reform**
29:25
**regarding**
66:8 76:5
160:5 198:6
202:8
217:18
228:17
229:25
239:13
**regards** 31:2
**reject** 205:13
**rejected**
203:20
205:16
**relate** 31:18
43:23 194:2
**related** 33:16
39:5 40:14
87:21 95:20
96:10,11
111:2
187:16

| | | | | | |
|---|---|---|---|---|---|
| 255:16 | 36:7 52:12 | 238:24 | 18:12,16,17 | 122:25 | 238:17 |
| **relates** 31:15 | 52:19 54:11 | **remaining** | 18:20,22 | 123:9,14,22 | 240:9,22 |
| **relating** | 154:2 | 195:9 | 21:20 22:10 | 124:6,22 | 243:3,16 |
| 27:10 | 219:20 | **remains** | 22:23 23:5 | 125:2,3,9 | 244:5,11 |
| **relation** 9:4 | 221:8 232:2 | 32:15 | 23:18 24:5 | 126:23 | 245:4,13 |
| **relationship** | **religion** | **remember** | 25:3,24 | 128:6 | 248:10 |
| 189:2 | 13:23,25 | 25:23 26:3 | 26:16,23 | 130:23 | 256:10,22 |
| 190:24 | 14:4,5,8,17 | 26:4 62:21 | 37:5 48:23 | 131:6,8 | **reported** |
| 195:21 | 27:9,11 | 64:7 76:20 | 49:24 51:17 | 132:2,12,14 | 246:23 |
| 202:8 | 29:6,9 30:4 | 78:5 99:2 | 51:19 54:3 | 132:23,25 | **reporter** |
| 232:20 | 39:5 40:12 | 108:24 | 54:23 55:15 | 133:3 | 17:20 |
| 241:16 | 45:12,17 | 140:23,25 | 55:25 56:20 | 138:18,20 | 202:23 |
| 245:5,12 | 47:3 49:16 | **reminds** | 56:23 57:3 | 156:23 | 252:16 |
| **relevance** | 61:13 | 25:25 | 57:9,12,13 | 157:14 | 255:8 |
| 65:9 93:12 | 107:11 | **remove** | 58:4,5,6,19 | 159:10 | **reporting** |
| 96:2,3 | 108:19 | 186:24 | 59:24 60:4 | 160:22 | 191:14 |
| **relevant** | 151:21 | 190:21 | 60:12 64:17 | 162:21 | **reports** 55:17 |
| 13:19 53:16 | 152:25,25 | **removing** | 64:24 65:14 | 165:10 | **represent** |
| 66:14,17 | 153:5,7 | 187:13 | 70:24 71:19 | 168:4,17 | 152:9 157:5 |
| 67:6,13,17 | 154:10 | **repairs** 200:4 | 71:20,21,22 | 169:10,12 | 241:15 |
| 67:17,24 | 156:15 | **repatriated** | 71:24 74:14 | 174:3 179:5 | **representat...** |
| 68:5,22,25 | 257:16 | 32:8 | 74:16 75:6 | 179:8 180:7 | 142:22 |
| 69:7 81:13 | **religions** | **Repatriation** | 75:8,10,12 | 180:22 | 143:8 |
| 83:14 91:22 | 155:11 | 32:4 | 75:14,16 | 181:17 | 233:24 |
| 93:3 95:3 | **religious** | **repeat** 70:4 | 76:4,8,18 | 183:2,4,9 | 238:6,7 |
| 104:17 | 27:21 28:3 | 246:9 | 76:23 77:2 | 185:25 | 240:18 |
| 114:24 | 28:5,16 | **repeatedly** | 79:22 80:12 | 186:7,8 | 250:7 |
| 115:3,10 | 29:2 38:11 | 66:9 | 81:16,18,21 | 187:12 | **representat...** |
| 135:9,16 | 40:14 42:2 | **repeating** | 83:11,17 | 188:16 | 192:13 |
| 156:18 | 46:20,24,25 | 71:4 | 84:5,18 | 189:11,19 | 229:2 |
| 171:13 | 47:6,13,20 | **repetition** | 87:6,8 | 189:24 | **representing** |
| 200:18,18 | 51:6 52:6 | 185:16,18 | 88:15,19 | 191:12 | 116:10,21 |
| 201:6,18 | 52:13,21 | **rephrase** | 89:8 90:6 | 193:23 | **reprint** 171:6 |
| 217:17,20 | 58:20 59:6 | 31:4 59:12 | 90:18,20 | 194:2 195:7 | **reputation** |
| 217:21 | 69:11 | 132:12 | 91:4,8,12 | 195:18 | 79:21 80:4 |
| 219:3 221:9 | 114:13 | 193:22 | 93:5 94:13 | 199:8 | **request** 50:18 |
| 231:22 | 151:22 | **replace** | 96:22,25 | 205:11 | 66:3 99:10 |
| 232:18 | 175:5,10 | 187:23,24 | 97:3,16,18 | 207:2 | **requested** |
| 244:22 | 183:7 | 188:8 | 97:25 98:17 | 208:13 | 196:20 |
| **reliability** | 195:11 | **replacement** | 101:25 | 213:24 | **REQUEST...** |
| 138:15 | 243:11 | 187:2 | 102:3 107:2 | 214:8,22 | 256:6 |
| **reliable** 22:2 | 249:2 250:3 | 190:24 | 108:4,8,23 | 218:14 | **require** 18:25 |
| 22:10,15 | **relying** 54:4 | **report** 6:6 | 110:4 111:9 | 220:18,21 | 50:11 184:7 |
| 23:9,18,23 | 61:5 142:5 | 7:6,22 8:6 | 111:11 | 228:18,19 | **required** |
| 24:5 26:6 | 158:3 170:2 | 8:15 9:7,11 | 112:3,8 | 229:9 230:8 | 18:14 32:4 |
| 26:13,20,22 | 240:10 | 9:15,18 | 114:9 117:4 | 231:25 | 35:23 52:15 |
| 183:4,10 | **remain** | 10:17 17:6 | 117:5 122:8 | 234:7,20,23 | 54:16 55:7 |
| **relied** 23:17 | 187:25 | 17:14 18:8 | 122:18,20 | 237:15 | 59:20,25 |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

| | | | | | |
|---|---|---|---|---|---|
| 63:8 64:13 | respond | 80:5,9 | 138:24 | 17:11,12 | 162:8,14 |
| 153:15,22 | 37:13 | 236:20 | 141:7 | 18:4,7,13 | 164:16 |
| 156:21 | responded | reviewed | 145:16 | 18:25 19:4 | 165:12,19 |
| 194:18 | 100:7 | 8:25 9:8 | 152:18 | 28:13,21 | 166:10 |
| 197:16,22 | 125:14 | 25:22 30:17 | 155:15 | 41:8,21,25 | 178:24 |
| 256:21 | 126:22 | 75:14 89:4 | 156:11 | 51:9 52:9 | 179:20,22 |
| requireme... | 127:21 | 124:11 | 163:6,25 | 52:21 53:3 | 180:3 |
| 33:20 34:3 | 239:16 | 133:16 | 164:10 | 53:19 54:8 | 181:14,25 |
| 34:13,17,20 | responds | reviewing | 170:6,6,10 | 54:15 55:2 | 182:12,18 |
| 35:7 36:5 | 197:9 | 25:23 26:23 | 170:18 | 55:7,19,23 | 182:23 |
| 197:24 | response | revisit 234:4 | 172:16 | 56:21 57:2 | 185:3 |
| 198:2 | 43:12 100:8 | Rhode 1:3 | 179:4,16 | 57:18 58:8 | 186:24 |
| requires 52:9 | 186:20 | 25:16 26:9 | 180:16 | 58:16,18,22 | 188:8 |
| 102:23 | 239:13 | 88:4 90:12 | 183:22 | 58:23 59:5 | 190:21 |
| 130:3 | responsibil... | 198:21,25 | 192:20 | 59:8,24 | 191:15 |
| 195:19 | 188:13 | 238:20 | 193:8 | 63:8 64:2 | 192:7,17,23 |
| requiring | 198:11 | 256:13 | 194:14 | 64:12 69:17 | 192:23 |
| 50:14 | 199:11 | ridiculous | 199:13 | 70:9,13,23 | 193:4,7,21 |
| reread 7:8 | responsible | 187:19 | 203:10,14 | 71:15 72:22 | 207:21 |
| rereading | 108:22 | right 6:19 7:3 | 203:19 | 73:8,14,20 | 208:8,12,16 |
| 182:4 | 221:25 | 8:3 14:7 | 204:2 207:7 | 74:3,21 | 208:18 |
| 193:25 | rest 28:5 84:4 | 17:14 26:12 | 207:23 | 79:3 81:25 | 209:11,23 |
| research 8:17 | 146:10 | 32:23 37:5 | 208:13 | 83:2,3 | 209:24 |
| 14:2 15:12 | 224:23 | 37:6 42:4 | 216:21 | 107:17,20 | 210:2,3,8 |
| 33:10 34:16 | restate 59:2 | 42:25 45:20 | 219:18 | 107:21,21 | 210:11,14 |
| 58:12 103:2 | 181:21 | 56:2,17 | 220:9 223:8 | 107:25 | 210:19,21 |
| 106:12,22 | result 10:2 | 62:18 67:4 | 224:3 | 108:3,4,8 | 212:5,18 |
| 135:3 | 100:11 | 80:18 88:20 | 225:16 | 109:7,11,14 | 213:8,10,15 |
| 229:24 | 190:22 | 89:11 90:6 | 226:15 | 110:5,11,12 | 213:20,23 |
| researched | 203:25 | 91:25 97:25 | 228:11 | 110:12 | 214:7,10,11 |
| 38:16 | resumed | 98:17 | 229:8,10 | 113:16,19 | 214:13,21 |
| researching | 151:5 | 106:10 | 230:15 | 113:24 | 223:10,17 |
| 231:19 | retained | 107:9 108:5 | 233:15 | 114:17,20 | 223:24 |
| resident | 13:14,15 | 108:7 | 235:3,24 | 114:23 | 224:5,10 |
| 152:23 | 19:17 | 110:24 | 236:7 | 115:2 | 225:9,25 |
| resolution | return 32:5 | 114:2,3,8 | 242:22 | 118:10 | 226:12 |
| 68:10 189:7 | 195:23 | 114:17 | 243:9 | 119:20,24 | 227:4 230:5 |
| 199:10 | 261:13 | 119:2,17 | 244:16,17 | 120:5,16 | 232:15,15 |
| resources | returned | 121:13 | 244:18 | 121:6 | Rimonim |
| 40:13 | 168:23 | 122:3,7,17 | 247:18 | 123:12 | 59:19 |
| 134:19 | 181:2 | 122:24 | rights 33:11 | 131:16 | 256:19 |
| 135:18 | returning | 124:5,22 | 34:8 101:9 | 141:10,13 | rise 40:8 |
| respect 8:5 | 240:5 | 133:13,17 | 215:14,15 | 141:14 | ritual 18:13 |
| 43:9 62:5 | Rev 116:2 | 133:20,21 | rimmonim | 142:7 | 18:13 28:11 |
| 153:14 | 257:21 | 133:23,25 | 6:10,11,12 | 153:14,21 | 51:11 52:2 |
| 191:9 | reveal 42:22 | 134:8 136:3 | 6:16,18 | 156:21 | 95:17 |
| 226:13 | 80:10 | 136:6,12 | 16:6,11,18 | 157:9 | 107:16 |
| 232:10 | review 75:17 | 137:3,7 | 16:25 17:9 | 161:18 | 109:5,6 |

| | | | | | |
|---|---|---|---|---|---|
| 110:14 | run 46:19 | 21:11 26:19 | 139:6 | 19:4 21:20 | 107:24 |
| 154:15 | 120:20 | 27:23 52:14 | scholarship | 22:9,14,16 | 108:25 |
| 158:19 | R-a-y-n-e-r | 55:16 74:15 | 24:12,13,14 | 23:10,17 | 109:2,3,10 |
| 162:9 | 61:12 | 79:7 105:7 | 24:15,20 | 24:4 30:7 | 111:18 |
| 167:24 | R.I 237:8 | 111:3 | 109:23 | 51:24 53:12 | 115:19 |
| 168:22 | 260:13 | 124:13 | 110:5 | 62:13 66:17 | 117:16,17 |
| 179:10 | | 131:5 | school 129:4 | 81:12 | 117:20,22 |
| 180:25 | S | 133:20 | SCHUMEI... | 105:13,15 | 117:24 |
| 188:17 | S 2:2 3:2 4:2 | 137:21 | 2:13 | 105:16 | 118:8,25 |
| 195:11 | 151:2,2,2,4 | 142:5,9 | scope 122:12 | 106:2,5,7,9 | 119:3 |
| 227:15 | 224:17 | 166:20 | 175:5,10 | 106:24 | 123:20 |
| 230:4,11 | sacred 17:13 | 192:14 | scratch | 114:19 | 125:24 |
| rituals 214:3 | 32:15 | 196:24 | 135:24 | 154:3,21 | 128:18 |
| 243:21 | 195:11 | 208:2,14 | screwed | 156:25 | 131:3,17,18 |
| Rivera | safe 168:23 | 221:12 | 94:15,16 | 223:3 224:2 | 135:3 141:4 |
| 242:17,20 | 181:2 | says 57:10 | scroll 53:3 | 224:12,15 | 141:23,24 |
| rods 6:23 7:2 | safekeeping | 63:7,14 | 63:21 | 225:2,7,23 | 163:17 |
| 41:8 | 181:24 | 72:4 81:17 | scrolls 6:24 | 226:7 | 165:16,17 |
| role 19:21 | 185:5 | 81:18 90:8 | 53:2 72:7 | second-to-l... | 166:16 |
| 30:2 85:14 | 194:17 | 93:18 96:16 | 169:17,19 | 97:6 117:15 | 168:14,19 |
| 85:20 | Samuel 172:6 | 98:8 101:6 | 170:3,5 | 117:18 | 169:2 |
| 175:18 | 172:7 | 109:5 | 172:20,24 | 190:6 195:8 | 171:11 |
| 176:10 | Sarna 21:16 | 110:24 | 173:5,7 | section 64:8 | 172:5,8,9 |
| 199:10 | sat 157:11 | 116:15 | 178:22 | 80:16 | 172:13 |
| rollers 63:23 | 215:19 | 119:18 | 179:10,15 | 159:10 | 173:8,9 |
| Roman 72:4 | 251:10 | 123:9 | 179:19,20 | 203:2,5 | 174:13,17 |
| room 7:14 | satisfied | 141:20 | 180:15,19 | sections | 178:24,25 |
| 61:14 63:15 | 220:19,25 | 163:14 | 185:4 188:2 | 194:2 | 180:9 |
| 63:15 85:23 | 221:3 | 172:5 | 195:11 | see 15:24 | 181:10 |
| rooted 86:24 | Saturday | 183:25 | scrutiny | 41:16 51:12 | 184:21 |
| roughly 7:17 | 43:20 44:2 | 184:6 185:2 | 130:7 | 51:13 53:4 | 185:2,6,6,9 |
| 170:19 | Saturdays | 191:5,7 | search 10:11 | 53:5,19 | 185:24 |
| routinely | 44:6 | 194:14 | 199:21 | 60:5,9,11 | 186:7 187:2 |
| 155:8 | save 117:13 | 199:10 | 221:7 | 62:6,13 | 187:8,9 |
| RPR 1:20 | 118:18 | 202:14 | second 51:2,5 | 63:5 72:4,9 | 193:22 |
| 255:24 | 150:9,12 | 203:6,9 | 62:4 85:2 | 72:10 82:3 | 194:19 |
| RQ 50:18 | 202:22 | 207:4 | 95:5,22 | 82:8,14 | 195:14 |
| 256:6,7 | saw 5:11 | 214:22 | 101:14 | 83:4 87:16 | 199:16,22 |
| rule 138:16 | 65:22,24 | 221:21 | 108:19 | 88:9 90:4 | 200:8,9 |
| 138:25 | 101:20,22 | 228:21 | 143:22 | 90:15 96:19 | 204:5,8,11 |
| 139:5 | 134:6 | 229:9 | 164:17 | 96:19,20,21 | 207:9,10 |
| 215:17 | 147:21 | 237:17,17 | 202:22 | 97:11,12 | 224:23 |
| 221:20,21 | 166:14 | 238:19 | 221:22 | 98:7,14,15 | 228:23,24 |
| 251:17 | 180:22 | 240:20 | 222:4,8 | 101:6,10,17 | 229:7 |
| rules 216:5 | 184:22 | 243:10 | 239:12 | 101:18 | 231:12,13 |
| 216:25 | 207:20 | scenario 81:5 | 240:3 | 106:9 | 232:7 234:7 |
| 228:9,12 | 229:2 245:4 | scenarios | 257:16 | 107:13,14 | 237:17,22 |
| ruling 139:6 | saying 12:23 | 138:16,25 | secondary | 107:17,19 | 237:23 |

242:7,9,10
243:14,15
243:19
245:7
246:14
248:25
249:4,5
seeing 62:25
83:14
113:23
116:6 143:7
147:24
177:11,16
seemingly
188:5
seen 4:18
5:16,18,22
16:6,10
17:10 24:21
31:15 37:2
37:14,16
41:6,11,15
41:20,21,25
66:4,6
67:16 73:16
75:18 89:4
89:6,23
90:2 95:15
99:17,18
113:18
114:4
115:20
116:5
118:25
119:22
120:2,12,13
128:24
130:6,14,16
142:21
143:2
145:12
147:13
158:9
159:23
166:19,22
167:3
169:20
174:7,20

183:5,8,20
184:11,12
191:8,10,13
191:20
192:6,12,16
192:18,25
193:3,5,17
196:10
198:19
199:6
206:12,15
206:17
210:3,5
230:6 233:4
237:12,13
239:7
241:16,25
252:4
sefer 63:22
119:24
seforim 180:8
180:13,14
180:17
181:9,14,23
segment
15:14
segments
29:15
select 93:2
selectivity
103:24,25
seminary
46:7,8
175:20
176:11
send 252:17
sense 198:11
223:14
sensibilities
76:24
sent 168:5,8
168:22,24
169:11
179:15
180:25
181:3 196:8
sentence
77:17,21

78:14 90:8
90:17,20
96:24
125:19
131:20
141:20
168:19
178:21
180:22
185:8 190:7
195:8
sentences
77:19 84:9
separate
158:25
234:2,8
Sephardic
16:23,25
18:23,24
41:22 52:22
53:22,23
157:15
158:14,21
159:11,17
159:22
160:8,20
161:4,8,14
176:25
178:3
series 139:15
144:9 145:7
147:4,13,14
147:17
148:25
150:4
service 16:13
16:14,20,21
16:22,23,24
16:25 17:3
17:13,16
40:16 41:12
41:21,22
42:2 43:16
52:9,10
54:16 63:9
72:21,23
73:8,15,21
73:22,23

74:2,10,22
153:22
156:21
158:7,13,14
160:8,9,18
160:19
161:5,7
services
15:21 16:3
16:4 18:3,6
40:10,14,18
40:20 41:5
42:3,17
44:10 52:4
52:5,7,13
55:20 65:21
66:10 70:13
72:12,16,25
114:13
157:16
sessions 48:7
48:15
set 114:2,3,3
114:20,23
115:2 120:5
178:23
190:25
192:2
238:21
243:11
255:11,21
sets 92:6
113:16,25
setting 208:7
209:14,15
settled 98:8
100:5
settlement
68:10
seven 29:17
98:8 112:10
112:14,16
123:10
211:7,8,16
215:16,20
216:2,9,19
217:10
252:12,14

seventh 204:8
seven-hour
221:14
Shabbat
16:14
shape 63:25
84:3 98:12
shared
142:10
Shearith 1:8
90:9 96:16
163:16
183:16
194:16
237:21
238:24
239:3 241:6
259:12
sheet 252:2
253:4
260:18
261:7,8,11
261:14
Sheffield
118:22
206:9 258:5
259:23
Sheinbrock
215:8
shield 28:20
Shinerock
3:11 27:14
250:21
short 112:20
215:24
shortest
212:8
shorthand
97:17 255:7
show 4:13,16
5:6 19:5
56:23 57:9
114:5
124:20,23
140:9,11
141:19
146:2,12
204:3 209:8

214:8
222:14
237:4 244:5
247:4
showed 8:14
145:3
146:10
showing
127:7
217:22
251:2
shown 27:19
66:5 254:12
shows 165:23
174:14
182:15
218:14
shul 194:19
side 81:19
100:17
101:14
129:24
sides 11:21
11:24
sign 142:24
261:8
SIGNATU...
262:24
signatures
144:5
258:18
signed 117:3
117:6,17,24
140:20
142:20
143:13
205:24,24
206:2
228:25
230:19
242:14
258:11
significance
116:8
124:19
125:13,15
126:10,20
127:3

| | | | | | |
|---|---|---|---|---|---|
| significant 117:2 | 148:10 156:3 199:2 209:9 226:13 248:2,9 249:18 252:17 | 220:16 224:2 228:11 229:22 230:15 236:22 237:2 250:5 | 245:21 society 44:22 44:25 45:4 45:5,8 134:22 171:6,9,11 171:17,21 | 82:15,20 86:12 87:12 89:17 91:10 91:19 92:2 93:21,24 94:4,16 101:20 | 211:21,25 212:6,11,15 215:4,6,8 215:19 216:6,15,18 216:21 217:2,5 |
| signing 261:10 | | | | | |
| silent 37:18 | | | | | |
| silver 20:12 20:13 63:25 64:2 72:6 74:10 162:5 178:24 183:7 | sister 19:14 sit 22:13 79:19 215:11 250:24 | situation 18:18 35:25 134:3 136:10 197:19 214:12 | 205:14 224:18 238:13 240:25 243:18,25 245:15,18 | 103:13 104:6 107:3 108:13 109:17,20 110:6 111:12,14 | 221:19,23 222:8 227:5 237:3 238:5 238:12 240:3 243:10 |
| Silversmith 194:9 259:17 | site 90:14 237:8 238:14 241:2 260:13 | situations 126:23,25 132:9 | 245:23 246:4,4,11 246:16 | 111:17,21 112:4,11,13 112:20 | 245:2,10 250:11,17 250:19 |
| similar 79:20 | | six 29:16 89:17,18 123:10 173:2,3 178:22 179:13 228:21 242:6 250:23 | 247:2 248:3 259:7 | 113:7,10 116:10,21 123:13,16 126:11 127:12 135:12 138:9 139:2 139:12,23 145:2 147:6 148:4 161:20 165:20 170:15 173:24 174:24 175:21,24 176:4 177:23 179:6 181:15 184:5 185:12,15 187:4 189:9 189:20 194:24 196:13 197:5 199:20 207:24 208:23 210:16 211:2,4,9 | 251:9,24 252:3,9,13 solomon.sh… 3:12 |
| simple 135:7 147:2 249:20 | sitting 8:2,10 9:8 20:18 24:2 35:21 35:25 41:24 42:13,21,25 43:5,16 44:7 58:15 62:9,19,25 68:2 73:12 74:7 77:20 78:7 79:12 85:9 88:19 89:11 99:10 108:6 120:3 133:5 147:23 154:25 156:9 158:15 160:3,25 168:10 174:19 176:9,21 178:4 180:16 184:23 192:20 197:25 208:5 209:20 213:13 | | softly 41:9 solely 14:13 15:2 29:2 39:17,20,22 45:10,22,24 46:2,4,5,12 46:16,21,24 47:5,9,15 47:17 48:2 48:5,9,12 49:12,18 236:9,19,25 237:22 solicited 169:13 Solomon 3:9 3:11 4:6,12 5:4 12:25 14:20 17:18 18:2,10 20:8 23:6 23:20 27:25 35:10 36:13 36:19,23 50:4 52:16 53:8 54:18 55:10 60:6 60:24 61:8 65:16 71:6 77:10 79:23 | | somebody 20:11 60:2 198:9 222:18 229:10 |
| simpler 156:4 | | | | | somewhat 215:2 225:12 |
| simply 18:19 61:18 62:3 79:12,14 141:21 152:14 168:22 180:25 181:7 | | | | | soon 139:19 sorry 17:18 22:20 39:15 47:25 61:9 91:17 101:4 101:5,13 102:20 103:22 113:3 135:22 140:15 144:21 151:16 162:20 169:6 173:3 173:24 177:3 185:7 186:5 193:16 204:9 211:3 |
| single 39:10 77:21 84:6 157:12 223:22 224:7,25 239:5 | | sizeable 91:21 skillful 101:23 skills 40:13 156:13 skim 62:11 skip 218:25 skipped 218:22 219:18 skipping 109:6 125:21 slavery 36:11 36:12,22 slight 88:5 small 4:7 15:14 76:17 203:5 Snyder 21:6 30:11 societies | | | |
| singled 162:12,13 | | | | | |
| single-page 59:17 256:17 | | | | | |
| sir 57:15 70:2 70:19 89:3 89:23 117:13 118:15 124:5 126:14 132:20 135:6 145:15 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 221:22 | 106:15,21 | 37:10,11 | 224:5 227:3 | **start** 52:4 | 256:18 |
| 233:16,17 | 106:24 | 38:15,16,18 | 227:14 | 87:14 | **states** 1:2 |
| 248:6 | 120:18 | 50:14 51:6 | 228:22 | 145:25 | 31:18 34:24 |
| 249:22 | 152:3 | 51:10 52:6 | 229:7 | **Started** 15:4 | 63:4 174:12 |
| 252:18 | 153:16,18 | 53:15,15 | 230:11 | **starting** | 176:13 |
| **sort** 12:21 | 153:20 | 57:23 58:20 | 247:4 248:7 | 139:25 | 205:19 |
| 36:19 41:9 | 154:3 | 59:6 66:2 | **specifics** | 202:13 | 238:18 |
| 61:4 71:11 | 156:24 | 68:3,18 | 97:19 | **state** 1:21 | **stating** |
| 97:18,19 | 157:8 168:9 | 69:2,8,10 | 129:14 | 18:12 50:25 | 164:15 |
| 125:23 | 170:9 183:6 | 74:13 78:4 | 160:5 178:5 | 88:3 96:25 | **station** |
| 126:24 | 214:20 | 78:24 87:18 | **specify** | 104:12 | 216:14 |
| 128:13,22 | 223:3 224:2 | 88:19 92:13 | 159:12 | 125:18 | **status** 181:14 |
| 151:21 | 224:4,15 | 92:16 120:5 | **speculation** | 130:24 | 181:23 |
| 152:9 153:2 | 225:22 | 124:2 133:5 | 131:25 | 131:6,13,20 | 182:5 |
| 164:2 | 226:7,7 | 161:23 | 132:3,11 | 196:18 | **stay** 112:10 |
| 188:13 | **souvenir** | 194:2,3 | **speech** 70:3 | 198:21,25 | **stayed** 217:7 |
| 195:22 | 22:22 | 195:6 | 74:20 | 228:20 | **steering** |
| 232:18,21 | **souvenirs** | 208:17 | 122:16 | 241:15 | 48:25 |
| **sorted** 27:16 | 25:14 | 209:6 231:8 | **speeches** | 254:2 255:3 | **Steinberg** |
| **sorts** 96:8 | **space** 86:3 | 233:11 | 249:25 | 255:9 261:5 | 116:2 |
| **sounds** | 261:6 | 249:11,13 | **speed** 45:14 | **stated** 8:6 | 257:20 |
| 112:17 | **span** 152:9 | **specifically** | **spelling** | 17:6 52:18 | **step** 187:17 |
| 227:25 | **Spanish** | 4:24 8:7 | 87:25 88:10 | 55:2 93:13 | 190:21 |
| **source** 22:18 | 114:25 | 10:19 13:24 | **spend** 32:9 | **statement** | 215:4 |
| 25:5 62:13 | **Spanish-Po...** | 13:25 18:23 | 86:3 155:7 | 37:12 51:14 | **Stephen** |
| 63:7 92:9 | 7:19 82:2 | 20:19 28:24 | 172:23 | 51:18,19 | 196:20 |
| 105:25 | 90:9 114:22 | 30:16 35:16 | **spent** 221:14 | 53:6,10,11 | 247:8,19,21 |
| 106:2,5,6,7 | 115:15 | 37:14 38:10 | **spin** 104:5 | 57:5,6 | 247:22 |
| 106:8,9,10 | 176:24 | 39:2 44:17 | **split** 246:24 | 58:18 93:15 | **stepping** |
| 106:13 | 177:4 | 44:19 45:15 | 248:7,12 | 123:18 | 187:13,19 |
| 154:4,12,17 | **speak** 4:9 | 45:18 46:18 | **spoke** 215:8 | 140:12 | **Stiles** 168:14 |
| 170:6,13,17 | 11:9 17:5 | 51:19 54:10 | **ss** 254:3 | 165:23 | **stolen** 31:25 |
| 196:10 | 183:11 | 78:11 | 255:4 | 166:9 | **stomach** |
| 223:22 | **speaking** | 120:16,24 | **stake** 33:3 | 188:20 | 139:18 |
| 224:7 225:7 | 78:19 99:14 | 121:5 131:7 | 69:24 79:21 | 234:7 | **stomachs** |
| 225:23,23 | 154:20 | 144:16 | 80:4 87:2 | 237:25 | 140:10 |
| **sources** 21:20 | 180:19 | 153:24 | 114:15 | 245:8 | **stop** 35:3 |
| 21:24,25 | **special** | 154:6 | 188:5,6 | **statements** | 62:4 95:5 |
| 22:5,9,10 | 161:19,25 | 157:11 | **stand** 75:10 | 58:3 59:18 | 95:22 |
| 22:14,15 | 162:2 | 168:7 170:3 | 75:11 130:7 | 59:24 60:4 | 202:22,24 |
| 23:9,10,17 | 222:24 | 175:7 | 151:5 | 60:10,11,15 | 211:15 |
| 24:4,22 | **specialties** | 179:12 | 197:12 | 60:19 64:12 | 226:14 |
| 25:21 30:5 | 14:9 | 192:21 | **standard** | 64:17 140:8 | 241:3 |
| 30:9 51:24 | **specialty** 14:7 | 193:18,24 | 11:18 | 140:14,17 | **stopped** |
| 52:3,3 | 27:7 | 205:18 | 230:24 | 143:10,12 | 203:3 |
| 62:14 66:21 | **specific** 5:9 | 209:21,24 | **standards** | 144:9,12,18 | **stopping** |
| 80:11 92:8 | 6:18 30:19 | 214:13 | 11:8 24:3 | 144:23 | 27:15 |
| 105:13,20 | 33:2 36:8 | 223:16 | 58:2 84:22 | 234:16 | 211:21 |

| | | | | | |
|---|---|---|---|---|---|
| 250:13 | 238:21 | 69:10 | surrender | 98:12 100:9 | 246:15 |
| storage | 254:11 | Sunday 42:6 | 99:18 | 109:9 | 249:16 |
| 168:23 | 261:10 | 42:15,17 | 118:13 | 113:17,19 | 260:12 |
| 181:2 | subjects 82:7 | supervisory | 119:13 | 113:24 | synagogues |
| story 11:22 | submission | 202:16 | 205:24 | 114:7,12,14 | 18:25 39:23 |
| 68:9,14 | 75:20 | 203:9 | 239:17,18 | 115:3,7,15 | 40:2,5,9 |
| 90:24 98:7 | submitted | support | surrendered | 120:7,21 | 51:6 52:25 |
| 257:11 | 8:16 9:15 | 51:15,17 | 100:8 | 131:16 | 53:7,13,18 |
| straightfor... | 11:23 135:2 | 142:22 | 118:16 | 141:16,21 | 53:22 54:2 |
| 232:25 | submitting | 143:3 | 119:5,9,15 | 141:22 | 54:5,13 |
| Strictly 99:14 | 80:9 | supported | 206:3 | 160:7 | 58:19 59:5 |
| strike 23:21 | subscribed | 12:11 91:24 | surround | 161:17 | 69:10 97:13 |
| 39:15 45:13 | 254:20 | 96:17 | 37:23 49:15 | 166:14 | 97:15 |
| 47:25 81:17 | subsequent | supporting | surrounding | 167:6,8,24 | 229:16 |
| 157:24 | 191:8 | 12:24 | 41:14 | 173:6 | |
| 186:5 | substance | supports | survey 53:18 | 176:24 | T |
| strong 200:19 | 77:4 | 91:15 | 54:2,5,7,11 | 177:2 | T 151:2 255:2 |
| 210:19 | substantial | supposed | 225:2 | 178:23 | 255:2 262:2 |
| 213:9 | 77:4,8,15 | 85:12,17 | surveyed | 179:16 | TAFT 3:5 |
| strongly | success 188:4 | 181:13 | 53:7 | 180:9 188:5 | tag 170:3 |
| 141:8 | 188:6 | sure 4:14 | surveys 53:24 | 192:5 193:4 | take 6:4 |
| structure | succession | 5:21 6:7 | survivors | 193:9,19 | 11:17 12:13 |
| 158:7 | 96:9 232:21 | 17:4,21 | 237:18 | 196:22 | 17:25 42:11 |
| students 9:25 | successor | 21:25 22:17 | suspect 96:12 | 197:15 | 50:2 105:5 |
| 15:16 16:15 | 93:16 94:3 | 55:21 57:4 | sworn 4:3 | 198:8 | 108:15 |
| 27:20 28:3 | 94:11,24 | 59:9 64:6 | 151:5 | 199:12 | 112:9,16,20 |
| 31:14,17 | 95:2 96:3 | 73:9 76:11 | 254:20 | 202:16 | 113:6,7 |
| 50:11,11 | 96:18 | 76:20 86:23 | 255:12 | 203:7 | 132:8 |
| 104:9 | successors | 96:14 125:4 | syllabus | 208:10 | 139:15 |
| 151:13 | 98:10 | 133:11 | 50:19 | 210:6,21 | 140:18 |
| 152:12 | succinct | 134:22 | synagogue | 213:5 214:2 | 150:8 171:7 |
| 161:9 | 140:9 | 161:3 | 15:24 18:14 | 214:4,21 | 180:14 |
| studied 46:9 | sufficient | 162:25 | 18:23 43:13 | 224:19,21 | 187:17 |
| 50:23 | 205:4 | 163:4 | 44:5,15,16 | 224:24 | 188:22 |
| 175:12 | sufficiently | 178:10 | 44:18 50:12 | 225:9 226:3 | 200:12 |
| studies | 225:3 | 183:22 | 50:15,16 | 227:16 | 201:2 |
| 174:16 | suggest 58:13 | 206:12 | 52:2,23 | 228:22 | 204:14 |
| study 13:20 | 102:7 | 230:15 | 61:15,24,25 | 229:8,20,25 | 209:25 |
| 13:21 85:10 | 176:19 | 242:18 | 63:16 64:9 | 230:12 | 216:19 |
| 134:12 | 193:6 | 247:13 | 64:21,22 | 231:9 | 234:14 |
| 178:7,8,14 | 221:17 | Surely | 65:5,7,11 | 232:11 | 243:20 |
| studying | suggested | 171:25 | 65:21,22 | 233:15,17 | 250:7 251:8 |
| 28:14 | 167:22 | surmounted | 66:8,10 | 233:24 | taken 1:15 |
| stuff 111:11 | suggesting | 63:24 | 69:16,25 | 234:11 | 45:25 46:3 |
| 112:3 | 82:21 | surprise | 70:11,16,18 | 237:7,20 | 46:5 50:6 |
| 136:15 | suggests | 111:10 | 70:22 74:4 | 238:14,20 | 50:15 |
| subject | 121:7 141:8 | 112:2 | 74:9,16,21 | 240:25 | 112:23 |
| 157:12 | sum 51:6 | 146:12 | 82:2 90:14 | 242:21 | 129:3,6 |

| | | | | | |
|---|---|---|---|---|---|
| 130:21 | 224:15,20 | 214:18 | 47:7 151:6 | thereunto | 133:24 |
| 133:9 191:3 | 225:6 | 225:25 | 196:14 | 120:25 | 135:14,25 |
| 191:4,9 | 236:11 | 230:21 | 227:2 | 249:15 | 136:2 |
| 204:16 | talks 248:7 | 235:2,20 | testify 19:15 | thing 14:14 | 137:22 |
| 215:5 | Tamid 172:5 | 240:8 248:2 | testimony | 60:23 91:20 | 138:12 |
| takes 161:11 | tape 139:19 | 248:24 | 18:15 19:2 | 100:21 | 143:23 |
| 162:16 | tashmishei | telling 170:16 | 37:23 52:8 | 112:7 | 150:9 |
| 189:16 | 107:12 | 211:5 | 69:15 70:7 | 239:14 | 152:23 |
| 240:21 | 109:2 | 234:14 | 72:11 81:19 | things 7:6 | 153:15 |
| talk 23:13 | taught 28:25 | 239:15 | 81:19 86:13 | 9:21,24 | 158:11 |
| 111:21 | 45:9,15 | 251:7 | 92:3 110:15 | 10:5,7 | 160:13 |
| 121:11 | 46:15,21,23 | tells 152:13 | 114:16 | 11:19 29:21 | 162:6 163:2 |
| 161:23,24 | 47:3,5 | 215:22 | 121:4 130:4 | 38:15 39:5 | 164:3 165:5 |
| 162:21 | Taylor 232:6 | 243:8 | 183:3 227:6 | 63:20 71:3 | 173:21 |
| 164:18 | teach 27:19 | Temple 46:14 | 254:9 | 80:6 85:19 | 179:3 180:5 |
| 237:5 | 28:23 29:8 | ten 76:2 | 255:13 | 93:2 99:14 | 181:15,16 |
| talked 113:2 | 29:9 45:21 | 139:15 | textbook | 103:10,20 | 182:25 |
| 235:8 | 175:6 | 176:16 | 152:13 | 116:19 | 183:9 |
| 251:18 | teaches 21:16 | 177:13 | 153:24 | 158:8 179:5 | 185:12 |
| talking 6:10 | teaching 28:2 | 216:13 | textbooks | 205:12 | 187:19 |
| 22:12 23:10 | 31:13 34:16 | term 28:13 | 178:11 | 214:2 | 195:18 |
| 23:25 26:21 | 39:24 40:6 | 126:3 | texts 38:3,16 | 223:11 | 197:6 201:5 |
| 29:18 30:6 | 152:7 | 127:14,19 | thank 21:19 | 238:2 | 207:19 |
| 31:16,19 | Tebah 172:6 | 127:22 | 150:7,13 | think 5:4 | 209:4 |
| 32:9 33:23 | technical | 128:8 | 184:9 | 8:23 12:16 | 211:10 |
| 33:25 34:4 | 99:11 100:4 | 135:23,25 | 244:13 | 13:2,7 | 213:17,24 |
| 38:24 40:17 | telegram | 162:2 | 251:24 | 14:23 15:22 | 217:5 |
| 41:2 42:7 | 115:24 | 218:23 | thanks | 17:20 18:5 | 218:25 |
| 43:21 63:11 | 118:11 | 219:2 | 101:16 | 22:14 23:14 | 220:21 |
| 66:20 74:13 | 119:25 | 223:20 | theirs 181:7 | 28:8 34:22 | 225:12 |
| 77:13,14 | 120:8 | 230:4,9 | themes 47:12 | 34:25 36:21 | 227:2 229:6 |
| 78:25 82:5 | 257:18 | terminolog... | 49:15 | 37:12 45:20 | 235:9,23 |
| 83:5 102:25 | 258:8 | 230:24 | Theological | 47:7 50:21 | 236:15 |
| 129:21 | telegrams | terms 8:11 | 175:19 | 55:14 58:24 | 237:18 |
| 144:21,22 | 134:8 | 54:11 66:25 | 176:11 | 58:25 72:5 | 238:2 |
| 153:3 | tell 9:25 28:6 | 85:6 105:21 | theoretical | 73:18 74:6 | 241:10 |
| 157:20 | 35:13 57:11 | 105:22 | 153:2,5 | 76:16 80:10 | 243:20 |
| 160:10 | 57:17 58:6 | 128:21 | theorists | 81:16 82:18 | 245:25 |
| 165:8 | 58:10 84:19 | 181:23 | 151:21 | 84:17 86:15 | 246:6 |
| 191:17 | 93:19 103:8 | 188:3 | theory | 95:7 97:24 | 251:11 |
| 199:4 | 104:9 | 190:10 | 151:20 | 103:14 | thinking |
| 208:25 | 110:18 | 195:22 | thereon | 109:22 | 73:16 77:20 |
| 212:7 213:3 | 140:7 157:2 | 214:24 | 90:14 | 110:3,6,20 | 78:7 104:19 |
| 213:6 | 158:4,12,16 | 223:21 | thereto | 111:6 | 131:24 |
| 214:10,12 | 197:21 | 232:25 | 128:13 | 112:12 | 160:3,25 |
| 215:18 | 198:5 | 239:8 | 218:9 | 114:16 | 190:14,17 |
| 216:2 | 202:23 | testified 4:4 | 226:22 | 121:7 127:9 | 218:17 |
| 224:12,13 | 212:24 | 19:12 45:20 | 238:24 | 130:2 132:3 | 235:12 |

| | | | | | |
|---|---|---|---|---|---|
| 244:22 | 87:3,15 | 225:5,18 | 34:14,18 | tops 41:8 | 166:18 |
| third 174:4 | 96:21 97:14 | 230:25 | 35:5,21 | Torah 6:24 | 167:5,8 |
| thirteen | 100:3 103:5 | 232:13 | 36:2 40:21 | 6:25 28:20 | 179:15 |
| 194:10 | 104:14 | 234:17,24 | 41:18,19,20 | 40:15 41:4 | 184:2 188:4 |
| 259:18 | 106:12 | 235:5,9 | 41:24 42:11 | 42:6,15,17 | 193:4,9,19 |
| thirty 215:12 | 114:7,22 | 236:13,13 | 42:13,16,21 | 43:3,10,19 | 196:22,23 |
| 261:14 | 117:14 | 237:14 | 43:5,12 | 43:25 44:6 | 198:16 |
| Thirty-seven | 118:9,18 | 239:19 | 44:7,11 | 63:22 | 199:5,7,12 |
| 107:7 | 119:20,23 | 241:11 | 58:15 68:2 | 107:17,22 | 210:6,21 |
| thorough | 120:18 | 247:15 | 73:12 74:7 | 108:2,5,10 | 213:5 |
| 221:7 | 122:12 | 249:17 | 74:12 85:9 | 109:7,12,14 | 232:10 |
| thought | 124:4,17 | 250:18,21 | 147:23 | 110:12,24 | 233:14,17 |
| 26:13 67:6 | 125:22 | 252:2 253:4 | 154:25 | 114:17,19 | 233:23 |
| 135:7,15 | 127:6,7 | 253:7 | 158:15 | 118:10 | 234:5,11 |
| thousand | 131:24 | 260:18 | 160:3,25 | 121:5 | 237:7 |
| 176:16,16 | 134:20 | times 41:11 | 174:19 | 169:17,19 | 238:14,20 |
| 176:22 | 135:18 | 44:9 65:14 | 176:9,21 | 170:3,5 | 240:25 |
| 177:13,15 | 136:9 | 73:14,18,20 | 178:4 | 172:15,16 | 246:15 |
| three 31:12 | 137:10,15 | 74:3 94:18 | 197:25 | Torahs | 260:12 |
| 46:8 97:19 | 141:16 | 103:20 | 213:13 | 114:23 | trace 83:2 |
| 108:19 | 150:9,12 | 122:17 | 220:16 | 179:3,21 | 179:2,12 |
| 123:10 | 153:11 | 123:6 132:6 | 229:22 | 181:23 | traces 82:25 |
| 140:13,16 | 155:7 | 161:23 | 234:23 | 194:15,22 | Tracing |
| 144:15 | 160:13 | 185:13 | 235:6,8 | touch 45:18 | 83:10 |
| 151:18,19 | 161:21,22 | 195:2 208:9 | 236:22 | 46:18 | track 92:10 |
| 185:13 | 162:10,16 | tinge 103:18 | 237:2 | 150:11 | 106:13 |
| 202:20 | 163:21 | tiny 64:2 | 251:11 | 156:2 | 223:9 |
| 228:20 | 166:21 | title 165:24 | told 94:18 | touched 47:4 | tracked |
| 257:17 | 172:12,24 | 171:14 | 111:10 | 137:22 | 223:7 |
| Thursday | 176:13,14 | 196:19,25 | 161:9 174:5 | touches | traditional |
| 43:9 | 183:7,8 | 198:10 | 185:13 | 151:22 | 71:12 |
| tie 156:14 | 185:5,20 | 236:8,8,14 | 191:14 | 205:10 | traffic 121:25 |
| 246:14 | 193:10,11 | 236:18,18 | 216:8 235:6 | touching | train 216:9 |
| time 4:13 | 194:23 | 236:24 | 235:23 | 156:17 | trained 175:6 |
| 5:11 6:4 | 196:12,17 | 237:20 | 251:10 | tough 252:18 | 175:11 |
| 9:13 11:3 | 203:18 | 238:16,19 | tools 40:12 | tour 15:24 | training |
| 13:12 22:3 | 210:10,24 | 259:4 | top 6:25 7:2 | 50:16 | 38:17 39:24 |
| 26:16 28:12 | 210:25 | titled 165:6 | 63:22 73:25 | Touro 15:19 | 40:6,11 |
| 32:9 33:24 | 212:10,17 | tjacoby@k... | 100:24 | 44:5 50:10 | 58:2 132:17 |
| 40:23 49:22 | 214:16 | 2:12 | 107:8,10,22 | 50:12,15 | 175:7,12 |
| 54:5 55:3 | 215:23,23 | Tobias 2:11 | 108:4 | 61:24 64:21 | transcript |
| 55:16 59:13 | 216:10,11 | 253:5 | 109:12 | 65:21 66:10 | 254:11 |
| 66:18 67:9 | 216:13 | 260:19 | 117:16,18 | 69:25 98:12 | 261:15,17 |
| 72:4,19 | 217:4,19 | today 7:4,11 | 139:21,24 | 115:3,7 | transcripti... |
| 74:20 78:16 | 218:12 | 8:9,10 9:9 | 180:22 | 131:16 | 8:20 |
| 81:13 82:4 | 220:7 | 20:11,18 | 199:24 | 141:16 | transcripts |
| 82:6,9 83:2 | 221:13,14 | 22:13 24:2 | 203:5 207:5 | 161:17 | 9:2,4 |
| 85:23 86:4 | 223:13 | 32:7 34:6,7 | topics 85:22 | 166:14,16 | transfer |

| | | | | | |
|---|---|---|---|---|---|
| 33:12 34:2 | 235:13 | 139:9 157:5 | 144:15 | 12:22 13:10 | 106:23 |
| 34:10,13,20 | 254:10 | 179:2 | 151:18,19 | 14:14 18:17 | 122:11 |
| 35:8,19,23 | 255:13 | 199:18,21 | 158:20 | 20:12 21:10 | 125:5 164:5 |
| 36:6 119:12 | truly 79:18 | 222:4 | 159:24 | 22:5,7 | 164:24 |
| 196:5,11 | trust 135:8 | 223:13 | 168:11 | 28:20 32:13 | 179:17,18 |
| 197:17,22 | 135:10 | trying 8:18 | 169:5,8,16 | 32:13 49:20 | 184:20 |
| 198:3 | 232:15 | 10:13 21:10 | 169:18 | 57:23 59:9 | 188:25 |
| transferred | 235:24,25 | 45:14 49:22 | 170:3,9,14 | 60:8 67:15 | 189:15 |
| 37:19 | 236:3,5 | 52:4 65:10 | 189:2 | 69:22,24 | 195:19 |
| 181:24 | 238:23 | 65:20 92:10 | 202:20 | 78:20 83:25 | 234:17 |
| 194:16,22 | 240:24 | 101:11 | 217:19 | 84:3,12,12 | 249:21,23 |
| 196:19,25 | 242:8,14,21 | 122:20 | 218:7 219:2 | 84:15 85:3 | understand... |
| transferring | 245:4,11 | 123:25 | 219:11 | 103:7 | 12:4 87:9 |
| 34:18 197:4 | trusted | 137:24 | 226:3 | 104:14 | understands |
| transfers | 134:15 | 162:20 | 228:20 | 122:14,21 | 131:3 |
| 37:8 | 135:15 | 181:12 | 251:20 | 122:23 | 193:18 |
| translates | trustee 170:8 | 220:2,6 | 260:10 | 123:6,25 | understood |
| 107:12 | 232:7 | 223:9,19 | two-page | 124:12 | 100:3,6 |
| traveled | 235:21 | 228:4 | 89:19 257:7 | 126:7 127:5 | 123:23 |
| 179:20 | trustees | Tuesday 43:9 | type 145:18 | 129:9,12 | 124:7,15 |
| 180:4 182:9 | 183:16 | turn 20:12 | types 144:12 | 130:10,25 | 126:24 |
| treated 200:6 | 190:11,19 | 67:12 68:21 | 144:25 | 132:16 | 131:15 |
| 201:15 | 191:24 | 72:3 96:13 | typewritten | 133:12 | 169:21 |
| treaties 32:14 | 232:6 | 97:24 98:3 | 144:4 | 136:22 | 190:7 |
| treating | 235:15 | 106:25 | 258:17 | 137:9 | 196:19,24 |
| 202:11 | 236:10,19 | 117:21 | | 138:24 | 210:4 |
| trends 105:21 | 236:25 | 139:20 | **U** | 139:2,9 | 214:24 |
| trial 101:24 | 237:22 | 168:16 | ultimately | 145:8 | 221:6 |
| 176:5 | 238:25 | 174:3 | 57:22 58:9 | 155:19 | 247:25 |
| triangulate | 239:3 241:9 | 185:22 | ultra 127:14 | 173:15 | undertaken |
| 12:21 | 241:11 | 186:13 | 127:18 | 180:14 | 85:10 |
| trick 23:19 | 242:7 | 207:4 | um 162:18 | 181:12 | undertook |
| 96:6 | 259:11 | 237:16 | 214:5 | 212:22 | 239:19 |
| tried 12:2,19 | trusteeship | 242:25 | um-hum | 220:11 | unfair 188:18 |
| 22:5 64:18 | 239:8 | turned | 17:15,20 | 223:11,12 | unfortunat... |
| 64:24 65:8 | 241:18 | 134:23 | 21:21 97:5 | 223:20 | 152:17 |
| 66:16 67:14 | trustworthi... | turns 77:6 | 98:18 102:9 | 235:18 | uniformly |
| 94:13 95:3 | 95:18 | twenty 204:7 | 109:4 118:7 | 247:10,24 | 34:25 |
| 124:12 | try 11:11 | two 5:19 | 145:11 | understand... | uninterpret... |
| 126:24 | 13:10 22:4 | 16:15 25:13 | unable | 19:20 20:6 | 104:8 |
| 136:19,22 | 59:14 69:22 | 25:13 29:15 | 173:18 | 20:9 27:13 | United 1:2 |
| 137:3,9,14 | 76:10,11 | 46:9 58:24 | unambiguo... | 28:10 37:17 | 31:18 34:24 |
| 179:11 | 83:25 85:2 | 62:2,11 | 192:22 | 54:12 55:22 | 63:4 174:12 |
| tries 84:12,12 | 103:2,7 | 64:10 68:9 | unclear | 67:18 95:13 | 176:13 |
| 130:25 | 104:14 | 68:12 85:19 | 134:12 | 95:25 | 238:18 |
| 131:8 244:8 | 122:14 | 87:23 101:4 | understand | 102:12,18 | universe |
| 247:24 | 123:6 132:8 | 113:25 | 8:18 10:14 | 102:20 | 80:14 |
| true 80:7 | 132:15,18 | 123:9 | 11:12,16,16 | 104:20 | University |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

| | | | | | |
|---|---|---|---|---|---|
| unkind | 241:17 | 80:25 | 116:12,23 | 160:18 | 188:21,21 |
| 188:18 | 243:17 | 154:18 | 117:7 | wampum | 250:12 |
| unlimited | 245:14 | 183:4 | 118:19 | 32:16 | wanting 92:9 |
| 106:11 | uses 85:16 | viewed | 123:15 | want 5:10,23 | warning |
| 134:19 | 88:10 164:4 | 126:16 | 138:11 | 6:4 12:15 | 251:6,7 |
| 161:21 | 224:19,24 | VII 72:4 | 139:14,24 | 17:24 23:6 | wasn't 4:14 |
| unrelated | usual 63:25 | vires 127:14 | 140:18 | 23:13,15,24 | 21:17 25:20 |
| 19:16 | 103:7 123:3 | 127:18 | 143:16,22 | 34:12 35:5 | 41:16 72:15 |
| upkeep | 139:10 | vision 30:2 | 144:2 147:8 | 35:13 49:24 | 72:24 |
| 233:23 | usually | Visitors | 148:2 150:7 | 50:2 53:9 | 142:19 |
| upper 194:14 | 167:14,15 | 15:25 50:16 | 151:8 | 57:4,15 | 166:15 |
| Urofsky 24:8 | utilize 65:8 | vis-a-vis | 161:22 | 59:12 67:20 | 191:22 |
| 24:19,21,23 | 102:14,21 | 142:2 | 163:7 173:2 | 71:6 87:12 | 193:15 |
| usage 120:20 | utilized 30:16 | Vivian 71:18 | 175:23 | 93:14 95:23 | 196:23 |
| 127:25 | 55:3 66:24 | 71:20,25 | 176:6 | 99:22 102:4 | watch 212:16 |
| 148:22 | 67:11 | 256:22 | 181:18 | 113:6 124:8 | wax 169:15 |
| 214:5,23 | 141:16 | voice 76:23 | 183:12 | 124:20,23 | 172:7 |
| 220:22 | 184:24 | volume 8:20 | 186:3,5 | 125:4 | way 11:19 |
| 221:5 | U.S 30:3 | 29:24 49:7 | 187:6 | 135:11 | 12:23 17:7 |
| 227:17 | 198:2 | vying 65:4 | 189:22 | 140:3 145:2 | 17:24 19:5 |
| 230:10 | | 87:23 | 194:5 201:8 | 151:17 | 21:13 26:19 |
| 231:9 | **V** | | 204:13,18 | 157:10 | 26:21,24,25 |
| use 6:17 | v 1:7 | **W** | 206:7,18 | 169:9 | 36:3 38:4 |
| 16:25 18:7 | valid 193:17 | WAGNER | 211:3,6,14 | 172:23 | 39:9 40:2 |
| 28:2 29:17 | valuable | 2:9 4:5,18 | 211:23 | 181:19 | 42:23 44:8 |
| 29:21 30:5 | 249:3 250:4 | 4:21 5:3,6 | 212:3,9,13 | 184:10 | 52:14 56:6 |
| 42:14 60:6 | varied 73:19 | 13:4 14:22 | 215:16 | 186:25 | 56:10 59:14 |
| 62:16 69:24 | variety | 17:24 22:20 | 216:4,8,12 | 187:22,24 | 63:2,6 68:5 |
| 72:22 73:8 | 197:20 | 23:8,21 | 216:17,20 | 187:25 | 71:17 73:5 |
| 74:15 78:13 | 217:25 | 25:12 27:17 | 216:24 | 188:23 | 78:9 79:7 |
| 80:10 85:3 | 225:4 | 36:16,24 | 217:3,6 | 189:7,20 | 80:3 83:15 |
| 88:5 128:21 | various 11:25 | 50:5,8,18 | 221:11 | 190:23 | 88:12 92:25 |
| 143:23 | 34:23 | 54:20 55:11 | 222:5 | 199:18,21 | 97:17 |
| 145:13 | 232:22 | 59:15 60:8 | 238:10 | 208:23 | 102:22 |
| 147:7,8,10 | vast 15:23 | 70:4 82:18 | 241:19 | 209:6 | 103:17 |
| 148:20 | version 75:19 | 87:14 88:22 | 243:8 244:8 | 211:14 | 111:3 113:5 |
| 150:5 165:4 | 161:11 | 89:15,18 | 250:16,18 | 215:20 | 127:20 |
| 167:18 | versions | 90:21 91:13 | 251:6,22,25 | 222:14 | 130:17 |
| 183:5 | 75:21 | 92:4 94:9 | 252:7,11,15 | 244:12 | 131:5 134:2 |
| 187:12 | versus 169:25 | 94:19 98:6 | 256:4 | 248:6 | 134:14 |
| 188:2 190:5 | vessels 249:3 | 107:5 | wait 241:3,3 | 249:23,23 | 137:18 |
| 194:18 | 250:3 | 108:11,14 | waiting | 250:12 | 140:9 |
| 201:7 | vestments | 110:9 | 216:24 | 251:15,25 | 163:19 |
| 203:14,17 | 249:2 250:3 | 111:16,20 | 217:12 | wanted 7:7 | 166:20 |
| 219:5 220:6 | viable 181:6 | 111:25 | wake 239:20 | 82:3,8,13 | 172:14 |
| 220:11,17 | vice-presid... | 112:12,15 | 239:20 | 83:4 92:18 | 174:7,21 |
| 223:12,20 | 119:16 | 112:18,25 | walk 112:7 | 113:7,9 | 179:25 |
| 237:15 | view 70:21,22 | 113:9,14 | walked 160:6 | 152:2,2 | 183:25 |

| | | | | | |
|---|---|---|---|---|---|
| 187:10 | 99:15 | 204:13 | 199:17 | 231:22 | 218:11 |
| 191:11 | 115:16 | 211:23 | 202:25 | 234:15 | worked 15:8 |
| 192:22 | 123:5 136:5 | 212:3 235:8 | 214:14 | 235:21 | 21:5 67:12 |
| 198:22 | 136:12 | 250:11,23 | 216:6,8,10 | 260:10 | 198:13 |
| 199:8,12 | 238:15 | 251:10 | 242:2 | worded | working |
| 200:10 | weighing | 252:4 | 244:16 | 103:17 | 17:25 50:4 |
| 205:21 | 105:3,10 | WHEREOF | 248:5 253:2 | wording | 130:16 |
| 206:5 | 138:5 194:3 | 255:20 | 254:7 | 37:11 | 155:7 |
| 211:17 | 244:21 | wholly 77:22 | 255:10,14 | 126:15 | works 22:4 |
| 214:24,25 | weight 162:8 | WICKERS... | 255:20 | 195:6 | 39:4 47:11 |
| 217:18 | went 7:6,7 | 3:5 | 256:3 261:2 | 235:16 | 47:14 152:8 |
| 221:3,11 | 17:16 76:9 | widely 25:6 | 262:24 | 240:12 | 154:9 197:9 |
| 228:25 | 76:10 142:8 | wider 12:20 | wondering | words 13:7 | world 3:6 |
| 230:8 | 168:15 | 13:11 14:16 | 159:12 | 38:4,9,19 | 30:3,10 |
| 231:10 | 223:7 | 28:4 46:19 | wooden | 76:18,19,21 | 53:14 80:5 |
| 232:19 | 249:15 | 61:19,22 | 63:23 | 77:14 84:19 | 106:11 |
| 236:23 | weren't | 69:21 | word 85:4 | 85:11 87:16 | worship 6:21 |
| 239:16 | 121:12,16 | 120:18 | 120:15,19 | 123:11 | 51:8 55:8,9 |
| 250:15 | we'll 6:10 | 122:11 | 120:23 | 140:7 | 58:21 59:7 |
| 251:19 | 7:22 50:19 | 155:19 | 121:4,15 | 163:22 | 69:12,17 |
| 255:18 | 64:10 75:6 | 175:5,10 | 145:3,5 | 164:4,24 | 90:15 141:3 |
| ways 12:4 | 108:15 | widespread | 146:8 147:7 | 165:5 | 141:10,23 |
| 80:2 92:10 | 215:4,14 | 225:3 | 147:8,10,15 | 188:23 | 194:17 |
| 103:20,21 | 216:17 | William | 148:11,21 | 189:18,20 | 202:20 |
| 104:22 | 252:15,17 | 118:22 | 148:22 | 189:23 | 214:3 |
| 159:7 165:6 | we're 31:16 | 258:5 | 150:6 | 208:15 | 225:10 |
| 188:12 | 31:19 36:16 | willing 68:23 | 188:24 | 212:22 | 243:19 |
| 215:3 226:2 | 36:18 38:24 | wills 205:15 | 210:7,13,14 | 217:14,19 | wouldn't |
| 247:10 | 42:7 43:21 | 205:17 | 212:20,24 | 217:23 | 26:12 111:4 |
| Weber | 57:4 63:10 | 213:3 | 213:7,25 | 218:7,13,13 | 152:24 |
| 151:23 | 77:13,13 | wipe 102:4 | 214:12 | 220:3 | wrapped |
| websites | 125:4 | wish 9:6 | 218:17,20 | 222:22 | 6:24 232:18 |
| 234:12 | 143:23 | 132:7 262:4 | 218:25 | 224:19 | write 80:2 |
| Wednesday | 165:8 211:6 | witness 5:8 | 219:11 | 235:21 | 159:7 |
| 43:9 | 211:8,9 | 5:15 17:23 | 220:5,7,11 | 242:7,11 | 190:15 |
| week 5:19 | 213:18 | 26:2 57:8 | 221:4 | 250:2 | 230:18 |
| 29:15,16 | 215:11,12 | 60:22 61:2 | 223:15,23 | work 21:13 | 232:3 |
| 31:15 43:15 | 215:16 | 61:9 71:9 | 224:8,9,10 | 21:17 22:3 | writes 196:23 |
| 73:14 74:4 | 216:4,13 | 73:6 87:7 | 224:20,21 | 24:8,11,19 | writing 22:8 |
| weeks 29:16 | 217:11 | 89:25 94:6 | 225:6,8,11 | 25:6 30:14 | 24:17 26:22 |
| 99:19 | 221:23 | 111:22 | 226:19,23 | 105:19 | 31:8 35:22 |
| weigh 10:16 | 222:2,6 | 112:17,22 | 227:3,8,14 | 132:19 | 62:22 78:9 |
| 13:18 33:2 | 248:12 | 113:11,15 | 227:17,20 | 152:23 | 85:21 87:3 |
| 33:6 129:15 | 250:24 | 117:19 | 228:14 | 155:13,24 | 104:16 |
| 137:25 | 251:16,19 | 139:18 | 229:10 | 156:19 | 105:2 |
| 193:24 | we've 102:5 | 140:5 | 230:3,10 | 157:12 | 115:13 |
| weighed | 133:24 | 162:19 | 231:2,6,10 | 178:17 | 129:23 |
| 56:11,16 | 137:22 | 184:9 197:7 | 231:15,21 | 216:16 | 130:3,11 |

| | | | | | |
|---|---|---|---|---|---|
| 138:20 | 120:9 | 258:21 | 120 258:8 | 18th 118:16 | 1882 95:11 |
| 160:22 | 175:13 | 000151 144:6 | 125 61:6,8,10 | 119:5,10,12 | 1890s 52:3 |
| 220:18 | 257:19 | 258:19 | 13 29:16 | 119:17 | 53:17 61:23 |
| 227:22 | 258:8 | 000386 | 140:19 | 168:6 | 64:19 65:21 |
| writings 33:9 | years 16:15 | 183:17 | 226:11 | 205:16 | 69:22 70:8 |
| written 22:8 | 31:12 46:8 | 259:13 | 258:11 | 220:23 | 82:11 98:23 |
| 24:6 30:15 | 46:9 98:12 | 000581 | 14 143:18 | 229:6 | 159:8 |
| 30:23 37:22 | 121:18,23 | 206:22 | 144:12 | 1800s 36:6 | 192:14 |
| 38:25 77:22 | 122:4 | 260:7 | 258:14 | 161:24 | 226:8 230:9 |
| 105:23 | 170:18 | 0386 184:20 | 140 258:11 | 162:12 | 231:11,21 |
| 114:9,10 | 202:19,21 | ___1___ | 143 258:14 | 1818 167:24 | 1893 226:10 |
| 115:12,14 | Yeshuat | 1 22:21,23 | 144 258:17 | 170:8,17 | 226:11 |
| 119:13 | 87:24 88:17 | 48:23 | 1450 224:18 | 196:9,16 | 1894 88:4 |
| 121:20 | 98:11 | 219:22,24 | 148 258:20 | 197:23 | 145:13 |
| 125:10 | yesterday | 229:2 | 149 169:14 | 198:2 | 192:10 |
| 130:8,18 | 4:13 7:12 | 256:10 | 224:17 | 236:17,21 | 201:10 |
| 200:13 | 8:13 | 1st 117:6 | 15 113:12 | 1820 177:19 | 203:24 |
| 228:3 | York 1:19,19 | 1:08 150:14 | 144:4,12 | 182:13,19 | 238:23 |
| 229:11,16 | 1:21 2:7,7 | 10 117:9 | 258:17 | 202:21 | 242:8 |
| 229:19 | 3:7,7 71:13 | 199:24 | 150 51:4 | 1820s 168:21 | 259:20 |
| wrong 9:17 | 168:23 | 201:20 | 55:11 | 177:10 | 19 82:12 |
| 47:8 72:22 | 169:16 | 230:13 | 16 148:6 | 180:24 | 180:6 |
| 166:25 | 177:10 | 257:22 | 248:13 | 236:21 | 183:14 |
| 170:15 | 181:2 185:4 | 10th 117:17 | 258:20 | 1822 34:21 | 259:9 |
| 218:25 | 194:10 | 10036 2:7 | 160 194:13 | 35:8,20,23 | 19th 14:5 |
| 240:16,17 | 195:10 | 10281 3:7 | 163 258:22 | 1826 196:23 | 195:25 |
| wrote 17:13 | 237:19,21 | 108 257:14 | 1654 71:11 | 246:20,22 | 205:16 |
| 56:20 75:8 | 246:21 | 11 116:9,15 | 17 60:3,18 | 183 259:9 | 220:12 |
| 75:11 228:5 | 247:3,11 | 118:21,25 | 65:14 163:9 | 1832 179:14 | 221:5 |
| 228:6 | 255:3,9 | 170:8 | 258:22 | 1833 179:14 | 222:21 |
| 229:12 | 259:18 | 172:19 | 1700 224:18 | 180:7 181:8 | 190 116:16 |
| 238:6,9 | | 258:4 | 171 259:4 | 185:3 | 1900 196:7 |
| | ___Z___ | 11th 116:25 | 1730 72:11 | 194:15 | 196:16 |
| ___X___ | Zachary | 11/24/14 | 1730s 71:15 | 195:5 | 1900s 98:24 |
| x 1:4,10 | 183:15 | 22:25 71:25 | 72:8,19 | 184 172:2,4 | 1903 18:21 |
| 256:2 257:2 | 259:9 | 256:12,23 | 175 171:15 | 1840s 174:12 | 40:21,22,24 |
| 258:2 259:2 | ___0___ | 11/7/45 | 259:4 | 185 171:15 | 41:14,16 |
| 260:2 | 000087 | 241:22 | 1759 97:10 | 259:5 | 42:11,14 |
| ___Y___ | 201:11 | 260:16 | 170:6 | 1865 29:23 | 43:25 44:6 |
| Y 87:24 88:6 | 259:21 | 115 257:18 | 172:21 | 1869 162:15 | 44:11,12 |
| YAN 3:13 | 000145 | 117 257:22 | 1760 72:5 | 165:13 | 68:10,13 |
| yan.grinbla... | 140:21 | 1177 1:18 2:6 | 1763 169:20 | 167:5 | 70:23 73:21 |
| 3:14 | 258:13 | 118 258:4 | 1764 176:24 | 209:12 | 99:18 |
| yeah 157:24 | 000146 | 12 120:8 | 1769 178:21 | 1870 8:21 | 100:13 |
| 197:7 | 143:20 | 258:8 | 18 117:24 | 1880 202:21 | 113:17,24 |
| year 62:22 | 258:16 | 12-822-m 1:7 | 118:6 | 1880s 53:17 | 114:15 |
| 115:25 | 000148 148:7 | 12:30 112:19 | 171:14 | 65:21 82:11 | 115:8,15 |
| | | | 259:4 | 95:16 | 116:9,17,18 |

| | | | | | |
|---|---|---|---|---|---|
| 116:22,24 | 1984 139:25 | 212 2:8 3:8 | 107:10 | 5th 255:21 | 8 72:3 108:17 |
| 116:25,25 | 1989 61:13 | 219 260:8 | 37 106:25 | 5/5/02 206:9 | 195:7 |
| 117:6 | 62:23 | 22 206:8 | 107:8,10,15 | 259:22 | 257:14 |
| 118:12 | 1990 32:3 | 256:10 | 224:17 | 5:05 250:11 | 83 95:11 |
| 120:22 | ——— 2 ——— | 259:22 | 37071 1:22 | 5:08 253:7 | 88 257:4 |
| 121:10 | | 23 206:20 | 390 184:25 | 50 50:25 69:9 | |
| 122:5 | 2 25:13,14,15 | 247:6 260:4 | ——— 4 ——— | 256:7 | ——— 9 ——— |
| 160:10,11 | 48:23 50:11 | 235 207:4 | | 504-6000 3:8 | 9 115:24 |
| 160:12,18 | 97:23 101:3 | 237 260:11 | 4 71:24 | 58 238:17 | 257:18 |
| 178:16,19 | 123:17 | 24 219:9 | 185:18 | 244:10 | 9:01 1:13 |
| 179:4 192:2 | 202:13 | 260:8 | 203:5 211:2 | 587 206:23 | 90 201:11 |
| 205:9 208:3 | 203:2 241:2 | 24th 75:13 | 211:5,6 | 260:7 | 257:10 |
| 208:4,25 | 256:13 | 241 260:16 | 242:25 | 59 240:22,22 | 259:21 |
| 209:11 | 2/11 115:25 | 25 237:6 | 243:14 | 256:17 | 99 241:22 |
| 218:10 | 257:18 | 256:13 | 248:25 | 593 237:16 | 260:17 |
| 226:14 | 2/18 120:9 | 260:11 | 256:4,22 | 594 237:9 | |
| 227:13,20 | 258:8 | 253 260:18 | 4th 232:5 | 260:15 | |
| 229:2,16,17 | 2/18/03 | 26 241:21 | 4:10 215:11 | ——— 6 ——— | |
| 229:21 | 118:22 | 260:16 | 405 185:22 | | |
| 230:2,14 | 258:4 | 27 171:17 | 186:13 | 6 89:19 | |
| 232:21 | 2:09 151:3 | 242:8 253:4 | 407 183:18 | 101:13 | |
| 239:17 | 20 194:7 | 259:8 | 259:14 | 169:12 | |
| 245:25 | 259:15 | 260:18 | 42 165:9,23 | 172:19 | |
| 246:7 249:8 | 20th 34:10 | 275 15:4 | 43 168:16 | 173:5 | |
| 249:11 | 220:12 | 96:13 | 180:21 | 178:20 | |
| 250:6 | 222:21 | 29 200:3 | 44 139:21,21 | 257:7 | |
| 1908 99:18 | 233:7 | ——— 3 ——— | 139:24 | 60 234:6 | |
| 218:10 | 200 15:7,11 | | 45 139:21,24 | 65 125:17 | |
| 1913 209:2 | 2000s 28:15 | 3 59:17 | 222:2 | 68 100:24 | |
| 246:18 | 2001 240:22 | 219:18,19 | 248:22 | 101:5,5 | |
| 1920 182:24 | 240:22 | 219:21 | 250:16,25 | 69 100:24 | |
| 1930s 191:18 | 2005 175:14 | 256:17 | 251:22 | 101:5 | |
| 191:19 | 201 259:20 | 3/1/03 88:24 | 45823 89:21 | ——— 7 ——— | |
| 1936 90:25 | 2012 18:19 | 257:5 | 257:9 | | |
| 257:13 | 83:7,8 | 30 1:12 97:10 | 46 228:19 | 7 90:23 174:3 | |
| 1937 82:13 | 2014 1:12 | 117:15 | 47 128:12 | 257:10 | |
| 185:23 | 75:13 95:11 | 199:25 | 49 131:10 | 7/18/12 | |
| 186:11 | 2015 254:21 | 261:15 | 186:7,8 | 183:15 | |
| 208:23 | 255:21 | 30th 205:24 | 189:25 | 259:9 | |
| 194 259:15 | 206 259:22 | 30(b) 221:22 | 244:14 | 70 87:20 88:7 | |
| 1945 238:15 | 260:4 | 30(d) 221:22 | 248:12 | 88:8 | |
| 238:17 | 21 87:20 | 31 117:10 | 4960 163:11 | 71 97:24 98:3 | |
| 242:4 | 201:10 | 257:23 | 258:24 | 256:22 | |
| 248:18 | 204:5,8 | 34 245:7,8 | ——— 5 ——— | 715-9100 2:8 | |
| 1949 88:4 | 259:20 | 35 60:21,24 | | 73 25:18 | |
| 1950s 82:12 | 21st 34:5 | 36 52:24 | 5 88:23 97:3 | 256:16 | |
| 1975 25:17 | 43:13,22 | 58:19 61:7 | 186:11 | ——— 8 ——— | |
| 256:15 | 73:17 | 61:11 63:13 | 222:3 257:4 | | |

## CJI v. CSI, No. 12-822M
### Errata for the 12/30/2014 Deposition of Linford Fisher

| PAGE/LINE | CURRENT | CHANGE |
|---|---|---|
| Passim | rimmonim | rimonim |
| 12:5 | adds | as |
| 14:5 | century on | century, on |
| 30:2 | incredible | indelible |
| 30:24-25 | The Indian Reawakening | The Indian Great Awakening |
| 39:15-16 | strike that. That's possible. | strike that, if that's possible. |
| 51:4 | 150 | 50 |
| 55:11 | 150 | 50 |
| 61:21 | that are reflected | that reflected |
| 66:6 | in the pendant | independent |
| 80:25 | view | few |
| 91:19 | as Ed Solomon | as Solomon |
| 103:14-15 | doing or not | doing right now |
| 141:11 | came with CJI | came to CJI |
| 151:23 | Brits | greats |
| 151:24 | Michael Fuco | Michel Foucault |
| 166:18 | There was one at Touro | There was no one at Touro |
| 167:10 | At's | It's |
| 205:19 | states | instances |
| 240:17 | The CJI | Or CJI |

| PAGE/LINE | CURRENT | CHANGE |
|---|---|---|
| 241:14-18 | | This is a continuation of Professor Fisher's answer, not a question from counsel. |