# EXHIBIT D

# THE OXFORD DICTIONARY

## OF THE

# JEWISH RELIGION

## SECOND EDITION

EDITOR IN CHIEF

Adele Berlin

*New York   Oxford*

**OXFORD**
UNIVERSITY PRESS



EXHIBIT
Fisher 8
12/30/14


# OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford   New York
Auckland   Cape Town   Dar es Salaam   Hong Kong   Karachi
Kuala Lumpur   Madrid   Melbourne   Mexico City   Nairobi
New Delhi   Shanghai   Taipei   Toronto

With offices in
Argentina   Austria   Brazil   Chile   Czech Republic   France   Greece
Guatemala   Hungary   Italy   Japan   Poland   Portugal   Singapore
South Korea   Switzerland   Thailand   Turkey   Ukraine   Vietnam

Copyright © 2011 by Oxford University Press, Inc.

Published by Oxford University Press
198 Madison Avenue, New York, NY 10016

www.oup.com

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

BWHEBB, BWHEBL, BWTRANSH [Hebrew]; BWGRKL, BWGRKN,
and BWGRKI [Greek] Postscript® Type 1 and TrueTypeT fonts
Copyright © 1994–2009 BibleWorks, LLC. All rights reserved. These Biblical
Greek and Hebrew fonts are used with permission and are from BibleWorks,
software for Biblical exegesis and research.

The Library of Congress Cataloging-in-Publication Data

Library of Congress Cataloging-in-Publication Data
The Oxford dictionary of the Jewish religion / editor in chief,
Adele Berlin. — 2nd ed.
p. cm.
Includes bibliographical references and index.
Includes index.
ISBN 978-0-19-973004-9 (alk. paper) – ISBN 978-0-19-975927-9 (drs)
1. Judaism—Dictionaries. I. Berlin, Adele.
BM50.O94 2011
296.03—dc22        2010035774

1 3 5 7 9 8 6 4 2

Printed in the United States of America
on acid-free paper

## TASHLIKH (left column, partially obscured)

1. One is the Targum to the Torah (also known as Targum Jonathan; *Meg.* 3a) extends to the Writings. A Targum ms., Vatican Neophyti, a Palestinian Targum, so-called fragmentary manuscripts and printed... to the Five Scrolls... sizable fragments... found in Qumran... paraphrastic, and some interpretations. The *Job*... a literal translation... ns originated earlier... o final form until the... the known Targums... rgum from Qumran... ost identical with the Aramaic versions are... and their avoidance... popathic expressions. BIBLE TRANSLATIONS.

ons of Hebrew Scriptures," in *tation of the Hebrew Bible* in 1 by M. J. Mulder, Compendia... ct. 2, vol. 1 (Assen-Maastricht... Robert George Beattie and *Targums in Their History...* on the Aramaic Bible held Journal for the Study of the... effield, UK, 1994). Bernard... ire, vols. 1–2 (Cincinnati and *e Targum Onqelos to Genesis...* is, vols. 6–9 (Wilmington, Del... *Targum* (Tel Aviv, 1973).

1 of homilies in Ara... reek words) on the... Palestinian in origin... arly eighth century... er Midrashic sources... gum Yerushalmi to... the Talmud, which... the work, adapted... n a free fashion. The... and included lengthy... m Sheni contains an... i's accusation against... ct that contains many... se unknown Jewish...

look of Esther (Brooklyn, N.Y.)
—DANIEL SPERBER

MANDMENTS, 613.

om symbolizing the... served on the first... (or on the second...

## TASHLIKH (continued)

day, if the first falls on a Sabbath), after the Minhah service, by visiting a river, the seashore, or some other place where water is found, and reciting biblical verses about repentance and the forgiveness of sins. These verses include: "He will again have compassion upon us; he will subdue our iniquities; and you will cast all their sins into the depths of the sea" (*Mi.* 7.19). The custom apparently originated in the late Middle Ages (it is first mentioned in *Sefer Maharil* [Warsaw, 1834], 38a, by R. Yaʿaqov ben Moshe ha-Levi *Molin*), and was possibly influenced by non-Jewish folk practices. Some people turn out the pockets of their garments and let crumbs fall into the water. Different communities introduced variations in the ritual, and many kabbalistic additions were made, especially among Eastern Jews.

• Avrohom C. Feuer and N. Scherman, *Tashlich: Tashlich and the Thirteen Attributes, a New Translation and Commentary* (Brooklyn, N.Y., 1980).

**TASHMISHEI QEDUSHAH** (תַּשְׁמִישֵׁי קְדֻשָּׁה; appurtenances of holiness), ritual objects (e.g., the shofar, spice box, *menorah*, Seder plate) or items used to decorate ritual objects (e.g., the *keter Torah* or *rimmonim* ornaments for the embroidered *parokhet* [curtain] that covers the synagogue ark). The verse, "This is my God and I will glorify Him" (*Ex.* 15.2) is interpreted by the rabbis as "I will adorn him," and the rabbis emphasized the need to beautify the various ritual objects (*Shab.* 133b). *Tashmishei qedushah* must be treated with reverence and not put to secular use, although the regulations concerning sacrilege (*meʿilah*) do not, in the strict sense, apply to them. See also CEREMONIAL OBJECTS; TORAH ORNAMENTS.

• Joseph Guttmann, *Jewish Ceremonial Art* (New York, 1964). Joseph Guttmann, "Jewish Ceremonial Art: A Basic Bibliography," in *Studies in Jewish Bibliography, History, and Literature in Honor of I. Edward Kiev* (New York, 1971), pp. 161–165. Joseph Tabory, *Jewish Prayer and the Yearly Cycle: A List of Articles* (Jerusalem, 1992–1993), pp. 58–60.
—SHMUEL HIMELSTEIN

**TAXATION.** Talmudic law refers to two basic types of taxation: municipal, imposed by local authorities; and national, imposed by a central authority or sovereign. The sages recognized the validity and necessity of municipal taxes levied to cover all legitimate expenditures for the benefit of the general public—for example, city defenses (walls, doors, gates, and guards), water and sewage, communal religious facilities and ritual objects, and support of the poor. Twelve months were generally considered to be the minimum term of residence for local tax liability, unless a home was purchased, in which case liability was immediate. Taxes were to be imposed at graduated rates, depending on the taxpayer's means, as well as the relative benefit enjoyed vis-à-vis other citizens unless local custom relied on other yardsticks. Because of the loss of Jewish independence and sovereignty in Erets Yisraʾel, national taxation imposed by Jewish central authorities was not a relevant issue in the development of Jewish law, although various taxes are imposed in the Bible, including *mekhes* paid to the priests (*Nm.* 31.28) and the king's tax levies (*1 Sm.* 8.11–17). The legal issue generally addressed in this context was, therefore, the degree to which taxes imposed by the non-Jewish central government, in Erets Yisraʾel or in the Diaspora, were binding on Jews as a matter of Jewish law; the discussion was guided by the Talmudic legal principle, *dina' de-malkhuta' dina'* (the law of the kingdom is law). Initially, a distinction was made between the applicability of this rule in the Babylonian Diaspora, which dictated compliance with the tax laws of the central government, and Erets Yisraʾel, where noncompliance was recognized as a legitimate expression of resistance to Roman rule. As rebellion waned, so did the perceived legitimacy of tax resistance, to the point where Maimonides and other codifiers declared an absolute prohibition against tax evasion, whether the sovereign be Jewish or gentile. Ultimately, tax evasion came to be regarded with particular severity, the sages describing it not merely as *gezel* (theft), but as *gezel ha-rabbim* (theft of the public), since tax not paid by any one individual effectively increased the burden on the remaining members of the community.

In the post-Talmudic period, tax was typically imposed by the central authorities on each Jewish community as a whole, leaving to the organized community the burden and responsibility of individual assessment and collection. Such autonomy provided a significant impetus for the development of legal principles for community government and for the fiscal relationships between the local authorities and the citizenry. The burdens of taxation contributed greatly to the refinement of the laws of partnership, which initially provided the theoretical framework for the legal notion of community. Ultimately, this approach was found to be inadequate, and the legal system came to rely instead upon the more flexible tools of *taqqanot ha-qahal* (communal legislation) and *minhag* (custom) in order to address, at the local level, the increasingly complex problems of community tax administration.

• Menachem Elon, ed., *The Principles of Jewish Law* (Jerusalem, 1975), pp. 662–701. Louis Finkelstein, *Jewish Self-Government in the Middle Ages* (New York, 1964). Aaron Levine, *Free Enterprise and Jewish Law: Aspects of Jewish Business Ethics* (New York, 1980), pp. 136–150, 155–160. Aharon Nahlon, "Local Legislation and Independent Local Leadership According to Maimonides," in *Maimonides as Codifier of Jewish Law*, edited by Nahum Rakover (Jerusalem, 1987), pp. 165–174. Nahum Rakover, *Modern Applications of Jewish Law: Resolution of Contemporary Problems According to Jewish Sources in Israeli Courts* (Jerusalem, 1992), pp. 238–239, 824, 834.
—BEN TZION GREENBERGER

**TAZ.** See DAVID BEN SHEMUʾEL HA-LEVI.

**TEACHER OF RIGHTEOUSNESS,** a personality mentioned in the *Dead Sea Scrolls. Although no historical figure has been definitely identified as the Teacher of Righteousness, it is generally believed that he was the founder and most important leader of the *Qumran community. He was their teacher par excellence, who saw the fulfillment of biblical prophecies in the contemporary situation. His teachings were authoritative and focused on the correct interpretation