# EXHIBIT E

# Oxford English Dictionary | The definitive record of the English language

## appurtenance, *n.*

**Pronunciation:** /əˈpɜːtɪnəns/

**Forms:** ME **apurtèna(u)nce**, **apurtynaunce**, **aportenance**, **aportenanse**, 15 **apertinaunce**; ME –15 ...

**Etymology:** < Anglo-Norman *apurtenance* (12th cent. in Littré), Old French *aper-*...

**1.** *Law* and *gen.* A thing that belongs to another, a 'belonging'; a minor property, right, or privilege, belonging to another more important, and passing in possession with it; an appendage.

1377 LANGLAND *Piers Plowman* B. II. 103 To haue and to holde · and here eyres after, A dwellyng with þe deuel..Wiþ al þe purtenaunces [1393 portinaunce] of purgatorie.

1418 in F. J. Furnivall *Fifty Earliest Eng. Wills* (1882) 28, I bequethe to..my wyf my Maner of Staverton with the appurtenaunces.

1490 CAXTON tr. *Eneydos* lxv. 165 The cyte of Lawrence wyth the appartenaunces.

1557 *Malory's Story Noble & Worthy Kynge Arthur* (Copland) VI. xi, I wolde that he receyued it as his ryght and appertenaunce.

1691 *Blount's Νομο-λεξικον* (ed. 2) *Appertinances* are things both Corporeal, belonging to another thing, as to the more principal; as Hamlets to a chief Mannor..and Incorporeal, as Liberties, and Services of Tenants.

1875 W. STUBBS *Constit. Hist.* II. xiv. 94 The county of Chester, with valuable appurtenances, was transferred to Simon.

**2.** A thing which naturally and fitly forms a subordinate part of, or belongs to, a whole system; a contributory adjunct, an accessory.

1377 LANGLAND *Piers Plowman* B. xv. 184 Pryde with al þe appurtenaunce [*v.r.* appurtenaunces, purtenaunce; 1393 portinaunce].

1570 J. DEE in H. Billingsley tr. Euclid *Elements Geom.* Pref. sig. dj*v*, This, with all other Cases..and appertenances, this Arte demonstrateth.

1604 SHAKESPEARE *Hamlet* II. ii. 372 The appurtenance of welcome is fashion and ceremonie.

1722 W. WOLLASTON *Relig. of Nature* ix. 192 The soul would not appear to them as a faculty of the body, or kind of appurtenance to it.

1835 N. P. WILLIS *Pencillings* I. i. 10 A personification of the cholera, with skeleton armour and bloodshot eyes, and other horrible appurtenances of a walking pestilence.



**3.** *esp.* in *pl.* The mechanical accessories employed in any function or complex scheme; apparatus, gear. Also *fig.*

c1386 CHAUCER *Parson's Tale* ¶719 Now cometh hasardrie with his appertenaunce [*v.r.* apurtenaunces, -tynaunces, -tenance, -ortenancis, appurtenaunce] as tables and rafles.

1598 R. BARRET *Theorike & Pract. Mod. Warres* V. 125 The Counterfortes, and the other appertenances of the Bulwarke.

1605 BACON *Of Aduancem. Learning* II. sig. Aa4, Astrolabes..prouided, as appurtenances to Astronomy.

1644 MILTON *Areopagitica* 29 The Pope, with his appertinences the Prelats.

1764 T. REID *Inq. Human Mind* vi. §1 The structure of the eye, and of all its appurtenances.

1837 A. LEIGHTON in *Wilson's Hist. Tales Borders* III. 334/1 The wine, the plate,..the servants in livery, and all the appurtenances of a great establishment.

**4.** The fact or state of appertaining.

1846 W. S. LANDOR *Citation & Exam. Shakespere* in *Wks.* II. 276 (*archaic*) Swans and herons have something in their very names announcing them of knightly appertenance.

1875 W. D. WHITNEY *Life & Growth of Lang.* v. 94 The word is a token of the most indefinite appurtenance.

Oxford University Press
Copyright © 2014 Oxford University Press . All rights reserved.

Your access is brought to you by:

New York Law Institute