# EXHIBIT F

Fisher 12/30/14

Start 9:02 am ⎤ (1:10)
Stop 10:12 am ⎦
Start 10:30 am ⎤ (1:36)   Total (2:46)
Stop 12:06 PM ⎦
Start 12:13 PM ⎤ (:55)   Total (3:41)
Stop 1:08 PM ⎦

Start 2:09 pm ⎤ (1:29)   Total (5:10)
Stop 3:38 pm ⎦
Start 3:51 pm ⎤ (:15)   Total (5:25)
Stop 4:06 pm ⎦
Start 4:10 pm ⎤ (:09)   Total (5:34)
Stop 4:19 pm ⎦

Start 4:20 pm ⎤ (0:20)   Total (5:54)
Stop 4:40 pm ⎦
                          +21
Start 4:44 pm ⎤          ─────
Stop 5:05 pm ⎦           6:15

EXHIBIT
Fisher 27
12/30/14