# EXHIBIT A

**EXPERT REPORT**

**OF**

**DR. VIVIAN MANN**


**Congregation Jeshuat Israel v. Congregation Shearith Israel**


**Case No. 12-822-M**

**District Court of Rhode Island**


**Dr. Vivian Mann**
**Director, Jewish Art and Visual Culture**
**The Jewish Theological Seminary**
**3080 Broadway**
**New York, NY 10027**


**DATE:  November 24, 2014**

## I.      Qualifications

Since 1995, I have been the director of the Master's Program in Jewish Art and Visual Culture at The Jewish Theological Seminary in New York, NY.  For many years, I was Morris and Eva Feld Chair of Judaica at The Jewish Museum in New York, where I created numerous exhibitions and their catalogs, among them *Gardens and Ghettos: The Art of Jewish Life in Italy*; *Convivencia: Jews, Christians, and Muslims in Medieval Spain*; and, most recently, *Morocco: Jews and Art in a Muslim Land*.  In 2010, I curated the exhibition *Uneasy Communion: Jews, Christians and Altarpieces in Medieval Spain* at the Museum of Biblical Art (MOBIA), and contributed to and edited the accompanying catalog.  I am also a founding editor of *Images: A Journal in Jewish Art and Visual Culture*, the first American journal in the field.

In 2009, I was elected a fellow of the American Academy for Jewish Research (AAJR), the oldest professional organization of Judaica scholars in North America.  Nominated and elected by their peers, AAJR fellows constitute the most distinguished and most senior scholars teaching Judaic studies at American universities.  I have been a fellow at the Institute for Advanced Studies of the Hebrew University as well.  In 1999, I was awarded the Jewish Cultural Achievement Award in Jewish Thought by the National Foundation for Jewish Culture for my successful efforts at establishing a new field of Jewish studies (Jewish art) and the Master's Program in Jewish Art and Visual Culture at JTS.  I have also been a recipient of a Woodrow Wilson Fellowship, the NEA Fellowship for Museum Professionals, the NEH Fellowship for College Teachers and Independent Scholars, and the NEH Collaborative Projects Grant for Interpretative Research (with Richard I. Cohen).

I am considered—world wide—to be an expert in Judaica.  Through my various capacities listed above, I have conducted research on art works, including their provenance.  My full curriculum vitae, including a list of publications, is attached as Exhibit A.

## II.      Introduction to Expert Report

In August 2014, I was engaged by Cadwalader, Wickersham & Taft LLP, counsel for Defendants in the case of *Congregation Jeshuat Israel v. Congregation Shearith Israel*, CV-12-822-M, pending in the federal District Court in Rhode Island (the "Touro Litigation").  As part of this engagement, I expect to testify as an expert witness at trial in the Touro Litigation.  The purpose of this report (the "Report") is to summarize my opinions as an expert, which may be offered at trial.

The Report addresses principally the provenance of and ownership rights to two Torah finials, also known as rimmonim or bells, crafted by Myer Myers (the "Rimmonim") that were offered for sale by Congregation Jeshuat Israel ("CJI") to the Boston Museum of Fine Arts.  To a derivative extent the Report also addresses another pair of Myer Myers finials (the "Cohen donation") lent by CSI to the Touro Synagogue in Newport.

In the course of preparing the Report and rendering my opinions, I reviewed many documents provided to me by counsel for Congregation Shearith Israel ("CSI" or "Shearith Israel"). I have also conducted my own research in original sources found in the archives of CSI from the relevant time period and have consulted other printed accounts of the history of CSI and of the Touro Synagogue. A list of documents I have relied on in connection with the opinions expressed in this report are annexed hereto as Exhibit B. My opinions are submitted as of the date of this report and I reserve the right to revise and elaborate on my opinions based on the receipt of additional information including, but not limited to, the testimony of witnesses presented at trial of this matter.

My compensation for this expert testimony is $275 per hour. I have never previously testified as an expert at trial or by deposition within the preceding four years.

### III.    Summary of Opinions

The Rimmonim and the Cohen Donation have been and remain the personal property of Congregation Shearith Israel of New York. Although these four Myer Myers finials have been used at the Touro Synagogue in Newport, Rhode Island in the recent past, they have been and remain the personal property of Congregation Shearith Israel.

The Minutes of the Board of Trustees of Shearith Israel and other documentary evidence demonstrate Shearith Israel's control and ownership of the Touro Synagogue in Newport and its appurtenances, including the Rimmonim at issue. I have seen no evidence indicating that, prior to CJI's attempt to sell the Rimmonim, either CSI or CJI was confused about the fact that CSI owned the Rimmonim.

Additionally, permitting CJI to sell the Rimmonim would not only be inconsistent with CSI's ownership of the Rimmonim but would also be so unprecedented that the sale would seriously undermine inter-congregational support and assistance, which has been indispensable to the sustenance of Jewish communal life for centuries including in America.

### IV.    Background and History of Congregation Shearith Israel, New York

Although individual Jews had come to New York earlier, the arrival of a greater number of Jews in 1654-1655 led to the establishment of a congregation that became known as Shearith Israel (The Remnant of Israel),[1] a name that recalled the travails and wanderings of Jews who were expelled from Spain in 1492 and from Portugal in 1497. The first groups of Jews to arrive in New Amsterdam in 1654 and 1655 came from the West Indies and Recife, Brazil.[2]

---

[1] *Year Book of the Spanish and Portuguese Congregation Shearith Israel in the City of New York, 5668=1908* (New York: Shearith Israel, 1911), p. 1.

[2] Loc. cit.

Congregation Shearith Israel was the only synagogue in New York until 1825. One impetus to the formation of the congregation, 170 years earlier, was the arrival in New Amsterdam of a Sephardi, Abraham de Lucena, in 1655 with a Torah scroll he had borrowed from an Amsterdam synagogue.[3] In the early years of Congregation Shearith Israel, its members met in a private home on Mill Street in lower Manhattan.[4] In 1729-30, a new synagogue building was erected on the same site, which was later renovated and enlarged in 1817-1818.

The last service in the Mill Street synagogue was held on April 13, 1833. Until the opening of a new synagogue on Crosby Street in 1834, the congregation met in temporary spaces and much of its property was in storage.[5] During the construction of the new synagogue building on Crosby Street, it was deemed necessary to repair the silver bells (or rimmonim) used at Mill Street; $167.26 was paid for this restoration.[6] In addition, a "safety closet" was constructed in the new synagogue building to store the congregation's silver and important papers, a recognition of their value. Other Judaica from the Mill Street Synagogue incorporated into the furnishings of the Crosby Street building, and some of which are still in use at Shearith Israel, include an Omer Calendar, a brass Hanukkah lamp, a plaque with the Ten Commandments, an eternal light, six large brass candlesticks for the tebah or teivah (the reader's desk), four silvered brass balls that secured the cover to the reader's desk, and the hachal (the Torah ark).[7]

Following one additional move to Nineteenth Street in 1860, the congregation built its present home on Central Park West at 70th Street in 1896-97.

## V. Shearith Israel Owns Three Pairs of Finials Crafted by Myer Myers

Myer Myers (1723-1795) was the leading silversmith in New York in the late Colonial period and the first Jewish resident in the British Empire to be a member of the guild of silversmiths and goldsmiths, after the founding of the guild in 1327.[8] His known oeuvre, created after 1745, comprises 380 works; his was the largest silversmith's atelier in the city of New York.[9] Most of Myers' known works consist of household objects, candlesticks, teapots, and the like, that were sold to Christian patrons. In 1786, Myers was elected chairman of the Gold and Silver Smiths' Society, a tribute to his artistry by his fellow silversmiths.

---

[3] Jonathan D. Sarna, "Colonial Judaism," in David L. Barquist, *Myer Myers. Jewish Silversmith in Colonial New York*, (New Haven: Yale University Press, 2001), p. 13.

[4] D[avid] de Sola Pool, *The Mill Street Synagogue (1730-1817) of the Congregation Shearith Israel (Founded in the City of New York in 1655)*, (New York: [Shearith Israel], 1930), pp. 6-7.

[5] *See, e.g.*, CSI8030 (CSI Minutes of the Board of Trustees, Oct. 7, 1866) ("Resolved that all silver of the Cong. (except 2 pairs of Bells and 1 pointer) be placed at Ball Black & Co. during the repairing of the synagogue - to be ensured for $1500 for 3 years.").

[6] CSI5257-CSI5259 (CSI Minutes of the Board of Trustees 1833); D. De Sola Pool, The Crosby Street Synagogue (1834-1860) of the Congregation Shearith Israel (New York, 1934), p. 20.

[7] Op. cit., pp. 42-43.

[8] David L. Barquist, "That Noted and Proficient Mechanic": The Life and Career of Myer Myers in David L. Barquist, *Myer Myers. Jewish Silversmith in Colonial New York* (New Haven: Yale University Press, 2001), p. 28.

[9] Barquist, "That Noted and Proficient Mechanic," p. 25.

Myer Myers played an integral role at Shearith Israel throughout his lifetime.  In 1758, when Shearith Israel purchased a house adjacent to the Mill Street Synagogue in order to enlarge the 1730 building, Myers was listed as one of the four trustees to whom the house was sold.[10]  In 1759, Myers was elected Parnas or president of Shearith Israel.  He was again elected Parnas in 1764, 1770, 1783/84, and 1786/87.  After a long life that included decades of service to Shearith Israel, Myers was buried in Shearith Israel's Mill Street cemetery upon his death in 1795.

During his lifetime, Myer Myers created only six works of Judaica (Jewish ceremonial art), all during the period when Shearith Israel was located at Mill Street:  five pairs of silver rimmonim (finials or bells in the parlance of Sephardi Portuguese Jews) for the Torah scroll, and one circumcision shield.  The pairs of rimmonim are appurtenances intended to adorn and enhance the beauty of the Torah scroll as it is processed through the synagogue.[11]  Of the five pairs of finials crafted by Myer Myers, two pairs were made for Congregation Shearith Israel; one pair was a private commission that was later donated to CSI in 1893; and two pairs were created for Congregation Mikveh Israel in Philadelphia that are dated to the early 1770's, and these remain with that congregation to the present day.[12]  The circumcision shield, once in the American Jewish Historical Society, was acquired by the Jewish Museum, New York in 2004.

According to the minutes of the Trustees of Shearith Israel, Myer Myers received three commissions from its board[13]:

- In 1759, he was paid £20.0 to create a work of "plate" (silver) in honor of "Mr. Abraham Abrahamson in Consideration of his serving as a Hazan to the Kaal."[14]

- In 1764, the CSI Minutes list a debit:  "Ballance due to Myer Myers £36.4.1."[15]  In 1765, Shearith Israel's minutes note "Cash paid Myer Myers. Balla. [Balance] of his acco[un]t. payed [or passed] £36.4.1."[16]

- In 1774, Myer Myers was paid £10.15 toward the total cost of a pair rimmonim.  The minutes of the Board read: "Cash paid Mr Myer Myers due him on A Pair Rimmonim."[17]  The next entry reads:  "Cash Paid . . . for 16 Gilt Bells."[18]

---

[10] De Sola Pool, *The Mill Street Synagogue*, p. 52.

[11] See Tom Freudenheim, *Myer Myers. American Silversmith* (New York: The Jewish Museum, 1965), nos. 1-5; Barquist, *Myer Myers Jewish Silversmith*, cat. nos. 63-66, and 100.

[12] Barquist, *Myer Myers Jewish Silversmith*, cat. nos. 65-66, esp. p. 158.

[13] All quotations from original documents preserve the orthography of the originals.

[14] CSI Ledger of the Holy Tsedakah, 5519=1759.

[15] CSI Ledger of the Holy Tsedakah, 5524=1764.

[16] CSI11899 (Minutes of the Board of Trustees for 5525=1765).

[17] CSI11890 & CSI11911 (*CSI Ledger of the Holy Tsedakah*, 5534=1774).

[18] CSI11890 & CSI11911 (*CSI Ledger of the Holy Tsedakah*, 5534=1774).  These bells may have been replacements for lost bells on the older finials, those from 1737 and 1765, or a combination of bells for the new finials and replacements for the older ones.

The total of the amount paid in 1765 compared to the payment in 1759 for a work of plate suggests the amount of £36.4.1 was payment for a larger, more complicated work such as a pair of finials.[19]  These three entries attest to the fact that Myer Myers made one piece of plate and two pairs of finials for Shearith Israel, accounting for two out of the total five pairs of finials extant.

Shearith Israel's May 23, 1869 inventory of all items in its synagogue building confirms two pairs of rimmonim bearing the mark of Myer Myers in ownership and possession by Shearith Israel.[20]  The inventory includes the following among CSI's silver (words at the end of the phrase are included as being "dittoed" from above):

- "Pair of Do. [Ditto. i.e. Rimmonim] marked 'Myers' (the Maker) property of [*Kahal*] in keeping of Shamas"[21]

- "Pair of Do. marked Myers, [engraved] New Port property of [*Kahal*] in keeping of Shamas"[22]

We can conclude that in 1869, the four finials listed were still in their original pairs:  one with only the maker's mark and a second pair with Myers' mark and the engraved word:  "Newport."

The third pair of bells was donated to Shearith Israel in 1893.  This pair of Myer Myers finials is the latest of the three pairs owned by CSI to have been crafted and is thought to have been made between 1784 and 1795.  This pair was acquired by Samuel Myers (1755-1836), the second son of Myer Myers and his first wife, Elkalah, as their private property.[23]  Inscriptions reading "Hays & Myers" were later engraved on the staves, perhaps as a means of identifying the owners (i.e. Samuel and his second wife, Judith Hays) after the deposit of the finials in a synagogue.  In 1892, the couple's granddaughter, Caroline (Hays) Cohen, who had inherited this pair of finials, donated them to Shearith Israel with the wish that they be used in the Touro Synagogue, Newport, Rhode Island if the Board of CSI approved.[24]  Her letter to the CSI Trustees states:  "I desire you to take charge of the Silver bells lent by me to the late Rev. A.P. Mendes to be used in the Newport Spanish and Portuguese Synagogue.  I wish them used in that synagogue by any congregation (following its ancient minhag) subject to your approval."[25]  This letter clearly states that the finials given to CSI might be used elsewhere, but that ownership resided with Shearith Israel.

---

[19] The maker's mark on these finials was first used ca. 1765. *See* Barquist, *Myer Myers Jewish Silversmith*, p. 256.

[20] CSI4956.  *Inventory of all Property & Effects belonging to or in keeping of . . . Shearith Israel prepared by Hazan, Rev J J Lyons Reported 5629 Elul 5th/1869 August 12th* [1869], p. 34.

[21] CSI4956.  *Inventory of all Property & Effects* [1869], p. 34.  The word *Kahal* is written in Hebrew in the original document and translated, means Congregation.

[22] CSI4956.  *Inventory of all Property & Effects* [1869], p. 34.  *See* note 21 on the word *Kahal*.

[23] Barquist, *Myer Myers Jewish Silversmith*, cat. nos. 100 and 140.

[24] CJI395 (Letter of Caroline Cohen to Trustees of Shearith Israel).

[25] CJI395 (Letter of Caroline Cohen to Trustees of Shearith Israel).

## VI.    Shearith Israel Owns and Exercises Control Over the Touro Synagogue and its Contents and Appurtenances

In 1658, just a few years following the founding of Shearith Israel, a congregation of Spanish and Portuguese Jews that came to call itself Congregation Yeshuat Israel formed in Newport, Rhode Island.[26]  In 1759, three members of the congregation purchased land on which to build a synagogue.  Shearith Israel responded to an appeal for building funds from Yeshuat Israel by sending £149.0.6, about one-tenth of the total building costs.[27]  This donation is one instance of a remarkable characteristic of Spanish-Portuguese communities in the Western World:  their sense of interdependence and responsibility for developing synagogues in new communities.  The relationship between Shearith Israel and the Touro Synagogue, established in 1759, may be understood in this context.

The title to the real property on which the Touro Synagogue was built remained with the three purchasers and their descendants until they, in 1822, ceded their rights, title, and interest in the synagogue property to the Clerk and Trustees of Shearith Israel in New York following the dwindling and then disappearance of the Newport congregation and the move of many of its congregants to New York.[28]  This is confirmed by Morris A. Gutstein, rabbi of CJI from 1932 to 1943, who wrote in 1958 regarding "the title of the closed [Newport] synagogue, burial ground and other communal property" being handed over to CSI in the 1820s:

> In the early '20s of the nineteenth century, the Newport synagogue was already considered the property of the trustees of the New York congregation.  For in 1825, when the Rhode Island Legislature was considering repairing the building, they were prevented from doing so without consulting the New York congregation which was considered the rightful and legal owner of the property.[29]

In 1881, when a new group of Jews came to Newport, letters seeking the restoration of services in the Touro Synagogue were sent to Congregation Shearith Israel.  Shearith Israel's Board of Trustees appointed a committee consisting of the Parnas (President) and three other members of the Board to create "a definite plan for reestablishment of Services in the New Port Synagogue under suitable auspices."[30]  That this Shearith Israel committee was charged with

---

[26] *Year Book of the Spanish and Portuguese Congregation Shearith Israel in the City of New York, 5668-1908*, p. 1.

[27] *Year Book of the Spanish and Portuguese Congregation Shearith Israel in the City of New York, 5668-1908*, p. 8.

[28] D[avid] de Sola Pool, "Some Notes on the The Touro Synagogue," in *Touro Synagogue of Congregation Jeshuat Israel.Newport. Rhode Island* (Newport: The Society of Friends, 1948), pp. 9-10.

[29] Morris A. Gutstein, *To Bigotry No Sanction, A Jewish Shrine in America 1658-1958* (New York: Bloch Publishing Company, 1958), p. 94.

[30] CSI8438 (CSI Board Minutes, Dec. 13, 1882) ("The Rev. H. P. Mendes Hazan reported some correspondence in relation to reestablishing Service in the New Port Synagogue. Where upon on motion of M. G. Nathan it was Resolved, that the Communications be referred to a Committee [headed by] the Parnas, with instructions to propose as early as possible a definite plan for reestablishment of Service in the New Port Synagogue under suitable auspices."); *see also* CSI8381-CSI8382 (CSI Board Minutes, Sept. 18, 1881) ("[F]rom certain members of the

devising a plan for Newport presumes ownership and control of the Touro Synagogue by the New York congregation.

This plan was apparently realized in 1882 when Shearith Israel appointed Rev. Abraham P. Mendes to preside over services at Touro Synagogue and resolved that "it [was] proper that suitable arrangements should be made for reopening the Touro Synagogue."[31]  To reopen the Synagogue, Shearith Israel stated it would make no objection "in requesting the Authorities at New Port charged with the Administration of the Touro Fund 'to make such allowance out of said Fund for his (your) salary as the condition of the Fund may permit."[32]  Thus, Shearith Israel continued to exercise control over the Touro Synagogue and over the funds to be used by the Touro Synagogue.  This control was apparently recognized by Congregation Jeshuat Israel and the Newport authorities.[33]

### VII.    As Owners of Touro Synagogue, Shearith Israel Exercised Ownership of Touro Synagogue's Appurtenances and Paraphernalia, Including the Myer Myers Rimmonim

Dating back to 1760, Shearith Israel established a pattern and history of loaning the necessary appurtenances of worship to its sister congregation in Newport to ensure the congregation's ability to thrive as a place of worship.  During the building of the Synagogue in Newport in 1760, Shearith Israel loaned the congregation two Torah Scrolls.  At the time of this first loan, CSI could not have provided silver finials to accompany the scrolls since the congregation owned only one pair that was donated to it in the late 1730's.  The two Myers pairs were created subsequent to the 1760 loan of Torah scrolls to Newport.

When the Touro Synagogue "virtually" closed because of the diminution of its membership by 1791, its Torah scrolls were placed in the custody of Moses Seixas (1744-1809).  Later, the family of Moses Seixas moved to New York.  In 1818, Shearith Israel requested that

---

Jewish persuasion at New Port R.I. asking permission to use the Synagogue at that place for worship during ensuing holy days, to have a permanent Rabbi, and to avail of the income from the Touro fund to meet the necessary expenses, On motion of Mr. Nathan it was unanimously Resolved that the matter be referred to our Minister, Parnas, and Sagan with power to make such arrangements as they may see fit for supplying a Hazan to the new Port applicants for serving according to the Menhag Sefardim during the ensuing holy days, but that the Board will not assent to the Touro fund being applied for that purpose until there shall be a sufficient number of permanent residents to maintain the services throughout the year in accordance with the principles and forms of orthodox Judaism as contemplated by the terms of the will of the late Judah Touro.").

[31] CJI25 (CSI Board Minutes, Dec. 21, 1882).

[32] CJI25-CJI26 (CSI Board Minutes, Dec. 21, 1882).

[33] *See, e.g.*, CSI8381-CSI8382 (CSI Board Minutes, Sept. 18, 1881) ("Application was received from certain members of the Jewish persuasion at New Port R.I. asking permission to use the Synagogue at that place for worship during ensuing holy days, to have a permanent Rabbi, and to avail of the income from the Touro fund to meet the necessary expenses.");  CSI4248-CSI4249 (Letter from Shearith Israel to City Clerk of the City of Newport, Rhode Island) (responding to the City Clerk's letter to Shearith Israel and noting that the Newport Common Council had ordered "to be forwarded to the Congregation Shearith Israel of New York" an application of Israelites to have service in the Newport Synagogue and the use of the Judah Touro Fund).

Moses Seixas' widow return the Torah scrolls lent by Shearith Israel to Touro Synagogue in 1760.[34]  Minutes from a Shearith Israel board meeting from January 11, 1818 state that:

> Whereas in the Year 5520, [=1760], [i.e. in the year following the purchase of land for the building of a synagogue in Newport] this Congregation loaned to the Congregation of New Port, Rhode Island, Two Sepharim as appears by the letters of Mr. Jacob Rodrigues Riveira, the Parnas of Said Congregation, dated 13 of . . . in the Year 5520 [=1760]. And whereas for a great number of Years past, there has not been service in the Synagogue in New Port, RI, and that the Sepharim have been deposited in the House of the late Mr. Moses Seixas of that place for more than twenty Years & now under the charge of his Widow & Son, Mr. Beeya Seixas.  Therefore resolved that a Copy of the above be presented to Mr. Beeya Seixas, now in this City [New York] by the Clerk of this Board, requesting him to forward on to this City to the care of the President of this Board, the Two Sepharim above mentioned.  If hereafter a minyan shall be in New Port R I . . . a request [may] be made for a further loan of said Sepharim . . . .[35]

This was apparently accomplished by 1833, as recorded in the Shearith Israel board minutes of that year:  "The Committee Appointed to receive the Sepharim . . . report that they have received the same and deposited them in our Hachal [holy ark] and had given a receipt to the family of the late Moses Seixas of which the following is a duplicate."[36]

CSI also safeguarded other Torah scrolls formerly used at the Newport Synagogue.  In 1833, Shearith Israel's board minutes state:  "Received from the family of the late Mr Moses Seixas of New Port Rhode Island, Four Sepharim belonging to the Congregation of that place, and which are now to be deposited in the Synagogue in New York of the Congregation Shearith Israel under the charge of the Trustees of said Congregation to be redelivered when duly requested."[37]

The return of the Torah Scrolls to Shearith Israel is confirmed in a history of the Newport Synagogue dated 1898, which states:  "After the Revolution, Newport having lost its commercial importance, the Hebrews gradually withdrew from the city, and services were held but irregularly, until finally the minister, Rev. Isaac Touro . . . returned to Kingston, Jamaica . . . The Scrolls of the Law which had been sent to Newport from New York by the Congregation Shearith Israel many years previously, were returned and the synagogue closed."[38]

---

[34] CSI5273-CSI5276 (CSI Board Minutes, Jan. 11, 1818).
[35] CSI5273-CSI5276 (CSI Board Minutes, Jan. 11, 1818).
[36] CSI5257-CSI5259 (CSI Board Minutes, Feb. 10, 1833).
[37] CSI5257-CSI5259 (CSI Board Minutes, Feb. 10, 1833).
[38] CSI6859 (History of CSI, "Newport." Typescript dated 1898).

With the settlement of a new Jewish population in Newport in the 1880s, Shearith Israel continued to loan religious objects to the Jews worshipping at Touro Synagogue for use during services.  The first loan was made for High Holiday services in 1881.  But on October 25, 1881, Shearith Israel's board minutes evidence that CSI's President "was directed to bring from New Port the Sefarim &c. loaned to the Synagogue there for service during recent Holy days."[39]  The inscription "&c." probably  refers to the loan of a shofar, a ram's horn sounded principally during Rosh Hashanah services.  Then, in 1883, the President was again "authorized to designate two Sepharim to be used by the New Port Cong[regation] during the pleasure of the Board," a statement which indicates that there was no transfer of ownership of the Torah scrolls by the Shearith Israel board.[40]

In 1893, as Congregation Jeshuat Israel was forming, H. Pereira Mendes, minister in New York, wrote to Mr. Levy of Shearith Israel regarding the use of the silver at Newport, clearly showing Shearith Israel's ownership, control, and continued care of the religious objects used at the Newport synagogue.  Additionally, the letter is careful to note that the religious objects are being lent to the Newport synagogue and that Shearith Israel retained the right to "their return whenever desired by us."[41]  This letter states in full:

> My dear Mr. Levy/ I enclose the order for the silver sefer-bells and whatever is stored in Newport, in charge of Mr. Beckham, Cashier of the National Bank of Rhode Island, Thames St. Newport.
>
> As worded, it requires your signature, which I hope you will not give unless Mr Schreier or some other responsible person, becomes guarantor for their safe keeping and their return whenever desired by us.
>
> On no account would I recognize Mr Scheier or anybody in any official capacity assumed by him or anyone in relation to their so-called congregation as the Vice Pres. of which he postures. As I understand it we do not recognize their congregation.
>
> Mr Schreier is a shrewd, sharp man, and it is he who is causing all this trouble and expense.[42]

The order referred to in the above letter was given by H. Pereira Mendes, Hazzan (Minister) of Shearith Israel, and directed to Rev. David Baruch, the Minister at the Touro Synagogue whose appointment had been approved by Shearith Israel.  The order states:

---

[39] CSI8382-CSI8383 (CSI Board Minutes, Oct. 25, 1881).
[40] CSI8446-CSI8448 (CSI Board Minutes, May 17, 1883); *see also* De Sola Pool, "Some Notes on The Touro Synagogue," p. 11.
[41] CSI5406.
[42] CSI5406.

> You are hereby empowered to use the Sefarim, Bells, Books, Shofar and all other appurtenances for worship now in Newport Synagogue or in storage at the Newport Bank . . . and the Synagogue building and adjoining building as minister . . . Upon termination of your appointment, you will return said to our agent or legal representative the custody of the buildings and appurtenances.[43]

Collectively, these documents show that as services were reestablished in Newport, Shearith Israel lent religious objects, including the Rimmonim, to Jeshuat Israel for use at Touro Synagogue. In doing so, Shearith Israel exercised its ownership and control over the religious objects and ensured that it was clear these objects were merely on loan, to be returned to Shearith Israel upon CSI's demand.

CJI itself recognized that it had no claim to these religious objects. In CJI's own meeting minutes dated May 28, 1893, CJI resolved "[t]hat the 19th Street Synagogue of the City of New York be informed of the formation of the Congregation and its properly elected officers and its application to the General Assembly of this State for a charter. *That we request of them the further assistance which they have in the past rendered in the loan of such property as has formerly been in use in the services*."[44] One month later in a letter dated June 25, 1893 from Max Levy, Secretary of Congregation Jeshuat Israel, to Isaac Brandon, President of CSI, CJI stated that: "Although we do not claim ownership in the property or appurtenances, rest assured we will guard the same zealously . . . ."[45] And, most telling are the CJI minutes of February 14, 1897 in which it is stated: "President stated that a pair of Bells in the Synagogue were claimed as the property of Congregation Shearith Israel of New York and that the Board of Trustees of that body made request that the same be forwarded to them. **Voted to comply with this request.**"[46]

Even into the 20th century, Shearith Israel evidenced ownership and oversight of the Myer Myers Rimmonim and the Cohen Donation it had lent for use at the Newport synagogue. In 1937, the Shearith Israel board noted the following:

> Trustee Hendricks reported that he had been recently told by Doctor Cecil Roth that on a visit to the Touro Synagogue he noticed that 2 or 3 pairs [sic] of Myer Myers Sefer bells were being used every Saturday by the Congregation and that the congregation did not seem particularly careful about them, probably not realizing their great worth. In view of the historical value of these bells, the Board deemed it wise that steps be taken to preserve them, possibly by lending them to the Museum of the

---

[43] CJI36.
[44] CJI1166-CJI1168 (CSI Board Minutes, May 28, 1893) (emphasis added).
[45] CJI42.
[46] CJI1204-CJI1205 (emphasis added).

Jewish Theological Seminary in New York City as exhibits.  In view of the fact, however, that the Touro Synagogue would have to be given other bells to replace the Myer Myers sets no definite actions were taken by the Board.[47]

The minutes quoted above confirm with clarity that CSI understood that the Myers' Rimmonim and the Cohen Donation belonged to it.  These Board minutes also contain a report by CJI's Rabbi to the CSI Board of Trustees concerning the Touro Synagogue and proceed to discuss the importance to CSI that the Touro Synagogue continue adhering to CSI's Western Sephardic minhag.[48]  Both of these entries further evidence the fact that both CSI and CJI understood the ownership and control relationship that CSI had over Touro.  Another example proving the same point occurred in 1959, when the Smithsonian Institute wrote to CJI's Rabbi, Theodore Lewis, seeking Jewish religious artifacts for inclusion in an exhibition at the United States national museum.  It is significant that when it received the communication from the Smithsonian, CJI immediately wrote to the Shearith Israel trustees regarding the requested loan.  Ultimately, CSI seems to have refused to allow any of the artifacts stored at the Newport synagogue to be sent to the Smithsonian Institute.[49]  I have seen no evidence that any silver then went to the Smithsonian.

CJI has itself recently acknowledged that Shearith Israel is the owner of Touro Synagogue, and by extension, its appurtenances and paraphernalia including the Myer Myers Rimmonim.  In particular, CJI applied for a State Preservation Grant in 2004 and listed CSI as the owner of Touro Synagogue.[50]  CJI also lists "[t]wo sets of silver Remunim (decorative crowns for the Torah) crafted by the famous pre-Revolutionary War silversmith Myer Myers" as among the Touro Synagogue's "original interior furnishings."[51]  Board minutes in 2008 and 2009 reflect CJI congregants questioning the ownership of the Rimmonim.[52]  Then, on June 25, 2012 at a CJI congregational meeting called to discuss the sale of the Rimmonim, a member of the CJI congregation stated he was not in favor of selling the Rimmonim because "[i]f the Rimonim were in the building before CSI took ownership, then CSI owns them and Congregation Jeshuat Israel has no authority to sell them."[53]

Published descriptions of the sacred objects or other objects d'art may or may not provide useful information.  In the case of the Rimmonim, I find nothing in the public descriptions that is

---

[47] CSI11119- CSI11125 (CSI Board Minutes, Jan. 5, 1937).

[48] CSI11119- CSI11125 (CSI Board Minutes, Jan. 5, 1937).

[49] CSI999-CSI1001 (Letter from David de Sola Pool to Edgar J. Nathan, Jr., Aug. 7, 1957); CSI1302-CSI1303 (Letter from Victory Tarry to Theodore Lewis, Aug. 10, 1959).

[50] CSI148 (2004 State Preservation Grants Application Form).

[51] CSI157-CSI158 (2004 State Preservation Grants Application Form).

[52] CJI1297-CJI1299 (CJI Congregation Meeting Minutes, Oct. 19, 2008);  CJI1314-CJI1315 (CJI Congregation Meeting Minutes, Mar. 29, 2009).

[53] CJI1244-CJI1247 (CJI Congregation Meeting Minutes, June 25, 2012).

inconsistent with CSI's ownership.  For example, in 1913, Alfred Jones describes the silver and other metalwork found in the "Newport, Rhode Island, Jewish Synagogue":

> The silver consists of eight ornaments and a pointer for the Scrolls of the Law . . . Two of the ornaments are alike, having crowns and bells and the decoration consisting of chased acanthus leaves, open flowers, strap ornaments and beading; the length is 14 inches.
>
> Maker's mark: Myers for Myer Myers of New York, circa 1765. One is engraved NEWPORT under the maker's mark.
>
> Two others [the Cohen Donation to CSI] are differently decorated, the bodies being engraved and punched with flowers and foliage; the gilt bells are suspending from brackets; length 14 in.
>
> Makers mark:   Myers, as above. The stems are engraved Hays & Myers.[54]

Other catalogues specifically note that the Rimmonim and the Cohen Donation are associated with Touro Synagogue, which seems apt, but do not to my knowledge ever state that CJI owns the Rimmonim.  For example, in 1965, two sets of Myer Myers finials were lent to the Jewish Museum, New York for the exhibition "Myer Myers:  American Silversmith."  These included the mismatched set and the pair donated to Shearith Israel by Caroline Cohen.  Then, in 2001, the one set of Myer Myers finials used at Shearith Israel and the two sets of Myer Myers finials used at the Touro Synagogue were lent to the Yale University Art Gallery for an exhibition on Myer Myers.[55]  In connection with the Yale exhibition, I have read the declaration of David Barquist confirming that his catalogue made no suggestion or implication that CJI owned the Rimmonim.[56]

## VIII.   Negative Effects Befalling American Jewry Had CJI Sold the Rimmonim

There is a long history of Shearith Israel providing support and assistance to its sister congregation in Newport through the loan of religious objects necessary to establish Touro Synagogue as a place of worship, including the Rimmonim.  Such inter-congregational support has been and continues to be essential to Jewish communal life and the prospering of the Jewish community.  Permitting CJI to now sell the Rimmonim would be inconsistent with Shearith Israel's ownership of the Rimmonim and would also weaken this established tradition of inter-

---

[54] E. Alfred Jones, *The Old Silver of American Churches* (Letchworth: Arden Press, 1913), p. 320-21, Pl. XCVI.
[55] David Barquist Affidavit (Oct. 7, 2014)
[56] *See also*, David Barquist Affidavit (Oct. 7, 2014) ("On page 159 of the [Yale] catalogue, I write, 'No records survive to document when the Torah finials at either Shearith Israel or Yeshuat Israel were commissioned by or donated to the congregation.'  To my knowledge, no new evidence has come to light since that was written in 2001.").  My research, discussed above, does permit approximate determination of when CSI paid for the two pair of Rimmonim that it purchased.

congregational support by deterring similar loans in the future.  This inter-congregational support and assistance has been indispensable to the sustenance of Jewish communal life for centuries, including in America.

## IX.    Conclusion

After the reestablishment of services in Newport in 1884, Shearith Israel loaned two finials by Myer Myers to the newly established Congregation Jeshuat Israel.  For some reason, the finials selected were from two different pairs.[57]  The word "Newport" had initially been engraved on both finials making up one of the original pairs.  Today, only one finial in each synagogue bears the inscription "Newport."  The mismatch of the finials—which was without regard to aesthetic or documentary considerations—provides further evidence that the individual at Shearith Israel who chose the two finials to be sent to Newport regarded all the Myer Myers finials equally as the property of Shearith Israel.  This is consistent with the 1869 inventory and is consistent with all the evidence I have seen for any period since.  Other evidence that Shearith Israel owned the Myer Myers finials used in Newport are the minutes of the Touro Board of Trustees dated February 14, 1897 which reads: "President [of CJI] stated that a  pair of Bells in the Synagogue were claimed as the property of Congregation Shearith Israel of New York and that the Board of Trustees of that body made request that the same be forwarded to them. Voted to comply with this request."[58]  This ownership was not disputed for more than 100 years until the 2009 decision by CJI to sell "real or personal property that belongs to the congregation [sic]."[59]

From all of the evidence cited above, Shearith Israel owns three pairs of Myer Myers rimmonim—those in its own synagogue; those on loan to the Boston Museum of Fine Arts; and those donated by Caroline Cohen in 1893—which were to be used, according to the terms of the gift, in the Touro Synagogue subject to Shearith Israel's approval.  Shearith Israel has owned one of these sets since 1764 and the other since 1774 and has owned the pair from Caroline Cohen since 1893.  The pairs of finials that have been used at Touro Synagogue have been there on loan from Shearith Israel for use during services, along with the Synagogue building itself.

---

[57] An examination of the Shearith Israel finials currently on loan to the New York Historical Society (consisting of one finial that has always remained with CSI, and a second that was lent to the Newport synagogue) clearly demonstrate that they were created at different times:  their internal copper supports were made differently; the chasing, cross-hatching and other aspects of their decoration also differ.
[58] CJI1205.
[59] CJI1314-CJI1315 (CJI Special Meeting Minutes, Mar. 29, 2009).

Finally, permitting CJI to sell the Rimmonim would not only be inconsistent with CSI's ownership of the Rimmonim but would also be so unprecedented that in my opinion the sale would seriously undermine inter-congregational support and assistance, which has been indispensable to the sustenance of Jewish communal life for centuries, including in America.


Dated:     New York, New York
           November 24, 2014



_____

Dr. Vivian Mann

**<u>EXHIBIT A</u>**


**CURRICULUM VITAE OF DR. VIVIAN MANN**

**VIVIAN B. MANN**                                                            1

Jewish Theological Seminary
3080 Broadway
New York, NY 10027
212.678.8892
vimann@jtsa.edu

**CURRENT POSITIONS**
1995-Present   **Professor of Jewish Art**
               **Director, Master of Arts Program in Jewish Art & Material Culture**,
               *The Graduate School, Jewish Theological Seminary, New York*
2006- Present  **Senior Editor, *Images: A Journal of Jewish Art and Visual Culture***
               (Leiden, Brill Academic Publishers), with Steven Fine and Margaret Olin

**PREVIOUS EXPERIENCE**
2013           **Visiting Professor at Siegal Institute,** *Case Western Reserve University*
               **Visiting Professor in Jewish Studies and Art History,** *Wesleyan University*
2006-2007      **Director, Henry Luce Institute for Jewish Art,** *Jewish Theological Seminary*
1979-2008      **Morris and Eva Feld Chair in Judaica**, *The Jewish Museum, New York*
2008           **Distinguished Visiting Professor in Israel Studies**, Stern College
2006           **Visiting Faculty,** Paidea Institute, Stockholm
2004           **Faculty,** Memorial Foundation for Jewish Culture
               Fellowship in Uruguay
2001           **Visiting Faculty,** Russian State University for the Humanities
1978-1979      **Chester Dale Research Fellow, Medieval Department**, *Metropolitan Museum of Art*
1968-1971      **Assistant Professor, Department of Fine Arts,** *Wichita State University*

**EDUCATION**
**Barnard College**
       Dean's List
**University of Washington,** *Bachelor of Arts*
       Certificate of High Scholarship
       Phi Beta Kappa
**Wichita State University,** *Masters in Art History*
       Thesis:  "Charles Demuth"
**Institute of Fine Arts, New York University**, *Ph.D., October 1977*
       Major Field: Western Medieval Art
       Minor Fields: Byzantine Art, Art of the Ancient Near East
       Dissertation:  "Romanesque Ivory Tablemen"

**AWARDS AND GRANTS**
1965-1966      Woodrow Wilson National Fellowship
19971-1974     National Defense Education Act Fellowship
1974-1975      Institute of Fine Arts Fellowship

2

| | |
|---|---|
| 1974 | Institute of Fine Arts Alumni Association Travel Grant |
| 1979 | American Philosophical Society Grant-in-Aid |
| 1986 | National Endowment for the Arts, Fellowship for Museum Professionals |
| 1989 | Henry Allen Moe Prize for the Catalogue of Distinction in the Arts, New York State Historical Assn., for *Gardens and Ghettoes: the Art of Jewish Life in Italy* |
| 1993 | National Endowment for the Humanities, Collaborative Projects Grant for Interpretative Research (with Richard I. Cohen) |
| 1994 | National Endowment for the Humanities, Fellowship for College Teachers and Independent Scholars Fellow |
| 1996 | Fellow, Institute for Advanced Studies, The Hebrew University |
| 1999 | Jewish Cultural Achievement Award in Jewish Thought, National Foundation for Jewish Culture |
| 2002 | Scholar in Residence, Waddesdon Manor (National Trust), England |
| 2007 | Fellow, Hamad Bin Khalifa Symposium on Islamic Art, "Rivers of Paradise: Water in Islamic Art and Culture, Doha, Qatar |
| 2010 | Festschrift published in *Images. A Journal of Jewish Art and Visual Culture,* 3(2010). |
| 2012-2013 | Memorial Foundation for Jewish Culture Fellowship |

**BOOKS**

Co-editor and contributor, *Festschrift in Honor of Rachel Wischnitzer. Artibus et historiae*, 17(1988).

Editor and co-author, *The Jewish Museum* (London and New York: Scala Books and The Jewish Museum, 1993); German trans., *Die Jüdische Museum New York,* 1996; Polish trans., *Muzeum Żydowskie w Nowym Jorku*, 1996.

Editor and co-author, *Crowning Glory: Silver Torah Ornaments of The Jewish Museum, New York* (New York and Boston: The Jewish Museum and David Godine, 1996).

Author, *Jewish Texts on the Visual Arts* (New York, Cambridge University Press, 2000); paperback edition, 2011.

Author, *Art and Ceremony in Jewish Life. Essays in Jewish Art History* (London: Pindar Press, 2005).

Editor and co-author. *Uneasy Communion. Jews, Christians and Altarpieces in Medieval Spain* (New York: MOBIA, 2010).

**EXHIBITIONS AND CATALOGUES**

Co-author and ed., *Danzig 1939: Treasures of a Destroyed Community* (Detroit: Wayne State Press, 1980; German trans. *Schätze eeiner zerstörten Gemeinde,* 1982).

Co-author and ed., *A Tale of Two Cities: Jewish Life in Frankfurt and Istanbul 1750-1870* (New York: The Jewish Museum, 1982).

Co-author*, The Precious Legacy: Judaic Treasures from the Czechoslovak State*

3

*Collections* (New York: Summit Books; German trans. *Das Jüdische Museum in Prag*, 1983).

Co-author, *Kings and Citizens: The History of the Jews in Denmark 1622-1983* (New York: The Jewish Museum, 1983) with Jørgen H. Barfod and Norman L. Kleeblatt.

Co-author, *Treasures of the Jewish Museum* (New York: Universe Books, 1986).

Co-author and ed*., Gardens and Ghettos: The Art of Jewish Life in Italy* (Berkeley, Los Angeles, Oxford: University of California Press, 1989); Italian translation: *I Tal Ya': Duemila anni d'arte e vita ebraica in Italia* (Milan: Arnoldo Mondadori Arte, 1990)*.*

Co-editor and author, *Convivencia: Jews, Muslims and Christians in Medieval Spain* (New York: G. Braziller and Company, 1992; reprinted 2007).

Co-editor and author, *From Court Jews to the Rothschilds: Art, Patronage, and Power, 1600-1800* (New York and Munich: The Jewish Museum and Prestel Verlag, 1996) with Richard I. Cohen.

Co-author and ed., *Morocco: Jews and Art in a Muslim Land* (London: Merrell Publishers, 2000).

Contributor, "Caminos hacia el arte Judío español," in *Aragón Sefarad.*Vol. 1, ed. Miguel Motis Dolader (Zaragoza, 2002-2003), pp. 371-80.

Contributor, entries: "Hebrew Bible, "Sefer Musré haFilosofim," and "Hebrew Bible," in Heather Ecker, ed. *Caliphs and Kings. The Art and Influence of Islamic Spain* (Washington and New York: Sackler Gallery and Hispanic Society of American, 2004).

Co-author, *Masterworks of the Jewish Museum* (New York and New Haven, 2004).

Contributor, "*Convivencia* in Andalusia and Morocco," and "Jews as Mediators of Art between Andalusia and Morocco," in *Le Maroc. Les artisans de la Mémoire,"* ed. Ivo Grammet, exhibition catalogue (Antwerp, 2006).

"The Artistic Culture of Prague Jewry in the Late Middle Ages," and nine catalogue entries in *Prague: The Crown of Europe 1347-1427*, ed. Barbara Boehm, exhibition catalogue (New York: Metropolitan Museum of Art, 2005); German version: Jiří Fait, ed. *Karl IV. Kaiser* (Berlin, 2005).

Contributor, "Recapturing the Past," *The Synagogue and the Carousel,"* exhibition catalogue, Museum of American Folk Art, (Waltham: Brandeis University Press, 2007), 1-13.

Contributor, "Gold Embroidery from Spain to the Diaspora," *Shimmering Gold. The Splendor of Gold Embroideredl Textiles*, ed. Nitza Behroozi BarOz, ex. cat. Eretz Israel Museum (Tel Aviv, 2007), pp. 14-15, 26-9 (Hebrew).

Co-author and Editor, *Uneasy Communion: Jews & Altarpieces in Medieval Spain* (London: Giles, 2010).

**ARTICLES and BOOK CHAPTERS**

"Architectural Conventions on the Bayeux Tapestry," *Marsyas* XVIII, (1974-75), pp. 59-65.

"Mythological Subjects on Northern French Tablemen," *Gesta*, Vol. 20/1 (1981), pp. 161-71.

"A Sixteenth-Century Box in the New York Jewish Museum and its Transformation," *Journal of Jewish Art*, IX (1982), pp. 54-60.

"Samson vs. Hercules: A Carved Cycle of the 12th century," *Acta,* VII (1983), pp. 1-38.

"The Golden Age of Jewish Ceremonial Art in Frankfurt: Metalwork of the Eighteenth

4

Century," *Leo Baeck Institute Yearbook* XXXI (1986), pp. 389-403. German translation in *Was Übrig Bleib:Das Museum jüdische Altertümer in Frankfurt 1922-1938* (Frankfurt am Main, 1988), pp. 105-124.

"The Recovery of a Known Work," *Journal of Jewish Art*, XII-XIII (1986/87), pp. 269-278.

"'New' Examples of Jewish Ceremonial Art from Medieval Ashkenaz,"*Artibus et Historiae*, XVII (1988), pp.13-24.

"Der Dreieichenhainer Brettspielstein und eng verwandte Arbeiten," *Stadt und Kreis Offenbach a.M. Studien und Forschungen*. Neue Folge, Heft 12. (1989), pp. 44-47.

"Forging Judaica--The Case of the Italian Majolica Plates," *Art and its Uses: The Visual Image and Modern Jewish Society. Studies in Contemporary Jewry VI*, ed. Richard I. Cohen, (London: Oxford University Press, 1990), pp. 201-26.

"Anhag zum Katalogteil B: Liste der bekannte figürlich Brettsteine nach V. B. Mann (1977)," *Schach und Trictrac. Zeugnisse mittalaterlicher Spielfreude in Salischer Zeit* (Sigmaringen, 1991), pp. 197-215.

"Symbole des Vermächtnisses: Aus jüdischem Gemeindeleben in Böhmen und Mähren," *Das Jüdische Museum in Prag: Von schönen Gegenständen und ihren Besitzern* (Prague: 1992), pp. 152-220.

"Jewish-Muslim Acculturation in the Ottoman Empire: The Evidence of Ceremonial Art," in Avigdor Levy, ed., *The Jews of the Ottoman Empire* (Princeton, 1994), 559-73.

"Jewish Ceremonial Art and Private Property," *The Spoils of War--WWII and its Aftermath:The Loss, Reappearance and Recovery of Cultural Property* (New York, 1997), pp. 82-85, pls. 5-6.

"Sephardi Ceremonial Art--Continuity in the Diaspora," *Crisis and Creativity in the Sephardic World, 1391-1648*, ed. B. Gampel (New York, 1997), pp. 282-395.

"Special Issues affecting Jewish Museums and Libraries," *Journal of International Law and Politics*, 31, 1(1998), pp. 43-46.

"Art and Material Culture of Judaism;" "Medieval and Modern Synagogues;" *The Encyclopaedia of Judaism*, ed. Jacob Neusner, Alan J. Avery-Peck and William Scott Green, (Leiden, 1999).

"The Art of *Convivencia* in Spain and Morocco," *Proceedings of the World Bank Conference*, (Washington DC: 1999), pp. 365-73.

"Defining Jewish Art--the Case of Two 18th-Century Bookcovers, *"A Crown for a King. Studies in Jewish Art, History, and Archaeology in Memory of Stephen S. Kayser*, ed. William M. Kramer, Stephen Fine, and Shalom Sabar, (Berkeley and Jerusalem: Magnus Museum and Gefen Publishing, 2000), pp. 193-207.

"Newer Approaches to Jewish Museum Cataloguing: the Object in its Various Contexts," *Presenting Jewish Ceremonial Art*, ed. Juilie-Marthe Cohen and Emile Schrijver (Amsterdam, 2001), pp. 45-51.

"Toward an 'Iconography' of Medieval Diaspora Synagogues," *Europas Juden im Mittelalter. Beiträge des internationalen Symposiums in Speyer von 20. bis 25. Oktober 2002,* ed. Christoph Cluse (Trier: Kliomedia, 2001), 365-76 (English trans. *The Jews of Europe in the Middle Ages,* 2004).

"If There Is No Jewish Art, What's Being Taught at the Seminary," in Ena Heller ed.

5

*Reluctant Partners. Art and Religion in Dialogue* (New York: The Gallery at the merican Bible Society, 2004), pp. 88-99.

"The Jewish Woman in Medieval Art, "L*a mujer en la cultura judía medieval. Actas Congresos transpyrenalia,* ed. Miguel Ángel Motis Dolader (Jaca: Ayuntamiento de Jaca, 2004), 83-100.

"The Transfer and Transformation of Jewish Art in the Middle Ages," *Cahiers du Judaisme* (2005), pp. 4-13.

"Art and Spirituality in Jewish Ceremonial Art," *Artibus et Historiae,* 48(2003), pp. 173-82. Also published as "Spirituality and Jewish Ceremonial Art," in Adam Mintz and Lawrence Schiffman eds., *Jewish Spirituality and Divine Law* (Jersey City, NJ, Ktav Publishing, 2005), pp. 213-31.

"'Between Worshipper and Wall: The Place of Art in Liturgical Spaces," *Liturgy in the Life of the Synagogue,* eds. Ruth Langer and Stephen Fine (Winona Lake IN; Eisenbraun's, 2005).

"Printing, Patronage, and Prayer: Art Historical Issues in Three Responsa," with Daniel D. Chazin," *Images. A Journal of Jewish Art and Visual Culture,* 1(2007), pp. 91-97.

"Images of Jud Süss Oppenheimer, an Early Modern Jew," in *Beyond the Yellow Badge: Anti-Judaism, Antisemitism and European Visual Culture before 1800*, ed. Mitchell Merback (Leiden, 2008), pp. 257-74.

"A Court Jew's Silver Cup," *Metropolitan Museum Journal,* 43 (2008), pp. 131-40.

"Sephardi Traditionalism in Ceremonial Art and Visual Culture," *Rabbi Haskel Lookstein Jubilee Volume,* ed. Rafael Medoff (Jersey City: Ktav Publishing, 2009), pp.45-60.

"East European Ceremonial Art," The *YIVO Encyclopedia of Jews in Eastern Europe*, ed. Gershon D. Hundert, (New Haven: Yale University Press, 2009), 229-302.

Entries on "Synagogue Architecture," "Jewish Art and Material Culture," Micrography," "Jewish Clothing and Distinctive Dress," and "Wedding Rings," in *Oxford Dictionary of the Middle Ages*, ed. Robert Bjork (New York: Oxford University Press, 2009).

"Art" and "Carpets," *Encyclopedia of the Jews in the Islamic World, ed. Norman Stillman*  (Leiden, Brill: 2010).

"Observations on the Biblical Miniatures in Spanish *Haggadot,*"*Images. A Journal of Jewish Art and Visual Culture* 4(2010), 1-17.

"Imagining the Temple in Late Medieval Spanish Altarpieces," *The Temple in Jerusalem: From Moses to the Messiah. Studies Published in Honor of Professor Louis H. Feldman,* ed. Steven Fine (Leiden: Brill, 2011). pp. 183-98.

"The Unknown Jewish Artists of Medieval Spain," *The Jew in Medieval Iberia,* ed. Jonathan Ray (Academic Studies Press, 2012), pp. 138-79.

"A Shared Tradition: The Decorated Pages of Medieval Bibles and Qur'ans," in *The Edinburgh Companion to the Bible and the Arts,* ed. Stephen Prickett (Edinburgh: Edinburgh University Press, February, 2014), 161-74.

6

"Synagogue Architecture and Art," in *Oxford Bibliographies in Jewish Studies*, ed. David
　　　Biale, http://global.oup.com/academic/product/oxford-bibliographies-in-jewish-studies-
　　　9780199840731?cc=us&lang=en&).
　Jewish Art and Visual Culture: A Century of Academic Achievement," *Studia Rosenthaliana*,
　　　45(2014), 9-16.
"Synagogues of Spain and Portugal during the Middle Ages," in *Cambridge World History of
　　　Religious Architecture*, ed. Richard Etlin (Cambridge: Cambridge University Press, in
　　　press).
"Jewish Art/Jewish Law: A Case of Inverse Proportions,"

## BOOK REVIEWS

Matthew Baigell and Millie Heyd, ed. *Complex Identities, Jewish Consciousness and
　　　Modern Art* (New Brunswick and London, 2001) in Ezra Mendelsohn, ed. *Jews and
　　　the State: Dangerous Alliances and the Perils of Privilege. Studies in Contemporary
　　　Jewry,* XIX(2003), pp. 283-85.
Bango, Isidro G., *Remembering Sepharad. Jewish Culture in Medieval Spain,* exhibition
　　　catalogue (National Cathedral, 2003) in *The Medieval Review* (tmrl@wmich.edu;
　　　TMR 04.09.05).
Eva Frojmovic, ed. *Imagining the Self, Imagining the Other. Visual Representation and
　　　Jewish-Christian Dynamics in the Middle Ages and Early Modern Period* (Leiden,
　　　Boston, Cologne, 2002) in *Jewish Quarterly Review.*
Katrin Kogman-Appel, *Illuminated Haggadot from Medieval Spain. Biblical Imagery and the
　　　Passover Holiday* (University Park, PA: The Pennsylvania University Press, 2006) in
　　　*Speculum*, 83, 1(2010), pp. 209-10.
Dana E. Katz, *The Jew in the Art of the Renaissance* (Philadelphia: University of
　　　Pennsylvania Press, 2008) in *AJS Review* 34.2(2010), 433-35.
Colum Hourihane, *Pontius Pilate, Anti-Semitism, and the Passion in Medieval Art*
　　　(Princeton and Oxford: Princeton University Press, 2009), *Speculum* 86/3 (July 2011).
Herbert L. Kessler and David Nirenberg, eds. *Judaism and Christian Art.
　　　AestheticAnxieties from the Catacombs to Colonialism* (Philadelphia and Oxford: University
　　　of Pennsylvania Press, 2011), *Art Bulletin* (in press).
Falke Weiseman,

## SCHOLARLY PAPERS

"Some French Ivories of the Twelfth Century and their Relationship to Monumental Stone
　　　Sculpture," French Sculpture 1130-70," *College Art Association Annual Meeting*,
　　　1978.
"Samson Versus Hercules: A Carved Cycle of the Twelfth Century*," Seventh Annual Acta
　　　Conference: The High Middle Ages*, Center for Medieval and Early Renaissance
　　　Studies, State University of New York at Binghamton, 1980.
"Danzig 1939: Treasures of a Destroyed Community," Effron Lecture on Jewish Studies,
　　　*Marist College*, Poughkeepsie, 1979; *Emory University*, 1981
"The Problem of Dating Judaica, Comparative Methodology," *Yeshiva University*, 1982.

7

"Perspectives on Sephardic Art," *Hofstra University Ethnic Studies Program*, 1982.

"The Significance of the Danzig Collection," *Harvard University*, 1982.

"A Carved Mohel's Box of the 18th Century and its Antecedents, *Eighth World Congress of Jewish Studies in Jerusalem*, 1981.

"A Late Medieval *Minnekästchen* in the Collection of The Jewish Museum," *International Congress on Medieval Studies*, Kalamazoo, 1982.

"The Golden Age of Frankfurt Judaica," *The Leo Baeck Institute*, 1983.

"A Tale of Two Cities," *University of Massachusetts*, Amherst, 1983.

"Medieval Forms of Jewish Ceremonial Art," Wechselbeziehungen zwischen jüdischer und christlicher Kunst im mittelalterlichen Aschkenaz, *International Symposium at the Herzog August Bibliothek*, Wolfenbüttel, 1984.

"Aspects of Jewish Ceremonial Art," *Medieval Art Forum, Columbia University*, 1985.

"The Golden Age of Frankfurt Judaica," *World Congress of Jewish Studies*, 1985.

"Jewish-Muslim Acculturation in the Ottoman Empire: the Evidence of Ceremonial Art," Conference: *The Jews in the Ottoman Empire*, Brandeis University, 1987.

"Muslim Rugs in Spanish Synagogues," *Congrès des Études Européens Juives*, Troyes, 1990.

'The Interrelationship of Jewish, Christian and Muslim Art in the Middle Ages," *The Marco Institute for Medieval and Renaissance Studies, University of Tennessee*, 1992.

"The Use of Muslim Rugs in Synagogues: the Evidence of the Responsa Literature," *College Art Association*, Washington, D.C., 1991.

"Muslim Rugs in Ottoman Synagogues: The Evidence of the Responsa," *Jews in Turkey: Five Hundred Years of Shared History*, Istanbul, 1992.

"Sephardi Communal Art: Continuity in the Diaspora," *Crisis and Creativity in the Sephardic World, 1391-1648*, Columbia University and The Jewish Theological Seminary of America, New York, 1992.

"Reconstructing the Sephardi Heritage of Ceremonial Art," *Symposium: 1492. Conquest in Context. Spain and the New World*, Montclair State College, 1992.

"The Influence of Islamic Art on the Hebrew Manuscripts of Spain*," Thirteenth World Congress of Jewish Studies*, Jerusalem, 1993.

"Torah Case/Qur'an Box, *Avoda and Ibada. Liturgy and Ritual in Islamic and Judaic Traditions,* Institute for Islamic-Judaic Studies. University of Denver, 1998.

"The Art of *Convivencia* in Spain and Morocco," *World Bank Conference,* 1999.

"Between Worshipper and Wall: the Place of Art in Liturgical Spaces," *Liturgy in the Life of the Synagogue: The Common Roots of Contemporary Jewish Prayer*, Baltimore Hebrew University, 1999.

"Issues Concerning Losses in Judaica," *Presidental Commission on Holocaust Assets*, 2000.

"Museums and Identity," *The President's Conference on Jewish Culture and Identity in the 21st Century*, The Hebrew University, Jerusalem, 2000.

"The Unknown Jewish Artists of the Middle Ages," *Association of Jewish Studies*, Boston, 2000.

"Jewish Art and Jewish History," *Inaugural Academic Conferences of the Center for Jewish History*, 2001.

"Spirituality and Jewish Ceremonial Art," Orthodox Forum, Yeshiva University, 2001.

"Ottoman Influences on Jewish Art," *Sephardic History in the Context: Jewish*

8

*Communities in the Ottoman Empire. The Maurice Amado Colloquium in Sephardic Studies*, UCLA, 2001.

"The Art of Jewish Morocco," *Hofstra University*, 2001.

"Toward an 'Iconography' of Medieval Diaspora Synagogues," Conference of the Arye Maimon Institut University of Trier, Speyer, 2002.

"Jewish Art and Artists of Medieval Spain," Freer Gallery, Smithsonian Institution, 2004.

"Medieval Jews in the Retablos of Aragon: Actors in Christian History," *Association for Jewish Studies,* 2004.

"Jews in the Retablos: Portraits or Self-Portraits," *College Art Association Annual Conference,* 2004.

The *Tik* and the Koran Box," World Congress of Jewish Studies, 2005.

"Aspects of Jewish Ceremonial Art," *Symposium on Sacred Silver, Victoria & Albert Museum,* 2005

"Clothing as Sign during the Middle Ages," *Association of Jewish Studies,* 2005.

"Behrend Lehmann, J. P. Morgan and the "Met," Association for Jewish Studies Annual Meeting, San Diego, 2006; *Jewish Patronage and Collecting—a Tribute to Western Culture*, University of Heidelberg, 2007.

"The Jewish Woman in Art," *Conference on the Jewish Woman*, Jaca (Spain), 2007.

"Beakers of the Burial Society of Worms," *Jewish Consumption and Material Culture in the Early Modern Period,* University of Maryland, 2007.

"Jewish Art and Visual Culture: A Century of Academic Achievement," *Jewish Art in Context: The Role and Meaning of Artifacts and Visual Images*, Tel Aviv University, 2008.

"Imagining the Temple in Late Medieval Spanish Altarpieces," *The Temple of Jerusalem: From Moses to the Messiah*, Yeshiva University, 2008.

"A New View of Spanish Haggadot Illustrations: their Meaning and Art Historical Context," *Conference on Jewish Art,* Bar-Ilan University, 2008.

"Fatimid Manuscripts in Hebrew and Arabic," *Spaces & Visions: Historians of Islamic Art Association,* 2008.

"Two Become One: the Uses and Significance of Double Cups in the High Middle Ages," *Treasured Possession: Jews and Christian in a Medieval City*, Metropolitan Museum of Art, 2008.

"'Italian' Jewish Marriage Rings from Central Europe," *Association of Jewish Studies,* 2008.

"Unknown Jewish Artists of the Middle Ages," *Symposium: American Sephardi Federation*, December, 2009.

"Fatimid Manuscripts in Hebrew and Arabic," *Conference of the Association for Jewish Studies*, December, 2009.

"An Art Historical View," paper together with Jay Rovner, "An Early Application of Micrography in a Liturgical Setting,"*Conference of the Association of Jewish Studies,* 2010.

"The Canonization of Fatimid Decoration in the Hebrew Bibles of Late Medieval Spain," *Conference of the Association of Jewish Studies,* 2011.

"Jewish Islamic Art," *Wesleyan University*, 2011

"Jewish Islamic Art and Architecture: Spain and North Africa," *World Monuments Fund,* 2012.

9

"Daughters of Israel who Create Textiles: A 'New' Set of Seventeenth-Century Italian
        Synagogue Decorations, *Conference of the Association for Jewish Studies*, 2012.
"The Hanover Esther Scroll: New Sources and Comments," Symposium. *Center for Jewish
        History,* April, 2013.
"Traditionalism in Sephardi Art," Conference on Jewish Arts and Identity in the Contemporary
        World," Baruch College, May, 2013; Cologne University, July, 2014
"Jewish Patronage in Medieval Cologne," Cologne University, July, 2014


**CONSULTANCIES**
Dissertation Reader: the Department of Art History, The Hebrew University
Reviewer of Fellowship Proposals:
        Israel Academy of Sciences
        Radcliffe Institute, Harvard University
        National Foundation for Jewish Culture
        Memorial Foundation for Jewish Culture
        Hadassah Institute, Brandeis University
        World Monuments Fund

Consultant: Metropolitan Museum of Art, Jewish Museum New York

**PROFESSIONAL AFFILIATIONS**
American Academy for Jewish Research (elected member)
Association of Jewish Studies
College Art Association
Historians of Islamic Art
Institute of Fine Arts Alumni Association
International Center for Medieval Art
Medieval Academy of America
Phi Beta Kappa
Society for Sefardic Studies (invited member)
University Seminar on Israel & Jewish Studies, Columbia University
University Seminar on Medieval Studies, Columbia University

## **EXHIBIT B**

## **MATERIALS INCORPORATED INTO THE EXPERT REPORT OF DR. VIVIAN MANN**

**EXHIBIT B:**
**MATERIALS INCORPORATED INTO THE EXPERT REPORT OF DR. VIVIAN MANN**


**A.  PLEADINGS**

- Complaint

- Amended Answer and Counterclaim (with exhibits)

- Declaration of Rabbi Marc D. Angel Declaration, dated July 10, 2013 (with exhibits)

- Declaration of Dr. David L. Barquist, dated October 7, 2014

**B.  DISCOVERY MATERIALS**

CSI1-5
CSI14-15
CSI27-36
CSI37-38
CSI89-92
CSI93-102
CSI148-161
CSI172-400
CSI266-269
CSI395
CSI406
CSI415-479
CSI595-613
CSI678-705
CSI999-1001
CSI1002
CSI1003
CSI1172-1195
CSI1302-1303
CSI2179-2183
CSI3538-3580
CSI4031-4032
CSI4248-4249
CSI4533
CSI4921-4960
CSI4956
CSI5185-5187
CSI5188-5190
CSI5257-5259
CSI5253-5254
CSI5257-5259

CSI5265-5271
CSI5273-5276
CSI5277-5278
CSI5287-5288
CSI5296-5297
CSI5316-5317
CSI5317-5318
CSI5334-5348
CSI5406
CSI6859
CSI8030
CSI8381-8382
CSI8437-8438
CSI8440-8441
CSI8446-8448
CSI11119-11125
CSI11899
CSI11890
CSI11911

CJI1
CJI19
CJI25-26
CJI36
CJI38-41
CJI42
CJI43-47
CJI126-151
CJI155
CJI274-277
CJI289-295
CJI386-407
CJI453-465
CJI470-471
CJI483-487
CJI581-587
CJI629
CJI630-631
CJI643
CJI653-654
CJI658
CJI663-664
CJI672-673
CJI953-955
CJI965-968
CJI1020-1027

CJI1049
CJI1051-1052
CJI1166-1168
CJI1204-1205
CJI1210
CJI1244-1247
CJI1297-1299
CJI1314-1315
CJI1992-2055
CJIB1574-1582

## C.  ACADEMIC LITERATURE

- David de Sola Pool, The Mill Street Synagogue (1730-1817) of the Congregation Shearith Israel (Founded in the City of New York in 1655) (New York 1930).

- David de Sola Pool, The Crosby Street Synagogue (1834-1860) of the Congregation Shearith Israel (Founded in the City of New York) (New York 1934).

- David de Sola Pool, Some Notes on The Touro Synagogue, in TOURO SYNAGOGUE OF CONGREGATION JESHUAT ISRAEL (1948).

- David L. Barquist, That Noted and Proficient Mechanic: The Life and Career of Myer Myers, in MYER MYERS: JEWISH SILVERSMITH IN COLONIAL NEW YORK (2001).

- David L. Barquist, MYER MYERS: JEWISH SILVERSMITH IN COLONIAL NEW YORK (2001).

- E. Alfred Jones, The Old Silver of American Churches (1913).

- Jonathan D. Sarna, Colonial Judaism, in MYER MYERS: JEWISH SILVERSMITH IN COLONIAL NEW YORK (2001).

- Morris A. Gutstein, To Bigotry No Sanction, A Jewish Shrine in America 1658-1958 (New York: Bloch Publishing Company, 1958).

- Tom Freudenheim, Myer Myers: American Silversmith (1965).

## D.  OTHER DOCUMENTS

- Year Book of the Spanish and Portuguese Congregation Shearith Israel in the City of New York, 5668 (New York: Shearith Israel 1911).

- CSI Ledger of the Holy Tsedakah, 5519=1759.

- CSI Ledger of the Holy Tsedakah, 5524=1764.