# EXHIBIT B

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

-------------------------------x

CONGREGATION JESHUAT ISRAEL,

Plaintiff,

v.                          C.A. NO. 12-822-m (LDA)

CONGREGATION SHEARITH ISRAEL

Defendant.

-------------------------------x


December 31, 2014

9:00 a.m.


Deposition of VIVIAN MANN, taken

by the Plaintiff, pursuant to Agreement,

at the offices of Kramer Levin Naftalis

& Frankel LLP, 1177 Avenue of the

Americas, New York, New York, before

David Levy, CSR, RPR, CLR, a Notary

Public of the State of New York.

Job No: 37072

**2**

```
 1
 2    A P P E A R A N C E S :
 3
 4    Attorneys for Plaintiff
 5       KRAMER LEVIN NAFTALIS & FRANKEL, LLP
 6       1177 Avenue of the Americas
 7       New York, New York 10036
 8       (212) 715-9100
 9    BY: JONATHAN M. WAGNER, ESQ.
10       jwagner@kramerlevin.com
11       TOBIAS B. JACOBY, ESQ.
12       tjacoby@kramerlevin.com
13       DANIEL SCHUMEISTER, ESQ.
14       dschumeister@kramerlevin.com
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
 1
 2    A P P E A R A N C E S (Cont'd):
 3
 4    Attorneys for Defendants
 5       CADWALADER, WICKERSHAM & TAFT, LLP
 6       One World Financial Center
 7       New York, New York 10281
 8       (212) 504-6000
 9    BY: LOUIS M. SOLOMON, ESQ.
10       louis.solomon@cwt.com
11       SOLOMON B. SHINEROCK, ESQ.
12       solomon.shinerock@cwt.com
13       YAN GRINBLAT, ESQ.
14       yan.grinblat@cwt.com
15       JENNIFER CHIANG, ESQ.
16       jennifer.chiang@cwt.com
17
18
19
20
21
22
23
24
25
```

**4**

```
                 1
08:52:46   2    V I V I A N   M A N N, having been duly sworn
08:52:46   3       by the Notary Public, was examined and
09:00:01   4       testified as follows:
09:00:01   5    EXAMINATION BY
09:00:03   6    MR. WAGNER:
09:00:03   7       Q. Good morning, Dr. Mann.  Have you ever
09:00:05   8    been deposed before?
09:00:06   9       A. No.
09:00:06  10       Q. Have you ever served as an expert
09:00:08  11    witness before?
09:00:08  12       A. No.
09:00:09  13       Q. You have some papers in front of you.
09:00:10  14    What are they?
09:00:11  15       A. My report.
09:00:12  16       Q. Anything else?
09:00:13  17       A. I have pictures of the rimmonim, and a
09:00:21  18    chronology that I drew up.
09:00:22  19       Q. May I see the chronology?
09:00:26  20       MR. SHINEROCK:  Let me give you a
09:00:28  21    copy.
09:00:30  22       A. That was done in the course of my
09:00:31  23    work.
09:00:32  24       Q. Did you use this to help prepare your
09:00:34  25    report?
```

**5**

```
                 1        Mann
09:00:37   2       A. Yes, to get things straight in my
09:00:39   3    mind.
09:00:40   4       MR. SOLOMON:  Did you use this before
09:00:41   5    the report was done?
09:00:42   6       THE WITNESS:  No, no.  It's
09:00:43   7    simultaneous.
09:00:44   8       MR. SOLOMON:  Listen carefully to the
09:00:46   9    question.  He asked you a very specific
09:00:48  10    question about the time period.
09:00:50  11       A. Um-hum.
09:00:50  12       Q. What did you do to prepare for today's
09:00:52  13    deposition?
09:00:54  14       A. I've been doing research on the matter
09:00:57  15    since the late August when I was contacted.
09:00:59  16       Q. But what did you do specifically to
09:01:02  17    prepare for today?
09:01:04  18       A. Specifically for today?  Went over the
09:01:07  19    material with the lawyers.
09:01:08  20       Q. And when was that?
09:01:12  21       A. Was it -- Monday, Tuesday.
09:01:16  22       Q. You mean yesterday and --
09:01:18  23       A. And the day before.
09:01:19  24       Q. And how many hours total did you
09:01:21  25    spend?
```

                                    2  (Pages 2 to 5)

6

```
                    1                Mann
09:01:21   2        A. On Monday, I spent three or four hours
09:01:25   3   and yesterday, it was six, seven.
09:01:28   4        Q. Who did you meet with yesterday?
09:01:33   5        A. With all the people in this room from
09:01:35   6   this side of the table.
09:01:36   7        Q. Now, when I refer to Myer Myers
09:01:46   8   rimmonim, I mean the rimmonim that are now at the
09:01:51   9   NFA.
09:01:54  10        Am I right that CSI and the
09:02:00  11   congregations in Touro recognize that the Myer
09:02:04  12   Myers rimmonim were something special?
09:02:05  13        A. Yes.
09:02:06  14        Q. And did they recognize that those
09:02:07  15   rimmonim were of great value?
09:02:12  16        A. Uh -- in my contacts over the years
09:02:15  17   with the Touro congregation, I don't think that
09:02:18  18   they did recognize as late as the '90s that --
09:02:23  19        MR. SOLOMON:  The Touro
09:02:24  20   congregation --
09:02:25  21        THE WITNESS:  I meant the Touro
09:02:27  22   Synagogue.  CJI.
09:02:30  23        MR. WAGNER:  I would ask that you not
09:02:32  24   interrupt, particularly when she's in the
09:02:33  25   middle of an answer, but go ahead.
```

7

```
                    1                Mann
09:02:36   2        A. I had been at CJI in 1990 and I felt
09:02:41   3   that they were derelict in their treatment of the
09:02:45   4   rimmonim.
09:02:46   5        Q. Did you say anything to them at the
09:02:47   6   time?
09:02:48   7        A. Yes.
09:02:49   8        Q. What did they say to you?
09:02:52   9        A. They then took out insurance.
09:02:54  10        Q. Did they pay for the insurance?
09:02:56  11        A. I have no idea.
09:02:57  12        Q. Is that relevant to your opinion,
09:03:00  13   whether they paid for the insurance?
09:03:01  14        A. No.
09:03:03  15        Q. Now, is there any document dated 1910
09:03:08  16   or earlier from CSI stating in words or substance,
09:03:14  17   "We own the Myer Myers rimmonim that were located
09:03:17  18   in Touro Synagogue"?  And I mean a specific
09:03:22  19   reference to the Myer Myers rimmonim.
09:03:25  20        A. Not a specific reference.
09:03:25  21        Q. Is there any contemporaneous document
09:03:31  22   1910 or earlier from CJI stating that, in words or
09:03:36  23   substance, "CSI owns the Myer Myers rimmonim that
09:03:40  24   are located in Touro Synagogue"?
09:03:41  25        A. From my research, there's no
```

8

```
                    1                Mann
09:03:43   2   documentation through 1958 in which CJI said that
09:03:47   3   they owned those rimmonim.
09:03:48   4        Q. No, was there any --
09:03:50   5        A. Nothing in the decade you're talking
09:03:52   6   about.
09:03:52   7        Q. No, is there anything -- is there
09:03:56   8   anything from CJI, any CJI document through 1910
09:04:03   9   which states that CSI owns the Myer Myers rimmonim?
09:04:09  10        A. Yes.
09:04:10  11        Q. What is that?
09:04:10  12        A. There are several documents in the
09:04:12  13   minutes of CJI.
09:04:13  14        Q. Okay.
09:04:15  15        A. And there's the telegram that we were
09:04:18  16   given, that we saw.
09:04:21  17        Q. Okay.  What CJI minutes are you
09:04:25  18   referencing?
09:04:27  19        You can look in your report.
09:04:31  20        MR. WAGNER:  Let me mark it as an
09:04:33  21   exhibit.  I'm going to give you an
09:04:34  22   official report for you to use.  This will
09:04:41  23   be Exhibit 1.
09:04:42  24   EXH      (Mann Exhibit 1, expert report of
09:04:42  25        Dr. Vivian Mann dated 11/24/14, marked
```

9

```
                    1                Mann
09:10:12   2   for identification, as of this date.)
09:10:13   3        Q. You have before you Exhibit 1 which is
09:10:15   4   your report.  Is there any CJI document predating
09:10:19   5   1910 which states in words or substance that CSI
09:10:22   6   owns the Myer Myers rimmonim?
09:10:24   7        A. CJI did not -- oh, before -- okay.
09:10:28   8   Just a minute.  First of all, there's a document of
09:10:35   9   September 19th, 1897.  This is my chronology that I
09:10:40  10   continued to work on after I wrote the report.
09:10:44  11        There was a letter received -- this is
09:10:46  12   the quote from the minutes of CJI from Shearith
09:10:50  13   Israel, stating the said congregation sent a pair
09:10:54  14   of silver bells for temporary use until they could
09:10:58  15   procure a pair for permanent use.
09:10:59  16        Q. Okay.  So my question is, is there any
09:11:01  17   specific reference to Myer Myers' rimmonim in any
09:11:05  18   of those documents?
09:11:07  19        A. No.  Except --
09:11:10  20        Q. No, just --
09:11:12  21        A. No.
09:11:12  22        Q. -- he'll do the "except."  I
09:11:14  23   understand your position.  I read your very
09:11:16  24   impressive report.  I'm just looking for specific
09:11:18  25   references.
```

3  (Pages 6 to 9)

10

|  | 1 | Mann |
| --- | --- | --- |
| 09:11:20 | 2 | Now is there any document -- |
| 09:11:22 | 3 | MR. SOLOMON: And I'm going to suggest |
| 09:11:23 | 4 | that you answer the question fully but |
| 09:11:26 | 5 | answer the question. Make sure it's full |
| 09:11:28 | 6 | to the extent that you can, but just |
| 09:11:30 | 7 | answer. |
| 09:11:30 | 8 | Q. Is there any document stating, "We, |
| 09:11:35 | 9 | CSI, hereby loan to you, CJI, the Myer Myers |
| 09:11:39 | 10 | rimmonim"? |
| 09:11:39 | 11 | A. There is no such document. |
| 09:11:41 | 12 | Q. Okay. Now, you say on page 5 of your |
| 09:11:44 | 13 | report, the second paragraph, three, four, five |
| 09:11:58 | 14 | lines in, you say, "Of the five pairs of finials |
| 09:12:02 | 15 | crafted by Myer Myers, two pairs were made for CSI, |
| 09:12:06 | 16 | one pair was a private commission that was later |
| 09:12:08 | 17 | donated to CSI, and two pairs were created for |
| 09:12:13 | 18 | Congregation Mikveh Israel." |
| 09:12:15 | 19 | Do you see that? So let's take off |
| 09:12:18 | 20 | the table milk very Israel. |
| 09:12:20 | 21 | A. Right. |
| 09:12:20 | 22 | Q. And let's take off the table for now |
| 09:12:22 | 23 | the 1892-1893. So let's concentrate on the two. |
| 09:12:28 | 24 | A. Okay. |
| 09:12:28 | 25 | Q. You say those two were made for CSI, |

11

|  | 1 | Mann |
| --- | --- | --- |
| 09:12:34 | 2 | right? |
| 09:12:34 | 3 | A. Correct. |
| 09:12:34 | 4 | Q. And is one of those pair the one |
| 09:12:37 | 5 | that's sitting now at the NFA? |
| 09:12:40 | 6 | A. No. The set, and I'm referring to |
| 09:12:44 | 7 | set, because the set is composed of two single |
| 09:12:48 | 8 | rimmonim from two different pairs. |
| 09:12:50 | 9 | Q. Okay. |
| 09:12:51 | 10 | A. There were two pairs made by Myer |
| 09:12:53 | 11 | Myers. At some point, when they last went to |
| 09:12:59 | 12 | Touro, were loaned to Touro, one was taken from one |
| 09:13:02 | 13 | set, one was -- one pair, and one was taken from |
| 09:13:06 | 14 | the other. So the two now in the MFA as well as |
| 09:13:10 | 15 | the two in CSI are from, one each from the two |
| 09:13:14 | 16 | original pairs. |
| 09:13:15 | 17 | Q. Have you seen those rimmonim? |
| 09:13:17 | 18 | A. Yes. |
| 09:13:17 | 19 | Q. When was the last time you saw them? |
| 09:13:19 | 20 | A. I saw the ones in the MFA a year ago. |
| 09:13:24 | 21 | Q. Do they look identical? |
| 09:13:26 | 22 | MR. SOLOMON: Had you finished your |
| 09:13:27 | 23 | answer? |
| 09:13:30 | 24 | THE WITNESS: Um -- I'm sorry? Did |
| 09:13:32 | 25 | I -- |

12

|  | 1 | Mann |
| --- | --- | --- |
| 09:13:33 | 2 | MR. SOLOMON: Sounded like -- |
| 09:13:35 | 3 | A. No, no. Did I see them? Yes. The |
| 09:13:37 | 4 | answer is yes. I saw the MFA ones in December of |
| 09:13:41 | 5 | last year, and I examined the ones that are in |
| 09:13:46 | 6 | Shearith Israel at the New York Historical Society |
| 09:13:50 | 7 | where they were on loan and they were taken out of |
| 09:13:52 | 8 | the case so that I could examine them. |
| 09:13:55 | 9 | Q. And did they look identical? |
| 09:13:56 | 10 | A. No. |
| 09:13:56 | 11 | Q. Is it possible just the bases were |
| 09:14:00 | 12 | mixed up? |
| 09:14:00 | 13 | A. No. |
| 09:14:01 | 14 | Q. Okay. Now, but in any case, you say |
| 09:14:04 | 15 | that two pairs were made for CSI. |
| 09:14:09 | 16 | A. Correct. |
| 09:14:10 | 17 | Q. And that means no pairs were made for |
| 09:14:12 | 18 | Touro Synagogue, right? |
| 09:14:14 | 19 | A. Correct. |
| 09:14:14 | 20 | Q. So are you saying that CSI was the |
| 09:14:19 | 21 | owner of those two sets of rimmonim from the start? |
| 09:14:22 | 22 | A. Yes. |
| 09:14:22 | 23 | Q. And are you saying that they were the |
| 09:14:25 | 24 | possessor of those two sets of rimmonim for -- |
| 09:14:28 | 25 | A. Is that a legal term that I don't |

13

|  | 1 | Mann |
| --- | --- | --- |
| 09:14:29 | 2 | know? |
| 09:14:30 | 3 | Q. No, just who possessed it first? |
| 09:14:34 | 4 | A. CSI. |
| 09:14:34 | 5 | Q. Now, is there any other scholar -- I |
| 09:14:46 | 6 | know you're a great scholar -- is there any other |
| 09:14:48 | 7 | scholar who says that those two sets were both made |
| 09:14:51 | 8 | for CSI? |
| 09:14:54 | 9 | A. I have not seen in print any |
| 09:14:57 | 10 | conclusions drawn from the type of research that I |
| 09:15:01 | 11 | did, which was a very close reading of the ledger |
| 09:15:06 | 12 | of the period in which these rimmonim were made. |
| 09:15:09 | 13 | Q. And I'm right that there are lots of |
| 09:15:12 | 14 | other scholars who say that Myer Myers made a set |
| 09:15:17 | 15 | of rimmonim for Touro Synagogue, right? |
| 09:15:20 | 16 | MR. SOLOMON: I object to the form of |
| 09:15:21 | 17 | the question. There's no foundation. |
| 09:15:21 | 18 | Q. You can answer. Am I right? |
| 09:15:26 | 19 | A. There are scholars who quote one |
| 09:15:31 | 20 | another, if I may put it that way. |
| 09:15:32 | 21 | Q. Okay. |
| 09:15:33 | 22 | A. Who -- who say this. But they have |
| 09:15:36 | 23 | not done original research. |
| 09:15:37 | 24 | Q. But they say that Myer Myers made a |
| 09:15:44 | 25 | pair of rimmonim for Touro Synagogue, correct? |

4  (Pages 10 to 13)

14

Mann

09:15:45  2     MR. SOLOMON: I object to the question
09:15:47  3     and I object to asking the witness a
09:15:49  4     question about what a document says
09:15:51  5     without showing her the document.
09:15:53  6     Misleading and improper.
09:15:54  7     Q. You can answer.
09:15:56  8     A. No, I can't. Who are you talking
09:15:57  9     about?
09:15:58  10     Q. David Barquist. Didn't David Barquist
09:16:00  11     say that Myer Myers made a pair of rimmonim for
09:16:03  12     Touro Synagogue?
09:16:03  13     MR. SOLOMON: I have the same
09:16:04  14     objection, asking the witness a question
09:16:06  15     about a document without showing her the
09:16:09  16     document. It's improper.
09:16:10  17     Q. You can answer.
09:16:11  18     A. No. Can I see Barquist?
09:16:12  19     Q. No. Are you able for answer that
09:16:13  20     without looking at Barquist?
09:16:15  21     A. Am I able to answer? But I think it
09:16:17  22     would be --
09:16:18  23     Q. I understand --
09:16:18  24     A. -- more specific.
09:16:20  25     Q. But I ask the questions. Do you know

15

Mann

09:16:21  2     whether David Barquist says that Myer Myers made a
09:16:24  3     pair of rimmonim for Touro Synagogue?
09:16:26  4     MR. SOLOMON: I object to the
09:16:28  5     question.
09:16:29  6     A. He only listed Touro as the lending
09:16:31  7     body. I do not remember, and I would have to see
09:16:34  8     the document to know if he said what you said.
09:16:36  9     Q. Okay. Can you identify any other
09:16:41  10     scholar besides you who says that Myer Myers made
09:16:46  11     both sets of those rimmonim for CSI?
09:16:50  12     A. No other scholar has done the research
09:16:52  13     in the original ledgers that I did.
09:16:54  14     Q. So your answer is no?
09:16:57  15     A. No.
09:16:59  16     Q. Why do you think they came -- well,
09:17:02  17     let me just show you Barquist.
09:17:05  18   EXH     (Mann Exhibit 2, excerpt from
09:17:05  19     Barquist, "Myer Myers, Jewish
09:17:05  20     Silversmith in Colonial New York",
09:17:05  21     marked for identification, as of this
09:17:24  22     date.)
09:17:24  23     MR. SHINEROCK: Are you marking this
09:17:25  24     or are you using --
09:17:26  25     MR. WAGNER: Yes. Exhibit 2.

16

Mann

09:17:34  2     (Witness perusing document.)
09:18:08  3     Q. Okay. Do you read, I guess,
09:18:11  4     Dr. Barquist as saying that Myer Myers made a set
09:18:15  5     of rimmonim for Touro Synagogue?
09:18:19  6     A. I'm on page -- I've gone through page
09:18:23  7     158. So far, he's not said that.
09:18:26  8     Q. Okay.
09:18:35  9     A. If you read the statement on 159, the
09:18:37  10     beginning of the second paragraph, "No record
09:18:40  11     survives to document when the Torah finials at
09:18:43  12     either Shearith Israel or Yeshuat Israel were
09:18:46  13     commissioned by or donated to the congregation."
09:18:49  14     I don't believe that all of that is
09:18:50  15     true. But the -- but the statement does pertain to
09:18:56  16     Yeshuat Israel. It does not pertain to Shearith
09:18:59  17     Israel as a result of my research.
09:19:00  18     Q. Okay. So what differentiates you and
09:19:04  19     other scholars is that you've done this original
09:19:06  20     research, right?
09:19:06  21     A. Correct.
09:19:07  22     Q. And was that original research, to
09:19:10  23     your knowledge, was that original research
09:19:12  24     available to scholars before you looked at it?
09:19:19  25     A. I -- I think that Barquist referenced

17

Mann

09:19:27  2     that there was a ledger. But I don't think he was
09:19:30  3     specific about whether he saw it or not -- read it
09:19:34  4     or not.
09:20:06  5     Q. Let me show you -- do you know who
09:20:08  6     Rabbi Marc Angel is?
09:20:09  7     A. Yes.
09:20:10  8     Q. Who is he?
09:20:10  9     A. Rabbi Angel was the rabbi of
09:20:14  10     Spanish-Portuguese Synagogue for many years,
09:20:17  11     until --
09:20:17  12     Q. Did you know him personally?
09:20:19  13     A. Yes.
09:20:19  14     Q. Are you friends with him?
09:20:21  15     A. I wouldn't call myself a friend, but I
09:20:23  16     do know him.
09:20:25  17     Q. Do you hold him in high regard?
09:20:27  18     A. I do.
09:20:27  19     Q. Is he very knowledgeable about CSI?
09:20:32  20     A. Um -- I am sure that he is
09:20:38  21     knowledgeable about the customs and usages in CSI.
09:20:42  22     I did not consider that what he has written about
09:20:46  23     the history and the rimmonim to be original
09:20:50  24     research. It reflects things that I've read that
09:20:54  25     were written prior to his essay.

5 (Pages 14 to 17)

18

Mann

```
09:20:57   2    Q. Okay.
09:20:58   3    MR. WAGNER:  Let's look at Exhibit 3.
09:21:00   4 EXH    (Mann Exhibit 3, excerpt from book,
09:21:00   5    Remnant of Israel, by Rabbi Marc D.
09:21:00   6    Angel, marked for identification, as of
09:21:14   7    this date.)
09:21:14   8    MR. SOLOMON:  I'm going to ask you,
09:21:15   9    Dr. Mann, to slow down enough so that I
09:21:18  10    can interpose my objection.
09:21:19  11    Q. Have you seen this before?
09:21:20  12    A. Yes.
09:21:21  13    Q. Now, can you turn to page 63?  It's
09:21:23  14    the last page.  The bottom right.  "He also created
09:21:28  15    rimmonim for congregations in Newport and
09:21:31  16    Philadelphia," do you see that?
09:21:32  17    A. I do.
09:21:32  18    Q. And your testimony or opinion is that
09:21:34  19    he's wrong with respect to Newport, right?
09:21:37  20    A. Correct.
09:21:37  21    Q. Correct, that he's --
09:21:39  22    A. That he is wrong.
09:21:40  23    Q. Okay.  Now, okay.  We'll come back to
09:21:49  24    that.
09:21:50  25    Can you turn to page 9 of the report.
```

19

Mann

```
09:22:08   2    Now, you quote some minutes from 1833, do you see
09:22:12   3    that?
09:22:13   4    A. Um-hum.
09:22:13   5    Q. Are those minutes important to your
09:22:15   6    opinion?
09:22:24   7    A. Um -- they laid the groundwork for my
09:22:27   8    opinion that the items that were used in Newport,
09:22:34   9    the seforim and then later the silver, was returned
09:22:38  10    to CSI.
09:22:39  11    Q. Well, the minutes reference only
09:22:45  12    seforim?
09:22:45  13    A. That's right.
09:22:45  14    Q. Okay.  But that doesn't include bells,
09:22:49  15    does it?
09:22:49  16    A. No.  I -- there's a later document I
09:22:53  17    would have to find for you.
09:22:54  18    Q. Well, is that the inventory?
09:22:56  19    A. No.  The inventory shows that there
09:23:01  20    were two pairs owned by CSI and that they were back
09:23:06  21    in this congregation by 1869.
09:23:08  22    Q. Well, but what's the relevance of
09:23:12  23    these seforim to anything having to do with the
09:23:16  24    Myer Myers rimmonim?
09:23:17  25    MR. SOLOMON:  Object to the question.
```

20

Mann

```
09:23:18   2    Asked and answered.
09:23:18   3    Q. You can answer.
09:23:21   4    THE WITNESS:  I can answer?
09:23:23   5    Q. Yes.
09:23:23   6    MR. SOLOMON:  If you have more to add.
09:23:28   7    A. What's the relevance?  There's no --
09:23:33   8    this statement proves the fact that the Seixas --
09:23:37   9    and I discovered later that the name that was
09:23:39  10    written as "Beia" is Benjamin, really.  That may
09:23:44  11    have been his nickname.  So he and the mother had
09:23:47  12    in their home from the time of the dissolution of
09:23:51  13    CYI both the seforim and the silver that had been
09:23:58  14    used in Newport.
09:24:01  15    Q. So is it your conclusion that they
09:24:05  16    sent both the seforim and the silver?
09:24:07  17    A. No -- well, I don't think they sent
09:24:10  18    all the silver.  I think some of it was sent
09:24:12  19    directly.  They sent some of the silver.
09:24:17  20    Q. Did some of the silver travel with the
09:24:19  21    seforim, to your knowledge?
09:24:20  22    A. No, I don't have any knowledge.
09:24:21  23    Q. You don't know one way or the other.
09:24:23  24    A. There's no statements that they did
09:24:28  25    travel.  And you can see, this is a clear statement
```

21

Mann

```
09:24:31   2    that they are dealing with the Torah scrolls
09:24:34   3    separately from the silver.
09:24:35   4    Q. So then why do you have a reference to
09:24:40   5    seforim if they are separate from the silver?
09:24:44   6    MR SOLOMON:  Asked and answered.
09:24:44   7    Q. You can answer.
09:24:45   8    MR. SOLOMON:  Third time.
09:24:47   9    A. The research that I -- I am allowed,
09:24:50  10    according to the statement in the report, to do
09:24:53  11    more research after receiving this.  I'm on number
09:24:57  12    24.  Subsequently I found other indications that
09:25:00  13    the silver was returned to CSI subsequent to the
09:25:03  14    return of the scrolls.
09:25:04  15    Q. What other research did you do?
09:25:06  16    A. Oh, I keep reading documents.
09:25:09  17    Q. Okay.  Well, I -- I'm entitled to, if
09:25:13  18    there's some new opinion, I'm entitled to what they
09:25:17  19    are, I'm entitled to a list of them.
09:25:20  20    What are they?
09:25:21  21    A. They are the same minutes of the 19th
09:25:23  22    century from CSI -- 19th century minutes from CSI.
09:25:26  23    Q. Are they listed on your report?
09:25:29  24    A. I don't remember numbers like that.
09:25:33  25    Q. I mean, if there's any additional
```

6  (Pages 18 to 21)

22

```
                    1          Mann
09:25:36   2   material that you relied on, I think I'm entitled
09:25:39   3   to that.
09:25:40   4        A.  I did not rely on it in writing the
09:25:43   5   report.  It was subsequent.
09:25:44   6        Q.  But I'm entitled to all your opinions.
09:25:47   7   Now, when the parties reference seforim, do they
09:25:51   8   mean to reference bells?
09:25:52   9        A.  No.  Because --
09:25:58  10        Q.  Go ahead.
09:25:59  11        A.  -- am I allowed to?
09:26:00  12        Q.  Well, you can tell me why.
09:26:02  13        A.  Because when there are bells with
09:26:04  14   seforim, they are specifically mentioned.  For
09:26:06  15   example, there's a list of the six Torah scrolls
09:26:10  16   that were in Newport by 1769.  Only two of them had
09:26:15  17   bells, and those are specifically referenced.  The
09:26:24  18   mention of seforim does not imply bells.
09:26:24  19        EXH     (Mann Exhibit 4, handwritten
09:26:24  20             inventory list, Bates numbered CSI4921
09:26:24  21             through 4960, marked for identification,
09:27:23  22             as of this date.)
09:27:23  23         (A pause in the proceedings.)
09:27:26  24        Q.  Actually, let me go back for a second
09:27:28  25   to Rabbi Angel.  Why do you think Rabbi Angel got
```

23

```
                    1          Mann
09:27:33   2   it wrong?
09:27:34   3        A.  I read a lot of the original
09:27:38   4   publications on the history of Touro and CSI.  I
09:27:42   5   simply went to the library at the Jewish
09:27:46   6   Theological Seminary, which is one of the two
09:27:48   7   biggest libraries on matters of Jewish interest.  I
09:27:53   8   took out every book pertaining to CSI and to Touro.
09:28:00   9        So by the time I read Rabbi Angel, I
09:28:02  10   knew what the others had written, and he has -- he
09:28:05  11   leans greatly, he incorporates things that other
09:28:09  12   people wrote in the main part of the essay.
09:28:14  13        I think there was a mistake made.
09:28:15  14        Q.  Didn't he specifically look at the
09:28:17  15   minutes?
09:28:17  16        A.  No, I don't think he did.  I know he
09:28:20  17   read de Sola Pool and the other people, and he
09:28:26  18   added some things that he knew, and --
09:28:29  19        Q.  If Rabbi Angel did look at the minutes
09:28:32  20   dating back to the early 1700s -- let me just
09:28:35  21   finish -- this is what's called a hypothetical.
09:28:39  22        A.  Okay.
09:28:39  23        Q.  I get to ask that.  If he did look at
09:28:42  24   the minutes and he concluded, after he read the
09:28:45  25   minutes, that Myer Myers made a set of rimmonim for
```

24

```
                    1          Mann
09:28:47   2   Newport synagogue, would that change your opinion
09:28:50   3   here at all?
09:28:51   4        A.  No.  Because I didn't find that in the
09:28:54   5   minutes.
09:28:54   6        Q.  Okay.
09:28:55   7        A.  And --
09:28:56   8        Q.  Well, you wouldn't find it in CSI's
09:28:58   9   minutes, right?
09:28:59  10        MR. SOLOMON:  I'm sorry, what's the
09:29:00  11   question pending?
09:29:01  12        Q.  You wouldn't find in CSI's minutes
09:29:03  13   that -- let me finish the question -- that Myer
09:29:07  14   Myers made a pair of rimmonim for CJI, would you?
09:29:12  15        A.  No.
09:29:12  16        MR. SOLOMON:  So your question, that
09:29:14  17   Rabbi Angel read the CJI minutes?
09:29:17  18        Because --
09:29:18  19        MR. WAGNER:  Okay.
09:29:19  20        Q.  Do you know whether Rabbi Angel read
09:29:21  21   the CSI minutes?
09:29:23  22        A.  No.  I do not know.
09:29:24  23        Q.  And if he read the CSI minutes, and he
09:29:27  24   concluded that Myer Myers made a pair of rimmonim
09:29:31  25   for the Newport synagogue, would that change your
```

25

```
                    1          Mann
09:29:33   2   opinion?
09:29:33   3        MR. SOLOMON:  Asked and answered.
09:29:38   4        A.  He couldn't conclude that from the
09:29:40   5   evidence in the minutes.
09:29:41   6        Q.  I'm not asking whether he could
09:29:45   7   conclude -- I'm just asking whether that would
09:29:47   8   change your opinion.
09:29:48   9        A.  No.
09:29:48  10        Q.  Okay.  Now, you cite this inventory in
09:29:52  11   your --
09:29:54  12        A.  Um-hum.
09:29:54  13        Q.  -- and it says on the front,
09:29:58  14   "Inventory of all property effects belonging to or
09:30:01  15   in keeping of Kehillat Kodesh Shearith Israel," can
09:30:09  16   you see that?
09:30:09  17        A.  Um-hum.
09:30:12  18        MR. SOLOMON:  You have to answer
09:30:13  19   audibly.
09:30:14  20        A.  Yes, I see that.
09:30:15  21        Q.  What do you understand the words
09:30:17  22   "belonging to" to mean there?
09:30:22  23        A.  That they are the property of CSI.
09:30:24  24        Q.  Does that mean, you interpret that as
09:30:27  25   ownership?
```

7 (Pages 22 to 25)

26

Mann

09:30:28 2   A. In a general sense. I don't know

09:30:32 3   legal terms.

09:30:52 4       MR. WAGNER: Why don't we mark -- do

09:30:55 5   we have another set of her chronology?

09:31:02 6       MR. SHINEROCK: I think I gave you

09:31:03 7   guys, all three of you --

09:31:10 8       (A pause in the proceedings.)

09:31:10 9       MR. WAGNER: Let's mark this.

09:31:12 10  EXH     (Mann Exhibit 5, five-page document

09:31:12 11      entitled, "Chronology," not Bates

09:31:12 12      numbered, marked for identification, as

09:31:28 13      of this date.)

09:31:28 14      Q. Now, would you agree with me that --

09:31:35 15  by the way, what is this document I just put before

09:31:38 16  you?

09:31:38 17      A. It's a document that I drew up in the

09:31:41 18  course of my research, put on my computer, amended

09:31:45 19  as I kept reading, to help me put the facts in

09:31:51 20  order.

09:31:51 21      Q. Are you a historian?

09:31:53 22      A. I'm an art historian who also, by the

09:31:57 23  nature of the subject, dealt -- deal with history.

09:32:00 24      Q. Are you an expert in American Jewish

09:32:04 25  history?

27

Mann

09:32:05 2   A. No.

09:32:05 3   Q. But you are a historian.

09:32:11 4   A. I -- my Ph.D. is in art history. But

09:32:14 5   every art historian seeks to put works within their

09:32:18 6   historical context. So I have read a lot of

09:32:21 7   history.

09:32:21 8   Q. And as a historian, do you try to

09:32:24 9   present facts fairly and accurately?

09:32:28 10  A. Absolutely.

09:32:28 11  Q. Is that important to do?

09:32:31 12  A. It's important in any scholarly

09:32:35 13  endeavor.

09:32:36 14  Q. Why is that?

09:32:37 15  A. Otherwise the scholarly work is a

09:32:40 16  fairy tale rather than reality.

09:32:43 17  Q. Now, do you believe that your report

09:32:46 18  is fair and accurate?

09:32:47 19  A. Yes.

09:32:47 20  Q. Do you believe it presents both sides

09:32:51 21  of the story?

09:32:53 22  A. It cannot present both sides of the

09:32:56 23  original, the period of the revolutionary period

09:33:01 24  because there's been no -- no minutes or documents

09:33:07 25  forthcoming for that period from -- from the Touro

28

Mann

09:33:11 2   Synagogue.

09:33:11 3   Q. But one of the points you make in your

09:33:13 4   report is that the bells that others say were made

09:33:20 5   for Touro were in fact made for CSI, right?

09:33:23 6   A. Yes.

09:33:23 7   Q. And you stand by that conclusion,

09:33:25 8   right?

09:33:25 9   A. Yes.

09:33:26 10  Q. How sure are you of that?

09:33:29 11  A. I am sure.

09:33:32 12  Q. Do you have any doubt in your mind?

09:33:34 13  A. No.

09:33:34 14  Q. Why do you have no doubt?

09:33:42 15      MR. SOLOMON: Object to the form.

09:33:43 16  Q. You can answer.

09:33:44 17      MR. SOLOMON: Incomprehensible. I

09:33:47 18  object to the question.

09:33:47 19  Q. You can answer. What is it that's so

09:33:50 20  conclusive about the evidence?

09:33:51 21  A. The payments made to Myer Myers in the

09:33:56 22  years the finials were made.

09:33:58 23  Q. Have you -- and that's what you got

09:34:03 24  from the --

09:34:04 25  A. Ledger.

29

Mann

09:34:05 2   Q. -- ledger. And is it your testimony

09:34:11 3   that the ledger was not available to anyone before

09:34:15 4   you looked at it?

09:34:16 5   A. I can't attest to that.

09:34:19 6   Q. Did you look at the minutes that go

09:34:21 7   with that ledger?

09:34:24 8   A. By -- the original minutes I

09:34:27 9   understand are missing. I only could read that

09:34:30 10  which was published by Reverend Lyons as a result

09:34:37 11  of his amassing of documents in the second half of

09:34:39 12  the 19th century. So I don't have minutes from the

09:34:44 13  colonial period. I have the ledger.

09:34:45 14  Q. Are you aware that those minutes, the

09:34:48 15  minutes pertaining to that specific entry, have

09:34:51 16  been in the public domain for well over a hundred

09:34:54 17  years?

09:34:55 18  A. There has been, I understand, Reverend

09:35:00 19  Lyons' transcription of those minutes.

09:35:02 20  Q. And did you look at that

09:35:03 21  transcription?

09:35:04 22  A. Yes.

09:35:05 23  Q. What did it say?

09:35:06 24  A. It affirmed what I had written from my

09:35:09 25  own examination of the ledger. There were no

8 (Pages 26 to 29)

30

|  |  | Mann |
|---|---|---|
| 09:35:11 | 2 | contradictions. |
| 09:35:12 | 3 | Q. Okay. Now, let's look at... |
| 09:35:12 | 4 | EXH      (Mann Exhibit 6, photographs of two |
| 09:35:12 | 5 | pages of a handwritten document, Bates |
| 09:35:12 | 6 | numbered CSI5257 and 5258, marked for |
| 09:35:58 | 7 | identification, as of this date.) |
| 09:35:58 | 8 | Q. Now, what is this document? |
| 09:36:02 | 9 | A. Um -- this is 1893. |
| 09:36:07 | 10 | Q. No, no. I'm sorry. It's 1833. |
| 09:36:11 | 11 | A. All right. I don't -- |
| 09:36:12 | 12 | Q. Okay. Why don't you go to your report |
| 09:36:17 | 13 | because it's very hard. |
| 09:36:18 | 14 | A. I have read it. |
| 09:36:21 | 15 | Q. Okay. |
| 09:36:22 | 16 | A. So what part are you concerned with? |
| 09:36:34 | 17 | Q. See where it says, "The committee |
| 09:36:35 | 18 | appointed"? |
| 09:36:36 | 19 | A. Yes. |
| 09:36:37 | 20 | Q. "The committee appointed -- |
| 09:36:51 | 21 | A. "To receive." |
| 09:36:51 | 22 | Q. -- "to receive the seforim" -- |
| 09:36:55 | 23 | MR. JACOBY: It's actually clear if |
| 09:36:57 | 24 | you go to the second page. |
| 09:36:58 | 25 | Q. -- "the seforim belonging to the |

31

|  |  | Mann |
|---|---|---|
| 09:37:06 | 2 | Newport Synagogue report that they have received |
| 09:37:08 | 3 | the same" -- |
| 09:37:09 | 4 | A. Newport Synagogue, and then says |
| 09:37:13 | 5 | "shul." |
| 09:37:13 | 6 | Q. "Shul." Okay, I'm sorry, "Report that |
| 09:37:15 | 7 | they have received the same and deposited them in |
| 09:37:17 | 8 | our heichal and have give a receipt to the family |
| 09:37:22 | 9 | of the late Moses Seixas, of which the following is |
| 09:37:24 | 10 | a duplicate." |
| 09:37:26 | 11 | Do you see that? |
| 09:37:26 | 12 | A. Yes. |
| 09:37:26 | 13 | Q. And you omitted from your report the |
| 09:37:29 | 14 | reference to "belonging to the Newport Synagogue," |
| 09:37:32 | 15 | did you not? |
| 09:37:41 | 16 | A. There are two sets of -- did I omit |
| 09:37:44 | 17 | that? I would have to look -- |
| 09:37:46 | 18 | Q. Well, let's look at what you did. Can |
| 09:37:49 | 19 | you look at page 9 of your report. You see the |
| 09:37:55 | 20 | second paragraph? |
| 09:37:59 | 21 | A. Um-hum. |
| 09:37:59 | 22 | Q. "To receive the seforim," three dot |
| 09:38:05 | 23 | ellipses. Did you take that out, did you take out |
| 09:38:08 | 24 | the language, "Belonging to Newport Synagogue"? |
| 09:38:11 | 25 | A. I do not remember whether I couldn't |

32

|  |  | Mann |
|---|---|---|
| 09:38:13 | 2 | read it at the moment or whether I -- and |
| 09:38:15 | 3 | therefore, wrote the ellipses, or why I did that. |
| 09:38:18 | 4 | I don't remember. This is two months ago. |
| 09:38:22 | 5 | Now, but I have no problem with the |
| 09:38:24 | 6 | phrase, "Belonging to the Newport Synagogue," |
| 09:38:27 | 7 | because there were two sets -- the six scrolls that |
| 09:38:32 | 8 | are described by Ezra Stiles as being in Newport in |
| 09:38:37 | 9 | 1769, there are -- we know that there were two that |
| 09:38:44 | 10 | were lent by Shearith Israel and four were direct |
| 09:38:48 | 11 | donations to Touro. |
| 09:38:50 | 12 | So when it refers to the four, it's |
| 09:38:53 | 13 | talking about -- the two were recovered, okay? |
| 09:38:57 | 14 | Q. The two -- |
| 09:38:58 | 15 | A. Prior to this report. And it's the |
| 09:39:01 | 16 | other four that they were asking to safeguard in |
| 09:39:07 | 17 | their heichal. And that was done. |
| 09:39:10 | 18 | Q. And those are the four that belonged |
| 09:39:11 | 19 | to Touro Synagogue, right? |
| 09:39:14 | 20 | A. They were direct donations to Touro. |
| 09:39:16 | 21 | Q. You didn't omit that information |
| 09:39:18 | 22 | because you couldn't read it, did you? |
| 09:39:19 | 23 | A. I -- I can't remark on that. I don't |
| 09:39:26 | 24 | remember. |
| 09:39:26 | 25 | Q. Can you look at your chronology on |

33

|  |  | Mann |
|---|---|---|
| 09:39:29 | 2 | page 3. You have the words right there, February |
| 09:39:39 | 3 | 10, 1833, "Belonging to the congregation" -- I'm |
| 09:39:42 | 4 | sorry, scratch that. Never mind. We'll come to |
| 09:39:46 | 5 | that. |
| 09:39:47 | 6 | And you say -- you say in your report, |
| 09:39:53 | 7 | that -- I'm sorry. In your first full paragraph on |
| 09:40:01 | 8 | page 9 -- |
| 09:40:04 | 9 | A. Um-hum. |
| 09:40:04 | 10 | Q. -- strike that. Was it inappropriate |
| 09:40:12 | 11 | to leave out that language, "Belonging to Newport |
| 09:40:15 | 12 | Synagogue"? |
| 09:40:23 | 13 | A. I see its significance now. I don't |
| 09:40:27 | 14 | know that I thought it was inappropriate when I |
| 09:40:32 | 15 | wrote the report. |
| 09:40:33 | 16 | Q. Okay. Now, in the next paragraph, you |
| 09:40:36 | 17 | say, "CSI also safeguarded other Torah scrolls |
| 09:40:41 | 18 | formerly used at the Newport Synagogue," do you |
| 09:40:44 | 19 | see that? |
| 09:40:44 | 20 | A. Um-hum. |
| 09:40:45 | 21 | Q. And then you quote the minutes, |
| 09:40:48 | 22 | "Received from the family of the late Moses |
| 09:40:51 | 23 | Seixas." |
| 09:40:52 | 24 | Do you see that? |
| 09:40:53 | 25 | A. Um-hum. |

9 (Pages 30 to 33)

34

| | | |
|---|---|---|
| | 1 | Mann |
| 09:40:53 | 2 | Q. Those are the same Torahs that are |
| 09:40:58 | 3 | referenced in the prior paragraph, aren't they? |
| 09:41:01 | 4 | A. No. The -- no, those are the two |
| 09:41:06 | 5 | scrolls -- there -- yes. These are -- it's |
| 09:41:10 | 6 | redundant, I admit. I wrote a redundant paragraph. |
| 09:41:15 | 7 | Q. No you, didn't write a redundant |
| 09:41:17 | 8 | paragraph. You wrote an incorrect paragraph. You |
| 09:41:19 | 9 | said these were different seforim. |
| 09:41:21 | 10 | A. I didn't say different. |
| 09:41:22 | 11 | Q. You said they safeguarded other Torah |
| 09:41:25 | 12 | scrolls. |
| 09:41:26 | 13 | A. Formerly used at the Newport |
| 09:41:28 | 14 | Synagogue, meaning the four that were donated to |
| 09:41:30 | 15 | them. |
| 09:41:30 | 16 | Q. Well, are the Torah scrolls that are |
| 09:41:34 | 17 | referenced in this second paragraph the same ones |
| 09:41:36 | 18 | that are referenced in the first paragraph? |
| 09:41:37 | 19 | A. No. The first one, if you read the |
| 09:41:39 | 20 | beginning of the quote, it's concerning the fact |
| 09:41:43 | 21 | that CSI loaned to the congregation of Newport two |
| 09:41:47 | 22 | seforim, as appears in the letters of Jacob |
| 09:41:51 | 23 | Rodriguez Rivera, etc. and they are now in the |
| 09:41:57 | 24 | house of Seixas, in -- under the care of his wife |
| 09:42:01 | 25 | and son, and they want -- requesting them to |

36

| | | |
|---|---|---|
| | 1 | Mann |
| 09:43:03 | 2 | family"? |
| 09:43:04 | 3 | A. Right. |
| 09:43:05 | 4 | Q. And aren't those just, aren't those |
| 09:43:08 | 5 | the same Torah scrolls? |
| 09:43:11 | 6 | A. No. |
| 09:43:12 | 7 | Q. They are not? |
| 09:43:13 | 8 | A. My reference was to the fact that CSI |
| 09:43:17 | 9 | had in its safekeeping Torah scrolls belonging to |
| 09:43:22 | 10 | individuals that were used, which is based on |
| 09:43:25 | 11 | separate evidence, they -- they are based on the |
| 09:43:30 | 12 | inventory, actually. There are mentioned Torah |
| 09:43:35 | 13 | scrolls that are known by the names of individuals. |
| 09:43:38 | 14 | Some were -- it's a -- considered a commandment |
| 09:43:40 | 15 | that if you are able, you have the Torah scroll |
| 09:43:44 | 16 | written in your lifetime. |
| 09:43:45 | 17 | Q. Okay. Let's go back -- |
| 09:43:47 | 18 | A. So individuals who were members of |
| 09:43:49 | 19 | Shearith Israel had -- a number of them had Torah |
| 09:43:54 | 20 | scrolls written which they then deposited for |
| 09:43:57 | 21 | safekeeping, even though they belonged to them, |
| 09:44:01 | 22 | belonged individually, in the heichal of Shearith |
| 09:44:04 | 23 | Israel. That's what I was referring to. |
| 09:44:06 | 24 | Q. Let's go back to your report. You |
| 09:44:08 | 25 | say, you're quoting from the minutes and the last |

35

| | | |
|---|---|---|
| | 1 | Mann |
| 09:42:05 | 2 | forward to -- "on to this city, to the care of the |
| 09:42:09 | 3 | president of this board, the two seforim above |
| 09:42:13 | 4 | mentioned," which were the two lent by CSI. |
| 09:42:16 | 5 | This, then, concerns the next |
| 09:42:17 | 6 | paragraph, concerns the four that were donated to |
| 09:42:26 | 7 | Yeshuat Israel after its formation. |
| 09:42:27 | 8 | Q. I think we're getting a little bit |
| 09:42:29 | 9 | confused. But you were quoting from minutes from |
| 09:42:31 | 10 | 1818, right? |
| 09:42:33 | 11 | A. This? |
| 09:42:33 | 12 | Q. Yes. |
| 09:42:34 | 13 | A. Yes. |
| 09:42:34 | 14 | Q. Okay. I'm talking about the CSI |
| 09:42:37 | 15 | minutes. The paragraph we just looked at |
| 09:42:40 | 16 | referenced a set of seforim belonging to the |
| 09:42:46 | 17 | Newport Synagogue, right? |
| 09:42:49 | 18 | A. Um-hum. |
| 09:42:49 | 19 | Q. The 1833 minutes. |
| 09:42:51 | 20 | A. Right. |
| 09:42:51 | 21 | Q. And then you in your report say, "CSI |
| 09:42:54 | 22 | also safeguarded other Torah scrolls" -- |
| 09:42:57 | 23 | A. Correct. |
| 09:42:57 | 24 | Q. -- "formerly used," and then you give |
| 09:43:00 | 25 | a quote. Do you see that, "Received from the |

37

| | | |
|---|---|---|
| | 1 | Mann |
| 09:44:11 | 2 | sentence of that first paragraph on page 2, you |
| 09:44:17 | 3 | say, "And had given a receipt to the family of the |
| 09:44:17 | 4 | late Moses Seixas, of which the following is a |
| 09:44:20 | 5 | duplicate." Do you see that? |
| 09:44:22 | 6 | A. Um-hum. |
| 09:44:22 | 7 | Q. And isn't what follows here the |
| 09:44:24 | 8 | receipt? |
| 09:44:24 | 9 | A. No. It's a duplicate, because the -- |
| 09:44:28 | 10 | this is the record -- this is the minutes. The |
| 09:44:30 | 11 | actual receipt would have been written on a |
| 09:44:33 | 12 | separate piece of paper. |
| 09:44:34 | 13 | Q. It says, "Of which the following is a |
| 09:44:38 | 14 | duplicate." That is the language of the receipt, |
| 09:44:40 | 15 | is it not? |
| 09:44:41 | 16 | A. No. The language of the minutes is, |
| 09:44:46 | 17 | below the signature of N. Phillips, there is a text |
| 09:44:50 | 18 | which duplicates the separate piece of paper on |
| 09:44:54 | 19 | which the original receipt was written. That's |
| 09:44:59 | 20 | what it means. |
| 09:45:00 | 21 | Q. Can you look at your report. Can you |
| 09:45:05 | 22 | look at the paragraph that says, "CSI also |
| 09:45:07 | 23 | safeguarded other Torah scrolls," blah-blah-blah, |
| 09:45:12 | 24 | "to be redelivered when duly requested." Do you |
| 09:45:16 | 25 | see that? |

10  (Pages 34 to 37)

38

Mann

09:45:21  2    A. Um-hum.

09:45:21  3    Q. And was that the end of the sentence

09:45:23  in the minutes?

09:45:24  5    A. I did not transcribe the entire

09:45:26  6  minutes in any case. I only transcribed what was

09:45:30  7  relevant to the report.

09:45:31  8    Q. So are you saying that that was the

09:45:34  9  end of the sentence?

09:45:37  10    A. I would have to look through this

09:45:40  11  document to tell you.

09:45:41  12    Q. Well, if it wasn't the end of the

09:45:44  13  sentence, do you think you should have indicated

09:45:46  14  that in some way?

09:45:49  15    A. First of all, we have to ascertain

09:45:51  16  whether it was or was not the end of the sentence.

09:45:54  17    Q. Okay. Well, let's look at it.

09:45:59  18    A. It is the end of the sentence.

09:46:01  19  Because Phillips is on the page 1. Phillips signs

09:46:05  20  underneath the word "duplicate," okay? You see

09:46:09  21  that? And then there's the -- the copy of the

09:46:18  22  receipt, see?

09:46:19  23    Q. The copy --

09:46:20  24    A. It says, is a duplicate. Period. And

09:46:24  25  then, here is the signature of N. Phillips.

39

Mann

09:46:29  2    Now begins the duplication of the

09:46:32  3  contents of the receipt which exists on a

09:46:35  4  separate -- which existed on a separate piece of

09:46:38  5  paper that was given to the Seixas family.

09:46:40  6    Q. Okay. Let's look at your report. "To

09:46:44  7  be redelivered when duly requested." Is there a

09:46:53  8  period there?

09:46:56  9    A. No, it's that this is another case

09:46:59  10  we're talking about. "For the use of the

09:47:01  11  congregation."

09:47:02  12    Q. Keep reading. Do you want me to help

09:47:09  13  you?

09:47:10  14    A. No. Um -- "for the use of the

09:47:19  15  congregation." I can't make out the next word.

09:47:22  16    Q. The next word is "hereafter."

09:47:26  17    A. Yes, go ahead.

09:47:27  18    Q. The next word is "worshipping."

09:47:30  19    A. "In the synagogue."

09:47:32  20    Q. Synagogue. Keep reading.

09:47:34  21    A. "At" -- um -- then it says, "Rhode

09:47:38  22  Island."

09:47:38  23    Q. "At Newport, Rhode Island."

09:47:41  24    A. Yes.

09:47:41  25    Q. Tell me how that didn't make it into

40

Mann

09:47:43  2  your report? Did it?

09:47:58  3    A. I didn't consider -- considered it

09:48:00  4  redundant. I just -- I wrote -- I quoted the part

09:48:06  5  that they belonged to the congregation of that

09:48:09  6  place right after Newport, Rhode Island, and they

09:48:14  7  were being put into Shearith Israel in charge of

09:48:16  8  the trustees to be redelivered when duly requested.

09:48:20  9    I didn't consider the end of it

09:48:22  10  important.

09:48:22  11    Q. Ms. Mann, what is the name today of

09:48:39  12  the congregation that's worshiping at the Newport

09:48:42  13  Synagogue?

09:48:45  14    A. Jeshuat Israel. With a J.

09:48:49  15    Q. So you think it was appropriate to

09:48:53  16  leave out that language?

09:48:55  17    A. I think it was redundant. It's a

09:48:58  18  point that was made over and over again.

09:49:00  19    Q. Was that an edit that you made or an

09:49:03  20  edit that counsel made?

09:49:04  21    A. I made.

09:49:04  22    Q. Now, how did it come about that you

09:49:17  23  were retained in this case?

09:49:20  24    A. You'll have to ask my lawyer.

09:49:21  25    Q. No, I'm entitled to ask you. How did

41

Mann

09:49:23  2  it come about that you --

09:49:25  3    A. I was contacted by Mr. Louis Solomon.

09:49:30  4    Q. And what's your hourly rate?

09:49:32  5    A. $275 per hour.

09:49:36  6    Q. And how many hours have you worked on

09:49:37  7  this matter?

09:49:39  8    A. Uh -- I would have to -- I'd have to

09:49:42  9  total it up for you.

09:49:46  10    Q. Well, can you give me an estimate?

09:49:50  11    A. I billed at the end of October for

09:49:53  12  some little over $15,000 and I haven't added it up

09:49:58  13  since, because I have not sent another bill. I can

09:50:00  14  give you the hours and the dates.

09:50:02  15    Q. Can you just, can you give me a rough

09:50:04  16  estimate --

09:50:05  17    A. No, I won't, without totaling up --

09:50:07  18    Q. You can't give me an estimate

09:50:09  19  without --

09:50:09  20    A. I won't give you an estimate without

09:50:11  21  totaling up the hours.

09:50:12  22    Q. But through October, you had charged

09:50:16  23  15,000?

09:50:19  24    A. A little over 15,000.

09:50:21  25    Q. Do you have any prior relationship

11 (Pages 38 to 41)

42

Mann

09:50:23  2    with CSI?
09:50:24  3        A. Yes.
09:50:24  4        Q. What's the relationship?
09:50:27  5        A. My brother was a member before he went
09:50:29  6    on aliya twenty years ago. I know some of the
09:50:36  7    heads of departments. I know Rabbi Angel.
09:50:41  8        Q. Do you have a lot of friends there?
09:50:43  9        A. I have some friends there.
09:50:44  10       Q. And your brother, Mr. Ben Chaim --
09:50:48  11       A. No, my brother is Mr. Eisenberg.
09:50:51  12       Q. He was a member?
09:50:52  13       A. He was a member. He went on aliya to
09:50:55  14   Israel twenty years ago.
09:50:56  15       Q. Have you ever been to CSI for
09:50:59  16   services?
09:51:00  17       A. Yes.
09:51:00  18       Q. On how many occasions?
09:51:03  19       A. Oh, two, I can remember. One when my
09:51:06  20   brother was a member, and I went once for
09:51:09  21   Tisha B'Av about fifteen years ago, and I went once
09:51:14  22   on November 1st.
09:51:15  23       Q. Now, you've written books in the field
09:51:20  24   of Jewish ornaments, right?
09:51:23  25       A. Jewish art.

43

Mann

09:51:23  2        Q. And ornaments, right?
09:51:25  3        A. Encompassed in the word "art."
09:51:29  4        Q. Right. It was Crowning Glory. You
09:51:37  5    wrote that, right?
09:51:38  6        A. I edited it.
09:51:39  7        Q. And you also wrote an introduction,
09:51:41  8    right?
09:51:41  9        A. Correct.
09:51:41  10       Q. And are your books and other writings
09:51:47  11   reliable authorities in the field of Jewish
09:51:49  12   ornaments and Jewish art?
09:51:50  13       A. They are considered so.
09:51:51  14       Q. And are your statements in connection
09:51:53  15   with Jewish art truthful?
09:51:55  16       A. Yes.
09:51:55  17       Q. And are they reliable?
09:52:03  18       A. They have not been contradicted.
09:52:05  19       Q. Now, you worked at The Jewish Museum,
09:52:08  20   right?
09:52:08  21       A. For 29 years.
09:52:09  22       Q. What was your last position there?
09:52:11  23       A. I had the same position from beginning
09:52:13  24   to end. Which was, I was chair of the department
09:52:17  25   of Judaica.

44

Mann

09:52:20  2        Q. And when did you leave?
09:52:23  3        A. 1998.
09:52:25  4        Q. Why was that?
09:52:28  5        A. Why was that? Because the museum was
09:52:31  6    turning direction and dealt mostly with art history
09:52:37  7    coupled with cultural history, and they were, the
09:52:40  8    new board was only interested in modern and
09:52:43  9    contemporary art.
09:52:44  10       Q. Now, The Jewish Museum from time to
09:52:49  11   time makes statements about Jewish ornaments,
09:52:52  12   right?
09:52:54  13       A. Only in the context of books or
09:52:58  14   program brochures.
09:52:59  15       Q. And are those statements, would you
09:53:00  16   consider them to be reliable?
09:53:01  17       A. When I was there, I would consider
09:53:03  18   them to be reliable because I checked them.
09:53:05  19       Q. Okay. What about --
09:53:07  20       A. I cannot vouch for anything said now
09:53:10  21   since I left.
09:53:10  22       Q. What about before you joined, would
09:53:14  23   you consider pronouncements by The Jewish Museum on
09:53:17  24   Jewish ornaments generally to be reliable?
09:53:19  25       MR. SOLOMON: I object to the question

45

Mann

09:53:20  2    as overly broad, vague.
09:53:22  3        Q. You can answer.
09:53:25  4        THE WITNESS: Can I answer?
09:53:26  5        MR. SOLOMON: You can.
09:53:27  6        A. I would not put -- I would not -- I
09:53:32  7    don't trust what was done before because the people
09:53:34  8    who were there were not trained.
09:53:38  9        Q. So is it your testimony that The
09:53:40  10   Jewish Museum is not a reliable authority --
09:53:40  11       A. No.
09:53:42  12       Q. -- before your time, not a reliable
09:53:45  13   authority on Jewish ornaments?
09:53:46  14       A. I think I would phrase it as follows:
09:53:49  15   For its time, it represented the state of
09:53:54  16   scholarship in the field. When I came, I, having a
09:53:58  17   Ph.D., I established a new standard of scholarship.
09:54:03  18       Q. I think you testified and, I'm sorry
09:54:12  19   if I'm getting it not quite right, you testified
09:54:15  20   that when you worked on this matter, you went to
09:54:18  21   the JTS library and pulled as many secondary
09:54:22  22   sources as you could.
09:54:23  23       A. Um-hum.
09:54:24  24       Q. On what subject?
09:54:25  25       MR. SOLOMON: You're going to have to

12  (Pages 42 to 45)

46

Mann

| | 1 | |
|---|---|---|
| 09:54:26 | 2 | answer audibly. |
| 09:54:27 | 3 | A. I pulled all the books on the history |
| 09:54:30 | 4 | of the Touro Synagogue and the Jewish community in |
| 09:54:34 | 5 | Newport, and I pulled all the books related to |
| 09:54:40 | 6 | Congregation Shearith Israel from its founding and |
| 09:54:42 | 7 | its move through its various locations 'till the |
| 09:54:47 | 8 | present day. |
| 09:54:48 | 9 | Q. Did you pull all the books written |
| 09:54:50 | 10 | about Myer Myers? |
| 09:54:51 | 11 | A. I had read those before. |
| 09:54:52 | 12 | Q. What books were those? |
| 09:54:55 | 13 | A. There's a book by a woman named |
| 09:54:58 | 14 | Rosenbaum, there's a 1965 pamphlet accompanying an |
| 09:55:04 | 15 | exhibition at The Jewish Museum. There was a |
| 09:55:06 | 16 | pamphlet that really doesn't deal with the Judaica |
| 09:55:09 | 17 | that was from the B'nai B'rith Museum in the '60s, |
| 09:55:13 | 18 | I think, too. |
| 09:55:14 | 19 | Q. What was the name of the Rosenbaum |
| 09:55:18 | 20 | book, was that Jeanette Rosenbaum? |
| 09:55:21 | 21 | A. Yes. |
| 09:55:22 | 22 | Q. And had you read that book before? |
| 09:55:23 | 23 | A. Um-hum. |
| 09:55:24 | 24 | Q. In what context? |
| 09:55:25 | 25 | A. My work as a curator of Judaica. |

47

Mann

| | 1 | |
|---|---|---|
| 09:55:28 | 2 | Q. And is she the only person who has |
| 09:55:31 | 3 | written about Myer Myers? |
| 09:55:32 | 4 | A. Until -- she was the only -- no. |
| 09:55:34 | 5 | There are other pamphlets. There's a short essay |
| 09:55:41 | 6 | on fake Myer Myers marks that I remember reading |
| 09:55:44 | 7 | years ago. |
| 09:55:45 | 8 | Q. So she wrote the only book? |
| 09:55:47 | 9 | A. She wrote the most comprehensive book |
| 09:55:51 | 10 | until Barquist. |
| 09:55:52 | 11 | Q. Did you consider her book to be |
| 09:55:54 | 12 | generally reliable? |
| 09:55:55 | 13 | A. I think her book is of great interest |
| 09:55:58 | 14 | for her quotation of advertisements and notices in |
| 09:56:02 | 15 | newspapers that were contemporary with the work of |
| 09:56:05 | 16 | Myer Myers. She makes unsupported suppositions |
| 09:56:10 | 17 | that are not reliable. |
| 09:56:12 | 18 | Q. What's the type of unsupported |
| 09:56:16 | 19 | suppositions? |
| 09:56:16 | 20 | A. I can't answer that without going |
| 09:56:18 | 21 | through the book again. |
| 09:56:18 | 22 | Q. Well, did she make any unsupported |
| 09:56:22 | 23 | suppositions as to whether Myer Myers made rimmonim |
| 09:56:25 | 24 | for Newport? |
| 09:56:26 | 25 | A. I can't answer that without looking at |

48

Mann

| | 1 | |
|---|---|---|
| 09:56:28 | 2 | the book. |
| 09:56:29 | 3 | Q. Okay. Now, what are Jewish ornaments |
| 09:56:35 | 4 | generally? |
| 09:56:38 | 5 | A. Well, the category that we're |
| 09:56:39 | 6 | concerned with are ornaments for the Torah scroll. |
| 09:56:42 | 7 | Q. Okay. What is their purpose? |
| 09:56:44 | 8 | A. To enhance the beauty of the scroll. |
| 09:56:46 | 9 | Q. Does a synagogue need or require |
| 09:56:51 | 10 | rimmonim to have a service? |
| 09:56:53 | 11 | A. No. |
| 09:56:53 | 12 | Q. Can a synagogue function properly |
| 09:56:58 | 13 | without rimmonim? |
| 09:57:00 | 14 | A. It can. |
| 09:57:00 | 15 | Q. You belong to Congregation Kehillat |
| 09:57:09 | 16 | Jeshurun, right? |
| 09:57:09 | 17 | A. Correct. |
| 09:57:10 | 18 | Q. And that synagogue, while it's been |
| 09:57:12 | 19 | displaced, hasn't used rimmonim for years, right? |
| 09:57:16 | 20 | A. It's a different tradition. It's an |
| 09:57:20 | 21 | Ashkenazi synagogue. Shearith Israel is a |
| 09:57:21 | 22 | Sephardic synagogue in which rimmonim have the |
| 09:57:23 | 23 | longest history. |
| 09:57:24 | 24 | Q. That's not my question. My question |
| 09:57:27 | 25 | is, Congregation -- |

49

Mann

| | 1 | |
|---|---|---|
| 09:57:28 | 2 | A. They do not use them regularly because |
| 09:57:29 | 3 | they are from a different type of Judaism. |
| 09:57:32 | 4 | Q. And am I right that most synagogues |
| 09:57:35 | 5 | don't have rimmonim? |
| 09:57:36 | 6 | A. You are not right. |
| 09:57:37 | 7 | Q. If a synagogue can't afford rimmonim, |
| 09:57:44 | 8 | can it still function as a synagogue? |
| 09:57:46 | 9 | A. Yes. |
| 09:57:46 | 10 | Q. Now, you wrote in -- you wrote in |
| 09:57:55 | 11 | Crowning Glory, I believe you wrote in Crowning |
| 09:57:59 | 12 | Glory that the purpose of rimmonim is aesthetic, |
| 09:58:01 | 13 | right? |
| 09:58:03 | 14 | A. It contributes, according to |
| 09:58:05 | 15 | Maimonides, it contributes to the beauty of the |
| 09:58:07 | 16 | service and I will say that the Sephardic |
| 09:58:12 | 17 | tradition, which we know from manuscripts in Spain, |
| 09:58:15 | 18 | have the longest history of the use of rimmonim. |
| 09:58:18 | 19 | We can trace -- the earliest rimmonim and |
| 09:58:23 | 20 | representations of them that we trace -- can trace |
| 09:58:27 | 21 | are all Sephardic. |
| 09:58:28 | 22 | Q. Are there differences between the |
| 09:58:35 | 23 | approach in art history and let's say, American |
| 09:58:37 | 24 | history? |
| 09:58:39 | 25 | A. Well, straight history -- historical |

13   (Pages 46 to 49)

50

Mann

```
09:58:41   1   studies that do not involve -- it's on -- well, can
09:58:46   3   I go back?
09:58:47   4       Q. Sure.
09:58:47   5       A. Today, there's a lot of emphasis on
09:58:50   6   including material culture in the study of history,
09:58:53   7   but that was not necessarily the approach before.
09:58:55   8   I think this is only a decade old.
09:58:57   9       Q. So what were the differences, are
09:59:03  10   there differences in approach between -- in
09:59:06  11   American history and art history?
09:59:08  12       A. The same differences that pertain to
09:59:11  13   history versus art history. Art history is focused
09:59:15  14   on a work or works that are connected. History is
09:59:21  15   focused on documents primarily. Art historians
09:59:27  16   examine the works, compare them to other works and
09:59:30  17   then go on to documentation, to fill out the
09:59:32  18   context of the piece.
09:59:34  19       Q. Now, can you name any recognized
09:59:43  20   authorities on Myer Myers?
09:59:46  21       A. Barquist.
09:59:46  22       Q. What about Rosenbaum?
09:59:48  23       A. There was a lot of criticism of her
09:59:51  24   book.
09:59:52  25       Q. By whom?
```

51

Mann

```
09:59:53   2       A. I've seen it in later writings. I
09:59:57   3   can't answer specifically.
09:59:58   4       Q. Can you identify any specific
09:59:59   5   criticism of that book?
10:00:06   6       A. I would have to review them now.
10:00:06   7       Q. As you sit here today, do you know
10:00:09   8   anything reflecting negatively on her scholarship?
10:00:12   9       A. That same criticism of the book, which
10:00:15  10   is the evidence of her scholarship. I will not
10:00:18  11   answer because I would need to go back and --
10:00:21  12       Q. Well, as you sit here today, can you
10:00:23  13   give me any criticism of her scholarship?
10:00:25  14       A. Not without having the book in front
10:00:28  15   of me.
10:00:28  16       Q. Okay. In this paper, did you do
10:00:40  17   anything to look at her research papers?
10:00:42  18       A. No, because she was superseded by
10:00:46  19   Barquist. I did look at the sources for Barquist.
10:00:52  20       Q. Okay. Can you name any authorities in
10:00:56  21   colonial American Jewish history?
10:00:58  22       A. Jonathan Sarna is the premiere.
10:01:01  23       Q. Anyone else?
10:01:03  24       A. Depends on what period. The colonial
10:01:06  25   period, I would say Sarna. There are other people
```

52

Mann

```
10:01:08   2   like Jack Wertheimer who work on contemporary
10:01:14   3   Jewish life. There's a sociologist in Queens named
10:01:19   4   Steven Cohen. These are the major people.
10:01:24   5       Q. Now, you cite a number of secondary
10:01:27   6   authorities in your report, correct?
10:01:30   7       A. Correct.
10:01:31   8       Q. And are they generally reliable?
10:01:32   9       A. The de Sola Pool writings, the
10:01:39  10   writings by Reverend de Sola Pool, of which there
10:01:42  11   were several books, are all based on original
10:01:44  12   research in the documents of Shearith Israel. He
10:01:48  13   is very reliable.
10:01:49  14       Q. What about other ones that you cite,
10:01:51  15   are they not reliable?
10:01:54  16       A. Such as?
10:01:55  17       Q. Well, you cite Morris Gutstein.
10:01:57  18       A. That's not for CSI. That's for
10:02:01  19   Newport. I think Gutstein is reliable, though
10:02:06  20   sometimes there's contradictions.
10:02:08  21       Q. You also cite Tom Freudenheim, is that
10:02:10  22   right?
10:02:10  23       A. Tom Freudenheim would not be
10:02:14  24   considered an expert. He was the curator who
10:02:17  25   created this exhibition but it's not evident that
```

53

Mann

```
10:02:21   2   he did original research.
10:02:22   3       Q. But you cited it in your report. You
10:02:24   4   relied on it, didn't you?
10:02:26   5       A. No, I didn't rely on it. I cited
10:02:28   6   examples of exhibitions of the Myer Myers.
10:02:32   7       Q. Well, it was material incorporated in
10:02:35   8   your report, correct?
10:02:36   9       MR. SOLOMON: Objection, misleading.
10:02:37  10       Q. Was material incorporated into your
10:02:42  11   report from that book?
10:02:43  12       A. Only insofar as it was an exhibition
10:02:46  13   of Myer Myers prior to the Yale exhibition.
10:02:51  14       Q. Can you look at footnote 11.
10:03:11  15       MR. JACOBY: On page 5, I think.
10:03:16  16       A. I have it.
10:03:16  17       Q. You see you cite him there for a
10:03:20  18   proposition in your report?
10:03:24  19       A. I cited it because my language
10:03:28  20   reflects his as to the purpose of the use of
10:03:34  21   rimmonim.
10:03:34  22       Q. Well, you wouldn't have cited him
10:03:36  23   unless he was reliable, would you have?
10:03:38  24       A. Tom Freudenheim -- but I didn't cite
10:03:43  25   his evidence for the rimmonim, per se. I cited his
```

14 (Pages 50 to 53)

54

| | | |
|---|---|---|
| | 1 | Mann |
| 10:03:47 | 2 | evidence for the use of rimmonim in the synagogue. |
| 10:03:49 | 3 | Q. So you picked and chose what you would |
| 10:03:53 | 4 | cite from him, right? |
| 10:03:54 | 5 | MR. SOLOMON: Object to the form. |
| 10:03:54 | 6 | Q. Go ahead. You can answer. |
| 10:03:57 | 7 | A. Based on my own knowledge, I picked |
| 10:04:00 | 8 | and choosed. Chose. |
| 10:04:02 | 9 | Q. What expertise did you bring to bear |
| 10:04:08 | 10 | on this case? |
| 10:04:13 | 11 | A. I have 29 years as a curator and |
| 10:04:16 | 12 | subsequently, after -- since 1995, overlapping with |
| 10:04:21 | 13 | my last years at the museum, I have directed a -- |
| 10:04:27 | 14 | an MA program in Jewish art at the Jewish |
| 10:04:33 | 15 | Theological Seminary in which I teach a specific |
| 10:04:35 | 16 | course on Jewish ceremonial art and another one on |
| 10:04:39 | 17 | synagogue architecture. |
| 10:04:40 | 18 | Q. Have you ever taught any courses in |
| 10:04:42 | 19 | American Jewish history? |
| 10:04:43 | 20 | A. I'm not a historian. |
| 10:04:44 | 21 | Q. So does that mean you have not taught |
| 10:04:50 | 22 | any courses in American Jewish history? |
| 10:04:51 | 23 | A. I'm not qualified to teach American |
| 10:04:53 | 24 | Jewish history. Jonathan Sarna is qualified. |
| 10:04:57 | 25 | Q. Are you qualified to given an opinion |

55

| | | |
|---|---|---|
| | 1 | Mann |
| 10:04:59 | 2 | on American Jewish history? |
| 10:05:00 | 3 | A. No. |
| 10:05:01 | 4 | Q. Did you apply the historical method in |
| 10:05:15 | 5 | preparing your report? |
| 10:05:16 | 6 | A. Yes. |
| 10:05:16 | 7 | Q. Tell me exactly how. |
| 10:05:19 | 8 | A. By reading the documents and reporting |
| 10:05:22 | 9 | what they said. |
| 10:05:22 | 10 | Q. Okay. So you read the documents, you |
| 10:05:24 | 11 | reported what they said. And did you draw factual |
| 10:05:26 | 12 | conclusions from the documents? |
| 10:05:27 | 13 | A. Yes. |
| 10:05:28 | 14 | Q. Did you weigh the evidence? |
| 10:05:32 | 15 | A. In what sense? |
| 10:05:33 | 16 | Q. Well, did you read some things, |
| 10:05:36 | 17 | decide -- I mean, you gave an example of |
| 10:05:38 | 18 | Freudenheim, where you used some of the |
| 10:05:41 | 19 | Freudenheim, not other of Freudenheim. You made |
| 10:05:44 | 20 | judgments as to what evidence was more persuasive |
| 10:05:48 | 21 | or less persuasive, didn't you? |
| 10:05:50 | 22 | A. Yes. |
| 10:05:50 | 23 | Q. What is it that you can do that the |
| 10:05:53 | 24 | judge can't do here? What is it that you bring? |
| 10:05:57 | 25 | Can't the judge do the same thing? |

56

| | | |
|---|---|---|
| | 1 | Mann |
| 10:05:59 | 2 | A. I bring an understanding of the |
| 10:06:01 | 3 | provenance of the pieces which I have traced. I |
| 10:06:06 | 4 | bring an understanding of the differences between |
| 10:06:08 | 5 | the pairs, based on their artistic qualities, the |
| 10:06:13 | 6 | way they were made. I bring an understanding of |
| 10:06:17 | 7 | how these five pairs of rimmonim fit within the |
| 10:06:23 | 8 | history of rimmonim in general and were influenced |
| 10:06:27 | 9 | by European examples. |
| 10:06:31 | 10 | Q. Are you formally trained in archival |
| 10:06:41 | 11 | review? |
| 10:06:42 | 12 | A. An art historian always deals with |
| 10:06:45 | 13 | documents and by taking courses in paleography, one |
| 10:06:49 | 14 | learns how to read documents. I think my |
| 10:06:55 | 15 | colleagues will attest to the fact that I was able |
| 10:06:55 | 16 | to read these documents easier and in more -- in an |
| 10:07:00 | 17 | easier way than they were because of my training. |
| 10:07:02 | 18 | Q. Have you ever opined on a dispute, an |
| 10:07:08 | 19 | issue of disputed legal ownership before? |
| 10:07:10 | 20 | A. No. |
| 10:07:10 | 21 | Q. Are you a lawyer? |
| 10:07:13 | 22 | A. No. |
| 10:07:13 | 23 | Q. Do you read legal cases as part of |
| 10:07:15 | 24 | your profession? |
| 10:07:16 | 25 | A. I read legal cases coming out of |

57

| | | |
|---|---|---|
| | 1 | Mann |
| 10:07:20 | 2 | Jewish law, not United States law. |
| 10:07:23 | 3 | Q. Do you have any understanding what |
| 10:07:26 | 4 | legal principles apply in this case? |
| 10:07:28 | 5 | A. No. |
| 10:07:28 | 6 | Q. Do you have any understanding what |
| 10:07:30 | 7 | legal presumptions might apply? |
| 10:07:32 | 8 | A. No. |
| 10:07:32 | 9 | Q. Are you an expert on property law? |
| 10:07:34 | 10 | A. No. |
| 10:07:34 | 11 | Q. Are you an expert on trusts? |
| 10:07:37 | 12 | A. No. |
| 10:07:37 | 13 | Q. Have you ever written any articles on |
| 10:07:41 | 14 | American Jewish history? |
| 10:07:42 | 15 | A. No. |
| 10:07:43 | 16 | Q. Have you ever written any articles on |
| 10:07:45 | 17 | the Newport Jewish community? |
| 10:07:47 | 18 | A. No. |
| 10:07:47 | 19 | Q. Have you ever written any articles on |
| 10:07:50 | 20 | Myer Myers? |
| 10:07:51 | 21 | A. No. |
| 10:07:51 | 22 | Q. Are you an expert on the relationship |
| 10:07:55 | 23 | between synagogues? |
| 10:07:56 | 24 | A. Yes. |
| 10:07:56 | 25 | Q. What's the basis for your expertise? |

15  (Pages 54 to 57)

58

Mann

| | | |
|---|---|---|
| 10:08:01 | 2 | A. Life experience and also reading in |
| 10:08:05 | 3 | historical sources, reading original responsa which |
| 10:08:12 | 4 | are questions asked to knowledgeable rabbis and |
| 10:08:14 | 5 | their answers. I wrote a book on that, on texts |
| 10:08:17 | 6 | relating to Jewish art, and published in 2000. |
| 10:08:24 | 7 | Q. What's the name of the book? |
| 10:08:25 | 8 | A. It's called Jewish Texts on the Visual |
| 10:08:28 | 9 | Arts. |
| 10:08:29 | 10 | Q. Are you an officer of any synagogue? |
| 10:08:31 | 11 | A. No. |
| 10:08:31 | 12 | Q. Have you ever been? |
| 10:08:32 | 13 | A. No. |
| 10:08:32 | 14 | Q. Have you ever been a trustee of a |
| 10:08:34 | 15 | synagogue? |
| 10:08:34 | 16 | A. No. |
| 10:08:34 | 17 | Q. Have you ever had a leadership |
| 10:08:36 | 18 | position in a synagogue? |
| 10:08:38 | 19 | A. I was a rabbi's wife for 23 years. If |
| 10:08:42 | 20 | you consider that as an unofficial leadership |
| 10:08:45 | 21 | position, then I had one. |
| 10:08:51 | 22 | MR. WAGNER: Off the record. |
| 10:08:53 | 23 | MR. SOLOMON: Let's not go off the |
| 10:08:54 | 24 | record. |
| 10:08:54 | 25 | MR. WAGNER: Okay. |

59

Mann

| | | |
|---|---|---|
| 10:08:55 | 2 | Q. Have you ever held any formal position |
| 10:09:02 | 3 | in the Jewish community? |
| 10:09:04 | 4 | MR. SOLOMON: I object to the form. I |
| 10:09:07 | 5 | have no idea what that means. |
| 10:09:08 | 6 | A. Would you rephrase that? |
| 10:09:09 | 7 | Q. Well, you know there are Jewish |
| 10:09:12 | 8 | communal organizations, right? Have you ever held |
| 10:09:14 | 9 | a position in any Jewish communal organization? |
| 10:09:16 | 10 | A. Only as a member. |
| 10:09:18 | 11 | Q. And what organization? |
| 10:09:19 | 12 | A. Hadassah, AMIT. I was a member of -- |
| 10:09:26 | 13 | until last year, I was a member of the burial |
| 10:09:30 | 14 | society at Congregation Kehillas Jeshurun. I also |
| 10:09:35 | 15 | performed the same functions when I lived in |
| 10:09:38 | 16 | Wichita, Kansas for five-and-a-half years. |
| 10:09:44 | 17 | Volunteer work that women usually do. |
| 10:09:47 | 18 | Q. Are you a member of the American |
| 10:09:50 | 19 | Jewish Historical Society? |
| 10:09:50 | 20 | A. No. |
| 10:09:52 | 21 | Q. Are you a member of any local Jewish |
| 10:09:56 | 22 | historical society? |
| 10:09:57 | 23 | A. I'm a member of the Association of |
| 10:10:01 | 24 | Jewish Studies, which is nationwide. I'm a member |
| 10:10:04 | 25 | of the World Congress of Jewish Studies, which is |

60

Mann

| | | |
|---|---|---|
| 10:10:09 | 2 | international. |
| 10:10:11 | 3 | Q. None of those are historical |
| 10:10:13 | 4 | societies, are they? |
| 10:10:14 | 5 | A. Yes. They encompass the whole range |
| 10:10:16 | 6 | of Jewish studies. There are historians, there are |
| 10:10:20 | 7 | text historians, there are people like me who study |
| 10:10:25 | 8 | art and material culture. |
| 10:10:28 | 9 | Q. Are you a member of the American |
| 10:10:29 | 10 | Historical Society? |
| 10:10:29 | 11 | A. U.S. -- |
| 10:10:32 | 12 | Q. I think I asked the American Jewish |
| 10:10:34 | 13 | Historical Society, but -- |
| 10:10:35 | 14 | A. No. |
| 10:10:36 | 15 | Q. Did you conduct any surveys of Jews in |
| 10:10:40 | 16 | connection with this matter? |
| 10:10:42 | 17 | A. No. |
| 10:10:42 | 18 | Q. Did you survey anyone at CSI in |
| 10:10:44 | 19 | connection with this matter? |
| 10:10:46 | 20 | A. No. |
| 10:10:47 | 21 | Q. Okay. Now, your report. Who wrote |
| 10:10:52 | 22 | your report? |
| 10:10:52 | 23 | A. I did. |
| 10:10:52 | 24 | Q. How many drafts did it go through? |
| 10:10:57 | 25 | A. This is the second draft. |

61

Mann

| | | |
|---|---|---|
| 10:10:59 | 2 | Q. Okay. Did counsel review the drafts? |
| 10:11:03 | 3 | A. There was one draft. Counsel reviewed |
| 10:11:06 | 4 | it and this is the result. |
| 10:11:08 | 5 | Q. Okay. And were there changes made by |
| 10:11:11 | 6 | counsel? |
| 10:11:13 | 7 | A. There were suggestions. Some I |
| 10:11:15 | 8 | accepted, and some I didn't. |
| 10:11:17 | 9 | Q. Did you write the headings? |
| 10:11:20 | 10 | A. Yes. |
| 10:11:20 | 11 | Q. Did you choose your words with care in |
| 10:11:24 | 12 | the report? |
| 10:11:26 | 13 | A. A writer, an academic writer always |
| 10:11:28 | 14 | chooses one's words with care. |
| 10:11:30 | 15 | Q. And did you choose your punctuation |
| 10:11:33 | 16 | with care? |
| 10:11:34 | 17 | A. There may be typos, but I try to |
| 10:11:36 | 18 | follow accepted norms. |
| 10:11:38 | 19 | Q. Now, could reasonable minds differ as |
| 10:11:43 | 20 | to your conclusions? |
| 10:11:44 | 21 | MR. SOLOMON: Asked and answered. |
| 10:11:44 | 22 | Q. You can answer. |
| 10:11:49 | 23 | A. No one has examined the same evidence. |
| 10:11:52 | 24 | So they would have to do research on the same areas |
| 10:11:56 | 25 | that I did in order to challenge whatever it was -- |

16  (Pages 58 to 61)

62

|  |  |  |
|---|---|---|
| | 1 | Mann |
| 10:12:02 | 2 | I don't know if that's specific enough -- |
| 10:12:03 | 3 | Q. Well, is it your testimony that no one |
| 10:12:10 | 4 | has looked at the entries you looked at relating to |
| 10:12:14 | 5 | Myer Myers in the 1750s and 1760s? |
| 10:12:18 | 6 | MR. SOLOMON: This is the third or |
| 10:12:20 | 7 | fourth time the same question is being |
| 10:12:21 | 8 | asked. I object to it. |
| 10:12:22 | 9 | Q. You can answer. |
| 10:12:24 | 10 | A. I've answered it. There's no reason |
| 10:12:26 | 11 | to answer it again. |
| 10:12:27 | 12 | Q. Well, can you identify anyone who's |
| 10:12:28 | 13 | looked at it? |
| 10:12:31 | 14 | A. de Sola Pool, Rabbi de Sola Pool read, |
| 10:12:35 | 15 | quotes extensively from the minutes, okay? And a |
| 10:12:40 | 16 | lot of -- and some of what I quote comes from him. |
| 10:12:42 | 17 | But I believe he was not focusing on the material |
| 10:12:50 | 18 | objects which I was focusing on, from reading what |
| 10:12:55 | 19 | he wrote. |
| 10:12:56 | 20 | Q. Did anyone ever tell you that CSI has |
| 10:13:03 | 21 | publicly taken the position that CYI was the |
| 10:13:07 | 22 | original possessor of the rimmonim? |
| 10:13:12 | 23 | MR. SOLOMON: There's no foundation. |
| 10:13:13 | 24 | I object to the question. |
| 10:13:14 | 25 | Q. You can answer. |

63

|  |  |  |
|---|---|---|
| | 1 | Mann |
| 10:13:16 | 2 | A. I saw no foundation for that. |
| 10:13:18 | 3 | Q. Didn't you read that? |
| 10:13:19 | 4 | A. No. |
| 10:13:26 | 5 | Q. You state on Exhibit B, under |
| 10:13:30 | 6 | pleadings you read, "Amended answer" -- |
| 10:13:32 | 7 | A. What page -- |
| 10:13:33 | 8 | Q. -- this is on Exhibit B. |
| 10:13:36 | 9 | MR. JACOBY: To your report. |
| 10:13:36 | 10 | Q. "Amended Answer and Counterclaim," do |
| 10:13:39 | 11 | you see that? |
| 10:13:45 | 12 | A. Where is that? In here? |
| 10:13:52 | 13 | THE WITNESS: There's nothing there. |
| 10:13:59 | 14 | (A pause in the proceedings.) |
| 10:14:12 | 15 | MR. WAGNER: Mark this as the next |
| 10:14:14 | 16 | exhibit. |
| 10:14:14 | 17 EXH | (Mann Exhibit 7, Defendant's amended |
| 10:14:14 | 18 | answer and counterclaim, marked for |
| 10:14:31 | 19 | identification, as of this date.) |
| 10:14:31 | 20 | Q. Now, you looked at this document, |
| 10:14:34 | 21 | right? |
| 10:14:34 | 22 | A. Um -- yeah. I didn't really focus on |
| 10:14:37 | 23 | it. |
| 10:14:37 | 24 | Q. You didn't focus on it carefully? |
| 10:14:39 | 25 | A. No. |

64

|  |  |  |
|---|---|---|
| | 1 | Mann |
| 10:14:40 | 2 | Q. Can you look at paragraph 15 on page |
| 10:14:43 | 3 | 11. Can you read that? |
| 10:14:53 | 4 | (Witness perusing document.) |
| 10:14:57 | 5 | A. Uh -- I don't understand. Who is |
| 10:15:00 | 6 | stating that? |
| 10:15:01 | 7 | Q. Well, this is being stated by CSI. |
| 10:15:03 | 8 | A. Where do I know that -- how do I know |
| 10:15:07 | 9 | that that's a CSI statement? |
| 10:15:09 | 10 | Q. Look at the first line on the first |
| 10:15:11 | 11 | page of the -- "Congregation Shearith Israel hereby |
| 10:15:16 | 12 | answers the complaint as follows." And do you see |
| 10:15:20 | 13 | it says, "By 1822, Yeshuat Israel, original |
| 10:15:25 | 14 | possessor of the rimmonim, ceased to exist," do you |
| 10:15:29 | 15 | see that? |
| 10:15:30 | 16 | A. I think they erred in the word |
| 10:15:32 | 17 | "possessor." |
| 10:15:32 | 18 | Q. My only question is whether you see |
| 10:15:34 | 19 | this here. |
| 10:15:35 | 20 | A. I see this now. I did not read this |
| 10:15:37 | 21 | document. |
| 10:15:37 | 22 | Q. Well, it's listed on your Exhibit B as |
| 10:15:40 | 23 | you having read it. |
| 10:15:44 | 24 | A. I looked at it. I did not -- I did |
| 10:15:49 | 25 | not -- I didn't focus on that sentence. |

65

|  |  |  |
|---|---|---|
| | 1 | Mann |
| 10:15:50 | 2 | Q. Now -- |
| 10:15:59 | 3 | A. Which I believe to be erroneous. |
| 10:16:01 | 4 | Q. You list on Exhibit B -- actually, you |
| 10:16:09 | 5 | list on Exhibit B, "Declaration of Rabbi Marc |
| 10:16:13 | 6 | Angel." Do you see that? |
| 10:16:16 | 7 | A. I did not -- I don't have labels |
| 10:16:18 | 8 | for -- which -- |
| 10:16:18 | 9 | Q. I'm sorry, I don't mean to clutter you |
| 10:16:24 | 10 | up with paper. You can put this aside. Here |
| 10:16:29 | 11 | (indicating). |
| 10:16:31 | 12 | A. Oh, right. I'm sorry. Yes, I read |
| 10:16:34 | 13 | it. |
| 10:16:34 | 14 | Q. Okay. Did you speak to Rabbi Angel |
| 10:16:36 | 15 | about any of the issues about in case? |
| 10:16:38 | 16 | A. No. |
| 10:16:38 | 17 | Q. Why not? I don't mean to suggest that |
| 10:16:41 | 18 | you should or shouldn't have, but is there any |
| 10:16:44 | 19 | particular reason why you didn't? |
| 10:16:53 | 20 | A. It was felt that he had -- let me say |
| 10:16:55 | 21 | this: |
| 10:16:56 | 22 | In popular books written about art, |
| 10:17:00 | 23 | people often don't do original research. They take |
| 10:17:03 | 24 | from prior research. I view Rabbi Angel's book, |
| 10:17:09 | 25 | which -- and this is true not only for art, books |

17 (Pages 62 to 65)

66

Mann

10:17:13 2 on art, it's true for books on history. And I
10:17:16 3 believe that this is the character of Rabbi Angel's
10:17:19 4 book. I can recognize sections that were written
10:17:22 5 originally by de Pool, not plagiarized, but the
10:17:27 6 points made, and I did not see the necessity of
10:17:30 7 speaking to Rabbi Angel.
10:17:32 8 Q. Okay. Now, you list discovery
10:17:34 9 materials there, do you see that?
10:17:35 10 A. Um-hum.
10:17:36 11 Q. Can you articulate a yes?
10:17:39 12 A. Yes, I'm sorry.
10:17:40 13 Q. Those discovery materials, who
10:17:41 14 selected those discovery materials for you to
10:17:43 15 review?
10:17:44 16 A. I found them.
10:17:47 17 Q. You found them. Did you look at all
10:17:48 18 of the documents that were produced in this case?
10:17:52 19 A. That were listed here?
10:17:54 20 Q. No. This is a subset of the documents
10:17:57 21 that have been produced.
10:17:58 22 A. I did not -- I did not read -- there
10:18:04 23 were pages and pages about the lease between CSI,
10:18:07 24 and I did not read those. Because I deemed --
10:18:13 25 because I supposed that they were legal concepts

67

Mann

10:18:15 2 and matters that were beyond my experience.
10:18:18 3 Q. But do you know whether you were given
10:18:23 4 access to all of the documents that the parties
10:18:25 5 produced in this case?
10:18:33 6 A. You'd have to ask them.
10:18:33 7 Q. Well, do you know one way or the
10:18:36 8 other?
10:18:41 9 A. I think that what I read was an
10:18:44 10 amalgam of what they had and what I found that they
10:18:48 11 did not know of.
10:18:49 12 Q. Okay. So they selected some documents
10:18:52 13 for you to review, correct?
10:18:54 14 A. Correct.
10:18:54 15 Q. And then you found other documents.
10:18:57 16 A. Correct.
10:18:57 17 Q. Were those documents from outside
10:18:58 18 sources?
10:18:59 19 A. What do you mean by "outside sources"?
10:19:03 20 Q. That is to say, did they come from
10:19:05 21 someplace other than CSI?
10:19:06 22 A. No.
10:19:06 23 Q. Okay. What were those documents?
10:19:09 24 A. The ledger, which runs from 1740s to
10:19:12 25 after the revolution, and the minutes -- the

68

Mann

10:19:18 2 minutes, the inventory, etc., etc.
10:19:20 3 Q. The ledger, what's the top of the
10:19:23 4 ledger say?
10:19:25 5 A. It says -- I don't remember -- "Holy
10:19:25 6 Tzedaka."
10:19:30 7 Q. "Holy Tzedaka."
10:19:30 8 A. Correct.
10:19:31 9 Q. What does "tzedaka" mean?
10:19:34 10 A. It means charity. In this case, it
10:19:36 11 has a more specific meaning. In Spanish -- that's
10:19:38 12 the general meaning. The important specific
10:19:41 13 meaning I understand from it is that all the
10:19:44 14 disbursements, in other words, whatever was given
10:19:47 15 in charity, how it was used. And it lists what
10:19:54 16 people gave and it lists all the disbursements of
10:19:56 17 the congregation.
10:20:00 18 Q. Have you looked at a complete record
10:20:01 19 of the provenance of these rimmonim?
10:20:06 20 A. I think I reconstructed the provenance
10:20:10 21 of the rimmonim.
10:20:10 22 Q. But did you look at a complete record?
10:20:12 23 A. There was no complete record.
10:20:13 24 Q. Why is that?
10:20:19 25 A. Why is that? Because -- why? Because

69

Mann

10:20:22 2 I don't think anybody had done the research.
10:20:23 3 Q. And is it also because these matters
10:20:27 4 date back over the course of 250 years?
10:20:30 5 A. That's no excuse.
10:20:32 6 Q. Right. But records could be lost,
10:20:34 7 right?
10:20:35 8 A. Obviously, because CJI claims its
10:20:38 9 records have been lost.
10:20:39 10 Q. And CSI could have lost records too,
10:20:44 11 right?
10:20:44 12 MR. SOLOMON: Objection, calls for
10:20:45 13 speculation.
10:20:46 14 Q. You can answer.
10:20:48 15 A. CSI had its records microfilmed by
10:20:54 16 YIVO, so that some of the lost records could be
10:20:58 17 retrieved that way.
10:21:00 18 Q. CSI keeps very meticulous records --
10:21:05 19 A. Yes, it does. Exceedingly meticulous.
10:21:09 20 Q. And the minutes are exceedingly
10:21:12 21 meticulous, are they not?
10:21:14 22 A. Yes.
10:21:14 23 Q. Is there anything that you didn't see
10:21:24 24 that you would have wanted to see?
10:21:26 25 A. I would have liked to see the minutes

18 (Pages 66 to 69)

70

Mann

10:21:28  of the original Yeshuat Israel from the time of its
10:21:33  formation or the time of its building the building,
10:21:38  say, 1759, until its disbandment in 1818.
10:21:46      Q. What does the term "historical method"
10:21:50  mean?
10:21:54      A. I can tell you art historical method.
10:21:57  I don't want to comment on straight historical
10:21:59  method.
10:21:59      Q. Well, are you able to explain straight
10:22:04  historical method?  Or --
10:22:08      A. For what?  I'm an art historian.
10:22:12      Q. Okay.  Tell me art historical method.
10:22:15      A. Art historical methodology begins with
10:22:18  the study of a work or a series of works, and then,
10:22:26  with very detailed examination of works, in the
10:22:30  case of silver, that will include marks and
10:22:33  identifying where the marks were issued, and
10:22:38  recorded.
10:22:39      Then one looks at parallels to the
10:22:43  works and then, I would say secondarily, one looks
10:22:48  at documents which often elucidate the
10:22:53  commissioning and the use of the works.
10:22:54      Q. Is it inappropriate as a historian to
10:23:00  ignore contrary evidence?

71

Mann

10:23:01      A. No.
10:23:01      Q. Is it inappropriate as a historian to
10:23:04  look at only part of the available record?
10:23:05      A. No.
10:23:08      Q. Is it appropriate as a historian to
10:23:11  cherry-pick documents?
10:23:15      MR. SOLOMON:  I object.
10:23:15      A. What do you mean by "cherry-pick"?
10:23:17      Q. To look at some relevant documents but
10:23:19  not others.
10:23:20      A. You just asked that question.
10:23:21      Q. Okay.  You can answer.
10:23:22      A. I answered it.
10:23:23      Q. Okay.  Is it appropriate historical
10:23:27  method to cherry-pick statements within documents?
10:23:33      A. If a person quoted -- one might issue
10:23:40  an appendix with complete documents at the end of a
10:23:43  book.  In the narrative of a book, one wouldn't be
10:23:47  quoting the complete documents.
10:23:49      Q. Is there a hierarchy of primary and
10:23:53  secondary sources in history?
10:23:54      A. You keep asking me about history.  And
10:23:59  I would like to ask you to ask me about art
10:24:01  history.

72

Mann

10:24:01      Q. Okay.  So is that because you're only
10:24:07  an expert in art history?
10:24:09      A. I am primarily an expert in art
10:24:11  history who has read a lot of history and delves
10:24:17  into history in order for the primary purpose of
10:24:21  explaining and placing objects in context.
10:24:23      Q. Is it inappropriate for a historian to
10:24:26  opine outside his or her area of expertise?
10:24:30      A. To apply what?
10:24:31      Q. No, to opine.
10:24:34      A. No.
10:24:34      Q. Okay.  Is there anything with respect
10:24:39  to what you've done here in which you believe
10:24:45  you've opined outside your area of expertise?
10:24:48      A. No.
10:24:49      Q. So getting back to my question, is
10:24:53  there a hierarchy of primary and secondary sources
10:24:58  within art history?
10:25:00      A. I -- I would say the primary source is
10:25:03  the object; its appearance, its silver, its marks,
10:25:11  indications of ownership, and then documentary or
10:25:16  historical evidence that elucidates those facts
10:25:24  known from the object.
10:25:25      Q. But when you see a secondary source

73

Mann

10:25:27  cited, when you see a secondary source and the
10:25:29  secondary source cites the original, a primary
10:25:32  source, is the primary source more reliable than
10:25:34  the secondary source as a general matter?
10:25:36      A. Yes.
10:25:36      Q. And I'm right that not all secondary
10:25:41  sources are of equal weight?
10:25:44      A. Yes.
10:25:44      Q. Is it fair to say that, as a -- any
10:25:53  time I say "historian," I'm going to mean art
10:25:55  historian.  I may mess up.  But can missing or
10:26:03  unavailable evidence limit your ability as an art
10:26:06  historian to reach a particular conclusion?
10:26:11      A. Without -- missing evidence will lead
10:26:14  to a partial conclusion.
10:26:20      Q. Now, in preparing your report, did you
10:26:25  make assumptions from time to time as to why
10:26:28  documents were prepared?
10:26:31      A. Which -- what do you mean by why
10:26:34  documents were prepared?
10:26:36      Q. The purpose of the document.
10:26:39      A. Such as?  Give me an example.
10:26:41      Q. Well, the -- the 1869 inventory, for
10:26:45  example.  Did you consider the purpose of the

19 (Pages 70 to 73)

74

| | | Mann |
|---|---|---|
| 10:26:48 | 2 | document? |
| 10:26:54 | 3 | A. I would assume from the detailed |
| 10:26:57 | 4 | quality of that 1869 inventory, which goes down to |
| 10:27:01 | 5 | the brooms in the closet, that this -- Reverend |
| 10:27:08 | 6 | Lyons was asked to provide a complete description |
| 10:27:10 | 7 | of everything belonging to CSI. And if you note, |
| 10:27:15 | 8 | on the last page of the report, page 38, he even |
| 10:27:19 | 9 | lists several objects which belonged to CSI and are |
| 10:27:25 | 10 | on loan to other congregations. |
| 10:27:27 | 11 | Q. Do you have any evidence that Reverend |
| 10:27:32 | 12 | Lyons looked at the 1833 minutes when he prepared |
| 10:27:35 | 13 | that inventory? |
| 10:27:36 | 14 | A. I think he went through the building. |
| 10:27:38 | 15 | My impression is, he went through the building. |
| 10:27:40 | 16 | Q. That's not my question. Do you have |
| 10:27:41 | 17 | any evidence that -- |
| 10:27:42 | 18 | A. No. |
| 10:27:42 | 19 | Q. -- now, you haven't spoken with anyone |
| 10:27:51 | 20 | who has personal knowledge of the underlying events |
| 10:27:55 | 21 | in this case, right? |
| 10:27:56 | 22 | A. They took place a long time ago. |
| 10:27:57 | 23 | Q. And since it took place a long time |
| 10:28:02 | 24 | ago, we can't be certain of what really happened, |
| 10:28:04 | 25 | can we? |

75

| | | Mann |
|---|---|---|
| 10:28:06 | 2 | A. We can be as certain as we can of |
| 10:28:09 | 3 | other historical events. If you say George |
| 10:28:13 | 4 | Washington was president, you have documentary |
| 10:28:16 | 5 | basis that he was president. |
| 10:28:17 | 6 | Q. Well, but we don't have a document |
| 10:28:21 | 7 | that says, "Myer Myers made the rimmonim in |
| 10:28:26 | 8 | question for CSI," do we? |
| 10:28:31 | 9 | A. We do. |
| 10:28:31 | 10 | Q. What is that document? |
| 10:28:32 | 11 | A. It's the payments made to Myer Myers. |
| 10:28:35 | 12 | Q. It doesn't -- that reference, 36.4.1 |
| 10:28:39 | 13 | doesn't reference rimmonim, does it? |
| 10:28:40 | 14 | A. But the next reference, the subsequent |
| 10:28:43 | 15 | reference does reference rimmonim. And the first |
| 10:28:47 | 16 | reference, I have been able to -- to aggregate |
| 10:28:57 | 17 | facts about the cost of silver and the cost of |
| 10:29:02 | 18 | workmanship and so forth to -- that leads, in |
| 10:29:07 | 19 | comparison with the cost of other objects that were |
| 10:29:11 | 20 | simpler, to state that these are -- this was a |
| 10:29:14 | 21 | payment for rimmonim; added to which, there are |
| 10:29:17 | 22 | many different kinds of payments listed in the CSI |
| 10:29:20 | 23 | minutes for the 18th century. And Myer Myers, as |
| 10:29:26 | 24 | Parnas, was given one type of payment as a Parnas, |
| 10:29:33 | 25 | and he's also referred to as a late Parnas, not |

76

| | | Mann |
|---|---|---|
| 10:29:36 | 2 | meaning he died, but the last one. |
| 10:29:38 | 3 | There are payments to him for specific |
| 10:29:40 | 4 | items he purchased for the congregation, like a |
| 10:29:43 | 5 | book. And then there is this payment. Which is |
| 10:29:46 | 6 | not of the character of either of the other types. |
| 10:29:49 | 7 | Q. Okay. Well, can you turn to page 5 of |
| 10:29:52 | 8 | your report, the second bullet. Is there any |
| 10:30:04 | 9 | reference in that second bullet to rimmonim? |
| 10:30:07 | 10 | A. To what? |
| 10:30:09 | 11 | Q. Rimmonim. |
| 10:30:09 | 12 | A. No. |
| 10:30:10 | 13 | Q. Now, am I right that a fair portion of |
| 10:30:16 | 14 | your report describes, you know, what the parties |
| 10:30:20 | 15 | the or said to each other? |
| 10:30:23 | 16 | A. I did not record what people said to |
| 10:30:26 | 17 | one another. Only as it was reported in minutes. |
| 10:30:29 | 18 | Q. Right. And you recorded what people |
| 10:30:31 | 19 | communicated with each other, right? |
| 10:30:34 | 20 | A. What was communicated in minutes. |
| 10:30:36 | 21 | That's all. |
| 10:30:36 | 22 | Q. No, I understand that you're |
| 10:30:37 | 23 | referencing documents. But a fair portion of your |
| 10:30:40 | 24 | report reports on what people communicated to each |
| 10:30:43 | 25 | other, right? |

77

| | | Mann |
|---|---|---|
| 10:30:44 | 2 | A. No. It's also a record of what they |
| 10:30:48 | 3 | did. |
| 10:30:49 | 4 | Q. That's what they did. Okay. And a |
| 10:30:52 | 5 | fair amount of your report, or your report opines |
| 10:30:58 | 6 | on what people intended, right? |
| 10:31:00 | 7 | A. No. |
| 10:31:00 | 8 | Q. Well, don't you say that certain items |
| 10:31:02 | 9 | were loans and not gifts? |
| 10:31:06 | 10 | A. That is not a matter of intention. |
| 10:31:10 | 11 | That's a matter of ownership and whether ownership |
| 10:31:14 | 12 | was transferred. |
| 10:31:16 | 13 | Q. It's also a matter of what the donor |
| 10:31:18 | 14 | intended, whether the donor intended the item as a |
| 10:31:22 | 15 | gift or a loan, correct? |
| 10:31:23 | 16 | A. I won't get into legal aspects of |
| 10:31:26 | 17 | this. |
| 10:31:26 | 18 | Q. Okay. |
| 10:31:28 | 19 | A. I'm not competent in that. |
| 10:31:30 | 20 | Q. Is there any amount of speculation in |
| 10:31:37 | 21 | your report? |
| 10:31:42 | 22 | A. No. |
| 10:31:42 | 23 | Q. Are you qualified to opine on the |
| 10:31:51 | 24 | ownership rights? |
| 10:31:54 | 25 | A. No, I think you're talking a legal |

20  (Pages 74 to 77)

78

|  | | Mann |
|---|---|---|
| 10:31:57 | 2 | matter. |
| 10:31:57 | 3 | Q. And am I right that what you tried to |
| 10:32:09 | 4 | do was re -- as best you could -- reconstruct what |
| 10:32:13 | 5 | happened? |
| 10:32:15 | 6 | A. Correct. |
| 10:32:15 | 7 | Q. And based on your reading of the |
| 10:32:17 | 8 | documents, you drew factual conclusions. |
| 10:32:20 | 9 | A. I didn't draw factual conclusions. I |
| 10:32:23 | 10 | reported facts. |
| 10:32:25 | 11 | Q. But you drew factual conclusions from |
| 10:32:28 | 12 | those facts, right? |
| 10:32:29 | 13 | A. I can say that, yes. |
| 10:32:30 | 14 | Q. Okay. One of your conclusions -- |
| 10:32:33 | 15 | A. Is that they -- that the second bullet |
| 10:32:36 | 16 | pertains to rimmonim, and based on a variety of |
| 10:32:39 | 17 | evidence. |
| 10:32:39 | 18 | Q. Is there any other plausible |
| 10:32:50 | 19 | explanation for what happened here? |
| 10:32:52 | 20 | A. Where? |
| 10:32:54 | 21 | Q. With respect to whether Myer Myers |
| 10:32:56 | 22 | made the rimmonim for CSI or for Touro Synagogue. |
| 10:33:02 | 23 | A. You're asking two questions, correct? |
| 10:33:10 | 24 | What is the first question? |
| 10:33:13 | 25 | Q. Is there any other plausible scenario |

79

|  | | Mann |
|---|---|---|
| 10:33:18 | 2 | with respect to who Mr. Myers made the rimmonim |
| 10:33:23 | 3 | for? |
| 10:33:27 | 4 | A. No. |
| 10:33:44 | 5 | MR. SOLOMON: Want to take a break? |
| 10:33:46 | 6 | MR. WAGNER: No, we can't take breaks |
| 10:33:48 | 7 | unless you just go to the bathroom and |
| 10:33:51 | 8 | come back, because I can't have these |
| 10:33:52 | 9 | breaks counted against me. |
| 10:33:53 | 10 | THE WITNESS: I have to go to the |
| 10:33:55 | 11 | bathroom. |
| 10:33:55 | 12 | MR. WAGNER: Okay, then I ask you to |
| 10:33:57 | 13 | come right back. And I'm not agreeing |
| 10:34:00 | 14 | that breaks count against my time because |
| 10:34:02 | 15 | they don't. |
| 10:34:04 | 16 | (Recess taken.) |
| 10:39:08 | 17 | MR. WAGNER: Mark this next. |
| 10:39:10 | 18 | EXH    (Mann Exhibit 8, document entitled, |
| 10:39:10 | 19 | "Myer Myers, American Silversmith," |
| 10:39:10 | 20 | Bates numbered CJIB01574 through 1582, |
| 10:39:10 | 21 | marked for identification, as of this |
| 10:39:46 | 22 | date.) |
| 10:39:46 | 23 | EXAMINATION (Cont'd.) |
| 10:39:47 | 24 | BY MR. WAGNER: |
| 10:39:59 | 25 | Q. Let me just actually go -- I want to |

80

|  | | Mann |
|---|---|---|
| 10:40:05 | 2 | go back to my question about intent or state of |
| 10:40:07 | 3 | mind. I'm right that you opined as to the state of |
| 10:40:10 | 4 | mind of the actors, correct? |
| 10:40:12 | 5 | A. No. |
| 10:40:12 | 6 | Q. Can you look at page 3 of your report, |
| 10:40:20 | 7 | under "Summary of Opinions." |
| 10:40:22 | 8 | A. Um-hum. |
| 10:40:23 | 9 | Q. Second paragraph, second sentence, "I |
| 10:40:29 | 10 | have seen no evidence indicating that, prior to |
| 10:40:33 | 11 | CJI's attempts to sell the rimmonim, either CSI or |
| 10:40:36 | 12 | CJI was confused about the fact that CSI owned the |
| 10:40:39 | 13 | rimmonim." |
| 10:40:40 | 14 | Do you see that? |
| 10:40:40 | 15 | A. Yes. |
| 10:40:40 | 16 | Q. That's opinion about their state of |
| 10:40:42 | 17 | mind, is it not? |
| 10:40:43 | 18 | A. No, that is based on the minutes of |
| 10:40:46 | 19 | meetings at CJI in the years since the turn of the |
| 10:40:52 | 20 | millennium, and all the statements that precede |
| 10:40:56 | 21 | them. |
| 10:40:56 | 22 | Q. Let me just rephrase it. You drew a |
| 10:40:58 | 23 | conclusion based on those materials concerning the |
| 10:41:00 | 24 | state of mind of both CSI and CJI, correct? |
| 10:41:05 | 25 | A. I didn't -- it's not a state of mind. |

81

|  | | Mann |
|---|---|---|
| 10:41:07 | 2 | It's fact that CSI owned the rimmonim. |
| 10:41:10 | 3 | Q. I understand that. But you drew a |
| 10:41:12 | 4 | conclusion as to whether either one of them was |
| 10:41:15 | 5 | confused about ownership, did you not? |
| 10:41:19 | 6 | A. You're -- maybe you find my language |
| 10:41:22 | 7 | unfelicitous. But I simply meant that there was no |
| 10:41:29 | 8 | documentary evidence that contradicted CSI's |
| 10:41:34 | 9 | ownership of everything. And I would say that the |
| 10:41:38 | 10 | issue of ownership did not come up through 1958 |
| 10:41:42 | 11 | when Rabbi Gutstein published his book, which is |
| 10:41:46 | 12 | the last complete book on the Touro Synagogue and |
| 10:41:50 | 13 | its history, until this whole brouhaha started. |
| 10:41:56 | 14 | Q. Now, you have before you the brochure |
| 10:42:00 | 15 | from -- |
| 10:42:02 | 16 | A. Tom Freudenheim. |
| 10:42:05 | 17 | Q. This was issued by The Jewish Museum, |
| 10:42:09 | 18 | correct? |
| 10:42:09 | 19 | A. Right. In 1965. |
| 10:42:10 | 20 | Q. And is The Jewish Museum -- well, at |
| 10:42:19 | 21 | the time, was it a reliable authority on the |
| 10:42:21 | 22 | provenance of Jewish ornaments? |
| 10:42:23 | 23 | MR. SOLOMON: Objection, asked and |
| 10:42:24 | 24 | answered. |
| 10:42:24 | 25 | Q. You can answer. |

21 (Pages 78 to 81)

82

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | Mann                                               |
| 0:42:26 | 2  | A. No, I answered that before.                    |
| 0:42:28 | 3  | Q. The answer is no?                               |
| 0:42:31 | 4  | A. That wasn't the answer I gave. I said           |
| 0:42:33 | 5  | that the level of scholarship was typical of the   |
| 0:42:37 | 6  | time but that it had been upgraded with my coming  |
| 0:42:47 | 7  | with a Ph.D. The other people didn't have it. And  |
| 0:42:50 | 8  | there's no statement -- there are statements in     |
| 0:42:52 | 9  | here in the listing. It says, "Lent by." Doesn't   |
| 0:42:59 | 10 | say "owned by."                                    |
| 0:43:02 | 11 | MR. SOLOMON: He's actually not asked               |
| 0:43:05 | 12 | a question --                                      |
| 0:43:07 | 13 | Q. Dr. Mann -- is it Doctor Or Professor?          |
| 0:43:11 | 14 | A. Doctor.                                         |
| 0:43:12 | 15 | Q. I'm sorry. Just listen to my                    |
| 0:43:14 | 16 | question. At the time this piece was written, was  |
| 0:43:21 | 17 | The Jewish Museum a reliable authority on the      |
| 0:43:24 | 18 | provenance of Jewish ornaments?                    |
| 0:43:27 | 19 | MR. SOLOMON: Objection, asked and                  |
| 0:43:28 | 20 | answered.                                          |
| 0:43:28 | 21 | Q. You can answer.                                 |
| 0:43:30 | 22 | A. I think I have.                                 |
| 0:43:30 | 23 | Q. Well, can you answer that yes or no?            |
| 0:43:34 | 24 | A. No, I cannot answer it yes or no. I             |
| 0:43:36 | 25 | would say to the extent of scholarship at the time,|

83

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | Mann                                               |
| 0:43:39 | 2  | it would be considered an expert. I don't think   |
| 0:43:44 | 3  | that they did, at that time, the kind of research  |
| 0:43:48 | 4  | that was done subsequently.                        |
| 0:43:49 | 5  | Q. And what subsequent research are you            |
| 0:43:53 | 6  | talking about?                                     |
| 0:43:55 | 7  | A. I came there in 1979, and I started            |
| 0:43:59 | 8  | doing research on a particular collection of       |
| 0:44:04 | 9  | objects that had come from Danzig, Poland, as a    |
| 0:44:10 | 10 | result of which I knew more about Danzig silver     |
| 0:44:14 | 11 | than anybody, certainly at the Met or anywhere else|
| 0:44:18 | 12 | here.                                              |
| 0:44:18 | 13 | Q. Do you know specifically what research          |
| 0:44:20 | 14 | was done to prepare this piece?                    |
| 0:44:23 | 15 | A. No, I was not there at the time.                |
| 0:44:25 | 16 | Q. And I'm right that The Jewish Museum            |
| 0:44:28 | 17 | takes care that statements that they make about    |
| 0:44:30 | 18 | Judaica are accurate?                              |
| 0:44:33 | 19 | A. Yes.                                            |
| 0:44:33 | 20 | Q. And I'm right that The Jewish Museum            |
| 0:44:37 | 21 | frequently prepares literature when presenting an  |
| 0:44:40 | 22 | exhibit?                                           |
| 0:44:41 | 23 | A. Yes. All museums do.                            |
| 0:44:43 | 24 | Q. Now, who is Tom Freudenheim?                    |
| 0:44:53 | 25 | A. Thomas Freudenheim began his career at          |

84

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | Mann                                               |
| 0:44:57 | 2  | The Jewish Museum. He has a Master's degree from   |
| 0:45:00 | 3  | the Institute of Fine Arts. He became -- I don't   |
| 0:45:02 | 4  | know what exact title, curator at The Jewish       |
| 0:45:05 | 5  | Museum. He subsequently became a curator at the    |
| 0:45:09 | 6  | Smithsonian Institution and from there, he became  |
| 0:45:12 | 7  | the curator of the Gilbert Collection in London.   |
| 0:45:16 | 8  | And then he was head of YIVO also for a short      |
| 0:45:24 | 9  | period of time and is now retired.                 |
| 0:45:25 | 10 | Q. So he's still alive?                            |
| 0:45:28 | 11 | A. He lives on Fifth Avenue.                       |
| 0:45:29 | 12 | Q. Close to 92nd Street?                           |
| 0:45:35 | 13 | A. I think a little further north.                 |
| 0:45:37 | 14 | Q. But he's had a pretty good career.             |
| 0:45:40 | 15 | A. Yes.                                            |
| 0:45:40 | 16 | Q. And do you consider him a reliable             |
| 0:45:42 | 17 | scholar?                                           |
| 0:45:42 | 18 | A. For his time.                                   |
| 0:45:43 | 19 | Q. Now, look at the last page of the             |
| 0:45:53 | 20 | document. Actually, who is Hans van Weeren-Griek?  |
| 0:45:58 | 21 | A. Where is this name?                             |
| 0:46:01 | 22 | Q. The bottom of page 1575.                        |
| 0:46:03 | 23 | A. I believe he was the director at the            |
| 0:46:05 | 24 | time. He was the director for only a couple of     |
| 0:46:08 | 25 | years.                                             |

85

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | Mann                                               |
| 0:46:08 | 2  | Q. Do you know anything about him?                 |
| 0:46:10 | 3  | A. No, except that he was from Europe,             |
| 0:46:17 | 4  | and was, I believe, not a person too conversant    |
| 0:46:23 | 5  | with Jewish tradition.                             |
| 0:46:24 | 6  | Q. Okay. Now, the brochure says that the          |
| 0:46:31 | 7  | rimmonim in question were loaned by Touro          |
| 0:46:35 | 8  | Synagogue, correct?                                |
| 0:46:35 | 9  | A. Yes.                                            |
| 0:46:35 | 10 | Q. By the way, do you know whether Myer            |
| 0:46:44 | 11 | Myers had any connection to Touro Synagogue?       |
| 0:46:46 | 12 | A. I haven't seen any evidence.                    |
| 0:46:50 | 13 | Q. Is that relevant to you, whether he            |
| 0:46:52 | 14 | had a connection to the synagogue?                 |
| 0:46:56 | 15 | A. I think the -- you're only speaking            |
| 0:46:59 | 16 | from absence, rather than positive knowledge? We   |
| 0:47:02 | 17 | know he had connection to Mikveh Israel, and that  |
| 0:47:07 | 18 | we have a document, a letter in his name stating   |
| 0:47:10 | 19 | that he had sent rimmonim to Mikveh.               |
| 0:47:15 | 20 | But we have no statements or documents             |
| 0:47:17 | 21 | that pertain to a relationship to Touro, only      |
| 0:47:21 | 22 | insofar as he was on the trustees' board of CSI,   |
| 0:47:28 | 23 | which considered matters related to Touro.         |
| 0:47:29 | 24 | Q. Wasn't his sister a member of Touro            |
| 0:47:31 | 25 | Synagogue?                                         |

22  (Pages 82 to 85)

86

Mann

| | | |
|---|---|---|
| 10:47:31 | 2 | A. I've never seen that. |
| 10:47:33 | 3 | Q. Is that relevant to you? |
| 10:47:35 | 4 | A. No. |
| 10:47:35 | 5 | Q. Can you look at page 1577. |
| 10:47:42 | 6 | A. 15 in this -- in the brochure? |
| 10:47:44 | 7 | Q. 1577. |
| 10:47:46 | 8 | MR. JACOBY: I'm sorry, it's what's |
| 10:47:48 | 9 | called Bates numbers in the lower |
| 10:47:49 | 10 | right-hand corner. |
| 10:47:50 | 11 | A. Oh, yeah, I'm here. Right. |
| 10:47:51 | 12 | Q. The end of the first paragraph, "Each |
| 10:47:53 | 13 | pair of headpieces comes from a congregation to |
| 10:47:56 | 14 | which Myers had a particular connection," and then |
| 10:48:00 | 15 | it goes on to say Touro Synagogue, do you see that? |
| 10:48:05 | 16 | A. Where -- you're reading -- |
| 10:48:11 | 17 | (reading) -- and then it says, "And the Touro |
| 10:48:14 | 18 | Synagogue." It doesn't state that he had a |
| 10:48:17 | 19 | connection. |
| 10:48:17 | 20 | Q. It says, "Each pair of headpieces |
| 10:48:21 | 21 | comes from a synagogue to which Myers had a |
| 10:48:25 | 22 | particular connection," and then it lists three |
| 10:48:27 | 23 | synagogues, does it not? |
| 10:48:29 | 24 | A. Yes. |
| 10:48:29 | 25 | Q. Do you have any basis to dispute what |

87

Mann

| | | |
|---|---|---|
| 10:48:33 | 2 | Tom Freudenheim wrote here? |
| 10:48:35 | 3 | A. On this particular sentence? |
| 10:48:37 | 4 | Q. Yes. |
| 10:48:39 | 5 | A. I -- I would say that number 3 is a |
| 10:48:45 | 6 | different type of connection than the others. |
| 10:48:48 | 7 | Q. Okay. Now, look at 1576, top |
| 10:48:56 | 8 | paragraph. Says, the end of this paragraph says, |
| 10:49:04 | 9 | "A debt of gratitude is also due to" -- |
| 10:49:08 | 10 | A. -- "Dr. Guido Schoenberger." |
| 10:49:10 | 11 | Q. -- "Dr. Guido Schoenberger, who has |
| 10:49:11 | 12 | previously published Myer Myers' Ritual Objects, |
| 10:49:14 | 13 | and the late Jennette Rosenbaum whose monograph on |
| 10:49:17 | 14 | Myer Myers remains an exemplary work of its kind," |
| 10:49:22 | 15 | do you see that? |
| 10:49:23 | 16 | A. Um-hum. |
| 10:49:23 | 17 | Q. And do you agree with that? |
| 10:49:25 | 18 | MR. SOLOMON: Objection, asked and |
| 10:49:26 | 19 | answered. Time four. |
| 10:49:26 | 20 | Q. You can answer. |
| 10:49:28 | 21 | A. I answered it. |
| 10:49:29 | 22 | Q. Do you consider it to be an exemplary |
| 10:49:31 | 23 | work? |
| 10:49:31 | 24 | A. I said for its time. |
| 10:49:32 | 25 | Q. Okay. And can you look at page 1582. |

88

Mann

| | | |
|---|---|---|
| 10:49:35 | 2 | A. And -- I would -- can I add to that? |
| 10:49:37 | 3 | I do not consider it to be an exemplary work. |
| 10:49:41 | 4 | Q. Okay. Can you turn to page 1582. See |
| 10:49:49 | 5 | the note at the bottom? Says, "A monograph on Myer |
| 10:49:55 | 6 | Myers has been published and remains the most |
| 10:49:57 | 7 | definitive study of the man and his work, Jeanette |
| 10:50:01 | 8 | Rosenbaum," do you see that? |
| 10:50:02 | 9 | A. Yes. |
| 10:50:03 | 10 | Q. Do you have any basis to disagree with |
| 10:50:05 | 11 | that statement? |
| 10:50:06 | 12 | MR. SOLOMON: Asked and answered, time |
| 10:50:07 | 13 | five. |
| 10:50:07 | 14 | A. Yes, I think you've asked this and |
| 10:50:09 | 15 | I've answered it. |
| 10:50:09 | 16 | Q. Okay. Is there some other definitive |
| 10:50:12 | 17 | study? |
| 10:50:13 | 18 | A. Not 'till Barquist. Barquist in -- |
| 10:50:18 | 19 | what was it, 2000, is the next definitive study. |
| 10:50:21 | 20 | Q. Okay, so first Rosenbaum, then |
| 10:50:24 | 21 | Barquist. |
| 10:50:25 | 22 | MR. SOLOMON: Objection, misleading. |
| 10:50:26 | 23 | Q. You can answer. |
| 10:50:29 | 24 | A. There were essays written in between. |
| 10:50:34 | 25 | I think it's important to point out that Myers |

89

Mann

| | | |
|---|---|---|
| 10:50:38 | 2 | made -- that Barquist amassed some 360 to 380 |
| 10:50:44 | 3 | pieces known to have been made by Myer Myers and |
| 10:50:47 | 4 | coming from his shop. Of that, we only have six |
| 10:50:53 | 5 | pieces of Judaica, okay? So it's a relatively |
| 10:50:57 | 6 | small percentage of his oeuvre. |
| 10:51:12 | 7 | Q. So let's spend a little time on |
| 10:51:41 | 8 | Rosenbaum. |
| 10:51:41 | 9 | A. I can't do that without the book in |
| 10:51:42 | 10 | front of me. |
| 10:51:43 | 11 | EXH    (Mann Exhibit 9, excerpts from |
| 10:51:43 | 12 | Jeanette Rosenbaum, "Myer Myers, |
| 10:51:43 | 13 | Goldsmith 1723-1795", marked for |
| 10:51:55 | 14 | identification, as of this date.) |
| 10:51:55 | 15 | Q. This is the book that you read? |
| 10:51:57 | 16 | A. Yes. |
| 10:51:57 | 17 | Q. Can you turn to page 36. |
| 10:52:11 | 18 | MR. SOLOMON: This is not the book, |
| 10:52:13 | 19 | this is an excerpt, right? |
| 10:52:14 | 20 | MR. WAGNER: Yes. I mean, if you want |
| 10:52:15 | 21 | I can go down and get the book, but -- |
| 10:52:18 | 22 | Q. -- are you comfortable with this or do |
| 10:52:20 | 23 | you want me to get the book? |
| 10:52:21 | 24 | A. Well, let's hear your questions. I'll |
| 10:52:23 | 25 | tell you if I become uncomfortable. |

23  (Pages 86 to 89)

90

|  |  | Mann |
|---|---|---|
| 10:52:25 | 2 | Q. Okay. Figure 7, "Touro Synagogue |
| 10:52:30 | 3 | National Historic Shrine, Newport, Rhode Island. |
| 10:52:33 | 4 | Myer Myers made silver scroll bells for this |
| 10:52:37 | 5 | congregation about 1765." |
| 10:52:40 | 6 | Do you believe that's inaccurate? |
| 10:52:41 | 7 | A. Yes. Notice that it's not her |
| 10:52:47 | 8 | statement. It's a quote from the Society of |
| 10:52:49 | 9 | Friends of Touro Synagogue, at the bottom of the |
| 10:52:57 | 10 | caption. |
| 10:52:58 | 11 | Q. You think the statement comes from |
| 10:52:59 | 12 | that? |
| 10:52:59 | 13 | A. Yes, absolutely, is what is meant by |
| 10:53:01 | 14 | that citation. |
| 10:53:03 | 15 | Q. Okay. Can you turn to page 33. You |
| 10:53:18 | 16 | see she says, this is the first full paragraph, |
| 10:53:23 | 17 | second-to-last sentence, "The edifice at Newport |
| 10:53:28 | 18 | was erected in 1763 for a congregation which had |
| 10:53:32 | 19 | existed since 1658 and which is now known as the |
| 10:53:36 | 20 | Touro Synagogue National Historic Shrine. Its |
| 10:53:40 | 21 | elaborately designed bells made by Myer Myers about |
| 10:53:44 | 22 | 1765 are still in use as twin ornaments for the |
| 10:53:49 | 23 | wooden rollers around which the Pentateuch is |
| 10:53:55 | 24 | wound." |
| 10:53:56 | 25 | Do you agree with that statement? |

91

|  |  | Mann |
|---|---|---|
| 10:53:57 | 2 | A. No. |
| 10:53:57 | 3 | Q. Okay. Can you turn to page 24? |
| 10:53:59 | 4 | A. I can point out that there were two |
| 10:54:02 | 5 | pairs of Myer Myers finials at the time she was |
| 10:54:05 | 6 | writing and she only references one. |
| 10:54:06 | 7 | Q. Okay. Can you turn to page 24. |
| 10:54:14 | 8 | A. Um-hum. |
| 10:54:14 | 9 | Q. Fourth paragraph at the bottom, last |
| 10:54:20 | 10 | sentence, "Illustrated in E. Alfred Jones' 'The Old |
| 10:54:26 | 11 | Silver of American Churches' are the two pairs of |
| 10:54:29 | 12 | scroll bells which Myer Myers had made for the |
| 10:54:31 | 13 | synagogue at Newport, Rhode Island." |
| 10:54:34 | 14 | Do you see that? |
| 10:54:35 | 15 | A. That is a totally incorrect statement. |
| 10:54:36 | 16 | My only question is whether you see |
| 10:54:38 | 17 | that. |
| 10:54:39 | 18 | A. Yes, I see. |
| 10:54:39 | 19 | Q. My next question is whether you agree |
| 10:54:41 | 20 | with that. And I think you told me you don't. |
| 10:54:43 | 21 | A. I do not agree with it. |
| 10:54:44 | 22 | Q. Turn to page 67. She has plates, |
| 10:54:55 | 23 | "Scroll Bell," one pair -- "one of pair, Touro |
| 10:54:58 | 24 | Synagogue, Newport, Rhode Island," and then, |
| 10:55:01 | 25 | "Identical pairs located at Congregation Shearith |

92

|  |  | Mann |
|---|---|---|
| 10:55:03 | 2 | Israel and Touro Synagogue," do you see that? |
| 10:55:06 | 3 | A. Yes. |
| 10:55:06 | 4 | Q. Okay. Now, do you know who Katherine |
| 10:55:09 | 5 | Buehler is? |
| 10:55:09 | 6 | A. I don't remember right now. |
| 10:55:13 | 7 | Q. Can you turn to page 98. Do you |
| 10:55:21 | 8 | remember reading this part of the book at some |
| 10:55:25 | 9 | point? |
| 10:55:26 | 10 | A. I don't remember having read it. |
| 10:55:28 | 11 | Q. Okay, you turn to page 99. |
| 10:55:34 | 12 | A. Just a minute. |
| 10:55:35 | 13 | Q. Second paragraph -- |
| 10:55:36 | 14 | A. Can I just -- read the begin -- |
| 10:55:38 | 15 | Q. I'm sorry. Sure. |
| 10:55:40 | 16 | (A pause in the proceedings.) |
| 10:55:56 | 17 | A. Yes, what are you asking? |
| 10:55:58 | 18 | Q. The first paragraph, the first full |
| 10:56:00 | 19 | paragraph says, "The use of rimmonim (scroll |
| 10:56:02 | 20 | ornaments) is entirely ornamental." Do you see |
| 10:56:06 | 21 | that? |
| 10:56:06 | 22 | A. Yes. |
| 10:56:06 | 23 | Q. Do you agree with that as a general |
| 10:56:07 | 24 | matter? |
| 10:56:08 | 25 | A. Yes. |

93

|  |  | Mann |
|---|---|---|
| 10:56:08 | 2 | Q. Can we go back to The Jewish Museum |
| 10:56:11 | 3 | brochure for a second? |
| 10:56:14 | 4 | MR. JACOBY: That's Exhibit 8. |
| 10:56:15 | 5 | Q. On page 1576, states -- this is the |
| 10:57:00 | 6 | second paragraph, the middle, it says, "It was not |
| 10:57:07 | 7 | only the members of Congregation Shearith Israel |
| 10:57:09 | 8 | who showed interest in Myers' work -- |
| 10:57:12 | 9 | A. Which paragraph are you reading? |
| 10:57:13 | 10 | Q. I'm sorry. |
| 10:57:14 | 11 | A. The second full paragraph? |
| 10:57:15 | 12 | Q. Yes, with one that starts, "Myers' |
| 10:57:18 | 13 | family." |
| 10:57:18 | 14 | A. "Myers' family," yes. Go -- yes. |
| 10:57:20 | 15 | Q. "It wasn't only the members of |
| 10:57:24 | 16 | Congregation Shearith Israel who showed interest in |
| 10:57:26 | 17 | Myers' work. He received commissions from other |
| 10:57:28 | 18 | synagogues as well as many of the prominent |
| 10:57:31 | 19 | families of his day." |
| 10:57:33 | 20 | Do you see that? |
| 10:57:34 | 21 | A. Yes. |
| 10:57:34 | 22 | Q. Is it your testimony that he did not |
| 10:57:35 | 23 | receive a commission from Touro Synagogue? |
| 10:57:39 | 24 | A. This only says that he received it |
| 10:57:42 | 25 | from other synagogues. The reference could be to |

24 (Pages 90 to 93)

94

| | | Mann |
|---|---|---|
| 10:57:46 | 2 | Mikveh Israel. |
| 10:57:47 | 3 | Q. I understand that. I'm trying to |
| 10:57:49 | 4 | clarify, is it your testimony that he did not |
| 10:57:51 | 5 | receive a commission? |
| 10:57:52 | 6 | A. Correct. He did not. |
| 10:57:52 | 7 | Q. Let me try to clarify something. Is |
| 10:58:29 | 8 | it your testimony that he did not receive a |
| 10:58:32 | 9 | commission or that there's no evidence that he |
| 10:58:34 | 10 | received a commission? Do you understand the |
| 10:58:36 | 11 | difference? |
| 10:58:37 | 12 | MR. SOLOMON: Asked and answered. |
| 10:58:40 | 13 | A. Um -- there are only five pairs of |
| 10:58:44 | 14 | rimmonim. We know that two were made for Mikveh |
| 10:58:49 | 15 | Israel. We know that one pair was made for Samuel |
| 10:58:52 | 16 | Myers, and that eventually was -- was given to |
| 10:59:00 | 17 | Caroline Cohen, who was a descendant. And that |
| 10:59:03 | 18 | leaves two pairs, which were made for CSI. There's |
| 10:59:08 | 19 | no evidence that he made any for Yeshuat Israel. |
| 10:59:13 | 20 | Q. By the way, it's possible that he |
| 10:59:16 | 21 | made -- well, say he made the rimmonim for |
| 10:59:21 | 22 | Spanish-Portuguese. It's possible that |
| 10:59:22 | 23 | Spanish-Portuguese then donated those rimmonim to |
| 10:59:25 | 24 | CYI, right? |
| 10:59:27 | 25 | A. There's no evidence of that. |

95

| | | Mann |
|---|---|---|
| 0:59:28 | 2 | Q. I'm just saying, it's possible. |
| 0:59:29 | 3 | MR. SOLOMON: Objection. |
| 0:59:31 | 4 | THE WITNESS: Objection. |
| 0:59:33 | 5 | A. I'm not going to speculate on that. |
| 0:59:34 | 6 | Q. Is it possible -- |
| 0:59:35 | 7 | A. All the evidence shows that they |
| 0:59:37 | 8 | retained ownership. |
| 0:59:38 | 9 | Q. That's not my question. Do you know |
| 0:59:42 | 10 | how those rimmonim ended up in Newport? |
| 0:59:45 | 11 | A. I believe I can reconstruct a scenario |
| 0:59:48 | 12 | as to how they ended up in Newport. |
| 0:59:50 | 13 | Q. My question is, do you know how they |
| 0:59:52 | 14 | ended up? |
| 0:59:53 | 15 | A. From the available facts, I can give |
| 0:59:56 | 16 | you a plausible way that they ended up in Newport. |
| 0:59:59 | 17 | Q. Is it a more-likely-than-not |
| 1:00:01 | 18 | conclusion? |
| 1:00:04 | 19 | A. They -- rephrase? |
| 1:00:08 | 20 | Q. Well, tell me how you think they ended |
| 1:00:10 | 21 | up in Newport. |
| 1:00:11 | 22 | A. I think that they were in Newport |
| 1:00:14 | 23 | prior, for the first time, prior to the dissolution |
| 1:00:19 | 24 | of the congregation in 1818, because they were |
| 1:00:22 | 25 | noted in the inventory as being engraved with the |

96

| | | Mann |
|---|---|---|
| 11:00:27 | 2 | word "Newport." The word "Newport" as engraved, |
| 11:00:32 | 3 | and I can show you a photograph of the engraving, |
| 11:00:35 | 4 | is -- had two reasons to say that it is 19th |
| 11:00:41 | 5 | Century engraving rather than original engraving. |
| 11:00:44 | 6 | One is the form of the name, "Newport." It's not |
| 11:00:48 | 7 | written like New York as two separate words. It's |
| 11:00:51 | 8 | written as one word. And all the records that I |
| 11:00:54 | 9 | have seen from the 18th century only talk about |
| 11:00:58 | 10 | "New Port," two separate words. That's A. |
| 11:01:02 | 11 | B, it's -- it's a very sloppy |
| 11:01:10 | 12 | engraving. Not of the character -- it's more of |
| 11:01:12 | 13 | the character of something added in the 19th |
| 11:01:14 | 14 | century than something that was written at the time |
| 11:01:17 | 15 | the piece was made. |
| 11:01:18 | 16 | Q. How does that relate to whether these |
| 11:01:21 | 17 | rimmonim, how they ended up in Newport? |
| 11:01:25 | 18 | A. So I think they were lent to Newport. |
| 11:01:28 | 19 | They were lent to Newport prior to 1818. They came |
| 11:01:32 | 20 | to New York with the Seixas family. CSI demands |
| 11:01:39 | 21 | that all the silver that the Seixases had custody |
| 11:01:41 | 22 | of be handed over to CSI. It then appears in the |
| 11:01:45 | 23 | inventory of 1869, among the possessions of |
| 11:01:50 | 24 | Shearith Israel, that they were used in Newport. |
| 11:01:55 | 25 | Okay. Then we have evidence that |

97

| | | Mann |
|---|---|---|
| 11:02:00 | 2 | another set of bells was sent, after the formation |
| 11:02:04 | 3 | of CJI in 1897 to Newport by CSI. There is no |
| 11:02:14 | 4 | record of their being given, only lent. |
| 11:02:19 | 5 | Q. Okay, Dr. Mann, I think you testified |
| 11:02:21 | 6 | that CSI kept very meticulous records. |
| 11:02:25 | 7 | A. Absolutely. |
| 11:02:25 | 8 | Q. And you've seen no loan document, as |
| 11:02:27 | 9 | you testified earlier, concerning the Myer Myers |
| 11:02:31 | 10 | rimmonim, have you, that specifically reference the |
| 11:02:33 | 11 | Myer Myers rimmonim? |
| 11:02:35 | 12 | A. No. |
| 11:02:39 | 13 | Q. So when -- |
| 11:02:40 | 14 | A. Oh, but -- I make an exception to |
| 11:02:42 | 15 | that. I've seen -- I've collected a series of |
| 11:02:48 | 16 | photographs published in the 20th Century that show |
| 11:02:51 | 17 | the Myer Myers rimmonim in Newport. But there's no |
| 11:02:55 | 18 | statement there -- my documentation is not just |
| 11:02:58 | 19 | written documentation, it is the documentation in |
| 11:03:01 | 20 | photographs. |
| 11:03:02 | 21 | Q. Do you have any idea why somebody |
| 11:03:04 | 22 | wrote "Newport" on the bells? |
| 11:03:06 | 23 | A. Well, if you look at the inventory, we |
| 11:03:10 | 24 | can go back to the inventory, there is a listing of |
| 11:03:19 | 25 | 18-some Torah scrolls in the synagogue of CSI. And |

25 (Pages 94 to 97)

98

Mann

11:03:26  2  that is on page -- hold on. Okay.
11:03:36  3      Go to document 14951. And the list
11:03:46  4  actually begins on the previous page with bold
11:03:51  5  heading, "Scrolls Of the Holy Law" written on
11:03:55  6  parchment, and these are those in the -- on the
11:03:59  7  auditorium floor. What is that, I'm not exactly
11:04:03  8  sure what the auditorium floor is, do you? I don't
11:04:05  9  know, at that point. Maybe I don't know what the
11:04:07  10  reference is.
11:04:08  11      But anyway, on the next page, there
11:04:10  12  are -- is a listing of -- continued listing of
11:04:15  13  those on the auditorium floor; and if you look at
11:04:18  14  number 3, it says, "Sefer Torah, small size,
11:04:22  15  formerly Newport Synagogue."
11:04:29  16      So even though this is an inventory --
11:04:31  17  there are two places in this inventory of things
11:04:34  18  that belonged to CSI whose use in Newport is
11:04:39  19  recorded. This sefer Torah which, remember, they
11:04:44  20  sent up one sefer Torah after the reformation of
11:04:48  21  the congregation in 1883, and this pair of
11:04:54  22  rimmonim.
11:04:54  23      Q. Let me go back to my question.
11:04:56  24      Do you know why somebody wrote
11:04:59  25  "Newport" on the base of these rimmonim?

99

Mann

11:05:03  2      A. I think to indicate they were used
11:05:04  3  there.
11:05:05  4      Q. And do you know who wrote it?
11:05:07  5      A. No.
11:05:07  6      Q. And did somebody want to distinguish
11:05:10  7  between Newport bells and CSI bells?
11:05:15  8      A. Between bells that were used in
11:05:17  9  Newport and bells that were used in CSI, yes.
11:05:20  10      Q. So somebody --
11:05:22  11      A. Not -- not -- not implying ownership,
11:05:26  12  just use.
11:05:26  13      Q. But somebody decided to draw a
11:05:29  14  distinction between those two sets of bowls, did
11:05:31  15  they not?
11:05:36  16      A. At -- it would seem that from the
11:05:38  17  engraving. But on the other hand, when they
11:05:42  18  were -- when two Myer Myers finials were sent back
11:05:45  19  to Newport in, I think, 1897, the person who
11:05:52  20  selected those two rimmonim took one from each
11:05:57  21  pair.
11:05:58  22      That implies that he had -- he didn't
11:06:01  23  see any difference. He was blind to the aesthetic
11:06:06  24  differences and he was blind -- as far as he was
11:06:09  25  concerned, they all belonged to CSI. It didn't

100

Mann

11:06:12  2  matter which ones he took.
11:06:13  3      Q. How do you know what he thought? Do
11:06:15  4  you know who this person is?
11:06:15  5      A. No, I don't know.
11:06:16  6      Q. How do you know what he thought?
11:06:18  7      A. Because -- the man took -- whoever did
11:06:21  8  it took one from each pair, one from the pair that
11:06:25  9  had always remained at CSI, and one that had
11:06:29  10  previous been used in Newport. That's why only one
11:06:34  11  stave in Newport is engraved "Newport," and one
11:06:38  12  stave at CSI is engraved "Newport."
11:06:41  13      Q. Is it possible he was just careless?
11:06:44  14      A. Why would he be careless?
11:06:47  15      Q. Well, we don't really know, do we?
11:06:49  16      A. I think he lumped them all together.
11:06:51  17  What lumped them all together was the fact that
11:06:53  18  they all belonged to CSI.
11:06:55  19      Q. Well, we don't even know who he is.
11:06:57  20      A. I think that if we went to the
11:07:02  21  meticulous words we would know who the shamash was
11:07:06  22  in 1897.
11:07:08  23      Q. How do you know the shamash did it?
11:07:10  24      A. Because all references to care of the
11:07:13  25  appurtenances in the synagogue are to the shamash.

101

Mann

11:07:19  2  If you look at the listing of the silver, it says,
11:07:23  3  "All" are in the care of the shamash.
11:07:26  4      Q. If -- see, you testify you've seen no
11:07:30  5  evidence that CSI or CJI was confused about the
11:07:33  6  fact that CSI owned the rimmonim.
11:07:35  7      A. Correct.
11:07:35  8      Q. You recall that. If CJI proclaimed in
11:07:39  9  a public way that CJI owns these rimmonim, would
11:07:45  10  you have expected CSI to have objected and
11:07:47  11  protested?
11:07:47  12      A. The first statements to that effect
11:07:49  13  come after the turn of the millennium, in the
11:07:53  14  minutes of CJI. Those are private minutes. I
11:07:57  15  don't think that they were reported.
11:07:57  16      Q. Not my question. I'm allowed to ask
11:08:01  17  what are called hypothetical questions.
11:08:05  18      If CJI proclaimed in a public way that
11:08:08  19  it owned the Myer Myers rimmonim, would you have
11:08:11  20  expected CSI to have objected?
11:08:13  21      MR. SOLOMON: I object to that
11:08:14  22  question. It's an incomplete
11:08:15  23  hypothetical.
11:08:16  24      Q. You can answer.
11:08:19  25      A. There is no evidence of a public

26  (Pages 98 to 101)

102

|  | |
|---|---|
| | Mann |
| 11:08:20 2 | statement to that effect. |
| 11:08:21 3 | Q. That's not my question. You really |
| 11:08:23 4 | have to listen to the question. I'm not asking you |
| 11:08:25 5 | whether there was a public statement, and maybe I'm |
| 11:08:27 6 | wrong. I've been wrong a lot in my life. |
| 11:08:30 7 | If CJI made a public statement that it |
| 11:08:33 8 | owned the rimmonim, would you have expected that |
| 11:08:36 9 | CSI would have objected? |
| 11:08:39 10 | MR. SOLOMON: Same objection. It's an |
| 11:08:41 11 | incomplete hypothetical. |
| 11:08:42 12 | Q. You can answer. |
| 11:08:47 13 | A. I think the record is that they did -- |
| 11:08:51 14 | if you -- if you -- no, I'm not going to answer it |
| 11:08:54 15 | as it's posed. |
| 11:08:55 16 | Q. Well, I'm entitled to an answer -- |
| 11:08:57 17 | MR. SOLOMON: She's given you an |
| 11:08:58 18 | answer. |
| 11:08:58 19 | MR. WAGNER: She hasn't given me an |
| 11:08:59 20 | answer. |
| 11:08:59 21 | MR. SOLOMON: She just said she's not |
| 11:09:00 22 | going to answer it as posed. |
| 11:09:02 23 | MR. WAGNER: I'm going to pose it |
| 11:09:03 24 | again. You don't have to raise your |
| 11:09:04 25 | voice. |

104

|  | |
|---|---|
| | Mann |
| 11:09:42 2 | going to see the things that you say. |
| 11:09:44 3 | He's going to get the transcript. |
| 11:09:45 4 | MR. SOLOMON: Please give him the |
| 11:09:47 5 | transcript. I'm looking forward to going |
| 11:09:48 6 | in front of him. |
| 11:09:49 7 | MR. WAGNER: Okay. I'm going to ask |
| 11:09:51 8 | it again. |
| 11:09:51 9 | Q. If CJI proclaimed in a public way that |
| 11:09:55 10 | it owned the rimmonim, would you have expected that |
| 11:09:57 11 | CSI would have objected? |
| 11:10:00 12 | A. Yes. |
| 11:10:00 13 | Q. Thank you. By the way, did you read |
| 11:10:13 14 | any of the deposition transcripts in this case? |
| 11:10:14 15 | A. No. Oh, I read Barquist's, I'm sorry. |
| 11:10:21 16 | Q. That wasn't -- it wasn't a deposition. |
| 11:10:29 17 | A. I did not read -- I don't even know |
| 11:10:30 18 | who was deposed except Professor Fisher and |
| 11:10:37 19 | Ms. Sloane from Christie's. |
| 11:10:41 20 | Q. Right. |
| 11:10:50 21 | EXH      (Mann Exhibit 10, two pages from the |
| 11:10:50 22 | Forward dated 6/5/09, marked for |
| 11:11:07 23 | identification, as of this date.) 10. |
| 11:11:07 24 | Q. What is the Jewish Forward? |
| 11:11:11 25 | A. It's a weekly newspaper. |

103

|  | |
|---|---|
| | Mann |
| 11:09:04 2 | MR. SOLOMON: I'm not raising my |
| 11:09:06 3 | voice. |
| 11:09:06 4 | MR. WAGNER: You are. |
| 11:09:07 5 | MR. SOLOMON: No, I'm not. Now how |
| 11:09:10 6 | many more times do you want to do this? |
| 11:09:11 7 | MR. WAGNER: You're yelling at me, no |
| 11:09:12 8 | you're not raising -- |
| 11:09:14 9 | MR. SOLOMON: I'm not raising my |
| 11:09:15 10 | voice. I haven't raised my voice and I |
| 11:09:17 11 | won't. |
| 11:09:17 12 | MR. WAGNER: Okay. |
| 11:09:18 13 | Q. If CJI pro -- |
| 11:09:20 14 | MR. SOLOMON: I can say the same thing |
| 11:09:22 15 | about you, "Oh, stop raising your voice," |
| 11:09:24 16 | knowing that there's no video here and so |
| 11:09:27 17 | that you can make things up and have the |
| 11:09:29 18 | court reporter take them down, |
| 11:09:30 19 | fabrications. |
| 11:09:31 20 | MR. WAGNER: Okay, Lou, don't |
| 11:09:34 21 | accuse -- |
| 11:09:34 22 | MR. SOLOMON: Rare instance -- rare |
| 11:09:36 23 | instance of lawyer taking on the |
| 11:09:39 24 | attributes of his client. |
| 11:09:41 25 | MR. WAGNER: You know, the judge is |

105

|  | |
|---|---|
| | Mann |
| 11:11:13 2 | Q. Is it a weekly Jewish newspaper? |
| 11:11:15 3 | A. It's a weekly newspaper that focuses |
| 11:11:17 4 | on Jewish articles of Jewish interest, but does |
| 11:11:21 5 | include other matters. |
| 11:11:22 6 | Q. And is it a prominent Jewish |
| 11:11:24 7 | newspaper? |
| 11:11:24 8 | MR. SOLOMON: Object to form. No |
| 11:11:26 9 | foundation. |
| 11:11:26 10 | Q. Is it a prominent Jewish newspaper? |
| 11:11:29 11 | A. Only in New York. |
| 11:11:31 12 | Q. And CSI is located in New York, is it |
| 11:11:34 13 | not? |
| 11:11:35 14 | A. Yes. I have not read this, may I -- |
| 11:11:38 15 | Q. I understand. Well, let me just focus |
| 11:11:40 16 | you, you see the article on the right, "Touro |
| 11:11:43 17 | Struggles With Its Historic Legacy"? |
| 11:11:46 18 | A. Um-hum. |
| 11:11:46 19 | Q. You could read to the top of -- |
| 11:11:49 20 | A. I'd like to read it. |
| 11:11:49 21 | Q. Sure. |
| 11:11:50 22 | (A pause in the proceedings.) |
| 11:13:15 23 | Q. I'm only going to ask you through the, |
| 11:13:18 24 | about the background -- if you're marking up... |
| 11:13:21 25 | A. Yes. |

27  (Pages 102 to 105)

106

```
                    1              Mann
11:13:21    2       Q. Are you ready?
11:13:23    3       A. I didn't read the rest of it.
11:13:24    4       Q. Okay. I mean, I don't want to -- if
11:13:26    5   you want to read the rest of it, but I'm only going
11:13:29    6   to ask about --
11:13:30    7       A. All right what's the question?
11:13:31    8       Q. So if someone from CSI read this,
11:13:34    9   would you have expected them to have protested to
11:13:36    10  CJI?
11:13:37    11      MR. SOLOMON: Objection. There's no
11:13:38    12  foundation for the statement.
11:13:39    13      Q. You can answer.
11:13:40    14      A. I don't know if anybody from CSI read
11:13:42    15  it.
11:13:42    16      Q. That's not my question. My question
11:13:44    17  is, if they read it, would you have expected them
11:13:46    18  to protest to CJI?
11:13:50    19      A. If they were knowledgeable about the
11:13:56    20  ownership, yes.
11:13:57    21      Q. Okay. Well, let's go back to the
11:14:00    22  Barquist piece.
11:14:05    23      A. It's also, I just want to add that you
11:14:07    24  see in the same paragraph the inaccuracy of the
11:14:11    25  statement that they planned to sell two pairs of
```

107

```
                    1              Mann
11:14:16    2   Myer Myers rimmonim. So that this is not a totally
11:14:21    3   accurate account of what was taking place.
11:14:24    4       Q. Okay. Can you go back to Exhibit 2.
11:14:44    5   That's the -- do you want us to clean up all
11:14:49    6   your --
11:14:50    7       A. I think I need to -- I have to find 2.
11:14:52    8   Okay. So this is 5 --
11:14:56    9       Q. I'm really sorry to clutter --
11:14:59    10      MR. SHINEROCK: Do you have an extra
11:15:01    11  copy of 2, maybe --
11:15:03    12      Q. You have it right there (indicating).
11:15:06    13      A. I have 1 --
11:15:12    14      (A pause in the proceedings.)
11:15:13    15      Q. This is what it says --
11:15:14    16      A. It's Barquist.
11:15:15    17      Q. Yes.
11:15:17    18      A. Okay, I have to find it.
11:15:24    19      (A pause in the proceedings.)
11:15:26    20      Q. Okay, I see it here. It's at the
11:15:28    21  bottom.
11:15:32    22      A. Okay.
11:15:32    23      Q. Is it okay if I stand here --
11:15:37    24      A. No, I can do it.
11:15:38    25      Q. Look at the last page, page 200. The
```

108

```
                    1              Mann
11:15:45    2   last sentence says, "In addition to this pair
11:15:50    3   marked by Myers, Touro Synagogue now owns a pair of
11:15:53    4   Torah finials of Mediterranean origin with the same
11:15:58    5   engraving inscription."
11:16:01    6       Do you see that?
11:16:02    7       A. Yes.
11:16:02    8       Q. And would you have expected someone
11:16:03    9   from CSI to have protested if they read this?
11:16:06    10      A. They should have.
11:16:09    11      Q. Have you seen any evidence that they
11:16:12    12  did?
11:16:12    13      MR. SOLOMON: That they did read it?
11:16:14    14      Q. That they did protest.
11:16:16    15      A. That they did protest?
11:16:17    16      Q. Yes.
11:16:19    17      A. I did not read minutes from the turn
11:16:21    18  of the millennium.
11:16:25    19      Q. Now, let's turn back to your report.
11:16:50    20      A. I'm just finishing putting this in
11:16:52    21  order.
11:16:52    22      Q. I'm sorry.
11:16:53    23      A. No, it's -- I have my report --
11:16:55    24      Q. Want my associate to do it for you?
11:16:57    25      A. No. I think I'm capable. Okay. What
```

109

```
                    1              Mann
11:17:02    2   do you want to know?
11:17:10    3       Q. So after "summary of opinions," you
11:17:13    4   have a section, "Background and history of Shearith
11:17:16    5   Israel," do you see that?
11:17:21    6       A. Background and history, yes.
11:17:22    7       Q. And that's mostly recounting from
11:17:24    8   secondary sources, right?
11:17:25    9       A. Correct.
11:17:25    10      Q. That's just background.
11:17:27    11      A. Um-hun.
11:17:28    12      Q. Okay. So let's go to the heart of
11:17:33    13  your opinion, one of the opinions.
11:17:49    14      By the way, did you do an
11:17:53    15  investigation of the use of the word "appurtenance"
11:17:56    16  in connection with your --
11:17:58    17      A. I think that Dr. Fisher covered that.
11:18:00    18      Q. Okay. So just on page -- on the
11:18:11    19  second paragraph on page 5, you say, "The pairs of
11:18:18    20  rimmonim are appurtenances intended to adorn and
11:18:23    21  enhance the beauty of the Torah scroll as it is
11:18:25    22  processed" --
11:18:26    23      A. "Processed" is that -- as in
11:18:29    24  "procession."
11:18:30    25      Q. I'm sorry.
```

28   (Pages 106 to 109)

110

|  |  | Mann |
|--|--|--|
| 11:18:32 | 2 | A. That's all right. |
| 11:18:33 | 3 | Q. Now, in the course of a week, for a |
| 11:18:36 | 4 | synagogue that does use rimmonim, in the course of |
| 11:18:39 | 5 | a week, how many times would the Torahs be |
| 11:18:43 | 6 | processed through the synagogue? |
| 11:18:46 | 7 | A. In a normal week, three times. |
| 11:18:49 | 8 | Q. And when is that? |
| 11:18:50 | 9 | A. Monday, Thursday and the Sabbath. But |
| 11:18:54 | 10 | if there's a holiday that week, that will add to -- |
| 11:18:58 | 11 | can add two extra days to -- to two successive |
| 11:19:08 | 12 | weeks. |
| 11:19:08 | 13 | Q. And Jews pray, at least they're |
| 11:19:11 | 14 | supposed to pray 21 times a week? |
| 11:19:13 | 15 | A. Three times a day. |
| 11:19:14 | 16 | Q. Times seven is 21, right? |
| 11:19:17 | 17 | A. Um-hum. |
| 11:19:17 | 18 | Q. Are services illegitimate if they |
| 11:19:20 | 19 | don't use rimmonim? |
| 11:19:21 | 20 | A. You asked this question before. |
| 11:19:22 | 21 | Q. Slightly differently. |
| 11:19:24 | 22 | A. Uh -- the basis -- let me put this |
| 11:19:30 | 23 | way: |
| 11:19:33 | 24 | A synagogue -- the Torah scroll itself |
| 11:19:36 | 25 | is considered to be absolutely necessary. A |

111

|  |  | Mann |
|--|--|--|
| 11:19:38 | 2 | congregation is not allowed to sell a Torah scroll. |
| 11:19:41 | 3 | It is allowed to sell everything else for certain |
| 11:19:44 | 4 | uses, and those were set down in the twelfth |
| 11:19:48 | 5 | century by Maimonides. |
| 11:19:50 | 6 | You can sell them if you need money to |
| 11:19:53 | 7 | feed the poor; and a big issue in medieval times, |
| 11:19:57 | 8 | as it is today, was to ransom captives. This was a |
| 11:20:00 | 9 | major way of making money by gangs and countries. |
| 11:20:06 | 10 | So for those two reasons, one is |
| 11:20:08 | 11 | allowed to sell everything that was more extraneous |
| 11:20:15 | 12 | to the Torah. |
| 11:20:15 | 13 | Q. Okay. Can you just look at page 5. |
| 11:20:31 | 14 | Let's look at these three entries. |
| 11:20:39 | 15 | The first bullet is, "In 1759," he, |
| 11:20:46 | 16 | meaning Myer Myers, "Was paid 20 pounds to create a |
| 11:20:49 | 17 | work of plate in honor of," etc. Do you see that? |
| 11:20:53 | 18 | A. Um-hum. |
| 11:20:53 | 19 | Q. So that is not a reference to |
| 11:20:55 | 20 | rimmonim, right? |
| 11:20:56 | 21 | A. No, the word "plate" is a generic term |
| 11:20:59 | 22 | to all kinds of silver. |
| 11:21:00 | 23 | Q. Okay. |
| 11:21:02 | 24 | A. And there would be no reason to give |
| 11:21:04 | 25 | rimmonim to a private individual. |

112

|  |  | Mann |
|--|--|--|
| 11:21:05 | 2 | Q. And then the last bullet is, "In 1774, |
| 11:21:09 | 3 | Myers was paid ten pounds and 15," I don't know |
| 11:21:12 | 4 | what -- |
| 11:21:13 | 5 | A. Fifteen shillings. |
| 11:21:14 | 6 | Q. "Fifteen shillings toward the cost of |
| 11:21:17 | 7 | a pair of rimmonim"; do you see that? |
| 11:21:19 | 8 | A. Yes. |
| 11:21:19 | 9 | Q. And it goes on to say, "Cash paid |
| 11:21:21 | 10 | Mr. Myer Myers due him on a pair of rimmonim." |
| 11:21:24 | 11 | Next entry reads, "Cash paid for 16 gilt bells," |
| 11:21:29 | 12 | right? |
| 11:21:29 | 13 | A. Yes. |
| 11:21:30 | 14 | Q. So whoever was writing the minutes |
| 11:21:31 | 15 | knew how to reference bells when they wanted to, |
| 11:21:33 | 16 | right? |
| 11:21:35 | 17 | A. You're using the direct Hebrew word, |
| 11:21:39 | 18 | "Rimmonim." They -- that is the Hebrew for |
| 11:21:43 | 19 | "bells." |
| 11:21:43 | 20 | Q. So they knew how to reference bells or |
| 11:21:46 | 21 | rimmonim when they wanted to, correct? |
| 11:21:48 | 22 | A. Yes. |
| 11:21:48 | 23 | Q. Now, the middle document is the one |
| 11:21:52 | 24 | that's key for you, is it not? |
| 11:21:56 | 25 | MR. SOLOMON: Object to the form. |

113

|  |  | Mann |
|--|--|--|
| 11:21:58 | 2 | A. It's not -- it's no different than the |
| 11:22:01 | 3 | last citation in which he was paid for a pair of |
| 11:22:04 | 4 | rimmonim. It's of the same category. |
| 11:22:07 | 5 | Q. Actually, let me rephrase it. That's |
| 11:22:09 | 6 | the one where we're trying to find out what this |
| 11:22:11 | 7 | payment was for, right? |
| 11:22:12 | 8 | MR. SOLOMON: Objection. Misstates |
| 11:22:14 | 9 | her testimony. |
| 11:22:14 | 10 | Q. Correct? |
| 11:22:17 | 11 | A. I agree with my counsel. |
| 11:22:18 | 12 | Q. Well, we've one pair on the bottom, |
| 11:22:26 | 13 | right? |
| 11:22:26 | 14 | A. Um-hum. |
| 11:22:26 | 15 | Q. We're trying to figure out whether the |
| 11:22:28 | 16 | second bullet refers for a pair of rimmonim, right? |
| 11:22:30 | 17 | A. And I stated before my reasons for -- |
| 11:22:33 | 18 | Q. I know, I got that. I'm just trying |
| 11:22:35 | 19 | to move along. And that's the pair that's at issue |
| 11:22:37 | 20 | in this case, right? |
| 11:22:38 | 21 | MR. SOLOMON: Objection. |
| 11:22:39 | 22 | A. No, we don't know that. |
| 11:22:40 | 23 | Q. Because of the switch, right? |
| 11:22:42 | 24 | A. No. The pair that is -- was offered |
| 11:22:46 | 25 | for sale consisted of one from each of these two |

29  (Pages 110 to 113)

114

Mann

11:22:53 2 pairs.

11:22:53 3 Q. Okay, but at least --

11:22:55 4 A. So we have a set. I won't call them a

11:22:57 5 pair because they are not the same. They are

11:22:59 6 different in weight, they are different in height,

11:23:01 7 there are subtle differences, okay? And they are

11:23:04 8 different in their decoration. The person who

11:23:08 9 engraved the flowers on the first pair didn't

11:23:12 10 engrave the flowers -- it's another hand.

11:23:14 11 Q. Okay.

11:23:16 12 A. So they are different. And also, the

11:23:17 13 structure, the armature that supports the rimmonim

11:23:20 14 were differently made in the both pairs.

11:23:25 15 What was at issue is a set formed of

11:23:28 16 one of each of these two pairs.

11:23:30 17 Q. Okay. I apologize. But what you're

11:23:32 18 trying to find out for that second bullet is

11:23:36 19 whether that references a pair of rimmonim,

11:23:38 20 correct?

11:23:39 21 A. No, I believe I've found out.

11:23:41 22 Q. I understand, but that's what you were

11:23:43 23 trying to -- that's what you were trying to

11:23:45 24 determine, correct? Whether that second --

11:23:49 25 A. Trying to determine --

115

Mann

11:23:50 2 Q. -- you were trying to determine

11:23:53 3 whether this second bullet refers to a pair of

11:23:55 4 rimmonim.

11:23:56 5 A. That was part of my research.

11:23:57 6 Q. Because if it does, that accounts for

11:23:59 7 all of the pairs, right?

11:24:01 8 A. That accounts for the pairs.

11:24:02 9 Q. All of them. All five.

11:24:06 10 A. That would be the -- the finishing

11:24:09 11 accounting for the five.

11:24:10 12 Q. Okay. And you say, "The total amount

11:24:41 13 paid in 1765 compared to the payment in --

11:24:44 14 A. Where were you?

11:24:45 15 Q. I'm sorry, top of page 6. "The total

11:24:50 16 of the amount paid in 1765 compared to the payment

11:24:54 17 in 1759 for a work of plate suggests the amount of

11:25:00 18 36.4.1 pounds was payment for a large or more

11:25:06 19 complicated work such as a pair of finials," do you

11:25:09 20 see that?

11:25:10 21 A. Yes.

11:25:10 22 Q. What do you mean by "such as"?

11:25:13 23 A. For example, a pair of finials. In

11:25:16 24 other words, the amount is not for -- the pieces of

11:25:24 25 plate and the domestic objects that he made are

116

Mann

11:25:26 2 largely cast silver. He had a mold, he poured the

11:25:29 3 silver in, took it out, took out the finished

11:25:32 4 thing.

11:25:32 5 These works have a tremendous amount

11:25:36 6 of hand labor after the making of the basic silver.

11:25:41 7 And we know that certain amounts were paid for the

11:25:47 8 engraving, to the piercer who made the holes, to

11:25:51 9 all of these people who were affiliated with his

11:25:53 10 workshop.

11:25:54 11 So yes, I think that the -- the number

11:25:57 12 of ounces in each of them today, as Barquist

11:26:03 13 weighed them, but cannot -- state it equivalent --

11:26:09 14 that they are the equivalent of the original

11:26:11 15 weight, but the rough estimate of the weight would

11:26:14 16 lead to a certain price for the silver and the rest

11:26:17 17 of it is the enhancement through the work of

11:26:19 18 chasers, piercers, engravers, etc.

11:26:23 19 Q. Are you an economist?

11:26:25 20 A. I deal with economy as it pertains to

11:26:29 21 ritual art.

11:26:30 22 Q. But are you an economist?

11:26:31 23 A. No.

11:26:31 24 Q. Okay. Now, you go on here to say --

11:26:34 25 A. But there are books, by the way, of

117

Mann

11:26:37 2 the -- of the equivalence of currencies used in

11:26:42 3 colonial times and today.

11:26:43 4 Q. You say, "These three entries attest

11:26:45 5 to the fact that Myer Myers made one piece of plate

11:26:49 6 and two pairs of finials for Shearith Israel,

11:26:52 7 accounting for two out of the five pairs of finials

11:26:55 8 extant."

11:26:56 9 To you see that?

11:26:57 10 A. Yes.

11:26:57 11 Q. So Shearith Israel paid 10 pounds in

11:27:02 12 1774 for one pair, correct?

11:27:04 13 A. No, they paid on account. They

11:27:07 14 paid -- that was a -- in other words, it was the

11:27:10 15 remaining amount that he was owed.

11:27:14 16 Q. Do you know the total amount he was

11:27:15 17 owed?

11:27:15 18 A. No, it's not in the records.

11:27:17 19 Q. An asserted 36.4.1 was also on

11:27:23 20 account, was it not?

11:27:24 21 A. I have to look at --

11:27:26 22 Q. Doesn't it say "balance due"?

11:27:29 23 A. Yes, it says "balance due," and the

11:27:31 24 other one has a different language.

11:27:32 25 Q. "Balance due" could mean that there

30  (Pages 114 to 117)

118

Mann

| | | |
|---|---|---|
| 11:27:35 | 2 | was more that was already paid to him and this is |
| 11:27:37 | 3 | the balance due, correct? |
| 11:27:39 | 4 | A. And then it says, in the second |
| 11:27:42 | 5 | sentence, "Cash paid to Mr. Myers due him on a pair |
| 11:27:46 | 6 | of rimmonim." |
| 11:27:48 | 7 | The "due him" I interpret as meaning |
| 11:27:52 | 8 | this is an additional payment because it's |
| 11:27:55 | 9 | obviously not the total cost of rimmonim when a |
| 11:28:00 | 10 | piece of plate costs 20 pounds, a cast piece of |
| 11:28:03 | 11 | plate. |
| 11:28:03 | 12 | Q. How do you know what the cost of |
| 11:28:04 | 13 | rimmonim was? |
| 11:28:06 | 14 | A. How do I know? |
| 11:28:07 | 15 | Q. Yes. |
| 11:28:08 | 16 | A. Because there are records of what the |
| 11:28:11 | 17 | silver alone would have cost. There is no -- there |
| 11:28:15 | 18 | are no records from his shop, okay? In other |
| 11:28:19 | 19 | words, Paul Revere kept records of his commissions |
| 11:28:25 | 20 | and what was paid, etc. They are irrelevant to |
| 11:28:27 | 21 | this case because silver cost was cheaper in Boston |
| 11:28:31 | 22 | than it was in New York at the time. |
| 11:28:32 | 23 | Q. Let me just -- one payment was, with |
| 11:28:38 | 24 | respect to one pair, was 10.15, correct? |
| 11:28:43 | 25 | A. No. That was a part of the payment. |

119

Mann

| | | |
|---|---|---|
| 11:28:44 | 2 | Q. And do you know what the total payment |
| 11:28:48 | 3 | was? |
| 11:28:48 | 4 | A. No. |
| 11:28:48 | 5 | Q. And with respect to the 36.4.1, do you |
| 11:28:52 | 6 | know what the total payment was? |
| 11:28:59 | 7 | A. I assume, based on the price of silver |
| 11:29:04 | 8 | at the time, that the remaining portion was for the |
| 11:29:07 | 9 | silver. |
| 11:29:07 | 10 | Q. But you don't know how much was the |
| 11:29:09 | 11 | total due him -- |
| 11:29:11 | 12 | A. No. |
| 11:29:11 | 13 | Q. -- correct? |
| 11:29:13 | 14 | A. No. |
| 11:29:14 | 15 | Q. It says, "Balance due." |
| 11:29:16 | 16 | A. Right. |
| 11:29:16 | 17 | Q. So it could have been 150 and only |
| 11:29:19 | 18 | 36.4.1 was left, right? |
| 11:29:20 | 19 | A. Okay. So? What does that... |
| 11:29:24 | 20 | Q. And did you do an analysis of the |
| 11:29:26 | 21 | price of silver in your report? |
| 11:29:29 | 22 | A. No, I subsequently -- I subsequently |
| 11:29:33 | 23 | visited with the expert at the Metropolitan on |
| 11:29:39 | 24 | silver, American silver, and we -- |
| 11:29:41 | 25 | Q. And -- |

120

Mann

| | | |
|---|---|---|
| 11:29:43 | 2 | A. -- and I found a document. This is |
| 11:29:46 | 3 | the transcription of the minutes by Lyons and -- in |
| 11:29:52 | 4 | which there is, in 1738, there is a citation of 47 |
| 11:30:04 | 5 | ounces of silver that were sent to -- elsewhere. |
| 11:30:11 | 6 | And -- where is this -- I have to find the |
| 11:30:17 | 7 | document. |
| 11:30:18 | 8 | And the cost of that. |
| 11:30:19 | 9 | Q. Are you an expert on the colonial |
| 11:30:22 | 10 | price of silver? |
| 11:30:23 | 11 | A. I have relied on Barquist's statement |
| 11:30:28 | 12 | of what different pieces cost and I have -- I have |
| 11:30:34 | 13 | studied the matter in some sense. This is not my |
| 11:30:37 | 14 | primary. |
| 11:30:37 | 15 | Q. Would you consider yourself an expert? |
| 11:30:39 | 16 | A. No, but I have seen two citations of |
| 11:30:43 | 17 | the cost of silver. |
| 11:30:45 | 18 | Q. Do you know whether the price of |
| 11:30:49 | 19 | silver fluctuated between 1764 and 17 -- |
| 11:30:55 | 20 | A. '74? |
| 11:30:56 | 21 | Q. Yes. |
| 11:30:57 | 22 | A. No. |
| 11:30:57 | 23 | Q. So let's, I just want to look -- |
| 11:31:03 | 24 | A. Well, the important thing is the cost |
| 11:31:05 | 25 | of silver to Myer Myers. |

121

Mann

| | | |
|---|---|---|
| 11:31:08 | 2 | Q. Let's look at the ledger. |
| 11:31:12 | 3 | A. Do you have copies -- |
| 11:31:13 | 4 | Q. I'm going to give it to you. I tried |
| 11:31:15 | 5 | to get it as clear as I can. It's number 63. |
| 11:31:34 | 6 | So I'm giving you the best copy that |
| 11:31:35 | 7 | we've been able to make. |
| 11:31:37 | 8 | EXH      (Mann Exhibit 11, photo of |
| 11:31:37 | 9 | handwritten ledger headed, "Debtor_The |
| 11:31:37 | 10 | Holy Sedakah," Bates numbered CSI11899, |
| 11:31:37 | 11 | marked for identification, as of this |
| 11:32:04 | 12 | date.) |
| 11:32:04 | 13 | MR. WAGNER: By the way, did we ever |
| 11:32:06 | 14 | figure out whether the witness took the |
| 11:32:07 | 15 | exhibits? |
| 11:32:09 | 16 | MR. SHINEROCK: He did take them. |
| 11:32:10 | 17 | Q. So this is the entry that you relied |
| 11:32:17 | 18 | on? |
| 11:32:17 | 19 | A. S in the second -- the first entry. |
| 11:32:20 | 20 | Q. And the first item says, "Cash |
| 11:32:22 | 21 | paid" -- |
| 11:32:23 | 22 | A. "Myer Myers balance of his account |
| 11:32:25 | 23 | paid." |
| 11:32:26 | 24 | Q. Right. No other information. No |
| 11:32:28 | 25 | reference to rimmonim, right? |

31  (Pages 118 to 121)

122

Mann

11:32:30 2    A. Okay. But I want to make the point

11:32:32 3    that there were three different types of payments

11:32:36 4    made to Myer Myers that are recorded in this

11:32:40 5    ledger.

11:32:41 6    Q. All I want is, there's no specific

11:32:43 7    reference to rimmonim on this line, is there?

11:32:45 8    A. No.

11:32:45 9    Q. Okay. Now, the next line, there is a

11:32:48 10   specific reference to what the payment was for,

11:32:51 11   right?

11:32:52 12   A. No. It's -- he was paid for another

11:32:55 13   item. The balance on the new house built for --

11:33:02 14   for order -- per order. He -- there was -- they

11:33:08 15   acquired another house to be used as a synagogue

11:33:11 16   and he paid part of that cost. And so here he is

11:33:13 17   being reimbursed for an outlay having to do with

11:33:18 18   the enlargement of the synagogue.

11:33:22 19   Q. In this one, there's a specific

11:33:24 20   reference to what the payment is for.

11:33:25 21   A. Right. That is one type of payment

11:33:28 22   made to Myer Myers in the course of these minutes.

11:33:30 23   Q. That's all. By the way, what does

11:33:34 24   "ditto" mean?

11:33:36 25   A. Ditto means whatever is above it. So

123

Mann

11:33:38 2    cash paid, ditto, Myer Myers, it's the repetition

11:33:46 3    of the cash paid and then ditto Myer Myers.

11:33:48 4    Q. And I assume that --

11:33:52 5    A. Sometimes it's abbreviated "d" with a

11:33:55 6    little circle.

11:33:55 7    Q. Right. Do we think that was done just

11:33:58 8    to save writing?

11:33:59 9    A. Yeah, sure.

11:34:00 10   Q. Just practical. That's like their

11:34:03 11   version of cut and paste.

11:34:04 12   A. It's their -- well, it's a whole

11:34:07 13   different -- handwriting is different than computer

11:34:12 14   writing.

11:34:12 15   Q. Did you look at the board resolutions

11:34:15 16   that pertained to this entry?

11:34:19 17   A. This is missing. It's only

11:34:22 18   transcribed by Lyons. There's nothing in Lyons'

11:34:25 19   transcription of -- that contradicts what I have

11:34:28 20   said.

11:34:29 21   Q. There's nothing in the Lyons

11:34:31 22   transcription that references that this payment was

11:34:34 23   for rimmonim, is there?

11:34:36 24   A. No.

11:34:36 25   Q. Okay. Let's look at the --

124

Mann

11:34:40 2    A. Because he didn't do the research. I

11:34:42 3    did.

11:34:42 4    Q. Well, he was just transcribing pages,

11:34:47 5    wasn't he?

11:34:47 6    A. Um-hum.

11:34:48 7    Q. We're going to show you Lyons.

11:35:53 8    MR. WAGNER: Let's mark this as the

11:35:55 9    next exhibit.

11:35:56 10   EXH    (Mann Exhibit 12, three-page

11:35:56 11   document, first page reproduction of a

11:35:56 12   title page headed, "Publications of the

11:35:56 13   American Jewish Historical Society,

11:35:56 14   Number 21", marked for identification,

11:36:11 15   as of this date.)

11:36:11 16   Q. Okay. Is this Lyons that you're

11:36:17 17   referring to?

11:36:18 18   A. Yes, this is the printing of the

11:36:20 19   Lyons.

11:36:20 20   Q. Okay. What do you understand the

11:36:22 21   Lyons collection to be?

11:36:23 22   A. It's a voluminous, miscellaneous

11:36:29 23   collection of every document he could lay his hands

11:36:32 24   on that had anything to do with American Jewish

11:36:34 25   history.

125

Mann

11:36:34 2    Q. And here, he says, "Volume 1,

11:36:40 3    containing the earliest extant minute books of the

11:36:43 4    Spanish-Portuguese Synagogue of New York."

11:36:45 5    A. Where are you reading?

11:36:46 6    Q. I'm reading on the very first page

11:36:48 7    here.

11:36:49 8    A. I wasn't given that. It's not on my

11:36:51 9    copy.

11:36:51 10   Q. Okay, you can have my copy. It's got

11:36:55 11   some highlighting on it, is that okay?

11:36:57 12   A. I can manage.

11:36:59 13   (Document passed to witness.)

11:37:12 14   Q. Okay. So, did you understand the

11:37:17 15   Lyons -- what do you understand happened here with

11:37:20 16   respect to these minute books?

11:37:23 17   A. I was told by the present shamash that

11:37:28 18   the original is missing.

11:37:29 19   Q. Is it possible they were given to --

11:37:31 20   A. He's writing, you know, way before.

11:37:35 21   He then still had possession of them.

11:37:37 22   Q. "He" meaning Lyons?

11:37:39 23   A. Lyons, I mean, the synagogue still had

11:37:42 24   the actual artifact.

11:37:43 25   Q. Okay. But somebody transcribed the

32 (Pages 122 to 125)

126

| | | Mann |
|---|---|---|
| 11:37:45 | 2 | minutes, right? |
| 11:37:47 | 3 | A. Lyons. |
| 11:37:48 | 4 | Q. Okay. And Lyons is associated with |
| 11:37:51 | 5 | CSI? |
| 11:37:51 | 6 | A. Lyons was the shamash of CSI. |
| 11:37:55 | 7 | Q. So can you look at page 88. And you |
| 11:38:01 | 8 | see the entry for October 21, 1764, pertaining to |
| 11:38:06 | 9 | this 36.4.1. |
| 11:38:08 | 10 | A. Um-hum. |
| 11:38:08 | 11 | Q. And there's no reference there to |
| 11:38:10 | 12 | rimmonim, is there? |
| 11:38:11 | 13 | A. No. He's transcribing just what was |
| 11:38:14 | 14 | in the -- that we read before. |
| 11:38:16 | 15 | Q. Well, he's transcribing from a |
| 11:38:19 | 16 | resolution. He's not transcribing from "The Holy |
| 11:38:23 | 17 | Sedakah." He's transcribing from a resolution. |
| 11:38:26 | 18 | MR. SOLOMON: Objection, no |
| 11:38:27 | 19 | foundation. |
| 11:38:28 | 20 | Q. Correct? |
| 11:38:36 | 21 | A. No. |
| 11:38:36 | 22 | Q. Well, look a -- |
| 11:38:38 | 23 | A. I don't -- |
| 11:38:39 | 24 | Q. -- look at the entry. Let's just go |
| 11:38:40 | 25 | back to Lyons, 88. It says, "October 21, 1764, at |

127

| | | Mann |
|---|---|---|
| 11:38:45 | 2 | a meeting of the assistants" -- |
| 11:38:47 | 3 | A. He is -- we don't know that he's |
| 11:38:49 | 4 | quoting there. |
| 11:38:50 | 5 | Q. Okay. Just, I'm reading it to you. |
| 11:38:53 | 6 | "At a meeting of the assistants with the Parnasim, |
| 11:38:56 | 7 | the following articles were agreed to and |
| 11:38:59 | 8 | resolved," do you see that? |
| 11:39:01 | 9 | A. I see it. |
| 11:39:01 | 10 | Q. And that language is not in the ledger |
| 11:39:04 | 11 | book, is it? |
| 11:39:06 | 12 | A. I would have to see the preceding page |
| 11:39:08 | 13 | to know. Because this starts with what is listed |
| 11:39:12 | 14 | as first. And "first" does not appear here, |
| 11:39:18 | 15 | either. So it's a transcription, but it's -- it's |
| 11:39:21 | 16 | a massaged transcription, shall we say. |
| 11:39:26 | 17 | Q. What makes you think -- you think he |
| 11:39:28 | 18 | tinkered with the words? |
| 11:39:29 | 19 | A. Well, obviously, he did. It's not |
| 11:39:32 | 20 | exact. There's no "first" on the actual page. |
| 11:39:35 | 21 | Q. He's referencing minutes, is he not? |
| 11:39:43 | 22 | Look at the page that you took from me with the |
| 11:39:49 | 23 | highlighting, that loose page. What does it say he |
| 11:40:00 | 24 | did? What does it say that is? |
| 11:40:02 | 25 | A. It says that it's minute books, which |

128

| | | Mann |
|---|---|---|
| 11:40:08 | 2 | are missing now. |
| 11:40:09 | 3 | Q. So he purports to have transcribed the |
| 11:40:12 | 4 | minute book, right? |
| 11:40:13 | 5 | A. Correct. |
| 11:40:13 | 6 | MR. SOLOMON: Objection. |
| 11:40:13 | 7 | Q. Okay. Just -- |
| 11:40:17 | 8 | A. No, the -- what -- no. He does not -- |
| 11:40:21 | 9 | he didn't write that. The editor who published |
| 11:40:26 | 10 | this in the American Jewish Historical Society |
| 11:40:29 | 11 | stated that these were from the minute books. We |
| 11:40:31 | 12 | don't know that Lyons said that. |
| 11:40:32 | 13 | Q. Do you have any reason to believe that |
| 11:40:34 | 14 | someone in the American Jewish Historical Society |
| 11:40:36 | 15 | got it wrong? |
| 11:40:38 | 16 | A. Yeah. People write blurbs all the |
| 11:40:44 | 17 | time and they don't necessarily go through all the |
| 11:40:45 | 18 | documents. |
| 11:40:46 | 19 | Q. Do you think this is an inaccurate |
| 11:40:48 | 20 | transcription of the minute? |
| 11:40:50 | 21 | A. I think it's a -- he's added words. |
| 11:40:55 | 22 | And I cannot -- he's added words to the evidence we |
| 11:40:59 | 23 | still have. -- |
| 11:41:00 | 24 | Q. What words did he add? |
| 11:41:01 | 25 | A. He added "first." He did not -- he |

129

| | | Mann |
|---|---|---|
| 11:41:10 | 2 | didn't put -- you see, he says, "Also for the |
| 11:41:13 | 3 | balance due him on the new house," and here it |
| 11:41:16 | 4 | says, "Balance on the new house built for order." |
| 11:41:21 | 5 | Q. You list two items here. And there |
| 11:41:23 | 6 | are about twenty items -- |
| 11:41:25 | 7 | A. I'm reading the two items listed. |
| 11:41:27 | 8 | One -- the second item is ditto. He doesn't even |
| 11:41:34 | 9 | write "ditto." He's transcribing it in his own |
| 11:41:37 | 10 | words. |
| 11:41:38 | 11 | Q. Where is the second, you see it says, |
| 11:41:41 | 12 | second, "That the shochet!" -- |
| 11:41:42 | 13 | A. No, no, not the shochet. I'm looking |
| 11:41:46 | 14 | at the line under his account. |
| 11:41:47 | 15 | Q. Okay. |
| 11:41:48 | 16 | A. Okay? Then it says -- excuse me, it |
| 11:41:50 | 17 | says, underneath that, in the actual ledger, "Ditto |
| 11:41:56 | 18 | paid ditto." It's cash paid to Myer Myers. |
| 11:42:00 | 19 | "Balance on the new house built for order." All it |
| 11:42:04 | 20 | says in the transcription is, "Also," not ditto, |
| 11:42:08 | 21 | "For balance due to him on the new house." |
| 11:42:12 | 22 | It's a change in wording. |
| 11:42:14 | 23 | Q. Isn't it possible they are two |
| 11:42:17 | 24 | separate documents? |
| 11:42:17 | 25 | A. It is. Or it is possible that he -- |

33  (Pages 126 to 129)

130

Mann

| | | |
|---|---|---|
| 11:42:23 | 2 | that Lyons put the minutes in his own words, shall |
| 11:42:28 | 3 | I say that? |
| 11:42:29 | 4 | Q. Look at the second. Look at "second." |
| 11:42:35 | 5 | "That the shochet is not allow'd wood this year," |
| 11:42:41 | 6 | do you see that? |
| 11:42:42 | 7 | A. Yes. |
| 11:42:42 | 8 | Q. And that's nowhere in "The Holy |
| 11:42:47 | 9 | Sedakah" page that you're looking at, is it? |
| 11:42:49 | 10 | A. No, it might be on another page. |
| 11:42:51 | 11 | Q. And you think that Lyons -- that |
| 11:42:56 | 12 | that's how Lyons wrote, he would have written |
| 11:42:59 | 13 | A-l-l-o-w'-d? |
| 11:43:04 | 14 | A. He tried at times to -- for example, |
| 11:43:06 | 15 | if you look at the tzedaka account underneath Myer |
| 11:43:09 | 16 | Myers' name in the first, he writes it, |
| 11:43:13 | 17 | "A-c-c-o-t." Here it -- if you want to look at it, |
| 11:43:18 | 18 | the T is written above the line. That's a way that |
| 11:43:23 | 19 | it was indicated that the letter was missing, okay? |
| 11:43:26 | 20 | Q. It's also possible again that there |
| 11:43:28 | 21 | are two separate documents, right? |
| 11:43:30 | 22 | A. No. |
| 11:43:30 | 23 | Q. You just told me yes. |
| 11:43:34 | 24 | A. We are discussing now the language |
| 11:43:36 | 25 | with which Lyons recorded what had happened in the |

131

Mann

| | | |
|---|---|---|
| 11:43:40 | 2 | minutes. And I'm suggesting to you that he |
| 11:43:44 | 3 | deliberately wrote "a-c-c-o-t," which was not a |
| 11:43:49 | 4 | misspelling, but he was reflecting something that |
| 11:43:51 | 5 | was written slightly differently here as an |
| 11:43:56 | 6 | abbreviation. So he changed -- he changed -- if |
| 11:44:01 | 7 | this is the basis of his writing this, he changed |
| 11:44:04 | 8 | various things. |
| 11:44:04 | 9 | Q. But you don't know whether it was the |
| 11:44:06 | 10 | basis for his writing this, do you? |
| 11:44:08 | 11 | A. No. Because the minutes are missing. |
| 11:44:11 | 12 | Q. Well, the original minutes are |
| 11:44:19 | 13 | missing. |
| 11:44:19 | 14 | A. Correct. All we know about them is |
| 11:44:23 | 15 | the Lyons transcription. |
| 11:44:24 | 16 | Q. Could you look at page 89 of the |
| 11:44:25 | 17 | document. This transcription of the minutes goes |
| 11:44:33 | 18 | on, doesn't it? |
| 11:44:35 | 19 | A. This is only a partial -- you've only |
| 11:44:38 | 20 | Xeroxed a couple of pages from a larger document. |
| 11:44:40 | 21 | Q. I understand. But it goes on, right? |
| 11:44:46 | 22 | Don't these minutes continue on page 89? |
| 11:44:54 | 23 | A. Okay. Yes. The answer is yes. |
| 11:45:02 | 24 | However -- okay. Look at the line below |
| 11:45:27 | 25 | "would," you know, the next line. |

132

Mann

| | | |
|---|---|---|
| 11:45:29 | 2 | Q. Is that -- |
| 11:45:29 | 3 | A. Exhibit 11. Look on the original -- |
| 11:45:33 | 4 | MR. SOLOMON: Is there a question |
| 11:45:34 | 5 | pending? |
| 11:45:34 | 6 | MR. WAGNER: Yes, I think there was. |
| 11:45:35 | 7 | MR. SOLOMON: What's the question, |
| 11:45:36 | 8 | please? |
| 11:45:40 | 9 | MR. WAGNER: I think I said -- |
| 11:45:44 | 10 | MR. SOLOMON: Do the minutes go on? |
| 11:45:45 | 11 | MR. WAGNER: Yes. And I think she |
| 11:45:47 | 12 | said yes. She can stop there. I don't |
| 11:45:50 | 13 | need to get the rest of the explanation. |
| 11:45:53 | 14 | So I don't need anything else. |
| 11:45:54 | 15 | Q. Now, did you do any investigation of |
| 11:46:00 | 16 | what scholars have written about that 36.4.1 entry? |
| 11:46:10 | 17 | A. I don't -- I didn't come across any |
| 11:46:11 | 18 | mention. |
| 11:46:12 | 19 | Q. Did you look for any -- let me just |
| 11:46:15 | 20 | finish -- did you look to see what scholars wrote |
| 11:46:18 | 21 | about that entry? |
| 11:46:19 | 22 | A. I have not seen any scholar talk about |
| 11:46:21 | 23 | that entry. |
| 11:46:22 | 24 | Q. That's not my question. Not whether |
| 11:46:23 | 25 | you've seen, but did you look? |

133

Mann

| | | |
|---|---|---|
| 11:46:27 | 2 | A. I read -- I didn't look specifically. |
| 11:46:32 | 3 | I looked at all the literature about Myer Myers, |
| 11:46:36 | 4 | and I didn't find anybody who mentioned this |
| 11:46:38 | 5 | payment. |
| 11:46:38 | 6 | Q. If you had wanted to look, what would |
| 11:46:49 | 7 | you do? What authorities would you look at? |
| 11:46:55 | 8 | A. I -- I probably would have called |
| 11:46:59 | 9 | Jonathan Sarna to know if there was any authority. |
| 11:47:07 | 10 | Scholars often do that. |
| 11:47:29 | 11 | But I will say that, having gone |
| 11:47:31 | 12 | through all the footnotes of everything I read, I |
| 11:47:36 | 13 | covered the sources. |
| 11:47:38 | 14 | Q. You're absolutely sure you covered the |
| 11:47:41 | 15 | sources? |
| 11:47:42 | 16 | A. For -- yes, for the work of Myer |
| 11:47:44 | 17 | Myers. |
| 11:47:44 | 18 | Q. Did you think of looking at the |
| 11:47:47 | 19 | American Jewish archives? |
| 11:47:49 | 20 | A. I -- did I think of it? Yes. |
| 11:47:54 | 21 | Q. And did you look at anything there? |
| 11:47:58 | 22 | A. No. |
| 11:47:58 | 23 | Q. Did you look at Jeanette Rosenbaum's |
| 11:48:01 | 24 | papers there? |
| 11:48:02 | 25 | A. No. |

34  (Pages 130 to 133)

134

```
                1          Mann
11:48:04        2          MR. WAGNER:  Mark this as the next
11:48:06        3      exhibit.
11:48:06        4      EXH      (Mann Exhibit 13, single-page
11:48:06        5          reproduction of a document entitled,
11:48:06        6          "The Lyons Collection", marked for
11:48:19        7          identification, as of this date.)
11:48:19        8          Q.  So these are papers that we, I
11:48:23        9      represent, they are Jeanette Rosenbaum's papers
11:48:26       10      from the American Jewish Archives that pertain to
11:48:28       11      her book.
11:48:29       12          Do you see the entry at the bottom
11:48:31       13      there?  My only question --
11:48:39       14          A.  I don't see.
11:48:40       15          Q.  Do you see October 21 --
11:48:42       16          A.  Yes, I read it.
11:48:42       17          Q.  Do you see it says, "Resolution to pay
11:48:44       18      Mr. Myer Myers 36.4.1 which he advanced
11:48:49       19      congregation for charity"?
11:48:51       20          A.  It nowhere says that in the --
11:48:52       21          Q.  No, no, that's not my question.  Just,
11:48:53       22      do you see that there?
11:48:54       23          A.  I read it.
11:48:54       24          Q.  Okay.  Have you looked at other --
11:49:01       25          A.  But excuse me, I will note that
```

135

```
                1          Mann
11:49:03        2      there's no source for that last part of the
11:49:05        3      statement.
11:49:06        4          Q.  Well, she looked at the entries that
11:49:09        5      we just saw, correct?
11:49:10        6          A.  Yes, but all it says is that he was
11:49:12        7      paid.
11:49:12        8          Q.  And she drew a different conclusion
11:49:14        9      from what you drew, correct?
11:49:16       10          A.  That is correct.
11:49:17       11          Q.  And she has written a book on Myer
11:49:19       12      Myers and you haven't.
11:49:21       13          A.  Right.  The reviews of her book show
11:49:24       14      that there were a lot of inaccuracies.
11:49:25       15          Q.  And she got a lot of favorable
11:49:27       16      reviews, did she not?
11:49:29       17          A.  I don't know.
11:49:29       18          Q.  Have you looked at her review in
11:49:31       19      Commentary in 1955 when it came out?
11:49:34       20          A.  Who wrote it?
11:49:35       21          Q.  I don't -- it came out in Commentary.
11:49:35       22      Is Commentary a recognized authority --
11:49:41       23          A.  They might not have asked the right
11:49:43       24      person to write the review.  I don't know who the
11:49:45       25      reviewer was.
```

136

```
                1          Mann
11:49:46        2          MR. SOLOMON:  Recognized authority on
11:49:48        3      what?
11:49:48        4          Q.  Who wrote a negative review of
11:49:51        5      Rosenbaum?
11:49:51        6          A.  I am not prepared to answer that at
11:49:53        7      this time.
11:49:53        8          Q.  Well, I'm asking you now, can you name
11:49:58        9      anyone who gave a negative review to Rosenbaum?
11:50:01       10          A.  I've read them a long time ago.  I
11:50:03       11      cannot come up with the names now.
11:50:05       12          Q.  Now, I'm right that, at the time, back
11:50:17       13      in the 17 -- actually, let me take that back.  We
11:50:21       14      really don't know what happened here given that
11:50:23       15      these events occurred 250 years ago, do we?
11:50:26       16          A.  We only know what's recorded, just as
11:50:28       17      we know any other history, because of documents.
11:50:31       18          Q.  We just know the words on the page,
11:50:34       19      correct?
11:50:35       20          A.  And we know the objects.  And
11:50:41       21      what's -- evidence is inherent in the objects.  So
11:50:43       22      in this case, we're dealing with two sources, the
11:50:47       23      works of art and the documents.
11:50:48       24          Q.  Okay.  But somebody, at least one
11:50:51       25      person disagreed with you as to what this entry
```

137

```
                1          Mann
11:50:53        2      meant, right?
11:50:56        3          MR. SOLOMON:  I'm sorry, which entry
11:50:58        4      are you talking about, the --
11:51:00        5          A.  This is the entry --
11:51:01        6          MR. SOLOMON:  -- just a minute, I'm
11:51:02        7      sorry.  I'm sorry, but I've just got to be
11:51:06        8      able to get my objection on the record,
11:51:07        9      okay?
11:51:07       10          The entry you're talking about, you
11:51:11       11      talked to the witness about two entries.
11:51:13       12      One is the actual, as reported in her
11:51:16       13      report --
11:51:17       14          MR. JACOBY:  Exhibit 11.
11:51:18       15          MR. SOLOMON:  -- okay, which is not
11:51:21       16      the resolution to pay, right?  But is
11:51:26       17      actually -- just tell us which one.
11:51:28       18          MR. WAGNER:  I'll skip the question,
11:51:29       19      it's fine.
11:51:30       20          Q.  Am I right that, at the time, CSI --
11:51:45       21          A.  Which time?
11:51:47       22          Q.  -- 1760s, 1770s -- CSI made gifts to
11:51:55       23      CJI, correct?
11:51:57       24          A.  Not to CJI.  To CYI.
11:52:00       25          Q.  I'm sorry, to CYI, correct?
```

35  (Pages 134 to 137)

138

```
             1            Mann
11:52:03     2      A. They raised money. They were asked by
11:52:05     3  CYI to contribute to the cost of building.
11:52:10     4      Q. And was --
11:52:11     5      A. And they -- members -- not -- not the
11:52:15     6  entity, CSI, but they made an appeal and members of
11:52:20     7  the congregation donated 149 pounds plus some
11:52:27     8  shillings and that has been estimated to be ten
11:52:30     9  percent of the cost of building Touro Synagogue.
11:52:32    10      Q. My question is, there were lots of
11:52:34    11  gifts made by people at CSI --
11:52:37    12      A. Correct.
11:52:37    13      Q. -- to CYI at the time.
11:52:39    14      A. Um-hum.
11:52:40    15      Q. You have to say yes.
11:52:41    16      A. Yes. I'm sorry.
11:52:42    17      Q. I think you referenced in the
11:52:59    18  inventory, there are references to loans, right?
11:53:11    19  On the --
11:53:11    20      A. On page 38.
11:53:13    21      Q. Which page was that?
11:53:19    22      A. It's the last page of the inventory.
11:53:26    23      MR. JACOBY: Exhibit 4.
11:53:27    24      Q. Okay. Now --
11:53:51    25      MR. WAGNER: -- you know, why don't we
```

139

```
             1            Mann
11:53:52     2  take a restroom break, is that okay?
11:53:54     3      (Recess taken.)
12:03:36     4  EXAMINATION (Cont'd.)
12:03:37     5  BY MR. WAGNER:
12:03:39     6      Q. Ready?
12:03:43     7      A. Um-hum.
12:03:43     8      Q. Dr. Mann, would you as an art
12:03:45     9  historian like to see these rimmonim displayed in a
12:03:54    10  museum?
12:03:55    11      A. I don't think it has to be a
12:03:57    12  long-term -- they are -- have been displayed in
12:04:01    13  museums for short periods of time. Not
12:04:03    14  continuously.
12:04:04    15      Q. And is that a good thing, that they've
12:04:07    16  been displayed in museums?
12:04:08    17      A. Yes.
12:04:08    18      Q. Why is that?
12:04:09    19      A. Because more people get to know them
12:04:12    20  and see them.
12:04:14    21      Q. And is that --
12:04:15    22      A. And appreciate the work.
12:04:16    23      Q. -- is that in general a good thing?
12:04:21    24      A. It -- it's a good thing, I think, when
12:04:23    25  it's part of a temporary is exhibition which is
```

140

```
             1            Mann
12:04:28     2  hyped by museums.
12:04:30     3      When they become part of a, what's the
12:04:32     4  word I want, a -- long-term exhibition of years
12:04:37     5  that doesn't get changed, they kind of -- people
12:04:40     6  lose interest in that. They say, "I've been there
12:04:42     7  once, I don't have to go back."
12:04:44     8      So it's -- the statement needs to
12:04:48     9  be -- I mean, the fact that they are good, I think,
12:04:51    10  pertains more to temporary exhibitions than to long
12:04:58    11  term.
12:04:58    12      Q. But do you think it's a good thing
12:05:00    13  that more people see these rimmonim?
12:05:02    14      A. In a proper setting. You don't want
12:05:04    15  more people handling them, that kind of stuff.
12:05:06    16      Q. And in your view, is the MFA a proper
12:05:11    17  setting?
12:05:11    18      A. They have placed them in the context
12:05:13    19  of other American silver, which is a good thing.
12:05:20    20  It's a reputable museum, one of the major museums
12:05:24    21  in this country.
12:05:25    22      Q. So what's the Library of Congress,
12:05:33    23  have you heard of the Library of Congress?
12:05:35    24      A. Of course.
12:05:36    25      Q. What is the Library of Congress?
```

141

```
             1            Mann
12:05:37     2      A. It's the national library of the
12:05:40     3  United States, which seeks to have a comprehensive
12:05:43     4  collection of everything that's printed in this
12:05:47     5  country.
12:05:47     6      Q. And is it thought of as an
12:05:52     7  authoritative archive of American objects and
12:05:55     8  books?
12:05:56     9      A. I believe the collections -- I have
12:05:59    10  worked at the -- there on Sephardic material and
12:06:06    11  those, the collections of objects are not
12:06:08    12  comprehensive.
12:06:09    13      Q. Were you impressed with the people who
12:06:13    14  work at the Library of Congress?
12:06:15    15      A. Yes, they are professionals. The
12:06:18    16  curators are professionals.
12:06:19    17      Q. Do they curate at a high level?
12:06:23    18      A. I've only seen them -- I've had
12:06:26    19  personal contact with them as custodians of art. I
12:06:29    20  have not seen -- I don't run to Washington to see
12:06:32    21  exhibitions.
12:06:33    22      MR. WAGNER: Let's mark this as the
12:06:34    23  next exhibit.
12:06:35    24  EXH    (Mann Exhibit 14, copy of single
12:06:35    25  handwritten page headed "Vol 21", not
```

36 (Pages 138 to 141)

142

| | | |
|---|---|---|
| | 1 | Mann |
| 12:06:35 | 2 | Bates numbered, marked for |
| 12:06:48 | 3 | identification, as of this date.) |
| 12:06:48 | 4 | Q. Okay. Have you seen this before? |
| 12:06:54 | 5 | A. No. |
| 12:06:54 | 6 | Q. Can you look at -- just take your |
| 12:06:57 | 7 | time. Do you remember this -- well, do you |
| 12:06:59 | 8 | remember this exhibition? |
| 12:07:01 | 9 | A. I have the book. |
| 12:07:01 | 10 | Q. From Haven to Home? |
| 12:07:04 | 11 | A. I'm not sure, when was that? |
| 12:07:07 | 12 | Q. I think it was in the early 2000s. |
| 12:07:11 | 13 | A. No, I didn't see this. |
| 12:07:12 | 14 | Q. But do you remember the exhibition at |
| 12:07:19 | 15 | the Library of Congress? |
| 12:07:21 | 16 | A. I don't -- I didn't see it. |
| 12:07:22 | 17 | Q. Okay, but do you remember that it went |
| 12:07:24 | 18 | forward? |
| 12:07:25 | 19 | A. I heard of it. But I don't have major |
| 12:07:30 | 20 | knowledge about this. |
| 12:07:30 | 21 | Q. If I told you the exhibition was |
| 12:07:34 | 22 | between 2004 and 2006, would that refresh your |
| 12:07:39 | 23 | recollection? |
| 12:07:39 | 24 | A. I didn't see the exhibition. |
| 12:07:41 | 25 | Q. Okay. Now -- |

143

| | | |
|---|---|---|
| | 1 | Mann |
| 12:07:42 | 2 | A. And I do not have the catalog. |
| 12:07:46 | 3 | Q. Can you look at the second page? |
| 12:07:48 | 4 | A. Yes. |
| 12:07:48 | 5 | Q. Now, you see under "Colonial |
| 12:07:50 | 6 | Silversmith Myer Myers," it says, "He served as |
| 12:07:55 | 7 | president of New York's Congregation Shearith |
| 12:07:58 | 8 | Israel three times and created silver rimmonim |
| 12:08:02 | 9 | (Torah finials) for synagogues in New York, Newport |
| 12:08:06 | 10 | and Philadelphia," do you see that? |
| 12:08:09 | 11 | A. Yes. |
| 12:08:09 | 12 | Q. And I take it you disagree with the |
| 12:08:11 | 13 | reference to Newport here, right? |
| 12:08:12 | 14 | A. I also disagree with the three times |
| 12:08:16 | 15 | as Parnas because I've tracked more times that he |
| 12:08:20 | 16 | was Parnas. |
| 12:08:20 | 17 | Q. You disagree with the reference to |
| 12:08:23 | 18 | Newport, do you not? |
| 12:08:29 | 19 | A. Yes. |
| 12:08:31 | 20 | Q. And it goes on to say, "Displayed here |
| 12:08:33 | 21 | are the finials" -- |
| 12:08:34 | 22 | A. "Belonging to Newport's Touro |
| 12:08:36 | 23 | Synagogue." |
| 12:08:36 | 24 | Q. Right, do you see that? |
| 12:08:37 | 25 | A. Yes. |

144

| | | |
|---|---|---|
| | 1 | Mann |
| 12:08:38 | 2 | Q. And you disagree with that as well? |
| 12:08:39 | 3 | A. Yes. |
| 12:08:40 | 4 | Q. All right. And did you see any |
| 12:08:42 | 5 | evidence in the record that CSI objected to these |
| 12:08:45 | 6 | statements? |
| 12:08:46 | 7 | MR. SOLOMON: There's no foundation. |
| 12:08:48 | 8 | MR. WAGNER: That's why I'm asking |
| 12:08:49 | 9 | whether she saw it. |
| 12:08:50 | 10 | MR. SOLOMON: No, the foundation is |
| 12:08:51 | 11 | that you have to prove that CSI knew |
| 12:08:53 | 12 | anything about it, okay? So I'm |
| 12:08:57 | 13 | objecting. There's no foundation. |
| 12:08:58 | 14 | Q. Have you seen any evidence that they |
| 12:08:59 | 15 | objected? |
| 12:09:00 | 16 | A. I know very little about this |
| 12:09:01 | 17 | exhibition. I may have known the title. It seems |
| 12:09:05 | 18 | familiar. I didn't see it, I haven't the catalog, |
| 12:09:08 | 19 | so I have no knowledge of what happened around it. |
| 12:09:13 | 20 | Q. Okay. But my only question is, in |
| 12:09:16 | 21 | looking through the documents in this case, have |
| 12:09:17 | 22 | you seen any objection by CSI to this statement? |
| 12:09:24 | 23 | A. Um -- I only read, I believe, the CJI |
| 12:09:32 | 24 | minutes from this period. |
| 12:09:33 | 25 | Q. That's not my question. The question |

145

| | | |
|---|---|---|
| | 1 | Mann |
| 12:09:34 | 2 | is, did you see -- |
| 12:09:36 | 3 | A. Therefore, I did not see any |
| 12:09:37 | 4 | objections from CSI in the minutes of their |
| 12:09:40 | 5 | meetings. |
| 12:09:40 | 6 | Q. Who is Guido Schoenberger? |
| 12:09:47 | 7 | A. He was an art historian. He was the |
| 12:09:48 | 8 | curator of the Historisches Museum in Frankfurt and |
| 12:09:55 | 9 | when the Nazis came to power, he was dismissed and |
| 12:10:01 | 10 | he worked at The Jewish Museum in Frankfurt until |
| 12:10:05 | 11 | it was closed in the late '30s. And then he came |
| 12:10:09 | 12 | to the United States and he was employed at the |
| 12:10:12 | 13 | Institute of Fine Arts where I was a student, and I |
| 12:10:16 | 14 | remember him as a very old man, you know, sitting |
| 12:10:19 | 15 | and eating lunch. |
| 12:10:20 | 16 | He was employed -- the effort on the |
| 12:10:25 | 17 | part of many universities in the United States was |
| 12:10:27 | 18 | to give a home to scholars from Germany and Europe, |
| 12:10:30 | 19 | and he was employed as a slide librarian at the |
| 12:10:39 | 20 | Institute. And then simultaneously, he worked as a |
| 12:10:41 | 21 | curator at times at The Jewish Museum. |
| 12:10:44 | 22 | Q. Do you consider him a reliable |
| 12:10:46 | 23 | authority on art history? |
| 12:10:49 | 24 | A. For his time. There are problems with |
| 12:10:52 | 25 | what he wrote. I read the article. I have the |

37  (Pages 142 to 145)

146

```
                        Mann
                1
12:10:55        2    article.  I don't think it's up to date.
12:10:58        3        Q.  Every time you say that, I think of
12:11:02        4    Noah, in his time.
12:11:04        5        A.  That's it.  He was -- the rabbis
12:11:08        6    comment on that.  They say he was a tzaddik for his
12:11:12        7    time, which doesn't mean that he was the perfect
12:11:14        8    individual.
12:11:14        9        Q.  Right, but it could mean that, you
12:11:16       10    know, it's not so easy to -- anyway --
12:11:20       11            MR. WAGNER:  -- let's mark this as the
12:11:21       12        next exhibit.
12:11:36 EXH   13            (Mann Exhibit 15, two-page printout
12:11:36       14        of website entitled, "Library of
12:11:36       15        Congress Exhibitions", marked for
12:11:42       16        identification, as of this date.)
12:11:42       17        Q.  Look at --
12:11:45       18        A.  No.
12:11:45       19        Q.  You've seen this article before,
12:11:48       20    right?
12:11:48       21        A.  Yes, I have a copy.
12:11:49       22        Q.  Can you turn to page 2 of the article.
12:11:54       23    In the second paragraph, second sentence, it
12:11:59       24    states, "On the other hand, in order to emphasize
12:12:01       25    the importance of the Torah scroll, beautiful
```

147

```
                        Mann
                1
12:12:04        2    exterior Torah ornaments were permitted and
12:12:07        3    developed in the course of time which served both
12:12:09        4    practical and symbolic purposes."
12:12:12        5        Do you see that?
12:12:13        6        A.  Um-hum.
12:12:13        7        Q.  And that's that fair statement, is it
12:12:16        8    not?
12:12:18        9        A.  Yes.
12:12:18       10        Q.  Okay.  Now, can you turn to page 5.
12:12:31       11        A.  After the photos?
12:12:32       12        Q.  Yes.  Second paragraph, second
12:12:42       13    sentence, "If we turn to the works of Myer Myers,
12:12:45       14    first shown a pair of his rimmonim made circa 1770
12:12:50       15    for the new synagogue at Newport built in 1759," do
12:12:54       16    you see that?
12:12:56       17        A.  Yes.
12:12:56       18        Q.  And again, you disagree with him as
12:12:57       19    well.
12:12:58       20        A.  Yes.
12:12:58       21        Q.  Is it your testimony that the rimmonim
12:13:01       22    in question were made in 1764?
12:13:03       23        A.  I say that there are two -- Barquist
12:13:13       24    dates them 17 -- during the decade that the mark,
12:13:18       25    which he calls mark number 9, were used.
```

148

```
                        Mann
                1
12:13:22        2        I have found payments from 1764 and
12:13:25        3    1774, which is in the same period, and I think they
12:13:29        4    were made 1764 to 1774.  In other words, I am being
12:13:34        5    more specific on the basis of the payments within
12:13:38        6    the decade that Barquist posited.
12:13:40        7        Q.  Right.  He placed the beginning dates
12:13:43        8    somewhat later, did he not?
12:13:45        9        A.  No.  If it's later, it's one year,
12:14:04       10    1765.
12:14:04       11        Q.  Well, let's check.  Would you look
12:14:13       12    back at the Lyons --
12:14:15       13            MR. JACOBY:  It's Exhibit 2.
12:14:16       14        Q.  -- would you look at --
12:14:25       15        A.  I --
12:14:26       16        Q.  -- let me just show it to you.  I'm
12:14:29       17    going to save you some time.
12:14:30       18        A.  Here it is.  I've got it.
12:14:31       19        Q.  Okay.
12:14:36       20        A.  What page?
12:14:42       21        Q.  Number 64.
12:14:43       22        A.  It's for the catalog part.
12:14:45       23        Q.  Yes.
12:14:45       24            MR. SOLOMON:  What page?
12:14:48       25        A.  It's catalog number 64.  Which is on
```

149

```
                        Mann
                1
12:14:51        2    page 157 --
12:14:56        3            MR. WAGNER:  154.
12:14:58        4            THE WITNESS:  154.
12:15:02        5        A.  Okay.
12:15:02        6        Q.  He places it 1766 to '76, do you see
12:15:08        7    that?
12:15:09        8        A.  Well, he's --
12:15:14        9        Q.  I'm just asking, is that what he put?
12:15:17       10        A.  Yes, this is what he wrote.
12:15:18       11        Q.  And you disagree with the 1766 date?
12:15:21       12        A.  He's basing it on the marks.  And I --
12:15:26       13    in other words, the silver mark was in use by a
12:15:31       14    silversmith for a certain period of time.  Barquist
12:15:36       15    is basing his testimony on the use of the silver
12:15:38       16    mark.  I am basing my testimony also, in addition,
12:15:42       17    on the records of --
12:15:45       18        Q.  My only question is, you disagree with
12:15:47       19    his 1766 date.
12:15:49       20            MR. SOLOMON:  Objection.  She just
12:15:50       21        says they are measuring different things.
12:15:53       22        A.  I am not objecting.  I'm refining his
12:15:57       23    statement by focusing on two years in that
12:16:00       24    sequence, in that ten years.
12:16:01       25        Q.  You believe the rimmonim were made in
```

38  (Pages 146 to 149)

150

| | | Mann |
|---|---|---|
| 12:16:05 | 2 | 1764, correct? |
| 12:16:06 | 3 | A. One pair, and the second pair was made |
| 12:16:09 | 4 | in 1774. |
| 12:16:10 | 5 | Q. Okay. |
| 12:16:25 | 6 | A. You know, that's something that often |
| 12:16:26 | 7 | happens, is that when you come across -- a person |
| 12:16:30 | 8 | may give a bracketing date to a work and then when |
| 12:16:35 | 9 | more evidence is found, the date narrows. This is |
| 12:16:40 | 10 | common in art history. |
| 12:16:41 | 11 | Q. You saw that -- is it Dr. Barquist? |
| 12:16:46 | 12 | A. I presume so. |
| 12:16:47 | 13 | Q. Okay. He submitted a, or he signed a |
| 12:16:53 | 14 | declaration, right? He corrected or he purported |
| 12:16:56 | 15 | to correct one statement that he had made in the |
| 12:17:00 | 16 | catalog, right? |
| 12:17:01 | 17 | MR. SOLOMON: Objection. Misstates |
| | 18 | the document. |
| 12:17:04 | 19 | A. I need to see the document. |
| 12:17:05 | 20 | Q. Okay. He didn't make any statements |
| 12:17:08 | 21 | in that declaration as to when the rimmonim were |
| 12:17:12 | 22 | made, did he? |
| 12:17:12 | 23 | A. I have not looked at it for a while. |
| 12:17:15 | 24 | Q. Okay, we'll look at it later. Now, is |
| 12:17:21 | 25 | Rabbi Angel, in your view, knowledgeable about the |

151

| | | Mann |
|---|---|---|
| 12:17:24 | 2 | history of CSI? |
| 12:17:25 | 3 | A. You asked me that. |
| 12:17:27 | 4 | Q. I'm sorry, I apologize. Do you think |
| 12:17:31 | 5 | he's knowledgeable? |
| 12:17:31 | 6 | A. Yes. |
| 12:17:33 | 7 | Q. Okay. And we saw that he says the |
| 12:17:39 | 8 | rimmonim, one set was made for Newport, right? |
| 12:17:44 | 9 | A. You asked me if he was knowledgeable |
| 12:17:46 | 10 | about the history of CSI. I do not think he's an |
| 12:17:50 | 11 | expert in the material culture of CSI. |
| 12:17:52 | 12 | Q. Okay. But we did see that he wrote |
| 12:17:55 | 13 | that one pair of rimmonim was made for Newport |
| 12:17:59 | 14 | Synagogue, right? |
| 12:17:59 | 15 | MR. SOLOMON: Object to the form and I |
| 12:18:01 | 16 | object to -- |
| 12:18:02 | 17 | Q. You can answer. |
| 12:18:04 | 18 | MR. SOLOMON: -- purporting to quote a |
| 12:18:04 | 19 | document without showing it to the |
| 12:18:06 | 20 | witness. |
| 12:18:06 | 21 | Q. We'll go back to it if you want -- |
| 12:18:08 | 22 | A. No, we have the document, but I think |
| 12:18:09 | 23 | it's a mistake on his part. |
| 12:18:11 | 24 | Q. That's all I'm asking. You think it's |
| 12:18:13 | 25 | a mistake. |

152

| | | Mann |
|---|---|---|
| 12:18:14 | 2 | A. Correct. It's there, I know. |
| 12:18:21 | 3 | Q. Why do you think he got it wrong? |
| 12:18:23 | 4 | A. Because he was writing -- this whole |
| 12:18:24 | 5 | book is a generalized history. It's not -- it's |
| 12:18:29 | 6 | not an academic history. It's something for the |
| 12:18:32 | 7 | public. It's profusely illustrated. |
| 12:18:37 | 8 | Q. So if you write it for the public you |
| 12:18:39 | 9 | can make it wrong? |
| 12:18:43 | 10 | MR. SOLOMON: Is there a question? |
| 12:18:45 | 11 | Q. Just because he wrote it for the |
| 12:18:46 | 12 | public, he can be careless? |
| 12:18:47 | 13 | MR. SOLOMON: I object to the form of |
| 12:18:48 | 14 | the question. |
| 12:18:53 | 15 | Q. If he was speaking to an academic |
| 12:18:56 | 16 | audience, would you expect him to be careless? |
| 12:18:58 | 17 | A. I know he gave a lecture on this. I |
| 12:19:00 | 18 | haven't read it for a while. |
| 12:19:02 | 19 | Q. Where did he give the lecture? |
| 12:19:04 | 20 | A. It was at Yale. |
| 12:19:06 | 21 | Q. Pretty illustrious place, isn't it? |
| 12:19:11 | 22 | A. That has no relevance. |
| 12:19:12 | 23 | Q. That isn't my question. Is Yale an |
| 12:19:15 | 24 | illustrious university? |
| 12:19:17 | 25 | A. Yes. |

153

| | | Mann |
|---|---|---|
| 12:19:17 | 2 | Q. And was there a exhibition on Myer |
| 12:19:32 | 3 | Myers? |
| 12:19:34 | 4 | A. Yes. |
| 12:19:34 | 5 | Q. And would you have expected that there |
| 12:19:37 | 6 | would be a fair number of Myer Myers scholars at |
| 12:19:44 | 7 | that event? |
| 12:19:47 | 8 | A. I have been at many events in which |
| 12:19:49 | 9 | people, academic events where people get up and |
| 12:19:52 | 10 | don't know what they are talking about. I don't |
| 12:19:55 | 11 | think that the venue of the lecture is any |
| 12:20:00 | 12 | indication of the quality of the presentations made |
| 12:20:03 | 13 | there. |
| 12:20:03 | 14 | Q. But you understood that he was a rabbi |
| 12:20:08 | 15 | at that synagogue for forty years, is that correct? |
| 12:20:10 | 16 | A. That is correct. |
| 12:20:11 | 17 | Q. Okay. |
| 12:20:17 | 18 | EXH      (Mann Exhibit 16, article by Guido |
| 12:20:17 | 19 | Schoenenberger, "The Ritual Silver Made |
| 12:20:17 | 20 | By Myer Myers," twelve pages, marked for |
| 12:20:34 | 21 | identification, as of this date.) |
| 12:20:34 | 22 | Q. Now, is this the lecture that you were |
| 12:20:37 | 23 | referring to? |
| 12:20:39 | 24 | A. I believe so. |
| 12:20:39 | 25 | Q. Okay. And it indicates that he gave |

39  (Pages 150 to 153)

154

|  |  |  |
|---|---|---|
|  | 1 | Mann |
| 12:20:43 | 2 | the lecture on December 5, 2001, right? |
| 12:20:47 | 3 | A. That would have been during the time |
| 12:20:48 | 4 | of the exhibition. |
| 12:20:50 | 5 | Q. Right. |
| 12:20:53 | 6 | A. Any he quotes my work. |
| 12:20:54 | 7 | Q. Your work is the beautiful -- I mean, |
| 12:20:59 | 8 | it's a beautiful book. |
| 12:21:00 | 9 | A. Thank you. |
| 12:21:07 | 10 | Q. Now, if you look right above where it |
| 12:21:09 | 11 | says, "Myer Myers, Some Biographical Information," |
| 12:21:11 | 12 | he says, "When Myer Myers decided to fashion Torah |
| 12:21:17 | 13 | bells for the synagogues in New York" -- |
| 12:21:21 | 14 | A. I'm sorry, where are you? |
| 12:21:22 | 15 | Q. I'm sorry? |
| 12:21:23 | 16 | A. No, just tell me. |
| 12:21:24 | 17 | Q. First page. |
| 12:21:29 | 18 | A. Oh. |
| 12:21:29 | 19 | Q. And again, you disagree with the |
| 12:21:32 | 20 | reference to Newport, right? |
| 12:21:36 | 21 | A. Yes. |
| 12:21:36 | 22 | Q. Right under where it says, "Text of |
| 12:21:51 | 23 | lecture," it has ultramicroscopic language. I'm |
| 12:21:55 | 24 | just going to read it. It says -- this is towards |
| 12:21:59 | 25 | the end of the first line -- "among the |

155

|  |  |  |
|---|---|---|
|  | 1 | Mann |
| 12:22:01 | 2 | extraordinary pieces on display are a number of |
| 12:22:03 | 3 | Torah bells (rimmonim) that Myers made for |
| 12:22:09 | 4 | Congregation Shearith Israel in New York, Yeshuat |
| 12:22:10 | 5 | Israel in New York, and Mikveh Israel in |
| 12:22:13 | 6 | Philadelphia." |
| 12:22:14 | 7 | Do you see that? |
| 12:22:14 | 8 | A. Yes, I do. |
| 12:22:15 | 9 | Q. And again you disagree with that? |
| 12:22:16 | 10 | A. Yes. |
| 12:22:16 | 11 | Q. Now, do you know whether he looked at |
| 12:22:25 | 12 | the same minute books that you looked at before he |
| 12:22:25 | 13 | said those things? |
| 12:22:30 | 14 | A. I have no knowledge. |
| 12:22:30 | 15 | Q. Didn't he say that he did? |
| 12:22:32 | 16 | A. Where? |
| 12:22:35 | 17 | Q. Turn to page 3. |
| 12:22:36 | 18 | A. Of the speech? |
| 12:22:38 | 19 | Q. Yes. |
| 12:22:43 | 20 | A. Where is this? |
| 12:22:44 | 21 | Q. Do you see the fourth paragraph? It |
| 12:22:51 | 22 | says, "When I first began serving Congregation |
| 12:22:54 | 23 | Shearith Israel in 1969, I spent many wonderful |
| 12:22:57 | 24 | hours reading through our early record and minute |
| 12:23:00 | 25 | books going back to 1728." |

156

|  |  |  |
|---|---|---|
|  | 1 | Mann |
| 12:23:02 | 2 | Do you see that? |
| 12:23:03 | 3 | A. Yes, I do. |
| 12:23:03 | 4 | Q. Did you discuss the issues in this |
| 12:23:06 | 5 | case with Rabbi Angel? |
| 12:23:09 | 6 | MR. SOLOMON: Asked and answered. |
| 12:23:10 | 7 | Time number 2. |
| 12:23:11 | 8 | Q. Yes? |
| 12:23:12 | 9 | A. I answered it previously. |
| 12:23:15 | 10 | Q. I'm sorry, I don't remember the |
| 12:23:16 | 11 | answer. Did you speak to him? |
| 12:23:17 | 12 | A. No. |
| 12:23:17 | 13 | Q. Was there a particular -- |
| 12:23:19 | 14 | A. But I -- |
| 12:23:20 | 15 | MR. SOLOMON: That also was asked and |
| 12:23:22 | 16 | answered. |
| 12:23:23 | 17 | MR. WAGNER: Okay, we can move on. |
| 12:23:25 | 18 | A. Can I just comment on something? |
| 12:23:28 | 19 | Q. No, I prefer that you not. He can ask |
| 12:23:30 | 20 | you questions at the end but I would really |
| 12:23:32 | 21 | appreciate you answering my questions. |
| 12:23:34 | 22 | A. I want to elaborate on that answer. |
| 12:23:35 | 23 | Q. Okay. |
| 12:23:41 | 24 | A. When people read documents for one |
| 12:23:42 | 25 | purpose or another, they tend to focus differently |

157

|  |  |  |
|---|---|---|
|  | 1 | Mann |
| 12:23:44 | 2 | on the same document. So the fact that Rabbi Angel |
| 12:23:48 | 3 | read the minute books, he may have been looking for |
| 12:23:51 | 4 | the Weltanschauung of the synagogue, the world |
| 12:23:55 | 5 | view, which is what he comments on. |
| 12:23:59 | 6 | I was looking at it from an another |
| 12:24:03 | 7 | point of view. So the fact that we both read the |
| 12:24:05 | 8 | minute books but we got different things out of |
| 12:24:07 | 9 | them is only because I was focused on an issue that |
| 12:24:09 | 10 | he wasn't focused on. |
| 12:24:10 | 11 | Q. Okay. Dr. Mann, you're an expert |
| 12:24:13 | 12 | retained in a litigation, right? |
| 12:24:15 | 13 | A. Yes. |
| 12:24:15 | 14 | Q. And you've been paid how much money so |
| 12:24:19 | 15 | far? |
| 12:24:19 | 16 | MR. SOLOMON: Asked and answered. |
| 12:24:20 | 17 | A. Um-hum. I answered that. |
| 12:24:21 | 18 | Q. Do you remember how much? You told me |
| 12:24:23 | 19 | how much you billed. How much have you been paid? |
| 12:24:25 | 20 | A. I was paid for the amount I billed. |
| 12:24:28 | 21 | Q. Okay. And Rabbi Angel made these |
| 12:24:31 | 22 | statements eleven years before any litigation |
| 12:24:33 | 23 | began, correct? |
| 12:24:35 | 24 | A. I don't know the date -- |
| 12:24:36 | 25 | Q. Assuming the litigation began in 2012, |

40 (Pages 154 to 157)

158

Mann

12:24:38  2  he made those statements eleven years prior to the
12:24:41  3  litigation, correct?
12:24:42  4      A. Yes.
12:24:43  5      Q. Now, he says in his lecture -- this is
12:25:11  6  the second paragraph.
12:25:13  7      A. On the first page?
12:25:15  8      Q. Yes. "The great medieval codifier of
12:25:19  9  Jewish law, Moses Maimonides, notes that silver and
12:25:22  10  gold bells adorning Torah scrolls are considered to
12:25:25  11  be objects of holiness and may not be discarded in
12:25:28  12  a disrespectful manner," do you see that?
12:25:30  13      A. Yes.
12:25:31  14      Q. And are you qualified to say one way
12:25:33  15  or the other whether that's accurate?
12:25:34  16      A. I already stated this. I think that
12:25:37  17  he is -- he's paraphrasing what Maimonides said
12:25:43  18  when he said that a Torah finials could not be sold
12:25:50  19  unless it was for the two purposes I enumerated,
12:25:52  20  which was the ransoming of captives, and the
12:25:55  21  feeding of the poor. So I think he's
12:26:01  22  characterizing those actions as treating them in a
12:26:04  23  disrespectful matter.
12:26:05  24      Q. I'm sorry, I don't want to spend a lot
12:26:07  25  of time on this, but did Maimonides say that Torahs

159

Mann

12:26:10  2  can't be sold for that purpose?
12:26:12  3      A. No, he said that the appurtenances of
12:26:15  4  the Torah could only be sold for two purposes.
12:26:17  5      Q. Okay. Now, when you were at The
12:26:23  6  Jewish Museum, how many years were you at The
12:26:26  7  Jewish Museum?
12:26:26  8      A. Twenty-nine.
12:26:27  9      Q. Did The Jewish Museum from time to
12:26:30  10  time purchase finials?
12:26:31  11      A. Yes.
12:26:31  12      Q. And The Jewish Museum has a very
12:26:34  13  extensive display of finials, does it not?
12:26:36  14      A. Not display. Collection.
12:26:36  15      Q. Collection. Are you aware of any
12:26:44  16  museum that has a larger collection of finials?
12:26:48  17      A. No. The Israel Museum may have, I
12:26:53  18  don't know, something approaching.
12:26:55  19      Q. Where does The Jewish Museum get these
12:27:03  20  finials?
12:27:04  21      MR. SOLOMON: Objection, vague,
12:27:05  22  overbroad.
12:27:05  23      Q. How do they acquire them?
12:27:07  24      MR. SOLOMON: Same objection.
12:27:11  25      Q. You can answer.

160

Mann

12:27:13  2      A. Sales, donations and purchases.
12:27:14  3      Q. And who are the purchases from?
12:27:19  4      A. Um -- the most recent one that I
12:27:21  5  remember was, we purchased a pair of finials made
12:27:24  6  in Kassel, Germany in the 1820s, at Sotheby's.
12:27:30  7      Q. While you were at The Jewish Museum,
12:27:37  8  did it purchase any finials that were owned by
12:27:41  9  synagogues?
12:27:41  10      A. No.
12:27:42  11      Q. Never?
12:27:42  12      A. Never. Oh, that once had been owned.
12:27:43  13  But not from the synagogues.
12:27:48  14      Q. So those synagogues, how did they end
12:27:50  15  up that they were being sold?
12:27:52  16      A. In World War II, there was a
12:27:54  17  tremendous, as you well know, in 1938, all these
12:27:56  18  synagogues were burned and their silver was
12:28:00  19  confiscated. And the Nazis established or
12:28:03  20  broadened the mandate of the small Jewish Museum in
12:28:06  21  Prague, and they used it as a depository for things
12:28:10  22  mostly from Bohemia and Moravia.
12:28:14  23      And after the war, or while the war
12:28:16  24  was proceeding, even, the government of the United
12:28:21  25  States appointed people to go and sort out material

161

Mann

12:28:28  2  that was retaken from the Nazis. And that material
12:28:34  3  was later distributed among Jewish organizations
12:28:39  4  here and in Israel.
12:28:41  5      Q. Are you aware of any instance in which
12:28:45  6  a synagogue sold rimmonim?
12:28:46  7      MR. SOLOMON: Asked and answered.
12:28:47  8      Q. You can answer.
12:28:49  9      MR. WAGNER: I didn't ask that.
12:28:49  10      Q. You can answer.
12:28:50  11      MR. SOLOMON: She said never.
12:28:52  12      MR. JACOBY: No, no, that was a
12:28:53  13  different question.
12:28:54  14      MR. SOLOMON: Okay. In any event, I
12:28:56  15  object.
12:28:58  16      A. That's -- you know, I can't answer
12:29:01  17  that because Maimonides says, the fact that he put
12:29:07  18  down a law, I don't know what circumstances --
12:29:09  19      Q. You don't know one way or the other.
12:29:10  20      A. No, there's no way to know.
12:29:12  21      Q. By the way, if you don't know
12:29:14  22  something --
12:29:14  23      A. I'm telling you I don't know.
12:29:15  24      Q. -- I'm not going to grade you.
12:29:18  25      A. I don't know.

41  (Pages 158 to 161)

162

```
              1              Mann
12:29:18      2    Q. Now, let's go back to the inventory.
12:29:27      3       (Brief interruption.)
12:29:44      4    Q. Now, do you know whether this is the
12:29:45      5 final draft of the inventory?
12:30:00      6    A. Um -- there is -- there was one copy
12:30:02      7 that was marked as corrected in 1898.
12:30:06      8    Q. Do you know anything about the person
12:30:09      9 who prepared the inventory?
12:30:11     10    A. This was Reverend Lyons. We've
12:30:14     11 discussed him before.
12:30:15     12    Q. He's the person who --
12:30:17     13    A. Also amassed the collection that's in
12:30:18     14 the American Jewish Historical Society.
12:30:20     15    Q. So the same --
12:30:23     16    A. He was the shamash in CSI.
12:30:26     17    Q. So the same person who transcribed
12:30:31     18 those documents that we saw earlier today is the
12:30:36     19 same person who prepared this document?
12:30:38     20    MR. SOLOMON: I object to the
12:30:39     21 question. Misstated the testimony about
12:30:41     22 transcription.
12:30:41     23    Q. Is it the same person?
12:30:47     24    A. He is the same person who --
12:30:49     25    Q. Okay.
```

163

```
              1              Mann
12:30:50      2    A. But I don't know what the original
12:30:54      3 transcription read and what was smoothed out by the
12:30:57      4 publisher. I cannot attest to the veracity of the
12:31:02      5 printed version being exactly the same as his
12:31:04      6 version.
12:31:04      7    Q. Right. I just want to know if it's
12:31:06      8 the same person, that's all.
12:31:12      9       Now, do you have any evidence that CJI
12:31:16     10 saw this inventory?
12:31:18     11    A. No.
12:31:18     12    Q. Do you have any evidence that CYI saw
12:31:22     13 this inventory?
12:31:23     14    A. They couldn't have, because they were
12:31:29     15 disbanded in 1818 and this wasn't until 1969.
12:31:29     16    Q. Now, the cover of the inventory says,
12:31:51     17 "Property effects belonging to or in keeping of."
12:31:54     18    A. Um-hum.
12:31:54     19    Q. What does "in keeping of" mean?
12:31:57     20    A. As I mentioned to you, I think
12:31:59     21 previously, there were times when people had a
12:32:04     22 sefer Torah written at their own expense and often
12:32:08     23 deposited it in the synagogue. This is a centuries
12:32:12     24 old usage.
12:32:13     25    Q. So "in keeping of" is not necessarily,
```

164

```
              1              Mann
12:32:15      2 is not ownership, is it?
12:32:17      3    A. No. But I also want to mention in the
12:32:21      4 case of CSI that -- I didn't do a one-by-one, but
12:32:28      5 many of the Torah scrolls that were deposited for
12:32:30      6 safekeeping later were given or purchased by the
12:32:33      7 congregation. So they remain known as the Hart --
12:32:39      8 to distinguish them, they were given nicknames; the
12:32:41      9 Hart Sefer Torah, the Hendricks Sefer Torah. But
12:32:45     10 they belonged to CSI by this point.
12:32:48     11    Q. Do you have an understanding, and I
12:32:49     12 apologize if I asked this before, when the rimmonim
12:33:00     13 marked "Newport" here were sent to CSI?
12:33:03     14    A. There's, in 1822, the Lopez family
12:33:22     15 came to New York, and they had in their, among
12:33:25     16 their effects, sifrei Torah and silver that had
12:33:28     17 been used in Newport.
12:33:32     18       There is an entry in 1833 about
12:33:35     19 getting the sifrei Torah back, and there is an
12:33:41     20 entry later about getting the silver back.
12:33:43     21    Q. What's the date of this entry to
12:33:48     22 silver?
12:33:48     23    A. To be honest with you, I took all
12:33:50     24 these photographs and I didn't label them all, and
12:33:53     25 I'd have to go through it.
```

165

```
              1              Mann
12:33:54      2    Q. Okay. I don't know if that's
12:33:56      3 something that you could try to find during the
12:33:58      4 break, that --
12:33:59      5    A. No, I can't find it. They are on my
12:34:03      6 computer and I'd have to read through all of them.
12:34:05      7    Q. Okay. Do you know why someone wrote
12:34:15      8 "Newport" on the base?
12:34:16      9    A. I thought we had gone through --
12:34:18     10    Q. I really apologize if I -- I don't
12:34:22     11 want you to think I'm not paying attention to you.
12:34:25     12    A. I think, based on the fact that
12:34:31     13 there's an entry in the -- in the inventory of a
12:34:35     14 Sefer Torah that had been used -- that is
12:34:39     15 specifically said to have been in Newport, that
12:34:42     16 this was just a means of identifying what had been
12:34:46     17 in Newport.
12:34:47     18    Q. Why would somebody need to identify
12:34:49     19 what had been in Newport?
12:34:51     20    A. Because there was always the
12:34:52     21 expectation that -- CSI stated, "We want these back
12:34:55     22 but if you reform your congregation, we will lend
12:34:59     23 to you again."
12:35:01     24    Q. Did they say "lend to you" or "give
12:35:02     25 you"?
```

42 (Pages 162 to 165)

166

|  |  |  |
|---|---|---|
|  | 1 | Mann |
| 12:35:02 | 2 | A. Yes, they said, "We will lend to you." |
| 12:35:05 | 3 | Q. Doesn't say "lend" in those minutes, |
| 12:35:06 | 4 | does it? |
| 12:35:07 | 5 | A. It says "loan." I'm not -- it does. |
| 12:35:09 | 6 | Q. Where does it say "loan"? |
| 12:35:10 | 7 | A. Well, I have to find it. But it says, |
| 12:35:16 | 8 | you know, "Would you be willing to loan to us that |
| 12:35:18 | 9 | which you loaned to us before?" And, "Yes, we |
| 12:35:21 | 10 | would be willing to loan to you when you |
| 12:35:23 | 11 | reconstitute yourself." |
| 12:35:25 | 12 | Q. And those documents don't specifically |
| 12:35:27 | 13 | reference the Myer Myers rimmonim, do they? |
| 12:35:30 | 14 | A. No, they are general references to |
| 12:35:31 | 15 | giving what had been used before in Newport back to |
| 12:35:36 | 16 | them. |
| 12:35:36 | 17 | Q. Now, what if what had been before in |
| 12:35:39 | 18 | Newport was owned by CYI, when CSI sent it back to |
| 12:35:47 | 19 | CJI, to your knowledge, would CJI then become the |
| 12:35:51 | 20 | owner? |
| 12:35:51 | 21 | A. It became the owner not as a result of |
| 12:35:54 | 22 | it being sent back, but as a result of the fact |
| 12:35:59 | 23 | that the -- the members at the time of its |
| 12:36:07 | 24 | disbandment in 1818 had ceded everything to CSI. |
| 12:36:12 | 25 | MR. SOLOMON: He asked but CJI. I |

167

|  |  |  |
|---|---|---|
|  | 1 | Mann |
| 12:36:14 | 2 | think there's some disagreement -- |
| 12:36:17 | 3 | MR. WAGNER: Yes, actually, let me -- |
| 12:36:19 | 4 | MR. SOLOMON: I'd like the witness to |
| 12:36:20 | 5 | hear the question and the answer. |
| 12:36:21 | 6 | THE WITNESS: Would you say it again? |
| 12:36:23 | 7 | MR. SOLOMON: I am going to completely |
| 12:36:25 | 8 | object. |
| 12:36:25 | 9 | MR. WAGNER: Okay, you can object -- |
| 12:36:27 | 10 | THE WITNESS: Can I hear the question |
| 12:36:28 | 11 | again? |
| 12:36:28 | 12 | MR. WAGNER: No, I want to go into the |
| 12:36:30 | 13 | inventory. |
| 12:36:30 | 14 | MR. SOLOMON: So let the record be |
| 12:36:32 | 15 | very clear that the witness is asking for |
| 12:36:34 | 16 | a question that she just answered to be |
| 12:36:36 | 17 | read back and counsel is not allowing the |
| 12:36:38 | 18 | witness to do that. That's improper. |
| 12:36:39 | 19 | MR. WAGNER: Okay. |
| 12:36:40 | 20 | Q. Would you go to the inventory. |
| 12:36:42 | 21 | A. Um-hum. |
| 12:36:42 | 22 | Q. Page 4956. |
| 12:36:58 | 23 | A. Yes. |
| 12:36:58 | 24 | Q. Now it says, "One pair of d-o |
| 12:37:01 | 25 | marks" -- |

168

|  |  |  |
|---|---|---|
|  | 1 | Mann |
| 12:37:02 | 2 | A. Ditto. |
| 12:37:02 | 3 | Q. -- "Myers, the maker," and then it |
| 12:37:04 | 4 | says, "One pair of d-o marks, Myers Newport," do |
| 12:37:09 | 5 | you see that? |
| 12:37:09 | 6 | A. Um-hum. |
| 12:37:10 | 7 | Q. And then we see three ditto marks. |
| 12:37:12 | 8 | A. Um-hum. |
| 12:37:12 | 9 | Q. And those three ditto marks come right |
| 12:37:15 | 10 | under the words "keeping of shamash," do they not? |
| 12:37:19 | 11 | A. Yes, but I think they also refer to |
| 12:37:21 | 12 | the last phrase on the line above, "Property of |
| 12:37:25 | 13 | kahal," the congregation, "In keeping of shamash." |
| 12:37:28 | 14 | Q. That's a conclusion that you draw. |
| 12:37:30 | 15 | That's how you interpret those ditto marks, |
| 12:37:32 | 16 | correct? |
| 12:37:32 | 17 | A. Correct. |
| 12:37:32 | 18 | Q. Okay. Now, let's go back to the |
| 12:37:35 | 19 | question that you wanted read. |
| 12:37:56 | 20 | (The record was read as follows: |
| 12:35:36 | 21 | "Question: Now, what if what had been |
| 12:35:38 | 22 | before in Newport was owned by CYI, when |
| 12:35:46 | 23 | CSI sent it back to CJI, to your |
| 12:35:49 | 24 | knowledge, would CJI then become the |
| 12:35:51 | 25 | owner?") |

169

|  |  |  |
|---|---|---|
|  | 1 | Mann |
| 12:37:57 | 2 | Q. Do you have anything to add to your |
| 12:37:58 | 3 | answer? |
| 12:37:58 | 4 | A. When they were -- if they were -- when |
| 12:38:02 | 5 | they were with CYI, they were still a loan from -- |
| 12:38:06 | 6 | there was nothing to change their ownership. |
| 12:38:08 | 7 | Q. I'm not talking about rimmonim. I'm |
| 12:38:10 | 8 | just talking, if CYI sent something to CSI that CYI |
| 12:38:19 | 9 | owned originally, when CSI sent that material back, |
| 12:38:23 | 10 | did CJI become the owner, in your view? |
| 12:38:27 | 11 | A. This is what happened, okay? We have |
| 12:38:31 | 12 | a clear distinction in the records of the minutes |
| 12:38:34 | 13 | between two seforim that were lent at the beginning |
| 12:38:38 | 14 | of CYI in 1560. There is even a record of the |
| 12:38:44 | 15 | preparation of the crates in which these two |
| 12:38:47 | 16 | seforim were shipped. And they were sent as a loan |
| 12:38:51 | 17 | to Newport. |
| 12:38:56 | 18 | Then, when the congregation disbanded, |
| 12:39:04 | 19 | the first thing that CSI did was ask for their own |
| 12:39:07 | 20 | seforim back. They then asked Mrs. Lopez to hand |
| 12:39:11 | 21 | over the four seforim that were additional that |
| 12:39:15 | 22 | were donations directly to CYI -- |
| 12:39:19 | 23 | Q. Let me stop -- |
| 12:39:21 | 24 | A. -- that belonged to CYI. |
| 12:39:22 | 25 | Q. Okay. So when those Torahs were sent |

43 (Pages 166 to 169)

170

Mann

12:39:26  1
12:39:26  2  back --
12:39:28  3      A.  They were -- the four Torahs --
12:39:29  4      Q.  Right.
12:39:31  5      A.  -- when they were sent back they were
          6  the property of CYI.
12:39:32  7      Q.  And did they become the property of
12:39:34  8  CJI?
12:39:34  9      A.  I can't answer that.
12:39:35  10      Q.  Okay.  That's beyond --
12:39:37  11      A.  That's a question of, you know, the
12:39:39  12  legal relationships.
12:39:40  13      Q.  And are you expert at reading leases?
12:39:45  14      A.  No.
12:39:45  15      Q.  Are you expert at reading deeds?
12:39:47  16      A.  No.
12:39:49  17      Q.  Are you expert at reading legal
12:39:51  18  documents?
12:39:51  19          (Continued on following page.)
          20
          21
          22
          23
          24
          25

171

Mann

12:39:51  1
          2      A.  As I said, I published a book on
12:39:54  3  Hebrew legal documents.
12:39:56  4      Q.  Right.  American legal documents.
12:39:58  5      A.  No.
12:39:58  6          MR. WAGNER:  All right, want to take a
12:39:59  7  break until about 1:30?
12:40:06  8          THE WITNESS:  I sure do.
12:40:09  9          MR. WAGNER:  Are you okay in terms of
12:40:11  10  time?
12:40:12  11 *        THE WITNESS:  I'm okay.
12:40:14  12          (Luncheon recess:  12:40 p.m.)
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25

172

12:40:14  1
          2          A F T E R N O O N   S E S S I O N
12:40:18  3              (1:31 p.m.)
12:40:18  4      V I V I A N   M A N N,  having been previously
12:40:18  5  sworn, resumed the stand and testified
12:40:19  6          further as follows:
13:29:54  7  EXAMINATION (Cont'd.)
13:29:54  8  BY MR. WAGNER:
13:31:20  9      Q.  Okay.  Now, I just want to go back
          10  over a couple of things.
13:31:29  11          Through 1910, was there -- and other
13:31:31  12  than the inventory -- is there any specific
13:31:35  13  reference to the Myer Myers rimmonim in the CSI
13:31:37  14  documents you saw?
13:31:41  15      A.  I don't recall.
13:31:53  16      Q.  Okay.  As you sit here --
13:31:54  17      A.  I'm not going to say no.  I'm just
13:31:58  18  going to say I don't recall.
13:32:00  19      Q.  As you sit here, you don't recall one
13:32:02  20  other than the inventory.
13:32:04  21      A.  Right.  And I just want to bring up
13:32:05  22  that I misspoke about the inventory.  I was
13:32:07  23  confusing it with the history that I found in a
13:32:09  24  microfilm.  The inventory was written in 1869.  The
13:32:12  25  short history that I read was marked that it was

173

Mann

13:32:17  1
13:32:21  2  updated in 1898, right?
13:32:31  3      Q.  That was a history of what?
13:32:34  4      A.  It's a general history of Shearith
          5  Israel.
13:32:36  6      Q.  And who wrote it?
13:32:36  7      A.  It was Phillips, Naftali Phillips.
13:32:41  8      Q.  Now, through 1910, did you see any
13:32:44  9  specific reference in the CJI documents to the Myer
13:32:54  10  Myers rimmonim?
13:32:57  11      A.  There are no CJI documents.
13:33:00  12      Q.  Okay.
13:33:03  13      A.  And CJI didn't exist in 1910.
13:33:05  14      Q.  Okay, very good.  Through 1910, did
13:33:09  15  any of the documents from Touro Synagogue
13:33:12  16  specifically reference the Myer Myers rimmonim?
13:33:16  17      A.  There are no documents -- I mean, it's
13:33:20  18  the same question.  You're just substituting Touro
13:33:22  19  Synagogue for CJI.  There's no records, as far as I
13:33:25  20  know.
13:33:29  21      Q.  And just so that the record is clear,
13:33:29  22  are the opinions you're offering in this case the
13:33:31  23  ones that are set out in your report?
13:33:36  24      A.  Yes, but I will say that I did
13:33:37  25  additional research since the report, which is
13:33:39

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

174

|  |  |  |
|---|---|---|
| 13:33:41 | 1<br>2 | Mann<br>allowed in the report. |
| 13:33:42 | 3 | Q. And -- well, whether it's allowed or |
| 13:33:44 | 4 | not we can dispute -- |
| 13:33:45 | 5 | A. Well, it says that it's -- yeah. |
| 13:33:47 | 6 | Q. What additional research did you do? |
| 13:33:50 | 7 | A. I read more documents. |
| 13:33:54 | 8 | Q. What are those documents? |
| 13:33:57 | 9 | A. Again, they are all .jpegs on my |
| 13:34:02 | 10 | computer. They are minutes, mostly. |
| 13:34:04 | 11 | Q. Now, do you understand the concepts of |
| 13:34:09 | 12 | ownership and control to be legal concepts? |
| 13:34:15 | 13 | A. I think the way they are used here, |
| 13:34:17 | 14 | yes. |
| 13:34:17 | 15 | Q. And are you qualified to opine on |
| 13:34:20 | 16 | ownership and control? |
| 13:34:21 | 17 | A. No. |
| 13:34:23 | 18 | Q. Okay. Have you ever opined on legal |
| 13:34:29 | 19 | provenance of property before? |
| 13:34:31 | 20 | A. Yes. |
| 13:34:31 | 21 | Q. And was that in connection with |
| 13:34:40 | 22 | property from Europe? |
| 13:34:45 | 23 | A. Um -- material -- let's say visual and |
| 13:34:52 | 24 | material culture. Not necessarily from Europe. |
| 13:34:55 | 25 | Q. Now, you testified that the, I think |

175

|  |  |  |
|---|---|---|
| 13:34:59 | 1<br>2 | Mann<br>your opinion is that the pair at the MFI is not a |
| 13:35:04 | 3 | true pair. |
| 13:35:05 | 4 | A. Correct. I would call them a set. |
| 13:35:06 | 5 | Q. Right. Are you aware that others have |
| 13:35:09 | 6 | testified in this case that they are a true pair? |
| 13:35:13 | 7 | A. They didn't examine them properly. |
| 13:35:18 | 8 | Q. No, I'm just questioning whether |
| 13:35:19 | 9 | you're aware that such testimony has been given. |
| 13:35:25 | 10 | A. Um -- no. I'm not aware of who said |
| 13:35:28 | 11 | that. |
| 13:35:29 | 12 | Q. Well, did you read the Jeanne Sloane |
| 13:35:37 | 13 | deposition? |
| 13:35:37 | 14 | A. Was I given that? No. |
| 13:35:39 | 15 | Q. Now, when you cite secondary sources, |
| 13:36:44 | 16 | do you do anything to investigate the reliability |
| 13:36:49 | 17 | of the source? |
| 13:36:54 | 18 | A. Um -- the process that I followed here |
| 13:36:59 | 19 | was -- it was a mix, I must say. I started reading |
| 13:37:04 | 20 | all these books and then I read the -- the ledger |
| 13:37:09 | 21 | once, and some of the minutes, and then I did more |
| 13:37:14 | 22 | reading and then I came back to the ledger and the |
| 13:37:18 | 23 | minutes and read them very carefully. |
| 13:37:21 | 24 | Q. Let's just focus on the secondary |
| 13:37:22 | 25 | sources. And I'm not necessarily talking about |

176

|  |  |  |
|---|---|---|
| 13:37:24 | 1<br>2 | Mann<br>what you did here but, as a general matter, when |
| 13:37:27 | 3 | you cite secondary sources, do you do anything to |
| 13:37:30 | 4 | ensure yourself that the secondary sources are |
| 13:37:32 | 5 | reliable? |
| 13:37:34 | 6 | A. Yes. I checked -- I would evaluate |
| 13:37:37 | 7 | what they said based on the source -- the |
| 13:37:41 | 8 | documentary sources that I had read and the |
| 13:37:43 | 9 | quotations from documentary sources. And I could |
| 13:37:49 | 10 | see a pattern after a while of who was quoting |
| 13:37:54 | 11 | de Pool -- you know, de Pool wrote early -- de Pool |
| 13:37:58 | 12 | himself quoted from this 1898 history. Just -- |
| 13:38:03 | 13 | Q. Okay. |
| 13:38:05 | 14 | A. -- and once you read them you see what |
| 13:38:07 | 15 | everybody took. |
| 13:38:08 | 16 | Q. And is it good scholarship to cite to |
| 13:38:11 | 17 | anonymous secondary sources? |
| 13:38:14 | 18 | A. Which ones are you referring to? |
| 13:38:15 | 19 | Q. I'm just asking you as a general |
| 13:38:17 | 20 | matter. |
| 13:38:18 | 21 | A. To cite -- you know, that's a broad |
| 13:38:20 | 22 | question. If you had a text from antiquity, it |
| 13:38:26 | 23 | would be anonymous. And you wouldn't doubt |
| 13:38:30 | 24 | about -- it -- it's too broad a question. |
| 13:38:33 | 25 | Q. Well, do you routinely cite from |

177

|  |  |  |
|---|---|---|
| 13:38:38 | 1<br>2 | Mann<br>anonymous secondary sources? |
| 13:38:39 | 3 | A. It depends what period. |
| 13:38:40 | 4 | Q. The 1890s. |
| 13:38:48 | 5 | A. No. |
| 13:38:48 | 6 | Q. You reference the inventory on page 6 |
| 13:39:12 | 7 | of your report. And you say that the inventory |
| 13:39:24 | 8 | "confirms two pairs of rimmonim bearing the mark of |
| 13:39:31 | 9 | Myer Myers in ownership and possession of Shearith |
| 13:39:35 | 10 | Israel," do you see that? |
| 13:39:38 | 11 | A. Yes. |
| 13:39:38 | 12 | Q. Okay. Now, if all you had was a |
| 13:39:41 | 13 | statement by a party that it owned property, that's |
| 13:39:45 | 14 | not necessarily conclusive evidence of ownership, |
| 13:39:48 | 15 | is it? |
| 13:39:50 | 16 | A. No, but the title of the inventory is |
| 13:39:54 | 17 | what was owned by -- I'm not quoting it exactly -- |
| 13:39:59 | 18 | it's an inventory of what was owned by Shearith |
| 13:40:01 | 19 | Israel. And the invent -- and Lyons is very |
| 13:40:05 | 20 | careful to point out if something -- you know, |
| 13:40:12 | 21 | prior ownership, like a certain Sefer Torah. And |
| 13:40:16 | 22 | he's very careful also at the end to say there's |
| 13:40:20 | 23 | additional property, it's not on the premises. |
| 13:40:22 | 24 | Q. Okay. But Lyons is not infallible. |
| 13:40:27 | 25 | Reverend Lyons is not infallible, is he? |

45  (Pages 174 to 177)

178

| | | Mann |
|---|---|---|
| 13:40:30 | 2 | A. I think this inventory, which goes |
| 13:40:32 | 3 | down to the brooms and the rags, I think is a very |
| 13:40:36 | 4 | thorough work. |
| 13:40:37 | 5 | Q. But are you aware of any investigation |
| 13:40:39 | 6 | he made of the provenance of the rimmonim? |
| 13:40:41 | 7 | A. He's not dealing with that. He is |
| 13:40:42 | 8 | dealing with what's in the synagogue that belongs |
| 13:40:46 | 9 | to it in 1869. |
| 13:40:47 | 10 | Q. My only question is whether you know |
| 13:40:49 | 11 | whether he conducted any investigation. |
| 13:40:52 | 12 | A. No, I have no knowledge. |
| 13:40:53 | 13 | Q. And if CJI had an inventory that |
| 13:40:58 | 14 | listed it as the owner of the rimmonim, would that |
| 13:41:02 | 15 | be relevant to you? |
| 13:41:03 | 16 | A. No, because I don't think it's |
| 13:41:05 | 17 | supportable. |
| 13:41:06 | 18 | Q. So if CSI has an inventory, it's |
| 13:41:10 | 19 | conclusive, but if CJI has an inventory, it's |
| 13:41:14 | 20 | useless? |
| 13:41:14 | 21 | A. First of all, CJI was not formed in |
| 13:41:17 | 22 | the 1883, so it's later. Second of all, there's |
| 13:41:20 | 23 | all this prior evidence, prior to the inventory, |
| 13:41:22 | 24 | that CSI owned the rimmonim. |
| 13:41:25 | 25 | So we're looking -- we're not looking |

179

| | | Mann |
|---|---|---|
| 13:41:27 | 2 | at inventory versus inventory. We're looking at |
| 13:41:30 | 3 | inventory plus prior documents versus a statement |
| 13:41:34 | 4 | in a hypothetical inventory. |
| 13:41:37 | 5 | Q. Okay. And again, none of those prior |
| 13:41:47 | 6 | documents specifically reference the Myer Myers |
| 13:41:44 | 7 | rimmonim, do they? |
| 13:41:44 | 8 | A. No, they do. The statements of the |
| 13:41:47 | 9 | purchase -- of the amounts owed to Myer Myers. One |
| 13:41:52 | 10 | specifically says rimmonim. |
| 13:41:54 | 11 | Q. We're not talking about that set. The |
| 13:41:56 | 12 | other set, the second entry does not have a |
| 13:41:59 | 13 | reference to rimmonim, correct? |
| 13:42:00 | 14 | A. No. But I want to point out that |
| 13:42:03 | 15 | there are various types of payments that were made |
| 13:42:06 | 16 | to people that are recorded in the ledger. There |
| 13:42:11 | 17 | were payments made for specific purchase of items |
| 13:42:15 | 18 | such as wood, which was then used in the synagogue |
| 13:42:19 | 19 | or used by one of the functionaries of the |
| 13:42:22 | 20 | synagogue. |
| 13:42:23 | 21 | Then there are payments that a Parnas, |
| 13:42:27 | 22 | the head of the congregation, was required to make |
| 13:42:31 | 23 | or to put up a bond covering donations that were |
| 13:42:37 | 24 | voiced during his reign but were not collected. So |
| 13:42:43 | 25 | he had to guarantee that amount and he was repaid |

180

| | | Mann |
|---|---|---|
| 13:42:47 | 2 | during the next administration. |
| 13:42:50 | 3 | That only says, "Paid to the late |
| 13:42:53 | 4 | Parnas," which I mentioned means last, and that's a |
| 13:42:57 | 5 | second type of payment. This stands apart because |
| 13:43:01 | 6 | of its -- it is neither of those. It's not |
| 13:43:05 | 7 | something that he purchased for the congregation, |
| 13:43:08 | 8 | nor is it payment because he was Parnas. That's |
| 13:43:13 | 9 | recorded elsewhere. |
| 13:43:15 | 10 | So here we have to deal with the |
| 13:43:16 | 11 | amount paid to him, which fits in with the amount |
| 13:43:20 | 12 | of silver he had to buy and with the prices that |
| 13:43:25 | 13 | were paid to subsilversmiths like the chaser, the |
| 13:43:31 | 14 | engraver, the piercer. All of these were separate |
| 13:43:34 | 15 | tasks and people were paid individually. |
| 13:43:37 | 16 | So if you add up the amount of the |
| 13:43:39 | 17 | costs of the silver versus -- and these additional |
| 13:43:42 | 18 | things, the probability -- the -- I believe that |
| 13:43:46 | 19 | this amount represents payment for rimmonim. |
| 13:43:50 | 20 | Q. My only question was, that second |
| 13:43:52 | 21 | entry in your report does not reference |
| 13:43:54 | 22 | specifically rimmonim, does it? |
| 13:43:57 | 23 | A. The second one does. You mean out of |
| 13:43:59 | 24 | the three -- |
| 13:44:00 | 25 | Q. Yes. |

181

| | | Mann |
|---|---|---|
| 13:44:01 | 2 | A. -- or are you talking about second |
| 13:44:02 | 3 | rimmonim? |
| 13:44:02 | 4 | Q. The second entry does not specifically |
| 13:44:04 | 5 | reference rimmonim. |
| 13:44:05 | 6 | A. No, and I just -- |
| 13:44:06 | 7 | Q. Okay. |
| 13:44:08 | 8 | A. -- elucidated why I belive -- |
| 13:44:10 | 9 | Q. I understand that. But the third |
| 13:44:11 | 10 | entry does reference rimmonim, correct? |
| 13:44:13 | 11 | A. Correct. |
| 13:44:13 | 12 | Q. Okay. |
| 13:44:48 | 13 | EXH      (Mann Exhibit 17, e-mail dated |
| | 14 | 10/20/08, Segal to Bazarsky, containing |
| | 15 | cut and pasted article, "The Torah Bells |
| | 16 | of Myer Myers: Ancient Traditions in a |
| | 17 | New Land," by Rabbi Marc Angel, Bates |
| | 18 | numbered CJI002331 through 2336, marked |
| 13:44:54 | 19 | for identification, as of this date.) |
| 13:44:54 | 20 | A. Yes? |
| 13:44:55 | 21 | Q. What is this document? |
| 13:44:56 | 22 | A. What is it? |
| 13:44:57 | 23 | Q. Yes. |
| 13:44:59 | 24 | A. In the microfilm that I read, which |
| 13:45:03 | 25 | had the history that was written as corrected in |

46 (Pages 178 to 181)

182

Mann

13:45:07 | 1898, this was interpolated into that document.

13:45:10 | Q. Do you know who wrote this?

13:45:14 | A. I could assume that it was the same person who wrote the history, but I don't know.

13:45:18 | Q. But you cite it in your report, right?

13:45:22 | A. Yes.

13:45:22 | Q. Let's spend a few minutes on Caroline Cohen, okay?

13:45:48 | A. Sure.

13:45:49 | Q. Okay, page 6.

13:45:53 | A. Of my report?

13:45:54 | Q. Yes. Now, you state in your report, "The third pair of bells was donated to Shearith Israel in 1893," do you see that?

13:46:41 | A. Yes.

13:46:41 | Q. Like seven lines down you say it was donated in 1892, do you see that?

13:46:47 | A. I didn't say that. I -- um -- I must say to you that in -- two days ago in rereading documents, I realized that there's more subtlety to what I had written, okay?

13:47:06 | Q. Okay. You want to explain that?

13:47:08 | A. Sure. In 1892, she writes a letter to Abraham Mendes, who was the hazzan, the head of

183

Mann

13:47:21 | the -- the minister in Touro and she offers to lend him two pairs of finials that had been in her family.

13:47:27 | Q. Can I stop you just for one second? You didn't cite that letter in your report, did you?

13:47:34 | A. No. That's why I mentioned that it was two days ago in reviewing materials that I --

13:47:39 | Q. Okay.

13:47:40 | A. -- clarified what I had hastily written here, shall I say, or not -- not written in concise terms. There's more to say. The first letter of Caroline Cohen is to Abraham Mendes offering to lend him the two pairs that belong to her family. These are not --

13:48:01 | Q. Lend or donate?

13:48:03 | A. Lend.

13:48:03 | Q. Okay.

13:48:05 | A. The second letter -- then he dies, okay? Abraham Mendes dies and she then writes to CSI, asking them for -- or giving them the two pairs and saying, "I want to exercise control over them. I would prefer they be used in Newport because I grew up there, but if there's no need

184

Mann

13:48:30 | there, then they can be lent to another Sephardic congregation."

13:48:40 | And I have identified the two pairs and I can show you pictures if you want.

13:48:44 | Q. What's the relevance of this other pair to your opinion concerning the pair at issue in the case?

13:49:10 | A. The only relevance is that both of them were loaned at the same time; and that they -- and that she -- this is not the pair in the case. This is the third pair of Myer Myers rimmonim which were made for Samuel Myers, and then descended in his family finally to Caroline Cohen.

13:49:35 | Q. Okay. Let's look at that letter.

13:49:35 | EXH | (Mann Exhibit 18, two page typewritten document bearing handwritten "Note* New Post" at the top, Bates numbered CSI06859 and 06858, marked for identification, as of this date.)

13:49:59 | Q. Is that the 1892 letter?

13:50:01 | A. Yes, it states so at the top.

13:50:03 | Q. Where does it say anything about a loan?

13:50:14 | (Witness perusing document.)

185

Mann

13:50:58 | A. It's specifically stated in the next letter of the follow year, that "I lent them to Abraham Mendes."

13:51:17 | THE WITNESS: Does anybody have that?

13:51:20 | Q. We'll get the other letter.

13:51:43 | A. She only says -- she asks him --

13:51:47 | MR. SOLOMON: There's no question pending.

13:51:48 | THE WITNESS: I'm sorry.

13:51:49 | Q. You're referencing the language, "Would accept and use," right? That's what you were about to reference, am I right?

13:52:02 | A. Yes, but it's clear in the next letter that they were a loan.

13:52:06 | Q. But are you aware that scholars have concluded based on this letter that Cohen donated the pair to CJI? Are you aware of that?

13:52:15 | A. It's not -- you must look at both documents together.

13:52:18 | Q. I understand. That's not my question. Are you aware that, for example --

13:52:22 | A. Who says that?

13:52:24 | Q. David Barquist.

13:52:25 | A. I can't account for why he says that.

47 (Pages 182 to 185)

186

```
                    1              Mann
13:52:28            2        Q. But you think he's wrong.
13:52:30            3        MR. SOLOMON:  If he does.
13:52:32            4        A. I don't know that he says it.  And if
13:52:33            5   he says it, it is contradicted by the second
13:52:35            6   letter.
13:52:36            7        Q. Okay.  If you look at page 98 of
13:53:28            8   Barquist?
13:53:47            9        A. Okay.  I just wanted to put it in
13:53:50           10   order so I can find it.
13:53:52           11        Q. Do you want us to --
13:53:53           12        A. 98?
13:53:54           13        Q. Yes.
13:54:07           14        A. I don't have 98.
13:54:09           15        MR. JACOBY:  It's actually 198.  The 1
13:54:13           16   is cut off.
13:54:13           17        Q. This page (indicating).
13:54:17           18        A. I'm looking.  Okay.
13:54:19           19        Q. Right, so you see, he interprets the
13:54:26           20   record as a donation to Touro Synagogue in 1892.
13:54:31           21        MR. SOLOMON:  I don't know what page
13:54:32           22   you're on, I'm sorry.
13:54:33           23        THE WITNESS:  It's 198 but it's marked
13:54:36           24   98.  It's a couple of pages, two pages
13:54:38           25   from the end of that.
```

187

```
                    1              Mann
13:54:39            2        MR. SOLOMON:  Thank you.
13:54:41            3        A. Yes.
13:54:41            4        Q. Okay.
13:54:45            5        A. Yes, he -- um-hum.
13:54:47            6        Q. Okay, let's --
13:55:00            7        MR. SOLOMON:  Where it says
13:55:01            8   "apparently"?
13:55:04            9        Q. Let's move to page 7 of your report.
13:55:33           10   Now, these pages reference events that occurred
13:55:39           11   through the 1880s, correct?
13:55:45           12        A. No, I have -- one second.
13:55:50           13        Q. I'm just looking at pages 7 and 8.
13:55:53           14        A. Yes, I just realized.  Yeah, I just
13:55:57           15   cited items that illustrate control and ownership.
13:56:04           16        Q. And it goes through the 1880s, right?
13:56:07           17        A. Yes.
13:56:07           18        Q. Okay.  Now, you're saying the second
13:56:09           19   paragraph --
13:56:12           20        MR. SOLOMON:  That page goes through
13:56:14           21   1880, is that --
13:56:15           22        MR. WAGNER:  1880s.  7 and 8.
13:56:18           23        THE WITNESS:  Section 6.
13:56:20           24        MR. WAGNER:  Pages -- section 6.
13:56:22           25        THE WITNESS:  Because the next one --
```

188

```
                    1              Mann
13:56:26            2   okay.
13:56:26            3        Q. Okay.  So you say in paragraph 2, "The
13:56:42            4   title to the real property on which the Touro
13:56:44            5   Synagogue was built remained with the three
13:56:46            6   purchasers and their descendants until they, in
13:56:50            7   1822, ceded their right, title and interest in the
13:56:54            8   synagogue property to the clerk and trustee of
13:56:59            9   Shearith Israel in New York, following the
13:57:01           10   dwindling and disappearance of the Newport
13:57:03           11   congregation and the move of many of its
13:57:06           12   congregants to" --
13:57:10           13        A. New York.
13:57:10           14        Q. -- "New York."  Okay.  And do you have
13:57:14           15   any understanding of the requirements for the
13:57:18           16   transfer of title to real property?
13:57:22           17        A. No.  In the legal sense.
13:58:10           18        Q. Let's look at this article by Pool.
13:58:15           19   That was the citation for this point, right?
13:58:36           20   EXH       (Mann Exhibit 19, photocopy of
13:58:36           21           handwritten document, Bates numbered
13:58:36           22           CSI5236 and 5237, marked for
13:58:38           23           identification, as of this date.)
13:58:38           24        Q. And you say at page 4, at this point
13:58:42           25   you cite page --
```

189

```
                    1              Mann
13:58:44            2        A. 9 and 10.
13:58:44            3        Q. Right.  Where does it say there that
13:58:49            4   title to the real property was conveyed in 1822?
13:59:04            5        (Witness perusing document.)
13:59:30            6        A. It says the -- there's footnote 28
13:59:45            7   refers to the statement on page 10, "The
13:59:50            8   proprietary rights in the synagogue and its
13:59:53            9   cemetery were eventually vested in the trustees of
13:59:56           10   that" -- referring to Shearith Israel.
13:59:59           11        Q. But it doesn't say when, does it?
14:00:01           12        MR. SOLOMON:  There's another
14:00:03           13   sentence.  Were you finished?
14:00:04           14        A. "They still technically hold the legal
14:00:06           15   title to the land and the building."
14:00:09           16        Q. Right.
14:00:11           17        A. And what are you questioning?
14:00:12           18        Q. Where does it say here that title
14:00:14           19   passed in 1822?
14:00:17           20        A. It doesn't -- I mean, when one writes
14:00:21           21   a sentence, one does not -- I was only footnoting
14:00:26           22   the latter part of the sentence.  The 1822 came
14:00:30           23   from the other sources I read.
14:00:32           24        Q. Now, are you aware that in the 1890s,
14:00:35           25   the folks at Spanish-Portuguese tried to get deeds
```

48 (Pages 186 to 189)

190

| | | Mann |
|---|---|---|
| 14:00:38 | 2 | for the land and building? |
| 14:00:40 | 3 | MR. SOLOMON: Object to the form. |
| 14:00:43 | 4 | Lack of foundation. |
| 14:00:43 | 5 | Q. You can answer. |
| 14:00:46 | 6 | A. In the 1820s, the descendants of the |
| 14:00:51 | 7 | three men who bought the land and -- who had title |
| 14:00:57 | 8 | to the synagogue, because there was no law of |
| 14:00:59 | 9 | incorporation of a religious body in the State of |
| 14:01:04 | 10 | Rhode Island at the time, the descendants of those |
| 14:01:08 | 11 | people transferred -- well, actually, it was only |
| 14:01:12 | 12 | two, I think, because one had -- all right. |
| 14:01:15 | 13 | They transferred their rights to the |
| 14:01:18 | 14 | land and the synagogue to Shearith Israel. So |
| 14:01:22 | 15 | there was then a reconfirmation of that in the |
| 14:01:29 | 16 | 1890s. |
| 14:01:29 | 17 | Q. Do you mean to say there was a formal |
| 14:01:32 | 18 | transfer of property in the 1820s, or that was -- |
| 14:01:38 | 19 | is that what you're -- |
| 14:01:39 | 20 | A. Yes. It was recorded. |
| 14:01:41 | 21 | Q. Where is that? Look at your report. |
| 14:01:47 | 22 | Where is it? |
| 14:01:47 | 23 | A. I may not have cited it in my report. |
| 14:01:50 | 24 | But there was -- it's in historical accounts that |
| 14:01:53 | 25 | they ceded their rights to Shearith Israel. |

191

| | | Mann |
|---|---|---|
| 14:01:57 | 2 | It's -- there's a sentence there that they give it |
| 14:01:59 | 3 | "to the congregation that is in this city," meaning |
| 14:02:07 | 4 | in New York. |
| 14:02:07 | 5 | Q. Did that occur in the 1890s? |
| 14:02:09 | 6 | A. No, it occurred first in the 1820s. |
| 14:02:12 | 7 | Q. Now, this -- you I think said the Pool |
| 14:02:17 | 8 | article is reliable, right? |
| 14:02:19 | 9 | A. Yes. |
| 14:02:19 | 10 | Q. And what he says is, they still |
| 14:02:21 | 11 | technically hold legal title to the land and the |
| 14:02:24 | 12 | building, correct? |
| 14:02:25 | 13 | A. He's referring to -- he's referring to |
| 14:02:41 | 14 | "that congregation," which refers to Congregation |
| 14:02:46 | 15 | Shearith Israel. |
| 14:02:46 | 16 | Q. Right, but what he's referencing is |
| 14:02:49 | 17 | title to land and building, correct? |
| 14:02:50 | 18 | A. But he's stating that that is -- that |
| 14:02:53 | 19 | belongs to Shearith Israel. |
| 14:02:54 | 20 | Q. Do you have any understanding of the |
| 14:02:59 | 21 | nature of CSI's ownership of the land and building, |
| 14:03:04 | 22 | that is to say whether it's owned in trust, or is |
| 14:03:12 | 23 | that beyond your expertise? |
| 14:03:13 | 24 | A. I mean, I only know the language of |
| 14:03:15 | 25 | what I read, that they ceded all their rights to |

192

| | | Mann |
|---|---|---|
| 14:03:18 | 2 | Shearith Israel. |
| 14:03:18 | 3 | Q. So you don't know the form of |
| 14:03:20 | 4 | ownership, do you? |
| 14:03:20 | 5 | A. No, it's a legal matter. |
| 14:03:25 | 6 | Q. Okay. If you go to the Rabbi Angel |
| 14:04:59 | 7 | exhibit, Rabbi Angel's book -- |
| 14:05:03 | 8 | A. That was Exhibit number? |
| 14:05:05 | 9 | Q. Hold on. |
| 14:05:06 | 10 | A. Here it is, it's 3. |
| 14:05:08 | 11 | Q. Very good. He says, this is on this |
| 14:05:18 | 12 | page (indicating) if you look at the bottom left, |
| 14:05:22 | 13 | he says that title was transferred in 1893, |
| 14:05:27 | 14 | correct? |
| 14:05:28 | 15 | A. On this page? Where does he say -- |
| 14:05:30 | 16 | Q. If you look at the paragraph, "In the |
| 14:05:32 | 17 | early 19th century" -- |
| 14:05:37 | 18 | A. "In the early" -- |
| 14:05:38 | 19 | Q. -- just read to the end of that. |
| 14:05:40 | 20 | (A pause in the proceedings.) |
| 14:05:55 | 21 | A. Yes, what's the question? |
| 14:05:56 | 22 | Q. He says that title was transferred in |
| 14:05:57 | 23 | the 1890s, correct? |
| 14:05:58 | 24 | A. He does not say that. He says that |
| 14:06:03 | 25 | under the will of Jacob Rodrigue Rivera, in which |

193

| | | Mann |
|---|---|---|
| 14:06:08 | 2 | he bequeathed the property, at that time -- he's |
| 14:06:17 | 3 | referring to the time of -- of the -- the initial |
| 14:06:21 | 4 | time, the time of Yeshuat Israel where the -- when |
| 14:06:25 | 5 | the descendants a -- or the 1820s, when the |
| 14:06:29 | 6 | accidents of Hyman Levy, Moses Seixas and Simeon |
| 14:06:35 | 7 | Levy conveyed all their interests to Touro. It is |
| 14:06:38 | 8 | not a reference to 1890s. It is a reference to the |
| 14:06:41 | 9 | direct events coming out of the will of Rodrigue |
| 14:06:45 | 10 | Rivera. |
| 14:06:45 | 11 | Q. Didn't those people sign the deed in |
| 14:06:50 | 12 | 1893? |
| 14:06:52 | 13 | A. Not these people named here. |
| 14:06:54 | 14 | Q. Okay. By the way, are you, if I |
| 14:07:00 | 15 | showed you the deeds, would be able to interpret |
| 14:07:02 | 16 | them? |
| 14:07:04 | 17 | A. I looked at them. |
| 14:07:05 | 18 | Q. But are you an expert in reading |
| 14:07:07 | 19 | deeds? |
| 14:07:07 | 20 | A. I've read deeds but I -- am I a legal |
| 14:07:13 | 21 | expert? No, but I've read deeds. |
| 14:07:14 | 22 | Q. But are you qualified to offer an |
| 14:07:17 | 23 | opinion as to what might be conveyed legally by a |
| 14:07:21 | 24 | deed? |
| 14:07:21 | 25 | A. No. But these events are described in |

49 (Pages 190 to 193)