Mann
14:07:32 many histories.
14:07:34 **Q. Now, you reference in your report, the**
14:07:43 **bottom of 7, top of 8, the Touro fund.**
14:07:55 A. Um-hum.
14:07:55 **Q. See that? What's the significance of**
14:07:59 **that to your opinion?**
14:08:03 A. To my opinion on what?
14:08:04 **Q. On -- well, what you have up at the**
14:08:07 **top is "Ownership and Control of the Touro**
14:08:10 **Synagogue."**
14:08:13 A. My point --
14:08:15 MR. SOLOMON: Pages 7 and 8 of her
14:08:17 report?
14:08:18 A. -- my point was that there was
14:08:19 continuous control of -- and one of the points that
14:08:24 I'm making is -- the point -- this incident of
14:08:28 control was a the fact that, when they -- when the
14:08:34 group wanted to reestablish a congregation, they
14:08:40 wrote to Shearith Israel and broached the subject
14:08:44 and then the Parnas appointed this committee, and
14:08:47 then it's the next set of minutes or the third set
14:08:51 where they report back to him.
14:08:52 **Q. Now, if CSI had ownership and control**
14:09:00 **over the synagogue and its contents, would you**

Mann
14:09:02 **expect to see a reference to them in the Touro Fund**
14:09:04 **laws?**
14:09:04 A. But there are no laws. I mean --
14:09:11 there are references in documents, later documents
14:09:14 of the -- of CJI to ownership by CSI.
14:09:20 **Q. Not my question.**
14:09:22 A. Then I'm misunderstanding it.
14:09:24 **Q. And I'm sure it's my fault. If CSI**
14:09:27 **had ownership and control over the synagogue and**
14:09:29 **its contents, would you expect to see a reference**
14:09:31 **to that in the Touro Fund laws that are on the**
14:09:35 **books of the State of Rhode Island?**
14:09:36 A. No.
14:09:36 **Q. Why not?**
14:09:40 A. There is -- in the protocol of the
14:09:47 City Council, they denied -- they stated, after
14:09:52 considering some issues, that people in Newport had
14:09:55 to go back to CSI.
14:09:57 **Q. Not my question. If CSI had ownership**
14:10:05 **and control over the synagogue and its contents,**
14:10:08 **would you expect that the Touro Fund laws, or the**
14:10:14 **laws that concern that fund, would reference CSI?**
14:10:19 A. The donation by Touro, which was made
14:10:22 in the first half of the 19th century, was only

Mann
14:10:28 provided for the Touro Synagogue. It was provided
14:10:36 for the up -- one Touro donated for the upkeep of
14:10:41 the seminary, and the other brother donated for the
14:10:44 upkeep of the synagogue.
14:10:47 It didn't concern an issue of
14:10:48 ownership. It was an issue of repairs and when
14:10:50 repairs had to be done. And if I remember
14:10:52 correctly, the City Council of Newport at one point
14:10:56 said, "You want to make alterations, you need to go
14:10:59 back to CSI and get their approval."
14:11:02 **Q. Are you saying that you would not**
14:11:03 **expect to see a reference?**
14:11:05 A. No.
14:11:05 **Q. Okay.**
14:11:07 A. Because it's the donation for repairs.
14:11:10 **Q. Okay. Let's go on. On page 8, we're**
14:11:20 **up to section 7, you say, "Dating back to 1760,**
14:11:26 **Shearith Israel established a pattern and history**
14:11:27 **of loaning the necessary appurtenances of worship**
14:11:31 **to its sister congregation in Newport to ensure the**
14:11:34 **congregation's ability to thrive at a place of**
14:11:36 **worship."**
14:11:37 **So let's put aside the rimmonim that**
14:11:39 **are at issue here, because that's in dispute. What**

**Mann**
14:11:42 **else was loaned?**
14:11:45 A. They loaned two sifrei Torah. And as
14:11:49 I mentioned, I think, before the break, they
14:11:52 actually, in the same year, 1760, there's a
14:11:55 reference in the minutes to the preparation of the
14:12:00 crates for sending these sifrei Torah. And what
14:12:05 else did they lend? I think they sent a shofar.
14:12:12 I'm not sure about that.
14:12:13 **Q. And there were a lot of donations by**
14:12:15 **people in New York, correct?**
14:12:16 A. There were individual donations by
14:12:18 individuals.
14:12:18 **Q. Okay. Is a complete account of where**
14:12:40 **the rimmonim of the Newport congregation have been**
14:12:43 **since 1820? Is that possible?**
14:12:46 A. Well, we know that they were in CSI
14:12:48 until 1869, okay? We know that in 1913, according
14:12:53 to the publication of Lewis, the silver expert --
14:13:01 **Q. Yes.**
14:13:01 A. -- that they were then in Newport. So
14:13:06 we have -- okay, so we have a terminus post quem
14:13:13 and a terminus ante quem. And I think that, now,
14:13:18 in 1936, Lewis published a picture of what was in
14:13:24 Newport. And they were there.

198

Mann

14:13:28 Q. In 1936?

14:13:30 A. Yes. There is a reference in 1897 to sending up a pair of rimmonim that were temporary -- were a temporary loan and that they were seeking to find another pair to substitute for that.

14:13:48 Q. And there was a vote by CJI to send the rimmonim back.

14:13:52 A. That's at a different point.

14:13:54 Q. Right.

14:13:55 A. Where all we know is, it says in the CJI minutes, "We've been asked to send them back. They are their property, and we're going to do so."

14:14:04 Q. And we don't know what rimmonim those were, right?

14:14:06 A. It's not specified.

14:14:07 Q. Okay. And you wouldn't expect those to be the Myer Myers rimmonim because the Myer Myers rimmonim are still in Newport, correct?

14:14:14 A. Yes. But there's another -- that's what I found, a photograph of...

14:14:29 (A pause in the proceedings.)

14:14:30 A. This is a photograph I came across yesterday.

199

Mann

14:14:36 (Document passed to counsel.)

14:14:38 A. Or two days ago. And it shows objects -- I mean, the label is erroneous, because it says they are all revolutionary times, but they are not.

14:14:53 The pair in the -- sort of in the top half are the original pair of rimmonim owned by Shearith Israel and in use in 1730 at the dedication of the Mill Street Synagogue. So in interpreting the fact that this photograph -- the next photograph that's published is this one in 1958 of what was there.

14:15:25 (Document passed to counsel.)

14:15:28 Q. Hold on.

14:15:29 A. On the top right.

14:15:29 Q. Okay. What was where?

14:15:33 A. Look at the top right.

14:15:34 Q. So, "Torah ornaments at Touro Synagogue." These were there in 1958?

14:15:39 A. The photograph was published in 1958.

14:15:41 Q. Okay. We'll put all this as an exhibit, but you're referring to the upper right?

14:15:49 A. That photograph in the upper right.

14:15:51 Q. So that's what was there in 1958.

200

Mann

14:15:58 A. Right. So a the point is, the pair that I pointed out to you, we'll have to make copies because that's my -- is, the 1730 ones are no longer there in '58. So they were probably ones that were taken back by Shearith Israel.

14:16:17 And we don't know to what minutes -- we don't know exactly what the minutes refer to.

14:16:23 Q. Okay. Now, is that the material that you've discovered since your report?

14:16:32 A. It's part of it.

14:16:32 Q. What else did you discover?

14:16:40 A. I can't answer that right now.

14:16:41 Q. Okay. Now, on page 9 --

14:16:47 A. I reread, for example, the Mendes letter and the Caroline Cohen letters and realized that she had not loaned them to CSI in the beginning, she had loaned them to him as a personal loan, and then afterwards, when he dies, she wants them to be cared for by CSI.

14:17:07 Q. Okay. Now, you reference on page, on the bottom of -- this is in your report on page 9. The middle -- the paragraph at the top, these are the 1818 minutes, right?

14:17:34 A. Where --

201

Mann

14:17:34 Q. Do you see --

14:17:35 A. Yes, um-hum.

14:17:37 Q. At the end you say, "If hereafter a minyan shall be in Newport, Rhode Island, a request may be made for another loan of said seforim," do you see that?

14:17:47 A. Yes.

14:17:47 Q. And that's a reference to the --

14:17:50 A. Two seforim. The two that CSI had loaned to Touro in -- when the -- in 1760.

14:18:00 Q. So does that reference to seforim include the Myer Myers rimmonim?

14:18:07 A. There is no evidence for that.

14:18:08 Q. So when the documents reference seforim, we don't really know whether they include bells, correct?

14:18:20 A. Correct. But I will point out that in -- there's a source which I also noticed yesterday, I think it's Gutstein, who was the Rabbi in the '50s -- yes, it is Gutstein, and he talks about the fact that there were six scrolls that eventually were given to Touro, okay? That's not the two that belonged to CSI. And there are six scrolls that he enumerates and only for two does he

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

202

Mann

14:18:59 say they were given with bells.

14:19:00 So that indicates that when seforim

14:19:02 are listed separately, they are listed as being

14:19:07 without bells, although bells were considered to be

14:19:10 exceedingly important in Sephardic services.

14:19:12 **Q. And when they reference to bells, we**

14:19:15 **don't know without specifics what bells are being**

14:19:18 **referenced.**

14:19:19 A. What do you mean by which bells are

14:19:21 being referenced?

14:19:22 **Q. Well, there are all kinds of**

14:19:23 **references to bells in these documents. We don't**

14:19:25 **know specifically --**

14:19:26 A. It's just a synonym for rimmonim.

14:19:29 **Q. I understand that. But we don't know**

14:19:32 **which rimmonim are being referenced, do we, unless**

14:19:34 **there's a specific reference to them?**

14:19:37 A. We only know that they were talking

14:19:39 about finials. And the fact that they are given

14:19:42 with the Torah scroll indicates how important they

14:19:45 were.

14:19:45 **Q. Is this matter a challenge, to**

14:19:51 **determine for whom Mr. Myers made these rimmonim?**

14:19:57 **Do you find this challenging?**

203

Mann

14:19:59 A. Maybe it was until I found the

14:20:03 references to the payments.

14:20:04 **Q. Okay.**

14:20:07 A. I mean, that was -- it was presumed

14:20:11 that it was going to be a research object --

14:20:17 objective.

14:21:01 MR. WAGNER: We'll mark this as the

14:21:02 next exhibit.

14:21:03 EXH (Mann Exhibit 20, copy of publication,

14:21:03 "Touro Synagogue of Congregation Jeshuat

14:21:03 Israel, Newport, Rhode Island, Founded

14:21:03 1658," Bates numbered CSI0415 through

14:21:03 0426, marked for identification, as of

14:21:33 this date.)

14:21:33 **Q. What was your charge in this case?**

14:21:37 **What was your assignment?**

14:21:48 A. I was asked to research the provenance

14:21:51 of the rimmonim.

14:21:52 **Q. And were you told what position that**

14:21:57 **CSI had taken?**

14:21:58 A. Oh, I knew that even before I was

14:22:01 involved.

14:22:01 **Q. How did you know that?**

14:22:03 A. It was -- it was -- what shall I say,

204

Mann

14:22:08 sort of scandalous in the art world that the MFI

14:22:13 was being asked to pay $7 million, which was way

14:22:17 above the price of anything, any work of Judaica.

14:22:20 Manuscripts sell in the millions, Hebrew

14:22:23 manuscripts in the middle ages and later. But not

14:22:29 ceremonial objects.

14:22:30 **Q. You think the seven million was**

14:22:33 **overpriced?**

14:22:34 A. Yes. I mean, it was outrageous, and

14:22:39 this is the way -- that's why I heard about it.

14:22:43 They've been asking -- 750,000 I wouldn't have

14:22:47 been -- I would, you know, have gone by the

14:22:50 wayside. It became notorious because of the price.

14:22:53 **Q. What do you think they could be sold**

14:22:58 **for today?**

14:23:00 A. Well, a piece that I didn't think

14:23:03 was -- that I think is a pastiche sold at

14:23:08 Christie's on December 11th for a

14:23:11 million-and-a-half, or a million. And it was a

14:23:16 Torah Ark -- it was purported to be a Torah Ark

14:23:20 that came from the Rothschild collection.

14:23:23 **Q. Does that make it, in your view, more**

14:23:27 **valuable or less valuable than the rimmonim?**

14:23:29 A. The whole thing was a pastiche. It's

205

Mann

14:23:35 not what it's purported to be.

14:23:36 **Q. Okay. So let me just -- did you set**

14:23:41 **out to substantiate CSI's position?**

14:23:46 A. I was asked to investigate. I didn't

14:23:48 set out, frankly -- I mean, I had no

14:23:52 preconceptions.

14:23:52 **Q. Let's look at page 421 of Pool. And**

14:23:57 **what I have here is, I have the original minutes,**

14:23:59 **but they are very hard to read. So I think we're**

14:24:02 **better off -- if you want them, I can show them to**

14:24:05 **you -- but I think we're better off using this.**

14:24:07 A. I read them.

14:24:08 **Q. Okay. And my question here is, is**

14:24:15 **there any reference here to the rimmonim?**

14:24:18 A. No.

14:24:18 **Q. And do you believe this paragraph**

14:24:20 **includes treatment of the rimmonim?**

14:24:24 A. No.

14:24:24 **Q. Does "safekeeping" have a specific**

14:24:41 **meaning in Jewish law?**

14:24:42 A. There's a lot of -- the issue of being

14:24:48 a guardian for property is a big issue in Jewish

14:24:51 law.

14:24:51 **Q. Guardian is not necessarily owner,**

Mann

14:24:54 correct?

14:24:55 A. Right. The cases that are discussed
14:25:01 in the Talmud have to do with animals. In other
14:25:05 words, if I give you my cow to watch, and something
14:25:08 happens to the cow, under what circumstances are
14:25:11 you liable, and there's a lot of discussion.

14:25:15 **Q. And there are four types of**
14:25:18 **guardianship, correct?**

14:25:19 A. I don't remember the number.

14:25:20 **Q. These are called shomers.**

14:25:24 A. Correct. There's a shomer chinam,
14:25:27 there's a person who works for nothing, there's --
14:25:29 you know, etc.

14:26:10 **Q. I'm sorry to say, I have to give you a**
14:26:12 **pair of minutes that are hard to read, that I don't**
14:26:14 **have, unlike the --**

14:26:15 A. I've read them.

14:26:16 **Q. Okay. Just wait.**

14:26:18 **(Exhibit number skipped.)**

14:26:18 **EXH (Mann Exhibit 21, photographs of**
14:26:18 **two handwritten pages, Bates numbered**
14:26:18 **CSI5253 and 5254, marked for**
14:26:34 **identification, as of this date.)**

14:26:34 A. Is there a magnifying glass? I find

Mann

14:26:37 it easier to read them. Which part do you want
14:26:40 to --

14:26:44 MR. WAGNER: Can I ask Mr. Jacoby to
14:26:53 come over and show you where?

14:26:55 A. Can we get a magnifying glass?

14:27:15 (A pause in the proceedings.)

14:27:19 **Q. I don't mean to -- I don't think they**
14:27:24 **are of great moment. I wouldn't spend a lot of**
14:27:27 **time on them.**

14:27:31 **(A pause in the proceedings.)**

14:27:42 **Q. Just, you see it says, "Mr. Naftali**
14:27:47 **Phillips stated that he was of opinion that the**
14:27:52 **seforim belonging to the Newport shul" -- are you**
14:27:57 **with me so far?**

14:27:58 A. Um-hum.

14:27:58 **Q. -- "which was in possession of the**
14:28:00 **family of the late Mr. Moses Seixas and had been**
14:28:06 **for about 40 years could be obtained to be placed**
14:28:11 **for safekeeping in our place of worship until they**
14:28:13 **should be required for the use of the Newport**
14:28:15 **shul."**

14:28:16 **Do you see that?**

14:28:17 A. Correct, I see that.

14:28:18 **Q. Then it says, "Therefore be it**

Mann

14:28:20 **resolved that Mr. Naftali Phillips and the hazzan,"**
14:28:24 **and then --**

14:28:25 A. "Recover the same on behalf of the
14:28:26 trustees."

14:28:27 **Q. Very good, "Trustees, giving an**
14:28:30 **acknowledgment therefore," and I can't read the**
14:28:32 **next word.**

14:28:33 A. "That the same"?

14:28:35 **Q. "That the same was received for**
14:28:36 **safekeeping until they should be duly required for**
14:28:38 **the use of the Newport shul, and that this**
14:28:42 **committee of" -- (blank) -- "of synagogue --**

14:28:45 A. "Of repairs," I read it as.

14:28:47 **Q. Okay, "Of synagogue cause the heichal**
14:28:55 **to be repaired for their" --**

14:28:57 A. "Reception."

14:28:58 **Q. And are those words of those minutes**
14:29:01 **referring to the rimmonim?**

14:29:02 A. They don't. There's always
14:29:04 discussion -- there are discussions of two groups
14:29:06 of sifrei Torah that were taken over from Seixas'
14:29:11 family. One are the two -- one group is the two
14:29:15 that were property of Shearith Israel, were loaned
14:29:19 to them in 1760. The second are the four -- are

Mann

14:29:24 four, I don't know what happened to the other two,
14:29:27 but four that were donated directly to Touro.

14:29:33 **Q. You mean --**

14:29:35 A. And then, there are -- and that --
14:29:39 this refers also to that other receipt and so
14:29:41 forth.

14:29:42 **Q. Do we know whether those four, any of**
14:29:45 **those four, had rimmonim on top of them?**

14:29:48 A. No. Not in these -- in the connection
14:29:51 of taking them for safekeeping.

14:29:53 **Q. Is it possible they had rimmonim on**
14:29:55 **top of them when they were brought to CSI?**

14:29:58 MR. SOLOMON: Objection.

14:30:04 A. I don't want to -- I can't answer
14:30:05 that.

14:30:05 **Q. Do we know one way or the other?**

14:30:12 A. I need to research something that I
14:30:15 have in my mind but I haven't read yet, read over.

14:30:18 **Q. Just, what is that?**

14:30:21 A. It's the reference to the transfer of
14:30:25 the silver from Newport to CSI for safekeeping.

14:30:28 **Q. And what is that document that you**
14:30:30 **keep referencing --**

14:30:32 A. It's from the minutes and I have --

Mann

14:30:36 I've read it all through once but I haven't labeled
14:30:38 everything and I need to go and do that.
14:30:40 **Q. Do you know the date of those minutes?**
14:30:42 A. They would be, I think, after -- the
14:30:48 request to the Seixases is renewed in '33. What is
14:30:54 the date --
14:30:55 **Q. These are 1832.**
14:30:57 A. Okay. So at this time, they first,
14:31:00 again, paid their attention to the seforim, and
14:31:03 then they, if I remember correctly, they pay their
14:31:06 attention to the silver.
14:31:07 **Q. So you think there's a specific**
14:31:09 **reference in the minutes to the transfer of -- to**
14:31:12 **the --**
14:31:13 A. Not to the transfer of individual
14:31:17 objects but the transfer of silver.
14:31:19 **Q. And as you sit here today, do you know**
14:31:22 **the date of those minutes?**
14:31:24 A. I believe it's -- it's shortly after
14:31:26 this document.
14:31:26 **Q. Okay. Do you know the Bates numbers**
14:31:28 **of that document?**
14:31:29 A. No. I -- I don't know that I gave it
14:31:33 to them. I have to go --

Mann

14:31:36 MR. SHINEROCK: This is not something
14:31:38 we --
14:31:38 MR. WAGNER: Not something --
14:31:39 MR. SHINEROCK: We don't know the
14:31:40 document.
14:31:46 MR. WAGNER: Who found it?
14:31:47 THE WITNESS: I did.
14:31:48 RQ MR. WAGNER: I'd ask that that be
14:31:49 identified to us.
14:31:52 THE WITNESS: Yes.
14:31:52 **Q. Now, just, is there a specific**
14:31:57 **reference in those minutes to the Myer Myers**
14:32:01 **rimmonim?**
14:32:06 A. I can't answer that until I reread the
14:32:08 document.
14:32:08 **Q. Okay. Did you read it before you**
14:32:12 **prepared your first report? I'm sorry, did you**
14:32:14 **read it before you prepared your report?**
14:32:16 A. I think I -- I don't remember.
14:32:19 **Q. You didn't cite it in your report.**
14:32:22 A. No.
14:32:22 **Q. Now, on page 10, you cite a letter**
14:32:32 **from 1893, "I enclose the order for the silver**
14:32:43 **sefer-bells and whatever is stored in Newport in**

Mann

14:32:48 **charge of Mr. Beckham, cashier of the National Bank**
14:32:51 **of Rhode Island, Thames Street, Newport."**
14:32:59 A. Where are we?
14:33:00 **Q. Page 10.**
14:33:01 A. Page 10?
14:33:02 **Q. Yes.**
14:33:03 A. Sorry. I'm sorry, where were you on
14:33:11 page 10?
14:33:11 **Q. You see, "My dear Mr. Levy"?**
14:33:15 A. Yes.
14:33:15 **Q. Okay. And do we know what bells are**
14:33:18 **being referenced there that are being stored in a**
14:33:21 **bank vault in Newport?**
14:33:22 A. We don't know definitively. No. We
14:33:27 don't know definitively but -- we only know what
14:33:30 was there at the time.
14:33:33 **Q. What was there at the time?**
14:33:34 A. We know the Caroline Cohen's two pair,
14:33:37 one hexagonal, and one the individually owned Myer
14:33:42 Myers, which is not concerned with this case. And
14:33:45 we know that the Marcus, there was a donation by
14:33:49 A.A. Marcus of Boston, and he gave -- I'll give
14:33:56 you -- prior to this, he gave to CSI a breastplate,
14:34:02 a pointer, rimmonim, and a Sefer Torah. And from

Mann

14:34:07 the evidence of the photographs that I showed you,
14:34:10 these were transferred to Newport. In other words,
14:34:14 they helped them out by sending all this stuff.
14:34:18 And I think that what was in the bank
14:34:20 vault, that I can say probably was in the bank
14:34:25 vault, are the Caroline Cohen and the Marcus
14:34:27 donation. That's all I can suppose.
14:34:29 **Q. All right. Now, around this time, the**
14:34:34 **1890s, there was a dispute between two**
14:34:38 **congregations up in Newport.**
14:34:41 A. Um-hum.
14:34:42 **Q. You have to articulate a yes.**
14:34:44 A. Yes.
14:34:44 **Q. And you would expect that CSI would**
14:34:46 **not want silver to be caught up in that dispute,**
14:34:51 **correct?**
14:34:54 A. I don't remember whether it was
14:34:56 mentioned.
14:34:56 **Q. Okay. Now, look at the top of page**
14:35:14 **11. It says, "You are" -- this is quoting from**
14:35:22 **H.P. Mendes --**
14:35:35 A. To --
14:35:35 **Q. -- David Boruch.**
14:35:40 A. -- David Boruch.

Mann

14:35:41 Q. Not the Rabbi's grandson. It says, 14:35:45 "You are hereby empowered to use the seforim, 14:35:48 bells, books, shofar and all other appurtenances, 14:35:51 for worship now in the Newport Synagogue or in 14:35:54 storage at the Newport Bank," do you see that?

14:35:55 A. Yes.

14:35:56 Q. And do you know whether that includes 14:35:57 the Myer Myers rimmonim at issue here?

14:36:00 A. I previously said that I can -- I can 14:36:02 only with relative certainty, in trying to 14:36:06 understand what silver was in Newport, I think the 14:36:09 candidates are the Caroline Cohen two pairs, and 14:36:12 the Marcus --

14:36:14 Q. Okay.

14:36:15 A. -- donations.

14:36:16 Q. Dr. Mann, at some point the rimmonim 14:36:37 that are at issue in this case were sent back to 14:36:39 Newport, right?

14:36:41 A. Yes.

14:36:41 Q. Do you know when that occurred?

14:36:45 A. Don't know definitively. I know 14:36:48 there's this 1897 -- there are two things -- let me 14:36:58 get my chronology. It says, in 1897 in the records 14:37:17 of CJI, it says, "Letter received from Shearith

Mann

14:37:21 Israel stating that said congregation sent a pair 14:37:23 of silver bells for temporary use until they can 14:37:26 procure a pair for permanent use."

14:37:28 I'm not -- this is just a statement 14:37:33 that something was sent. Pair of rimmonim were 14:37:36 sent. And then there's the telegram that was 14:37:44 produced yesterday which states by the assistant 14:37:47 shamash, Steinberg of CSI, that there are -- there 14:37:52 is a Sefer Torah and a pair of bells in Newport and 14:37:55 they belong to CSI.

14:37:57 Q. Says one pair, right?

14:37:59 MR. SOLOMON: Doesn't say one pair. 14:38:01 Show her the document, stop misleading 14:38:03 her.

14:38:04 A. It was bells.

14:38:04 Q. It was one sefer, right?

14:38:07 A. Let's look at it. I have the copy 14:38:10 from yesterday.

14:38:13 (A pause in the proceedings.)

14:38:33 Q. First of all --

14:38:34 MR. WAGNER: -- let's mark this as an 14:38:36 exhibit. Actually, can we make copies of 14:38:40 it?

14:38:41 MR. JACOBY: I can do that.

Mann

14:38:42 (A pause in the proceedings.)

14:39:11 Q. Can I ask you a question while we're 14:39:13 waiting? Can I?

14:39:15 MR. SOLOMON: On the record? Yes.

14:39:16 Q. The references to 1897, again, we 14:39:19 don't know what bells those were, do we?

14:39:21 A. No. I'm just -- as I said before, 14:39:26 this is period. There's 1869, they are in New 14:39:29 York, according to the inventory. And in 1913, 14:39:34 they are in Newport.

14:39:36 So if I look, trying to understand -- 14:39:39 to narrow that gap, I would say one possibility is 14:39:44 the statement of 1897, and the other possibility is 14:39:50 this telegram. I mean, the date which is only -- 14:39:55 we only know is in the first decade of the 20th 14:39:57 century, we don't know when.

14:39:59 Q. Well, I think we -- we're fairly 14:40:04 certain it's 1903.

14:40:06 A. How?

14:40:07 Q. Because there are other telegrams 14:40:09 around that time that say 1903 on them.

14:40:11 MR. SOLOMON: I object to counsel 14:40:12 trying to testify.

14:40:18 Q. Well, they were produced by CSI in a

Mann

14:40:20 series of documents dated around January-February 14:40:24 1903.

14:40:27 A. I don't know anything about that.

14:40:30 Q. Okay.

14:40:38 A. So --

14:40:45 MR. SOLOMON: I'm sorry, there's no 14:40:48 question pending.

14:40:48 THE WITNESS: Right. I was just 14:40:50 concluding.

14:41:39 MR. WAGNER: All right, let's mark 14:41:40 this.

14:42:00 EXH (Mann Exhibit 22, copy of telegram, 14:42:00 apparently from Steinberg to Mendes, 14:42:00 dated February 11, year not indicated, 14:42:00 not Bates numbered, marked for 14:42:05 identification, as of this date.)

14:42:05 Q. Okay, is this the telegram you were 14:42:07 referring to?

14:42:08 A. Yes.

14:42:08 Q. And what, based on your reading of the 14:42:13 document, what do you believe it means, if 14:42:16 anything?

14:42:16 A. I believe it means that one Sefer 14:42:21 Torah and an unspecified number of bells is in

Mann

Newport and they are property of CSI, based on the fact that Mr. Steinberg was the assistant shamash at the period in the -- obviously, this is the first decade of the 20th Century.

**Q. We don't know what bells are being referenced here, right?**

A. No.

**Q. And it says, it doesn't say, "One sefer and bells are now at Newport." It says, "One sefer and bells is now at Newport," right?**

A. You know something? In --

**Q. All I asked is, is that what it says?**

A. Yes, that is what it says. And why does it say that? There are many --

**Q. You're going to be like Woody Allen in Bananas, going --**

A. Do you want me not to explain?

MR. SOLOMON: He didn't ask a question.

**Q. I'll listen to you. Go ahead. You can tell me the why.**

A. I don't think the "is" is relevant. I don't think it means that this --

**Q. Okay. By the way, according to your**

**Mann**

**report, CSI owned at least two sets of bells at Newport, right?**

A. Yes.

**Q. The Caroline Cohen --**

A. Yes -- three sets. Two pair of Caroline Cohen's, one of which was Myer Myers', the other of which is North African, and the second set, a Myer Myers pair.

**Q. How did you know that Steinberg was the shamash?**

A. The team did some research.

**Q. Okay, thank you. Now, did you look at the telegram dated February 18, 1903?**

A. I haven't seen that.

**Q. Okay. We marked it at Professor Fisher's deposition yesterday. He was deposed yesterday.**

**(Handing document to witness.)**

**Q. You see it says, this is from --**

MR. WAGNER: -- do you want us to make copies now?

MR. SOLOMON: I just want to see it before she answers the question.

(A pause in the proceedings.)

Mann

**Q. So you see there it's from Levy to Mendes, right? And you -- you see that?**

A. Um-hum.

**Q. And it says, "Don't insist matter sefer and bells, leave to your discretion," do you see that?**

A. Yes.

**Q. Do you know what that means?**

A. No. I think if it's -- it seems to be a week after this one. And -- um -- I don't remember exactly what was going on at that time. But I know Mendes went up and he argued before the City Council and then he came back at other times and he actually went through the property that was in the Touro Synagogue.

I have not seen that document to that effect, of the list, I should say. I think there were negotiations going on and Levy said, you know, "Don't talk about this." That's all I can infer. Do I get to keep a copy?

**Q. We'll give it to you at some point. Do you remember seeing references to the possibility of CSI preparing a list of the personal property in early 1903?**

**Mann**

A. Of where?

**Q. At Newport Synagogue.**

A. There is mention somewhere of Mendes being in Newport and that a list was prepared. I've never seen a list.

**Q. Now, do you know the purpose of that list?**

A. No.

**Q. You agree with me that CSI keeps very meticulous records, right?**

A. Um-hum.

**Q. You have to articulate a yes.**

A. Yes, I'm sorry.

**Q. Is it surprising to you that that list has not turned up here?**

A. I have not read the records from the 20th Century at CSI. I've read the 18th and 19th centuries.

**Q. Was it part of your charge to go beyond the 19th century in your analysis, other than with respect to the back part of your report?**

A. No. The charge was to trace the provenance of the rimmonim.

**Q. Now, can you look at page 11. You**

Mann

14:48:14 state, this is the last sentence in the middle
14:48:18 paragraph, the paragraph beginning, "CJI itself."
14:48:20 You say, "And most telling are the minutes, are the
14:48:24 CJI minutes of February 14, 1897, in which it is
14:48:28 stated, 'President stated that a pair of bells in
14:48:32 the synagogue were claimed as the property of
14:48:34 Congregation Shearith Israel of New York and that
14:48:36 the board of trustees of that body made request
14:48:39 that the same be forwarded to them. Voted to
14:48:41 comply with this request.'"
14:48:43 Do you see that?
14:48:45 A. Yes.
14:48:45 Q. And that references one pair of bells,
14:48:48 right? It says "a pair."
14:48:52 A. It does say "a pair."
14:48:53 Q. Okay. And would you assume that the
14:48:57 pair of bells referenced here was sent back?
14:49:02 A. There's -- I don't have a record of --
14:49:05 I -- all I note is that they voted to comply with
14:49:09 the request. What ensued I don't know.
14:49:11 Q. Okay. But one thing, again, we do
14:49:13 know is that at some point in this period, the
14:49:17 rimmonim at issue in this case were sent to Touro
14:49:20 Synagogue and stayed there, correct?

Mann

14:49:23 A. Somewhere between -- well, it would
14:49:26 have to be 1883 to 2013, they went up there 'cause
14:49:36 in 1869 they're inventoried as being in New York
14:49:40 and in 1883 is incorporation of the new
14:49:43 congregation at Newport, and it would have to have
14:49:47 been within -- after the incorporation, and by the
14:49:52 time that Mr. What's-his-name, the silver
14:50:05 expert saw them.
14:50:06 Q. Is it Lewis?
14:50:07 A. Lyons?
14:50:19 MR. WAGNER: Why don't we take a short
14:50:21 break.
14:50:22 (Recess taken.)
14:59:52 EXAMINATION (Cont'd.)
14:59:54 BY MR. WAGNER:
15:00:07 Q. Can you look at the bottom of page 11.
15:00:18 You reference something that happened in 1937.
15:00:21 A. Correct.
15:00:22 Q. Okay. Is there any reference in that
15:00:25 excerpt that you quote to ownership of the bells?
15:00:29 A. I would say that the -- there is a
15:00:42 reference in that it's being reported to the board
15:00:45 of CSI and the inference is that they own them and
15:00:51 that, it says, "In view of the historical values of

Mann

15:00:55 these bells, board deemed it wise that steps be
15:00:58 taken to preserve them possibly by lending them to
15:01:04 a Jewish Museum as exhibits. In view of the fact,
15:01:07 however, that Touro Synagogue would have to be
15:01:12 given other bells to replace the Myer Myers sets,
15:01:17 no definite actions were taken by the board."
15:01:20 I think this is a clear statement
15:01:25 that -- that CSI owned the two sets of Myer Myers
15:01:29 that were up there.
15:01:29 Q. Well, let me just ask you, does the
15:01:32 word "ownership" appear in those minutes?
15:01:34 A. No.
15:01:34 Q. Okay. And would you have expected, if
15:01:38 CSI owned those rimmonim, that they would have
15:01:40 taken some steps to protect them at the time?
15:01:47 A. Um -- you know, this is 1937.
15:01:49 Q. Okay.
15:01:51 A. The war broke out.
15:01:52 Q. I understand. But would you expect --
15:01:54 they were obviously concerned about these rimmonim,
15:01:56 right?
15:01:57 A. Yes.
15:01:57 Q. And would you have expected them to
15:01:58 take some steps?

Mann

15:01:59 A. I'm saying that there may have been
15:02:01 circumstances that preceded the -- or superseded
15:02:07 the desire to take steps.
15:02:09 Q. Is that -- do you know what happened?
15:02:11 A. No.
15:02:11 Q. And the minutes state that if they
15:02:19 were lent out, Touro Synagogue would have to be
15:02:23 given another set, right?
15:02:24 A. Yes, they recognize the obligation
15:02:29 because of the importance of finials in the
15:02:31 Sephardic service that they would replace them.
15:02:33 Q. Where does it say that?
15:02:35 A. Where does it say that they are
15:02:37 important in a Sephard --
15:02:38 Q. Where does it say that they recognize
15:02:41 the obligation because of the importance of finials
15:02:44 in the Sephardic service, is that in the minutes?
15:02:47 A. That is not in the minutes. I am
15:02:49 stating that they recognize -- what's stated in the
15:02:51 minutes, obviously they felt an obligation to
15:02:55 replace them. I added the thing because -- I added
15:02:57 the phrase that, because they were important in the
15:02:59 Sephardic service, otherwise they wouldn't have
15:03:01 felt any obligation to replace them.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

226

Mann

15:03:03 Q. You're drawing inferences from your
15:03:05 reading of the document, right?
15:03:07 A. I am drawing inferences from my
15:03:10 knowledge of the history of Judaica and its
15:03:15 relationship to the Sephardic customs.
15:03:17 Q. And maybe they felt they had an
15:03:18 obligation to replace them because CJI owned those
15:03:21 rimmonim, correct?
15:03:23 A. No.
15:03:23 Q. You think "obligation" means not legal
15:03:27 obligation?
15:03:28 A. I didn't say -- I think it's a moral
15:03:31 obligation is meant here.
15:03:33 Q. Do you know?
15:03:34 A. You don't know it's a legal
15:03:36 obligation.
15:03:36 Q. We don't know one way or the other
15:03:38 what people are thinking, do we?
15:03:40 A. The point is that by this time, it's
15:03:44 been demonstrated that CSI owned these. So the
15:03:48 obligation they feel to replace them is a moral
15:03:53 obligation.
15:03:53 Q. But I mean, do you know for sure?
15:03:55 Have you spoken to these people?

227

Mann

15:03:59 A. Obviously not. They are dead.
15:04:03 Q. And you don't know what they thought
15:04:04 about whether they owned the rimmonim, do you?
15:04:10 A. Who are you referring -- who is
15:04:12 "they" --
15:04:12 Q. The people at CSI.
15:04:14 A. What?
15:04:15 Q. Where is there a record in 1937 that
15:04:17 they thought they owned the rimmonim in question?
15:04:19 A. I think that this is a statement, as I
15:04:22 said here, that evidences the ownership and
15:04:27 oversight of the Myer Myers rimmonim and the Cohen
15:04:30 rimmonim, which are two pairs, and that they were
15:04:32 lent to Newport, and that CSI felt an obligation --
15:04:38 which is why Cecil Worth reported it to them. Why
15:04:42 would he have bothered to tell them if they
15:04:45 belonged to CJI?
15:04:47 Q. Let me just ask, you didn't see any
15:04:49 record that CSI took actually any steps after this
15:04:53 with respect to the rimmonim, did you?
15:04:55 A. I have not seen a record.
15:04:56 Q. Okay. And did the minutes report that
15:05:01 CSI called up CJI about this event?
15:05:10 A. I don't remember.

228

Mann

15:05:11 Q. Now, you go on to reference, you say,
15:05:35 "These board minutes also contain a report of CJI's
15:05:39 rabbi to the CSI board of trustees concerning
15:05:42 the" --
15:05:43 A. Where are you?
15:05:44 Q. The same paragraph, like right
15:05:46 underneath, "Concerning the Touro Synagogue and
15:05:48 proceed to discuss the importance to CSI that the
15:05:51 Touro Synagogue continue adhering to CSI's western
15:05:55 Sephardic minhag. Both of these entries" --
15:05:58 MR. SOLOMON: Where is this? I'm
15:05:59 sorry.
15:05:59 MR. WAGNER: You see that? I'm sorry.
15:06:01 A. What page -- twelve? I was on the
15:06:03 wrong page. Okay.
15:06:04 Q. "Both of these entries further
15:06:06 evidence the fact that both CSI and CJI understood
15:06:10 the ownership and control relationship that CSI had
15:06:13 over Touro," do you see that?
15:06:20 A. I guess I'm getting tired. Okay.
15:06:24 Yes.
15:06:24 Q. Okay. Now, what is it about adherence
15:06:32 to CSI's western Sephardic minhag that bears on
15:06:37 ownership and control?

229

Mann

15:06:38 A. Because this is the theme that runs
15:06:40 through all the records. That even going back to
15:06:46 Caroline Cohen -- I mean, it's in Caroline Cohen's
15:06:49 letter by inference. It comes up over and over
15:06:51 again that -- that CSI was insisting that the
15:07:01 liturgy and the customs that they practice be
15:07:05 practiced in Touro.
15:07:06 Q. And are you aware that since 1902,
15:07:10 services at CJI have not been conducted in the
15:07:15 Portuguese nusach?
15:07:17 MR. SOLOMON: I object to the form.
15:07:18 Q. Are you aware of that?
15:07:19 A. I don't -- I'm not aware of the date.
15:07:23 I believe there is later attestation that they were
15:07:29 using Sephardic pronunciation, and I haven't seen
15:07:33 their siddur, but if they were incorporating
15:07:35 certain kedusha and so forth, then that would be
15:07:38 adherence to Sephardic minhag.
15:08:05 MR. WAGNER: Let's mark this as the
15:08:06 next exhibit.
15:08:07 EX (Mann Exhibit 23, document dated
15:08:07 7/18/12, Edinger to Board of Trustees of
15:08:07 CSI, Bates numbered CJI 000386 through
15:08:07 406, marked for identification, as of

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

Mann

this date.)

Q. Dr. Mann, have you seen this memorandum before?

A. Yes.

Q. Okay. When did you see it?

A. At the very beginning of my research.

Q. Did you rely on it at all?

A. No. It gave me a general orientation and then I proceeded to do any own research.

Q. Now, can you look at page -- by the way, did you speak to Mr. Edinger about the memoranda?

A. Yes, we had conferences about it. But it was in late August, beginning of September.

Q. All right. Can you turn to page 389, the second-to-last paragraph. Mr. Edinger writes, the second -- the last sentence, "Since 1902, services at Jeshuat Israel have not been conducted in Portuguese nusach except on special occasions," do you see that?

A. But that does not contradict what I said.

MR. SOLOMON: He just asked if you saw that.

Mann

A. Oh, I'm sorry, I saw it.

Q. Do you have any basis to dispute the accuracy of what he wrote?

A. Only -- I think he -- his use of the -- if I understand it, his use of the term "nusach" refers to intonation and various other aspects, then I have no reason to dispute it.

I believe there is later attestation to the fact that the pronunciation -- "nusach" is a term that includes music and not just the pronunciation, so if you take -- if you leave the music aside, the chanting, then we're talking about pronunciation. I believe that continues 'till today or something.

Q. All right. Now, the next -- we can put the memo aside for now. Again, going back to page 12, you state, that same paragraph, about midway through, "Another example of proving the same point occurred in 1959 when the Smithsonian Institute wrote to CJI's rabbi, Theodore Lewis, seeking Jewish religious artifacts for inclusion in an exhibition at the United States National Museum. It is significant that, when it received the communication from the Smithsonian, CSI seems to

Mann

have refused to allow any of the artifacts stored at the Newport Synagogue to be sent to the Smithsonian Institute," do you see that?

MR. SOLOMON: You skipped a line, do you see where --

A. I know he skipped a line.

Q. Which line was that?

MR. SOLOMON: "CJI immediately wrote to the" --

MR. WAGNER: I see. Okay, I'm sorry.

Q. Now, why in your view is this significant?

A. Because CJI did not feel it could act independently and lend to an exhibition as late as 1959. They had to seek approval from the people who owned it.

Q. So you think the request for approval is significant?

A. Yes.

Q. Now, what if there was no request for approval, would that be significant?

A. That is what happened recently.

Q. No, no. My question is, would that be significant, too?

Mann

A. Yes, but they did request approval as late as 1959.

Q. Are you aware that there are lots of instances where CJI lent out the rimmonim without approval?

A. Post-1959.

Q. And some before 1959, correct?

A. No. That I know of.

Q. Let's look at a couple of these.

EXH (Mann Exhibit 24, photocopy of four-page document entitled, "Early American Jewish Portraits and Silver, in cooperation with the American Jewish Historical Society," dated 2/14 3/15, 1953, title page Bates numbered CSI001959, subsequent pages not Bates numbered, marked for identification, as of this date.)

Q. Have you seen this document before concerning an exhibit in 1953?

A. No.

Q. And can you look at page 3 of the document. Do you see it says, "22-23, two pairs of sefer bells (rimmonim) lent by Touro Synagogue,

Mann

15:14:12 Newport, Rhode Island?
15:14:13 A. Yes.
15:14:14 **Q. And did you see any reference in the**
15:14:16 **record that CJI asked for CSI's permission to make**
15:14:19 **this loan?**
15:14:26 A. The truth is, as I mentioned before,
15:14:28 that I did not read original minutes from the 20th
15:14:32 century. The issue with the Smithsonian was
15:14:36 reported in several books; notably, the
15:14:49 de Sola Pool, and what have you.
15:14:55 So -- and those books were written
15:14:57 prior to this loan.
15:14:57 **Q. My only question is whether you've**
15:15:00 **seen any evidence that CSI's permission was**
15:15:03 **requested before these rimmonim were loaned.**
15:15:07 **That's all.**
15:15:08 A. I have not seen any evidence but that
15:15:11 doesn't mean it doesn't exist.
15:15:12 **Q. Okay. You just didn't look.**
15:15:14 A. Right.
15:15:21 MR. WAGNER: Let's mark this as the
15:15:22 next exhibit.
15:15:23 EXH (Mann Exhibit 25, copy of document
15:15:23 entitled, "The House of God, An

Mann

15:15:23 Exhibition in Honor of the American
15:15:23 Jewish Tercentenary," Bates numbered
15:15:23 TSF001384 through 1400, marked for
15:15:35 identification, as of this date.)
15:15:35 **Q. And this is a loan in 1955 to the**
15:15:38 **Museum of Art, Rhode Island School of Design, do**
15:15:42 **you see that?**
15:15:42 A. Um-hum.
15:15:43 **Q. And can you turn to page 1390, item**
15:15:49 **66. You see it says, "Rimmonim, silver, Myers 18th**
15:15:58 **century lent by congregation Jeshuat Israel"?**
15:16:01 A. Um-hum.
15:16:02 **Q. You have to articulate a yes.**
15:16:04 A. Yes.
15:16:04 **Q. And did you see any evidence that CJI**
15:16:07 **asked CSI's permission before lending out those**
15:16:10 **rimmonim?**
15:16:10 A. This is the first time I've seen the
15:16:12 document, that they were lent to the University of
15:16:17 Rhode Island School of Design.
15:16:19 **Q. I thought that you had seen all the**
15:16:20 **documents that were produced in the case.**
15:16:22 MR. SOLOMON: Objection. Misstates
15:16:23 the record.

Mann

15:16:23 **Q. Did you look at all the documents that**
15:16:25 **were produced in the case?**
15:16:27 A. I can't answer that 'cause, if I
15:16:29 wasn't -- if I don't have them, I don't know they
15:16:32 were produced.
15:16:32 **Q. Well, I'll represent to you that this**
15:16:40 **was a document that was produced in the case.**
15:16:42 **Do you have it?**
15:16:43 A. No, I have never seen it.
15:17:22 **Q. Okay.**
15:17:24 A. You know -- it's interesting. I
15:17:28 recognize --
15:17:34 MR. SOLOMON: There's no question
15:17:35 pending.
15:17:36 THE WITNESS: I'm sorry. Forget it.
15:17:37 **Q. Is this somebody that you recognize is**
15:17:41 **from The Jewish Museum?**
15:17:42 A. Um-hum. Yes.
15:17:43 **Q. It's a small world.**
15:17:47 A. No, it's a curator who lived with the
15:17:54 objects for 29 years.
15:18:05 **Q. And you go on to cite a letter from**
15:18:14 **Rabbi Lewis to Rabbi de Sola Pool, right?**
15:18:26 A. What page are you on?

Mann

15:18:27 **Q. Page 12.**
15:18:33 A. Um-hum.
15:18:39 **Q. Okay, I'm sorry.**
15:18:46 **(Counsel confer.)**
15:18:58 MR. WAGNER: Why don't we take a pause
15:19:02 and we'll get that later. Let's go on.
15:19:04 **Q. Do you have something that you want to**
15:19:27 **share?**
15:19:27 A. No, I'm just chatting.
15:19:29 **Q. Okay. Now, you go on on page 12, you**
15:19:34 **say, the third line, "In particular, CJI applied**
15:19:39 **for a state preservation grant in 2004 and listed**
15:19:42 **CSI as the owner of Touro Synagogue," do you see**
15:19:45 **that?**
15:19:45 A. Yes.
15:19:46 **Q. And is it your testimony that that**
15:19:48 **application was made by CJI?**
15:19:50 A. I believe it was.
15:20:11 MR. WAGNER: All right, let's mark
15:20:12 this as the next exhibit.
15:20:13 EXH (Mann Exhibit 26, document entitled
15:20:13 "State Preservation Grants: Application
15:20:13 Form," Bates numbered CSI0148 through
15:20:13 161, marked for identification, as of

Mann

this date.)

**Q. Is this the application that you were referencing?**

A. Um-hum.

**Q. You have to say yes.**

A. Yes.

**Q. Do you see, "Name of organization, Touro Synagogue Foundation"?**

A. Yes.

**Q. Do you understand that that's a separate nonprofit institution from CJI?**

A. Yes.

**Q. Okay. In your view, was this application accurate?**

A. I would have to read this again. The whole application?

**Q. Yes.**

A. I have to read it again.

**Q. Well, you cited it, didn't you?**

A. Yes, but I wrote this report two months ago.

**Q. Okay.**

A. So I cannot state that everything in the report is accurate, which is what I'm being asked.

Mann

**Q. Well, let me try to short-circuit this a little bit.**

A. I only quoted in my report the fact that is, where it says "note" on the first page, "The property is owned by Congregation Shearith Israel, 8 West 70th Street, New York."

**Q. And what property is being referenced here?**

A. The property of the Newport Synagogue.

**Q. And do you know whether that includes, was meant to include the personal property?**

A. I do not know without reading the report.

**Q. Okay. Well, you quote in the next sentence, "CJI also lists two sets of silver rimmonim decorative crowns for the Torah, crafted by the famous pre-Revolutionary War silversmith Myer Myers," as among the Touro synagogue's "original interior furnishings."**

**Do you see that?**

A. Yes, but I want -- do you know where it is --

**Q. Yes, I'm sorry, it's page 158. You**

Mann

**cited that line, did you not?**

A. I'm citing it but I'm not citing it as -- I'm not citing it --

MR. SOLOMON: He just asked you if you cited it.

A. I cited it.

**Q. And you cited it because you thought it was significant to put in the report, right?**

A. Yes, but I don't think it's accurate.

**Q. Okay. Where in the report do you say that that line is inaccurate?**

A. I did -- I only cited it because it is evidence of two pairs of Myer Myers rimmonim at the -- still in 2004.

**Q. Okay, Dr. Mann, what year did Touro Synagogue open?**

A. Again? For the second time?

**Q. No, the first time.**

A. 1762.

**Q. I think it was 1763, but --**

A. Or 1763.

**Q. And you quoted language that says, "The Myer Myers rimmonim were original interior furnishings," correct?**

Mann

A. Yes, I did.

**Q. If they were original furnishings, how could they have been in the original possession of CSI?**

A. The statement is wrong here.

**Q. Where do you say in the report that the statement is wrong? You quoted --**

A. Built up a case -- I was -- I agree -- maybe I should have put three dots here and just finished that they were -- an end of the sentence at "Myer Myers" in the previous line.

**Q. You think that would have been appropriate, to leave out this statement?**

A. You can't have it both ways.

**Q. Nor can you.**

A. I thought it was inappropriate not to include what they said in this report. That does not mean that I accept the premise of the statement.

**Q. Well, you nowhere indicate in your report that this statement is false, do you?**

A. I built a case for the ownership by CSI. This is on page 12 and I'm just -- I went on to finish the statement, which is something I was

242

Mann

15:25:29 not -- I was criticized before for not concluding a
15:25:33 statement. So you can't have it both ways.
15:25:35 **Q. Well, did you understand that your**
15:25:37 **assignment was to build a case for CSI?**
15:25:40 A. I was asked to investigate the
15:25:42 provenance. In the course of my studies, I became
15:25:47 convinced that CSI owns the rimmonim.
15:25:49 **Q. Now, you go on to cite some statements**
15:26:12 **by members of CJI, right?**
15:26:17 A. Um-hum.
15:26:17 **Q. What's the significance of that?**
15:26:21 A. The significance is that through the
15:26:25 whole discussion, throughout the years or the
15:26:28 months of discussion of whether or not to sell a
15:26:32 pair of Myer Myers rimmonim, which was being pushed
15:26:37 through or attempted to be voted on positively by
15:26:42 the president, Bea Ross, in every single minutes
15:26:46 that I've read, somebody raises the point, "Do we
15:26:50 own them? Can we sell them?"
15:26:52 That's the point of my -- in other
15:26:55 words, what she was proposing was doubtful in the
15:27:00 minds of members at the same time that it was being
15:27:03 proposed.
15:27:03 **Q. So if I find members of CSI who**

243

Mann

15:27:06 **believe that CJI owns the rimmonim, is that**
15:27:10 **significant, too, or it only works one way?**
15:27:17 A. It only works because this is -- it
15:27:19 only works in Touro because the vote is being
15:27:22 taken. And the premise is being stated that CJI,
15:27:27 by the president, that CJI owns the rimmonim. And
15:27:31 not -- and other people, knowing the history of the
15:27:35 congregation, say, "Is this true?" And if you read
15:27:38 the minutes, their remarks are ridiculed or
15:27:42 discounted and --
15:27:45 **Q. What investigation did you do that**
15:27:47 **this particular individual knows the history of**
15:27:51 **Touro Synagogue?**
15:27:51 A. Well, it's obvious in the questions.
15:27:54 **Q. It's obvious?**
15:27:56 A. Yes.
15:27:56 **Q. Did you read his deposition**
15:28:00 **transcript, the deposition transcript of that**
15:28:01 **person?**
15:28:01 A. No, it wasn't given to me.
15:28:03 **Q. Did anyone ever tell you he was**
15:28:04 **deposed?**
15:28:05 A. No.
15:28:05 **Q. And did anyone ever tell you that --**

244

Mann

15:28:10 A. I don't even know who he is.
15:28:11 **Q. You're just quoting someone you don't**
15:28:11 **know who he is?**
15:28:15 A. Oh, the name was in the minutes, I'm
15:28:17 sorry.
15:28:17 **Q. What's the name?**
15:28:18 A. I don't remember.
15:28:18 **Q. So just because --**
15:28:20 A. It wasn't one person.
15:28:21 **Q. Okay, so because two people or three**
15:28:24 **people or five people, they object, you rely on**
15:28:27 **those people?**
15:28:28 A. I am simply stating that at every
15:28:31 meeting at which this was discussed, the sale --
15:28:34 that the sale of the rimmonim was discussed, a
15:28:36 member of the congregation who was present at the
15:28:39 meeting raised the question of ownership, or of who
15:28:45 owned the rimmonim.
15:28:45 **Q. A person who raises it could be wrong.**
15:28:50 A. Or they could have been right.
15:28:51 **Q. Right. We don't know. That's why we**
15:28:53 **have this case, right?**
15:28:59 A. I won't -- I won't suppose the
15:29:02 motivations of the --

245

Mann

15:29:04 **Q. Let me just --**
15:29:06 A. -- CJI.
15:29:06 **Q. -- if I find people from CSI who think**
15:29:09 **that CJI owns the rimmonim, why isn't that**
15:29:13 **significant?**
15:29:14 A. Because you're taking a population in
15:29:16 general. This is a population of voting members of
15:29:20 the congregation proposing to sell the rimmonim.
15:29:23 **Q. If I found an honorary trustee who**
15:29:26 **assisted CJI in finding a way to sell these**
15:29:29 **rimmonim, would that be significant to you?**
15:29:32 A. A trustee of which congregation?
15:29:34 **Q. An honorary trustee of CSI.**
15:29:36 A. Who?
15:29:37 **Q. Who assisted CJI in trying to find a**
15:29:39 **way to sell the rimmonim, would that be significant**
15:29:42 **to you?**
15:29:42 MR. SOLOMON: You mean he lied to
15:29:45 somebody else besides your members, he
15:29:48 lied to some bar members?
15:29:50 **Q. You can answer.**
15:29:51 MR. SOLOMON: It's too vague.
15:29:52 MR. WAGNER: Let me pose the question
15:29:54 again.

Mann

15:29:54 Q. If I found an honorary trustee of CSI who assisted CJI in trying to sell the rimmonim, would that be significant to you?
15:30:07 A. Can I speak to him?
15:30:08 Q. No.
15:30:09 A. I think I know who you're talking about. And though he's a very knowledgeable, prominent man, I'm not sure that he knew or knows the ins and outs of the ownership issue.
15:30:25 Q. But somehow you rely on someone here from CJI you don't even know.
15:30:30 A. I am -- I am only -- the statement I made is that every meeting, somebody got up and questioned the ownership. That's all I state.
15:30:38 Q. What's wrong with that?
15:30:40 A. Why would the issue come up if there was no doubt in anybody's mind that these belonged to CJI?
15:31:19 Q. Is the fact that the congregation voted overwhelmingly to sell of any significance to you?
15:31:25 A. No.
15:31:25 Q. If it was a thousand members and the vote was 997 to three, would that be significant?

Mann

15:31:33 A. We all know the power of crowds and the power of the leader. It doesn't negate the historical evidence that was gathered as to who owned the rimmonim.
15:31:47 Q. Okay. Let's go back to the business of the Smithsonian loan.
15:31:59 EXH (Mann Exhibit 27, three handwritten pages Bates numbered CSI0999 through 1001, marked for identification, as of this date.)
15:32:25 MR. SHINEROCK: Can you read the Bates number for the record?
15:32:29 MR. JACOBY: You've got it.
15:32:32 (Document passed to counsel.)
15:32:33 MR. SHINEROCK: Thanks.
15:32:34 Q. Okay. Now what is this --
15:32:37 A. Can I read this?
15:32:41 Q. I'm sorry, yes.
15:32:41 (A pause in the proceedings.)
15:33:51 A. Yes.
15:33:51 Q. Okay. Would you agree with me there's some uncertainty by this writer as to what the parties' legal rights are?
15:34:04 A. Um --

Mann

15:34:05 MR. SOLOMON: I object to the form of the question.
15:34:18 A. I think he's just talking worst-case scenarios.
15:34:22 Q. Do you know? Do you know what was in his mind?
15:34:26 A. I know that Dr. de Sola Pool published three works -- two, three works on the history of the congregation and nowhere does he question the ownership of various items that were used in Newport.
15:34:44 Q. Well, nowhere does he state that CSI owns the silver, does he?
15:34:51 A. I will not attest to that. I read it. I just can't answer that.
15:34:58 MR. WAGNER: Let's mark these two. I'm going mark it as one exhibit, save some time.
15:35:04 EXH (Mann Exhibit 28, two letters to Rabbi Theodore Lewis dated 8/10/59, Bates numbered CSI1302 and 1303, marked for identification, as of this date.)
15:35:18 Q. Now, you cite these letters as well.
15:35:42 MR. JACOBY: Should be CSI1302 and

Mann

15:35:45 CSI1303.
15:35:47 Q. These are two letters you cite, right?
15:35:50 A. I cite? I never --
15:35:52 Q. Yes -- no, look at footnote 49.
15:36:09 A. These are not letters from de Sola Pool.
15:36:12 Q. My question is, have you seen these before?
15:36:15 A. I must have seen the Tarry letter, but the -- the Tarry letter to Lewis. But the -- the first one, August -- well, they are both August 10th. The one from the president of CSI I don't remember seeing. And I only -- to Edgar Nathan, that's 1957. I only cite the letter of 1959 from Victor Tarry to Rabbi Lewis. There's only one of these that I've seen.
15:37:00 Q. But if you look at your footnote 49, you cited both of them.
15:37:04 A. No, I didn't. I cited first the letter from David de Sola Pool to Edgar Nathan August 7th, 1957, and then I cite one of these letters, the Victor Tarry letter to Rabbi Lewis.
15:37:15 Q. Right. But the notation there is to two documents, 1302 and 1303.

Mann

15:37:26 A. I didn't -- I didn't insert the numbers and I'm not responsible for that.

15:37:31 **Q. Who inserted the numbers?**

15:37:34 A. Counsel. In other words, I referenced the documents and they gave it the official number.

15:37:40 **Q. Did you proofread what they did?**

15:37:44 A. Did I proofread this part?

15:37:47 **Q. Yes.**

15:37:47 A. As to reference the numbers of the documents?

15:37:50 **Q. Yes.**

15:37:50 A. No.

15:37:50 **Q. Did you actually draft the footnotes?**

15:37:54 A. Yes. The only thing that was added were the documents as put together in this -- in these binders, the numbers. Only the numbers.

15:38:05 **Q. What makes you think that this correspondence references the rimmonim?**

15:38:13 A. I don't know what they reference 'cause I haven't seen the Smithsonian letter. Do you have that?

15:38:21 **Q. I don't know if we have it.**

15:38:24 A. All I know is, there was a request from the Smithsonian for a loan in 1959. I don't

Mann

know what the request was.

15:38:30 **Q. Well, it was 195 --**

15:38:34 A. '9.

15:39:15 EXH (Mann Exhibit 29, letter dated 8/3/59, Lewis to de Sola Pool, Bates numbered CSI1003, marked for identification, as of this date.)

15:39:30 **Q. You've seen this letter before?**

15:39:33 A. Yes.

15:39:34 **Q. Okay. It wasn't listed on your list but you've seen it before.**

15:39:44 A. I didn't list it because it doesn't give any substantive information.

15:39:56 EXH (Mann Exhibit 30, letter dated 8/12/59, Lewis to Tarry, Bates numbered CSI1004, marked for identification, as of this date.)

15:40:10 **Q. Did you see this letter?**

15:40:30 A. No. I just -- this is the first time I've seen this.

15:40:33 **Q. Okay. And in the letter, you know who Rabbi Lewis is, right?**

15:40:36 A. Sure.

15:40:37 **Q. And he says, he's writing to the**

Mann

15:40:38 **executive secretary, he says, "Our congregation would like to be of assistance to the Smithsonian Institution. However, the few items of historical value that we have are normally on permanent exhibition for the thousands of the visitors who come to the Touro Synagogue during the year."**

15:40:57 **Do you see that?**

15:40:57 A. Yes.

15:40:57 **Q. And do you know whether that's a reference to the rimmonim?**

15:41:00 A. All I can tell you is, in 1990, I was in the Touro Synagogue for the 200th anniversary of the giving of Washington's letter. And then the -- they were not on exhibition. They were in the Ark on the Torah scrolls.

15:41:22 So I'm not sure this is museum language, or he's only saying that they are used and therefore, they are exhibited to the public who comes to the services.

15:41:34 **Q. Okay. But Rabbi Lewis goes on to suggest that he be in contact with Rabbi Pool for suggestions of other sources, right?**

15:41:45 A. Um-hum.

15:41:56 MR. WAGNER: Okay, let me just...

Mann

15:41:58 (A pause in the proceedings.)

15:42:00 **Q. For the record, it says, "I therefore thought it advisable to contact Rabbi Pool for suggestions of sources where to procure historical items for the Smithsonian Institution."**

15:42:10 **That's what the letter says, right?**

15:42:11 A. Yes, that's common practice. If you don't want to lend something, you try to find substitutes for the borrower.

15:42:18 **Q. Now, let's go to the bottom of page 12. You say, "Public descriptions of the sacred objects or other objets d'art may or may not provide useful information. In the case of the rimmonim, I find nothing in the public descriptions that is inconsistent with CSI's ownership," do you see that?**

15:42:56 A. Um-hum.

15:42:56 **Q. And we've seen today that some people attribute ownership, at least in the public domain, have attributed ownership to Touro Synagogue, right?**

15:43:04 MR. SOLOMON: Objection.

15:43:13 A. I'll stay with the objection.

15:43:14 **Q. I'm sorry, you can answer.**

Mann

15:43:15 A. No, I --

15:43:17 **Q. No, you have to answer.**

15:43:18 MR. SOLOMON: I think you're
15:43:20 misstating her testimony.

15:43:22 MR. WAGNER: Okay.

15:43:22 **Q. Barquist published a piece in 2001**
15:43:25 **that says CJI owns a pair of Myer Myers --**

15:43:29 A. He didn't say that. He said "lent
15:43:31 by," I believe.

15:43:31 **Q. I mean, I'll pull it out --**

15:43:34 A. He said they were made -- I'm sorry.

15:43:36 MR. SOLOMON: Do you want to see the
15:43:38 document?

15:43:38 THE WITNESS: Yes, I want to see --

15:43:41 A. -- what page of the document are you
15:43:44 referring to?

15:43:56 **Q. Okay, page 160.**

15:44:09 A. Where are you?

15:44:10 **Q. On the bottom, towards the bottom**
15:44:12 **left.**

15:44:14 A. Yes?

15:44:15 **Q. It states, "In other words, each**
15:44:17 **congregation now owns one finial originally from**
15:44:20 **the Newport pair and one finial originally from the**

Mann

15:44:24 **New York pair," right?**

15:44:26 A. He says "owns," which is wrong.

15:44:28 **Q. I understand you think it's wrong --**

15:44:31 A. Yes, I think we could say that in each
15:44:34 congregation, at present, there is a set made up of
15:44:38 one from each pair.

15:44:39 **Q. All right. But this was a public**
15:44:41 **document, right?**

15:44:42 A. You mean the publication?

15:44:44 **Q. Yes.**

15:44:45 A. Is a public document.

15:44:46 **Q. And this was a public description of**
15:44:52 **ownership, right?**

15:44:53 A. I have to tell you that the whole
15:44:55 discussion by Barquist of rimmonim is taken from
15:44:57 other sources. It's not based on original
15:44:59 research, and it's highly inaccurate.

15:45:01 **Q. I understand that. All I'm asking you**
15:45:03 **is, he did say publicly that Newport owns, that CJI**
15:45:08 **owns one pair.**

15:45:09 A. I am saying that if you take that in
15:45:11 the context of the whole discussion, which is
15:45:14 inaccurate and based on secondary sources which are
15:45:19 inaccurate, then I don't have to give credence to

Mann

15:45:21 this statement.

15:45:23 **Q. I understand that. All I'm asking you**
15:45:25 **is what he said.**

15:45:26 A. He states this.

15:45:27 **Q. And are you aware that there were**
15:45:28 **people from CSI who attended the exhibition?**

15:45:32 A. This was published before the
15:45:36 exhibition opened.

15:45:36 **Q. But are you aware that people from CSI**
15:45:39 **attended this --**

15:45:40 A. I don't have any knowledge who
15:45:41 attended.

15:45:42 **Q. Okay.**

15:45:44 A. I know I went. That's all I can tell
15:45:46 you, and the people who worked with me, but that's
15:45:49 all I can tell you.

15:46:19 MR. WAGNER: Let's mark this as the
15:46:20 next exhibit.

15:46:22 EXH (Mann Exhibit 31, letter dated
15:46:22 9/24/14, Barquist to Shinerock and Snow,
15:46:22 not Bates numbered, marked for
15:46:39 identification, as of this date.)

15:46:39 **Q. Have you seen this letter before?**

15:46:41 A. No.

Mann

15:46:41 **Q. This wasn't given to you by CSI, the**
15:46:49 **lawyers?**

15:46:49 A. No.

15:46:49 **Q. Okay.**

15:47:05 MR. WAGNER: Why don't we take a
15:47:06 break. I have one more topic to cover,
15:47:08 the last topic in your --

15:47:11 THE WITNESS: Can you tell me why you
15:47:12 gave me this letter?

15:47:13 MR. WAGNER: I just wanted to know
15:47:14 whether you've seen it before, that's all.

15:47:18 MR. SOLOMON: He has no questions.
15:47:24 We're taking a break.

15:47:25 MR. WAGNER: I have one more topic to
15:47:26 cover, and then I think we'll be done.

15:47:29 THE WITNESS: Sounds good.

15:47:30 (Recess taken.)

15:56:09 EXAMINATION (Cont'd.)

15:56:09 BY MR. WAGNER:

15:56:37 **Q. Just before we get to that, have you**
15:56:41 **ever in any of your writings referred to rimmonim**
15:56:43 **as fixtures?**

15:56:44 A. Fixtures?

15:56:47 **Q. Yes.**

A. No.

**Q. Have you in any of your writings ever referred to rimmonim as paraphernalia?**

A. I don't think so.

**Q. Now, let's look at the last part of your report, a very short paragraph. I didn't see any citations there.**

A. Which one?

**Q. Your section E. Do you have any citations supporting the propositions set forth in this paragraph?**

A. This paragraph was based on my discovery, doing all these readings, that there was a tremendous amount of support by, in the -- by Sephardic congregations in the western hemisphere of one another. And that was a new thing to me. I read it in the minutes -- I mean, I read it in the ledger, and I read it in various accounts.

And through my own life experience, I know that this is still true of intercongregational support. So this is based on readings of what went on in the 18th century and after, and my own life experience.

**Q. Okay. What readings postdating the**

**18th century did you rely on?**

A. What readings -- um -- if I remember correctly, there were some in the minutes of requests for support. You can see in 1869 in the inventory, they were lending things to people. There was a loan to another congregation or two.

**Q. And the other piece of it is your --**

A. My life experience.

**Q. Okay. Are you an expert in relations between synagogues?**

A. I come from a rabbinic family, and these discussions went on all the time.

**Q. Right. But my question is whether you're an expert in relations between synagogues.**

MR. SOLOMON: You asked that earlier in the day, too, by the way, so I'm going to object.

**Q. Go again.**

A. I would say I'm a very knowledgeable person about synagogue relations because I come from a rabbinic family with these -- where these issues were constantly discussed, and I was married to a rabbi for 23 years.

**Q. Well, apart from your life experience,**

**are you an expert in synagogue relations? Let's try it that way.**

A. Historically, my expertise derives from having read, you know, hundreds of responsa on synagogue relation -- that -- many of which impinge on that subject.

**Q. So are you saying you are an expert on synagogue relations?**

A. I would say that I don't have a degree in it, but that I have expertise in it, yes.

**Q. Okay. And is your opinion with respect to this issue predicated on the proposition that CSI owns the rimmonim?**

A. Yes.

**Q. So if CJI sold something that belonged to it, that would not implicate the same intercongregational issues, correct?**

A. Correct.

**Q. Now, am I right that there have been disputes, there have been lots of court cases involving disputed property and ritual items between the 17th century and the present involving Jews?**

A. That's a -- you need to be more

specific.

**Q. Okay. Have there been disputes between Jews --**

A. About what? Commercial enterprises?

**Q. No. Disputes over property and ritual items, ownership of property and ritual items.**

A. Between an individual and a synagogue, for example? Or -- we can go back hundreds of years and there are these disputes.

**Q. Okay. So this goes on all the time, does it not? I'm sorry to say.**

A. I have never seen a case where one congregation sold property belonging to another.

**Q. Right. Well, we have a court case to decide the ownership, right?**

A. That's what we're engaged in.

**Q. Right.**

A. But I have seen disputes. The question was asked about disputes relative to ceremonial objects. That I will say. Not ownership.

**Q. I just want to show you Prof. Fisher's report. Did you read his report?**

A. I did, but it was a -- I won't quote

Mann

from it because I didn't read it yesterday.

**Q. Okay. Just look at the first paragraph on page 62 or 63.**

**(Handing document to witness.)**

**Q. Do you have any basis to dispute what he says in that first sentence?**

A. No.

**Q. Now, do you expect synagogues, let's say sister congregations, to support each other?**

A. I -- I have known of this in a general sense in the community. I must say that one of the things that I was struck with in deeply going into the records of Shearith Israel was how much support and -- there was between congregations, particularly in the 18th century when Judaism was not well established in the western hemisphere.

**Q. So fast-forward to today. Would you expect sister congregations to support each other?**

A. I know of instances where they have.

**Q. And you would want to see that, right?**

A. I would want to see that? I think it's a desirable goal.

**Q. What is the significance of Touro Synagogue?**

Mann

A. It's the oldest synagogue built in the United States.

**Q. And what's the significance of the congregation there?**

A. Now?

**Q. Yes.**

A. I can't answer that.

**Q. Do you know anything about that congregation?**

A. I do.

**Q. Would you agree it's important to have a congregation there?**

A. It is my imprecise understanding on the basis of hearsay that the congregation is dwindling. So I cannot answer whether there's a viable entity. It is a historic building. It's had a historic congregation, and it belongs to Shearith Israel. It's not for me to give an opinion on this.

**Q. Okay. But would you like to see the congregation be viable there?**

A. Nobody likes to see a dying Jewish community.

**Q. And you would not like to see that**

Mann

**congregation fail, would you?**

A. I will answer in the generalization. Listen, when I grew up in Bayonne, New Jersey, there were ten synagogues, eight of them orthodox. And now there isn't one.

**Q. That's not a good thing.**

A. It's not a good thing. It's sad wherever it happens.

**Q. So you would want to see the congregation survive?**

A. I would say that one would want to see any congregation survive. There are always economic and historical circumstances why people change their place of residence and synagogues don't survive.

**Q. But would you agree it's particularly important to see that synagogue, that congregation in that synagogue survive?**

MR. SOLOMON: "That congregation" meaning CJI?

MR. WAGNER: Yes.

A. I have no particular -- I think it's very important that the building survive. I have -- I cannot say that the membership today is

Mann

the -- they are not the descendants of the original founders of the synagogue and the purpose for which it was founded. So I can't say that this congregation should survive in this synagogue.

**Q. Okay. Would you like to see a congregation survive in that synagogue?**

A. I don't think my personal opinion is important.

**Q. Well, intercongregational support is an important basis for your opinion, correct?**

A. But you're asking about survival. You're asking about a different thing.

**Q. I understand but --**

A. The cases that I'm citing or that I understood from the records of intercongregational support, included giving money for building campaigns, which requests went on back and forth between the Caribbean and the United States mainland, you know, help with acquiring furniture, help with acquiring ceremonial objects. This is the kind of requests.

**Q. Did you investigate how much support has been provided by CSI to CJI in, let's say, the last fifty years?**

Mann

A. No.

**Q. And is that -- well, do you think that CSI should support CJI?**

A. In what sense?

**Q. In any sense.**

A. Yes, I think they should support it in the sense of being the guardians over it. Whether they support it financially is not in my jurisdiction.

**Q. Would you expect, would you want to see CSI take into account CJI's welfare in making decisions about CJI?**

A. It's not for me.

**Q. That's beyond your expertise?**

A. No, it's not beyond my expertise. I think you're asking moral issues that I am -- I think that pertains to the membership and the leadership of CSI.

**Q. Well, you say in this section, "Such intergenerational support has been and continues to be essential to Jewish communal life and the prospering of the Jewish community," correct?**

A. Um-hum.

**Q. What did you mean by that?**

Mann

A. Well, I know instances where synagogues have suffered destruction, say, there was a fire in an original synagogue, and synagogues were asked to donate extra sifrei Torah that they had so that -- so that services could continue in New Rochelle, and that was done. But sometimes, the provision was made that they not be sold and that the fact that it had come from a particular congregation who gave it for its use be acknowledged.

**Q. Would it be hurtful to intercongregational support for the congregation to be thrown out of that synagogue?**

MR. SOLOMON: By "congregation," CJI?

MR. WAGNER: Right.

**Q. You can answer.**

A. Would you repeat it?

MR. WAGNER: Why don't you read it back.

(Record read.)

A. I -- when I was referring to "intercongregational," I was talking about two different institutions. What you describe unfortunately has happened in my lifetime. I've

Mann

seen it happen. But I wouldn't say -- I wouldn't judge.

**Q. Well, would you want to see CJI thrown out of that synagogue?**

A. It depends on -- there are too many variables for me to make a decision.

**Q. Are you aware that that's among the relief that Spanish-Portuguese is seeking in this case?**

A. No, I am not aware of that.

**Q. Could you look at --**

MR. WAGNER: -- what exhibit is it?

(A pause in the proceedings.)

MR. JACOBY: Exhibit 7.

**Q. Could you look at Exhibit 7.**

A. Oh, I seem to be missing -- which one is 7?

**Q. That's the amended answer and counterclaim.**

A. Oh, that. I'm -- it's somewhere that I have...

(A pause in the proceedings.)

A. What do you want to ask? I'm sorry.

**Q. Can you turn to page 23.**

Mann

A. Three?

**Q. Twenty-three.**

A. Yes.

**Q. You'll see in number 5 it says, this is among the relief that's being sought by CSI, "That this court declare plaintiff" -- that means CJI -- "to be in breach of the indentures and agreement with the United States and order the eviction of plaintiff from Touro Synagogue and related property," do you see that?**

A. Yes, but this is the first time I've seen that.

**Q. And would you like to see that happen?**

A. I don't feel competent to assess that.

**Q. Now, in connection with the opinions you give in this paragraph, have you surveyed any segment of the public on the issue?**

A. No.

**Q. Have you surveyed CSI members on this issue?**

A. No, I have done no social history surveys.

**Q. Have you done anything to investigate CJI and its needs?**

Mann

16:11:53 A. No.

16:11:53 **Q. Do you know anything about CJI's membership?**

16:11:58 A. Only hearsay.

16:11:58 **Q. What have you been told?**

16:12:02 A. That it's largely made up of Ashkenazim, also that it's dwindling.

16:12:12 **Q. Have you heard anything about the demographics, age distribution of that synagogue?**

16:12:19 A. No.

16:12:19 **Q. Did do you any investigation of their budget?**

16:12:25 A. No.

16:12:25 **Q. Did you do any investigation of their governance?**

16:12:28 A. I've only read the articles of incorporation from the 1880s.

16:12:33 **Q. Have you published any papers on the issue of intercongregational support?**

16:12:39 A. Um -- this issue may have come up in this book I wrote on texts in the -- texts related to Jewish visual art. But I can't remember specifics at this moment.

16:13:06 **Q. Was that Jewish visual art in the**

Mann

16:13:13 **United States?**

16:13:15 A. No. It was a general collection of sources, some in the United States but rabbis in the -- it's mostly rabbinic opinions.

16:13:24 **Q. Okay. But as you sit here, do you remember any references in that work to intercongregational support?**

16:13:38 A. I mean, there are cases of conflict -- intercongregational support -- I -- I'm -- I would have to bring the text and go through it again. I wrote it fifteen years ago.

16:13:52 **Q. Well --**

16:13:57 A. There are intercongregation -- oh, there are intercongregational issues.

16:14:02 **Q. I understand that. But I'm not interested in that. I'm just interested in what you have published.**

16:14:07 A. No, I have published. I mean, there was -- there was a case in there of a break-away congregation in the 16th century and who should have the ownership of the ceremonial objects. And interestingly, the rabbi decided on the basis of the beauty of the object, which was for him a real criterion.

Mann

16:14:34 **Q. Where was that 16th century congregation?**

16:14:38 A. I can't remember right now. I think it was -- it was either Egypt or Spain.

16:14:48 **Q. Would you agree with me that Touro Synagogue is a national treasure?**

16:15:01 A. Absolutely. The building is an architectural treasure.

16:15:09 **Q. And so is the interior, right?**

16:15:12 A. The interior is part of the building.

16:15:14 **Q. Do you know who provides insurance for the rimmonim?**

16:15:45 A. I don't know the name of the company. All I know is in 1990, they had no insurance.

16:15:52 **Q. But between CJI and CSI, do you know who pays for the insurance?**

16:15:57 A. No, I do not.

16:15:58 **Q. Do you know who's paid to refurbish them?**

16:16:01 A. From the reports I read, they were refurbished and I don't -- there are negative connotations to my use of the word -- in 2000 by Ubaldo Vitale and that was paid for by Roy Zuckerberg, I believe. And then in 2005, there was

Mann

16:16:27 another -- Newman Enterprises, and I don't know who paid for that.

16:16:33 **Q. Were you dissatisfied with Mr. Ubaldo --**

16:16:41 A. Ubaldo Vitale does not have a good reputation among conservators in museums and what the Newmans -- what I read about what they did is just horrifying to me as a curator.

16:16:58 **Q. Now, your book, Crowning Glory, a substantial portion of that book is devoted to finials, right?**

16:17:10 A. It's devoted to all of the Torah furnishings.

16:17:12 **Q. You have a section on finials, right?**

16:17:16 A. Correct.

16:17:16 **Q. And you have a section on crowns, right?**

16:17:18 A. A section on yad -- on pointers, etc.

16:17:22 **Q. And in the book you deal with each of these separately, right?**

16:17:25 A. Right. I edited the book. It was written by a person named Rafi Grafman, and that was the way it was decided to organize things.

16:17:34 **Q. And you wrote -- you wrote an**

274

Mann

16:17:36 **introduction.**

16:17:36 A. I did.

16:17:36 **Q. And the introduction is accurate, is**
16:17:38 **it not?**

16:17:41 A. To the best of my knowledge. Nobody's
16:17:43 criticized it as being inaccurate.

16:17:45 **Q. And am I right that finials are**
16:17:49 **removable objects?**

16:17:51 A. That is correct, and we know they were
16:17:53 removable by the 12th century. There are finials
16:18:03 that are an inherent part of the scroll. But most
16:18:07 are removable.

16:18:08 **Q. Okay.**

16:18:09 MR. WAGNER: Why don't we take a
16:18:11 few-minute break. I may be done.

16:18:13 (Recess taken.)

16:21:57 MR. SOLOMON: Are you done?

16:21:58 MR. WAGNER: Yes, thank you for coming
16:21:59 in today. Appreciate your patience.

16:22:02 MR. SOLOMON: I have some questions
16:22:04 I'd like to ask now, I'll be brief.

16:22:06 EXAMINATION BY
16:22:06 MR. SOLOMON:

16:22:07 **Q. Dr. Mann, have you seen any evidence,**

275

Mann

16:22:10 **whether specific or general, where CSI ever said in**
16:22:16 **words or in substance that the Myer Myers rimmonim**
16:22:23 **would be returned to Newport in the event that the**
16:22:28 **Newport congregation ever revived?**

16:22:32 A. No.

16:22:32 **Q. Okay. So when you were discussing**
16:22:37 **statements about returning objects in the event**
16:22:43 **there was ever a minyan in Newport --**

16:22:47 A. I believe --

16:22:48 **Q. -- what were you --**

16:22:49 MR. WAGNER: Let me just -- I would
16:22:50 ask that he finish the question first,
16:22:52 then you answer. And I'm sure he'd give
16:22:55 you the same instruction.

16:22:56 **Q. What were you referring to?**

16:22:59 A. I believe the language was that if a
16:23:01 new congregation -- if the congregation revived or
16:23:04 there was a new congregation, they would again
16:23:07 consider the loan of objects such as the ones that
16:23:12 had been loaned before.

16:23:13 **Q. Okay. And the objects that are being**
16:23:16 **referred to there are the sifrei Torah, is that**
16:23:20 **correct?**

16:23:21 A. I wouldn't -- I don't know that they

276

Mann

16:23:24 were limited to sifrei Torah.

16:23:26 **Q. But the full extent of your knowledge**
16:23:27 **of this is going to be contained in the document**
16:23:29 **that you're now trying to quote?**

16:23:32 MR. WAGNER: Objection to form.

16:23:35 A. You mean the document about the
16:23:37 silver? Or -- no, I'm sorry, which --

16:23:41 **Q. No, the document that you were just**
16:23:42 **referring to which I've never seen, not directly or**
16:23:45 **indirectly.**

16:23:46 A. They are in the minutes.

16:23:47 **Q. Are you sitting here today suggesting**
16:23:49 **that there's any document that, with respect to**
16:23:53 **anything other than sifrei Torah, says that CSI**
16:23:57 **will consider sending anything up again? I'm not**
16:24:02 **talking about sifrei Torah. Anything other than**
16:24:05 **sifrei Torah, do you --**

16:24:06 A. There is no -- no specifics as to what
16:24:09 kind of objects, but they simply say, "We will
16:24:11 consider loaning to you again." What is meant by
16:24:15 that is not specified.

16:24:16 **Q. Okay.**

16:24:18 A. They ask for the return of their
16:24:19 objects and the safekeeping of objects but they do

277

Mann

16:24:24 not specify -- they just simply say --

16:24:28 **Q. You're now --**

16:24:29 MR. WAGNER: I don't know whether she
16:24:30 was finished with her answer.

16:24:31 **Q. Were you?**

16:24:34 A. Um -- I'm talking about the period
16:24:38 after 1818. 1830.

16:24:41 **Q. Are you referring to a letter, a board**
16:24:46 **minute from CJI in the 1890s?**

16:24:52 A. No, I was referring to what happened
16:24:53 in the 1830s and to the --

16:24:59 **Q. Let me just get the document. It's**
16:25:01 **going to be quicker that way. Let me ask a few**
16:25:04 **more questions --**

16:25:04 A. We have it. We have it.

16:25:05 **Q. Someone is going to try to lay their**
16:25:09 **hands on it --**

16:25:10 A. I think it was given out.

16:25:12 MR. WAGNER: I just ask that the
16:25:13 witness not be interrupted.

16:25:14 **Q. Why are rimmonim very important in the**
16:25:20 **ritual of Sephardic congregations?**

16:25:23 MR. WAGNER: I'm going to object as
16:25:25 beyond the scope of the report.

Mann

16:25:31 A. I think it's germane to the issue.

16:25:33 **Q. Well, it doesn't matter. You were asked fifteen questions on it today. You don't have to respond to his objections.**

16:25:41 A. Oh. Can I respond to your question?

16:25:44 MR. WAGNER: You can rule in my favor if you like.

16:25:47 A. The beginning of the use of rimmonim in synagogues comes from rabbinic texts and then, in the 14th century, we have illuminations in manuscripts that depict services in Spanish synagogues in which rimmonim are prominently displayed; and their uses in Sephardic synagogues even at that time was multiple. They were not only used on the Torah, they were used to adorn the reader's desk.

16:26:16 And this usage continues in the countries to which the Sephardim emigrated after the expulsion. The usage continues in Italy, North Africa and Turkey and the Ottoman Empire. So they are extremely important. They were at one of the -- the elements of Sephardic service in Spain that was carried and continued until the present day in these countries.

Mann

16:26:43 **Q. Are the rimmonim, like other ornaments that you might have in a synagogue, like an omer board, something that doesn't touch the Torah?**

16:26:57 MR. WAGNER: Object to the form.

16:26:59 THE WITNESS: Objection to --

16:27:01 MR. WAGNER: Form. You can rule in my favor --

16:27:04 **Q. Please answer my question, if you --**

16:27:08 A. There are different categories of holiness attributed to objects in the synagogue. Those that touch the Torah are considered to be the most holy. Anything that is in the building has a certain lesser holiness.

16:27:20 **Q. Okay. And the rimmonim are in the former category?**

16:27:23 A. They are in the former category, because they are used with the Torah.

16:27:26 **Q. Now, I'm going to ask you to look at page 9 of your report, where you have transcribed for us the minutes of 1818.**

16:27:44 A. Um-hum.

16:27:44 **Q. And these are talking about seforim that had previously been loaned, correct?**

16:27:55 A. Um-hum.

Mann

16:27:55 MR. WAGNER: Objection to form.

16:27:56 **Q. And it thereafter at the end says, "If hereinafter a minyan shall be in Rhode Island, a request may be made for further loan of said seforim," do you see that?**

16:28:07 A. Yes.

16:28:07 **Q. Now, in the 1833 minutes that you've excerpted on page 9 -- right?**

16:28:15 A. Um-hum.

16:28:15 **Q. These referred specifically to the seforim, didn't they?**

16:28:23 A. Correct.

16:28:25 **Q. Thank you. I wanted to clarify something.**

16:28:35 **You had a view that display in a museum of the Myer Myers rimmonim would be a positive thing so long as it was short term, right? Do you have a view about whether the Myer Myers rimmonim should appropriately be used as part of the religious services of the congregations?**

16:28:58 MR. WAGNER: Objection to form.

16:29:02 A. I think there's -- no, I don't. Because I believe that people who operate in the synagogue use these things, learn how they should

Mann

16:29:12 be used and respect it. I -- when I came to The Jewish Museum, I was shocked by the way that, in the storerooms, that objects like sifrei Torah were being handled. And I transferred most of them to the seminary for that reason.

16:29:34 **Q. You in your testimony made reference to speaking to someone at the Met. What was his or her name?**

16:29:42 A. Beth Wees.

16:29:43 **Q. And the price of silver that you also were making reference to, you said you got that from Barquist, is that right?**

16:29:51 MR. WAGNER: Objection to form.

16:29:52 A. I couldn't find it again, but there's a -- a statement in the minutes -- no, in de Sola Pool, or Lyons' records, in which he quotes from minutes and it says that in 1738-'39, CSI sent a chunk -- it sent 47 ounces of silver to somebody, and that there was a cost attached to that.

16:30:22 **Q. And I'm now asking about your reference to Barquist, okay?**

16:30:26 A. I have --

16:30:27 MR. WAGNER: I would ask that one person speak at a time.

Mann

16:30:31 **Q. The Barquist that you were referring to, is that the Barquist, an excerpt of which was shown to you today?**

16:30:43 A. I remember his stating -- I drew up a list of values that he gave to various types of silver from Barquist --

16:30:57 **Q. You --**

16:30:59 A. -- from his catalog.

16:31:00 **Q. You talked about four sifrei Torah.**

16:31:03 A. Um-hum.

16:31:04 **Q. Not the two that CSI owned, but four others at the Touro Synagogue. Were those four in the Lyons inventory of 1869?**

16:31:18 A. No. They were not the property of CSI.

16:31:26 **Q. Now, in your report, we'll look back at that again, beginning on page 7, you make reference to Shearith Israel's "ownership and exercise of control over the Touro Synagogue and contents and appurtenances." Do you see that?**

16:31:48 A. Um-hum.

16:31:48 **Q. And you were questioned whether you used the word in your writing that rimmonim were paraphernalia or fixtures. Are rimmonim**

Mann

16:32:00 **appurtenances to --**

16:32:02 MR. WAGNER: Object to form.

16:32:03 **Q. -- in a Sephardic synagogue?**

16:32:05 A. I would say that they were appurtenances to the Torah.

16:32:08 **Q. But not for the synagogue?**

16:32:11 A. Well, everything in the synagogue is -- belongs to the synagogue. But primarily, their kedusha, their holiness comes from their relationship to the Torah scroll.

16:32:23 **Q. Now, were you reporting on pages 7 and 8 and subsequent pages to be giving a legal opinion about ownership and the exercise of control?**

16:32:32 A. No, I said that before. I'm not a lawyer.

16:32:34 **Q. Okay. So -- all right, that's fine.**

16:32:37 A. I was giving a historical account of what I see as the ownership of the rimmonim.

16:32:44 **Q. All right. Now, you were shown a number of pieces of excerpts from various publications.**

16:32:53 **In your opinion, is a statement that Myer Myers rimmonim at issue here are associated with Touro inconsistent with any opinion that**

Mann

16:33:03 **you've offered?**

16:33:04 MR. WAGNER: Objection to form.

16:33:07 **Q. The Touro Synagogue, rather than CJI?**

16:33:10 MR. WAGNER: Objection to form. The.

16:33:11 A. No. They've been associated with it for a long time. That does not imply that they are owned by the present congregation of Touro Synagogue.

16:33:23 **Q. And is a statement that the Myer Myers rimmonim were loaned by CJI inconsistent with any opinion you offer?**

16:33:37 A. I think they should have asked permission. You mean loaned to the Barquist exhibition, for example?

16:33:43 **Q. Yes.**

16:33:44 A. Well, we know that they were following practice up until 1959, they were always asking -- they seem to have always asked Shearith Israel. That's the last time they, according to what records I've seen, that they asked permission.

16:34:00 **Q. You don't know whether the relationship between the parties was such that short-term loans either were or were not covered by their practice, do you know that?**

Mann

16:34:09 A. By whose practice?

16:34:11 **Q. The practice between the synagogues.**

16:34:13 A. No, I don't know anything about that.

16:34:14 **Q. All right. Now, you were asked about -- you were actually asked about a very, or you were told was a very public article in the Forward, have you seen that article?**

16:34:39 A. No, I did not.

16:34:39 **Q. Now, you were asked about page 11 of your report, and I want to call it to your attention here. You say, "Most telling are the CJI minutes of February 14, 1897."**

16:34:57 A. Where are you in the page?

16:34:59 **Q. Right, see where the bold is? Right above that.**

16:35:02 A. Yes, um-hum.

16:35:05 **Q. In which it is stated: "President stated that a pair of bells in the synagogue were claimed as the property of Congregation Shearith Israel of New York, and that the board of trustees of that body made request that the same be forwarded to them. Voted to comply with this request."**

16:35:22 **Do you see that?**

Mann

A. Um-hum.

Q. And you were asked a question that it says, "A pair of bells." Right?

A. Um-hum.

Q. Now, can you, as an art historian person who has considered this issue, have an explanation for why, if at the time there were three sets of CSI Myer Myers bells there, why, meaning the two from Caroline Cohen that were up there and one from Shearith Israel, okay, why there would have been reference to a pair of bells?

MR. WAGNER: Let me just, my objection, objection to the form and on foundation grounds because she testified she doesn't know when the Myer Myers rimmonim were in Newport.

THE WITNESS: No, but I -- I said that it was this period, post -- 1883 to 1913.

Q. I just want to get back focusing on my question.

A. Your question is 1897. We don't know which pair was demanded and returned.

Q. No, my question is whether, if at the time there were two pairs of Caroline Cohen --

Mann

A. Two pairs --

Q. -- to Shearith Israel, and let's just suppose they were the Myer Myers set from us, okay? One that had the word "Newport" on it, one that didn't. How do you explain that it says "a pair of bells"?

A. I think there's the possibility that -- from the photograph that the 1730 finials were also there and that this request for return may have been for the 1730 finials.

Q. The Caroline Cohen --

A. Which are not -- which in later photographs are not shown.

Q. That's the 1730 pair, right?

A. Correct.

Q. The two pair of Caroline Cohen, okay, bells, were at the Touro Synagogue at the time that she --

A. Yes --

Q. -- requested them for Shearith Israel, correct?

A. Correct.

Q. So that a shamash in New York would not be referring to those when he counted the

Mann

number of pairs -- he might not even know about those --

MR. WAGNER: Objection to form.

Q. -- when he counted the pairs of rimmonim that were ours up at Touro?

MR. WAGNER: Objection to form.

A. He doesn't count the number. Where is this statement?

Q. Okay, let's try it again. The statement in your -- it says here, okay, "A pair of bells." Right? You see that? "A pair of bells."

A. Um-hum.

Q. And you were asked a question today, it says only one pair of bells. A pair of bells, right?

A. Um-hum.

Q. But according to you there were two or three pairs of bells up there.

A. There were three pairs.

Q. So how do you explain it says a pair when there were three pairs? Was there something different about the Caroline Cohen and --

A. I -- I think they were claiming one pair -- they were asking for one pair to be sent

Mann

back. And the probability now from the photographs is that the 1730 pair, which were there for some reason, were asked to be returned because they were a really historical part. They were the oldest pair of rimmonim in the synagogue. They were used at the dedication of the Mill Street Synagogue. And that is stated over and over --

Q. In any of the research that you've done, have you seen any evidence that the Caroline Cohen bells which you have a writing on, were bequested to CSI, right?

MR. WAGNER: Objection to form.

Q. You have a writing --

A. A letter.

Q. -- you have a letter, right, that she gave them to CSI, is that right?

A. Um-hum.

MR. WAGNER: Objection to form.

Q. Do you have any evidence at all that they were ever in New York?

A. No.

Q. So in your opinion, would it be appropriate to describe those pair differently from the pair that were sent by New York, are talking

Mann

6:39:25 **about the Shearith Israel rimmonim?**
6:39:33 A. No. I mean, I -- I'm getting too
6:39:37 tired. All right. Would you repeat -- they were
6:39:41 of a different character in that they were lent
6:39:45 individually to Reverend Abraham Mendes first and
6:39:50 when he dies, the ownership, she asked that the
6:39:54 ownership go to CSI and that they supervise the
6:39:57 placement of the bells. She would prefer they be
6:39:59 in Newport but if they don't deem that's proper
6:40:03 then they can give them, loan them to any other
6:40:06 Sephardic congregation --
6:40:07 **Q. Back to CSI in New York?**
6:40:11 MR. WAGNER: Objection to form.
6:40:12 A. She doesn't say that. She says they
6:40:14 should supervise them and that she prefer they be
6:40:16 used in Newport or could be used in another
6:40:21 Sephardic congregation.
6:40:21 **Q. I want you to look at the document,**
6:40:31 **okay?**
6:40:32 A. Um-hum. The second letter is what you
6:40:43 want.
6:40:53 **Q. Okay. I want to ask you to look at**
6:40:56 **this, okay?**
6:40:57 MR. WAGNER: Do I get to see it?

Mann

16:40:59 MR. SOLOMON: Yes, you can see it.
16:41:00 MR. WAGNER: I'm going to have to go
16:41:03 over there.
16:41:04 MR. SOLOMON: I'm sure you have it in
16:41:06 your box.
16:41:07 **Q. Is this the letter that you were**
16:41:08 **referring to?**
16:41:08 A. Yes.
16:41:08 **Q. This is a letter to CSI.**
16:41:11 A. Correct. It says, "I desire you to
16:41:13 take charge of the silver bells lent by me to the
16:41:18 late Reverend A.P. Mendes to be used in the Newport
16:41:21 Spanish-Portuguese Synagogue. I wish them used in
16:41:24 that synagogue by any congregation following its
16:41:28 ancient minhag," in other words, it had to be a
16:41:32 Sephardic Portuguese synagogue, "Subject to your
16:41:35 approval."
16:41:37 **Q. And is this the document that you rely**
16:41:41 **on to conclude that the two pair of Caroline Cohen**
16:41:46 **bells are owned by Shearith Israel?**
16:41:53 A. Yes.
16:41:54 MR. WAGNER: Hold on a second.
16:41:58 A. She specifically says in the first
16:42:00 letter to Abraham Mendes that she has two pairs to

Mann

16:42:04 offer. This second letter only refers to bells.
16:42:08 Does not specify two pair.
16:42:11 **Q. Do you understand it to refer to both**
16:42:15 **of them?**
16:42:15 A. Yes. Because both pairs were marked
16:42:22 "Hays/Myers" and that's recorded -- I mean, it's
16:42:25 recorded in the 1913 Jones book. One of those
16:42:32 pairs he says is the hexagonal form, which are the
16:42:39 north African finials.
16:43:11 MR. SOLOMON: Okay, that's all. Thank
16:43:13 you very much.
16:43:13 MR. WAGNER: Okay, I just have a few
16:43:16 questions occasioned by Mr. Solomon's, I
16:43:19 guess, direct.
16:43:21 FURTHER EXAMINATION
16:43:23 BY MR. WAGNER:
16:43:23 **Q. I guess just focusing on the last**
16:43:25 **document, the document says, "I desire you to take**
16:43:27 **charge of the silver bells," do you see that?**
16:43:30 A. Um-hum.
16:43:30 **Q. And you interpret those words, "Take**
16:43:32 **charge," to mean convey ownership, correct?**
16:43:38 A. That she is conveying ownership to
16:43:39 CSI.

Mann

16:43:40 **Q. That's your interpretation of those**
16:43:41 **words, right?**
16:43:42 A. Um-hum.
16:43:42 **Q. Have you seen any formal conveyance of**
16:43:45 **ownership, any document?**
16:43:47 A. No, they are only the two letters.
16:43:48 **Q. And it says, "Lent by me to the late**
16:43:51 **reverend A.P. Mendes," do you see that?**
16:43:53 A. Yes.
16:43:53 **Q. And he's not the congregation, he's an**
16:43:55 **individual, correct?**
16:43:56 A. That's what I said.
16:43:56 **Q. Okay.**
16:43:57 A. It was a loan to an individual which
16:44:00 is why, when he dies, she transfers ownership to
16:44:04 CSI.
16:44:05 **Q. But again, there's no formal transfer,**
16:44:07 **no document formally transferring ownership,**
16:44:10 **correct?**
16:44:10 A. I --
16:44:12 MR. SOLOMON: Other than --
16:44:13 A. -- other than the letter. I have not
16:44:15 seen anything other than the letter.
16:44:16 **Q. What we're doing here is, we're**

Mann

reading documents, right?

A. Um-hum.

Q. And we're trying to determine what the parties intended, right? Correct?

A. Yes.

Q. Okay. Now, is there any reason why the judge can't do that?

MR. SOLOMON: I object to the question.

Q. You were asked some questions about Touro Synagogue and Jeshuat Israel. Isn't it a fact that people refer to those two interchangeably, Touro Synagogue and CJI?

A. No.

Q. You've never seen anyone ever refer to those two interchangeably?

A. There's a whole lot of architectural history written about the Touro Synagogue and none of it mentions CJI.

Q. Can you look at Exhibit 3.

A. I'm not saying that it doesn't exist in other sources.

Q. Okay.

A. But what -- I teach, and every source

Mann

I read in a book on architectural history does not mention CJI.

Q. Let's look at Exhibit 3. That's the -- this, the -- that's --

A. Um-hum.

Q. And he's someone who knows a thing or two about CSI, right?

A. Yes.

Q. And he knows a thing or two about CJI, right?

MR. SOLOMON: Objection, no foundation.

Q. You can answer.

A. I agree.

Q. Okay. And he knows a thing or two about Touro Synagogue, correct?

MR. SOLOMON: Same objection.

A. I don't know what he knows about Touro Synagogue.

Q. But if you look at page 57, third paragraph, he says, "Jeshuat Israel in Newport, better known as Touro Synagogue," etc., do you see that?

A. Yes, I think -- yes.

Mann

Q. You were asked some questions about the inventory.

A. Um-hum.

Q. There's no reference in the inventory to the four seforim.

A. No.

Q. No, there isn't?

A. No.

Q. Now, we know that the four seforim were sent to CSI for safekeeping, right?

A. Um-hum, yes.

Q. Is that a mistake in the inventory, that --

A. No. The inventory is only what belongs to CSI.

Q. Isn't it also what's in keeping of CSI?

A. No.

Q. Isn't that what it says on the front?

A. I know what it says. But those four seforim are not mentioned.

Q. I understand that. But isn't the reference to "in keeping of or belonging to," that's -- my only question is, do those words

Mann

appear on the cover page?

A. Yes.

Q. You -- again, I don't mean to prolong the agony, but could you turn to page 9 for a second.

A. Yes.

Q. You quote the 1818 minutes, right?

A. Um-hum.

Q. And there, those minutes reference the two seforim that were loaned by CSI, right?

A. Um-hum.

Q. And then the next paragraph, you quote the minutes, "The committee appointed to receive the seforim," and then you had left out the words "belonging to Newport Shul," or "Newport Synagogue," right? Yes?

A. I -- I would have to compare it to the original to know what I left out.

Q. Okay, just, will you take my representation that the reference there is, contains -- the words that were ellipsed out were "belonging to Newport Synagogue," or "Newport Shul"?

A. Okay.

Mann

16:48:36 **Q. So aren't those Torahs that are**
16:48:39 **different from what are being referred to in the**
16:48:41 **1818 minutes?**
16:48:42 A. That's why I cited them separately.
16:48:43 **Q. Okay.**
16:48:51 A. No, wait a minute. I have to see the
16:48:53 whole document.
16:48:53 **Q. Okay.**
16:48:57 A. Because the first pertains to the two
16:49:00 that were borrowed from CSI. That's what it says.
16:49:07 **Q. Let me just -- let's go back to it.**
16:49:27 A. Is that this one?
16:49:31 MR. SOLOMON: Which exhibit is it?
16:49:34 MR. JACOBY: Six.
16:49:35 **Q. "The committee" --**
16:49:37 A. Six, okay. You're there. "The
16:49:39 committee appointed" --
16:49:40 **Q. "To receive the seforim belonging" --**
16:49:43 A. -- "to the Newport Synagogue," right.
16:49:45 **Q. And that's what you quote here, right?**
16:49:47 **"The committee appointed to receive" --**
16:49:54 A. Right.
16:49:54 **Q. So that paragraph is referring to**
16:49:57 **Torahs that are different from the ones that are**

Mann

16:49:59 **loaned, correct?**
16:50:00 A. Correct.
16:50:00 **Q. Okay, that's all.**
16:50:08 MR. WAGNER: I have nothing further.
16:50:10 MR. SOLOMON: I have one question on a
16:50:12 question you were just asked about this
16:50:14 inventory in Exhibit 4.
16:50:17 FURTHER EXAMINATION
16:50:18 BY MR. SOLOMON:
16:50:18 **Q. "Belonging to," I think you've given**
16:50:20 **us your view. In -- "or in keeping of," what I**
16:50:25 **understood you to say in your first examination**
16:50:28 **today is that that was referring to identifiable**
16:50:32 **people who had deposited whatever with CSI and so**
16:50:39 **it was then shown in the margin as sort of**
16:50:43 **"property of."**
16:50:45 A. Yeah, I -- I want to say that -- to my
16:50:49 mind, reading this whole thing, the only items that
16:50:53 might be included in the phrase are sifrei Torah,
16:51:01 some of which were formerly the property of
16:51:04 individuals and were then bought or loaned or
16:51:09 acquired, deeded to the congregation CSI.
16:51:14 And I have to go through it to see if
16:51:18 there were any such, but -- I mean, all the rest of

Mann

16:51:23 it belonged.
16:51:27 **Q. On page 34, we were talking about the**
16:51:29 **rimmonim.**
16:51:30 MR. WAGNER: Page 34 of the --
16:51:32 MR. SOLOMON: Exhibit 4.
16:51:34 MR. WAGNER: Just hold on one second.
16:51:36 MR. JACOBY: It's the inventory.
16:51:38 THE WITNESS: The silver.
16:51:40 MR. WAGNER: Just give me one second.
16:51:43 MR. SOLOMON: The silver page.
16:51:46 MR. WAGNER: One second. I have it.
16:51:53 Go ahead. What page?
16:51:56 THE WITNESS: You want the CSI
16:51:58 number --
16:51:59 MR. WAGNER: Why don't you give me the
16:52:00 CSI.
16:52:01 THE WITNESS: CSI4956.
16:52:03 MR. WAGNER: Okay.
16:52:04 **Q. So underneath the references to the**
16:52:26 **Myer Myers rimmonim, which was your testimony**
16:52:30 **specifically say by ditto marks, "Property of kahal**
16:52:35 **in keeping of shamas."**
16:52:40 MR. WAGNER: Let me just interpose my
16:52:42 objection. This is beyond the scope of my

Mann

16:52:43 recross.
16:52:44 MR. SOLOMON: Okay.
16:52:45 **Q. Here at the bottom of the page it**
16:52:47 **says, "Property of L. Cohen, property of" --**
16:52:51 A. Any time that things were in
16:52:55 safekeeping or -- and were the property of somebody
16:52:58 else, it's always listed in the left hand margin.
16:53:02 MR. SOLOMON: Thank you. Thank you
16:53:11 very much, Doctor.
16:53:12 MR. WAGNER: Thank you for coming in.
16:53:14 THE WITNESS: You're welcome.
16:53:40 (Time noted: 4:53 p.m.)

STATE OF ______________)

) :ss

COUNTY OF _____________)

I, VIVIAN MANN, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

____________________

VIVIAN MANN

Sworn and subscribed to before me, this ________ day of __________, 2015.

______________________________

Notary Public

CERTIFICATE

STATE OF NEW YORK )

: ss.

COUNTY OF KINGS )

I, DAVID LEVY, CSR, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That VIVIAN MANN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of January 2015.

____________________

DAVID LEVY, CSR, RPR, CLR

------------------ I N D E X ------------------

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| VIVIAN MANN | MR. WAGNER | 4 |
| | MR. SOLOMON | 274 |
| | MR. WAGNER | 292 |
| | MR. SOLOMON | 299 |

| REQUESTS (RQ) | PAGE |
|---|---|
| RQ | 211 |

| MANN EXHIBITS | | FOR IDENT. |
|---|---|---|
| Exhibit 1 | Expert report of Dr. Vivian Mann dated 11/24/14 | 8 |
| Exhibit 2 | Excerpt from Barquist, "Myer Myers, Jewish Silversmith in Colonial New York" | 15 |
| Exhibit 3 | Excerpt from book, Remnant of Israel, by Rabbi Marc D. Angel | 18 |
| Exhibit 4 | Handwritten inventory list, Bates numbered CSI4921 through 4960 | 22 |

(Continued on following page.)

------------------ I N D E X ------------------

| MANN EXHIBITS (Cont'd.) | | FOR IDENT. |
|---|---|---|
| Exhibit 5 | Five-Page document entitled, "Chronology," not Bates numbered | 26 |
| Exhibit 6 | photographs of two pages of handwritten document, Bates numbered CSI5257 and 5258 | 30 |
| Exhibit 7 | Defendant's amended answer and counterclaim | 63 |
| Exhibit 8 | Document entitled, "Myer Myers, American Silversmith," Bates numbered CJIB01574 through 1582 | 79 |
| Exhibit 9 | Excerpts from Jeanette Rosenbaum, "Myer Myers, Goldsmith 1723-1795" | 89 |
| Exhibit 10 | Two pages from the Forward dated 6/5/09 | 104 |
| Exhibit 11 | Photo of handwritten ledger headed, "Debtor_The Holy Sedakah," Bates numbered CSI11899 | 121 |

------------------ I N D E X ------------------

MANN EXHIBITS (Cont'd.) FOR IDENT.

Exhibit 12 Three-Page document, first page reproduction of a title page headed, "Publications of the American Jewish Historical Society, Number 21" 124

Exhibit 13 Single-Page reproduction of a document entitled, "The Lyons Collection" 134

Exhibit 14 Copy of single handwritten page headed "Vol 21", not Bates numbered 141

Exhibit 15 Two-Page printout of website entitled, "Library of Congress Exhibitions" 146

Exhibit 16 Article by Guido Schoenenberger, "The Ritual Silver Made By Myer Myers," twelve pages 153

(Continued on following page.)

------------------ I N D E X ------------------

MANN EXHIBITS (Cont'd.) FOR IDENT.

Exhibit 17 E-Mail dated 10/20/08, Segal to Bazarsky, containing cut and pasted article, "The Torah Bells of Myer Myers: Ancient Traditions in a New Land," by Rabbi Marc Angel, Bates numbered CJI002331 through 2336 181

Exhibit 18 Two-page typewritten document bearing handwritten "Note* New Post" at the top, Bates numbered CSI06859 and 06858 184

Exhibit 19 Photocopy of handwritten document, Bates numbered CSI5236 and 5237 188

Exhibit 20 Copy of publication, "Touro Synagogue of Congregation Jeshuat Israel, Newport, Rhode Island, Founded 1658," Bates numbered CSI0415 through 0426 203

------------------ I N D E X ------------------

MANN EXHIBITS (Cont'd.) FOR IDENT.

Exhibit 21 Photographs of two handwritten pages, Bates numbered CSI5253 and 5254 206

Exhibit 22 Copy of telegram, apparently from Steinberg to Mendes, dated February 11, year not indicated, not Bates numbered 217

Exhibit 23 Document dated 7/18/12, Edinger to Board of Trustees of CSI, Bates numbered CJI 000386 through 406 229

Exhibit 24 Photocopy of four-page document entitled, "Early American Jewish Portraits and Silver, in cooperation with the American Jewish Historical Society," dated 2/14 3/15, 1953, title page Bates numbered CSI001959, subsequent pages not Bates numbered 233

------------------ I N D E X ------------------

MANN EXHIBITS (Cont'd.) FOR IDENT.

Exhibit 25 Copy of document entitled, "The House of God, An Exhibition in Honor of the American Jewish Tercentenary," Bates numbered TSF001384 through 1400 234

Exhibit 26 Document entitled "State Preservation Grants: Application Form," Bates numbered CSI0148 through 161 237

Exhibit 27 Three handwritten pages Bates numbered CSI0999 through 1001 247

(Continued on following page.)

----------------- I N D E X -----------------

MANN EXHIBITS (Cont'd.) FOR IDENT.

Exhibit 28 Two letters to Rabbi Theodore Lewis dated 8/10/59, Bates numbered CSI1302 and 1303 248

Exhibit 29 Letter dated 8/3/59, Lewis to de Sola Pool, Bates numbered CSI1003 251

Exhibit 30 Letter dated 8/12/59, Lewis to Tarry, Bates numbered CSI1004 251

Exhibit 31 Letter dated 9/24/14, Barquist to Shinerock and Snow, not Bates numbered 256

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

E R R A T A

I wish to make the following changes, for the following reasons:

PAGE LINE

__ __ CHANGE____________________

REASON:________________________

__ __ CHANGE____________________

REASON:________________________

__ __ CHANGE____________________

REASON:________________________

__ __ CHANGE____________________

REASON:________________________

__ __ CHANGE____________________

REASON:________________________

__ __ CHANGE____________________

REASON:________________________

__ __ CHANGE____________________

REASON:________________________

____________________ __________

WITNESS' SIGNATURE DATE

## A

**abbreviated** 123:5
**abbreviation** 131:6
**ability** 73:13 196:22
**able** 14:19,21 36:15 56:15 70:10 75:16 121:7 137:8 193:15
**Abraham** 182:25 183:14,21 185:4 290:6 291:25
**absence** 85:16
**absolutely** 27:10 90:13 97:7 110:25 133:14 272:8
**academic** 61:13 152:6 152:15 153:9
**accept** 185:12 241:19
**accepted** 61:8 61:18
**access** 67:4
**accidents** 193:6
**accompany...** 46:14
**account** 107:3 117:13,20 121:22 129:14 130:15 185:25 197:14 266:12 283:18
**accounting** 115:11 117:7
**accounts** 115:6,8 190:24 258:19
**accuracy** 231:4
**accurate** 27:18 83:18 107:3 158:15 238:15,25 240:10 274:4 311:17
**accurately** 27:9
**accuse** 103:21
**acknowled...** 267:11
**acknowled...** 208:7
**acquire** 159:23
**acquired** 122:15 299:23
**acquiring** 265:20,21
**act** 232:14
**action** 303:16
**actions** 158:22 224:7
**actors** 80:4
**actual** 37:11 125:24 127:20 129:17 137:12
**add** 20:6 88:2 106:23 110:10,11 128:24 169:2 180:16
**added** 23:18 41:12 75:21 96:13 128:21,22 128:25 225:22,22 250:15
**addition** 108:2 149:16
**additional** 21:25 118:8 169:21 173:25 174:6 177:23 180:17
**adherence** 228:23 229:19
**adhering** 228:10
**administra...** 180:2
**admit** 34:6
**adorn** 109:20 278:16
**adorning** 158:10
**advanced** 134:18
**advertisem...** 47:14
**advisable** 253:4
**aesthetic** 49:12 99:23
**affiliated** 116:9
**affirmed** 29:24
**afford** 49:7
**Africa** 278:21
**African** 219:8 292:10
**age** 270:10
**ages** 204:6
**aggregate** 75:16
**ago** 11:20 32:4 42:6 42:14,21 47:7 74:22 74:24 136:10,15 182:20 183:9 199:3 238:22 271:12
**agony** 297:5
**agree** 26:14 87:17 90:25 91:19,21 92:23 113:11 221:10 241:9 247:22 263:12 264:17 272:6 295:15
**agreed** 127:7
**agreeing** 79:13
**agreement** 1:16 269:9
**ahead** 6:25 22:10 39:17 54:6 218:21 300:13
**Alfred** 91:10
**alive** 84:10
**aliya** 42:6,13
**Allen** 218:16
**allow** 232:2
**allowed** 21:9 22:11 101:16 111:2,3,11 174:2,3
**allowing** 167:17
**allow'd** 130:5
**alterations** 196:10
**amalgam** 67:10
**amassed** 89:2 162:13
**amassing** 29:11
**amended** 26:18 63:6 63:10,17 268:19 305:10
**American** 26:24 49:23 50:11 51:21 54:19,22,23 55:2 57:14 59:18 60:9 60:12 79:19 91:11 119:24 124:13,24 128:10,14 133:19 134:10 140:19 141:7 162:14 171:4 233:12,14 235:2 305:13 306:7 308:17,19 309:7
**Americas** 1:19 2:6
**AMIT** 59:12
**amount** 77:5 77:20 115:12,16 115:17,24 116:5 117:15,16 157:20 179:25 180:11,11 180:16,19 258:15
**amounts** 116:7 179:9
**analysis** 119:20 221:21
**ancient** 181:16 291:16 307:8
**Angel** 17:6,9 18:6 22:25 22:25 23:9 23:19 24:17 24:20 42:7 65:6,14 66:7 150:25 156:5 157:2 157:21 181:17 192:6 304:20 307:9
**Angel's** 65:24 66:3 192:7
**animals** 206:4
**anniversary** 252:13
**anonymous** 176:17,23 177:2
**answer** 6:25 10:4,5,7 11:23 12:4 13:18 14:7 14:17,19,21 15:14 20:3 20:4 21:7 25:18 28:16 28:19 45:3 45:4 46:2 47:20,25 51:3,11 54:6 61:22 62:9,11,25 63:6,10,18 69:14 71:13

81:25 82:3
82:4,21,23
82:24 87:20
88:23
101:24
102:12,14
102:16,18
102:20,22
106:13
131:23
136:6
151:17
156:11,22
159:25
161:8,10,16
167:5 169:3
170:9 190:5
200:13
209:15
211:15
236:4
245:22
248:16
253:25
254:3 263:8
263:16
264:3
267:17
268:19
275:14
277:5 279:9
295:14
305:10
**answered**
20:2 21:6
25:3 61:21
62:10 71:14
81:24 82:2
82:20 87:19
87:21 88:12
88:15 94:12
156:6,9,16
157:16,17
161:7
167:16
**answering**
156:21
**answers** 58:5

64:12
219:24
**ante** 197:23
**antiquity**
176:22
**anybody** 69:2
83:11
106:14
133:4 185:5
**anybody's**
246:18
**anyway**
98:11
146:10
**apart** 180:5
259:25
**apologize**
114:17
151:4
164:12
165:10
**apparently**
187:8
217:14
308:7
**appeal** 138:6
**appear**
127:14
224:12
297:2
**appearance**
72:21
**appears**
34:22 96:22
**appendix**
71:18
**application**
237:18,23
238:3,15,17
309:12
**applied**
237:12
**apply** 55:4
57:4,7
72:10
**appointed**
30:18,20
160:25

194:21
297:14
298:18,22
**appreciate**
139:22
156:21
274:20
**approach**
49:23 50:7
50:10
**approaching**
159:18
**appropriate**
40:15 71:6
71:15
241:14
289:24
311:6
**appropriat...**
280:20
**approval**
196:11
232:16,18
232:22
233:2,6
291:18
**appurtena...**
109:15
**appurtena...**
100:25
109:20
159:3
196:20
214:4
282:21
283:2,6
**architectural**
272:9
294:18
295:2
**architecture**
54:17
**archival**
56:10
**archive** 141:7
**archives**
133:19
134:10

**area** 72:9,15
**areas** 61:24
**argued**
220:13
**Ark** 204:21
204:21
252:15
**armature**
114:13
**art** 26:22
27:4,5
42:25 43:3
43:12,15
44:6,9
49:23 50:11
50:13,13,15
54:14,16
56:12 58:6
60:8 65:22
65:25 66:2
70:7,12,13
70:14 71:24
72:3,4,19
73:11,13
116:21
136:23
139:8
141:19
145:7,23
150:10
204:2 235:7
270:23,25
286:6
**article** 105:16
145:25
146:2,19,22
153:18
181:15
188:18
191:8 285:7
285:8
306:18
307:6
**articles** 57:13
57:16,19
105:4 127:7
270:17
**articulate**

66:11
213:13
221:13
235:14
**artifact**
125:24
**artifacts**
231:22
232:2
**artistic** 56:5
**Arts** 58:9
84:3 145:13
**ascertain**
38:15
**Ashkenazi**
48:21
**Ashkenazim**
270:8
**aside** 65:10
196:24
231:13,17
**asked** 5:9
20:2 21:6
25:3 58:4
60:12 61:21
62:8 71:12
74:6 81:23
82:11,19
87:18 88:12
88:14 94:12
110:20
135:23
138:2 151:3
151:9 156:6
156:15
157:16
161:7
164:12
166:25
169:20
198:13
203:18
204:3 205:5
218:13
230:24
234:5
235:17
239:2 240:5

242:6
259:16
261:20
267:5 278:4
284:13,19
284:21
285:5,6,10
286:3
288:14
289:4 290:7
294:11
296:2 299:7
**asking** 14:3
14:14 25:6
25:7 32:16
71:23 78:23
92:17 102:4
136:8 144:8
149:9
151:24
167:15
176:19
183:22
204:12
255:19
256:3
265:12,13
266:17
281:21
284:18
288:25
**asks** 185:7
**aspects** 77:16
231:8
**asserted**
117:19
**assess** 269:15
**assignment**
203:17
242:5
**assistance**
252:3
**assistant**
215:8 218:3
**assistants**
127:2,6
**assisted**
245:11,16

246:3
**associate** 108:24
**associated** 126:4 283:24 284:6
**Association** 59:23
**assume** 74:3 119:7 123:4 182:4 222:17
**Assuming** 157:25
**assumptions** 73:18
**attached** 281:20 302:12 311:12
**attempted** 242:17
**attempts** 80:11
**attended** 256:7,11,13
**attention** 165:11 210:10,12 285:12
**attest** 29:5 56:15 117:4 163:4 248:15
**attestation** 229:15 231:9
**attorney** 311:14
**Attorneys** 2:4 3:4
**attribute** 253:20
**attributed** 253:21 279:11
**attributes** 103:24
**audibly** 25:19 46:2
**audience** 152:16
**auditorium** 98:7,8,13
**August** 5:15 230:15 249:12,12 249:22
**authoritative** 141:7
**authorities** 43:11 50:20 51:20 52:6 133:7
**authority** 45:10,13 81:21 82:17 133:9 135:22 136:2 145:23
**available** 16:24 29:3 71:4 95:15
**Avenue** 1:18 2:6 84:11
**aware** 29:14 159:15 161:5 175:5 175:9,10 178:5 185:16,18 185:22 189:24 229:9,13,14 233:4 256:6 256:10 268:8,11
**a-c-c-o-t** 130:17 131:3
**A-l-l-o-w** 130:13
**A.A** 212:23
**a.m** 1:13
**A.P** 291:13 293:9

**B**

**B** 2:11 3:11 63:5,8 64:22 65:4 65:5 96:11
**back** 18:23 19:20 22:24 23:20 36:17 36:24 50:3 51:11 69:4 72:17 79:8 79:13 80:2 93:2 97:24 98:23 99:18 106:21 107:4 108:19 126:25 136:12,13 140:7 148:12 151:21 155:25 162:2 164:19,20 165:21 166:15,18 166:22 167:17 168:18,23 169:9,20 170:2,5 172:9 175:22 194:23 195:19 196:11,18 198:9,13 200:6 214:18 220:14 221:22 222:18 229:3 231:17 247:6 261:9 265:18 267:20 282:17 286:20 289:2 290:13 298:12
**background** 105:24 109:4,6,10
**balance** 117:22,23 117:25 118:3 119:15 121:22 122:13 129:3,4,19 129:21
**Bananas** 218:17
**bank** 212:2 212:14 213:5,6 214:6
**bar** 245:21
**Barquist** 14:10,10,18 14:20 15:2 15:17,19 16:4,25 47:10 50:21 51:19,19 88:18,18,21 89:2 106:22 107:16 116:12 147:23 148:6 149:14 150:11 185:24 186:8 254:7 255:16 256:21 281:13,22 282:2,3,7 284:14 304:15 310:15
**Barquist's** 104:15 120:11
**base** 98:25 165:8
**based** 36:10 36:11 52:11 54:7 56:5 78:7,16 80:18,23 119:7 165:12 176:7 185:17 217:21 218:2 255:17,24 258:13,22
**bases** 12:11
**basic** 116:6
**basing** 149:12,15 149:16
**basis** 57:25 75:5 86:25 88:10 110:22 131:7,10 148:5 231:3 262:6 263:15 265:11 271:23
**Bates** 22:20 26:11 30:5 79:20 86:9 121:10 142:2 181:17 184:18 188:21 203:13 206:22 210:22 217:16 229:24 233:16,17 235:3 237:24 247:9,12 248:22 251:6,16 256:22 304:22 305:5,8,14 305:23 306:14 307:10,15 307:18,24 308:5,10,13 308:22,23 309:8,12,15 310:6,9,12 310:16
**bathroom** 79:7,11
**Bayonne** 264:4
**Bazarsky** 181:14 307:5
**Bea** 242:18
**bear** 54:9
**bearing** 177:8 184:17 307:13
**bears** 228:24
**beautiful** 146:25 154:7,8
**beauty** 48:8 49:15 109:21 271:24
**Beckham** 212:2
**began** 83:25 155:22 157:23,25
**beginning** 16:10 34:20 43:23 148:7

169:13 200:18 222:3 230:7 230:15 278:9 282:18
**begins** 39:2 70:14 98:4
**behalf** 208:4
**Beia** 20:10
**believe** 16:14 27:17,20 49:11 62:17 65:3 66:3 72:14 84:23 85:4 90:6 95:11 114:21 128:13 141:9 144:23 149:25 153:24 180:18 205:17 210:20 217:22,24 229:15 231:9,14 237:19 243:2 254:10 272:25 275:10,17 280:24
**belive** 181:8
**Bell** 91:23
**bells** 9:14 19:14 22:8 22:13,17,18 28:4 90:4 90:21 91:12 97:2,22 99:7,7,8,9 112:11,15 112:19,20 154:13 155:3 158:10 181:15 182:14 201:17 202:2,5,5,7 202:8,10,13 212:12 214:4 215:3 215:10,16 216:7 217:25 218:6,10,11 219:2 220:6 222:6,14,18 223:21 224:2,6 233:25 285:19 286:4,9,12 287:7,18 288:12,12 288:15,15 288:19 289:11 290:9 291:12,21 292:2,20 307:7
**belong** 48:15 183:15 215:11
**belonged** 32:18 36:21 36:22 40:5 74:9 98:18 99:25 100:18 164:10 169:24 201:24 227:18 246:18 260:16 300:2
**belonging** 25:14,22 30:25 31:14 31:24 32:6 33:3,11 35:16 36:9 74:7 143:22 163:17 207:14 261:14 296:24 297:16,23 298:19 299:11
**belongs** 178:8 191:19 263:18 283:9 296:16
**Ben** 42:10
**Benjamin** 20:10
**bequeathed** 193:2
**bequested** 289:12
**best** 78:4 121:6 274:6
**Beth** 281:10
**better** 205:11 205:12 295:23
**beyond** 67:2 170:10 191:23 221:21 266:15,16 277:25 300:25
**big** 111:7 205:23
**biggest** 23:7
**bill** 41:13
**billed** 41:11 157:19,20
**binders** 250:17
**Biographical** 154:11
**bit** 35:8 239:4
**blah-blah-...** 37:23
**blank** 208:13
**blind** 99:23 99:24
**blood** 303:17
**blurbs** 128:16
**board** 35:3 44:8 85:22 123:15 222:9 223:23 224:2,7 228:3,4 229:23 277:9 279:4 285:21 308:12
**body** 15:7 190:9 222:9 285:22
**Bohemia** 160:22
**bold** 98:4 285:15
**bond** 179:23
**book** 18:4 23:8 46:13 46:20,22 47:8,9,11 47:13,21 48:2 50:24 51:5,9,14 53:11 58:5 58:7 65:24 66:4 71:19 71:19 76:5 81:11,12 89:9,15,18 89:21,23 92:8 127:11 128:4 134:11 135:11,13 142:9 152:5 154:8 171:2 192:7 270:22 273:10,11 273:20,22 292:8 295:2 304:18
**books** 42:23 43:10 44:13 46:3,5,9,12 52:11 65:22 65:25 66:2 116:25 125:3,16 127:25 128:11 141:8 155:12,25 157:3,8 175:20 195:13 214:4 234:10,12
**borrowed** 298:11
**borrower** 253:10
**Boruch** 213:24,25
**Boston** 118:21 212:23
**bothered** 227:17
**bottom** 18:14 84:22 88:5 90:9 91:9 107:21 113:12 134:12 192:12 194:4 200:22 223:17 253:11 254:20,20 301:4
**bought** 190:7 299:22
**bowls** 99:14
**box** 291:6
**bracketing** 150:8
**breach** 269:8
**break** 79:5 139:2 165:4 171:7 197:4 223:13 257:7,14 274:16
**breaks** 79:6,9 79:14
**break-away** 271:20
**breastplate** 212:24
**brief** 162:3 274:22
**bring** 54:9 55:24 56:2 56:4,6 172:21 271:11
**broached** 194:20
**broad** 45:2 176:21,24
**broadened** 160:20
**brochure** 81:14 85:6 86:6 93:3
**brochures** 44:14
**broke** 224:19
**brooms** 74:5 178:3
**brother** 42:5 42:10,11,20 196:4
**brought** 209:13
**brouhaha** 81:13
**budget** 270:13
**Buehler** 92:5
**build** 242:5
**building** 70:3 70:3 74:14

74:15 138:3 138:9 189:15 190:2 191:12,17 191:21 263:17 264:24 265:17 272:8,11 279:13
**built** 122:13 129:4,19 147:15 188:5 241:9 241:23 263:2
**bullet** 76:8,9 78:15 111:15 112:2 113:16 114:18 115:3
**burial** 59:13
**burned** 160:18
**business** 247:6
**buy** 180:12
**B'Av** 42:21
**B'nai** 46:17
**B'rith** 46:17

**C**

**C** 2:2 3:2 303:2,2
**CADWAL...** 3:5
**call** 17:15 114:4 175:4 285:11
**called** 23:21 58:8 86:9 101:17 133:8 206:11 227:24
**calls** 69:12 147:25
**campaigns** 265:18
**candidates** 214:13
**capable** 108:25
**caption** 90:10
**captives** 111:8 158:20
**care** 34:24 35:2 61:11 61:14,16 83:17 100:24 101:3
**cared** 200:20
**career** 83:25 84:14
**careful** 177:20,22
**carefully** 5:8 63:24 175:23 311:4
**careless** 100:13,14 152:12,16
**Caribbean** 265:19
**Caroline** 94:17 182:8 183:14 184:14 200:16 212:19 213:7 214:13 219:5,7 229:4,4 286:10,25 287:12,17 288:23 289:10 291:20
**carried** 278:24
**case** 12:8,14 38:6 39:9 40:23 54:10 57:4 65:15 66:18 67:5 68:10 70:17 74:21 104:14 113:20 118:21 136:22 144:21 156:5 164:4 173:22 175:6 184:8 184:11 203:16 212:21 214:18 222:24 235:23 236:3,8 241:9,23 242:5 244:23 253:14 261:13,15 268:10 271:20
**cases** 56:23 56:25 206:3 260:21 265:15 271:9
**cash** 112:9,11 118:5 121:20 123:2,3 129:18
**cashier** 212:2
**cast** 116:2 118:10
**catalog** 143:2 144:18 148:22,25 150:16 282:9
**categories** 279:10
**category** 48:5 113:4 279:16,17
**caught** 213:16
**cause** 208:15 223:3 236:4 250:21
**ceased** 64:14
**Cecil** 227:16
**ceded** 166:24 188:7 190:25 191:25
**cemetery** 189:9
**Center** 3:6
**centuries** 163:23 221:19
**century** 21:22,22 29:12 75:23 96:5,9,14 97:16 111:5 192:17 195:25 216:17 218:5 221:18,21 234:9 235:12 258:23 259:2 260:23 262:16 271:21 272:2 274:11 278:11
**ceremonial** 54:16 204:7 261:21 265:21 271:22
**certain** 74:24 75:2 77:8 111:3 116:7 116:16 149:14 177:21 216:19 229:18 279:14
**certainly** 83:11
**certainty** 214:11
**certify** 302:10 303:9,15
**Chaim** 42:10
**chair** 43:24
**challenge** 61:25 202:23
**challenging** 202:25
**change** 24:2 24:25 25:8 129:22 169:6 264:15 312:8,10,12 312:14,16 312:18,20
**changed** 131:6,6,7 140:5
**changes** 61:5 311:10 312:4
**chanting** 231:13
**character** 66:3 76:6 96:12,13 290:5
**characteriz...** 158:22
**charge** 40:7 203:16 212:2 221:20,23 291:12 292:20,23
**charged** 41:22
**charity** 68:10 68:15 134:19
**chaser** 180:13
**chasers** 116:18
**chatting** 237:10
**cheaper** 118:21
**check** 148:11
**checked** 44:18 176:6
**cherry-pick** 71:7,9,16
**CHIANG** 3:15
**chinam** 206:12
**choose** 61:11 61:15
**choosed** 54:8
**chooses** 61:14
**chose** 54:3,8
**Christie's** 104:19 204:19
**chronology** 4:18,19 9:9 26:5,11 32:25 214:24 305:5
**chunk** 281:19
**Churches** 91:11
**circa** 147:14
**circle** 123:6
**circumstan...** 161:18 206:6 225:3 264:14
**citation** 90:14

113:3 120:4 188:19
**citations** 120:16 258:8,11
**cite** 25:10 52:5,14,17 52:21 53:17 53:24 54:4 175:15 176:3,16,21 176:25 182:6 183:6 188:25 211:21,23 236:23 242:9 248:24 249:3,4,15 249:22
**cited** 53:3,5 53:19,22,25 73:2 187:15 190:23 238:20 240:2,6,7,8 240:13 249:19,20 298:5
**cites** 73:3
**citing** 240:3,3 240:4 265:15
**city** 35:2 191:3 195:17 196:9 220:14
**CJI** 6:22 7:2 7:22 8:2,8,8 8:13,17 9:4 9:7,12 10:9 24:14,17 69:8 80:12 80:19,24 97:3 101:5 101:8,9,14 101:18 102:7 103:13 104:9 106:10,18 137:23,24 144:23 163:9 166:19,19 166:25 168:23,24 169:10 170:8 173:9 173:11,13 173:19 178:13,19 178:21 185:18 195:6 198:8 198:13 214:25 222:3,5 226:8 227:18,24 228:18 229:10,24 232:9,14 233:5 234:5 235:16 237:12,18 238:12 239:17 242:10 243:2,6,7 245:3,5,11 245:16 246:3,12,19 254:8 255:20 260:16 264:21 265:24 266:4,13 267:15 268:4 269:8 269:25 272:16 277:10 284:4,11 285:12 294:14,20 295:3,10 308:14
**CJIB01574** 79:20 305:14
**CJI's** 80:11 228:3 231:21 266:12 270:3
**CJI002331** 181:18 307:10
**claimed** 222:7 285:20
**claiming** 288:24
**claims** 69:8
**clarified** 183:11
**clarify** 94:4,7 280:14
**clean** 107:5
**clear** 20:25 30:23 121:5 167:15 169:12 173:21 185:14 224:8
**clerk** 188:8
**client** 103:24
**close** 13:11 84:12
**closed** 145:11
**closet** 74:5
**CLR** 1:20 303:24
**clutter** 65:9 107:9
**codifier** 158:8
**Cohen** 52:4 94:17 182:9 183:14 184:14 185:17 200:16 213:7 214:13 219:5 227:13 229:4 286:10,25 287:12,17 288:23 289:11 291:20 301:5
**Cohen's** 212:19 219:7 229:4
**colleagues** 56:15
**collected** 97:15 179:24
**collection** 83:8 84:7 124:21,23 134:6 141:4 159:14,15 159:16 162:13 204:22 271:3 306:11
**collections** 141:9,11
**colonial** 15:20 29:13 51:21,24 117:3 120:9 143:5 304:17
**come** 18:23 33:4 40:22 41:2 67:20 79:8,13 81:10 83:9 101:13 132:17 136:11 150:7 168:9 207:5 246:17 252:7 259:12,21 267:9 270:21
**comes** 62:16 86:13,21 90:11 229:5 252:20 278:10 283:10
**comfortable** 89:22
**coming** 56:25 82:6 89:4 193:9 274:19 301:11
**command...** 36:14
**comment** 70:8 146:6 156:18
**Commentary** 135:19,21 135:22
**comments** 157:5
**Commercial** 261:5
**commission** 10:16 93:23 94:5,9,10
**commissio...** 16:13
**commissio...** 70:23
**commissions** 93:17 118:19
**committee** 30:17,20 194:21 208:13 297:14 298:16,18 298:22
**common** 150:10 253:8
**communal** 59:8,9 266:22
**communica...** 76:19,20,24
**communica...** 231:25
**community** 46:4 57:17 59:3 262:12 263:24 266:23
**company** 272:14
**compare** 50:16 297:18
**compared** 115:13,16
**comparison** 75:19
**competent** 77:19 269:15
**complaint** 64:12
**complete** 68:18,22,23 71:18,20 74:6 81:12 197:14
**completely** 167:7
**complicated** 115:19
**comply** 222:11,20 285:23
**composed** 11:7
**comprehen...** 47:9 141:3 141:12
**computer**

26:18 123:13 165:6 174:10
**concentrate** 10:23
**concepts** 66:25 174:11,12
**concern** 195:23 196:6
**concerned** 30:16 48:6 99:25 212:21 224:21
**concerning** 34:20 80:23 97:9 184:7 228:4,8 233:21
**concerns** 35:5,6
**concise** 183:13
**conclude** 25:4,7 291:20
**concluded** 23:24 24:24 185:17
**concluding** 217:10 242:2
**conclusion** 20:15 28:7 73:14,16 80:23 81:4 95:18 135:8 168:14
**conclusions** 13:10 55:12 61:20 78:8 78:9,11,14
**conclusive** 28:20 177:14
178:19
**conduct** 60:15
**conducted** 178:11 229:10 230:19
**confer** 237:5
**conferences** 230:14
**confirms** 177:8
**confiscated** 160:19
**conflict** 271:9
**confused** 35:9 80:12 81:5 101:5
**confusing** 172:23
**congregants** 188:12
**congregation** 1:5,8 6:17 6:20 9:13 10:18 16:13 19:21 33:3 34:21 39:11 39:15 40:5 40:12 46:6 48:15,25 59:14 64:11 68:17 76:4 86:13 90:5 90:18 91:25 93:7,16 95:24 98:21 111:2 134:19 138:7 143:7 155:4,22 164:7 165:22 168:13 169:18 179:22 180:7 184:3 188:11
191:3,14,14 194:19 196:21 197:15 203:11 215:2 222:8 223:6 235:12 239:7 243:9 244:17 245:9,13 246:20 248:10 252:2 254:24 255:6 259:7 261:14 263:5,10,13 263:15,18 263:22 264:2,11,13 264:18,20 265:5,7 267:10,13 267:15 271:21 272:3 275:5 275:18,18 275:19 284:8 285:20 290:12,18 291:15 293:11 299:23 307:21
**congregati...** 6:11 18:15 74:10 213:11 258:16 262:10,15 262:19 277:23 280:21
**congregati...** 196:22
**Congress**
59:25 140:22,23 140:25 141:14 142:15 146:15 306:17
**connected** 50:14
**connection** 43:14 60:16 60:19 85:11 85:14,17 86:14,19,22 87:6 109:16 174:21 209:10 269:16
**connotations** 272:23
**conservators** 273:7
**consider** 17:22 40:3 40:9 44:16 44:17,23 47:11 58:20 73:25 84:16 87:22 88:3 120:15 145:22 275:20 276:16,21
**considered** 36:14 40:3 43:13 52:24 83:2 85:23 110:25 158:10 202:5 279:12 286:7
**considering** 195:18
**consisted** 113:25
**constantly** 259:23
**contact** 141:19 252:22 253:4
**contacted** 5:15 41:3
**contacts** 6:16
**contain** 228:3
**contained** 276:4
**containing** 125:3 181:14 307:5
**contains** 297:22
**contempor...** 7:21
**contempor...** 44:9 47:15 52:2
**contents** 39:3 194:25 195:11,21 282:21
**context** 27:6 44:13 46:24 50:18 72:7 140:18 255:23
**continue** 131:22 228:10 267:6
**continued** 9:10 98:12 170:19 278:24 304:25 306:23 309:19
**continues** 231:14 266:21 278:18,20
**continuous** 194:16
**continuously**
139:14
**contradict** 230:22
**contradicted** 43:18 81:8 186:5
**contradicti...** 30:2 52:20
**contradicts** 123:19
**contrary** 70:25
**contribute** 138:3
**contributes** 49:14,15
**control** 174:12,16 183:23 187:15 194:10,16 194:18,24 195:10,21 228:19,25 282:20 283:14
**Cont'd** 3:2 79:23 139:4 172:7 223:15 257:19 305:3 306:3 307:3 308:3 309:3 310:3
**conversant** 85:4
**convey** 292:23
**conveyance** 293:5
**conveyed** 189:4 193:7 193:23
**conveying** 292:24
**convinced** 242:8
**cooperation**

308:18
**copies** 121:3 200:4 215:23 219:22
**copy** 4:21 38:21,23 107:11 121:6 125:9 125:10 141:24 146:21 162:6 203:10 215:18 217:13 220:21 234:24 306:12 307:20 308:7 309:4
**corner** 86:10
**correct** 11:3 12:16,19 13:25 16:21 18:20,21 35:23 43:9 48:17 52:6 52:7 53:8 67:13,14,16 68:8 77:15 78:6,23 80:4,24 81:18 85:8 94:6 101:7 109:9 112:21 113:10 114:20,24 117:12 118:3,24 119:13 126:20 128:5 131:14 135:5,9,10 136:19 137:23,25 138:12 150:2,15 152:2 153:15,16 157:23 158:3 168:16,17 175:4 179:13 181:10,11 187:11 191:12,17 192:14,23 197:11 198:20 201:17,18 206:2,9,12 207:24 213:17 222:25 223:19 226:9 233:8 240:25 260:18,19 265:11 266:23 273:16 274:10 275:24 279:24 280:13 287:16,22 287:23 291:11 292:23 293:12,20 294:5 295:17 299:2,3 302:11
**corrected** 150:14 162:7 181:25
**corrections** 302:12 311:5,7
**correctly** 196:9 210:11 259:4
**correspond...** 250:19
**cost** 75:17,17 75:19 112:6 118:9,12,17 118:21 120:8,12,17 120:24 122:16 138:3,9 281:20
**costs** 118:10 180:17
**Council** 195:17 196:9 220:14
**counsel** 40:20 61:2,3,6 113:11 167:17 199:2,14 216:23 237:5 247:15 250:5
**count** 79:14 288:8
**counted** 79:9 287:25 288:5
**counterclaim** 63:10,18 268:20 305:11
**countries** 111:9 278:19,25
**country** 140:21 141:5
**COUNTY** 302:4 303:5
**couple** 84:24 131:20 172:10 186:24 233:10
**coupled** 44:7
**course** 4:22 26:18 54:16 69:4 110:3 110:4 122:22 140:24 147:3 242:7
**courses** 54:18 54:22 56:13
**court** 1:2 103:18 260:21 261:15 269:7 311:18
**cover** 163:16 257:7,16 297:2
**covered** 109:17 133:13,14 284:24
**covering** 179:23
**cow** 206:5,6
**crafted** 10:15 239:18
**crates** 169:15 197:7
**create** 111:16
**created** 10:17 18:14 52:25 143:8
**credence** 255:25
**criterion** 271:25
**criticism** 50:23 51:5 51:9,13
**criticized** 242:2 274:7
**crowds** 247:2
**Crowning** 43:4 49:11 49:11 273:10
**crowns** 239:18 273:17
**CSI** 6:10 7:16 7:23 8:9 9:5 10:9,15,17 10:25 11:15 12:15,20 13:4,8 15:11 17:19 17:21 19:10 19:20 21:13 21:22,22 23:4,8 24:21,23 25:23 28:5 33:17 34:21 35:4,14,21 36:8 37:22 42:2,15 52:18 60:18 62:20 64:7 64:9 66:23 67:21 69:10 69:15,18 74:7,9 75:8 75:22 78:22 80:11,12,24 81:2 85:22 94:18 96:20 96:22 97:3 97:6,25 98:18 99:7 99:9,25 100:9,12,18 101:5,6,10 101:20 102:9 104:11 105:12 106:8,14 108:9 126:5 126:6 137:20,22 138:6,11 144:5,11,22 145:4 151:2 151:10,11 162:16 164:4,10,13 165:21 166:18,24 168:23 169:8,9,19 172:13 178:18,24 183:22 194:24 195:6,9,19 195:20,23 196:11 197:17 200:17,20 201:10,24 203:21 209:13,22 212:24 213:15 215:9,11 216:25 218:2 219:2 220:24 221:10,18 223:24 224:9,15 226:21 227:7,15,20 227:24 228:4,9,18 228:19 229:6,24 231:25 237:14 241:5,24 242:5,8,25 245:4,14 246:2 248:13 249:13 256:7,10 257:2 260:14 265:24

266:4,12,19 269:6,20 272:16 275:2 276:15 281:18 282:12,16 286:9 289:12,17 290:8,13 291:10 292:25 293:17 295:8 296:11,16 296:18 297:11 298:11 299:15,23 300:14,17 308:13
**CSI's** 24:8,12 81:8 191:21 205:4 228:10,24 234:5,15 235:17 253:16
**CSI001959** 233:17 308:22
**CSI0148** 237:24 309:13
**CSI0415** 203:13 307:24
**CSI06859** 184:19 307:15
**CSI0999** 247:9 309:15
**CSI1003** 251:7 310:10
**CSI1004** 251:17 310:13
**CSI11899** 121:10 305:24
**CSI1302** 248:22,25 310:6
**CSI1303** 249:2
**CSI4921** 22:20 304:22
**CSI4956** 300:18
**CSI5236** 188:22 307:19
**CSI5253** 206:23 308:6
**CSI5257** 30:6 305:9
**CSR** 1:20 303:7,24
**cultural** 44:7
**culture** 50:6 60:8 151:11 174:24
**curate** 141:17
**curator** 46:25 52:24 54:11 84:4,5,7 145:8,21 236:21 273:9
**curators** 141:16
**currencies** 117:2
**custodians** 141:19
**custody** 96:21
**customs** 17:21 226:6 229:7
**cut** 123:11 181:15 186:16 307:5
**CYI** 20:13 62:21 94:24 137:24,25 138:3,13 163:12 166:18 168:22 169:5,8,8 169:14,22 169:24 170:6
**C.A** 1:7

**D**

**d** 18:5 123:5 130:13 304:2,19 305:2 306:2 307:2 308:2 309:2 310:2
**DANIEL** 2:13
**Danzig** 83:9 83:10
**date** 9:2 15:22 18:7 22:22 26:13 30:7 63:19 69:4 79:22 89:14 104:23 121:12 124:15 134:7 142:3 146:2,16 149:11,19 150:8,9 153:21 157:24 164:21 181:19 184:20 188:23 203:15 206:24 210:4,7,19 216:15 217:17 229:14 230:2 233:19 235:5 238:2 247:11 248:23 251:8,18 256:23 311:9 312:24
**dated** 7:15 8:25 104:22 181:13 217:2,15 219:14 229:22 233:15 248:21 251:5,15 256:20 304:14 305:20 307:4 308:9 308:11,20 310:5,8,11 310:14
**dates** 41:14 147:24 148:7
**dating** 23:20 196:18
**David** 1:20 14:10,10 15:2 185:24 213:24,25 249:21 303:7,24
**day** 5:23 46:8 93:19 110:15 259:17 278:25 302:21 303:21
**days** 110:11 182:20 183:9 199:3 311:15
**de** 23:17 52:9 52:10 62:14 62:14 66:5 176:11,11 176:11 234:11 236:24 248:8 249:7 249:21 251:6 281:17 310:9
**dead** 227:2
**deal** 26:23 46:16 116:20 180:10 273:20
**dealing** 21:2 136:22 178:7,8
**deals** 56:12
**dealt** 26:23 44:6
**dear** 212:10
**debt** 87:9
**Debtor_The** 121:9 305:22
**decade** 8:5 50:8 147:24 148:6 216:16 218:5
**December** 1:12 12:4 154:2 204:19
**decide** 55:17 261:16
**decided** 99:13 154:12 271:23 273:24
**decision** 268:7
**decisions** 266:13
**declaration** 65:5 150:14 150:21
**declare** 269:7
**decoration** 114:8
**decorative** 239:18
**dedication** 199:10 289:7
**deed** 193:11 193:24
**deeded** 299:23
**deeds** 170:15 189:25 193:15,19 193:20,21
**deem** 290:10
**deemed** 66:24 224:2 311:17
**deeply** 262:13
**Defendant** 1:9
**Defendants** 3:4
**Defendant's** 63:17 305:10
**definite** 224:7
**definitive** 88:7,16,19
**definitively** 212:15,16 214:22
**degree** 84:2 260:10
**deliberately** 131:3
**delves** 72:5
**demanded** 286:23

**demands** 96:20
**demograph...** 270:10
**demonstrat...** 226:21
**denied** 195:17
**department** 43:24
**departments** 42:7
**depends** 51:24 177:3 268:6
**depict** 278:12
**deposed** 4:8 104:18 219:17 243:23
**deposing** 311:14
**deposited** 31:7 36:20 163:23 164:5 299:15
**deposition** 1:15 5:13 104:14,16 175:13 219:17 243:18,19 302:9 303:11,13 311:4,12,15 311:16
**depository** 160:21
**derelict** 7:3
**derives** 260:4
**descendant** 94:17
**descendants** 188:6 190:6 190:10 193:5 265:2
**descended** 184:13
**describe** 267:24 289:24
**described** 32:8 193:25
**describes** 76:14
**description** 74:6 255:13
**descriptions** 253:12,15
**Design** 235:7 235:21
**designed** 90:21
**desirable** 262:23
**desire** 225:4 291:11 292:19
**desk** 278:17
**destruction** 267:3
**detailed** 70:16 74:3
**determine** 114:24,25 115:2 202:24 294:4
**developed** 147:3
**devoted** 273:11,13
**died** 76:2
**dies** 183:20 183:21 200:19 290:7 293:16
**differ** 61:19
**difference** 94:11 99:23
**differences** 49:22 50:9 50:10,12 56:4 99:24 114:7
**different** 11:8 34:9,10 48:20 49:3 75:22 87:6 113:2 114:6 114:6,8,12 117:24 120:12 122:3 123:13,13 135:8 149:21 157:8 161:13 198:10 265:13 267:24 279:10 288:23 290:5 298:3 298:25
**differentiates** 16:18
**differently** 110:21 114:14 131:5 156:25 289:24
**direct** 32:10 32:20 112:17 193:9 292:15
**directed** 54:13
**direction** 44:6
**directly** 20:19 169:22 209:3 276:10
**director** 84:23,24
**disagree** 88:10 143:12,14 143:17 144:2 147:18 149:11,18 154:19 155:9
**disagreed** 136:25
**disagreeme...** 167:2
**disappeara...** 188:10
**disbanded** 163:15 169:18
**disbandment** 70:4 166:24
**disburseme...** 68:14,16
**discarded** 158:11
**discounted** 243:11
**discover** 200:12
**discovered** 20:9 200:10
**discovery** 66:8,13,14 258:14
**discretion** 220:6
**discuss** 156:4 228:9
**discussed** 162:11 206:3 244:15,16 259:23
**discussing** 130:24 275:7
**discussion** 206:7 208:21 242:14,15 255:16,23
**discussions** 208:21 259:13
**dismissed** 145:9
**displaced** 48:19
**display** 155:2 159:13,14 280:16
**displayed** 139:9,12,16 143:20 278:14
**dispute** 56:18 86:25 174:4 196:25 213:10,16 231:3,8 262:6
**disputed** 56:19 260:22
**disputes** 260:21 261:3,6,10 261:19,20
**disrespectful** 158:12,23
**dissatisfied** 273:4
**dissolution** 20:12 95:23
**distinction** 99:14 169:12
**distinguish** 99:6 164:8
**distributed** 161:3
**distribution** 270:10
**DISTRICT** 1:2,3
**ditto** 122:24 122:25 123:2,3 129:8,9,17 129:18,20 168:2,7,9 168:15 300:22
**Doctor** 82:13 82:14 301:10
**document** 7:15,21 8:8 9:4,8 10:2,8 10:11 14:4 14:5,15,16 15:8 16:2 16:11 19:16 26:10,15,17 30:5,8 38:11 63:20 64:4,21 73:22 74:2 75:6,10 79:18 84:20 85:18 97:8 98:3 112:23 120:2,7 124:11,23 125:13 131:17,20 134:5 150:18,19 151:19,22 157:2 162:19 181:21 182:2 184:17,25 188:21 189:5 199:2 199:14 209:23 210:21,23 211:6,16 215:14 217:22 219:19 220:17 226:3 229:22 233:12,20

233:24
234:24
235:20
236:8
237:22
247:15
254:14,16
255:9,12
262:5 276:4
276:7,9,14
277:13
290:19
291:19
292:19,19
293:6,19
298:8 305:4
305:8,12
306:4,10
307:13,18
308:11,16
309:4,10
**documentary** 72:22 75:4 81:8 176:8 176:9
**documenta...** 8:2 50:17 97:18,19,19
**documents** 8:12 9:18 21:16 27:24 29:11 50:15 52:12 55:8 55:10,12 56:13,14,16 66:18,20 67:4,12,15 67:17,23 70:22 71:7 71:10,16,18 71:20 73:19 73:21 76:23 78:8 85:20 128:18 129:24 130:21 136:17,23 144:21 156:24 162:18 166:12 170:18 171:3,4 172:14 173:9,11,15 173:17 174:7,8 179:3,6 182:21 185:20 195:5,5 201:15 202:13 217:2 235:23 236:2 249:25 250:6,11,16 294:2
**doing** 5:14 83:8 258:14 293:25 311:8
**domain** 29:16 253:20
**domestic** 115:25
**donate** 183:17 267:5
**donated** 10:17 16:13 34:14 35:6 94:23 138:7 182:14,18 185:17 196:3,4 209:3
**donation** 186:20 195:24 196:16 212:22 213:8
**donations** 32:11,20 160:2 169:22 179:23 197:10,12 214:16
**donor** 77:13 77:14
**dot** 31:22
**dots** 241:10
**doubt** 28:12 28:14 176:23 246:18
**doubtful** 242:22
**Dr** 4:7 8:25 16:4 18:9 82:13 87:10 87:11 97:5 109:17 139:8 150:11 157:11 214:17 230:3 240:16 248:8 274:25 304:13
**draft** 60:25 61:3 162:5 250:14
**drafts** 60:24 61:2
**draw** 55:11 78:9 99:13 168:14
**drawing** 226:2,4
**drawn** 13:10
**drew** 4:18 26:17 78:8 78:11 80:22 81:3 135:8 135:9 282:5
**dschumeist...** 2:14
**due** 87:9 112:10 117:22,23 117:25 118:3,5,7 119:11,15 129:3,21
**duly** 4:2 37:24 39:7 40:8 208:11 303:12
**duplicate** 31:10 37:5 37:9,14 38:20,24
**duplicates** 37:18
**duplication** 39:2
**dwindling** 188:10 263:16 270:8
**dying** 263:23
**d'art** 253:13
**d-o** 167:24 168:4

**E**

**E** 2:2,2 3:2,2 91:10 172:2 172:2 258:10 303:2,2 304:2 305:2 306:2 307:2 308:2 309:2 310:2 312:2
**earlier** 7:16 7:22 97:9 162:18 259:16
**earliest** 49:19 125:3
**early** 23:20 142:12 155:24 176:11 192:17,18 220:25 233:12 308:16
**easier** 56:16 56:17 207:2
**easy** 146:10
**eating** 145:15
**economic** 264:14
**economist** 116:19,22
**economy** 116:20
**Edgar** 249:14 249:21
**edifice** 90:17
**Edinger** 229:23 230:12,17 308:12
**edit** 40:19,20
**edited** 43:6 273:22
**editor** 128:9
**effect** 101:12 102:2 220:18
**effects** 25:14 163:17 164:16
**effort** 145:16
**Egypt** 272:5
**eight** 264:5
**Eisenberg** 42:11
**either** 16:12 76:6 80:11 81:4 127:15 272:5 284:24
**elaborate** 156:22
**elaborately** 90:21
**elements** 278:23
**eleven** 157:22 158:2
**ellipsed** 297:22
**ellipses** 31:23 32:3
**elucidate** 70:22
**elucidated** 181:8
**elucidates** 72:23
**emigrated** 278:19
**emphasis** 50:5
**emphasize** 146:24
**Empire** 278:21
**employed** 145:12,16 145:19
**empowered** 214:3
**enclose** 211:24
**encompass** 60:5
**Encompass...** 43:3
**endeavor** 27:13
**ended** 95:10 95:12,14,16 95:20 96:17
**engaged** 261:17
**engrave** 114:10
**engraved** 95:25 96:2 100:11,12 114:9
**engraver** 180:14
**engravers** 116:18
**engraving** 96:3,5,5,12

99:17 108:5 116:8
**enhance** 48:8 109:21
**enhancement** 116:17
**enlargement** 122:18
**ensued** 222:21
**ensure** 176:4 196:21
**enterprises** 261:5 273:2
**entire** 38:5
**entirely** 92:20
**entitled** 21:17 21:18,19 22:2,6 26:11 40:25 79:18 102:16 134:5 146:14 233:12 234:25 237:22 305:4,12 306:10,16 308:16 309:4,10
**entity** 138:6 263:17
**entries** 62:4 111:14 117:4 135:4 137:11 228:11,17
**entry** 29:15 112:11 121:17,19 123:16 126:8,24 132:16,21 132:23 134:12 136:25 137:3,5,10 164:18,20 164:21 165:13 179:12 180:21 181:4,10
**enumerated** 158:19
**enumerates** 201:25
**equal** 73:8
**equivalence** 117:2
**equivalent** 116:13,14
**erected** 90:18
**errata** 311:6 311:8,11,14
**erred** 64:16
**erroneous** 65:3 199:4
**ESQ** 2:9,11 2:13 3:9,11 3:13,15
**essay** 17:25 23:12 47:5
**essays** 88:24
**essential** 266:22
**established** 45:17 160:19 196:19 262:17
**estimate** 41:10,16,18 41:20 116:15
**estimated** 138:8
**Europe** 85:3 145:18 174:22,24
**European** 56:9
**evaluate** 176:6
**event** 153:7 161:14 227:24 275:4,8
**events** 74:20 75:3 136:15 153:8,9 187:10 193:9,25
**eventually** 94:16 189:9 201:23
**everybody** 176:15
**eviction** 269:10
**evidence** 25:5 28:20 36:11 51:10 53:25 54:2 55:14 55:20 61:23 70:25 72:23 73:13,15 74:11,17 78:17 80:10 81:8 85:12 94:9,19,25 95:7 96:25 101:5,25 108:11 128:22 136:21 144:5,14 150:9 163:9 163:12 177:14 178:23 201:14 213:2 228:18 234:15,18 235:16 240:14 247:4 274:25 289:10,20
**evidences** 227:12
**evident** 52:25
**EX** 229:22
**exact** 84:4 127:20
**exactly** 55:7 98:7 163:5 177:17 200:8 220:12
**examination** 4:5 29:25 70:16 79:23 139:4 172:7 223:15 257:19 274:23 292:16 299:9,13 304:3
**examine** 12:8 50:16 175:7
**examined** 4:3 12:5 61:23
**example** 22:15 55:17 73:23,25 115:23 130:14 185:22 200:15 231:19 261:9 284:15
**examples** 53:6 56:9
**exceedingly** 69:19,20 202:6
**exception** 97:14
**excerpt** 15:18 18:4 89:19 223:21 282:3 304:15,18
**excerpted** 280:9
**excerpts** 89:11 283:21 305:16
**excuse** 69:5 129:16 134:25
**executive** 252:2
**exemplary** 87:14,22 88:3
**exercise** 183:23 282:20 283:14
**EXH** 8:24 15:18 18:4 22:19 26:10 30:4 63:17 79:18 89:11 104:21 121:8 124:10 134:4 141:24 146:13 153:18 181:13 184:16 188:20 203:10 206:21 217:13 233:11 234:24 237:22 247:8 248:20 251:5,15 256:20
**exhibit** 8:21 8:23,24 9:3 15:18,25 18:3,4 22:19 26:10 30:4 63:5,8 63:16,17 64:22 65:4 65:5 79:18 83:22 89:11 93:4 104:21 107:4 121:8 124:9,10 132:3 134:3 134:4 137:14 138:23 141:23,24 146:12,13 148:13 153:18 181:13 184:16 188:20 192:7,8 199:23 203:9,10 206:20,21 215:23 217:13 229:21,22 233:11,21 234:23,24 237:21,22 247:8 248:18,20 251:5,15 256:19,20 268:13,15 268:16 294:21 295:4 298:14 299:8 300:6 304:13,15 304:18,21 305:4,7,10 305:12,16 305:19,21 306:4,9,12 306:15,18 307:4,12,17 307:20 308:4,7,11 308:15 309:4,10,14

310:4,8,11 310:14
**exhibited** 252:19
**exhibition** 46:15 52:25 53:12,13 139:25 140:4 142:8 142:14,21 142:24 144:17 153:2 154:4 231:23 232:15 235:2 252:6 252:15 256:7,9 284:15 309:6
**exhibitions** 53:6 140:10 141:21 146:15 306:17
**exhibits** 121:15 224:4 304:12 305:3 306:3 307:3 308:3 309:3 310:3
**exist** 64:14 173:13 234:19 294:22
**existed** 39:4 90:19
**exists** 39:3
**expect** 152:16 195:2,11,22 196:13 198:18 213:15 224:20 262:9,19 266:11
**expectation** 165:21
**expected** 101:10,20 102:8 104:10 106:9,17 108:8 153:5 224:14,24
**expense** 163:22
**experience** 58:2 67:2 258:20,24 259:9,25
**expert** 4:10 8:24 26:24 52:24 57:9 57:11,22 72:3,4 83:2 119:23 120:9,15 151:11 157:11 170:13,15 170:17 193:18,21 197:19 223:9 259:10,15 260:2,8 304:13
**expertise** 54:9 57:25 72:9,15 191:23 260:4,11 266:15,16
**explain** 70:10 182:23 218:18 287:6 288:21
**explaining** 72:7
**explanation** 78:19 132:13 286:8
**expulsion** 278:20
**extant** 117:8 125:3
**extensive** 159:13
**extensively** 62:15
**extent** 10:6 82:25 276:3
**exterior** 147:2
**extra** 107:10 110:11 267:5
**extraneous** 111:11
**extraordin...** 155:2
**extremely** 278:22
**Ezra** 32:8
**e-mail** 181:13 307:4

**F**

**F** 172:2 303:2
**fabrications** 103:19
**fact** 20:8 28:5 34:20 36:8 56:15 80:12 81:2 100:17 101:6 117:5 140:9 157:2 157:7 161:17 165:12 166:22 194:18 199:11 201:22 202:20 218:3 224:4 228:18 231:10 239:5 246:20 267:9 294:13
**facts** 26:19 27:9 72:23 75:17 78:10 78:12 95:15
**factual** 55:11 78:8,9,11
**fail** 264:2 311:16
**fair** 27:18 73:10 76:13 76:23 77:5 147:7 153:6
**fairly** 27:9 216:18
**fairy** 27:16
**fake** 47:6
**false** 241:22
**familiar** 144:18
**families** 93:19
**family** 31:8 33:22 36:2 37:3 39:5 93:13,14 96:20 164:14 183:4,16 184:14 207:18 208:23 259:12,22
**famous** 239:19
**far** 16:7 99:24 157:15 173:19 207:15
**fashion** 154:12
**fast-forward** 262:18
**fault** 195:9
**favor** 278:7 279:8
**favorable** 135:15
**February** 33:2 217:15 219:14 222:5 285:13 308:9
**feed** 111:7
**feeding** 158:21
**feel** 226:22 232:14 269:15
**felt** 7:2 65:20 225:21,25 226:7 227:15
**few-minute** 274:16
**field** 42:23 43:11 45:16
**fifteen** 42:21 112:5,6 271:12 278:4
**Fifth** 84:11
**fifty** 265:25
**figure** 90:2 113:15 121:14
**fill** 50:17
**final** 162:5
**finally** 184:14
**Financial** 3:6
**financially** 266:9
**find** 19:17 24:4,8,12 81:6 107:7 107:18 113:6 114:18 120:6 133:4 165:3,5 166:7 186:10 198:6 202:25 206:25 242:25 245:4,16 253:9,15 281:15
**finding** 245:11
**fine** 84:3 137:19 145:13 283:17
**finial** 254:24 254:25
**finials** 10:14 16:11 28:22 91:5 99:18 108:4 115:19,23 117:6,7 143:9,21 158:18 159:10,13 159:16,20 160:5,8 183:3 202:20 225:11,17 273:12,15 274:8,11 287:9,11 292:10
**finish** 23:21 24:13 132:20 241:25 275:13
**finished** 11:22 116:3 189:13 241:11 277:5
**finishing** 108:20 115:10
**fire** 267:4
**first** 9:8 13:3 33:7 34:18

34:19 37:2 38:15 64:10 64:10 75:15 78:24 86:12 88:20 90:16 92:18,18 95:23 101:12 111:15 114:9 121:19,20 124:11 125:6 127:14,14 127:20 128:25 130:16 147:14 154:17,25 155:22 158:7 169:19 178:21 183:13 191:6 195:25 210:9 211:18 215:21 216:16 218:5 235:19 239:6 240:19 249:12,20 251:20 262:3,7 269:12 275:13 290:6 291:24 298:10 299:13 306:4
**Fisher** 104:18 109:17
**Fisher's** 219:17
261:23
**fit** 56:7
**fits** 180:11
**five** 10:13,14 56:7 88:13 94:13 115:9 115:11 117:7 244:12
**five-and-a-...** 59:16
**five-page** 26:10 305:4
**fixtures** 257:23,24 282:25
**floor** 98:7,8 98:13
**flowers** 114:9 114:10
**fluctuated** 120:19
**focus** 63:22 63:24 64:25 105:15 156:25 175:24
**focused** 50:13 50:15 157:9 157:10
**focuses** 105:3
**focusing** 62:17,18 149:23 286:20 292:18
**folks** 189:25
**follow** 61:18 185:3
**followed** 175:18
**following** 31:9 37:4 37:13 127:7 170:19 188:9 284:17 291:15
304:25 306:23 309:19 312:4,5
**follows** 4:4 37:7 45:14 64:12 168:20 172:6
**footnote** 53:14 189:6 249:5,18
**footnotes** 133:12 250:14
**footnoting** 189:21
**foregoing** 302:8
**Forget** 236:16
**form** 13:16 28:15 54:5 59:4 96:6 105:8 112:25 151:15 152:13 190:3 192:3 229:12 237:24 248:2 276:6 279:5,7 280:2,22 281:14 283:3 284:3 284:5 286:14 288:4,7 289:13,19 290:14 292:9 309:12
**formal** 59:2 190:17 293:5,18
**formally** 56:10 293:19
**formation** 35:7 70:3 97:2
**formed** 114:15 178:21
**former** 279:16,17
**formerly** 33:18 34:13 35:24 98:15 299:21
**forth** 75:18 209:7 229:18 258:11 265:18 303:11
**forthcoming** 27:25
**forty** 153:15
**forward** 35:2 104:5,22,24 142:18 285:8 305:19
**forwarded** 222:10 285:23
**found** 21:12 66:16,17 67:10,15 114:21 120:2 148:2 150:9 172:23 198:22 203:2 211:7 245:10 246:2
**foundation** 13:17 62:23 63:2 105:9 106:12 126:19 144:7,10,13 190:4 238:9 286:15 295:13
**founded** 203:12 265:4 307:23
**founders** 265:3
**founding** 46:6
**four** 6:2 10:13 32:10 32:12,16,18 34:14 35:6 87:19 169:21 170:3 206:8 208:25 209:2,3,8,9 233:11 282:10,12 282:13 296:6,10,21
**fourth** 62:7 91:9 155:21
**four-page** 308:15
**Frankel** 1:18 2:5
**Frankfurt** 145:8,10
**frankly** 205:6
**frequently** 83:21
**Freudenhei...** 52:21,23 53:24 55:18 55:19,19 81:16 83:24 83:25 87:2
**friend** 17:15
**friends** 17:14 42:8,9 90:9
**front** 4:13 25:13 51:14 89:10 104:6 296:20
**full** 10:5 33:7 90:16 92:18 93:11 276:3
**fully** 10:4
**function** 48:12 49:8
**functionaries** 179:19
**functions** 59:15
**fund** 194:4 195:2,12,22 195:23
**furnishings** 239:21 240:25 241:3 273:14
**furniture** 265:20
**further** 84:13 172:6 228:17 280:5 292:16 299:5,9 303:15

**G**

**gangs** 111:9
**gap** 216:13
**gathered** 247:4
**general** 26:2 56:8 68:12 73:5 92:23 139:23 166:14 173:4 176:2 176:19 230:9 245:8 262:11 271:3 275:2
**generalizat...** 264:3
**generalized** 152:5
**generally** 44:24 47:12

48:4 52:8
**generic** 111:21
**George** 75:3
**germane** 278:2
**Germany** 145:18 160:6
**getting** 35:8 45:19 72:17 164:19,20 228:21 290:3
**gift** 77:15
**gifts** 77:9 137:22 138:11
**Gilbert** 84:7
**gilt** 112:11
**give** 4:20 8:21 31:8 35:24 41:10 41:14,15,18 41:20 51:13 73:23 95:15 104:4 111:24 121:4 145:18 150:8 152:19 165:24 191:2 206:5 206:15 212:23 220:22 251:14 255:25 263:19 269:17 275:14 290:11 300:10,16
**given** 8:16 37:3 39:5 54:25 67:3 68:14 75:24 94:16 97:4 102:17,19 125:8,19 136:14 164:6,8 175:9,14 201:23 202:2,20 224:6 225:9 243:21 257:2 277:19 299:11 303:14
**giving** 121:6 166:15 183:22 208:6 252:14 265:17 283:13,18
**glass** 206:25 207:6
**Glory** 43:4 49:11,12 273:10
**go** 6:25 22:10 22:24 29:6 30:12,24 36:17,24 39:17 50:3 50:17 51:11 54:6 58:23 60:24 79:7 79:10,25 80:2 89:21 93:2,14 97:24 98:3 98:23 106:21 107:4 109:12 116:24 126:24 128:17 132:10 140:7 151:21 160:25 162:2 164:25 167:12,20 168:18 172:9 192:6 195:19 196:10,17 210:3,25 218:21 221:20 228:2 236:23 237:7,11 242:9 247:6 253:11 259:19 261:9 271:11 290:8 291:3 298:12 299:24 300:13
**goal** 262:23
**God** 234:25 309:5
**goes** 74:4 86:15 112:9 131:17,21 143:20 178:2 187:16,20 252:21 261:11
**going** 8:21 10:3 18:8 45:25 47:20 73:11 95:5 102:14,22 102:23 104:2,3,5,7 105:23 106:5 121:4 124:7 148:17 154:24 155:25 161:24 167:7 172:17,18 198:14 203:6 218:16,17 220:12,19 229:3 231:17 248:18 259:17 262:13 276:4 277:14,17 277:24 279:19 291:3
**gold** 158:10
**Goldsmith** 89:13 305:18
**good** 4:7 84:14 139:15,23 139:24 140:9,12,19 173:14 176:16 192:11 208:6 257:17 264:7,8 273:6
**governance** 270:16
**government** 160:24
**grade** 161:24
**Grafman** 273:23
**grandson** 214:2
**grant** 237:13
**Grants** 237:23 309:11
**gratitude** 87:9
**great** 6:15 13:6 47:13 158:8 207:9
**greatly** 23:11
**grew** 183:25 264:4
**GRINBLAT** 3:13
**grounds** 286:15
**groundwork** 19:7
**group** 194:19 208:23
**groups** 208:21
**guarantee** 179:25
**guardian** 205:23,25
**guardians** 266:8
**guardianship** 206:9
**guess** 16:3 228:21 292:15,18
**Guido** 87:10 87:11 145:6 153:18 306:18
**Gutstein** 52:17,19 81:11 201:20,21
**guys** 26:7

**H**

**Hadassah** 59:12
**half** 29:11 195:25 199:8
**hand** 99:17 114:10 116:6 146:24 169:20 301:8 303:21
**handed** 96:22
**Handing** 219:19 262:5
**handled** 281:5
**handling** 140:15
**hands** 124:23 277:18
**handwriting** 123:13
**handwritten** 22:19 30:5 121:9 141:25 184:17 188:21 206:22 247:8 304:21 305:8,21 306:12 307:13,17 309:14
**handwritte...** 308:4
**Hans** 84:20
**happen** 268:2 269:14
**happened** 74:24 78:5 78:19 125:15 130:25 136:14 144:19 169:11 209:2 223:18 225:5 232:23 267:25 277:11
**happens** 150:7 206:6 264:9

**hard** 30:13 205:10 206:16
**Hart** 164:7,9
**hastily** 183:11
**Haven** 142:10
**Hays/Myers** 292:7
**hazzan** 182:25 208:2
**head** 84:8 179:22 182:25
**headed** 121:9 124:12 141:25 305:22 306:6,13
**heading** 98:5
**headings** 61:9
**headpieces** 86:13,20
**heads** 42:7
**hear** 89:24 167:5,10
**heard** 140:23 142:19 204:11 270:9
**hearsay** 263:15 270:5
**heart** 109:12
**Hebrew** 112:17,18 171:3 204:5
**heichal** 31:8 32:17 36:22 208:15
**height** 114:6
**held** 59:2,8
**help** 4:24 26:19 39:12 265:20,21
**helped** 213:4
**hemisphere** 258:16 262:17
**Hendricks** 164:9
**hereinafter** 280:4
**hereinbefore** 303:11
**hereunto** 303:20
**hexagonal** 212:20 292:9
**he'll** 9:22
**hierarchy** 71:21 72:18
**high** 17:17 141:17
**highlighting** 125:11 127:23
**highly** 255:18
**historian** 26:21,22 27:3,5,8 54:20 56:12 70:12,24 71:3,6 72:8 73:11,12,14 139:9 145:7 286:6
**historians** 50:15 60:6 60:7
**historic** 90:3 90:20 105:17 263:17,18
**historical** 12:6 27:6 49:25 55:4 58:3 59:19 59:22 60:3 60:10,13 70:5,7,8,11 70:13,14 71:15 72:23 75:3 124:13 128:10,14 162:14 190:24 223:25 233:15 247:4 252:4 253:5 264:14 283:18 289:5 306:8 308:20
**Historically** 260:4
**histories** 194:2
**Historisches** 145:8
**history** 17:23 23:4 26:23 26:25 27:4 27:7 44:6,7 46:3 48:23 49:18,23,24 49:25 50:6 50:11,11,13 50:13,13,14 51:21 54:19 54:22,24 55:2 56:8 57:14 66:2 71:22,23,25 72:3,5,5,6 72:19 81:13 109:4,6 124:25 136:17 145:23 150:10 151:2,10 152:5,6 172:23,25 173:3,4 176:12 181:25 182:5 196:19 226:5 243:8 243:13 248:9 269:22 294:19 295:2
**hold** 17:17 98:2 189:14 191:11 192:9 199:15 291:23 300:7
**holes** 116:8
**holiday** 110:10
**holiness** 158:11 279:11,14 283:10
**holy** 68:5,7 98:5 121:10 126:16 130:8 279:13 305:22
**home** 20:12 142:10 145:18
**honest** 164:23
**honor** 111:17 235:2 309:6
**honorary** 245:10,14 246:2
**horrifying** 273:9
**hour** 41:5
**hourly** 41:4
**hours** 5:24 6:2 41:6,14 41:21 155:24
**house** 34:24 122:13,15 129:3,4,19 129:21 234:25 309:5
**hum** 168:8
**hundred** 29:16
**hundreds** 260:5 261:9
**hurtful** 267:12
**Hyman** 193:6
**hyped** 140:2
**hypothetical** 23:21 101:17,23 102:11 179:4
**H.P** 213:22

**I**

**idea** 7:11 59:5 97:21
**IDENT** 304:12 305:3 306:3 307:3 308:3 309:3 310:3
**identical** 11:21 12:9 91:25
**identifiable** 299:14
**identification** 9:2 15:21 18:6 22:21 26:12 30:7 63:19 79:21 89:14 104:23 121:11 124:14 134:7 142:3 146:16 153:21 181:19 184:20 188:23 203:14 206:24 217:17 229:25 233:18 235:5 237:25 247:10 248:23 251:7,17 256:23
**identified** 184:4 211:10
**identify** 15:9 51:4 62:12 165:18
**identifying** 70:18 165:16
**ignore** 70:25
**II** 160:16
**illegitimate** 110:18
**illuminations** 278:11
**illustrate** 187:15
**illustrated** 91:10 152:7
**illustrious** 152:21,24
**immediately** 232:9
**imperative** 311:13
**impinge** 260:6
**implicate** 260:17
**implies** 99:22
**imply** 22:18 284:7
**implying** 99:11
**importance** 146:25 225:11,17 228:9
**important**

19:5 27:11
27:12 40:10
68:12 88:25
120:24
202:6,21
225:15,23
263:12
264:18,24
265:9,11
277:22
278:22
**imprecise**
263:14
**impressed**
141:13
**impression**
74:15
**impressive**
9:24
**improper**
14:6,16
167:18
**inaccuracies**
135:14
**inaccuracy**
106:24
**inaccurate**
90:6 128:19
240:12
255:18,24
255:25
274:7
**inappropri...**
33:10,14
70:24 71:3
72:8 241:17
**incident**
194:17
**include** 19:14
70:17 105:5
201:13,16
239:13
241:18
**included**
265:17
299:20
**includes**
205:18

214:8
231:11
239:12
**including**
50:6
**inclusion**
231:22
**incomplete**
101:22
102:11
**Incompreh...**
28:17
**inconsistent**
253:16
283:25
284:11
**incorporated**
53:7,10
**incorporates**
23:11
**incorporati...**
229:17
**incorporati...**
190:9 223:5
223:7
270:18
**incorrect**
34:8 91:15
**indentures**
269:8
**independen...**
232:15
**indicate** 99:2
241:21
**indicated**
38:13
130:19
217:15
308:10
**indicates**
153:25
202:3,21
**indicating**
65:11 80:10
107:12
186:17
192:12
**indication**

153:12
**indications**
21:12 72:22
**indirectly**
276:11
**individual**
111:25
146:8
197:12
210:16
243:13
261:8
293:12,15
**individually**
36:22
180:15
212:20
290:6
**individuals**
36:10,13,18
197:13
299:22
**infallible**
177:24,25
**infer** 220:20
**inference**
223:24
229:5
**inferences**
226:2,4
**influenced**
56:8
**information**
32:21
121:24
154:11
251:14
253:14
**inherent**
136:21
274:12
**initial** 193:3
**ins** 246:10
**inscription**
108:5
**insert** 250:2
**inserted**
250:4

**insist** 220:5
**insisting**
229:6
**insofar** 53:12
85:22
**instance**
103:22,23
161:5
**instances**
233:5
262:20
267:2
**Institute** 84:3
145:13,20
231:21
232:4
**institution**
84:6 238:12
252:4 253:6
**institutions**
267:24
**instruction**
275:15
**INSTRUC...**
311:2
**insurance** 7:9
7:10,13
272:12,15
272:17
**intended** 77:6
77:14,14
109:20
294:5
**intent** 80:2
**intention**
77:10
**interchang...**
294:14,17
**intercongre...**
271:14
**intercongre...**
258:21
260:18
265:10,16
267:13,23
270:20
271:8,10,15
**interest** 23:7

47:13 93:8
93:16 105:4
140:6 188:7
**interested**
44:8 271:17
271:17
303:18
**interesting**
236:12
**interestingly**
271:23
**interests**
193:7
**intergenera...**
266:21
**interior**
239:21
240:24
272:10,11
**international**
60:2
**interpolated**
182:2
**interpose**
18:10
300:24
**interpret**
25:24 118:7
168:15
193:15
292:22
**interpretat...**
293:2
**interpreting**
199:11
**interprets**
186:19
**interrupt**
6:24
**interrupted**
277:21
**interruption**
162:3
**intonation**
231:7
**introduction**
43:7 274:2
274:4

**invent** 177:19
**inventoried**
223:4
**inventory**
19:18,19
22:20 25:10
25:14 36:12
68:2 73:24
74:4,13
95:25 96:23
97:23,24
98:16,17
138:18,22
162:2,5,9
163:10,13
163:16
165:13
167:13,20
172:12,20
172:22,24
177:6,7,16
177:18
178:2,13,18
178:19,23
179:2,2,3,4
216:10
259:6
282:14
296:3,5,13
296:15
299:8 300:8
304:21
**investigate**
175:16
205:5 242:6
265:23
269:24
**investigation**
109:15
132:15
178:5,11
243:12
270:12,15
**involve** 50:2
**involved**
203:23
**involving**
260:22,23

118:20
**Island** 1:3 39:22,23 40:6 90:3 91:13,24 190:10 195:13 201:5 203:12 212:3 234:2 235:7,21 280:4 307:23
**Israel** 1:5,8 9:13 10:18 10:20 12:6 16:12,12,16 16:17 18:5 25:15 32:10 35:7 36:19 36:23 40:7 40:14 42:14 46:6 48:21 52:12 64:11 64:13 70:2 85:17 92:2 93:7,16 94:2,15,19 96:24 109:5 117:6,11 143:8 155:4 155:5,5,23 159:17 161:4 173:5 177:10,19 182:15 188:9 189:10 190:14,25 191:15,19 192:2 193:4 194:20 196:19 199:9 200:6 203:12 208:24 215:2 222:8 230:19 235:12 239:8 262:14 263:19 284:19 285:21 286:11 287:3,21 290:2 291:21 294:12 295:22 304:19 307:22
**Israel's** 282:19
**issue** 56:19 71:17 81:10 111:7 113:19 114:15 157:9 184:7 196:6,7,25 205:22,23 214:9,18 222:24 234:9 246:10,17 260:13 269:18,21 270:20,21 278:2 283:24 286:7
**issued** 70:18 81:17
**issues** 65:15 156:4 195:18 259:23 260:18 266:17 271:15
**Italy** 278:20
**item** 77:14 121:20 122:13 129:8 235:10
**items** 19:8 76:4 77:8 129:5,6,7 179:17 187:15 248:11 252:4 253:6 260:22 261:7,7 299:19

**J**

**J** 40:14
**Jack** 52:2
**Jacob** 34:22 192:25
**Jacoby** 2:11 30:23 53:15 63:9 86:8 93:4 137:14 138:23 148:13 161:12 186:15 207:4 215:25 247:14 248:25 268:15 298:15 300:8
**January** 303:21
**January-Fe...** 217:2
**Jeanette** 46:20 87:13 88:7 89:12 133:23 134:9 305:16
**Jeanne** 175:12
**JENNIFER** 3:15
**jennifer.chi...** 3:16
**Jersey** 264:4
**Jeshuat** 1:5 40:14 203:11 230:19 235:12 294:12 295:22 307:22
**Jeshurun** 48:16 59:14
**Jewish** 15:19 23:5,7 26:24 42:24 42:25 43:11 43:12,15,19 44:10,11,23 44:24 45:10 45:13 46:4 46:15 48:3 51:21 52:3 54:14,14,16 54:19,22,24 55:2 57:2 57:14,17 58:6,8 59:3 59:7,9,19 59:21,24,25 60:6,12 81:17,20,22 82:17,18 83:16,20 84:2,4 85:5 93:2 104:24 105:2,4,4,6 105:10 124:13,24 128:10,14 133:19 134:10 145:10,21 158:9 159:6 159:7,9,12 159:19 160:7,20 161:3 162:14 205:21,23 224:4 231:22 233:13,14 235:3 236:18 263:23 266:22,23 270:23,25 281:3 304:16 306:7 308:17,19 309:7
**Jews** 60:15 110:13 260:24 261:4
**Job** 1:22
**joined** 44:22
**Jonathan** 2:9 51:22 54:24 133:9
**Jones** 91:10 292:8
**jpegs** 174:9
**JTS** 45:21
**Judaica** 43:25 46:16 46:25 83:18 89:5 204:4 226:5
**Judaism** 49:3 262:16
**judge** 55:24 55:25 103:25 268:3 294:8
**judgments** 55:20
**jurisdiction** 266:10
**jwagner@...** 2:10

**K**

**kahal** 168:13 300:22
**Kansas** 59:16
**Kassel** 160:6
**Katherine** 92:4
**kedusha** 229:18 283:10
**keep** 21:16 39:12,20 71:23 209:24 220:21
**keeping** 25:15 163:17,19 163:25 168:10,13 296:17,24 299:12 300:23
**keeps** 69:18 221:10
**Kehillas** 59:14
**Kehillat** 25:15 48:15
**kept** 26:19 97:6 118:19
**key** 112:24
**kind** 83:3 87:14 140:5 140:15 265:22 276:20
**kinds** 75:22 111:22 202:12
**KINGS** 303:5
**knew** 23:10 23:18 83:10 112:15,20 144:11 203:22 246:9
**know** 13:2,6 14:25 15:8 17:5,12,16 20:23 23:16 24:20,22

26:2 32:9 33:14 42:6 42:7 49:17 51:7 59:7 62:2 64:8,8 67:3,7,11 76:14 83:13 84:4 85:2 85:10,17 92:4 94:14 94:15 95:9 95:13 98:9 98:9,24 99:4 100:3 100:4,5,6 100:15,19 100:21,23 103:25 104:17 106:14 109:2 112:3 113:18,22 116:7 117:16 118:12,14 119:2,6,10 120:18 125:20 127:3,13 128:12 131:9,14,25 133:9 135:17,24 136:14,16 136:17,18 136:20 138:25 139:19 144:16 145:14 146:10 150:6 152:2 152:17 153:10 155:11 157:24 159:18 160:17 161:16,18 161:19,20 161:21,23 161:25 162:4,8 163:2,7 165:2,7 166:8 170:11 173:20 176:11,21 177:20 178:10 182:3,5 186:4,21 191:24 192:3 197:17,18 198:12,15 200:7,8 201:16 202:8,14,16 202:19 203:24 204:13 206:14 209:2,8,17 210:4,18,22 210:24 211:5 212:12,15 212:16,16 212:19,22 214:8,21,22 214:22 216:7,16,17 217:4 218:6 218:12 219:10 220:9,13,19 221:7 222:21,23 224:17 225:5 226:15,16 226:18,24 227:3 232:7 233:9 236:5 236:12 239:12,14 239:23 244:2,4,22 246:7,12 247:2 248:6 248:6,8 250:20,23 250:24 251:2,22 252:10 256:15 257:11 258:21 260:5 262:20 263:9 265:20 267:2 270:3 272:12,14 272:15,16 272:19 273:2 274:10 275:25 277:4 284:17,22 284:25 285:4 286:16,22 288:2 295:19 296:10,21 297:19

**knowing** 103:16 243:8

**knowledge** 16:23 20:21 20:22 54:7 74:20 85:16 142:20 144:19 155:14 166:19 168:24 178:12 226:5 256:12 274:6 276:3

**knowledge...** 17:19,21 58:4 106:19 150:25 151:5,9 246:8 259:20

**known** 36:13 72:24 89:3 90:19 144:17 164:7 262:11 295:23

**knows** 243:13 246:9 295:7 295:10,16 295:19

**Kodesh** 25:15

**Kramer** 1:17 2:5

**L**

**L** 301:5

**label** 164:24 199:4

**labeled** 210:2

**labels** 65:7

**labor** 116:6

**Lack** 190:4

**laid** 19:7

**land** 181:17 189:15 190:2,7,14 191:11,17 191:21 307:9

**language** 31:24 33:11 37:14,16 40:16 53:19 81:6 117:24 127:10 130:24 154:23 185:11 191:24 240:23 252:18 275:17

**large** 115:18

**largely** 116:2 270:7

**larger** 131:20 159:16

**late** 5:15 6:18 31:9 33:22 37:4 75:25 87:13 145:11 180:3 207:18 230:15 232:15 233:3 291:13 293:8

**law** 57:2,2,9 98:5 158:9 161:18 190:8 205:21,24

**laws** 195:3,4 195:12,22 195:23

**lawyer** 40:24 56:21 103:23 283:16

**lawyers** 5:19 257:3

**lay** 124:23 277:17

**LDA** 1:7

**lead** 73:15 116:16

**leader** 247:3

**leadership** 58:17,20 266:19

**leads** 75:18

**leans** 23:11

**learn** 280:25

**learns** 56:14

**lease** 66:23

**leases** 170:13

**leave** 33:11 40:16 44:2 220:6 231:12 241:14

**leaves** 94:18

**lecture** 152:17,19 153:11,22 154:2,23 158:5

**ledger** 13:11 17:2 28:25 29:2,3,7,13 29:25 67:24 68:3,4 121:2,9 122:5 127:10 129:17 175:20,22 179:16 258:19 305:21

**ledgers** 15:13

**left** 44:21 119:18 192:12 254:21 297:15,19 301:8

**Legacy** 105:17

**legal** 12:25 26:3 56:19 56:23,25 57:4,7 66:25 77:16 77:25 170:12,17 171:3,4 174:12,18 188:17 189:14 191:11 192:5

193:20 226:11,16 247:24 283:13
**legally** 193:23
**lend** 165:22 165:24 166:2,3 183:2,15,17 183:18 197:8 232:15 253:9
**lending** 15:6 224:3 235:17 259:6
**lent** 32:10 35:4 82:9 96:18,19 97:4 169:13 184:2 185:3 225:8 227:15 233:5,25 235:12,20 254:9 290:5 291:12 293:8
**lesser** 279:14
**letter** 9:11 85:18 130:19 182:24 183:6,14,20 184:15,21 185:3,6,14 185:17 186:6 200:16 211:23 214:25 229:5 236:23 249:10,11 249:15,21 249:23 250:21 251:5,9,15 251:19,22 252:14 253:7 256:20,24 257:10 277:9 289:15,16 290:21 291:7,10,25 292:2 293:23,24 310:8,11,14
**letters** 34:22 200:16 248:20,24 249:3,6,23 293:7 310:4
**let's** 10:19,22 10:23 18:3 26:9 30:3 31:18 36:17 36:24 38:17 39:6 49:23 58:23 89:7 89:24 106:21 108:19 109:12 111:14 120:23 121:2 123:25 124:8 126:24 141:22 146:11 148:11 162:2 168:18 174:23 175:24 182:8 184:15 187:6,9 188:18 196:17,24 205:8 215:18,22 217:11 229:20 233:10 234:22 237:7,20 247:6 248:17 253:11 256:18 258:6 260:2 262:9 265:24 287:3 288:10 295:4 298:12
**level** 82:5 141:17
**Levin** 1:17 2:5
**Levy** 1:20 193:6,7 212:10 220:2,19 303:7,24
**Lewis** 197:19 197:24 223:10 231:21 236:24 248:21 249:11,16 249:23 251:6,16,23 252:21 310:5,8,11
**liable** 206:7
**librarian** 145:19
**libraries** 23:7
**library** 23:5 45:21 140:22,23 140:25 141:2,14 142:15 146:14 306:16
**lied** 245:19 245:21
**life** 52:3 58:2 102:6 258:20,23 259:9,25 266:22
**lifetime** 36:16 267:25
**liked** 69:25
**likes** 263:23
**limit** 73:13
**limited** 276:2
**line** 64:10 122:7,9 129:14 130:18 131:24,25 154:25 168:12 232:5,7,8 237:12 240:2,12 241:12 312:7
**lines** 10:14 182:17
**list** 21:19 22:15,20 65:4,5 66:8 98:3 129:5 220:18,24 221:5,6,8 221:15 251:11,13 282:6 304:21
**listed** 15:6 21:23 64:22 66:19 75:22 127:13 129:7 178:14 202:4,4 237:13 251:11 301:8
**listen** 5:8 82:15 102:4 218:21 264:4
**listing** 82:9 97:24 98:12 98:12 101:2
**lists** 68:15,16 74:9 86:22 239:17
**literature** 83:21 133:3
**litigation** 157:12,22 157:25 158:3
**little** 35:8 41:12,24 84:13 89:7 123:6 144:16 239:4
**liturgy** 229:7
**lived** 59:15 236:21
**lives** 84:11
**LLP** 1:18 2:5 3:5
**loan** 10:9 12:7 74:10 77:15 97:8 166:5,6,8 166:10 169:5,16 184:24 185:15 198:5 200:19 201:6 234:6 234:13 235:6 247:7 250:25 259:7 275:20 280:5 290:11 293:15
**loaned** 11:12 34:21 85:7 166:9 184:10 197:2,3 200:17,18 201:11 208:24 234:16 275:21 279:24 284:11,14 297:11 299:2,22
**loaning** 196:20 276:21
**loans** 77:9 138:18 284:24
**local** 59:21
**located** 7:17 7:24 91:25 105:12
**locations** 46:7
**London** 84:7
**long** 74:22,23 136:10 140:10 280:18 284:7
**longer** 200:5
**longest** 48:23 49:18
**long-term** 139:12 140:4
**look** 8:19 11:21 12:9 18:3 23:14 23:19,23 29:6,20 30:3 31:17 31:18,19 32:25 37:21 37:22 38:10 38:17 39:6