# EXHIBIT C

# The Holy Sedakah

## Debtor

| | | £ | s | d |
|---|---|---:|---:|---:|
| To | Cash paid Moses Myers Balance of his account here | 36 | 1 | - |
| To | Ditto paid ditto Balance on the New House Built for Gner | 1 | 15 | - |
| To | Ditto for Wood & Cantage for Orter ouzA Hazon £0. Samos £7.10., Rabbi £10. Rabbi £5, Moses Comshenal £5, Rahel Comshenal £3, Rebecca Navarro £3, Hannah Lousada £3, Hannah £3, Event to Mr Luca's Family £6, together | 45 | - | - |
| To | Cash paid the Samos. Two acco't of charge for church & Peach year | 12 | 1 | 2 |
| To | Ditto pr discount with Raphael Jacobs for 150 Lbs 3½ & former Parnas | 2 | 3 | 9 |
| To | Ditto pr D° with Hyman Levy for 55 ft Wax at 1/10 | 5 | 0 | 10 |
| To | Ditto paid the Hazon half year allowance for Gner | £16 | - | - |
| To | Ditto paid D° Salary | 48 | 15 | - |
| To | Ditto paid the Rabbi Bills | 20 | - | - |
| To | Ditto for the Locket Bills | 17 | 10 | - |
| To | Ditto paid the Samos D° | 10 | - | - |
| | | £107 | 5 | - |
| To | Ditto paid Rahel Comshinal half year allowance | £10 | - | - |
| To | Ditto paid Hannah Lousada ditto | 10 | - | - |
| To | Ditto paid Rebecca Navarro ditto | 6 | - | - |
| | | £26 | - | - |
| To | Ditto paid for Haruath | 2 | 9 | 4 |
| | | **£237.18.6** | | |

Debts still Outstanding viz.

| | £ | s | d |
|---|---:|---:|---:|
| Moses Asher Myer | 18 | 19 | - |
| Alexander Solomons | 1 | 17 | - |
| Benjamin Moss | 1 | 3 | 6 |
| Jacob Cohen | 6 | 16 | 6 |
| Aaron a Bonan | 2 | 13 | 3 |