# EXHIBIT D



At a Meeting of the Trustees    February 10th 1833   395
Present Solomon I Isaacs Presid
Henry Hendricks
Naphtali Phillips
Solomon Joseph
Moses L Moses
Moses B. Seixas

Preceding Minutes read & approved — The Minutes of the Death of Israel Phillips Son of Mr Naphtale Phillips on the 6th January 1833 corresponding with the 15th Tebath 5593 and was interred in the Beth Haim Shear to 11th Street.

The President also reported the death of his daughter Brandle L Isaacs on the 3 Feby 1833 corresponding with the 15th Febat 5593 & was interred in Oliver Street burying ground he having first paid into the hands of the Treasurer $250 the Corporation penalty for interring in said ground

The Committee appointed to deliver the Deeds &c appertaining to the property of the Congregation to the President of the Board — Report that they have performed said Service as per duplicate list and receipt therefor accompanying this report — And also that they had delivered to Mr Henry Hendricks the Notes belonging to the Congregation as per duplicate list and receipt therefor

       Signed N. Phillips
             S I Joseph

On Motion the Report was accepted.

The Committee appointed to receive the Sepharim belonging to the New Port Synagogue Report that they have received the same and deposited them in our Hechal and had given a receipt to the family of the late Moses Seixas of which the following is a duplicate

       Signed N. Phillips
             Isaac B Seixas

Received from the family of the late Mr Moses Seixas of New Port Rhode Island, Four Sepharim belonging to the Congregation of that place, and which are now to be deposited in the Synagogue in New York of the Congregation Shearith Israel under the charge of the Trustees of said Congregation to be



penalty for intering in said ground — the Treasurer $250. the Corporation the Deeds &c. appertaining to the property of the Congregation to the President of the Board —

The Committee appointed to deliver — report that they have performed said service as per duplicate list and receipt therefor — accompanying this report. And also that they had delivered to Mr Henry Hendricks the Notes belonging to the Congregation as per duplicate list and receipt therefor —

     Signed N. Phillips
        J J Joseph

On Motion the Report was accepted

The Committee appointed to receive the Sepharim belonging to the New Port Synagogue report that they have received the same and deposited them in our Hachal and had given a receipt to the family of the late Moses Seixas of which the following is a duplicate

     Signed N. Phillips
       Isaac B Seixas

Received from the family of the late Mr Moses Seixas of New Port Rhode Island, Four Sepharim belonging to the Congregation of that place, and which are now to be deposited in the Synagogue in New York of the Congregation "Shearith Israel" under the charge of the Trustees of said Congregation to be

396 redelivered when duly required for the use of the Congregation hereafter worshipping in the Synagogue at New Port Rhode Island Casualties excepted

New York 19 Kislav 5593 — 11th December 1832

In behalf and by resolve of the Trustees of the Congregation Shearith Israel

Signed by N. Phillips
Isaac B. Seixas

On Motion the Report was accepted

An application was made in relation to Mr. Weighnburgh and the Documents accompanying the same were referred to Messrs. N. Phillips — S. I. Joseph & the Hazan who were appointed a Committee to report at the next meeting

An application was received from Mr. Joseph Samuel requiring relief whereupon it was resolved that Mr. Samuel the former Shochet be paid Seventy five Dollars for extra Services he performed & other expences incurred during the term of his appointment as Shochet of the Congregation

On Motion Resolved that the Two hundred & fifty Dollars deposited in the Treasury by the President to meet the Corporation fine for breaking up ground in Oliver Street Burial ground, be invested by the Treasurer in some secure Stock subject to the order of the Board of Trustees

The following was order'd to be inserted on the Minutes

When the Wall around the Beth Haim Shalosh was erected — the Trustees had in hand two hundred & fifty Dollars paid by Mr. Harmon Hendricks for the interment of his Uncle Mr. Moses Gomez in Beth Haim in Oliver Street for the Corporation penalty, and the same not having been called for — Mr. Hendricks generously relinquished this same towards erecting the Wall around the Beth Haim Shalosh