# EXHIBIT E

𝕽𝖆𝖇𝖇𝖎 𝕿𝖍𝖊𝖔𝖉𝖔𝖗𝖊 𝕷𝖊𝖜𝖎𝖘, 𝕸. 𝕬. 𝕿. 𝕮. 𝕯.
  𝕮𝖔𝖓𝖌𝖗𝖊𝖌𝖆𝖙𝖎𝖔𝖓 𝕵𝖊𝖘𝖍𝖚𝖆𝖙 𝕴𝖘𝖗𝖆𝖊𝖑
   (TOURO SYNAGOGUE)
    FOUNDED 1658
  NATIONAL HISTORIC SHRINE

Res. 1 School Street
Newport, R. I.
TEL. VI 6-2409

Aug. 12th 1959

Victor Tarry Esq,

Executive Secretary,

Congregation Shearith Israel,

Central Park West and 70th St.

New York 23 N.Y.

Dear Mr. Tarry,

  Our Congregation would like to be of assistance to the Smithsonian Institution. However, the few items of historical value that we have, are, normally, on permanent exhibition for the thousands of visitors who come to the Touro Synagogue during the year.

  I, therefore, thought it advisable to contact Rabbi Pool for suggestions of sources where to procure historical items for the Smithsonian Institution. I deem this project worthy of every support.

           Cordially yours,
           *Theodore Lewis*

CSI1004