UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CONGREGATION JESHUAT ISRAEL, | : |
| Plaintiff, | : |
| v. | : C.A. No. 12-822M |
| CONGREGATION SHEARITH ISRAEL, | : |
| Defendant. | : |

**DECLARATION OF LOUIS M. SOLOMON IN OPPOSITION TO
CJI'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
DR. VIVIAN MANN AND PROFESSOR LINFORD D. FISHER**

Louis M. Solomon, an attorney admitted *pro hac vice* to practice in the District Court of Rhode Island, hereby affirms, under penalty of perjury, as follows:

1. I am a member of the Bar of the State of New York in good standing and admitted to this Court *pro hac vice*. I am a partner at Cadwalader, Wickersham & Taft LLP, co-counsel for defendant in the above-captioned action. I submit this Declaration in opposition to Defendant CJI's motion to exclude the expert testimony of Professor Linford D. Fisher and Dr. Vivian Mann. I make this Declaration based on my personal knowledge, including my review of pertinent court records and other documents, and without intention, authorization, or effect of waiving or compromising any privilege or immunity held by our client.

2. CJI's memorandum claims some impropriety with the timing of Professor Linford D. Fisher's deposition. Professor Fisher agreed to travel to New York for his deposition to convenience CJI's counsel on December 30. Early in the day Professor Fisher told CJI counsel he had to catch a 7:00 pm train from New York to Rhode Island (on the day before New

1

Year's Eve, at a location near Times Square that becomes increasingly difficult to travel from). No one objected. We took short breaks throughout the day and an abbreviated lunch break. Throughout the day, CJI counsel delayed by repeatedly posing the same questions to Professor Fisher, to which he responded to the best of his ability. It was not until late in the afternoon that CJI counsel made any indication that they were running out of time and, for absolutely no reason other than to harass the witness, claimed that they were running into the time needed for Professor Fisher to get back to his hotel and make it to the train station. Had CJI counsel expressed their time concerns earlier in the day, proper accommodations could have been made. The Court should be aware that counsel for CJI did not show us any of the claimed time records throughout the day. And comparing the time as kept by the court reporter and the time estimates from counsel for CJI show the latter to have been grossly misestimated. In the end, CJI claims that it was entitled to perhaps 30 more minutes. This time was more than used up by the 1-2 hours of additional time Professor Fisher took after his deposition responding to requests made by counsel for CJI at the deposition.

3. CJI is continuing to make discovery of documents called for well over a year ago. In January 2015, for example, after Shearith Israel's expert reports were served, CJI produced over 600 pages of new documents. These documents should have been part of CJI's initial production during the fact discovery period, or at the very latest should have been produced with or soon after CJI's June 24, 2014 production in response to Shearith Israel's specific request for insurance-related documents during the deposition of David Bazarsky, as CJI claims that the insurance issue is one of the most important aspects of its so-called defense (*see* Ex. 41 at 10; Ex. 7 at 6-7).

4. For the Court's convenience, the documents referred to in the memoranda and declarations submitted herewith, denoted "Ex.", are itemized and annexed hereto. Shearith Israel reserves all its objections and defenses with respect to these documents and is submitting

2

them at this point solely to respond to the two Daubert motions made by CJI.

**Exhibits Attached**

1. Attached hereto as **Ex. 1** is a true and correct copy of the Expert Report of Linford D. Fisher, dated November 24, 2014.

2. Attached hereto as **Ex. 2** is a true and correct copy of the transcript of the deposition of Linford D. Fisher, taken on December 30, 2014 (without exhibits).

3. Attached hereto as **Ex. 3** is a true and correct copy of the Addendum to the Expert Report of Linford D. Fisher, dated January 15, 2015.

4. Attached hereto as **Ex. 4** is a true and correct copy of the Expert Report of Dr. Vivian Mann, dated November 24, 2014.

5. Attached hereto as **Ex. 5** is a true and correct copy of the transcript of the deposition of Dr. Vivian Mann, taken on December 31, 2014 (without exhibits).

6. Attached hereto as **Ex. 6** is a true and correct copy of the Addendum to the Expert Report of Dr. Vivian Mann, dated January 18, 2015.

7. Attached hereto as **Ex. 7** is a true and correct copy of Plaintiff CJI's Objections and Answers to Defendant's Second Set of Interrogatories, dated October 31, 2014.

8. Attached hereto as **Ex. 8** is a true and correct copy of the court opinion of David et al. v. Levy et al., authored by Judge Brown and dated January 10, 1903, stamped CSI00316-00319.

9. Attached hereto as **Ex. 9** is a true and correct copy of an Agreement between the United States of America, the Shearith Israel Trustees, and Congregation Jeshuat Israel, dated November 7, 1945, stamped CSI00093-00102.

10. Attached hereto as **Ex. 10** is a true and correct copy of the "Touro Synagogue History" page of Touro Synagogue's website, stamped CSI05188-05190.

3

11. Attached hereto as **Ex. 11** is a true and correct copy of a document titled 1903 CJI Board Resolution, dated February 1903, stamped CJI00470-00471.

12. Attached hereto as **Ex. 12** is a true and correct copy of a resolution of Shearith Israel Trustees, dated January 30, 1903, stamped CSI04533.

13. Attached hereto as **Ex. 13** is a true and correct copy of a letter from L. Napoleon Levy to William P. Sheffield, Jr., dated February 10, 1903, stamped CSI00014.

14. Attached hereto as **Ex. 14** is a true and correct copy of a letter from William P. Sheffield, Jr. to L. Napoleon Levy, dated February 18, 1903, stamped CSI00015.

15. Attached hereto as **Ex. 15** is a true and correct copy of a document titled "Inventory of all Property & Effects belonging to or in keep of [Shearith Israel]", dated May 23, 1869, stamped CSI04921-04960.

16. Attached hereto as **Ex. 16** is a true and correct copy of an excerpt from the Publications of the American Jewish Historical Society, Number 27, published in 1920, marked as Exhibit 18 at the deposition of Linford D. Fisher, taken on December 30, 2014.

17. Attached hereto as **Ex. 17** is a true and correct copy of the Minutes of a Meeting of the Shearith Israel Board of Directors, dated September 18, 1881, stamped CSI08381-08382.

18. Attached hereto as **Ex. 18** is a true and correct copy of the Minutes of a Meeting of Congregation Jeshuat Israel, dated May 28, 1893, stamped CJI01166-01168.

19. Attached hereto as **Ex. 19** is a true and correct copy of a letter from H. Pereira Mendes to Rev. David Baruch, dated June 13, 1893, stamped CJI00036.

20. Attached hereto as **Ex. 20** is a true and correct copy of a letter from Eugene Schreier to Mrs. A. P. Mendes, dated June 15, 1893, stamped CJI00038-00041.

21. Attached hereto as **Ex. 21** is a true and correct copy of a letter from Mrs. Edward Cohen to Rev. A. P. Mendes, dated March 2, 1892, stamped CSI05236-05237.

22. Attached hereto as **Ex. 22** is a true and correct copy of a transcription of a letter from Caroline Cohen to Rev. H. P. Mendes, dated June 20, 1893, stamped CJI00406.

23. Attached hereto as **Ex. 23** is a true and correct copy of a letter from Congregation Jeshuath Israel to Mr. Isaac Brandon, Esq., dated June 25, 1893, stamped CJI00042.

24. Attached hereto as **Ex. 24** is a true and correct copy of a letter from H. Pereira Mendes to Mr. Levy, dated July 26, 1893, stamped CSI05406.

25. Attached hereto as **Ex. 25** is a true and correct copy of the Minutes of a Special Meeting of Congregation Jeshuat Israel, dated February 14, 1897, stamped CJI01204-01205.

26. Attached hereto as **Ex. 26** is a true and correct copy of the Minutes of a Meeting of the Congregation Jeshuat Israel Trustees, dated September 1897, stamped CJI01210.

27. Attached hereto as **Ex. 27** is a true and correct copy of a telegram from Steinberg to Rev. Dr. H. P. Mendes, dated February 11, 190_, marked as Exhibit 9 at the deposition of Linford D. Fisher, taken on December 30, 2014.

28. Attached hereto as **Ex. 28** is a true and correct copy of excerpts from the transcript of the deposition of David G. Bazarsky, taken on June 10, 2014 (without exhibits).

29. Attached hereto as **Ex. 29** is a true and correct copy of a document titled "Memorial of Committee of Board Trusteees of Cong. S. I. of N.Y. presented to City Council, New Port R. I. 1881", stamped CSI05334-05348.

30. Attached hereto as **Ex. 30** is a true and correct copy of a series of Indentures, dated 1894, stamped CJI00126-00151.

31. Attached hereto as **Ex. 31** is a true and correct copy of Defendant Shearith Israel's Disclosure of Potential Use of Jewish Religious Law, Ritual, Custom, or Practice, dated November 26, 2014.

32. Attached hereto as **Ex. 32** is a true and correct copy of a receipt for a payment of $1.00 received from Congregation Yeshuat Israel, Newport, R.I., dated March 1, 1903, marked as Exhibit 5 at the deposition of Linford D. Fisher, taken on December 30, 2014.

33. Attached hereto as **Ex. 33** is a true and correct copy of a telegram from L. N. Levy to Rev. H.P. Mendes, dated February 18, marked as Exhibit 12 at the deposition of Linford D. Fisher, taken on December 30, 2014.

34. Attached hereto as **Ex. 34** is a true and correct copy of an email from Jennifer Chiang, counsel for Shearith Israel, to Tobias B. Jacoby, counsel for CJI, dated January 8, 2015.

35. Attached hereto as **Ex. 35** is a true and correct copy of an entry of "Newport, R.I." in 1 The Jewish Encyclopedia: A Descriptive Record of the History, Religion, Literature, and Customs of the Jewish People from the Earliest Times to the Present Day 496-97 (Isidore Singer ed., 1901), stamped CSI12595-12598.

36. Attached hereto as **Ex. 36** is a true and correct copy of an entry of "Newport" in 9 The Jewish Encyclopedia: A Descriptive Record of the History, Religion, Literature, and Customs of the Jewish People from the Earliest Times to the Present Day 294-96 (Isidore Singer ed., 1905), stamped CSI12599-12605.

37. Attached hereto as **Ex. 37** is a true and correct copy of the Minutes of a Special Meeting of Congregation Jeshuat Israel, dated June 25, 2012, stamped CJI01244-01247.

38. Attached hereto as **Ex. 38** is a true and correct copy of excerpts from the transcript of the deposition of Jeanne Sloane, taken on September 19, 2014 (without exhibits).

39. Attached hereto as **Ex. 39** is a true and correct copy of an email from Solomon B. Shinerock, counsel for Shearith Israel, to CJI Counsel, dated October 24, 2014.

40. Attached hereto as **Ex. 40** is a true and correct copy of a series of photographs constituting the original research photographs and notes of Dr. Vivian Mann,

stamped CSI12606-CSI12704.

41. Attached hereto as **Ex. 41** is a true and correct copy of Plaintiff CJI's Objections and Answers to Defendant's First Set of Interrogatories, dated October 31, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         February 2, 2015

/s/ Louis M. Solomon