# EXHIBIT 2

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

------------------------------x

CONGREGATION JESHUAT ISRAEL,

        Plaintiff,

        v.             C.A. NO. 12-822-m (LDA)

CONGREGATION SHEARITH ISRAEL

        Defendant.

------------------------------x


December 30, 2014

9:01 a.m.


Deposition of LINFORD FISHER, taken
by the Plaintiff, pursuant to Agreement,
at the offices of Kramer Levin Naftalis
& Frankel LLP, 1177 Avenue of the
Americas, New York, New York, before
David Levy, CSR, RPR, CLR, a Notary
Public of the State of New York.

Job No: 37071

**Page 2**

```
 1
 2    A P P E A R A N C E S :
 3
 4        Attorneys for Plaintiff
 5        KRAMER LEVIN NAFTALIS & FRANKEL, LLP
 6        1177 Avenue of the Americas
 7        New York, New York 10036
 8        (212) 715-9100
 9        BY: JONATHAN M. WAGNER, ESQ.
10        jwagner@kramerlevin.com
11        TOBIAS B. JACOBY, ESQ.
12        tjacoby@kramerlevin.com
13        DANIEL SCHUMEISTER, ESQ.
14        dschumeister@kramerlevin.com
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1
 2    A P P E A R A N C E S (Cont'd):
 3
 4        Attorneys for Defendants
 5        CADWALADER, WICKERSHAM & TAFT, LLP
 6        One World Financial Center
 7        New York, New York 10281
 8        (212) 504-6000
 9        BY: LOUIS M. SOLOMON, ESQ.
10        louis.solomon@cwt.com
11        SOLOMON B. SHINEROCK, ESQ.
12        solomon.shinerock@cwt.com
13        YAN GRINBLAT, ESQ.
14        yan.grinblat@cwt.com
15        JENNIFER CHIANG, ESQ.
16        jennifer.chiang@cwt.com
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1
08:52:46   2    L I N F O R D   F I S H E R , having been duly
08:52:46   3        sworn by the Notary Public, was examined
           4        and testified as follows:
09:01:41   5            MR. WAGNER:  Actually, first question
09:01:46   6        is for Mr. Solomon.  In the e-mail last
09:01:45   7        night, you said that there are a small
09:01:48   8        number of documents that we may ask the
09:01:52   9        experts to speak to.  So my question is,
09:01:54  10        is Mr. Fisher going to address the
09:01:58  11        documents that were produced last night?
09:01:59  12            MR. SOLOMON:  I don't know.  I did
09:02:02  13        show them to him yesterday.  At the time I
09:02:04  14        wasn't sure what we were producing to you.
09:02:06  15        And so you might ask whatever questions
09:02:08  16        you have on them, but I did show them to
09:02:12  17        him.
09:02:14  18            MR. WAGNER:  Okay.  Well, having seen
09:02:16  19        them --
09:02:18  20    EXAMINATION BY
09:01:42  21    MR. WAGNER:
09:01:42  22        Q.  -- are you offering any opinions on
09:02:19  23    those documents?
09:02:21  24        A.  I would need to know the, specifically
09:02:22  25    which document and --
09:02:24
```

**Page 5**

```
 1            Fisher
09:02:26   2        Q.  Okay.
09:02:27   3            MR. WAGNER:  Why don't you --
09:02:29   4            MR. SOLOMON:  I don't think he knows
09:02:31   5        which documents --
09:02:31   6            MR. WAGNER:  Okay, why don't we show
09:02:33   7        them to him.
09:02:36   8            (Documents passed to the witness.)
09:02:39   9        A.  Do you have something specific within
09:02:41  10    here that you want me to look at?
09:02:45  11        Q.  Well, when was the first time you saw
09:02:48  12    these documents?
09:02:51  13        A.  I need to look at them to know which
09:02:53  14    ones they are.
09:03:19  15            (Witness perusing documents.)
09:03:21  16        A.  Some of these I've seen months ago.
09:03:21  17        Q.  Okay.
09:03:29  18        A.  Some of them I have seen probably a
09:03:31  19    week or two ago.
09:03:32  20        Q.  Okay.
09:03:34  21        A.  And some of them I'm not sure that
09:03:35  22    I've actually seen.
09:03:39  23        Q.  Okay.  Maybe, I want to move this
09:03:42  24    along as efficiently as possible, so I'm going to
          25    ask you at some point during the day to let me know
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

6

Fisher

09:03:46  1  whether you're offering any opinions about these
09:03:49  2  documents and then I may have to question you about
09:03:51  3  them. But I don't want to take the time to have
09:03:53  4  you go through them, so let's go through what you
09:03:55  5  do have in your very impressive report.
09:03:58  6      A. Sure.
09:03:58  7      Q. Okay. So why don't you put this
09:04:01  8  aside.
09:04:14  9      Now, we'll be talking about rimmonim.
09:04:25  10  And when I reference the Myer Myers rimmonim, I
09:04:28  11  mean the rimmonim that are at issue in this case
09:04:30  12  that are currently on display at the Museum of Fine
09:04:36  13  Arts, is that okay with you?
09:04:37  14      A. Yes.
09:04:37  15      Q. Where do those rimmonim go when they
09:04:40  16  are in use?
09:04:42  17      A. The specific Myer Myers rimmonim that
09:04:47  18  are on display right now? When they are not on
09:04:50  19  display, when they are being used actively by a
09:04:53  20  congregation in worship?
09:04:55  21      Q. Yes.
09:04:56  22      A. They go on the ends of the rods that
09:04:59  23  the Torah scrolls are wrapped around.
09:05:02  24      Q. They go on top of the Torah?

7

Fisher

09:05:03  1      A. They go on the top of the rods, yes.
09:05:06  2      Q. All right. Now, what did you do to
09:05:10  3  prepare for your deposition today?
09:05:15  4      A. In preparation for the deposition, I
09:05:18  5  went back and read my report, and when -- things
09:05:26  6  that I wanted to double-check, I went back to the
09:05:29  7  documents themselves and reread some of the
09:05:33  8  original documents.
09:05:33  9      Q. Did you meet with any lawyers to
09:05:36  10  prepare for today?
09:05:39  11      A. Yes. We had a meeting yesterday.
09:05:41  12      Q. Okay. And who was that with?
09:05:44  13      A. With the people in this room.
09:05:46  14      Q. How long was the meeting?
09:05:50  15      A. I believe we met off and on for
09:05:52  16  roughly five hours.
09:05:53  17      Q. Were there any opinions -- when I
09:05:59  18  refer to CSI, I mean Spanish-Portuguese. When I
09:06:03  19  refer to CJI, I mean the plaintiff in this case,
09:06:07  20  Congregation Jeshuat Israel. I will refer to CYI
09:06:09  21  which is an issue in your report, which we'll get
09:06:11  22  to.
09:06:12  23      Were there any opinions that CSI asked
09:06:14  24  you to give that you declined to give?

8

Fisher

09:06:31  1      A. None that I can recall sitting here
09:06:32  2  right now.
09:06:33  3      Q. And other than what you may say with
09:06:34  4  respect to these new documents, do you have any
09:06:36  5  opinions other than what's stated in your report?
09:06:38  6      A. Without knowing specifically about
09:06:45  7  additional documents or issues or concerns that you
09:06:48  8  may raise here today or that may come to light in
09:06:51  9  the future, sitting here today, nothing else is
09:06:55  10  pressing in terms of my opinion.
09:06:56  11      Q. Did you look, aside from these, the
09:07:01  12  documents that were produced yesterday that I just
09:07:04  13  showed you, have you looked at any additional
09:07:06  14  documents about this case since your report was
09:07:08  15  submitted?
09:07:11  16      A. I did some independent research, just
09:07:17  17  trying to understand what else might be out there
09:07:19  18  that we hadn't looked at so far. And there was a
09:07:28  19  volume of transcriptions of J.J. Lyons' notes -- he
09:07:34  20  was minister at CSI in the 1870 -- that I
09:07:38  21  consulted, and some other miscellaneous items that
09:07:44  22  I don't think I used or recall at the moment,
09:07:48  23  but...
09:07:48  24      Q. Have you reviewed any deposition

9

Fisher

09:07:50  1  transcripts in connection with this matter?
09:07:57  2      A. I have not personally looked at any
09:08:00  3  deposition transcripts in relation to this present
09:08:01  4  case, as I recall.
09:08:03  5      Q. Do you wish to make any changes to
09:08:11  6  your report?
09:08:16  7      A. No. Having reviewed it and sitting
09:08:20  8  here today, unless new documents come to light,
09:08:26  9  unless there's other evidence that's presented, my
09:08:28  10  report is a reflection of my assessment of the
09:08:32  11  documents I looked at and what was available to me
09:08:35  12  at the time.
09:08:36  13      Q. Did anyone point out any errors in the
09:08:42  14  report since it was submitted?
09:08:46  15      A. To my knowledge, no one came to me and
09:08:52  16  said, "This is wrong," with anything in particular
09:08:59  17  about the report.
09:08:59  18      Q. Now, are you a historian?
09:09:03  19      A. I'm a historian.
09:09:03  20      Q. One of the things that a historian
09:09:05  21  must do is to present facts fairly and accurately,
09:09:10  22  correct?
09:09:11  23      A. One of the things a historian must do
09:09:12  24  is to interpret documents. As I tell my students,

3  (Pages 6 to 9)

10

Fisher

```
09:09:17   1   facts are not just out there, they are the result
09:09:19   2   of an investigation and interpretation of evidence.
09:09:21   3       Q. Well, let me ask my question again.
09:09:24   4   Is one of the things a historian must do is to
09:09:26   5   present the facts fairly and accurately?
09:09:29   6       A. One of the things a historian must do
09:09:31   7   is to evaluate evidence fairly and accurately.
09:09:35   8       Q. And must these facts be presented
09:09:37   9   objectively?
09:09:42  10       A. Historians are in a search for what
09:09:46  11   they feel is the best reflection of what actually
09:09:49  12   happened. And in the process of trying to
09:09:52  13   understand what actually happened, it is actually
09:09:57  14   central to the historical enterprise to have
09:10:01  15   arguments and to weigh in and to make judgments.
09:10:04  16       Q. Do you believe your report is
09:10:06  17   accurate?
09:10:15  18       A. Without knowing specifically what
09:10:16  19   you're referring to within it, I can say that I
09:10:22  20   did, to the best of my ability as a historian, to
09:10:24  21   reflect the progress of events and the episodes and
09:10:30  22   the evidence that I consulted for this case.
09:10:34  23       Q. Do you believe you've presented those
09:10:39  24   events and episodes and evidence accurately?
```

11

Fisher

```
09:10:43   2       A. I did so to the best of my knowledge
09:10:46   3   at the time with the evidence that I had in front
09:10:49   4   of me.
09:10:49   5       Q. And did you present that evidence
09:10:50   6   fairly?
09:10:55   7       A. I maintained very carefully the
09:10:59   8   standards of my profession, which is to say that
09:11:04   9   documents don't speak for themselves and you need
09:11:07  10   to interpret what's going on, taking a fuller
09:11:10  11   context into mind, and construct arguments and try
09:11:16  12   to understand the past in its own context.
09:11:19  13       Q. Do you believe you've presented the
09:11:20  14   evidence objectively?
09:11:22  15       A. As much as within the realm of the
09:11:28  16   historian to understand the evidence, to understand
09:11:33  17   the past, to take into consideration everything
09:11:38  18   that is out there, I have maintained the standard
09:11:43  19   of my field by presenting things in a way that
09:11:46  20   reconstructs the past faithfully.
09:11:48  21       Q. And did you present both sides of the
09:11:50  22   story?
09:11:50  23       A. I considered documents submitted by
09:11:56  24   both sides that reflect the perspectives that are
09:12:02  25   various and multiple, and as a part of the
```

12

Fisher

```
09:12:05   2   historical process, whenever possible, tried to
09:12:09   3   consider alternate interpretations and
09:12:12   4   understandings and different ways to read documents
09:12:15   5   adds a historian should.
09:12:16   6       Q. Well, let me ask you this:
09:12:18   7           When a document that you cited has
09:12:23   8   some material that favored CSI's position in this
09:12:27   9   case, and some material that favored CJI's position
09:12:32  10   in this case, did you ignore the material that
09:12:35  11   supported CJI? Is that what you did here?
09:12:41  12       A. To the best of my knowledge, I, as a
09:12:44  13   historian, take the fuller range of the progress of
09:12:50  14   events and evidence into consideration; and so if
09:12:55  15   one document -- and if you have a document you want
09:12:59  16   me to look at and to think about that question with
09:13:02  17   you, I'm happy to do that -- but to the best of my
09:13:07  18   knowledge, when documents provided conflicting
09:13:09  19   evidence, as any historian would, I always tried to
09:13:13  20   keep the wider context and other documents in mind
09:13:17  21   as well as sort of triangulate evidence, to
09:13:22  22   understand them.
09:13:22  23       Q. Is that another way of saying you
09:13:24  24   ignored the evidence supporting CJI?
09:13:26  25           MR. SOLOMON: I object to the
```

13

Fisher

```
09:13:27   2   question. I think you've misstated his
09:13:29   3   answer.
09:13:29   4           MR. WAGNER: Okay. All you have to do
09:13:31   5   is say "objection as to form."
09:13:33   6           You can answer.
09:13:35   7       A. I think you're putting words into my
09:13:37   8   mouth. That's not what I said. I said very
09:13:39   9   clearly that when there are -- when a document
09:13:41  10   provides multiple perspectives, I try to understand
09:13:45  11   that document in the wider context and the larger
09:13:48  12   flow of what was happening in that time frame.
09:13:51  13       Q. Professor Fisher, how were you
09:13:52  14   retained in this case? How did it come about that
09:13:56  15   you were retained?
09:13:57  16       A. I was contacted by the defendants --
09:14:02  17   counsel for the defendants and was invited to,
09:14:09  18   because of my field and my expertise, to weigh in
09:14:15  19   on several particular pieces of this case relevant
09:14:18  20   to my area of study.
09:14:19  21       Q. What is your area of study?
09:14:20  22       A. I'm a historian of the history of
09:14:23  23   religion in America more broadly.
09:14:26  24       Q. And what about specifically?
09:14:29  25       A. Specifically, the history of religion
```

4 (Pages 10 to 13)

14

Fisher

| | | |
|---|---|---|
| 09:14:32 | 1 | in America and my -- some of my research has |
| 09:14:36 | 2 | focused on the colonial period, on New England in |
| 09:14:40 | 3 | the colonial period, on the religion in the |
| 09:14:43 | 4 | colonial period, on religion in the 19th century on |
| 09:14:47 | 5 | Native Americans. |
| 09:14:48 | 6 | **Q. Am I right your specialty is early** |
| 09:14:54 | 7 | **Native American religion?** |
| 09:14:54 | 8 | A. That's one of my specialties. |
| 09:14:55 | 9 | **Q. Have you published any papers on** |
| 09:14:58 | 10 | **American Jewish history?** |
| 09:15:02 | 11 | A. I have not published any papers that |
| 09:15:04 | 12 | were solely on American Jewish history. But the |
| 09:15:09 | 13 | important thing, when you understand -- when you |
| 09:15:12 | 14 | are looking at any one denomination, any one |
| 09:15:16 | 15 | movement, is the wider context of the history of |
| 09:15:19 | 16 | religion in America. |
| 09:15:20 | 17 | **Q. Just answer my question. Did you** |
| 09:15:21 | 18 | **publish any papers on American Jewish history?** |
| 09:15:24 | 19 | MR. SOLOMON: Asked and answered. |
| 09:15:26 | 20 | Object to the question. |
| 09:15:27 | 21 | MR. WAGNER: You can answer. |
| 09:15:28 | 22 | A. I think I answered that question. |
| 09:15:29 | 23 | **Q. What's the name of the paper?** |
| 09:15:30 | 24 | A. I just said I did not publish any |
| | 25 | |

15

Fisher

| | | |
|---|---|---|
| 09:15:32 | 1 | paper that was solely on American Jewish history. |
| 09:15:35 | 2 | **Q. Okay. What's your hourly rate here?** |
| 09:15:40 | 3 | A. Started at 275. |
| 09:15:42 | 4 | **Q. What is it now?** |
| 09:15:43 | 5 | A. And after a certain number of hours, |
| 09:15:47 | 6 | it is now at 200. |
| 09:15:47 | 7 | **Q. How many hours have you worked on this** |
| 09:15:49 | 8 | **matter?** |
| 09:15:52 | 9 | A. I have not looked recently. It's |
| 09:15:57 | 10 | approaching 200, probably. |
| 09:15:58 | 11 | **Q. Did you have any research assistants** |
| 09:16:08 | 12 | **helping you?** |
| 09:16:09 | 13 | A. For one small segment of this project, |
| 09:16:16 | 14 | I, with the advice of counsel to CSI, employed one |
| 09:16:23 | 15 | of my graduate students at Brown. |
| 09:16:26 | 16 | **Q. Have you ever been to CSI?** |
| 09:16:27 | 17 | A. I have not. |
| 09:16:28 | 18 | **Q. Have you ever been to Touro?** |
| 09:16:31 | 19 | A. I have. |
| 09:16:31 | 20 | **Q. Have you been there for services?** |
| 09:16:35 | 21 | A. I have been there for what I think the |
| 09:16:37 | 22 | vast majority of the public has been there for, |
| 09:16:39 | 23 | which is a tour of the synagogue and to see the |
| 09:16:49 | 24 | Loeb Visitors Center. |
| | 25 | |

16

Fisher

| | | |
|---|---|---|
| 09:16:49 | 1 | **Q. My question is, have you been there** |
| 09:16:51 | 2 | **for services?** |
| 09:16:51 | 3 | A. I've not been there for services. |
| 09:16:53 | 4 | **Q. Okay. That's all you have to answer.** |
| 09:16:55 | 5 | **Have you ever seen the rimmonim that are at issue** |
| 09:16:58 | 6 | **in this case?** |
| 09:16:59 | 7 | A. In person? |
| 09:17:00 | 8 | **Q. Yes.** |
| 09:17:01 | 9 | A. To my recollection, I have not seen |
| 09:17:03 | 10 | the rimmonim in question. |
| 09:17:05 | 11 | **Q. Have you ever been to a Jewish** |
| 09:17:07 | 12 | **service?** |
| 09:17:07 | 13 | A. I attended a Shabbat service at Brown |
| 09:17:13 | 14 | University with some students about two years ago. |
| 09:17:15 | 15 | **Q. Was that on a Friday night?** |
| 09:17:18 | 16 | A. It was on a Friday night. |
| 09:17:18 | 17 | **Q. Were rimmonim used?** |
| 09:17:21 | 18 | A. No, they were not. |
| 09:17:22 | 19 | **Q. Was that service illegitimate?** |
| 09:17:25 | 20 | A. That service was not illegitimate. It |
| 09:17:30 | 21 | was not an orthodox service. And it was not a |
| 09:17:35 | 22 | Sephardic service. |
| 09:17:38 | 23 | **Q. Well, had it been an orthodox service** |
| 09:17:42 | 24 | **and a Sephardic service and didn't use rimmonim on** |
| | 25 | |

17

Fisher

| | | |
|---|---|---|
| 09:17:45 | 1 | **that Friday night, would it have been a legitimate** |
| 09:17:47 | 2 | **service?** |
| 09:17:59 | 3 | A. I'm not sure that that's something |
| 09:18:01 | 4 | that I can speak directly to. |
| 09:18:04 | 5 | **Q. Well, you stated in your report** |
| 09:18:24 | 6 | **that -- by the way, was this at Brown Hillel?** |
| 09:18:29 | 7 | A. Yes. |
| 09:18:30 | 8 | **Q. Did they have rimmonim?** |
| 09:18:32 | 9 | A. I have not personally seen any |
| 09:18:34 | 10 | rimmonim. That doesn't mean they don't have them. |
| 09:18:36 | 11 | **Q. You said that rimmonim are "necessary** |
| 09:18:40 | 12 | **sacred objects for a Jewish service." You wrote** |
| 09:18:42 | 13 | **that in your report, right?** |
| 09:18:44 | 14 | A. Um-hum. |
| 09:18:44 | 15 | **Q. So was the service on Friday you went** |
| 09:18:46 | 16 | **to --** |
| 09:18:46 | 17 | MR. SOLOMON: I'm sorry, just so the |
| 09:18:48 | 18 | record is clear, you're sometimes going |
| 09:18:50 | 19 | "um-hum," and I think the reporter, I'm |
| 09:18:53 | 20 | not sure exactly what he's getting. |
| 09:18:58 | 21 | Answer audibly, just yes, no, or -- |
| 09:19:01 | 22 | THE WITNESS: I will do that -- |
| 09:19:02 | 23 | MR. WAGNER: By the way, if you want |
| 09:19:04 | 24 | to take a break to get it working? |
| | 25 | |

5 (Pages 14 to 17)

18

Fisher

09:19:07 1
09:19:09 2    MR. SOLOMON: Having too much fun.
09:19:17 3    Q. Are services at Brown illegitimate if
09:19:22 4    they don't have rimmonim?
09:19:26 5    A. I don't think it's my position to
09:19:33 6    judge the particular services at Brown on the basis
09:19:34 7    of their use of rimmonim or not.
09:19:36 8    Q. That's what you did in your report,
09:19:38 9    isn't it?
09:19:42 10    MR. SOLOMON: Misstates the document.
09:19:43 11    Object to the question.
09:19:44 12    Q. Doesn't your report state that
09:19:49 13    rimmonim are necessary ritual objects, ritual
09:19:50 14    objects required for a synagogue? Isn't that your
09:19:57 15    testimony? Isn't that your opinion in this case?
09:20:01 16    A. As with everything in the report, you
09:20:04 17    have to understand it in the context of the report.
09:20:07 18    To extract that out and apply it to a situation in
09:20:13 19    2012 is simply bad application of that document.
09:20:17 20    Q. You didn't qualify in your report that
09:20:22 21    these points only apply to 1903, did you?
09:20:27 22    A. The whole report itself is about
09:20:31 23    specifically a Sephardic orthodox synagogue.
09:20:35 24    Q. So it's only Sephardic orthodox
25    synagogues that require rimmonim, is that your

19

Fisher

09:20:38 1
09:20:42 2    testimony?
09:20:45 3    A. The documents that I looked at, both
09:20:52 4    secondary and primary, indicate that the rimmonim
09:20:58 5    are very important for -- by the way, can you show
09:21:00 6    me which page you're on here?
09:21:02 7    Q. I'm going to get to that in a couple
09:21:06 8    of minutes. Let it put aside for a moment. I'll
09:21:07 9    come back to it.
09:21:09 10    Have you ever been deposed before?
09:21:09 11    A. I have not.
09:21:11 12    Q. Have you ever testified in a case
09:21:13 13    before?
09:21:16 14    A. My sister and I were hit by a drunk
09:21:18 15    driver and I had to testify in court, but it was
09:21:20 16    unrelated to anything professional.
09:21:22 17    Q. Have you ever been retained as an
09:21:24 18    expert for litigation?
09:21:24 19    A. I have not.
09:21:26 20    Q. Do you have an understanding of what
09:21:36 21    your role is as an expert?
09:21:39 22    A. I feel I have been duly informed by
09:21:44 23    counsel to CSI as to what this process entails,
09:21:45 24    yes.
25    Q. Can you name any recognized authority

20

Fisher

09:21:49 1
09:21:51 2    on Myer Myers?
09:21:53 3    A. Besides David Barquist?
09:21:56 4    Q. Well, is he a recognized authority on
09:21:57 5    Myer Myers?
09:22:02 6    A. He is one of, my understanding is...
09:22:05 7    Q. Anyone else that you can name?
09:22:06 8    MR. SOLOMON: Were you finished?
09:22:08 9    A. I was going to say my understanding is
09:22:14 10    that there are only a few people out there who are
09:22:21 11    active today in the academy who are -- who somebody
09:22:26 12    would turn to, to understand the kind of silver
09:22:29 13    that Myer Myers produced, including the silver that
09:22:33 14    he actually did produce.
09:22:35 15    Q. Just, can you name any experts on hire
09:22:39 16    Myers or recognized authorities on Myer Myers
09:22:42 17    besides David Barquist?
09:22:46 18    A. Sitting here today, I know that there
09:22:51 19    are specifically books out there on Myer Myers, but
09:22:54 20    I cannot recall at the moment the name of the
09:22:54 21    author.
09:22:56 22    Q. Can you name any recognized
09:23:12 23    authorities on colonial American Jewish history?
09:23:14 24    A. When you say "colonial," do you mean
25    North America --

21

Fisher

09:23:15 1
09:23:19 2    Q. Yes.
09:23:21 3    A. -- Caribbean?
09:23:23 4    Q. I mean North America.
09:23:26 5    A. One person whose worked I have used in
09:23:32 6    my classes is Holly Snyder, who has published on
09:23:40 7    American Jewry, Judaism in the Caribbean, and...
09:23:42 8    Q. Can you name any recognized
09:23:44 9    authorities on later American Jewish history?
09:24:07 10    A. I'm trying to understand the purpose
09:24:10 11    of this question, I guess. Do you mind saying more
09:24:11 12    about that?
09:24:14 13    Q. Doesn't work that way. Can you answer
09:25:05 14    the question?
09:25:08 15    A. It's kind of embarrassing. There's a
09:25:15 16    person who teaches at Brandeis. Jonathan Sarna is
09:25:18 17    his name. I've used his work before, and it wasn't
09:25:19 18    coming to me.
09:25:22 19    Q. Thank you. Now, you cited a number of
09:25:24 20    secondary sources in your report, is that correct?
09:25:24 21    A. Um-hum.
09:25:25 22    Q. Yes?
09:25:25 23    A. Yes, I did.
09:25:30 24    Q. Before you cited those sources, did
25    you do anything to make sure those sources were

6  (Pages 18 to 21)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

22

```
                    Fisher
09:25:32   1
09:25:32   2   reliable?
09:25:48   3      A. Any time I work on anything, and a
09:25:51   4   historian works on anything, you try to evaluate
09:25:51   5   sources. So yes, I tried to understand within my
09:25:58   6   capacity and within the realm of this particular
09:26:02   7   project, to understand not just what was being
09:26:06   8   written but who was writing it.
09:26:08   9      Q. And are the secondary sources that you
09:26:12  10   cited in your report, are they reliable sources?
09:26:15  11      A. You have to point out which ones
09:26:17  12   you're talking about.
09:26:17  13      Q. Well, as you sit here today, can you
09:26:20  14   think of any sources that you cited, secondary
09:26:23  15   sources, that are not reliable?
09:26:26  16      A. May I look at the secondary --
09:26:27  17      Q. Sure.
09:26:28  18      A. -- source list here?
09:26:32  19      Q. This is exhibit --
09:26:34  20         MR. WAGNER:  -- I'm sorry, here's
09:26:36  21   Exhibit 1.  You get an official one.  It's
09:26:38  22   a souvenir.
09:26:42  23         (Fisher Exhibit 1, expert report
09:26:42  24   of Prof. Linford D. Fisher dated
09:26:42  25   11/24/14, marked for identification, as
```

23

```
                    Fisher
09:26:44   1   of this date.)
09:26:44   2
09:26:47   3      A. So you're referring to the list that
09:26:54   4   is Exhibit B, "Materials Incorporated Into the
           5   Expert Report"?
09:27:04   6         MR. SOLOMON:  Is that where you want
09:27:08   7   him to look?
09:27:08   8         MR. WAGNER:  That's fine.
09:27:09   9      Q. Are these sources reliable?  I'm
09:27:13  10   talking about the secondary sources now.  Let's put
09:27:15  11   aside the...
09:27:21  12      A. Again, if you could, if you have
09:27:24  13   issues with one of them, or want to talk about one
09:27:28  14   of them, I think that's a little more helpful.
09:27:31  15      Q. No, I don't.  I just want to know, are
09:27:33  16   you able to answer the question whether the
09:27:34  17   secondary sources that you cited and relied on in
09:27:37  18   your report are reliable?  That's all.  It's not a
09:27:41  19   trick question.
09:27:43  20         MR. SOLOMON:  I object to that.
09:27:45  21         MR. WAGNER:  Fine, we can strike that
09:27:46  22   piece.
09:27:46  23      Q. Just, are they reliable?
09:27:56  24      A. Again, I would want to hear which
09:27:58  25   particular one that you're talking about.  But
```

24

```
                    Fisher
09:28:02   1   sitting here, to the best of my knowledge today,
09:28:05   2   having applied the standards of my field, to the
09:28:11   3   best of my knowledge, the secondary sources I have
09:28:14   4   used for this report were reliable enough for me to
09:28:20   5   employ them in this written document, in my
09:28:25   6   estimation.
09:28:25   7
09:28:25   8      Q. You cited a work by Urofsky, do you
09:28:29   9   recall that?  It may not be on your list.
09:28:33  10      A. It is on the list.
09:28:33  11      Q. Do you consider that to be a work of
09:28:37  12   scholarship?
09:28:56  13      A. Do you mind defining "scholarship" for
09:28:59  14   me?  What do you mean by "scholarship"?
09:29:02  15      Q. How do you define "scholarship"?
09:29:05  16      A. Well, there's different kinds of
09:29:07  17   writing.
09:29:07  18      Q. Are you able to answer the question
09:29:09  19   whether you believe the Urofsky book is a work of
09:29:13  20   scholarship?
09:29:14  21      A. From what I've seen, the Urofsky book,
09:29:19  22   at points where I was reading the primary sources
09:29:22  23   myself, Urofsky reflected the kind of nuance and
09:29:29  24   intention and care that a professional historian
09:29:33  25   would bring to these documents, which gave me
```

25

```
                    Fisher
09:29:37   1   enough confidence in the book to cite it in this
09:29:40   2   report.
09:29:40   3      Q. You also cited Gutstein; is he an
09:29:45   4   authoritative source on the Jews of Newport?
09:29:51   5      A. His work is widely consulted.
09:29:53   6      Q. Do you know who Rabbi Marc Angel is?
09:30:05   7      A. A-n-g-e-l?
09:30:07   8      Q. Yes.
09:30:08   9      A. I do not recall coming across his name
09:30:11  10   at the moment.
09:30:47  11         MR. WAGNER:  I'm going to mark this as
09:30:50  12   Exhibit 2.  You're already up to two.  Two
09:30:53  13   souvenirs.  Mark this as Exhibit 2.
09:30:55  14         (Fisher Exhibit 2, document entitled,
09:30:55  15   "Rhode Island Jewish Historical Notes,"
09:30:55  16   November 1975, Bates numbered JHA00001
09:30:55  17   through 73, marked for identification,
09:31:22  18   as of this date.)
09:31:22  19      Q. Now, this document wasn't on your list
09:31:24  20   of other sources, but it was a document listed on
09:31:27  21   your list of documents you reviewed by what's
09:31:31  22   called a Bates number.  Do you remember reviewing
09:31:34  23   this?  And it's also cited in your report, as
09:31:39  24   Mr. Jacoby reminds me.
```

7 (Pages 22 to 25)

26

Fisher

```
09:31:43   1
09:31:46   2   (Witness perusing document.)
09:31:50   3   Q.  Do you remember this?
09:31:53   4   A.  I remember there was one particular
09:31:53   5   citation out of this document, yes.
09:31:55   6   Q.  And is this a reliable authority?
09:32:04   7   A.  Without looking into it more, I can't
09:32:07   8   say definitively but knowing that it was published
09:32:09   9   in the Rhode Island Jewish Historical Notes, one
09:32:14  10   would hope that due diligence had been made by
09:32:25  11   Bernard Kusnitz.
09:32:30  12   Q.  Am I right that you wouldn't have
09:32:35  13   cited it unless you thought it was reliable?
09:32:40  14   A.  In general, the citations I made from
09:32:49  15   this or other documents that I cited, my evaluation
09:32:54  16   at that time, when constructing this report, was
09:32:58  17   that they were something that I was comfortable
09:33:00  18   citing.
09:33:00  19   Q.  Is that another way of saying that
09:33:04  20   they were reliable?
09:33:05  21   A.  It depends in what way you're talking
09:33:06  22   about "reliable."  But yes, when I was writing the
09:33:10  23   report and reviewing the documents and conducting
09:33:12  24   my investigation, the way in which I cited this
09:33:17  25   particular document and the way in which I cited
```

27

Fisher

```
09:33:20   1
09:33:25   2   others, I felt consistent to me as a historian and
09:33:26   3   I felt comfortable doing so.
09:33:30   4   Q.  Okay.  Now, we can put that aside for
09:33:33   5   a minute.  Do you have any expertise in Jewish
09:33:33   6   ornaments?
09:33:34   7   A.  One of my areas of specialty as a
09:34:10   8   colonial American historian and historian of
09:34:12   9   religion in America is material culture; and so the
09:34:16  10   general body of material objects relating to
09:34:22  11   religion in America are something that I am used to
09:34:25  12   and comfortable in -- with, in interpreting and
09:34:27  13   understanding and placing into context.
09:34:32  14   MR. SHINEROCK:  When you get to a good
09:34:33  15   stopping point, can we just break to get
09:34:35  16   this sorted out?
09:34:38  17   MR. WAGNER:  Yes.  Just give me a few.
09:34:42  18   Q.  Are you an expert in Jewish ornaments?
09:34:47  19   A.  In my classes, I teach and have shown
09:34:53  20   images, pictures of, helped students to
09:34:56  21   interpret Jewish religious documents and items of
09:35:03  22   material culture.
09:35:03  23   Q.  So you're saying you are an expert in
09:35:06  24   Jewish ornaments?
09:35:07  25   MR. SOLOMON:  Object to the form.
```

28

Fisher

```
09:35:12   1
09:35:17   2   A.  In my teaching, I use and help my
09:35:20   3   students to interpret Jewish religious objects as I
09:35:20   4   do the wider realm of material culture in early
09:35:24   5   America and the rest of American religious history.
09:35:28   6   Q.  Are you able to tell me yes or no
09:35:30   7   whether you're an expert in Jewish ornaments?
09:35:32   8   A.  I think you'd have to define for me
09:35:34   9   what "expert" is.  I have expertise in
09:35:37  10   understanding material culture in early America,
09:35:39  11   which includes items of Jewish ritual culture.
09:35:43  12   Q.  When was the first time you heard of
09:35:45  13   the term "rimmonim"?
09:35:47  14   A.  Probably back when I was studying for
09:35:52  15   field exams in the mid 2000s, and reading up on
09:35:57  16   American religious history.
09:35:58  17   Q.  Can you name some Jewish ornaments?
09:36:02  18   A.  Besides the breast plate, the
09:36:03  19   circumcision -- well, there's a kit, there's also a
09:36:09  20   shield, I understand; books of law, the Torah, the
09:36:14  21   rimmonim, the crowns, you have the heichal, the
09:36:14  22   bima, the -- I mean, there's...
09:36:24  23   Q.  Do you teach any courses in
09:36:30  24   specifically in Jewish ornaments?
09:36:47  25   A.  I have not to date taught a class that
```

29

Fisher

```
09:36:50   1
09:36:50   2   was devoted solely to Jewish religious ornaments.
09:36:54   3   Q.  Are you an expert in American Jewish
09:36:57   4   history?
09:37:03   5   A.  I'm an expert in the history of
09:37:04   6   religion in America, of which American Jewish
09:37:08   7   history is a part.
09:37:11   8   Q.  Do you teach American Jewish history?
09:37:15   9   A.  I teach classes on history of religion
09:37:18  10   in America and within that, deal directly through
09:37:24  11   readings and lectures on American Jewish history.
09:37:27  12   Q.  What portion of the course is devoted
09:37:29  13   to American Jewish history?
09:37:33  14   A.  Often, it is the equivalent of one
09:37:43  15   week, sometimes broken up into two segments.
09:37:46  16   Q.  So one week out of 13 weeks?  Six
09:37:51  17   percent, seven percent?  What readings do you use?
09:37:55  18   A.  Well, depends which class your talking
09:37:57  19   about.
09:37:57  20   Q.  Any.
09:38:00  21   A.  One of my favorite things to use from
09:38:03  22   the colonial American history class, which actually
09:38:06  23   extends up to 1865, is the first edition, the first
09:38:11  24   volume of a Jewish magazine called The Israelite,
09:38:20  25   and it's a mouthpiece of Reform Judaism, and it
```

8  (Pages 26 to 29)

30

Fisher

```
09:38:25   2   cast and incredible vision for the role of Judaism,
09:38:28   3   not only in the U.S. but the world, and it
09:38:32   4   proclaims Judaism as the religion of all mankind.
09:38:37   5       Q.  Any other sources that you use?
09:39:18   6       A.  Are you talking about primary or
09:39:19   7   secondary?
09:39:20   8       Q.  Any.
09:39:20   9       A.  Any sources.  There was an essay on
09:39:33  10   Judaism in the Atlantic World by the aforementioned
09:39:36  11   Holly Snyder that I have used before as well.
09:39:40  12       Q.  Are you an expert in American legal
09:39:42  13   history?
09:39:45  14       A.  In my work as a historian, in
09:39:48  15   publications, I have written and I've -- excuse me,
09:39:53  16   I've utilized specifically legal documents and
09:39:58  17   reviewed court cases from the colonial period.
09:40:04  18   I've read through depositions, I've read through
09:40:06  19   opinions and I have published on specific legal
09:40:11  20   cases, especially in the colonial period.
09:40:17  21       Q.  Have you ever opined on a disputed
09:40:22  22   ownership issue before?
09:41:01  23       A.  The primary disputes that I've written
09:41:07  24   on that were central to my first book, The Indian
09:41:11  25   Reawakening, are land.  And land in the colonial
```

31

Fisher

```
09:41:14   2   period, especially as regards Native Americans and
09:41:17   3   Europeans, was constantly a battle.  And so --
09:41:24   4       Q.  Let me rephrase the question, because
09:41:25   5   it was my fault.
09:41:27   6           Have you ever opined on any ongoing
09:41:31   7   legal disputes about the ownership of property?
09:41:36   8       A.  In writing, in public --
09:41:38   9       Q.  Anywhere.
09:41:39  10       A.  Anywhere.
09:41:39  11       Q.  Ongoing disputes.  Not what happened
09:41:42  12   three hundred years ago.
09:41:44  13       A.  In my teaching, at the beginning of
09:41:47  14   every class, I invite students to let me know what
09:41:52  15   they've seen in the news that week that relates to
09:41:54  16   what we're talking about in class.  And I also
09:41:57  17   bring to my students current issues within the
09:42:03  18   United States and sometimes globally that relate to
09:42:06  19   what we're talking about.
09:42:07  20       Q.  What ownership disputes have you
09:42:12  21   brought to them?
09:42:13  22       A.  There are several examples.  One of
09:42:16  23   them -- most often, I would say, they involve
09:42:23  24   objects of Native American patrimony, objects that
09:42:28  25   have been pillaged and stolen from Native American
```

32

Fisher

```
09:42:33   2   communities over the course of American history
09:42:35   3   that, after the 1990 Native American Graves and
09:42:43   4   Repatriation Act, required people who had these
09:42:51   5   objects to return them back to Native American
09:42:56   6   communities from whence they came.  And so these
09:42:59   7   actual objects that are disputed today that are
09:43:04   8   being repatriated back to native communities is
09:43:07   9   probably what we spend the most time talking about
09:43:11  10   in my Native American course, anyway.
09:43:14  11           There's also the case of land.
09:43:17  12   There's constantly negotiations by the Federal
09:43:20  13   Government to understand the past, to understand
09:43:23  14   past treaties, and there's also other cases, human
09:43:32  15   remains, for example, objects that are sacred,
09:43:37  16   wampum belts and so forth.
09:43:39  17       Q.  Do you know what legal principles
09:43:42  18   apply in this case?
09:43:45  19       A.  In which case?
09:43:48  20       Q.  This case.
09:43:48  21       A.  That is under consideration, not the
09:43:49  22   cases I just mentioned.
09:43:51  23       Q.  Right.
09:44:14  24       A.  I was not asked necessarily to --
09:44:17  25       Q.  That's fine.
```

33

Fisher

```
09:44:19   2       A.  -- weigh in on the specific legal
09:44:21   3   principles that are at stake in this case.
09:44:23   4       Q.  Do you know whether any legal
09:44:25   5   presumptions apply in this case?
09:44:38   6       A.  Again, I was not asked to weigh in on
09:44:40   7   the question of legal presumption.
09:44:46   8       Q.  Are you an expert on property law?
09:44:51   9       A.  I have experience in my writings and
09:44:54  10   in my research outside of this case that deals
09:44:58  11   directly with the question of property rights, the
09:45:04  12   transfer of property, the ownership of property and
09:45:07  13   how that gets adjudicated in a court of law.
09:45:09  14       Q.  Well, my question is, do you consider
09:45:11  15   yourself to be an expert on property law?
09:45:17  16       A.  I have published on issues related to
09:45:20  17   property law which, in my field of history, puts
09:45:24  18   one in a position of having expertise on these
09:45:27  19   questions.
09:45:28  20       Q.  Do you know the legal requirements for
09:45:30  21   conveyance of real property?
09:45:47  22       A.  I would need to know more about the
09:45:48  23   context that you're talking about.  It could change
09:45:53  24   over time.  It depends what particular object
09:45:55  25   you're talking about.
```

9  (Pages 30 to 33)

34

Fisher

| | |
|---|---|
| 09:45:56 | 1 |
| 09:45:56 | 2    Q. How do I transfer land?  What are the |
| 09:45:59 | 3    requirements?  Do you know? |
| 09:46:02 | 4        A. Again, it depends if you're talking |
| 09:46:04 | 5    about the 21st century -- |
| 09:46:06 | 6        Q. Today. |
| 09:46:06 | 7        A. Today.  My expertise in property |
| 09:46:10 | 8    rights and legal disputes over property are not |
| 09:46:19 | 9    primarily centered in what I've published so far on |
| 09:46:23 | 10   the question of the 20th century and the transfer |
| 09:46:28 | 11   of land. |
| 09:46:28 | 12       Q. But I just want to know whether you |
| 09:46:30 | 13   know the requirements for the transfer of real |
| 09:46:32 | 14   property today, that's all. |
| 09:46:37 | 15       A. In my publications so far, and my |
| 09:46:39 | 16   teaching and my own personal research have not |
| 09:46:47 | 17   fully informed me to date on the requirements of |
| 09:46:50 | 18   transferring legally something like land today. |
| 09:46:54 | 19       Q. Okay.  Do you know what the |
| 09:46:57 | 20   requirements were for the transfer of real property |
| 09:46:59 | 21   in 1822? |
| 09:47:44 | 22       A. Again, I think it depends a lot on the |
| 09:47:46 | 23   context.  The law as it has been applied to various |
| 09:47:53 | 24   people groups in the United States has not been |
| 09:47:56 | 25   uniformly applied, if you think about Native |

35

Fisher

| | |
|---|---|
| 09:47:59 | 2    American for example -- |
| 09:48:00 | 3        Q. Let me stop you.  I'm not interested |
| 09:48:02 | 4    in Native Americans, and I would really appreciate, |
| 09:48:05 | 5    if we want to get out of here today, that you |
| 09:48:09 | 6    answer my questions directly. |
| 09:48:10 | 7        Do you know the requirements for the |
| 09:48:11 | 8    transfer of real property, what they were in 1822? |
| 09:48:15 | 9    Do you know? |
| 09:48:16 | 10       MR. SOLOMON: He's modified his |
| 09:48:17 | 11   question.  Okay?  So if you happen to know |
| 09:48:20 | 12   in the context of Native Americans, don't |
| 09:48:22 | 13   tell him, because he doesn't want to know |
| 09:48:24 | 14   it. |
| 09:48:25 | 15       I object to the form of the question. |
| 09:48:29 | 16       A. Again, without knowing specifically |
| 09:48:31 | 17   which property and in what context, I have not |
| 09:48:38 | 18   personally come across or read a definition of what |
| 09:48:52 | 19   would constitute the legal transfer of property in |
| 09:48:54 | 20   1822 as you are currently defining it.  That is, as |
| 09:48:58 | 21   I'm sitting here today, what I've read so for. |
| 09:49:02 | 22       Q. Do you know whether a writing was |
| 09:49:04 | 23   required for the transfer of real property in 1822? |
| 09:49:08 | 24       A. Again, it would depend on the context, |
| 09:49:24 | 25   it depends on the situation.  But sitting here |

36

Fisher

| | |
|---|---|
| 09:49:27 | 2    today, I have not -- I have not come across |
| 09:49:33 | 3    anything that would have informed me either way on |
| 09:49:35 | 4    that question. |
| 09:49:36 | 5        Q. Do you know what the requirements were |
| 09:49:38 | 6    for the transfer of personal property in the 1800s? |
| 09:49:42 | 7        A. What I've read and relied upon so far |
| 09:50:07 | 8    has not dealt directly with that specific question. |
| 09:50:10 | 9        Q. Do you know what a deed is? |
| 09:50:12 | 10       A. It depends on the context.  In the |
| 09:50:18 | 11   context of slavery -- |
| 09:50:20 | 12       Q. Not interested in slavery.  I'm -- |
| 09:50:22 | 13       MR. SOLOMON: It's hard for us to |
| 09:50:24 | 14   guess what you're interested or not |
| 09:50:25 | 15   interested, so why don't you make -- |
| 09:50:27 | 16       MR. WAGNER: We're going to be here -- |
| 09:50:29 | 17   unless he answers the questions directly, |
| 09:50:31 | 18   we're going to be here -- |
| 09:50:32 | 19       MR. SOLOMON: It's sort of hard to |
| 09:50:34 | 20   guess. |
| 09:50:34 | 21       Q. Do you really think I'm asking about |
| 09:50:36 | 22   slavery? |
| 09:50:36 | 23       MR. SOLOMON: You asked about a deed. |
| 09:50:38 | 24       MR. WAGNER: Okay. |
| 09:50:38 | 25       Q. Do you know what a deed is? |

37

Fisher

| | |
|---|---|
| 09:50:41 | 2        A. I have seen several different kinds of |
| 09:50:44 | 3    deeds in American history, yes. |
| 09:50:46 | 4        Q. And you've referenced some deeds in |
| 09:50:48 | 5    your report, right?  Correct? |
| 09:50:52 | 6        A. Right. |
| 09:50:52 | 7        Q. Do you know whether a deed for real |
| 09:50:53 | 8    property transfers the personal property that is on |
| 09:50:58 | 9    the real property?  Do you know? |
| 09:51:09 | 10       A. Without something specific, without a |
| 09:51:10 | 11   specific context, and knowing the wording of the |
| 09:51:13 | 12   deed, I think that's a pretty general statement to |
| 09:51:17 | 13   respond to. |
| 09:51:18 | 14       I have seen deeds that specifically |
| 09:51:20 | 15   mention personal and real property on the property. |
| 09:51:24 | 16   And I have seen some that have not. |
| 09:51:27 | 17       Q. Do you have any understanding whether, |
| 09:51:30 | 18   if a deed is silent, the personal property on that |
| 09:51:35 | 19   real property is transferred as well, or don't you |
| 09:51:38 | 20   know? |
| 09:51:39 | 21       A. It would depend on the context and |
| 09:51:41 | 22   who's involved and what other kinds of written |
| 09:51:44 | 23   documents or other testimony would surround that |
| 09:51:46 | 24   particular case. |
| 09:51:46 | 25       Q. Are you an expert in linguistics? |

10  (Pages 34 to 37)

38

Fisher

09:51:54  1
09:51:59  2     A. I'm an historian who is accustomed to
09:52:03  3  close readings of texts and who pays attention to
09:52:08  4  the words that are used and the way in which they
09:52:10  5  are used and the context in which they are used.
09:52:13  6     Q. Does that make you an expert in
09:52:14  7  linguistics?
09:52:35  8     A. In my publications, I have done close
09:52:38  9  readings and used analysis of words that are
09:52:42  10  specifically within my context of American history,
09:52:45  11  American religious history and Native American
09:52:45  12  history.
09:52:48  13     Q. Well, does that in your mind make you
09:52:49  14  an expert in linguistics?
09:52:57  15     A. On the specific things that I have
09:53:00  16  researched, on the specific documents and texts I
09:53:05  17  have read, my training has given me the background
09:53:09  18  I need to make decisions and judgments on specific
09:53:12  19  words and ideas that are contained within the
09:53:13  20  documents I'm looking at.
09:53:15  21     Q. And do you believe that makes you an
09:53:18  22  expert on linguistics?
09:53:20  23     A. It depends on the context and what
09:53:24  24  document we're talking about. And...
           25     Q. Have you ever written any articles

39

Fisher

09:53:25  1
09:53:31  2  specifically on American Jewish history?
09:53:35  3     A. As I've said before, I have published
09:53:43  4  essays and -- or, my published works, there are
09:53:50  5  things related to the general history of religion
09:53:52  6  in America which also deals with American Judaism
09:53:53  7  and its history.
09:53:55  8     Q. So you've dealt with it only in a
09:53:56  9  general way, correct?
09:53:58  10     A. I have not published a single essay
09:54:01  11  that is entirely dedicated to American Jewish
09:54:01  12  history.
09:54:06  13     Q. Have you ever published anything on
09:54:09  14  the Newport Jewish community?
09:54:20  15     A. Prior to this -- sorry, strike that.
09:54:26  16  That's possible. I have not before -- I've never
09:54:31  17  before published an article devoted solely to the
09:54:34  18  American Newport Jewish community.
09:54:36  19     Q. And you've not published any articles
09:54:44  20  solely devoted to Jewish ornaments.
09:54:46  21     A. I have not published any articles that
09:54:49  22  were solely devoted to Jewish ornaments.
09:54:52  23     Q. Are you an expert on synagogues?
09:55:04  24     A. My training and teaching, I -- I have
           25  covered the history of American Judaism which,

40

Fisher

09:55:11  1
09:55:19  2  along the way, deals with some of -- synagogues in
09:55:21  3  American Jewish history.
09:55:21  4     Q. Well, do you consider yourself an
09:55:22  5  expert on synagogues?
09:55:24  6     A. My teaching and my training has
09:55:32  7  provided a background that would allow me to
09:55:35  8  contextualize the existence and the rise of
09:55:38  9  American Jewish synagogues.
09:55:40  10     Q. Are you an expert on Jewish services?
09:55:44  11     A. My general training and background as
09:55:46  12  a historian of American religion has given me tools
09:55:51  13  and skills and resources I need to interpret
09:55:54  14  documents related to Jewish religious services.
09:56:01  15     Q. When is the Torah used in a Jewish
09:56:13  16  service?
09:56:13  17     A. Talking about present day Jewish
09:56:15  18  services --
09:56:15  19     Q. Yes.
09:56:16  20     A. -- or historical Jewish services?
09:56:18  21     Q. Today. Or in 1903. You can pick
09:56:21  22  1903.
09:56:22  23     A. Because it changed over time.
09:56:23  24     Q. Fine. 1903.
09:56:27  25     A. It depends which branch of Judaism

41

Fisher

09:56:29  1
09:56:29  2  you're talking about.
09:56:49  3     Q. Orthodox.
09:56:51  4     A. The books of the law and the Torah are
09:56:54  5  often the centerpiece of these orthodox services.
09:57:00  6  They are carried in with often and what I've seen
09:57:04  7  so far, often carried in with great ceremony, with
09:57:07  8  the rimmonim adorning the tops of the rods, the
09:57:11  9  handles, the bells sort of jingling softly to alert
09:57:15  10  people of the presence of these books of the law.
09:57:21  11     Q. How many times have you seen that done
09:57:25  12  in a service?
09:57:27  13     A. I have read descriptions of it from
09:57:29  14  the era surrounding 1903.
09:57:32  15     Q. So you never seen it --
09:57:32  16     A. I wasn't alive in 1903 to see it
09:57:33  17  personally.
09:57:33  18     Q. Today.
09:57:35  19     A. Today?
09:57:37  20     Q. Have you ever seen it done today, have
09:57:45  21  you ever seen rimmonim being used at a service?
09:57:46  22     A. During an orthodox Sephardic service?
09:57:47  23     Q. Any.
           24     A. To my recollection sitting here today,
           25  I do not recall ever having seen the rimmonim being

11 (Pages 38 to 41)

42

Fisher

09:57:51  1  used in any Jewish religious service.
09:57:55  2     Q.  Because you've only been to services
09:57:57  3  once, right?
09:57:59  4     A.  That is correct.
09:57:59  5     Q.  Is the Torah used on a Sunday?
09:58:05  6     A.  We're still talking about an
09:58:08  7  orthodox --
09:58:09  8     Q.  Yes.
09:58:09  9     A.  -- congregation?
09:58:11  10     Q.  Yes.  1903 or today.  I'll take either
09:58:13  11  one.
09:58:38  12     A.  I -- sitting here today, I cannot
09:58:41  13  recall descriptions from 1903 about the use of the
09:58:45  14  Torah on a Sunday morning.
09:58:46  15     Q.  Okay.  Do you know today whether a
09:58:49  16  Torah is used on a Sunday in services?
09:58:52  17     A.  In orthodox --
09:58:53  18     Q.  Yes.
09:58:55  19     A.  -- congregation.  I do not recall
09:59:05  20  sitting here today having come across any
09:59:09  21  descriptions that would reveal to me an answer to
09:59:15  22  that question either way.
09:59:16  23     Q.  So you don't know?
09:59:21  24     A.  Sitting here right now, I do not

43

Fisher

09:59:23  1  recall anything that comes to mind.
09:59:24  2     Q.  Do you know whether a Torah is used on
09:59:26  3  a Monday?
09:59:44  4     A.  Again, sitting here today, nothing
09:59:47  5  comes to mind that would lend insight to that
09:59:50  6  question.
09:59:51  7     Q.  If I asked the same question with
09:59:53  8  respect to Tuesday, Wednesday, Thursday and Friday,
09:59:55  9  would you know whether the Torah is used on those
09:59:57  10  days?
10:00:19  11     A.  Limiting my response to today, to the
10:00:21  12  21st Century, to an Orthodox Jewish synagogue and
10:00:26  13  congregation, my answer would be the same for each
10:00:31  14  of the days of the week aside from the actual
10:00:34  15  service, which is to say, I've, sitting here,
10:00:41  16  nothing comes to mind that would lend insight into
10:00:43  17  that question.
10:00:43  18     Q.  Now, do you believe that a Torah is
10:00:45  19  used on Saturday?
10:01:44  20     A.  Again, because we're talking about the
10:01:46  21  21st Century and since you've asked me to answer
10:01:53  22  questions that relate to that, I -- I'm not
10:02:02  23  entirely certain.
10:02:04  24     Q.  What about in 1903, was the Torah used

44

Fisher

10:02:07  1  on Saturday?
10:02:12  2     A.  It might have depended on which
10:02:16  3  congregation.
10:02:16  4     Q.  Touro Synagogue, do you know whether
10:02:19  5  they used the Torah on Saturdays in 1903?
10:02:29  6     A.  Sitting here today, I don't recall
10:02:31  7  anything that would have indicated either way.
10:02:33  8     Q.  Do you know how many times Jews
10:02:36  9  convene services in the course of a day?
10:02:40  10     A.  In 1903 or today?
10:02:41  11     Q.  Yes, 1903.
10:02:44  12     A.  In the course of a day?
10:02:45  13     Q.  Yes.
10:02:54  14     A.  Would likely depend on the synagogue.
10:02:56  15     Q.  Orthodox synagogue.
10:02:58  16     A.  Specifically within orthodoxy, which
10:03:01  17  synagogue?  From what I've read and looked at to
10:03:07  18  date, I don't recall anyone specifically commenting
10:03:10  19  on this question.
10:03:12  20     Q.  Are you a member of the American
10:03:17  21  Jewish Historical Society?
10:03:18  22     A.  No, I am not.
10:03:22  23     Q.  Are you a member of any local Jewish
10:03:24  24  historical society?

45

Fisher

10:03:25  1     A.  No, I am not.
10:03:34  2     Q.  Are you a member of the American
10:03:38  3  Historical Society?
10:03:38  4     A.  The American Historical Society?
10:03:46  5     Q.  Yes.
10:03:57  6     A.  I'm not a member of the American
10:03:59  7  Historical Society.
10:03:59  8     Q.  Okay.  Have you ever taught any
10:04:01  9  courses that focused solely on Jewish history?
10:04:09  10     A.  In my classes on the history of
10:04:16  11  religion in America, I have --
10:04:16  12     Q.  Let me strike the question.  I
10:04:18  13  apologize.  Again, I'm trying to speed this up.
10:04:21  14  Have you ever taught any courses specifically in
10:04:23  15  Jewish history?
10:04:27  16     A.  My courses on the history of religion
10:04:30  17  in America touch specifically on the history of
10:04:33  18  American Judaism.
10:04:33  19     Q.  Right, and I think you testified to
10:04:35  20  that already.  But there's no course that you teach
10:04:37  21  that is solely on Jewish history, correct?
10:04:42  22     A.  To date, so far, I have not offered a
10:04:46  23  class that was solely devoted to American Jewish --
10:04:50  24     Q.  Have you ever taken any courses in

12  (Pages 42 to 45)

46

Fisher

10:04:53   1
10:05:17   2   **Jewish history, solely Jewish history?**
10:05:19   3      A. To my recollection, I have never taken
10:05:19   4   courses solely devoted to American Jewish history.
10:05:23   5      **Q. Have you ever taken any courses solely**
10:05:26   6   **in Judaism?**
10:05:26   7      A. When I was at seminary, which was a
10:05:48   8   Protestant seminary for three years, I had to learn
10:05:52   9   biblical Hebrew. I studied that for two years, and
10:05:55  10   we took exegetical classes on Hebrew Bible books.
10:06:01  11      **Q. But were any of the courses devoted**
10:06:05  12   **solely to Judaism?**
10:06:06  13      A. The courses I took were largely
10:06:15  14   devoted to Pre-Second Temple Judaism.
10:06:20  15      **Q. Have you ever taught any courses in**
10:06:22  16   **Judaism, solely in Judaism?**
10:06:25  17      A. My courses on American Jewish history
10:06:28  18   touch specifically on the history of American
10:06:30  19   Judaism as a part of the wider run of American
10:06:36  20   religious history. But to date, I have never, not
10:06:39  21   yet, taught a course solely devoted to American
10:06:43  22   Jewish history.
10:06:43  23      **Q. Have you ever taught any courses**
10:06:45  24   **solely devoted to Jewish religious objects?**
10:06:50  25      A. Jewish religious objects fall within a

47

Fisher

10:06:53   2   broader category of material culture and American
10:06:56   3   religion, which is something that I have taught on
10:07:00   4   and touched on in my classes. But to date, I have
10:07:04   5   never taught a course solely devoted to American
10:07:09   6   Jewish religious objects.
10:07:12   7      **Q. And I think you testified, but correct**
10:07:13   8   **me if I'm wrong, you have not published any papers**
10:07:15   9   **that are solely devoted to American Jewish history**
10:07:18  10   **or Judaism, correct?**
10:07:21  11      A. I have published works and papers that
10:07:23  12   deal with the broader themes that deal directly
10:07:26  13   with American Judaism, religious freedom, and --
10:07:33  14   but I have not, to date, published any works that
10:07:38  15   deal solely with American Jewish history.
10:07:43  16      **Q. Outside of your coursework, have you**
10:07:45  17   **ever given any lectures devoted solely to American**
10:07:48  18   **Jewish history?**
10:08:21  19      A. Many of the lectures I give deal with
10:08:24  20   the colonial period and American religious history,
10:08:27  21   and I have included elements and episodes of
10:08:30  22   American Jewish history within these larger
10:08:35  23   lectures.
10:08:35  24      But to date, I have never been
10:08:37  25   invited -- sorry, strike that -- I have never given

48

Fisher

10:08:44   2   a lecture that was solely devoted to American
10:08:47   3   Jewish history.
10:08:47   4      **Q. Have you been to any conferences**
10:08:49   5   **devoted solely to American Jewish history?**
10:08:56   6      A. Every conference I attend contains
10:08:58   7   panels and sessions on American Jewish history.
10:09:01   8      **Q. That's not my question. My question**
10:09:02   9   **is, have you been to any conferences devoted solely**
10:09:05  10   **to American Jewish history?**
10:09:07  11      A. I have never been to a conference that
10:09:11  12   was devoted solely to American Jewish history, but
10:09:13  13   as I said, every historical conference I attend
10:09:19  14   has -- most historical conferences I attend have a
10:09:21  15   panel or sessions on American Jewish history.
10:09:23  16      **Q. Have you been on any of those panels**
10:09:25  17   **devoted to American Jewish history?**
10:09:38  18      A. I have been asked to chair panels,
10:09:42  19   some of the papers of which deal in some form with
10:09:48  20   American Jewish history.
10:09:50  21      **Q. Was that the panel that you**
10:09:53  22   **reference -- is that the conference you referenced**
10:09:54  23   **on page 1 and going to page 2 of your report?**
10:10:08  24      A. That's one of the instances. I was on
10:10:10  25   the steering committee for that conference and...

49

Fisher

10:10:16   2      **Q. Now, some of the papers that are going**
10:10:18   3   **to be published from that conference deal with the**
10:10:20   4   **history of Judaism in America, correct?**
10:10:22   5      A. They do.
10:10:22   6      **Q. Did you author any of those?**
10:10:25   7      A. In this particular collected volume of
10:10:29   8   edited papers, I am not the author of any of these
10:10:34   9   papers. But as a conference organizer, it would
10:10:38  10   have been presumptuous to do so.
10:10:39  11      **Q. Just so that the record is clear, have**
10:10:47  12   **you ever authored any paper devoted solely to**
10:10:50  13   **American Jewish history?**
10:11:05  14      A. My publication record reflects my
10:11:07  15   engagement with the broader themes that surround
10:11:11  16   American religion and American Jewish history. But
10:11:14  17   to date, I have not published an essay devoted
10:11:18  18   solely to American Jewish history.
10:11:20  19      **Q. Okay. I mean no disrespect, but I**
10:11:22  20   **well understand your point about the broader**
10:11:24  21   **context. That's fine. So you don't have to say it**
10:11:28  22   **every time. Again, I'm just trying to get you out**
10:11:30  23   **of here as quickly as possible. You have a very**
10:11:33  24   **long report, and I don't want to make the day any**
10:11:35  25   **longer than it is.**

13 (Pages 46 to 49)

50

Fisher

| | | |
|---|---|---|
| 10:11:37 | 2 | So if you want to take a break now, |
| 10:11:39 | 3 | that's fine. |
| 10:11:40 | 4 | MR. SOLOMON: This isn't working. |
| 10:11:41 | 5 | MR. WAGNER: Why, why don't you... |
| 10:11:44 | 6 | (Recess taken.) |
| 10:27:23 | 7 | EXAMINATION (Cont'd.) |
| 10:27:24 | 8 | BY MR. WAGNER: |
| 10:30:03 | 9 | Q. Professor Fisher, you said that you |
| 10:30:07 | 10 | referenced Touro in your classes. That's on page |
| 10:30:10 | 11 | 2. Do your students, do you require your students |
| 10:30:15 | 12 | to read anything devoted to Touro Synagogue? |
| 10:30:19 | 13 | A. To the best of my knowledge, I cannot |
| 10:30:45 | 14 | recall requiring anything, any specific reading on |
| 10:30:50 | 15 | Touro Synagogue, although I have taken them down |
| 10:30:53 | 16 | for a tour of the synagogue and the Loeb Visitors |
| 10:30:53 | 17 | Center. |
| 10:31:00 | 18 | RQ     MR. WAGNER: I'd make a request for |
| 10:31:04 | 19 | the syllabus for your classes and we'll |
| 10:31:07 | 20 | follow that up with a letter. |
| 10:31:08 | 21 | Q. Now, I think you alluded to this |
| 10:31:11 | 22 | before, but do you know Hebrew? |
| 10:31:13 | 23 | A. I have studied Hebrew in the past. |
| 10:31:16 | 24 | Biblical Hebrew, that is. |
| 10:31:18 | 25 | Q. Now, you state on page 50 that, you |

51

Fisher

| | | |
|---|---|---|
| 10:31:28 | 2 | say, this is on the second full paragraph -- you |
| 10:31:34 | 3 | have it there -- you have it, yes? |
| 10:31:38 | 4 | A. Page 150, yes. |
| 10:31:39 | 5 | Q. You say, in the second paragraph, "In |
| 10:31:41 | 6 | sum, Jewish synagogues need very specific religious |
| 10:31:46 | 7 | objects in order to function as a legitimate house |
| 10:31:48 | 8 | of worship. These include the books of the law and |
| 10:31:51 | 9 | the accompanying finials (rimmonim) as the examples |
| 10:31:55 | 10 | given above make clear, along with other specific |
| 10:31:58 | 11 | ritual items." |
| 10:31:59 | 12 | Do you see that? |
| 10:32:00 | 13 | A. I do see that. |
| 10:32:01 | 14 | Q. What's the basis for that statement? |
| 10:32:10 | 15 | What's your support? |
| 10:32:25 | 16 | A. I would point to several pieces of |
| 10:32:27 | 17 | evidence that this report includes to support that |
| 10:32:31 | 18 | statement. I'd say first of all, the context of |
| 10:32:34 | 19 | this report, and that statement, is specifically |
| 10:32:36 | 20 | within orthodox Judaism. This is the context of |
| 10:32:42 | 21 | this case. |
| 10:32:47 | 22 | The examples that I reference here |
| 10:32:50 | 23 | come prior to this point, and some of the examples |
| 10:32:53 | 24 | I'm giving are drawn from secondary sources where |
| 10:32:58 | 25 | you have historians describing the importance of |

52

Fisher

| | | |
|---|---|---|
| 10:33:04 | 2 | ritual objects within a synagogue. In other cases, |
| 10:33:10 | 3 | there are primary sources, sources from the 1890s |
| 10:33:16 | 4 | whereby individuals trying to start services or to |
| 10:33:23 | 5 | hold services recognize that they are in need of |
| 10:33:28 | 6 | specific religious objects in order to conduct the |
| 10:33:32 | 7 | services. |
| 10:33:32 | 8 | Q. So is it your testimony that an |
| 10:33:34 | 9 | orthodox service requires rimmonim in order to |
| 10:33:37 | 10 | conduct the service? |
| 10:33:41 | 11 | A. Again, the documents that I have |
| 10:33:43 | 12 | relied upon indicate the centrality of these |
| 10:33:48 | 13 | religious objects to conduct services. |
| 10:33:50 | 14 | Q. So is that another way of saying yes, |
| 10:33:53 | 15 | it is required? |
| 10:33:54 | 16 | MR. SOLOMON: Objection. |
| 10:33:54 | 17 | Q. You can answer. |
| 10:33:57 | 18 | A. As I've just stated, the documents |
| 10:33:59 | 19 | that I have relied upon and the people that I've |
| 10:34:01 | 20 | looked at, what they have said indicates that the |
| 10:34:07 | 21 | rimmonim and the other religious objects are |
| 10:34:15 | 22 | central to the functioning of a orthodox Sephardic |
| 10:34:21 | 23 | Jewish synagogue. |
| 10:34:22 | 24 | Q. You also say on page 36, in the middle |
| 10:34:28 | 25 | of the page you say, "Most synagogues have multiple |

53

Fisher

| | | |
|---|---|---|
| 10:34:31 | 2 | scrolls of the law with an accompanying pair of |
| 10:34:34 | 3 | rimmonim for each scroll." |
| 10:34:35 | 4 | Do you see that? |
| 10:34:36 | 5 | A. I do see that. |
| 10:34:37 | 6 | Q. What's the basis for that statement? |
| 10:34:39 | 7 | Have you surveyed synagogues? |
| 10:34:41 | 8 | MR. SOLOMON: Which question did you |
| 10:34:43 | 9 | want him to answer? |
| 10:34:44 | 10 | Q. What's the basis for this statement? |
| 10:34:53 | 11 | A. Again, this statement is based upon |
| 10:34:55 | 12 | both a reading of secondary literature that |
| 10:34:58 | 13 | describes Jewish synagogues around the Atlantic |
| 10:35:01 | 14 | world, even North Africa, and in North America, as |
| 10:35:06 | 15 | well as the specific cases that, or the specific |
| 10:35:13 | 16 | documents that were relevant to this case from the |
| 10:35:16 | 17 | 1880s and 1890s. |
| 10:35:19 | 18 | Q. Have you done any survey of synagogues |
| 10:35:22 | 19 | to see how many own rimmonim? |
| 10:35:23 | 20 | A. Of orthodox -- |
| 10:35:26 | 21 | Q. Yes. |
| 10:35:27 | 22 | A. -- Sephardic synagogues? |
| 10:35:30 | 23 | Q. Any. Orthodox, Sephardic, anyone. |
| 10:35:32 | 24 | Have you done any surveys? |
| 10:35:38 | 25 | A. I have not personally conducted a |

14  (Pages 50 to 53)

54

Fisher

| | | |
|---|---|---|
| 10:35:40 | 2 | survey of Jewish synagogues in North America.  But |
| 10:35:44 | 3 | again, as my report makes clear from the citations, |
| 10:35:47 | 4 | I'm relying on historians and authors who have done |
| 10:35:53 | 5 | a more extensive survey of synagogues in this time |
| 10:35:57 | 6 | period. |
| 10:35:58 | 7 | Q.  Which historian did a survey and |
| 10:36:00 | 8 | concluded that most have rimmonim?  Which ones? |
| 10:36:12 | 9 | A.  I didn't say that there was an author |
| 10:36:16 | 10 | that did -- specifically did what you're asking in |
| 10:36:20 | 11 | terms of extensive survey.  I said that I relied |
| 10:36:23 | 12 | upon historians who have a broader understanding of |
| 10:36:27 | 13 | synagogues in North America, the Caribbean -- |
| 10:36:30 | 14 | Q.  The record is what it is.  Is this a |
| 10:36:34 | 15 | material part of your opinion, that rimmonim are |
| 10:36:35 | 16 | required for a legitimate Jewish service, is that a |
| 10:36:39 | 17 | material part of your opinion? |
| 10:36:40 | 18 | MR. SOLOMON:  I object to the form. |
| 10:36:43 | 19 | Misstated his -- |
| 10:36:43 | 20 | MR. WAGNER:  Okay. |
| 10:36:43 | 21 | Q.  You can answer. |
| 10:36:49 | 22 | A.  Based on the documents I've read, |
| 10:36:51 | 23 | which is what this report reflects, there was a |
| 10:36:54 | 24 | central concern among the parties involved for the |
| 10:36:59 | 25 | presence of books of the law and accompanying |

55

Fisher

| | | |
|---|---|---|
| 10:37:02 | 2 | rimmonim that were consistently stated and desired |
| 10:37:07 | 3 | and utilized in this time period. |
| 10:37:11 | 4 | Q.  Okay.  That's not my question.  Just |
| 10:37:14 | 5 | listen to my question. |
| 10:37:16 | 6 | Is a material part of the opinion that |
| 10:37:18 | 7 | you offer in this case that rimmonim are required |
| 10:37:24 | 8 | for a legitimate house of worship, Jewish house of |
| 10:37:29 | 9 | worship? |
| 10:37:30 | 10 | MR. SOLOMON:  Where are you reading? |
| 10:37:31 | 11 | MR. WAGNER:  Page 150. |
| 10:37:32 | 12 | Q.  Is that a material part of your |
| 10:37:33 | 13 | opinion? |
| 10:37:34 | 14 | A.  I think I did answer your question, |
| 10:37:36 | 15 | that this report reflects my reading of documents |
| 10:37:40 | 16 | and what people are actually saying in this time |
| 10:37:43 | 17 | period.  And the reports reflecting these documents |
| 10:37:48 | 18 | indicate their concern for the centrality of the |
| 10:37:54 | 19 | rimmonim and the books of the law within their |
| 10:37:56 | 20 | services. |
| 10:37:56 | 21 | Q.  That's not my question.  And I'm sure |
| 10:37:58 | 22 | that it's my fault that you're not understanding. |
| 10:38:02 | 23 | You say that the rimmonim are owned by |
| 10:38:05 | 24 | CSI, correct? |
| 10:38:10 | 25 | A.  The report does say that. |

56

Fisher

| | | |
|---|---|---|
| 10:38:11 | 2 | Q.  And you believe that, right? |
| 10:38:13 | 3 | A.  Based upon the investigation that I've |
| 10:38:15 | 4 | done and the documents that I've read, the evidence |
| 10:38:19 | 5 | seems to lean clearly in that direction. |
| 10:38:21 | 6 | Q.  By the way, does it lean a hundred |
| 10:38:25 | 7 | percent? |
| 10:38:25 | 8 | A.  I was not asked to give a percentage. |
| 10:38:27 | 9 | Q.  But can you? |
| 10:38:28 | 10 | A.  As a historian who looks at the way |
| 10:38:32 | 11 | the evidence is raised, the evidence is weighed and |
| 10:38:36 | 12 | looks at what's in front of you, that's not a part |
| 10:38:40 | 13 | of the historical profession, to give percentages. |
| 10:38:42 | 14 | But the overwhelming body of documents and evidence |
| 10:38:45 | 15 | leans in clear favor of CSI's ownership. |
| 10:38:49 | 16 | Q.  And that's what you did.  You weighed |
| 10:38:50 | 17 | the evidence in this case, right? |
| 10:38:52 | 18 | A.  I did. |
| 10:38:52 | 19 | Q.  Okay.  So let me get back to my |
| 10:38:55 | 20 | question.  You believe, or you wrote in your report |
| 10:38:58 | 21 | that CSI owns the rimmonim, correct? |
| 10:39:01 | 22 | A.  Do you have a page number that you |
| 10:39:03 | 23 | could show me in the report? |
| 10:39:04 | 24 | Q.  Are you able to answer that question? |
| 10:39:08 | 25 | Isn't that your opinion, that CSI owns the |

57

Fisher

| | | |
|---|---|---|
| 10:39:12 | 2 | rimmonim?  Do you really need to reference your |
| 10:39:14 | 3 | report? |
| 10:39:14 | 4 | A.  I just want to make sure we're looking |
| 10:39:16 | 5 | at the same statement.  So do you have a page |
| 10:39:18 | 6 | number for that statement? |
| 10:39:20 | 7 | Q.  No, I don't.  You can find it. |
| 10:39:32 | 8 | (Witness perusing document.) |
| 10:39:38 | 9 | A.  If you can show me where the report |
| 10:39:40 | 10 | says that, I'd be happy to answer your question. |
| 10:39:42 | 11 | Q.  Are you able to tell me what your |
| 10:39:44 | 12 | opinions are without looking at your report? |
| 10:39:47 | 13 | A.  The report contains my opinion, and |
| 10:39:49 | 14 | it's the basis for this discussion. |
| 10:39:50 | 15 | Q.  Sir, I don't really want to make this |
| 10:39:54 | 16 | any harder than it is, and I really mean no |
| 10:39:58 | 17 | disrespect, but can you tell me whether your |
| 10:40:00 | 18 | opinion in this case is that CSI owns the rimmonim? |
| 10:40:03 | 19 | Otherwise, what are we doing here? |
| 10:40:08 | 20 | A.  I gave my opinion based upon the |
| 10:40:10 | 21 | documents that I consulted.  The judge will decide |
| 10:40:14 | 22 | this case ultimately.  I was brought on to |
| 10:40:18 | 23 | understand specific aspects of this case and in the |
| 10:40:22 | 24 | process, felt that the evidence leaned in a |
| 10:40:26 | 25 | particular direction and I, as a historian, leaning |

15  (Pages 54 to 57)

58

Fisher

10:40:31  2   upon my training and the standards from my field,
10:40:36  3   made the statements that are in front of you in the
10:40:38  4   report.
10:40:38  5        Q.  Okay.  Put aside the report.  Are you
10:40:41  6   able to tell me, independently of the report,
10:40:43  7   whether it's your opinion that CSI owns these
10:40:51  8   rimmonim?
10:40:51  9        A.  The judge will ultimately decide this
10:40:53  10  particular question of ownership.  But I can tell
10:40:56  11  you from reading the documents that I consulted,
10:41:00  12  and after having conducted the research that I did,
10:41:04  13  the evidence seems to suggest that, as between CJI
10:41:10  14  and CSI, CSI, according to the evidence I've looked
10:41:15  15  at so far, and sitting here today, are far more the
10:41:23  16  owners of the rimmonim.
10:41:23  17       Q.  Okay.  And is a material part of your
10:41:27  18  opinion that CSI owns the rimmonim?  Your statement
10:41:32  19  in your report on page 36 that, "Jewish synagogues
10:41:36  20  need very specific religious objects to function as
10:41:40  21  a legitimate house of worship, that include
10:41:43  22  rimmonim," is that a material part of your opinion
10:41:45  23  that CSI owns the rimmonim?
10:41:48  24       A.  I think you asked two questions there.
10:41:50  25       Q.  I don't think so.  But --

59

Fisher

10:41:52  2        A.  Can you restate --
10:41:53  3        Q.  You have a Ph.D., I don't.  Is a
10:41:57  4   material basis for your opinion that CSI owns the
10:42:00  5   rimmonim your conclusion that Jewish synagogues
10:42:04  6   need very specific religious objects to function as
10:42:07  7   a legitimate house of worship and these include
10:42:10  8   rimmonim?
10:42:19  9        A.  I'm still not sure I understand the
10:42:20  10  question.
10:42:20  11       Q.  Okay.
10:42:22  12       A.  Do you want to rephrase that one more
10:42:24  13  time?
10:42:25  14       Q.  Okay, let's try it a different way.
10:42:40  15       MR. WAGNER:  Let's mark this as the
10:42:42  16  next exhibit.
10:43:06  17       (Fisher Exhibit 3, single-page
10:43:06  18  document headed, "Statements by
10:43:06  19  Professor Fisher that Rimonim are
10:43:06  20  'Essential,' 'Necessary' or Required",
10:43:06  21  marked for identification, as of this
10:43:06  22  date.)
10:43:06  23       Q.  So I collected in one place all of
10:43:09  24  your statements in your report that rimmonim are
10:43:11  25  "Essential," "Necessary" or "Required," and maybe

60

Fisher

10:43:16  2   somebody will find fault with what I've done here.
10:43:19  3   But by my count, on at least 17 occasions in your
10:43:22  4   report, you made statements to that effect.
10:43:25  5        Do you see that?
10:43:26  6        MR. SOLOMON:  I object to the use of
10:43:27  7   the document.
10:43:27  8        MR. WAGNER:  I understand.
10:43:28  9        Q.  Go ahead.  Do you see those
10:43:31  10  statements?
10:43:32  11       A.  I see the statements that you have
10:43:34  12  extracted out of context from my report.
10:43:36  13       Q.  Fine.
10:43:37  14       A.  And put on this piece of paper.
10:43:39  15       Q.  In context, are these statements
10:43:41  16  important to your conclusions about ownership?
10:43:45  17       A.  Well, they are not in context here.
10:43:48  18       Q.  Fine.  In context, are these 17
10:43:50  19  statements important to your opinion?
10:43:52  20       A.  Well, let's go through them page by
10:43:54  21  page and look at them.  Page 35 is the first one.
10:44:20  22       (Witness perusing document.)
10:44:51  23       A.  So the one thing I would point out --
10:44:54  24       MR. SOLOMON:  Where is it on page 35?
10:44:59  25       MR. JACOBY:  Towards the bottom.

61

Fisher

10:45:01  2        THE WITNESS:  Four lines --
10:45:04  3        A.  -- so this paragraph leads up to a
10:45:12  4   broader discussion across sort of the history of
10:45:12  5   Judaism and I am here relying upon, look at page
10:45:18  6   125, David F. Goldberg and John D. Rayner, on page
10:45:21  7   36 --
10:45:22  8        MR. SOLOMON:  Footnote 125?
10:45:24  9        THE WITNESS:  Yes, I'm sorry.
10:45:26  10       A.  Footnote, excuse me, footnote 125 on
10:45:28  11  page 36, David F. Goldberg, and John D. Rayner,
10:45:37  12  R-a-y-n-e-r, "The Jewish people, Their History and
10:45:41  13  Their Religion, published in 1989, in which they
10:45:46  14  themselves, say, "Any house or room can be made
10:45:50  15  into a synagogue by being so designated and used.
10:45:54  16  It needs, however, to be equipped with a few
10:45:56  17  essential appurtenances."
10:45:59  18       So much of this language is simply
10:46:02  19  reflecting a wider consensus of historians of
10:46:06  20  Judaism, of actual documents that are taking place
10:46:06  21  or that are reflected activity on the ground.
10:46:14  22       Again, the wider context here in the
10:46:21  23  1890s is of the basic impossibility of coming into
10:46:32  24  Touro Synagogue without books of the law, without
10:46:36  25  these appurtenances.  A synagogue building by

16  (Pages 58 to 61)

62

Fisher

| | | |
|---|---|---|
| 10:46:42 | 1 | itself is, according to these two historians here, |
| 10:46:47 | 2 | simply a building. |
| 10:46:47 | 3 | Q. Let me stop you for a second. What |
| 10:46:51 | 4 | investigation did you do with respect to David |
| 10:46:54 | 5 | Goldberg and John Rayner? What did you do to see |
| 10:46:59 | 6 | what kind of authorities they are? Did you do any |
| 10:47:02 | 7 | investigation? |
| 10:47:07 | 8 | A. In this particular case, I, sitting |
| 10:47:23 | 9 | here, do not recall having done any additional |
| 10:47:27 | 10 | investigation into the two authors. But I did skim |
| 10:47:29 | 11 | through the book and assessed it, as I would any |
| 10:47:34 | 12 | other secondary source, to see how they are using |
| 10:47:38 | 13 | sources and evidence and whether or not it seems |
| 10:47:41 | 14 | like it would be something that would be credible |
| 10:47:44 | 15 | to use in a historical investigation. |
| 10:47:49 | 16 | Q. And that's how you evaluated them, |
| 10:47:51 | 17 | right? That's all you did. |
| 10:47:53 | 18 | A. As I'm sitting here and recalling my |
| 10:47:55 | 19 | process in this particular case, that is what I |
| 10:47:59 | 20 | remember. |
| 10:47:59 | 21 | Q. What year were they writing? |
| 10:48:06 | 22 | A. The book was published in 1989. |
| 10:48:08 | 23 | Q. And where are they from? |
| 10:48:13 | 24 | A. Sitting here, I do not recall seeing |

63

Fisher

| | | |
|---|---|---|
| 10:48:15 | 1 | anything that indicated that either way. |
| 10:48:17 | 2 | Q. Do you know they are from England, |
| 10:48:19 | 3 | they are not from the United States? |
| 10:48:19 | 4 | A. Again, I didn't see anything that |
| 10:48:24 | 5 | would indicate either way. |
| 10:48:25 | 6 | Q. And in fact, that source nowhere says |
| 10:48:28 | 7 | that rimmonim are essential or required for Jewish |
| 10:48:31 | 8 | service, does it? |
| 10:48:39 | 9 | A. This particular book that we're |
| 10:48:41 | 10 | talking about here? |
| 10:48:43 | 11 | Q. Yes. |
| 10:48:46 | 12 | A. Well, on page 36, I'm quoting from |
| 10:48:49 | 13 | them directly, as I quoted before, it says, "Any |
| 10:48:57 | 14 | room or house" -- "house or room, excuse me, can be |
| 10:48:59 | 15 | made into a synagogue by being so designated and |
| 10:49:03 | 16 | used. It needs, however, to be equipped with a few |
| 10:49:06 | 17 | essential appurtenances." |
| 10:49:08 | 18 | And then it goes through the actual |
| 10:49:10 | 19 | things that they are referring to, which I list out |
| 10:49:13 | 20 | here below and actually put in quotes, the scroll |
| 10:49:15 | 21 | of the law, the Sefer Torah, and then on top of the |
| 10:49:19 | 22 | wooden rollers for the books of the law, I'm |
| 10:49:22 | 23 | quoting directly here, "Are surmounted by a pair of |
| 10:49:27 | 24 | silver finials known from their usual shape as |

64

Fisher

| | | |
|---|---|---|
| 10:49:30 | 1 | rimmonim (pomegranates) incorporating tiny silver |
| 10:49:35 | 2 | bells." |
| 10:49:35 | 3 | Q. You didn't give the entire quote from |
| 10:49:37 | 4 | that page of the book, did you? |
| 10:49:41 | 5 | A. I'm not sure of what you mean. |
| 10:49:43 | 6 | Q. Well, do you remember? |
| 10:49:47 | 7 | A. I -- the quotes come from that section |
| 10:49:52 | 8 | that's on synagogue appurtenances. |
| 10:49:55 | 9 | Q. We'll come back to these two people. |
| 10:49:59 | 10 | But my question is a different one. |
| 10:50:02 | 11 | Are your statements about rimmonim |
| 10:50:04 | 12 | being required, being necessary or being essential, |
| 10:50:08 | 13 | are they important to your decision, to your |
| 10:50:11 | 14 | conclusion in this case? That's all I'm asking |
| 10:50:14 | 15 | you. Is it important? |
| 10:50:20 | 16 | A. Any statements in this report have |
| 10:50:22 | 17 | tried to reflect the concerns of people on the |
| 10:50:24 | 18 | ground. So to the degree that people in the 1890s |
| 10:50:30 | 19 | reflected a concern or articulated a concern to |
| 10:50:33 | 20 | have synagogue appurtenances within the Touro |
| 10:50:39 | 21 | Synagogue, then to the extent that they are |
| 10:50:42 | 22 | reflecting that concern, then that is what I have |
| 10:50:45 | 23 | tried to put in this report. |
| 10:50:46 | 24 | Q. But are those conclusions important to |

65

Fisher

| | | |
|---|---|---|
| 10:50:48 | 1 | your -- are those observations important to your |
| 10:50:51 | 2 | conclusions about the issue of ownership? |
| 10:50:55 | 3 | A. Insomuch as the vying congregations in |
| 10:51:38 | 4 | Newport felt that the presence of these synagogue |
| 10:51:41 | 5 | appurtenances were important for their maintenance |
| 10:51:43 | 6 | of an active Jewish synagogue, and insomuch as they |
| 10:51:49 | 7 | tried to control or claim or utilize them, there |
| 10:51:57 | 8 | might be a connection between their relevance and |
| 10:52:02 | 9 | importance to people trying to maintain a |
| 10:52:04 | 10 | functioning synagogue and the question of |
| 10:52:07 | 11 | ownership. |
| 10:52:07 | 12 | Q. There might be a connection? Just |
| 10:52:13 | 13 | might be? You said this 17 times in your report. |
| 10:52:15 | 14 | It's only "might"? |
| 10:52:16 | 15 | MR. SOLOMON: Object to the form of |
| 10:52:16 | 16 | the question. |
| 10:52:29 | 17 | Q. You can answer. |
| 10:52:32 | 18 | A. Again, it depends on -- on the context |
| 10:52:36 | 19 | here. But the people who were trying to operate |
| 10:52:42 | 20 | services in Touro Synagogue in the 1880s and 1890s |
| 10:52:45 | 21 | saw these synagogue appurtenances as central to |
| 10:52:48 | 22 | what they were doing in Newport. And -- |
| 10:52:50 | 23 | Q. How do you know what they saw? |
| | 24 | A. 'Cause there's correspondence that |

17 (Pages 62 to 65)

66

Fisher

| | | |
|---|---|---|
| 10:52:54 | 1 | indicates that they are desirous of these specific |
| 10:53:00 | 2 | items and they request them. |
| 10:53:02 | 3 | Q. Have you seen all the correspondence? |
| 10:53:06 | 4 | A. I'd be happy to be shown more. But |
| 10:53:09 | 5 | from what I have seen, and in the pendant |
| 10:53:15 | 6 | investigations that I have done myself, these |
| 10:53:18 | 7 | synagogue appurtenances and concern regarding them |
| 10:53:20 | 8 | come up repeatedly by individuals involved with |
| 10:53:24 | 9 | operating services in Touro Synagogue. |
| 10:53:26 | 10 | Q. Have you looked at all the documents |
| 10:53:27 | 11 | that have been produced in this case? |
| 10:53:43 | 12 | A. I have looked at the documents that |
| 10:53:45 | 13 | were given to me and deemed relevant for the |
| 10:53:47 | 14 | particular questions that I was asked to address. |
| 10:53:50 | 15 | And I have, within my ability, tried to look in the |
| 10:54:00 | 16 | relevant secondary and primary literature, given |
| 10:54:04 | 17 | the time constraints that I had and given the |
| 10:54:08 | 18 | availability of additional documents. |
| 10:54:09 | 19 | Q. So the documents -- I'm talking about |
| 10:54:15 | 20 | the primary sources from the documents I |
| 10:54:17 | 21 | produced -- you got those from counsel. |
| 10:54:22 | 22 | A. Some of the documents, probably the |
| 10:54:25 | 23 | majority of the documents that I have utilized in |
| 10:54:28 | 24 | this case in terms of primary documentation, were |

67

Fisher

| | | |
|---|---|---|
| 10:54:32 | 1 | given to me by counsel for CSI. |
| 10:54:35 | 2 | Q. So the counsel made the decisions as |
| 10:54:37 | 3 | to what to give you, right? |
| 10:54:48 | 4 | A. The counsel to CSI made the initial |
| 10:54:51 | 5 | decisions about what they thought was relevant to |
| 10:54:54 | 6 | answer the questions that I was being asked to |
| 10:54:57 | 7 | assess. |
| 10:54:59 | 8 | But at any time, when I had questions |
| 10:55:02 | 9 | about any part of the case or any other documents |
| 10:55:07 | 10 | that were out there or not being utilized |
| 10:55:11 | 11 | currently, they worked with me constantly to turn |
| 10:55:18 | 12 | up anything that was relevant and I, as any good |
| 10:55:22 | 13 | historian would do, tried to do due diligence to |
| 10:55:27 | 14 | understand the larger context through other kinds |
| 10:55:33 | 15 | of documents that they might not have seen as |
| 10:55:36 | 16 | immediately relevant but are relevant for me for |
| 10:55:41 | 17 | understanding the broader context in which these |
| 10:55:43 | 18 | events took place. |
| 10:55:44 | 19 | Q. Okay. Let's just focus, I just want |
| 10:55:47 | 20 | to focus on the documents that have been produced |
| 10:55:48 | 21 | by the parties in the case. |
| 10:55:50 | 22 | Did you pose the question to counsel |
| 10:55:53 | 23 | whether they had given you all of the relevant |
| 10:55:55 | 24 | documents? |

68

Fisher

| | | |
|---|---|---|
| 10:56:03 | 1 | A. Sitting here today, I can't recall if |
| 10:56:05 | 2 | there was ever a moment where I asked that specific |
| 10:56:07 | 3 | question. But we had conversations in an ongoing |
| 10:56:12 | 4 | way about which documents are relevant to the kinds |
| 10:56:16 | 5 | of questions I was asking. |
| 10:56:18 | 6 | Q. Would you agree with me that an |
| 10:56:25 | 7 | important part of this was -- really a fascinating |
| 10:56:25 | 8 | story -- is the events the first two months of |
| 10:56:30 | 9 | 1903, the settlement and the resolution and the |
| 10:56:34 | 10 | lease? |
| 10:56:40 | 11 | A. The events of the first two months of |
| 10:56:42 | 12 | 1903 are certainly an important piece of this |
| 10:56:46 | 13 | larger story. |
| 10:56:47 | 14 | Q. What did you do to ensure that you got |
| 10:56:50 | 15 | all of the documents in CSI's possession about |
| 10:56:55 | 16 | those events, if anything? |
| 10:57:03 | 17 | A. Again, I don't recall a specific |
| 10:57:25 | 18 | moment when I asked them that question. But we |
| 10:57:27 | 19 | were in constant communication over the course of |
| 10:57:32 | 20 | four months now about how we could possibly turn up |
| 10:57:38 | 21 | any relevant documents. And they were always |
| 10:57:44 | 22 | exceedingly willing and ready to provide the |
| 10:57:46 | 23 | documentation that they had in their possession, to |
| 10:57:49 | 24 | the best of my knowledge, that would be relevant to |

69

Fisher

| | | |
|---|---|---|
| 10:57:52 | 1 | the specific questions that I was asking. |
| 10:57:54 | 2 | Q. So you would have expected them to |
| 10:57:56 | 3 | give you all the documents they had about those |
| 10:57:58 | 4 | events, correct? |
| 10:58:00 | 5 | A. I would have expected them to give me |
| 10:58:01 | 6 | the documents that they believed were relevant to |
| 10:58:05 | 7 | the specific questions that I was asked to address. |
| 10:58:08 | 8 | Q. Let me go back to page 50 again. You |
| 10:58:13 | 9 | say in sum, "Jewish synagogues need very specific |
| 10:58:17 | 10 | religious objects in order to function as |
| 10:58:19 | 11 | legitimate houses of worship. These include the |
| 10:58:21 | 12 | books of the law and the accompanying finials, as |
| 10:58:25 | 13 | the examples given above make clear." |
| 10:58:27 | 14 | Is it your testimony that if a |
| 10:58:29 | 15 | synagogue doesn't have finials, doesn't have |
| 10:58:32 | 16 | rimmonim, it's not a legitimate house of worship? |
| 10:58:35 | 17 | A. I was not asked to make definitive |
| 10:58:38 | 18 | pronouncements on issues of Jewish law. But I was |
| 10:58:42 | 19 | asked to evaluate the documents under |
| 10:58:46 | 20 | consideration, and using the wider context of what |
| 10:58:49 | 21 | was happening in the 1890s, to try to understand |
| 10:58:52 | 22 | the concerns of people on the ground and to |
| 10:58:57 | 23 | understand what was at stake in the use of the |
| 10:59:02 | 24 | Touro Synagogue. |

18  (Pages 66 to 69)

70

Fisher

```
0:59:03   2    Q.  Okay, sir.  Just answer my question.
0:59:05   3    Don't give me a speech.
0:59:08   4        MR. WAGNER:  Can you repeat the
0:59:09   5    question?
0:59:25   6        (Record read.)
0:59:26   7    A.  My testimony is that the actions of
0:59:27   8    the people in the 1890s reflect a concern that
0:59:31   9    seems to indicate that rimmonim were central to the
0:59:33  10    functioning of, at least in this case, the
0:59:38  11    synagogue under consideration.
0:59:40  12    Q.  So does that mean if they didn't have
0:59:42  13    rimmonim, their services were illegitimate?
0:59:46  14    A.  The correspondence and actions of
0:59:59  15    people on the ground seemed to indicate that they
1:00:01  16    felt that the presence of synagogue appurtenances
1:00:07  17    were important to the functioning of their
1:00:07  18    synagogue.
1:00:09  19    Q.  Sir, I'm not asking people on the
1:00:11  20    ground, I'm not asking important.  I'm asking for
1:00:13  21    your view.  I'm entitled to an answer.
1:00:16  22        Is it your view that if a synagogue in
1:00:23  23    1903 did not have rimmonim, it was illegitimate?
1:00:28  24    A.  My report is a full -- a reflection of
1:00:37  25    the documents that I've read.  And it is my
```

71

Fisher

```
11:00:42   2    assessment that the people on the ground felt that
11:00:45   3    these things were important to --
11:00:47   4    Q.  You're just repeating -- are you able
11:00:49   5    to answer my question or no?  Are you able to --
11:00:51   6        MR. SOLOMON:  Anything you want to add
11:00:53   7    to the answers that you've made, you
11:00:56   8    may --
11:00:56   9        THE WITNESS:  I don't believe so, no.
11:00:57  10    Q.  Now, do you know when CSI was founded?
11:01:08  11    A.  Well, 1654 is given as the sort of
11:01:13  12    traditional date of the entrance of Jews into New
11:01:17  13    York City.
11:01:17  14    Q.  And are you aware they didn't have
11:01:20  15    rimmonim until the 1730s?  Are you aware of that?
11:01:29  16    A.  I have not come across anything that
11:01:31  17    would have indicated that either way.
11:01:32  18    Q.  Really?  Did you read Vivian Mann's
11:01:35  19    report?
11:01:40  20    A.  I did read Vivian Mann's report.
11:01:42  21    Q.  Doesn't she say that in her report?
11:01:47  22    A.  Do you have a copy of the report for
11:01:48  23    me?
11:02:18  24        (Fisher Exhibit 4, expert report of
11:02:18  25    Dr. Vivian Mann dated 11/24/14, marked
```

72

Fisher

```
11:02:20   2    for identification, as of this date.)
11:02:20   3    Q.  Can you turn to page 8.  And do you
11:02:31   4    see she says under Roman Numeral VII, "At the time
11:02:34   5    of this first loan," which I think is 1760, "CSI
11:02:38   6    could not have provided silver finials to accompany
11:02:41   7    the scrolls since the congregation owned only one
11:02:45   8    pair that was donated to it in the late 1730s."
11:02:46   9        Do you see that?
11:02:49  10    A.  I do see that.
11:02:50  11    Q.  Is it your testimony that before 1730,
11:02:53  12    CSI's services were illegitimate?
11:03:01  13    A.  I was not asked to make pronouncements
11:03:05  14    on the legitimacy of CSI prior to --
11:03:07  15    Q.  I wasn't asking whether you were
11:03:09  16    asked.  But my question, were the services before
11:03:13  17    illegitimate?
11:03:17  18    A.  Nothing I have read seems to indicate
11:03:18  19    that in the 1730s or any time prior, CSI was
11:03:24  20    considered to be illegitimate.
11:03:27  21    Q.  Now, if my service that I go to
11:03:39  22    doesn't use rimmonim, is there something wrong with
11:03:43  23    that service?
11:03:49  24    A.  I wasn't asked to make pronouncements
11:03:53  25    on contemporary services that you might attend that
```

73

Fisher

```
11:03:57   2    were --
11:03:57   3    Q.  I know you were not asked the
11:03:59   4    questions that I'm asking you now.  But I'm
11:04:01   5    entitled to ask them, the same way he gets to ask
11:04:05   6    questions of my witness if I have one.
11:04:07   7        So can you answer that question?  Is
11:04:10   8    my service illegitimate if I don't use rimmonim?
11:04:13   9    A.  I don't know.  I'm not entirely sure
11:04:17  10    that, given more -- without having more information
11:04:21  11    and more context, that I would be in a position,
11:04:25  12    sitting here today, to make that pronouncement.
11:04:26  13    Q.  Because you don't even know how many
11:04:31  14    times rimmonim are used during the course of a week
11:04:31  15    at a Jewish service, do you?
11:04:44  16    A.  Again, from what I've seen, thinking
11:04:46  17    about the 21st century, no, I do not know precisely
11:04:51  18    how many times I think it -- the -- possibly maybe
11:04:57  19    varied --
11:04:58  20    Q.  You don't know how many times rimmonim
11:04:59  21    were used in a service in 1903, do you?
11:05:10  22    A.  In a service?
11:05:11  23    Q.  Yes, in a service.
11:05:12  24    A.  Well, I said before that they were
11:05:14  25    carried in on top of the books of the law within
```

19 (Pages 70 to 73)

74

|  |  |
|---|---|
| | Fisher |
| 11:05:17 | 1 one service. |
| 11:05:17 | 2 Q. Do you know how many times rimmonim |
| 11:05:20 | 3 were used in the course of a week in the synagogue, |
| 11:05:25 | 4 or is that beyond your expertise? |
| 11:05:27 | 5 A. I think we covered this earlier and I |
| 11:05:30 | 6 said, sitting here today, I don't recollect having |
| 11:05:35 | 7 come across an answer to that question. |
| 11:05:37 | 8 Q. Now, if a synagogue is poor, and they |
| 11:05:44 | 9 can't afford silver, is it an illegitimate service? |
| 11:05:51 | 10 A. Again, it's not in my place to |
| 11:05:52 | 11 pronounce what they are not -- today, or in |
| 11:05:58 | 12 specific instances that you're talking about, |
| 11:06:03 | 13 whether that is the case. The report reflects what |
| 11:06:08 | 14 other historians have been saying about the use of |
| 11:06:12 | 15 synagogue appurtenances. And the report reflects |
| 11:06:17 | 16 the concerns of people on the ground and their |
| 11:06:19 | 17 desire for these appurtenances. |
| 11:06:21 | 18 Q. Okay. You don't have to give that |
| 11:06:23 | 19 speech every time. I just asked a question. If a |
| 11:06:25 | 20 synagogue is too poor to afford rimmonim, is their |
| 11:06:31 | 21 service illegitimate in your eyes? |
| 11:06:34 | 22 A. I don't know. I don't know that I |
| 11:06:45 | 23 have enough of context information to answer that |
| 11:06:47 | 24 question. |


74

```
                          Fisher
11:05:17   1   one service.
11:05:17   2       Q. Do you know how many times rimmonim
11:05:20   3   were used in the course of a week in the synagogue,
11:05:25   4   or is that beyond your expertise?
11:05:27   5       A. I think we covered this earlier and I
11:05:30   6   said, sitting here today, I don't recollect having
11:05:35   7   come across an answer to that question.
11:05:37   8       Q. Now, if a synagogue is poor, and they
11:05:44   9   can't afford silver, is it an illegitimate service?
11:05:51  10       A. Again, it's not in my place to
11:05:52  11   pronounce what they are not -- today, or in
11:05:58  12   specific instances that you're talking about,
11:06:03  13   whether that is the case. The report reflects what
11:06:08  14   other historians have been saying about the use of
11:06:12  15   synagogue appurtenances. And the report reflects
11:06:17  16   the concerns of people on the ground and their
11:06:19  17   desire for these appurtenances.
11:06:21  18       Q. Okay. You don't have to give that
11:06:23  19   speech every time. I just asked a question. If a
11:06:25  20   synagogue is too poor to afford rimmonim, is their
11:06:31  21   service illegitimate in your eyes?
11:06:34  22       A. I don't know. I don't know that I
11:06:45  23   have enough of context information to answer that
11:06:47  24   question.
```

75

```
                          Fisher
11:06:48   2       Q. And again, the historians you used are
11:06:55   3   Goldberg and Rayner.
11:06:56   4       A. One of the historians. Some of the
11:06:59   5   historians.
11:06:59   6       Q. We'll come to the heart of your report
11:07:01   7   later. Let's move on.
11:07:04   8       Who wrote your report?
11:07:10   9       A. I did.
11:07:10  10       Q. And do you stand by the report?
11:07:18  11       A. I stand by what I wrote as of the
11:07:22  12   dating of the report and the evidence that I had in
11:07:25  13   front of me, as of November 24th, 2014.
11:07:27  14       Q. Who, if anyone, reviewed the report?
11:07:43  15       A. I was in conversation with counsel to
11:07:45  16   CSI about the report.
11:07:46  17       Q. Did they review drafts?
11:07:48  18       A. As I recall, they would have seen
11:08:05  19   my -- a version of this prior to the final
11:08:08  20   submission.
11:08:08  21       Q. How many versions were there before
11:08:10  22   the final?
11:08:11  23       A. I don't recall precisely.
11:08:22  24       Q. More than five?
11:08:31  25       A. Possibly.
```

76

```
                          Fisher
11:08:32   2       Q. More than ten?
11:08:37   3       A. I don't recall, but I highly doubt it.
11:08:39   4       Q. Did counsel edit the report at all?
11:08:54   5       A. There was input regarding line edits
11:08:59   6   and fact checking.
11:08:59   7       Q. Did you personally fact-check
11:09:03   8   everything in the report?
11:09:04   9       A. I personally went through and -- every
11:09:14  10   quotation, went back to try to ensure the greatest
11:09:17  11   degree of accuracy and to try to make sure that the
11:09:22  12   citations were correct.
11:09:27  13       Q. And are all the citations correct?
11:09:50  14       A. To the best of my knowledge, yes.
11:09:52  15   There was one that I came across recently that I
11:09:56  16   think I had misquoted something. But that was a
11:10:02  17   very small piece of this.
11:10:05  18       Q. Are all the words in the report your
11:10:08  19   words?
11:10:08  20       A. I'm not sure that I could remember
11:10:33  21   precisely in the line editing process if some words
11:10:38  22   were introduced that are not mine. But I was
11:10:42  23   concerned to make this report reflect my own voice
11:10:47  24   and sensibilities and process.
11:10:49  25       Q. Did counsel draft any portion of the
```

77

```
                          Fisher
11:10:52   2   report?
11:10:54   3       A. Counsel did not give me or insert
11:11:01   4   anything of substance, of substantial length.
11:11:08   5   Again, I can't recall precisely what happened in
11:11:12   6   the copyediting phase. There might have been turns
11:11:16   7   of phrases.
11:11:18   8       Q. When you say "of substantial length,"
11:11:20   9   what do you mean? How many pages is that?
11:11:22  10       MR. SOLOMON: Objection to the form.
11:11:22  11       A. That was not pages.
11:11:25  12       Q. Okay, you can answer.
11:11:27  13       A. We're not talking about pages. We're
11:11:28  14   talking about words.
11:11:29  15       Q. Well, how do you define "substantial"
11:11:33  16   then?
11:11:34  17       A. A sentence.
11:11:36  18       Q. So there's no -- are there any full
11:11:40  19   sentences that came from counsel?
11:12:06  20       A. Again, sitting here thinking about the
11:12:09  21   copyediting process, no single sentence jumps out
11:12:14  22   to me as being wholly written or given by counsel.
11:12:19  23       Q. What about the punctuation, is that
11:12:22  24   all yours?
11:12:27  25       A. To the best of my knowledge, the
```

20  (Pages 74 to 77)

78

Fisher

1:12:28  2  punctuation is my own.

1:12:30  3      Q.  Are the ellipses yours?

1:12:33  4      A.  Do you have specific examples?

1:12:38  5      Q.  I will.  But do you remember whether

1:12:40  6  they were all yours?

1:12:46  7      A.  Again, sitting here, thinking about

1:12:48  8  the copyediting process, I used ellipses in my own

1:12:54  9  writing sometimes, and I don't recall either way

1:12:58  10  whether the ellipses, without you pointing them to

1:13:01  11  me, pointing them out to me, is specifically --

1:13:07  12      Q.  Would you agree with me that it's bad

1:13:09  13  historical method to use ellipses to change the

1:13:12  14  meaning of a sentence?

1:13:17  15      A.  Ellipses are used by historians all

1:13:18  16  the time.  It depends on how they are used.

1:13:20  17      Q.  Just answer the question.

1:13:21  18      A.  It depends on the context, it depends

1:13:23  19  on the quotation.  But generally speaking, it's

1:13:39  20  good to understand the full context of a quote from

1:13:43  21  which it emerged.

1:13:44  22      Q.  Do you believe that reasonable minds

1:13:46  23  could differ as to the conclusions that you reach?

1:13:52  24      A.  It depends on the specific conclusions

1:13:54  25  that you're talking about.

79

Fisher

1:13:55  2      Q.  Well, the conclusions that CSI owns

1:13:58  3  the rimmonim.  Do you believe reasonable minds

1:14:00  4  could differ?

1:14:04  5      A.  At some level, disagreement is part of

1:14:08  6  the historical profession.

1:14:09  7      Q.  So is that another way of saying that

1:14:11  8  reasonable minds can differ?

1:14:12  9      A.  I'm not quite done yet.  But in this

1:14:15  10  particular case, the evidence seemed to be so

1:14:18  11  overwhelming in one direction that this was not

1:14:22  12  simply a matter of me sitting down with any kind of

1:14:27  13  foregone conclusion and interpreting documents

1:14:31  14  simply through the lens of a particular desired

1:14:35  15  outcome.

1:14:35  16      It was actually the whole course of

1:14:40  17  looking at these documents leaned so heavily in one

1:14:43  18  direction that I truly believe that most of my

1:14:49  19  colleagues in the field who would sit down with the

1:14:53  20  same documents would come to similar conclusions.

1:14:57  21      Q.  Would you stake your reputation on

1:15:01  22  this report?

1:15:04  23      MR. SOLOMON:  I object to the form of

1:15:05  24  the question.

1:15:05  25      Q.  You can answer.

80

Fisher

11:15:19  2      A.  In some ways, everything that I write

11:15:23  3  puts me out there in a certain way and my

11:15:27  4  reputation is at stake at least partially.  In the

11:15:33  5  academic world, there's a double-blind review

11:15:36  6  process that helps to ensure the kinds of things

11:15:43  7  that historians say are indeed true.  And I would

11:15:50  8  feel no differently about this document, that is to

11:15:53  9  say that submitting it to a double-blind review

11:15:57  10  process would reveal, I think, its careful use of

11:16:04  11  sources and careful documentation.

11:16:06  12      Q.  You have in your report Exhibit B,

11:16:11  13  which is a list of material.  Is that the entire

11:16:14  14  universe of documents produced by the parties that

11:16:17  15  you looked at?

11:16:22  16      A.  You're referring to section A of --

11:16:25  17      Q.  Of the discovery materials.

11:16:29  18      A.  Right.  To the best of my knowledge,

11:16:32  19  this is the entirety of the documents that were

11:16:37  20  presented to me through counsel for CSI but

11:16:39  21  produced by both parties, CJI and CSI, upon which

11:16:44  22  this document is based.

11:16:45  23      Q.  And do you believe you looked, you

11:16:47  24  have looked at a complete record?

11:16:48  25      A.  Very -- in very view cases do

81

Fisher

11:17:00  2  historians ever feel like they have looked at

11:17:03  3  everything that is possibly out there.  When

11:17:10  4  possible, it is nice to look at all available

11:17:13  5  evidence.  That is the most ideal scenario.

11:17:16  6      Q.  Do you believe you've looked at all,

11:17:17  7  let's say, all reasonably available evidence?

11:17:26  8      A.  It depends how you define "reasonably

11:17:29  9  available."  I have looked at what was given to me

11:17:33  10  by counsel to CSI, and within reason, I have

11:17:39  11  conducted independent investigation on the

11:17:45  12  secondary and primary material that is available

11:17:48  13  and relevant from this time period to this case.

11:17:51  14      It doesn't mean that there is nothing

11:17:53  15  else out there.  And I'd be happy to discuss

11:17:57  16  additional evidence.  I think my report pretty

11:18:00  17  clearly says that I'm open to alternate -- strike

11:18:10  18  that.  The report clearly says that I am open to

11:18:14  19  testimony from the other side, expert testimony in

11:18:17  20  particular, which has not been received.

11:18:20  21      So the report is based upon what was

11:18:23  22  given to us, given to me by both parties and based

11:18:30  23  upon what I also found myself.

11:18:33  24      Q.  If an employee of CSI had prepared a

11:18:36  25  memorandum concerning the rimmonim based on the

21  (Pages 78 to 81)

82

Fisher

11:18:40    2   archives of Spanish-Portuguese Synagogue, is that
11:18:45    3   something you would have wanted to see?
11:18:49    4       A. It depends which time period you're
11:18:51    5   talking about, and --
11:18:52    6       Q. The entire time period.  Covering the
11:18:57    7   same subjects that you covered.  Is that something
11:18:59    8   you would have wanted to see?
11:19:00    9       A. Within the same time period?
11:19:02   10       Q. Yes.
11:19:02   11       A. The 1880s, 1890s?
11:19:04   12       Q. Yes.  19 -- early 1950s, lease,
11:19:09   13   1937 -- is that something you would have wanted to
11:19:11   14   see?
11:19:11   15       MR. SOLOMON:  The question is
11:19:13   16   misleading.  He's asking you when was the
11:19:15   17   document prepared.
11:19:16   18       MR. WAGNER:  No, I don't think he's
11:19:17   19   asking that.
11:19:17   20       MR. SOLOMON:  Yes, he is, and you're
11:19:20   21   misleading him by suggesting that's when
11:19:23   22   the document was prepared.  I object to
11:19:24   23   the form of the question.
11:19:24   24       Q. If a CSI employee prepared a
11:19:28   25   memorandum after this dispute began that traces the

83

Fisher

11:19:32    2   rimmonim during the same time period that you trace
11:19:35    3   the rimmonim, is that something you would have
11:19:37    4   wanted to see?
11:19:38    5       A. So you're talking about a CSI employee
11:19:42    6   post-2012.
11:19:43    7       Q. In 2012.
11:19:44    8       A. In 2012.
11:19:45    9       Q. Yes.
11:19:46   10       A. Tracing back this history.  If the
11:19:50   11   report was based upon historical documents and
11:19:55   12   documentation, and depending on its contents and
11:20:06   13   its findings, it's possible that it would have been
11:20:14   14   relevant but, without seeing it, I can't say either
11:20:17   15   way.
11:20:17   16       Q. And if there were differences between
11:20:19   17   what's in that document and what's in your report,
11:20:22   18   would that concern you?
11:20:35   19       A. The historical enterprise is all about
11:20:38   20   assessing different kinds of evidence and making
11:20:42   21   judgments and arguments based upon them.  And so
11:20:46   22   the introduction of any one particular document
11:20:49   23   into this case would be handled as any other
11:20:53   24   document.  It would be assessed along with
11:20:58   25   everything else, and I would try to understand it

84

Fisher

11:21:01    2   within its context of production, as well as
11:21:05    3   understand how it might influence or shape the
11:21:09    4   conclusions I drew and the rest of the evidence
11:21:13    5   within the report.
11:21:14    6       No single piece of evidence is ever
11:21:15    7   considered in isolation.
11:21:20    8       Q. Can you give me -- I know this may be
11:21:23    9   hard -- but in four or five sentences, what does a
11:21:26   10   historian do?
11:21:51   11       A. The most basic level is, a historian
11:21:53   12   tries to understand the past, tries to understand
11:21:57   13   the people, places and events and most importantly,
11:22:01   14   in their particular context.
11:22:04   15       Q. What did you understand your
11:22:05   16   assignment in this case to be?
11:22:10   17       A. I think I laid that out pretty clearly
11:22:11   18   in my report.  In the first couple of --
11:22:14   19       Q. Can tell me in your own words
11:22:17   20   generally what your assignment was?
11:22:23   21       A. I was asked by counsel to CSI to,
11:22:28   22   using the standards of my profession, to evaluate
11:22:33   23   the question of the continuity between the colonial
11:22:39   24   era CYI, and the current post-1893-1894 CJI.  That
11:22:49   25   was one part of it.

85

Fisher

11:22:51    2       The second part was to try to
11:22:54    3   understand the full contextual range of the use of
11:22:59    4   the word "appurtenances" and "paraphernalia" and
11:23:06    5   other parallel phrases.
11:23:07    6       Q. Had you ever looked at those terms
11:23:09    7   before?
11:23:28    8       A. To the best of my recollection,
11:23:32    9   sitting here today, I cannot recall ever having
11:23:37   10   undertaken as much of an in-depth study on those
11:23:41   11   particular words.
11:23:42   12       Q. Now, were you supposed to look at all
11:23:44   13   the evidence objectively?
11:23:56   14       A. The role of a historian is to look at
11:23:58   15   evidence in context, and without predetermining the
11:24:05   16   uses of those documents or any particular outcome.
11:24:10   17       Q. Were you supposed to cite all the
11:24:12   18   evidence pro and con?
11:24:16   19       A. I would say two things:  First of all,
11:24:31   20   in the context of my role as a historian, it is not
11:24:35   21   always the case that when one is writing and
11:24:39   22   publishing on particular topics, that you have
11:24:42   23   either the room, the time, or the need to present
11:24:47   24   each and every counterargument or alternate
11:24:52   25   possible interpretation.

22  (Pages 82 to 85)

86

Fisher

1:24:54  2      And in this particular case, it was
1:24:58  3  not charged to me in particular to spend space and
1:25:04  4  time on evaluating and presenting alternate
1:25:10  5  possible positions, although this is something that
1:25:17  6  came up, certainly, and as a historian, possible
1:25:26  7  interpretations to the contrary, are of interest to
1:25:31  8  me.
1:25:31  9      Q. So let me just, so what you did was,
1:25:33  10  you marshalled the evidence and presented it in
1:25:38  11  favor of CSI's position, correct?
1:25:40  12      MR. SOLOMON: Object to the form. It
1:25:41  13  misstates his testimony.
1:25:42  14      Q. You can answer.
1:25:47  15      A. I don't think that you're reflecting
1:25:48  16  what I just said accurately.
1:25:49  17      Q. Okay. Did you marshal the evidence,
1:25:51  18  all of the evidence that you gathered in favor of
1:25:53  19  CSI?
1:25:54  20      A. What I did was look at the evidence
1:26:00  21  that was presented to me and conduct my own
1:26:03  22  independent investigation whenever reasonably
1:26:06  23  possible to make sure that the conclusions I
1:26:10  24  reached were firmly rooted in the documents that
1:26:13  25  were available and best reflected the kinds of

87

Fisher

1:26:19  2  concerns and issues that were at stake for the
1:26:23  3  people in this time period that I was writing
1:26:25  4  about.
1:26:25  5      Q. Did you present any contrary evidence
1:26:27  6  in your report?
1:27:10  7      (Witness perusing document.)
1:27:17  8      A. There are places within the report at
1:27:21  9  which I hint at alternate understandings and
1:27:29  10  interpretations.
1:27:29  11      Q. Okay. Where is that?
1:27:42  12      MR. SOLOMON: So you want him to page
1:27:44  13  through and give you every one --
1:27:45  14      MR. WAGNER: We can start with one.
1:27:50  15      A. I would say generally that any time
1:27:53  16  you see words like "possibly," or "maybe" is a
1:27:58  17  concession in that direction. But I will give you
1:28:00  18  a specific example.
1:28:02  19      Q. Okay, please do.
1:28:04  20      A. So on page 21, footnote 70, this is
1:28:11  21  related to the question of the name change. The
1:28:15  22  original name that the congregation in Newport, one
1:28:21  23  of two that was vying for recognition, first called
1:28:26  24  themselves Congregation Yeshuat Israel with a Y,
1:28:31  25  the same exact name and spelling as the colonial

88

Fisher

1:28:34  2  era congregation. And then I point out that the
1:28:39  3  actual charter that was given to them by the State
1:28:42  4  of Rhode Island in 1949 -- 1894, excuse me,
1:28:50  5  actually reflected a slight modification in the use
1:28:54  6  of a J instead of a Y. And in the footnote on page
1:29:01  7  70, I say -- if I could just read it to you,
1:29:05  8  footnote 70 essentially cites an instance in which,
1:29:13  9  see, before the official name change to CJI, the
1:29:20  10  Newport congregation uses that alternate spelling
1:29:24  11  themselves.
1:29:25  12      So that's just one example of the way
1:29:27  13  in which I was incorporating evidence that didn't
1:29:35  14  quite fit, perhaps, or...
1:29:39  15      Q. Did you cite in your report instances
1:29:41  16  where CSI called Congregation Jeshuat Israel,
1:29:47  17  Congregation Yeshuat Israel?
1:30:22  18      A. Without reading through the entire
1:30:24  19  report for that specific question, sitting here
1:30:26  20  right now, I don't recall an instance of either
1:30:29  21  including or excluding that particular point.
1:31:03  22      MR. WAGNER: Let's mark this.
1:31:05  23      (Fisher Exhibit 5, copy of handwritten
1:31:05  24  receipt dated 3/1/03, Bates numbered
1:31:05  25  CSI5411, marked for identification, as

89

Fisher

1:31:29  2  of this date.)
1:31:29  3      Q. Now, sir, this document was not on
1:31:31  4  your list of documents reviewed. Have you seen it
1:31:33  5  before?
1:32:03  6      A. I have not seen it before, to the best
1:32:05  7  of my recollection.
1:32:07  8      Q. Now, did you cite in your report
1:32:13  9  instances where CSI referred to the original
1:32:25  10  congregation in Newport as CJI?
1:32:46  11      A. Again, sitting here right now without
1:32:48  12  reading through it line by line looking for that
1:32:50  13  particular answer, I do not recall either citing or
1:32:55  14  omitting such an instance.
1:32:58  15      MR. WAGNER: Let's mark this as the
1:33:00  16  next exhibit.
1:33:01  17      MR. SOLOMON: Six?
1:33:02  18      MR. WAGNER: Six.
1:33:02  19      (Fisher Exhibit 6, two-page
1:33:02  20  handwritten document, Bates numbered
1:33:02  21  CSI4582 and 45823, marked for
1:33:03  22  identification, as of this date.)
1:33:03  23      Q. Sir, have you seen this document
1:33:27  24  before?
1:34:41  25      (Witness perusing document.)

23  (Pages 86 to 89)

90

Fisher

| | | |
|---|---|---|
| 11:34:44 | 2 | A. I believe I have seen this document |
| 11:34:45 | 3 | before. |
| 11:34:45 | 4 | Q. And do you see the very beginning, as |
| 11:34:48 | 5 | a matter of fact, you cite this document in your |
| 11:34:50 | 6 | report, right? |
| 11:34:50 | 7 | A. I believe so, yes. |
| 11:34:52 | 8 | Q. Okay, the first sentence says, "The |
| 11:34:54 | 9 | congregation Shearith Israel Spanish-Portuguese of |
| 11:34:58 | 10 | NY among whose members of descendants of those who |
| 11:35:02 | 11 | founded the Congregation Jeshuat Israel of Newport, |
| 11:35:05 | 12 | Rhode Island, who purchased the land for a cemetery |
| 11:35:07 | 13 | in the City of Newport," I don't know, "For the |
| 11:35:12 | 14 | site of a synagogue and who erected thereon a holy |
| 11:35:16 | 15 | place of worship," do you see that? |
| 11:35:18 | 16 | A. I do, yes. |
| 11:35:18 | 17 | Q. And you didn't cite that sentence in |
| 11:35:20 | 18 | your report, did you? |
| 11:35:23 | 19 | A. To the best of my knowledge, I did not |
| 11:35:33 | 20 | cite, that sentence in my report. |
| 11:35:36 | 21 | MR. WAGNER: Mark this as the next |
| 11:35:38 | 22 | exhibit. |
| 11:35:40 | 23 | (Fisher Exhibit 7, excerpt from |
| 11:35:40 | 24 | book, Morris A. Gustein, "The Story of |
| 11:35:40 | 25 | the Jews of Newport," published 1936, |

91

Fisher

| | | |
|---|---|---|
| 11:35:40 | 2 | marked for identification, as of this |
| 11:36:17 | 3 | date.) |
| 11:36:17 | 4 | Q. You cited this in your report, didn't |
| 11:36:19 | 5 | you? |
| 11:36:19 | 6 | A. Yes. I believe I did. |
| 11:36:21 | 7 | Q. Now, when you cited this document, did |
| 11:36:22 | 8 | you include in your report all of the material from |
| 11:36:25 | 9 | this article that contradicts your opinion? |
| 11:36:31 | 10 | MR. SOLOMON: Other than citing the |
| 11:36:33 | 11 | article, did he quote the entire article |
| 11:36:36 | 12 | in his report? |
| 11:36:37 | 13 | MR. WAGNER: No, not the entire — I |
| 11:36:39 | 14 | admit that not every piece of the article |
| 11:36:42 | 15 | supports us. |
| 11:36:43 | 16 | A. It's actually a book, yes. |
| 11:36:45 | 17 | Q. I'm sorry, a book. Mr. Jacoby knows |
| 11:36:48 | 18 | this case better than anybody. Maybe not as well |
| 11:36:51 | 19 | as Ed Solomon. |
| 11:36:52 | 20 | A. That's an important thing, because |
| 11:36:53 | 21 | it's actually a sizeable book, and it would not be |
| 11:36:59 | 22 | relevant to cite everything in this book. |
| 11:37:02 | 23 | Q. So what you did was, you pulled out of |
| 11:37:04 | 24 | the book the pieces that supported your opinions, |
| 11:37:08 | 25 | right? |

92

Fisher

| | | |
|---|---|---|
| 11:37:09 | 2 | MR. SOLOMON: Object to the form. |
| 11:37:11 | 3 | Misstates his testimony. |
| 11:37:12 | 4 | MR. WAGNER: Well, I'm asking that. |
| 11:37:13 | 5 | Q. Is that what you did? |
| 11:37:16 | 6 | A. That is not what any historian sets |
| 11:37:19 | 7 | out to do. A historian reads within the context of |
| 11:37:25 | 8 | other documentation, other sources, and then |
| 11:37:30 | 9 | approaches a source wanting to know broader |
| 11:37:37 | 10 | contextual issues, and in some ways trying to track |
| 11:37:40 | 11 | down individual people or names or movements within |
| 11:37:43 | 12 | a given book. |
| 11:37:45 | 13 | Q. Did you choose specific pieces of this |
| 11:37:47 | 14 | book to cite? |
| 11:37:48 | 15 | A. Every historian always chooses |
| 11:37:51 | 16 | specific — |
| 11:37:52 | 17 | Q. I'm not asking what every historian — |
| 11:37:55 | 18 | I'm asking what you did. If I wanted to ask you |
| 11:37:57 | 19 | what every historian did, I would ask that. Please |
| 11:38:00 | 20 | answer my questions. |
| 11:38:01 | 21 | Did you choose pieces of this book to |
| 11:38:03 | 22 | cite? |
| 11:38:05 | 23 | A. Since it's not possible to cite |
| 11:38:07 | 24 | everything in every article or book, of course. |
| 11:38:10 | 25 | That's a very natural way that I always operate. |

93

Fisher

| | | |
|---|---|---|
| 11:38:14 | 2 | You select things from a book or article to cite |
| 11:38:18 | 3 | that seem relevant to the issues at hand. |
| 11:38:20 | 4 | Q. And you made decisions about what to |
| 11:38:23 | 5 | cite and put in your report, correct? |
| 11:38:27 | 6 | A. Because it's not possible to cite the |
| 11:38:29 | 7 | entire book, decisions always have to be made about |
| 11:38:32 | 8 | what to include. |
| 11:38:32 | 9 | Q. But if something contradicted your |
| 11:38:35 | 10 | conclusions from this book, would it have been |
| 11:38:39 | 11 | appropriate to cite it? |
| 11:38:43 | 12 | A. It depends on the relevance of what |
| 11:38:45 | 13 | was being stated. And if you have something in |
| 11:38:48 | 14 | particular you want to look at, I'm happy to do so. |
| 11:38:51 | 15 | Q. What if the statement was that CJI was |
| 11:38:54 | 16 | the legal successor to CSI, is that something |
| 11:38:57 | 17 | that's important in this case? |
| 11:38:58 | 18 | A. Can we look the at where it says that? |
| 11:39:01 | 19 | Q. Just tell me, is that an important |
| 11:39:02 | 20 | issue in this case? |
| 11:39:03 | 21 | MR. SOLOMON: It's an incomprehensible |
| 11:39:05 | 22 | question — |
| 11:39:05 | 23 | Q. Is it important in this case — |
| 11:39:05 | 24 | MR. SOLOMON: Even you didn't intend. |
| 11:39:08 | 25 | So let's have the question read back. |

24 (Pages 90 to 93)

94

Fisher

| | | |
|---|---|---|
| 1:39:09 | 2 | Q. Is it important in the issue in this |
| 1:39:12 | 3 | case whether CJI is the legal successor of CSI? |
| 1:39:19 | 4 | MR. SOLOMON: You did it again. |
| 1:39:20 | 5 | Q. You can answer. |
| 1:39:26 | 6 | THE WITNESS: Can you read back the |
| 1:39:27 | 7 | question again? |
| 1:39:37 | 8 | (Record read.) |
| 1:39:38 | 9 | MR. WAGNER: Yes, I'll -- |
| 1:39:40 | 10 | Q. -- is it an important issue in this |
| 1:39:42 | 11 | case whether CJI is the legal successor of CSI? |
| 1:39:47 | 12 | A. It is one of the important questions |
| 1:39:49 | 13 | that this report deals with, and that I tried to |
| 1:39:51 | 14 | address in this particular case. |
| 1:39:52 | 15 | Q. You and I both screwed up. |
| 1:39:56 | 16 | MR. SOLOMON: No, you screwed up and |
| 1:39:57 | 17 | then you misled him, despite the number of |
| 1:40:00 | 18 | times I told you. |
| 1:40:00 | 19 | MR. WAGNER: Well, he's got a Ph.D. |
| 1:40:02 | 20 | from Harvard. I'm not at that level. He |
| 1:40:07 | 21 | may be at that level. He has a Harvard |
| 1:40:10 | 22 | degree. |
| 1:40:10 | 23 | Q. Is it an important question in this |
| 1:40:12 | 24 | case whether CJI is a legal successor of CYI? |
| 1:40:16 | 25 | A. The question of whether or not CJI is |

95

Fisher

| | | |
|---|---|---|
| 1:40:37 | 2 | the legal successor to CYI is one of the pieces |
| 1:40:42 | 3 | that is relevant to this case that I tried to |
| 1:40:44 | 4 | address in my document. |
| 1:40:47 | 5 | Q. Okay. Let me stop you for a second. |
| 1:40:50 | 6 | Do you know why that question is important? |
| 1:41:06 | 7 | A. There are several reasons why I think |
| 1:41:08 | 8 | that question is important. And it depends from |
| 1:41:11 | 9 | whom -- whose perspective you're looking at. The |
| 1:41:17 | 10 | answer to that question might look different in |
| 1:41:19 | 11 | 2014 than it did in 1882 or '83, for example. |
| 1:41:23 | 12 | Q. Well, let me just, in the context of |
| 1:41:26 | 13 | this case, do you have an understanding whether and |
| 1:41:28 | 14 | why that question is important? |
| 1:41:46 | 15 | A. From the documents I've seen in the |
| 1:41:47 | 16 | 1880s, for example, the question of continuity was |
| 1:41:55 | 17 | discussed and contested for reasons of ritual |
| 1:42:01 | 18 | authenticity of blood lineage, of trustworthiness, |
| 1:42:17 | 19 | whether or not those people were known to other |
| 1:42:19 | 20 | individuals who were related to original CYI |
| 1:42:22 | 21 | members -- |
| 1:42:22 | 22 | Q. Let me stop you for a second, and I |
| 1:42:25 | 23 | apologize for interrupting. But do you -- I want |
| 1:42:28 | 24 | to focus you so that we do this efficiently. |
| 1:42:31 | 25 | Do you have an understanding what |

96

Fisher

| | | |
|---|---|---|
| 1:42:34 | 2 | relevance the issue of whether CJI is the legal |
| 1:42:38 | 3 | successor to CYI, what relevance that has to the |
| 1:42:48 | 4 | possible outcome of this case, or is that something |
| 1:42:50 | 5 | you just don't know? Again, I don't mean to ask |
| 1:42:52 | 6 | trick questions. Just, do you know or not know? |
| 1:42:55 | 7 | A. It's possible that, since you're |
| 1:43:04 | 8 | giving me a hypothetical of sorts, it's possible |
| 1:43:07 | 9 | that the question of legal succession would be |
| 1:43:14 | 10 | related, if you ignored a lot of other evidence, |
| 1:43:22 | 11 | would be related or bear upon the question of |
| 1:43:31 | 12 | ownership. I would suspect. |
| 1:43:33 | 13 | Q. Okay. Now, can you turn to page 275. |
| 1:43:36 | 14 | A. Sure. |
| 1:43:47 | 15 | Q. The first paragraph, fifth line, it |
| 1:43:47 | 16 | says, "In the controversy, Congregation Shearith |
| 1:43:51 | 17 | Israel inevitably supported Congregation Jeshuat |
| 1:43:55 | 18 | Israel, which was the legal successor of the old |
| 1:43:58 | 19 | congregation," do you see that? Do you see that? |
| 1:44:03 | 20 | A. I do see that, yes. |
| 1:44:04 | 21 | Q. And did you see it at the time when |
| 1:44:05 | 22 | you were preparing your report? |
| 1:44:09 | 23 | A. I do not recall reading this |
| 1:44:10 | 24 | particular sentence. |
| 1:44:11 | 25 | Q. Now, you state in your report... |

97

Fisher

| | | |
|---|---|---|
| 1:45:27 | 2 | (A pause in the proceedings.) |
| 1:45:35 | 3 | Q. Can you look at page 5 of your report, |
| 1:45:38 | 4 | the bottom? |
| 1:45:39 | 5 | A. Um-hum. |
| 1:45:40 | 6 | Q. A you say, second-to-last line, |
| 1:45:48 | 7 | "Because of the generous outpouring of gifts and |
| 1:45:51 | 8 | contributions from CSI and elsewhere, the Newport |
| 1:45:55 | 9 | congregation was able to purchase a plot of land on |
| 1:45:57 | 10 | the outskirts of Newport on June 30, 1759, from |
| 1:46:02 | 11 | Ebenezer Allen, do you see that? |
| 1:46:05 | 12 | A. I do see that. |
| 1:46:05 | 13 | Q. Isn't it a fact that synagogues |
| 1:46:09 | 14 | couldn't purchase land at that time? |
| 1:46:09 | 15 | A. It is a fact that synagogues -- |
| 1:46:12 | 16 | Q. Is that just a mistake in the report? |
| 1:46:14 | 17 | A. -- it is a shorthand way of not |
| 1:46:17 | 18 | cluttering up the report by referring to sort of |
| 1:46:21 | 19 | the specifics of the sort of three individuals who |
| 1:46:27 | 20 | were entrusted with the purchase of the |
| 1:46:28 | 21 | congregation -- excuse me, the purchase of the land |
| 1:46:32 | 22 | on behalf of the congregation. |
| 1:46:36 | 23 | Q. Can you look at Exhibit 2. Can you |
| 1:47:04 | 24 | turn to page 71. This is, I think we agreed, this |
| 1:47:08 | 25 | is an article that you cited in your report, right? |

25 (Pages 94 to 97)

98

Fisher

11:47:10   2    A. I did cite this, yes.

11:47:12   3    Q. Can you turn to page 71.

11:47:17   4    MR. JACOBY: That's the pagination of

11:47:19   5    the article, not the --

11:47:21   6    MR. WAGNER: Yes.

11:47:28   7    Q. Do you see the story of the paradox?

11:47:31   8    Seven lines down, it says, "It settled

11:47:34   9    once and for all the principle of which Newporters

11:47:37  10    would be the legal successors to the old

11:47:40  11    congregation, Yeshuat Israel, and which group would

11:47:44  12    shape the destiny of Touro Synagogue in the years

11:47:47  13    ahead."

11:47:48  14    Do you see that?

11:47:48  15    A. I do see that.

11:47:49  16    Q. You cited this publication in your

11:47:51  17    report, right?

11:47:52  18    A. Um-hum.

11:47:53  19    Q. But once again, you didn't cite that

11:47:54  20    line, did you?

11:47:56  21    A. Not that I recall, no.

11:47:56  22    Q. Now, you gave some information about

11:48:02  23    some legal proceedings in the late 1890s and early

11:48:07  24    1900s, correct?

11:48:08  25    A. I recall that I did, yes.

99

Fisher

1:48:09    2    Q. And do you remember you read a

1:48:13    3    decision by Judge Brown?

1:48:17    4    A. I do recall reading that, yes.

1:48:18    5    Q. And that decision was on a demurrer,

1:48:21    6    correct?

1:48:24    7    A. Yes, it was.

1:48:25    8    Q. What's a demurrer?

1:48:26    9    A. A demurrer, to the best of my

1:48:31   10    recollection, sitting here, is a request to dismiss

1:48:37   11    a case on technical grounds.

1:48:43   12    Q. And did that demurrer decision decide

1:48:45   13    the issue of ownership?

1:48:50   14    A. Strictly speaking, one of the things

1:49:16   15    that this decision weighed in on was the question

1:49:21   16    of possession, out of which could be inferred

1:49:30   17    broader implications, as seen by the leases at --

1:49:35   18    in 1903 and 1908, and as seen by the surrender of

1:49:40   19    the premises that took place within a few weeks of

1:49:42   20    that decision being handed down.

1:49:44   21    Q. Okay. But did his decision decide the

1:49:49   22    issue of ownership? I don't want to get into what

1:49:52   23    happened after. Did the decision decide the issue

1:49:55   24    of ownership?

1:49:57   25    A. But you can't just extract something

100

Fisher

11:49:58   2    out from the context of how people interpreted and

11:50:02   3    understood it and lived it out in that time period.

11:50:07   4    So the question, the technical question of whether

11:50:10   5    or not it settled the issue of ownership can

11:50:13   6    partially only be understood by how people

11:50:16   7    themselves responded to that decision and, in

11:50:19   8    response to that decision, CJI clearly surrendered

11:50:24   9    possession of the synagogue and the paraphernalia

11:50:30  10    and clearly entered into a lease agreement with CSI

11:50:34  11    as a result.

11:50:34  12    Q. Did you read Mr. Burke's description

11:50:37  13    of what happened back in 1903?

11:50:41  14    A. Do you have something to point me to?

11:50:45  15    Q. No, do you know who Mr. Burke is?

11:50:45  16    A. He was the attorney for the other

11:50:47  17    side.

11:50:47  18    Q. Did you read his account of what

11:50:49  19    happened?

11:50:50  20    A. I do not recall if I read the entire

11:50:53  21    thing, or where that would have been held at the

11:50:56  22    moment.

11:50:56  23    Q. Okay. Can you look at the bottom of

11:50:58  24    page 68, top of 69?

11:51:02  25    A. On --

101

Fisher

1:51:03    2    Q. On Allen, Jewish Historical --

1:51:09    3    MR. JACOBY: Fisher Exhibit 2.

1:51:14    4    A. Two. I'm sorry, what page was that?

1:51:16    5    Q. 69 -- I'm sorry, 68. Bottom of 68.

1:51:21    6    Do you see it says, "In the last analysis, despite

1:51:24    7    all that happened, Judge Brown's decision in the

1:51:27    8    demurrer did not decide the question of legal

1:51:29    9    ownership, but only the rights to possession."

1:51:32   10    Do you see that?

1:51:34   11    A. I'm still trying to find where you're

1:51:36   12    at, actually.

1:51:37   13    Q. Bottom of 6 -- oh, I'm sorry. I'll

1:51:41   14    join your side but only for a second. Here

1:51:43   15    (indicating).

1:51:45   16    A. Okay, thanks.

1:51:46   17    Q. Do you see that?

1:51:54   18    A. I do see that. But again, I would

1:51:56   19    point to other evidence --

1:51:59   20    MR. SOLOMON: He only asked if you saw

1:52:01   21    it.

1:52:01   22    A. I saw it.

1:52:02   23    Q. That's all. He's more skillful than I

1:52:05   24    am. He'll ask all those questions at trial. And

1:52:08   25    you didn't cite that line in your report, did you?

26 (Pages 98 to 101)

102

Fisher

11:52:18  2   A. I don't recall if I cited that
11:52:20  3   particular line in my report.
11:52:24  4   Q. Now, I want you to wipe away
11:52:25  5   everything that we've done, and I'm just asking you
11:52:28  6   non-pejorative questions, and I don't mean to
11:52:31  7   suggest anything. So let me ask you a little bit
11:52:34  8   about historical method.
11:52:36  9   A. Um-hum.
11:52:36  10  Q. Is it appropriate historical method to
11:52:39  11  ignore contrary evidence?
11:52:49  12  A. From my understanding of the
11:52:51  13  historical profession, it is appropriate to
11:52:54  14  consider but not always include or utilize contrary
11:52:59  15  historical evidence.
11:52:59  16  Q. Okay. Is it appropriate historical
11:53:02  17  method to look at only part of a record?
11:53:04  18  A. In my understanding of the historical
11:53:10  19  profession, it is appropriate to perhaps -- I'm
11:53:25  20  sorry. In my understanding of the historical
11:53:31  21  profession, it is appropriate to cite and utilize
11:53:37  22  in a limited way historical evidence. Nothing in
11:53:40  23  the profession requires citing everything that you
11:53:45  24  look at. In fact --
11:53:46  25  Q. No, I'm not talking about citing.

103

Fisher

11:53:49  2   Just, when you research something, do you try to
11:53:51  3   look at the entire record as best you can?
11:53:55  4   A. Within the realm of reason and what is
11:53:58  5   available in the time that is available to you, and
11:54:01  6   what you know at that moment, it is normal and
11:54:08  7   usual practice to try to understand the full record
11:54:12  8   as it exists, although every historian will tell
11:54:15  9   you, after a book is published, that they come
11:54:18  10  across things that they did not know before.
11:54:20  11  Q. Is it appropriate historical method to
11:54:22  12  cherry-pick documents?
11:54:24  13  MR. SOLOMON: Object to the form, I
11:54:30  14  don't know what you think you're doing or
11:54:32  15  not. Objection.
11:54:32  16  Q. You can answer.
11:54:42  17  A. The way the question is worded is
11:54:45  18  presuming a certain kind of negative tinge to what
11:54:55  19  historians do which is to make arguments and to
11:54:58  20  cite things in limited ways at different times in
11:55:02  21  different ways.
11:55:03  22  Q. Is it appropriate -- I'm sorry.
11:55:04  23  A. The notion of cherry picking implies a
11:55:09  24  selectivity that is following bad historical
11:55:15  25  precedents and procedure. But selectivity is, by

104

Fisher

11:55:20  2   its very definition and nature, part of what
11:55:24  3   historians have to engage in.
11:55:26  4   Q. Is it appropriate historical method to
11:55:27  5   put a spin on documents?
11:55:30  6   MR. SOLOMON: Same objection.
11:55:36  7   Q. You can answer.
11:55:37  8   A. No document comes uninterpreted. I
11:55:43  9   tell my students that on the first day of class,
11:55:46  10  every document needs to be interpreted.
11:55:50  11  Q. Is it appropriate historical method to
11:55:52  12  opine as to the state of mind of actors, historical
11:55:55  13  actors?
11:55:56  14  A. Historians try to understand the time
11:56:01  15  period in which individuals and movements were
11:56:06  16  writing and took place and often, based upon
11:56:13  17  documentation that is relevant to answering the
11:56:16  18  question of what motivated people or what they were
11:56:21  19  thinking, often it is the case that based upon a
11:56:26  20  broader understanding of that context, that
11:56:29  21  individuals are interpreted by historians in
11:56:34  22  particular ways.
11:56:35  23  Q. Is it appropriate historical method to
11:56:37  24  pronounce that something is more likely than not to
11:56:41  25  have occurred?

105

Fisher

11:56:49  2   A. Every active historical writing
11:56:52  3   engagement involves decisionmaking and weighing of
11:56:56  4   evidence and making decisions and pronouncements
11:57:01  5   about what took place or what didn't take place.
11:57:03  6   Q. But my question is, when you do that,
11:57:05  7   are you saying that something is more likely than
11:57:07  8   not to have occurred?
11:57:12  9   A. Historians are engaged in the art of
11:57:14  10  weighing evidence, not unlike attorneys, I would
11:57:16  11  add.
11:57:16  12  Q. Is there a hierarchy of primary and
11:57:26  13  secondary sources?
11:57:28  14  A. Do you mean within primary and within
11:57:32  15  secondary or between --
11:57:33  16  Q. Well, between primary and secondary,
11:57:36  17  is there a hierarchy?
11:57:38  18  A. Both of them are needed for any good
11:57:41  19  historical work. You never know what you've found
11:57:45  20  in the primary sources unless you know what the
11:57:47  21  broader trends have been in terms of the
11:57:51  22  historiography, in terms of what other historians
11:57:53  23  have written. This is always the case.
11:57:55  24  Q. But if you're faced with a
11:57:57  25  contradiction between a primary source and a

27 (Pages 102 to 105)

106

Fisher

11:58:00  2    secondary source, which, as a general matter, is
11:58:02  3    more persuasive?
11:58:04  4        A. It entirely depends on the context.
11:58:06  5    It depends on which secondary source, which primary
11:58:09  6    source, what the issue is.
11:58:11  7        Q. If the secondary source cites a
11:58:13  8    primary source, is it important for the historian
11:58:15  9    to check the primary source to see if the secondary
11:58:18  10   source got it right?
11:58:32  11       A. In an ideal world with unlimited
11:58:35  12   research assistants and time, it would be nice to
11:58:41  13   be able to track down every primary source that a
11:58:44  14   historian references.
11:58:45  15       Often, it's not possible. The sources
11:58:47  16   don't exist in readily available form; they are in
11:58:51  17   archives in other countries, they are in
11:58:54  18   out-of-print books that aren't available in ready
11:58:57  19   fashion. And so it is common within the historical
11:59:02  20   profession to make certain arguments based upon
11:59:05  21   primary sources and in other cases, to lean upon
11:59:11  22   the research of others in providing context and to
11:59:16  23   understanding and even making arguments based upon
11:59:19  24   these secondary sources.
11:59:20  25       Q. Can you turn to page 37 of your

107

Fisher

11:59:24  2    report.
11:59:33  3        MR. SOLOMON: Can we have a breaking
11:59:36  4    point for a quick break, let's --
11:59:38  5        MR. WAGNER: Let me just finish with
11:59:39  6    this one.
11:59:40  7        Q. Thirty-seven, you said?
11:59:41  8        Q. Okay, the top of 37.
11:59:43  9        A. Right.
11:59:43  10       Q. Bottom of 36, top of 37. You cite the
11:59:47  11   Authoritative Dictionary of Jewish religion, which
11:59:52  12   translates the phrase "tashmishei quedushah," do
11:59:56  13   you see that?
11:59:56  14       A. I do see that.
11:59:57  15       Q. And it goes on, continuing to page 37,
12:00:00  16   "Were items used to decorate ritual objects; e.g.,
12:00:09  17   the keter Torah or rimmonim ornaments," do you see
12:00:13  18   that?
12:00:13  19       A. I do see that.
12:00:14  20       Q. Are the rimmonim, did you mean to
12:00:15  21   communicate the rimmonim reference to the rimmonim
12:00:19  22   that go on top of the Torah?
12:00:21  23       A. Without going back to this document to
12:00:44  24   see the context of the quote, it does appear that
12:00:58  25   this particular quote is referencing the rimmonim

108

Fisher

12:01:04  2    that would adorn the Torah.
12:01:05  3        Q. And all of your references to rimmonim
12:01:08  4    in the report reference rimmonim that go on top of
12:01:12  5    a Torah, right?
12:01:29  6        A. To the best of my knowledge, sitting
12:01:31  7    here right now, it does seem, as I recall, the
12:01:36  8    rimmonim mentioned in this report, at least most of
12:01:43  9    them refer to the ornaments that would adorn the
12:01:45  10   Torah.
12:01:46  11       MR. WAGNER: Okay, let's mark this as
12:01:47  12   the next exhibit.
12:01:48  13       MR. SOLOMON: And then --
12:01:49  14       MR. WAGNER: I'm just going to finish
12:01:51  15   with this exhibit, then we'll take a
12:01:52  16   break.
12:01:53  17       (Fisher Exhibit 8, excerpt from
12:01:53  18   The Oxford Dictionary of the Jewish
12:01:53  19   Religion, Second Edition, three pages,
12:01:53  20   marked for identification, as of this
12:01:53  21   date.)
12:02:15  22       Q. You're responsible for the ellipses in
12:02:17  23   this report, aren't you?
12:02:24  24       A. As far as I can remember, I am.
12:02:25  25       Q. Okay, let's see what you left out. Do

109

Fisher

12:02:28  2    you see the entry for "tashmishei quedushah," do
12:02:33  3    you see that?
12:02:34  4        A. Um-hum.
12:02:34  5        Q. It says, "Ritual objects" -- I'm
12:02:37  6    skipping -- "items used to decorate ritual objects,
12:02:41  7    e.g., the Keter Torah or rimmonim ornaments for the
12:02:45  8    embroidered parochet curtains that cover the
12:02:49  9    synagogue Ark," is that --
12:02:50  10       A. I see that.
12:02:51  11       Q. And these are not rimmonim that go on
12:02:53  12   top of a Torah, correct? Or don't you know?
12:03:10  13       A. It appears that these might be
12:03:12  14   rimmonim that are not adorning the Torah.
12:03:14  15       Q. Might be or are not? Is there any
12:03:17  16   doubt?
12:03:17  17       MR. SOLOMON: I object to the form of
12:03:20  18   the question. But --
12:03:20  19       Q. You can answer.
12:03:20  20       MR. SOLOMON: Pose it in the form of a
12:03:21  21   question.
12:03:23  22       Q. Do you think this is appropriate
12:03:23  23   scholarship?
12:03:26  24       A. Well, it's not only this document that
12:03:28  25   refers to this, and that's --

28  (Pages 106 to 109)

110

Fisher

2:04:08  1
2:04:11  2   Q. Answer my question. My question is,
2:04:13  3   do you think your description of this document in
2:04:15  4   your report where you left out what kind of
2:04:18  5   rimmonim they are is appropriate scholarship?
2:04:19  6       MR. SOLOMON: I think you're
2:04:20  7   misreading the document and I object to
2:04:20  8   the question.
2:04:21  9       MR. WAGNER: Okay.
2:04:22  10      Q. You can answer.
2:04:24  11      A. The rimmonim, whether they are the
2:04:26  12  Torah rimmonim or they are the rimmonim that are
2:04:31  13  used for the embroidered parochet or the curtain,
2:04:33  14  are still part of the same body of ritual objects.
2:04:35  15      Q. So is it your testimony that this is
2:04:42  16  perfectly appropriate, what you've done here?
2:04:44  17      A. That's not what I said. I said --
2:04:46  18      Q. Just tell me. Is it? Would you
2:05:06  19  change this citation now?
2:05:09  20      A. I think the citation still proves a
2:05:12  21  larger point of what the appurtenances of holiness
2:05:14  22  are and how they are important.
2:05:16  23      If you look down at the bottom here,
2:05:19  24  it says, "Torah ornaments," right? So this is
        25  cross-referencing within this encyclopaedia, as to

111

Fisher

2:05:23  1
2:05:27  2   what is related to the appurtenances of holiness.
2:05:30  3       Q. So is that another way of saying you
2:05:31  4   wouldn't change?
2:05:36  5       A. I would, in reading this document
2:05:43  6   again, I might think about how to phrase it
2:05:47  7   differently, but it would not alter this
2:05:49  8   particular, the flow of this particular part of the
2:05:49  9   report.
2:05:51  10      Q. Would it surprise you if I told you
2:05:54  11  your report is full of stuff like this?
2:05:55  12      MR. SOLOMON: Object to the question.
2:05:56  13      Q. You can answer.
2:05:58  14      MR. SOLOMON: Let's go. What have you
2:05:58  15  got?
2:05:59  16      MR. WAGNER: I will.
2:06:01  17      MR. SOLOMON: What have you got?
2:06:03  18  Let's see it. Because so far it's
2:06:03  19  nothing.
2:06:04  20      MR. WAGNER: Okay.
2:06:05  21      MR. SOLOMON: Then don't talk to a
2:06:07  22  witness like that. It's completely
2:06:09  23  inappropriate and I object to the
2:06:09  24  question.
        25      MR. WAGNER: Okay.

112

Fisher

2:06:10  1
2:06:12  2   Q. Would it surprise you if there's all
2:06:13  3   kinds of stuff like this in your report?
2:06:13  4       MR. SOLOMON: I object to the form of
2:06:15  5   the question.
2:06:15  6       Q. You can answer.
2:06:16  7       A. Same thing. I would be happy to walk
2:06:19  8   through the report with you and --
2:06:20  9       Q. I'm going to take that as an offer to
2:06:27  10  stay past the seven hours.
2:06:28  11      MR. SOLOMON: You may be disappointed.
2:06:31  12      MR. WAGNER: I don't think so.
2:06:32  13      MR. SOLOMON: You may be disappointed
2:06:34  14  at seven hours.
2:06:35  15      MR. WAGNER: I may be disappointed at
2:06:37  16  seven hours. Why don't we take a break.
2:06:38  17      THE WITNESS: Sounds good.
2:06:40  18      MR. WAGNER: And we have lunch coming
2:06:41  19  at 12:30 but --
2:06:43  20      MR. SOLOMON: Let's just take a short
2:06:45  21  break.
2:06:47  22      THE WITNESS: Okay.
2:06:48  23      (Recess taken.)
2:13:19  24  EXAMINATION (Cont'd.)
2:13:19  25  BY MR. WAGNER:

113

Fisher

2:13:22  1
2:13:25  2   Q. We talked a little bit about -- I'm
2:13:25  3   sorry, are you ready?
2:13:27  4       A. Yes, I'm ready.
2:13:28  5       Q. By the way, you're the boss. Whenever
2:13:30  6   you want to take a break --
2:13:32  7       MR. SOLOMON: Well, you wanted to take
2:13:35  8   a break.
2:13:35  9       MR. WAGNER: No, you wanted --
2:13:38  10      MR. SOLOMON: He leaned over to me --
2:13:40  11      THE WITNESS: It's fine. I'm also
2:13:41  12  hungry, but you say lunch is coming in 15
2:13:44  13  minutes.
2:13:45  14      MR. WAGNER: Yes.
2:13:54  15      THE WITNESS: Fingers crossed.
2:13:55  16      Q. Do you know how many sets of rimmonim
2:13:57  17  were in the Newport synagogue in 1903?
2:14:06  18      A. I have not seen anything to indicate
2:14:08  19  the number of rimmonim in the Newport synagogue
2:14:14  20  and...
2:14:25  21      (A pause in the proceedings.)
2:14:25  22      A. To my recollection, I do not recall
2:14:27  23  seeing anything that gives the exact number of
2:14:29  24  rimmonim in the Newport synagogue in 1903.
2:14:36  25      Q. There were at least two sets, is that

29 (Pages 110 to 113)

114

Fisher

12:14:39  2    right?  There was the Caroline Cohen set, and the
12:14:44  3    Myer Myers set, right?  The other Myer Myers set.
12:14:49  4        A.  I have not seen any documentation that
12:14:50  5    would show that definitively.
12:14:52  6        Q.  But part of your opinion is that
12:14:53  7    whatever was in the synagogue at the time was
12:14:57  8    leased to CJI, right?  Correct?
12:15:16  9        A.  Yes, this written report does, again,
12:15:23  10   reflecting documents and written by people who were
12:15:27  11   involved in this process, does make the case that
12:15:29  12   the objects inside of the synagogue, or at least
12:15:35  13   that was used within the religious services
12:15:37  14   contained within the synagogue, were part of what
12:15:41  15   was at stake in the lease in 1903.
12:15:44  16       Q.  Okay.  And I think your testimony is
12:15:46  17   that every Torah is adorned with rimmonim, right?
12:15:53  18       A.  The historical evidence, both primary
12:15:55  19   and secondary, indicates that ideally, every Torah
12:15:59  20   is adorned with a set of rimmonim.
12:16:02  21       Q.  Now, if there were a document around
12:16:04  22   that time that said that Spanish-Portuguese owned
12:16:10  23   one set of Torahs and rimmonim, would that be
12:16:12  24   relevant to you?
12:16:13  25       A.  The Spanish and Portuguese?

115

Fisher

12:16:16  2        Q.  Yes, owned one set of the rimmonim at
12:16:18  3    Touro Synagogue, would that be relevant to you?
12:16:20  4        A.  So let me be clear.  If there were a
12:16:22  5    document that indicated that CSI owned one pair --
12:16:27  6        Q.  One pair.
12:16:29  7        A.  -- that was at -- in Touro Synagogue
12:16:33  8    in 1903?
12:16:34  9        Q.  Yes, just one pair.  Would that have
12:16:37  10   been relevant to you?
12:16:38  11       A.  Again, it depends on the context, it
12:16:41  12   depends when that was written, depends who's
12:16:43  13   writing it.
12:16:44  14       Q.  What if it were written in February of
12:16:46  15   1903 by someone at Spanish-Portuguese Synagogue?
12:16:52  16       A.  It would be weighed alongside of other
12:16:55  17   kinds of evidence that I was drawing upon.
12:16:57  18       Q.  Would it change your opinion?
12:16:59  19       A.  I don't know until I see it.  I have
12:17:02  20   not seen any such document.
12:17:09  21           As I said, it would be considered
12:17:11  22   alongside of the other evidence that I was looking
12:17:14  23   at.
12:17:54  24           (Fisher Exhibit 9, copy of telegram
12:17:54  25   dated 2/11, year not indicated, from

116

Fisher

12:17:54  2    "Steinberg" to Rev. Dr. H.P. Mendes,
12:17:54  3    marked for identification, as of this
12:17:54  4    date.)
12:17:54  5        Q.  Have you seen this document before?
12:18:12  6        A.  I do not recall seeing this document
12:18:14  7    before.
12:18:14  8        Q.  Does the date have any significance to
12:18:16  9    you?  February 11, 1903?
12:18:22  10           MR. SOLOMON:  You're representing
12:18:23  11   that?
12:18:23  12           MR. WAGNER:  Yes.
12:18:40  13       A.  So that, just to clarify, the date is
12:18:41  14   something that you're getting from other contexts?
12:18:43  15       Q.  Well, it says February 11 on it.
12:18:46  16       A.  190 --
12:18:47  17       Q.  Well, let's assume it's 1903.
12:18:49  18       A.  But it doesn't say 1903.
12:18:52  19       Q.  No, but one of the things I get to
12:18:55  20   do --
12:18:55  21           MR. SOLOMON:  You're representing it's
12:18:58  22   1903 and you're asking him to assume it.
12:19:00  23           MR. WAGNER:  Yes.
12:19:00  24       A.  So assuming this was 1903, although
12:19:02  25   the document does not say 1903, February 11th 1903

117

Fisher

12:19:07  2    is a significant moment in this exchange.
12:19:13  3        Q.  When was the lease signed?
12:19:21  4        A.  Looking at my report -- as I recall,
12:19:25  5    we can double-check the report if you would like,
12:19:27  6    it was signed on February 1st, 1903.
12:19:55  7           MR. WAGNER:  Let's mark this as the
12:19:57  8    next exhibit.
12:19:58  9           (Fisher Exhibit 10, copy of lease
12:19:58  10   Bates numbered CSI0027 through 31,
12:19:58  11   marked for identification, as of this
12:20:20  12   date.)
12:20:20  13       Q.  Sir, I'm going to save you a little
12:20:23  14   bit of time.  This is the lease.  If you look at
12:20:25  15   page 30, second-to-last page.  If you look at the
12:20:32  16   top, you see that the CSI people, this is the
12:20:35  17   notary, signed it on February 10th.  Do you see
12:20:39  18   that?  It's on the second-to-last page at the top.
12:20:52  19           (Witness perusing document.)
12:21:02  20       A.  Yes, I see that.
12:21:03  21       Q.  Okay.  And if you turn to the next
12:21:05  22   page, you'll see that it was -- actually, the
12:21:08  23   bottom, if you look at the bottom there, the
12:21:10  24   Newport folks signed it on February 18, do you see
12:21:16  25   that?

30  (Pages 114 to 117)

118

```
                    Fisher
12:21:33   1
12:21:34   2        A.  This is when it was received in
12:21:35   3    Newport for the record.
12:21:37   4        Q.  No, but if you look at the page
12:21:39   5    before -- look at the page before at the bottom,
12:21:52   6    there's a notary who indicated February 18.
12:21:52   7        A.  Um-hum, yes.
12:21:54   8        Q.  Now, did you see any evidence that
12:21:56   9    there was a dispute at the time about the one pair
12:22:01  10    of rimmonim and Torah referenced in the prior
12:22:07  11    telegram?
12:22:11  12        A.  No, but this date, if it is 1903, is
12:22:17  13    after, as I recall, the surrender of the property
12:22:25  14    and appurtenances on the part of CJI to CSI.
12:22:29  15        Q.  Sir, isn't it a fact that the premises
12:23:07  16    were surrendered on February 18th?
12:23:08  17            (A pause in the proceedings.)
12:23:09  18        Q.  I'm going to save you some time again.
12:23:13  19            MR. WAGNER:  Let's mark this as the
12:23:14  20        next exhibit.
12:23:14  21            (Fisher Exhibit 11, letter dated
12:23:14  22        2/18/03, William P. Sheffield, Jr.,
12:23:32  23        Esq., to L. Napoleon Levy, Esq., marked
12:23:32  24        for identification, as of this date.)
          25        Q.  Do you see Exhibit 11?  You've seen
```

119

```
                    Fisher
12:23:34   1
12:23:47   2    that before, right?
12:23:47   3        A.  Yes, I see this.
12:23:50   4        Q.  Does it indicate the premises was
12:23:51   5    surrendered on the 18th?
12:23:52   6        A.  This is not the same document I was
12:23:53   7    referring to.
12:23:56   8        Q.  Not my question.  Does this document
12:23:58   9    indicate that the premises were surrendered on
12:24:26  10    February 18th?
12:24:28  11        A.  This appears to indicate that the
12:24:31  12    actual transfer of the keys took place on the 18th.
12:24:34  13    But there was a written surrender that took place
12:24:35  14    prior to this point.
12:24:42  15        Q.  Okay.  But the keys were surrendered
12:24:46  16    and delivered by the vice-president of the
12:24:59  17    congregation to Dr. Mendes on February 18th, right?
12:25:01  18        A.  That's what this document says, yes.
12:25:04  19        Q.  Now, are you aware that there was a
12:25:26  20    dispute around this time about the rimmonim?
12:25:28  21            (Brief interruption.)
12:25:29  22        Q.  Actually, have you seen any evidence
12:25:31  23    that there was a dispute around this time
12:25:37  24    concerning the one pair of rimmonim and the sefer
          25    that was referenced in the prior telegram?  Have
```

120

```
                    Fisher
12:25:40   1
12:25:54   2    you seen any evidence?
12:25:55   3        A.  Sitting here, I don't recall looking
12:26:00   4    at any evidence that would have indicated
12:26:03   5    controversy over this specific set of rimmonim
12:26:08   6    outside of the broader contestation over the
12:26:11   7    synagogue and its appurtenances.
12:26:11   8            (Fisher Exhibit 12, telegram dated
12:26:11   9        2/18, year not indicated, Levy to
12:26:31  10        Mendes, Bates numbered CSI5415, marked
12:26:31  11        for identification, as of this date.)
12:27:01  12        Q.  Have you seen this document before?
12:27:03  13        A.  I have not seen this document before.
12:27:06  14        Q.  Is it your opinion that the the
12:27:14  15    parties inserted the word "appurtenances" in the
12:27:26  16    lease specifically to cover the rimmonim?
12:27:29  17        A.  This document indicates, based upon my
12:27:32  18    reading of the wider sources of this time period,
12:27:37  19    that the appurtenances were linked, that word and
12:27:41  20    the usage were linked to the items necessary to run
12:27:47  21    the synagogue in enough places that my
12:27:53  22    interpretation of the 1903 lease is, not just that
12:27:58  23    the word "appurtenance" was included but that CSI
12:28:03  24    specifically added a phrase, "And paraphernalia
          25    thereunto."
```

121

```
                    Fisher
12:28:04   1
12:28:06   2        Q.  Let's put aside the reference to
12:28:09   3    paraphernalia.  The reference is to appurtenance.
12:28:12   4    Is it your testimony that that word was
12:28:16   5    specifically inserted to cover all of the Torah
12:28:19   6    ornaments including the rimmonim?
12:28:21   7        A.  I think the document suggests that
12:28:25   8    that is my interpretation.  And the con -- the
12:28:29   9    conversations that took place prior to this moment
12:28:33  10    in 1903, and even after, seem to confirm that.
12:28:35  11        Q.  Okay.  Now, you talk about
12:28:39  12    conversations.  You weren't present during any of
12:28:41  13    these conversations, right?
12:28:43  14        A.  "The exchanges," is perhaps a better
12:28:43  15    word.
12:28:46  16        Q.  But again, you weren't present --
12:28:47  17        A.  I will presume none of us --
12:28:49  18        Q.  These events occurred many years ago?
12:28:51  19        A.  That's what historians do, we look at
12:28:51  20    the written documentation.
12:28:53  21        Q.  Not my question, what historians do.
12:28:55  22    My question is whether these are events that
12:28:58  23    occurred hundreds of years ago, that's all.
12:29:00  24            It's going to go much faster and
          25    you're going to beat all the holiday traffic if you
```

31  (Pages 118 to 121)

122

Fisher

12:29:04  1  just answer the questions.
12:29:07  2       So am I right that these events
12:29:08  3  occurred many years ago?
12:29:13  4       A. If these documents are from 1903,
12:29:15  5  these events occurred before my lifetime.
12:29:17  6       Q. Okay. Now, am I right that a fair
12:29:21  7  portion of your report opines as to what parties
12:29:25  8  did or said to each other?
12:29:37  9       A. Based upon documents that were in
12:29:39  10  front of me and understanding a wider context of
12:29:42  11  this time period, it is within the scope of the
12:29:47  12  historical profession to do precisely what I did,
12:29:50  13  which is to try to understand people and events and
12:29:54  14  actions in their contexts.
12:29:56  15       Q. Okay. You've given me that speech
12:29:59  16  many times. My only question is, am I right that a
12:30:03  17  fair portion of your report opines as to what the
12:30:05  18  parties did or said to each other?
12:30:11  19       A. At moments in the report, I was trying
12:30:13  20  to understand what people were doing and why, based
12:30:20  21  upon the documentary record they left.
12:30:22  22       Q. I understand that. You don't have to
12:30:24  23  give the same preface. And am I right that a fair
12:30:29  24  amount of your report opines as to what the parties

123

Fisher

12:30:32  1  intended?
12:30:36  2       A. As is usual for what historians do,
12:30:39  3  looking at the documents that we have at our
12:30:41  4  disposal, I made judgments and weighed evidence to
12:30:48  5  try to understand what people did and, at times,
12:30:53  6  what they intended.
12:30:54  7       Q. I mean, the very first paragraph of
12:30:57  8  your report says that, doesn't it? The one, two,
12:31:02  9  three, four, five, six, seven. "Whether these
12:31:07  10  words were intended to include the disputed
12:31:09  11  rimmonim."
12:31:13  12       MR. SOLOMON: So the question is, is
12:31:15  13  that in his report?
12:31:15  14       MR. WAGNER: Yes.
12:31:16  15       MR. SOLOMON: Okay.
12:31:21  16       A. This is on page 2?
12:31:22  17       Q. Yes. After the opening statement,
12:31:26  18  towards the bottom of that paragraph.
12:31:29  19       A. Yes, I see that.
12:31:30  20       Q. Okay. And a fair amount of your
12:31:33  21  report opines as to what the parties knew,
12:31:36  22  believed, discussed or understood, correct?
12:31:44  23       A. Again, based on the evidence that was
12:31:46  24  at my disposal, I was trying to understand the

124

Fisher

12:31:49  1  specific context in which documents were produced
12:31:53  2  as well as the larger flow of the events that took
12:31:56  3  place in this time period.
12:31:57  4       Q. Sir, am I right that a fair amount of
12:32:03  5  your report opines as to what the parties knew,
12:32:06  6  believed, discussed or understood? I don't need
12:32:09  7  the preface. I just need an answer. I don't want
12:32:12  8  to be here all day.
12:32:13  9       A. I believe I'm giving you an answer.
12:32:16  10  I, based upon the documents that I reviewed, I, as
12:32:20  11  historians do, tried to understand what people were
12:32:24  12  saying and doing and intended.
12:32:26  13       Q. And you were opining as to what
12:32:29  14  parties understood, correct?
12:32:30  15       A. Based upon the documents that were at
12:32:32  16  my disposal at time, yes, I did that.
12:32:37  17       Q. And you also gave your opinion as to
12:32:39  18  the legal significance of certain facts, correct?
12:32:42  19       A. If you want to show me --
12:32:44  20       Q. Well, you have a long discussion in
12:32:46  21  your report about legal cases, right?
12:32:50  22       A. Do you want to show me where that's
12:32:52  23  at?
12:32:53  24       Q. Do you know independently without

125

Fisher

12:32:55  1  reference to your report whether you discuss legal
12:32:57  2  opinions in your report?
12:32:58  3       A. Well, I'd want to make sure we're
12:32:59  4  looking at the same page and understanding the same
12:33:01  5  issue.
12:33:02  6       Q. Did you discuss Judge Brown's
12:33:04  7  decision?
12:33:05  8       A. In this report? I believe I did
12:33:09  9  reference the actual written opinion of Judge
12:33:13  10  Brown.
12:33:13  11       Q. And you gave your opinion as to the
12:33:14  12  legal significance of that opinion, correct?
12:33:20  13       A. Based on how people responded to that
12:33:23  14  decision, I interpreted the significance of that
12:33:26  15  decision in that particular context.
12:33:27  16       Q. You also gave -- look at page 65 of
12:33:53  17  your opinion. You state, this is the last
12:34:08  18  sentence, you say, "Property maintenance and
12:34:11  19  caretaking was part of this lease arrangement," and
12:34:14  20  then I'm skipping a little, "Without such property
12:34:18  21  management ever implying ownership over time or any
12:34:21  22  sort of adverse possession."
12:34:23  23       Do you see that?
12:34:24  24       A. I do.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

126

Fisher

12:34:24  Q. And "adverse possession" is a legal term, correct?

12:34:27  A. I do believe so.

12:34:28  Q. Do you know the elements of adverse possession?

12:34:32  A. From what I read, I understand at least some of the elements.

12:34:36  Q. So you were opining as to the legal significance of certain facts, were you not?

12:34:42  MR. SOLOMON: Object to the question.

12:34:45  A. The judge will decide the legal implications of these issues. It was --

12:34:55  Q. Sir, I --

12:34:57  A. -- this wording is a reflection of the documents that I viewed over the course of this history.

12:35:00  Q. I didn't ask what the judge was going to decide. I asked, did you give opinions as to the legal significance of certain facts?

12:35:27  A. Again, drawing from these documents and based upon how people responded to events and situations that had to do with the law, this report has tried to reflect sort of what I understood to be happening in these situations.

127

Fisher

12:35:43  Q. That's not my question. Did you give opinions as to the legal significance of certain facts?

12:35:52  A. Again, my purpose was to understand and reflect what the documents from this time period were showing over time.

12:36:01  Q. Can you please answer my question?

12:36:04  A. I think I am.

12:36:05  Q. What is legal about the answer you just gave?

12:36:10  MR. SOLOMON: No, he was disagreeing --

12:36:13  Q. Do you know what the term ultra vires means?

12:36:16  A. It's beyond powers.

12:36:17  Q. Did you draw conclusions as to whether certain actions were or were not ultra vires here?

12:36:23  A. I invoked that term in part because it seems, again, from the documents and the way that people responded to them, and what was in place, that that term in my analysis seemed appropriate.

12:36:40  Q. And that's a legal -- it's a legal concept, is it not?

12:36:47  A. Certainly has usage in legal context,

128

Fisher

12:36:50  yes.

12:36:50  Q. Were you using it in a legal context or some other context?

12:36:53  A. I was using it in the context of my report.

12:36:56  Q. Were you using it in a legal context or did you have some other meaning for that term?

12:37:04  A. I was referencing the idea that some actions might be contrary to some of the documents and agreements that I was looking at.

12:37:16  Q. On page 47, you say the phrase, "'Paraphernalia belonging thereto' was a sort of comprehensive legalese."

12:37:28  Do you recall that?

12:37:29  A. Forty-seven, you said?

12:37:30  Q. Yes.

12:37:31  A. Okay. Yes, I see it, and I do recall it.

12:37:46  Q. So were you, there, drawing legal conclusions concerning the use of particular terms?

12:37:52  A. I was referencing the sort of genre of language that occurs in legal contexts that I have seen in early American history more broadly.

12:38:08  Q. Are you a lawyer?

129

Fisher

12:38:09  A. I am not a lawyer.

12:38:15  Q. Have you ever taken any courses in law school?

12:38:23  A. No.

12:38:23  Q. Have you ever taken any courses in property law?

12:38:25  A. I have not.

12:38:32  Q. Do you understand the elements of a contract?

12:38:37  A. In what context?

12:38:43  Q. Do you understand how a contract comes into being?

12:38:46  A. Without knowing the specifics, no, that is not what I was asked to weigh in on or something that I could give you the full outline of at this moment.

12:39:08  Q. Do you know how parties alter a contract?

12:39:10  A. I don't know. But it depends on the context in which you're talking about altering the contract. One would presume that you would need items in writing and items that would be approved by the parties from either side who have the power to do so.

33  (Pages 126 to 129)

130

Fisher

12:39:41  1

12:39:44  2    Q. You think that every change in a

12:39:46  3  contract requires a writing?  Is that your

12:39:46  4  testimony?

12:39:46  5    A. In some of the contracts that I have

12:39:48  6  seen altered in early American history, it is --

12:39:57  7  and sometimes might not stand up under scrutiny

12:40:01  8  without something written.

12:40:02  9    Q. Not my question.  My question is, do

12:40:04  10  you understand that a contract may be changed

12:40:06  11  without a writing, or is that something you just

12:40:08  12  don't know?

12:40:10  13    A. It depends on the context.  The

12:40:12  14  contracts that I have seen that have been contested

12:40:15  15  legally in early American history, from what I've

12:40:19  16  seen so far, in the context that I'm working in,

12:40:24  17  the most normal way in which they were changed was

12:40:26  18  through a process that involves a written change.

12:40:31  19    Q. That's not my question.  I really

12:40:33  20  would ask that you answer my questions.  Have you

12:40:37  21  taken any courses in contract law?

12:40:40  22    A. I have not.

12:40:41  23    Q. Now, does a fair amount of your report

12:40:45  24  opine as to state of mind?

12:40:51  25    A. A historian always tries to understand

131

Fisher

12:40:53  2  what was happening broadly in particular contexts.

12:40:56  3  And that also understands how people see themselves

12:40:59  4  in those contexts and make decisions.

12:41:01  5    Q. Is that another way of saying that

12:41:03  6  some of your report opines as to state of mind?

12:41:06  7    A. I do not recall specifically -- let me

12:41:17  8  go back.  This report tries to faithfully reflect

12:41:24  9  individuals in their particular contexts.

12:41:26  10    Q. Can you look at page 49.

12:41:28  11    A. Yes.

12:41:28  12    Q. The first paragraph, last line, you

12:41:40  13  state, "No actions of the CSI board were recorded

12:41:42  14  in this particular instance but it is evident that

12:41:46  15  everyone involved understood that CSI owned the

12:41:48  16  Myer Myers rimmonim used at Touro Synagogue," do

12:41:52  17  you see that?

12:41:53  18    A. I see that.

12:41:53  19    Q. And did you draw a conclusion in that

12:41:55  20  sentence as to the state of mind of whoever "all"

12:41:59  21  or whoever "everyone" is?

12:42:07  22    A. Reflecting the documents that I have

12:42:09  23  looked at, I drew a conclusion about what people

12:42:14  24  involved were thinking in this time period.

12:42:18  25    Q. Is there any amount of speculation in

132

Fisher

12:42:24  2  your report?

12:42:26  3    A. I think "speculation" misguides the

12:42:30  4  conversation.  Historians, as I said, always have

12:42:33  5  to be about the business of interpreting.  And in

12:42:38  6  the process, there are times when the documentary

12:42:42  7  record is not as full as you might wish, and so

12:42:47  8  historians take all the available evidence and try

12:42:50  9  to reconstruct situations and actions and events

12:42:56  10  based upon what's available.

12:42:57  11    Q. Well, is there any speculation in your

12:42:59  12  report?  Actually, let me rephrase it.

12:43:05  13    Did you have to make any educated

12:43:07  14  guesses in your report?

12:43:08  15    A. Historians often have to try to

12:43:15  16  understand a lot from a little.  And based upon

12:43:20  17  one's training and education and prior experience

12:43:24  18  with interpreting documents, have to try to assess

12:43:26  19  what happened with what they have to work with.

12:43:28  20    Q. Sir, I'm not deposing other

12:43:32  21  historians.  I'm deposing you.  Did you, not other

12:43:38  22  historians, did you make any educated guesses in

12:43:41  23  this report?

12:43:43  24    A. I'd be happy to look at a place in the

12:43:45  25  report that you might be referring to.

133

Fisher

12:43:46  2    Q. No, I'm just asking you without

12:43:48  3  referencing the report.  Are you able to answer

12:43:50  4  that question?

12:43:54  5    A. Sitting here, I can't recall specific

12:43:56  6  instances where I did or did not make educated

12:44:00  7  guesses.  But given the nature of the historical

12:44:03  8  profession, it seems consistent with the need to

12:44:10  9  interpret documents that that might have taken

12:44:16  10  place.

12:44:17  11    Q. Okay.  And let me just make sure I

12:44:21  12  understand what you did here.

12:44:23  13    You read certain documents, right?

12:44:28  14    A. Yes.

12:44:28  15    Q. And the documents that were produced

12:44:35  16  in the case that you reviewed came from counsel,

12:44:37  17  right?

12:44:39  18    A. The documents that were given to me

12:44:42  19  came both from counsel and from the plaintiffs.

12:44:45  20    Q. Right, but what I'm saying is, it was

12:44:49  21  the lawyers who gave you those documents, right?

12:44:53  22    A. Most of them.  Not all of them.

12:44:55  23    Q. Right.  You didn't -- you didn't look

12:44:57  24  at -- I think we've established that you didn't

12:44:59  25  look at everything that was produced, right?

34  (Pages 130 to 133)

134

Fisher

12:45:03  1
12:45:05  2    A. I would have no way of assessing, nor
12:45:09  3  would anyone in this situation, nor would you, that
12:45:12  4  everything has been looked at. But what was
12:45:14  5  reasonably available to me I looked at.
12:45:16  6    Q. But we saw at least some documents
12:45:19  7  that were produced in this case by CSI that you did
12:45:22  8  not look at, right? Those telegrams?
12:45:26  9    A. That appears to be the case, although
12:45:35  10  counsel for CSI must have made the decision about
12:45:39  11  whether or not they were important or necessary and
12:45:45  12  frankly, it's unclear without further study and
12:45:46  13  investigation whether they would have impacted the
12:45:47  14  case one way or another.
12:45:51  15    Q. But you trusted their judgement,
12:46:02  16  correct?
12:46:06  17    A. To a certain extent, I had to lean
12:46:09  18  upon what they gave me because I don't have
12:46:14  19  unlimited resources to go through the archives of
12:46:18  20  CSI and CJI, nor do I have the time to go through
12:46:22  21  the archives in Newport, of the city, and of the
12:46:24  22  historical society, to make sure that every paper
12:46:26  23  was turned over.
12:46:29  24    But I did, in addition to receiving
25  documents from them, part of which had been

135

Fisher

12:46:32  1
12:46:37  2  submitted by CJI, do a reasonable amount of looking
12:46:41  3  around and reading and research to see if there was
12:46:46  4  anything that was contrary or had been overlooked
12:46:47  5  by them.
12:46:49  6    Q. Sir, can you just answer my question?
12:46:52  7  I thought it was a very simple question. Did you
12:46:54  8  trust the judgement of the CSI lawyers to give you
12:46:56  9  what was relevant from the parties' document
12:47:01  10  production, or did you not trust them? Just, I
12:47:03  11  just want an answer.
12:47:04  12    MR. SOLOMON: Asked and answered.
12:47:11  13    Q. You can answer.
12:47:15  14    A. I think I answered your question. I
12:47:18  15  trusted them to give me what though thought was
12:47:22  16  relevant, and yet I also conducted my own
12:47:25  17  independent investigation that was within reason
12:47:29  18  and within the allotment of time and resources that
12:47:30  19  I had at my disposal.
12:47:32  20    Q. Okay. Now, you had this body of
12:47:35  21  documents. How many Redwells was it?
12:47:40  22    A. I'm sorry, how many what?
12:47:41  23    MR. JACOBY: That's a legal term.
12:47:44  24    Q. Let's scratch that. It's a
25  generational term. I think it's generational. I

136

Fisher

12:47:47  1
12:47:50  2  don't think it's legal. Okay. You had a lot of
12:47:51  3  documents, right?
12:47:51  4    A. Yes.
12:47:53  5    Q. And then you weighed the evidence,
12:47:56  6  right?
12:47:58  7    A. In conjunction with my own independent
12:48:01  8  investigation, and looking at what I could with the
12:48:07  9  time allotted to me, I assessed the evidence as I
12:48:09  10  would in any other situation of historical
12:48:09  11  question.
12:48:09  12    Q. You weighed the evidence, right?
12:48:12  13    A. Well, you're not defining what the
12:48:14  14  evidence is, but the evidence that was at my
12:48:16  15  disposal, whether stuff that I had found or whether
12:48:19  16  items that counsel to CSI had given me, but yes,
12:48:25  17  that is the process.
12:48:26  18    Q. And based on those, your reading of
12:48:28  19  the documents, you tried to reconstruct what
12:48:30  20  happened.
12:48:37  21    A. Based upon my reading of the
12:48:39  22  documents, I tried to understand the general flow
12:48:44  23  of events, these general flow of events or these
12:48:48  24  events in general, but more particularly, focused
25  on the questions that I was asked to address by

137

Fisher

12:48:56  1
12:48:56  2  counsel.
12:48:58  3    Q. Right. But you tried to reconstruct
12:49:02  4  what happened in order to answer those questions.
12:49:04  5    A. Reconstructing the past is what
12:49:05  6  historians are all about.
12:49:07  7    Q. And that's what you did, right?
12:49:09  8    A. As much as I could with the documents
12:49:12  9  that were given to me. I tried to understand these
12:49:14  10  events and this general time period.
12:49:16  11    Q. And based on your reading of the
12:49:25  12  documents, you drew factual conclusions, correct?
12:49:27  13    A. Based upon my reading of the
12:49:34  14  documents, I tried to piece together what was
12:49:35  15  happening in this time period, yes.
12:49:39  16    Q. Did you also make credibility
12:49:45  17  determinations?
12:49:47  18    A. In what particular way do you mean
12:49:48  19  "credibility"?
12:49:49  20    Q. Any. The credibility of documents, of
12:49:52  21  what people were saying.
12:49:54  22    A. I think we've touched on this already.
12:49:57  23  Part of the historical enterprise in assessing
12:50:01  24  documents is trying to evaluate when a document is
25  produced, by whom produced, and to weigh a

35 (Pages 134 to 137)

138

Fisher

12:50:07 2 particular document alongside of other kinds of

12:50:09 3 evidence.

12:50:10 4 So naturally, there's a lot of

12:50:14 5 weighing that goes on within this longer process of

12:50:18 6 each document.

12:50:19 7 **Q. So just, what you did is, you made**

12:50:23 8 **some credibility determinations.**

12:50:25 9 MR. SOLOMON: Object to the form.

12:50:26 10 Misstated the answer.

12:50:28 11 MR. WAGNER: He can answer.

12:50:30 12 A. I think I already said this, that,

12:50:32 13 yes. I, as is normal in the historical profession,

12:50:37 14 had to make certain kinds of assessments about

12:50:44 15 documents and their reliability.

12:50:46 16 **Q. Do you rule out all other scenarios,**

12:50:50 17 **other than the ones that you've posited in your**

12:50:52 18 **report?**

12:51:01 19 A. Based upon the evidence that I had at

12:51:03 20 my disposal as of the writing of this report, the

12:51:10 21 conclusions I came to seemed to most faithfully

12:51:14 22 reflect the documentation and the narrative and the

12:51:17 23 progression of these event.

12:51:18 24 **Q. Right, I understand that. But do you**

12:51:20 25 **rule out all other scenarios?**

139

Fisher

12:51:26 2 MR. SOLOMON: I don't understand the

12:51:27 3 question. I object to it.

12:51:28 4 **Q. You can answer.**

12:51:30 5 A. It seems impossible to rule out

12:51:32 6 scenarios without knowing what I'm ruling out. The

12:51:35 7 evidence leans in a certain, a very particular

12:51:40 8 direction, and historians have to evaluate that

12:51:43 9 evidence and try to understand what happened.

12:51:47 10 There's -- it's not usual to play games with

12:51:59 11 counterfactuals.

12:52:11 12 MR. SOLOMON: Maybe we could break for

12:52:12 13 lunch when --

12:52:13 14 MR. WAGNER: I'd like -- I have one

12:52:14 15 more series, take like five or ten

12:52:16 16 minutes.

12:52:18 17 Are you okay?

12:52:18 18 THE WITNESS: My stomach might be on

12:52:20 19 tape soon, yes.

12:52:24 20 **Q. Can you turn to page, the bottom of**

12:52:48 21 **page 44. The bottom of 44, top of 45. And just**

12:53:05 22 **read that paragraph.**

12:53:06 23 MR. SOLOMON: Bottom of --

12:53:07 24 MR. WAGNER: 44, top of 45.

12:53:10 25 A. So starting with, "In 1984"?

140

Fisher

12:53:13 2 **Q. Yes.**

12:53:13 3 A. Do you want me to read it out loud?

12:53:15 4 **Q. No, no.**

12:53:20 5 **(Witness perusing document.)**

12:54:06 6 A. Okay, I've read it.

12:54:07 7 **Q. Now, can you tell me in your own words**

12:54:10 8 **what you're using the Caroline Cohen statements to**

12:54:15 9 **show, in as succinct a way as you can so our**

12:54:21 10 **stomachs don't growl.**

12:54:29 11 **Maybe I'll show you the Caroline Cohen**

12:54:33 12 **statement.**

12:54:34 13 A. I'm referencing three Caroline Cohen

12:54:37 14 statements here, actually.

12:54:38 15 **Q. I'm sorry?**

12:54:38 16 A. I'm referencing three Caroline Cohen

12:54:41 17 statements here, actually.

12:54:43 18 MR. WAGNER: Take this one.

12:54:46 19 (Fisher Exhibit 13, handwritten

12:54:46 20 document signed by Caroline Cohen, Bates

12:54:46 21 numbered CJI 000145, marked for

12:55:12 22 identification, as of this date.)

12:55:12 23 **Q. You cite, do you remember this**

12:55:14 24 **document?**

12:55:19 25 A. I do remember this document.

141

Fisher

12:55:19 2 **Q. Okay. And you cite in this document**

12:55:22 3 **the reference to appurtenances of worship and a**

12:55:29 4 **cemetery, to you see that?**

12:55:30 5 A. I do, yes.

12:55:31 6 **Q. And you draw a conclusion from that,**

12:55:35 7 **right?**

12:55:36 8 A. I said that this strongly suggests

12:55:38 9 that Caroline Cohen had the appurtenances of

12:55:45 10 worship and very, very likely the rimmonim that she

12:55:50 11 had just donated to CSI that came with CJI.

12:55:56 12 **Q. Why would -- you say that CSI owned**

12:56:01 13 **those rimmonim. Why would she be referencing**

12:56:13 14 **rimmonim that CSI owns here?**

12:56:42 15 A. Most likely because they were being

12:56:44 16 utilized in the Touro Synagogue at this time

12:56:48 17 period.

12:56:48 18 **Q. Now, you used the document not only to**

12:56:53 19 **show what Caroline Cohen intended but the very next**

12:56:59 20 **sentence says, "The concern for these heirs at law**

12:57:03 21 **was not simply the synagogue building itself and**

12:57:06 22 **the cemetery, but also the synagogue appurtenances**

12:57:09 23 **(the appurtenances of worship)," do you see that?**

12:57:12 24 A. I do see that.

12:57:12 25 **Q. So you draw a conclusion from what**

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

142

Fisher

| | |
|---|---|
| 12:57:14 | 1 |
| 12:57:18 | 2 Caroline Cohen said vis-a-vis the other heirs, |
| 12:57:18 | 3 correct? |
| 12:57:18 | 4     A.  In this particular instance, I'm |
| 12:57:20 | 5 relying upon what Caroline Cohen is saying in this |
| 12:57:24 | 6 document and the concern that she exhibited when |
| 12:57:27 | 7 she made the donation of the rimmonim to CSI, |
| 12:57:31 | 8 eventually went to CJI. |
| 12:57:33 | 9     Q.  But you're saying that the heirs |
| 12:57:36 | 10 shared the same concern, correct? |
| 12:57:40 | 11     A.  She is one of the descendants of Herr |
| 12:57:45 | 12 Moses Michael Hayes, and this particular document, |
| 12:57:48 | 13 you've extracted it because it's a part of a longer |
| 12:57:53 | 14 progression of deeds of conveyance. |
| 12:57:54 | 15     Q.  I didn't extract it.  You extracted |
| 12:57:57 | 16 it, didn't you? |
| 12:57:58 | 17     A.  Well, in what you've given me, you |
| 12:58:00 | 18 extracted it. |
| 12:58:00 | 19     Q.  Okay.  She wasn't one of the people |
| 12:58:02 | 20 who signed the deeds over to CSI, was she? |
| 12:58:06 | 21     A.  From what I've seen so far, this is |
| 12:58:07 | 22 the primary representation of her support of the |
| 12:58:12 | 23 deeds of conveyance. |
| 12:58:13 | 24     Q.  But she didn't actually sign the |
| 12:58:15 | 25 deeds, did she? |

143

Fisher

| | |
|---|---|
| 12:58:18 | 2     A.  Like I just said, from what I've seen |
| 12:58:20 | 3 so far, this is the primary form of her support for |
| 12:58:23 | 4 the deeds of conveyance. |
| 12:58:25 | 5     Q.  Is her name on the deed? |
| 12:58:30 | 6     A.  There are several deeds.  But in any |
| 12:58:33 | 7 case, I don't recall seeing her name. |
| 12:58:35 | 8     Q.  Okay.  I'll make a representation that |
| 12:58:37 | 9 her name is not on the deeds.  Now, did you look at |
| 12:58:43 | 10 the statements by the actual heirs who deeded over |
| 12:58:51 | 11 the property? |
| 12:58:51 | 12     A.  If by those statements you mean the |
| 12:58:53 | 13 deeds of conveyance that were signed by the heirs, |
| 12:58:56 | 14 yes, that was a part of the documentation that I |
| 12:58:58 | 15 looked at in this process. |
| 12:59:04 | 16     MR. WAGNER:  Let's just look at one of |
| 12:59:05 | 17 them. |
| 12:59:07 | 18     (Fisher Exhibit 14, copy of |
| 12:59:07 | 19 handwritten document, Bates numbered CJI |
| 12:59:07 | 20 000146, marked for identification, as of |
| 12:59:07 | 21 this date.) |
| 12:59:54 | 22     MR. WAGNER:  Just give us a second.  I |
| 12:59:56 | 23 think we're going to use a different |
| 12:59:58 | 24 exhibit. |
| 12:59:59 | 25     (A pause in the proceedings.) |

144

Fisher

| | |
|---|---|
| 13:01:07 | 2     MR. WAGNER:  Okay, let's mark this as |
| 13:01:08 | 3 the next exhibit. |
| 13:01:08 | 4     (Fisher Exhibit 15, typewritten |
| 13:01:08 | 5 document bearing numerous signatures, |
| 13:01:08 | 6 Bates numbered CJI 000151, marked for |
| 13:01:34 | 7 identification, as of this date.) |
| 13:01:34 | 8     Q.  Now, you said that these were part of |
| 13:01:38 | 9 a larger series of statements by the heirs, |
| 13:01:40 | 10 correct? |
| 13:01:44 | 11     A.  "These" meaning? |
| 13:01:46 | 12     Q.  These types of statements, 14 and 15. |
| 13:01:49 | 13     A.  Well, this is extracted from something |
| 13:01:51 | 14 else.  It appears, maybe not, but what I have |
| 13:01:57 | 15 looked at as two or three deeds of conveyance that |
| 13:02:03 | 16 were specifically from individuals and/or couples |
| 13:02:07 | 17 who were conveying. |
| 13:02:09 | 18     Q.  And none of the other statements like |
| 13:02:12 | 19 this referenced appurtenances, did they? |
| 13:02:54 | 20     A.  At least some of the deeds -- |
| 13:02:57 | 21     Q.  I'm not -- I'm sorry, I'm not talking |
| 13:02:58 | 22 about the deeds.  I'm talking about these |
| 13:03:00 | 23 statements. |
| 13:03:01 | 24     A.  Oh, like -- |
| 13:03:01 | 25     Q.  These types of -- |

145

Fisher

| | |
|---|---|
| 13:03:02 | 2     MR. SOLOMON:  You want to know whether |
| 13:03:04 | 3 in the page you showed him the word |
| 13:03:08 | 4 "appurtenance" appears. |
| 13:03:09 | 5     Does the word "appurtenance" appear on |
| 13:03:11 | 6 this page? |
| 13:03:11 | 7     A.  As I said, these are part of a series. |
| 13:03:13 | 8     Q.  I understand that. |
| 13:03:15 | 9     A.  But if you're asking me about this |
| 13:03:16 | 10 particular document -- |
| 13:03:17 | 11     Q.  Um-hum. |
| 13:03:19 | 12     A.  -- because other documents I've seen |
| 13:03:20 | 13 from 1894 do actually use the language of |
| 13:03:24 | 14 "appurtenances." |
| 13:03:25 | 15     Q.  Okay, sir, I'm not asking about |
| 13:03:27 | 16 documents that are not in front of you right now. |
| 13:03:28 | 17 I'm asking about these documents. |
| 13:03:30 | 18     Do any of them, of the type that you |
| 13:03:33 | 19 cited of Caroline Cohen, reference "appurtenance"? |
| 13:03:37 | 20     A.  Aside from Caroline Cohen you're |
| 13:03:39 | 21 asking me? |
| 13:03:39 | 22     Q.  Yes. |
| 13:03:40 | 23     A.  Well, now you're asking me about other |
| 13:03:42 | 24 documents that aren't in front of me. |
| 13:03:43 | 25     Q.  That are in this form.  Start with the |

37  (Pages 142 to 145)

146

|  |  |  |
|---|---|---|
|  | 1 | Fisher |
| 13:03:46 | 2 | ones that are before you.  They don't show, they |
| 13:03:48 | 3 | don't reference "appurtenance," do they? |
| 13:03:56 | 4 | A.  Some of the language is the same, |
| 13:03:58 | 5 | "Exercising a becoming control over the building |
| 13:04:05 | 6 | erected by our ancestors."  But in this particular |
| 13:04:09 | 7 | case, in this document that you've given me here, |
| 13:04:11 | 8 | this one document, the word "appurtenances" does |
| 13:04:14 | 9 | not seem to appear. |
| 13:04:15 | 10 | Q.  Okay.  And if I showed you the rest of |
| 13:04:17 | 11 | the documents in that form, that are in that form, |
| 13:04:21 | 12 | which I can show you, would it surprise you that |
| 13:04:24 | 13 | none of them reference "appurtenance" except for |
| 13:04:27 | 14 | the Caroline Cohen one? |
| 13:04:28 | 15 | A.  But there are other deeds of |
| 13:04:30 | 16 | conveyance. |
| 13:04:31 | 17 | Q.  I'm not asking about other deeds.  I'm |
| 13:04:33 | 18 | just asking about the documents that are in this |
| 13:04:36 | 19 | form. |
| 13:04:38 | 20 | A.  I'd have to know the context in which |
| 13:04:41 | 21 | these documents were produced, because they seem to |
| 13:04:43 | 22 | be at odds on that particular point with other |
| 13:04:46 | 23 | deeds of conveyance that were also made by other |
| 13:04:50 | 24 | ancestors. |
| 13:04:50 | 25 | Q.  Not my question.  If you listen to my |

147

|  |  |  |
|---|---|---|
|  | 1 | Fisher |
| 13:04:52 | 2 | questions, they are really very simple.  Do the |
| 13:04:54 | 3 | other documents that are in this form, which you |
| 13:04:57 | 4 | said I pulled out of series, reference |
| 13:05:00 | 5 | appurtenances other than the -- |
| 13:05:02 | 6 | MR. SOLOMON:  Not reference |
| 13:05:03 | 7 | appurtenances, use the word.  He's -- |
| 13:05:05 | 8 | MR. WAGNER:  Yes, use the word |
| 13:05:06 | 9 | "appurtenance." |
| 13:05:08 | 10 | Q.  Do the other ones use the word |
| 13:05:10 | 11 | "appurtenance"? |
| 13:05:11 | 12 | A.  Again, the Caroline Cohen is in a |
| 13:05:14 | 13 | series within a document that I've seen that -- |
| 13:05:18 | 14 | these are the documents within this series do |
| 13:05:20 | 15 | reference the word "appurtenance." |
| 13:05:22 | 16 | I have not -- I don't know that what |
| 13:05:25 | 17 | series these are.  You've given me extracted |
| 13:05:27 | 18 | documents without any context.  And it's very |
| 13:05:31 | 19 | difficult for me to make these kind of |
| 13:05:33 | 20 | generalizations. |
| 13:05:33 | 21 | Q.  Do you know whether Caroline Cohen saw |
| 13:05:36 | 22 | the deeds? |
| 13:05:37 | 23 | A.  Sitting here today, I don't recall |
| 13:05:51 | 24 | seeing anything that would confirm or deny that. |
| 13:05:56 | 25 | Q.  Okay. |

148

|  |  |  |
|---|---|---|
|  | 1 | Fisher |
| 13:05:56 | 2 | MR. WAGNER:  Let's mark this as the |
| 13:05:58 | 3 | next exhibit. |
| 13:05:58 | 4 | MR. SOLOMON:  This will be the last |
| 13:06:02 | 5 | one. |
| 13:06:03 | 6 | (Fisher Exhibit 16, handwritten |
| 13:06:03 | 7 | document Bates numbered CJI 000148, |
| 13:06:03 | 8 | marked for identification, as of this |
| 13:06:23 | 9 | date.) |
| 13:06:23 | 10 | Q.  Sir, does this document contain the |
| 13:06:25 | 11 | word "appurtenance"? |
| 13:06:54 | 12 | A.  If you're asking me about this |
| 13:06:55 | 13 | particular document -- |
| 13:06:56 | 14 | Q.  That's the one I gave you. |
| 13:06:57 | 15 | A.  And not the others that do reference |
| 13:06:59 | 16 | appurtenances -- |
| 13:07:00 | 17 | Q.  Do we really have to do that? |
| 13:07:03 | 18 | A.  In this particular case, extracted |
| 13:07:04 | 19 | from the other body of deeds of conveyance that I |
| 13:07:08 | 20 | have looked at, this particular one does not use |
| 13:07:10 | 21 | the word "appurtenances."  There is some parallel |
| 13:07:15 | 22 | language usage, but the word "appurtenance" is not |
| 13:07:18 | 23 | on this document. |
| 13:07:19 | 24 | Q.  And it would be inappropriate to pull |
| 13:07:22 | 25 | out one document from a series, would it not? |

149

|  |  |  |
|---|---|---|
|  | 1 | Fisher |
| 13:07:22 | 2 | (Continued on following page.) |
|  | 3 |  |
|  | 4 |  |
|  | 5 |  |
|  | 6 |  |
|  | 7 |  |
|  | 8 |  |
|  | 9 |  |
|  | 10 |  |
|  | 11 |  |
|  | 12 |  |
|  | 13 |  |
|  | 14 |  |
|  | 15 |  |
|  | 16 |  |
|  | 17 |  |
|  | 18 |  |
|  | 19 |  |
|  | 20 |  |
|  | 21 |  |
|  | 22 |  |
|  | 23 |  |
|  | 24 |  |
|  | 25 |  |

38  (Pages 146 to 149)

150

Fisher

13:07:25  1    A. If that's what had happened, that
13:07:27  2  would be inappropriate.  In fact, the Caroline
13:07:31  3  Cohen letter was in a series that I received that
13:07:37  4  included other deeds of conveyance that did use the
13:07:40  5  word "appurtenances."
13:07:42  6       MR. WAGNER:  I thank you for your
13:07:44  7  patience.  Let's take a break.  During the
13:07:54  8  break, I think just to save time, if you
13:07:56  9  could go through your references and just
13:08:01  10  flag for me ones touch on Judaism and
13:08:04  11  Jewish history, that would save some time
13:08:06  12  for you.  Thank you.
13:08:38  13       (Luncheon recess:  1:08 p.m.)
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25

151

13:08:38  1    A F T E R N O O N  S E S S I O N
13:08:47  2         (2:09 p.m.)
13:08:47  3  L I N F O R D   F I S H E R ,  having been
13:08:47  4       previously sworn, resumed the stand and
13:08:49  5       testified further as follows:
13:33:07  6  EXAMINATION (Cont'd.)
13:33:08  7  BY MR. WAGNER:
14:08:35  8    Q. Hope you had a good lunch.  Can you
14:08:53  9  name some experts or authorities on the historical
14:08:56  10  method?
14:08:57  11    A. Well, one extract from what we
14:09:09  12  assigned to graduate students at Brown is from
14:09:17  13  Peter Novak, "The Noble Dream," which addresses the
14:09:25  14  question of objectivity in historical methodology.
14:09:31  15       There's a book -- I'm sorry, how many
14:09:42  16  did you want?
14:09:43  17    Q. Give me two or three.
14:09:44  18    A. Two or three.  I mean, in our methods
14:09:58  19  and theory class, we often read some of the major
14:10:02  20  theorists on, sort, of religion in America, which
14:10:04  21  touches on religious interpretation methodologies
14:10:10  22  so, even the Brits like Max Weber and some of the
14:10:16  23  classics in the field like that.  Michael Fuco, and
14:10:19  24  others.

152

Fisher

14:10:22  2    Q. If I wanted to, if I wanted to go to,
14:10:26  3  you know, the best or among the best sources to
14:10:28  4  learn what the historical method is, aside from The
14:10:34  5  Noble Dream, where else would I go?
14:10:41  6    A. A lot of our -- there are, I -- a lot
14:10:47  7  of what we do in teaching discipline of history is
14:10:52  8  through actually doing it, and by reading works in
14:10:57  9  the field that sort of represent the broad span of
14:11:04  10  the historical profession and -- and methodology at
14:11:09  11  a certain level.
14:11:12  12       So students learn this primarily not
14:11:14  13  by reading a textbook that tells them how to do it,
14:11:18  14  but by simply reading and learning from historians
14:11:21  15  who are doing it actively.
14:11:23  16    Q. Okay.  But if you were to recommend a
14:11:26  17  book to me, I'm not at Brown, unfortunately --
14:11:29  18    A. Right.
14:11:29  19    Q. -- what would you recommend besides
14:11:31  20  the Noble book?
14:11:32  21    A. I would point you towards books in the
14:11:34  22  field that exhibit the kind of methodology that I
14:11:36  23  think are resident with the kind of work that I
14:11:41  24  wouldn't recommend.  So one book like this in my
14:11:44  25  field of American religion is called Lived Religion

153

Fisher

14:11:48  2  in America, and it is a sort of theoretical
14:11:51  3  methodological book that does what I'm talking
14:11:53  4  about.  It has an essay at the beginning that opens
14:11:58  5  up this theoretical framework of lived religion,
14:12:05  6  and then has essays that demonstrate the practice
14:12:08  7  of lived religion.
14:12:10  8    Q. Are you able to cite any authorities
14:12:12  9  on American Jewish history that have a description
14:12:14  10  of the historical method?
14:12:19  11    A. I would need more time to consider
14:12:20  12  that question, and to...
14:12:23  13    Q. Now, you, when I asked you questions
14:12:28  14  about your opinion with respect to rimmonim are
14:12:31  15  essential, necessary and required, and I think you
14:12:34  16  said you didn't look at any sources of Jewish law,
14:12:36  17  is that correct?
14:12:40  18    A. It depends what you mean by "sources
14:12:42  19  of Jewish law."
14:12:43  20    Q. Have you looked at any sources of
14:12:45  21  Jewish law to determine whether rimmonim are
14:12:46  22  necessary, essential or required for a service?
14:12:58  23    A. I do not recall consulting
14:12:59  24  specifically a textbook that purported to be on the
14:13:06  25  finer points of Jewish law.  But I, as is often

154

Fisher

4:13:12     1     common in the field of history, relied upon other
4:13:15     2     historians and secondary sources as well as read
4:13:19     3     primary source material to place this in the
4:13:23     4     context.
4:13:23     5         Q. But no books that are specifically
4:13:25     6     devoted to Jewish law, correct?
4:13:54     7         A. I mean, I cite dictionaries, several
4:13:56     8     works of reference that include within them
4:14:00     9     elements of Jewish religion, which one presumes
4:14:04    10     would deal with Jewish law.
4:14:05    11         Q. But a dictionary is not a source of
4:14:07    12     Jewish law, is it?
4:14:08    13         A. It's an analysis of some of the kinds
4:14:11    14     of ritual questions that would pertain to Jewish
4:14:14    15     law.
4:14:15    16         Q. But is a dictionary a source of Jewish
4:14:19    17     law, in your view?
4:14:27    18         A. It depends what kind of dictionary;
4:14:29    19     but a dictionary, generally speaking, would contain
4:14:33    20     secondary analyses of items pertaining to Jewish
4:14:36    21     law.
4:14:37    22         Q. Can you name any authorities on Jewish
4:14:39    23     law?
4:15:01    24         A. Sitting here today, I cannot recall
           25

155

Fisher

4:15:05     1     any authorities on Jewish law, nor was I
4:15:09     2     necessarily brought in to this case to primarily
4:15:17     3     demonstrate that particular point.
4:15:20     4         Q. Are you an expert on Jewish law?
4:15:22     5         A. The realm of Jewish law is not
4:15:45     6     something that I primarily spend time working on in
4:15:49     7     my career. But I as a historian routinely have to
4:15:51     8     deal with documents and other kinds of evidence
4:15:54     9     that might pertain to not only Jewish law, but also
4:15:58    10     to other American religions.
4:15:59    11         Q. But are you an expert on Jewish law?
4:16:01    12         A. My work so far has not primarily been
4:16:12    13     located --
4:16:13    14         Q. And I'm right that nobody comes to you
4:16:15    15     to consult with you about the ins and outs of
4:16:20    16     Jewish law, do they?
4:16:21    17         A. For this particular case, I was
4:16:24    18     brought on to understand the wider context within
4:16:28    19     which questions about Jewish law were taking place.
4:16:30    20         Q. Not my question. Has anyone come to
4:16:33    21     you for advice about Jewish law?
4:16:36    22         A. Again, Jewish law is not something
4:16:48    23     where I've located myself at work. And yet,
4:16:52    24     there's a broader context and interpretation of
           25

156

Fisher

4:16:54     2     documents that might touch on it or pertain to it.
4:16:58     3         Q. Sir, I can't make my questions any
4:17:02     4     simpler. Has anyone come to you to consult about
4:17:07     5     Jewish law?
4:17:08     6         A. Prior to this --
4:17:09     7         Q. Yes.
4:17:11     8         A. -- in -- not even in this case, but in
4:17:13     9     my recollection sitting here, I cannot recall
4:17:17    10     someone coming to me.
4:17:19    11         Q. Okay. And am I right that you're not
4:17:27    12     qualified to opine on issues of Jewish law?
4:17:36    13         A. The skills that I bring to these
4:17:38    14     questions tie into my expertise in the general
4:17:45    15     history of religion in America, and I bring to bear
4:17:48    16     on the kinds of documents that have been involved
4:17:50    17     in this case, which are touching upon issues or
4:17:52    18     questions perhaps of Jewish law, are relevant to
4:17:56    19     the work I do as a historian.
4:17:57    20         Q. Okay. Are you qualified to opine as
4:18:01    21     to whether rimmonim are required in a service as a
4:18:03    22     matter of Jewish law?
4:18:11    23         A. Again, the report is based upon my
4:18:13    24     reading of the sources and leaning upon the
4:18:16    25     secondary analysis of other historians.

157

Fisher

4:18:19     2         Q. Do you mean to tell me you are
4:18:21     3     qualified to opine on that issue?
4:18:24     4         A. As a historian, I read documents and
4:18:26     5     try to represent actions and items that happened in
4:18:30     6     the past as assessed by other people and my reading
4:18:34     7     of the documents themselves.
4:18:35     8         Q. Have you read any original sources of
4:18:37     9     Jewish law concerning rimmonim?
4:18:40    10         A. It I guess depends how you want to
4:18:58    11     define it. But I have not sat down to specifically
4:19:07    12     read a single work devoted to the subject of Jewish
4:19:13    13     law.
4:19:13    14         Q. You, in your report, you discuss the
4:19:16    15     differences between Ashkenazic and Sephardic
4:19:19    16     services, do you recall that?
4:19:21    17         A. I do recall.
4:19:21    18         Q. What are the differences?
4:19:23    19         A. It would depend on what context you're
4:19:30    20     talking about, and who is under consideration.
4:19:34    21         Q. Give me any differences.
4:19:38    22         A. The languages used and perhaps --
4:19:48    23         Q. What language?
4:19:50    24         A. Strike that, yeah. There are general
4:19:55    25     cultural differences that meant a great deal to the

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

158

Fisher

| | | |
|---|---|---|
| 4:20:00 | 1 | people as reflected in the documents that I was |
| 4:20:02 | 2 | relying upon. |
| 4:20:03 | 3 | Q. Just tell me. Just, what are the |
| 4:20:05 | 4 | differences? |
| 4:20:08 | 5 | A. It comes down to the form of the |
| 4:20:09 | 6 | liturgy, maybe the structure of the service. And |
| 4:20:13 | 7 | again, this is reflecting kinds of things that I've |
| 4:20:19 | 8 | seen in the documents. |
| 4:20:21 | 9 | Q. Can you cite me one difference? |
| 4:20:26 | 10 | A. I think I did. But -- |
| 4:20:28 | 11 | Q. Can you tell me a difference in the |
| 4:20:30 | 12 | liturgy between an Ashkenazic service and a |
| 4:20:34 | 13 | Sephardic service? |
| 4:20:43 | 14 | A. Sitting here today, I cannot recall |
| 4:20:49 | 15 | something concrete. But I can tell you that this |
| 4:20:51 | 16 | was of great importance to the people who were -- |
| 4:20:56 | 17 | both at -- well, at CSI who were concerned with |
| 4:21:00 | 18 | some of these cultural and ritual differences |
| 4:21:03 | 19 | between these two branches of Judaism. |
| 4:21:06 | 20 | Q. Do Ashkenazic and Sephardic celebrate |
| 4:21:24 | 21 | different holidays? |
| 4:21:41 | 22 | A. Certainly some of the holidays would |
| 4:21:43 | 23 | be the same. Whether or not they celebrate |
| 4:21:46 | 24 | separate or different ones may be the case. I |

159

Fisher

| | | |
|---|---|---|
| 4:21:50 | 1 | don't recall reading in the documents whether that |
| 4:21:52 | 2 | was the case. |
| 4:21:52 | 3 | Q. So you don't know any differences, do |
| 4:21:54 | 4 | you? |
| 4:21:56 | 5 | A. The differences were important enough |
| 4:21:57 | 6 | for people to write in very animated ways about |
| 4:22:04 | 7 | this in the 1890s. |
| 4:22:06 | 8 | Q. You have -- not my question. You have |
| 4:22:08 | 9 | a whole section of your report on the differences |
| 4:22:11 | 10 | between Ashkenazic and Sephardic. And I'm |
| 4:22:14 | 11 | wondering whether you can specify any of those |
| 4:22:16 | 12 | differences. |
| 4:22:17 | 13 | A. Let's look at that. Which page -- |
| 4:22:19 | 14 | Q. Fifteen. Can you identify any |
| 4:22:34 | 15 | differences in holidays between Ashkenazic and |
| 4:22:37 | 16 | Sephardic? |
| 4:22:51 | 17 | A. I don't recall anything in the |
| 4:22:52 | 18 | documents that would indicate differences in |
| 4:22:55 | 19 | holidays. |
| 4:22:55 | 20 | Q. Do you know whether they, Ashkenazic |
| 4:22:59 | 21 | and Sephardic, say different prayers? |
| 4:23:01 | 22 | A. I believe I've seen references to |
| 4:23:04 | 23 | differences in the liturgy between the two. |
| 4:23:07 | 24 | Q. And can you identify any of those |

160

Fisher

| | | |
|---|---|---|
| 14:23:09 | 1 | differences? |
| 14:23:32 | 2 | A. Sitting here today, thinking about |
| 14:23:33 | 3 | these documents I've looked at, nothing comes to |
| 14:23:36 | 4 | mind regarding the specifics of those differences. |
| 14:23:40 | 5 | Q. If you walked into a, let's say, |
| 14:23:43 | 6 | no-name synagogue, would you know the difference |
| 14:23:45 | 7 | between an Ashkenazic service and a Sephardic |
| 14:23:47 | 8 | service? |
| 14:23:49 | 9 | A. You're talking 1903 or the present? |
| 14:23:51 | 10 | Q. 1903. |
| 14:23:55 | 11 | A. 1903. I'd have to consider that |
| 14:24:05 | 12 | further, I think. But again, people in this time |
| 14:24:07 | 13 | period were very concerned about these differences. |
| 14:24:10 | 14 | Q. I'm not interested in -- that's not my |
| 14:24:13 | 15 | question. I didn't ask the question, "Dr. Fisher, |
| 14:24:17 | 16 | were the people then concerned." I was asking |
| 14:24:19 | 17 | whether, if you walked into a service in 1903, |
| 14:24:23 | 18 | would you know whether the service is Ashkenazic or |
| 14:24:27 | 19 | Sephardic? |
| 14:24:32 | 20 | A. I hadn't fully considered that |
| 14:24:34 | 21 | question when I was writing the report, I -- |
| 14:24:37 | 22 | Q. I'm just asking the question. Would |
| 14:24:39 | 23 | you know the difference? |
| 14:24:48 | 24 | A. Sitting here today, thinking about |

161

Fisher

| | | |
|---|---|---|
| 14:24:50 | 1 | that question, it's possible that I, without |
| 14:24:55 | 2 | looking to -- further, would not be entirely sure. |
| 14:24:58 | 3 | Q. You've never even been to a Sephardic |
| 14:25:01 | 4 | service in your life, have you? |
| 14:25:04 | 5 | A. No, I have not. |
| 14:25:05 | 6 | Q. Well, the service at Brown, was it |
| 14:25:07 | 7 | Sephardic or Ashkenaz, do you know? |
| 14:25:21 | 8 | A. I don't recall what my students told |
| 14:25:22 | 9 | me going into it. I do know that it was a liberal |
| 14:25:29 | 10 | version of what often takes place, as you might |
| 14:25:33 | 11 | expect in a place like Brown. |
| 14:25:34 | 12 | Q. If it's liberal, it must have been |
| 14:25:37 | 13 | Sephardic. |
| 14:25:37 | 14 | A. I would guess actually the opposite, |
| 14:25:39 | 15 | that it must have been Ashkenaz. |
| 14:25:41 | 16 | Q. Okay. Did CSI and Touro Synagogue |
| 14:25:52 | 17 | recognize the Myer Myers rimmonim as something |
| 14:25:55 | 18 | special? |
| 14:25:57 | 19 | MR. SOLOMON: Object to the question. |
| 14:25:59 | 20 | Unlimited as to time. |
| 14:26:00 | 21 | MR. WAGNER: At any time. |
| 14:26:05 | 22 | A. Can we talk about specific times? |
| 14:26:07 | 23 | Q. Let's talk the 1800s. Do you know |
| 14:26:12 | 24 | whether they were recognized as something special? |

41 (Pages 158 to 161)

162

Fisher

14:26:26  2   A. "Special" is a pretty broad term.
14:26:28  3   There are indications that they were aware of the
14:26:30  4   maker of not just the Myer Myers but other kinds of
14:26:35  5   pieces of silver.
14:26:39  6       But I think it's fair to say that the
14:26:45  7   documents are not always clear as to when greater
14:26:51  8   weight was given to the Myer Myers rimmonim.  There
14:26:55  9   was a concern for ritual objects more broadly in
14:26:59  10  this time period.
14:27:00  11      Q. Well, are you aware of any documents
14:27:02  12  that singled out, during this period, the 1800s, in
14:27:07  13  which the parties singled out the Myer Myers
14:27:10  14  rimmonim?
14:27:10  15      A. Well, the inventory of 1869 from CSI
14:27:14  16  is certainly one such time that takes place.
14:27:20  17      Q. Anything else?
14:27:22  18      A. Um --
14:27:48  19          (Witness perusing documents.)
14:29:11  20      A. Sorry, so I'm trying to find in my
14:29:13  21  report where I talk about the Caroline Cohen
14:29:16  22  donation to CSI that ended up at CJI.  And I seem
14:29:20  23  to recall that she may have mentioned that they
14:29:22  24  were Myer Myers, but without the document in front
14:29:24  25  of me I can't be sure.

163

Fisher

14:29:25  2   Q. Okay.  I think we agreed that in that
14:29:29  3   inventory --
14:29:30  4   A. Sure.
14:29:31  5   Q. -- there was a reference.
14:29:32  6   A. Right.
14:29:32  7   MR. WAGNER:  Let me mark the
14:29:34  8   inventory.
14:29:35  9       (Fisher Exhibit 17, multipage
14:29:35  10  handwritten inventory, Bates numbered
14:29:35  11  CSI4921 through 4960, marked for
14:30:00  12  identification, as of this date.)
14:30:00  13  Q. This is the inventory you referenced.
14:30:02  14  Now, it says, "Inventory of all property effects
14:30:05  15  belonging to or in keeping of Kehillat Kodesh
14:30:12  16  Shearith Israel."
14:30:14  17      Do you see that?
14:30:14  18  A. I do.
14:30:15  19  Q. By the way, are you able to read
14:30:17  20  Hebrew like that?
14:30:18  21  A. It's been a long time.
14:30:19  22  Q. For me, too.  Now, what do the words
14:30:22  23  "belonging to" mean to you here?
14:30:40  24  A. I have not fully considered that
14:30:41  25  question necessarily in this phrase right here.

164

Fisher

14:30:43  2   But it would appear to indicate some sort of
14:30:48  3   ownership, I think.
14:30:48  4       Q. So when CSI uses the words "belonging
14:30:55  5   to," is it your understanding that that generally
14:30:58  6   means ownership?
14:30:59  7       A. It depends on the context.  And how
14:31:02  8   it's used --
14:31:03  9       Q. But here, certainly they are using it
14:31:05  10  as ownership, right?
14:31:06  11      A. Again, it depends on the purpose of
14:31:08  12  this inventory, kind of what is intended by it, who
14:31:11  13  it's for.
14:31:12  14      Q. Well, do you interpret the inventory
14:31:13  15  as CSI claiming, or stating that it owns the
14:31:18  16  rimmonim?
14:31:36  17      A. Context is important, so the second
14:31:38  18  page of this document and -- it does talk about it,
14:31:44  19  complete inventory of all the property and effects
14:31:46  20  belonging to the congregation, or in its keeping,
14:31:49  21  which seems to -- would elaborate from the first
14:31:54  22  page of that document you've given me.
14:31:57  23      Q. Okay.  But just, is it your
14:31:59  24  understanding that CSI, by using the words
14:32:03  25  "belonging to" in this document, meant to indicate

165

Fisher

14:32:06  2   ownership, or not?
14:32:09  3       A. It is possible that that was the
14:32:10  4   overall intended of -- effect of the use of those
14:32:14  5   words.  But again, I think that even documents that
14:32:17  6   are labeled and titled in certain ways, you have to
14:32:21  7   look precisely within it to know more about what
14:32:24  8   we're talking about.
14:32:24  9       Q. Can you look at page 42 of your
14:32:55  10  report.  You say in the middle of the page, this is
14:33:07  11  your discussion of this document, you say,
14:33:11  12  "Additionally, these rimmonim are not noted in the
14:33:13  13  margins of the 1869 inventory as being the property
14:33:15  14  of anyone else or any other institution.  This
14:33:19  15  confirms that they are the property of CSI," etc.
14:33:23  16      Do you see that?
14:33:24  17  A. I do see that.
14:33:25  18  Q. So you do conclude based on this
14:33:27  19  document that CSI owns the rimmonim, correct?
14:33:29  20      MR. SOLOMON:  Objection, misstates the
14:33:30  21  document.
14:33:30  22  Q. You can answer.
14:33:49  23  A. What this statement shows on page 42
14:33:51  24  is not necessarily pronouncement about the title of
14:33:54  25  this entire inventory.  It is my assessment of

42  (Pages 162 to 165)

166

Fisher

14:33:59  1  reading the particular page of the inventory.
14:34:02  2      Q. Well, does the reference to "belonging
14:34:04  3  to" on the cover page mean anything to you?
14:34:15  4      A. Generally, again, without -- while
14:34:19  5  allowing for exceptions within the document itself,
14:34:22  6  that one would expect that "belonging to" might
14:34:25  7  indicate ownership within the context.
14:34:28  8      Q. Now, this is a statement by CSI that
14:34:31  9  it owns the rimmonim, correct?
14:34:32  10     A. That's what this document purports to
14:34:35  11  be yes.
14:34:36  12     Q. Do you have any evidence that CJI or
14:34:39  13  anyone at Touro Synagogue saw this inventory?
14:34:42  14     A. Well, there wasn't a CJI.
14:34:46  15     Q. Any, CYI, CJI, anyone at Touro see
14:34:52  16  this, any indication?
14:34:53  17     A. There was one at Touro who was
14:34:54  18  actually using it so he would have seen it --
14:34:55  19     Q. Is that another way of saying that you
14:34:57  20  don't know of anyone at any point in time who has
14:35:01  21  seen this other than in the context of this
14:35:02  22  litigation?
14:35:04  23     A. As an internal, what seems to be
14:35:07  24  internal but I could be wrong, of course, as a

167

Fisher

14:35:12  1  inventory that was at least prompted internally by
14:35:16  2  CSI, I have not, to my recollection, seen anything
14:35:20  3  that would indicate that, A, there were -- there
14:35:23  4  was anyone to look at it in 1869 at the Touro
14:35:30  5  Synagogue, and B, I do not recall it referenced by
14:35:34  6  any of the later congregations who came to occupy
14:35:38  7  Touro Synagogue.
14:35:38  8      Q. Do you know who Rambam is?
14:35:44  9      A. At's another name for Maimonides.
14:35:46  10     Q. Yes. Are you an expert on Rambam?
14:35:58  11     A. Generally, my expertise does not date
14:36:07  12  back to the medieval period. And I have not
14:36:18  13  usually considered myself an expert on Maimonides.
14:36:21  14     Q. Well, you said "usually." Have you
14:36:23  15  ever considered yourself an expert on Maimonides?
14:36:26  16     A. One does not need to be an expert to
14:36:28  17  use or cite or quote from.
14:36:30  18     Q. That's not my question. Have you ever
14:36:33  19  considered yourself to be an expert on Maimonides?
14:36:37  20     A. To my recollection, I have never
14:36:41  21  suggested that I am an expert on Maimonides.
14:36:46  22     Q. Now, is it your opinion that most of
14:37:09  23  the ritual items at the Newport synagogue in 1818
14:37:12  24  were loans from CSI to CYI?

168

Fisher

14:37:20  1      A. The items are not all the same. Some
14:37:23  2  of them -- some books of the law I have in my
14:37:27  3  report, there's a listing of the particular items
14:37:30  4  that CSI sent and donated to CJI, the original CYI
14:37:44  5  in the 18th century.
14:37:49  6      So the items that were specifically
14:37:52  7  sent up by CSI to CYI, I presume were part of that.
14:38:00  8  From some of the sources I've read, as I can recall
14:38:04  9  sitting here, there were other items that were
14:38:08  10  possibly not from CSI originally, two books of the
14:38:17  11  law, for example, that were given to CYI from
14:38:20  12  elsewhere.
14:38:20  13     Q. And we see that in the Ezra Stiles --
14:38:24  14     A. That also went down to CSI.
14:38:28  15     Q. Can you turn to page 43 of your
14:38:30  16  report.
14:38:30  17     A. Yes.
14:38:30  18     Q. You see the first full sentence you
14:38:39  19  say, "It is clear from these definitions, the
14:38:42  20  documents in the 1820s and the actions of CSI, that
14:38:46  21  the ritual objects were not simply sent to CSI in
14:38:49  22  New York for safe storage; they were returned, were
14:38:54  23  sent to CSI because the objects had mostly come
14:38:56  24  from CSI in the first place as loans to CYI."

169

Fisher

14:39:00  1      Do you see that?
14:39:01  2      A. I do.
14:39:02  3      Q. What items were loaned to CYI by CSI?
14:39:10  4      A. Well, there were at least two --
14:39:13  5      Q. Well -- I'm sorry, go ahead.
14:39:17  6      A. As I recall from the documents, there
14:39:21  7  were at least two books of the law and then, as I
14:39:26  8  said, there were other items which, if you want me
14:39:29  9  to find them, I can find them in the report, that
14:39:32  10  were sent down as well.
14:39:34  11     Page 6 of my report, I say that the
14:39:40  12  Newport congregation solicited and received gifts,
14:39:47  13  including 149 pounds in English money, perpetual
14:39:52  14  lamp, some brass candlesticks and candle wax from
14:39:56  15  CSI in New York, which also loaned at least two
14:39:59  16  Torah scrolls.
14:40:00  17     Q. So is there anything beyond the two
14:40:02  18  Torah scrolls that CSI loaned to CYI?
14:40:16  19     A. From what I've seen in 1763, this
14:40:19  20  seems to be what is often understood to have come
14:40:24  21  from CSI.
14:40:25  22     Q. As gifts or as loans?
14:40:45  23     A. The record is not always clear on gift
14:40:49  24  versus loan, at least not in some cases. The

43  (Pages 166 to 169)

170

Fisher

14:40:53 1 language that I'm relying upon here seems to
14:40:59 2 specifically tag the two Torah scrolls as being
14:41:04 3 loaned.
14:41:04 4 **Q. So for the Torah scrolls you cite one**
14:41:09 5 **original source, right? The 1759 minutes, right?**
14:41:30 6 A. Yes. There's another one at the end,
14:41:33 7 January 11, 1818, the CSI trustee minutes, at least
14:41:40 8 two primary sources in that footnote.
14:41:42 9 **Q. But here you only cite one, right?**
14:41:44 10 A. It's the same footnote.
14:41:44 11 **Q. But here you only cite one original**
14:41:47 12 **source.**
14:41:47 13 A. I'm citing two.
14:41:49 14 MR. SOLOMON: You're wrong. He keeps
14:41:50 15 telling you that it's in the footnote.
14:41:52 16 **Q. Now, the source, 1818, that was fifty**
14:41:54 17 **years later, right?**
14:41:57 18 A. Roughly, yes.
14:41:58 19 **Q. Any other proof, any other evidence**
14:42:02 20 **that any of the items listed, that you listed here**
14:42:06 21 **are loans?**
14:42:54 22 A. I don't believe the documents that I
14:42:56 23 was looking at were entirely clear on the question.
14:42:59 24 **Q. Did you look at the public record?**

171

Fisher

14:43:15 1 **Did you?**
14:43:17 2 A. You have to say more. What public
14:43:19 3 record are you referring to?
14:43:21 4 **Q. Publications of the American Jewish**
14:43:25 5 **Historical Society that reprint CSI's minutes.**
14:43:30 6 A. I have to take a look at it. I --
14:43:32 7 **Q. Have you ever heard of the American**
14:43:35 8 **Jewish Historical Society?**
14:43:36 9 A. I've heard of the American Jewish
14:43:40 10 Historical Society. But until I see the document
14:43:41 11 you just passed out, I don't know if it's something
14:43:44 12 I've consulted or would be relevant.
14:44:13 13 (Fisher Exhibit 18, title page and
14:44:13 14 pages 175 through 185 of a publication
14:44:13 15 of the American Jewish Historical
14:44:13 16 Society, Number 27, not Bates numbered,
14:44:13 17 marked for identification, as of this
14:44:16 18 date.)
14:44:16 19 **Q. Have you looked at any publications of**
14:44:19 20 **the American Jewish Historical Society?**
14:44:22 21 A. Are you asking me if I have looked at
14:44:27 22 any?
14:44:28 23 **Q. Yes. Ever.**
14:44:31 24 A. Surely I must have at some point.

172

Fisher

14:44:33 1 **Q. Okay. Can you look at page 184 of**
14:44:35 2 **this document.**
14:44:37 3 A. 184?
14:44:37 4 **Q. Yes. Do you see it says a Tamid from**
14:44:59 5 **M. Samuel Judah, some candlesticks and the Tebah**
14:45:02 6 **from M. Samuel Hart, a hundred pounds of wax from**
14:45:06 7 **M. Haym Myers, do you see that?**
14:45:09 8 A. I do see that.
14:45:10 9 **Q. And those were all gifts from those**
14:45:11 10 **individuals, were they not?**
14:45:13 11 A. I would need more time to consider the
14:45:15 12 full context of this document to see definitively
14:45:18 13 either way.
14:45:18 14 **Q. You reference one Torah that was**
14:45:22 15 **loaned. Am I right that that Torah was itself**
14:45:25 16 **loaned to CSI from the congregation in Georgia?**
14:45:29 17 A. It appears from the meeting minutes
14:45:38 18 that I cite on page 6, footnote 11, that at least
14:45:47 19 one of those particular scrolls that were loans in
14:45:51 20 and around 1759 were within the keeping of CSI
14:45:57 21 and they loaned them to Newport.
14:46:00 22 **Q. Now, I don't want to spend too much**
14:46:16 23 **time on this. But you say, "Additional scrolls" --**
14:46:22 24 MR. JACOBY: What page are you on?

173

Fisher

14:46:24 1 MR. WAGNER: Six.
14:46:25 2 MR. JACOBY: Six. Sorry.
14:46:29 3 **Q. You say, "Additional -- it's on page**
14:46:29 4 **6 -- additional scrolls that were loaned to the**
14:46:35 5 **Newport congregation for their new synagogue**
14:46:38 6 **including scrolls from Jewish congregations in**
14:46:41 7 **London and Amsterdam," do you see that?**
14:46:43 8 A. I do see that.
14:46:44 9 **Q. Isn't it a fact that those were gifts**
14:46:47 10 **as well?**
14:46:52 11 A. Without looking at the documents here,
14:46:59 12 I don't recall whether or not the language used was
14:47:02 13 one of loaning or one of giving. Although...
14:47:25 14 **Q. Do you understand the difference**
14:47:26 15 **between loans and gifts?**
14:47:28 16 A. It depends on the context.
14:47:30 17 **Q. You're unable to answer that question**
14:47:33 18 **without knowing the context?**
14:47:35 19 A. Context is everything.
14:47:36 20 **Q. You think you're going to go into**
14:47:39 21 **court and I'm going to ask that question and you're**
14:47:42 22 **not going to answer it?**
14:47:43 23 MR. SOLOMON: Sorry, what's your
14:47:44 24 question?

44 (Pages 170 to 173)

174

Fisher

14:47:45  Q. You don't have to answer that. Can
14:47:47  you turn to page 7 of your report. First
14:47:54  paragraph, third line, you reference a "hazzan
14:47:58  (rabbi)." Who told you that a hazzan was a rabbi?
14:48:02  Where did you get that from?
14:48:06  A. I've seen it used in that way in some
14:48:10  of the documentation I looked at, as I recall. I'd
14:48:12  have to go back and double-check what I was looking
14:48:15  at.
14:48:15  Q. Are you aware that there were no
14:48:17  rabbis in the United States until the 1840s?
14:48:20  A. I would need to see documentation that
14:48:29  shows that and then consider that further before...
14:48:33  Q. But that's not something you know as a
14:48:35  matter of course in your studies, is it?
14:48:36  A. Again, I'd have to see the
14:48:44  documentation that would indicate that that was the
14:48:46  case. I -- it's -- sitting here today, it's
14:48:51  something that I have not seen evidence of either
14:48:54  way.
14:48:54  Q. You don't really know anything about
14:48:56  American Jewish history, do you?
14:48:59  MR. SOLOMON: Object to the form of
14:49:00  the question.

175

Fisher

14:49:00  Q. You can answer. Do you really know
14:49:02  anything about American Jewish history?
14:49:08  A. The history of American Judaism is
14:49:10  part of the wider scope of American religious
14:49:14  history in which I was trained and which I teach.
14:49:19  Q. What training do you specifically have
14:49:23  in American Jewish history?
14:49:29  A. American Jewish history is a part of
14:49:35  the wider scope of American religious history and
14:49:38  that's what I was trained in. As a part of that
14:49:41  training, I studied for field exams a while back.
14:49:46  Q. What year was that?
14:49:50  A. 2005.
14:49:51  Q. What percentage of the field exam
14:49:53  concerned American Jewish history?
14:49:54  A. I don't recall.
14:49:55  Q. Do you know what role, if any, CSI
14:50:00  played in the development of the Jewish Theological
14:50:04  Seminary?
14:50:08  MR. SOLOMON: Do you, when you asked
14:50:10  that question?
14:50:10  MR. WAGNER: Yes.
14:50:12  MR. SOLOMON: And before you prepared
14:50:13  for the deposition, something that

176

Fisher

14:50:14  everybody knows?
14:50:15  Q. Go ahead.
14:50:17  MR. SOLOMON: I can assure you, you're
14:50:19  going to answer that question at trial.
14:50:21  MR. WAGNER: As a matter of fact, I
14:50:22  did know.
14:50:23  Q. Can you answer that?
14:50:50  A. Sitting here today, I do not recall
14:50:52  what role CSI had in founding, if any, of the
14:51:01  Jewish Theological Seminary.
14:51:02  Q. Do you know how many Jews were in the
14:51:04  United States at the time of American independence?
14:51:13  A. The time of the American independence,
14:51:17  the numbers were not -- not great.
14:51:21  Q. Ten thousand? Five thousand? What's
14:51:27  the number?
14:51:27  A. I don't recall documentation that
14:51:28  would suggest a particular number.
14:51:31  Q. Give me a ballpark.
14:51:33  A. Sitting here today, I would have
14:51:35  estimated several thousand.
14:52:32  Q. Do you know whether the majority of
14:52:34  Jews in the Spanish-Portuguese Synagogue in 1764
14:52:39  were Ashkenazic or Sephardic?

177

Fisher

14:52:43  A. This is which synagogue, again? I'm
14:52:45  sorry.
14:52:45  Q. Spanish-Portuguese.
14:52:51  A. I recall documentation that indicates
14:52:53  there were a good number of Ashkenazic Jews
14:52:57  present. I don't recall if it was a majority or
14:52:59  not.
14:52:59  Q. Do you know how many Jews were in New
14:53:01  York in the 1820s?
14:53:02  A. I do not recall reading or seeing any
14:53:15  documentation on --
14:53:16  Q. Was it more than ten thousand?
14:53:18  A. I don't know.
14:53:18  Q. More than five thousand?
14:53:20  A. I don't recall seeing anything that
14:53:22  would indicate a number.
14:53:23  Q. Do you have any idea of the magnitude?
14:53:25  A. In 1820?
14:53:27  Q. Yes.
14:53:29  A. I do not recall.
14:53:29  Q. Do you have any estimate?
14:53:33  MR. SOLOMON: Asked and answered.
14:53:33  Q. You can answer.
14:53:39  A. I don't --

45  (Pages 174 to 177)

178

Fisher

14:53:40    2    Q. Do you know whether most were
14:53:41    3    Ashkenazic or most were Sephardic?
14:53:53    4    A. Sitting here today, I don't recall the
14:53:54    5    specifics of the demographic breakdown of American
14:53:57    6    Jews.
14:53:58    7    Q. Did you ever study that? Did you ever
14:54:12    8    study that issue?
14:54:14    9    A. I recall it was part of one of the
14:54:19    10    readings from my exams, and I'm sure it was in one
14:54:26    11    of the textbooks that I was assigned during my
14:54:31    12    classes, but on that particular point, I don't
14:54:33    13    recall the exact number.
14:54:33    14    Q. Have you ever done any study of the
14:54:37    15    demographics of American Jews, let's say, through
14:54:42    16    1903?
14:54:44    17    A. To date, my work has not been
14:54:54    18    primarily centered on the question of Jewish
14:54:56    19    population prior to 1903.
14:54:59    20    Q. On page 6, you say, this is the middle
14:55:56    21    paragraph, the last sentence, "By 1769, there were
14:56:00    22    six scrolls of the holy law in the Ark of the
14:56:03    23    synagogue, possibly each with its own set of
14:56:06    24    rimmonim or silver bells," do you see that?
14:56:08    25    A. I do see that.

179

Fisher

14:56:10    2    Q. Can you make an effort to try to trace
14:56:17    3    the custody of those Torahs, I think through the --
14:56:23    4    I mean, really through 1903, am I right? That's
14:56:26    5    one of the things you do in your report?
14:56:28    6    MR. SOLOMON: I object to the form.
14:56:29    7    You can answer.
14:56:33    8    A. In this report, where there are --
14:56:36    9    where there's evidence as to the location and
14:56:40    10    possession of ritual objects, including scrolls of
14:56:45    11    the law, I've tried to highlight that without
14:56:49    12    intending to specifically always trace the exact
14:56:53    13    location of these six books of the law.
14:56:56    14    Q. At some point, let's say 1832, 1833,
14:57:02    15    and maybe earlier, scrolls were sent from Touro
14:57:08    16    Synagogue to CSI, right?
14:57:12    17    A. That is my understanding.
14:57:13    18    Q. Okay. And is it your understanding
14:57:18    19    that those scrolls -- is it your opinion that those
14:57:24    20    scrolls traveled with rimmonim such that whoever
14:57:30    21    had custody of the Torahs had custody of the
14:57:34    22    rimmonim?
14:57:42    23    A. The documentation is not always clear
14:57:44    24    on that question.
14:57:44    25    Q. So do you know one way or the other?

180

Fisher

14:57:58    2    A. Again, the documentation is not clear
14:58:00    3    on that question of whether or not the rimmonim
14:58:02    4    always traveled with the books of the law. Some
14:58:07    5    authors seem to think that would be the case.
14:58:09    6    Q. Okay. Can you look at footnote 19 in
14:58:52    7    your report. You note there the 1833 minutes,
14:59:03    8    "Which indicate that four seforim were deposited in
14:59:06    9    CSI's synagogue under CSI's charge," do you see
14:59:10    10    that?
14:59:10    11    A. I do.
14:59:11    12    Q. And do you know whether, is there any
14:59:15    13    evidence that those seforim -- actually, let me
14:59:23    14    take that back. By "seforim," do we understand
14:59:26    15    those to be scrolls?
14:59:32    16    A. Sitting here right now, I don't recall
14:59:34    17    what else was said about the four seforim in this
14:59:38    18    particular document. But once again I would imagine that
14:59:41    19    generally speaking, these might refer to scrolls,
14:59:47    20    if that is your question.
14:59:47    21    Q. Okay. And go back to page 43 of your
14:59:58    22    report. You say, at the top, the sentence we saw
15:00:06    23    before, "It is clear from these definitions, the
15:00:09    24    documents in the 1820s and the actions of CSI, that
15:00:12    25    the ritual objects were not simply sent to CSI in

181

Fisher

15:00:15    2    New York for safe storage. They were returned or
15:00:22    3    sent to CSI because the objects had mostly come
15:00:25    4    from CSI in the first place as loans to CYI."
15:00:29    5    And then, you go on to say, "In the
15:00:35    6    absence of a viable congregation in Newport, CSI
15:00:37    7    simply received much of what had been theirs in the
15:00:39    8    first place." And you cite those 1833 minutes and
15:00:42    9    the reference to four seforim.
15:00:45    10    You see that?
15:00:46    11    A. I do.
15:00:46    12    Q. So I'm just trying to understand, are
15:00:52    13    we supposed to -- is it your opinion that whatever
15:00:57    14    status the seforim had, the rimmonim had, too?
15:01:02    15    MR. SOLOMON: I think you're
15:01:03    16    misstating -- I think he was reading his
15:01:06    17    report. I object to the form.
15:01:08    18    MR. WAGNER: I probably am.
15:01:16    19    A. You want me to answer?
15:01:18    20    Q. Yes.
15:01:18    21    A. Can you restate it, please?
15:01:20    22    Q. Is it your opinion that whatever
15:01:22    23    status the Torahs had, the seforim had in terms of
15:01:26    24    being transferred and kept for safekeeping, the
15:01:29    25    rimmonim had, too?

46  (Pages 178 to 181)

182

Fisher

15:01:35  1    A. As I said, without looking back at
15:01:37  2  this particular document that I've cited here, and
15:01:41  3  without rereading that and considering it further,
15:01:51  4  it's not clear to me that the same status would be
15:01:56  5  ascribed to both -- your question is not entirely
15:02:00  6  clear. They are different items and different
15:02:03  7  objects. And the record is not entirely clear if
15:02:07  8  they always traveled together, at least in this
15:02:09  9  case.
15:02:09 10    Q. Would it be fair to say that what
15:02:13 11  happened to the rimmonim after the last Jews left
15:02:15 12  Newport in 1820 is not clear?
15:02:22 13    A. Well, what is clear is that at least
15:02:26 14  some of it ended up at CSI because it shows up on
15:02:29 15  the inventory.
15:02:30 16    Q. But my question is, is what happened
15:02:34 17  to the rimmonim after the last Jews left Newport
15:02:36 18  around 1820 not clear?
15:02:41 19    A. It's clear where they ended up
15:02:43 20  eventually.
15:02:43 21    Q. Is it fair to say the complete account
15:02:46 22  of where the rimmonim of the Newport congregation
15:02:48 23  have been since 1920 is not possible?
15:02:58 24    A. On this question, I think I would

183

Fisher

15:03:00  2  defer to the provenance report of Dr. Mann for a
15:03:05  3  more exhaustive testimony on that point.
15:03:07  4    Q. Is her report reliable, in your view?
15:03:16  5    A. From what I've seen of her use of
15:03:19  6  sources and her methodologies and her knowledge of
15:03:25  7  silver from this time period and Jewish religious
15:03:31  8  objects from this time period, nothing I have seen
15:03:33  9  would make me think that her report was not
15:03:39 10  reliable, although I don't have the qualifications
15:03:43 11  she does to speak on every point.
15:03:49 12    MR. WAGNER: Mark this as the next
15:03:50 13  exhibit.
15:03:51 14    (Fisher Exhibit 19, memo dated
15:03:51 15  7/18/12, Zachary Edinger to the Board of
15:03:51 16  Trustees of Congregation Shearith
15:03:51 17  Israel, Bates numbered CJI 000386
15:03:51 18  through 407, marked for identification,
15:04:06 19  as of this date.)
15:04:06 20    Q. Have you seen this document before?
15:04:49 21  I'm just interested in the numbering.
15:04:53 22    A. Right. I was making sure what else
15:04:55 23  was here as well. Because when you refer to "this
15:04:58 24  document," it's not clear what you refer to.
15:05:13 25    By the way, this document says the

184

Fisher

15:05:15  2  congregation's first hazzan was Isaac Touro. So
15:05:25  3  even CJI's own documentation refers to the hazzan
15:05:33  4  being at CJI.
15:05:35  5    MR. SOLOMON: Let me just note for the
15:05:36  6  record that the fact that this says CJI at
15:05:39  7  the bottom does not require the conclusion
15:05:41  8  that it's a CJI document.
15:05:44  9    THE WITNESS: Thank you.
15:05:45 10    Q. I just want to know whether you've
15:05:52 11  seen it.
15:06:24 12    A. It's possible that I've seen part of
15:06:26 13  it.
15:06:26 14    Q. This was not listed in your list of
15:06:29 15  documents you looked at.
15:06:31 16    A. It is actually listed.
15:06:32 17    Q. It is listed?
15:06:33 18    A. The first page.
15:06:34 19    Q. The first page?
15:06:42 20    A. If I'm understanding this, CJI 0386.
15:06:51 21    Q. So you did see this?
15:06:52 22    A. I saw at least the first page. I,
15:06:55 23  sitting here, cannot recall whether or not I looked
15:06:58 24  at or utilized the entirety of the memorandum.
15:07:01 25    Q. Okay. Can you look at page 390. And

185

Fisher

15:07:13  2  do you see at the bottom, the author says, he's
15:07:18  3  discussing 1833, "It is likely that the rimmonim
15:07:21  4  adorning the scrolls were brought to New York for
15:07:24  5  safekeeping at that time."
15:07:26  6    Do you see that? Do you see that?
15:07:35  7    A. No, I'm sorry, I don't.
15:07:36  8    Q. The last sentence on the page.
15:07:38  9    A. Yes, I see it.
15:07:38 10    Q. And do you have any basis to dispute
15:07:41 11  that?
15:07:43 12    MR. SOLOMON: I think he's already
15:07:45 13  told you three times.
15:07:48 14    Q. You can answer.
15:07:49 15    MR. SOLOMON: I object to the
15:07:50 16  repetition of the question, I object to
15:07:51 17  the form of the question. We are leaving
15:07:53 18  at 4 o'clock despite your repetition.
15:07:56 19    Q. You can answer.
15:08:02 20    A. I would need more time to consider
15:08:05 21  this document. This is --
15:08:05 22    Q. Can you turn to Exhibit F, page 405.
15:08:18 23  Now, there you discuss 1937 minutes of the CSI
15:08:23 24  board, do you see that?
15:08:25 25    MR. JACOBY: What page of the report

47 (Pages 182 to 185)

186

Fisher

15:08:27  1  are you on?

15:08:28  3  MR. WAGNER: Forty-nine.

15:08:31  4  A. I'm confused.

15:08:32  5  MR. WAGNER: I'm sorry, let me strike

15:08:33  6  that.

15:08:33  7  Q. You see page 49 of your report?

15:08:39  8  A. I have page 49 of my report in front

15:08:41  9  of me, yes.

15:08:41  10  Q. And there you discuss CSI board

15:08:44  11  minutes from January 5, 1937.

15:08:45  12  A. Yes.

15:08:46  13  Q. And can you turn to page 405 of this

15:08:49  14  document.

15:08:51  15  A. Yes, I have it.

15:08:52  16  Q. And are those the minutes that you

15:08:53  17  reference?

15:09:08  18  A. This appears to be a copy of the

15:09:09  19  minutes that I referenced, yes.

15:09:10  20  Q. Now, you say in response, "CSI board

15:09:20  21  acted as owners. They deliberated about how to

15:09:23  22  intervene, etc. Options included lending them to a

15:09:29  23  museum as exhibits to preserve them, but CSI

15:09:32  24  realized, if they would remove the rimmonim for

15:09:36  25  such purposes, they would want or need to provide

187

Fisher

15:09:39  2  CJI with a replacement pair of bells," do you see

15:09:42  3  that?

15:09:43  4  MR. SOLOMON: Do you have a "realized

15:09:48  5  that," comma?

15:09:51  6  MR. WAGNER: "Realized that, if they

15:09:52  7  would."

15:09:52  8  Q. Do you see that?

15:09:55  9  A. I do see that.

15:09:56  10  Q. In what way did they act as owners?

15:10:32  11  A. In my interpretation of this document

15:10:34  12  and as I use it in this particular report, the very

15:10:37  13  active deliberating about stepping in and removing

15:10:40  14  them from a property or location seems to indicate

15:10:46  15  that there is an authority there that would be

15:10:52  16  related to ownership.

15:10:55  17  You can't step in and take something

15:10:57  18  which you don't have control over, and it would be

15:11:00  19  ridiculous to even think about stepping in and

15:11:04  20  taking over --

15:11:06  21  Q. Well, but you note, as you note that

15:11:09  22  if they took them, they would want or need to

15:11:11  23  replace them. If they owned them, why would they

15:11:14  24  want or need to replace them?

15:11:18  25  A. Because they still want CJI to remain

188

Fisher

15:11:21  2  fully functional in their use of all of the scrolls

15:11:25  3  of the law that they have in terms of their ongoing

15:11:30  4  success as a congregation that is occupying Touro

15:11:35  5  Synagogue. CSI has a stake in -- seemingly had a

15:11:39  6  stake in their success.

15:11:40  7  Q. Didn't CSI recognize that if they took

15:11:43  8  those rimmonim, they would have to replace them?

15:11:52  9  A. It's not entirely clear to me that

15:11:53  10  that would be the case. But even if they would

15:11:55  11  have to, the "have" can be interpreted different

15:11:59  12  ways.

15:12:00  13  There's sort of a responsibility that

15:12:04  14  an owner might have as a legally recognized owner

15:12:07  15  of the property; and assuming for the moment, based

15:12:12  16  on this report and other elements of the case, that

15:12:14  17  that extends to the ritual objects within it, that

15:12:17  18  it would be unfair and unkind, so there's a moral

15:12:26  19  "have" that is also possibly a part of the

15:12:30  20  statement.

15:12:32  21  They would have wanted -- they wanted

15:12:34  22  to take care of CJI.

15:12:35  23  Q. Well, the words "want" don't appear in

15:12:39  24  the minutes, do they? That was your word, correct?

15:12:42  25  A. It is my understanding of the

189

Fisher

15:12:48  2  collaborative relationship between the two

15:12:52  3  congregations that CSI would be looking out for the

15:12:55  4  best interests of CJI.

15:12:56  5  Q. So based on your interpretation, you

15:12:58  6  changed "would have to," which is the language of

15:13:01  7  the resolution, to, "Would want or need to," is

15:13:05  8  that correct?

15:13:05  9  MR. SOLOMON: Changed? I object to

15:13:06  10  the form of the question. You're

15:13:07  11  misstating his report and the document.

15:13:09  12  Q. Did you make that change?

15:13:13  13  A. I did not make a change, because it's

15:13:14  14  not a direct quote. I'm not misquoting. I am

15:13:17  15  adding, as historians do, a greater understanding

15:13:20  16  of the context within which this document takes

15:13:23  17  place.

15:13:23  18  Q. Did you quote those words in your

15:13:25  19  report? "Would have to"?

15:13:30  20  MR. SOLOMON: I mean, the words "want"

15:13:32  21  or "need," or those in quotation marks?

15:13:35  22  MR. WAGNER: No, I'm asking whether he

15:13:36  23  quoted the words "would have to" in his

15:13:40  24  report in discussing this document.

15:13:42  25  A. On page 49, I do not appear to have

48  (Pages 186 to 189)

190

Fisher

5:13:44 1  quoted that exact phrase, nor did I quote from
5:13:51 2  other parts of that document, nor do I quote from
5:13:53 3  every document. One does not need to quote from it
5:13:56 4  to use it authoritatively.
5:13:58 5      **Q. Now, you say in the second-to-last**
5:13:59 6  **sentence, "Everyone involved understood."**
5:14:02 7  **Who is "everyone"?**
5:14:17 8      A. Well, several layers of meaning in
5:14:19 9  terms of "everyone." First and foremost, everyone
5:14:21 10 on the board of trustees for CSI is one of the
5:14:24 11 primary points of reference.
5:14:25 12     **Q. Do you know what they were all**
5:14:27 13 **thinking?**
5:14:32 14     A. Oftentimes when we write about and
5:14:34 15 assess the past, you don't know what people are
5:14:36 16 thinking. What you have is what they recorded and
5:14:38 17 left behind. And based on this document, it
5:14:41 18 appears that this board of trustees believed
5:14:45 19 themselves to be in a position of authority to, if
5:14:49 20 necessary, step in and remove the rimmonim for, to
5:14:53 21 protect them and then, as a result, they would, as
5:14:56 22 I say here, want or need, because of their
5:14:58 23 relationship with CJI, to provide a replacement
5:15:01 24 set.

191

Fisher

5:15:02 1      **Q. Does the document say that no definite**
5:15:08 2  **actions were taken by the board?**
5:15:09 3      A. No definite action was taken by the
5:15:10 4  board, it says at the very end.
5:15:12 5      **Q. Does it say that? Does it say that?**
5:15:16 6      A. That's what this document here says.
5:15:17 7      **Q. And have you seen any subsequent**
5:15:18 8  **action taken with respect to this issue?**
5:15:27 9      A. To date, I have no document that
5:15:31 10 leaned either way on whether or not they acted
5:15:33 11 based on this report that came back.
5:15:35 12     **Q. Have you ever seen board minutes**
5:15:38 13 **reporting that CSI told CJI anything about the**
5:15:41 14 **rimmonim during this period?**
5:15:50 15     A. Define "this period." What period are
5:15:52 16 we talking --
5:15:53 17     **Q. The 1930s.**
5:15:56 18     A. The 1930s. To my recollection, I have
5:15:59 19 not seen anything that indicates that the CSI board
5:16:04 20 was in active discussion with CJI. That doesn't
5:16:07 21 mean it wasn't happening.
5:16:14 22     But I would say that this conversation
5:16:15 23 with the board of trustees took place within a
5:16:18 24 larger framework of a lease agreement that had been

192

Fisher

5:16:21 1  set up in 1903 that was certainly on the minds of
5:16:23 2  CJI and certainly on the minds, it would appear, of
5:16:27 3  CSI as well, as confirmed in later documentation
5:16:31 4  where CSI is listed as owners of the synagogue.
5:16:35 5      **Q. Have you seen any documents listing**
5:16:37 6  **CJI as the owner of the rimmonim?**
5:16:40 7      A. In what period?
5:16:41 8      **Q. Any period.**
5:16:51 9      A. So 1894, if ever.
5:16:59 10     (A pause in the proceedings.)
5:17:02 11     A. What I have seen are multiple
5:17:04 12 references by CJI representatives, especially in
5:17:08 13 the 1890s, saying that they do not own them.
5:17:12 14     **Q. That's not my question. My question**
5:17:16 15 **is, have you seen any documents listing CJI as the**
5:17:19 16 **owner of the rimmonim?**
5:17:20 17     A. I've not seen every document that
5:17:26 18 would be pertinent to that question. But in my
5:17:28 19 recollection, I cannot recall sitting here right
5:17:35 20 now reading any document that specifically lists in
5:17:41 21 a clear, unambiguous way, CJI as the owner of the
5:17:46 22 rimmonim. I mean, you say "rimmonim," you mean the
5:17:50 23 ones that are under dispute?
5:17:52 24     **Q. Have you seen any ambiguous documents**

193

Fisher

5:17:54 1  **as to ownership?**
5:17:56 2      A. I have seen documents that link the
5:18:03 3  rimmonim to the Touro Synagogue. But to my
5:18:09 4  recollection, I have not necessarily seen
5:18:16 5  documentation that would even suggest ambiguous
5:18:22 6  ownership of CJI of the rimmonim.
5:18:25 7      **Q. Am I right that there are people who**
5:18:31 8  **equate Touro Synagogue with CJI?**
5:18:35 9      A. In which time period?
5:18:37 10     **Q. Any time period.**
5:18:42 11     A. It's possible that some people have
5:18:45 12 made that connection.
5:18:46 13     **Q. Let me --**
5:18:52 14     A. I wasn't done yet.
5:18:54 15     **Q. I'm sorry.**
5:18:58 16     A. I have not seen any valid authority
5:19:00 17 who understands the historical context specifically
5:19:10 18 link CJI with the Touro Synagogue.
5:19:16 19     **Q. You're not offering an opinion as to**
5:19:19 20 **whether CYI originally owned the rimmonim, are you?**
5:19:38 21     **Let me rephrase it. I didn't see that**
5:19:40 22 **in your report. Did I miss something?**
5:19:49 23     A. I was not asked to specifically weigh
5:19:51 24 in on that question. And without rereading the

49  (Pages 190 to 193)

194

Fisher

15:19:55  1  specific sections of the report that would relate,
15:19:58  2  I don't recall, again, weighing in on that specific
15:20:01  3  question.
15:20:20  4        MR. WAGNER:  Let's mark the Barquist
15:20:22  5  piece.
15:20:23  6        (Fisher Exhibit 20, excerpt from
15:20:23  7        publication, Barquist, et al, "Myer
15:20:23  8        Myers, Jewish Silversmith in Colonial
15:20:23  9        New York, thirteen pages, not Bates
15:20:23 10        numbered, marked for identification, as
15:20:56 11        of this date.)
15:20:56 12  **Q.  Okay.  Just, can you go to page 160.**
15:21:06 13  **In the upper right, it says, "However, it was not**
15:21:11 14  **until 1833 that the four Torahs (and presumably**
15:21:16 15  **their ornaments) were transferred to Shearith**
15:21:22 16  **Israel 'for safekeeping in our place of worship**
15:21:24 17  **until they should be required for the use of the**
15:21:27 18  **Newport shul.'"  Do you see that?**
15:21:29 19        A.  I do, yes.
15:21:30 20  **Q.  Do you have any basis to dispute that**
15:21:34 21  **Torahs were transferred with their ornaments at**
15:21:36 22  **that time?**
15:21:37 23        MR. SOLOMON:  Asked and answered.  The
15:21:38 24        same discussion you had with him before.

195

Fisher

15:21:41  1  He's answered it about five times.
15:21:43  2  **Q.  You can answer.**
15:21:46  3        A.  I believe I've answered this before,
15:21:48  4  and I would need to go back to the 1833 minutes to
15:21:51  5  look a little more closely at the specific wording.
15:21:54  6  **Q.  And you say on page 8 of your report,**
15:22:11  7  **the second-to-last sentence on the first paragraph,**
15:22:15  8  **"As the last remaining CYI members moved to New**
15:22:18  9  **York City, CSI naturally inherited legal oversight**
15:22:23 10  **of the religious scrolls and other ritual sacred**
15:22:26 11  **objects, as most of them had come from CSI in the**
15:22:29 12  **first place."**
15:22:30 13  **Do you see that?**
15:22:31 14        A.  I do.
15:22:31 15  **Q.  What do you mean by "naturally**
15:22:34 16  **inherited legal oversight"?**
15:22:48 17        A.  I think the report answers this
15:22:50 18  question.  It essentially requires understanding of
15:22:57 19  the broader context of what brought CYI into being
15:23:01 20  in the first place, its close relationship with
15:23:04 21  CSI, the sort of connections in terms of families
15:23:08 22  between CSI and CYI, the return of some CYI
15:23:13 23  families or -- who used to attend CYI when it was
15:23:20 24  opened, back down to Newport in the early 19th

196

Fisher

15:23:25  1  century.
15:23:26  2        And so the connections were organic.
15:23:29  3  **Q.  Is there any document reflecting a**
15:23:32  4  **formal transfer of legal oversight to CSI?**
15:23:38  5        A.  There's a document that's referenced
15:23:40  6  in a letter in 1900 by H.P. Mendes to the mayor of
15:23:52  7  Newport and he refers to a letter that was sent to
15:23:57  8  CSI in 1818.
15:23:59  9  **Q.  You haven't seen any original source**
15:24:01 10  **indicating a formal transfer of legal oversight at**
15:24:04 11  **that time, have you?**
15:24:09 12        MR. SOLOMON:  Other than what he just
15:24:11 13        testified to?
15:24:15 14        A.  As I said, there's a reference to an
15:24:23 15  1818 letter in 1900.  There are other documents
15:24:28 16  from this time period, people who are living, were
15:24:33 17  living back then, who essentially state that people
15:24:36 18  understood the legal title to have transferred to
15:24:41 19  CSI. Stephen Gould, who was CSI's requested
15:24:44 20  appointee within the Newport city government to
15:24:50 21  oversee the Touro -- the synagogue in Newport
15:24:55 22  wasn't called Touro back then -- writes in 1826,
15:24:57 23  essentially saying that it's understood by people
             24  involved that the legal title was transferred to
             25

197

Fisher

15:24:59  1  CSI.
15:24:59  2  **Q.  Do you know what's involved in**
15:25:01  3  **transferring legal oversight?**
15:25:02  4        MR. SOLOMON:  Had you finished?  Or --
15:25:05  5        I think you cut him off.
15:25:07  6        THE WITNESS:  Yeah, not quite.
15:25:09  7        A.  And there are other evidences about
15:25:11  8  how the City of Newport responds to CSI and works
15:25:15  9  with CSI.  And it also raises the question of where
15:25:22 10  else it would go.  There's nobody left in Newport
15:25:26 11  who is a part of CYI who could stand in that
15:25:30 12  position.  That's why this language of "naturally
15:25:33 13  inherited."  There's nowhere else to go.  The
15:25:34 14  synagogue is empty.
15:25:35 15  **Q.  Do you know what is required to**
15:25:39 16  **transfer legal oversight of a building?**
15:25:43 17        A.  It depends in which context, it
15:25:49 18  depends on what the situation is, and it depends on
15:25:54 19  a variety of factors.
15:25:57 20  **Q.  So are you able to tell me what is**
15:26:02 21  **required as a legal matter to transfer legal**
15:26:04 22  **oversight of this building in 1818 to CSI?  Do you**
             23  **know the requirements?**
             24        A.  Sitting here today, I do not have in
             25

50  (Pages 194 to 197)

198

Fisher

15:26:06 1  my mind the requirements from 1818 in the U.S. for
15:26:11 3  what was necessary to legally transfer a building
15:26:14 4  or property.
15:26:15 5      But I can tell you the documents that
15:26:16 6  I've read reflect a general consensus regarding
15:26:22 7  what people knew to be the case, which was that the
15:26:27 8  congregation that had occupied the synagogue in
15:26:29 9  Newport was no longer extant, and that somebody
15:26:33 10 needed to be in charge and to hold the title and to
15:26:37 11 have a sense of responsibility for it.
15:26:40 12     And the City of Newport eventually
15:26:44 13 recognized CSI and worked with them to maintain the
15:26:48 14 property based upon the funds that were given first
15:26:51 15 by Abraham, later by Judah, to do just that.
15:26:58 16 Especially the funds by Abraham Touro.
15:27:01 17     Q.  Do any of those fund laws reference
15:27:04 18 CSI?
15:27:05 19     A.  I have not seen the full documentation
15:27:14 20 on the language of the gifts that were given to the
15:27:18 21 City of Newport and the State of Rhode Island, but
15:27:22 22 it is clear from the way that the funds were
15:27:24 23 handled that they were used at the discretion of
15:27:27 24 CSI in conjunction with the City of Newport and the
15:27:31 25 State of Rhode Island.

199

Fisher

15:27:32 2      Q.  Sir, just answer my question.  Do any
15:27:34 3  of those laws, to your knowledge, reference CSI?
15:27:40 4      A.  Which laws are you talking about?
15:27:42 5      Q.  The Touro fund laws.
15:27:49 6      A.  Again, I have not seen documentation
15:27:51 7  on the Touro fund laws that would lead me to
15:27:54 8  believe either way.  But in my report, there's an
15:27:58 9  instance in which the City of Newport passes a
15:28:03 10 resolution that essentially says that their role
15:28:08 11 and responsibility in maintaining, in partnering to
15:28:13 12 maintain the Touro Synagogue does not in any way
15:28:16 13 infringe upon the authority and the right of CSI in
15:28:20 14 that case.
15:28:20 15     Q.  What document is that?
15:28:28 16     A.  See if I can find it.
15:28:30 17     (Witness perusing documents.)
15:29:45 18     Q.  You want me to try to help?  He would
15:29:49 19 say I'm not helping.
15:29:51 20     MR. SOLOMON:  I would say that, but do
15:29:52 21 you want to try to search electronically?
15:29:57 22     Q.  Let me see if I can focus you and you
15:29:59 23 could ignore me completely.  But is there anything
15:30:02 24 on the top of page 10 that answers the question?
15:30:20 25     A.  Yes.  And footnote 30 is what I was

200

Fisher

15:30:23 2  referring to.
15:30:23 3      Q.  Okay.  Now, let's look at footnote 29.
15:30:27 4  You say, "The actual repairs were normally
15:30:31 5  coordinated with CSI, whom the City of Newport
15:30:34 6  treated at the owners of the property, real and
15:30:37 7  personal."
15:30:38 8      Do you see that?
15:30:38 9      A.  I do see that.
15:31:02 10     Q.  By the way, when you evaluate
15:31:12 11 documents, as a historian, do you focus, do you
15:31:12 12 take into account the purpose for which the
15:31:23 13 documents were written?
15:31:34 14     A.  Yes.  Whenever I as a historian look
15:31:38 15 at documents, there's a number of levels on which
15:31:40 16 it is evaluated; not only the author, the date,
15:31:47 17 the -- whatever context, but the purpose of the
15:31:50 18 document is sometimes relevant, most often relevant
15:31:53 19 but not always strong enough to discount it as a
15:31:56 20 document.
15:31:56 21     Q.  There were a lot of litigation -- not
15:31:59 22 a lot but there were a number of litigation
15:32:02 23 documents that you cited.  When you looked at those
15:32:04 24 documents, did you consider that some of them were
15:32:07 25 putting forward or might be putting forward

201

Fisher

15:32:09 2  litigation positions?  Did you take that
15:32:13 3  possibility into account in assessing the
15:32:15 4  credibility of the documents?
15:32:22 5      A.  Yes, I think that's always a possible
15:32:25 6  relevant point when considered which documents to
15:32:27 7  use and evaluating them.
15:32:41 8      MR. WAGNER:  Now, let's mark this
15:32:42 9  document.
15:32:43 10     (Fisher Exhibit 21, 1894 petition,
15:32:43 11 Bates numbered CJI 000087 through 90,
15:32:43 12 marked for identification, as of this
15:33:03 13 date.)
15:33:03 14     Q.  You cite this for the proposition that
15:33:06 15 the City of Newport treated CSI as the owners of
15:33:09 16 the property, real and personal, correct?
15:33:12 17     A.  This is one of the documents that seem
15:33:17 18 relevant to that question, yes.
15:33:19 19     Q.  Well, that's the only citation you
15:33:21 20 give on page 10 for that proposition, correct?
15:33:26 21     A.  In this particular instance, that is
15:33:28 22 the footnote.
15:33:28 23     Q.  Okay.
15:33:29 24     A.  That provides the citation.
15:33:30 25     Q.  Now, this document didn't come from

51  (Pages 198 to 201)

202

Fisher

15:33:33  2    the City of Newport, did it?
15:33:39  3        A. No, it did not.
15:33:40  4        Q. This is a petition that was filed by
15:33:42  5    CSI, correct?
15:33:44  6        A. Yes, but the information given in it
15:33:47  7    seems consistent with the other kinds of
15:33:50  8    documentation regarding the relationship between
15:33:53  9    CSI and the City of Newport.
15:33:54  10       Q. Where is the reference here to the
15:34:00  11   City of Newport treating CSI as the owners of the
15:34:03  12   property, real and personal?
15:34:44  13       A. Starting on page 2, about halfway
15:34:47  14   down, it says that, "Your Petitioner's congregation
15:34:51  15   has ever since been recognized as having a
15:34:53  16   supervisory interest over the synagogue properties
15:34:56  17   at Newport on behalf of the last members of the
15:34:59  18   congregation and their heirs.  While it was closed
15:35:11  19   for many years, whenever it was open for public
15:35:14  20   worship, which it was on two or three occasions
15:35:18  21   between the years 1820 and 1880" --
15:35:21  22       Q. Let me stop you for a second.  To save
15:35:24  23   the court reporter some angst, just tell me where I
15:35:29  24   should stop looking.
15:35:57  25       (Witness perusing document.)

203

Fisher

15:36:20  2        A. So the section on page 2 that I quoted
15:36:22  3    to you, which, when you stopped me, was getting
15:36:26  4    close to the end of the important part of that, and
15:36:30  5    on the top of page 4, there's another small section
15:36:33  6    that says, "We, however, protest most emphatically
15:36:36  7    as a lawful custodians of the ancient synagogue
15:36:46  8    edifice," etc.
15:36:51  9        Q. Okay.  So it says "supervisory
15:36:54  10   interest and custodian," right?
15:36:56  11       A. That's the language of this particular
15:36:58  12   document, yes.
15:36:59  13       Q. And this was a petition objecting to
15:37:01  14   the use of the name Jeshuat Israel, right?
15:37:05  15       A. This was the petition that was pretty
15:37:08  16   broad-ranging in its concern.  But objecting to the
15:37:16  17   use of Jeshuat Israel was one of the concerns of
15:37:21  18   CSI at this time.
15:37:22  19       Q. Okay.  And am I right, the petition
15:37:24  20   was rejected?
15:37:33  21       A. Depends how you interpret it.  CJI was
15:37:37  22   incorporated by the general assembly.
15:37:39  23       Q. You say that was for --
15:37:41  24       A. In June 1894.
15:37:42  25       Q. And you say that was as a result of

204

Fisher

15:37:44  2    political pressure, right?
15:37:51  3        A. Show me where I say that.  That would
15:37:52  4    be helpful.
15:37:53  5        Q. Page 21.  You see at the fifth line
15:38:20  6    from the end?
15:38:34  7        A. This is twenty --
15:38:35  8        Q. Page 21, you see the seventh line --
15:38:38  9    I'm sorry, the fifth line from the bottom of the
15:38:41  10   page.
15:38:44  11       A. Yes, I see it.
15:38:45  12       Q. Okay.
15:38:48  13       MR. WAGNER:  We've been going for
15:38:49  14       about an hour-and-a-half.  Let's take a
15:38:50  15       break.
15:38:51  16       (Recess taken.)
15:51:10  17   EXAMINATION (Cont'd.)
15:51:11  18   BY MR. WAGNER:
15:51:15  19       Q. Are you ready?
15:51:24  20       A. I'm ready.
15:51:25  21       Q. Did any of the litigations that you
15:52:00  22   addressed decide the issue of ownership explicitly?
15:52:06  23       A. It depends on where you look for an
15:52:17  24   answer for that.
15:52:17  25       Q. If you could just look at the

205

Fisher

15:52:20  2    decisions by the courts.
15:52:21  3        A. The decisions by the courts are not
15:52:25  4    always a sufficient indicator for how they were
15:52:28  5    interpreted.
15:52:29  6        Q. That may be.  But if you just look at
15:52:31  7    the decisions by the courts, did any of them on
15:52:35  8    their face decide the issue of ownership?
15:52:37  9        A. The 1903 decision by Judge Brown is
15:52:42  10   perhaps the one that touches the most closely on
15:52:45  11   this.  And I discuss this in my report at length.
15:52:49  12       One of the most intriguing things that
15:52:51  13   Judge Brown does is reject the notion that the
15:52:56  14   reference to Jewish society or a Jewish population
15:53:02  15   in Newport as referenced by the wills dating back
15:53:07  16   to the 18th and early 19th century, he rejected the
15:53:12  17   notion that those, that phraseology and those wills
15:53:15  18   would have specifically referred to CJI.
15:53:18  19       And in other states, as well, he
15:53:23  20   called the case that CJI had levied fatally
15:53:28  21   defective.  And the way that it was interpreted was
15:53:33  22   that CJI itself interpreted as a case against their
15:53:38  23   ownership, apparently because they then, on January
15:53:41  24   30th, signed over or signed a surrender of
15:53:47  25   possession -- actually, they agreed to do it in the

52  (Pages 202 to 205)

206

Fisher

15:53:51  1
15:53:55  2    minutes and then a few days later actually signed a
15:53:58  3    document that formally surrendered the premises and
15:54:00  4    the paraphernalia.
15:54:01  5        So the way in which that decision was
15:54:16  6    interpreted is very clear by people on the ground.
15:54:18  7        MR. WAGNER:  Mark this as the next.
15:54:18  8        (Fisher Exhibit 22, letter dated
15:54:18  9        5/5/02, Sheffield to Levy, Bates
15:55:37  10       numbered CSI1164, marked for
15:55:37  11       identification, as of this date.)
15:55:39  12   A.  I'm not entirely sure if I've seen
15:55:40  13   this document before.
15:55:42  14   Q.  If it's not on your list, does that
15:55:43  15   mean you haven't seen it?
15:55:45  16   A.  If it's not on my list, it's possible
15:55:46  17   that I have not seen it.
15:55:48  18       MR. WAGNER:  Okay, let's mark this as
15:55:50  19   the next exhibit.
15:55:50  20       (Fisher Exhibit 23, copy of article,
15:55:50  21       David C. Adelman, Esq., "They Broke In
15:55:50  22       To Pray," Bates numbered CJI 000581
15:56:03  23       through 587, marked for identification,
15:56:03  24       as of this date.)
       25   Q.  This is a document that you cite in

207

Fisher

15:56:07  1
15:56:08  2    the report, correct?
15:56:08  3    A.  It is.
15:56:25  4    Q.  Can you turn to page 235.  And he says
15:56:27  5    at the end of the first paragraph on the top.
15:56:30  6    "This decision on demurrer did not decide the
15:56:32  7    question of ownership but merely the right of
15:56:33  8    possession."
15:56:34  9        Do you see that?
15:56:36  10   A.  I do see that.  It's his
15:56:38  11   interpretation of the decision itself, yes.
15:56:40  12   Q.  You obviously disagree with that
15:56:41  13   interpretation.
15:56:43  14   A.  This is the historical profession, and
15:56:48  15   yes.  Disagreements can sometimes arise over
15:56:50  16   interpretations of primary documents.
15:56:55  17   Q.  Do any of these documents actually
15:57:00  18   refer -- the documents from the -- aside from
15:57:02  19   the -- I think you answered this before and I
15:57:05  20   apologize.  But the only documents we saw that
15:57:09  21   actually referred to the Myer Myers rimmonim was
15:57:13  22   the inventory, correct?  Putting aside the Caroline
15:57:15  23   Cohen one, it's just the inventory, right?
15:57:16  24       MR. SOLOMON:  I object to the
       25   question.

208

Fisher

15:57:16  1
15:57:22  2    Q.  You can answer.  And I'm saying
15:57:27  3    through 1903.
15:57:31  4    A.  Through 1903, to my recollection,
15:57:33  5    sitting here, without going back and looking at
15:57:37  6    these documents again, I don't recall, aside from
15:57:40  7    the inventory and setting aside the question of
15:57:45  8    Caroline Cohen for the moment, that the rimmonim
15:57:51  9    that at times were under consideration, or the
15:57:54  10   appurtenances of the synagogue, it's not clear from
15:57:57  11   the documentation whether or not the Myer Myers
15:58:00  12   rimmonim were the ones that were referred to.
15:58:02  13   Q.  Right.  I interpret your report as
15:58:06  14   saying that "appurtenances" and "paraphernalia,"
15:58:08  15   perhaps among other words, reference those
15:58:10  16   rimmonim.  But there's no, aside from the
15:58:12  17   inventory, there's no specific reference to the
15:58:14  18   Myer Myers rimmonim, is there?
15:58:17  19   A.  And aside from the possibility that
15:58:18  20   Caroline Cohen --
15:58:22  21   Q.  Yes, let's put aside Caroline Cohen.
15:58:22  22   A.  -- donation.
15:58:24  23       MR. SOLOMON:  1937, you want to put is
       24   that aside --
15:58:25  25   Q.  I'm talking through 1903.

209

Fisher

15:58:28  1
15:58:30  2    A.  1913, of course, we have --
15:58:31  3    Q.  Put that aside.
15:58:35  4    A.  But you have to think about people who
15:58:38  5    were a part of this process.  They didn't always
15:58:41  6    feel the need to be as specific as we might want
15:58:44  7    them to be, and we might not yet have the document
15:58:45  8    that would show that.
15:58:48  9    Q.  Sir, I'm not interested in the why.
15:58:51  10   I'm just interested in whether.  Is there any
15:58:55  11   reference through 1903 to the Myer Myers rimmonim
15:58:59  12   in these documents other than in the 1869
15:59:00  13   inventory?
15:59:03  14   A.  Setting aside the Caroline Cohen --
15:59:04  15   Q.  Setting aside, I'm not interested in
15:59:07  16   the Caroline Cohen.  That will be the next
15:59:08  17   litigation.
15:59:09  18   A.  Keep her in the conversation.
15:59:10  19   Q.  Okay.
15:59:12  20   A.  Sitting here, to the best of my
15:59:14  21   knowledge, I do not recall specifically whether the
15:59:16  22   documentation comprehensively addresses that
15:59:22  23   question of whether or not the rimmonim in question
15:59:27  24   were specifically the Myer Myers rimmonim or not.
       25   Q.  I'm going to take that as a no.  But,

53 (Pages 206 to 209)

210

Fisher

| | | |
|---|---|---|
| 15:59:32 | 2 | okay. Are the rimmonim a building? |
| 15:59:45 | 3 | A. From what I've seen, the rimmonim are |
| 15:59:47 | 4 | not understood to be a building. But they were |
| 15:59:51 | 5 | often seen as importantly connected to a place like |
| 15:59:58 | 6 | Touro Synagogue. |
| 15:59:59 | 7 | Q. I'm not interested in that. The word |
| 16:00:00 | 8 | "building" doesn't include rimmonim, does it? |
| 16:00:03 | 9 | A. The documentation is not clear. The |
| 16:00:05 | 10 | people in this time period may well have directly |
| 16:00:09 | 11 | associated the rimmonim with this particular |
| 16:00:12 | 12 | building. |
| 16:00:12 | 13 | Q. I'm not asking whether the word is |
| 16:00:15 | 14 | associated with -- does the word -- are rimmonim a |
| 16:00:19 | 15 | building? Can you answer that? |
| 16:00:22 | 16 | MR. SOLOMON: Asked and answered. |
| 16:00:25 | 17 | A. As I've said before, my recollection, |
| 16:00:27 | 18 | I do not recall a documentation that would indicate |
| 16:00:31 | 19 | rimmonim are a building. But there's a strong |
| 16:00:34 | 20 | association in the documentation between the |
| 16:00:37 | 21 | rimmonim and Touro Synagogue building. |
| 16:00:40 | 22 | Q. Again, it will go much faster if |
| 16:00:42 | 23 | you -- you don't have to give me caveats every |
| 16:00:45 | 24 | time. You have extremely able counsel who will do |
| 16:00:48 | 25 | that at the appropriate time. So please -- |

211

Fisher

| | | |
|---|---|---|
| 16:00:51 | 2 | MR. SOLOMON: It's 4 o'clock -- |
| 16:00:52 | 3 | MR. WAGNER: I'm sorry? |
| 16:00:53 | 4 | MR. SOLOMON: This able counsel is |
| 16:00:55 | 5 | telling you it's 4 o'clock -- |
| 16:00:56 | 6 | MR. WAGNER: We're not finishing at 4 |
| 16:00:58 | 7 | o'clock. I get seven hours at least, and |
| 16:01:00 | 8 | we're not close to seven hours. |
| 16:01:02 | 9 | MR. SOLOMON: Okay. We're here from |
| 16:01:04 | 10 | nine to four, so I think you should finish |
| 16:01:06 | 11 | up. |
| 16:01:07 | 12 | MR. JACOBY: That's not how it's |
| 16:01:09 | 13 | calculated -- |
| 16:01:11 | 14 | MR. WAGNER: If you want to leave, I |
| 16:01:13 | 15 | can't stop you from leaving, but I'm |
| 16:01:14 | 16 | entitled to seven hours of questions. I'm |
| 16:01:17 | 17 | probably entitled to more, given the way |
| 16:01:19 | 18 | he's answered the questions. But if |
| 16:01:20 | 19 | you're going to leave, then go. I'm going |
| 16:01:22 | 20 | to continue to ask questions. |
| 16:01:24 | 21 | MR. SOLOMON: Just find a stopping |
| 16:01:26 | 22 | point, that's all. |
| 16:01:26 | 23 | MR. WAGNER: We've got at least an |
| 16:01:28 | 24 | hour-and-a-half to go. |
| 16:01:30 | 25 | MR. SOLOMON: No, we don't have an |

212

Fisher

| | | |
|---|---|---|
| 16:01:31 | 2 | hour-and-a-half to go. |
| 16:01:33 | 3 | MR. WAGNER: Well, we've done the |
| 16:01:34 | 4 | calculation. |
| 16:01:35 | 5 | Q. Are rimmonim premises? |
| 16:01:42 | 6 | MR. SOLOMON: I don't know what |
| 16:01:42 | 7 | calculation you're talking about at all. |
| 16:01:47 | 8 | We took the shortest breaks that we could. |
| 16:01:54 | 9 | MR. WAGNER: He's got my calculation |
| 16:01:55 | 10 | of time. |
| 16:01:55 | 11 | MR. SOLOMON: Well, I'm not -- it's |
| 16:01:58 | 12 | bringing back -- |
| 16:01:58 | 13 | MR. WAGNER: Do you have a |
| 16:01:59 | 14 | calculation? |
| 16:01:59 | 15 | MR. SOLOMON: No. No, we don't. I |
| 16:02:02 | 16 | have a watch. That's what the calculation |
| 16:02:04 | 17 | of time is. Okay. |
| 16:02:06 | 18 | Q. Are rimmonim premises? |
| 16:02:09 | 19 | A. Give me a context for "premises." |
| 16:02:10 | 20 | Q. Do you know what the word "premises" |
| 16:02:13 | 21 | means? |
| 16:02:14 | 22 | A. In the context I understand words. |
| 16:02:17 | 23 | Q. You have a Ph.D. in history from |
| 16:02:21 | 24 | Harvard. You can't tell me what the word |
| 16:02:23 | 25 | "premises" means? |

213

Fisher

| | | |
|---|---|---|
| 16:02:24 | 2 | A. All the more reason to ask for |
| 16:02:26 | 3 | context. If you're talking about the wills or some |
| 16:02:29 | 4 | of the documentation, that refers to the premises |
| 16:02:33 | 5 | of the Touro Synagogue, if that's what you're |
| 16:02:36 | 6 | talking about. And it's possible that in some of |
| 16:02:41 | 7 | the documentation, "premises" as a word would not |
| 16:02:48 | 8 | easily or clearly be defined as rimmonim. But |
| 16:02:51 | 9 | there would be a strong association with the |
| 16:02:54 | 10 | premises on behalf of the rimmonim. |
| 16:02:56 | 11 | Q. Do you know the difference between |
| 16:02:58 | 12 | real property and personal property? |
| 16:03:09 | 13 | A. Sitting here today, I don't know that |
| 16:03:10 | 14 | I could produce a full definition of -- |
| 16:03:18 | 15 | Q. Okay. Do you know whether rimmonim |
| 16:03:19 | 16 | are personal property? |
| 16:03:21 | 17 | A. I think it would depend on the context |
| 16:03:27 | 18 | and what document we're looking at and how one |
| 16:03:32 | 19 | defines that. |
| 16:03:33 | 20 | Q. Are rimmonim real property? |
| 16:03:44 | 21 | A. Again, it depends on which document |
| 16:03:46 | 22 | you're looking at and how one would define that. |
| 16:03:48 | 23 | Q. Are rimmonim fixtures? |
| 16:03:53 | 24 | A. As I think I say in my report, there |
| 16:03:57 | 25 | are cases where the word "fixture" is used to refer |

54 (Pages 210 to 213)

214

Fisher

16:04:03  1  to things that are found in a Jewish synagogue that
16:04:07  2  are part of the rituals of worship that are also
16:04:11  3  called elsewhere synagogue appurtenances.  So there
16:04:15  4  is a -- um -- overlapping in usage in which some
16:04:20  5  cases "fixtures" conceivably could be referring to
16:04:27  6  rimmonim.
16:04:27  7       Q.  Can you show me where in your report
16:04:29  8  there's a citation to a definition of fixtures
16:04:50  9  meaning rimmonim.  I'm not talking about fixtures
16:04:54 10  equals appurtenances equals rimmonim.  I'm just
16:04:57 11  talking about a situation where the word "fixture"
16:05:00 12  references rimmonim specifically.
16:06:32 13       (Witness perusing document.)
16:06:44 14       (A pause in the proceedings.)
16:06:54 15       A.  Without having the time or the
16:06:55 16  documents in front of me to go back and
16:06:57 17  double-check some of these references, I can't tell
16:06:59 18  you precisely whether or not these -- equates these
16:07:03 19  documents, these sources I'm citing, do indeed
16:07:06 20  equate synagogue fixtures with rimmonim but as the
16:07:09 21  report says, and what's important to keep in mind
16:07:12 22  is that there's a context here of the usage of
16:07:15 23  these terms and the way in which people understood
16:07:18 24  them, and the way in which this language is

215

Fisher

16:07:23  1  somewhat malleable and can be used in overlapping
16:07:26  2  ways to convey certain meanings.
16:08:50  3       MR. SOLOMON:  We'll step outside.
16:08:54  4       (Recess taken.)
16:09:52  5       MR. SOLOMON:  Let's go on the record
16:09:53  6  for a minute, please.
16:09:55  7       I spoke to Solomon Sheinbrock and
16:09:58  8  there's no agreement that he's aware of.
16:10:00  9  Obviously, there was a misunderstanding.
16:10:02 10  So it's 4:10.  We're going to sit for
16:10:05 11  another thirty minutes and then we're
16:10:08 12  going to leave and then you'll have
16:10:13 13  whatever rights you have you and we'll
16:10:17 14  have whatever rights we have.
16:10:17 15       MR. WAGNER:  We're entitled to seven
16:10:18 16  hours of questioning.  What rule are
16:10:22 17  you -- what are you talking about?
16:10:23 18       MR. SOLOMON:  We sat here for more
16:10:25 19  than seven hours.  If you want any more
16:10:26 20  questions, you should ask, but nobody
16:10:30 21  tells us coming in that you guys are
16:10:31 22  keeping time.  Time for what?  We took,
16:10:33 23  the breaks were as short as they could be,
16:10:36 24  and I really did assume coming in that we

216

Fisher

16:10:38  1  were talking about seven hours, nine to
16:10:40  2  four.
16:10:42  3       MR. WAGNER:  We're going to have to go
16:10:44  4  check the rules now.
16:10:45  5       MR. SOLOMON:  Fine.  The witness made
16:10:46  6  plans --
16:10:47  7       MR. WAGNER:  The witness told me he's
16:10:48  8  got a train at seven.
16:10:51  9       THE WITNESS:  It's time to get there,
16:10:53 10  and time to eat and everything else --
16:10:54 11       MR. WAGNER:  You'll make it in plenty
16:10:57 12  of time.  We're ten minutes from the
16:10:58 13  station.
16:10:59 14       MR. SOLOMON:  Well, I made plans, I
16:11:00 15  have other work obligations and --
16:11:02 16       MR. WAGNER:  We'll bring him back.
16:11:04 17       MR. SOLOMON:  We don't agree with
16:11:05 18  that.  We intend to take seven hours.
16:11:09 19       MR. WAGNER:  Lou --
16:11:10 20       MR. SOLOMON:  Look, right now, if you
16:11:12 21  have any more questions, you should just
16:11:13 22  ask them.
16:11:14 23       MR. WAGNER:  I'm waiting to check the
16:11:15 24  rules.

217

Fisher

16:11:15  1       MR. SOLOMON:  Okay.
16:11:16  2       MR. WAGNER:  This is not counting
16:11:17  3  against my time.
16:11:18  4       MR. SOLOMON:  That's what you think.
16:11:24  5       MR. WAGNER:  You had four lawyers
16:11:25  6  here.  One of them could have stayed if
16:11:27  7  you have to go somewhere.  And this will
16:11:30  8  go in the motion to exclude that you
16:11:38  9  didn't give me a full seven hours.
16:11:40 10  Actually, let me go on while we're
16:11:42 11  waiting.
16:11:42 12       Q.  Now, you give an opinion concerning
16:11:47 13  the words "appurtenance" and "paraphernalia,"
16:11:51 14  correct?
16:11:54 15       A.  In the document, based upon the
16:11:56 16  reading that I've done relevant to this case, and
16:12:00 17  my investigation of the evidence regarding the way
16:12:04 18  people used those two words in this time period, is
16:12:09 19  something that seems relevant to what I was asked
16:12:11 20  to do, and it's relevant to what the documents were
16:12:16 21  showing.
16:12:16 22       Q.  Now, those words appear in legal
16:12:19 23  documents, correct?
16:12:21 24       A.  They appear in a variety of contexts.

55  (Pages 214 to 217)

218

```
                    Fisher
16:12:23    2      Q. But do they also appear in legal
16:12:26    3   agreements between the parties?
16:12:30    4      A. They do appear in legal -- in some
16:12:33    5   legal agreements between the parties.
16:12:34    6      Q. They appear in leases, correct?
16:12:35    7      A. They appear -- those two words and the
16:12:40    8   phrase paraphernalia -- excuse me, "Appurtenances
16:12:44    9   and paraphernalia belonging thereto," appear in the
16:12:49   10   1903 and 1908 cases.
16:12:51   11      Q. When you did your work, did you look
16:13:02   12   at any legal dictionaries at the time to assess
16:13:05   13   what the words, those words mean?
16:13:10   14      A. As my report shows, I used the
16:13:13   15   authoritative English Oxford -- Oxford English
16:13:18   16   Dictionary, excuse me, as a point of departure for
16:13:23   17   thinking about what the word "appurtenances" means.
16:13:26   18      Q. Is that the only legal definition that
16:13:28   19   you say you cited?
16:13:33   20      A. That is the definition of the word
16:13:36   21   "appurtenance" that I cite in this paper, yes.
16:13:40   22      Q. And you actually skipped the legal
16:13:42   23   definition of the term that was contained in the
16:13:44   24   Oxford dictionary, didn't you?
16:13:47   25      A. I think "skip" is the wrong word.  I
```

219

```
                    Fisher
16:13:52    2   used the term that seemed -- I used two definitions
16:13:57    3   that seemed the most relevant to this particular
16:13:59    4   case.
16:14:00    5      Q. But you did not use the legal
16:14:01    6   definition, did you?
16:14:04    7      A. I would have to go back and
16:14:06    8   double-check the entry.
16:14:09    9         (Fisher Exhibit 24, definition
16:14:09   10      from the Oxford English Dictionary of
16:14:09   11      the word "Appurtenance," two pages,
16:14:09   12      marked for identification, as of this
16:14:20   13      date.)
16:14:20   14      Q. Is this the Oxford dictionary that you
16:14:23   15   used?
16:14:33   16      A. This appears to be the definition that
16:14:35   17   I consulted, yes.
16:14:36   18      Q. You skipped to number 3, right?  You
16:14:39   19   used the definition number 3.
16:14:43   20      A. I relied on -- I quoted definition
16:14:46   21   number 3 in my document.
16:14:47   22      Q. Did you quote definition number 1, the
16:14:49   23   legal definition?
16:15:04   24      A. I did not cite definition 1 in my --
16:15:08   25      Q. Okay.  Now, you brought to bear all of
```

220

```
                    Fisher
16:15:10    2   your expertise that you could marshal in trying to
16:15:15    3   assess the meaning of the words "appurtenance" and
16:15:21    4   "paraphernalia," correct?
16:15:23    5      A. I approached the word as a historian
16:15:25    6   would in trying to contextualize the use of that
16:15:30    7   word in this time period.
16:15:31    8      Q. But you brought to bear all the
16:15:33    9   expertise you could muster, right?
16:15:39   10      A. The purpose of my investigation into
16:15:40   11   that word was to understand its use in the context
16:15:43   12   of the late 19th century and early 20th Century.
16:15:47   13      Q. And did you do a diligent job?
16:15:49   14      A. Based upon the documents that I
16:15:55   15   consulted, the definitions that I looked at, as I
16:16:01   16   recall, and as I am sitting here today, I did the
16:16:08   17   best of my ability to use what I could have access
16:16:14   18   to when writing the report.
16:16:15   19      Q. Are you satisfied with the job you
16:16:18   20   did?
16:16:25   21      A. The discussion in the report I think
16:16:27   22   reflects the kind of contextual usage that people
16:16:33   23   in the late 18th century would have likely used.
16:16:37   24      Q. That's not my question.  My question,
16:16:39   25   are you satisfied with the job that you did?  Can
```

221

```
                    Fisher
16:16:41    2   you answer that question?
16:16:44    3      A. I'm satisfied with the way in which my
16:16:47    4   discussion about the word reflects the kind of
16:16:51    5   usage that people in the late 19th century would
16:16:54    6   have understood.
16:16:55    7      Q. But did you do a thorough search?
16:16:56    8      A. The documents that I relied upon were
16:17:08    9   the ones that seemed the most relevant to this
16:17:10   10   particular question and case.
16:17:14   11         MR. WAGNER:  By the way, Lou, just
16:17:16   12      looking at the commentaries saying, "The
16:17:18   13      only time to be counted against the
16:17:23   14      seven-hour limit is the time spent on the
16:17:23   15      actual deposition."
16:17:25   16         So if you have a problem leaving, I
16:17:29   17      suggest you call back one of your
16:17:31   18      colleagues --
16:17:32   19         MR. SOLOMON:  That is the commentary.
16:17:35   20      What does the rule say?
16:17:37   21         MR. JACOBY:  The rule says -- hold on
16:17:41   22      a second, it's 30(b).  30(d), sorry.
16:17:57   23         MR. SOLOMON:  Well, we're not going to
16:17:58   24      have a dispute with you over who was
16:18:00   25      responsible for the breaks.  We took lunch
```

56  (Pages 218 to 221)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

222

Fisher

| | | |
|---|---|---|
| 6:18:02 | 2 | for about 45 minutes. We're going to end |
| 6:18:06 | 3 | the deposition at 5 o'clock. I do need a |
| 6:18:08 | 4 | second to try to get something -- |
| 6:18:12 | 5 | MR. WAGNER: Well, I don't know if |
| 6:18:13 | 6 | we're going to be done at five. Let's go |
| 6:18:18 | 7 | on. |
| 6:18:19 | 8 | MR. SOLOMON: I just need a second to |
| 6:18:21 | 9 | get something moved. |
| 6:18:23 | 10 | (A pause in the proceedings.) |
| 6:18:34 | 11 | Q. Did you find all of these definitions |
| 6:19:49 | 12 | of "appurtenances and paraphernalia" that are |
| 6:19:54 | 13 | cited? |
| 6:19:56 | 14 | A. You want to show me where in the |
| 6:19:58 | 15 | document you're referring to? |
| 6:19:59 | 16 | Q. No, I'm just asking you. There are |
| 6:20:01 | 17 | lots of definitions. Did you find them, the |
| 6:20:03 | 18 | counsel fine them, did somebody else find them? |
| 6:20:06 | 19 | Who found them? |
| 6:20:07 | 20 | A. If you're referring to places in the |
| 6:20:09 | 21 | documents from the 19th and early 20th Century |
| 6:20:14 | 22 | where these words are used, "Appurtenances and |
| 6:20:16 | 23 | paraphernalia," these documents were given to me |
| 6:20:18 | 24 | without any special reference or framework |
| 6:20:22 | 25 | interpretation by counsel. |

223

Fisher

| | | |
|---|---|---|
| 6:20:23 | 2 | Q. Yes. I'm asking about the |
| 6:20:25 | 3 | dictionaries and the secondary sources, not the |
| 6:20:28 | 4 | documents that were produced in the case. Who |
| 6:20:30 | 5 | found those? |
| 6:20:31 | 6 | A. These were ones that I independently |
| 6:20:34 | 7 | went and tracked down. |
| 6:20:35 | 8 | Q. Okay. So am I right that what you |
| 6:20:38 | 9 | were trying to track down were references to |
| 6:20:40 | 10 | rimmonim as appurtenances or paraphernalia? |
| 6:20:43 | 11 | A. One of the things I did to understand |
| 6:20:45 | 12 | this, and understand the use of appurtenances and |
| 6:20:50 | 13 | paraphernalia in this time period, was to try to |
| 6:20:53 | 14 | get a full sense of the range of meanings and |
| 6:20:56 | 15 | interpretation of the word. |
| 6:20:57 | 16 | Q. Did you specifically look for |
| 6:21:01 | 17 | references to rimmonim as paraphernalia or |
| 6:21:05 | 18 | appurtenances? |
| 6:21:06 | 19 | A. That was part of the process of trying |
| 6:21:08 | 20 | to understand the full range of use of the term, |
| 6:21:10 | 21 | these terms. |
| 6:21:11 | 22 | Q. Did you find a single source that |
| 6:21:20 | 23 | refers to paraphernalia, the word alone, as |
| 6:21:23 | 24 | rimmonim? |
| 6:21:57 | 25 | A. In the dictionary definitions and |

224

Fisher

| | | |
|---|---|---|
| 16:21:59 | 2 | secondary sources that I consulted, sitting here |
| 16:22:03 | 3 | right now without going back to double-check the |
| 16:22:05 | 4 | actual sources, I don't recall a place where |
| 16:22:09 | 5 | rimmonim was specifically called paraphernalia. |
| 16:22:13 | 6 | But I would have to go back and double-check. |
| 16:22:15 | 7 | Q. And did you find a single source other |
| 16:22:17 | 8 | than Goldberg and Rayner in which the word |
| 16:22:21 | 9 | "appurtenance" alone, just that word, was defined |
| 16:22:25 | 10 | to include rimmonim? Just the word "appurtenance" |
| 16:22:29 | 11 | alone. |
| 16:22:30 | 12 | A. You're talking about secondary? |
| 16:22:32 | 13 | Q. Any. I'm not talking about the |
| 16:22:33 | 14 | documents that are at issue in this case. I'm |
| 16:22:35 | 15 | talking about, yes, the secondary sources that you |
| 16:22:38 | 16 | looked at. |
| 16:22:51 | 17 | A. Page 37, footnote 149, Jane S. Gerber |
| 16:22:59 | 18 | and "Jewish Society in Fez, 1450 to 1700." |
| 16:23:05 | 19 | Q. No, that uses the words "synagogue |
| 16:23:09 | 20 | appurtenances." I'm talking about just the word |
| 16:23:13 | 21 | "appurtenances" without the word "synagogue." |
| 16:23:15 | 22 | A. I would have to go back and |
| 16:23:16 | 23 | double-check the rest of her book to see if she |
| 16:23:18 | 24 | ever uses it, apart from "synagogue." But I didn't |
| 16:23:25 | 25 | cite every single instance that I found this in the |

225

Fisher

| | | |
|---|---|---|
| 16:23:28 | 2 | secondary literature. What I did was survey it and |
| 16:23:32 | 3 | it was sufficiently widespread that this connection |
| 16:23:35 | 4 | was fairly clear to historians in a variety of |
| 16:23:38 | 5 | contexts at the time. |
| 16:23:39 | 6 | Q. I'm just talking about the word |
| 16:23:41 | 7 | "appurtenances." Is there any secondary source you |
| 16:23:43 | 8 | found which defined the word "appurtenance" alone |
| 16:23:46 | 9 | to mean rimmonim? Not "synagogue appurtenance," |
| 16:23:48 | 10 | not "appurtenance of worship," not "holy |
| 16:23:51 | 11 | appurtenances," just the word "appurtenance." |
| 16:23:55 | 12 | A. But I think you're somewhat missing |
| 16:23:57 | 13 | the point that -- |
| 16:23:58 | 14 | Q. No, don't -- that's why you have him. |
| 16:24:01 | 15 | He'll fill it in. I'm asking my questions, okay? |
| 16:24:06 | 16 | I don't care about missing the point right now. I |
| 16:24:08 | 17 | care about asking my questions and getting you out |
| 16:24:11 | 18 | at a reasonable time and getting him out, so please |
| 16:24:13 | 19 | answer my questions. |
| 16:24:15 | 20 | A. Without going back to double-check the |
| 16:24:17 | 21 | Gerber book, for example, and some of these other |
| 16:24:29 | 22 | sources that I'm citing here, I can't say |
| 16:24:32 | 23 | definitively that no other source, secondary source |
| 16:24:38 | 24 | made that direct connection between appurtenances |
| 16:24:41 | 25 | and the rimmonim. But I will tell you again, as I |

57 (Pages 222 to 225)

226

Fisher

16:24:44  1
16:24:48  2  said before, that there are multiple ways in which
16:24:51  3  these two are connected, synagogue and
           4  appurtenances --
16:24:52  5      Q.  I'm not interested in --
16:24:54  6      A.  -- and you don't have to go to the
16:24:55  7  secondary sources.  This happens in the sources in
16:24:57  8  the 1890s as well.
16:24:59  9      Q.  Fine, let's --
16:25:00 10      A.  An 1893 letter between H.P. Mendes and
16:25:04 11  David Baruch, June 13, 1893 mentions the
16:25:10 12  rimmonim --
16:25:10 13      Q.  Okay, sir, with all due respect,
16:25:13 14  please stop.  Now, you reference a 1903 lease,
16:25:20 15  right?
16:25:21 16      A.  In my document, in --
16:25:23 17      Q.  Yes.
16:25:24 18      A.  Yes, I do.
16:25:24 19      Q.  And that lease contains the word
16:25:26 20  "appurtenance," correct?
16:25:29 21      A.  The phrase is "appurtenance and
16:25:33 22  paraphernalia belonging thereto."
16:25:35 23      Q.  So it contains the word
16:25:37 24  "appurtenance," correct?
16:25:37 25      A.  It does.

227

Fisher

16:25:38  1
16:25:39  2      Q.  I think you testified earlier this
16:25:41  3  morning that that word was specifically inserted in
           4  the lease to cover the rimmonim, correct?
16:25:44  5      MR. SOLOMON:  Object to form.
16:25:45  6      Misstates the testimony.
16:25:46  7      You can answer.
16:25:47  8      A.  The word "appurtenance" was part of
16:25:50  9  the lease and part of the original description.
16:25:53 10  From what we have, it was not inserted, it's a part
16:25:56 11  of the lease.
16:25:57 12      Q.  Part of what lease?
16:25:59 13      A.  The 1903 lease.
16:26:00 14      Q.  Was that word specifically inserted
16:26:02 15  into the lease to cover the ritual objects in the
16:26:07 16  synagogue?
16:26:14 17      A.  Based upon the usage of the word
16:26:17 18  "appurtenance, in the preceding decade by all the
16:26:21 19  different parties involved, it was my
16:26:23 20  interpretation of the 1903 lease that the word
16:26:28 21  "appurtenance" was not inserted but existed in the
16:26:33 22  writing of the lease, in the language of the lease.
16:26:35 23      Q.  What do you mean by "existed in the
16:26:36 24  language of the lease"?
16:26:37 25      A.  When you say "inserted," it sounds

228

Fisher

16:26:40  1
16:26:44  2  like it was added as an afterthought, and that's
16:26:46  3  not what happened.  It was written into the lease,
           4  is what I'm trying to say.
16:26:47  5      Q.  And who wrote it into the lease?
16:26:48  6      A.  Who wrote the whole lease.
16:26:49  7      Q.  Who did that?
16:26:51  8      A.  One presumes it was counsel for CSI.
16:26:53  9      Q.  Do you know any of the rules of
16:26:57 10  contract construction?
16:27:03 11      A.  Sitting here right now, I could not
16:27:05 12  lay out for you the rules of contract construction.
16:27:08 13      Q.  Well, did, to the best of your
16:27:19 14  knowledge, did the counsel for CSI insert the word
16:27:22 15  "appurtenance" into the lease?
16:27:33 16      A.  As I recall, there was concern
16:27:35 17  expressed regarding the language of the original
16:27:41 18  lease, as I lay out in my report.
16:27:50 19      Q.  Let me just, page 46 of your report,
16:28:02 20  you state, you say, this is one, two, three, four,
16:28:08 21  five, six lines up from the bottom, it says "The
16:28:13 22  lease, which referred specifically to the synagogue
16:28:17 23  'and appurtenances.'"  Do you see that?
16:28:20 24      A.  Yes, I see that.
16:28:20 25      Q.  By the way, you say it was signed by

229

Fisher

16:28:22  1
16:28:22  2  CJI representatives on February 1, 1903.  We saw
16:28:26  3  that that's not accurate, is it?
16:28:27  4      A.  I'd have to go back and double-check
16:28:29  5  the --
16:28:30  6      Q.  I think we can agree it was the 18th.
16:28:32  7  But you see, the lease specifically referred to
16:28:34  8  "synagogue and appurtenances," right?
16:28:38  9      A.  That's what the report says here, yes.
16:28:39 10      Q.  So somebody inserted that word, right?
16:28:43 11      A.  It was written into the lease, yes.
16:28:45 12      Q.  And who wrote it in?
16:28:47 13      A.  As I've said, one would presume
16:28:49 14  counsel for CSI.
16:28:50 15      Q.  Now, would you agree with me that most
16:28:52 16  leases written in 1903 were not for synagogues?
16:29:01 17      A.  I would agree that in 1903, there were
16:29:08 18  many different contexts in which leases could be
16:29:10 19  written.
16:29:10 20      Q.  Do you know of any other synagogue
16:29:13 21  lease from 1903?
16:29:14 22      A.  Sitting here today, without having the
16:29:20 23  opportunity to look around some more and do some
16:29:22 24  research, I do not know of -- nothing comes to mind
16:29:26 25  immediately regarding another synagogue lease in

58  (Pages 226 to 229)

230

Fisher

| | | |
|---|---|---|
| 16:29:28 | 1 | 1903. |
| 16:29:29 | 2 | Q. And in your opinion, is the word |
| 16:29:31 | 3 | "appurtenance" a term of art concerning ritual |
| 16:29:35 | 4 | objects like rimmonim? |
| 16:29:42 | 5 | A. From what I've seen, the document -- |
| 16:29:44 | 6 | in the documents, and as I've reflected in this |
| 16:29:47 | 7 | report, the way in which the interested parties |
| 16:29:51 | 8 | were using the term in the late -- in the 1890s are |
| 16:29:57 | 9 | indicative of a usage of the word "appurtenances" |
| 16:30:00 | 10 | to specifically reference ritual objects within a |
| 16:30:05 | 11 | Jewish synagogue. |
| 16:30:30 | 12 | Q. Can you look at Exhibit 10, the lease. |
| 16:31:26 | 13 | Now, do you know how leases were prepared in 1903? |
| 16:31:37 | 14 | A. Sitting here right now, I'm not sure I |
| 16:31:44 | 15 | could give you a full detailed description of how |
| 16:31:48 | 16 | leases were presented. One presumes that there |
| 16:31:53 | 17 | would be an attorney employed to write up the |
| 16:31:56 | 18 | contract that would be signed, countersigned and |
| 16:32:01 | 19 | notarized. |
| 16:32:02 | 20 | Q. Did no one ever tell you that leases |
| 16:32:05 | 21 | in those days came from a form book? |
| 16:32:17 | 22 | A. I have noticed that there are certain |
| 16:32:19 | 23 | standard terminologies in certain kinds of |
| 16:32:24 | 24 | documentation in this time period. |

231

Fisher

| | | |
|---|---|---|
| 16:32:26 | 2 | Q. And are you aware that the word |
| 16:32:28 | 3 | "appurtenance" just came from that form book? |
| 16:32:31 | 4 | A. I'm aware that in the context of |
| 16:32:33 | 5 | leases more generally, and even property |
| 16:32:36 | 6 | descriptions more generally, the word |
| 16:32:39 | 7 | "appurtenance" is sometimes referenced. But you |
| 16:32:43 | 8 | have to keep in context, in mind, this specific |
| 16:32:48 | 9 | usage within the context of a Jewish synagogue and |
| 16:32:51 | 10 | the way that other parties were using that word, |
| 16:32:55 | 11 | "Appurtenance," in the 1890s. |
| 16:32:58 | 12 | So when we see "appurtenance," you |
| 16:33:01 | 13 | have to keep their own context in mind when you see |
| 16:33:04 | 14 | that. |
| 16:33:04 | 15 | Q. Did you investigate whether the word |
| 16:33:07 | 16 | "appurtenance" in this lease just came from that |
| 16:33:09 | 17 | form book? |
| 16:33:15 | 18 | A. To my knowledge, I -- I do not recall |
| 16:33:18 | 19 | researching that particular question. But the |
| 16:33:21 | 20 | important context for me is how other people were |
| 16:33:24 | 21 | also using that word in the 1890s. |
| 16:33:28 | 22 | Q. Is it relevant to you whether the word |
| 16:33:30 | 23 | came from a form book? |
| 16:33:32 | 24 | A. I'd have to look at it and evaluate |
| 16:33:34 | 25 | how that would fit into my broader report and the |

232

Fisher

| | | |
|---|---|---|
| 16:33:39 | 2 | other kinds of documents that I've relied upon to |
| 16:33:42 | 3 | write this. |
| 16:33:42 | 4 | Q. Now, if you look back on the |
| 16:33:46 | 5 | original -- on the lease on the 4th line, it lists |
| 16:33:50 | 6 | these names as trustees, an N. Taylor Phillips as |
| 16:33:55 | 7 | trustee, do you see that? |
| 16:33:57 | 8 | A. I do. |
| 16:33:57 | 9 | Q. And do you have an opinion concerning |
| 16:33:58 | 10 | the form of ownership with respect to Touro |
| 16:34:03 | 11 | Synagogue that's held by CSI? |
| 16:34:18 | 12 | A. Without further documentation, I don't |
| 16:34:20 | 13 | have an opinion on that question at this time. |
| 16:34:25 | 14 | Q. Do you have an opinion if CSI owns the |
| 16:34:28 | 15 | rimmonim, whether they own the rimmonim in trust or |
| 16:34:31 | 16 | they own it outright? |
| 16:34:39 | 17 | A. The question of defining ownership, |
| 16:34:43 | 18 | while possibly relevant, is also wrapped up in sort |
| 16:34:48 | 19 | of the way in which people recognize this |
| 16:34:53 | 20 | relationship and this ownership. And what is clear |
| 16:35:00 | 21 | from, sort of the succession after 1903, especially |
| 16:35:06 | 22 | given how CJI listed CSI on various grant forms and |
| 16:35:11 | 23 | governmental application documents as the owners of |
| 16:35:16 | 24 | the building, it seems pretty clear that at least |
| 16:35:21 | 25 | in straightforward terms without any qualification, |

233

Fisher

| | | |
|---|---|---|
| 16:35:25 | 2 | that ownership was largely what it seems like it |
| 16:35:30 | 3 | would be. |
| 16:35:31 | 4 | There -- I have not seen any |
| 16:35:34 | 5 | qualifications or clarifications given to the |
| 16:35:37 | 6 | phrase of "ownership" on these grant documents and |
| 16:35:41 | 7 | applications in the 20th Century. |
| 16:35:44 | 8 | Q. Who were those grant applications made |
| 16:35:48 | 9 | by? |
| 16:35:52 | 10 | A. In many cases, I'd have to go and look |
| 16:35:54 | 11 | back at the specific grant applications. But in |
| 16:35:58 | 12 | many cases, they were prepared for, in some cases |
| 16:36:05 | 13 | by CJI. |
| 16:36:06 | 14 | Q. Okay. Some of them by the Touro |
| 16:36:11 | 15 | Synagogue fund, right? Isn't it a fact -- |
| 16:36:13 | 16 | A. I'm sorry, could you expand that? |
| 16:36:15 | 17 | Q. I'm sorry, Touro Synagogue Foundation, |
| 16:36:18 | 18 | correct? |
| 16:36:18 | 19 | A. Yes. |
| 16:36:18 | 20 | Q. Which is an independent organization, |
| 16:36:20 | 21 | is it not? |
| 16:36:21 | 22 | A. It was designed as a -- an |
| 16:36:27 | 23 | organization that would aid the upkeep of the Touro |
| 16:36:29 | 24 | Synagogue, but CSI was granted equal representation |
| 16:36:35 | 25 | from its founding. |

59 (Pages 230 to 233)

234

Fisher

16:36:36  Q. Is it a separate nonprofit organization?

16:36:37  A. I'd have to revisit the founding documents of the Touro foundation.

16:36:41  Q. Why don't you look at page 60 of your report, the last line. Do you see that statement at the end there, "A separate nonprofit organization from CJI"?

16:37:16  A. I'd have to go back and look at how it's described on the -- the Touro Synagogue websites, as well as the other documentation that I looked at before.

16:37:28  Q. Are you telling me I can't take your word for it on the last line?

16:37:35  A. The statements I've given here reflect my understanding at the time of reading the documents --

16:37:39  Q. Did you --

16:37:41  A. -- at the point when this report was composed.

16:37:43  Q. Is there anything that you would change in your report today?

16:37:47  A. I would need more time to consider that question.

235

Fisher

16:37:48  Q. Well, do you have any changes to tell me right now?

16:37:50  A. I would need to consider -- I would need time to consider what exactly that might be.

16:38:02  Q. Does anything I told you today cast any doubt in your mind on your conclusions?

16:38:07  A. Nothing that we've talked about today has cast any doubt. But I think that any time there is additional discussion or evidence or conversation, as a historian, one is constantly thinking about how this affects or doesn't affect one's conclusions, and the same would be true here.

16:38:34  Q. Well, the lease references individuals as trustees, correct?

16:38:44  A. That appears to be the wording here, yes.

16:38:46  Q. Do you understand what that means?

16:39:08  A. Without looking further into additional documentation, I can't tell you definitely what those words, the word "trustee" means in this context.

16:39:17  Q. I think you told us earlier you're not an expert on trust law, right? Correct?

16:39:36  A. Trust law is not my primary point of

236

Fisher

16:39:38  expertise, no.

16:39:39  Q. Do you have any expertise in trust law?

16:39:42  A. Again, trust law is not something that I have expertise in.

16:39:57  Q. Now, am I right, or do you know whether when title passed to -- title to the building passed to CSI, it passed to CSI solely as trustees?

16:40:08  A. In what context are we talking here, what date?

16:40:11  Q. At any time. Any time -- when did title pass?

16:40:14  A. I think we covered this before.

16:40:16  Q. When was it?

16:40:18  A. 1818, is --

16:40:21  Q. Okay. So when title passed, did title pass to CSI solely as trustees?

16:40:28  A. I would have to redo -- review the documentation around 1818 and the 1820s to know for certain. But sitting here today, nothing comes to mind that would illuminate that either way.

16:40:44  Q. If the Federal Government said title passed to CSI solely as trustees, would you have

237

Fisher

16:40:52  any basis to dispute that, sitting here today?

16:40:55  MR. SOLOMON: Misstating the document.

16:40:56  A. If you would show me what you're looking at, perhaps I could talk about it.

16:41:24  (Fisher Exhibit 25, multipage document entitled, "Touro Synagogue, National Historic Site - Newport, R.I., Bates numbered CSI0589 through 594, marked for identification, as of this date.)

16:41:37  Q. Have you seen this document before?

16:44:09  A. I have seen this document more recently, but have not had time to look it over and did not use it in my report.

16:44:09  Q. Now, can you turn to page 593. You see it says "the noble edifice"? And it says, "When the," I think, "Last survivors of Congregation Jeshuat Israel moved to New York, title to the Newport synagogue passed into the hands of New York Congregation Shearith Israel solely as trustees," do you see that?

16:44:38  A. I do see that.

16:44:39  Q. Do you have any basis to dispute that statement?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

238

Fisher

16:44:52  2  A. I think there are several things one
16:44:55  3  could point to. Could you say who was behind this
16:44:58  4  document here? This is the federal --
16:45:02  5  MR. SOLOMON: What's your
16:45:03  6  representation? Federal Government wrote
16:45:04  7  this document? Representation on the
16:45:09  8  record is that the Federal Government
16:45:11  9  wrote this document.
16:45:12  10  MR. WAGNER: The Department of
16:45:13  11  Interior.
16:45:14  12  MR. SOLOMON: Okay.
16:45:16  13  A. In cooperation with the Society of
16:45:18  14  Friends of Touro Synagogue National Historic Site.
16:45:25  15  The Federal Government also, in 1945, weighed in on
16:45:30  16  the question of title and pointed to a later date.
16:45:36  17  Page 58 of my report refers to the 1945 agreement
16:45:41  18  between the United States Department of Interior,
16:45:43  19  CSI and CJI, Article IV(b) says, "That the title to
16:45:49  20  the Touro Synagogue, Newport, Rhode Island, and its
16:45:54  21  appurtenances, subject to the covenants above set
16:45:59  22  forth and recorded deeds and declarations of
16:46:02  23  trust" -- this is the 1894 deed of conveyance --
16:46:06  24  "appertaining thereto shall remain in the Shearith
16:46:11  25  trustees."

239

Fisher

16:46:12  2  Q. And all of those documents refer to
16:46:13  3  Shearith Israel as trustees, do they not?
16:46:15  4  A. Without looking in each one, one by
16:46:17  5  one, I can't comment on every single one of them.
16:46:21  6  I will say that when CJI fills out applications for
16:46:27  7  funding, rarely, if ever, will have I seen them
16:46:33  8  qualify ownership in terms of trusteeship.
16:46:35  9  Q. Well, let me just ask you, are you
16:46:37  10  offering an opinion that CSI owns the building and
16:46:42  11  the land outright?
16:46:46  12  A. Well, I hadn't gotten to my second
16:46:48  13  point regarding my response to this document.
16:46:51  14  The other thing to look at that seems
16:46:53  15  very telling and persuasive as a historian is the
16:46:57  16  way in which different parties responded to the
16:47:00  17  1903 Judge Brown decision and the surrender of
16:47:04  18  premises, the surrender of premises and
16:47:07  19  paraphernalia that CJI undertook at that time
16:47:10  20  period in the wake of that episode, in the wake of
16:47:14  21  that court case.
16:47:15  22  Q. You know, you're not listening to my
16:47:17  23  question. I didn't ask for a whole history. I
16:47:19  24  just asked whether you are offering an opinion as
16:47:22  25  to the form of ownership of CSI over the building

240

Fisher

16:47:28  2  and the land.
16:47:29  3  MR. SOLOMON: That was the second part
16:47:33  4  of his earlier answer.
16:47:34  5  A. I was returning to -- I was finishing
16:47:36  6  my prior answer.
16:47:37  7  Q. But can you answer that yes or no, are
16:47:39  8  you offering an opinion? Because I can't tell from
16:47:42  9  your report.
16:47:42  10  A. I am relying upon the documents that I
16:47:44  11  have looked at, which seems to indicate in CJI's
16:47:49  12  own actions and wording that there is an outright
16:47:52  13  ownership. That's what the documents seem to
16:47:55  14  indicate.
16:47:55  15  Q. So the Federal Government in this
16:47:56  16  document is wrong?
16:48:00  17  A. The CJI wrong in its own
16:48:02  18  representation of CSI's ownership --
16:48:06  19  Q. Where is there a document by CJI that
16:48:11  20  says that CSI owns the building outright?
16:48:11  21  A. Several places in which this takes
16:48:22  22  place. Page 59, 2001, 59 of my report, in 2001,
16:48:28  23  there was an operating agreement between the
16:48:32  24  National Trust For Historic Preservation, CJI and
16:48:34  25  the Society of Friends of Touro Synagogue National

241

Fisher

16:48:38  2  Historic Site. On page 2 --
16:48:40  3  Q. Wait, wait, stop. Where does it say
16:48:43  4  that --
16:48:46  5  A. The quote down below ends with
16:48:51  6  Congregation Shearith Israel as owner.
16:48:52  7  Q. Doesn't say in what form, does it?
16:48:54  8  Doesn't say they own it outright, does it?
16:48:56  9  A. But they also don't say "as trustees."
16:48:58  10  Q. So you think they have to say
16:48:59  11  "trustees" every time they mention ownership?
16:49:11  12  A. The documentation does not always
16:49:18  13  clearly provide that kind of clarity.
16:49:20  14  Q. But CJI, when given an opportunity to
16:49:28  15  represent to governmental and state entities what
16:49:32  16  exactly the relationship is, from what I have seen,
16:49:36  17  consistently declines to use the language of
16:49:39  18  trusteeship.
16:49:52  19  MR. WAGNER: Let's mark this as the
16:49:53  20  next exhibit.
16:49:54  21  (Fisher Exhibit 26, agreement dated
16:49:54  22  11/7/45, Bates numbered CSI0093 and 99,
16:49:54  23  marked for identification, as of this
16:50:08  24  date.)
16:50:08  25  Q. Have you seen this document before?

61 (Pages 238 to 241)

242

Fisher

16:50:22   2   (Witness perusing document.)
16:51:19   3   A. Yes, I believe this is a document I
16:51:22   4   just quoted to you from 1945.
16:51:24   5   Q. And can you look on the first page,
16:51:25   6   the first paragraph, six lines from the bottom of
16:51:31   7   that paragraph. Do you see the words, "As trustees
16:51:35   8   under deed of trust dated April 27, 1894," do you
16:51:40   9   see that?
16:51:41   10  A. I do see that.
16:51:42   11  Q. Do you know what those words mean?
16:52:02   12  A. At the most basic level, it is with
16:52:04   13  reference to the deeds of conveyance or deeds of
16:52:06   14  trust that were signed by the original heirs or the
16:52:14   15  heirs of the original members of CYI.
16:52:16   16  Q. And those deeds reference the will of
16:52:19   17  Rivera, do they not?
16:52:21   18  A. I'd have to look at them to make sure.
16:52:23   19  But I believe that might be the case.
16:52:26   20  Q. Okay. And Rivera and the others owned
16:52:39   21  the property in trust for the synagogue
16:52:44   22  congregation back in the day, right?
16:52:50   23  A. From what I've read and the documents
16:52:52   24  I've looked at, that seems to have been the case.
16:52:54   25  Q. Okay. So now, turn to page 4 of this

243

Fisher

16:52:57   2   document. You quoted from paragraph F in your
16:53:21   3   report, I believe, didn't you?
16:53:32   4   A. Article IV(b) is what I quoted from.
16:53:38   5   Q. Okay. You quoted Paragraph IV(b).
16:53:43   6   You didn't quote paragraph IV(f), did you?
16:53:51   7   MR. JACOBY: I(f).
16:53:54   8   MR. WAGNER: Mr. Jacoby tells me it's
16:53:57   9   I(f) and he's always right.
16:53:59   10  MR. SOLOMON: Where it says "to be
16:54:00   11  used for religious purposes as set forth
16:54:03   12  in I(f)."
16:54:04   13  Q. "That the public shall be admitted,"
16:54:07   14  etc. On page 4. Do you see that?
16:54:29   15  A. Yes, I see that.
16:54:30   16  Q. Now, you did not quote in your report
16:54:42   17  the language in I(f), "For the use, benefit and
16:54:47   18  behoove of the Jewish Society of Newport as a place
16:54:50   19  of public worship forever," etc., do you see that?
16:54:54   20  Let me take it back. I think you cited the bottom
16:54:57   21  part, the reference to rituals --
16:54:59   22  A. Yes.
16:55:00   23  Q. -- but you didn't reference the piece
16:55:01   24  above, did you? "For the benefit and behoove of
16:55:05   25  the Jewish Society in Newport"?

244

Fisher

16:55:07   2   A. To my recollection, I did not quote
16:55:09   3   that part.
16:55:09   4   Q. Why did you leave it out?
16:55:12   5   A. Can you show me in my report where I
16:55:32   6   cite that particular --
16:55:33   7   Q. Yes, I can.
16:55:33   8   MR. WAGNER: While Mr. Jacoby tries to
16:56:21   9   find that --
16:56:22   10  Q. On the bottom of page 58 of your
16:56:24   11  report --
16:56:27   12  A. I found it, if you want it.
16:56:28   13  Q. Okay, yes, thank you.
16:56:29   14  A. Page 49.
16:56:34   15  MR. JACOBY: Toward the bottom.
16:56:37   16  THE WITNESS: Right.
16:56:37   17  Q. Right. But you didn't cite the
16:56:39   18  language above in (f), right?
16:56:41   19  A. I didn't cite the language below in
16:56:43   20  (f), either, or the next line. I mean, this is one
16:56:46   21  of the processes of weighing and interpreting
16:56:50   22  evidence and thinking about what is relevant for a
16:56:53   23  particular discussion.
16:56:53   24  Q. So basically, you cherry-picked the
16:56:55   25  document, correct?

245

Fisher

16:56:56   2   MR. SOLOMON: Object to the form.
16:56:57   3   Q. Well, you offered an opinion in your
16:56:59   4   report that you saw no evidence of a trust
16:57:04   5   relationship, correct?
16:57:12   6   A. Do you have a place in my --
16:57:12   7   Q. Yes, page 34. Do you see you made
16:57:36   8   that statement on page 34?
16:57:37   9   A. I do.
16:57:38   10  MR. SOLOMON: "There appears to be no
16:57:39   11  historical evidence of a trust
16:57:40   12  relationship between CSI and CJI."
16:57:43   13  Q. Okay. And you left out of your report
16:57:46   14  language, "For the use, benefit and behoove of the
16:57:49   15  Jewish Society of Newport," is that correct?
16:57:51   16  A. I did, but that's not CJI.
16:57:54   17  Q. Do you know of any other Jewish
16:57:55   18  Society of Newport?
16:57:56   19  A. But no, but the potential has always
16:57:58   20  been and the reality of it is that there have been
16:58:02   21  multiple societies in Newport.
16:58:03   22  Q. Are you aware that most observers
16:58:05   23  conclude that the language "Jewish Society of
16:58:10   24  Newport" is the CSI congregation?
16:58:12   25  A. Judge Brown didn't think so in 1903.

62 (Pages 242 to 245)

246

Fisher

16:58:15  2    Q. Let's put aside the demurrer decision.
16:58:18  3  Have you looked at anything to indicate that
16:58:20  4  "Jewish Society in Newport," or "Jewish Society of
16:58:24  5  Newport," means the congregation?
16:58:25  6    A. I don't think that putting aside the
16:58:27  7  1903 decision is --
16:58:30  8    Q. Fine. Anything else you looked at?
16:58:35  9    A. You have to repeat the question.
16:58:36  10    Q. Did you look, other than at Judge
16:58:41  11  Brown's decision, whether the "Jewish Society in
16:58:44  12  Newport" means the congregation?
16:58:52  13    A. There's evidence that other outside
16:58:56  14  observers did not necessarily see a direct tie
16:59:01  15  between CJI and the Touro Synagogue or an
16:59:06  16  equivalency between CJI and the Jewish Society of
16:59:12  17  Newport.
16:59:14  18    The Alfred Jones book in 1913 is just
16:59:17  19  one such example of that.
16:59:19  20    Q. In 1826, was CSI the only Hebrew
16:59:27  21  institution in New York?
16:59:30  22    A. By 1826, as I recall, I'd have to look
16:59:34  23  at my own documentation but there was a reported
16:59:39  24  split within the community at CSI.
16:59:47  25    Q. Okay. And you interpreted, did you

247

Fisher

17:00:03  2  not, documents that referenced the Hebrew Society
17:00:07  3  in New York City to mean CSI, did you not?
17:00:11  4    A. You'd have to show me specifically
17:00:14  5  where it is -- is the case.
17:00:17  6    Q. Page 23.
17:00:49  7    A. You're referring to my quote of
17:00:50  8  Stephen Gould?
17:00:51  9    Q. Yes.
17:01:01  10    A. There's many ways to understand this.
17:01:04  11  Moses Lopez of New York City, presumably not --
17:01:12  12  would have possibly -- I'd have to look at
17:01:14  13  additional documentation to know for sure but it's
17:01:16  14  possible that he would not have recognized, at
17:01:21  15  least not at this time, as a possibility he would
17:01:24  16  not have recognized this other congregation.
17:01:28  17    Q. But you recognize that phrase to be
17:01:33  18  CSI, right?
17:01:35  19    A. Stephen Gould recognized that phrase
17:01:36  20  to be CSI.
17:01:37  21    Q. I'm not asking about Stephen Gould.
17:01:39  22  I'm not deposing Stephen Gould. I'm deposing you.
17:01:42  23    A. But I'm a historian who interprets
17:01:44  24  documents and tries to understand what people meant
17:01:47  25  and understood.

248

Fisher

17:01:47  2    Q. Sir, just tell me whether you believe
17:01:50  3  the reference to the Hebrew society on that page is
17:01:53  4  a reference to CSI.
17:02:02  5    (Witness further perusing documents.)
17:02:03  6    A. Sorry, I want to find my footnote that
17:02:06  7  talks specifically about the split with CSI. Do
17:02:08  8  you have that?
17:02:09  9    Q. Sir, I don't know whether you have it
17:02:10  10  in your report --
17:02:11  11    A. It's in a footnote.
17:02:12  12    Q. We're aware of that split. It's 49 --
17:02:33  13    A. Page 16, yes.
17:02:33  14    Q. You interpret that phrase to mean CSI.
17:02:37  15    A. The parties involved interpret it to
17:02:41  16  mean CSI and I follow their lead on that.
17:02:44  17    Q. Now, you also referenced, in
17:02:46  18  discussing the 1945 agreement, the reference to
17:02:53  19  appurtenances, correct?
17:02:54  20    A. I do recall that "appurtenances" was
17:02:56  21  used in that document.
17:02:58  22    Q. Now, the '45 agreement also references
17:03:01  23  personal property, does it not?
17:03:05  24    A. You'd have to tell me where precisely.
17:03:07  25    Q. Page 4, letter F. Do you see a

249

Fisher

17:03:19  2  reference to "keeping of religious vestments,
17:03:23  3  vessels, monies and historical or valuable personal
17:03:27  4  properties," do you see that?
17:03:28  5    A. I do see that.
17:03:29  6    Q. And is that language found in the
17:03:33  7  parties' lease?
17:03:41  8    A. Which party's lease, the 1903 lease?
17:03:47  9    Q. Yes.
17:03:56  10    A. To the best of my recollection, this
17:03:58  11  specific language is not in the 1903 lease between
17:04:03  12  CJI and CSI. But if you recall our conversation
17:04:06  13  earlier, there was a very specific process by which
17:04:09  14  CSI added a phrase, "And paraphernalia belonging
17:04:14  15  thereunto," and went up in person to CJI, over the
17:04:21  16  personal property that was in the synagogue at that
17:04:23  17  time.
17:04:23  18    Q. Sir, my only question is, does that
17:04:25  19  language appear in the lease. Can you answer that
17:04:27  20  simple question?
17:04:28  21    A. But the understanding --
17:04:29  22    Q. No, no. I'm sorry, it's late in the
17:04:33  23  day. I don't want your understanding. I just want
17:04:35  24  to know whether that language is in the lease. I'm
17:04:37  25  entitled not to speeches but to direct answers.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

250

Fisher

| | | |
|---|---|---|
| 17:04:43 | 2 | A. If you're referring to the words |
| 17:04:46 | 3 | "religious vestments, vessels, monies and |
| 17:04:48 | 4 | historical or valuable personal properties," I do |
| 17:04:55 | 5 | not recall sitting here that that exact language is |
| 17:04:57 | 6 | in the 1903 lease. |
| 17:04:59 | 7 | Q. Will you take my representation that |
| 17:05:01 | 8 | it's not in there? |
| 17:05:03 | 9 | A. I will for now. Until I have a chance |
| 17:05:06 | 10 | to look at it. |
| 17:05:07 | 11 | MR. SOLOMON: It's 5:05. We've been |
| 17:05:14 | 12 | going longer than I wanted. If you want |
| 17:05:16 | 13 | to get to a stopping point, fine. If |
| 17:05:20 | 14 | you're going to just continue the same |
| 17:05:22 | 15 | way, we should just finish now. |
| 17:05:41 | 16 | MR. WAGNER: I have 45 minutes left. |
| 17:05:45 | 17 | MR. SOLOMON: I don't agree with that. |
| 17:05:47 | 18 | MR. WAGNER: Do you have a time? |
| 17:05:48 | 19 | MR. SOLOMON: Since he created and |
| 17:05:51 | 20 | fabricated this, I have called |
| 17:05:54 | 21 | Mr. Shinerock and determined how much time |
| 17:05:56 | 22 | we took for the breaks and for lunch, and |
| 17:05:59 | 23 | we've gone five minutes, six minutes |
| 17:06:02 | 24 | beyond that. So we're not going to sit |
| 17:06:04 | 25 | for another 45 minutes. |

251

Fisher

| | | |
|---|---|---|
| 17:06:09 | 2 | Showing us that at the end of the day, |
| 17:06:10 | 3 | not at the beginning of the day, so nobody |
| 17:06:13 | 4 | can actually check what you're doing is |
| 17:06:15 | 5 | not appropriate. |
| 17:06:16 | 6 | MR. WAGNER: I'm giving you warning, |
| 17:06:17 | 7 | not warning, I'm telling you that I will |
| 17:06:20 | 8 | take your abrupt departure -- |
| 17:06:23 | 9 | MR. SOLOMON: It's not an abrupt |
| 17:06:25 | 10 | departure. I've told you we've sat for |
| 17:06:27 | 11 | longer than eight hours today. I think |
| 17:06:29 | 12 | it's longer than you're entitled to. We |
| 17:06:31 | 13 | did that as an accomodation because |
| 17:06:32 | 14 | apparently there was a misunderstanding. |
| 17:06:34 | 15 | Now you want yet another hour. It's not |
| 17:06:36 | 16 | acceptable. We're not going to do that. |
| 17:06:38 | 17 | I don't know of a legal rule, or even |
| 17:06:40 | 18 | the commentary that you just talked about. |
| 17:06:40 | 19 | I'm reading it your way, and we're done. |
| 17:06:44 | 20 | You have two minutes more of questions |
| 17:06:45 | 21 | than -- |
| 17:06:46 | 22 | MR. WAGNER: I have 45 minutes of |
| 17:06:47 | 23 | questioning. |
| 17:06:48 | 24 | MR. SOLOMON: Thank you. |
| 17:06:56 | 25 | MR. WAGNER: I just want to note |

252

Fisher

| | | |
|---|---|---|
| | 1 | Mr. Jacoby's time sheet. |
| 17:06:57 | 2 | MR. SOLOMON: Well, we object to that. |
| 17:07:06 | 3 | We've never seen it before. You've been |
| 17:07:08 | 4 | confabulating it all day. Or maybe you |
| 17:07:11 | 5 | just confabulated it now. |
| 17:07:13 | 6 | MR. WAGNER: -- you're accusing |
| 17:07:13 | 7 | lawyers of fabricating. |
| 17:07:15 | 8 | MR. SOLOMON: Well, what are you |
| 17:07:16 | 9 | accusing us of? |
| 17:07:18 | 10 | MR. WAGNER: I'm accusing of you |
| 17:07:19 | 11 | leaving before my seven hours. |
| 17:07:21 | 12 | MR. SOLOMON: I don't agree. I |
| 17:07:24 | 13 | believe you've had more than seven hours. |
| 17:07:24 | 14 | MR. WAGNER: You know what, we'll ask |
| 17:07:25 | 15 | the court reporter to do the math and |
| 17:07:32 | 16 | we'll send it to you. Sir, I'm really |
| 17:07:33 | 17 | sorry. It's been a tough day, but it's |
| 17:07:36 | 18 | been a pleasure meeting you. |
| 17:07:39 | 19 | (Continued on following page.) |
| 17:07:39 | 20 | |

253

Fisher

| | | |
|---|---|---|
| 17:07:41 | 2 | THE WITNESS: It's a pleasure meeting |
| 17:07:42 | 3 | you as well. |
| 17:07:42 | 4 | (Fisher Exhibit 27, time sheet |
| 17:07:42 | 5 | prepared by Tobias Jacoby, Esq., marked |
| 17:07:42 | 6 | for identification, as of this date.) |
| 17:08:41 | 7 | (Time noted: 5:08 p.m.) |

64  (Pages 250 to 253)

254

```
 1
 2    STATE OF _____ )
 3                          ) :ss
 4    COUNTY OF _____ )
 5
 6
 7         I, LINFORD FISHER, the witness
 8    herein, having read the foregoing
 9    testimony of the pages of this deposition,
10    do hereby certify it to be a true and
11    correct transcript, subject to the
12    corrections, if any, shown on the attached
13    page.
14
15         _____
16              LINFORD FISHER
17
18
19
20    Sworn and subscribed to before me,
21    this _____ day of _____, 2015.
22
23    _____
24        Notary Public
25
```

255

```
 1
 2         C E R T I F I C A T E
 3    STATE OF NEW YORK   )
 4                        : ss.
 5    COUNTY OF KINGS     )
 6
 7         I, DAVID LEVY, CSR, a Shorthand
 8    Reporter and Notary Public within and for
 9    the State of New York, do hereby certify:
10         That LINFORD Fisher, the witness
11    whose deposition is hereinbefore set forth,
12    was duly sworn by me and that such
13    deposition is a true record of the testimony
14    given by the witness.
15         I further certify that I am not
16    related to any of the parties to this action
17    by blood or marriage, and that I am in no
18    way interested in the outcome of this
19    matter.
20         IN WITNESS WHEREOF, I have hereunto
21    set my hand this 5th day of January 2015.
22
23    _____
24        DAVID LEVY, CSR, RPR, CLR
25
```

256

```
 1
 2    ---------------------I N D E X----------------
 3    WITNESS        EXAMINATION BY      PAGE
 4    LINFORD FISHER   MR. WAGNER         4
 5
 6    REQUESTRS (RQ)                  PAGE
 7    RQ                     50
 8
 9    FISHER EXHIBITS          FOR IDENT.
10    Exhibit 1  Expert report of Prof.    22
11       Linford D. Fisher dated
12       11/24/14
13    Exhibit 2  Document entitled, "Rhode   25
14       Island Jewish Historical
15       Notes," November 1975, Bates
16       numbered JHA00001 through 73
17    Exhibit 3  Single-Page document headed,  59
18       "Statements by Professor
19       Fisher that Rimonim are
20       'Essential,' 'Necessary' or
21       Required"
22    Exhibit 4  Expert report of Dr. Vivian  71
23       Mann dated 11/24/14
24
25       (Continued on following page.)
```

257

```
 1
 2    ---------------------I N D E X----------------
 3    FISHER EXHIBITS (Cont'd.)      FOR IDENT.
 4    Exhibit 5  Copy of handwritten receipt  88
 5       dated 3/1/03, Bates numbered
 6       CSI5411
 7    Exhibit 6  Two-Page handwritten document,89
 8       Bates numbered CSI4582 and
 9       45823
10    Exhibit 7  Excerpt from book, Morris A.  90
11       Gustein, "The Story of the
12       Jews of Newport," published
13       1936
14    Exhibit 8  Excerpt from The Oxford      108
15       Dictionary of the Jewish
16       Religion, Second Edition,
17       three pages
18    Exhibit 9  Copy of telegram dated 2/11,  115
19       year not indicated, from
20       "Steinberg" to
21       Rev. Dr. H.P. Mendes
22    Exhibit 10  Copy of lease Bates numbered  117
23       CSI0027 through 31
24
25       (Continued on following page.)
```

65  (Pages 254 to 257)

258

1
2          ----------------I N D E X----------------
3     FISHER EXHIBITS (Cont'd.)          FOR IDENT.
4     Exhibit 11  Letter dated 2/18/03,     118
5          William P. Sheffield, Jr.,
6          Esq., to L. Napoleon Levy,
7          Esq.
8     Exhibit 12  Telegram dated 2/18, year   120
9          not indicated, Levy to Mendes,
10         Bates numbered CSI5415
11    Exhibit 13  Handwritten document signed  140
12         by Caroline Cohen, Bates
13         numbered CJI 000145
14    Exhibit 14  Copy of handwritten       143
15         document, Bates numbered
16         CJI 000146
17    Exhibit 15  Typewritten document bearing  144
18         numerous signatures, Bates
19         numbered CJI 000151
20    Exhibit 16  Handwritten document Bates   148
21         numbered CJI 000148
22    Exhibit 17  Multipage handwritten      163
23         inventory, Bates numbered
24         CSI4921 through 4960
25

259

1
2          ----------------I N D E X----------------
3     FISHER EXHIBITS (Cont'd.)          FOR IDENT.
4     Exhibit 18  Title page and pages 175    171
5          through 185 of a publication
6          of the American Jewish
7          Historical Society, Bates
8          27, not Bates numbered
9     Exhibit 19  Memo dated 7/18/12, Zachary   183
10         Edinger to the Board of
11         Trustees of Congregation
12         Shearith Israel, Bates
13         numbered CJI 000386 through
14         407
15    Exhibit 20  Excerpt from publication,    194
16         Barquist, et al, "Myer
17         Myers, Jewish Silversmith in
18         Colonial New York, thirteen
19         pages, not Bates numbered
20    Exhibit 21  1894 petition, Bates numbered 201
21         CJI 000087 through 90
22    Exhibit 22  Letter dated 5/5/02,      206
23         Sheffield to Levy, Bates
24         numbered CSI1164
25

260

1
2          ----------------I N D E X----------------
3     FISHER EXHIBITS (Cont'd.)          FOR IDENT.
4     Exhibit 23  Copy of article, David C.    206
5          Adelman, Esq., "They Broke
6          In To Pray," Bates numbered
7          CJI 000581 through 587
8     Exhibit 24  Definition from the Oxford   219
9          English Dictionary of the
10         word "Appurtenance," two pages
11    Exhibit 25  Multipage document entitled,  237
12         "Touro Synagogue, National
13         Historic Site - Newport, R.I.,
14         Bates numbered CSI0589
15         through 594
16    Exhibit 26  Agreement dated 11/7/45,    241
17         Bates numbered CSI0093 and 99
18    Exhibit 27  Time sheet prepared by      253
19         Tobias Jacoby, Esq.
20
21
22
23
24
25

261

1
2               INSTRUCTIONS TO WITNESS
3
4        Please read your deposition over carefully and
5     make any necessary corrections.  You should state
6     the reason in the appropriate space on the errata
7     sheet for any corrections that are made.
8        After doing so, please sign the errata sheet and
9     date it.
10       You are signing same subject to the changes you
11    have noted on the errata sheet, which will be
12    attached to your deposition.
13       It is imperative that you return the original
14    errata sheet to the deposing attorney within thirty
15    (30) days of receipt of the deposition transcript
16    by you.  If you fail to do so, the deposition
17    transcript may be deemed to be accurate and may be
18    used in court.
19
20
21
22
23
24
25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

262

```
 1
 2              E R R A T A
 3
 4       I wish to make the following changes, for
 5   the following reasons:
 6
 7   PAGE LINE
 8   ___   ___ CHANGE_____
 9   REASON:_____
10   ___   ___ CHANGE_____
11   REASON:_____
12   ___   ___ CHANGE_____
13   REASON:_____
14   ___   ___ CHANGE_____
15   REASON:_____
16   ___   ___ CHANGE_____
17   REASON:_____
18   ___   ___ CHANGE_____
19   REASON:_____
20   ___   ___ CHANGE_____
21   REASON:_____
22
23   _____       _____
24      WITNESS' SIGNATURE       DATE
25
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**A**

ability 10:21
66:16
220:17
able 23:16
24:18 28:6
56:24 57:11
58:6 71:4,5
97:9 106:13
133:3 153:8
163:19
197:21
210:24
211:4
Abraham
198:15,16
abrupt 251:8
251:9
absence
181:6
academic
80:5
academy
20:11
acceptable
251:16
access 220:17
accomodati...
251:13
accompany
72:6
accompany...
51:9 53:2
54:25 69:13
account
100:18
182:22
200:12
201:3
accuracy
76:11
accurate
10:18 229:3
261:17
accurately
9:22 10:6,8
10:25 86:16
accusing

252:7,10,11
accustomed
38:2
act 32:4
187:10
acted 186:21
191:11
action 191:4
191:9
255:16
actions 70:7
70:14
122:15
127:18
128:10
131:13
132:9 157:5
168:21
180:24
191:3
240:12
active 20:11
65:7 105:2
187:13
191:21
actively 6:20
152:15
activity 61:21
actors 104:12
104:13
actual 32:7
43:15 61:20
63:19 88:3
119:12
125:10
143:10
200:4
221:15
224:4
add 71:6
105:11
added 120:24
228:2
249:14
adding
189:15
addition
134:24

additional
8:8,14
62:10 66:19
81:16
172:24
173:4,5
235:10,20
247:13
Additionally
165:12
address 4:10
66:15 69:8
94:14 95:4
136:25
addressed
204:22
addresses
151:14
209:22
adds 12:5
Adelman
206:21
260:5
adjudicated
33:13
admit 91:14
admitted
243:13
adorn 108:2
108:9
adorned
114:17,20
adorning
41:8 109:14
185:4
adverse
125:23
126:2,5
advice 15:15
155:22
affect 235:12
afford 74:10
74:21
aforementi...
30:10
Africa 53:14
afterthought
228:2

ago 5:16,19
16:15 31:12
121:18,23
122:4
agree 68:7
78:12
216:18
229:6,15,17
250:17
252:13
agreed 97:24
163:2
205:25
agreement
1:16 100:10
191:25
215:9
238:17
240:23
241:21
248:18,22
260:16
agreements
128:11
218:3,5
ahead 60:9
98:13 169:6
176:3
aid 233:23
al 194:8
259:16
alert 41:9
Alfred
246:18
alive 41:16
Allen 97:11
101:2
allotment
135:18
allotted 136:9
allow 40:7
allowing
166:6
alluded 50:21
alongside
115:16,22
138:2
alter 111:7

129:18
altered 130:6
altering
129:21
alternate
12:3 81:17
85:24 86:4
87:9 88:10
ambiguous
192:25
193:6
America
13:23 14:2
14:17 20:25
21:4 27:9
27:11 28:5
28:10 29:6
29:10 39:6
45:12,18
49:4 53:14
54:2,13
151:21
153:2
156:15
American
14:8,11,13
14:19 15:2
20:23 21:7
21:9 27:8
28:5,16
29:3,6,8,11
29:13,22
30:12 31:24
31:25 32:2
32:3,5,10
35:2 37:3
38:10,11,11
39:2,6,11
39:18,25
40:3,9,12
44:21 45:3
45:5,7,19
45:24 46:4
46:17,18,19
46:21 47:2
47:5,9,13
47:15,17,20
47:22 48:2

48:5,7,10
48:12,15,17
48:20 49:13
49:16,16,18
128:24
130:6,15
152:25
153:9
155:11
171:5,8,10
171:16,21
174:23
175:3,4,5,8
175:9,10,16
176:13,14
178:5,15
259:6
Americans
14:6 31:2
35:4,12
Americas
1:19 2:6
amount
122:25
123:21
124:5
130:23
131:25
135:2
Amsterdam
173:8
analyses
154:21
analysis 38:9
101:6
127:22
154:14
156:25
ancestors
146:6,24
ancient 203:7
and/or
144:16
Angel 25:7
angst 202:23
animated
159:7
answer 13:3

13:6 14:18
14:22 16:5
17:22 21:13
23:16 24:18
35:6 42:22
43:14,22
52:17 53:9
54:21 55:14
56:24 57:10
65:18 67:7
70:2,21
71:5 73:7
74:8,24
77:12 78:17
79:25 86:14
89:13 92:20
94:5 95:10
103:16
104:7
109:19
110:2,10
111:13
112:6 122:2
124:8,10
127:8,10
130:20
133:3 135:6
135:11,13
137:4
138:10,11
139:4
165:22
173:18,23
174:2 175:2
176:5,8
177:24
179:7
181:19
185:14,19
195:3 199:2
204:24
208:2
210:15
221:2
225:19
227:7 240:4
240:6,7
249:19

**answered**
14:20,23
135:12,14
177:23
194:24
195:2,4
207:19
210:16
211:18
**answering**
104:17
**answers**
36:17 71:7
195:18
199:24
249:25
**anybody**
91:18
**anyway**
32:10
**apart** 224:24
**apologize**
45:14 95:23
207:20
**apparently**
205:23
251:16
**appear**
107:24
145:5 146:9
164:2
188:23
189:25
192:3
217:23,25
218:2,4,6,7
218:9
249:19
**appears**
109:13
119:11
134:9
144:14
145:4
172:18
186:18
190:19
219:16

235:16
245:10
**appertaining**
238:24
**application**
18:19
232:23
**applications**
233:7,8,11
239:6
**applied** 24:3
34:23,25
**apply** 18:18
18:21 32:18
33:5
**appointee**
196:21
**appreciate**
35:4
**approached**
220:5
**approaches**
92:9
**approaching**
15:11
**appropriate**
93:11
102:10,13
102:16,19
102:21
103:11,22
104:4,11,23
109:22
110:5,16
127:22
210:25
251:5 261:6
**approved**
129:23
**appurtena...**
120:23
121:3 145:4
145:5,19
146:3,13
147:9,11,15
148:11,22
217:14
218:21

219:11
220:3 224:9
224:10
225:8,9,10
225:11
226:20,21
226:24
227:8,18,21
228:15
230:4 231:3
231:7,11,12
231:16
260:10
**appurtena...**
61:17,25
63:18 64:9
64:21 65:6
65:22 66:8
70:16 74:16
74:18 85:4
110:21
111:2
118:14
120:7,15,19
141:3,9,22
141:23
144:19
145:14
146:8 147:5
147:7
148:16,21
150:6
208:10,14
214:4,11
218:8,17
222:12,22
223:10,12
223:18
224:20,21
225:7,11,24
226:4
228:23
229:8
230:10
238:21
248:19,20
**April** 242:8
**archives** 82:2

106:17
134:19,21
**area** 13:20,21
**areas** 27:7
**arguments**
10:16 11:11
83:21
103:19
106:20,23
**Ark** 109:9
178:22
**arrangement**
125:20
**art** 105:9
230:4
**article** 39:17
91:9,11,11
91:14 92:24
93:2 97:25
98:5 206:20
238:19
243:4 260:4
**articles** 38:25
39:19,21
**articulated**
64:20
**Arts** 6:14
**ascribed**
182:6
**Ashkenaz**
161:8,16
**Ashkenazic**
157:15
158:13,21
159:11,16
159:21
160:8,19
176:25
177:6 178:3
**aside** 6:9 8:12
19:8 23:11
27:4 43:15
58:5 121:2
145:20
152:4
207:18,22
208:6,7,16
208:19,21

208:24
209:3,14,15
246:2,6
**asked** 7:24
14:20 32:24
33:6 36:23
43:8,22
48:18 56:8
58:24 66:15
67:7 68:3
68:19 69:8
69:18,20
72:13,16,24
73:3 74:20
84:21
101:20
126:19
129:15
135:12
136:25
153:13
175:21
177:23
193:24
194:24
210:16
217:20
239:24
**asking** 36:21
54:10 64:15
68:6 69:2
70:19,20,20
72:15 73:4
82:16,19
92:4,17,18
102:5
116:22
133:2 145:9
145:15,17
145:21,23
146:17,18
148:12
160:17,23
171:22
189:22
210:13
222:16
223:2

225:15,17
247:21
**aspects** 57:23
**assembly**
203:22
**assess** 67:8
132:18
190:16
218:12
220:3
**assessed**
62:12 83:24
136:9 157:6
**assessing**
83:20 134:2
137:23
201:3
**assessment**
9:11 71:2
165:25
**assessments**
138:14
**assigned**
151:13
178:11
**assignment**
84:16,20
**assistants**
15:12
106:12
**associated**
210:11,14
**association**
210:20
213:9
**assume**
116:17,22
215:25
**assuming**
116:24
188:15
**assure** 176:4
**Atlantic**
30:10 53:13
**attached**
254:12
261:12
**attend** 48:6

48:13,14
72:25
195:24
**attended**
16:14
**attention**
38:3
**attorney**
100:16
230:18
261:14
**attorneys** 2:4
3:4 105:10
**At's** 167:10
**audibly** 17:22
**authenticity**
95:18
**author** 20:21
49:6,8 54:9
185:2
200:16
**authored**
49:12
**authoritative**
25:5 107:11
218:15
**authoritati...**
190:5
**authorities**
20:16,23
21:9 62:7
151:10
153:8
154:23
155:2
**authority**
19:25 20:4
26:6 187:15
190:20
193:17
199:13
**authors** 54:4
62:11 180:5
**availability**
66:19
**available**
9:12 81:4,7
81:9,12

86:25 103:5
103:5
106:16,18
132:8,10
134:5
**Avenue** 1:18
2:6
**aware** 71:14
71:15
119:19
162:3,11
174:11
215:9 231:2
231:4
245:22
248:12
**A-n-g-e-l**
25:8
**a.m** 1:13

**B**

**B** 2:11 3:11
23:4 80:12
167:6
**back** 7:6,7
19:9 28:14
32:5,8
56:19 64:10
69:9 76:10
83:10 93:25
94:6 100:13
107:23
131:8
167:13
174:9
175:12
180:14,21
182:2
191:12
195:5,25
196:18,23
205:15
208:5
212:12
214:17
216:17
219:7
221:17

224:3,6,22
225:20
229:4 232:4
233:11
234:10
242:22
243:20
**background**
38:17 40:7
40:11
**bad** 18:19
78:12
103:24
**ballpark**
176:20
**Barquist** 20:3
20:17 194:5
194:8
259:16
**Baruch**
226:11
**based** 53:11
54:22 56:3
57:20 80:22
81:21,22,25
83:11,21
104:16,19
106:20,23
120:17
122:10,21
123:24
124:11,16
125:14
126:22
132:10,16
136:18,21
137:11,13
138:19
156:23
165:18
188:15
189:5
190:18
191:12
198:14
217:16
220:14
227:17

**basic** 61:23
84:11
242:12
**basically**
244:24
**basis** 18:6
51:14 53:6
53:10 57:14
59:4 185:10
194:21
237:2,24
**Bates** 25:17
25:23 88:24
89:20
117:10
120:10
140:20
143:19
144:6 148:7
163:10
171:17
183:17
194:10
201:11
206:9,22
237:9
241:22
256:15
257:5,8,22
258:10,12
258:15,18
258:20,23
259:8,12,19
259:20,23
260:6,14,17
**battle** 31:3
**bear** 96:11
156:15
219:25
220:8
**bearing**
144:5
258:17
**beat** 121:25
**becoming**
146:5
**began** 82:25
**beginning**

31:13 90:4
153:4 251:3
**behalf** 97:22
202:17
213:10
**behoove**
243:18,24
245:14
**believe** 7:16
10:17,24
11:13 24:19
38:21 43:19
56:2,20
71:9 78:22
79:3,18
80:23 81:6
90:2,7 91:6
124:10
125:9 126:4
159:23
170:23
195:4 199:8
242:3,19
243:3 248:2
252:14
**believed** 69:7
123:23
124:7
190:19
**bells** 41:9
64:3 178:24
187:2
**belonging**
128:13
163:15,23
164:4,20,25
166:3,7
218:9
226:22
249:14
**belts** 32:16
**benefit**
243:17,24
245:14
**Bernard**
26:11
**best** 10:12,21
11:2 12:12

12:17 24:2
24:4 50:13
68:25 76:14
77:25 80:18
85:8 86:25
89:6 90:19
99:9 103:3
108:6 152:3
152:3 189:4
209:20
220:17
228:13
249:10
**better** 91:18
121:14
**beyond** 74:5
127:16
169:18
250:24
**Bible** 46:10
**biblical** 46:9
50:24
**bima** 28:22
**bit** 102:7
113:2
117:14
**blood** 95:18
255:17
**board** 131:13
183:15
185:24
186:10,20
190:11,19
191:3,5,13
191:20,24
259:10
**body** 27:10
56:14
110:14
135:20
148:19
**book** 24:19
24:21 25:2
30:24 62:12
62:23 63:10
64:5 90:24
91:16,17,21
91:22,24

92:12,14,21
92:24 93:2
93:7,10
103:9
151:16
152:17,20
152:24
153:3
224:23
225:21
230:22
231:3,17,23
246:18
257:10
**books** 20:19
28:20 41:4
41:10 46:10
51:8 54:25
55:19 61:24
63:23 69:13
73:25
106:18
152:21
154:6 168:3
168:11
169:8
179:13
180:4
**boss** 113:5
**bottom** 60:25
97:4 100:23
101:5,13
107:10
110:23
117:23,23
118:5
123:19
139:20,21
139:23
184:7 185:2
204:9
228:21
242:6
243:20
244:10,15
**branch** 40:25
**branches**
158:20

**Brandeis**
21:16
**brass** 169:15
**break** 17:25
27:15 50:2
107:4
108:16
112:16,21
113:6,8
139:12
150:8,9
204:15
**breakdown**
178:5
**breaking**
107:3
**breaks** 212:8
215:24
221:25
250:22
**breast** 28:18
**Brief** 119:21
**bring** 24:25
31:17
156:13,15
216:17
**bringing**
212:12
**Brits** 151:23
**broad** 152:9
162:2
**broader** 47:2
47:12 49:15
49:20 54:12
61:4 67:18
92:9 99:17
104:20
105:21
120:6
155:25
195:20
231:25
**broadly**
13:23
128:24
131:2 162:9
**broad-rang...**
203:16

**Broke** 206:21
260:5
**broken** 29:15
**brought**
31:21 57:22
155:3,19
185:4
195:20
219:25
220:8
**Brown** 15:16
16:14 17:7
18:3,6 99:3
125:11
151:13
152:17
161:7,12
205:9,13
239:17
245:25
**Brown's**
101:7 125:7
246:11
**building**
61:25 62:3
141:21
146:5
197:17,23
198:3 210:2
210:4,8,12
210:15,19
210:21
232:24
236:9
239:10,25
240:20
**Burke** 100:15
**Burke's**
100:12
**business**
132:5
_____
**C**
**C** 2:2 3:2
206:21
255:2,2
260:4
**CADWAL...**

3:5
**calculated**
211:13
**calculation**
212:4,7,9
212:14,16
**call** 221:17
**called** 25:23
29:24 87:23
88:16
152:25
196:23
205:20
214:4 224:5
250:20
**candle**
169:15
**candlesticks**
169:15
172:6
**capacity** 22:6
**care** 24:24
188:22
225:16,17
**career** 155:8
**careful** 80:10
80:11
**carefully**
11:7 261:4
**caretaking**
125:20
**Caribbean**
21:3,7
54:13
**Caroline**
114:2 140:8
140:11,13
140:16,20
141:9,19
142:2,5
145:19,20
146:14
147:12,21
150:3
162:21
207:22
208:8,20,21
209:14,16

258:12
**carried** 41:6
41:7 73:25
**case** 6:12
7:20 8:15
9:5 10:23
12:9,10
13:14,19
16:7 18:15
19:12 32:11
32:18,19,20
33:3,5,10
37:24 51:21
53:16 55:7
56:17 57:18
57:22,23
62:9,20
64:15 66:12
66:25 67:10
67:22 70:10
74:14 79:10
81:13 83:23
84:16 85:21
86:2 91:18
93:17,20,23
94:3,11,14
94:24 95:3
95:13 96:4
99:11
104:19
105:23
114:11
133:16
134:7,9,14
143:7 146:7
148:18
155:3,18
156:8,17
158:25
159:3
174:19
180:5
182:10
188:10,16
198:7
199:14
205:20,22
217:17

219:4
221:10
223:4
224:14
239:21
242:19,24
247:5
**cases** 30:17
30:20 32:14
32:22 52:2
53:15 80:25
106:21
124:22
169:25
213:25
214:6
218:10
233:10,12
233:12
**cast** 30:2
235:6,9
**category** 47:2
**Cause** 65:25
**caveats**
210:23
**celebrate**
158:21,24
**cemetery**
90:12 141:4
141:22
**Center** 3:6
15:25 50:17
**centered** 34:9
178:18
**centerpiece**
41:5
**central** 10:15
30:24 52:22
54:24 65:22
70:9
**centrality**
52:12 55:18
**century** 14:5
34:5,10
43:13,22
73:17 168:6
196:2
205:16

220:12,12
220:23
221:5
222:21
233:7
**ceremony**
41:7
**certain** 15:6
43:24 80:3
103:18
106:20
124:19
126:10,20
127:3,18
133:13
134:17
138:14
139:7
152:11
165:6 215:3
230:23,24
236:22
**certainly**
68:13 86:6
127:25
158:23
162:16
164:9 192:2
192:3
**certify**
254:10
255:9,15
**chair** 48:18
**chance** 250:9
**change** 33:23
78:13 87:21
88:9 110:19
111:4
115:18
130:2,18
189:12,13
234:23
262:8,10,12
262:14,16
262:18,20
**changed**
40:23
130:10,17

189:6,9
**changes** 9:6
235:2
261:10
262:4
**charge** 180:9
198:10
**charged** 86:3
**charter** 88:3
**check** 106:9
216:5,24
251:4
**checking**
76:6
**cherry**
103:23
**cherry-pick**
103:12
**cherry-pic...**
244:24
**CHIANG**
3:15
**choose** 92:13
92:21
**chooses** 92:15
**circumcision**
28:19
**citation** 26:5
110:19,20
201:19,24
214:9
**citations**
26:14 54:3
76:12,13
**cite** 25:2
85:17 88:15
89:8 90:5
90:17,20
91:22 92:14
92:22,23
93:2,5,6,11
98:2,19
101:25
102:21
103:20
107:10
140:23
141:2 153:8

154:8
158:10
167:18
170:5,10,12
172:19
181:8
201:14
206:25
218:21
219:24
224:25
244:6,17,19
**cited** 12:7
21:19,24
22:10,14
23:17 24:8
25:4,24
26:13,15,24
26:25 91:4
91:7 97:25
98:16 102:2
145:19
182:3
200:23
218:19
222:13
243:20
**cites** 88:8
106:7
**citing** 26:18
89:13 91:10
102:23,25
170:14
214:20
225:22
**city** 71:13
90:13
134:21
195:10
196:21
197:9
198:12,21
198:24
199:9 200:5
201:15
202:2,9,11
247:3,11
**CJI** 7:20

12:11,24
58:13 80:21
84:24 88:9
89:10 93:15
94:3,11,24
94:25 96:2
100:8 114:8
118:14
134:20
135:2
140:21
141:11
142:8
143:19
144:6 148:7
162:22
166:13,15
166:16
168:5
183:17
184:4,6,8
184:20
187:2,25
188:22
189:4
190:24
191:14,21
192:3,7,13
192:16,22
193:7,9,19
201:11
203:21
205:18,20
205:22
206:22
229:2
232:22
233:13
234:9
238:19
239:6,19
240:17,19
240:24
241:14
245:12,16
246:15,16
249:12,15
258:13,16

258:19,21
259:13,21
260:7
**CJI's** 12:9
184:3
240:11
**claim** 65:8
**claiming**
164:15
**clarifications**
233:5
**clarify**
116:13
**clarity**
241:13
**class** 28:25
29:18,22
31:14,16
45:24 104:9
151:20
**classes** 21:6
27:19 29:9
45:11 46:10
47:4 50:10
50:19
178:12
**classics**
151:24
**clear** 17:19
49:11 51:10
54:3 56:15
69:14 115:4
162:7
168:20
169:24
170:24
179:23
180:2,23
182:5,7,8
182:13,14
182:19,20
183:24
188:9
192:22
198:22
206:6
208:10
210:9 225:4

232:20,24
**clearly** 13:9
56:5 81:17
81:18 84:17
100:8,10
213:8
241:13
**close** 38:3,8
195:21
203:4 211:8
**closed** 202:18
**closely** 195:6
205:10
**CLR** 1:20
255:24
**cluttering**
97:18
**Cohen** 114:2
140:8,11,13
140:16,20
141:9,19
142:2,5
145:19,20
146:14
147:12,21
150:4
162:21
207:23
208:8,20,21
209:14,16
258:12
**collaborative**
189:2
**colleagues**
79:19
221:18
**collected** 49:7
59:23
**colonial** 14:3
14:4,5
20:23,24
27:8 29:22
30:17,20,25
47:20 84:23
87:25 194:9
259:18
**come** 8:9 9:9
13:14 19:9

35:18 36:2
42:21 51:23
64:8,10
66:9 71:16
74:8 75:6
79:20 103:9
155:21
156:4
168:24
169:21
181:3
195:12
201:25
**comes** 43:2,6
43:17 104:8
129:12
155:15
158:6 160:4
229:24
236:22
**comfortable**
26:17 27:3
27:12
**coming** 21:18
25:10 61:23
112:18
113:12
156:10
215:22,25
**comma** 187:5
**comment**
239:5
**commentar...**
221:12
**commentary**
221:19
251:18
**commenting**
44:19
**committee**
48:25
**common**
106:19
154:2
**communica...**
107:21
**communica...**
68:20

**communities**
32:2,6,8
**community**
39:14,18
246:24
**complete**
80:24
164:19
182:22
**completely**
111:22
199:23
**composed**
234:21
**comprehen...**
128:14
**comprehen...**
209:22
**con** 85:18
121:8
**conceivably**
214:6
**concept**
127:24
**concern**
54:24 55:18
64:20,20,23
66:8 70:8
83:18
141:20
142:6,10
162:9
203:16
228:16
**concerned**
76:23
158:18
160:14,17
175:16
**concerning**
81:25
119:24
128:21
157:9
217:13
230:4 232:9
**concerns** 8:8
64:18 69:23

74:17 87:2
203:17
**concession**
87:17
**conclude**
165:18
245:23
**concluded**
54:8
**conclusion**
59:5 64:15
79:13
131:19,23
141:6,25
184:7
**conclusions**
60:16 64:25
65:3 78:23
78:24 79:2
79:20 84:4
86:23 93:10
127:17
128:21
137:12
138:21
235:7,13
**concrete**
158:16
**conduct** 52:6
52:10,13
86:21
**conducted**
53:25 58:12
81:11
135:16
**conducting**
26:23
**confabulated**
252:6
**confabulati...**
252:5
**conference**
48:6,11,13
48:22,25
49:3,9
**conferences**
48:4,9,14
**confidence**

25:2
**confirm**
121:10
147:24
**confirmed**
192:4
**confirms**
165:15
**conflicting**
12:18
**confused**
186:4
**congregation**
1:5,8 6:21
7:21 42:10
42:20 43:14
44:4 72:7
87:22,24
88:2,10,16
88:17 89:10
90:9,11
96:16,17,19
97:9,21,22
98:11
119:17
164:20
169:13
172:17
173:6 181:6
182:23
183:16
188:4 198:8
202:14,18
237:19,21
241:6
242:22
245:24
246:5,12
247:16
259:11
**congregati...**
65:4 167:7
173:7 189:3
**congregati...**
184:2
**conjunction**
136:7
198:24

**connected**
210:5 226:3
**connection**
9:2 65:9,13
193:13
225:3,24
**connections**
195:22
196:3
**consensus**
61:19 198:6
**consider** 12:3
24:11 33:14
40:4 102:14
153:11
160:12
172:12
174:14
185:20
200:24
234:24
235:4,5
**considerati...**
11:17 12:14
32:21 69:21
70:11
157:20
208:9
**considered**
11:23 72:20
84:7 115:21
160:21
163:24
167:14,16
167:20
201:6
**considering**
182:4
**consistent**
27:2 133:8
202:7
**consistently**
55:2 241:17
**constant**
68:20
**constantly**
31:3 32:12
67:12

235:11
**constitute**
35:19
**constraints**
66:18
**construct**
11:11
**constructing**
26:16
**construction**
228:10,12
**consult**
155:16
156:4
**consulted**
8:22 10:23
25:6 57:21
58:11
171:13
219:17
220:15
224:2
**consulting**
153:23
**contacted**
13:16
**contain**
148:10
154:20
**contained**
38:19
114:14
218:23
**contains** 48:6
57:13
226:19,23
**contempor...**
72:25
**contents**
83:12
**contestation**
120:6
**contested**
95:17
130:14
**context** 11:11
11:12 12:20
13:11 14:16

18:17 27:13
33:23 34:23
35:12,17,24
36:10,11
37:11,21
38:5,10,23
49:21 51:18
51:20 60:12
60:15,17,18
61:22 65:19
67:15,18
69:21 73:11
74:24 78:18
78:20 84:2
84:14 85:15
85:20 92:7
95:12 100:2
104:20
106:4,22
107:24
115:11
122:11
124:2
125:16
127:25
128:3,4,5,7
129:11,21
130:13,16
146:20
147:18
154:5
155:19,25
157:19
164:7,17
166:8,22
172:13
173:17,19
173:20
189:16
193:18
195:20
197:18
200:17
212:19,22
213:3,17
214:23
220:11
231:4,8,9

231:13,20
235:22
236:11
**contexts**
116:14
122:15
128:23
131:2,4,9
217:25
225:5
229:18
**contextual**
85:3 92:10
220:22
**contextualize**
40:8 220:6
**continue**
211:20
250:14
**Continued**
149:2
252:20
256:25
257:25
**continuing**
107:15
**continuity**
84:23 95:16
**contract**
129:10,12
129:19,22
130:3,10,21
228:10,12
230:19
**contracts**
130:5,14
**contradicted**
93:9
**contradicti...**
105:25
**contradicts**
91:9
**contrary** 86:7
87:5 102:11
102:14
128:10
135:4
**contributio...**

97:8
**control** 65:8
146:5
187:18
**controversy**
96:16 120:5
**Cont'd** 3:2
50:7 112:24
151:7
204:17
257:3 258:3
259:3 260:3
**convene**
44:10
**conversation**
75:15 132:4
191:23
209:18
235:11
249:12
**conversatio...**
68:4 121:9
121:12,13
**convey** 215:3
**conveyance**
33:21
142:14,23
143:4,13
144:15
146:16,23
148:19
150:5
238:23
242:13
**conveying**
144:17
**cooperation**
238:13
**coordinated**
200:5
**copy** 71:22
88:23
115:24
117:9
143:18
186:18
206:20
257:4,18,22

258:14
260:4
**copyediting**
77:6,21
78:8
**correct** 9:23
21:20 37:5
39:9 42:5
45:22 47:7
47:10 49:4
55:24 56:21
69:5 76:12
76:13 86:11
93:5 98:24
99:6 109:12
114:8
123:23
124:15,19
125:13
126:3
134:16
137:12
142:3,10
144:10
153:17
154:7
165:19
166:10
188:24
189:8
201:16,20
202:5 207:2
207:22
217:15,24
218:6 220:4
226:20,24
227:4
233:18
235:15,24
244:25
245:5,15
248:19
254:11
**corrections**
254:12
261:5,7
**correspond...**
65:25 66:4

70:14
**counsel** 13:17
15:15 19:23
66:22 67:2
67:3,5,23
75:15 76:4
76:25 77:3
77:19,22
80:20 81:10
84:21
133:16,19
134:10
136:16
137:2
210:24
211:4
222:18,25
228:8,14
229:14
**count** 60:3
**counted**
221:13
**counterarg...**
85:24
**counterfact...**
139:11
**countersig...**
230:19
**counting**
217:3
**countries**
106:17
**COUNTY**
254:4 255:5
**couple** 19:7
84:18
**couples**
144:16
**course** 29:12
32:2,10
44:10,13
45:21 46:21
47:5 68:20
73:14 74:4
79:16 92:24
126:16
166:25
174:16

209:2
**courses** 28:23
  45:10,15,17
  45:25 46:4
  46:5,11,13
  46:15,17,23
  129:3,6
  130:21
**coursework**
  47:16
**court** 1:2
  19:15 30:17
  33:13
  173:22
  202:23
  239:21
  252:16
  261:18
**courts** 205:2
  205:3,7
**covenants**
  238:21
**cover** 109:8
  120:16
  121:5 166:4
  227:4,15
**covered**
  39:25 74:6
  82:7 236:15
**Covering**
  82:6
**created**
  250:19
**credibility**
  137:16,19
  137:20
  138:8 201:4
**credible**
  62:15
**crossed**
  113:15
**cross-refer...**
  110:25
**crowns** 28:21
**CSI** 7:19,24
  8:21 15:15
  15:17 19:23
  55:24 56:21

56:25 57:18
58:7,14,14
58:18,23
59:4 67:2,5
71:10 72:5
72:14,19
75:16 79:2
80:20,21
81:10,24
82:24 83:5
84:21 86:19
88:16 89:9
93:16 94:3
94:11 97:8
100:10
115:5
117:16
118:14
120:23
131:13,15
134:7,10,20
135:8
136:16
141:11,12
141:14
142:7,20
158:18
161:17
162:15,22
164:4,15,24
165:15,19
166:9 167:3
167:25
168:5,8,11
168:15,21
168:22,24
168:25
169:4,16,19
169:22
170:8
172:17,21
175:18
176:10
179:16
180:24,25
181:3,4,6
182:15
185:23

186:10,20
186:23
188:5,7
189:3
190:11
191:14,20
192:4,5
195:10,12
195:22,23
196:5,9,20
197:2,9,10
197:23
198:13,18
198:24
199:3,13
200:5
201:15
202:5,9,11
203:18
228:8,14
229:14
232:11,14
232:22
233:24
236:9,9,19
236:25
238:19
239:10,25
240:20
245:12,24
246:20,24
247:3,18,20
248:4,7,14
248:16
249:12,14
**CSI's** 12:8
  56:15 68:16
  72:12 86:11
  171:6 180:9
  180:9
  196:20
  240:18
**CSI0027**
  117:10
  257:23
**CSI0093**
  241:22
  260:17

**CSI0589**
  237:9
  260:14
**CSI1164**
  206:10
  259:24
**CSI4582**
  89:21 257:8
**CSI4921**
  163:11
  258:24
**CSI5411**
  88:25 257:6
**CSI5415**
  120:10
  258:10
**CSR** 1:20
  255:7,24
**cultural**
  157:25
  158:19
**culture** 27:9
  27:22 28:4
  28:10,11
  47:2
**current** 31:17
  84:24
**currently**
  6:13 35:20
  67:12
**curtain**
  110:13
**curtains**
  109:8
**custodian**
  203:10
**custodians**
  203:7
**custody**
  179:3,21,21
**cut** 197:6
**CYI** 7:21
  84:24 94:24
  95:2,20
  96:3 166:16
  167:25
  168:5,8,12
  168:25

169:4,19
181:4
193:21
195:9,20,23
195:23,24
197:12
242:15
**C.A** 1:7

───────
**D**

**D** 4:2 22:24
  61:6,11
  151:4 256:2
  256:11
  257:2 258:2
  259:2 260:2
**DANIEL**
  2:13
**date** 23:2
  25:19 28:25
  34:17 44:19
  45:23 46:20
  47:4,14,24
  49:17 59:22
  71:12 72:2
  89:2,22
  91:3 108:21
  116:4,8,13
  117:12
  118:12,24
  120:11
  140:22
  143:21
  144:7 148:9
  163:12
  167:12
  171:19
  178:17
  183:19
  191:10
  194:12
  200:16
  201:13
  206:11,24
  219:13
  236:12
  237:11
  238:16

241:24
253:6 261:9
262:24
**dated** 22:24
  71:25 88:24
  115:25
  118:21
  120:8
  183:14
  206:8
  241:21
  242:8
  256:11,23
  257:5,18
  258:4,8
  259:9,22
  260:16
**dating** 75:12
  205:15
**David** 1:20
  20:3,17
  61:6,11
  62:5 206:21
  226:11
  255:7,24
  260:4
**day** 5:25
  40:17 44:10
  44:13 49:24
  104:9 124:9
  242:22
  249:23
  251:2,3
  252:5,18
  254:21
  255:21
**days** 43:11,15
  206:2
  230:22
  261:15
**deal** 29:10
  47:12,12,15
  47:19 48:19
  49:3 154:11
  155:9
  157:25
**deals** 33:10
  39:6 40:2

94:13
**dealt** 36:8
39:8
**decade**
227:18
**December**
1:12
**decide** 57:21
58:9 99:12
99:21,23
101:8
126:12,19
204:22
205:8 207:6
**decision**
64:14 99:3
99:5,12,15
99:20,21,23
100:7,8
101:7 125:8
125:15,16
134:10
205:9 206:5
207:6,11
239:17
246:2,7,11
**decisionma...**
105:3
**decisions**
38:18 67:3
67:6 93:4,7
105:4 131:4
205:2,3,7
**declarations**
238:22
**declined** 7:25
**declines**
241:17
**decorate**
107:16
109:6
**dedicated**
39:11
**deed** 36:9,23
36:25 37:7
37:12,18
143:5
238:23

242:8
**deeded**
143:10
**deeds** 37:3,4
37:14
142:14,20
142:23,25
143:4,6,9
143:13
144:15,20
144:22
146:15,17
146:23
147:22
148:19
150:5
238:22
242:13,13
242:16
**deemed**
66:14
261:17
**defective**
205:21
**Defendant**
1:9
**defendants**
3:4 13:16
13:17
**defer** 183:2
**define** 24:15
28:8 77:15
81:8 157:11
191:16
213:22
**defined** 213:8
224:9 225:8
**defines**
213:19
**defining**
24:13 35:20
136:13
232:17
**definite** 191:2
191:4
**definitely**
235:21
**definition**

35:18 104:2
213:14
214:9
218:18,20
218:23
219:6,9,16
219:19,20
219:22,23
219:24
260:8
**definitions**
168:20
180:23
219:2
220:15
222:11,17
223:25
**definitive**
69:18
**definitively**
26:8 114:5
172:13
225:23
**degree** 64:19
76:11 94:22
**deliberated**
186:21
**deliberating**
187:13
**delivered**
119:16
**demographic**
178:5
**demograph...**
178:15
**demonstrate**
153:6 155:4
**demurrer**
99:5,8,9,12
101:8 207:6
246:2
**denominati...**
14:15
**deny** 147:24
**Department**
238:10,18
**departure**
218:16

251:8,10
**depend** 35:24
37:21 44:15
157:19
213:17
**depended**
44:3
**depending**
83:12
**depends**
26:21 29:18
33:24 34:4
34:22 35:25
36:10 38:23
40:25 65:19
78:16,18,18
78:24 81:8
82:4 93:12
95:8 106:4
106:5
115:11,12
115:12
129:20
130:13
153:18
154:19
157:10
164:7,11
173:17
197:18,19
197:19
203:21
204:23
213:21
**deposed**
19:10
**deposing**
132:20,21
247:22,22
261:14
**deposited**
180:8
**deposition**
1:15 7:4,5
8:25 9:4
175:25
221:15
222:3 254:9

255:11,13
261:4,12,15
261:16
**depositions**
30:18
**descendants**
90:10
142:11
**described**
234:11
**describes**
53:13
**describing**
51:25
**description**
100:12
110:3 153:9
227:9
230:16
**descriptions**
41:13 42:14
42:22 231:6
**designated**
61:15 63:16
**designed**
233:22
**desire** 74:18
**desired** 55:2
79:14
**desirous** 66:2
**despite** 94:17
101:6
185:18
**destiny** 98:12
**detailed**
230:16
**determinat...**
137:17
138:8
**determine**
153:21
**determined**
250:21
**development**
175:19
**devoted** 29:2
29:12 39:17
39:20,22

45:24 46:4
46:11,14,21
46:24 47:5
47:9,17
48:2,5,9,12
48:17 49:12
49:17 50:12
154:7
157:12
**dictionaries**
154:8
218:12
223:3
**dictionary**
107:11
108:18
154:12,17
154:19,20
218:16,24
219:10,14
223:25
257:15
260:9
**differ** 78:23
79:4,8
**difference**
158:10,12
160:7,24
173:15
213:11
**differences**
83:16
157:15,18
157:21,25
158:5,19
159:4,6,10
159:13,16
159:19,24
160:2,5,14
**different** 12:4
24:16 37:2
59:14 64:11
83:20 95:10
103:20,21
143:23
158:22,25
159:22
182:7,7

188:11
227:19
229:18
239:16
**differently**
80:8 111:7
**difficult**
147:19
**diligence**
26:10 67:14
**diligent**
220:13
**direct** 189:14
225:24
246:14
249:25
**direction**
56:5 57:25
79:11,18
87:17 139:8
**directly** 17:5
29:10 33:11
35:6 36:8
36:17 47:12
63:14,24
210:10
**disagree**
207:12
**disagreeing**
127:13
**disagreeme...**
79:5
**Disagreem...**
207:15
**disappointed**
112:11,13
112:15
**discipline**
152:7
**discount**
200:19
**discovery**
80:17
**discretion**
198:23
**discuss** 81:15
125:2,7
157:14

185:23
186:10
205:11
**discussed**
95:17
123:23
124:7
**discussing**
185:3
189:24
248:18
**discussion**
57:14 61:4
124:21
165:11
191:21
194:25
220:21
221:4
235:10
244:23
**dismiss** 99:10
**display** 6:13
6:19,20
**disposal**
123:5,25
124:17
135:19
136:15
138:20
**dispute** 82:25
118:9
119:20,23
185:10
192:24
194:21
221:24
237:2,24
**disputed**
30:21 32:7
123:11
**disputes**
30:23 31:7
31:11,20
34:8
**disrespect**
49:19 57:17
**DISTRICT**

1:2,3
**document**
4:25 12:7
12:15,15
13:9,11
18:10,19
24:6 25:15
25:20,21
26:2,5,25
38:24 57:8
59:18 60:7
60:22 80:8
80:22 82:17
82:22 83:17
83:22,24
87:7 89:3
89:20,23,25
90:2,5 91:7
95:4 104:8
104:10
107:23
109:24
110:3,7
111:5
114:21
115:5,20
116:5,6,25
117:19
119:6,8,18
120:12,13
120:17
121:7 135:9
137:24
138:2,6
140:5,20,24
140:25
141:2,18
142:6,12
143:19
144:5
145:10
146:7,8
147:13
148:7,10,13
148:23,25
162:24
164:18,22
164:25

165:11,19
165:21
166:6,11
171:11
172:3,13
180:18
182:3
183:20,24
183:25
184:8
185:21
186:14
187:11
189:11,16
189:24
190:3,4,18
191:2,7,10
192:18,21
196:4,6
199:15
200:18,20
201:9,25
202:25
203:12
206:3,13,25
209:7
213:18,21
214:14
217:16
219:21
222:15
226:16
230:6 237:3
237:7,12,13
238:4,7,9
239:13
240:16,19
241:25
242:2,3
243:2
244:25
248:21
256:13,17
258:11,15
258:17,20
260:11
**documentary**
122:22

132:6
**documenta...**
66:25 68:24
80:11 83:12
92:8 104:17
114:4
121:20
138:22
143:14
174:8,13,18
176:18
177:5,12
179:23
180:2 184:3
192:4 193:6
198:19
199:6 202:8
208:11
209:22
210:9,18,20
213:4,7
230:25
232:12
234:12
235:20
236:21
241:12
246:23
247:13
**documents**
4:8,11,23
5:5,8,12,15
6:3 7:8,9
8:5,8,13,15
9:9,12,25
11:9,23
12:4,18,20
19:3 24:25
25:22 26:15
26:23 27:21
30:16 37:23
38:16,20
40:14 52:11
52:18 53:16
54:22 55:15
55:17 56:4
56:14 57:21
58:11 61:20

66:11,13,19
66:20,21,23
66:24 67:10
67:16,21,25
68:5,16,22
69:4,7,20
70:25 79:13
79:17,20
80:14,19
83:11 85:16
86:24 89:4
95:15
103:12
104:5
114:10
122:5,10
123:4 124:2
124:11,16
126:16,21
127:6,20
128:10
131:22
132:18
133:9,13,15
133:18,21
134:6,25
135:21
136:3,19,22
137:8,12,14
137:20,24
138:15
145:12,16
145:17,24
146:11,18
146:21
147:3,14,18
155:9 156:2
156:16
157:4,7
158:2,9
159:2,19
160:4 162:7
162:11,19
165:5
168:21
169:7
170:23
173:12

180:24
184:15
192:6,16,25
193:3
196:16
198:5
199:17
200:11,13
200:15,23
200:24
201:4,6,17
207:16,17
207:18,20
208:6
209:12
214:17,20
217:21,24
220:14
221:8
222:21,23
223:4
224:14
230:7 232:2
232:23
233:6 234:5
234:18
239:2
240:10,13
242:23
247:2,24
248:5
**document,89**
257:7
**doing** 27:3
57:19 65:23
103:14
122:21
124:13
152:8,15
251:4 261:8
**donated** 72:8
141:11
168:5
**donation**
142:7
162:22
208:22
**double-blind**

80:5,9
**double-check**
7:7 117:5
174:9
214:18
219:8 224:3
224:6,23
225:20
229:4
**doubt** 76:3
109:16
235:7,9
**Dr** 71:25
116:2
119:17
160:16
183:2
256:22
257:21
**draft** 76:25
**drafts** 75:17
**draw** 127:17
131:19
141:6,25
**drawing**
115:17
126:21
128:20
**drawn** 51:24
**Dream**
151:14
152:5
**drew** 84:4
131:23
137:12
**driver** 19:15
**drunk** 19:14
**dschumeist...**
2:14
**due** 26:10
67:14
226:13
**duly** 4:2
19:22
255:12
———
**E**
**E** 2:2,2 3:2,2

4:2 151:2,2
151:4 255:2
255:2 256:2
257:2 258:2
259:2 260:2
262:2
**earlier** 74:6
179:15
227:2
235:23
240:4
249:13
**early** 14:7
28:4,10
82:12 98:23
128:24
130:6,15
195:25
205:16
220:12
222:21
**easily** 213:8
**eat** 216:11
**Ebenezer**
97:11
**Ed** 91:19
**edifice** 203:8
237:17
**Edinger**
183:15
259:10
**edit** 76:4
**edited** 49:8
**editing** 76:21
**edition** 29:23
108:19
257:16
**edits** 76:5
**educated**
132:13,22
133:6
**education**
132:17
**effect** 60:4
165:4
**effects** 163:14
164:19
**efficiently**

5:24 95:24
**effort** 179:2
**eight** 251:11
**either** 36:3
42:11,23
44:8 63:2,6
71:17 78:9
83:14 85:23
88:20 89:13
129:24
172:14
174:20
191:11
199:8
236:23
244:20
**elaborate**
164:21
**electronica...**
199:21
**elements**
47:21 126:5
126:8 129:9
154:10
188:16
**ellipses** 78:3
78:8,10,13
78:15
108:22
**embarrassi...**
21:15
**embroidered**
109:8
110:13
**emerged**
78:21
**emphatically**
203:6
**employ** 24:6
**employed**
15:15
230:18
**employee**
81:24 82:24
83:5
**empty** 197:15
**encyclopae...**
110:25

**ended** 162:22
182:15,20
**ends** 6:23
241:5
**engage** 104:3
**engaged**
105:9
**engagement**
49:15 105:3
**England** 14:3
63:3
**English**
169:14
218:15,15
219:10
260:9
**ensure** 68:15
76:10 80:6
**entails** 19:23
**entered**
100:10
**enterprise**
10:15 83:19
137:23
**entire** 64:4
80:13 82:6
88:18 91:11
91:13 93:7
100:20
103:3
165:25
**entirely**
39:11 43:24
73:9 106:4
161:3
170:24
182:6,8
188:9
206:12
**entirety**
80:19
184:24
**entities**
241:15
**entitled** 25:15
70:21 73:5
211:16,17
215:16

237:7
249:25
251:12
256:13
260:11
**entrance**
71:12
**entrusted**
97:20
**entry** 109:2
219:8
**episode**
239:20
**episodes**
10:22,25
47:21
**equal** 233:24
**equals** 214:11
214:11
**equate** 193:9
214:21
**equates**
214:19
**equipped**
61:16 63:17
**equivalency**
246:16
**equivalent**
29:14
**era** 41:14
84:24 88:2
**erected** 90:14
146:6
**errata** 261:6
261:8,11,14
**errors** 9:14
**especially**
30:20 31:2
192:13
198:16
232:21
**Esq** 2:9,11,13
3:9,11,13
3:15 118:23
118:23
206:21
253:5 258:6
258:7 260:5

260:19
**essay** 30:9
39:10 49:17
153:4
**essays** 39:4
153:6
**essential**
59:20,25
61:17 63:8
63:18 64:13
153:15,22
256:20
**essentially**
88:8 195:19
196:18,24
199:10
**established**
133:24
**estimate**
177:22
**estimated**
176:22
**estimation**
24:7
**et** 194:8
259:16
**Europeans**
31:3
**evaluate** 10:8
22:4 69:20
84:22
137:24
139:8
200:10
231:24
**evaluated**
62:17
200:16
**evaluating**
86:4 201:7
**evaluation**
26:15
**event** 138:23
**events** 10:22
10:25 12:14
67:19 68:9
68:12,17
69:5 84:13

121:18,22
122:3,6,14
124:3
126:22
132:9
136:23,23
136:24
137:10
**eventually**
142:8
182:21
198:12
**everybody**
176:2
**evidence** 9:10
10:3,8,23
10:25 11:3
11:5,14,16
12:14,19,21
12:24 51:17
56:4,11,11
56:14,17
57:24 58:13
58:14 62:14
75:12 79:10
81:5,7,16
83:20 84:4
84:6 85:13
85:15,18
86:10,17,18
86:20 87:5
88:13 96:10
101:19
102:11,15
102:22
105:4,10
114:18
115:17,22
118:8
119:22
120:2,4
123:5,24
132:8 136:5
136:9,12,14
136:14
138:3,19
139:7,9
155:9

166:13
170:20
174:20
179:9
180:13
217:18
235:10
244:22
245:4,11
246:13
**evidences**
197:8
**evident**
131:14
**exact** 87:25
113:23
178:13
179:12
190:2 250:5
**exactly** 17:21
235:5
241:16
**exam** 175:15
**EXAMINA...**
4:20 50:7
112:24
151:7
204:17
256:3
**examined** 4:3
**example**
32:15 35:2
87:18 88:12
95:11,16
168:12
225:21
246:19
**examples**
31:22 51:9
51:22,23
69:14 78:4
**exams** 28:15
175:12
178:10
**exceedingly**
68:23
**exceptions**
166:6

**excerpt** 90:23
108:17
194:7
257:10,14
259:15
**exchange**
117:2
**exchanges**
121:14
**exclude** 217:9
**excluding**
88:21
**excuse** 30:15
61:10 63:15
88:4 97:21
218:8,16
**exegetical**
46:10
**Exercising**
146:5
**exhaustive**
183:3
**exhibit** 22:19
22:21,23
23:4 25:13
25:14,15
59:16,17
71:24 80:12
88:23 89:16
89:19 90:22
90:23 97:23
101:3
108:12,15
108:17
115:24
117:8,9
118:20,21
118:25
120:8
140:19
143:18,24
144:3,4
148:3,6
152:22
163:9
171:14
183:13,14
185:22

194:7
201:10
206:8,19,20
219:9
230:13
237:6
241:20,21
253:4
256:10,13
256:17,22
257:4,7,10
257:14,18
257:22
258:4,8,11
258:14,17
258:20,22
259:4,9,15
259:20,22
260:4,8,11
260:16,18
**exhibited**
142:6
**exhibits**
186:23
256:9 257:3
258:3 259:3
260:3
**exist** 106:16
**existed**
227:21,23
**existence**
40:8
**exists** 103:8
**expand**
233:16
**expect** 161:12
166:7
**expected** 69:3
69:6
**experience**
33:9 132:17
**expert** 19:18
19:21 22:23
23:5 27:18
27:23 28:7
28:9 29:3,5
30:12 33:8
33:15 37:25

38:6,14,22
39:23 40:5
40:10 71:24
81:19 155:5
155:12
167:11,14
167:16,17
167:20,22
235:24
256:10,22
**expertise**
13:18 27:5
28:9 33:18
34:7 74:5
156:14
167:12
220:2,9
236:2,3,6
**experts** 4:9
20:15
151:10
**explicitly**
204:22
**expressed**
228:17
**extant** 198:9
**extends** 29:23
188:17
**extensive**
54:5,11
**extent** 64:22
134:17
**extract** 18:18
99:25
142:15
151:12
**extracted**
60:12
142:13,15
142:18
144:13
147:17
148:18
**extremely**
210:24
**eyes** 74:22
**Ezra** 168:14
**e-mail** 4:6

**e.g** 107:16
109:7

**F**

**f** 4:2,2 61:6
61:11 151:2
151:4,4
185:22
243:2
244:18,20
248:25
255:2
**fabricated**
250:20
**fabricating**
252:8
**face** 205:8
**faced** 105:24
**fact** 63:7 76:6
90:5 97:13
97:15
102:24
118:15
150:3
173:10
176:6 184:6
233:15
**factors**
197:20
**facts** 9:22
10:2,6,9
124:19
126:10,20
127:4
**factual**
137:12
**fact-check**
76:7
**fail** 261:16
**fair** 122:7,18
122:24
123:21
124:5
130:23
162:6
182:11,22
**fairly** 9:22
10:6,8 11:6

225:4
**faithfully**
11:20 131:8
138:21
**fall** 46:25
**families**
195:22,24
58:2 79:19
151:24
152:9,22,25
154:2
175:12,15
**Fifteen**
159:15
**fifth** 96:15
204:5,9
**fifty** 170:17
**filed** 202:4
**fill** 225:15
**fills** 239:6
**final** 75:19,22
**Financial** 3:6
**find** 57:7
60:2 101:11
162:20
169:10,10
199:16
211:21
222:11,17
222:18
223:22
224:7 244:9
248:6
**findings**
83:13
**fine** 6:13 23:8
23:21 32:25
40:24 49:21
50:3 60:13
60:18
113:11
216:6
222:18
226:9 246:8
250:13
**finer** 153:25
**Fingers**
113:15
**finials** 51:9

57:24 65:5
70:16 71:2
**Fez** 224:18
**field** 11:19
13:18 24:3
28:15 33:17
58:2 79:19
151:24
152:9,22,25
154:2
175:12,15
**Fifteen**
159:15
**fifth** 96:15
204:5,9
**fifty** 170:17
**filed** 202:4
**fill** 225:15
**fills** 239:6
**final** 75:19,22
**Financial** 3:6
**find** 57:7
60:2 101:11
162:20
169:10,10
199:16
211:21
222:11,17
222:18
223:22
224:7 244:9
248:6
**findings**
83:13
**fine** 6:13 23:8
23:21 32:25
40:24 49:21
50:3 60:13
60:18
113:11
216:6
222:18
226:9 246:8
250:13
**finer** 153:25
**Fingers**
113:15
**finials** 51:9

63:25 69:13
69:16 72:6
**finish** 107:5
108:14
211:10
250:15
**finished** 20:8
197:5
**finishing**
211:6 240:5
**firmly** 86:24
**first** 4:5 5:1
28:12 29:23
29:23 30:24
51:18 60:21
68:9,12
72:5 84:18
85:19 87:23
90:8 96:15
104:9 123:8
131:12
164:21
168:19,25
174:3 181:4
181:8 184:2
184:18,19
184:22
190:10
195:8,13,21
198:14
207:5 242:5
242:6
**Fisher** 1:15
4:10 5:1 6:1
7:1 8:1 9:1
10:1 11:1
12:1 13:1
13:13 14:1
15:1 16:1
17:1 18:1
19:1 20:1
21:1 22:1
22:23,24
23:1 24:1
25:1,15
26:1 27:1
28:1 29:1
30:1 31:1

32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1,9 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
59:17,19
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
71:24 72:1
73:1 74:1
75:1 76:1
77:1 78:1
79:1 80:1
81:1 82:1
83:1 84:1
85:1 86:1
87:1 88:1
88:23 89:1
89:19 90:1
90:23 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
101:3 102:1
103:1 104:1
105:1 106:1
107:1 108:1
108:17
109:1 110:1
111:1 112:1
113:1 114:1
115:1,24
116:1 117:1

117:9 118:1
118:21
119:1 120:1
120:8 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1,19
141:1 142:1
143:1,18
144:1,4
145:1 146:1
147:1 148:1
148:6 149:1
150:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
160:16
161:1 162:1
163:1,9
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
171:14
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1
182:1 183:1
183:14
184:1 185:1
186:1 187:1
188:1 189:1
190:1 191:1
192:1 193:1
194:1,7
195:1 196:1
197:1 198:1

**fabricated** 250:20
**fabricating** 252:8

**fascinating**
68:8
**fashion**
106:19
**faster** 121:24
210:22
**fatally** 205:20
**fault** 31:5
55:22 60:2
**favor** 56:15
86:11,18
**favored** 12:8
12:9
**favorite**
29:21
**February**
115:14
116:9,15,25
117:6,17,24
118:6,16
119:10,17
229:2
**federal** 32:12
236:24
238:4,6,8
238:15
240:15
**feel** 10:12
19:22 80:8
81:2 209:6
**felt** 27:2,3

199:1 200:1
201:1,10
202:1 203:1
204:1 205:1
206:1,8,20
207:1 208:1
209:1 210:1
211:1 212:1
213:1 214:1
215:1 216:1
217:1 218:1
219:1,9
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
237:6 238:1
239:1 240:1
241:1,21
242:1 243:1
244:1 245:1
246:1 247:1
248:1 249:1
250:1 251:1
252:1 253:1
253:4 254:7
254:16
255:10
256:4,9,11
256:19
257:3 258:3
259:3 260:3
**fit** 88:14
231:25
**five** 7:17
75:24 84:9
123:10
139:15
176:16
177:15
195:2 222:6
228:21
250:23

**fixture**
213:25
214:12
**fixtures**
213:23
214:6,9,10
214:21
**flag** 150:11
**flow** 13:12
111:8 124:3
136:22,23
**focus** 67:20
67:21 95:24
199:22
200:11
**focused** 14:3
45:10
136:24
**folks** 117:24
**follow** 50:20
248:16
**following**
103:24
149:2
252:20
256:25
257:25
262:4,5
**follows** 4:4
151:6
**footnote** 61:8
61:10,10
87:20 88:6
88:8 170:9
170:11,16
172:19
180:6
199:25
200:3
201:22
224:17
248:6,11
**foregoing**
254:8
**foregone**
79:13
**foremost**
190:10

**forever**
243:19
**form** 13:5
27:25 35:15
48:19 54:18
65:16 77:10
79:23 82:23
86:12 92:2
103:13
106:16
109:17,20
112:4 138:9
143:3
145:25
146:11,11
146:19
147:3 158:6
174:24
179:6
181:17
185:17
189:10
227:5
230:22
231:3,17,23
232:10
239:25
241:7 245:2
**formal** 196:5
196:11
**formally**
206:3
**forms** 232:22
**forth** 32:16
238:22
243:11
255:11
**Forty-nine**
186:3
**Forty-seven**
128:16
**forward**
200:25,25
**found** 81:23
105:19
136:15
214:2
222:19

223:5
224:25
225:8
244:12
249:6
**foundation**
233:17
234:5
**founded**
71:10 90:11
**founding**
176:10
233:25
234:4
**four** 61:2
68:21 84:9
123:10
180:8,17
181:9
194:15
211:10
216:3 217:6
228:20
**frame** 13:12
**framework**
153:5
191:25
222:24
**Frankel** 1:18
2:5
**frankly**
134:12
**freedom**
47:13
**Friday** 16:16
16:17 17:2
17:16 43:9
**Friends**
238:14
240:25
**front** 11:3
56:12 58:3
75:13
122:11
145:16,24
162:24
186:8
214:17

**Fuco** 151:24
**full** 51:2
70:24 77:18
78:20 85:3
103:7
111:11
129:16
132:7
168:19
172:13
198:19
213:14
217:10
223:14,20
230:16
**fuller** 11:10
12:13
**fully** 34:17
160:21
163:24
188:2
**fun** 18:2
**function** 51:7
58:20 59:6
69:11
**functional**
188:2
**functioning**
52:22 65:11
70:10,17
**fund** 198:17
199:5,7
233:15
**funding**
239:7
**funds** 198:14
198:16,22
**further**
134:12
151:6
160:13
161:3
174:14
182:4
232:12
235:19
248:5
255:15

**future** 8:10

---

**G**

**games** 139:10
**gathered**
86:18
**general** 26:14
27:10 37:12
39:5,9
40:11 106:2
136:22,23
136:24
137:10
156:14
157:24
198:6
203:22
**generalizat...**
147:20
**generally**
78:19 84:20
87:15
154:20
164:5 166:5
167:12
180:19
231:5,6
**generational**
135:25,25
**generous**
97:7
**genre** 128:22
**Georgia**
172:17
**Gerber**
224:17
225:21
**getting** 17:21
116:14
203:3
225:17,18
**gift** 169:24
**gifts** 97:7
169:13,23
172:10
173:10,16
198:20
**give** 7:25,25

27:17 47:19
56:8,13
64:4 67:4
69:4,6 70:3
74:19 77:3
84:8 87:13
87:17
122:24
126:19
127:2
129:16
135:8,15
143:22
151:18
157:21
176:20
201:20
210:23
212:19
217:10,13
230:16
**given** 38:17
40:12 47:17
47:25 51:10
66:14,17,18
67:2,24
69:14 71:11
73:10 77:22
81:9,22,22
88:3 92:12
122:16
133:7,18
136:16
137:9
142:17
146:7
147:17
162:8
164:22
168:12
198:14,20
202:6
211:17
222:23
232:22
233:5
234:16
241:14

255:14
**gives** 113:23
**giving** 51:24
96:8 124:10
173:14
251:6
**globally**
31:18
**go** 6:5,5,16
6:23,25 7:2
60:9,20
69:9 72:21
107:22
108:4
109:11
111:14
121:24
131:8
134:19,20
150:10
152:2,5
169:6
173:21
174:9 176:3
180:21
181:5
194:13
195:5
197:11,14
210:22
211:19,24
212:2
214:17
215:6 216:4
217:8,9,11
219:7 222:6
224:6,22
226:6 229:4
233:10
234:10
**goes** 63:19
107:15
138:5
**going** 4:10
5:24 11:10
17:19 19:7
20:9 25:12
36:16,18

48:23 49:2
107:23
108:14
112:9
117:13
118:18
121:24,25
126:18
143:23
161:10
173:21,22
173:23
176:5
204:13
208:5
209:25
211:19,19
215:11,13
216:4
221:23
222:2,6
224:3
225:20
250:12,14
250:24
251:16
**Goldberg**
61:6,11
62:6 75:3
224:8
**good** 27:14
67:13 78:20
105:18
112:17
151:9 177:6
**gotten** 239:12
**Gould** 196:20
247:8,19,21
247:22
**government**
32:13
196:21
236:24
238:6,8,15
240:15
**governmen...**
232:23
241:15

**graduate**
15:16
151:13
**grant** 232:22
233:6,8,11
**granted**
233:24
**Graves** 32:3
**great** 41:7
157:25
158:17
176:15
**greater** 162:7
189:15
**greatest**
76:10
**GRINBLAT**
3:13
**ground** 61:21
64:19 69:23
70:15,20
71:2 74:17
206:6
**grounds**
99:11
**group** 98:11
**groups** 34:24
**growl** 140:10
**guess** 21:11
36:14,20
157:10
161:15
**guesses**
132:14,22
133:7
**Gustein**
90:24
257:11
**Gutstein** 25:4
**guys** 215:22

_____

**H**

**H** 4:2 151:4
**halfway**
202:13
**hand** 93:3
255:21
**handed** 99:20

**handled**
83:23
198:23
**handles** 41:9
**hands** 237:21
**handwritten**
88:23 89:20
140:19
143:19
148:6
163:10
257:4,7
258:11,14
258:20,22
**happen** 35:11
**happened**
10:13,14
31:11 77:5
99:23
100:13,19
101:7
132:19
136:20
137:4 139:9
150:2 157:5
182:12,17
228:3
**happening**
13:12 69:22
126:25
131:2
137:15
191:22
**happens**
226:7
**happy** 12:17
57:10 66:5
81:15 93:14
112:7
132:24
**hard** 36:13
36:19 84:9
**harder** 57:16
**Hart** 172:7
**Harvard**
94:20,21
212:24
**Hayes** 142:12

**Haym** 172:8
**hazzan** 174:4
174:5 184:2
184:3
**headed** 59:18
256:17
**hear** 23:24
**heard** 28:12
171:8,10
**heart** 75:6
**heavily** 79:17
**Hebrew** 46:9
46:10 50:22
50:23,24
163:20
246:20
247:2 248:3
**heichal** 28:21
**heirs** 141:20
142:2,9
143:10,13
144:9
202:18
242:14,15
**held** 100:21
232:11
**help** 28:2
199:18
**helped** 27:20
**helpful** 23:14
204:4
**helping** 15:13
199:19
**helps** 80:6
**hereinbefore**
255:11
**hereunto**
255:20
**Herr** 142:11
**He'll** 101:24
225:15
**hierarchy**
105:12,17
**highlight**
179:11
**highly** 76:3
**Hillel** 17:7
**hint** 87:9

**hire** 20:15
**historian**
9:19,20,21
9:24 10:5,7
10:21 11:16
12:5,13,19
13:22 22:4
24:24 27:2
27:8,8
30:14 38:2
40:12 54:7
56:10 57:25
67:14 84:10
84:11 85:14
85:20 86:6
92:6,7,15
92:17,19
103:8 106:8
106:14
130:25
155:8
156:19
157:4
200:11,14
220:5
235:11
239:15
247:23
**historians**
10:11 51:25
54:4,12
61:19 62:2
74:15 75:2
75:4,5
78:15 80:7
81:2 103:19
104:3,14,21
105:9,22
121:19,21
123:3
124:12
132:4,8,15
132:21,22
137:6 139:8
152:14
154:3
156:25
189:15

225:4
**Historic**
237:8
238:14
240:24
241:2
260:13
**historical**
10:15 12:2
25:16 26:9
40:20 44:22
44:25 45:4
45:5,8
48:13,14
56:13 62:16
78:13 79:6
83:11,19
101:2 102:8
102:10,13
102:15,16
102:18,20
102:22
103:11,24
104:4,11,12
104:23
105:2,19
106:19
114:18
122:13
133:7
134:22
136:10
137:23
138:13
151:10,15
152:4,10
153:10
171:6,9,11
171:16,21
193:18
207:14
245:11
249:3 250:4
256:14
259:7
**historiogra...**
105:22
**history** 13:22

13:25 14:11
14:13,16,19
15:2 20:23
21:9 28:5
28:16 29:4
29:5,7,8,9
29:11,13,22
30:13 32:2
33:17 37:3
38:10,11,12
39:2,5,7,12
39:25 40:3
45:10,11,16
45:17,18,22
46:2,2,4,17
46:18,20,22
47:9,15,18
47:20,22
48:3,5,7,10
48:12,15,17
48:20 49:4
49:13,16,18
61:4,12
83:10
126:17
128:24
130:6,15
150:12
152:7 153:9
154:2
156:15
174:23
175:3,4,6,8
175:9,10,16
212:23
239:23
**hit** 19:14
**hold** 52:5
198:10
221:21
**holiday**
121:25
**holidays**
158:22,23
159:16,20
**holiness**
110:21
111:2

**Holly** 21:6
30:11
**holy** 90:14
178:22
225:10
**hope** 26:10
151:9
**hour** 251:15
**hourly** 15:3
**hours** 7:17
15:6,8
112:10,14
112:16
211:7,8,16
215:17,20
216:2,19
217:10
251:11
252:12,14
**hour-and-a...**
204:14
211:24
212:2
**house** 51:7
55:8,8
58:21 59:7
61:14 63:15
63:15 69:17
**houses** 69:12
**human** 32:14
**hundred**
31:12 56:6
172:7
**hundreds**
121:23
**hungry**
113:12
**hypothetical**
96:8
**H.P** 116:2
196:7
226:10
257:21

———
**I**
———
**idea** 128:9
177:18
**ideal** 81:5

106:11
**ideally**
114:19
**ideas** 38:19
**IDENT** 256:9
257:3 258:3
259:3 260:3
**identification**
22:25 25:18
59:21 72:2
88:25 89:22
91:2 108:20
116:3
117:11
118:24
120:11
140:22
143:20
144:7 148:8
163:12
171:18
183:18
194:11
201:12
206:11,23
219:12
237:10
241:23
253:6
**identify**
159:15,25
**ignore** 12:10
102:11
199:23
**ignored**
12:24 96:10
**illegitimate**
16:20,21
18:3 70:13
70:23 72:12
72:17,20
73:8 74:10
74:22
**illuminate**
236:23
**images** 27:20
**imagine**
180:18

**immediately**
67:17
229:25
**impacted**
134:13
**imperative**
261:13
**implications**
99:17
126:13
**implies**
103:23
**implying**
125:22
**importance**
51:25 65:10
158:17
**important**
14:14 19:5
60:16,19
64:14,16,25
65:2,6 68:8
68:13 70:17
70:20 71:3
91:20 93:17
93:19,23
94:2,10,12
94:23 95:6
95:8,14
106:8
110:22
134:11
159:6
164:17
203:4
214:22
231:20
**importantly**
84:13 210:5
**impossibility**
61:23
**impossible**
139:5
**impressive**
6:6
**inappropri...**
111:23
148:24

150:3
**include** 51:8
58:21 59:7
69:12 91:8
93:8 102:14
123:11
154:9 210:8
224:10
**included**
47:21
120:23
150:5
186:22
**includes**
28:11 51:17
**including**
20:13 88:21
121:6
169:14
173:7
179:10
**incompreh...**
93:21
**incorporated**
23:4 203:22
**incorporati...**
64:2 88:13
**incredible**
30:2
**independen...**
176:13,14
**independent**
8:17 81:11
86:22
135:17
136:7
233:20
**independen...**
58:6 124:25
223:6
**Indian** 30:24
**indicate** 19:4
52:12 55:18
63:6 70:9
70:15 72:18
113:18
119:4,9,11
159:19

164:2,25
166:8 167:4
174:18
177:17
180:8
187:14
210:18
240:11,14
246:3
**indicated**
44:8 63:2
71:17 115:5
115:25
118:6 120:4
120:9
257:19
258:9
**indicates**
52:20 66:2
114:19
120:17
177:5
191:20
**indicating**
101:15
196:11
**indication**
166:17
**indications**
162:3
**indicative**
230:10
**indicator**
205:4
**individual**
92:11
**individuals**
52:4 66:9
95:20 97:19
104:15,21
131:9
144:16
172:11
235:14
**inevitably**
96:17
**inferred**
99:16

**influence**
84:3
**information**
73:10 74:24
98:22 202:6
**informed**
19:22 34:17
36:3
**infringe**
199:13
**inherited**
195:10,17
197:14
**initial** 67:5
**input** 76:5
**ins** 155:16
**insert** 77:3
228:14
**inserted**
120:15
121:5 227:3
227:10,14
227:21,25
229:10
**inside** 114:12
**insight** 43:6
43:17
**insomuch**
65:4,7
**instance** 88:8
88:20 89:14
131:14
142:4 199:9
201:21
224:25
**instances**
48:24 74:13
88:15 89:9
133:6
**institution**
165:14
246:21
**INSTRUC...**
261:2
**intend** 93:24
216:19
**intended**
123:2,7,11

124:13
141:19
164:12
165:4
**intending**
179:12
**intention**
24:24
**interest** 86:7
202:16
203:10
**interested**
35:3 36:12
36:14,15
160:15
183:21
209:9,10,15
210:7 226:5
230:8
255:18
**interests**
189:4
**Interior**
238:11,18
**internal**
166:24,25
**internally**
167:2
**interpret**
9:25 11:10
27:21 28:3
40:13 133:9
164:14
203:21
208:13
248:14,15
**interpretat...**
10:3 85:25
120:22
121:8
151:22
155:25
187:11
189:5
207:11,13
222:25
223:15
227:20

**interpretat...**
12:3 86:7
87:10
207:16
**interpreted**
100:2
104:10,21
125:15
188:11
205:5,21,22
206:6
246:25
**interpreting**
27:12 79:13
132:5,18
244:21
**interprets**
247:23
**interrupting**
95:23
**interruption**
119:21
**intervene**
186:22
**intriguing**
205:12
**introduced**
76:22
**introduction**
83:22
**inventory**
162:15
163:3,8,10
163:13,14
164:12,14
164:19
165:13,25
166:2,14
167:2
182:16
207:22,23
208:7,17
209:13
258:23
**investigate**
231:15
**investigation**
10:3 26:24

56:3 62:5,8
62:11,16
81:11 86:22
134:13
135:17
136:8
217:18
220:10
**investigatio...**
66:7
**invite** 31:14
**invited** 13:17
47:25
**invoked**
127:19
**involve** 31:23
**involved**
37:22 54:24
66:9 114:11
131:15,24
156:16
190:7
196:25
197:3
227:19
248:15
**involves**
105:3
130:18
**in-depth**
85:10
**Isaac** 184:2
**Island** 1:3
25:16 26:9
88:4 90:12
198:21,25
238:20
256:14
**isolation** 84:7
**Israel** 1:5,8
7:21 87:24
88:16,17
90:9,11
96:17,18
98:11
163:16
183:17
194:17

203:14,17
237:19,21
239:3 241:6
259:12
**Israelite**
29:24
**issue** 6:12
7:22 16:6
30:22 65:3
93:20 94:2
94:10 96:2
99:13,22,23
100:5 106:6
125:6 157:3
178:8 191:9
204:22
205:8
224:14
**issues** 8:8
23:13 31:17
33:16 69:19
87:2 92:10
93:3 126:13
156:12,17
**items** 8:22
27:21 28:11
51:11 66:3
107:16
109:6
120:20
129:23,23
136:16
154:21
157:5
167:24
168:2,4,7
168:10
169:4,9
170:21
182:7
**IV(b)** 238:19
243:4,5
**IV(f)** 243:6
**I(f)** 243:7,9
243:12,17

_____

**J**
**J** 88:6

**Jacoby** 2:11
25:25 60:25
91:17 98:4
101:3
135:23
172:25
173:3
185:25
211:12
221:21
243:7,8
244:8,15
253:5
260:19
**Jacoby's**
252:2
**Jane** 224:17
**January**
170:8
186:11
205:23
255:21
**JENNIFER**
3:15
**jennifer.chi...**
3:16
**Jeshuat** 1:5
7:21 88:16
90:11 96:17
203:14,17
237:19
**Jewish** 14:11
14:13,19
15:2 16:12
17:13 20:23
21:9 25:16
26:9 27:5
27:18,21,24
28:3,7,11
28:17,24
29:2,3,6,8
29:11,13,24
39:2,11,14
39:18,20,22
40:3,9,10
40:14,15,17
40:20 42:2
43:13 44:22

44:24 45:10
45:16,22,24
46:2,2,4,17
46:22,24,25
47:6,9,15
47:18,22
48:3,5,7,10
48:12,15,17
48:20 49:13
49:16,18
51:6 52:23
53:13 54:2
54:16 55:8
58:19 59:5
61:12 63:8
65:7 69:10
69:19 73:15
101:2
107:11
108:18
150:12
153:9,16,19
153:21,25
154:7,10,11
154:13,15
154:17,21
154:23
155:2,5,6
155:10,12
155:17,20
155:22,23
156:5,12,18
156:22
157:9,12
171:5,9,10
171:16,21
173:7
174:23
175:3,8,9
175:16,19
176:11
178:18
183:7 194:9
205:14,14
214:2
224:18
230:12
231:9

243:18,25
245:15,17
245:23
246:4,4,11
246:16
256:14
257:15
259:6,17
**Jewry** 21:7
**Jews** 25:5
44:9 71:12
90:25
176:12,24
177:6,9
178:6,15
182:12,18
257:12
**JHA00001**
25:17
256:16
**jingling** 41:9
**job** 1:22
220:13,19
220:25
**John** 61:6,11
62:6
**join** 101:14
**Jonathan** 2:9
21:16
**Jones** 246:18
**Jr** 118:22
258:5
**Judah** 172:6
198:15
**Judaism** 21:7
29:25 30:2
30:4,10
39:6,25
40:25 45:19
46:6,12,14
46:16,16,19
47:10,13
49:4 51:20
61:5,20
150:11
158:20
175:4
**judge** 18:6

57:21 58:9
99:3 101:7
125:7,10
126:12,18
205:9,13
239:17
245:25
246:10
**judgement**
134:15
135:8
**judgments**
10:16 38:18
83:21 123:5
**jumps** 77:21
**June** 97:10
203:24
226:11
**jwagner@...**
2:10
**J.J** 8:20

_____

**K**
**keep** 12:20
209:18
214:22
231:8,13
**keeping**
163:15
164:20
172:21
215:23
249:2
**keeps** 170:15
**Kehillat**
163:15
**kept** 181:24
**keter** 107:17
109:7
**keys** 119:12
119:15
**kind** 20:12
21:15 24:23
62:7 79:12
103:18
110:4
147:19
152:22,23

154:19
164:12
220:22
221:4
241:13
**kinds** 24:16
37:2,22
67:15 68:5
80:6 83:20
86:25 112:3
115:17
138:2,14
154:14
155:9
156:16
158:8 162:4
202:7
230:24
232:2
**KINGS** 255:5
**kit** 28:19
**knew** 123:22
124:6 198:7
**know** 4:12,24
5:13,25
20:18 23:15
25:7 31:14
32:17 33:4
33:20,22
34:3,12,13
34:19 35:7
35:9,11,13
35:22 36:5
36:9,25
37:7,9,20
42:16,24
43:3,10
44:5,9
50:22 63:3
65:24 71:10
73:3,9,13
73:17,20
74:3,23,23
84:8 90:13
92:9 95:6
96:5,6,6
100:15
103:6,10,14

105:19,20
109:12
113:16
115:19
124:25
126:5
127:14
129:18,20
130:12
145:2
146:20
147:16,21
152:3 159:4
159:21
160:7,19,24
161:8,10,24
165:7
166:21
167:9
171:12
174:15,22
175:2,18
176:7,12,23
177:9,14
178:2
179:25
180:12
184:10
190:13,16
197:3,16,24
212:6,20
213:11,13
213:15
222:5 228:9
229:20,24
230:14
236:7,21
239:22
242:11
245:17
247:13
248:9
249:24
251:17
252:15
**knowing** 8:7
10:19 26:8
35:16 37:11

129:14
139:6
173:19
**knowledge**
9:16 11:2
12:12,18
24:2,4
50:13 68:25
76:14 77:25
80:18 90:19
108:6 183:6
199:3
209:21
228:14
231:18
**known** 63:25
95:19
**knows** 5:4
91:17 176:2
**Kodesh**
163:15
**Kramer** 1:17
2:5
**Kusnitz**
26:11

———————
**L**

**L** 4:2 118:23
151:4 258:6
**labeled** 165:6
**laid** 84:17
**lamp** 169:15
**land** 30:25,25
32:11 34:2
34:11,18
90:12 97:9
97:14,21
239:11
240:2
**language**
61:18
128:23
145:13
146:4
148:22
157:23
170:2
173:13

189:6
197:13
198:20
203:11
214:25
227:22,24
228:17
241:17
243:17
244:18,19
245:14,23
249:6,11,19
249:24
250:5
**languages**
157:22
**largely** 46:13
233:2
**larger** 13:11
47:22 67:15
68:14
110:21
124:3 144:9
191:25
**late** 72:8
98:23
220:12,23
221:5 230:9
249:22
**law** 28:20
33:8,13,15
33:17 34:23
41:4,10
51:8 53:2
54:25 55:19
61:24 63:22
63:23 69:13
69:19 73:25
126:23
129:3,7
130:21
141:20
153:16,19
153:21,25
154:7,11,13
154:16,18
154:22,24
155:2,5,6

155:10,12
155:17,20
155:22,23
156:5,12,18
156:22
157:9,13
168:3,12
169:8
178:22
179:11,13
180:4 188:3
235:24,25
236:4,5
**lawful** 203:7
**laws** 198:17
199:3,4,5,7
**lawyer**
128:25
129:2
**lawyers** 7:10
133:21
135:8 217:6
252:8
**lay** 228:12,18
**layers** 190:9
**LDA** 1:7
**lead** 199:7
248:16
**leads** 61:3
**lean** 56:5,6
106:21
134:17
**leaned** 57:24
79:17
113:10
191:11
**leaning** 57:25
156:24
**leans** 56:15
139:7
**learn** 46:8
152:4,12
**learning**
152:14
**lease** 68:11
82:12
100:10
114:15

117:3,9,14
120:16,22
125:20
191:25
226:14,19
227:4,9,11
227:12,13
227:15,20
227:22,22
227:24
228:3,5,6
228:15,18
228:22
229:7,11,21
229:25
230:13
231:16
232:5
235:14
249:7,8,8
249:11,19
249:24
250:6
257:22
**leased** 114:8
**leases** 99:17
218:6
229:16,18
230:14,17
230:21
231:5
**leave** 211:14
211:19
215:13
244:4
**leaving**
185:17
211:15
221:16
252:12
**lecture** 48:2
**lectures**
29:11 47:17
47:19,23
**left** 108:25
110:4
122:22
182:12,18

190:18
197:11
245:13
250:16
**legal** 30:12
30:16,19
31:7 32:17
33:2,4,7,20
34:8 35:19
93:16 94:3
94:11,24
95:2 96:2,9
96:18 98:10
98:23 101:8
124:19,22
125:2,13
126:2,9,12
126:20
127:3,10,23
127:23,25
128:3,7,20
128:23
135:23
136:2
195:10,17
196:5,11,19
196:25
197:4,17,22
197:22
217:23
218:2,4,5
218:12,18
218:22
219:5,23
251:17
**legalese**
128:14
**legally** 34:18
130:15
188:14
198:3
**legitimacy**
72:14
**legitimate**
17:2 51:7
54:16 55:8
58:21 59:7
69:12,17

**lend** 43:6,17
**lending**
  186:22
**length** 77:4,8
  205:11
**lens** 79:14
**letter** 50:20
  118:21
  150:4 196:7
  196:8,16
  206:8
  226:10
  248:25
  258:4
  259:22
**let's** 6:5
  23:10 59:14
  59:15 60:20
  67:20 75:7
  81:7 88:22
  89:15 93:25
  107:4
  108:11,25
  111:14,18
  112:20
  116:17
  117:7
  118:19
  121:2
  135:24
  143:16
  144:2 148:2
  150:8
  159:14
  160:6
  161:24
  178:15
  179:14
  194:5 200:3
  201:8
  204:14
  206:18
  208:21
  215:6 222:6
  226:9
  241:19
  246:2
**level** 79:5

84:11 94:20
  94:21
  152:11
  242:12
**levels** 200:15
**levied** 205:20
**Levin** 1:17
  2:5
**Levy** 1:20
  118:23
  120:9 206:9
  255:7,24
  258:6,9
  259:23
**liberal**
  161:10,13
**life** 161:5
**lifetime** 122:6
**light** 8:9 9:9
**limit** 221:14
**limited**
  102:22
  103:20
**Limiting**
  43:12
**line** 76:5,21
  89:12,12
  96:15 97:6
  98:20
  101:25
  102:3
  131:12
  174:4 204:5
  204:8,9
  232:5 234:7
  234:15
  244:20
  262:7
**lineage** 95:18
**lines** 61:2
  98:8 228:21
  242:6
**Linford** 1:15
  22:24 254:7
  254:16
  255:10
  256:4,11
**linguistics**

37:25 38:7
  38:14,22
**link** 193:3,19
**linked** 120:19
  120:20
**list** 22:18
  23:3 24:9
  24:10 25:20
  25:22 63:20
  80:13 89:4
  184:14
  206:14,16
**listed** 25:21
  170:21,21
  184:14,16
  184:17
  192:5
  232:22
**listen** 55:5
  146:25
**listening**
  239:22
**listing** 168:4
  192:6,16
**lists** 192:21
  232:5
**literature**
  53:12 66:17
  225:2
**litigation**
  19:18
  166:23
  200:21,22
  201:2
  209:17
**litigations**
  204:21
**little** 23:14
  102:7 113:2
  117:13
  125:21
  132:16
  195:6
**liturgy** 158:7
  158:13
  159:24
**lived** 100:3
  152:25

153:5,7
**living** 196:17
  196:18
**LLP** 1:18 2:5
  3:5
**loan** 72:5
  169:25
**loaned** 169:4
  169:16,19
  170:4
  172:16,17
  172:22
  173:5
**loaning**
  173:14
**loans** 167:25
  168:25
  169:23
  170:22
  172:20
  173:16
  181:4
**local** 44:24
  171:7 172:2
  180:6
  184:25
  195:6 200:3
  200:14
  204:23,25
  205:6
  216:21
  218:11
  223:16
  229:23
  230:13
  231:24
  232:4
  233:10
  234:6,10
  237:14
  239:14
  242:5,18
  246:10,22
  247:12
  250:10
**looked** 8:14
  8:19 9:3,12
  15:10 19:3
  44:18 52:20

86:20 93:14
  93:18 95:10
  97:3,23
  100:23
  102:17,24
  103:3
  110:23
  117:14,15
  117:23
  118:4,5
  121:19
  125:17
  131:10
  132:24
  133:23,25
  134:8 143:9
  143:16
  153:16
  159:14
  165:7,9
  167:5
  170:25
  171:7 172:2
  180:6
  184:25
  195:6 200:3
  200:14
  204:23,25
  205:6
  216:21
  218:11
  223:16
  229:23
  230:13
  231:24
  232:4
  233:10
  234:6,10
  237:14
  239:14
  242:5,18
  246:10,22
  247:12
  250:10

58:14 66:11
  66:13 80:15
  80:23,24
  81:2,6,9
  85:6 131:23
  134:4,5
  143:15
  144:15
  148:20
  153:20
  160:4
  171:20,22
  174:8
  184:15,23
  200:23
  220:15
  224:16
  234:13
  240:11
  242:24
  246:3,8
**looking** 14:15
  26:7 38:20
  57:4,12
  79:17 89:12
  95:9 115:22
  117:4 120:3
  123:4 125:5
  128:11
  135:2 136:8
  161:3
  170:24
  173:12
  174:9 182:2
  189:3
  202:24
  208:5
  213:18,22
  221:12
  235:19
  237:5 239:4
**looks** 56:10
  56:12
**Lopez** 247:11
**lot** 34:22
  96:10
  132:16
  136:2 138:4

152:6,6
200:21,22
**lots** 222:17
**Lou** 216:20
221:11
**loud** 140:3
**LOUIS** 3:9
**louis.solom...**
3:10
**lunch** 112:18
113:12
139:13
151:9
221:25
250:22
**Luncheon**
150:14
**Lyons** 8:20

**M**

**M** 2:9 3:9
172:6,7,8
**magazine**
29:24
**magnitude**
177:18
**Maimonides**
167:10,14
167:16,20
167:22
**maintain**
65:10
198:13
199:12
**maintained**
11:7,18
**maintaining**
199:11
**maintenance**
65:6 125:19
**major** 151:20
**majority**
15:23 66:24
176:23
177:7
**maker** 162:4
**making** 83:20
105:4

106:23
183:22
**malleable**
215:2
**management**
125:22
**mankind**
30:4
**Mann** 71:25
183:2
256:23
**Mann's** 71:18
71:20
**Marc** 25:7
**margins**
165:13
**mark** 25:12
25:14 59:15
88:22 89:15
90:21
108:11
117:7
118:19
144:2 148:2
163:7
183:12
194:5 201:8
206:7,18
241:19
**marked**
22:25 25:18
59:21 71:25
88:25 89:21
91:2 108:20
116:3
117:11
118:23
120:10
140:21
143:20
144:6 148:8
163:11
171:18
183:18
194:11
201:12
206:10,23
219:12

237:10
241:23
253:5
**marks** 189:21
**marriage**
255:17
**marshal**
86:17 220:2
**marshalled**
86:10
**material** 12:8
12:9,10
27:9,10,22
28:4,10
47:2 54:15
54:17 55:6
55:12 58:17
58:22 59:4
80:13 81:12
91:8 154:4
**materials**
23:4 80:17
**math** 252:16
**matter** 9:2
15:9 79:12
90:5 106:2
156:22
174:16
176:6
197:22
255:19
**Max** 151:23
**mayor** 196:7
**mean** 6:12
7:19,20
17:11 20:24
21:4 24:14
28:22 49:19
57:16 64:6
70:12 77:9
81:14 96:5
102:6
105:14
107:20
123:8
137:18
143:12
151:19

153:18
154:8 157:2
163:23
166:4 179:4
189:20
191:22
192:23,23
195:16
206:15
218:13
225:9
227:23
242:11
244:20
247:3
248:14,16
**meaning**
78:14 128:8
144:11
190:9
214:10
220:3
**meanings**
215:3
223:14
**means** 127:15
164:6
212:21,25
218:17
235:18,22
246:5,12
**meant** 157:25
164:25
247:24
**medieval**
167:13
**meet** 7:10
**meeting** 7:12
7:15 172:18
252:19
253:2
**member**
44:21,24
45:3,7
**members**
90:10 95:21
195:9
202:17

242:15
**memo** 183:14
259:9
**memorand...**
81:25 82:25
184:24
**Mendes**
116:2
119:17
120:10
196:7
226:10
257:21
258:9
**mention**
37:15
241:11
**mentioned**
32:22 108:8
162:23
**mentions**
226:11
**merely** 207:7
**met** 7:16
**method** 78:13
102:8,10,17
103:11
104:4,11,23
151:11
152:4
153:10
**methodolo...**
153:3
**methodolo...**
151:22
183:6
**methodology**
151:15
152:10,22
**methods**
151:19
**Michael**
142:12
151:24
**mid** 28:15
**middle** 52:24
165:10
178:20

**mind** 11:11
12:20 21:11
24:13 38:13
43:2,6,17
104:12
130:24
131:6,20
160:5 198:2
214:22
229:24
231:8,13
235:7
236:23
**minds** 78:22
79:3,8
192:2,3
**mine** 76:22
**minister** 8:21
**minute** 27:5
215:7
**minutes** 19:8
113:13
139:16
170:6,8
171:6
172:18
180:7 181:8
185:23
186:11,16
186:19
188:24
191:13
195:5 206:2
215:12
216:13
222:2
250:16,23
250:23,25
251:20,22
**miscellane...**
8:22
**misguides**
132:3
**misleading**
82:16,21
**misled** 94:17
**misquoted**
76:16

misquoting 189:14
misreading 110:7
missing 225:12,16
misstated 13:2 54:19 138:10
misstates 18:10 86:13 92:3 165:20 227:6
misstating 181:16 189:11 237:3
mistake 97:16
misunderst... 215:10 251:14
modification 88:5
modified 35:10
moment 8:23 19:8 20:20 25:11 68:3 68:19 100:22 103:6 117:2 121:9 129:17 188:15 208:8
moments 122:20
Monday 43:4
money 169:14
monies 249:3 250:3
months 5:16 68:9,12,21
moral 188:18
morning 42:15 227:3

Morris 90:24 257:10
Moses 142:12 247:11
motion 217:9
motivated 104:18
mouth 13:8
mouthpiece 29:25
move 5:23 75:7
moved 195:9 222:9 237:19
movement 14:16
movements 92:11 104:15
multipage 163:9 237:6 258:22 260:11
multiple 11:25 13:10 52:25 192:12 226:2 245:21
museum 6:13 186:23
muster 220:9
Myer 6:11,18 20:2,5,13 20:16,19 114:3,3 131:16 161:18 162:4,8,13 162:24 194:8 207:21 208:11,18 209:11,24 259:16
Myers 6:11 6:18 20:2,5

20:13,16,16 20:19 114:3
114:3 131:16 161:18 162:4,8,13 162:24 172:8 194:9 207:21 208:11,18 209:11,24 259:17

___N___

N 2:2 3:2 4:2 151:2,2,2,4 232:6 256:2 257:2 258:2 259:2 260:2
Naftalis 1:17 2:5
name 14:24 19:25 20:7 20:15,20,22 21:8,17 25:10 28:17 87:21,22,25 88:9 143:5 143:7,9 151:10 154:23 167:10 203:14
names 92:11 232:6
Napoleon 118:23 258:6
narrative 138:22
National 237:8 238:14 240:24,25 260:12
native 14:6,8 31:2,24,25 32:3,5,8,10

34:25 35:4 35:12 38:11
natural 92:25
naturally 138:4 195:10,16 197:13
nature 104:2 133:7
necessarily 32:24 155:3 163:25 165:24 193:5 246:14
necessary 17:12 18:13 59:20,25 64:13 120:20 134:11 153:15,22 190:21 198:3 256:20 261:5
need 4:24 5:13 11:9 33:22 38:18 40:13 51:6 52:5 57:2 58:20 59:6 69:10 85:23 124:7,8 129:22 133:8 153:11 167:17 172:12 174:13 185:20 186:25 187:22,24 189:7,21 190:4,23 195:5 209:6 222:3,8 234:24

235:4,5
needed 105:18 198:10
needs 61:16 63:17 104:10
negative 103:18
negotiations 32:12
never 39:16 41:15 46:3 46:20 47:5 47:24,25 48:11 105:19 161:4 167:21 252:4
new 1:19,19 1:21 2:7,7 3:7,7 8:5 9:9 14:3 71:12 168:23 169:16 173:6 177:9 181:2 185:4 194:10 195:9 237:19,21 246:21 247:3,11 255:3,9 259:18
Newport 25:5 39:14,18 65:5,23 87:22 88:10 89:10 90:11 90:13,25 97:8,10 113:17,19 113:24 117:24 118:3 134:21

167:24
169:13
172:22
173:6 181:6
182:13,18
182:23
194:19
195:25
196:8,21,22
197:9,11
198:9,12,21
198:24
199:9 200:5
201:15
202:2,9,11
202:17
205:15
237:8,20
238:20
243:18,25
245:15,18
245:21,24
246:4,5,12
246:17
257:12
260:13
Newporters 98:9
news 31:15
nice 81:4 106:12
night 4:7,11 16:16,17 17:2
nine 211:10 216:2
noble 151:14 152:5,20 237:17
nonprofit 234:2,8
non-pejora... 102:6
normal 103:6 130:17 138:13
normally 200:4

**North** 20:25
21:4 53:14
53:14 54:2
54:13
**notarized**
230:20
**notary** 1:20
4:3 117:17
118:6
254:24
255:8
**note** 180:7
184:5
187:21,21
251:25
**noted** 165:12
253:7
261:11
**notes** 8:20
25:16 26:9
256:15
**noticed**
230:23
**notion** 103:23
205:13,17
**Novak**
151:14
**November**
25:17 75:13
256:15
**no-name**
160:7
**nuance** 24:23
**number** 4:8
15:6 21:19
25:23 56:22
57:6 94:17
113:19,23
171:17
176:17,19
177:6,17
178:13
200:15,22
219:18,19
219:21,22
259:7
**numbered**
25:17 88:24

89:20
117:10
120:10
140:21
143:19
144:6 148:7
163:10
171:17
183:17
194:11
201:11
206:10,22
237:9
241:22
256:16
257:5,8,22
258:10,13
258:15,19
258:21,23
259:8,13,19
259:20,24
260:6,14,17
**numbering**
183:21
**numbers**
176:15
**Numeral**
72:4
**numerous**
144:5
258:18
**NY** 90:10

——— O ———
**O** 4:2 151:2,2
151:2,4
**object** 12:25
14:21 18:11
23:20 27:25
33:24 35:15
54:18 60:6
65:16 79:23
82:22 86:12
92:2 103:13
109:17
110:7
111:12,23
112:4

126:11
138:9 139:3
161:20
174:24
179:6
181:17
185:15,16
189:9
207:24
227:5 245:2
252:3
**objecting**
203:13,16
**objection**
13:5 52:16
77:10
103:15
104:6
165:20
**objectively**
10:10 11:14
85:13
**objectivity**
151:15
**objects** 17:13
18:13,14
27:10 28:3
31:24,24
32:5,7,15
46:24,25
47:6 51:7
52:2,6,13
52:21 58:20
59:6 69:11
107:16
109:5,6
110:14
114:12
162:9
168:22,24
179:10
180:25
181:3 182:8
183:8
188:17
195:12
227:15
230:5,11

**obligations**
216:16
**observations**
65:2
**observers**
245:22
246:14
**obviously**
207:12
215:10
**occasions**
60:3 202:20
**occupied**
198:8
**occupy** 167:7
**occupying**
188:4
**occurred**
104:25
105:8
121:18,23
122:4,6
**occurs**
128:23
**odds** 146:22
**offer** 55:7
112:9
**offered** 45:23
245:3
**offering** 4:22
6:2 193:20
239:10,24
240:8
**offices** 1:17
**official** 22:21
88:9
**Oftentimes**
190:15
**oh** 101:13
144:24
**okay** 4:18 5:2
5:6,17,20
5:23 6:8,14
7:13 13:4
15:3 16:5
27:4 34:19
35:11 36:24
42:16 45:9

49:19 54:20
55:4 56:19
58:5,17
59:11,14
67:20 70:2
74:19 77:12
86:17 87:11
87:19 90:8
95:5 96:13
99:21
100:23
101:16
102:16
107:8
108:11,25
110:9
111:20,25
112:22
114:16
117:21
119:15
121:11
122:7,16
123:16,21
128:18
133:11
135:20
136:2
139:17
140:6 141:2
142:19
143:8 144:2
145:15
146:10
147:25
152:16
156:11,20
161:17
163:2
164:23
172:2
179:18
180:6,21
184:25
194:13
200:3
201:23
203:9,19

204:12
206:18
209:19
210:2 211:9
212:17
213:15
217:2
219:25
223:8
225:15
226:13
233:14
236:18
238:12
242:20,25
243:5
244:13
245:13
246:25
**old** 96:18
98:10
**omitting**
89:14
**once** 42:4
98:9,19
**ones** 5:14
22:11 54:8
138:17
146:2
147:10
150:11
158:25
192:24
208:12
221:9 223:6
**one's** 132:1
235:13
**ongoing** 31:6
31:11 68:4
188:3
**open** 81:17
81:18
202:19
**opened**
195:25
**opening**
123:18
**opens** 153:4

**operate** 65:20
92:25
**operating**
66:10
240:23
**opine** 104:12
130:24
156:12,20
157:3
**opined** 30:21
31:6
**opines** 122:8
122:18,25
123:22
124:6 131:6
**opining**
124:14
126:9
**opinion** 8:11
18:15 54:15
54:17 55:6
55:13 56:25
57:13,18,20
58:7,18,22
59:4 60:19
91:9 114:6
115:18
120:14
124:18
125:10,12
125:13,18
153:14
167:23
179:19
181:13,22
193:20
217:13
230:3 232:9
232:13,14
239:10,24
240:8 245:3
**opinions** 4:22
6:2 7:18,24
8:6 30:19
57:12 91:24
125:3
126:19
127:3

**opportunity**
229:23
241:14
**opposite**
161:15
**Options**
186:22
**order** 51:7
52:6,9
69:11 137:4
**organic** 196:3
**organization**
233:20,23
234:3,9
**organizer**
49:9
**original** 7:9
87:22 89:9
95:20 157:8
168:5 170:6
170:12
196:10
227:9
228:17
232:5
242:14,15
261:13
**originally**
168:11
193:21
**ornaments**
27:6,18,24
28:7,17,24
29:2 39:20
39:22
107:17
108:9 109:7
110:24
121:6
194:16,22
**orthodox**
16:22,24
18:23,24
41:3,5,22
42:8,18
43:13 44:16
51:20 52:9
52:22 53:20

53:23
**orthodoxy**
44:17
**outcome**
79:15 85:16
96:4 255:18
**outline**
129:16
**outpouring**
97:7
**outright**
232:16
239:11
240:12,20
241:8
**outs** 155:16
**outside** 33:10
47:16 120:6
215:4
246:13
**outskirts**
97:10
**out-of-print**
106:18
**overall** 165:4
**overlapping**
214:5 215:2
**overlooked**
135:4
**oversee**
196:22
**oversight**
195:10,17
196:5,11
197:4,17,23
**overwhelm...**
56:14 79:11
**owned** 55:23
72:7 114:22
115:2,5
131:15
141:12
187:23
193:21
242:20
**owner** 188:14
188:14
192:7,17,22

241:6
**owners** 58:16
186:21
187:10
192:5 200:6
201:15
202:11
232:23
**ownership**
30:22 31:7
31:20 33:12
56:15 58:10
60:16 65:3
65:12 96:12
99:13,22,24
100:5 101:9
125:22
164:3,6,10
165:2 166:8
187:16
193:2,7
204:22
205:8,23
207:7
232:10,17
232:20
233:2,6
239:8,25
240:13,18
241:11
**owns** 56:21
56:25 57:18
58:7,18,23
59:4 79:2
141:14
164:15
165:19
166:10
232:14
239:10
240:20
**Oxford**
108:18
218:15,15
218:24
219:10,14
257:14
260:8

**o'clock**
185:18
211:2,5,7
222:3

_____
**P**
**P** 2:2,2 3:2,2
118:22
258:5
**page** 19:6
48:23,23
50:10,25
51:4 52:24
52:25 55:11
56:22 57:5
58:19 60:20
60:21,21,24
61:5,6,11
63:13 64:5
69:9 72:3
87:12,20
88:6 96:13
97:3,24
98:3 100:24
101:4
106:25
107:15
117:15,15
117:18,22
118:4,5
123:17
125:5,17
128:12
131:10
139:20,21
145:3,6
149:2
159:14
164:18,22
165:9,10,23
166:2,4
168:16
169:12
171:14
172:2,19,25
173:4 174:3
178:20
180:21

184:18,19
184:22,25
185:8,22,25
186:7,8,13
189:25
194:13
195:7
199:24
201:20
202:13
203:2,5
204:5,8,10
207:4
224:17
228:19
234:6
237:16
238:17
240:22
241:2 242:5
242:25
243:14
244:10,14
245:7,8
247:6 248:3
248:13,25
252:20
254:13
256:3,6,25
257:25
259:4 262:7
**pages** 77:9,11
77:13
108:19
171:15
194:10
219:11
254:9
257:17
259:4,19
260:10
**pagination**
98:4
**pair** 53:2
63:24 72:8
115:5,6,9
118:9
119:24

187:2
**panel** 48:15
48:21
**panels** 48:7
48:16,18
**paper** 14:24
15:2 49:12
60:14
134:22
218:21
**papers** 14:10
14:12,19
47:8,11
48:19 49:2
49:8,9
**paradox** 98:7
**paragraph**
51:2,5 61:3
96:15 123:8
123:19
131:12
139:22
174:4
178:21
195:8 207:5
242:6,7
243:2,5,6
**parallel** 85:5
148:21
**paraphern...**
85:4 100:9
120:24
121:3
128:13
206:4
208:14
217:14
218:8,9
220:4
222:12,23
223:10,13
223:17,23
224:5
226:22
239:19
249:14
**parochet**
109:8

110:13
**part** 11:25
29:7 46:19
54:15,17
55:6,12
56:12 58:17
58:22 67:10
68:8 79:5
84:25 85:2
102:17
104:2
110:14
111:8 114:6
114:14
118:14
125:20
127:19
134:25
137:23
142:13
143:14
144:8 145:7
168:8 175:5
175:9,11
178:9
184:12
188:19
197:12
203:4 209:5
214:3
223:19
227:8,9,10
227:12
240:3
243:21
244:3
**partially** 80:4
100:6
**particular**
9:17 13:19
18:6 22:6
23:25 26:4
26:25 33:24
37:24 49:7
57:25 58:10
62:9,20
63:10 66:15
79:10,14

81:20 83:22
84:14 85:11
85:16,22
86:2,3
88:21 89:13
93:14 94:14
96:24 102:3
104:22
107:25
111:8,8
125:16
128:21
131:2,9,14
137:18
138:2 139:7
142:4,12
145:10
146:6,22
148:13,18
148:20
155:4,18
166:2 168:4
172:20
176:19
178:12
180:18
182:3
187:12
201:21
203:11
210:11
219:3
221:10
231:19
244:6,23
**particularly**
136:24
**parties** 54:24
67:22 80:14
80:21 81:22
120:15
122:8,19,25
123:22
124:6,15
129:18,24
135:9
162:13
218:3,5

227:19
230:8
231:10
239:16
248:15
249:7
255:16
**partnering**
199:11
**parts** 190:3
**party's** 249:8
**pass** 236:14
236:19
**passed** 5:8
171:12
236:8,9,9
236:18,25
237:20
**passes** 199:9
**patience**
150:8
**patrimony**
31:24
**pause** 97:2
113:21
118:17
143:25
192:11
214:15
222:10
**pays** 38:3
**pendant** 66:6
**people** 7:14
20:10 32:4
34:24 41:10
52:19 55:16
61:12 64:10
64:18,19
65:10,20
69:23 70:8
70:15,19
71:2 74:17
84:13 87:3
92:11 95:19
100:2,6
104:18
114:10
117:16

122:14,21
123:6
124:12
125:14
126:22
127:21
131:3,23
137:21
142:19
157:6 158:2
158:17
159:7
160:13,17
190:16
193:8,12
196:17,18
196:24
198:7 206:6
209:4
210:10
214:24
217:19
220:22
221:5
231:20
232:19
247:24
**percent** 29:17
29:17 56:7
**percentage**
56:8 175:15
**percentages**
56:13
**perfectly**
110:16
**period** 14:3,4
14:5 30:17
30:20 31:2
47:20 54:6
55:3,17
81:13 82:4
82:6,9 83:2
87:3 100:3
104:15
120:18
122:12
124:4 127:7
131:24

137:10,15
141:17
160:14
162:10,12
167:13
183:7,8
191:15,16
191:16
192:8,9
193:10,11
196:17
210:10
217:19
220:7
223:13
230:25
239:20
**perpetual**
169:14
**person** 16:8
21:5,16
249:15
**personal**
34:16 36:6
37:8,15,18
200:7
201:16
202:12
213:12,16
248:23
249:3,16
250:4
**personally**
9:3 17:10
35:18 41:17
53:25 76:7
76:9
**perspective**
95:9
**perspectives**
11:24 13:10
**persuasive**
106:3
239:15
**pertain**
154:15
155:10
156:2

pertaining 154:21
pertinent 192:19
perusing 5:15
  26:2 57:8
  60:22 87:7
  89:25
  117:19
  140:5
  162:19
  199:17
  202:25
  214:14
  242:2 248:5
Peter 151:14
petition
  201:10
  202:4
  203:13,15
  203:19
  259:20
Petitioner's
  202:14
phase 77:6
Phillips 232:6
phrase
  107:12
  111:6
  120:24
  128:12
  163:25
  190:2 218:8
  226:21
  233:6
  247:17,19
  248:14
  249:14
phraseology
  205:17
phrases 77:7
  85:5
Ph.D 59:3
  94:19
  212:23
pick 40:21
picking
  103:23

pictures
  27:20
piece 23:22
  60:14 68:13
  76:17 84:6
  91:14
  137:14
  194:6
  243:23
pieces 13:19
  51:16 91:24
  92:13,21
  95:2 162:5
pillaged
  31:25
place 59:23
  61:20 67:19
  74:11 90:15
  99:19
  104:16
  105:5,5
  119:12,13
  121:9 124:4
  127:21
  132:24
  133:10
  154:4
  155:20
  161:11,12
  162:16
  168:25
  181:4,8
  189:17
  191:24
  194:17
  195:13,21
  210:5 224:4
  240:22
  243:18
  245:6
places 84:13
  87:8 120:21
  222:20
  240:21
placing 27:13
plaintiff 1:6
  1:16 2:4
  7:20

plaintiffs
  133:19
plans 216:7
  216:15
plate 28:18
play 139:10
played
  175:19
please 87:19
  92:19 127:8
  181:21
  210:25
  215:7
  225:18
  226:14
  261:4,8
pleasure
  252:19
  253:2
plenty 216:12
plot 97:9
point 5:25
  9:14 22:11
  27:15 49:20
  51:16,23
  60:23 88:2
  88:21
  100:14
  101:19
  107:4
  110:21
  119:14
  146:22
  152:21
  155:4
  166:21
  171:25
  178:12
  179:14
  183:3,11
  201:6
  211:22
  218:16
  225:13,16
  234:20
  235:25
  238:3
  239:13

250:13
pointed
  238:16
pointing
  78:10,11
points 18:21
  24:22
  153:25
  190:12
political
  204:2
pomegrana...
  64:2
poor 74:9,21
population
  178:19
  205:14
portion 29:12
  76:25 122:8
  122:18
Portuguese
  114:25
pose 67:23
  109:20
posited
  138:17
position 12:8
  12:9 18:5
  33:18 73:11
  86:11
  190:20
  197:13
positions
  86:5 201:2
possession
  68:16,24
  99:16 100:9
  101:9
  125:23
  126:2,6
  179:10
  205:25
  207:8
possibility
  201:3
  208:19
  247:15
possible 5:24

12:2 39:16
  49:23 81:4
  83:13 85:25
  86:5,6,23
  92:23 93:6
  96:4,7,8
  106:15
  161:2 165:3
  182:24
  184:12
  193:12
  201:5
  206:16
  213:6
  247:14
possibly
  68:21 73:18
  75:25 81:3
  87:16
  168:11
  178:23
  188:19
  232:18
  247:12
post-1893-1...
  84:24
post-2012
  83:6
potential
  245:19
pounds
  169:14
  172:7
power 129:24
powers
  127:16
practice
  103:7 153:6
Pray 206:22
  260:6
prayers
  159:22
precedents
  103:25
preceding
  227:18
precisely
  73:17 75:23

76:21 77:5
  122:13
  165:7
  214:19
  248:24
predetermi...
  85:15
preface
  122:24
  124:8
premises
  99:19
  118:15
  119:4,9
  206:3 212:5
  212:18,19
  212:20,25
  213:4,7,10
  239:18,18
preparation
  7:5
prepare 7:4
  7:11
prepared
  81:24 82:17
  82:22,24
  175:24
  230:14
  233:12
  253:5
  260:18
preparing
  96:22
presence
  41:10 54:25
  65:5 70:16
present 9:4
  9:22 10:6
  11:5,21
  40:17 85:23
  87:5 121:12
  121:16
  160:10
  177:7
presented
  9:10 10:9
  10:24 11:13
  80:20 86:10

86:21
230:17
**presenting**
11:19 86:4
**Preservation**
240:24
**preserve**
186:23
**pressing** 8:11
**pressure**
204:2
**presumably**
194:15
247:11
**presume**
121:17
129:22
168:8
229:13
**presumes**
154:10
228:8
230:17
**presuming**
103:18
**presumption**
33:7
**presumptio...**
33:5
**presumptu...**
49:10
**pretty** 37:12
81:16 84:17
162:2
203:15
232:24
**previously**
151:5
**Pre-Second**
46:14
**primarily**
34:9 152:12
155:3,7,13
178:18
**primary** 19:4
24:22 30:6
30:23 52:3
66:17,21,25

81:12
105:12,14
105:16,20
105:25
106:5,8,9
106:13,21
114:18
142:22
143:3 154:4
170:9
190:12
207:16
235:25
**principle**
98:9
**principles**
32:17 33:3
**prior** 39:15
51:23 72:14
72:19 75:19
118:10
119:14,25
121:9
132:17
156:6
178:19
240:6
**pro** 85:18
**probably**
5:18 15:11
28:14 32:9
66:23
181:18
211:17
**problem**
221:16
**procedure**
103:25
**proceedings**
97:2 98:23
113:21
118:17
143:25
192:11
214:15
222:10
**process** 10:13
12:2 19:23

57:24 62:20
76:21,24
77:21 78:8
80:6,10
114:11
130:18
132:6
136:17
138:5
143:15
209:5
223:19
249:13
**processes**
244:21
**proclaims**
30:4
**produce**
20:14
213:14
**produced**
4:11 8:13
20:13 66:12
66:22 67:21
80:14,21
124:2
133:15,25
134:7
137:25,25
146:21
223:4
**producing**
4:14
**production**
84:2 135:10
**Prof** 22:24
256:10
**profession**
11:8 56:13
79:6 84:22
102:13,19
102:21,23
106:20
122:13
133:8
138:13
152:10
207:14

**professional**
19:16 24:24
**Professor**
13:13 50:9
59:19
256:18
**progress**
10:22 12:13
**progression**
138:23
142:14
**project** 15:14
22:7
**prompted**
167:2
**pronounce**
74:12
104:24
**pronounce...**
73:12
165:24
**pronounce...**
69:19 72:13
72:24 105:4
**proof** 170:20
**properties**
202:16
249:4 250:4
**property**
31:7 33:8
33:11,12,12
33:15,17,21
34:7,8,14
34:20 35:8
35:17,19,23
36:6 37:8,8
37:9,15,15
37:18,19
118:13
125:19,21
129:7
143:11
163:14
164:19
165:13,15
187:14
188:15
198:4,14

200:6
201:16
202:12
213:12,12
213:16,20
231:5
242:21
248:23
249:16
**proposition**
201:14,20
**protect**
190:22
**protest** 203:6
**Protestant**
46:8
**provenance**
183:2
**proves**
110:20
**provide**
68:23
186:25
190:24
241:13
**provided**
12:18 40:7
72:6
**provides**
13:10
201:24
**providing**
106:22
**public** 1:21
4:3 15:23
31:8 170:25
171:3
202:19
243:13,19
254:24
255:8
**publication**
49:14 98:16
171:15
194:8 259:5
259:15
**publications**
30:15 34:15

38:8 171:5
171:20
**publish** 14:19
14:25
**published**
14:10,12
21:6 26:8
30:19 33:16
34:9 39:3,4
39:10,13,17
39:19,21
47:8,11,14
49:3,17
61:13 62:23
90:25 103:9
257:12
**publishing**
85:22
**pull** 148:24
**pulled** 91:23
147:4
**punctuation**
77:23 78:2
**purchase**
97:9,14,20
97:21
**purchased**
90:12
**purported**
153:24
**purports**
166:11
**purpose**
21:10 127:5
164:11
200:12,17
220:10
**purposes**
186:25
243:11
**pursuant**
1:16
**put** 6:8 19:8
23:10 27:4
58:5 60:14
63:21 64:24
93:5 104:5
121:2

208:21,23
209:3 246:2
**puts** 33:17
80:3
**putting** 13:7
200:25,25
207:22
246:6
**p.m** 150:14
151:3 253:7

**Q**

**qualification**
232:25
**qualificatio...**
183:10
233:5
**qualified**
156:12,20
157:3
**qualify** 18:20
239:8
**quedushah**
107:12
109:2
**question** 4:5
4:9 6:3 10:4
12:16 13:2
14:18,21,23
16:2,11
18:11 21:11
21:14 23:16
23:19 24:18
31:4 33:7
33:11,14
34:10 35:11
35:15 36:4
36:8 42:23
43:7,8,18
44:20 45:13
48:8,8 53:8
55:4,5,14
55:21 56:20
56:24 57:10
58:10 59:10
64:11 65:11
65:17 67:23
68:4,19

70:2,5 71:5
72:16 73:7
74:8,20,25
78:17 79:24
82:15,23
84:23 87:21
88:19 93:22
93:25 94:7
94:23,25
95:6,8,10
95:14,16
96:9,11
99:15 100:4
100:4 101:8
103:17
104:18
105:6
109:18,21
110:2,2,8
111:12,24
112:5 119:8
121:21,22
122:17
123:13
126:11
127:2,8
130:9,9,19
133:4 135:6
135:7,14
136:11
139:3
146:25
151:15
153:12
155:21
159:9
160:16,16
160:22,23
161:2,20
163:25
167:19
170:24
173:18,22
173:25
174:25
175:22
176:5
178:18

179:24
180:3,20
182:6,17,25
185:16,17
189:10
192:15,15
192:19
193:25
194:4
195:19
197:10
199:2,24
201:18
207:7,25
208:7
209:23,23
220:24,24
221:2,10
231:19
232:13,17
234:25
238:16
239:23
246:9
249:18,20
**questioning**
215:17
251:23
**questions**
4:15 33:19
35:6 36:17
43:23 58:24
66:15 67:7
67:9 68:6
69:2,8 73:4
73:6 92:20
94:12 96:6
101:24
102:6 122:2
130:20
136:25
137:4 147:2
153:13
154:15
155:20
156:3,14,18
211:16,18
211:20

215:21
216:22
225:15,17
225:19
251:20
**quick** 107:4
**quickly** 49:23
**quite** 79:9
88:14 197:7
**quotation**
76:10 78:19
189:21
**quote** 64:4
78:20 91:11
107:24,25
167:18
189:14,18
190:2,3,4
219:22
241:5 243:6
243:16
244:2 247:7
**quoted** 63:14
189:23
190:2 203:2
219:20
242:4 243:2
243:4,5
**quotes** 63:21
64:8
**quoting**
63:13,24

**R**

**R** 2:2 3:2 4:2
4:2 151:2,4
151:4 255:2
262:2,2
**rabbi** 25:7
174:5,5
**rabbis** 174:12
**raise** 8:9
**raised** 56:11
**raises** 197:10
**Rambam**
167:9,11
**range** 12:13
85:3 223:14

223:20
**rarely** 239:7
**rate** 15:3
**Rayner** 61:6
61:11 62:6
75:3 224:8
**reach** 78:23
**reached**
86:24
**read** 7:6 12:4
30:18,18
35:18,21
36:7 38:17
41:13 44:18
50:12 54:22
56:4 70:6
70:25 71:18
71:20 72:18
88:7 93:25
94:6,8 99:2
100:12,18
100:20
126:7
133:13
139:22
140:3,6
151:20
154:3 157:4
157:8,12
163:19
168:9 198:6
242:23
254:8 261:4
**readily**
106:16
**reading**
24:22 28:15
50:14 53:12
55:10,15
58:11 88:18
89:12 96:23
99:4 111:5
120:18
135:3
136:18,21
137:11,13
152:8,13,14
156:24

157:6 159:2
166:2
177:11
181:16
192:21
217:17
234:17
251:19
**readings**
29:11,17
38:3,9
178:10
**reads** 92:7
**ready** 68:23
106:18
113:3,4
204:19,20
**real** 33:21
34:13,20
35:8,23
37:7,9,15
37:19 200:6
201:16
202:12
213:12,20
**reality**
245:20
**realized**
186:24
187:4,6
**really** 35:4
36:21 57:2
57:15,16
68:8 71:18
130:19
147:2
148:17
174:22
175:2 179:4
215:25
252:17
**realm** 11:15
22:6 28:4
103:4 155:6
**reason** 81:10
103:4
135:17
213:2 261:6

262:9,11,13
262:15,17
262:19,21
**reasonable**
78:22 79:3
79:8 135:2
225:18
**reasonably**
81:7,8
86:22 134:5
**reasons** 95:7
95:17 262:5
**Reawakeni...**
30:25
**recall** 8:2,23
9:5 20:20
24:9 25:10
41:25 42:14
42:20 43:2
44:7,19
50:14 62:10
62:25 68:2
68:18 75:18
75:23 76:3
77:5 78:9
85:9 88:20
89:13 96:23
98:21,25
99:4 100:20
102:2 108:7
113:22
116:6 117:4
118:13
120:3
128:15,18
131:7 133:5
143:7
147:23
153:23
154:25
156:9
157:16,17
158:15
159:2,18
161:9
162:23
167:6 168:9
169:7

173:13
174:8
175:17
176:9,18
177:5,7,11
177:16,21
178:4,9,13
180:16
184:23
192:20
194:3 208:6
209:21
210:18
220:16
224:4
228:16
231:18
246:22
248:20
249:12
250:5
**recalling**
62:19
**receipt** 88:24
257:4
261:15
**received**
81:20 118:2
150:4
169:13
181:7
**receiving**
134:24
**recess** 50:6
112:23
150:14
204:16
215:5
**recognition**
87:23
**recognize**
52:5 161:18
188:7
232:19
247:17
**recognized**
19:25 20:4
20:16,22

21:8 161:25
188:14
198:13
202:15
247:14,16
247:19
**recollect** 74:7
**recollection**
16:10 41:24
46:3 85:8
89:7 99:10
113:22
156:9 167:3
167:21
191:19
192:20
193:5 208:4
210:17
244:2
249:10
**recommend**
152:16,19
152:24
**reconstruct**
132:9
136:19
137:3
**Reconstruc...**
137:5
**reconstructs**
11:20
**record** 17:19
49:11,14
54:14 70:6
80:24 94:8
102:17
103:3,7
118:3
122:22
132:7
169:24
170:25
171:4 182:8
184:6 215:6
238:8
**referenced**
37:4 48:22
50:10
118:10

190:17
238:22
**redo** 236:20
**Redwells**
135:21
**refer** 7:19,20
7:21 108:9
180:19
183:23,24
207:18
213:25
239:2
**reference**
6:11 48:22
51:22 57:2
107:21
108:4 121:2
121:3 125:2
125:10
141:3
145:19
146:3,13
147:4,6,15
148:15
154:9 163:5
166:3
172:15
174:4 181:9
186:17
190:12
196:15
198:17
199:3
202:10
205:14
208:15,17
209:11
222:24
226:14
230:11
242:13,16
243:21,23
248:3,4,18
249:2
**referenced**
37:4 48:22
50:10
118:10

119:25
144:19
163:13
167:6
186:19
196:6
205:15
231:7 247:2
248:17
**references**
106:14
108:3
150:10
159:23
192:13
214:13,18
223:9,17
235:14
248:22
**referencing**
107:25
128:9,22
133:3
140:13,16
141:13
**referred** 89:9
205:18
207:21
208:12
228:22
229:7
**referring**
10:20 23:3
63:20 80:16
97:18 119:7
132:25
171:4 200:2
214:6
222:15,20
247:7 250:2
**refers** 109:25
184:3 196:8
213:4
223:23
238:17
**reflect** 10:22
11:24 64:18
70:8 76:23

126:24
127:6 131:8
138:22
198:6
234:16
**reflected**
24:23 61:21
64:20 86:25
88:5 158:2
230:7
**reflecting**
55:17 61:19
64:23 86:15
114:10
131:22
158:8 196:4
**reflection**
9:11 10:12
70:24
126:15
**reflects** 49:14
54:23 55:15
74:14,16
220:22
221:4
**Reform**
29:25
**regarding**
66:8 76:5
160:5 198:6
202:8
217:18
228:17
229:25
239:13
**regards** 31:2
**reject** 205:13
**rejected**
203:20
205:16
**relate** 31:18
43:23 194:2
**related** 33:16
39:5 40:14
87:21 95:20
96:10,11
111:2
187:16

255:16
**relates** 31:15
**relating**
27:10
**relation** 9:4
**relationship**
189:2
190:24
195:21
202:8
232:20
241:16
245:5,12
**relevance**
65:9 93:12
96:2,3
**relevant**
13:19 53:16
66:14,17
67:6,13,17
67:17,24
68:5,22,25
69:7 81:13
83:14 91:22
93:3 95:3
104:17
114:24
115:3,10
135:9,16
156:18
171:13
200:18,18
201:6,18
217:17,20
217:21
219:3 221:9
231:22
232:18
244:22
**reliability**
138:15
**reliable** 22:2
22:10,15
23:9,18,23
24:5 26:6
26:13,20,22
183:4,10
**relied** 23:17

36:7 52:12
52:19 54:11
154:2
219:20
221:8 232:2
**religion**
13:23,25
14:4,5,8,17
27:9,11
29:6,9 30:4
39:5 40:12
45:12,17
47:3 49:16
61:13
107:11
108:19
151:21
152:25,25
153:5,7
154:10
156:15
257:16
**religions**
155:11
**religious**
27:21 28:3
28:5,16
29:2 38:11
40:14 42:2
46:20,24,25
47:6,13,20
51:6 52:6
52:13,21
58:20 59:6
69:11
114:13
151:22
175:5,10
183:7
195:11
243:11
249:2 250:3
**relying** 54:4
61:5 142:5
158:3 170:2
240:10
**remain**
187:25

238:24
**remaining**
195:9
**remains**
32:15
**remember**
25:23 26:3
26:4 62:21
64:7 76:20
78:5 99:2
108:24
140:23,25
**reminds**
25:25
**remove**
186:24
190:21
**removing**
187:13
**repairs** 200:4
**repatriated**
32:8
**Repatriation**
32:4
**repeat** 70:4
246:9
**repeatedly**
66:9
**repeating**
71:4
**repetition**
185:16,18
**rephrase**
31:4 59:12
132:12
193:22
**replace**
187:23,24
188:8
**replacement**
187:2
190:24
**report** 6:6
7:6,22 8:6
8:15 9:7,11
9:15,18
10:17 17:6
17:14 18:8

18:12,16,17
18:20,22
21:20 22:10
22:23 23:5
23:18 24:5
25:3,24
26:16,23
37:5 48:23
49:24 51:17
51:19 54:3
54:23 55:15
55:25 56:20
56:23 57:3
57:9,12,13
58:4,5,6,19
59:24 60:4
60:12 64:17
64:24 65:14
70:24 71:19
71:20,21,22
71:24 74:14
74:16 75:6
75:8,10,12
75:14,16
76:4,8,18
76:23 77:2
79:22 80:12
81:16,18,21
83:11,17
84:5,18
87:6,8
88:15,19
89:8 90:6
90:18,20
91:4,8,12
93:5 94:13
96:22,25
97:3,16,18
97:25 98:17
101:25
102:3 107:2
108:4,8,23
110:4 111:9
111:11
112:3,8
114:9 117:4
117:5 122:8
122:18,20

122:25
123:9,14,22
124:6,22
125:2,3,9
126:23
128:6
130:23
131:6,8
132:2,12,14
132:23,25
133:3
138:18,20
156:23
157:14
159:10
160:22
162:21
165:10
168:4,17
169:10,12
174:3 179:5
179:8 180:7
180:22
181:17
183:2,4,9
185:25
186:7,8
187:12
188:16
189:11,19
189:24
191:12
193:23
194:2 195:7
195:18
199:8
205:11
207:2
208:13
213:24
214:8,22
218:14
220:18,21
228:18,19
229:9 230:8
231:25
234:7,20,23
237:15

238:17
240:9,22
243:3,16
244:5,11
245:4,13
248:10
256:10,22
**reported**
246:23
**reporter**
17:20
202:23
252:16
255:8
**reporting**
191:14
**reports** 55:17
**represent**
152:9 157:5
241:15
**representat...**
142:22
143:8
233:24
238:6,7
240:18
250:7
**representat...**
192:13
229:2
**representing**
116:10,21
**reprint** 171:6
**reputation**
79:21 80:4
**request** 50:18
66:3 99:10
**requested**
196:20
**REQUEST...**
256:6
**require** 18:25
50:11 184:7
**required**
18:14 32:4
35:23 52:15
54:16 55:7
59:20,25

63:8 64:13
153:15,22
156:21
194:18
197:16,22
256:21
requireme...
33:20 34:3
34:13,17,20
35:7 36:5
197:24
198:2
requires 52:9
102:23
130:3
195:19
requiring
50:14
reread 7:8
rereading
182:4
193:25
research 8:17
14:2 15:12
33:10 34:16
58:12 103:2
106:12,22
135:3
229:24
researched
38:16
researching
231:19
resident
152:23
resolution
68:10 189:7
199:10
resources
40:13
134:19
135:18
respect 8:5
43:9 62:5
153:14
191:9
226:13
232:10

respond
37:13
responded
100:7
125:14
126:22
127:21
239:16
responds
197:9
response
43:12 100:8
186:20
239:13
responsibil...
188:13
198:11
199:11
responsible
108:22
221:25
rest 28:5 84:4
146:10
224:23
restate 59:2
181:21
result 10:2
100:11
190:22
203:25
resumed
151:5
retained
13:14,15
19:17
return 32:5
195:23
261:13
returned
168:23
181:2
returning
240:5
Rev 116:2
257:21
reveal 42:22
80:10
review 75:17

80:5,9
236:20
reviewed
8:25 9:8
25:22 30:17
75:14 89:4
124:11
133:16
reviewing
25:23 26:23
revisit 234:4
Rhode 1:3
25:16 26:9
88:4 90:12
198:21,25
238:20
256:13
ridiculous
187:19
right 6:19 7:3
8:3 14:7
17:14 26:12
32:23 37:5
37:6 42:4
42:25 45:20
56:2,17
62:18 67:4
80:18 88:20
89:11 90:6
91:25 97:25
98:17
106:10
107:9 108:5
108:7
110:24
114:2,3,8
114:17
119:2,17
121:13
122:3,7,17
122:24
124:5,22
133:13,17
133:20,21
133:23,25
134:8 136:3
136:6,12
137:3,7

138:24
141:7
145:16
152:18
155:15
156:11
163:6,25
164:10
170:6,6,10
170:18
172:16
179:4,16
180:16
183:22
192:20
193:8
194:14
199:13
203:10,14
203:19
204:2 207:7
207:23
208:13
216:21
219:18
220:9 223:8
224:3
225:16
226:15
228:11
229:8,10
230:15
233:15
235:3,24
236:7
242:22
243:9
244:16,17
244:18
247:18
rights 33:11
34:8 101:9
215:14,15
rimmonim
6:10,11,12
6:16,18
16:6,11,18
16:25 17:9

17:11,12
18:4,7,13
18:25 19:4
28:13,21
41:8,21,25
51:9 52:9
52:21 53:3
53:19 54:8
54:15 55:2
55:7,19,23
56:21 57:2
57:18 58:8
58:16,18,22
58:23 59:5
59:8,24
63:8 64:2
64:12 69:17
70:9,13,23
71:15 72:22
73:8,14,20
74:3,21
79:3 81:25
83:2,3
107:17,20
107:21,21
107:25
108:3,4,8
109:7,11,14
110:5,11,12
110:12
113:16,19
113:24
114:17,20
114:23
115:2
118:10
119:20,24
120:5,16
121:6
123:12
131:16
141:10,13
141:14
142:7
153:14,21
156:21
157:9
161:18

162:8,14
164:16
165:12,19
166:10
178:24
179:20,22
180:3
181:14,25
182:12,18
182:23
185:3
186:24
188:8
190:21
191:15
192:7,17,23
192:23
193:4,7,21
207:21
208:8,12,16
208:18
209:11,23
209:24
210:2,3,8
210:11,14
210:19,21
212:5,18
213:8,10,15
213:20,23
214:7,10,11
214:13,21
223:10,17
223:24
224:5,10
225:9,25
226:12
227:4 230:5
232:15,15
Rimonim
59:19
256:19
rise 40:8
ritual 18:13
18:13 28:11
51:11 52:2
95:17
107:16
109:5,6

110:14
154:15
158:19
162:9
167:24
168:22
179:10
180:25
188:17
195:11
227:15
230:4,11
**rituals** 214:3
243:21
**Rivera**
242:17,20
**rods** 6:23 7:2
41:8
**role** 19:21
30:2 85:14
85:20
175:18
176:10
199:10
**rollers** 63:23
**Roman** 72:4
**room** 7:14
61:14 63:15
63:15 85:23
**rooted** 86:24
**roughly** 7:17
170:19
**routinely**
155:8
**RPR** 1:20
255:24
**RQ** 50:18
256:6,7
**rule** 138:16
138:25
139:5
215:17
221:20,21
251:17
**rules** 216:5
216:25
228:9,12
**ruling** 139:6

**run** 46:19
120:20
**R-a-y-n-e-r**
61:12
**R.I** 237:8
260:13

_____

**S**
**S** 2:2 3:2 4:2
151:2,2,4
224:17
**sacred** 17:13
32:15
195:11
**safe** 168:23
181:2
**safekeeping**
181:24
185:5
194:17
**Samuel** 172:6
172:7
**Sarna** 21:16
**sat** 157:11
215:19
251:10
**satisfied**
220:19,25
221:3
**Saturday**
43:20 44:2
**Saturdays**
44:6
**save** 117:13
118:18
150:9,12
202:22
**saw** 5:11
65:22,24
101:20,22
134:6
147:21
166:14
180:22
184:22
207:20
229:2 245:4
**saying** 12:23

21:11 26:19
27:23 52:14
55:16 74:15
79:7 105:7
111:3
124:13
131:5
133:20
137:21
142:5,9
166:20
192:14
196:24
208:2,14
221:12
**says** 57:10
63:7,14
72:4 81:17
81:18 90:8
93:18 96:16
98:8 101:6
109:5
110:24
116:15
119:18
123:9
141:20
163:14
172:5
183:25
184:6 185:2
191:5,7
194:14
199:10
202:14
203:6,9
207:4
214:22
221:21
228:21
229:9
237:17,17
238:19
240:20
243:10
**scenario** 81:5
**scenarios**
138:16,25

139:6
**scholarship**
24:12,13,14
24:15,20
109:23
110:5
**school** 129:4
**SCHUMEI...**
2:13
**scope** 122:12
175:5,10
**scratch**
135:24
**screwed**
94:15,16
**scroll** 53:3
63:21
**scrolls** 6:24
53:2 72:7
169:17,19
170:3,5
172:20,24
173:5,7
178:22
179:10,15
179:19,20
180:15,19
185:4 188:2
195:11
**scrutiny**
130:7
**search** 10:11
199:21
221:7
**second** 51:2,5
62:4 85:2
95:5,22
101:14
108:19
143:22
164:17
202:22
221:22
222:4,8
239:12
240:3
257:16
**secondary**

19:4 21:20
22:9,14,16
23:10,17
24:4 30:7
51:24 53:12
62:13 66:17
81:12
105:13,15
105:16
106:2,5,7,9
106:24
114:19
154:3,21
156:25
223:3 224:2
224:12,15
225:2,7,23
226:7
**second-to-l...**
97:6 117:15
117:18
190:6 195:8
**section** 64:8
80:16
159:10
203:2,5
**sections**
194:2
**see** 15:24
41:16 51:12
51:13 53:4
53:5,19
60:5,9,11
62:6,13
63:5 72:4,9
72:10 82:3
82:8,14
83:4 87:16
88:9 90:4
90:15 96:19
96:19,20,21
97:11,12
98:7,14,15
101:6,10,17
101:18
106:9
107:13,14
107:17,19

107:24
108:25
109:2,3,10
111:18
115:19
117:16,17
117:20,22
117:24
118:8,25
119:3
123:20
125:24
128:18
131:3,17,18
135:3 141:4
141:23,24
163:17
165:16,17
166:16
168:14,19
169:2
171:11
172:5,8,9
172:13
173:8,9
174:13,17
178:24,25
180:9
181:10
184:21
185:2,6,6,9
185:24
186:7 187:2
187:8,9
193:22
194:19
195:14
199:16,22
200:8,9
204:5,8,11
207:9,10
224:23
228:23,24
229:7
231:12,13
232:7 234:7
237:17,22
237:23

242:7,9,10
243:14,15
243:19
245:7
246:14
248:25
249:4,5
**seeing** 62:25
83:14
113:23
116:6 143:7
147:24
177:11,16
**seemingly**
188:5
**seen** 4:18
5:16,18,22
16:6,10
17:10 24:21
31:15 37:2
37:14,16
41:6,11,15
41:20,21,25
66:4,6
67:16 73:16
75:18 89:4
89:6,23
90:2 95:15
99:17,18
113:18
114:4
115:20
116:5
118:25
119:22
120:2,12,13
128:24
130:6,14,16
142:21
143:2
145:12
147:13
158:9
159:23
166:19,22
167:3
169:20
174:7,20

183:5,8,20
184:11,12
191:8,10,13
191:20
192:6,12,16
192:18,25
193:3,5,17
196:10
198:19
199:6
206:12,15
206:17
210:3,5
230:6 233:4
237:12,13
239:7
241:16,25
252:4
**sefer** 63:22
119:24
**seforim** 180:8
180:13,14
180:17
181:9,14,23
**segment**
15:14
**segments**
29:15
**select** 93:2
**selectivity**
103:24,25
**seminary**
46:7,8
175:20
176:11
**send** 252:17
**sense** 198:11
223:14
**sensibilities**
76:24
**sent** 168:5,8
168:22,24
169:11
179:15
180:25
181:3 196:8
**sentence**
77:17,21

78:14 90:8
90:17,20
96:24
125:19
131:20
141:20
168:19
178:21
180:22
185:8 190:7
195:8
**sentences**
77:19 84:9
**separate**
158:25
234:2,8
**Sephardic**
16:23,25
18:23,24
41:22 52:22
53:22,23
157:15
158:14,21
159:11,17
159:22
160:8,20
161:4,8,14
176:25
178:3
**series** 139:15
144:9 145:7
147:4,13,14
147:17
148:25
150:4
**service** 16:13
16:14,20,21
16:22,23,24
16:25 17:3
17:13,16
40:16 41:12
41:21,22
42:2 43:16
52:9,10
54:16 63:9
72:21,23
73:8,15,21
73:22,23

74:2,10,22
153:22
156:21
158:7,13,14
160:8,9,18
160:19
161:5,7
**services**
15:21 16:3
16:4 18:3,6
40:10,14,18
40:20 41:5
42:3,17
44:10 52:4
52:5,7,13
55:20 65:21
66:10 70:13
72:12,16,25
114:13
157:16
**sessions** 48:7
48:15
**set** 114:2,3,3
114:20,23
115:2 120:5
178:23
190:25
192:2
238:21
243:11
255:11,21
**sets** 92:6
113:16,25
**setting** 208:7
209:14,15
**settled** 98:8
100:5
**settlement**
68:10
**seven** 29:17
98:8 112:10
112:14,16
123:10
211:7,8,16
215:16,20
216:2,9,19
217:10
252:12,14

**seventh** 204:8
**seven-hour**
221:14
**Shabbat**
16:14
**shape** 63:25
84:3 98:12
**shared**
142:10
**Shearith** 1:8
90:9 96:16
163:16
183:16
194:16
237:21
238:24
239:3 241:6
259:12
**sheet** 252:2
253:4
260:18
261:7,8,11
261:14
**Sheffield**
118:22
206:9 258:5
259:23
**Sheinbrock**
215:8
**shield** 28:20
**Shinerock**
3:11 27:14
250:21
**short** 112:20
215:24
**shortest**
212:8
**shorthand**
97:17 255:7
**show** 4:13,16
5:6 19:5
56:23 57:9
114:5
124:20,23
140:9,11
141:19
146:2,12
204:3 209:8

214:8
222:14
237:4 244:5
247:4
**showed** 8:14
145:3
146:10
**showing**
127:7
217:22
251:2
**shown** 27:19
66:5 254:12
**shows** 165:23
174:14
182:15
218:14
**shul** 194:19
**side** 81:19
100:17
101:14
129:24
**sides** 11:21
11:24
**sign** 142:24
261:8
**SIGNATU...**
262:24
**signatures**
144:5
258:18
**signed** 117:3
117:6,17,24
140:20
142:20
143:13
205:24,24
206:2
228:25
230:19
242:14
258:11
**significance**
116:8
124:19
125:13,15
126:10,20
127:3

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**significant**
117:2
**signing**
261:10
**silent** 37:18
**silver** 20:12
20:13 63:25
64:2 72:6
74:10 162:5
178:24
183:7
**Silversmith**
194:9
259:17
**similar** 79:20
**simple** 135:7
147:2
249:20
**simpler** 156:4
**simply** 18:19
61:18 62:3
79:12,14
141:21
152:14
168:22
180:25
181:7
**single** 39:10
77:21 84:6
157:12
223:22
224:7,25
239:5
**singled**
162:12,13
**single-page**
59:17
256:17
**sir** 57:15 70:2
70:19 89:3
89:23
117:13
118:15
124:5
126:14
132:20
135:6
145:15

148:10
156:3 199:2
209:9
226:13
248:2,9
249:18
252:17
**sister** 19:14
**sit** 22:13
79:19
215:11
250:24
**site** 90:14
237:8
238:14
241:2
260:13
**sitting** 8:2,10
9:8 20:18
24:2 35:21
35:25 41:24
42:13,21,25
43:5,16
44:7 58:15
62:9,19,25
68:2 73:12
74:7 77:20
78:7 79:12
85:9 88:19
89:11 99:10
108:6 120:3
133:5
147:23
154:25
156:9
158:15
160:3,25
168:10
174:19
176:9,21
178:4
180:16
184:23
192:20
197:25
208:5
209:20
213:13

220:16
224:2
228:11
229:22
230:15
236:22
237:2 250:5
**situation**
18:18 35:25
134:3
136:10
197:19
214:12
**situations**
126:23,25
132:9
**six** 29:16
89:17,18
123:10
173:2,3
178:22
179:13
228:21
242:6
250:23
**sizeable**
91:21
**skillful**
101:23
**skills** 40:13
156:13
**skim** 62:11
**skip** 218:25
**skipped**
218:22
219:18
**skipping**
109:6
125:21
**slavery** 36:11
36:12,22
**slight** 88:5
**small** 4:7
15:14 76:17
203:5
**Snyder** 21:6
30:11
**societies**

245:21
**society** 44:22
44:25 45:4
45:5,8
134:22
171:6,9,11
171:17,21
205:14
224:18
238:13
240:25
243:18,25
245:15,18
245:23
246:4,4,11
246:16
247:2 248:3
259:7
**softly** 41:9
**solely** 14:13
15:2 29:2
39:17,20,22
45:10,22,24
46:2,4,5,12
46:16,21,24
47:5,9,15
47:17 48:2
48:5,9,12
49:12,18
236:9,19,25
237:22
**solicited**
169:13
**Solomon** 3:9
3:11 4:6,12
5:4 12:25
14:20 17:18
18:2,10
20:8 23:6
23:20 27:25
35:10 36:13
36:19,23
50:4 52:16
53:8 54:18
55:10 60:6
60:24 61:8
65:16 71:6
77:10 79:23

82:15,20
86:12 87:12
89:17 91:10
91:19 92:2
93:21,24
94:4,16
101:20
103:13
104:6 107:3
108:13
109:17,20
110:6
111:12,14
111:17,21
112:4,11,13
112:20
113:7,10
116:10,21
123:13,16
126:11
127:12
135:12
138:9 139:2
139:12,23
145:2 147:6
148:4
161:20
165:20
170:15
173:24
174:24
175:21,24
176:4
177:23
179:6
181:15
184:5
185:12,15
187:4 189:9
189:20
194:24
196:13
197:5
199:20
207:24
208:23
210:16
211:2,4,9

211:21,25
212:6,11,15
215:4,6,8
215:19
216:6,15,18
216:21
217:2,5
221:19,23
222:8 227:5
237:3 238:5
238:12
240:3
243:10
245:2,10
250:11,17
250:19
251:9,24
252:3,9,13
**solomon.sh...**
3:12
**somebody**
20:11 60:2
198:9
222:18
229:10
**somewhat**
215:2
225:12
**soon** 139:19
**sorry** 17:18
22:20 39:15
47:25 61:9
91:17 101:4
101:5,13
102:20
103:22
113:3
135:22
140:15
144:21
151:16
162:20
169:6 173:3
173:24
177:3 185:7
186:5
193:16
204:9 211:3

221:22
233:16,17
248:6
249:22
252:18
**sort** 12:21
36:19 41:9
61:4 71:11
97:18,19
125:23
126:24
128:13,22
151:21
152:9 153:2
164:2
188:13
195:22
232:18,21
**sorted** 27:16
**sorts** 96:8
**sounds**
112:17
227:25
**source** 22:18
25:5 62:13
63:7 92:9
105:25
106:2,5,6,7
106:8,9,10
106:13
154:4,12,17
170:6,13,17
196:10
223:22
224:7 225:7
225:23,23
**sources** 21:20
21:24,25
22:5,9,10
22:14,15
23:9,10,17
24:4,22
25:21 30:5
30:9 51:24
52:3,3
62:14 66:21
80:11 92:8
105:13,20

106:15,21
106:24
120:18
152:3
153:16,18
153:20
154:3
156:24
157:8 168:9
170:9 183:6
214:20
223:3 224:2
224:4,15
225:22
226:7,7
**souvenir**
22:22
**souvenirs**
25:14
**space** 86:3
261:6
**span** 152:9
**Spanish**
114:25
**Spanish-Po...**
7:19 82:2
90:9 114:22
115:15
176:24
177:4
**speak** 4:9
11:9 17:5
183:11
**speaking**
78:19 99:14
154:20
180:19
**special**
161:19,25
162:2
222:24
**specialties**
14:9
**specialty** 14:7
27:7
**specific** 5:9
6:18 30:19
33:2 36:8

37:10,11
38:15,16,18
50:14 51:6
51:10 52:6
53:15,15
57:23 58:20
59:6 66:2
68:3,18
69:2,8,10
74:13 78:4
78:24 87:18
88:19 92:13
92:16 120:5
124:2 133:5
161:23
194:2,3
195:6
208:17
209:6 231:8
233:11
249:11,13
**specifically**
4:24 8:7
10:19 13:24
13:25 18:23
20:19 28:24
30:16 35:16
37:14 38:10
39:2 44:17
44:19 45:15
45:18 46:18
51:19 54:10
78:11
120:16,24
121:5 131:7
144:16
153:24
154:6
157:11
168:7 170:3
175:7
179:12
192:21
193:18,24
205:18
209:21,24
214:13
223:16

224:5 227:3
227:14
228:22
229:7
230:11
247:4 248:7
**specifics**
97:19
129:14
160:5 178:5
**specify**
159:12
**speculation**
131:25
132:3,11
**speech** 70:3
74:20
122:16
**speeches**
249:25
**speed** 45:14
**spelling**
87:25 88:10
**spend** 32:9
86:3 155:7
172:23
**spent** 221:14
**spin** 104:5
**split** 246:24
248:7,12
**spoke** 215:8
**ss** 254:3
255:4
**stake** 33:3
69:24 79:21
80:4 87:2
114:15
188:5,6
**stand** 75:10
75:11 130:7
151:5
197:12
**standard**
11:18
230:24
**standards**
11:8 24:3
58:2 84:22

**start** 52:4
87:14
145:25
**Started** 15:4
**starting**
139:25
202:13
**state** 1:21
18:12 50:25
88:3 96:25
104:12
125:18
130:24
131:6,13,20
196:18
198:21,25
228:20
241:15
254:2 255:3
255:9 261:5
**stated** 8:6
17:6 52:18
55:2 93:13
**statement**
37:12 51:14
51:18,19
53:6,10,11
57:5,6
58:18 93:15
123:18
140:12
165:23
166:9
188:20
234:7
237:25
245:8
**statements**
58:3 59:18
59:24 60:4
60:10,11,15
60:19 64:12
64:17 140:8
140:14,17
143:10,12
144:9,12,18
144:23
234:16

256:18
**states** 1:2
31:18 34:24
63:4 174:12
176:13
205:19
238:18
**stating**
164:15
**station**
216:14
**status** 181:14
181:23
182:5
**stay** 112:10
**stayed** 217:7
**steering**
48:25
**Steinberg**
116:2
257:20
**step** 187:17
190:21
215:4
**Stephen**
196:20
247:8,19,21
247:22
**stepping**
187:13,19
**Stiles** 168:14
**stolen** 31:25
**stomach**
139:18
**stomachs**
140:10
**stop** 35:3
62:4 95:5
95:22
202:22,24
211:15
226:14
241:3
**stopped**
203:3
**stopping**
27:15
211:21

250:13
**storage**
168:23
181:2
**story** 11:22
68:9,14
90:24 98:7
257:11
**straightfor...**
232:25
**Strictly** 99:14
**strike** 23:21
39:15 45:13
47:25 81:17
157:24
186:5
**strong** 200:19
210:19
213:9
**strongly**
141:8
**structure**
158:7
**students** 9:25
15:16 16:15
27:20 28:3
31:14,17
50:11,11
104:9
151:13
152:12
161:9
**studied** 46:9
50:23
175:12
**studies**
174:16
**study** 13:20
13:21 85:10
134:12
178:7,8,14
**studying**
28:14
**stuff** 111:11
112:3
136:15
**subject**
157:12

238:21
254:11
261:10
**subjects** 82:7
**submission**
75:20
**submitted**
8:16 9:15
11:23 135:2
**submitting**
80:9
**subscribed**
254:20
**subsequent**
191:8
**substance**
77:4
**substantial**
77:4,8,15
**success** 188:4
188:6
**succession**
96:9 232:21
**successor**
93:16 94:3
94:11,24
95:2 96:3
96:18
**successors**
98:10
**succinct**
140:9
**sufficient**
205:4
**sufficiently**
225:3
**suggest** 58:13
102:7
176:19
193:6
221:17
**suggested**
167:22
**suggesting**
82:21
**suggests**
121:7 141:8
**sum** 51:6

69:10
**Sunday** 42:6
42:15,17
**supervisory**
202:16
203:9
**support**
51:15,17
142:22
143:3
**supported**
12:11 91:24
96:17
**supporting**
12:24
**supports**
91:15
**supposed**
85:12,17
181:13
**sure** 4:14
5:21 6:7
17:4,21
21:25 22:17
55:21 57:4
59:9 64:6
73:9 76:11
76:20 86:23
96:14 125:4
133:11
134:22
161:3
162:25
163:4
178:10
183:22
206:12
230:15
242:18
247:13
**Surely**
171:25
**surmounted**
63:24
**surprise**
111:10
112:2
146:12

**surrender**
99:18
118:13
119:13
205:24
239:17,18
**surrendered**
100:8
118:16
119:5,9,15
206:3
**surround**
37:23 49:15
**surrounding**
41:14
**survey** 53:18
54:2,5,7,11
225:2
**surveyed**
53:7
**surveys** 53:24
**survivors**
237:18
**suspect** 96:12
**sworn** 4:3
151:5
254:20
255:12
**syllabus**
50:19
**synagogue**
15:24 18:14
18:23 43:13
44:5,15,16
44:18 50:12
50:15,16
52:2,23
61:15,24,25
63:16 64:9
64:21,22
65:5,7,11
65:21,22
66:8,10
69:16,25
70:11,16,18
70:22 74:4
74:9,16,21
82:2 90:14

98:12 100:9
109:9
113:17,19
113:24
114:7,12,14
115:3,7,15
120:7,21
131:16
141:16,21
141:22
160:7
161:17
166:14
167:6,8,24
173:6
176:24
177:2
178:23
179:16
180:9 188:5
192:5 193:4
193:9,19
196:22
197:15
198:8
199:12
202:16
203:7
208:10
210:6,21
213:5 214:2
214:4,21
224:19,21
224:24
225:9 226:3
227:16
228:22
229:8,20,25
230:12
231:9
232:11
233:15,17
233:24
234:11
237:7,20
238:14,20
240:25
242:21

246:15
249:16
260:12
**synagogues**
18:25 39:23
40:2,5,9
51:6 52:25
53:7,13,18
53:22 54:2
54:5,13
58:19 59:5
69:10 97:13
97:15
229:16

---
**T**
**T** 151:2 255:2
255:2 262:2
**TAFT** 3:5
**tag** 170:3
**take** 6:4
11:17 12:13
17:25 42:11
50:2 105:5
108:15
112:9,16,20
113:6,7
132:8
139:15
140:18
150:8 171:7
180:14
187:17
188:22
200:12
201:2
204:14
209:25
216:19
234:14
243:20
250:7 251:8
**taken** 1:15
45:25 46:3
46:5 50:6
50:15
112:23
129:3,6

130:21
133:9 191:3
191:4,9
204:16
215:5
**takes** 161:11
162:16
189:16
240:21
**talk** 23:13
111:21
121:11
161:23,24
162:21
164:18
237:5
**talked** 113:2
235:8
251:18
**talking** 6:10
22:12 23:10
23:25 26:21
29:18 30:6
31:16,19
32:9 33:23
33:25 34:4
38:24 40:17
41:2 42:7
43:21 63:11
66:20 74:13
77:13,14
78:25 82:5
83:5 102:25
129:21
144:21,22
153:3
157:20
160:10
165:8
191:17
199:4
208:25
212:7 213:3
213:6
214:10,12
215:18
216:2
224:12,13

224:15,20
225:6
236:11
**talks** 248:7
**Tamid** 172:5
**tape** 139:19
**tashmishei**
107:12
109:2
**taught** 28:25
45:9,15
46:15,21,23
47:3,5
**Taylor** 232:6
**teach** 27:19
28:23 29:8
29:9 45:21
175:6
**teaches** 21:16
**teaching** 28:2
31:13 34:16
39:24 40:6
152:7
**Tebah** 172:6
**technical**
99:11 100:4
**telegram**
115:24
118:11
119:25
120:8
257:18
258:8
**telegrams**
134:8
**tell** 9:25 28:6
35:13 57:11
57:17 58:6
58:10 84:19
93:19 103:8
104:9
110:18
140:7 157:2
158:4,12,16
197:21
198:5
202:23
212:24

214:18
225:25
230:21
235:2,20
240:8 248:2
248:24
**telling** 170:16
211:5
234:14
239:15
251:7
**tells** 152:13
215:22
243:8
**Temple** 46:14
**ten** 76:2
139:15
176:16
177:13
216:13
**term** 28:13
126:3
127:14,19
127:22
128:8
135:23,25
162:2
218:23
219:2
223:20
230:4,9
**terminolog...**
230:24
**terms** 8:11
54:11 66:25
85:6 105:21
105:22
128:21
181:23
188:3
190:10
195:22
214:24
223:21
232:25
239:8
**testified** 4:4
19:12 45:20

47:7 151:6
196:14
227:2
**testify** 19:15
**testimony**
18:15 19:2
37:23 52:8
69:15 70:7
72:11 81:19
81:19 86:13
92:3 110:15
114:16
121:4 130:4
183:3 227:6
254:9
255:13
**textbook**
152:13
153:24
**textbooks**
178:11
**texts** 38:3,16
**thank** 21:19
150:7,13
184:9
244:13
251:24
**thanks**
101:16
**theirs** 181:7
**themes** 47:12
49:15
**Theological**
175:19
176:11
**theoretical**
153:2,5
**theorists**
151:21
**theory**
151:20
**thereon**
90:14
**thereto**
128:13
218:9
226:22
238:24

**thereunto**
120:25
249:15
**thing** 14:14
60:23 91:20
100:21
112:7
239:14
**things** 7:6
9:21,24
10:5,7
11:19 29:21
38:15 39:5
63:20 71:3
80:6 85:19
93:2 99:14
103:10,20
116:19
158:8 179:5
205:12
214:2
223:11
238:2
**think** 5:4
8:23 12:16
13:2,7
14:23 15:22
17:20 18:5
22:14 23:14
28:8 34:22
34:25 36:21
37:12 45:20
47:7 50:21
55:14 58:24
58:25 72:5
73:18 74:6
76:16 80:10
81:16 82:18
84:17 86:15
95:7 97:24
103:14
109:22
110:3,6,20
111:6
112:12
114:16
121:7 127:9
130:2 132:3

133:24
135:14,25
136:2
137:22
138:12
143:23
150:9
152:23
153:15
158:11
160:13
162:6 163:2
164:3 165:5
173:21
179:3 180:5
181:15,16
182:25
183:9
185:12
187:19
195:18
197:6 201:5
207:19
209:4
211:10
213:17,24
217:5
218:25
220:21
225:12
227:2 229:6
235:9,23
236:15
237:18
238:2
241:10
243:20
245:25
246:6
251:11
**thinking**
73:16 77:20
78:7 104:19
131:24
160:3,25
190:14,17
218:17
235:12

244:22
**third** 174:4
**thirteen**
  194:10
  259:18
**thirty** 215:12
  261:14
**Thirty-seven**
  107:7
**thorough**
  221:7
**thought**
  26:13 67:6
  135:7,15
**thousand**
  176:16,16
  176:22
  177:13,15
**three** 31:12
  46:8 97:19
  108:19
  123:10
  140:13,16
  144:15
  151:18,19
  185:13
  202:20
  228:20
  257:17
**Thursday**
  43:9
**tie** 156:14
  246:14
**time** 4:13
  5:11 6:4
  9:13 11:3
  13:12 22:3
  26:16 28:12
  32:9 33:24
  40:23 49:22
  54:5 55:3
  55:16 59:13
  66:18 67:9
  72:4,19
  74:20 78:16
  81:13 82:4
  82:6,9 83:2
  85:23 86:4

87:3,15
96:21 97:14
100:3 103:5
104:14
106:12
114:7,22
117:14
118:9,18
119:20,23
120:18
122:12
124:4,17
125:22
127:6,7
131:24
134:20
135:18
136:9
137:10,15
141:16
150:9,12
153:11
155:7
160:13
161:21,22
162:10,16
163:21
166:21
172:12,24
176:13,14
183:7,8
185:5,20
193:10,11
194:23
196:12,17
203:18
210:10,24
210:25
212:10,17
214:16
215:23,23
216:10,11
216:13
217:4,19
218:12
220:7
221:13,14
223:13

225:5,18
230:25
232:13
234:17,24
235:5,9
236:13,13
237:14
239:19
241:11
247:15
249:17
250:18,21
252:2 253:4
253:7
260:18
**times** 41:11
  44:9 65:14
  73:14,18,20
  74:3 94:18
  103:20
  122:17
  123:6 132:6
  161:23
  185:13
  195:2 208:9
**tinge** 103:18
**tiny** 64:2
**title** 165:24
  171:14
  196:19,25
  198:10
  236:8,8,14
  236:18,18
  236:24
  237:20
  238:16,19
  259:4
**titled** 165:6
tjacoby@k...
  2:12
**Tobias** 2:11
  253:5
  260:19
**today** 7:4,11
  8:9,10 9:9
  20:11,18
  22:13 24:2
  32:7 34:6,7

34:14,18
35:5,21
36:2 40:21
41:18,19,20
41:24 42:11
42:13,16,21
43:5,12
44:7,11
58:15 68:2
73:12 74:7
74:12 85:9
147:23
154:25
158:15
160:3,25
174:19
176:9,21
178:4
197:25
213:13
220:16
229:22
234:23
235:6,8
236:22
237:2
251:11
**told** 94:18
  111:10
  161:9 174:5
  185:13
  191:14
  216:8 235:6
  235:23
  251:10
**tools** 40:12
**top** 6:25 7:2
  63:22 73:25
  100:24
  107:8,10,22
  108:4
  109:12
  117:16,18
  139:21,24
  180:22
  199:24
  203:5 207:5
**topics** 85:22

**tops** 41:8
**Torah** 6:24
  6:25 28:20
  40:15 41:4
  42:6,15,17
  43:3,10,19
  43:25 44:6
  63:22
  107:17,22
  108:2,5,10
  109:7,12,14
  110:12,24
  114:17,19
  118:10
  121:5
  169:17,19
  170:3,5
  172:15,16
**Torahs**
  114:23
  179:3,21
  181:23
  194:15,22
**touch** 45:18
  46:18
  150:11
  156:2
**touched** 47:4
  137:22
**touches**
  151:22
  205:10
**touching**
  156:17
**tough** 252:18
**tour** 15:24
  50:16
**Touro** 15:19
  44:5 50:10
  50:12,15
  61:24 64:21
  65:21 66:10
  69:25 98:12
  115:3,7
  131:16
  141:16
  161:17
  166:14,16

166:18
167:5,8
179:15
184:2 188:4
193:4,9,19
196:22,23
198:16
199:5,7,12
210:6,21
213:5
232:10
233:14,17
233:23
234:5,11
237:7
238:14,20
240:25
246:15
260:12
**trace** 83:2
  179:2,12
**traces** 82:25
**Tracing**
  83:10
**track** 92:10
  106:13
  223:9
**tracked**
  223:7
**traditional**
  71:12
**traffic** 121:25
**train** 216:9
**trained** 175:6
  175:11
**training**
  38:17 39:24
  40:6,11
  58:2 132:17
  175:7,12
**transcript**
  254:11
  261:15,17
**transcripti...**
  8:20
**transcripts**
  9:2,4
**transfer**

33:12 34:2
34:10,13,20
35:8,19,23
36:6 119:12
196:5,11
197:17,22
198:3
**transferred**
37:19
181:24
194:16,22
196:19,25
**transferring**
34:18 197:4
**transfers**
37:8
**translates**
107:12
**traveled**
179:20
180:4 182:9
**treated** 200:6
201:15
**treaties** 32:14
**treating**
202:11
**trends** 105:21
**trial** 101:24
176:5
**triangulate**
12:21
**trick** 23:19
96:6
**tried** 12:2,19
22:5 64:18
64:24 65:8
66:16 67:14
94:13 95:3
124:12
126:24
136:19,22
137:3,9,14
179:11
**tries** 84:12,12
130:25
131:8 244:8
247:24
**true** 80:7

235:13
254:10
255:13
**truly** 79:18
**trust** 135:8
135:10
232:15
235:24,25
236:3,5
238:23
240:24
242:8,14,21
245:4,11
**trusted**
134:15
135:15
**trustee** 170:8
232:7
235:21
**trustees**
183:16
190:11,19
191:24
232:6
235:15
236:10,19
236:25
237:22
238:25
239:3 241:9
241:11
242:7
259:11
**trusteeship**
239:8
241:18
**trustworthi...**
95:18
**try** 11:11
13:10 22:4
59:14 69:22
76:10,11
83:25 85:2
103:2,7
104:14
122:14
123:6 132:8
132:15,18

139:9 157:5
179:2
199:18,21
222:4
223:13
**trying** 8:18
10:13 21:10
45:14 49:22
52:4 65:10
65:20 92:10
101:11
122:20
123:25
137:24
162:20
181:12
220:2,6
223:9,19
228:4
**Tuesday** 43:9
**turn** 20:12
67:12 68:21
72:3 96:13
97:24 98:3
106:25
117:21
139:20
168:16
174:3
185:22
186:13
207:4
237:16
242:25
**turned**
134:23
**turns** 77:6
**twenty** 204:7
**two** 5:19
16:15 25:13
25:13 29:15
46:9 58:24
62:2,11
64:10 68:9
68:12 85:19
87:23 101:4
113:25
123:9

144:15
151:18,19
158:20
159:24
168:11
169:5,8,16
169:18
170:3,9,14
189:2
202:20
217:19
218:7 219:2
219:11
226:3
228:20
251:20
260:10
**two-page**
89:19 257:7
**type** 145:18
**types** 144:12
144:25
**typewritten**
144:4
258:17

_____

**U**

**ultimately**
57:22 58:9
**ultra** 127:14
127:18
**um** 162:18
214:5
**um-hum**
17:15,20
21:21 97:5
98:18 102:9
109:4 118:7
145:11
**unable**
173:18
**unambiguo...**
192:22
**unclear**
134:12
**understand**
8:18 10:14
11:12,16,16

12:22 13:10
14:14 18:17
20:12 21:10
22:5,7
28:20 32:13
32:13 49:20
57:23 59:9
60:8 67:15
69:22,24
78:20 83:25
84:3,12,12
84:15 85:3
103:7
104:14
122:14,21
122:23
123:6,25
124:12
126:7 127:5
129:9,12
130:10,25
132:16
133:12
136:22
137:9
138:24
139:2,9
145:8
155:19
173:15
180:14
181:12
212:22
220:11
223:11,12
223:20
235:18
247:10,24
**understand...**
19:20 20:6
20:9 27:13
28:10 37:17
54:12 55:22
67:18 95:13
95:25
102:12,18
102:20
104:20

106:23
122:11
125:5 164:5
164:24
179:17,18
184:20
188:25
189:15
195:19
234:17
249:21,23
**understand...**
12:4 87:9
**understands**
131:3
193:18
**understood**
100:3,6
123:23
124:7,15
126:24
131:15
169:21
190:7
196:19,24
210:4
214:24
221:6
247:25
**undertaken**
85:10
**undertook**
239:19
**unfair** 188:18
**unfortunat...**
152:17
**uniformly**
34:25
**uninterpret...**
104:8
**United** 1:2
31:18 34:24
63:4 174:12
176:13
238:18
**universe**
80:14
**University**

unkind
  188:18
unlimited
  106:11
  134:19
  161:21
unrelated
  19:16
upkeep
  233:23
upper 194:14
Urofsky 24:8
  24:19,21,23
usage 120:20
  127:25
  148:22
  214:5,23
  220:22
  221:5
  227:17
  230:10
  231:9
use 6:17
  16:25 18:7
  28:2 29:17
  29:21 30:5
  42:14 60:6
  62:16 69:24
  72:22 73:8
  74:15 78:13
  80:10 85:3
  88:5 128:21
  143:23
  145:13
  147:7,8,10
  148:20
  150:5 165:4
  167:18
  183:5
  187:12
  188:2 190:5
  194:18
  201:7
  203:14,17
  219:5 220:6
  220:11,17
  223:12,20
  237:15

241:17
243:17
245:14
uses 85:16
  88:10 164:4
  224:19,24
usual 63:25
  103:7 123:3
  139:10
usually
  167:14,15
utilize 65:8
  102:14,21
utilized 30:16
  55:3 66:24
  67:11
  141:16
  184:24
U.S 30:3
  198:2

———————
      V
———————
v 1:7
valid 193:17
valuable
  249:3 250:4
varied 73:19
variety
  197:20
  217:25
  225:4
various 11:25
  34:23
  232:22
vast 15:23
version 75:19
  161:11
versions
  75:21
versus 169:25
vessels 249:3
  250:3
vestments
  249:2 250:3
viable 181:6
vice-presid...
  119:16
view 70:21,22

80:25
154:18
183:4
viewed
  126:16
VII 72:4
vires 127:14
  127:18
vision 30:2
Visitors
  15:25 50:16
vis-a-vis
  142:2
Vivian 71:18
  71:20,25
  256:22
voice 76:23
volume 8:20
  29:24 49:7
vying 65:4
  87:23

———————
      W
———————
WAGNER
  2:9 4:5,18
  4:21 5:3,6
  13:4 14:22
  17:24 22:20
  23:8,21
  25:12 27:17
  36:16,24
  50:5,8,18
  54:20 55:11
  59:15 60:8
  70:4 82:18
  87:14 88:22
  89:15,18
  90:21 91:13
  92:4 94:9
  94:19 98:6
  107:5
  108:11,14
  110:9
  111:16,20
  111:25
  112:12,15
  112:18,25
  113:9,14

116:12,23
117:7
118:19
123:15
138:11
139:14,24
140:18
143:16,22
144:2 147:8
148:2 150:7
151:8
161:22
163:7 173:2
175:23
176:6
181:18
183:12
186:3,5
187:6
189:22
194:5 201:8
204:13,18
206:7,18
211:3,6,14
211:23
212:3,9,13
215:16
216:4,8,12
216:17,20
216:24
217:3,6
221:11
222:5
238:10
241:19
243:8 244:8
250:16,18
251:6,22,25
252:7,11,15
256:4
wait 241:3,3
waiting
  216:24
  217:12
wake 239:20
  239:20
walk 112:7
walked 160:6

160:18
wampum
  32:16
want 5:10,23
  6:4 12:15
  17:24 23:6
  23:13,15,24
  34:12 35:5
  35:13 49:24
  50:2 53:9
  57:4,15
  59:12 67:20
  71:6 87:12
  93:14 95:23
  99:22 102:4
  113:6 124:8
  124:20,23
  125:4
  135:11
  140:3 145:2
  151:17
  157:10
  169:9
  172:23
  181:19
  184:10
  186:25
  187:22,24
  187:25
  188:23
  189:7,20
  190:23
  199:18,21
  208:23
  209:6
  211:14
  215:20
  222:14
  244:12
  248:6
  249:23,23
  250:12
  251:15,25
wanted 7:7
  82:3,8,13
  83:4 92:18
  113:7,9
  152:2,2

188:21,21
250:12
wanting 92:9
warning
  251:6,7
wasn't 4:14
  21:17 25:20
  41:16 72:15
  72:24
  142:19
  166:15
  191:22
  193:15
  196:23
watch 212:16
wax 169:15
  172:7
way 11:19
  12:23 17:7
  17:24 19:5
  21:13 26:19
  26:21,24,25
  36:3 38:4
  39:9 40:2
  42:23 44:8
  52:14 56:6
  56:10 59:14
  63:2,6 68:5
  71:17 73:5
  78:9 79:7
  80:3 83:15
  88:12 92:25
  97:17
  102:22
  103:17
  111:3 113:5
  127:20
  130:17
  131:5 134:2
  134:14
  137:18
  140:9
  163:19
  166:20
  172:14
  174:7,21
  179:25
  183:25

187:10
191:11
192:22
198:22
199:8,12
200:10
205:21
206:5
211:17
214:24,25
217:18
221:3,11
228:25
230:8
231:10
232:19
236:23
239:16
250:15
251:19
255:18
**ways** 12:4
80:2 92:10
103:20,21
104:22
159:7 165:6
188:12
215:3 226:2
247:10
**Weber**
151:21
**websites**
234:12
**Wednesday**
43:9
**week** 5:19
29:15,16
31:15 43:15
73:14 74:4
**weeks** 29:16
99:19
**weigh** 10:16
13:18 33:2
33:6 129:15
137:25
193:24
**weighed**
56:11,16

99:15
115:16
123:5 136:5
136:12
238:15
**weighing**
105:3,10
138:5 194:3
244:21
**weight** 162:8
**went** 7:6,7
17:16 76:9
76:10 142:8
168:15
223:7
249:15
**weren't**
121:12,16
**we'll** 6:10
7:22 50:19
64:10 75:6
108:15
215:4,14
216:17
252:15,17
**we're** 31:16
31:19 36:16
36:18 38:24
42:7 43:21
57:4 63:10
77:13,13
125:4
143:23
165:8 211:6
211:8,9
213:18
215:11,12
215:16
216:4,13
217:11
221:23
222:2,6
248:12
250:24
251:16,19
**we've** 102:5
133:24
137:22

204:13
211:23
212:3 235:8
250:11,23
251:10
252:4
**WHEREOF**
255:20
**wholly** 77:22
**WICKERS...**
3:5
**widely** 25:6
**wider** 12:20
13:11 14:16
28:4 46:19
61:19,22
69:21
120:18
122:11
155:19
175:5,10
**widespread**
225:3
**William**
118:22
258:5
**willing** 68:23
**wills** 205:15
205:17
213:3
**wipe** 102:4
**wish** 9:6
132:7 262:4
**witness** 5:8
5:15 17:23
26:2 57:8
60:22 61:2
61:9 71:9
73:6 87:7
89:25 94:6
111:22
112:17,22
113:11,15
117:19
139:18
140:5
162:19
184:9 197:7

199:17
202:25
214:14
216:6,8,10
242:2
244:16
248:5 253:2
254:7
255:10,14
255:20
256:3 261:2
262:24
**wondering**
159:12
**wooden**
63:23
**word** 85:4
120:15,19
120:23
121:4,15
145:3,5
146:8 147:7
147:8,10,15
148:11,21
148:22
150:6
188:24
210:7,13,14
212:20,24
213:7,25
214:12
218:17,20
218:25
219:11
220:5,7,11
221:4
223:15,23
224:8,9,10
224:20,21
225:6,8,11
226:19,23
227:3,8,14
227:17,20
228:14
229:10
230:3,10
231:2,6,10
231:15,21

231:22
234:15
235:21
260:10
**worded**
103:17
**wording**
37:11
126:15
195:6
235:16
240:12
**words** 13:7
38:4,9,19
76:18,19,21
77:14 84:19
85:11 87:16
123:11
140:7
163:22
164:4,24
165:5
188:23
189:18,20
189:23
208:15
212:22
217:14,19
217:23
218:7,13,13
220:3
222:22
224:19
235:21
242:7,11
250:2
**work** 21:13
21:17 22:3
24:8,11,19
25:6 30:14
105:19
132:19
152:23
155:13,24
156:19
157:12
178:17
216:16

218:11
**worked** 15:8
21:5 67:12
198:13
**working**
17:25 50:4
130:16
155:7
**works** 22:4
39:4 47:11
47:14 152:8
154:9 197:9
**world** 3:6
30:3,10
53:14 80:5
106:11
**worship** 6:21
51:8 55:8,9
58:21 59:7
69:12,17
90:15 141:3
141:10,23
194:17
202:20
214:3
225:10
243:19
**wouldn't**
26:12 111:4
152:24
**wrapped**
6:24 232:18
**write** 80:2
159:7
190:15
230:18
232:3
**writes** 196:23
**writing** 22:8
24:17 26:22
31:8 35:22
62:22 78:9
85:21 87:3
104:16
105:2
115:13
129:23
130:3,11

138:20
160:22
220:18
227:22
**writings** 33:9
**written** 22:8
24:6 30:15
30:23 37:22
38:25 77:22
105:23
114:9,10
115:12,14
119:13
121:20
125:10
130:8,18
200:13
228:3
229:11,16
229:19
**wrong** 9:17
47:8 72:22
166:25
170:15
218:25
240:16,17
**wrote** 17:13
56:20 75:8
75:11 228:5
228:6
229:12
238:6,9

**X**
**x** 1:4,10
256:2 257:2
258:2 259:2
260:2

**Y**
**Y** 87:24 88:6
**YAN** 3:13
**yan.grinbla...**
3:14
**yeah** 157:24
197:7
**year** 62:22
115:25

120:9
175:13
257:19
258:8
**years** 16:15
31:12 46:8
46:9 98:12
121:18,23
122:4
170:18
202:19,21
**Yeshuat**
87:24 88:17
98:11
**yesterday**
4:13 7:12
8:13
**York** 1:19,19
1:21 2:7,7
3:7,7 71:13
168:23
169:16
177:10
181:2 185:4
194:10
195:10
237:19,21
246:21
247:3,11
255:3,9
259:18

**Z**
**Zachary**
183:15
259:9

**0**
**000087**
201:11
259:21
**000145**
140:21
258:13
**000146**
143:20
258:16
**000148** 148:7

258:21
**000151** 144:6
258:19
**000386**
183:17
259:13
**000581**
206:22
260:7
**0386** 184:20

**1**
**1** 22:21,23
48:23
219:22,24
229:2
256:10
**1st** 117:6
**1:08** 150:14
**10** 117:9
199:24
201:20
230:13
257:22
**10th** 117:17
**10036** 2:7
**10281** 3:7
**108** 257:14
**11** 116:9,15
118:21,25
170:8
172:19
258:4
**11th** 116:25
**11/24/14**
22:25 71:25
256:12,23
**11/7/45**
241:22
260:16
**115** 257:18
**117** 257:22
**1177** 1:18 2:6
**118** 258:4
**12** 120:8
258:8
**12-822-m** 1:7
**12:30** 112:19

**120** 258:8
**125** 61:6,8,10
**13** 29:16
140:19
226:11
258:11
**14** 143:18
144:12
258:14
**140** 258:11
**143** 258:14
**144** 258:17
**1450** 224:18
**148** 258:20
**149** 169:14
224:17
**15** 113:12
144:4,12
258:17
**150** 51:4
55:11
**16** 148:6
248:13
258:20
**160** 194:13
**163** 258:22
**1654** 71:11
**17** 60:3,18
65:14 163:9
258:22
**1700** 224:18
**171** 259:4
**1730** 72:11
**1730s** 71:15
72:8,19
**175** 171:15
259:4
**1759** 97:10
170:6
172:21
**1760** 72:5
**1763** 169:20
**1764** 176:24
**1769** 178:21
**18** 117:24
118:6
171:14
259:4

**18th** 118:16
119:5,10,12
119:17
168:6
205:16
220:23
229:6
**1800s** 36:6
161:24
162:12
**1818** 167:24
170:8,17
196:9,16
197:23
198:2
236:17,21
**1820** 177:19
182:13,19
202:21
**1820s** 168:21
177:10
180:24
236:21
**1822** 34:21
35:8,20,23
**1826** 196:23
246:20,22
**183** 259:9
**1832** 179:14
**1833** 179:14
180:7 181:8
185:3
194:15
195:5
**184** 172:2,4
**1840s** 174:12
**185** 171:15
259:5
**1865** 29:23
**1869** 162:15
165:13
167:5
209:12
**1870** 8:21
**1880** 202:21
**1880s** 53:17
65:21 82:11
95:16

**1882** 95:11
**1890s** 52:3
53:17 61:23
64:19 65:21
69:22 70:8
82:11 98:23
159:8
192:14
226:8 230:9
231:11,21
**1893** 226:10
226:11
**1894** 88:4
145:13
192:10
201:10
203:24
238:23
242:8
259:20
**19** 82:12
180:6
183:14
259:9
**19th** 14:5
195:25
205:16
220:12
221:5
222:21
**190** 116:16
**1900** 196:7
196:16
**1900s** 98:24
**1903** 18:21
40:21,22,24
41:14,16
42:11,14
43:25 44:6
44:11,12
68:10,13
70:23 73:21
99:18
100:13
113:17,24
114:15
115:8,15
116:9,17,18

116:22,24
116:25,25
117:6
118:12
120:22
121:10
122:5
160:10,11
160:12,18
178:16,19
179:4 192:2
205:9 208:3
208:4,25
209:11
218:10
226:14
227:13,20
229:2,16,17
229:21
230:2,14
232:21
239:17
245:25
246:7 249:8
249:11
250:6
**1908** 99:18
218:10
**1913** 209:2
246:18
**1920** 182:24
**1930s** 191:18
191:19
**1936** 90:25
257:13
**1937** 82:13
185:23
186:11
208:23
**194** 259:15
**1945** 238:15
238:17
242:4
248:18
**1949** 88:4
**1950s** 82:12
**1975** 25:17
256:15

**1984** 139:25
**1989** 61:13
62:23
**1990** 32:3
―――――
**2**
**2** 25:13,14,15
48:23 50:11
97:23 101:3
123:17
202:13
203:2 241:2
256:13
**2/11** 115:25
257:18
**2/18** 120:9
258:8
**2/18/03**
118:22
258:4
**2:09** 151:3
**20** 194:7
259:15
**20th** 34:10
220:12
222:21
233:7
**200** 15:7,11
**2000s** 28:15
**2001** 240:22
240:22
**2005** 175:14
**201** 259:20
**2012** 18:19
83:7,8
**2014** 1:12
75:13 95:11
**2015** 254:21
255:21
**206** 259:22
260:4
**21** 87:20
201:10
204:5,8
259:20
**21st** 34:5
43:13,22
73:17

**212** 2:8 3:8
**219** 260:8
**22** 206:8
256:10
259:22
**23** 206:20
247:6 260:4
**235** 207:4
**237** 260:11
**24** 219:9
260:8
**24th** 75:13
**241** 260:16
**25** 237:6
256:13
260:11
**253** 260:18
**26** 241:21
260:16
**27** 171:17
242:8 253:4
259:8
260:18
**275** 15:4
96:13
**29** 200:3
―――――
**3**
**3** 59:17
219:18,19
219:21
256:17
**3/1/03** 88:24
257:5
**30** 1:12 97:10
117:15
199:25
261:15
**30th** 205:24
**30(b)** 221:22
**30(d)** 221:22
**31** 117:10
257:23
**34** 245:7,8
**35** 60:21,24
**36** 52:24
58:19 61:7
61:11 63:13

107:10
**37** 106:25
107:8,10,15
224:17
**37071** 1:22
**390** 184:25
―――――
**4**
**4** 71:24
185:18
203:5 211:2
211:5,6
242:25
243:14
248:25
256:4,22
**4th** 232:5
**4:10** 215:11
**405** 185:22
186:13
**407** 183:18
259:14
**42** 165:9,23
**43** 168:16
180:21
**44** 139:21,21
139:24
**45** 139:21,24
222:2
248:22
250:16,25
251:22
**45823** 89:21
257:9
**46** 228:19
**47** 128:12
**49** 131:10
186:7,8
189:25
244:14
248:12
**4960** 163:11
258:24
―――――
**5**
**5** 88:23 97:3
186:11
222:3 257:4

**5th** 255:21
**5/5/02** 206:9
259:22
**5:05** 250:11
**5:08** 253:7
**50** 50:25 69:9
256:7
**504-6000** 3:8
**58** 238:17
244:10
**587** 206:23
260:7
**59** 240:22,22
256:17
**593** 237:16
**594** 237:9
260:15
―――――
**6**
**6** 89:19
101:13
169:12
172:19
173:5
178:20
257:7
**60** 234:6
**65** 125:17
**68** 100:24
101:5,5
**69** 100:24
101:5
―――――
**7**
**7** 90:23 174:3
257:10
**7/18/12**
183:15
259:9
**70** 87:20 88:7
88:8
**71** 97:24 98:3
256:22
**715-9100** 2:8
**73** 25:18
256:16
―――――
**8**

**8** 72:3 108:17
195:7
257:14
**83** 95:11
**88** 257:4
―――――
**9**
**9** 115:24
257:18
**9:01** 1:13
**90** 201:11
257:10
259:21
**99** 241:22
260:17