# EXHIBIT 5

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

------------------------------x

CONGREGATION JESHUAT ISRAEL,

              Plaintiff,

        v.               C.A. NO. 12-822-m (LDA)

CONGREGATION SHEARITH ISRAEL

              Defendant.

------------------------------x


December 31, 2014

9:00 a.m.


    Deposition of VIVIAN MANN, taken

by the Plaintiff, pursuant to Agreement,

at the offices of Kramer Levin Naftalis

& Frankel LLP, 1177 Avenue of the

Americas, New York, New York, before

David Levy, CSR, RPR, CLR, a Notary

Public of the State of New York.

Job No: 37072

**2**

```
 1
 2    A P P E A R A N C E S :
 3
 4       Attorneys for Plaintiff
 5          KRAMER LEVIN NAFTALIS & FRANKEL, LLP
 6          1177 Avenue of the Americas
 7          New York, New York 10036
 8          (212) 715-9100
 9       BY: JONATHAN M. WAGNER, ESQ.
10          jwagner@kramerlevin.com
11          TOBIAS B. JACOBY, ESQ.
12          tjacoby@kramerlevin.com
13          DANIEL SCHUMEISTER, ESQ.
14          dschumeister@kramerlevin.com
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
 1
 2    A P P E A R A N C E S (Cont'd):
 3
 4       Attorneys for Defendants
 5          CADWALADER, WICKERSHAM & TAFT, LLP
 6          One World Financial Center
 7          New York, New York 10281
 8          (212) 504-6000
 9       BY: LOUIS M. SOLOMON, ESQ.
10          louis.solomon@cwt.com
11          SOLOMON B. SHINEROCK, ESQ.
12          solomon.shinerock@cwt.com
13          YAN GRINBLAT, ESQ.
14          yan.grinblat@cwt.com
15          JENNIFER CHIANG, ESQ.
16          jennifer.chiang@cwt.com
17
18
19
20
21
22
23
24
25
```

**4**

```
08:52:46    1
08:52:46    2    V I V I A N    M A N N, having been duly sworn
09:00:01    3       by the Notary Public, was examined and
09:00:01    4       testified as follows:
09:00:01    5    EXAMINATION BY
09:00:03    6    MR. WAGNER:
09:00:03    7       Q.  Good morning, Dr. Mann.  Have you ever
09:00:05    8    been deposed before?
09:00:06    9       A.  No.
09:00:06   10       Q.  Have you ever served as an expert
09:00:08   11    witness before?
09:00:08   12       A.  No.
09:00:09   13       Q.  You have some papers in front of you.
09:00:10   14    What are they?
09:00:11   15       A.  My report.
09:00:12   16       Q.  Anything else?
09:00:13   17       A.  I have pictures of the rimmonim, and a
09:00:21   18    chronology that I drew up.
09:00:22   19       Q.  May I see the chronology?
09:00:26   20       MR. SHINEROCK:  Let me give you a
09:00:28   21    copy.
09:00:30   22       A.  That was done in the course of my
09:00:31   23    work.
09:00:32   24       Q.  Did you use this to help prepare your
09:00:34   25    report?
```

**5**

```
            1                Mann
09:00:37    2       A.  Yes, to get things straight in my
09:00:39    3    mind.
09:00:40    4       MR. SOLOMON:  Did you use this before
09:00:41    5    the report was done?
09:00:42    6       THE WITNESS:  No, no.  It's
09:00:43    7    simultaneous.
09:00:44    8       MR. SOLOMON:  Listen carefully to the
09:00:46    9    question.  He asked you a very specific
09:00:48   10    question about the time period.
09:00:50   11       A.  Um-hum.
09:00:50   12       Q.  What did you do to prepare for today's
09:00:52   13    deposition?
09:00:54   14       A.  I've been doing research on the matter
09:00:57   15    since the late August when I was contacted.
09:00:59   16       Q.  But what did you do specifically to
09:01:02   17    prepare for today?
09:01:04   18       A.  Specifically for today?  Went over the
09:01:07   19    material with the lawyers.
09:01:08   20       Q.  And when was that?
09:01:12   21       A.  Was it -- Monday, Tuesday.
09:01:16   22       Q.  You mean yesterday and --
09:01:18   23       A.  And the day before.
09:01:19   24       Q.  And how many hours total did you
09:01:21   25    spend?
```

2  (Pages 2 to 5)

6

Mann

09:01:21  2    A.  On Monday, I spent three or four hours
09:01:25  3   and yesterday, it was six, seven.
09:01:28  4       Q.  Who did you meet with yesterday?
09:01:33  5       A.  With all the people in this room from
09:01:35  6   this side of the table.
09:01:36  7       Q.  Now, when I refer to Myer Myers
09:01:46  8   rimmonim, I mean the rimmonim that are now at the
09:01:51  9   NFA.
09:01:54  10      Am I right that CSI and the
09:02:00  11  congregations in Touro recognize that the Myer
09:02:04  12  Myers rimmonim were something special?
09:02:05  13      A.  Yes.
09:02:06  14      Q.  And did they recognize that those
09:02:07  15  rimmonim were of great value?
09:02:12  16      A.  Uh -- in my contacts over the years
09:02:15  17  with the Touro congregation, I don't think that
09:02:18  18  they did recognize as late as the '90s that --
09:02:23  19      MR. SOLOMON:  The Touro
09:02:24  20  congregation --
09:02:25  21      THE WITNESS:  I meant the Touro
09:02:27  22  Synagogue.  CJI.
09:02:30  23      MR. WAGNER:  I would ask that you not
09:02:32  24  interrupt, particularly when she's in the
09:02:33  25  middle of an answer, but go ahead.

7

Mann

09:02:36  2       A.  I had been at CJI in 1990 and I felt
09:02:41  3   that they were derelict in their treatment of the
09:02:45  4   rimmonim.
09:02:46  5       Q.  Did you say anything to them at the
09:02:47  6   time?
09:02:48  7       A.  Yes.
09:02:49  8       Q.  What did they say to you?
09:02:52  9       A.  They then took out insurance.
09:02:54  10      Q.  Did they pay for the insurance?
09:02:56  11      A.  I have no idea.
09:02:57  12      Q.  Is that relevant to your opinion,
09:03:00  13  whether they paid for the insurance?
09:03:01  14      A.  No.
09:03:03  15      Q.  Now, is there any document dated 1910
09:03:08  16  or earlier from CSI stating in words or substance,
09:03:14  17  "We own the Myer Myers rimmonim that were located
09:03:17  18  in Touro Synagogue"?  And I mean a specific
09:03:22  19  reference to the Myer Myers rimmonim.
09:03:25  20      A.  Not a specific reference.
09:03:25  21      Q.  Is there any contemporaneous document
09:03:31  22  1910 or earlier from CJI stating that, in words or
09:03:36  23  substance, "CSI owns the Myer Myers rimmonim that
09:03:40  24  are located in Touro Synagogue"?
09:03:41  25      A.  From my research, there's no

8

Mann

09:03:43  2   documentation through 1958 in which CJI said that
09:03:47  3   they owned those rimmonim.
09:03:48  4       Q.  No, was there any --
09:03:50  5       A.  Nothing in the decade you're talking
09:03:52  6   about.
09:03:52  7       Q.  No, is there anything -- is there
09:03:56  8   anything from CJI, any CJI document through 1910
09:04:03  9   which states that CSI owns the Myer Myers rimmonim?
09:04:09  10      A.  Yes.
09:04:10  11      Q.  What is that?
09:04:10  12      A.  There are several documents in the
09:04:12  13  minutes of CJI.
09:04:13  14      Q.  Okay.
09:04:15  15      A.  And there's the telegram that we were
09:04:18  16  given, that we saw.
09:04:21  17      Q.  Okay.  What CJI minutes are you
09:04:25  18  referencing?
09:04:27  19      You can look in your report.
09:04:31  20      MR. WAGNER:  Let me mark it as an
09:04:33  21  exhibit.  I'm going to give you an
09:04:34  22  official report for you to use.  This will
09:04:41  23  be Exhibit 1.
09:04:42  24  EXH    (Mann Exhibit 1, expert report of
09:04:42  25  Dr. Vivian Mann dated 11/24/14, marked

9

Mann

09:10:12  2   for identification, as of this date.)
09:10:13  3       Q.  You have before you Exhibit 1 which is
09:10:15  4   your report.  Is there any CJI document predating
09:10:19  5   1910 which states in words or substance that CSI
09:10:22  6   owns the Myer Myers rimmonim?
09:10:24  7       A.  CJI did not -- oh, before -- okay.
09:10:28  8   Just a minute.  First of all, there's a document of
09:10:35  9   September 19th, 1897.  This is my chronology that I
09:10:40  10  continued to work on after I wrote the report.
09:10:44  11      There was a letter received -- this is
09:10:46  12  the quote from the minutes of CJI from Shearith
09:10:50  13  Israel, stating the said congregation sent a pair
09:10:54  14  of silver bells for temporary use until they could
09:10:58  15  procure a pair for permanent use.
09:10:59  16      Q.  Okay.  So my question is, is there any
09:11:01  17  specific reference to Myer Myers' rimmonim in any
09:11:05  18  of those documents?
09:11:07  19      A.  No.  Except --
09:11:10  20      Q.  No, just --
09:11:12  21      A.  No.
09:11:12  22      Q.  -- he'll do the "except."  I
09:11:14  23  understand your position.  I read your very
09:11:16  24  impressive report.  I'm just looking for specific
09:11:18  25  references.

3  (Pages 6 to 9)

10

| | | Mann |
|---|---|---|
| 09:11:20 | 2 | Now is there any document -- |
| 09:11:22 | 3 | MR. SOLOMON:  And I'm going to suggest |
| 09:11:23 | 4 | that you answer the question fully but |
| 09:11:26 | 5 | answer the question.  Make sure it's full |
| 09:11:28 | 6 | to the extent that you can, but just |
| 09:11:30 | 7 | answer. |
| 09:11:30 | 8 | Q. Is there any document stating, "We, |
| 09:11:35 | 9 | CSI, hereby loan to you, CJI, the Myer Myers |
| 09:11:39 | 10 | rimmonim"? |
| 09:11:39 | 11 | A. There is no such document. |
| 09:11:41 | 12 | Q. Okay.  Now, you say on page 5 of your |
| 09:11:44 | 13 | report, the second paragraph, three, four, five |
| 09:11:58 | 14 | lines in, you say, "Of the five pairs of finials |
| 09:12:02 | 15 | crafted by Myer Myers, two pairs were made for CSI, |
| 09:12:06 | 16 | one pair was a private commission that was later |
| 09:12:08 | 17 | donated to CSI, and two pairs were created for |
| 09:12:13 | 18 | Congregation Mikveh Israel." |
| 09:12:15 | 19 | Do you see that?  So let's take off |
| 09:12:18 | 20 | the table milk very Israel. |
| 09:12:20 | 21 | A. Right. |
| 09:12:20 | 22 | Q. And let's take off the table for now |
| 09:12:22 | 23 | the 1892-1893.  So let's concentrate on the two. |
| 09:12:28 | 24 | A. Okay. |
| 09:12:28 | 25 | Q. You say those two were made for CSI, |

11

| | | Mann |
|---|---|---|
| 09:12:34 | 2 | right? |
| 09:12:34 | 3 | A. Correct. |
| 09:12:34 | 4 | Q. And is one of those pair the one |
| 09:12:37 | 5 | that's sitting now at the NFA? |
| 09:12:40 | 6 | A. No.  The set, and I'm referring to |
| 09:12:44 | 7 | set, because the set is composed of two single |
| 09:12:48 | 8 | rimmonim from two different pairs. |
| 09:12:50 | 9 | Q. Okay. |
| 09:12:51 | 10 | A. There were two pairs made by Myer |
| 09:12:53 | 11 | Myers.  At some point, when they last went to |
| 09:12:59 | 12 | Touro, were loaned to Touro, one was taken from one |
| 09:13:02 | 13 | set, one was -- one pair, and one was taken from |
| 09:13:06 | 14 | the other.  So the two now in the MFA as well as |
| 09:13:10 | 15 | the two in CSI are from, one each from the two |
| 09:13:14 | 16 | original pairs. |
| 09:13:15 | 17 | Q. Have you seen those rimmonim? |
| 09:13:17 | 18 | A. Yes. |
| 09:13:17 | 19 | Q. When was the last time you saw them? |
| 09:13:19 | 20 | A. I saw the ones in the MFA a year ago. |
| 09:13:24 | 21 | Q. Do they look identical? |
| 09:13:26 | 22 | MR. SOLOMON:  Had you finished your |
| 09:13:27 | 23 | answer? |
| 09:13:30 | 24 | THE WITNESS:  Um -- I'm sorry?  Did |
| 09:13:32 | 25 | I -- |

12

| | | Mann |
|---|---|---|
| 09:13:33 | 2 | MR. SOLOMON:  Sounded like -- |
| 09:13:35 | 3 | A. No, no.  Did I see them?  Yes.  The |
| 09:13:37 | 4 | answer is yes.  I saw the MFA ones in December of |
| 09:13:41 | 5 | last year, and I examined the ones that are in |
| 09:13:46 | 6 | Shearith Israel at the New York Historical Society |
| 09:13:50 | 7 | where they were on loan and they were taken out of |
| 09:13:52 | 8 | the case so that I could examine them. |
| 09:13:55 | 9 | Q. And did they look identical? |
| 09:13:56 | 10 | A. No. |
| 09:13:56 | 11 | Q. Is it possible just the bases were |
| 09:14:00 | 12 | mixed up? |
| 09:14:00 | 13 | A. No. |
| 09:14:01 | 14 | Q. Okay.  Now, but in any case, you say |
| 09:14:04 | 15 | that two pairs were made for CSI. |
| 09:14:09 | 16 | A. Correct. |
| 09:14:10 | 17 | Q. And that means no pairs were made for |
| 09:14:12 | 18 | Touro Synagogue, right? |
| 09:14:14 | 19 | A. Correct. |
| 09:14:14 | 20 | Q. So are you saying that CSI was the |
| 09:14:19 | 21 | owner of those two sets of rimmonim from the start? |
| 09:14:22 | 22 | A. Yes. |
| 09:14:22 | 23 | Q. And are you saying that they were the |
| 09:14:25 | 24 | possessor of those two sets of rimmonim for -- |
| 09:14:28 | 25 | A. Is that a legal term that I don't |

13

| | | Mann |
|---|---|---|
| 09:14:29 | 2 | know? |
| 09:14:30 | 3 | Q. No, just who possessed it first? |
| 09:14:34 | 4 | A. CSI. |
| 09:14:34 | 5 | Q. Now, is there any other scholar -- I |
| 09:14:46 | 6 | know you're a great scholar -- is there any other |
| 09:14:48 | 7 | scholar who says that those two sets were both made |
| 09:14:51 | 8 | for CSI? |
| 09:14:54 | 9 | A. I have not seen in print any |
| 09:14:57 | 10 | conclusions drawn from the type of research that I |
| 09:15:01 | 11 | did, which was a very close reading of the ledger |
| 09:15:06 | 12 | of the period in which these rimmonim were made. |
| 09:15:09 | 13 | Q. And I'm right that there are lots of |
| 09:15:12 | 14 | other scholars who say that Myer Myers made a set |
| 09:15:17 | 15 | of rimmonim for Touro Synagogue, right? |
| 09:15:20 | 16 | MR. SOLOMON:  I object to the form of |
| 09:15:21 | 17 | the question.  There's no foundation. |
| 09:15:22 | 18 | Q. You can answer.  Am I right? |
| 09:15:26 | 19 | A. There are scholars who quote one |
| 09:15:31 | 20 | another, if I may put it that way. |
| 09:15:32 | 21 | Q. Okay. |
| 09:15:33 | 22 | A. Who -- who say this.  But they have |
| 09:15:36 | 23 | not done original research. |
| 09:15:37 | 24 | Q. But they say that Myer Myers made a |
| 09:15:44 | 25 | pair of rimmonim for Touro Synagogue, correct? |

4  (Pages 10 to 13)

14

Mann

09:15:45  1
09:15:45  2    MR. SOLOMON:  I object to the question
09:15:47  3  and I object to asking the witness a
09:15:49  4  question about what a document says
09:15:51  5  without showing her the document.
09:15:53  6  Misleading and improper.
09:15:54  7    Q. You can answer.
09:15:56  8    A. No, I can't.  Who are you talking
09:15:57  9  about?
09:15:58  10    Q. David Barquist.  Didn't David Barquist
09:16:00  11  say that Myer Myers made a pair of rimmonim for
09:16:03  12  Touro Synagogue?
09:16:03  13    MR. SOLOMON:  I have the same
09:16:04  14  objection, asking the witness a question
09:16:06  15  about a document without showing her the
09:16:09  16  document.  It's improper.
09:16:10  17    Q. You can answer.
09:16:11  18    A. No.  Can I see Barquist?
09:16:12  19    Q. No.  Are you able for answer that
09:16:13  20  without looking at Barquist?
09:16:15  21    A. Am I able to answer?  But I think it
09:16:17  22  would be --
09:16:18  23    Q. I understand --
09:16:18  24    A. -- more specific.
09:16:20  25    Q. But I ask the questions.  Do you know

15

Mann

09:16:21  1
09:16:21  2  whether David Barquist says that Myer Myers made a
09:16:24  3  pair of rimmonim for Touro Synagogue?
09:16:26  4    MR. SOLOMON:  I object to the
09:16:28  5  question.
09:16:29  6    A. He only listed Touro as the lending
09:16:31  7  body.  I do not remember, and I would have to see
09:16:34  8  the document to know if he said what you said.
09:16:36  9    Q. Okay.  Can you identify any other
09:16:41  10  scholar besides you who says that Myer Myers made
09:16:46  11  both sets of those rimmonim for CSI?
09:16:50  12    A. No other scholar has done the research
09:16:52  13  in the original ledgers that I did.
09:16:54  14    Q. So your answer is no?
09:16:57  15    A. No.
09:16:59  16    Q. Why do you think they came -- well,
09:17:02  17  let me just show you Barquist.
09:17:05  18    EXH     (Mann Exhibit 2, excerpt from
09:17:05  19    Barquist, "Myer Myers, Jewish
09:17:05  20    Silversmith in Colonial New York",
09:17:05  21    marked for identification, as of this
09:17:24  22    date.)
09:17:24  23    MR. SHINEROCK:  Are you marking this
09:17:25  24  or are you using --
09:17:26  25    MR. WAGNER:  Yes.  Exhibit 2.

16

Mann

09:17:34  1
09:17:34  2    (Witness perusing document.)
09:18:08  3    Q. Okay.  Do you read, I guess,
09:18:11  4  Dr. Barquist as saying that Myer Myers made a set
09:18:15  5  of rimmonim for Touro Synagogue?
09:18:20  6    A. I'm on page -- I've gone through page
09:18:23  7  158.  So far, he's not said that.
09:18:26  8    Q. Okay.
09:18:35  9    A. If you read the statement on 159, the
09:18:37  10  beginning of the second paragraph, "No record
09:18:40  11  survives to document when the Torah finials at
09:18:43  12  either Shearith Israel or Yeshuat Israel were
09:18:46  13  commissioned by or donated to the congregation."
09:18:49  14    I don't believe that all of that is
09:18:50  15  true.  But the -- but the statement does pertain to
09:18:56  16  Yeshuat Israel.  It does not pertain to Shearith
09:18:59  17  Israel as a result of my research.
09:19:00  18    Q. Okay.  So what differentiates you and
09:19:04  19  other scholars is that you've done this original
09:19:06  20  research, right?
09:19:06  21    A. Correct.
09:19:07  22    Q. And was that original research, to
09:19:10  23  your knowledge, was that original research
09:19:12  24  available to scholars before you looked at it?
09:19:20  25    A. I -- I think that Barquist referenced

17

Mann

09:19:27  1
09:19:27  2  that there was a ledger.  But I don't think he was
09:19:30  3  specific about whether he saw it or not -- read it
09:19:34  4  or not.
09:20:06  5    Q. Let me show you -- do you know who
09:20:08  6  Rabbi Marc Angel is?
09:20:09  7    A. Yes.
09:20:10  8    Q. Who is he?
09:20:10  9    A. Rabbi Angel was the rabbi of
09:20:14  10  Spanish-Portuguese Synagogue for many years,
09:20:17  11  until --
09:20:17  12    Q. Did you know him personally?
09:20:19  13    A. Yes.
09:20:19  14    Q. Are you friends with him?
09:20:21  15    A. I wouldn't call myself a friend, but I
09:20:23  16  do know him.
09:20:25  17    Q. Do you hold him in high regard?
09:20:27  18    A. I do.
09:20:27  19    Q. Is very knowledgeable about CSI?
09:20:32  20    A. Um -- I am sure that he is
09:20:38  21  knowledgeable about the customs and usages in CSI.
09:20:42  22  I did not consider that what he has written about
09:20:46  23  the history and the rimmonim to be original
09:20:50  24  research.  It reflects things that I've read that
09:20:54  25  were written prior to his essay.

5  (Pages 14 to 17)

18

Mann

| | | |
|---|---|---|
| 09:20:57 | 2 | Q. Okay. |
| 09:20:58 | 3 | MR. WAGNER: Let's look at Exhibit 3. |
| 09:21:00 | 4 | EXH    (Mann Exhibit 3, excerpt from book, |
| 09:21:00 | 5 | Remnant of Israel, by Rabbi Marc D. |
| 09:21:00 | 6 | Angel, marked for identification, as of |
| 09:21:14 | 7 | this date.) |
| 09:21:14 | 8 | MR. SOLOMON: I'm going to ask you, |
| 09:21:15 | 9 | Dr. Mann, to slow down enough so that I |
| 09:21:18 | 10 | can interpose my objection. |
| 09:21:19 | 11 | Q. Have you seen this before? |
| 09:21:20 | 12 | A. Yes. |
| 09:21:21 | 13 | Q. Now, can you turn to page 63? It's |
| 09:21:23 | 14 | the last page. The bottom right. "He also created |
| 09:21:28 | 15 | rimmonim for congregations in Newport and |
| 09:21:31 | 16 | Philadelphia," do you see that? |
| 09:21:32 | 17 | A. I do. |
| 09:21:32 | 18 | Q. And your testimony or opinion is that |
| 09:21:34 | 19 | he's wrong with respect to Newport, right? |
| 09:21:37 | 20 | A. Correct. |
| 09:21:37 | 21 | Q. Correct, that he's -- |
| 09:21:39 | 22 | A. That he is wrong. |
| 09:21:40 | 23 | Q. Okay. Now, okay. We'll come back to |
| 09:21:49 | 24 | that. |
| 09:21:50 | 25 | Can you turn to page 9 of the report. |

19

Mann

| | | |
|---|---|---|
| 09:22:08 | 2 | Now, you quote some minutes from 1833, do you see |
| 09:22:12 | 3 | that? |
| 09:22:13 | 4 | A. Um-hum. |
| 09:22:13 | 5 | Q. Are those minutes important to your |
| 09:22:15 | 6 | opinion? |
| 09:22:24 | 7 | A. Um -- they laid the groundwork for my |
| 09:22:27 | 8 | opinion that the items that were used in Newport, |
| 09:22:34 | 9 | the seforim and then later the silver, was returned |
| 09:22:38 | 10 | to CSI. |
| 09:22:39 | 11 | Q. Well, the minutes reference only |
| 09:22:45 | 12 | seforim? |
| 09:22:45 | 13 | A. That's right. |
| 09:22:45 | 14 | Q. Okay. But that doesn't include bells, |
| 09:22:49 | 15 | does it? |
| 09:22:49 | 16 | A. No. I -- there's a later document I |
| 09:22:53 | 17 | would have to find for you. |
| 09:22:54 | 18 | Q. Well, is that the inventory? |
| 09:22:56 | 19 | A. No. The inventory shows that there |
| 09:23:01 | 20 | were two pairs owned by CSI and that they were back |
| 09:23:06 | 21 | in this congregation by 1869. |
| 09:23:08 | 22 | Q. Well, but what's the relevance of |
| 09:23:12 | 23 | these seforim to anything having to do with the |
| 09:23:16 | 24 | Myer Myers rimmonim? |
| 09:23:17 | 25 | MR. SOLOMON: Object to the question. |

20

Mann

| | | |
|---|---|---|
| 09:23:18 | 2 | Asked and answered. |
| 09:23:18 | 3 | Q. You can answer. |
| 09:23:21 | 4 | THE WITNESS: I can answer? |
| 09:23:23 | 5 | Q. Yes. |
| 09:23:23 | 6 | MR. SOLOMON: If you have more to add. |
| 09:23:28 | 7 | A. What's the relevance? There's no -- |
| 09:23:33 | 8 | this statement proves the fact that the Seixas -- |
| 09:23:37 | 9 | and I discovered later that the name that was |
| 09:23:39 | 10 | written as "Beia" is Benjamin, really. That may |
| 09:23:44 | 11 | have been his nickname. So he and the mother had |
| 09:23:47 | 12 | in their home from the time of the dissolution of |
| 09:23:51 | 13 | CYI both the seforim and the silver that had been |
| 09:23:58 | 14 | used in Newport. |
| 09:24:01 | 15 | Q. So is it your conclusion that they |
| 09:24:05 | 16 | sent both the seforim and the silver? |
| 09:24:07 | 17 | A. No -- well, I don't think they sent |
| 09:24:10 | 18 | all the silver. I think some of it was sent |
| 09:24:12 | 19 | directly. They sent some of the silver. |
| 09:24:17 | 20 | Q. Did some of the silver travel with the |
| 09:24:19 | 21 | seforim, to your knowledge? |
| 09:24:20 | 22 | A. No, I don't have any knowledge. |
| 09:24:21 | 23 | Q. You don't know one way or the other. |
| 09:24:23 | 24 | A. There's no statements that they did |
| 09:24:28 | 25 | travel. And you can see, this is a clear statement |

21

Mann

| | | |
|---|---|---|
| 09:24:31 | 2 | that they are dealing with the Torah scrolls |
| 09:24:34 | 3 | separately from the silver. |
| 09:24:35 | 4 | Q. So then why do you have a reference to |
| 09:24:40 | 5 | seforim if they are separate from the silver? |
| 09:24:44 | 6 | MR SOLOMON: Asked and answered. |
| 09:24:44 | 7 | Q. You can answer. |
| 09:24:45 | 8 | MR. SOLOMON: Third time. |
| 09:24:47 | 9 | A. The research that I -- I am allowed, |
| 09:24:50 | 10 | according to the statement in the report, to do |
| 09:24:53 | 11 | more research after receiving this. I'm on number |
| 09:24:57 | 12 | 24. Subsequently I found other indications that |
| 09:25:00 | 13 | the silver was returned to CSI subsequent to the |
| 09:25:03 | 14 | return of the scrolls. |
| 09:25:04 | 15 | Q. What other research did you do? |
| 09:25:06 | 16 | A. Oh, I keep reading documents. |
| 09:25:09 | 17 | Q. Okay. Well, I -- I'm entitled to, if |
| 09:25:13 | 18 | there's some new opinion, I'm entitled to what they |
| 09:25:17 | 19 | are, I'm entitled to a list of them. |
| 09:25:20 | 20 | What are they? |
| 09:25:21 | 21 | A. They are the same minutes of the 19th |
| 09:25:23 | 22 | century from CSI -- 19th century minutes from CSI. |
| 09:25:26 | 23 | Q. Are they listed on your report? |
| 09:25:29 | 24 | A. I don't remember numbers like that. |
| 09:25:33 | 25 | Q. I mean, if there's any additional |

6 (Pages 18 to 21)

22

Mann

09:25:36  1    material that you relied on, I think I'm entitled
09:25:39  2    to that.
09:25:40  3        A.  I did not rely on it in writing the
09:25:43  4    report.  It was subsequent.
09:25:44  5        Q.  But I'm entitled to all your opinions.
09:25:47  6    Now, when the parties reference seforim, do they
09:25:51  7    mean to reference bells?
09:25:52  8        A.  No.  Because --
09:25:58  9        Q.  Go ahead.
09:25:59 10        A.  -- am I allowed to?
09:26:00 11        Q.  Well, you can tell me why.
09:26:02 12        A.  Because when there are bells with
09:26:04 13    seforim, they are specifically mentioned.  For
09:26:06 14    example, there's a list of the six Torah scrolls
09:26:10 15    that were in Newport by 1769.  Only two of them had
09:26:15 16    bells, and those are specifically referenced.  The
09:26:24 17    mention of seforim does not imply bells.
09:26:24 18    EXH        (Mann Exhibit 4, handwritten
09:26:24 19            inventory list, Bates numbered CSI4921
09:26:24 20            through 4960, marked for identification,
09:27:23 21            as of this date.)
09:27:23 22            (A pause in the proceedings.)
09:27:26 23        Q.  Actually, let me go back for a second
09:27:28 24    to Rabbi Angel.  Why do you think Rabbi Angel got

23

Mann

09:27:33  1    it wrong?
09:27:34  2        A.  I read a lot of the original
09:27:38  3    publications on the history of Touro and CSI.  I
09:27:42  4    simply went to the library at the Jewish
09:27:46  5    Theological Seminary, which is one of the two
09:27:48  6    biggest libraries on matters of Jewish interest.  I
09:27:53  7    took out every book pertaining to CSI and to Touro.
09:28:00  8        So by the time I read Rabbi Angel, I
09:28:02  9    knew what the others had written, and he has -- he
09:28:05 10    leans greatly, he incorporates things that other
09:28:09 11    people wrote in the main part of the essay.
09:28:14 12        I think there was a mistake made.
09:28:14 13        Q.  Didn't he specifically look at the
09:28:15 14    minutes?
09:28:17 15        A.  No, I don't think he did.  I know he
09:28:17 16    read de Sola Pool and the other people, and he
09:28:20 17    added some things that he knew, and --
09:28:26 18        Q.  If Rabbi Angel did look at the minutes
09:28:29 19    dating back to the early 1700s -- let me just
09:28:32 20    finish -- this is what's called a hypothetical.
09:28:35 21        A.  Okay.
09:28:39 22        Q.  I get to ask that.  If he did look at
09:28:39 23    the minutes and he concluded, after he read the
09:28:42 24    minutes, that Myer Myers made a set of rimmonim for

24

Mann

09:28:47  1    Newport synagogue, would that change your opinion
09:28:50  2    here at all?
09:28:51  3        A.  No.  Because I didn't find that in the
09:28:54  4    minutes.
09:28:54  5        Q.  Okay.
09:28:55  6        A.  And --
09:28:56  7        Q.  Well, you wouldn't find it in CSI's
09:28:58  8    minutes, right?
09:28:59  9        MR. SOLOMON:  I'm sorry, what's the
09:29:00 10    question pending?
09:29:01 11        Q.  You wouldn't find in CSI's minutes
09:29:03 12    that -- let me finish the question -- that Myer
09:29:07 13    Myers made a pair of rimmonim for CJI, would you?
09:29:12 14        A.  No.
09:29:12 15        MR. SOLOMON:  So your question, that
09:29:14 16    Rabbi Angel read the CJI minutes?
09:29:17 17        Because --
09:29:18 18        MR. WAGNER:  Okay.
09:29:19 19        Q.  Do you know whether Rabbi Angel read
09:29:21 20    the CSI minutes?
09:29:23 21        A.  No.  I do not know.
09:29:24 22        Q.  And if he read the CSI minutes, and he
09:29:27 23    concluded that Myer Myers made a pair of rimmonim
09:29:31 24    for the Newport synagogue, would that change your

25

Mann

09:29:33  1    opinion?
09:29:33  2        MR. SOLOMON:  Asked and answered.
09:29:38  3        A.  He couldn't conclude that from the
09:29:40  4    evidence in the minutes.
09:29:41  5        Q.  I'm not asking whether he could
09:29:45  6    conclude -- I'm just asking whether that would
09:29:47  7    change your opinion.
09:29:48  8        A.  No.
09:29:48  9        Q.  Okay.  Now, you cite this inventory in
09:29:52 10    your --
09:29:54 11        A.  Um-hum.
09:29:54 12        Q.  -- and it says on the front,
09:29:58 13    "Inventory of all property effects belonging to or
09:30:01 14    in keeping of Kehillat Kodesh Shearith Israel," can
09:30:09 15    you see that?
09:30:09 16        A.  Um-hum.
09:30:12 17        MR. SOLOMON:  You have to answer
09:30:13 18    audibly.
09:30:14 19        A.  Yes, I see that.
09:30:15 20        Q.  What do you understand the words
09:30:17 21    "belonging to" to mean there?
09:30:22 22        A.  That they are the property of CSI.
09:30:24 23        Q.  Does that mean, you interpret that as
09:30:27 24    ownership?

7  (Pages 22 to 25)

26

Mann

09:30:28   1   A. In a general sense. I don't know
09:30:32   2   legal terms.
09:30:52   3   MR. WAGNER: Why don't we mark -- do
09:30:55   4   we have another set of her chronology?
09:31:02   5   MR. SHINEROCK: I think I gave you
09:31:03   6   guys, all three of you --
09:31:10   7   (A pause in the proceedings.)
09:31:10   8   MR. WAGNER: Let's mark this.
09:31:12   9   EXH   (Mann Exhibit 5, five-page document
09:31:12  10  entitled, "Chronology," not Bates
09:31:12  11  numbered, marked for identification, as
09:31:28  12  of this date.)
09:31:28  13  Q. Now, would you agree with me that --
09:31:35  14  by the way, what is this document I just put before
09:31:38  15  you?
09:31:38  16  A. It's a document that I drew up in the
09:31:41  17  course of my research, put on my computer, amended
09:31:45  18  as I kept reading, to help me put the facts in
09:31:51  19  order.
09:31:51  20  Q. Are you a historian?
09:31:53  21  A. I'm an art historian who also, by the
09:31:57  22  nature of the subject, dealt -- deal with history.
09:32:00  23  Q. Are you an expert in American Jewish
09:32:04  24  history?
        25

27

Mann

09:32:05   1   A. No.
09:32:05   2   Q. But you are a historian.
09:32:11   3   A. I -- my Ph.D. is in art history. But
09:32:14   4   every art historian seeks to put works within their
09:32:18   5   historical context. So I have read a lot of
09:32:21   6   history.
09:32:21   7   Q. And as a historian, do you try to
09:32:24   8   present facts fairly and accurately?
09:32:28   9   A. Absolutely.
09:32:28  10  Q. Is that important to do?
09:32:31  11  A. It's important in any scholarly
09:32:35  12  endeavor.
09:32:36  13  Q. Why is that?
09:32:37  14  A. Otherwise the scholarly work is a
09:32:40  15  fairy tale rather than reality.
09:32:43  16  Q. Now, do you believe that your report
09:32:46  17  is fair and accurate?
09:32:47  18  A. Yes.
09:32:47  19  Q. Do you believe it presents both sides
09:32:51  20  of the story?
09:32:53  21  A. It cannot present both sides of the
09:32:56  22  original, the period of the revolutionary period
09:33:01  23  because there's been no -- no minutes or documents
09:33:07  24  forthcoming for that period from -- from the Touro
        25

28

Mann

09:33:11   1   Synagogue.
09:33:11   2   Q. But one of the points you make in your
09:33:13   3   report is that the bells that others say were made
09:33:20   4   for Touro were in fact made for CSI, right?
09:33:23   5   A. Yes.
09:33:23   6   Q. And you stand by that conclusion,
09:33:25   7   right?
09:33:25   8   A. Yes.
09:33:26   9   Q. How sure are you of that?
09:33:29  10  A. I am sure.
09:33:32  11  Q. Do you have any doubt in your mind?
09:33:34  12  A. No.
09:33:34  13  Q. Why do you have no doubt?
09:33:43  14  MR. SOLOMON: Object to the form.
09:33:44  15  Q. You can answer.
09:33:47  16  MR. SOLOMON: Incomprehensible. I
09:33:47  17  object to the question.
09:33:50  18  Q. You can answer. What is it that's so
09:33:51  19  conclusive about the evidence?
09:33:56  20  A. The payments made to Myer Myers in the
09:33:58  21  years the finials were made.
09:34:03  22  Q. Have you -- and that's what you got
09:34:04  23  from the --
        24  A. Ledger.
        25

29

Mann

09:34:05   1   Q. -- ledger. And is it your testimony
09:34:11   2   that the ledger was not available to anyone before
09:34:15   3   you looked at it?
09:34:16   4   A. I can't attest to that.
09:34:19   5   Q. Did you look at the minutes that go
09:34:21   6   with that ledger?
09:34:24   7   A. By -- the original minutes I
09:34:27   8   understand are missing. I only could read that
09:34:30   9   which was published by Reverend Lyons as a result
09:34:37  10  of his amassing of documents in the second half of
09:34:39  11  the 19th century. So I don't have minutes from the
09:34:44  12  colonial period. I have the ledger.
09:34:45  13  Q. Are you aware that those minutes, the
09:34:48  14  minutes pertaining to that specific entry, have
09:34:51  15  been in the public domain for well over a hundred
09:34:54  16  years?
09:34:55  17  A. There has been, I understand, Reverend
09:35:00  18  Lyons' transcription of those minutes.
09:35:02  19  Q. And did you look at that
09:35:03  20  transcription?
09:35:04  21  A. Yes.
09:35:05  22  Q. What did it say?
09:35:06  23  A. It affirmed what I had written from my
09:35:09  24  own examination of the ledger. There were no
        25

8 (Pages 26 to 29)

30

Mann

| | |
|---|---|
| 09:35:11 | 2 contradictions. |
| 09:35:12 | 3 Q. Okay. Now, let's look at... |
| 09:35:12 | 4 EXH (Mann Exhibit 6, photographs of two |
| 09:35:12 | 5 pages of a handwritten document, Bates |
| 09:35:12 | 6 numbered CSI5257 and 5258, marked for |
| 09:35:58 | 7 identification, as of this date.) |
| 09:35:58 | 8 Q. Now, what is this document? |
| 09:36:02 | 9 A. Um -- this is 1893. |
| 09:36:07 | 10 Q. No, no. I'm sorry. It's 1833. |
| 09:36:11 | 11 A. All right. I don't -- |
| 09:36:12 | 12 Q. Okay. Why don't you go to your report |
| 09:36:17 | 13 because it's very hard. |
| 09:36:18 | 14 A. I have read it. |
| 09:36:21 | 15 Q. Okay. |
| 09:36:22 | 16 A. So what part are you concerned with? |
| 09:36:34 | 17 Q. See where it says, "The committee |
| 09:36:35 | 18 appointed"? |
| 09:36:36 | 19 A. Yes. |
| 09:36:37 | 20 Q. "The committee appointed -- |
| 09:36:51 | 21 A. "To receive." |
| 09:36:51 | 22 Q. -- "to receive the seforim" -- |
| 09:36:55 | 23 MR. JACOBY: It's actually clear if |
| 09:36:57 | 24 you go to the second page. |
| 09:36:58 | 25 Q. -- "the seforim belonging to the |

31

Mann

| | |
|---|---|
| 09:37:06 | 2 Newport Synagogue report that they have received |
| 09:37:08 | 3 the same" -- |
| 09:37:09 | 4 A. Newport Synagogue, and then says |
| 09:37:13 | 5 "shul." |
| 09:37:13 | 6 Q. "Shul." Okay, I'm sorry, "Report that |
| 09:37:15 | 7 they have received the same and deposited them in |
| 09:37:17 | 8 our heichal and have give a receipt to the family |
| 09:37:22 | 9 of the late Moses Seixas, of which the following is |
| 09:37:24 | 10 a duplicate." |
| 09:37:26 | 11 Do you see that? |
| 09:37:26 | 12 A. Yes. |
| 09:37:26 | 13 Q. And you omitted from your report the |
| 09:37:29 | 14 reference to "belonging to the Newport Synagogue," |
| 09:37:32 | 15 did you not? |
| 09:37:41 | 16 A. There are two sets of -- did I omit |
| 09:37:44 | 17 that? I would have to look -- |
| 09:37:46 | 18 Q. Well, let's look at what you did. Can |
| 09:37:49 | 19 you look at page 9 of your report. You see the |
| 09:37:55 | 20 second paragraph? |
| 09:37:59 | 21 A. Um-hum. |
| 09:37:59 | 22 Q. "To receive the seforim," three dot |
| 09:38:05 | 23 ellipses. Did you take that out, did you take out |
| 09:38:08 | 24 the language, "Belonging to Newport Synagogue"? |
| 09:38:11 | 25 A. I do not remember whether I couldn't |

32

Mann

| | |
|---|---|
| 09:38:13 | 2 read it at the moment or whether I -- and |
| 09:38:15 | 3 therefore, wrote the ellipses, or why I did that. |
| 09:38:18 | 4 I don't remember. This is two months ago. |
| 09:38:22 | 5 Now, but I have no problem with the |
| 09:38:24 | 6 phrase, "Belonging to the Newport Synagogue," |
| 09:38:27 | 7 because there were two sets -- the six scrolls that |
| 09:38:32 | 8 are described by Ezra Stiles as being in Newport in |
| 09:38:37 | 9 1769, there are -- we know that there were two that |
| 09:38:44 | 10 were lent by Shearith Israel and four were direct |
| 09:38:48 | 11 donations for Touro. |
| 09:38:50 | 12 So when it refers to the four, it's |
| 09:38:53 | 13 talking about -- the two were recovered, okay? |
| 09:38:57 | 14 Q. The two -- |
| 09:38:58 | 15 A. Prior to this report. And it's the |
| 09:39:01 | 16 other four that they were asking to safeguard in |
| 09:39:07 | 17 their heichal. And that was done. |
| 09:39:10 | 18 Q. And those are the four that belonged |
| 09:39:11 | 19 to Touro Synagogue, right? |
| 09:39:14 | 20 A. They were direct donations to Touro. |
| 09:39:16 | 21 Q. You didn't omit that information |
| 09:39:18 | 22 because you couldn't read it, did you? |
| 09:39:19 | 23 A. I -- I can't remark on that. I don't |
| 09:39:26 | 24 remember. |
| 09:39:26 | 25 Q. Can you look at your chronology on |

33

Mann

| | |
|---|---|
| 09:39:29 | 2 page 3. You have the words right there, February |
| 09:39:39 | 3 10, 1833, "Belonging to the congregation" -- I'm |
| 09:39:42 | 4 sorry, scratch that. Never mind. We'll come to |
| 09:39:46 | 5 that. |
| 09:39:47 | 6 And you say -- you say in your report, |
| 09:39:53 | 7 that -- I'm sorry. In your first full paragraph on |
| 09:40:01 | 8 page 9 -- |
| 09:40:04 | 9 A. Um-hum. |
| 09:40:04 | 10 Q. -- strike that. Was it inappropriate |
| 09:40:12 | 11 to leave out that language, "Belonging to Newport |
| 09:40:15 | 12 Synagogue"? |
| 09:40:23 | 13 A. I see its significance now. I don't |
| 09:40:29 | 14 know that I thought it was inappropriate when I |
| 09:40:32 | 15 wrote the report. |
| 09:40:33 | 16 Q. Okay. Now, in the next paragraph, you |
| 09:40:36 | 17 say, "CSI also safeguarded other Torah scrolls |
| 09:40:41 | 18 formerly used at the Newport Synagogue," do you see |
| 09:40:44 | 19 that? |
| 09:40:44 | 20 A. Um-hum. |
| 09:40:45 | 21 Q. And then you quote the minutes, |
| 09:40:48 | 22 "Received from the family of the late Moses |
| 09:40:51 | 23 Seixas." |
| 09:40:52 | 24 Do you see that? |
| 09:40:53 | 25 A. Um-hum. |

9 (Pages 30 to 33)

34

Mann

1
2  Q. Those are the same Torahs that are
3  referenced in the prior paragraph, aren't they?
4     A. No. The -- no, those are the two
5  scrolls -- there -- yes. These are -- it's
6  redundant, I admit. I wrote a redundant paragraph.
7     Q. No you, didn't write a redundant
8  paragraph. You wrote an incorrect paragraph. You
9  said these were different seforim.
10    A. I didn't say different.
11    Q. You said they safeguarded other Torah
12  scrolls.
13    A. Formerly used at the Newport
14  Synagogue, meaning the four that were donated to
15  them.
16    Q. Well, are the Torah scrolls that are
17  referenced in this second paragraph the same ones
18  that are referenced in the first paragraph?
19    A. No. The first one, if you read the
20  beginning of the quote, it's concerning the fact
21  that CSI loaned to the congregation of Newport two
22  seforim, as appears in the letters of Jacob
23  Rodriguez Rivera, etc. and they are now in the
24  house of Seixas, in -- under the care of his wife
25  and son, and they want -- requesting them to

09:40:53
09:40:58
09:41:01
09:41:06
09:41:10
09:41:15
09:41:17
09:41:19
09:41:21
09:41:22
09:41:25
09:41:26
09:41:28
09:41:30
09:41:30
09:41:34
09:41:36
09:41:37
09:41:39
09:41:43
09:41:47
09:41:51
09:41:57
09:42:01

35

Mann

1
2  forward to -- "on to this city, to the care of the
3  president of this board, the two seforim above
4  mentioned," which were the two lent by CSI.
5     This, then, concerns the next
6  paragraph, concerns the four that were donated to
7  Yeshuat Israel after its formation.
8     Q. I think we're getting a little bit
9  confused. But you were quoting from minutes from
10  1818, right?
11    A. This?
12    Q. Yes.
13    A. Yes.
14    Q. Okay. I'm talking about the CSI
15  minutes. The paragraph we just looked at
16  referenced a set of seforim belonging to the
17  Newport Synagogue, right?
18    A. Um-hum.
19    Q. The 1833 minutes.
20    A. Right.
21    Q. And then you in your report say, "CSI
22  also safeguarded other Torah scrolls" --
23    A. Correct.
24    Q. -- "formerly used," and then you give
25  a quote. Do you see that, "Received from the

09:42:05
09:42:09
09:42:13
09:42:16
09:42:17
09:42:26
09:42:27
09:42:29
09:42:31
09:42:33
09:42:33
09:42:34
09:42:34
09:42:37
09:42:40
09:42:46
09:42:49
09:42:49
09:42:51
09:42:51
09:42:54
09:42:57
09:42:57
09:43:00

36

Mann

1
2  family"?
3     A. Right.
4     Q. And aren't those just, aren't those
5  the same Torah scrolls?
6     A. No.
7     Q. They are not?
8     A. My reference was to the fact that CSI
9  had in its safekeeping Torah scrolls belonging to
10 individuals that were used, which is based on
11 separate evidence, they -- they are based on the
12 inventory, actually. There are mentioned Torah
13 scrolls that are known by the names of individuals.
14 Some were -- it's a -- considered a commandment
15 that if you are able, you have the Torah scroll
16 written in your lifetime.
17    Q. Okay. Let's go back --
18    A. So individuals who were members of
19 Shearith Israel had -- a number of them had Torah
20 scrolls written which they then deposited for
21 safekeeping, even though they belonged to them,
22 belonged individually, in the heichal of Shearith
23 Israel. That's what I was referring to.
24    Q. Let's go back to your report. You
25 say, you're quoting from the minutes and the last

09:43:03
09:43:04
09:43:05
09:43:08
09:43:11
09:43:12
09:43:13
09:43:17
09:43:22
09:43:25
09:43:30
09:43:35
09:43:38
09:43:40
09:43:44
09:43:45
09:43:47
09:43:49
09:43:54
09:43:57
09:44:01
09:44:04
09:44:06
09:44:08

37

Mann

1
2  sentence of that first paragraph on page 2, you
3  say, "And had given a receipt to the family of the
4  late Moses Seixas, of which the following is a
5  duplicate." Do you see that?
6     A. Um-hum.
7     Q. And isn't what follows here the
8  receipt?
9     A. No. It's a duplicate, because the --
10 this is the record -- this is the minutes. The
11 actual receipt would have been written on a
12 separate piece of paper.
13    Q. It says, "Of which the following is a
14 duplicate." That is the language of the receipt,
15 is it not?
16    A. No. The language of the minutes is,
17 below the signature of N. Phillips, there is a text
18 which duplicates the separate piece of paper on
19 which the original receipt was written. That's
20 what it means.
21    Q. Can you look at your report. Can you
22 look at the paragraph that says, "CSI also
23 safeguarded other Torah scrolls," blah-blah-blah,
24 "to be redelivered when duly requested." Do you
25 see that?

09:44:11
09:44:15
09:44:17
09:44:20
09:44:22
09:44:22
09:44:24
09:44:25
09:44:28
09:44:30
09:44:33
09:44:34
09:44:38
09:44:40
09:44:41
09:44:46
09:44:50
09:44:54
09:44:59
09:45:00
09:45:05
09:45:07
09:45:12
09:45:16

10  (Pages 34 to 37)

38

```
                  Mann
09:45:21   1
09:45:21   2        A. Um-hum.
09:45:23   3        Q. And was that the end of the sentence
           4   in the minutes?
09:45:24   5        A. I did not transcribe the entire
09:45:26   6   minutes in any case. I only transcribed what was
09:45:30   7   relevant to the report.
09:45:31   8        Q. So are you saying that that was the
09:45:34   9   end of the sentence?
09:45:37  10        A. I would have to look through this
09:45:40  11   document to tell you.
09:45:41  12        Q. Well, if it wasn't the end of the
09:45:44  13   sentence, do you think you should have indicated
09:45:46  14   that in some way?
09:45:49  15        A. First of all, we have to ascertain
09:45:51  16   whether it was or was not the end of the sentence.
09:45:54  17        Q. Okay. Well, let's look at it.
09:45:59  18        A. It is the end of the sentence.
09:46:01  19   Because Phillips is on the page 1. Phillips signs
09:46:05  20   underneath the word "duplicate," okay? You see
09:46:09  21   that? And then there's the -- the copy of the
09:46:18  22   receipt, see?
09:46:19  23        Q. The copy --
09:46:20  24        A. It says, is a duplicate. Period. And
09:46:24  25   then, here is the signature of N. Phillips.
```

39

```
                  Mann
09:46:29   1
09:46:32   2        Now begins the duplication of the
09:46:35   3   contents of the receipt which exists on a
09:46:38   4   separate -- which existed on a separate piece of
09:46:40   5   paper that was given to the Seixas family.
09:46:44   6        Q. Okay. Let's look at your report. "To
09:46:53   7   be redelivered when duly requested." Is there a
09:46:56   8   period there?
09:46:59   9        A. No, it's that this is another case
09:47:01  10   we're talking about. "For the use of the
09:47:02  11   congregation."
09:47:09  12        Q. Keep reading. Do you want me to help
09:47:10  13   you?
09:47:19  14        A. No. Um -- "for the use of the
09:47:22  15   congregation." I can't make out the next word.
09:47:26  16        Q. The next word is "hereafter."
09:47:27  17        A. Yes, go ahead.
09:47:30  18        Q. The next word is "worshipping."
09:47:32  19        A. "In the synagogue."
09:47:34  20        Q. Synagogue. Keep reading.
09:47:38  21        A. "At" -- um -- then it says, "Rhode
09:47:38  22   Island."
09:47:41  23        Q. "At Newport, Rhode Island."
09:47:41  24        A. Yes.
          25        Q. Tell me how that didn't make it into
```

40

```
                  Mann
09:47:43   1
09:47:58   2   your report? Did it?
09:48:00   3        A. I didn't consider -- considered it
09:48:06   4   redundant. I just -- I wrote -- I quoted the part
09:48:09   5   that they belonged to the congregation of that
09:48:14   6   place right after Newport, Rhode Island, and they
09:48:16   7   were being put into Shearith Israel in charge of
09:48:20   8   the trustees to be redelivered when duly requested.
09:48:22   9        I didn't consider the end of it
09:48:22  10   important.
09:48:22  11        Q. Ms. Mann, what is the name today of
09:48:39  12   the congregation that's worshiping at the Newport
09:48:42  13   Synagogue?
09:48:45  14        A. Jeshuat Israel. With a J.
09:48:53  15        Q. So you think it was appropriate to
09:48:55  16   leave out that language?
09:48:58  17        A. I think it was redundant. It's a
09:49:00  18   point that was made over and over again.
09:49:03  19        Q. Was that an edit that you made or an
09:49:04  20   edit that counsel made?
09:49:04  21        A. I made.
09:49:17  22        Q. Now, how did it come about that you
09:49:20  23   were retained in this case?
09:49:21  24        A. You'll have to ask my lawyer.
          25        Q. No, I'm entitled to ask you. How did
```

41

```
                  Mann
09:49:23   1
09:49:25   2   it come about that you --
09:49:30   3        A. I was contacted by Mr. Louis Solomon.
09:49:32   4        Q. And what's your hourly rate?
09:49:36   5        A. $275 per hour.
09:49:37   6        Q. And how many hours have you worked on
09:49:39   7   this matter?
09:49:42   8        A. Uh -- I would have to -- I'd have to
09:49:46   9   total it up for you.
09:49:53  10        Q. Well, can you give me an estimate?
09:49:58  11        A. I billed at the end of October for
09:50:00  12   some little over $15,000 and I haven't added it up
09:50:02  13   since, because I have not sent another bill. I can
09:50:04  14   give you the hours and the dates.
09:50:05  15        Q. Can you just, can you give me a rough
09:50:07  16   estimate --
09:50:09  17        A. No, I won't, without totaling up --
09:50:09  18        Q. You can't give me an estimate
09:50:11  19   without --
09:50:12  20        A. I won't give you an estimate without
09:50:16  21   totaling up the hours.
09:50:19  22        Q. But through October, you had charged
09:50:21  23   15,000?
          24        A. A little over 15,000.
          25        Q. Do you have any prior relationship
```

11 (Pages 38 to 41)

42

Mann

| | | |
|---|---|---|
| 09:50:23 | 2 | with CSI? |
| 09:50:24 | 3 | A. Yes. |
| 09:50:24 | 4 | Q. What's the relationship? |
| 09:50:27 | 5 | A. My brother was a member before he went |
| 09:50:29 | 6 | on aliya twenty years ago. I know some of the |
| 09:50:36 | 7 | heads of departments. I know Rabbi Angel. |
| 09:50:41 | 8 | Q. Do you have a lot of friends there? |
| 09:50:43 | 9 | A. I have some friends there. |
| 09:50:44 | 10 | Q. And your brother, Mr. Ben Chaim -- |
| 09:50:48 | 11 | A. No, my brother is Mr. Eisenberg. |
| 09:50:51 | 12 | Q. He was a member? |
| 09:50:52 | 13 | A. He was a member. He went on aliya to |
| 09:50:55 | 14 | Israel twenty years ago. |
| 09:50:56 | 15 | Q. Have you ever been to CSI for |
| 09:50:59 | 16 | services? |
| 09:51:00 | 17 | A. Yes. |
| 09:51:00 | 18 | Q. On how many occasions? |
| 09:51:03 | 19 | A. Oh, two, I can remember. One when my |
| 09:51:06 | 20 | brother was a member, and I went once for |
| 09:51:09 | 21 | Tisha B'Av about fifteen years ago, and I went once |
| 09:51:14 | 22 | on November 1st. |
| 09:51:15 | 23 | Q. Now, you've written books in the field |
| 09:51:20 | 24 | of Jewish ornaments, right? |
| 09:51:23 | 25 | A. Jewish art. |

43

Mann

| | | |
|---|---|---|
| 09:51:23 | 2 | Q. And ornaments, right? |
| 09:51:25 | 3 | A. Encompassed in the word "art." |
| 09:51:29 | 4 | Q. Right. It was Crowning Glory. You |
| 09:51:37 | 5 | wrote that, right? |
| 09:51:38 | 6 | A. I edited it. |
| 09:51:39 | 7 | Q. And you also wrote an introduction, |
| 09:51:41 | 8 | right? |
| 09:51:41 | 9 | A. Correct. |
| 09:51:41 | 10 | Q. And are your books and other writings |
| 09:51:47 | 11 | reliable authorities in the field of Jewish |
| 09:51:49 | 12 | ornaments and Jewish art? |
| 09:51:50 | 13 | A. They are considered so. |
| 09:51:51 | 14 | Q. And are your statements in connection |
| 09:51:53 | 15 | with Jewish art truthful? |
| 09:51:55 | 16 | A. Yes. |
| 09:51:55 | 17 | Q. And are they reliable? |
| 09:52:03 | 18 | A. They have not been contradicted. |
| 09:52:05 | 19 | Q. Now, you worked at The Jewish Museum, |
| 09:52:08 | 20 | right? |
| 09:52:08 | 21 | A. For 29 years. |
| 09:52:09 | 22 | Q. What was your last position there? |
| 09:52:11 | 23 | A. I had the same position from beginning |
| 09:52:13 | 24 | to end. Which was, I was chair of the department |
| 09:52:17 | 25 | of Judaica. |

44

Mann

| | | |
|---|---|---|
| 09:52:20 | 2 | Q. And when did you leave? |
| 09:52:23 | 3 | A. 1998. |
| 09:52:25 | 4 | Q. Why was that? |
| 09:52:28 | 5 | A. Why was that? Because the museum was |
| 09:52:31 | 6 | turning direction and dealt mostly with art history |
| 09:52:37 | 7 | coupled with cultural history, and they were, the |
| 09:52:40 | 8 | new board was only interested in modern and |
| 09:52:43 | 9 | contemporary art. |
| 09:52:44 | 10 | Q. Now, The Jewish Museum from time to |
| 09:52:49 | 11 | time makes statements about Jewish ornaments, |
| 09:52:52 | 12 | right? |
| 09:52:54 | 13 | A. Only in the context of books or |
| 09:52:58 | 14 | program brochures. |
| 09:52:59 | 15 | Q. And are those statements, would you |
| 09:53:00 | 16 | consider them to be reliable? |
| 09:53:01 | 17 | A. When I was there, I would consider |
| 09:53:03 | 18 | them to be reliable because I checked them. |
| 09:53:05 | 19 | Q. Okay. What about -- |
| 09:53:07 | 20 | A. I cannot vouch for anything said now |
| 09:53:10 | 21 | since I left. |
| 09:53:10 | 22 | Q. What about before you joined, would |
| 09:53:14 | 23 | you consider pronouncements by The Jewish Museum on |
| 09:53:17 | 24 | Jewish ornaments generally to be reliable? |
| 09:53:19 | 25 | MR. SOLOMON: I object to the question |

45

Mann

| | | |
|---|---|---|
| 09:53:20 | 2 | as overly broad, vague. |
| 09:53:22 | 3 | Q. You can answer. |
| 09:53:25 | 4 | THE WITNESS: Can I answer? |
| 09:53:26 | 5 | MR. SOLOMON: You can. |
| 09:53:27 | 6 | A. I would not put -- I would not -- I |
| 09:53:32 | 7 | don't trust what was done before because the people |
| 09:53:34 | 8 | who were there were not trained. |
| 09:53:38 | 9 | Q. So is it your testimony that The |
| 09:53:40 | 10 | Jewish Museum is not a reliable authority -- |
| 09:53:40 | 11 | A. No. |
| 09:53:43 | 12 | Q. -- before your time, not a reliable |
| 09:53:45 | 13 | authority on Jewish ornaments? |
| 09:53:46 | 14 | A. I think I would phrase it as follows: |
| 09:53:49 | 15 | For its time, it represented the state of |
| 09:53:54 | 16 | scholarship in the field. When I came, I, having a |
| 09:53:58 | 17 | Ph.D., I established a new standard of scholarship. |
| 09:54:03 | 18 | Q. I think you testified and, I'm sorry |
| 09:54:12 | 19 | if I'm getting it not quite right, you testified |
| 09:54:15 | 20 | that when you worked on this matter, you went to |
| 09:54:18 | 21 | the JTS library and pulled as many secondary |
| 09:54:22 | 22 | sources as you could. |
| 09:54:23 | 23 | A. Um-hum. |
| 09:54:24 | 24 | Q. On what subject? |
| 09:54:25 | 25 | MR. SOLOMON: You're going to have to |

12  (Pages 42 to 45)

46

Mann

09:54:26  1    answer audibly.
09:54:27  2    A. I pulled all the books on the history
09:54:30  3  of the Touro Synagogue and the Jewish community in
09:54:34  4  Newport, and I pulled all the books related to
09:54:40  5  Congregation Shearith Israel from its founding and
09:54:42  6  its move through its various locations 'till the
09:54:47  7  present day.
09:54:48  8    Q. Did you pull all the books written
09:54:50  9  about Myer Myers?
09:54:51 10    A. I had read those before.
09:54:52 11    Q. What books were those?
09:54:55 12    A. There's a book by a woman named
09:54:58 13  Rosenbaum, there's a 1965 pamphlet accompanying an
09:55:04 14  exhibition at The Jewish Museum. There was a
09:55:06 15  pamphlet that really doesn't deal with the Judaica
09:55:09 16  that was from the B'nai B'rith Museum in the '60s,
09:55:13 17  I think, too.
09:55:14 18    Q. What was the name of the Rosenbaum
09:55:18 19  book, was that Jeanette Rosenbaum?
09:55:21 20    A. Yes.
09:55:21 21    Q. And had you read that book before?
09:55:23 22    A. Um-hum.
09:55:24 23    Q. In what context?
09:55:25 24    A. My work as a curator of Judaica.

47

Mann

09:55:28  1    Q. And is she the only person who has
09:55:31  2  written about Myer Myers?
09:55:32  3    A. Until -- she was the only -- no.
09:55:34  4  There are other pamphlets. There's a short essay
09:55:41  5  on fake Myer Myers marks that I remember reading
09:55:44  6  years ago.
09:55:45  7    Q. So she wrote the only book?
09:55:47  8    A. She wrote the most comprehensive book
09:55:51  9  until Barquist.
09:55:52 10    Q. Did you consider her book to be
09:55:54 11  generally reliable?
09:55:55 12    A. I think her book is of great interest
09:55:58 13  for her quotation of advertisements and notices in
09:56:02 14  newspapers that were contemporary with the work of
09:56:05 15  Myer Myers. She makes unsupported suppositions
09:56:10 16  that are not reliable.
09:56:12 17    Q. What's the type of unsupported
09:56:16 18  suppositions?
09:56:16 19    A. I can't answer that without going
09:56:18 20  through the book again.
09:56:18 21    Q. Well, did she make any unsupported
09:56:22 22  suppositions as to whether Myer Myers made rimmonim
09:56:25 23  for Newport?
09:56:26 24    A. I can't answer that without looking at

48

Mann

09:56:28  1    the book.
09:56:29  2    Q. Okay. Now, what are Jewish ornaments
09:56:35  3  generally?
09:56:38  4    A. Well, the category that we're
09:56:39  5  concerned with are ornaments for the Torah scroll.
09:56:42  6    Q. Okay. What is their purpose?
09:56:44  7    A. To enhance the beauty of the scroll.
09:56:46  8    Q. Does a synagogue need or require
09:56:51  9  rimmonim to have a service?
09:56:53 10    A. No.
09:56:53 11    Q. Can a synagogue function properly
09:56:58 12  without rimmonim?
09:57:00 13    A. It can.
09:57:00 14    Q. You belong to Congregation Kehillat
09:57:09 15  Jeshurun, right?
09:57:09 16    A. Correct.
09:57:10 17    Q. And that synagogue, while it's been
09:57:12 18  displaced, hasn't used rimmonim for years, right?
09:57:16 19    A. It's a different tradition. It's an
09:57:20 20  Ashkenazi synagogue. Shearith Israel is a
09:57:21 21  Sephardic synagogue in which rimmonim have the
09:57:23 22  longest history.
09:57:24 23    Q. That's not my question. My question
09:57:27 24  is, Congregation --

49

Mann

09:57:28  1    A. They do not use them regularly because
09:57:29  2  they are from a different type of Judaism.
09:57:32  3    Q. And am I right that most synagogues
09:57:35  4  don't have rimmonim?
09:57:36  5    A. You are not right.
09:57:37  6    Q. If a synagogue can't afford rimmonim,
09:57:44  7  can it still function as a synagogue?
09:57:46  8    A. Yes.
09:57:46  9    Q. Now, you wrote in -- you wrote in
09:57:55 10  Crowning Glory, I believe you wrote in Crowning
09:57:59 11  Glory that the purpose of rimmonim is aesthetic,
09:58:01 12  right?
09:58:03 13    A. It contributes, according to
09:58:05 14  Maimonides, it contributes to the beauty of the
09:58:07 15  service and I will say that the Sephardic
09:58:12 16  tradition, which we know from manuscripts in Spain,
09:58:15 17  have the longest history of the use of rimmonim.
09:58:18 18  We can trace -- the earliest rimmonim and
09:58:23 19  representations of them that we trace -- can trace
09:58:27 20  are all Sephardic.
09:58:28 21    Q. Are there differences between the
09:58:35 22  approach in art history and let's say, American
09:58:37 23  history?
09:58:39 24    A. Well, straight history -- historical

13 (Pages 46 to 49)

50

Mann

09:58:41  1   studies that do not involve -- it's on -- well, can
09:58:46  2   I go back?
09:58:47  3       Q. Sure.
09:58:47  4       A. Today, there's a lot of emphasis on
09:58:50  5   including material culture in the study of history,
09:58:53  6   but that was not necessarily the approach before.
09:58:55  7   I think this is only a decade old.
09:58:57  8       Q. So what were the differences, are
09:59:03  9   there differences in approach between -- in
09:59:06  10  American history and art history?
09:59:08  11      A. The same differences that pertain to
09:59:11  12  history versus art history.  Art history is focused
09:59:15  13  on a work or works that are connected.  History is
09:59:21  14  focused on documents primarily.  Art historians
09:59:27  15  examine the works, compare them to other works and
09:59:30  16  then go on to documentation, to fill out the
09:59:32  17  context of the piece.
09:59:34  18      Q. Now, can you name any recognized
09:59:43  19  authorities on Myer Myers?
09:59:46  20      A. Barquist.
09:59:46  21      Q. What about Rosenbaum?
09:59:48  22      A. There was a lot of criticism of her
09:59:51  23  book.
09:59:52  24      Q. By whom?

51

Mann

09:59:53  1       A. I've seen it in later writings.  I
09:59:57  2   can't answer specifically.
09:59:58  3       Q. Can you identify any specific
09:59:59  4   criticism of that book?
10:00:03  5       A. I would have to review them now.
10:00:06  6       Q. As you sit here today, do you know
10:00:09  7   anything reflecting negatively on her scholarship?
10:00:12  8       A. That same criticism of the book, which
10:00:15  9   is the evidence of her scholarship.  I will not
10:00:18  10  answer because I would need to go back and --
10:00:21  11      Q. Well, as you sit here today, can you
10:00:23  12  give me any criticism of her scholarship?
10:00:25  13      A. Not without having the book in front
10:00:28  14  of me.
10:00:28  15      Q. Okay.  In this paper, did you do
10:00:40  16  anything to look at her research papers?
10:00:42  17      A. No, because she was superseded by
10:00:46  18  Barquist.  I did look at the sources for Barquist.
10:00:52  19      Q. Okay.  Can you name any authorities in
10:00:56  20  colonial American Jewish history?
10:00:58  21      A. Jonathan Sarna is the premiere.
10:01:01  22      Q. Anyone else?
10:01:03  23      A. Depends on what period.  The colonial
10:01:06  24  period, I would say Sarna.  There are other people

52

Mann

10:01:08  1   like Jack Wertheimer who work on contemporary
10:01:14  2   Jewish life.  There's a sociologist in Queens named
10:01:19  3   Steven Cohen.  These are the major people.
10:01:24  4       Q. Now, you cite a number of secondary
10:01:27  5   authorities in your report, correct?
10:01:30  6       A. Correct.
10:01:31  7       Q. And are they generally reliable?
10:01:32  8       A. The de Sola Pool writings, the
10:01:39  9   writings by Reverend de Sola Pool, of which there
10:01:42  10  were several books, are all based on original
10:01:44  11  research in the documents of Shearith Israel.  He
10:01:48  12  is very reliable.
10:01:49  13      Q. What about other ones that you cite,
10:01:51  14  are they not reliable?
10:01:54  15      A. Such as?
10:01:55  16      Q. Well, you cite Morris Gutstein.
10:01:57  17      A. That's not for CSI.  That's for
10:02:01  18  Newport.  I think Gutstein is reliable, though
10:02:06  19  sometimes there's contradictions.
10:02:08  20      Q. You also cite Tom Freudenheim, is that
10:02:10  21  right?
10:02:10  22      A. Tom Freudenheim would not be
10:02:14  23  considered an expert.  He was the curator who
10:02:17  24  created this exhibition but it's not evident that

53

Mann

10:02:21  1   he did original research.
10:02:22  2       Q. But you cited it in your report.  You
10:02:24  3   relied on it, didn't you?
10:02:26  4       A. No, I didn't rely on it.  I cited
10:02:28  5   examples of exhibitions of the Myer Myers.
10:02:32  6       Q. Well, it was material incorporated in
10:02:35  7   your report, correct?
10:02:36  8           MR. SOLOMON:  Objection, misleading.
10:02:37  9       Q. Was material incorporated into your
10:02:42  10  report from that book?
10:02:43  11      A. Only insofar as it was an exhibition
10:02:46  12  of Myer Myers prior to the Yale exhibition.
10:02:51  13      Q. Can you look at footnote 11.
10:03:11  14          MR. JACOBY:  On page 5, I think.
10:03:16  15      A. I have it.
10:03:16  16      Q. You see you cite him there for a
10:03:20  17  proposition in your report?
10:03:24  18      A. I cited it because my language
10:03:28  19  reflects his as to the purpose of the use of
10:03:34  20  rimmonim.
10:03:34  21      Q. Well, you wouldn't have cited him
10:03:36  22  unless he was reliable, would you have?
10:03:38  23      A. Tom Freudenheim -- but I didn't cite
10:03:43  24  his evidence for the rimmonim, per se.  I cited his

14  (Pages 50 to 53)

54

Mann

10:03:47   2    evidence for the use of rimmonim in the synagogue.

10:03:49   3      Q. So you picked and chose what you would

10:03:53   4    cite from him, right?

10:03:54   5      MR. SOLOMON: Object to the form.

10:03:54   6      Q. Go ahead. You can answer.

10:03:57   7      A. Based on my own knowledge, I picked

10:04:00   8    and choosed. Chose.

10:04:02   9      Q. What expertise did you bring to bear

10:04:08  10    on this case?

10:04:13  11      A. I have 29 years as a curator and

10:04:16  12    subsequently, after -- since 1995, overlapping with

10:04:21  13    my last years at the museum, I have directed a --

10:04:27  14    an MA program in Jewish art at the Jewish

10:04:33  15    Theological Seminary in which I teach a specific

10:04:35  16    course on Jewish ceremonial art and another one on

10:04:39  17    synagogue architecture.

10:04:40  18      Q. Have you ever taught any courses in

10:04:42  19    American Jewish history?

10:04:43  20      A. I'm not a historian.

10:04:44  21      Q. So does that mean you have not taught

10:04:50  22    any courses in American Jewish history?

10:04:51  23      A. I'm not qualified to teach American

10:04:53  24    Jewish history. Jonathan Sarna is qualified.

10:04:57  25      Q. Are you qualified to given an opinion

55

Mann

10:04:59   2    on American Jewish history?

10:05:00   3      A. No.

10:05:01   4      Q. Did you apply the historical method in

10:05:15   5    preparing your report?

10:05:16   6      A. Yes.

10:05:16   7      Q. Tell me exactly how.

10:05:19   8      A. By reading the documents and reporting

10:05:22   9    what they said.

10:05:22  10      Q. Okay. So you read the documents, you

10:05:24  11    reported what they said. And did you draw factual

10:05:26  12    conclusions from the documents?

10:05:27  13      A. Yes.

10:05:28  14      Q. Did you weigh the evidence?

10:05:32  15      A. In what sense?

10:05:33  16      Q. Well, did you read some things,

10:05:36  17    decide -- I mean, you gave an example of

10:05:38  18    Freudenheim, where you used some of the

10:05:41  19    Freudenheim, not other of Freudenheim. You made

10:05:44  20    judgments as to what evidence was more persuasive

10:05:48  21    or less persuasive, didn't you?

10:05:50  22      A. Yes.

10:05:50  23      Q. What is it that you can do that the

10:05:53  24    judge can't do here? What is it that you bring?

10:05:57  25    Can't the judge do the same thing?

56

Mann

10:05:59   2      A. I bring an understanding of the

10:06:01   3    provenance of the pieces which I have traced. I

10:06:06   4    bring an understanding of the differences between

10:06:08   5    the pairs, based on their artistic qualities, the

10:06:13   6    way they were made. I bring an understanding of

10:06:17   7    how these five pairs of rimmonim fit within the

10:06:23   8    history of rimmonim in general and were influenced

10:06:27   9    by European examples.

10:06:31  10      Q. Are you formally trained in archival

10:06:41  11    review?

10:06:42  12      A. An art historian always deals with

10:06:45  13    documents and by taking courses in paleography, one

10:06:49  14    learns how to read documents. I think my

10:06:52  15    colleagues will attest to the fact that I was able

10:06:55  16    to read these documents easier and in more -- in an

10:07:00  17    easier way than they were because of my training.

10:07:02  18      Q. Have you ever opined on a dispute, an

10:07:08  19    issue of disputed legal ownership before?

10:07:10  20      A. No.

10:07:10  21      Q. Are you a lawyer?

10:07:13  22      A. No.

10:07:13  23      Q. Do you read legal cases as part of

10:07:15  24    your profession?

10:07:16  25      A. I read legal cases coming out of

57

Mann

10:07:20   2    Jewish law, not United States law.

10:07:23   3      Q. Do you have any understanding what

10:07:26   4    legal principles apply in this case?

10:07:28   5      A. No.

10:07:28   6      Q. Do you have any understanding what

10:07:30   7    legal presumptions might apply?

10:07:32   8      A. No.

10:07:32   9      Q. Are you an expert on property law?

10:07:34  10      A. No.

10:07:34  11      Q. Are you an expert on trusts?

10:07:37  12      A. No.

10:07:37  13      Q. Have you ever written any articles on

10:07:41  14    American Jewish history?

10:07:42  15      A. No.

10:07:43  16      Q. Have you ever written any articles on

10:07:45  17    the Newport Jewish community?

10:07:47  18      A. No.

10:07:47  19      Q. Have you ever written any articles on

10:07:50  20    Myer Myers?

10:07:51  21      A. No.

10:07:51  22      Q. Are you an expert on the relationship

10:07:55  23    between synagogues?

10:07:56  24      A. Yes.

10:07:56  25      Q. What's the basis for your expertise?

15  (Pages 54 to 57)

58

Mann

| | | |
|---|---|---|
| 10:08:01 | 1 | A. Life experience and also reading in |
| 10:08:05 | 2 | historical sources, reading original responsa which |
| 10:08:12 | 3 | are questions asked to knowledgeable rabbis and |
| 10:08:14 | 4 | their answers. I wrote a book on that, on texts |
| 10:08:17 | 5 | relating to Jewish art, and published it in 2000. |
| 10:08:24 | 6 | Q. What's the name of the book? |
| 10:08:25 | 7 | A. It's called Jewish Texts on the Visual |
| 10:08:28 | 8 | Arts. |
| 10:08:29 | 9 | Q. Are you an officer of any synagogue? |
| 10:08:31 | 10 | A. No. |
| 10:08:31 | 11 | Q. Have you ever been? |
| 10:08:32 | 12 | A. No. |
| 10:08:32 | 13 | Q. Have you ever been a trustee of a |
| 10:08:34 | 14 | synagogue? |
| 10:08:34 | 15 | A. No. |
| 10:08:34 | 16 | Q. Have you ever had a leadership |
| 10:08:36 | 17 | position in a synagogue? |
| 10:08:38 | 18 | A. I was a rabbi's wife for 23 years. If |
| 10:08:42 | 19 | you consider that as an unofficial leadership |
| 10:08:45 | 20 | position, then I had one. |
| 10:08:51 | 21 | MR. WAGNER: Off the record. |
| 10:08:53 | 22 | MR. SOLOMON: Let's not go off the |
| 10:08:54 | 23 | record. |
| 10:08:54 | 24 | MR. WAGNER: Okay. |

59

Mann

| | | |
|---|---|---|
| 10:08:55 | 1 | Q. Have you ever held any formal position |
| 10:09:02 | 2 | in the Jewish community? |
| 10:09:04 | 3 | MR. SOLOMON: I object to the form. I |
| 10:09:07 | 4 | have no idea what that means. |
| 10:09:08 | 5 | A. Would you rephrase that? |
| 10:09:09 | 6 | Q. Well, you know there are Jewish |
| 10:09:12 | 7 | communal organizations, right? Have you ever held |
| 10:09:14 | 8 | a position in any Jewish communal organization? |
| 10:09:16 | 9 | A. Only as a member. |
| 10:09:18 | 10 | Q. And what organization? |
| 10:09:19 | 11 | A. Hadassah, AMIT. I was a member of -- |
| 10:09:26 | 12 | until last year, I was a member of the burial |
| 10:09:30 | 13 | society at Congregation Kehillas Jeshurun. I also |
| 10:09:35 | 14 | performed the same functions when I lived in |
| 10:09:38 | 15 | Wichita, Kansas for five-and-a-half years. |
| 10:09:44 | 16 | Volunteer work that women usually do. |
| 10:09:47 | 17 | Q. Are you a member of the American |
| 10:09:50 | 18 | Jewish Historical Society? |
| 10:09:50 | 19 | A. No. |
| 10:09:52 | 20 | Q. Are you a member of any local Jewish |
| 10:09:56 | 21 | historical society? |
| 10:09:57 | 22 | A. I'm a member of the Association of |
| 10:10:01 | 23 | Jewish Studies, which is nationwide. I'm a member |
| 10:10:04 | 24 | of the World Congress of Jewish Studies, which is |

60

Mann

| | | |
|---|---|---|
| 10:10:09 | 1 | international. |
| 10:10:11 | 2 | Q. None of those are historical |
| 10:10:13 | 3 | societies, are they? |
| 10:10:14 | 4 | A. Yes. They encompass the whole range |
| 10:10:16 | 5 | of Jewish studies. There are historians, there are |
| 10:10:20 | 6 | text historians, there are people like me who study |
| 10:10:25 | 7 | art and material culture. |
| 10:10:28 | 8 | Q. Are you a member of the American |
| 10:10:29 | 9 | Historical Society? |
| 10:10:29 | 10 | A. U.S. -- |
| 10:10:32 | 11 | Q. I think I asked the American Jewish |
| 10:10:34 | 12 | Historical Society, but -- |
| 10:10:35 | 13 | A. No. |
| 10:10:36 | 14 | Q. Did you conduct any surveys of Jews in |
| 10:10:40 | 15 | connection with this matter? |
| 10:10:42 | 16 | A. No. |
| 10:10:42 | 17 | Q. Did you survey anyone at CSI in |
| 10:10:44 | 18 | connection with this matter? |
| 10:10:46 | 19 | A. No. |
| 10:10:47 | 20 | Q. Okay. Now, your report. Who wrote |
| 10:10:52 | 21 | your report? |
| 10:10:52 | 22 | A. I did. |
| 10:10:52 | 23 | Q. How many drafts did it go through? |
| 10:10:57 | 24 | A. This is the second draft. |

61

Mann

| | | |
|---|---|---|
| 10:10:59 | 1 | Q. Okay. Did counsel review the drafts? |
| 10:11:03 | 2 | A. There was one draft. Counsel reviewed |
| 10:11:06 | 3 | it and this is the result. |
| 10:11:08 | 4 | Q. Okay. And were there changes made by |
| 10:11:11 | 5 | counsel? |
| 10:11:13 | 6 | A. There were suggestions. Some I |
| 10:11:15 | 7 | accepted, and some I didn't. |
| 10:11:17 | 8 | Q. Did you write the headings? |
| 10:11:20 | 9 | A. Yes. |
| 10:11:20 | 10 | Q. Did you choose your words with care in |
| 10:11:24 | 11 | the report? |
| 10:11:26 | 12 | A. A writer, an academic writer always |
| 10:11:28 | 13 | chooses one's words with care. |
| 10:11:30 | 14 | Q. And did you choose your punctuation |
| 10:11:33 | 15 | with care? |
| 10:11:34 | 16 | A. There may be typos, but I try to |
| 10:11:36 | 17 | follow accepted norms. |
| 10:11:38 | 18 | Q. Now, could reasonable minds differ as |
| 10:11:43 | 19 | to your conclusions? |
| 10:11:44 | 20 | MR. SOLOMON: Asked and answered. |
| 10:11:44 | 21 | Q. You can answer. |
| 10:11:49 | 22 | A. No one has examined the same evidence. |
| 10:11:52 | 23 | So they would have to do research on the same areas |
| 10:11:56 | 24 | that I did in order to challenge whatever it was -- |

16 (Pages 58 to 61)

62

Mann

| | | |
|---|---|---|
| 10:12:02 | 1 | I don't know if that's specific enough -- |
| 10:12:03 | 2 | **Q. Well, is it your testimony that no one** |
| 10:12:10 | 3 | **has looked at the entries you looked at relating to** |
| 10:12:14 | 4 | **Myer Myers in the 1750s and 1760s?** |
| 10:12:18 | 5 | MR. SOLOMON: This is the third or |
| 10:12:20 | 6 | fourth time the same question is being |
| 10:12:21 | 7 | asked. I object to it. |
| 10:12:22 | 8 | **Q. You can answer.** |
| 10:12:24 | 9 | A. I've answered it. There's no reason |
| 10:12:26 | 10 | to answer it again. |
| 10:12:27 | 11 | **Q. Well, can you identify anyone who's** |
| 10:12:28 | 12 | **looked at it?** |
| 10:12:31 | 13 | A. de Sola Pool, Rabbi de Sola Pool read, |
| 10:12:35 | 14 | quotes extensively from the minutes, okay? And a |
| 10:12:40 | 15 | lot of -- and some of what I quote comes from him. |
| 10:12:42 | 16 | But I believe he was not focusing on the material |
| 10:12:50 | 17 | objects which I was focusing on, from reading what |
| 10:12:55 | 18 | he wrote. |
| 10:12:56 | 19 | **Q. Did anyone ever tell you that CSI has** |
| 10:13:03 | 20 | **publicly taken the position that CYI was the** |
| 10:13:07 | 21 | **original possessor of the rimmonnim?** |
| 10:13:12 | 22 | MR. SOLOMON: There's no foundation. |
| 10:13:13 | 23 | I object to the question. |
| 10:13:14 | 24 | **Q. You can answer.** |

63

Mann

| | | |
|---|---|---|
| 10:13:16 | 1 | A. I saw no foundation for that. |
| 10:13:18 | 2 | **Q. Didn't you read that?** |
| 10:13:19 | 3 | A. No. |
| 10:13:26 | 4 | **Q. You state on Exhibit B, under** |
| 10:13:30 | 5 | **pleadings you read, "Amended answer" --** |
| 10:13:32 | 6 | A. What page -- |
| 10:13:33 | 7 | **Q. -- this is on Exhibit B.** |
| 10:13:36 | 8 | MR. JACOBY: To your report. |
| 10:13:36 | 9 | **Q. "Amended Answer and Counterclaim," do** |
| 10:13:39 | 10 | **you see that?** |
| 10:13:45 | 11 | A. Where is that? In here? |
| 10:13:52 | 12 | THE WITNESS: There's nothing there. |
| 10:13:59 | 13 | (A pause in the proceedings.) |
| 10:14:12 | 14 | MR. WAGNER: Mark this as the next |
| 10:14:14 | 15 | exhibit. |
| 10:14:14 | 16 | EXH    (Mann Exhibit 7, Defendant's amended |
| 10:14:14 | 17 | answer and counterclaim, marked for |
| 10:14:31 | 18 | identification, as of this date.) |
| 10:14:31 | 19 | **Q. Now, you looked at this document,** |
| 10:14:34 | 20 | **right?** |
| 10:14:34 | 21 | A. Um -- yeah. I didn't really focus on |
| 10:14:37 | 22 | it. |
| 10:14:37 | 23 | **Q. You didn't focus on it carefully?** |
| 10:14:39 | 24 | A. No. |

64

Mann

| | | |
|---|---|---|
| 10:14:40 | 1 | **Q. Can you look at paragraph 15 on page** |
| 10:14:43 | 2 | **11. Can you read that?** |
| 10:14:53 | 3 | (Witness perusing document.) |
| 10:14:57 | 4 | A. Uh -- I don't understand. Who is |
| 10:15:00 | 5 | stating that? |
| 10:15:01 | 6 | **Q. Well, this is being stated by CSI.** |
| 10:15:03 | 7 | A. Where do I know that -- how do I know |
| 10:15:07 | 8 | that that's a CSI statement? |
| 10:15:09 | 9 | **Q. Look at the first line on the first** |
| 10:15:11 | 10 | **page of the -- "Congregation Shearith Israel hereby** |
| 10:15:16 | 11 | **answers the complaint as follows." And do you see** |
| 10:15:20 | 12 | **it says, "By 1822, Yeshuat Israel, original** |
| 10:15:25 | 13 | **possessor of the rimmonim, ceased to exist," do you** |
| 10:15:30 | 14 | **see that?** |
| 10:15:32 | 15 | A. I think they erred in the word |
| 10:15:32 | 16 | "possessor." |
| 10:15:34 | 17 | **Q. My only question is whether you see** |
| 10:15:34 | 18 | **this here.** |
| 10:15:35 | 19 | A. I see this now. I did not read this |
| 10:15:37 | 20 | document. |
| 10:15:37 | 21 | **Q. Well, it's listed on your Exhibit B as** |
| 10:15:40 | 22 | **you having read it.** |
| 10:15:44 | 23 | A. I looked at it. I did not -- I did |
| 10:15:49 | 24 | not -- I didn't focus on that sentence. |

65

Mann

| | | |
|---|---|---|
| 10:15:50 | 1 | **Q. Now --** |
| 10:15:59 | 2 | A. Which I believe to be erroneous. |
| 10:16:01 | 3 | **Q. You list on Exhibit B -- actually, you** |
| 10:16:09 | 4 | **list on Exhibit B, "Declaration of Rabbi Marc** |
| 10:16:13 | 5 | **Angel." Do you see that?** |
| 10:16:16 | 6 | A. I did not -- I don't have labels |
| 10:16:18 | 7 | for -- which -- |
| 10:16:19 | 8 | **Q. I'm sorry, I don't mean to clutter you** |
| 10:16:24 | 9 | **up with paper. You can put this aside. Here** |
| 10:16:29 | 10 | **(indicating).** |
| 10:16:31 | 11 | A. Oh, right. I'm sorry. Yes, I read |
| 10:16:34 | 12 | it. |
| 10:16:34 | 13 | **Q. Okay. Did you speak to Rabbi Angel** |
| 10:16:36 | 14 | **about any of the issues about in case?** |
| 10:16:38 | 15 | A. No. |
| 10:16:38 | 16 | **Q. Why not? I don't mean to suggest that** |
| 10:16:41 | 17 | **you should or shouldn't have, but is there any** |
| 10:16:44 | 18 | **particular reason why you didn't?** |
| 10:16:53 | 19 | A. It was felt that he had -- let me say |
| 10:16:55 | 20 | this: |
| 10:16:56 | 21 | In popular books written about art, |
| 10:17:00 | 22 | people often don't do original research. They take |
| 10:17:03 | 23 | from prior research. I view Rabbi Angel's book, |
| 10:17:09 | 24 | which -- and this is true not only for art, books |

17 (Pages 62 to 65)

66

Mann

10:17:13  1  on art, it's true for books on history.  And I
10:17:16  2  believe that this is the character of Rabbi Angel's
10:17:19  3  book.  I can recognize sections that were written
10:17:22  4  originally by de Pool, not plagiarized, but the
10:17:27  5  points made, and I did not see the necessity of
10:17:30  6  speaking to Rabbi Angel.
10:17:32  7      Q.  Okay.  Now, you list discovery
10:17:34  8  materials there, do you see that?
10:17:35  9      A.  Um-hum.
10:17:36 10      Q.  Can you articulate a yes?
10:17:39 11      A.  Yes, I'm sorry.
10:17:40 12      Q.  Those discovery materials, who
10:17:41 13  selected those discovery materials for you to
10:17:43 14  review?
10:17:44 15      A.  I found them.
10:17:47 16      Q.  You found them.  Did you look at all
10:17:48 17  of the documents that were produced in this case?
10:17:52 18      A.  That were listed here?
10:17:54 19      Q.  No.  This is a subset of the documents
10:17:57 20  that have been produced.
10:17:58 21      A.  I did not -- I did not read -- there
10:18:04 22  were pages and pages about the lease between CSI,
10:18:07 23  and I did not read those.  Because I deemed --
10:18:13 24  because I supposed that they were legal concepts
         25

67

Mann

10:18:15  1  and matters that were beyond my experience.
10:18:18  2      Q.  But do you know whether you were given
10:18:23  3  access to all of the documents that the parties
10:18:25  4  produced in this case?
10:18:33  5      A.  You'd have to ask them.
10:18:33  6      Q.  Well, do you know one way or the
10:18:36  7  other?
10:18:41  8      A.  I think that what I read was an
10:18:44  9  amalgam of what they had and what I found that they
10:18:48 10  did not know of.
10:18:49 11      Q.  Okay.  So they selected some documents
10:18:52 12  for you to review, correct?
10:18:54 13      A.  Correct.
10:18:54 14      Q.  And then you found other documents.
10:18:57 15      A.  Correct.
10:18:57 16      Q.  Were those documents from outside
10:18:58 17  sources?
10:18:59 18      A.  What do you mean by "outside sources"?
10:19:03 19      Q.  That is to say, did they come from
10:19:05 20  someplace other than CSI?
10:19:06 21      A.  No.
10:19:06 22      Q.  Okay.  What were those documents?
10:19:09 23      A.  The ledger, which runs from 1740s to
10:19:12 24  after the revolution, and the minutes -- the
         25

68

Mann

10:19:18  1  minutes, the inventory, etc., etc.
10:19:20  2      Q.  The ledger, what's the top of the
10:19:23  3  ledger say?
10:19:25  4      A.  It says -- I don't remember -- "Holy
10:19:25  5  Tzedaka."
10:19:30  6      Q.  "Holy Tzedaka."
10:19:30  7      A.  Correct.
10:19:31  8      Q.  What does "tzedaka" mean?
10:19:34  9      A.  It means charity.  In this case, it
10:19:36 10  has a more specific meaning.  In Spanish -- that's
10:19:38 11  the general meaning.  The important specific
10:19:41 12  meaning I understand from it is that all the
10:19:44 13  disbursements, in other words, whatever was given
10:19:47 14  in charity, how it was used.  And it lists what
10:19:54 15  people gave and it lists all the disbursements of
10:19:56 16  the congregation.
10:20:00 17      Q.  Have you looked at a complete record
10:20:01 18  of the provenance of these rimmonim?
10:20:06 19      A.  I think I reconstructed the provenance
10:20:10 20  of the rimmonim.
10:20:10 21      Q.  But did you look at a complete record?
10:20:12 22      A.  There was no complete record.
10:20:13 23      Q.  Why is that?
10:20:19 24      A.  Why is that?  Because -- why?  Because
         25

69

Mann

10:20:22  1  I don't think anybody had done the research.
10:20:23  2      Q.  And is it also because these matters
10:20:27  3  date back over the course of 250 years?
10:20:30  4      A.  That's no excuse.
10:20:32  5      Q.  Right.  But records could be lost,
10:20:34  6  right?
10:20:35  7      A.  Obviously, because CJI claims its
10:20:38  8  records have been lost.
10:20:39  9      Q.  And CSI could have lost records too,
10:20:44 10  right?
10:20:44 11      MR. SOLOMON:  Objection, calls for
10:20:45 12      speculation.
10:20:46 13      Q.  You can answer.
10:20:48 14      A.  CSI had its records microfilmed by
10:20:54 15  YIVO, so that some of the lost records could be
10:20:58 16  retrieved that way.
10:21:00 17      Q.  CSI keeps very meticulous records --
10:21:05 18      A.  Yes, it does.  Exceedingly meticulous.
10:21:09 19      Q.  And the minutes are exceedingly
10:21:12 20  meticulous, are they not?
10:21:14 21      A.  Yes.
10:21:14 22      Q.  Is there anything that you didn't see
10:21:24 23  that you would have wanted to see?
10:21:26 24      A.  I would have liked to see the minutes
         25

18  (Pages 66 to 69)

70

Mann

| | | |
|---|---|---|
| 10:21:28 | 2 | of the original Yeshuat Israel from the time of its |
| 10:21:33 | 3 | formation or the time of its building the building, |
| 10:21:38 | 4 | say, 1759, until its disbandment in 1818. |
| 10:21:46 | 5 | Q. What does the term "historical method" |
| 10:21:50 | 6 | mean? |
| 10:21:54 | 7 | A. I can tell you art historical method. |
| 10:21:57 | 8 | I don't want to comment on straight historical |
| 10:21:59 | 9 | method. |
| 10:21:59 | 10 | Q. Well, are you able to explain straight |
| 10:22:04 | 11 | historical method? Or -- |
| 10:22:08 | 12 | A. For what? I'm an art historian. |
| 10:22:12 | 13 | Q. Okay. Tell me art historical method. |
| 10:22:15 | 14 | A. Art historical methodology begins with |
| 10:22:18 | 15 | the study of a work or a series of works, and then, |
| 10:22:26 | 16 | with very detailed examination of works, in the |
| 10:22:30 | 17 | case of silver, that will include marks and |
| 10:22:33 | 18 | identifying where the marks were issued, and |
| 10:22:38 | 19 | recorded. |
| 10:22:39 | 20 | Then one looks at parallels to the |
| 10:22:43 | 21 | works and then, I would say secondarily, one looks |
| 10:22:48 | 22 | at documents which often elucidate the |
| 10:22:53 | 23 | commissioning and the use of the works. |
| 10:22:54 | 24 | Q. Is it inappropriate as a historian to |
| 10:23:00 | 25 | ignore contrary evidence? |

72

Mann

| | | |
|---|---|---|
| 10:24:01 | 2 | Q. Okay. So is that because you're only |
| 10:24:07 | 3 | an expert in art history? |
| 10:24:09 | 4 | A. I am primarily an expert in art |
| 10:24:11 | 5 | history who has read a lot of history and delves |
| 10:24:17 | 6 | into history in order for the primary purpose of |
| 10:24:21 | 7 | explaining and placing objects in context. |
| 10:24:23 | 8 | Q. Is it inappropriate for a historian to |
| 10:24:26 | 9 | opine outside his or her area of expertise? |
| 10:24:30 | 10 | A. To apply what? |
| 10:24:31 | 11 | Q. No, to opine. |
| 10:24:34 | 12 | A. No. |
| 10:24:34 | 13 | Q. Okay. Is there anything with respect |
| 10:24:39 | 14 | to what you've done here in which you believe |
| 10:24:44 | 15 | you've opined outside your area of expertise? |
| 10:24:48 | 16 | A. No. |
| 10:24:49 | 17 | Q. So getting back to my question, is |
| 10:24:53 | 18 | there a hierarchy of primary and secondary sources |
| 10:24:58 | 19 | within art history? |
| 10:25:00 | 20 | A. I -- I would say the primary source is |
| 10:25:03 | 21 | the object; its appearance, its silver, its marks, |
| 10:25:11 | 22 | indications of ownership, and then documentary or |
| 10:25:16 | 23 | historical evidence that elucidates those facts |
| 10:25:24 | 24 | known from the object. |
| 10:25:25 | 25 | Q. But when you see a secondary source |

71

Mann

| | | |
|---|---|---|
| 10:23:01 | 2 | A. No. |
| 10:23:01 | 3 | Q. Is it inappropriate as a historian to |
| 10:23:04 | 4 | look at only part of the available record? |
| 10:23:05 | 5 | A. No. |
| 10:23:08 | 6 | Q. Is it appropriate as a historian to |
| 10:23:11 | 7 | cherry-pick documents? |
| 10:23:15 | 8 | MR. SOLOMON: I object. |
| 10:23:15 | 9 | A. What do you mean by "cherry-pick"? |
| 10:23:17 | 10 | Q. To look at some relevant documents but |
| 10:23:19 | 11 | not others. |
| 10:23:20 | 12 | A. You just asked that question. |
| 10:23:21 | 13 | Q. Okay. You can answer. |
| 10:23:22 | 14 | A. I answered it. |
| 10:23:23 | 15 | Q. Okay. Is it appropriate historical |
| 10:23:27 | 16 | method to cherry-pick statements within documents? |
| 10:23:33 | 17 | A. If a person quoted -- one might issue |
| 10:23:40 | 18 | an appendix with complete documents at the end of a |
| 10:23:43 | 19 | book. In the narrative of a book, one wouldn't be |
| 10:23:47 | 20 | quoting the complete documents. |
| 10:23:49 | 21 | Q. Is there a hierarchy of primary and |
| 10:23:53 | 22 | secondary sources in history? |
| 10:23:54 | 23 | A. You keep asking me about history. And |
| 10:23:59 | 24 | I would like to ask you to ask me about art |
| 10:24:01 | 25 | history. |

73

Mann

| | | |
|---|---|---|
| 10:25:27 | 2 | cited, when you see a secondary source and the |
| 10:25:29 | 3 | secondary source cites the original, a primary |
| 10:25:32 | 4 | source, is the primary source more reliable than |
| 10:25:34 | 5 | the secondary source as a general matter? |
| 10:25:36 | 6 | A. Yes. |
| 10:25:36 | 7 | Q. And I'm right that not all secondary |
| 10:25:41 | 8 | sources are of equal weight? |
| 10:25:44 | 9 | A. Yes. |
| 10:25:44 | 10 | Q. Is it fair to say that, as a -- any |
| 10:25:53 | 11 | time I say "historian," I'm going to mean art |
| 10:25:55 | 12 | historian. I may mess up. But can missing or |
| 10:26:03 | 13 | unavailable evidence limit your ability as an art |
| 10:26:06 | 14 | historian to reach a particular conclusion? |
| 10:26:11 | 15 | A. Without -- missing evidence will lead |
| 10:26:14 | 16 | to a partial conclusion. |
| 10:26:20 | 17 | Q. Now, in preparing your report, did you |
| 10:26:25 | 18 | make assumptions from time to time as to why |
| 10:26:28 | 19 | documents were prepared? |
| 10:26:31 | 20 | A. Which -- what do you mean by why |
| 10:26:34 | 21 | documents were prepared? |
| 10:26:36 | 22 | Q. The purpose of the document. |
| 10:26:39 | 23 | A. Such as? Give me an example. |
| 10:26:41 | 24 | Q. Well, the -- the 1869 inventory, for |
| 10:26:45 | 25 | example. Did you consider the purpose of the |

19 (Pages 70 to 73)

74

| | | |
|---|---|---|
| | 1 | **Mann** |
| 10:26:48 | 2 | document? |
| 10:26:54 | 3 | A. I would assume from the detailed |
| 10:26:57 | 4 | quality of that 1869 inventory, which goes down to |
| 10:27:01 | 5 | the brooms in the closet, that this -- Reverend |
| 10:27:08 | 6 | Lyons was asked to provide a complete description |
| 10:27:10 | 7 | of everything belonging to CSI. And if you note, |
| 10:27:15 | 8 | on the last page of the report, page 38, he even |
| 10:27:19 | 9 | lists several objects which belonged to CSI and are |
| 10:27:25 | 10 | on loan to other congregations. |
| 10:27:27 | 11 | **Q. Do you have any evidence that Reverend** |
| 10:27:32 | 12 | **Lyons looked at the 1833 minutes when he prepared** |
| 10:27:35 | 13 | **that inventory?** |
| 10:27:36 | 14 | A. I think he went through the building. |
| 10:27:38 | 15 | My impression is, he went through the building. |
| 10:27:40 | 16 | **Q. That's not my question. Do you have** |
| 10:27:41 | 17 | **any evidence that --** |
| 10:27:42 | 18 | A. No. |
| 10:27:42 | 19 | **Q. -- now, you haven't spoken with anyone** |
| 10:27:51 | 20 | **who has personal knowledge of the underlying events** |
| 10:27:55 | 21 | **in this case, right?** |
| 10:27:56 | 22 | A. They took place a long time ago. |
| 10:27:57 | 23 | **Q. And since it took place a long time** |
| 10:28:02 | 24 | **ago, we can't be certain of what really happened,** |
| 10:28:04 | 25 | **can we?** |

75

| | | |
|---|---|---|
| | 1 | **Mann** |
| 10:28:06 | 2 | A. We can be as certain as we can of |
| 10:28:09 | 3 | other historical events. If you say George |
| 10:28:13 | 4 | Washington was president, you have documentary |
| 10:28:16 | 5 | basis that he was president. |
| 10:28:17 | 6 | **Q. Well, but we don't have a document** |
| 10:28:21 | 7 | **that says, "Myer Myers made the rimmonim in** |
| 10:28:26 | 8 | **question for CSI," do we?** |
| 10:28:31 | 9 | A. We do. |
| 10:28:31 | 10 | **Q. What is that document?** |
| 10:28:32 | 11 | A. It's the payments made to Myer Myers. |
| 10:28:35 | 12 | **Q. It doesn't -- that reference, 36.4.1** |
| 10:28:39 | 13 | **doesn't reference rimmonim, does it?** |
| 10:28:40 | 14 | A. But the next reference, the subsequent |
| 10:28:43 | 15 | reference does reference rimmonim. And the first |
| 10:28:47 | 16 | reference, I have been able to -- to aggregate |
| 10:28:57 | 17 | facts about the cost of silver and the cost of |
| 10:29:02 | 18 | workmanship and so forth to -- that leads, in |
| 10:29:07 | 19 | comparison with the cost of other objects that were |
| 10:29:11 | 20 | simpler, to state that these are -- this was a |
| 10:29:14 | 21 | payment for rimmonim; added to which, there are |
| 10:29:17 | 22 | many different kinds of payments listed in the CSI |
| 10:29:20 | 23 | minutes for the 18th century. And Myer Myers, as |
| 10:29:26 | 24 | Parnas, was given one type of payment as a Parnas, |
| 10:29:33 | 25 | and he's also referred to as a late Parnas, not |

76

| | | |
|---|---|---|
| | 1 | Mann |
| 10:29:36 | 2 | meaning he died, but the last one. |
| 10:29:38 | 3 | There are payments to him for specific |
| 10:29:40 | 4 | items he purchased for the congregation, like a |
| 10:29:43 | 5 | book. And then there is this payment. Which is |
| 10:29:46 | 6 | not of the character of either of the other types. |
| 10:29:49 | 7 | **Q. Okay. Well, can you turn to page 5 of** |
| 10:29:52 | 8 | **your report, the second bullet. Is there any** |
| 10:30:04 | 9 | **reference in that second bullet to rimmonim?** |
| 10:30:07 | 10 | A. To what? |
| 10:30:09 | 11 | **Q. Rimmonim.** |
| 10:30:09 | 12 | A. No. |
| 10:30:10 | 13 | **Q. Now, am I right that a fair portion of** |
| 10:30:16 | 14 | **your report describes, you know, what the parties** |
| 10:30:20 | 15 | **the or said to each other?** |
| 10:30:23 | 16 | A. I did not record what people said to |
| 10:30:26 | 17 | one another. Only as it was reported in minutes. |
| 10:30:29 | 18 | **Q. Right. And you recorded what people** |
| 10:30:31 | 19 | **communicated with each other, right?** |
| 10:30:34 | 20 | A. What was communicated in minutes. |
| 10:30:36 | 21 | That's all. |
| 10:30:36 | 22 | **Q. No, I understand that you're** |
| 10:30:37 | 23 | **referencing documents. But a fair portion of your** |
| 10:30:40 | 24 | **report reports on what people communicated to each** |
| 10:30:43 | 25 | **other, right?** |

77

| | | |
|---|---|---|
| | 1 | Mann |
| 10:30:44 | 2 | A. No. It's also a record of what they |
| 10:30:48 | 3 | did. |
| 10:30:49 | 4 | **Q. That's what they did. Okay. And a** |
| 10:30:52 | 5 | **fair amount of your report, or your report opines** |
| 10:30:58 | 6 | **on what people intended, right?** |
| 10:31:00 | 7 | A. No. |
| 10:31:00 | 8 | **Q. Well, don't you say that certain items** |
| 10:31:02 | 9 | **were loans and not gifts?** |
| 10:31:06 | 10 | A. That is not a matter of intention. |
| 10:31:10 | 11 | That's a matter of ownership and whether ownership |
| 10:31:14 | 12 | was transferred. |
| 10:31:16 | 13 | **Q. It's also a matter of what the donor** |
| 10:31:18 | 14 | **intended, whether the donor intended the item as a** |
| 10:31:22 | 15 | **gift or a loan, correct?** |
| 10:31:23 | 16 | A. I won't get into legal aspects of |
| 10:31:26 | 17 | this. |
| 10:31:26 | 18 | **Q. Okay.** |
| 10:31:28 | 19 | A. I'm not competent in that. |
| 10:31:30 | 20 | **Q. Is there any amount of speculation in** |
| 10:31:37 | 21 | **your report?** |
| 10:31:42 | 22 | A. No. |
| 10:31:42 | 23 | **Q. Are you qualified to opine on the** |
| 10:31:51 | 24 | **ownership rights?** |
| 10:31:54 | 25 | A. No, I think you're talking a legal |

20  (Pages 74 to 77)

78

Mann

10:31:57  2   matter.

10:31:57  3        Q.  And am I right that what you tried to
10:32:09  4   do was re -- as best you could -- reconstruct what
10:32:13  5   happened?

10:32:15  6        A.  Correct.

10:32:15  7        Q.  And based on your reading of the
10:32:17  8   documents, you drew factual conclusions.

10:32:20  9        A.  I didn't draw factual conclusions.  I
10:32:23 10   reported facts.

10:32:25 11        Q.  But you drew factual conclusions from
10:32:28 12   those facts, right?

10:32:29 13        A.  I can say that, yes.

10:32:30 14        Q.  Okay.  One of your conclusions --

10:32:33 15        A.  Is that they -- that the second bullet
10:32:36 16   pertains to rimmonim, and based on a variety of
10:32:39 17   evidence.

10:32:39 18        Q.  Is there any other plausible
10:32:50 19   explanation for what happened here?

10:32:52 20        A.  Where?

10:32:54 21        Q.  With respect to whether Myer Myers
10:32:56 22   made the rimmonim for CSI or for Touro Synagogue.

10:33:02 23        A.  You're asking two questions, correct?
10:33:10 24   What is the first question?

10:33:13 25        Q.  Is there any other plausible scenario

79

Mann

10:33:18  2   with respect to who Mr. Myers made the rimmonim
10:33:23  3   for?

10:33:27  4        A.  No.

10:33:44  5        MR. SOLOMON:  Want to take a break?

10:33:46  6        MR. WAGNER:  No, we can't take breaks
10:33:48  7   unless you just go to the bathroom and
10:33:51  8   come back, because I can't have these
10:33:52  9   breaks counted against me.

10:33:53 10        THE WITNESS:  I have to go to the
10:33:55 11   bathroom.

10:33:55 12        MR. WAGNER:  Okay, then I ask you to
10:33:57 13   come right back.  And I'm not agreeing
10:34:00 14   that breaks count against my time because
10:34:02 15   they don't.

10:34:04 16        (Recess taken.)

10:39:08 17        MR. WAGNER:  Mark this next.

10:39:10 18   EXH       (Mann Exhibit 8, document entitled,
10:39:10 19        "Myer Myers, American Silversmith,"
10:39:10 20        Bates numbered CJIB01574 through 1582,
10:39:10 21        marked for identification, as of this
10:39:46 22        date.)

10:39:46 23   EXAMINATION (Cont'd.)

10:39:47 24   BY MR. WAGNER:

10:39:59 25        Q.  Let me just actually go -- I want to

80

Mann

10:40:05  2   go back to my question about intent or state of
10:40:07  3   mind.  I'm right that you opined as to the state of
10:40:10  4   mind of the actors, correct?

10:40:12  5        A.  No.

10:40:12  6        Q.  Can you look at page 3 of your report,
10:40:20  7   under "Summary of Opinions."

10:40:22  8        A.  Um-hum.

10:40:23  9        Q.  Second paragraph, second sentence, "I
10:40:29 10   have seen no evidence indicating that, prior to
10:40:33 11   CJI's attempts to sell the rimmonim, either CSI or
10:40:36 12   CJI was confused about the fact that CSI owned the
10:40:39 13   rimmonim."

10:40:40 14        Do you see that?

10:40:40 15        A.  Yes.

10:40:40 16        Q.  That's opinion about their state of
10:40:42 17   mind, is it not?

10:40:43 18        A.  No, that is based on the minutes of
10:40:46 19   meetings at CJI in the years since the turn of the
10:40:52 20   millennium, and all the statements that precede
10:40:56 21   them.

10:40:56 22        Q.  Let me just rephrase it.  You drew a
10:40:58 23   conclusion based on those materials concerning the
10:41:00 24   state of mind of both CSI and CJI, correct?

10:41:05 25        A.  I didn't -- it's not a state of mind.

81

Mann

10:41:07  2   It's fact that CSI owned the rimmonim.

10:41:10  3        Q.  I understand that.  But you drew a
10:41:12  4   conclusion as to whether either one of them was
10:41:15  5   confused about ownership, did you not?

10:41:19  6        A.  You're -- maybe you find my language
10:41:22  7   unfelicitous.  But I simply meant that there was no
10:41:29  8   documentary evidence that contradicted CSI's
10:41:34  9   ownership of everything.  And I would say that the
10:41:38 10   issue of ownership did not come up through 1958
10:41:42 11   when Rabbi Gutstein published his book, which is
10:41:46 12   the last complete book on the Touro Synagogue and
10:41:50 13   its history, until this whole brouhaha started.

10:41:56 14        Q.  Now, you have before you the brochure
10:42:00 15   from --

10:42:02 16        A.  Tom Freudenheim.

10:42:05 17        Q.  This was issued by The Jewish Museum,
10:42:09 18   correct?

10:42:09 19        A.  Right.  In 1965.

10:42:10 20        Q.  And is The Jewish Museum -- well, at
10:42:19 21   the time, was it a reliable authority on the
10:42:21 22   provenance of Jewish ornaments?

10:42:23 23        MR. SOLOMON:  Objection, asked and
10:42:24 24   answered.

10:42:24 25        Q.  You can answer.

21  (Pages 78 to 81)

82

Mann

```
10:42:26   1      A. No, I answered that before.
10:42:28   2      Q. The answer is no?
10:42:31   3      A. That wasn't the answer I gave. I said
10:42:33   4   that the level of scholarship was typical of the
10:42:37   5   time but that it had been upgraded with my coming
10:42:47   6   with a Ph.D. The other people didn't have it. And
10:42:50   7   there's no statement -- there are statements in
10:42:52   8   here in the listing. It says, "Lent by." Doesn't
10:42:59   9   say "owned by."
10:43:02  10      MR. SOLOMON: He's actually not asked
10:43:05  11   a question --
10:43:07  12      Q. Dr. Mann -- is it Doctor Or Professor?
10:43:11  13      A. Doctor.
10:43:12  14      Q. I'm sorry. Just listen to my
10:43:14  15   question. At the time this piece was written, was
10:43:21  16   The Jewish Museum a reliable authority on the
10:43:24  17   provenance of Jewish ornaments?
10:43:27  18      MR. SOLOMON: Objection, asked and
10:43:28  19   answered.
10:43:28  20      Q. You can answer.
10:43:30  21      A. I think I have.
10:43:30  22      Q. Well, can you answer that yes or no?
10:43:34  23      A. No, I cannot answer it yes or no. I
10:43:36  24   would say to the extent of scholarship at the time,
```

83

Mann

```
10:43:39   2   it would be considered an expert. I don't think
10:43:44   3   that they did, at that time, the kind of research
10:43:48   4   that was done subsequently.
10:43:49   5      Q. And what subsequent research are you
10:43:53   6   talking about?
10:43:55   7      A. I came there in 1979, and I started
10:43:59   8   doing research on a particular collection of
10:44:04   9   objects that had come from Danzig, Poland, as a
10:44:10  10   result of which I knew more about Danzig silver
10:44:14  11   than anybody, certainly at the Met or anywhere else
10:44:18  12   here.
10:44:18  13      Q. Do you know specifically what research
10:44:20  14   was done to prepare this piece?
10:44:23  15      A. No, I was not there at the time.
10:44:25  16      Q. And I'm right that The Jewish Museum
10:44:28  17   takes care that statements that they make about
10:44:30  18   Judaica are accurate?
10:44:33  19      A. Yes.
10:44:33  20      Q. And I'm right that The Jewish Museum
10:44:37  21   frequently prepares literature when presenting an
10:44:40  22   exhibit?
10:44:41  23      A. Yes. All museums do.
10:44:43  24      Q. Now, who is Tom Freudenheim?
10:44:53  25      A. Thomas Freudenheim began his career at
```

84

Mann

```
10:44:57   1   The Jewish Museum. He has a Master's degree from
10:45:00   2   the Institute of Fine Arts. He became -- I don't
10:45:02   3   know what exact title, curator at The Jewish
10:45:05   4   Museum. He subsequently became a curator at the
10:45:09   5   Smithsonian Institution and from there, he became
10:45:12   6   the curator of the Gilbert Collection in London.
10:45:16   7   And then he was head of YIVO also for a short
10:45:24   8   period of time and is now retired.
10:45:25   9      Q. So he's still alive?
10:45:28  10      A. He lives on Fifth Avenue.
10:45:29  11      Q. Close to 92nd Street?
10:45:35  12      A. I think a little further north.
10:45:37  13      Q. But he's had a pretty good career.
10:45:40  14      A. Yes.
10:45:40  15      Q. And do you consider him a reliable
10:45:42  16   scholar?
10:45:42  17      A. For his time.
10:45:43  18      Q. Now, look at the last page of the
10:45:53  19   document. Actually, who is Hans van Weeren-Griek?
10:45:58  20      A. Where is this name?
10:46:01  21      Q. The bottom of page 1575.
10:46:03  22      A. I believe he was the director at the
10:46:05  23   time. He was the director for only a couple of
10:46:08  24   years.
```

85

Mann

```
10:46:08   2      Q. Do you know anything about him?
10:46:10   3      A. No, except that he was from Europe,
10:46:17   4   and was, I believe, not a person too conversant
10:46:23   5   with Jewish tradition.
10:46:24   6      Q. Okay. Now, the brochure says that the
10:46:31   7   rimmonim in question were loaned by Touro
10:46:35   8   Synagogue, correct?
10:46:35   9      A. Yes.
10:46:35  10      Q. By the way, do you know whether Myer
10:46:44  11   Myers had any connection to Touro Synagogue?
10:46:46  12      A. I haven't seen any evidence.
10:46:50  13      Q. Is that relevant to you, whether he
10:46:52  14   had a connection to the synagogue?
10:46:56  15      A. I think the -- you're only speaking
10:46:59  16   from absence, rather than positive knowledge? We
10:47:02  17   know he had connection to Mikveh Israel, and that
10:47:07  18   we have a document, a letter in his name stating
10:47:10  19   that he had sent rimmonim to Mikveh.
10:47:15  20      But we have no statements or documents
10:47:17  21   that pertain to a relationship to Touro, only
10:47:21  22   insofar as he was on the trustees' board of CSI,
10:47:28  23   which considered matters related to Touro.
10:47:29  24      Q. Wasn't his sister a member of Touro
10:47:31  25   Synagogue?
```

22 (Pages 82 to 85)

86

| | | Mann |
|---|---|---|
| 10:47:31 | 2 | A. I've never seen that. |
| 10:47:33 | 3 | Q. Is that relevant to you? |
| 10:47:35 | 4 | A. No. |
| 10:47:35 | 5 | Q. Can you look at page 1577. |
| 10:47:42 | 6 | A. 15 in this -- in the brochure? |
| 10:47:44 | 7 | Q. 1577. |
| 10:47:46 | 8 | MR. JACOBY: I'm sorry, it's what's |
| 10:47:48 | 9 | called Bates numbers in the lower |
| 10:47:49 | 10 | right-hand corner. |
| 10:47:50 | 11 | A. Oh, yeah, I'm here. Right. |
| 10:47:51 | 12 | Q. The end of the first paragraph, "Each |
| 10:47:53 | 13 | pair of headpieces comes from a congregation to |
| 10:47:56 | 14 | which Myers had a particular connection," and then |
| 10:48:00 | 15 | it goes on to say Touro Synagogue, do you see that? |
| 10:48:05 | 16 | A. Where -- you're reading -- |
| 10:48:11 | 17 | (reading) -- and then it says, "And the Touro |
| 10:48:14 | 18 | Synagogue." It doesn't state that he had a |
| 10:48:17 | 19 | connection. |
| 10:48:17 | 20 | Q. It says, "Each pair of headpieces |
| 10:48:21 | 21 | comes from a synagogue to which Myers had a |
| 10:48:25 | 22 | particular connection," and then it lists three |
| 10:48:27 | 23 | synagogues, does it not? |
| 10:48:29 | 24 | A. Yes. |
| 10:48:29 | 25 | Q. Do you have any basis to dispute what |

87

| | | Mann |
|---|---|---|
| 10:48:33 | 2 | Tom Freudenheim wrote here? |
| 10:48:35 | 3 | A. On this particular sentence? |
| 10:48:37 | 4 | Q. Yes. |
| 10:48:39 | 5 | A. I -- I would say that number 3 is a |
| 10:48:45 | 6 | different type of connection than the others. |
| 10:48:48 | 7 | Q. Okay. Now, look at 1576, top |
| 10:48:56 | 8 | paragraph. Says, the end of this paragraph says, |
| 10:49:04 | 9 | "A debt of gratitude is also due to" -- |
| 10:49:08 | 10 | A. -- "Dr. Guido Schoenenberger." |
| 10:49:10 | 11 | Q. -- "Dr. Guido Schoenenberger, who has |
| 10:49:11 | 12 | previously published Myer Myers' Ritual Objects, |
| 10:49:14 | 13 | and the late Jeanette Rosenbaum whose monograph on |
| 10:49:17 | 14 | Myer Myers remains an exemplary work of its kind," |
| 10:49:22 | 15 | do you see that? |
| 10:49:23 | 16 | A. Um-hum. |
| 10:49:23 | 17 | Q. And do you agree with that? |
| 10:49:25 | 18 | MR. SOLOMON: Objection, asked and |
| 10:49:26 | 19 | answered. Time four. |
| 10:49:26 | 20 | Q. You can answer. |
| 10:49:28 | 21 | A. I answered it. |
| 10:49:29 | 22 | Q. Do you consider it to be an exemplary |
| 10:49:31 | 23 | work? |
| 10:49:31 | 24 | A. I said for its time. |
| 10:49:32 | 25 | Q. Okay. And can you look at page 1582. |

88

| | | Mann |
|---|---|---|
| 10:49:35 | 2 | A. And -- I would -- can I add to that? |
| 10:49:37 | 3 | I do not consider it to be an exemplary work. |
| 10:49:41 | 4 | Q. Okay. Can you turn to page 1582. See |
| 10:49:49 | 5 | the note at the bottom? Says, "A monograph on Myer |
| 10:49:55 | 6 | Myers has been published and remains the most |
| 10:49:57 | 7 | definitive study of the man and his work, Jeanette |
| 10:50:01 | 8 | Rosenbaum," do you see that? |
| 10:50:02 | 9 | A. Yes. |
| 10:50:03 | 10 | Q. Do you have any basis to disagree with |
| 10:50:05 | 11 | that statement? |
| 10:50:06 | 12 | MR. SOLOMON: Asked and answered, time |
| 10:50:07 | 13 | five. |
| 10:50:07 | 14 | A. Yes, I think you've asked this and |
| 10:50:08 | 15 | I've answered it. |
| 10:50:09 | 16 | Q. Okay. Is there some other definitive |
| 10:50:12 | 17 | study? |
| 10:50:13 | 18 | A. Not 'till Barquist. Barquist in -- |
| 10:50:18 | 19 | what was it, 2000, is the next definitive study. |
| 10:50:21 | 20 | Q. Okay, so first Rosenbaum, then |
| 10:50:24 | 21 | Barquist. |
| 10:50:24 | 22 | MR. SOLOMON: Objection, misleading. |
| 10:50:26 | 23 | Q. You can answer. |
| 10:50:29 | 24 | A. There were essays written in between. |
| 10:50:34 | 25 | I think it's important to point out that Myers |

89

| | | Mann |
|---|---|---|
| 10:50:38 | 2 | made -- that Barquist amassed some 360 to 380 |
| 10:50:44 | 3 | pieces known to have been made by Myer Myers and |
| 10:50:47 | 4 | coming from his shop. Of that, we only have six |
| 10:50:53 | 5 | pieces of Judaica, okay? So it's a relatively |
| 10:50:57 | 6 | small percentage of his oeuvre. |
| 10:51:12 | 7 | Q. So let's spend a little time on |
| 10:51:41 | 8 | Rosenbaum. |
| 10:51:41 | 9 | A. I can't do that without the book in |
| 10:51:42 | 10 | front of me. |
| 10:51:43 | 11 | EXH        (Mann Exhibit 9, excerpts from |
| 10:51:43 | 12 | Jeanette Rosenbaum, "Myer Myers, |
| 10:51:43 | 13 | Goldsmith 1723-1795", marked for |
| 10:51:55 | 14 | identification, as of this date.) |
| 10:51:55 | 15 | Q. This is the book that you read? |
| 10:51:57 | 16 | A. Yes. |
| 10:51:57 | 17 | Q. Can you turn to page 36. |
| 10:52:11 | 18 | MR. SOLOMON: This is not the book, |
| 10:52:13 | 19 | this is an excerpt, right? |
| 10:52:14 | 20 | MR. WAGNER: Yes. I mean, if you want |
| 10:52:15 | 21 | I can go down and get the book, but -- |
| 10:52:18 | 22 | Q. -- are you comfortable with this or do |
| 10:52:20 | 23 | you want me to get the book? |
| 10:52:21 | 24 | A. Well, let's hear your questions. I'll |
| 10:52:23 | 25 | tell you if I become uncomfortable. |

23 (Pages 86 to 89)

90

Mann

```
10:52:25   1        Q. Okay. Figure 7, "Touro Synagogue
10:52:30   2   National Historic Shrine, Newport, Rhode Island.
10:52:33   3   Myer Myers made silver scroll bells for this
10:52:37   4   congregation about 1765."
10:52:40   5        Do you believe that's inaccurate?
10:52:41   6        A. Yes. Notice that it's not her
10:52:47   7   statement. It's a quote from the Society of
10:52:49   8   Friends of Touro Synagogue, at the bottom of the
10:52:57   9   caption.
10:52:58  10        Q. You think the statement comes from
10:52:59  11   that?
10:52:59  12        A. Yes, absolutely, is what is meant by
10:53:01  13   that citation.
10:53:03  14        Q. Okay. Can you turn to page 33. You
10:53:18  15   see she says, this is the first full paragraph,
10:53:23  16   second-to-last sentence, "The edifice at Newport
10:53:28  17   was erected in 1763 for a congregation which had
10:53:32  18   existed since 1658 and which is now known as the
10:53:36  19   Touro Synagogue National Historic Shrine. Its
10:53:40  20   elaborately designed bells made by Myer Myers about
10:53:44  21   1765 are still in use as twin ornaments for the
10:53:49  22   wooden rollers around which the Pentateuch is
10:53:55  23   wound."
10:53:56  24        Do you agree with that statement?
```

91

Mann

```
10:53:57   1        A. No.
10:53:57   2        Q. Okay. Can you turn to page 24?
10:53:59   3        A. I can point out that there were two
10:54:02   4   pairs of Myer Myers finials at the time she was
10:54:05   5   writing and she only references one.
10:54:06   6        Q. Okay. Can you turn to page 24.
10:54:14   7        A. Um-hum.
10:54:14   8        Q. Fourth paragraph at the bottom, last
10:54:20   9   sentence, "Illustrated in E. Alfred Jones' The Old
10:54:26  10   Silver of American Churches' are the two pairs of
10:54:29  11   scroll bells which Myer Myers had made for the
10:54:31  12   synagogue at Newport, Rhode Island."
10:54:34  13        Do you see that?
10:54:35  14        A. That is a totally incorrect statement.
10:54:36  15        Q. My only question is whether you see
10:54:38  16   that.
10:54:39  17        A. Yes, I see.
10:54:39  18        Q. My next question is whether you agree
10:54:41  19   with that. And I think you told me you don't.
10:54:43  20        A. I do not agree with it.
10:54:44  21        Q. Turn to page 67. She has plates,
10:54:55  22   "Scroll Bell," one pair -- "one of pair, Touro
10:54:58  23   Synagogue, Newport, Rhode Island," and then,
10:55:01  24   "Identical pairs located at Congregation Shearith
```

92

Mann

```
10:55:03   2   Israel and Touro Synagogue," do you see that?
10:55:06   3        A. Yes.
10:55:06   4        Q. Okay. Now, do you know who Katherine
10:55:09   5   Buehler is?
10:55:09   6        A. I don't remember right now.
10:55:13   7        Q. Can you turn to page 98. Do you
10:55:21   8   remember reading this part of the book at some
10:55:25   9   point?
10:55:26  10        A. I don't remember having read it.
10:55:28  11        Q. Okay, the you turn to page 99.
10:55:32  12        A. Just a minute.
10:55:35  13        Q. Second paragraph --
10:55:36  14        A. Can I just -- read the begin --
10:55:38  15        Q. I'm sorry. Sure.
10:55:40  16        (A pause in the proceedings.)
10:55:56  17        A. Yes, what are you asking?
10:55:58  18        Q. The first paragraph, the first full
10:56:00  19   paragraph says, "The use of rimmonim (scroll
10:56:02  20   ornaments) is entirely ornamental." Do you see
10:56:05  21   that?
10:56:06  22        A. Yes.
10:56:06  23        Q. Do you agree with that as a general
10:56:07  24   matter?
10:56:08  25        A. Yes.
```

93

Mann

```
10:56:08   2        Q. Can we go back to The Jewish Museum
10:56:11   3   brochure for a second?
10:56:14   4        MR. JACOBY: That's Exhibit 8.
10:56:15   5        Q. On page 1576, states -- this is the
10:57:00   6   second paragraph, the middle, it says, "It was not
10:57:07   7   only the members of Congregation Shearith Israel
10:57:09   8   who showed interest in Myers' work --
10:57:12   9        A. Which paragraph are you reading?
10:57:13  10        Q. I'm sorry.
10:57:15  11        A. The second full paragraph?
10:57:15  12        Q. Yes, with one that starts, "Myers'
10:57:18  13   family."
10:57:18  14        A. "Myers' family," yes. Go -- yes.
10:57:20  15        Q. "It wasn't only the members of
10:57:24  16   Congregation Shearith Israel who showed interest in
10:57:26  17   Myers' work. He received commissions from other
10:57:28  18   synagogues as well as many of the prominent
10:57:31  19   families of his day."
10:57:33  20        Do you see that?
10:57:34  21        A. Yes.
10:57:34  22        Q. Is it your testimony that he did not
10:57:35  23   receive a commission from Touro Synagogue?
10:57:39  24        A. This only says that he received it
10:57:42  25   from other synagogues. The reference could be to
```

24  (Pages 90 to 93)

94

|  |  |  |
|--|--|--|
| 10:57:46 | 1 | Mikveh Israel. |
| 10:57:47 | 2 | Q. I understand that. I'm trying to |
| 10:57:49 | 3 | clarify, is it your testimony that he did not |
| 10:57:51 | 4 | receive a commission? |
| 10:57:51 | 5 | A. Correct. He did not. |
| 10:57:52 | 6 | Q. Let me try to clarify something. Is |
| 10:57:52 | 7 | it your testimony that he did not receive a |
| 10:58:29 | 8 | commission or that there's no evidence that he |
| 10:58:32 | 9 | received a commission? Do you understand the |
| 10:58:34 | 10 | difference? |
| 10:58:36 | 11 | MR. SOLOMON: Asked and answered. |
| 10:58:37 | 12 | A. Um -- there are only five pairs of |
| 10:58:40 | 13 | rimmonim. We know that two were made for Mikveh |
| 10:58:44 | 14 | Israel. We know that one pair was made for Samuel |
| 10:58:49 | 15 | Myers, and that eventually was -- was given to |
| 10:58:52 | 16 | Caroline Cohen, who was a descendant. And that |
| 10:59:00 | 17 | leaves two pairs, which were made for CSI. There's |
| 10:59:03 | 18 | no evidence that he made any for Yeshuat Israel. |
| 10:59:08 | 19 | Q. By the way, it's possible that he |
| 10:59:13 | 20 | made -- well, you say he made the rimmonim for |
| 10:59:16 | 21 | Spanish-Portuguese. It's possible that |
| 10:59:21 | 22 | Spanish-Portuguese then donated those rimmonim to |
| 10:59:22 | 23 | CYI, right? |
| 10:59:25 | 24 | A. There's no evidence of that. |
| 10:59:27 | 25 |  |

95

|  |  |  |
|--|--|--|
| 10:59:28 | 1 | Q. I'm just saying, it's possible. |
| 10:59:29 | 2 | MR. SOLOMON: Objection. |
| 10:59:31 | 3 | THE WITNESS: Objection. |
| 10:59:33 | 4 | A. I'm not going to speculate on that. |
| 10:59:34 | 5 | Q. Is it possible -- |
| 10:59:35 | 6 | A. All the evidence shows that they |
| 10:59:37 | 7 | retained ownership. |
| 10:59:38 | 8 | Q. That's not my question. Do you know |
| 10:59:42 | 9 | how those rimmonim ended up in Newport? |
| 10:59:45 | 10 | A. I believe I can reconstruct a scenario |
| 10:59:48 | 11 | as to how they ended up in Newport. |
| 10:59:50 | 12 | Q. My question is, do you know how they |
| 10:59:52 | 13 | ended up? |
| 10:59:53 | 14 | A. From the available facts, I can give |
| 10:59:56 | 15 | you a plausible way that they ended up in Newport. |
| 10:59:59 | 16 | Q. Is it a more-likely-than-not |
| 11:00:01 | 17 | conclusion? |
| 11:00:04 | 18 | A. They -- rephrase? |
| 11:00:08 | 19 | Q. Well, tell me how you think they ended |
| 11:00:10 | 20 | up in Newport. |
| 11:00:11 | 21 | A. I think that they were in Newport |
| 11:00:14 | 22 | prior, for the first time, prior to the dissolution |
| 11:00:19 | 23 | of the congregation in 1818, because they were |
| 11:00:22 | 24 | noted in the inventory as being engraved with the |
| | 25 | |

96

|  |  |  |
|--|--|--|
| 11:00:27 | 1 | word "Newport." The word "Newport" as engraved, |
| 11:00:32 | 2 | and I can show you a photograph of the engraving, |
| 11:00:35 | 3 | is -- had two reasons to say that it is 19th |
| 11:00:41 | 4 | Century engraving rather than original engraving. |
| 11:00:44 | 5 | One is the form of the name, "Newport." It's not |
| 11:00:48 | 6 | written like New York as two separate words. It's |
| 11:00:51 | 7 | written as one word. And all the records that I |
| 11:00:54 | 8 | have seen from the 18th century only talk about |
| 11:00:58 | 9 | "New Port," two separate words. That's A. |
| 11:01:02 | 10 | B, it's -- it's a very sloppy |
| 11:01:10 | 11 | engraving. Not of the character -- it's more of |
| 11:01:12 | 12 | the character of something added in the 19th |
| 11:01:14 | 13 | century than something that was written at the time |
| 11:01:17 | 14 | the piece was made. |
| 11:01:18 | 15 | Q. How does that relate to whether these |
| 11:01:21 | 16 | rimmonim, how they ended up in Newport? |
| 11:01:25 | 17 | A. So I think they were lent to Newport. |
| 11:01:28 | 18 | They were lent to Newport prior to 1818. They came |
| 11:01:32 | 19 | to New York with the Seixas family. CSI demands |
| 11:01:39 | 20 | that all the silver that the Seixases had custody |
| 11:01:41 | 21 | of be handed over to CSI. It then appears in the |
| 11:01:45 | 22 | inventory of 1869, among the possessions of |
| 11:01:50 | 23 | Shearith Israel, that they were used in Newport. |
| 11:01:55 | 24 | Okay. Then we have evidence that |
| | 25 | |

97

|  |  |  |
|--|--|--|
| 11:02:00 | 1 | another set of bells was sent, after the formation |
| 11:02:04 | 2 | of CJI in 1897 to Newport by CSI. There is no |
| 11:02:14 | 3 | record of their being given, only lent. |
| 11:02:19 | 4 | Q. Okay, Dr. Mann, I think you testified |
| 11:02:21 | 5 | that CSI kept very meticulous records. |
| 11:02:25 | 6 | A. Absolutely. |
| 11:02:25 | 7 | Q. And you've seen no loan document, as |
| 11:02:27 | 8 | you testified earlier, concerning the Myer Myers |
| 11:02:31 | 9 | rimmonim, have you, that specifically reference the |
| 11:02:33 | 10 | Myer Myers rimmonim? |
| 11:02:35 | 11 | A. No. |
| 11:02:39 | 12 | Q. So when -- |
| 11:02:40 | 13 | A. Oh, but -- I can make an exception to |
| 11:02:42 | 14 | that. I've seen -- I've collected a series of |
| 11:02:48 | 15 | photographs published in the 20th Century that show |
| 11:02:51 | 16 | the Myer Myers rimmonim in Newport. But there's no |
| 11:02:55 | 17 | statement there -- my documentation is not just |
| 11:02:58 | 18 | written documentation, it is the documentation in |
| 11:03:01 | 19 | photographs. |
| 11:03:02 | 20 | Q. Do you have any idea why somebody |
| 11:03:04 | 21 | wrote "Newport" on the bells? |
| 11:03:06 | 22 | A. Well, if you look at the inventory, we |
| 11:03:10 | 23 | can go back to the inventory, there is a listing of |
| 11:03:19 | 24 | 18-some Torah scrolls in the synagogue of CSI. And |

25 (Pages 94 to 97)

98

Mann

| | | |
|---|---|---|
| 11:03:26 | 2 | that is on page -- hold on. Okay. |
| 11:03:36 | 3 | Go to document 14951. And the list |
| 11:03:46 | 4 | actually begins on the previous page with bold |
| 11:03:51 | 5 | heading, "Scrolls Of the Holy Law" written on |
| 11:03:55 | 6 | parchment, and these are those in the -- on the |
| 11:03:59 | 7 | auditorium floor. What is that, I'm not exactly |
| 11:04:03 | 8 | sure what the auditorium floor is, do you? I don't |
| 11:04:05 | 9 | know, at that point. Maybe I don't know what the |
| 11:04:07 | 10 | reference is. |
| 11:04:08 | 11 | But anyway, on the next page, there |
| 11:04:10 | 12 | are -- is a listing of -- continued listing of |
| 11:04:15 | 13 | those on the auditorium floor; and if you look at |
| 11:04:18 | 14 | number 3, it says, "Sefer Torah, small size, |
| 11:04:22 | 15 | formerly Newport Synagogue." |
| 11:04:29 | 16 | So even though this is an inventory -- |
| 11:04:31 | 17 | there are two places in this inventory of things |
| 11:04:34 | 18 | that belonged to CSI whose use in Newport is |
| 11:04:39 | 19 | recorded. This sefer Torah which, remember, they |
| 11:04:44 | 20 | sent up one sefer Torah after the reformation of |
| 11:04:48 | 21 | the congregation in 1883, and this pair of |
| 11:04:54 | 22 | rimmonim. |
| 11:04:54 | 23 | Q. Let me go back to my question. |
| 11:04:56 | 24 | Do you know why somebody wrote |
| 11:04:59 | 25 | "Newport" on the base of these rimmonim? |

99

Mann

| | | |
|---|---|---|
| 11:05:03 | 2 | A. I think to indicate they were used |
| 11:05:04 | 3 | there. |
| 11:05:05 | 4 | Q. And do you know who wrote it? |
| 11:05:07 | 5 | A. No. |
| 11:05:07 | 6 | Q. And did somebody want to distinguish |
| 11:05:10 | 7 | between Newport bells and CSI bells? |
| 11:05:15 | 8 | A. Between bells that were used in |
| 11:05:17 | 9 | Newport and bells that were used in CSI, yes. |
| 11:05:20 | 10 | Q. So somebody -- |
| 11:05:22 | 11 | A. Not -- not -- not implying ownership, |
| 11:05:26 | 12 | just use. |
| 11:05:26 | 13 | Q. But somebody decided to draw a |
| 11:05:29 | 14 | distinction between those two sets of bowls, did |
| 11:05:31 | 15 | they not? |
| 11:05:36 | 16 | A. At -- it would seem that from the |
| 11:05:38 | 17 | engraving. But on the other hand, when they |
| 11:05:42 | 18 | were -- when two Myer Myers finials were sent back |
| 11:05:45 | 19 | to Newport in, I think, 1897, the person who |
| 11:05:52 | 20 | selected those two rimmonim took one from each |
| 11:05:57 | 21 | pair. |
| 11:05:58 | 22 | That implies that he had -- he didn't |
| 11:06:01 | 23 | see any difference. He was blind to the aesthetic |
| 11:06:06 | 24 | differences and he was blind -- as far as he was |
| 11:06:09 | 25 | concerned, they all belonged to CSI. It didn't |

100

Mann

| | | |
|---|---|---|
| 11:06:12 | 2 | matter which ones he took. |
| 11:06:13 | 3 | Q. How do you know what he thought? Do |
| 11:06:15 | 4 | you know who this person is? |
| 11:06:15 | 5 | A. No, I don't know. |
| 11:06:16 | 6 | Q. How do you know what he thought? |
| 11:06:18 | 7 | A. Because -- the man took -- whoever did |
| 11:06:21 | 8 | it took one from each pair, one from the pair that |
| 11:06:25 | 9 | had always remained at CSI, and one that had |
| 11:06:29 | 10 | previous been used in Newport. That's why only one |
| 11:06:34 | 11 | stave in Newport is engraved "Newport," and one |
| 11:06:38 | 12 | stave at CSI is engraved "Newport." |
| 11:06:41 | 13 | Q. Is it possible he was just careless? |
| 11:06:44 | 14 | A. Why would he be careless? |
| 11:06:47 | 15 | Q. Well, we don't really know, do we? |
| 11:06:49 | 16 | A. I think he lumped them all together. |
| 11:06:51 | 17 | What lumped them all together was the fact that |
| 11:06:53 | 18 | they all belonged to CSI. |
| 11:06:55 | 19 | Q. Well, we don't even know who he is. |
| 11:06:57 | 20 | A. I think that if we went to the |
| 11:07:02 | 21 | meticulous words we would know who the shamash was |
| 11:07:06 | 22 | in 1897. |
| 11:07:08 | 23 | Q. How do you know the shamash did it? |
| 11:07:10 | 24 | A. Because all references to care of the |
| 11:07:13 | 25 | appurtenances in the synagogue are to the shamash. |

101

Mann

| | | |
|---|---|---|
| 11:07:19 | 2 | If you look at the listing of the silver, it says, |
| 11:07:23 | 3 | "All" are in the care of the shamash. |
| 11:07:26 | 4 | Q. If -- see, you testify you've seen no |
| 11:07:30 | 5 | evidence that CSI or CJI was confused about the |
| 11:07:33 | 6 | fact that CSI owned the rimmonim. |
| 11:07:35 | 7 | A. Correct. |
| 11:07:35 | 8 | Q. You recall that. If CJI proclaimed in |
| 11:07:39 | 9 | a public way that CJI owns these rimmonim, would |
| 11:07:45 | 10 | you have expected CSI to have objected and |
| 11:07:47 | 11 | protested? |
| 11:07:47 | 12 | A. The first statements to that effect |
| 11:07:49 | 13 | come after the turn of the millennium, in the |
| 11:07:53 | 14 | minutes of CJI. Those are private minutes. I |
| 11:07:57 | 15 | don't think that they were reported. |
| 11:07:57 | 16 | Q. Not my question. I'm allowed to ask |
| 11:08:02 | 17 | what are called hypothetical questions. |
| 11:08:05 | 18 | If CJI proclaimed in a public way that |
| 11:08:08 | 19 | it owned the Myer Myers rimmonim, would you have |
| 11:08:11 | 20 | expected CSI to have objected? |
| 11:08:13 | 21 | MR. SOLOMON: I object to that |
| 11:08:14 | 22 | question. It's an incomplete |
| 11:08:15 | 23 | hypothetical. |
| 11:08:16 | 24 | Q. You can answer. |
| 11:08:19 | 25 | A. There is no evidence of a public |

26  (Pages 98 to 101)

102

| | | Mann |
|---|---|---|
| 11:08:20 | 1 | statement to that effect. |
| 11:08:21 | 2 | Q. That's not my question. You really |
| 11:08:23 | 3 | have to listen to the question. I'm not asking you |
| 11:08:25 | 4 | whether there was a public statement, and maybe I'm |
| 11:08:27 | 5 | wrong. I've been wrong a lot in my life. |
| 11:08:30 | 6 | If CJI made a public statement that it |
| 11:08:33 | 7 | owned the rimmonim, would you have expected that |
| 11:08:36 | 8 | CSI would have objected? |
| 11:08:39 | 9 | MR. SOLOMON: Same objection. It's an |
| 11:08:41 | 10 | incomplete hypothetical. |
| 11:08:42 | 11 | Q. You can answer. |
| 11:08:47 | 12 | A. I think the record is that they did -- |
| 11:08:51 | 13 | if you -- if you -- no, I'm not going to answer it |
| 11:08:54 | 14 | as it's posed. |
| 11:08:55 | 15 | Q. Well, I'm entitled to an answer -- |
| 11:08:57 | 16 | MR. SOLOMON: She's given you an |
| 11:08:58 | 17 | answer. |
| 11:08:58 | 18 | MR. WAGNER: She hasn't given me an |
| 11:08:59 | 19 | answer. |
| 11:08:59 | 20 | MR. SOLOMON: She just said she's not |
| 11:09:00 | 21 | going to answer it as posed. |
| 11:09:02 | 22 | MR. WAGNER: I'm going to pose it |
| 11:09:03 | 23 | again. You don't have to raise your |
| 11:09:04 | 24 | voice. |

103

| | | Mann |
|---|---|---|
| 11:09:04 | 1 | MR. SOLOMON: I'm not raising my |
| 11:09:06 | 2 | voice. |
| 11:09:06 | 3 | MR. WAGNER: You are. |
| 11:09:07 | 4 | MR. SOLOMON: No, I'm not. Now how |
| 11:09:10 | 5 | many more times do you want to do this? |
| 11:09:12 | 6 | MR. WAGNER: You're yelling at me, no |
| 11:09:12 | 7 | you're not raising -- |
| 11:09:14 | 8 | MR. SOLOMON: I'm not raising my |
| 11:09:15 | 9 | voice. I haven't raised my voice and I |
| 11:09:17 | 10 | won't. |
| 11:09:17 | 11 | MR. WAGNER: Okay. |
| 11:09:18 | 12 | Q. If CJI pro -- |
| 11:09:20 | 13 | MR. SOLOMON: I can say the same thing |
| 11:09:22 | 14 | about you, "Oh, stop raising your voice," |
| 11:09:24 | 15 | knowing that there's no video here and so |
| 11:09:27 | 16 | that you can make things up and have the |
| 11:09:29 | 17 | court reporter take them down, |
| 11:09:30 | 18 | fabrications. |
| 11:09:31 | 19 | MR. WAGNER: Okay, Lou, don't |
| 11:09:34 | 20 | accuse -- |
| 11:09:34 | 21 | MR. SOLOMON: Rare instance -- rare |
| 11:09:36 | 22 | instance of lawyer taking on the |
| 11:09:39 | 23 | attributes of his client. |
| 11:09:41 | 24 | MR. WAGNER: You know, the judge is |

104

| | | Mann |
|---|---|---|
| 11:09:42 | 1 | going to see the things that you say. |
| 11:09:44 | 2 | He's going to get the transcript. |
| 11:09:45 | 3 | MR. SOLOMON: Please give him the |
| 11:09:47 | 4 | transcript. I'm looking forward to going |
| 11:09:48 | 5 | in front of him. |
| 11:09:49 | 6 | MR. WAGNER: Okay. I'm going to ask |
| 11:09:51 | 7 | it again. |
| 11:09:51 | 8 | Q. If CJI proclaimed in a public way that |
| 11:09:55 | 9 | it owned the rimmonim, would you have expected that |
| 11:09:57 | 10 | CSI would have objected? |
| 11:10:00 | 11 | A. Yes. |
| 11:10:00 | 12 | Q. Thank you. By the way, did you read |
| 11:10:13 | 13 | any of the deposition transcripts in this case? |
| 11:10:14 | 14 | A. No. Oh, I read Barquist's, I'm sorry. |
| 11:10:21 | 15 | Q. That wasn't -- it wasn't a deposition. |
| 11:10:29 | 16 | A. I did not read -- I don't even know |
| 11:10:30 | 17 | who was deposed except Professor Fisher and |
| 11:10:37 | 18 | Ms. Sloane from Christie's. |
| 11:10:41 | 19 | Q. Right. |
| 11:10:50 | 20 | EXH    (Mann Exhibit 10, two pages from the |
| 11:10:50 | 21 | Forward dated 6/5/09, marked for |
| 11:11:07 | 22 | identification, as of this date.) 10. |
| 11:11:07 | 23 | Q. What is the Jewish Forward? |
| 11:11:11 | 24 | A. It's a weekly newspaper. |

105

| | | Mann |
|---|---|---|
| 11:11:13 | 1 | Q. Is it a weekly Jewish newspaper? |
| 11:11:15 | 2 | A. It's a weekly newspaper that focuses |
| 11:11:17 | 3 | on Jewish articles of Jewish interest, but does |
| 11:11:21 | 4 | include other matters. |
| 11:11:22 | 5 | Q. And is it a prominent Jewish |
| 11:11:24 | 6 | newspaper? |
| 11:11:24 | 7 | MR. SOLOMON: Object to form. No |
| 11:11:26 | 8 | foundation. |
| 11:11:26 | 9 | Q. Is it a prominent Jewish newspaper? |
| 11:11:29 | 10 | A. Only in New York. |
| 11:11:31 | 11 | Q. And CSI is located in New York, is it |
| 11:11:34 | 12 | not? |
| 11:11:35 | 13 | A. Yes. I have not read this, may I -- |
| 11:11:38 | 14 | Q. I understand. Well, let me just focus |
| 11:11:40 | 15 | you, you see the article on the right, "Touro |
| 11:11:43 | 16 | Struggles With Its Historic Legacy"? |
| 11:11:46 | 17 | A. Um-hum. |
| 11:11:46 | 18 | Q. You could read to the top of -- |
| 11:11:49 | 19 | A. I'd like to read it. |
| 11:11:49 | 20 | Q. Sure. |
| 11:11:50 | 21 | (A pause in the proceedings.) |
| 11:13:15 | 22 | Q. I'm only going to ask you through the, |
| 11:13:18 | 23 | about the background -- if you're marking up... |
| 11:13:21 | 24 | A. Yes. |

27 (Pages 102 to 105)

106

Mann

| | | |
|---|---|---|
| 11:13:21 | 2 | Q. Are you ready? |
| 11:13:23 | 3 | A. I didn't read the rest of it. |
| 11:13:24 | 4 | Q. Okay. I mean, I don't want to -- if |
| 11:13:26 | 5 | you want to read the rest of it, but I'm only going |
| 11:13:29 | 6 | to ask about -- |
| 11:13:30 | 7 | A. All right what's the question? |
| 11:13:31 | 8 | Q. So if someone from CSI read this, |
| 11:13:34 | 9 | would you have expected them to have protested to |
| 11:13:36 | 10 | CJI? |
| 11:13:37 | 11 | MR. SOLOMON: Objection. There's no |
| 11:13:38 | 12 | foundation for the statement. |
| 11:13:39 | 13 | Q. You can answer. |
| 11:13:40 | 14 | A. I don't know if anybody from CSI read |
| 11:13:42 | 15 | it. |
| 11:13:42 | 16 | Q. That's not my question. My question |
| 11:13:44 | 17 | is, if they read it, would you have expected them |
| 11:13:46 | 18 | to protest to CJI? |
| 11:13:50 | 19 | A. If they were knowledgeable about the |
| 11:13:56 | 20 | ownership, yes. |
| 11:13:57 | 21 | Q. Okay. Well, let's go back to the |
| 11:14:00 | 22 | Barquist piece. |
| 11:14:05 | 23 | A. It's also, I just want to add that you |
| 11:14:07 | 24 | see in the same paragraph the inaccuracy of the |
| 11:14:11 | 25 | statement that they planned to sell two pairs of |

107

Mann

| | | |
|---|---|---|
| 11:14:16 | 2 | Myer Myers rimmonim. So that this is not a totally |
| 11:14:21 | 3 | accurate account of what was taking place. |
| 11:14:24 | 4 | Q. Okay. Can you go back to Exhibit 2. |
| 11:14:44 | 5 | That's the -- do you want us to clean up all |
| 11:14:49 | 6 | your -- |
| 11:14:50 | 7 | A. I think I need to -- I have to find 2. |
| 11:14:52 | 8 | Okay. So this is 5 -- |
| 11:14:56 | 9 | Q. I'm really sorry to clutter -- |
| 11:14:59 | 10 | MR. SHINEROCK: Do you have an extra |
| 11:15:01 | 11 | copy of 2, maybe -- |
| 11:15:03 | 12 | Q. You have it right there (indicating). |
| 11:15:06 | 13 | A. I have 1 -- |
| 11:15:12 | 14 | (A pause in the proceedings.) |
| 11:15:13 | 15 | Q. This is what it says -- |
| 11:15:14 | 16 | A. It's Barquist. |
| 11:15:15 | 17 | Q. Yes. |
| 11:15:17 | 18 | A. Okay, I have to find it. |
| 11:15:24 | 19 | (A pause in the proceedings.) |
| 11:15:26 | 20 | Q. Okay, I see it here. It's at the |
| 11:15:28 | 21 | bottom. |
| 11:15:32 | 22 | A. Okay. |
| 11:15:32 | 23 | Q. Is it okay if I stand here -- |
| 11:15:37 | 24 | A. No, I can do it. |
| 11:15:38 | 25 | Q. Look at the last page, page 200. The |

108

Mann

| | | |
|---|---|---|
| 11:15:45 | 2 | last sentence says, "In addition to this pair |
| 11:15:50 | 3 | marked by Myers, Touro Synagogue now owns a pair of |
| 11:15:53 | 4 | Torah finials of Mediterranean origin with the same |
| 11:15:58 | 5 | engraving inscription." |
| 11:16:01 | 6 | Do you see that? |
| 11:16:02 | 7 | A. Yes. |
| 11:16:02 | 8 | Q. And would you have expected someone |
| 11:16:03 | 9 | from CSI to have protested if they read this? |
| 11:16:06 | 10 | A. They should have. |
| 11:16:09 | 11 | Q. Have you seen any evidence that they |
| 11:16:12 | 12 | did? |
| 11:16:12 | 13 | MR. SOLOMON: That they did read it? |
| 11:16:14 | 14 | Q. That they did protest. |
| 11:16:16 | 15 | A. That they did protest? |
| 11:16:17 | 16 | Q. Yes. |
| 11:16:19 | 17 | A. I did not read minutes from the turn |
| 11:16:21 | 18 | of the millennium. |
| 11:16:25 | 19 | Q. Now, let's turn back to your report. |
| 11:16:50 | 20 | A. I'm just finishing putting this in |
| 11:16:52 | 21 | order. |
| 11:16:52 | 22 | Q. I'm sorry. |
| 11:16:53 | 23 | A. No, it's -- I have my report -- |
| 11:16:55 | 24 | Q. Want my associate to do it for you? |
| 11:16:57 | 25 | A. No. I think I'm capable. Okay. What |

109

Mann

| | | |
|---|---|---|
| 11:17:02 | 2 | do you want to know? |
| 11:17:10 | 3 | Q. So after "summary of opinions," you |
| 11:17:13 | 4 | have a section, "Background and history of Shearith |
| 11:17:16 | 5 | Israel," do you see that? |
| 11:17:21 | 6 | A. Background and history, yes. |
| 11:17:22 | 7 | Q. And that's mostly recounting from |
| 11:17:24 | 8 | secondary sources, right? |
| 11:17:25 | 9 | A. Correct. |
| 11:17:25 | 10 | Q. That's just background. |
| 11:17:27 | 11 | A. Um-hum. |
| 11:17:28 | 12 | Q. Okay. So let's go to the heart of |
| 11:17:33 | 13 | your opinion, one of the opinions. |
| 11:17:49 | 14 | By the way, did you do an |
| 11:17:53 | 15 | investigation of the use of the word "appurtenance" |
| 11:17:56 | 16 | in connection with your -- |
| 11:17:58 | 17 | A. I think that Dr. Fisher covered that. |
| 11:18:00 | 18 | Q. Okay. So just on page -- on the |
| 11:18:11 | 19 | second paragraph on page 5, you say, "The pairs of |
| 11:18:18 | 20 | rimmonim are appurtenances intended to adorn and |
| 11:18:23 | 21 | enhance the beauty of the Torah scroll as it is |
| 11:18:25 | 22 | processed" -- |
| 11:18:26 | 23 | A. "Processed" is that -- as in |
| 11:18:29 | 24 | "procession." |
| 11:18:30 | 25 | Q. I'm sorry. |

28 (Pages 106 to 109)

110

Mann

11:18:32    2    A. That's all right.

11:18:33    3    Q. Now, in the course of a week, for a

11:18:36    4    synagogue that does use rimmonim, in the course of

11:18:39    5    a week, how many times would the Torahs be

11:18:43    6    processed through the synagogue?

11:18:46    7    A. In a normal week, three times.

11:18:49    8    Q. And when is that?

11:18:50    9    A. Monday, Thursday and the Sabbath. But

11:18:54    10    if there's a holiday that week, that will add to --

11:18:58    11    can add two extra days to -- to two successive

11:19:08    12    weeks.

11:19:08    13    Q. And Jews pray, at least they're

11:19:11    14    supposed to pray 21 times a week?

11:19:13    15    A. Three times a day.

11:19:14    16    Q. Times seven is 21, right?

11:19:17    17    A. Um-hum.

11:19:17    18    Q. Are services illegitimate if they

11:19:20    19    don't use rimmonim?

11:19:21    20    A. You asked this question before.

11:19:22    21    Q. Slightly differently.

11:19:24    22    A. Uh -- the basis -- let me put it this

11:19:30    23    way:

11:19:33    24    A synagogue -- the Torah scroll itself

11:19:36    25    is considered to be absolutely necessary.  A

111

Mann

11:19:38    2    congregation is not allowed to sell a Torah scroll.

11:19:41    3    It is allowed to sell everything else for certain

11:19:44    4    uses, and those were set down in the twelfth

11:19:48    5    century by Maimonides.

11:19:50    6    You can sell them if you need money to

11:19:53    7    feed the poor; and a big issue in medieval times,

11:19:57    8    as it is today, was to ransom captives.  This was a

11:20:00    9    major way of making money by gangs and countries.

11:20:06    10    So for those two reasons, one is

11:20:08    11    allowed to sell everything that was more extraneous

11:20:15    12    to the Torah.

11:20:15    13    Q. Okay.  Can you just look at page 5.

11:20:31    14    Let's look at these three entries.

11:20:39    15    The first bullet is, "In 1759," he,

11:20:46    16    meaning Myer Myers, "Was paid 20 pounds to create a

11:20:49    17    work of plate in honor of," etc.  Do you see that?

11:20:53    18    A. Um-hum.

11:20:53    19    Q. So that is not a reference to

11:20:55    20    rimmonim, right?

11:20:56    21    A. No, the word "plate" is a generic term

11:20:59    22    to all kinds of silver.

11:21:00    23    Q. Okay.

11:21:02    24    A. And there would be no reason to give

11:21:04    25    rimmonim to a private individual.

112

Mann

11:21:05    2    Q. And then the last bullet is, "In 1774,

11:21:09    3    Myers was paid ten pounds and 15," I don't know

11:21:12    4    what --

11:21:13    5    A. Fifteen shillings.

11:21:14    6    Q. "Fifteen shillings toward the cost of

11:21:17    7    a pair of rimmonim"; do you see that?

11:21:18    8    A. Yes.

11:21:19    9    Q. And it goes on to say, "Cash paid

11:21:21    10    Mr. Myer Myers due him on a pair of rimmonim."

11:21:24    11    Next entry reads, "Cash paid for 16 gilt bells,"

11:21:29    12    right?

11:21:29    13    A. Yes.

11:21:30    14    Q. So whoever was writing the minutes

11:21:31    15    knew how to reference bells when they wanted to,

11:21:33    16    right?

11:21:35    17    A. You're using the direct Hebrew word,

11:21:39    18    "Rimmonim."  They -- that is the Hebrew for

11:21:43    19    "bells."

11:21:43    20    Q. So they knew how to reference bells or

11:21:46    21    rimmonim when they wanted to, correct?

11:21:48    22    A. Yes.

11:21:48    23    Q. Now, the middle document is the one

11:21:52    24    that's key for you, is it not?

11:21:56    25    MR. SOLOMON:  Object to the form.

113

Mann

11:21:58    2    A. It's not -- it's no different than the

11:22:01    3    last citation in which he was paid for a pair of

11:22:04    4    rimmonim.  It's of the same category.

11:22:07    5    Q. Actually, let me rephrase it.  That's

11:22:09    6    the one where we're trying to find out what this

11:22:11    7    payment was for, right?

11:22:12    8    MR. SOLOMON:  Objection.  Misstates

11:22:14    9    her testimony.

11:22:14    10    Q. Correct?

11:22:17    11    A. I agree with my counsel.

11:22:18    12    Q. Well, we've one pair on the bottom,

11:22:26    13    right?

11:22:26    14    A. Um-hum.

11:22:26    15    Q. We're trying to figure out whether the

11:22:28    16    second bullet refers for a pair of rimmonim, right?

11:22:30    17    A. And I stated before my reasons for --

11:22:33    18    Q. I know, I got that.  I'm just trying

11:22:35    19    to move along.  And that's the pair that's at issue

11:22:37    20    in this case, right?

11:22:38    21    MR. SOLOMON:  Objection.

11:22:39    22    A. No, we don't know that.

11:22:40    23    Q. Because of the switch, right?

11:22:42    24    A. No.  The pair that is -- was offered

11:22:46    25    for sale consisted of one from each of these two

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

114

Mann

11:22:53  1  pairs.

11:22:53  2  Q. Okay, but at least --

11:22:55  3  A. So we have a set. I won't call them a

11:22:57  4  pair because they are not the same. They are

11:22:59  5  different in weight, they are different in height,

11:23:01  6  there are subtle differences, okay? And they are

11:23:04  7  different in their decoration. The person who

11:23:08  8  engraved the flowers on the first pair didn't

11:23:12  9  engrave the flowers -- it's another hand.

11:23:14  10  Q. Okay.

11:23:16  11  A. So they are different. And also, the

11:23:17  12  structure, the armature that supports the rimmonim

11:23:20  13  were differently made in the both pairs.

11:23:25  14  What was at issue is a set formed of

11:23:28  15  one of each of these two pairs.

11:23:30  16  Q. Okay. I apologize. But what you're

11:23:32  17  trying to find out for that second bullet is

11:23:36  18  whether that references a pair of rimmonim,

11:23:38  19  correct?

11:23:39  20  A. No, I believe I've found out.

11:23:41  21  Q. I understand, but that's what you were

11:23:43  22  trying to -- that's what you were trying to

11:23:45  23  determine, correct? Whether that second --

11:23:49  24  A. Trying to determine --

115

Mann

11:23:50  1  Q. -- you were trying to determine

11:23:53  2  whether this second bullet refers to a pair of

11:23:55  3  rimmonim.

11:23:56  4  A. That was part of my research.

11:23:57  5  Q. Because if it does, that accounts for

11:23:59  6  all of the pairs, right?

11:24:01  7  A. That accounts for the pairs.

11:24:02  8  Q. All of them. All five.

11:24:06  9  A. That would be the -- the finishing

11:24:09  10  accounting for the five.

11:24:10  11  Q. Okay. And you say, "The total amount

11:24:41  12  paid in 1765 compared to the payment in --

11:24:44  13  A. Where were you?

11:24:45  14  Q. I'm sorry, top of page 6. "The total

11:24:50  15  of the amount paid in 1765 compared to the payment

11:24:54  16  in 1759 for a work of plate suggests the amount of

11:25:00  17  36.4.1 pounds was payment for a large or more

11:25:06  18  complicated work such as a pair of finials," do you

11:25:09  19  see that?

11:25:10  20  A. Yes.

11:25:10  21  Q. What do you mean by "such as"?

11:25:13  22  A. For example, a pair of finials. In

11:25:16  23  other words, the amount is not for -- the pieces of

11:25:24  24  plate and the domestic objects that he made are

116

Mann

11:25:26  1  largely cast silver. He had a mold, he poured the

11:25:29  2  silver in, took it out, took out the finished

11:25:32  3  thing.

11:25:32  4  These works have a tremendous amount

11:25:36  5  of hand labor after the making of the basic silver.

11:25:41  6  And we know that certain amounts were paid for the

11:25:47  7  engraving, to the piercer who made the holes, to

11:25:51  8  all of these people who were affiliated with his

11:25:53  9  workshop.

11:25:54  10  So yes, I think that the -- the number

11:25:57  11  of ounces in each of them today, as Barquist

11:26:03  12  weighed them, but cannot -- state it equivalent --

11:26:09  13  that they are the equivalent of the original

11:26:11  14  weight, but the rough estimate of the weight would

11:26:14  15  lead to a certain price for the silver and the rest

11:26:17  16  of it is the enhancement through the work of

11:26:19  17  chasers, piercers, engravers, etc.

11:26:23  18  Q. Are you an economist?

11:26:25  19  A. I deal with economy as it pertains to

11:26:29  20  ritual art.

11:26:30  21  Q. But are you an economist?

11:26:31  22  A. No.

11:26:31  23  Q. Okay. Now, you go on here to say --

11:26:34  24  A. But there are books, by the way, of

117

Mann

11:26:37  1  the -- of the equivalence of currencies used in

11:26:42  2  colonial times and today.

11:26:43  3  Q. You say, "These three entries attest

11:26:45  4  to the fact that Myer Myers made one piece of plate

11:26:49  5  and two pairs of finials for Shearith Israel,

11:26:52  6  accounting for two out of the five pairs of finials

11:26:55  7  extant."

11:26:56  8  To you see that?

11:26:57  9  A. Yes.

11:26:57  10  Q. So Shearith Israel paid 10 pounds in

11:27:02  11  1774 for one pair, correct?

11:27:04  12  A. No, they paid on account. They

11:27:07  13  paid -- that was a -- in other words, it was the

11:27:10  14  remaining amount that he was owed.

11:27:14  15  Q. Do you know the total amount he was

11:27:15  16  owed?

11:27:15  17  A. No, it's not in the records.

11:27:17  18  Q. An asserted 36.4.1 was also on

11:27:23  19  account, was it not?

11:27:24  20  A. I have to look at --

11:27:26  21  Q. Doesn't it say "balance due"?

11:27:29  22  A. Yes, it says "balance due," and the

11:27:31  23  other one has a different language.

11:27:32  24  Q. "Balance due" could mean that there

30  (Pages 114 to 117)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

118

|   |   |
|---|---|
| | Mann |
| 11:27:35 | 1 was more that was already paid to him and this is |
| 11:27:37 | 2 the balance due, correct? |
| 11:27:39 | 3     A.  And then it says, in the second |
| 11:27:42 | 4 sentence, "Cash paid to Mr. Myers due him on a pair |
| 11:27:46 | 5 of rimmonim." |

11:27:35    1    was more that was already paid to him and this is
11:27:37    2    the balance due, correct?
11:27:39    3        A.  And then it says, in the second
11:27:42    4    sentence, "Cash paid to Mr. Myers due him on a pair
11:27:46    5    of rimmonim."
11:27:48    6        The "due him" I interpret as meaning
11:27:52    7    this is an additional payment because it's
11:27:55    8    obviously not the total cost of rimmonim when a
11:28:00    9    piece of plate costs 20 pounds, a cast piece of
11:28:03   10    plate.
11:28:03   11        Q.  How do you know what the cost of
11:28:04   12    rimmonim was?
11:28:06   13        A.  How do I know?
11:28:07   14        Q.  Yes.
11:28:08   15        A.  Because there are records of what the
11:28:11   16    silver alone would have cost.  There is no -- there
11:28:15   17    are no records from his shop, okay?  In other
11:28:19   18    words, Paul Revere kept records of his commissions
11:28:25   19    and what was paid, etc.  They are irrelevant to
11:28:27   20    this case because silver cost was cheaper in Boston
11:28:31   21    than it was in New York at the time.
11:28:32   22        Q.  Let me just -- one payment was, with
11:28:38   23    respect to one pair, was 10.15, correct?
11:28:43   24        A.  No.  That was a part of the payment.

119

11:28:44    1        Q.  And do you know what the total payment
11:28:48    2    was?
11:28:48    3        A.  No.
11:28:48    4        Q.  And with respect to the 36.4.1, do you
11:28:52    5    know what the total payment was?
11:28:59    6        A.  I assume, based on the price of silver
11:29:04    7    at the time, that the remaining portion was for the
11:29:07    8    silver.
11:29:07    9        Q.  But you don't know how much was the
11:29:09   10    total due him --
11:29:11   11        A.  No.
11:29:11   12        Q.  -- correct?
11:29:13   13        A.  No.
11:29:14   14        Q.  It says, "Balance due."
11:29:16   15        A.  Right.
11:29:16   16        Q.  So it could have been 150 and only
11:29:19   17    36.4.1 was left, right?
11:29:20   18        A.  Okay.  So?  What does that...
11:29:24   19        Q.  And did you do an analysis of the
11:29:26   20    price of silver in your report?
11:29:29   21        A.  No, I subsequently -- I subsequently
11:29:33   22    visited with the expert at the Metropolitan on
11:29:39   23    silver, American silver, and we --
11:29:41   24        Q.  And --

120

11:29:43    1        A.  -- and I found a document.  This is
11:29:46    2    the transcription of the minutes by Lyons and -- in
11:29:52    3    which there is, in 1738, there is a citation of 47
11:30:04    4    ounces of silver that were sent to -- elsewhere.
11:30:11    5    And -- where is this -- I have to find the
11:30:17    6    document.
11:30:18    7        And the cost of that.
11:30:19    8        Q.  Are you an expert on the colonial
11:30:22    9    price of silver?
11:30:23   10        A.  I have relied on Barquist's statement
11:30:28   11    of what different pieces cost and I have -- I have
11:30:34   12    studied the matter in some sense.  This is not my
11:30:37   13    primary.
11:30:37   14        Q.  Would you consider yourself an expert?
11:30:39   15        A.  No, but I have seen two citations of
11:30:43   16    the cost of silver.
11:30:45   17        Q.  Do you know whether the price of
11:30:49   18    silver fluctuated between 1764 and 17 --
11:30:55   19        A.  '74?
11:30:56   20        Q.  Yes.
11:30:57   21        A.  No.
11:30:57   22        Q.  So let's, I just want to look --
11:31:03   23        A.  Well, the important thing is the cost
11:31:05   24    of silver to Myer Myers.

121

11:31:08    1        Q.  Let's look at the ledger.
11:31:12    2        A.  Do you have copies --
11:31:13    3        Q.  I'm going to give it to you.  I tried
11:31:15    4    to get it as clear as I can.  It's number 63.
11:31:34    5        So I'm giving you the best copy that
11:31:35    6    we've been able to make.
11:31:37    7    EXH        (Mann Exhibit 11, photo of
11:31:37    8            handwritten ledger headed, "Debtor_The
11:31:37    9            Holy Sedakah," Bates numbered CSI11899,
11:31:37   10            marked for identification, as of this
11:32:04   11            date.)
11:32:04   12        MR. WAGNER:  By the way, did we ever
11:32:06   13    figure out whether the witness took the
11:32:07   14    exhibits?
11:32:09   15        MR. SHINEROCK:  He did take them.
11:32:10   16        Q.  So this is the entry that you relied
11:32:17   17    on?
11:32:17   18        A.  S in the second -- the first entry.
11:32:20   19        Q.  And the first item says, "Cash
11:32:22   20    paid" --
11:32:23   21        A.  "Myer Myers balance of his account
11:32:25   22    paid."
11:32:26   23        Q.  Right.  No other information.  No
11:32:28   24    reference to rimmonim, right?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

122

Mann

| | | |
|---|---|---|
| 1:32:30 | 2 | A. Okay. But I want to make the point |
| 1:32:32 | 3 | that there were three different types of payments |
| 1:32:36 | 4 | made to Myer Myers that are recorded in this |
| 1:32:40 | 5 | ledger. |
| 1:32:41 | 6 | Q. All I want is, there's no specific |
| 1:32:43 | 7 | reference to rimmonim on this line, is there? |
| 1:32:45 | 8 | A. No. |
| 1:32:45 | 9 | Q. Okay. Now, the next line, there is a |
| 1:32:48 | 10 | specific reference to what the payment was for, |
| 1:32:51 | 11 | right? |
| 1:32:52 | 12 | A. No. It's -- he was paid for another |
| 1:32:55 | 13 | item. The balance on the new house built for -- |
| 1:33:02 | 14 | for order -- per order. He -- there was -- they |
| 1:33:08 | 15 | acquired another house to be used as a synagogue |
| 1:33:11 | 16 | and he paid part of that cost. And so here he is |
| 1:33:13 | 17 | being reimbursed for an outlay having to do with |
| 1:33:18 | 18 | the enlargement of the synagogue. |
| 1:33:22 | 19 | Q. In this one, there's a specific |
| 1:33:24 | 20 | reference to what the payment is for. |
| 1:33:25 | 21 | A. Right. That is one type of payment |
| 1:33:28 | 22 | made to Myer Myers in the course of these minutes. |
| 1:33:30 | 23 | Q. That's all. By the way, what does |
| 1:33:34 | 24 | "ditto" mean? |
| 1:33:36 | 25 | A. Ditto means whatever is above it. So |

123

Mann

| | | |
|---|---|---|
| 1:33:38 | 2 | cash paid, ditto, Myer Myers, it's the repetition |
| 1:33:46 | 3 | of the cash paid and then ditto Myer Myers. |
| 1:33:48 | 4 | Q. And I assume that -- |
| 1:33:52 | 5 | A. Sometimes it's abbreviated "d" with a |
| 1:33:55 | 6 | little circle. |
| 1:33:55 | 7 | Q. Right. Do we think that was done just |
| 1:33:58 | 8 | to save writing? |
| 1:33:59 | 9 | A. Yeah, sure. |
| 1:34:00 | 10 | Q. Just practical. That's like their |
| 1:34:03 | 11 | version of cut and paste. |
| 1:34:04 | 12 | A. It's their -- well, it's a whole |
| 1:34:07 | 13 | different -- handwriting is different than computer |
| 1:34:12 | 14 | writing. |
| 1:34:12 | 15 | Q. Did you look at the board resolutions |
| 1:34:15 | 16 | that pertained to this entry? |
| 1:34:19 | 17 | A. This is missing. It's only |
| 1:34:21 | 18 | transcribed by Lyons. There's nothing in Lyons' |
| 1:34:25 | 19 | transcription of -- that contradicts what I have |
| 1:34:28 | 20 | said. |
| 1:34:29 | 21 | Q. There's nothing in the Lyons |
| 1:34:31 | 22 | transcription that references that this payment was |
| 1:34:34 | 23 | for rimmonim, is there? |
| 1:34:36 | 24 | A. No. |
| 1:34:36 | 25 | Q. Okay. Let's look at the -- |

124

Mann

| | | |
|---|---|---|
| 1:34:40 | 2 | A. Because he didn't do the research. I |
| 1:34:42 | 3 | did. |
| 1:34:42 | 4 | Q. Well, he was just transcribing pages, |
| 1:34:47 | 5 | wasn't he? |
| 1:34:47 | 6 | A. Um-hum. |
| 1:34:48 | 7 | Q. We're going to show you Lyons. |
| 1:35:53 | 8 | MR. WAGNER: Let's mark this as the |
| 1:35:55 | 9 | next exhibit. |
| 1:35:56 | 10 | EXH     (Mann Exhibit 12, three-page |
| 1:35:56 | 11 | document, first page reproduction of a |
| 1:35:56 | 12 | title page headed, "Publications of the |
| 1:35:56 | 13 | American Jewish Historical Society, |
| 1:35:56 | 14 | Number 21", marked for identification, |
| 1:36:11 | 15 | as of this date.) |
| 1:36:11 | 16 | Q. Okay. Is this Lyons that you're |
| 1:36:17 | 17 | referring to? |
| 1:36:18 | 18 | A. Yes, this is the printing of the |
| 1:36:20 | 19 | Lyons. |
| 1:36:20 | 20 | Q. Okay. What do you understand the |
| 1:36:22 | 21 | Lyons collection to be? |
| 1:36:22 | 22 | A. It's a voluminous, miscellaneous |
| 1:36:29 | 23 | collection of every document he could lay his hands |
| 1:36:32 | 24 | on that had anything to do with American Jewish |
| 1:36:34 | 25 | history. |

125

Mann

| | | |
|---|---|---|
| 1:36:34 | 2 | Q. And here, he says, "Volume 1, |
| 1:36:40 | 3 | containing the earliest extant minute books of the |
| 1:36:43 | 4 | Spanish-Portuguese Synagogue of New York." |
| 1:36:45 | 5 | A. Where are you reading? |
| 1:36:46 | 6 | Q. I'm reading on the very first page |
| 1:36:48 | 7 | here. |
| 1:36:49 | 8 | A. I wasn't given that. It's not on my |
| 1:36:51 | 9 | copy. |
| 1:36:51 | 10 | Q. Okay, you can have my copy. It's got |
| 1:36:55 | 11 | some highlighting on it, is that okay? |
| 1:36:57 | 12 | A. I can manage. |
| 1:36:59 | 13 | (Document passed to witness.) |
| 1:37:12 | 14 | Q. Okay. So, did you understand the |
| 1:37:17 | 15 | Lyons -- what do you understand happened here with |
| 1:37:20 | 16 | respect to these minute books? |
| 1:37:23 | 17 | A. I was told by the present shamash that |
| 1:37:28 | 18 | the original is missing. |
| 1:37:29 | 19 | Q. Is it possible they were given to -- |
| 1:37:31 | 20 | A. He's writing, you know, way before. |
| 1:37:35 | 21 | He then still had possession of them. |
| 1:37:37 | 22 | Q. "He" meaning Lyons? |
| 1:37:39 | 23 | A. Lyons, I mean, the synagogue still had |
| 1:37:42 | 24 | the actual artifact. |
| 1:37:43 | 25 | Q. Okay. But somebody transcribed the |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

126

Mann

| | | |
|---|---|---|
| 11:37:45 | 2 | minutes, right? |
| 11:37:47 | 3 | A. Lyons. |
| 11:37:48 | 4 | Q. Okay. And Lyons is associated with |
| 11:37:51 | 5 | CSI? |
| 11:37:51 | 6 | A. Lyons was the shamash of CSI. |
| 11:37:55 | 7 | Q. So can you look at page 88. And you |
| 11:38:01 | 8 | see the entry for October 21, 1764, pertaining to |
| 11:38:06 | 9 | this 36.4.1. |
| 11:38:08 | 10 | A. Um-hum. |
| 11:38:08 | 11 | Q. And there's no reference there to |
| 11:38:10 | 12 | rimmonim, is there? |
| 11:38:11 | 13 | A. No. He's transcribing just what was |
| 11:38:14 | 14 | in the -- that we read before. |
| 11:38:16 | 15 | Q. Well, he's transcribing from a |
| 11:38:19 | 16 | resolution. He's not transcribing from "The Holy |
| 11:38:23 | 17 | Sedakah." He's transcribing from a resolution. |
| 11:38:26 | 18 | MR. SOLOMON: Objection, no |
| 11:38:27 | 19 | foundation. |
| 11:38:28 | 20 | Q. Correct? |
| 11:38:36 | 21 | A. No. |
| 11:38:36 | 22 | Q. Well, look a -- |
| 11:38:38 | 23 | A. I don't -- |
| 11:38:39 | 24 | Q. -- look at the entry. Let's just go |
| 11:38:40 | 25 | back to Lyons, 88. It says, "October 21, 1764, at |

127

Mann

| | | |
|---|---|---|
| 11:38:45 | 2 | a meeting of the assistants" -- |
| 11:38:47 | 3 | A. He is -- we don't know that he's |
| 11:38:49 | 4 | quoting there. |
| 11:38:50 | 5 | Q. Okay. Just, I'm reading it to you. |
| 11:38:53 | 6 | "At a meeting of the assistants with the Parnasim, |
| 11:38:56 | 7 | the following articles were agreed to and |
| 11:38:59 | 8 | resolved," do you see that? |
| 11:39:01 | 9 | A. I see it. |
| 11:39:01 | 10 | Q. And that language is not in the ledger |
| 11:39:04 | 11 | book, is it? |
| 11:39:06 | 12 | A. I would have to see the preceding page |
| 11:39:08 | 13 | to know. Because this starts with what is listed |
| 11:39:12 | 14 | as first. And "first" does not appear here, |
| 11:39:18 | 15 | either. So it's a transcription, but it's -- it's |
| 11:39:21 | 16 | a massaged transcription, shall we say. |
| 11:39:26 | 17 | Q. What makes you think -- you think he |
| 11:39:28 | 18 | tinkered with the words? |
| 11:39:29 | 19 | A. Well, obviously, he did. It's not |
| 11:39:32 | 20 | exact. There's no "first" on the actual page. |
| 11:39:35 | 21 | Q. He's referencing minutes, is he not? |
| 11:39:43 | 22 | Look at the page that you took from me with the |
| 11:39:49 | 23 | highlighting, that loose page. What does it say he |
| 11:40:00 | 24 | did? What does it say that is? |
| 11:40:02 | 25 | A. It says that it's minute books, which |

128

Mann

| | | |
|---|---|---|
| 11:40:08 | 2 | are missing now. |
| 11:40:09 | 3 | Q. So he purports to have transcribed the |
| 11:40:12 | 4 | minute book, right? |
| 11:40:13 | 5 | A. Correct. |
| 11:40:13 | 6 | MR. SOLOMON: Objection. |
| 11:40:13 | 7 | Q. Okay. Just -- |
| 11:40:17 | 8 | A. No, the -- what -- no. He does not -- |
| 11:40:21 | 9 | he didn't write that. The editor who published |
| 11:40:26 | 10 | this in the American Jewish Historical Society |
| 11:40:29 | 11 | stated that these were from the minute books. We |
| 11:40:31 | 12 | don't know that Lyons said that. |
| 11:40:32 | 13 | Q. Do you have any reason to believe that |
| 11:40:34 | 14 | someone in the American Jewish Historical Society |
| 11:40:36 | 15 | got it wrong? |
| 11:40:38 | 16 | A. Yeah. People write blurbs all the |
| 11:40:44 | 17 | time and they don't necessarily go through all the |
| 11:40:45 | 18 | documents. |
| 11:40:46 | 19 | Q. Do you think this is an inaccurate |
| 11:40:48 | 20 | transcription of the minute? |
| 11:40:50 | 21 | A. I think it's a -- he's added words. |
| 11:40:55 | 22 | And I cannot -- he's added words to the evidence we |
| 11:40:59 | 23 | still have. -- |
| 11:41:00 | 24 | Q. What words did he add? |
| 11:41:01 | 25 | A. He added "first." He did not -- he |

129

Mann

| | | |
|---|---|---|
| 11:41:10 | 2 | didn't put -- you see, he says, "Also for the |
| 11:41:13 | 3 | balance due him on the new house," and here it |
| 11:41:16 | 4 | says, "Balance on the new house built for order." |
| 11:41:21 | 5 | Q. You list two items here. And there |
| 11:41:23 | 6 | are about twenty items -- |
| 11:41:25 | 7 | A. I'm reading the two items listed. |
| 11:41:27 | 8 | One -- the second item is ditto. He doesn't even |
| 11:41:34 | 9 | write "ditto." He's transcribing it in his own |
| 11:41:37 | 10 | words. |
| 11:41:38 | 11 | Q. Where is the second, you see it says, |
| 11:41:41 | 12 | second, "That the shochet" -- |
| 11:41:42 | 13 | A. No, no, not the shochet. I'm looking |
| 11:41:46 | 14 | at the line under his account. |
| 11:41:47 | 15 | Q. Okay. |
| 11:41:48 | 16 | A. Okay? Then it says -- excuse me, it |
| 11:41:50 | 17 | says, underneath that, in the actual ledger, "Ditto |
| 11:41:56 | 18 | paid ditto." It's cash paid to Myer Myers. |
| 11:42:00 | 19 | "Balance on the new house built for order." All it |
| 11:42:04 | 20 | says in the transcription is, "Also," not ditto, |
| 11:42:08 | 21 | "For balance due to him on the new house." |
| 11:42:12 | 22 | It's a change in wording. |
| 11:42:14 | 23 | Q. Isn't it possible they are two |
| 11:42:17 | 24 | separate documents? |
| 11:42:17 | 25 | A. It is. Or it is possible that he -- |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

130

                    1          Mann
11:42:23    2    that Lyons put the minutes in his own words, shall
11:42:28    3    I say that?
11:42:29    4        Q.  Look at the second.  Look at "second."
11:42:35    5    "That the shochet is not allow'd wood this year,"
11:42:41    6    do you see that?
11:42:42    7        A.  Yes.
11:42:42    8        Q.  And that's nowhere in "The Holy
11:42:47    9    Sedakah" page that you're looking at, is it?
11:42:49   10        A.  No, it might be on another page.
11:42:51   11        Q.  And you think that Lyons -- that
11:42:56   12    that's how Lyons wrote, he would have written
11:42:59   13    A-l-l-o-w'-d?
11:43:04   14        A.  He tried at times to -- for example,
11:43:06   15    if you look at the tzedaka account underneath Myer
11:43:09   16    Myers' name in the first, he writes it,
11:43:13   17    "A-c-c-o-t."  Here it -- if you want to look at it,
11:43:18   18    the T is written above the line.  That's a way that
11:43:23   19    it was indicated that the letter was missing, okay?
11:43:26   20        Q.  It's also possible again that there
11:43:28   21    are two separate documents, right?
11:43:30   22        A.  No.
11:43:30   23        Q.  You just told me yes.
11:43:34   24        A.  We are discussing now the language
11:43:36   25    with which Lyons recorded what had happened in the

131

                    1          Mann
11:43:40    2    minutes.  And I'm suggesting to you that he
11:43:44    3    deliberately wrote "a-c-c-o-t," which was not a
11:43:49    4    misspelling, but he was reflecting something that
11:43:51    5    was written slightly differently here as an
11:43:56    6    abbreviation.  So he changed -- he changed -- if
11:44:01    7    this is the basis of his writing this, he changed
11:44:04    8    various things.
11:44:04    9        Q.  But you don't know whether it was the
11:44:06   10    basis for his writing this, do you?
11:44:08   11        A.  No.  Because the minutes are missing.
11:44:11   12        Q.  Well, the original minutes are
11:44:19   13    missing.
11:44:19   14        A.  Correct.  All we know about them is
11:44:23   15    the Lyons transcription.
11:44:24   16        Q.  Could you look at page 89 of the
11:44:25   17    document.  This transcription of the minutes goes
11:44:33   18    on, doesn't it?
11:44:35   19        A.  This is only a partial -- you've only
11:44:38   20    Xeroxed a couple of pages from a larger document.
11:44:40   21        Q.  I understand.  But it goes on, right?
11:44:46   22    Don't these minutes continue on page 89?
11:44:54   23        A.  Okay.  Yes.  The answer is yes.
11:45:02   24    However -- okay.  Look at the line below the
11:45:27   25    "would," you know, the next line.

132

                    1          Mann
11:45:29    2        Q.  Is that --
11:45:29    3        A.  Exhibit 11.  Look on the original --
11:45:33    4          MR. SOLOMON:  Is there a question
11:45:34    5    pending?
11:45:34    6          MR. WAGNER:  Yes, I think there was.
11:45:35    7          MR. SOLOMON:  What's the question,
11:45:36    8    please?
11:45:40    9          MR. WAGNER:  I think I said --
11:45:44   10          MR. SOLOMON:  Do the minutes go on?
11:45:45   11          MR. WAGNER:  Yes.  And I think she
11:45:47   12    said yes.  She can stop there.  I don't
11:45:50   13    need to get the rest of the explanation.
11:45:53   14    So I don't need anything else.
11:45:54   15        Q.  Now, did you do any investigation of
11:46:00   16    what scholars have written about that 36.4.1 entry?
11:46:10   17        A.  I don't -- I didn't come across any
11:46:11   18    mention.
11:46:12   19        Q.  Did you look for any -- let me just
11:46:15   20    finish -- did you look to see what scholars wrote
11:46:18   21    about that entry?
11:46:19   22        A.  I have not seen any scholar talk about
11:46:21   23    that entry.
11:46:22   24        Q.  That's not my question.  Not whether
11:46:23   25    you've seen, but did you look?

133

                    1          Mann
11:46:27    2        A.  I read -- I didn't look specifically.
11:46:32    3    I looked at all the literature about Myer Myers,
11:46:36    4    and I didn't find anybody who mentioned this
11:46:38    5    payment.
11:46:38    6        Q.  If you had wanted to look, what would
11:46:49    7    you do?  What authorities would you look at?
11:46:55    8        A.  I -- I probably would have called
11:46:59    9    Jonathan Sarna to know if there was any authority.
11:47:07   10    Scholars often do that.
11:47:29   11          But I will say that, having gone
11:47:31   12    through all the footnotes of everything I read, I
11:47:36   13    covered the sources.
11:47:38   14        Q.  You're absolutely sure you covered the
11:47:41   15    sources?
11:47:42   16        A.  For -- yes, for the work of Myer
11:47:44   17    Myers.
11:47:44   18        Q.  Did you think of looking at the
11:47:47   19    American Jewish archives?
11:47:49   20        A.  I -- did I think of it?  Yes.
11:47:54   21        Q.  And did you look at anything there?
11:47:58   22        A.  No.
11:47:58   23        Q.  Did you look at Jeanette Rosenbaum's
11:48:01   24    papers there?
11:48:02   25        A.  No.

34 (Pages 130 to 133)

134

Mann

| | |
|---|---|
| 11:48:04 | 2 MR. WAGNER: Mark this as the next |
| 11:48:06 | 3 exhibit. |
| 11:48:06 | 4 EXH (Mann Exhibit 13, single-page |
| 11:48:06 | 5 reproduction of a document entitled, |
| 11:48:06 | 6 "The Lyons Collection", marked for |
| 11:48:19 | 7 identification, as of this date.) |
| 11:48:19 | 8 Q. So these are papers that we, I |
| 11:48:23 | 9 represent, they are Jeanette Rosenbaum's papers |
| 11:48:26 | 10 from the American Jewish Archives that pertain to |
| 11:48:28 | 11 her book. |
| 11:48:29 | 12 Do you see the entry at the bottom |
| 11:48:31 | 13 there? My only question -- |
| 11:48:39 | 14 A. I don't see. |
| 11:48:40 | 15 Q. Do you see October 21 -- |
| 11:48:42 | 16 A. Yes, I read it. |
| 11:48:42 | 17 Q. Do you see it says, "Resolution to pay |
| 11:48:44 | 18 Mr. Myer Myers 36.4.1 which he advanced |
| 11:48:49 | 19 congregation for charity"? |
| 11:48:51 | 20 A. It nowhere says that in the -- |
| 11:48:52 | 21 Q. No, no, that's not my question. Just, |
| 11:48:53 | 22 do you see that there? |
| 11:48:54 | 23 A. I read it. |
| 11:48:54 | 24 Q. Okay. Have you looked at other -- |
| 11:49:01 | 25 A. But excuse me, I will note that |

135

Mann

| | |
|---|---|
| 11:49:03 | 2 there's no source for that last part of the |
| 11:49:05 | 3 statement. |
| 11:49:06 | 4 Q. Well, she looked at the entries that |
| 11:49:09 | 5 we just saw, correct? |
| 11:49:10 | 6 A. Yes, but all it says is that he was |
| 11:49:12 | 7 paid. |
| 11:49:12 | 8 Q. And she drew a different conclusion |
| 11:49:14 | 9 from what you drew, correct? |
| 11:49:16 | 10 A. That is correct. |
| 11:49:17 | 11 Q. And she has written a book on Myer |
| 11:49:19 | 12 Myers and you haven't. |
| 11:49:21 | 13 A. Right. The reviews of her book show |
| 11:49:24 | 14 that there were a lot of inaccuracies. |
| 11:49:25 | 15 Q. And she got a lot of favorable |
| 11:49:27 | 16 reviews, did she not? |
| 11:49:29 | 17 A. I don't know. |
| 11:49:29 | 18 Q. Have you looked at her review in |
| 11:49:31 | 19 Commentary in 1955 when it came out? |
| 11:49:34 | 20 A. Who wrote it? |
| 11:49:35 | 21 Q. I don't -- it came out in Commentary. |
| 11:49:38 | 22 Is Commentary a recognized authority -- |
| 11:49:41 | 23 A. They might not have asked the right |
| 11:49:43 | 24 person to write the review. I don't know who the |
| 11:49:45 | 25 reviewer was. |

136

Mann

| | |
|---|---|
| 11:49:46 | 2 MR. SOLOMON: Recognized authority on |
| 11:49:48 | 3 what? |
| 11:49:48 | 4 Q. Who wrote a negative review of |
| 11:49:51 | 5 Rosenbaum? |
| 11:49:51 | 6 A. I am not prepared to answer that at |
| 11:49:53 | 7 this time. |
| 11:49:53 | 8 Q. Well, I'm asking you now, can you name |
| 11:49:58 | 9 anyone who gave a negative review to Rosenbaum? |
| 11:50:01 | 10 A. I've read them a long time ago. I |
| 11:50:03 | 11 cannot come up with the names now. |
| 11:50:05 | 12 Q. Now, I'm right that, at the time, back |
| 11:50:17 | 13 in the 17 -- actually, let me take that back. We |
| 11:50:21 | 14 really don't know what happened here given that |
| 11:50:23 | 15 these events occurred 250 years ago, do we? |
| 11:50:26 | 16 A. We only know what's recorded, just as |
| 11:50:28 | 17 we know any other history, because of documents. |
| 11:50:31 | 18 Q. We just know the words on the page, |
| 11:50:34 | 19 correct? |
| 11:50:35 | 20 A. And we know the objects. And |
| 11:50:41 | 21 what's -- evidence is inherent in the objects. So |
| 11:50:43 | 22 in this case, history deals with two sources, the |
| 11:50:47 | 23 works of art and the documents. |
| 11:50:48 | 24 Q. Okay. But somebody, at least one |
| 11:50:51 | 25 person disagreed with you as to what this entry |

137

Mann

| | |
|---|---|
| 11:50:53 | 2 meant, right? |
| 11:50:56 | 3 MR. SOLOMON: I'm sorry, which entry |
| 11:50:58 | 4 are you talking about, the -- |
| 11:51:00 | 5 A. This is the entry -- |
| 11:51:01 | 6 MR. SOLOMON: -- just a minute, I'm |
| 11:51:02 | 7 sorry. I'm sorry, but I've just got to be |
| 11:51:06 | 8 able to get my objection on the record, |
| 11:51:07 | 9 okay? |
| 11:51:07 | 10 The entry you're talking about, you |
| 11:51:11 | 11 talked to the witness about two entries. |
| 11:51:13 | 12 One is the actual, as reported in her |
| 11:51:16 | 13 report -- |
| 11:51:16 | 14 MR. JACOBY: Exhibit 11. |
| 11:51:18 | 15 MR. SOLOMON: -- okay, which is not |
| 11:51:21 | 16 the resolution to pay, right? But is |
| 11:51:26 | 17 actually -- just tell us which one. |
| 11:51:28 | 18 MR. WAGNER: I'll skip the question, |
| 11:51:29 | 19 it's fine. |
| 11:51:30 | 20 Q. Am I right that, at the time, CSI -- |
| 11:51:45 | 21 A. Which time? |
| 11:51:47 | 22 Q. -- 1760s, 1770s -- CSI made gifts to |
| 11:51:55 | 23 CJI, correct? |
| 11:51:57 | 24 A. Not to CJI. To CYI. |
| 11:52:00 | 25 Q. I'm sorry, to CYI, correct? |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

138

|   |   |
|---|---|
| | Mann |
| 11:52:03 | 2  A. They raised money. They were asked by |
| 11:52:05 | 3  CYI to contribute to the cost of building. |
| 11:52:10 | 4  Q. And was -- |
| 11:52:11 | 5  A. And they -- members -- not -- not the |
| 11:52:15 | 6  entity, CSI, but they made an appeal and members of |
| 11:52:20 | 7  the congregation donated 149 pounds plus some |
| 11:52:27 | 8  shillings and that has been estimated to be ten |
| 11:52:30 | 9  percent of the cost of building Touro Synagogue. |
| 11:52:32 | 10  Q. My question is, there were lots of |
| 11:52:34 | 11  gifts made by people at CSI -- |
| 11:52:37 | 12  A. Correct. |
| 11:52:37 | 13  Q. -- to CYI at the time. |
| 11:52:39 | 14  A. Um-hum. |
| 11:52:40 | 15  Q. You have to say yes. |
| 11:52:41 | 16  A. Yes. I'm sorry. |
| 11:52:42 | 17  Q. I think you referenced in the |
| 11:52:59 | 18  inventory, there are references to loans, right? |
| 11:53:11 | 19  On the -- |
| 11:53:11 | 20  A. On page 38. |
| 11:53:13 | 21  Q. Which page was that? |
| 11:53:19 | 22  A. It's the last page of the inventory. |
| 11:53:26 | 23  MR. JACOBY: Exhibit 4. |
| 11:53:27 | 24  Q. Okay. Now -- |
| 11:53:51 | 25  MR. WAGNER: -- you know, why don't we |

139

|   |   |
|---|---|
| | Mann |
| 11:53:52 | 2  take a restroom break, is that okay? |
| 11:53:54 | 3  (Recess taken.) |
| 12:03:36 | 4  EXAMINATION (Cont'd.) |
| 12:03:37 | 5  BY MR. WAGNER: |
| 12:03:39 | 6  Q. Ready? |
| 12:03:43 | 7  A. Um-hum. |
| 12:03:43 | 8  Q. Dr. Mann, would you as an art |
| 12:03:45 | 9  historian like to see these rimmonim displayed in a |
| 12:03:54 | 10  museum? |
| 12:03:55 | 11  A. I don't think it has to be a |
| 12:03:57 | 12  long-term -- they are -- have been displayed in |
| 12:04:01 | 13  museums for short periods of time. Not |
| 12:04:03 | 14  continuously. |
| 12:04:04 | 15  Q. And is that a good thing, that they've |
| 12:04:07 | 16  been displayed in museums? |
| 12:04:08 | 17  A. Yes. |
| 12:04:08 | 18  Q. Why is that? |
| 12:04:09 | 19  A. Because more people get to know them |
| 12:04:12 | 20  and see them. |
| 12:04:14 | 21  Q. And is that -- |
| 12:04:15 | 22  A. And appreciate the work. |
| 12:04:16 | 23  Q. -- is that in general a good thing? |
| 12:04:21 | 24  A. It -- it's a good thing, I think, when |
| 12:04:23 | 25  it's part of a temporary is exhibition which is |

140

|   |   |
|---|---|
| | Mann |
| 12:04:28 | 2  hyped by museums. |
| 12:04:30 | 3  When they become part of a, what's the |
| 12:04:32 | 4  word I want, a -- long-term exhibition of years |
| 12:04:37 | 5  that doesn't get changed, they kind of -- people |
| 12:04:40 | 6  lose interest in that. They say, "I've been there |
| 12:04:42 | 7  once, I don't have to go back." |
| 12:04:44 | 8  So it's -- the statement needs to |
| 12:04:48 | 9  be -- I mean, the fact that they are good, I think, |
| 12:04:51 | 10  pertains more to temporary exhibitions than to long |
| 12:04:58 | 11  term. |
| 12:04:58 | 12  Q. But do you think it's a good thing |
| 12:05:00 | 13  that more people see these rimmonim? |
| 12:05:02 | 14  A. In a proper setting. You don't want |
| 12:05:04 | 15  more people handling them, that kind of stuff. |
| 12:05:06 | 16  Q. And in your view, is the MFA a proper |
| 12:05:11 | 17  setting? |
| 12:05:11 | 18  A. They have placed them in the context |
| 12:05:13 | 19  of other American silver, which is a good thing. |
| 12:05:20 | 20  It's a reputable museum, one of the major museums |
| 12:05:24 | 21  in this country. |
| 12:05:25 | 22  Q. So what's the Library of Congress, |
| 12:05:33 | 23  have you heard of the Library of Congress? |
| 12:05:35 | 24  A. Of course. |
| 12:05:36 | 25  Q. What is the Library of Congress? |

141

|   |   |
|---|---|
| | Mann |
| 12:05:37 | 2  A. It's the national library of the |
| 12:05:40 | 3  United States, which seeks to have a comprehensive |
| 12:05:43 | 4  collection of everything that's printed in this |
| 12:05:47 | 5  country. |
| 12:05:47 | 6  Q. And is it thought of as an |
| 12:05:52 | 7  authoritative archive of American objects and |
| 12:05:55 | 8  books? |
| 12:05:56 | 9  A. I believe the collections -- I have |
| 12:05:59 | 10  worked at the -- there on Sephardic material and |
| 12:06:06 | 11  those, the collections of objects are not |
| 12:06:08 | 12  comprehensive. |
| 12:06:09 | 13  Q. Were you impressed with the people who |
| 12:06:13 | 14  work at the Library of Congress? |
| 12:06:15 | 15  A. Yes, they are professionals. The |
| 12:06:18 | 16  curators are professionals. |
| 12:06:19 | 17  Q. Do they curate at a high level? |
| 12:06:23 | 18  A. I've only seen them -- I've had |
| 12:06:26 | 19  personal contact with them as custodians of art. I |
| 12:06:29 | 20  have not seen -- I don't run to Washington to see |
| 12:06:32 | 21  exhibitions. |
| 12:06:33 | 22  MR. WAGNER: Let's mark this as the |
| 12:06:34 | 23  next exhibit. |
| 12:06:35 | 24  EXH    (Mann Exhibit 14, copy of single |
| 12:06:35 | 25  handwritten page headed "Vol 21", not |

36  (Pages 138 to 141)

142

Mann

| 12:06:35 | 2 | Bates numbered, marked for |
| 12:06:48 | 3 | identification, as of this date.) |
| 12:06:48 | 4 | Q. Okay. Have you seen this before? |
| 12:06:54 | 5 | A. No. |
| 12:06:54 | 6 | Q. Can you look at -- just take your |
| 12:06:57 | 7 | time. Do you remember this -- well, do you |
| 12:06:59 | 8 | remember this exhibition? |
| 12:07:01 | 9 | A. I have the book. |
| 12:07:01 | 10 | Q. From Haven to Home? |
| 12:07:04 | 11 | A. I'm not sure, when was that? |
| 12:07:07 | 12 | Q. I think it was in the early 2000s. |
| 12:07:11 | 13 | A. No, I didn't see this. |
| 12:07:12 | 14 | Q. But do you remember the exhibition at |
| 12:07:19 | 15 | the Library of Congress? |
| 12:07:21 | 16 | A. I don't -- I didn't see it. |
| 12:07:22 | 17 | Q. Okay, but do you remember that it went |
| 12:07:24 | 18 | forward? |
| 12:07:25 | 19 | A. I heard of it. But I don't have major |
| 12:07:30 | 20 | knowledge about this. |
| 12:07:30 | 21 | Q. If I told you the exhibition was |
| 12:07:34 | 22 | between 2004 and 2006, would that refresh your |
| 12:07:39 | 23 | recollection? |
| 12:07:39 | 24 | A. I didn't see the exhibition. |
| 12:07:41 | 25 | Q. Okay. Now -- |

143

Mann

| 12:07:42 | 2 | A. And I do not have the catalog. |
| 12:07:46 | 3 | Q. Can you look at the second page? |
| 12:07:48 | 4 | A. Yes. |
| 12:07:48 | 5 | Q. Now, you see under "Colonial |
| 12:07:50 | 6 | Silversmith Myer Myers," it says, "He served as |
| 12:07:55 | 7 | president of New York's Congregation Shearith |
| 12:07:58 | 8 | Israel three times and created silver rimmonim |
| 12:08:02 | 9 | (Torah finials) for synagogues in New York, Newport |
| 12:08:06 | 10 | and Philadelphia," do you see that? |
| 12:08:09 | 11 | A. Yes. |
| 12:08:09 | 12 | Q. And I take it you disagree with the |
| 12:08:11 | 13 | reference to Newport here, right? |
| 12:08:12 | 14 | A. I also disagree with the three times |
| 12:08:16 | 15 | as Parnas because I've tracked more times that he |
| 12:08:20 | 16 | was Parnas. |
| 12:08:20 | 17 | Q. You disagree with the reference to |
| 12:08:23 | 18 | Newport, do you not? |
| 12:08:29 | 19 | A. Yes. |
| 12:08:31 | 20 | Q. And it goes on to say, "Displayed here |
| 12:08:33 | 21 | are the finials" -- |
| 12:08:34 | 22 | A. "Belonging to Newport's Touro |
| 12:08:36 | 23 | Synagogue." |
| 12:08:36 | 24 | Q. Right, do you see that? |
| 12:08:37 | 25 | A. Yes. |

144

Mann

| 12:08:38 | 2 | Q. And you disagree with that as well? |
| 12:08:39 | 3 | A. Yes. |
| 12:08:40 | 4 | Q. All right. And did you see any |
| 12:08:42 | 5 | evidence in the record that CSI objected to these |
| 12:08:45 | 6 | statements? |
| 12:08:46 | 7 | MR. SOLOMON: There's no foundation. |
| 12:08:48 | 8 | MR. WAGNER: That's why I'm asking |
| 12:08:49 | 9 | whether she saw it. |
| 12:08:50 | 10 | MR. SOLOMON: No, the foundation is |
| 12:08:51 | 11 | that you have to prove that CSI knew |
| 12:08:53 | 12 | anything about it, okay? So I'm |
| 12:08:57 | 13 | objecting. There's no foundation. |
| 12:08:58 | 14 | Q. Have you seen any evidence that they |
| 12:08:59 | 15 | objected? |
| 12:09:00 | 16 | A. I know very little about this |
| 12:09:01 | 17 | exhibition. I may have known the title. It seems |
| 12:09:05 | 18 | familiar. I didn't see it, I haven't the catalog, |
| 12:09:08 | 19 | so I have no knowledge of what happened around it. |
| 12:09:13 | 20 | Q. Okay. But my only question is, in |
| 12:09:16 | 21 | looking through the documents in this case, have |
| 12:09:17 | 22 | you seen any objection by CSI to this statement? |
| 12:09:24 | 23 | A. Um -- I only read, I believe, the CJI |
| 12:09:32 | 24 | minutes from this period. |
| 12:09:33 | 25 | Q. That's not my question. The question |

145

Mann

| 12:09:34 | 2 | is, did you see -- |
| 12:09:36 | 3 | A. Therefore, I did not see any |
| 12:09:37 | 4 | objections from CSI in the minutes of their |
| 12:09:40 | 5 | meetings. |
| 12:09:40 | 6 | Q. Who is Guido Schoenberger? |
| 12:09:47 | 7 | A. He was an art historian. He was the |
| 12:09:48 | 8 | curator of the Historisches Museum in Frankfurt and |
| 12:09:55 | 9 | when the Nazis came to power, he was dismissed and |
| 12:10:01 | 10 | he worked at The Jewish Museum in Frankfurt until |
| 12:10:05 | 11 | it was closed in the late '30s. And then he came |
| 12:10:09 | 12 | to the United States and he was employed at the |
| 12:10:12 | 13 | Institute of Fine Arts where I was a student, and I |
| 12:10:16 | 14 | remember him as a very old man, you know, sitting |
| 12:10:19 | 15 | and eating lunch. |
| 12:10:20 | 16 | He was employed -- the effort on the |
| 12:10:25 | 17 | part of many universities in the United States was |
| 12:10:27 | 18 | to give a home to scholars from Germany and Europe, |
| 12:10:30 | 19 | and he was employed as a slide librarian at the |
| 12:10:39 | 20 | Institute. And then simultaneously, he worked as a |
| 12:10:41 | 21 | curator at times at The Jewish Museum. |
| 12:10:44 | 22 | Q. Do you consider him a reliable |
| 12:10:46 | 23 | authority on art history? |
| 12:10:49 | 24 | A. For his time. There are problems with |
| 12:10:52 | 25 | what he wrote. I read the article. I have the |

37 (Pages 142 to 145)

146

Mann

12:10:55  1  article. I don't think it's up to date.

12:10:58  2  Q. Every time you say that, I think of

12:11:02  3  Noah, in his time.

12:11:04  4  A. That's it. He was -- the rabbis

12:11:08  5  comment on that. They say he was a tzaddik for his

12:11:12  6  time, which doesn't mean that he was the perfect

12:11:14  7  individual.

12:11:14  8  Q. Right, but it could mean that, you

12:11:16  9  know, it's not so easy to -- anyway --

12:11:20  10  MR. WAGNER: -- let's mark this as the

12:11:21  11  next exhibit.

12:11:36  12  EXH     (Mann Exhibit 15, two-page printout

12:11:36  13  of website entitled, "Library of

12:11:36  14  Congress Exhibitions," marked for

12:11:42  15  identification, as of this date.)

12:11:42  16  Q. Look at --

12:11:45  17  A. No.

12:11:45  18  Q. You've seen this article before,

12:11:48  19  right?

12:11:48  20  A. Yes, I have a copy.

12:11:49  21  Q. Can you turn to page 2 of the article.

12:11:54  22  In the second paragraph, second sentence, it

12:11:59  23  states, "On the other hand, in order to emphasize

12:12:01  24  the importance of the Torah scroll, beautiful

147

Mann

12:12:04  1  exterior Torah ornaments were permitted and

12:12:07  2  developed in the course of time which served both

12:12:09  3  practical and symbolic purposes."

12:12:12  4  Do you see that?

12:12:13  5  A. Um-hum.

12:12:13  6  Q. And that's that fair statement, is it

12:12:16  7  not?

12:12:18  8  A. Yes.

12:12:18  9  Q. Okay. Now, can you turn to page 5.

12:12:31  10  A. After the photos?

12:12:32  11  Q. Yes. Second paragraph, second

12:12:42  12  sentence, "If we turn to the works of Myer Myers,

12:12:45  13  first shown a pair of his rimmonim made circa 1770

12:12:50  14  for the new synagogue at Newport built in 1759," do

12:12:54  15  you see that?

12:12:56  16  A. Yes.

12:12:56  17  Q. And again, you disagree with him as

12:12:57  18  well.

12:12:58  19  A. Yes.

12:12:58  20  Q. Is it your testimony that the rimmonim

12:13:01  21  in question were made in 1764?

12:13:03  22  A. I say that there are two -- Barquist

12:13:13  23  dates them 17 -- during the decade that the mark,

12:13:18  24  which he calls mark number 9, were used.

148

Mann

12:13:22  1  I have found payments from 1764 and

12:13:25  2  1774, which is in the same period, and I think they

12:13:29  3  were made 1764 to 1774. In other words, I am being

12:13:34  4  more specific on the basis of the payments within

12:13:38  5  the decade that Barquist posited.

12:13:40  6  Q. Right. He placed the beginning dates

12:13:43  7  somewhat later, did he not?

12:13:45  8  A. No. If it's later, it's one year,

12:14:04  9  1765.

12:14:04  10  Q. Well, let's check. Would you look

12:14:13  11  back at the Lyons --

12:14:15  12  MR. JACOBY: It's Exhibit 2.

12:14:16  13  Q. -- would you look at --

12:14:25  14  A. I --

12:14:26  15  Q. -- let me just show it to you. I'm

12:14:29  16  going to save you some time.

12:14:30  17  A. Here it is. I've got it.

12:14:31  18  Q. Okay.

12:14:36  19  A. What page?

12:14:42  20  Q. Number 64.

12:14:43  21  A. It's for the catalog part.

12:14:45  22  Q. Yes.

12:14:45  23  MR. SOLOMON: What page?

12:14:48  24  A. It's catalog number 64. Which is on

149

Mann

12:14:51  1  page 157 --

12:14:56  2  MR. WAGNER: 154.

12:14:58  3  THE WITNESS: 154.

12:15:02  4  A. Okay.

12:15:02  5  Q. He places it 1766 to '76, do you see

12:15:08  6  that?

12:15:09  7  A. Well, he's --

12:15:14  8  Q. I'm just asking, is that what he put?

12:15:17  9  A. Yes, this is what he wrote.

12:15:18  10  Q. And you disagree with the 1766 date?

12:15:21  11  A. He's basing it on the marks. And I --

12:15:26  12  in other words, the silver mark was in use by a

12:15:31  13  silversmith for a certain period of time. Barquist

12:15:36  14  is basing his testimony on the use of the silver

12:15:38  15  mark. I am basing my testimony also, in addition,

12:15:42  16  on the records of --

12:15:45  17  Q. My only question is, you disagree with

12:15:47  18  his 1766 date.

12:15:49  19  MR. SOLOMON: Objection. She just

12:15:50  20  says they are measuring different things.

12:15:53  21  A. I am not objecting. I'm refining his

12:15:57  22  statement by focusing on two years in that

12:16:00  23  sequence, in that ten years.

12:16:01  24  Q. You believe the rimmonim were made in

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

150

Mann

12:16:05   1764, correct?

12:16:06   A. One pair, and the second pair was made

12:16:09   in 1774.

12:16:10   Q. Okay.

12:16:25   A. You know, that's something that often

12:16:26   happens, is that when you come across -- a person

12:16:30   may give a bracketing date to a work and then when

12:16:35   more evidence is found, the date narrows. This is

12:16:40   common in art history.

12:16:41   Q. You saw that -- is it Dr. Barquist?

12:16:46   A. I presume so.

12:16:47   Q. Okay. He submitted a, or he signed a

12:16:53   declaration, right? He corrected or he purported

12:16:56   to correct one statement that he had made in the

12:17:00   catalog, right?

12:17:01   MR. SOLOMON: Objection. Misstates

12:17:02   the document.

12:17:04   A. I need to see the document.

12:17:05   Q. Okay. He didn't make any statements

12:17:08   in that declaration as to when the rimmonim were

12:17:12   made, did he?

12:17:12   A. I have not looked at it for a while.

12:17:15   Q. Okay, we'll look at it later. Now, is

12:17:21   Rabbi Angel, in your view, knowledgeable about the

151

Mann

12:17:24   history of CSI?

12:17:25   A. You asked me that.

12:17:27   Q. I'm sorry, I apologize. Do you think

12:17:31   he's knowledgeable?

12:17:31   A. Yes.

12:17:33   Q. Okay. And we saw that he says the

12:17:39   rimmonim, one set was made for Newport, right?

12:17:44   A. You asked me if he was knowledgeable

12:17:46   about the history of CSI. I do not think he's an

12:17:50   expert in the material culture of CSI.

12:17:52   Q. Okay. But we did see that he wrote

12:17:55   that one pair of rimmonim was made for Newport

12:17:59   Synagogue, right?

12:17:59   MR. SOLOMON: Object to the form and I

12:18:01   object to --

12:18:02   Q. You can answer.

12:18:03   MR. SOLOMON: -- purporting to quote a

12:18:04   document without showing it to the

12:18:06   witness.

12:18:06   Q. We'll go back to it if you want --

12:18:08   A. No, we have the document, but I think

12:18:09   it's a mistake on his part.

12:18:11   Q. That's all I'm asking. You think it's

12:18:13   a mistake.

152

Mann

12:18:14   A. Correct. It's there, I know.

12:18:21   Q. Why do you think he got it wrong?

12:18:23   A. Because he was writing -- this whole

12:18:24   book is a generalized history. It's not -- it's

12:18:29   not an academic history. It's something for the

12:18:32   public. It's profusely illustrated.

12:18:37   Q. So if you write it for the public you

12:18:39   can make it wrong?

12:18:43   MR. SOLOMON: Is there a question?

12:18:45   Q. Just because he wrote it for the

12:18:46   public, he can be careless?

12:18:47   MR. SOLOMON: I object to the form of

12:18:48   the question.

12:18:53   Q. If he was speaking to an academic

12:18:56   audience, would you expect him to be careless?

12:18:58   A. I know he gave a lecture on this. I

12:19:00   haven't read it for a while.

12:19:02   Q. Where did he give the lecture?

12:19:04   A. It was at Yale.

12:19:06   Q. Pretty illustrious place, isn't it?

12:19:11   A. That has no relevance.

12:19:12   Q. That isn't my question. Is Yale an

12:19:15   illustrious university?

12:19:17   A. Yes.

153

Mann

12:19:17   Q. And was there a exhibition on Myer

12:19:32   Myers?

12:19:34   A. Yes.

12:19:34   Q. And would you have expected that there

12:19:37   would be a fair number of Myer Myers scholars at

12:19:44   that event?

12:19:47   A. I have been at many events in which

12:19:49   people, academic events where people get up and

12:19:52   don't know what they are talking about. I don't

12:19:55   think that the venue of the lecture is any

12:20:00   indication of the quality of the presentations made

12:20:03   there.

12:20:03   Q. But you understood that he was a rabbi

12:20:08   at that synagogue for forty years, is that correct?

12:20:10   A. That is correct.

12:20:11   Q. Okay.

12:20:17   EXH   (Mann Exhibit 16, article by Guido

12:20:17   Schoenenberger, "The Ritual Silver Made

12:20:17   By Myer Myers," twelve pages, marked for

12:20:34   identification, as of this date.)

12:20:34   Q. Now, is this the lecture that you were

12:20:37   referring to?

12:20:39   A. I believe so.

12:20:39   Q. Okay. And it indicates that he gave

39 (Pages 150 to 153)

154

Mann

| | | |
|---|---|---|
| 12:20:43 | 2 | the lecture on December 5, 2001, right? |
| 12:20:47 | 3 | A. That would have been during the time |
| 12:20:48 | 4 | of the exhibition. |
| 12:20:50 | 5 | Q. Right. |
| 12:20:53 | 6 | A. Any he quotes my work. |
| 12:20:54 | 7 | Q. Your work is the beautiful -- I mean, |
| 12:20:59 | 8 | it's a beautiful book. |
| 12:21:00 | 9 | A. Thank you. |
| 12:21:07 | 10 | Q. Now, if you look right above where it |
| 12:21:09 | 11 | says, "Myer Myers, Some Biographical Information," |
| 12:21:11 | 12 | he says, "When Myer Myers decided to fashion Torah |
| 12:21:17 | 13 | bells for the synagogues in New York" -- |
| 12:21:21 | 14 | A. I'm sorry, where are you? |
| 12:21:22 | 15 | Q. I'm sorry? |
| 12:21:23 | 16 | A. No, just tell me. |
| 12:21:24 | 17 | Q. First page. |
| 12:21:29 | 18 | A. Oh. |
| 12:21:29 | 19 | Q. And again, you disagree with the |
| 12:21:32 | 20 | reference to Newport, right? |
| 12:21:36 | 21 | A. Yes. |
| 12:21:36 | 22 | Q. Right under where it says, "Text of |
| 12:21:51 | 23 | lecture," it has ultramicroscopic language. I'm |
| 12:21:55 | 24 | just going to read it. It says -- this is towards |
| 12:21:59 | 25 | the end of the first line -- "among the |

155

Mann

| | | |
|---|---|---|
| 12:22:01 | 2 | extraordinary pieces on display are a number of |
| 12:22:03 | 3 | Torah bells (rimmonim) that Myers made for |
| 12:22:09 | 4 | Congregation Shearith Israel in New York, Yeshuat |
| 12:22:10 | 5 | Israel in New York, and Mikveh Israel in |
| 12:22:13 | 6 | Philadelphia." |
| 12:22:14 | 7 | Do you see that? |
| 12:22:14 | 8 | A. Yes, I do. |
| 12:22:15 | 9 | Q. And again you disagree with that? |
| 12:22:16 | 10 | A. Yes. |
| 12:22:16 | 11 | Q. Now, do you know whether he looked at |
| 12:22:25 | 12 | the same minute books that you looked at before he |
| 12:22:25 | 13 | said those things? |
| 12:22:30 | 14 | A. I have no knowledge. |
| 12:22:30 | 15 | Q. Didn't he say that he did? |
| 12:22:32 | 16 | A. Where? |
| 12:22:35 | 17 | Q. Turn to page 3. |
| 12:22:36 | 18 | A. Of the speech? |
| 12:22:38 | 19 | Q. Yes. |
| 12:22:43 | 20 | A. Where is this? |
| 12:22:44 | 21 | Q. Do you see the fourth paragraph? It |
| 12:22:51 | 22 | says, "When I first began serving Congregation |
| 12:22:54 | 23 | Shearith Israel in 1969, I spent many wonderful |
| 12:22:57 | 24 | hours reading through our early record and minute |
| 12:23:00 | 25 | books going back to 1728." |

156

Mann

| | | |
|---|---|---|
| 12:23:02 | 2 | Do you see that? |
| 12:23:03 | 3 | A. Yes, I do. |
| 12:23:03 | 4 | Q. Did you discuss the issues in this |
| 12:23:06 | 5 | case with Rabbi Angel? |
| 12:23:09 | 6 | MR. SOLOMON: Asked and answered. |
| 12:23:10 | 7 | Time number 2. |
| 12:23:11 | 8 | Q. Yes? |
| 12:23:12 | 9 | A. I answered it previously. |
| 12:23:15 | 10 | Q. I'm sorry, I don't remember the |
| 12:23:16 | 11 | answer. Did you speak to him? |
| 12:23:17 | 12 | A. No. |
| 12:23:17 | 13 | Q. Was there a particular -- |
| 12:23:19 | 14 | A. But I -- |
| 12:23:20 | 15 | MR. SOLOMON: That also was asked and |
| 12:23:22 | 16 | answered. |
| 12:23:23 | 17 | MR. WAGNER: Okay, we can move on. |
| 12:23:25 | 18 | A. Can I just comment on something? |
| 12:23:28 | 19 | Q. No, I prefer that you not. He can ask |
| 12:23:30 | 20 | you questions at the end but I would really |
| 12:23:32 | 21 | appreciate you answering my questions. |
| 12:23:34 | 22 | A. I want to elaborate on that answer. |
| 12:23:35 | 23 | Q. Okay. |
| 12:23:41 | 24 | A. When people read documents for one |
| 12:23:42 | 25 | purpose or another, they tend to focus differently |

157

Mann

| | | |
|---|---|---|
| 12:23:44 | 2 | on the same document. So the fact that Rabbi Angel |
| 12:23:48 | 3 | read the minute books, he may have been looking for |
| 12:23:51 | 4 | the Weltanschauung of the synagogue, the world |
| 12:23:55 | 5 | view, which is what he comments on. |
| 12:23:59 | 6 | I was looking at it from another |
| 12:24:03 | 7 | point of view. So the fact that we both read the |
| 12:24:05 | 8 | minute books but we got different things out of |
| 12:24:07 | 9 | them is only because I was focused on an issue that |
| 12:24:09 | 10 | he wasn't focused on. |
| 12:24:10 | 11 | Q. Okay. Dr. Mann, you're an expert |
| 12:24:13 | 12 | retained in a litigation, right? |
| 12:24:15 | 13 | A. Yes. |
| 12:24:15 | 14 | Q. And you've been paid how much money so |
| 12:24:19 | 15 | far? |
| 12:24:19 | 16 | MR. SOLOMON: Asked and answered. |
| 12:24:20 | 17 | A. Um-hum. I answered that. |
| 12:24:21 | 18 | Q. Do you remember how much? You told me |
| 12:24:23 | 19 | how much you billed. How much have you been paid? |
| 12:24:25 | 20 | A. I was paid for the amount I billed. |
| 12:24:28 | 21 | Q. Okay. And Rabbi Angel made these |
| 12:24:31 | 22 | statements eleven years before any litigation |
| 12:24:33 | 23 | began, correct? |
| 12:24:35 | 24 | A. I don't know the date -- |
| 12:24:36 | 25 | Q. Assuming the litigation began in 2012, |

40  (Pages 154 to 157)

158

Mann

12:24:38 1 he made those statements eleven years prior to the

12:24:41 2 litigation, correct?

12:24:42 3     A. Yes.

12:24:43 4     Q. Now, he says in his lecture -- this is

12:25:11 5 the second paragraph.

12:25:13 6     A. On the first page?

12:25:15 7     Q. Yes. "The great medieval codifier of

12:25:19 8 Jewish law, Moses Maimonides, notes that silver and

12:25:22 9 gold bells adorning Torah scrolls are considered to

12:25:25 10 be objects of holiness and may not be discarded in

12:25:28 11 a disrespectful manner," do you see that?

12:25:30 12     A. Yes.

12:25:31 13     Q. And are you qualified to say one way

12:25:33 14 or the other whether that's accurate?

12:25:34 15     A. I already stated this. I think that

12:25:37 16 he is -- he's paraphrasing what Maimonides said

12:25:43 17 when he said that a Torah finials could not be sold

12:25:50 18 unless it was for the two purposes I enumerated,

12:25:52 19 which was the ransoming of captives, and the

12:25:55 20 feeding of the poor. So I think he's

12:26:01 21 characterizing those actions as treating them in a

12:26:04 22 disrespectful matter.

12:26:05 23     Q. I'm sorry, I don't want to spend a lot

12:26:07 24 of time on this, but did Maimonides say that Torahs

159

Mann

12:26:10 1 can't be sold for that purpose?

12:26:12 2     A. No, he said that the appurtenances of

12:26:15 3 the Torah could only be sold for two purposes.

12:26:17 4     Q. Okay. Now, when you were at The

12:26:23 5 Jewish Museum, how many years were you at The

12:26:26 6 Jewish Museum?

12:26:26 7     A. Twenty-nine.

12:26:27 8     Q. Did The Jewish Museum from time to

12:26:30 9 time purchase finials?

12:26:31 10     A. Yes.

12:26:31 11     Q. And The Jewish Museum has a very

12:26:34 12 extensive display of finials, does it not?

12:26:36 13     A. Not display. Collection.

12:26:38 14     Q. Collection. Are you aware of any

12:26:44 15 museum that has a larger collection of finials?

12:26:48 16     A. No. The Israel Museum may have, I

12:26:53 17 don't know, something approaching.

12:26:55 18     Q. Where does The Jewish Museum get these

12:27:03 19 finials?

12:27:04 20     MR. SOLOMON: Objection, vague,

12:27:05 21 overbroad.

12:27:05 22     Q. How do they acquire them?

12:27:07 23     MR. SOLOMON: Same objection.

12:27:11 24     Q. You can answer.

160

Mann

12:27:13 1     A. Sales, donations and purchases.

12:27:14 2     Q. And who are the purchases from?

12:27:19 3     A. Um -- the most recent one that I

12:27:21 4 remember was, we purchased a pair of finials made

12:27:24 5 in Kassel, Germany in the 1820s, at Sotheby's.

12:27:30 6     Q. While you were at The Jewish Museum,

12:27:37 7 did it purchase any finials that were owned by

12:27:41 8 synagogues?

12:27:42 9     A. No.

12:27:42 10     Q. Never?

12:27:43 11     A. Never. Oh, that once had been owned.

12:27:48 12 But not from the synagogues.

12:27:50 13     Q. So those synagogues, how did they end

12:27:52 14 up that they were being sold?

12:27:54 15     A. In World War II, there was a

12:27:56 16 tremendous, as you well know, in 1938, all these

12:28:00 17 synagogues were burned and their silver was

12:28:03 18 confiscated. And the Nazis established or

12:28:06 19 broadened the mandate of the small Jewish Museum in

12:28:10 20 Prague, and they used it as a depository for things

12:28:14 21 mostly from Bohemia and Moravia.

12:28:16 22     And after the war, or while the war

12:28:21 23 was proceeding, even, the government of the United

12:28:25 24 States appointed people to go and sort out material

161

Mann

12:28:28 1 that was retaken from the Nazis. And that material

12:28:34 2 was later distributed among Jewish organizations

12:28:39 3 here and in Israel.

12:28:41 4     Q. Are you aware of any instance in which

12:28:45 5 a synagogue sold rimmonim?

12:28:46 6     MR. SOLOMON: Asked and answered.

12:28:47 7     Q. You can answer.

12:28:49 8     MR. WAGNER: I didn't ask that.

12:28:49 9     Q. You can answer.

12:28:50 10     MR. SOLOMON: She said never.

12:28:52 11     MR. JACOBY: No, no, that was a

12:28:53 12 different question.

12:28:54 13     MR. SOLOMON: Okay. In any event, I

12:28:56 14 object.

12:28:58 15     A. That's -- you know, I can't answer

12:29:01 16 that because Maimonides says, the fact that he put

12:29:07 17 down a law, I don't know what circumstances --

12:29:09 18     Q. You don't know one way or the other.

12:29:10 19     A. No, there's no way to know.

12:29:12 20     Q. By the way, if you don't know

12:29:14 21 something --

12:29:14 22     A. I'm telling you I don't know.

12:29:15 23     Q. -- I'm not going to grade you.

12:29:18 24     A. I don't know.

41 (Pages 158 to 161)

162

Mann

12:29:18  Q. Now, let's go back to the inventory.

12:29:27  (Brief interruption.)

12:29:44  Q. Now, do you know whether this is the

12:29:45  final draft of the inventory?

12:30:00  A. Um -- there is -- there was one copy

12:30:02  that was marked as corrected in 1898.

12:30:06  Q. Do you know anything about the person

12:30:09  who prepared the inventory?

12:30:11  A. This was Reverend Lyons. We've

12:30:14  discussed him before.

12:30:15  Q. He's the person who --

12:30:17  A. Also amassed the collection that's in

12:30:18  the American Jewish Historical Society.

12:30:20  Q. So the same --

12:30:23  A. He was the shamash in CSI.

12:30:26  Q. So the same person who transcribed

12:30:31  those documents that we saw earlier today is the

12:30:36  same person who prepared this document?

12:30:38  MR. SOLOMON: I object to the

12:30:39  question. Misstated the testimony about

12:30:41  transcription.

12:30:41  Q. Is it the same person?

12:30:47  A. He is the same person who --

12:30:49  Q. Okay.

163

Mann

12:30:50  A. But I don't know what the original

12:30:54  transcription read and what was smoothed out by the

12:30:57  publisher. I cannot attest to the veracity of the

12:31:02  printed version being exactly the same as his

12:31:04  version.

12:31:04  Q. Right. I just want to know if it's

12:31:06  the same person, that's all.

12:31:12  Now, do you have any evidence that CJI

12:31:16  saw this inventory?

12:31:18  A. No.

12:31:18  Q. Do you have any evidence that CYI saw

12:31:22  this inventory?

12:31:23  A. They couldn't have, because they were

12:31:26  disbanded in 1818 and this wasn't until 1969.

12:31:29  Q. Now, the cover of the inventory says,

12:31:51  "Property effects belonging to or in keeping of."

12:31:54  A. Um-hum.

12:31:54  Q. What does "in keeping of" mean?

12:31:57  A. As I mentioned to you, I think

12:31:59  previously, there were times when people had a

12:32:04  sefer Torah written at their own expense and often

12:32:08  deposited it in the synagogue. This is a centuries

12:32:12  old usage.

12:32:13  Q. So "in keeping of" is not necessarily,

164

Mann

12:32:15  is not ownership, is it?

12:32:17  A. No. But I also want to mention in the

12:32:21  case of CSI that -- I didn't do a one-by-one, but

12:32:28  many of the Torah scrolls that were deposited for

12:32:30  safekeeping later were given or purchased by the

12:32:33  congregation. So they remain known as the Hart --

12:32:39  to distinguish them, they were given nicknames; the

12:32:41  Hart Sefer Torah, the Hendricks Sefer Torah. But

12:32:45  they belonged to CSI by this point.

12:32:48  Q. Do you have an understanding, and I

12:32:49  apologize if I asked this before, when the rimmonim

12:33:00  marked "Newport" here were sent to CSI?

12:33:03  A. There's, in 1822, the Lopez family

12:33:22  came to New York, and they had in their, among

12:33:25  their effects, sifrei Torah and silver that had

12:33:28  been used in Newport.

12:33:28  There is an entry in 1833 about

12:33:35  getting the sifrei Torah back, and there is an

12:33:41  entry later about getting the silver back.

12:33:43  Q. What's the date of this entry to

12:33:48  silver?

12:33:48  A. To be honest with you, I took all

12:33:50  these photographs and I didn't label them all, and

12:33:53  I'd have to go through it.

165

Mann

12:33:54  Q. Okay. I don't know if that's

12:33:56  something that you could try to find during the

12:33:58  break, that --

12:33:59  A. No, I can't find it. They are on my

12:34:03  computer and I'd have to read through all of them.

12:34:05  Q. Okay. Do you know why someone wrote

12:34:15  "Newport" on the base?

12:34:16  A. I thought we had gone through --

12:34:18  Q. I really apologize if I -- I don't

12:34:22  want you to think I'm not paying attention to you.

12:34:25  A. I think, based on the fact that

12:34:31  there's an entry in the -- in the inventory of a

12:34:35  Sefer Torah that had been used -- that is

12:34:39  specifically said to have been in Newport, that

12:34:42  this was just a means of identifying what had been

12:34:46  in Newport.

12:34:47  Q. Why would somebody need to identify

12:34:49  what had been in Newport?

12:34:51  A. Because there was always the

12:34:52  expectation that -- CSI stated, "We want these back

12:34:55  but if you reform your congregation, we will lend

12:34:59  to you again."

12:35:01  Q. Did they say "lend to you" or "give

12:35:02  you"?

42 (Pages 162 to 165)

166

|  |  |  |
|---|---|---|
|  |  | Mann |
| 12:35:02 | 1 | A. Yes, they said, "We will lend to you." |
| 12:35:05 | 2 | Q. Doesn't say "lend" in those minutes, |
| 12:35:06 | 3 | does it? |
| 12:35:07 | 4 | A. It says "loan." I'm not -- it does. |
| 12:35:09 | 5 | Q. Where does it say "loan"? |
| 12:35:10 | 6 | A. Well, I have to find it. But it says, |
| 12:35:16 | 7 | you know, "Would you be willing to loan to us that |
| 12:35:18 | 8 | which you loaned to us before?" And, "Yes, we |
| 12:35:21 | 9 | would be willing to loan to you when you |
| 12:35:23 | 10 | reconstitute yourself." |
| 12:35:25 | 11 | Q. And those documents don't specifically |
| 12:35:27 | 12 | reference the Myer Myers rimmonim, do they? |
| 12:35:30 | 13 | A. No, they are general references to |
| 12:35:31 | 14 | giving what had been used before in Newport back to |
| 12:35:36 | 15 | them. |
| 12:35:36 | 16 | Q. Now, what if what had been before in |
| 12:35:39 | 17 | Newport was owned by CYI, when CSI sent it back to |
| 12:35:47 | 18 | CJI, to your knowledge, would CJI then become the |
| 12:35:51 | 19 | owner? |
| 12:35:51 | 20 | A. It became the owner not as a result of |
| 12:35:54 | 21 | it being sent back, but as a result of the fact |
| 12:35:59 | 22 | that the -- the members at the time of its |
| 12:36:07 | 23 | disbandment in 1818 had ceded everything to CSI. |
| 12:36:12 | 24 | MR. SOLOMON: He asked but CJI. I |

167

|  |  |  |
|---|---|---|
|  |  | Mann |
| 12:36:14 | 1 | think there's some disagreement -- |
| 12:36:17 | 2 | MR. WAGNER: Yes, actually, let me -- |
| 12:36:19 | 3 | MR. SOLOMON: I'd like the witness to |
| 12:36:20 | 4 | hear the question and the answer. |
| 12:36:21 | 5 | THE WITNESS: Would you say it again? |
| 12:36:23 | 6 | MR. SOLOMON: I am going to completely |
| 12:36:25 | 7 | object. |
| 12:36:25 | 8 | MR. WAGNER: Okay, you can object -- |
| 12:36:27 | 9 | THE WITNESS: Can I hear the question |
| 12:36:28 | 10 | again? |
| 12:36:28 | 11 | MR. WAGNER: No, I want to go into the |
| 12:36:30 | 12 | inventory. |
| 12:36:30 | 13 | MR. SOLOMON: So let the record be |
| 12:36:32 | 14 | very clear that the witness is asking for |
| 12:36:34 | 15 | a question that she just answered to be |
| 12:36:36 | 16 | read back and counsel is not allowing the |
| 12:36:38 | 17 | witness to do that. That's improper. |
| 12:36:39 | 18 | MR. WAGNER: Okay. |
| 12:36:40 | 19 | Q. Would you go to the inventory. |
| 12:36:42 | 20 | A. Um-hum. |
| 12:36:42 | 21 | Q. Page 4956. |
| 12:36:58 | 22 | A. Yes. |
| 12:36:58 | 23 | Q. Now it says, "One pair of d-o |
| 12:37:01 | 24 | marks" -- |

168

|  |  |  |
|---|---|---|
|  |  | Mann |
| 12:37:02 | 1 | A. Ditto. |
| 12:37:02 | 2 | Q. -- "Myers, the maker," and then it |
| 12:37:04 | 3 | says, "One pair of d-o marks, Myers Newport," do |
| 12:37:07 | 4 | you see that? |
| 12:37:09 | 5 | A. Um-hum. |
| 12:37:10 | 6 | Q. And then we see three ditto marks. |
| 12:37:12 | 7 | A. Um hum. |
| 12:37:12 | 8 | Q. And those three ditto marks come right |
| 12:37:15 | 9 | under the words "keeping of shamash," do they not? |
| 12:37:19 | 10 | A. Yes, but I think they also refer to |
| 12:37:21 | 11 | the last phrase on the line above, "Property of |
| 12:37:25 | 12 | kahal," the congregation, "In keeping of shamash." |
| 12:37:28 | 13 | Q. That's a conclusion that you draw. |
| 12:37:32 | 14 | That's how you interpret those ditto marks, |
| 12:37:32 | 15 | correct? |
| 12:37:32 | 16 | A. Correct. |
| 12:37:32 | 17 | Q. Okay. Now, let's go back to the |
| 12:37:35 | 18 | question that you wanted read. |
| 12:37:56 | 19 | (The record was read as follows: |
| 12:35:36 | 20 | "Question: Now, what if what had been |
| 12:35:38 | 21 | before in Newport was owned by CYI, |
| 12:35:46 | 22 | when CSI sent it back to CJI, to your |
| 12:35:49 | 23 | knowledge, would CJI then become the |
| 12:35:51 | 24 | owner?") |

169

|  |  |  |
|---|---|---|
|  |  | Mann |
| 12:37:57 | 1 | Q. Do you have anything to add to your |
| 12:37:58 | 2 | answer? |
| 12:37:58 | 3 | A. When they were -- if they were -- when |
| 12:38:02 | 4 | they were with CYI, they were still a loan from -- |
| 12:38:06 | 5 | there was nothing to change their ownership. |
| 12:38:08 | 6 | Q. I'm not talking about rimmonim. I'm |
| 12:38:10 | 7 | just talking, if CYI sent something to CSI that CYI |
| 12:38:19 | 8 | owned originally, when CSI sent that material back, |
| 12:38:23 | 9 | did CJI become the owner, in your view? |
| 12:38:27 | 10 | A. This is what happened, okay? We have |
| 12:38:31 | 11 | a clear distinction in the records of the minutes |
| 12:38:34 | 12 | between two seforim that were lent at the beginning |
| 12:38:38 | 13 | of CYI in 1560. There is even a record of the |
| 12:38:44 | 14 | preparation of the crates in which these two |
| 12:38:47 | 15 | seforim were shipped. And they were sent as a loan |
| 12:38:51 | 16 | to Newport. |
| 12:38:56 | 17 | Then, when the congregation disbanded, |
| 12:39:04 | 18 | the first thing that CSI did was ask for their own |
| 12:39:07 | 19 | seforim back. They then asked Mrs. Lopez to hand |
| 12:39:11 | 20 | over the four seforim that were donations directly to CYI -- |
| 12:39:15 | 21 |  |
| 12:39:19 | 22 | Q. Let me stop -- |
| 12:39:21 | 23 | A. -- that belonged to CYI. |
| 12:39:22 | 24 | Q. Okay. So when those Torahs were sent |

43 (Pages 166 to 169)

170

Mann

| | | |
|---|---|---|
| 12:39:26 | 1 | |
| 12:39:26 | 2 | back -- |
| 12:39:28 | 3 | A. They were -- the four Torahs -- |
| 12:39:29 | 4 | Q. Right. |
| 12:39:31 | 5 | A. -- when they were sent back they were |
| 12:39:32 | 6 | the property of CYI. |
| 12:39:34 | 7 | Q. And did they become the property of |
| 12:39:34 | 8 | CJI? |
| 12:39:35 | 9 | A. I can't answer that. |
| 12:39:37 | 10 | Q. Okay. That's beyond -- |
| 12:39:39 | 11 | A. That's a question of, you know, the |
| 12:39:40 | 12 | legal relationships. |
| 12:39:45 | 13 | Q. And are you expert at reading leases? |
| 12:39:45 | 14 | A. No. |
| 12:39:47 | 15 | Q. Are you expert at reading deeds? |
| 12:39:49 | 16 | A. No. |
| 12:39:51 | 17 | Q. Are you expert at reading legal |
| 12:39:51 | 18 | documents? |
| | 19 | (Continued on following page.) |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

171

Mann

| | | |
|---|---|---|
| 12:39:51 | 1 | |
| 12:39:51 | 2 | A. As I said, I published a book on |
| 12:39:54 | 3 | Hebrew legal documents. |
| 12:39:56 | 4 | Q. Right. American legal documents. |
| 12:39:58 | 5 | A. No. |
| 12:39:58 | 6 | MR. WAGNER: All right, want to take a |
| 12:39:59 | 7 | break until about 1:30? |
| 12:40:06 | 8 | THE WITNESS: I sure do. |
| 12:40:09 | 9 | MR. WAGNER: Are you okay in terms of |
| 12:40:11 | 10 | time? |
| 12:40:12 | 11 | THE WITNESS: I'm okay. |
| 12:40:14 | 12 | (Luncheon recess: 12:40 p.m.) |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

172

| | | |
|---|---|---|
| 12:40:14 | 1 | |
| 12:40:14 | 2 | A F T E R N O O N   S E S S I O N |
| 12:40:18 | 3 | (1:31 p.m.) |
| 12:40:18 | 4 | V I V I A N   M A N N ,   having been previously |
| 12:40:18 | 5 | sworn, resumed the stand and testified |
| 12:40:19 | 6 | further as follows: |
| 13:29:54 | 7 | EXAMINATION (Cont'd.) |
| 13:29:54 | 8 | BY MR. WAGNER: |
| 13:31:20 | 9 | Q. Okay. Now, I just want to go back |
| 13:31:29 | 10 | over a couple of things. |
| 13:31:31 | 11 | Through 1910, was there -- and other |
| 13:31:35 | 12 | than the inventory -- is there any specific |
| 13:31:37 | 13 | reference to the Myer Myers rimmonim in the CSI |
| 13:31:41 | 14 | documents you saw? |
| 13:31:53 | 15 | A. I don't recall. |
| 13:31:54 | 16 | Q. Okay. As you sit here -- |
| 13:31:58 | 17 | A. I'm not going to say no. I'm just |
| 13:32:01 | 18 | going to say I don't recall. |
| 13:32:02 | 19 | Q. As you sit here, you don't recall one |
| 13:32:04 | 20 | other than the inventory. |
| 13:32:05 | 21 | A. Right. And I just want to bring up |
| 13:32:07 | 22 | that I misspoke about the inventory. I was |
| 13:32:09 | 23 | confusing it with the history that I found in a |
| 13:32:12 | 24 | microfilm. The inventory was written in 1869. The |
| 13:32:17 | 25 | short history that I read was marked that it was |

173

Mann

| | | |
|---|---|---|
| 13:32:21 | 1 | |
| 13:32:21 | 2 | updated in 1898, right? |
| 13:32:31 | 3 | Q. That was a history of what? |
| 13:32:34 | 4 | A. It's a general history of Shearith |
| 13:32:36 | 5 | Israel. |
| 13:32:36 | 6 | Q. And who wrote it? |
| 13:32:41 | 7 | A. It was Phillips, Naftali Phillips. |
| 13:32:44 | 8 | Q. Now, through 1910, did you see any |
| 13:32:54 | 9 | specific reference in the CJI documents to the Myer |
| 13:32:57 | 10 | Myers rimmonim? |
| 13:33:00 | 11 | A. There are no CJI documents. |
| 13:33:03 | 12 | Q. Okay. |
| 13:33:05 | 13 | A. And CJI didn't exist in 1910. |
| 13:33:09 | 14 | Q. Okay, very good. Through 1910, did |
| 13:33:12 | 15 | any of the documents from Touro Synagogue |
| 13:33:16 | 16 | specifically reference the Myer Myers rimmonim? |
| 13:33:20 | 17 | A. There are no documents -- I mean, it's |
| 13:33:22 | 18 | the same question. You're just substituting Touro |
| 13:33:25 | 19 | Synagogue for CJI. There's no records, as far as I |
| 13:33:29 | 20 | know. |
| 13:33:29 | 21 | Q. And just so that the record is clear, |
| 13:33:31 | 22 | are the opinions you're offering in this case the |
| 13:33:36 | 23 | ones that are set out in your report? |
| 13:33:37 | 24 | A. Yes, but I will say that I did |
| 13:33:39 | 25 | additional research since the report, which is |

44 (Pages 170 to 173)

174

Mann

| | | |
|---|---|---|
| 3:33:41 | 1 | allowed in the report. |
| 3:33:42 | 2 | Q. And -- well, whether it's allowed or |
| 3:33:44 | 3 | not we can dispute -- |
| 3:33:45 | 4 | A. Well, it says that it's -- yeah. |
| 3:33:47 | 5 | Q. What additional research did you do? |
| 3:33:50 | 6 | A. I read more documents. |
| 3:33:54 | 7 | Q. What are those documents? |
| 3:33:57 | 8 | A. Again, they are all .jpegs on my |
| 3:34:02 | 9 | computer. They are minutes, mostly. |
| 3:34:04 | 10 | Q. Now, do you understand the concepts of |
| 3:34:09 | 11 | ownership and control to be legal concepts? |
| 3:34:15 | 12 | A. I think the way they are used here, |
| 3:34:17 | 13 | yes. |
| 3:34:17 | 14 | Q. And are you qualified to opine on |
| 3:34:20 | 15 | ownership and control? |
| 3:34:21 | 16 | A. No. |
| 3:34:23 | 17 | Q. Okay. Have you ever opined on legal |
| 3:34:29 | 18 | provenance of property before? |
| 3:34:31 | 19 | A. Yes. |
| 3:34:31 | 20 | Q. And was that in connection with |
| 3:34:40 | 21 | property from Europe? |
| 3:34:45 | 22 | A. Um -- material -- let's say visual and |
| 3:34:52 | 23 | material culture. Not necessarily from Europe. |
| 3:34:55 | 24 | Q. Now, you testified that the, I think |

175

Mann

| | | |
|---|---|---|
| 3:34:59 | 1 | your opinion is that the pair at the MFI is not a |
| 3:35:04 | 2 | true pair. |
| 3:35:05 | 3 | A. Correct. I would call them a set. |
| 3:35:06 | 4 | Q. Right. Are you aware that others have |
| 3:35:09 | 5 | testified in this case that they are a true pair? |
| 3:35:13 | 6 | A. They didn't examine them properly. |
| 3:35:18 | 7 | Q. No, I'm just questioning whether |
| 3:35:19 | 8 | you're aware that such testimony has been given. |
| 3:35:25 | 9 | A. Um -- no. I'm not aware of who said |
| 3:35:28 | 10 | that. |
| 3:35:29 | 11 | Q. Well, did you read the Jeanne Sloane |
| 3:35:37 | 12 | deposition? |
| 3:35:37 | 13 | A. Was I given that? No. |
| 3:35:39 | 14 | Q. Now, when you cite secondary sources, |
| 3:36:44 | 15 | do you do anything to investigate the reliability |
| 3:36:49 | 16 | of the source? |
| 3:36:54 | 17 | A. Um -- the process that I followed here |
| 3:36:59 | 18 | was -- it was a mix, I must say. I started reading |
| 3:37:04 | 19 | all these books and then I read the -- the ledger |
| 3:37:09 | 20 | once, and some of the minutes, and then I did more |
| 3:37:14 | 21 | reading and then I came back to the ledger and the |
| 3:37:18 | 22 | minutes and read them very carefully. |
| 3:37:21 | 23 | Q. Let's just focus on the secondary |
| 3:37:22 | 24 | sources. And I'm not necessarily talking about |

176

Mann

| | | |
|---|---|---|
| 13:37:24 | 1 | what you did here but, as a general matter, when |
| 13:37:27 | 2 | you cite secondary sources, do you do anything to |
| 13:37:30 | 3 | ensure yourself that the secondary sources are |
| 13:37:32 | 4 | reliable? |
| 13:37:34 | 5 | A. Yes. I checked -- I would evaluate |
| 13:37:37 | 6 | what they said based on the source -- the |
| 13:37:41 | 7 | documentary sources that I had read and the |
| 13:37:43 | 8 | quotations from documentary sources. And I could |
| 13:37:49 | 9 | see a pattern after a while of who was quoting |
| 13:37:54 | 10 | de Pool -- you know, de Pool wrote early -- de Pool |
| 13:37:58 | 11 | himself quoted from this 1898 history. Just -- |
| 13:38:03 | 12 | Q. Okay. |
| 13:38:05 | 13 | A. -- and once you read them you see what |
| 13:38:07 | 14 | everybody took. |
| 13:38:08 | 15 | Q. And is it good scholarship to cite to |
| 13:38:11 | 16 | anonymous secondary sources? |
| 13:38:14 | 17 | A. Which ones are you referring to? |
| 13:38:15 | 18 | Q. I'm just asking you as a general |
| 13:38:17 | 19 | matter. |
| 13:38:18 | 20 | A. To cite -- you know, that's a broad |
| 13:38:20 | 21 | question. If you had a text from antiquity, it |
| 13:38:26 | 22 | would be anonymous. And you wouldn't doubt |
| 13:38:30 | 23 | about -- it -- it's too broad a question. |
| 13:38:33 | 24 | Q. Well, do you routinely cite from |

177

Mann

| | | |
|---|---|---|
| 13:38:38 | 1 | anonymous secondary sources? |
| 13:38:39 | 2 | A. It depends what period. |
| 13:38:40 | 3 | Q. The 1890s. |
| 13:38:48 | 4 | A. No. |
| 13:38:48 | 5 | Q. You reference the inventory on page 6 |
| 13:39:12 | 6 | of your report. And you say that the inventory |
| 13:39:24 | 7 | "confirms two pairs of rimmonim bearing the mark of |
| 13:39:31 | 8 | Myer Myers in ownership and possession of Shearith |
| 13:39:35 | 9 | Israel," do you see that? |
| 13:39:38 | 10 | A. Yes. |
| 13:39:38 | 11 | Q. Okay. Now, if all you had was a |
| 13:39:41 | 12 | statement by a party that it owned property, that's |
| 13:39:45 | 13 | not necessarily conclusive evidence of ownership, |
| 13:39:48 | 14 | is it? |
| 13:39:50 | 15 | A. No, but the title of the inventory is |
| 13:39:54 | 16 | what was owned by -- I'm not quoting it exactly -- |
| 13:39:59 | 17 | it's an inventory of what was owned by Shearith |
| 13:40:01 | 18 | Israel. And the invent -- and Lyons is very |
| 13:40:05 | 19 | careful to point out if something -- you know, |
| 13:40:12 | 20 | prior ownership, like a certain Sefer Torah. And |
| 13:40:16 | 21 | he's very careful also at the end to say there's |
| 13:40:20 | 22 | additional property, it's not on the premises. |
| 13:40:22 | 23 | Q. Okay. But Lyons is not infallible. |
| 13:40:27 | 24 | Reverend Lyons is not infallible, is he? |

45  (Pages 174 to 177)

178

Mann

| | |
|---|---|
| 13:40:30 | 2   A. I think this inventory, which goes |
| 13:40:32 | 3   down to the brooms and the rags, I think is a very |
| 13:40:36 | 4   thorough work. |
| 13:40:37 | 5   **Q. But are you aware of any investigation** |
| 13:40:39 | 6   **he made of the provenance of the rimmonim?** |
| 13:40:41 | 7   A. He's not dealing with that. He is |
| 13:40:42 | 8   dealing with what's in the synagogue that belongs |
| 13:40:46 | 9   to it in 1869. |
| 13:40:47 | 10  **Q. My only question is whether you know** |
| 13:40:49 | 11  **whether he conducted any investigation.** |
| 13:40:52 | 12  A. No, I have no knowledge. |
| 13:40:53 | 13  **Q. And if CJI had an inventory that** |
| 13:40:58 | 14  **listed it as the owner of the rimmonim, would that** |
| 13:41:02 | 15  **be relevant to you?** |
| 13:41:03 | 16  A. No, because I don't think it's |
| 13:41:05 | 17  supportable. |
| 13:41:06 | 18  **Q. So if CSI has an inventory, it's** |
| 13:41:10 | 19  **conclusive, but if CJI has an inventory, it's** |
| 13:41:14 | 20  **useless?** |
| 13:41:14 | 21  A. First of all, CJI was not formed in |
| 13:41:17 | 22  the 1883, so it's later. Second of all, there's |
| 13:41:20 | 23  all this prior evidence, prior to the inventory, |
| 13:41:22 | 24  that CSI owned the rimmonim. |
| 13:41:25 | 25  So we're looking -- we're not looking |

179

Mann

| | |
|---|---|
| 13:41:27 | 2   at inventory versus inventory. We're looking at |
| 13:41:30 | 3   inventory plus prior documents versus a statement |
| 13:41:34 | 4   in a hypothetical inventory. |
| 13:41:37 | 5   **Q. Okay. And again, none of those prior** |
| 13:41:40 | 6   **documents specifically reference the Myer Myers** |
| 13:41:44 | 7   **rimmonim, do they?** |
| 13:41:44 | 8   A. No, they do. The statements of the |
| 13:41:47 | 9   purchase -- of the amounts owed to Myer Myers. One |
| 13:41:52 | 10  specifically says rimmonim. |
| 13:41:54 | 11  **Q. We're not talking about that set. The** |
| 13:41:56 | 12  **other set, the second entry does not have a** |
| 13:41:59 | 13  **reference to rimmonim, correct?** |
| 13:42:00 | 14  A. No. But I want to point out that |
| 13:42:03 | 15  there are various types of payments that were made |
| 13:42:06 | 16  to people that are recorded in the ledger. There |
| 13:42:11 | 17  were payments made for specific purchase of items |
| 13:42:15 | 18  such as wood, which was then used in the synagogue |
| 13:42:19 | 19  or used by one of the functionaries of the |
| 13:42:22 | 20  synagogue. |
| 13:42:23 | 21  Then there are payments that a Parnas, |
| 13:42:27 | 22  the head of the congregation, was required to make |
| 13:42:31 | 23  or to put up a bond covering donations that were |
| 13:42:37 | 24  voiced during his reign but were not collected. So |
| 13:42:43 | 25  he had to guarantee that amount and he was repaid |

180

Mann

| | |
|---|---|
| 13:42:47 | 2   during the next administration. |
| 13:42:50 | 3   That only says, "Paid to the late |
| 13:42:53 | 4   Parnas," which I mentioned means last, and that's a |
| 13:42:57 | 5   second type of payment. This stands apart because |
| 13:43:01 | 6   of its -- it is neither of those. It's not |
| 13:43:05 | 7   something that he purchased for the congregation, |
| 13:43:08 | 8   nor is it payment because he was Parnas. That's |
| 13:43:13 | 9   recorded elsewhere. |
| 13:43:13 | 10  So here we have to deal with the |
| 13:43:15 | 11  amount paid to him, which fits in with the amount |
| 13:43:16 | 12  of silver he had to buy and with the prices that |
| 13:43:20 | 13  were paid to subsilversmiths like the chaser, the |
| 13:43:25 | 14  engraver, the piercer. All of these were separate |
| 13:43:31 | 15  tasks and people were paid individually. |
| 13:43:34 | 16  So if you add up the amount of the |
| 13:43:37 | 17  costs of the silver versus -- and these additional |
| 13:43:39 | 18  things, the probability -- the -- I believe that |
| 13:43:42 | 19  this amount represents payment for rimmonim. |
| 13:43:46 | 20  **Q. My only question was, that second** |
| 13:43:50 | 21  **entry in your report does not reference** |
| 13:43:52 | 22  **specifically rimmonim, does it?** |
| 13:43:54 | 23  A. The second one does. You mean out of |
| 13:43:57 | 24  the three -- |
| 13:43:59 | 25  **Q. Yes.** |
| 13:44:00 | |

181

Mann

| | |
|---|---|
| 13:44:01 | 2   A. -- or are you talking about second |
| 13:44:02 | 3   rimmonim? |
| 13:44:02 | 4   **Q. The second entry does not specifically** |
| 13:44:04 | 5   **reference rimmonim.** |
| 13:44:05 | 6   A. No, and I just -- |
| 13:44:06 | 7   **Q. Okay.** |
| 13:44:08 | 8   A. -- elucidated why I belive -- |
| 13:44:10 | 9   **Q. I understand that. But the third** |
| 13:44:11 | 10  **entry does reference rimmonim, correct?** |
| 13:44:13 | 11  A. Correct. |
| 13:44:13 | 12  **Q. Okay.** |
| 13:44:48 | 13  EXH     (Mann Exhibit 17, e-mail dated |
| | 14      **10/20/08, Segal to Bazarsky, containing** |
| | 15      **cut and pasted article, "The Torah Bells** |
| | 16      **of Myer Myers: Ancient Traditions in a** |
| | 17      **New Land," by Rabbi Marc Angel, Bates** |
| | 18      **numbered CJI002331 through 2336, marked** |
| 13:44:54 | 19      **for identification, as of this date.)** |
| 13:44:54 | 20  A. Yes? |
| 13:44:55 | 21  **Q. What is this document?** |
| 13:44:56 | 22  A. What is it? |
| 13:44:57 | 23  **Q. Yes.** |
| 13:44:59 | 24  A. In the microfilm that I read, which |
| 13:45:03 | 25  had the history that was written as corrected in |

46  (Pages 178 to 181)

182

Mann

| | | |
|---|---|---|
| 3:45:07 | 2 | 1898, this was interpolated into that document. |
| 3:45:10 | 3 | Q. Do you know who wrote this? |
| 3:45:14 | 4 | A. I could assume that it was the same |
| 3:45:16 | 5 | person who wrote the history, but I don't know. |
| 3:45:18 | 6 | Q. But you cite it in your report, right? |
| 3:45:22 | 7 | A. Yes. |
| 3:45:22 | 8 | Q. Let's spend a few minutes on Caroline |
| 3:45:48 | 9 | Cohen, okay? |
| 3:45:49 | 10 | A. Sure. |
| 3:45:49 | 11 | Q. Okay, page 6. |
| 3:45:53 | 12 | A. Of my report? |
| 3:45:54 | 13 | Q. Yes. Now, you state in your report, |
| 3:46:36 | 14 | "The third pair of bells was donated to Shearith |
| 3:46:39 | 15 | Israel in 1893," do you see that? |
| 3:46:41 | 16 | A. Yes. |
| 3:46:41 | 17 | Q. Like seven lines down you say it was |
| 3:46:44 | 18 | donated in 1892, do you see that? |
| 3:46:47 | 19 | A. I didn't say that. I -- um -- I must |
| 3:46:55 | 20 | say to you that in -- two days ago in rereading |
| 3:47:00 | 21 | documents, I realized that there's more subtlety to |
| 3:47:05 | 22 | what I had written, okay? |
| 3:47:06 | 23 | Q. Okay. You want to explain that? |
| 3:47:08 | 24 | A. Sure. In 1892, she writes a letter to |
| 3:47:12 | 25 | Abraham Mendes, who was the hazzan, the head of |

183

Mann

| | | |
|---|---|---|
| 3:47:21 | 2 | the -- the minister in Touro and she offers to lend |
| 3:47:24 | 3 | him two pairs of finials that had been in her |
| 3:47:27 | 4 | family. |
| 3:47:27 | 5 | Q. Can I stop you just for one second? |
| 3:47:29 | 6 | You didn't cite that letter in your report, did |
| 3:47:34 | 7 | you? |
| 3:47:34 | 8 | A. No. That's why I mentioned that it |
| 3:47:36 | 9 | was two days ago in reviewing materials that I -- |
| 3:47:39 | 10 | Q. Okay. |
| 3:47:40 | 11 | A. -- clarified what I had hastily |
| 3:47:43 | 12 | written here, shall I say, or not -- not written in |
| 3:47:52 | 13 | concise terms. There's more to say. The first |
| 3:47:55 | 14 | letter of Caroline Cohen is to Abraham Mendes |
| 3:47:58 | 15 | offering to lend him the two pairs that belong to |
| 3:47:59 | 16 | her family. These are not -- |
| 3:48:01 | 17 | Q. Lend or donate? |
| 3:48:03 | 18 | A. Lend. |
| 3:48:03 | 19 | Q. Okay. |
| 3:48:05 | 20 | A. The second letter -- then he dies, |
| 3:48:08 | 21 | okay? Abraham Mendes dies and she then writes to |
| 3:48:14 | 22 | CSI, asking them for -- or giving them the two |
| 3:48:20 | 23 | pairs and saying, "I want you to exercise control |
| 3:48:22 | 24 | over them. I would prefer they be used in Newport |
| 3:48:26 | 25 | because I grew up there, but if there's no need |

184

Mann

| | | |
|---|---|---|
| 3:48:30 | 2 | there, then they can be lent to another Sephardic |
| 3:48:36 | 3 | congregation." |
| 3:48:40 | 4 | And I have identified the two pairs |
| 3:48:42 | 5 | and I can show you pictures if you want. |
| 3:48:44 | 6 | Q. What's the relevance of this other |
| 3:49:06 | 7 | pair to your opinion concerning the pair at issue |
| 3:49:09 | 8 | in the case? |
| 3:49:10 | 9 | A. The only relevance is that both of |
| 3:49:15 | 10 | them were loaned at the same time; and that they -- |
| 3:49:22 | 11 | and that she -- this is not the pair in the case. |
| 3:49:26 | 12 | This is the third pair of Myer Myers rimmonim which |
| 3:49:29 | 13 | were made for Samuel Myers, and then descended in |
| 3:49:33 | 14 | his family finally to Caroline Cohen. |
| 3:49:35 | 15 | Q. Okay. Let's look at that letter. |
| 3:49:35 | 16 | EXH    (Mann Exhibit 18, two page |
| 3:49:35 | 17 |     typewritten document bearing handwritten |
| 3:49:35 | 18 |     "Note* New Post" at the top, Bates |
| 3:49:35 | 19 |     numbered CSI06859 and 06858, marked for |
| 3:49:59 | 20 |     identification, as of this date.) |
| 3:49:59 | 21 | Q. Is that the 1892 letter? |
| 3:50:01 | 22 | A. Yes, it states so at the top. |
| 3:50:03 | 23 | Q. Where does it say anything about a |
| 3:50:07 | 24 | loan? |
| 3:50:14 | 25 |     (Witness perusing document.) |

185

Mann

| | | |
|---|---|---|
| 3:50:58 | 2 | A. It's specifically stated in the next |
| 3:51:00 | 3 | letter of the follow year, that "I lent them to |
| 3:51:03 | 4 | Abraham Mendes." |
| 3:51:17 | 5 | THE WITNESS: Does anybody have that? |
| 3:51:20 | 6 | Q. We'll get the other letter. |
| 3:51:43 | 7 | A. She only says -- she asks him -- |
| 3:51:47 | 8 | MR. SOLOMON: There's no question |
| 3:51:48 | 9 | pending. |
| 3:51:48 | 10 | THE WITNESS: I'm sorry. |
| 3:51:49 | 11 | Q. You're referencing the language, |
| 3:51:53 | 12 | "Would accept and use," right? That's what you |
| 3:51:58 | 13 | were about to reference, am I right? |
| 3:52:02 | 14 | A. Yes, but it's clear in the next letter |
| 3:52:04 | 15 | that they were a loan. |
| 3:52:06 | 16 | Q. But are you aware that scholars have |
| 3:52:09 | 17 | concluded based on this letter that Cohen donated |
| 3:52:12 | 18 | the pair to CJI? Are you aware of that? |
| 3:52:15 | 19 | A. It's not -- you must look at both |
| 3:52:17 | 20 | documents together. |
| 3:52:18 | 21 | Q. I understand. That's not my question. |
| 3:52:21 | 22 | Are you aware that, for example -- |
| 3:52:22 | 23 | A. Who says that? |
| 3:52:24 | 24 | Q. David Barquist. |
| 3:52:25 | 25 | A. I can't account for why he says that. |

47 (Pages 182 to 185)

186

Mann

13:52:28  2  Q. But you think he's wrong.

13:52:30  3      MR. SOLOMON: If he does.

13:52:32  4      A. I don't know that he says it. And if

13:52:33  5  he says it, it is contradicted by the second

13:52:35  6  letter.

13:52:36  7      Q. Okay. If you look at page 98 of

13:53:28  8  Barquist?

13:53:47  9      A. Okay. I just wanted to put it in

13:53:50  10  order so I can find it.

13:53:52  11      Q. Do you want us to --

13:53:53  12      A. 98?

13:53:54  13      Q. Yes.

13:54:07  14      A. I don't have 98.

13:54:09  15      MR. JACOBY: It's actually 198. The 1

13:54:13  16  is cut off.

13:54:13  17      Q. This page (indicating).

13:54:17  18      A. I'm looking. Okay.

13:54:19  19      Q. Right, so you see, he interprets the

13:54:26  20  record as a donation to Touro Synagogue in 1892.

13:54:31  21      MR. SOLOMON: I don't know what page

13:54:32  22  you're on, I'm sorry.

13:54:33  23      THE WITNESS: It's 198 but it's marked

13:54:36  24  98. It's a couple of pages, two pages

13:54:38  25  from the end of that.

187

Mann

13:54:39  2      MR. SOLOMON: Thank you.

13:54:41  3      A. Yes.

13:54:41  4      Q. Okay.

13:54:45  5      A. Yes, he -- um-hum.

13:54:47  6      Q. Okay, let's --

13:55:00  7      MR. SOLOMON: Where it says

13:55:01  8  "apparently"?

13:55:04  9      Q. Let's move to page 7 of your report.

13:55:33  10  Now, these pages reference events that occurred

13:55:39  11  through the 1880s, correct?

13:55:45  12      A. No, I have -- one second.

13:55:50  13      Q. I'm just looking at pages 7 and 8.

13:55:53  14      A. Yeah, I just realized. Yeah, I just

13:55:57  15  cited items that illustrate control and ownership.

13:56:04  16      Q. And it goes through the 1880s, right?

13:56:07  17      A. Yes.

13:56:07  18      Q. Okay. Now, you're saying the second

13:56:09  19  paragraph --

13:56:12  20      MR. SOLOMON: That page goes through

13:56:14  21  1880, is that --

13:56:15  22      MR. WAGNER: 1880s. 7 and 8.

13:56:18  23      THE WITNESS: Section 6.

13:56:20  24      MR. WAGNER: Pages -- section 6.

13:56:22  25      THE WITNESS: Because the next one --

188

Mann

13:56:26  2  okay.

13:56:26  3      Q. Okay. So you say in paragraph 2, "The

13:56:42  4  title to the real property on which the Touro

13:56:44  5  Synagogue was built remained with the three

13:56:46  6  purchasers and their descendants until they, in

13:56:50  7  1822, ceded their right, title and interest in the

13:56:54  8  synagogue property to the clerk and trustee of

13:56:59  9  Shearith Israel in New York, following the

13:57:01  10  dwindling and disappearance of the Newport

13:57:03  11  congregation and the move of many of its

13:57:06  12  congregants to" --

13:57:10  13      A. New York.

13:57:10  14      Q. -- "New York." Okay. And do you have

13:57:14  15  any understanding of the requirements for the

13:57:18  16  transfer of title to real property?

13:57:22  17      A. No. In the legal sense.

13:58:10  18      Q. Let's look at this article by Pool.

13:58:15  19  That was the citation for this point, right?

13:58:36  20  EXH      (Mann Exhibit 19, photocopy of

13:58:36  21      handwritten document, Bates numbered

13:58:36  22      CSI5236 and 5237, marked for

13:58:38  23      identification, as of this date.)

13:58:38  24      Q. And you say at page 4, at this point

13:58:42  25  you cite page --

189

Mann

13:58:44  2      A. 9 and 10.

13:58:44  3      Q. Right. Where does it say there that

13:58:49  4  title to the real property was conveyed in 1822?

13:59:04  5      (Witness perusing document.)

13:59:30  6      A. It says the -- there's the footnote 28

13:59:45  7  refers to the statement on page 10, "The

13:59:50  8  proprietary rights in the synagogue and its

13:59:53  9  cemetery were eventually vested in the trustees of

13:59:56  10  that" -- referring to Shearith Israel.

13:59:59  11      Q. But it doesn't say when, does it?

14:00:01  12      MR. SOLOMON: There's another

14:00:03  13  sentence. Were you finished?

14:00:04  14      A. "They still technically hold the legal

14:00:07  15  title to the land and the building."

14:00:09  16      Q. Right.

14:00:11  17      A. And what are you questioning?

14:00:12  18      Q. Where does it say here that title

14:00:14  19  passed in 1822?

14:00:17  20      A. It doesn't -- I mean, when one writes

14:00:21  21  a sentence, one does not -- I was only footnoting

14:00:26  22  the latter part of the sentence. The 1822 came

14:00:30  23  from the other sources I read.

14:00:32  24      Q. Now, are you aware that in the 1890s,

14:00:35  25  the folks at Spanish-Portuguese tried to get deeds

48  (Pages 186 to 189)

190

```
                    Mann
14:00:38    2   for the land and building?
14:00:40    3           MR. SOLOMON:  Object to the form.
14:00:43    4       Lack of foundation.
14:00:43    5       Q.  You can answer.
14:00:46    6       A.  In the 1820s, the descendants of the
14:00:51    7   three men who bought the land and -- who had title
14:00:57    8   to the synagogue, because there was no law of
14:00:59    9   incorporation of a religious body in the State of
14:01:04   10   Rhode Island at the time, the descendants of those
14:01:08   11   people transferred -- well, actually, it was only
14:01:12   12   two, I think, because one had -- all right.
14:01:15   13           They transferred their rights to the
14:01:18   14   land and the synagogue to Shearith Israel.  So
14:01:22   15   there was then a reconfirmation of that in the
14:01:29   16   1890s.
14:01:29   17       Q.  Do you mean to say there was a formal
14:01:32   18   transfer of property in the 1820s, or that was --
14:01:38   19   is that what you're --
14:01:39   20       A.  Yes.  It was recorded.
14:01:41   21       Q.  Where is that?  Look at your report.
14:01:47   22   Where is it?
14:01:47   23       A.  I may not have cited it in my report.
14:01:50   24   But there was -- it's in historical accounts that
14:01:53   25   they ceded their rights to Shearith Israel.
```

191

```
14:01:57    2   It's -- there's a sentence there that they give it
14:01:59    3   "to the congregation that is in this city," meaning
14:02:07    4   in New York.
14:02:07    5       Q.  Did that occur in the 1890s?
14:02:09    6       A.  No, it occurred first in the 1820s.
14:02:12    7       Q.  Now, this -- you I think said the Pool
14:02:17    8   article is reliable, right?
14:02:19    9       A.  Yes.
14:02:19   10       Q.  And what he says is, they still
14:02:21   11   technically hold legal title to the land and the
14:02:24   12   building, correct?
14:02:25   13       A.  He's referring to -- he's referring to
14:02:41   14   "that congregation," which refers to Congregation
14:02:46   15   Shearith Israel.
14:02:46   16       Q.  Right, but what he's referencing is
14:02:49   17   title to land and building, correct?
14:02:50   18       A.  But he's stating that that is -- that
14:02:53   19   belongs to Shearith Israel.
14:02:54   20       Q.  Do you have any understanding of the
14:02:59   21   nature of CSI's ownership of the land and building,
14:03:04   22   that is to say whether it's owned in trust, or is
14:03:12   23   that beyond your expertise?
14:03:13   24       A.  I mean, I only know the language of
14:03:15   25   what I read, that they ceded all their rights to
```

192

```
                    Mann
14:03:18    2   Shearith Israel.
14:03:18    3       Q.  So you don't know the form of
14:03:20    4   ownership, do you?
14:03:20    5       A.  No, it's a legal matter.
14:03:25    6       Q.  Okay.  If you go to the Rabbi Angel
14:04:59    7   exhibit, Rabbi Angel's book --
14:05:03    8       A.  That was Exhibit number?
14:05:05    9       Q.  Hold on.
14:05:06   10       A.  Here it is, it's 3.
14:05:08   11       Q.  Very good.  He says, this is on this
14:05:18   12   page (indicating) if you look at the bottom left,
14:05:22   13   he says that title was transferred in 1893,
14:05:27   14   correct?
14:05:28   15       A.  On this page?  Where does he say --
14:05:30   16       Q.  If you look at the paragraph, "In the
14:05:32   17   early 19th century" --
14:05:37   18       A.  "In the early" --
14:05:38   19       Q.  -- just read to the end of that.
14:05:40   20           (A pause in the proceedings.)
14:05:55   21       A.  Yes, what's the question?
14:05:56   22       Q.  He says that title was transferred in
14:05:57   23   the 1890s, correct?
14:05:58   24       A.  He does not say that.  He says that
14:06:03   25   under the will of Jacob Rodrigue Rivera, in which
```

193

```
                    Mann
14:06:08    2   he bequeathed the property, at that time -- he's
14:06:17    3   referring to the time of -- of the -- the initial
14:06:21    4   time, the time of Yeshuat Israel where the -- when
14:06:25    5   the descendants a -- or the 1820s, when the
14:06:29    6   accidents of Hyman Levy, Moses Seixas and Simeon
14:06:35    7   Levy conveyed all their interests to Touro.  It is
14:06:38    8   not a reference to 1890s.  It is a reference to the
14:06:41    9   direct events coming out of the will of Rodrigue
14:06:45   10   Rivera.
14:06:45   11       Q.  Didn't those people sign the deed in
14:06:50   12   1893?
14:06:52   13       A.  Not these people named here.
14:06:54   14       Q.  Okay.  By the way, are you, if I
14:07:00   15   showed you the deeds, would be able to interpret
14:07:02   16   them?
14:07:04   17       A.  I looked at them.
14:07:05   18       Q.  But are you an expert in reading
14:07:07   19   deeds?
14:07:07   20       A.  I've read deeds but I -- am I a legal
14:07:13   21   expert?  No, but I've read deeds.
14:07:14   22       Q.  But are you qualified to offer an
14:07:17   23   opinion as to what might be conveyed legally by a
14:07:21   24   deed?
14:07:21   25       A.  No.  But these events are described in
```

49 (Pages 190 to 193)

194

Mann

14:07:32    1    many histories.

14:07:34    2        Q. Now, you reference in your report, the

14:07:43    3    bottom of 7, top of 8, the Touro fund.

14:07:55    4        A. Um-hum.

14:07:55    5        Q. See that? What's the significance of

14:07:59    6    that to your opinion?

14:08:03    7        A. To my opinion on what?

14:08:04    8        Q. On -- well, what you have up at the

14:08:07    9    top is "Ownership and Control of the Touro

14:08:10   10    Synagogue."

14:08:13   11        A. My point --

14:08:15   12        MR. SOLOMON: Pages 7 and 8 of her

14:08:17   13    report?

14:08:18   14        A. -- my point was that there was

14:08:19   15    continuous control of -- and one of the points that

14:08:24   16    I'm making is -- the point -- this incident of

14:08:28   17    control was a the fact that, when they -- when the

14:08:34   18    group wanted to reestablish a congregation, they

14:08:40   19    wrote to Shearith Israel and broached the subject

14:08:44   20    and then the Parnas appointed this committee, and

14:08:47   21    then it's the next set of minutes or the third set

14:08:51   22    where they report back to him.

14:08:52   23        Q. Now, if CSI had ownership and control

14:09:00   24    over the synagogue and its contents, would you

195

Mann

14:09:02    1    expect to see a reference to them in the Touro Fund

14:09:04    2    laws?

14:09:04    3        A. But there are no laws. I mean --

14:09:11    4    there are references in documents, later documents

14:09:14    5    of the -- of CJI to ownership by CSI.

14:09:20    6        Q. Not my question.

14:09:22    7        A. Then I'm misunderstanding it.

14:09:24    8        Q. And I'm sure it's my fault. If CSI

14:09:27    9    had ownership and control over the synagogue and

14:09:29   10    its contents, would you expect to see a reference

14:09:31   11    to that in the Touro Fund laws that are on the

14:09:35   12    books of the State of Rhode Island?

14:09:36   13        A. No.

14:09:36   14        Q. Why not?

14:09:40   15        A. There is -- in the protocol of the

14:09:47   16    City Council, they denied -- they stated, after

14:09:52   17    considering some issues, that people in Newport had

14:09:55   18    to go back to CSI.

14:09:57   19        Q. Not my question. If CSI had ownership

14:10:05   20    and control over the synagogue and its contents,

14:10:08   21    would you expect that the Touro Fund laws, or the

14:10:14   22    laws that concern that fund, would reference CSI?

14:10:19   23        A. The donation by Touro, which was made

14:10:22   24    in the first half of the 19th century, was only

196

Mann

14:10:28    1    provided for the Touro Synagogue. It was provided

14:10:36    2    for the up -- one Touro donated for the upkeep of

14:10:41    3    the seminary, and the other brother donated for the

14:10:44    4    upkeep of the synagogue.

14:10:47    5        It didn't concern an issue of

14:10:48    6    ownership. It was an issue of repairs and when

14:10:50    7    repairs had to be done. And if I remember

14:10:52    8    correctly, the City Council of Newport at one point

14:10:56    9    said, "You want to make alterations, you need to go

14:10:59   10    back to CSI and get their approval."

14:11:02   11        Q. Are you saying that you would not

14:11:03   12    expect to see a reference?

14:11:05   13        A. No.

14:11:05   14        Q. Okay.

14:11:07   15        A. Because it's the donation for repairs.

14:11:10   16        Q. Okay. Let's go on. On page 8, we're

14:11:20   17    up to section 7, you say, "Dating back to 1760,

14:11:26   18    Shearith Israel established a pattern and history

14:11:27   19    of loaning the necessary appurtenances of worship

14:11:31   20    to its sister congregation in Newport to ensure the

14:11:34   21    congregation's ability to thrive at a place of

14:11:36   22    worship."

14:11:37   23        So let's put aside the rimmonim that

14:11:39   24    are at issue here, because that's in dispute. What

197

Mann

14:11:42    1    else was loaned?

14:11:45    2        A. They loaned two sifrei Torah. And as

14:11:49    3    I mentioned, I think, before the break, they

14:11:52    4    actually, in the same year, 1760, there's a

14:11:55    5    reference in the minutes to the preparation of the

14:12:00    6    crates for sending these sifrei Torah. And what

14:12:05    7    else did they lend? I think they sent a shofar.

14:12:12    8    I'm not sure about that.

14:12:13    9        Q. And there were a lot of donations by

14:12:15   10    people in New York, correct?

14:12:16   11        A. There were individual donations by

14:12:18   12    individuals.

14:12:18   13        Q. Okay. Is a complete account of where

14:12:40   14    the rimmonim of the Newport congregation have been

14:12:43   15    since 1820? Is that possible?

14:12:46   16        A. Well, we know that they were in CSI

14:12:48   17    until 1869, okay? We know that in 1913, according

14:12:53   18    to the publication of Lewis, the silver expert --

14:13:01   19        Q. Yes.

14:13:01   20        A. -- that they were then in Newport. So

14:13:06   21    we have -- okay, so we have a terminus post quem

14:13:13   22    and a terminus ante quem. And I think that, now,

14:13:18   23    in 1936, Lewis published a picture of what was in

14:13:24   24    Newport, that they were there.

50 (Pages 194 to 197)

198

Mann

14:13:28    2    Q. In 1936?

14:13:30    3    A. Yes. There is a reference in 1897 to

14:13:36    4    sending up a pair of rimmonim that were

14:13:43    5    temporary -- were a temporary loan and that they

14:13:46    6    were seeking to find another pair to substitute for

14:13:48    7    that.

14:13:48    8    Q. And there was a vote by CJI to send

14:13:51    9    the rimmonim back.

14:13:52    10    A. That's at a different point.

14:13:54    11    Q. Right.

14:13:55    12    A. Where all we know is, it says in the

14:13:59    13    CJI minutes, "We've been asked to send them back.

14:14:02    14    They are their property, and we're going to do so."

14:14:04    15    Q. And we don't know what rimmonim those

14:14:06    16    were, right?

14:14:06    17    A. It's not specified.

14:14:07    18    Q. Okay. And you wouldn't expect those

14:14:09    19    to be the Myer Myers rimmonim because the Myer

14:14:11    20    Myers rimmonim are still in Newport, correct?

14:14:14    21    A. Yes. But there's another -- that's

14:14:17    22    what I found, a photograph of...

14:14:29    23    (A pause in the proceedings.)

14:14:30    24    A. This is a photograph I came across

14:14:32    25    yesterday.

199

Mann

14:14:36    2    (Document passed to counsel.)

14:14:38    3    A. Or two days ago. And it shows

14:14:44    4    objects -- I mean, the label is erroneous, because

14:14:47    5    it says they are all revolutionary times, but they

14:14:51    6    are not.

14:14:53    7    The pair in the -- sort of in the top

14:14:57    8    half are the original pair of rimmonim owned by

14:15:01    9    Shearith Israel and in use in 1730 at the

14:15:06    10    dedication of the Mill Street Synagogue. So in

14:15:17    11    interpreting the fact that this photograph -- the

14:15:18    12    next photograph that's published is this one in

14:15:22    13    1958 of what was there.

14:15:25    14    (Document passed to counsel.)

14:15:28    15    Q. Hold on.

14:15:29    16    A. On the top right.

14:15:29    17    Q. Okay. What was where?

14:15:33    18    A. Look at the top right.

14:15:34    19    Q. So, "Torah ornaments at Touro

14:15:37    20    Synagogue." These were there in 1958?

14:15:39    21    A. The photograph was published in 1958.

14:15:41    22    Q. Okay. We'll put all this as an

14:15:47    23    exhibit, but you're referring to the upper right?

14:15:49    24    A. That photograph in the upper right.

14:15:51    25    Q. So that's what was there in 1958.

200

Mann

14:15:58    2    A. Right. So a the point is, the pair

14:16:00    3    that I pointed out to you, we'll have to make

14:16:03    4    copies because that's my -- is, the 1730 ones are

14:16:06    5    no longer there in '58. So they were probably ones

14:16:10    6    that were taken back by Shearith Israel.

14:16:17    7    And we don't know to what minutes --

14:16:20    8    we don't know exactly what the minutes refer to.

14:16:23    9    Q. Okay. Now, is that the material that

14:16:30    10    you've discovered since your report?

14:16:32    11    A. It's part of it.

14:16:32    12    Q. What else did you discover?

14:16:40    13    A. I can't answer that right now.

14:16:41    14    Q. Okay. Now, on page 9 --

14:16:45    15    A. I reread, for example, the Mendes

14:16:49    16    letter and the Caroline Cohen letters and realized

14:16:51    17    that she had not loaned them to CSI in the

14:16:55    18    beginning, she had loaned them to him as a personal

14:16:59    19    loan, and then afterwards, when he dies, he wants

14:17:02    20    them to be cared for by CSI.

14:17:07    21    Q. Okay. Now, you reference on page, on

14:17:22    22    the bottom of -- this is in your report on page 9.

14:17:27    23    The middle -- the paragraph at the top, these are

14:17:32    24    the 1818 minutes, right?

14:17:34    25    A. Where --

201

Mann

14:17:34    2    Q. Do you see --

14:17:35    3    A. Yes, um-hum.

14:17:37    4    Q. At the end you say, "If hereafter a

14:17:39    5    minyan shall be in Newport, Rhode Island, a request

14:17:43    6    may be made for another loan of said seforim," do

14:17:47    7    you see that?

14:17:47    8    A. Yes.

14:17:47    9    Q. And that's a reference to the --

14:17:50    10    A. Two seforim. The two that CSI had

14:17:54    11    loaned to Touro in -- when the -- in 1760.

14:18:00    12    Q. So does that reference to seforim

14:18:04    13    include the Myer Myers rimmonim?

14:18:07    14    A. There is no evidence for that.

14:18:08    15    Q. So when the documents reference

14:18:16    16    seforim, we don't really know whether they include

14:18:20    17    bells, correct?

14:18:20    18    A. Correct. But I will point out that

14:18:27    19    in -- there's a source which I also noticed

14:18:32    20    yesterday, which is Gutstein, who was the Rabbi

14:18:39    21    in the '50s -- yes, it is Gutstein, and he talks

14:18:43    22    about the fact that there were six scrolls that

14:18:46    23    eventually were given to Touro, okay? That's not

14:18:51    24    the two that belonged to CSI. And there are six

14:18:55    25    scrolls that he enumerates and only for two does he

51 (Pages 198 to 201)

202

Mann

14:18:59  1  say they were given with bells.

14:19:00  2      So that indicates that when seforim

14:19:02  3  are listed separately, they are listed as being

14:19:07  4  without bells, although bells were considered to be

14:19:10  5  exceedingly important in Sephardic services.

14:19:12  6      Q. And when they reference to bells, we

14:19:15  7  don't know without specifics what bells are being

14:19:18  8  referenced.

14:19:19  9      A. What do you mean by which bells are

14:19:21  10  being referenced?

14:19:22  11      Q. Well, there are all kinds of

14:19:23  12  references to bells in these documents. We don't

14:19:25  13  know specifically --

14:19:26  14      A. It's just a synonym for rimmonim.

14:19:29  15      Q. I understand that. But we don't know

14:19:32  16  which rimmonim are being referenced, do we, unless

14:19:34  17  there's a specific reference to them?

14:19:37  18      A. We only know that they were talking

14:19:39  19  about finials. And the fact that they are given

14:19:42  20  with the Torah scroll indicates how important they

14:19:45  21  were.

14:19:45  22      Q. Is this matter a challenge, to

14:19:51  23  determine for whom Mr. Myers made these rimmonim?

14:19:57  24  Do you find this challenging?

203

Mann

14:19:59  1      A. Maybe it was until I found the

14:20:03  2  references to the payments.

14:20:03  3      Q. Okay.

14:20:04  4      A. I mean, that was -- it was presumed

14:20:07  5  that it was going to be a research object --

14:20:11  6  objective.

14:20:17  7      MR. WAGNER: We'll mark this as the

14:21:01  8  next exhibit.

14:21:02  9  EXH    (Mann Exhibit 20, copy of publication,

14:21:03  10      "Touro Synagogue of Congregation Jeshuat

14:21:03  11      Israel, Newport, Rhode Island, Founded

14:21:03  12      1658," Bates numbered CSI0415 through

14:21:03  13      0426, marked for identification, as of

14:21:33  14      this date.)

14:21:33  15      Q. What was your charge in this case?

14:21:37  16  What was your assignment?

14:21:48  17      A. I was asked to research the provenance

14:21:51  18  of the rimmonim.

14:21:52  19      Q. And were you told what position that

14:21:57  20  CSI had taken?

14:21:58  21      A. Oh, I knew that even before I was

14:22:01  22  involved.

14:22:01  23      Q. How did you know that?

14:22:03  24      A. It was -- it was -- what shall I say,

204

Mann

14:22:08  1  sort of scandalous in the art world that the MFI

14:22:13  2  was being asked to pay $7 million, which was way

14:22:17  3  above the price of anything, any work of Judaica.

14:22:20  4  Manuscripts sell in the millions, Hebrew

14:22:23  5  manuscripts in the middle ages and later. But not

14:22:29  6  ceremonial objects.

14:22:30  7      Q. You think the seven million was

14:22:33  8  overpriced?

14:22:34  9      A. Yes. I mean, it was outrageous, and

14:22:39  10  this is the way -- that's why I heard about it.

14:22:43  11  They've been asking -- 750,000 I wouldn't have

14:22:47  12  been -- I would, you know, have gone by the

14:22:50  13  wayside. It became notorious because of the price.

14:22:53  14      Q. What do you think they could be sold

14:22:58  15  for today?

14:23:00  16      A. Well, a piece that I didn't think

14:23:03  17  was -- that I think is a pastiche sold at

14:23:08  18  Christie's on December 11th for a

14:23:11  19  million-and-a-half, or a million. And it was a

14:23:16  20  Torah Ark -- it was purported to be a Torah Ark

14:23:20  21  that came from the Rothschild collection.

14:23:23  22      Q. Does that make it, in your view, more

14:23:27  23  valuable or less valuable than the rimmonim?

14:23:29  24      A. The whole thing was a pastiche. It's

205

Mann

14:23:35  1  not what it's purported to be.

14:23:36  2      Q. Okay. So let me just -- did you set

14:23:41  3  out to substantiate CSI's position?

14:23:46  4      A. I was asked to investigate. I didn't

14:23:48  5  set out, frankly -- I mean, I had no

14:23:52  6  preconceptions.

14:23:52  7      Q. Let's look at page 421 of Pool. And

14:23:57  8  what I have here is, I have the original minutes,

14:23:59  9  but they are very hard to read. So I think we're

14:24:02  10  better off -- if you want them, I can show them to

14:24:05  11  you -- but I think we're better off using this.

14:24:07  12      A. I read them.

14:24:08  13      Q. Okay. And my question here is, is

14:24:15  14  there any reference here to the rimmonim?

14:24:18  15      A. No.

14:24:18  16      Q. And do you believe this paragraph

14:24:20  17  includes treatment of the rimmonim?

14:24:24  18      A. No.

14:24:24  19      Q. Does "safekeeping" have a specific

14:24:41  20  meaning in Jewish law?

14:24:42  21      A. There's a lot of -- the issue of being

14:24:48  22  a guardian for property is a big issue in Jewish

14:24:51  23  law.

14:24:51  24      Q. Guardian is not necessarily owner,

52  (Pages 202 to 205)

206

Mann

| | | |
|---|---|---|
| 14:24:54 | 1 | |
| | 2 | correct? |
| 14:24:55 | 3 | A. Right. The cases that are discussed |
| 14:25:01 | 4 | in the Talmud have to do with animals. In other |
| 14:25:05 | 5 | words, if I give you my cow to watch, and something |
| 14:25:08 | 6 | happens to the cow, under what circumstances are |
| 14:25:11 | 7 | you liable, and there's a lot of discussion. |
| 14:25:15 | 8 | Q. And there are four types of |
| 14:25:18 | 9 | guardianship, correct? |
| 14:25:19 | 10 | A. I don't remember the number. |
| 14:25:20 | 11 | Q. These are called shomers. |
| 14:25:24 | 12 | A. Correct. There's a shomer chinam, |
| 14:25:27 | 13 | there's a person who works for nothing, there's -- |
| 14:25:29 | 14 | you know, etc. |
| 14:26:10 | 15 | Q. I'm sorry to say, I have to give you a |
| 14:26:12 | 16 | pair of minutes that are hard to read, that I don't |
| 14:26:14 | 17 | have, unlike the -- |
| 14:26:15 | 18 | A. I've read them. |
| 14:26:16 | 19 | Q. Okay. Just wait. |
| 14:26:18 | 20 | (Exhibit number skipped.) |
| 14:26:18 | 21 | EXH    (Mann Exhibit 21, photographs of |
| 14:26:18 | 22 | two handwritten pages, Bates numbered |
| 14:26:18 | 23 | CSI5253 and 5254, marked for |
| 14:26:34 | 24 | identification, as of this date.) |
| 14:26:34 | 25 | A. Is there a magnifying glass? I find |

207

Mann

| | | |
|---|---|---|
| 14:26:37 | 1 | |
| | 2 | it easier to read them. Which part do you want |
| 14:26:40 | 3 | to -- |
| 14:26:44 | 4 | MR. WAGNER: Can I ask Mr. Jacoby to |
| 14:26:53 | 5 | come over and show you where? |
| 14:26:55 | 6 | A. Can we get a magnifying glass? |
| 14:27:15 | 7 | (A pause in the proceedings.) |
| 14:27:19 | 8 | Q. I don't mean to -- I don't think they |
| 14:27:24 | 9 | are of great moment. I wouldn't spend a lot of |
| 14:27:27 | 10 | time on them. |
| 14:27:31 | 11 | (A pause in the proceedings.) |
| 14:27:42 | 12 | Q. Just, you see it says, "Mr. Naftali |
| 14:27:47 | 13 | Phillips stated that he was of opinion that the |
| 14:27:52 | 14 | seforim belonging to the Newport shul" -- are you |
| 14:27:57 | 15 | with me so far? |
| 14:27:58 | 16 | A. Um-hum. |
| 14:27:58 | 17 | Q. -- "which was in possession of the |
| 14:28:00 | 18 | family of the late Mr. Moses Seixas and had been |
| 14:28:06 | 19 | for about 40 years could be obtained to be placed |
| 14:28:11 | 20 | for safekeeping in our place of worship until they |
| 14:28:13 | 21 | should be required for the use of the Newport |
| 14:28:15 | 22 | shul." |
| 14:28:16 | 23 | Do you see that? |
| 14:28:17 | 24 | A. Correct, I see that. |
| 14:28:18 | 25 | Q. Then it says, "Therefore be it |

208

Mann

| | | |
|---|---|---|
| 14:28:20 | 1 | |
| | 2 | resolved that Mr. Naftali Phillips and the hazzan," |
| 14:28:24 | 3 | and then -- |
| 14:28:25 | 4 | A. "Recover the same on behalf of the |
| 14:28:27 | 5 | trustees." |
| 14:28:27 | 6 | Q. Very good, "Trustees, giving an |
| 14:28:30 | 7 | acknowledgment therefore," and I can't read the |
| 14:28:32 | 8 | next word. |
| 14:28:33 | 9 | A. "That the same"? |
| 14:28:35 | 10 | Q. "That the same was received for |
| 14:28:36 | 11 | safekeeping until they should be duly required for |
| 14:28:38 | 12 | the use of the Newport shul, and that this |
| 14:28:42 | 13 | committee of" -- (blank) -- "of synagogue -- |
| 14:28:45 | 14 | A. "Of repairs," I read it as. |
| 14:28:47 | 15 | Q. Okay, "Of synagogue cause the heichal |
| 14:28:55 | 16 | to be repaired for their" -- |
| 14:28:57 | 17 | A. "Reception." |
| 14:28:58 | 18 | Q. And are those words of those minutes |
| 14:29:01 | 19 | referring to the rimmonim? |
| 14:29:02 | 20 | A. They don't. There's always |
| 14:29:04 | 21 | discussion -- there are discussions of two groups |
| 14:29:06 | 22 | of sifrei Torah that were taken over from Seixas' |
| 14:29:11 | 23 | family. One are the two -- one group is the two |
| 14:29:15 | 24 | that were property of Shearith Israel, were loaned |
| 14:29:19 | 25 | to them in 1760. The second are the four -- are |

209

Mann

| | | |
|---|---|---|
| 14:29:24 | 1 | |
| | 2 | four, I don't know what happened to the other two, |
| 14:29:27 | 3 | but four that were donated directly to Touro. |
| 14:29:33 | 4 | Q. You mean -- |
| 14:29:35 | 5 | A. And then, there are -- and that -- |
| 14:29:39 | 6 | this refers also to that other receipt and so |
| 14:29:41 | 7 | forth. |
| 14:29:42 | 8 | Q. Do we know whether those four, any of |
| 14:29:45 | 9 | those four, had rimmonim on top of them? |
| 14:29:48 | 10 | A. No. Not in these -- in the connection |
| 14:29:51 | 11 | of taking them for safekeeping. |
| 14:29:53 | 12 | Q. Is it possible they had rimmonim on |
| 14:29:55 | 13 | top of them when they were brought to CSI? |
| 14:30:04 | 14 | MR. SOLOMON: Objection. |
| 14:30:05 | 15 | A. I don't want to -- I can't answer |
| 14:30:05 | 16 | that. |
| 14:30:05 | 17 | Q. Do we know one way or the other? |
| 14:30:12 | 18 | A. I need to research something that I |
| 14:30:15 | 19 | have in my mind but I haven't yet read, read over. |
| 14:30:18 | 20 | Q. Just, what is that? |
| 14:30:21 | 21 | A. It's the reference to the transfer of |
| 14:30:25 | 22 | the silver from Newport to CSI for safekeeping. |
| 14:30:28 | 23 | Q. And what is that document that you |
| 14:30:30 | 24 | keep referencing -- |
| 14:30:32 | 25 | A. It's from the minutes and I have -- |

53  (Pages 206 to 209)

210

|  |  | Mann |
| --- | --- | --- |
| 4:30:36 | 1 | I've read it all through once but I haven't labeled |
| 4:30:38 | 2 | everything and I need to go and do that. |
| 4:30:40 | 3 | Q. Do you know the date of those minutes? |
| 4:30:42 | 4 | A. They would be, I think, after -- the |
| 4:30:48 | 5 | request to the Seixases is renewed in '33. What is |
| 4:30:54 | 6 | the date -- |
| 4:30:55 | 7 | Q. These are 1832. |
| 4:30:57 | 8 | A. Okay. So at this time, they first, |
| 4:31:00 | 9 | again, paid their attention to the seforim, and |
| 4:31:03 | 10 | then they, if I remember correctly, they pay their |
| 4:31:06 | 11 | attention to the silver. |
| 4:31:07 | 12 | Q. So you think there's a specific |
| 4:31:09 | 13 | reference in the minutes to the transfer of -- to |
| 4:31:12 | 14 | the -- |
| 4:31:13 | 15 | A. Not to the transfer of individual |
| 4:31:17 | 16 | objects but the transfer of silver. |
| 4:31:19 | 17 | Q. And as you sit here today, do you know |
| 4:31:22 | 18 | the date of those minutes? |
| 4:31:24 | 19 | A. I believe it's -- it's shortly after |
| 4:31:26 | 20 | this document. |
| 4:31:26 | 21 | Q. Okay. Do you know the Bates numbers |
| 4:31:28 | 22 | of that document? |
| 4:31:29 | 23 | A. No. I -- I don't know that I gave it |
| 4:31:33 | 24 | to them. I have to go -- |

211

|  |  | Mann |
| --- | --- | --- |
| 4:31:36 | 1 | MR. SHINEROCK: This is not something |
| 4:31:38 | 2 | we -- |
| 4:31:38 | 3 | MR. WAGNER: Not something -- |
| 4:31:39 | 4 | MR. SHINEROCK: We don't know the |
| 4:31:40 | 5 | document. |
| 4:31:46 | 6 | MR. WAGNER: Who found it? |
| 4:31:47 | 7 | THE WITNESS: I did. |
| 4:31:48 | 8 | RQ     MR. WAGNER: I'd ask that that be |
| 4:31:49 | 9 | identified to us. |
| 4:31:52 | 10 | THE WITNESS: Yes. |
| 4:31:52 | 11 | Q. Now, just, is there a specific |
| 4:31:57 | 12 | reference in those minutes to the Myer Myers |
| 4:32:01 | 13 | rimmonim? |
| 4:32:06 | 14 | A. I can't answer that until I reread the |
| 4:32:08 | 15 | document. |
| 4:32:08 | 16 | Q. Okay. Did you read it before you |
| 4:32:12 | 17 | prepared your first report? I'm sorry, did you |
| 4:32:14 | 18 | read it before you prepared your report? |
| 4:32:16 | 19 | A. I think I -- I don't remember. |
| 4:32:19 | 20 | Q. You didn't cite it in your report. |
| 4:32:22 | 21 | A. No. |
| 4:32:22 | 22 | Q. Now, on page 10, you cite a letter |
| 4:32:32 | 23 | from 1893, "I enclose the order for the silver |
| 4:32:43 | 24 | sefer-bells and whatever is stored in Newport in |

212

|  |  | Mann |
| --- | --- | --- |
| 14:32:48 | 1 | charge of Mr. Beckham, cashier of the National Bank |
| 14:32:51 | 2 | of Rhode Island, Thames Street, Newport." |
| 14:32:59 | 3 | A. Where are we? |
| 14:33:00 | 4 | Q. Page 10. |
| 14:33:01 | 5 | A. Page 10? |
| 14:33:02 | 6 | Q. Yes. |
| 14:33:03 | 7 | A. Sorry. I'm sorry, where were you on |
| 14:33:11 | 8 | page 10? |
| 14:33:11 | 9 | Q. You see, "My dear Mr. Levy"? |
| 14:33:15 | 10 | A. Yes. |
| 14:33:15 | 11 | Q. Okay. And do we know what bells are |
| 14:33:18 | 12 | being referenced there that are being stored in a |
| 14:33:21 | 13 | bank vault at Newport? |
| 14:33:22 | 14 | A. We don't know definitively. No. We |
| 14:33:27 | 15 | don't know definitively but -- we only know what |
| 14:33:30 | 16 | was there at the time. |
| 14:33:33 | 17 | Q. What was there at the time? |
| 14:33:34 | 18 | A. We know the Caroline Cohen's two pair, |
| 14:33:37 | 19 | one hexagonal, and one the individually owned Myer |
| 14:33:42 | 20 | Myers, which is not concerned with this case. And |
| 14:33:45 | 21 | we know that the Marcus, there was a donation by |
| 14:33:49 | 22 | A.A. Marcus of Boston, and he gave -- I'll give |
| 14:33:56 | 23 | you -- prior to this, he gave to CSI a breastplate, |
| 14:34:02 | 24 | a pointer, rimmonim, and a Sefer Torah. And from |

213

|  |  | Mann |
| --- | --- | --- |
| 14:34:07 | 1 | the evidence of the photographs that I showed you, |
| 14:34:10 | 2 | these were transferred to Newport. In other words, |
| 14:34:14 | 3 | they helped them out by sending all this stuff. |
| 14:34:18 | 4 | And I think that what was in the bank |
| 14:34:20 | 5 | vault, that I can say probably was in the bank |
| 14:34:25 | 6 | vault, are the Caroline Cohen and the Marcus |
| 14:34:27 | 7 | donation. That's all I can suppose. |
| 14:34:29 | 8 | Q. All right. Now, around this time, the |
| 14:34:34 | 9 | 1890s, there was a dispute between two |
| 14:34:38 | 10 | congregations up in Newport. |
| 14:34:41 | 11 | A. Um-hum. |
| 14:34:42 | 12 | Q. You have to articulate a yes. |
| 14:34:44 | 13 | A. Yes. |
| 14:34:44 | 14 | Q. And you would expect that CSI would |
| 14:34:46 | 15 | not want silver to be caught up in that dispute, |
| 14:34:51 | 16 | correct? |
| 14:34:54 | 17 | A. I don't remember whether it was |
| 14:34:56 | 18 | mentioned. |
| 14:34:56 | 19 | Q. Okay. Now, look at the top of page |
| 14:35:14 | 20 | 11. It says, "You are" -- this is quoting from |
| 14:35:22 | 21 | H.P. Mendes -- |
| 14:35:35 | 22 | A. To -- |
| 14:35:35 | 23 | Q. -- David Boruch. |
| 14:35:40 | 24 | A. -- David Boruch. |

54  (Pages 210 to 213)

214

Mann

14:35:41 2    Q. Not the Rabbi's grandson. It says,
14:35:45 3    "You are hereby empowered to use the seforim,
14:35:48 4    bells, books, shofar and all other appurtenances,
14:35:51 5    for worship now in the Newport Synagogue or in
14:35:54 6    storage at the Newport Bank," do you see that?
14:35:55 7        A. Yes.
14:35:56 8        Q. And do you know whether that includes
14:35:57 9    the Myer Myers rimmonim at issue here?
14:36:00 10       A. I previously said that I can -- I can
14:36:02 11   only with relative certainty, in trying to
14:36:06 12   understand what silver was in Newport, I think the
14:36:09 13   candidates are the Caroline Cohen two pairs, and
14:36:12 14   the Marcus --
14:36:14 15       Q. Okay.
14:36:15 16       A. -- donations.
14:36:16 17       Q. Dr. Mann, at some point the rimmonim
14:36:37 18   that are at issue in this case were sent back to
14:36:39 19   Newport, right?
14:36:41 20       A. Yes.
14:36:41 21       Q. Do you know when that occurred?
14:36:45 22       A. Don't know definitively. I know
14:36:48 23   there's this 1897 -- there are two things -- let me
14:36:58 24   get my chronology. It says, in 1897 in the records
14:37:17 25   of CJI, it says, "Letter received from Shearith

215

Mann

14:37:21 2    Israel stating that said congregation sent a pair
14:37:23 3    of silver bells for temporary use until they can
14:37:26 4    procure a pair for permanent use."
14:37:28 5        I'm not -- this is just a statement
14:37:33 6    that something was sent. Pair of rimmonim were
14:37:36 7    sent. And then there's the telegram that was
14:37:44 8    produced yesterday which states by the assistant
14:37:47 9    shamash, Steinberg of CSI, that there are -- there
14:37:52 10   is a Sefer Torah and a pair of bells in Newport and
14:37:55 11   they belong to CSI.
14:37:57 12       Q. Says one pair, right?
14:37:59 13       MR. SOLOMON: Doesn't say one pair.
14:38:01 14   Show her the document, stop misleading
14:38:03 15   her.
14:38:04 16       A. It was bells.
14:38:04 17       Q. It was one sefer, right?
14:38:07 18       A. Let's look at it. I have the copy
14:38:10 19   from yesterday.
14:38:13 20       (A pause in the proceedings.)
14:38:33 21       Q. First of all --
14:38:34 22       MR. WAGNER: -- let's mark this as an
14:38:36 23   exhibit. Actually, can we make copies of
14:38:40 24   it?
14:38:41 25       MR. JACOBY: I can do that.

216

Mann

14:38:42 2        (A pause in the proceedings.)
14:39:11 3        Q. Can I ask you a question while we're
14:39:13 4    waiting? Can I?
14:39:15 5        MR. SOLOMON: On the record? Yes.
14:39:16 6        Q. The references to 1897, again, we
14:39:19 7    don't know what bells those were, do we?
14:39:21 8        A. No. I'm just -- as I said before,
14:39:26 9    this is period. There's 1869, they are in New
14:39:29 10   York, according to the inventory. And in 1913,
14:39:34 11   they are in Newport.
14:39:36 12       So if I look, trying to understand --
14:39:39 13   to narrow that gap, I would say one possibility is
14:39:44 14   the statement of 1897, and the other possibility is
14:39:50 15   this telegram. I mean, the date which is only --
14:39:55 16   we only know is in the first decade of the 20th
14:39:57 17   century, we don't know when.
14:39:59 18       Q. Well, I think we -- we're fairly
14:40:04 19   certain it's 1903.
14:40:06 20       A. How?
14:40:07 21       Q. Because there are other telegrams
14:40:09 22   around that time that say 1903 on them.
14:40:11 23       MR. SOLOMON: I object to counsel
14:40:12 24   trying to testify.
14:40:18 25       Q. Well, they were produced by CSI in a

217

Mann

14:40:20 2    series of documents dated around January-February
14:40:24 3    1903.
14:40:27 4        A. I don't know anything about that.
14:40:30 5        Q. Okay.
14:40:38 6        A. So --
14:40:45 7        MR. SOLOMON: I'm sorry, there's no
14:40:48 8    question pending.
14:40:48 9        THE WITNESS: Right. I was just
14:40:50 10   concluding.
14:41:39 11       MR. WAGNER: All right, let's mark
14:41:40 12   this.
14:42:00 13   EXH    (Mann Exhibit 22, copy of telegram,
14:42:00 14   apparently from Steinberg to Mendes,
14:42:00 15   dated February 11, year not indicated,
14:42:00 16   not Bates numbered, marked for
14:42:05 17   identification, as of this date.)
14:42:05 18       Q. Okay, is this the telegram you were
14:42:07 19   referring to?
14:42:08 20       A. Yes.
14:42:08 21       Q. And what, based on your reading of the
14:42:13 22   document, what do you believe it means, if
14:42:16 23   anything?
14:42:16 24       A. I believe it means that one Sefer
14:42:21 25   Torah and an unspecified number of bells is in

55 (Pages 214 to 217)

218

                    Mann

14:42:28   1    Newport and they are property of CSI, based on the

14:42:33   2    fact that Mr. Steinberg was the assistant shamash

14:42:35   3    at the period in the -- obviously, this is the

14:42:39   4    first decade of the 20th Century.

14:42:44   5        Q. We don't know what bells are being

14:42:46   6    referenced here, right?

14:42:47   7        A. No.

14:42:47   8        Q. And it says, it doesn't say, "One

14:42:51   9    sefer and bells are now at Newport."  It says, "One

14:42:53  10    sefer and bells is now at Newport," right?

14:42:56  11        A. You know something?  In --

14:42:58  12        Q. All I asked is, is that what it says?

14:43:00  13        A. Yes, that is what it says.  And why

14:43:02  14    does it say that?  There are many --

14:43:05  15        Q. You're going to be like Woody Allen in

14:43:08  16    Bananas, going --

14:43:10  17        A. Do you want me not to explain?

14:43:11  18        MR. SOLOMON:  He didn't ask a

14:43:12  19    question.

14:43:12  20        Q. I'll listen to you.  Go ahead.  You

14:43:15  21    can tell me the why.

14:43:17  22        A. I don't think the "is" is relevant.  I

14:43:19  23    don't think it means that this --

14:43:21  24        Q. Okay.  By the way, according to your

219

                    Mann

14:43:25   2    report, CSI owned at least two sets of bells at

14:43:29   3    Newport, right?

14:43:30   4        A. Yes.

14:43:30   5        Q. The Caroline Cohen --

14:43:35   6        A. Yes -- three sets.  Two pair of

14:43:38   7    Caroline Cohen's, one of which was Myer Myers', the

14:43:41   8    other of which is North African, and the second

14:43:47   9    set, a Myer Myers pair.

14:43:48  10        Q. How did you know that Steinberg was

14:44:42  11    the shamash?

14:44:43  12        A. The team did some research.

14:44:44  13        Q. Okay, thank you.  Now, did you look at

14:44:46  14    the telegram dated February 18, 1903?

14:44:50  15        A. I haven't seen that.

14:44:51  16        Q. Okay.  We marked it at Professor

14:44:56  17    Fisher's deposition yesterday.  He was deposed

14:44:58  18    yesterday.

14:45:00  19        (Handing document to witness.)

14:45:01  20        Q. You see it says, this is from --

14:45:06  21        MR. WAGNER:  -- do you want us to make

14:45:08  22    copies now?

14:45:08  23        MR. SOLOMON:  I just want to see it

14:45:10  24    before she answers the question.

14:45:12  25        (A pause in the proceedings.)

220

                    Mann

14:45:23   2        Q. So you see there it's from Levy to

14:45:29   3    Mendes, right?  And you -- you see that?

14:45:32   4        A. Um-hum.

14:45:33   5        Q. And it says, "Don't insist matter

14:45:36   6    sefer and bells, leave to your discretion," do you

14:45:38   7    see that?

14:45:39   8        A. Yes.

14:45:39   9        Q. Do you know what that means?

14:45:42  10        A. No.  I think if it's -- it seems to be

14:45:45  11    a week after this one.  And -- um -- I don't

14:45:52  12    remember exactly what was going on at that time.

14:45:55  13    But I know Mendes went up and he argued before the

14:45:58  14    City Council and then he came back at other times

14:46:02  15    and he actually went through the property that was

14:46:05  16    in the Touro Synagogue.

14:46:08  17        I have not seen that document to that

14:46:11  18    effect, of the list, I should say.  I think there

14:46:20  19    were negotiations going on and Levy said, you know,

14:46:25  20    "Don't talk about this."  That's all I can infer.

14:46:33  21    Do I get to keep a copy?

14:46:35  22        Q. We'll give it to you at some point.

14:46:40  23    Do you remember seeing references to the

14:46:45  24    possibility of CSI preparing a list of the personal

14:46:51  25    property in early 1903?

221

                    Mann

14:46:53   2        A. Of where?

14:46:54   3        Q. At Newport Synagogue.

14:46:59   4        A. There is mention somewhere of Mendes

14:47:00   5    being in Newport and that a list was prepared.

14:47:04   6    I've never seen a list.

14:47:05   7        Q. Now, do you know the purpose of that

14:47:09   8    list?

14:47:12   9        A. No.

14:47:13  10        Q. You agree with me that CSI keeps very

14:47:16  11    meticulous records, right?

14:47:18  12        A. Um-hum.

14:47:18  13        Q. You have to articulate a yes.

14:47:21  14        A. Yes, I'm sorry.

14:47:21  15        Q. Is it surprising to you that that list

14:47:24  16    has not turned up here?

14:47:29  17        A. I have not read the records from the

14:47:35  18    20th Century at CSI.  I've read the 18th and 19th

14:47:41  19    centuries.

14:47:47  20        Q. Was it part of your charge to go

14:47:48  21    beyond the 19th century in your analysis, other

14:47:52  22    than with respect to the back part of your report?

14:47:54  23        A. No.  The charge was to trace the

14:47:57  24    provenance of the rimmonim.

14:47:58  25        Q. Now, can you look at page 11.  You

56  (Pages 218 to 221)

222

Mann

14:48:14 1 state, this is the last sentence in the middle
14:48:18 2 paragraph, the paragraph beginning, "CJI itself."
14:48:20 3 You say, "And most telling are the minutes, are the
14:48:24 4 CJI minutes of February 14, 1897, in which it is
14:48:28 5 stated, 'President stated that a pair of bells in
14:48:32 6 the synagogue were claimed as the property of
14:48:34 7 Congregation Shearith Israel of New York and that
14:48:36 8 the board of trustees of that body made request
14:48:39 9 that the same be forwarded to them. Voted to
14:48:41 10 comply with this request.'"
14:48:43 11 Do you see that?
14:48:45 12 A. Yes.
14:48:45 13 Q. And that references one pair of bells,
14:48:48 14 right? It says "a pair."
14:48:52 15 A. It does say "a pair."
14:48:53 16 Q. Okay. And would you assume that the
14:48:57 17 pair of bells referenced here was sent back?
14:49:02 18 A. There's -- I don't have a record of --
14:49:05 19 I -- all I note is that they voted to comply with
14:49:09 20 the request. What ensued I don't know.
14:49:11 21 Q. Okay. But one thing, again, we do
14:49:13 22 know is that at some point in this period, the
14:49:17 23 rimmonim at issue in this case were sent to Touro
14:49:20 24 Synagogue and stayed there, correct?
25

223

Mann

14:49:23 1 A. Somewhere between -- well, it would
14:49:26 2 have to be 1883 to 2013, they went up there 'cause
14:49:36 3 in 1869 they're inventoried as being in New York
14:49:40 4 and in 1883 is incorporation of the new
14:49:43 5 congregation at Newport, and it would have to have
14:49:47 6 been within -- after the incorporation, and by the
14:49:52 7 time that Mr. What's-his-name, the silver
14:50:05 8 expert saw them.
14:50:06 9 Q. Is it Lewis?
14:50:07 10 A. Lyons?
14:50:19 11 MR. WAGNER: Why don't we take a short
14:50:21 12 break.
14:50:22 13 (Recess taken.)
14:59:52 14 EXAMINATION (Cont'd.)
14:59:54 15 BY MR. WAGNER:
15:00:07 16 Q. Can you look at the bottom of page 11.
15:00:18 17 You reference something that happened in 1937.
15:00:21 18 A. Correct.
15:00:22 19 Q. Okay. Is there any reference in that
15:00:25 20 excerpt that you quote to ownership of the bells?
15:00:29 21 A. I would say that the -- there is a
15:00:42 22 reference in that it's being reported to the board
15:00:45 23 of CSI and the inference is that they own them and
15:00:51 24 that, it says, "In view of the historical values of
25

224

Mann

15:00:55 1 these bells, board deemed it wise that steps be
15:00:58 2 taken to preserve them possibly by lending them to
15:01:04 3 a Jewish Museum as exhibits. In view of the fact,
15:01:07 4 however, that Touro Synagogue must be
15:01:12 5 given other bells to replace the Myer Myers sets,
15:01:17 6 no definite actions were taken by the board."
15:01:20 7 I think this is a clear statement
15:01:25 8 that -- that CSI owned the two sets of Myer Myers
15:01:29 9 that were up there.
15:01:29 10 Q. Well, let me just ask you, does the
15:01:32 11 word "ownership" appear in those minutes?
15:01:34 12 A. No.
15:01:34 13 Q. Okay. And would you have expected, if
15:01:38 14 CSI owned those rimmonim, that they would have
15:01:40 15 taken some steps to protect them at the time?
15:01:47 16 A. Um -- you know, this is 1937.
15:01:49 17 Q. Okay.
15:01:51 18 A. The war broke out.
15:01:52 19 Q. I understand. But would you expect --
15:01:54 20 they were obviously concerned about these rimmonim,
15:01:56 21 right?
15:01:57 22 A. Yes.
15:01:57 23 Q. And would you have expected them to
15:01:58 24 take some steps?
25

225

Mann

15:01:59 1 A. I'm saying that there may have been
15:02:01 2 circumstances that preceded the -- or superseded
15:02:07 3 the desire to take steps.
15:02:09 4 Q. Is that -- do you know what happened?
15:02:11 5 A. No.
15:02:11 6 Q. And the minutes state that if they
15:02:19 7 were lent out, Touro Synagogue would have to be
15:02:23 8 given another set, right?
15:02:24 9 A. Yes, they recognize the obligation
15:02:27 10 because of the importance of finials in the
15:02:31 11 Sephardic service that they would replace them.
15:02:33 12 Q. Where does it say that?
15:02:35 13 A. Where does it say that they are
15:02:37 14 important in a Sephard --
15:02:38 15 Q. Where does it say that they recognize
15:02:41 16 the obligation because of the importance of finials
15:02:44 17 in the Sephardic service, is that in the minutes?
15:02:47 18 A. That is not in the minutes. I am
15:02:49 19 stating that they recognize -- what's stated in the
15:02:51 20 minutes, obviously they felt an obligation to
15:02:55 21 replace them. I added the thing because -- I added
15:02:57 22 the phrase that, because they were important in the
15:02:59 23 Sephardic service, otherwise they wouldn't have
15:03:01 24 felt any obligation to replace them.
25

57 (Pages 222 to 225)

226

Mann

15:03:03   2      Q. You're drawing inferences from your

15:03:05   3   reading of the document, right?

15:03:07   4      A. I am drawing inferences from my

15:03:10   5   knowledge of the history of Judaica and its

15:03:15   6   relationship to the Sephardic customs.

15:03:17   7      Q. And maybe they felt they had an

15:03:18   8   obligation to replace them because CJI owned those

15:03:21   9   rimmonim, correct?

15:03:23  10      A. No.

15:03:23  11      Q. You think "obligation" means not legal

15:03:27  12   obligation?

15:03:28  13      A. I didn't say -- I think it's a moral

15:03:31  14   obligation is meant here.

15:03:33  15      Q. Do you know?

15:03:34  16      A. You don't know it's a legal

15:03:36  17   obligation.

15:03:36  18      Q. We don't know one way or the other

15:03:38  19   what people are thinking, do we?

15:03:40  20      A. The point is that by this time, it's

15:03:44  21   been demonstrated that CSI owned these. So the

15:03:48  22   obligation they feel to replace them is a moral

15:03:53  23   obligation.

15:03:53  24      Q. But I mean, do you know for sure?

15:03:55  25   Have you spoken to these people?

227

Mann

15:03:59   2      A. Obviously not. They are dead.

15:04:03   3      Q. And you don't know what they thought

15:04:04   4   about whether they owned the rimmonim, do you?

15:04:10   5      A. Who are you referring -- who is

15:04:12   6   "they" --

15:04:12   7      Q. The people at CSI.

15:04:14   8      A. What?

15:04:15   9      Q. Where is there a record in 1937 that

15:04:17  10   they thought they owned the rimmonim in question?

15:04:19  11      A. I think that this is a statement, as I

15:04:22  12   said here, that evidences the ownership and

15:04:27  13   oversight of the Myer Myers rimmonim and the Cohen

15:04:30  14   rimmonim, which are two pairs, and that they were

15:04:32  15   lent to Newport, and that CSI felt an obligation --

15:04:38  16   which is why Cecil Worth reported it to them. Why

15:04:42  17   would he have bothered to tell them if they

15:04:45  18   belonged to CJI?

15:04:47  19      Q. Let me just ask, you didn't see any

15:04:49  20   record that CSI took actually any steps after this

15:04:53  21   with respect to the rimmonim, did you?

15:04:55  22      A. I have not seen a record.

15:04:56  23      Q. Okay. And did the minutes report that

15:05:01  24   CSI called up CJI about this event?

15:05:10  25      A. I don't remember.

228

Mann

15:05:11   2      Q. Now, you go on to reference, you say,

15:05:35   3   "These board minutes also contain a report of CJI's

15:05:39   4   rabbi to the CSI board of trustees concerning

15:05:42   5   the" --

15:05:43   6      A. Where are you?

15:05:44   7      Q. The same paragraph, like right

15:05:46   8   underneath, "Concerning the Touro Synagogue and

15:05:48   9   proceed to discuss the importance to CSI that the

15:05:51  10   Touro Synagogue continue adhering to CSI's western

15:05:55  11   Sephardic minhag. Both of these entries" --

15:05:58  12      MR. SOLOMON: Where is this? I'm

15:05:59  13   sorry.

15:05:59  14      MR. WAGNER: You see that? I'm sorry.

15:06:01  15      A. What page -- twelve? I was on the

15:06:03  16   wrong page. Okay.

15:06:04  17      Q. "Both of these entries further

15:06:06  18   evidence the fact that both CSI and CJI understood

15:06:10  19   the ownership and control relationship that CSI had

15:06:13  20   over Touro," do you see that?

15:06:20  21      A. I guess I'm getting tired. Okay.

15:06:22  22   Yes.

15:06:24  23      Q. Okay. Now, what is it about adherence

15:06:32  24   to CSI's western Sephardic minhag that bears on

15:06:37  25   ownership and control?

229

Mann

15:06:38   2      A. Because this is the theme that runs

15:06:40   3   through all the records. That even going back to

15:06:46   4   Caroline Cohen -- I mean, it's in Caroline Cohen's

15:06:49   5   letter by inference. It comes up over and over

15:06:51   6   again that -- that CSI was insisting that the

15:07:01   7   liturgy and the customs that they practice be

15:07:05   8   practiced in Touro.

15:07:06   9      Q. And are you aware that since 1902,

15:07:10  10   services at CJI have not been conducted in the

15:07:15  11   Portuguese nusach?

15:07:17  12      MR. SOLOMON: I object to the form.

15:07:18  13      Q. Are you aware of that?

15:07:19  14      A. I don't -- I'm not aware of the date.

15:07:23  15   I believe there is later attestation that they were

15:07:29  16   using Sephardic pronunciation, and I haven't seen

15:07:33  17   their siddur, but if they were incorporating

15:07:35  18   certain kedusha and so forth, then that would be

15:07:38  19   adherence to Sephardic minhag.

15:08:05  20      MR. WAGNER: Let's mark this as the

15:08:06  21   next exhibit.

15:08:07  22   EX       (Mann Exhibit 23, document dated

15:08:07  23   7/18/12, Edinger to Board of Trustees of

15:08:07  24   CSI, Bates numbered CJI 000386 through

15:08:07  25   406, marked for identification, as of

58  (Pages 226 to 229)

230

Mann

15:08:20    1    this date.)

15:08:20    2    Q. Dr. Mann, have you seen this

15:08:21    3    memorandum before?

15:08:22    4

15:08:22    5    A. Yes.

15:08:22    6    Q. Okay. When did you see it?

15:08:26    7    A. At the very beginning of my research.

15:08:28    8    Q. Did you rely on it at all?

15:08:32    9    A. No. It gave me a general orientation

15:08:35    10   and then I proceeded to do any own research.

15:08:38    11   Q. Now, can you look at page -- by the

15:08:42    12   way, did you speak to Mr. Edinger about the

15:08:47    13   memoranda?

15:08:47    14   A. Yes, we had conferences about it. But

15:08:49    15   it was in late August, beginning of September.

15:08:52    16   Q. All right. Can you turn to page 389,

15:09:01    17   the second-to-last paragraph. Mr. Edinger writes,

15:09:09    18   the second -- the last sentence, "Since 1902,

15:09:13    19   services at Jeshuat Israel have not been conducted

15:09:15    20   in Portuguese nusach except on special occasions,"

15:09:19    21   do you see that?

15:09:20    22   A. But that does not contradict what I

15:09:22    23   said.

15:09:23    24   MR. SOLOMON: He just asked if you saw

15:09:25    25   that.

231

Mann

15:09:26    2    A. Oh, I'm sorry, I saw it.

15:09:28    3    Q. Do you have any basis to dispute the

15:09:29    4    accuracy of what he wrote?

15:09:38    5    A. Only -- I think he -- his use of

15:09:43    6    the -- if I understand it, his use of the term

15:09:48    7    "nusach" refers to intonation and various other

15:09:55    8    aspects, then I have no reason to dispute it.

15:09:59    9    I believe there is later attestation

15:10:01    10   to the fact that the pronunciation -- "nusach" is a

15:10:05    11   term that includes music and not just the

15:10:09    12   pronunciation, so if you take -- if you leave the

15:10:13    13   music aside, the chanting, then we're talking about

15:10:19    14   pronunciation. I believe that continues 'till

15:10:24    15   today or something.

15:10:25    16   Q. All right. Now, the next -- we can

15:10:29    17   put the memo aside for now. Again, going back to

15:10:32    18   page 12, you state, that same paragraph, about

15:10:39    19   midway through, "Another example of proving the

15:10:41    20   same point occurred in 1959 when the Smithsonian

15:10:48    21   Institute wrote to CJI's rabbi, Theodore Lewis,

15:10:52    22   seeking Jewish religious artifacts for inclusion in

15:10:56    23   an exhibition at the United States National Museum.

15:11:00    24   It is significant that, when it received the

15:11:03    25   communication from the Smithsonian, CSI seems to

232

Mann

15:11:06    2    have refused to allow any of the artifacts stored

15:11:09    3    at the Newport Synagogue to be sent to the

15:11:13    4    Smithsonian Institute," do you see that?

15:11:14    5    MR. SOLOMON: You skipped a line, do

15:11:17    6    you see where --

15:11:17    7    A. I know he skipped a line.

15:11:19    8    Q. Which line was that?

15:11:20    9    MR. SOLOMON: "CJI immediately wrote

15:11:26    10   to the" --

15:11:27    11   MR. WAGNER: I see. Okay, I'm sorry.

15:11:31    12   Q. Now, why in your view is this

15:11:35    13   significant?

15:11:38    14   A. Because CJI did not feel it could act

15:11:42    15   independently and lend to an exhibition as late as

15:11:48    16   1959. They had to seek approval from the people

15:11:51    17   who owned it.

15:11:51    18   Q. So you think the request for approval

15:11:53    19   is significant?

15:11:54    20   A. Yes.

15:11:54    21   Q. Now, what if there was no request for

15:11:56    22   approval, would that be significant?

15:11:59    23   A. That is what happened recently.

15:12:02    24   Q. No, no. My question is, would that be

15:12:07    25   significant, too?

233

Mann

15:12:08    2    A. Yes, but they did request approval as

15:12:12    3    late as 1959.

15:12:14    4    Q. Are you aware that there are lots of

15:12:16    5    instances where CJI lent out the rimmonim without

15:12:19    6    approval?

15:12:20    7    A. Post-1959.

15:12:21    8    Q. And some before 1959, correct?

15:12:24    9    A. No. That I know of.

15:13:30    10   Q. Let's look at a couple of these.

15:13:32    11   EXH     (Mann Exhibit 24, photocopy of four-

15:13:32    12          page document entitled, "Early American

15:13:32    13          Jewish Portraits and Silver, in

15:13:32    14          cooperation with the American Jewish

15:13:32    15          Historical Society," dated 2/14 3/15,

15:13:32    16          1953, title page Bates numbered

15:13:32    17          CSI001959, subsequent pages not Bates

15:13:32    18          numbered, marked for identification, as

15:13:45    19          of this date.)

15:13:45    20   Q. Have you seen this document before

15:13:47    21   concerning an exhibit in 1953?

15:13:50    22   A. No.

15:13:51    23   Q. And can you look at page 3 of the

15:13:53    24   document. Do you see it says, "22-23, two pairs of

15:14:08    25   sefer bells (rimmonim) lent by Touro Synagogue,

234

Mann

15:14:12  1
15:14:13  2  Newport, Rhode Island?
15:14:14  3      A. Yes.
15:14:14  4      Q. And did you see any reference in the
15:14:16  5  record that CJI asked for CSI's permission to make
15:14:19  6  this loan?
15:14:26  7      A. The truth is, as I mentioned before,
15:14:28  8  that I did not read original minutes from the 20th
15:14:32  9  century. The issue with the Smithsonian was
15:14:36  10  reported in several books; notably, the
15:14:49  11  de Sola Pool, and what have you.
15:14:55  12      So -- and those books were written
15:14:57  13  prior to this loan.
15:14:57  14      Q. My only question is whether you've
15:15:00  15  seen any evidence that CSI's permission was
15:15:03  16  requested before these rimmonim were loaned.
15:15:07  17  That's all.
15:15:08  18      A. I have not seen any evidence but that
15:15:11  19  doesn't mean it doesn't exist.
15:15:12  20      Q. Okay. You just didn't look.
15:15:14  21      A. Right.
15:15:21  22      MR. WAGNER: Let's mark this as the
15:15:22  23  next exhibit.
15:15:23  24  EXH    (Mann Exhibit 25, copy of document
15:15:23  25      entitled, "The House of God, An

235

Mann

15:15:23  1
15:15:23  2  Exhibition in Honor of the American
15:15:23  3  Jewish Tercentenary," Bates numbered
15:15:23  4  TSF001384 through 1400, marked for
15:15:35  5  identification, as of this date.)
15:15:35  6      Q. And this is a loan in 1955 to the
15:15:38  7  Museum of Art, Rhode Island School of Design, do
15:15:42  8  you see that?
15:15:42  9      A. Um-hum.
15:15:43  10      Q. And can you turn to page 1390, item
15:15:49  11  66. You see it says, "Rimmonim, silver, Myers 18th
15:15:58  12  century lent by congregation Jeshuat Israel"?
15:16:01  13      A. Um-hum.
15:16:02  14      Q. You have to articulate a yes.
15:16:04  15      A. Yes.
15:16:04  16      Q. And did you see any evidence that CJI
15:16:07  17  asked CSI's permission before lending out those
15:16:10  18  rimmonim?
15:16:10  19      A. This is the first time I've seen the
15:16:12  20  document, that they were lent to the University of
15:16:17  21  Rhode Island School of Design.
15:16:19  22      Q. I thought that you had seen all the
15:16:20  23  documents that were produced in the case.
15:16:22  24      MR. SOLOMON: Objection. Misstates
15:16:23  25      the record.

236

Mann

15:16:23  1
15:16:23  2      Q. Did you look at all the documents that
15:16:25  3  were produced in the case?
15:16:27  4      A. I can't answer that 'cause, if I
15:16:29  5  wasn't -- if I don't have them, I don't know they
15:16:32  6  were produced.
15:16:32  7      Q. Well, I'll represent to you that this
15:16:40  8  was a document that was produced in the case.
15:16:42  9      Do you have it?
15:16:43  10      A. No, I have never seen it.
15:17:22  11      Q. Okay.
15:17:28  12      A. You know -- it's interesting. I
15:17:28  13  recognize --
15:17:34  14      MR. SOLOMON: There's no question
15:17:35  15  pending.
15:17:36  16      THE WITNESS: I'm sorry. Forget it.
15:17:37  17      Q. Is this somebody that you recognize is
15:17:41  18  from The Jewish Museum?
15:17:42  19      A. Um-hum. Yes.
15:17:43  20      Q. It's a small world.
15:17:47  21      A. No, it's a curator who lived with the
15:17:54  22  objects for 29 years.
15:18:05  23      Q. And you go on to cite a letter from
15:18:14  24  Rabbi Lewis to Rabbi de Sola Pool, right?
15:18:26  25      A. What page are you on?

237

Mann

15:18:27  1
15:18:27  2      Q. Page 12.
15:18:33  3      A. Um-hum.
15:18:39  4      Q. Okay, I'm sorry.
15:18:46  5      (Counsel confer.)
15:18:58  6      MR. WAGNER: Why don't we take a pause
15:19:02  7  and we'll get that later. Let's go on.
15:19:04  8      Q. Do you have something that you want to
15:19:27  9  share?
15:19:27  10      A. No, I'm just chatting.
15:19:27  11      Q. Okay. Now, you go on on page 12, you
15:19:34  12  say, the third line, "In particular, CJI applied
15:19:39  13  for a state preservation grant in 2004 and listed
15:19:42  14  CSI as the owner of Touro Synagogue," do you see
15:19:45  15  that?
15:19:45  16      A. Yes.
15:19:46  17      Q. And is it your testimony that that
15:19:48  18  application was made by CJI?
15:19:50  19      A. I believe it was.
15:20:11  20      MR. WAGNER: All right, let's mark
15:20:12  21  this as the next exhibit.
15:20:13  22  EXH    (Mann Exhibit 26, document entitled
15:20:13  23      "State Preservation Grants: Application
15:20:13  24      Form," Bates numbered CSI0148 through
15:20:13  25      161, marked for identification, as of

60  (Pages 234 to 237)

238

Mann

15:20:25    1

15:20:25    2    this date.)

15:20:44    3    Q. Is this the application that you were

15:20:44    4    referencing?

15:20:45    5    A. Um-hum.

15:20:45    6    Q. You have to say yes.

15:20:46    7    A. Yes.

15:20:47    8    Q. Do you see, "Name of organization,

15:20:50    9    Touro Synagogue Foundation"?

15:20:51    10    A. Yes.

15:20:51    11    Q. Do you understand that that's a

15:20:52    12    separate nonprofit institution from CJI?

15:20:54    13    A. Yes.

15:20:55    14    Q. Okay. In your view, was this

15:21:00    15    application accurate?

15:21:03    16    A. I would have to read this again. The

15:21:06    17    whole application?

15:21:07    18    Q. Yes.

15:21:07    19    A. I have to read it again.

15:21:09    20    Q. Well, you cited it, didn't you?

15:21:11    21    A. Yes, but I wrote this report two

15:21:13    22    months ago.

15:21:13    23    Q. Okay.

15:21:15    24    A. So I cannot state that everything in

15:21:17    25    the report is accurate, which is what I'm being

239

Mann

15:21:22    1

15:21:22    2    asked.

15:21:22    3    Q. Well, let me try to short-circuit this

15:21:44    4    a little bit.

15:21:46    5    A. I only quoted in my report the fact

15:21:50    6    that is, where it says "note" on the first page,

15:21:55    7    "The property is owned by Congregation Shearith

15:21:59    8    Israel, 8 West 70th Street, New York."

15:22:02    9    Q. And what property is being referenced

15:22:04    10    here?

15:22:06    11    A. The property of the Newport Synagogue.

15:22:09    12    Q. And do you know whether that includes,

15:22:12    13    was meant to include the personal property?

15:22:15    14    A. I do not know without reading the

15:22:18    15    report.

15:22:18    16    Q. Okay. Well, you quote in the next

15:22:21    17    sentence, "CJI also lists two sets of silver

15:22:27    18    rimmonim decorative crowns for the Torah, crafted

15:22:32    19    by the famous pre-Revolutionary War silversmith

15:22:36    20    Myer Myers," as among the Touro synagogue's

15:22:41    21    "original interior furnishings."

15:22:45    22    Do you see that?

15:22:46    23    A. Yes, but I want -- do you know where

15:22:46    24    it is --

15:22:47    25    Q. Yes, I'm sorry, it's page 158. You

240

Mann

15:23:05    1

15:23:05    2    cited that line, did you not?

15:23:19    3    A. I'm citing it but I'm not citing it

15:23:24    4    as -- I'm not citing it --

15:23:26    5    MR. SOLOMON:  He just asked you if you

15:23:27    6    cited it.

15:23:28    7    A. I cited it.

15:23:29    8    Q. And you cited it because you thought

15:23:31    9    it was significant to put in the report, right?

15:23:33    10    A. Yes, but I don't think it's accurate.

15:23:35    11    Q. Okay. Where in the report do you say

15:23:38    12    that that line is inaccurate?

15:23:41    13    A. I did -- I only cited it because it is

15:23:46    14    evidence of two pairs of Myer Myers rimmonim at

15:23:49    15    the -- still in 2004.

15:23:50    16    Q. Okay, Dr. Mann, what year did Touro

15:23:53    17    Synagogue open?

15:23:54    18    A. Again?  For the second time?

15:23:56    19    Q. No, the first time.

15:23:58    20    A. 1762.

15:23:59    21    Q. I think it was 1763, but --

15:24:02    22    A. Or 1763.

15:24:05    23    Q. And you quoted language that says,

15:24:07    24    "The Myer Myers rimmonim were original interior

15:24:10    25    furnishings," correct?

241

Mann

15:24:17    1

15:24:17    2    A. Yes, I did.

15:24:18    3    Q. If they were original furnishings, how

15:24:21    4    could they have been in the original possession of

15:24:30    5    CSI?

15:24:31    6    A. The statement is wrong here.

15:24:33    7    Q. Where do you say in the report that

15:24:35    8    the statement is wrong?  You quoted --

15:24:40    9    A. Built up a case -- I was -- I agree --

15:24:43    10    maybe I should have put three dots here and just

15:24:46    11    finished that they were -- an end of the sentence

15:24:51    12    at "Myer Myers" in the previous line.

15:24:53    13    Q. You think that would have been

15:24:54    14    appropriate, to leave out this statement?

15:24:58    15    A. You can't have it both ways.

15:25:00    16    Q. Nor can you.

15:25:02    17    A. I thought it was inappropriate not to

15:25:04    18    include what they said in this report.  That does

15:25:07    19    not mean that I accept the premise of the

15:25:10    20    statement.

15:25:10    21    Q. Well, you nowhere indicate in your

15:25:12    22    report that this statement is false, do you?

15:25:14    23    A. I built a case for the ownership by

15:25:18    24    CSI.  This is on page 12 and I'm just -- I went on

15:25:26    25    to finish the statement, which is something I

61   (Pages 238 to 241)

242

Mann

| | | |
|---|---|---|
| 15:25:29 | 2 | not -- I was criticized before for not concluding a |
| 15:25:33 | 3 | statement. So you can't have it both ways. |
| 15:25:35 | 4 | Q. Well, did you understand that your |
| 15:25:37 | 5 | assignment was to build a case for CSI? |
| 15:25:40 | 6 | A. I was asked to investigate the |
| 15:25:42 | 7 | provenance. In the course of my studies, I became |
| 15:25:47 | 8 | convinced that CSI owns the rimmonim. |
| 15:25:49 | 9 | Q. Now, you go on to cite some statements |
| 15:26:12 | 10 | by members of CJI, right? |
| 15:26:17 | 11 | A. Um-hum. |
| 15:26:17 | 12 | Q. What's the significance of that? |
| 15:26:21 | 13 | A. The significance is that through the |
| 15:26:25 | 14 | whole discussion, throughout the years or the |
| 15:26:28 | 15 | months of discussion of whether or not to sell a |
| 15:26:32 | 16 | pair of Myer Myers rimmonim, which was being pushed |
| 15:26:37 | 17 | through or attempted to be voted on positively by |
| 15:26:42 | 18 | the president, Bea Ross, in every single minutes |
| 15:26:46 | 19 | that I've read, somebody raises the point, "Do we |
| 15:26:50 | 20 | own them? Can we sell them?" |
| 15:26:52 | 21 | That's the point of my -- in other |
| 15:26:55 | 22 | words, what she was proposing was doubtful in the |
| 15:27:00 | 23 | minds of members at the same time that it was being |
| 15:27:03 | 24 | proposed. |
| 15:27:03 | 25 | Q. So if I find members of CSI who |

243

Mann

| | | |
|---|---|---|
| 15:27:06 | 2 | believe that CJI owns the rimmonim, is that |
| 15:27:10 | 3 | significant, too, or it only works one way? |
| 15:27:17 | 4 | A. It only works because this is -- it |
| 15:27:19 | 5 | only works in Touro because the vote is being |
| 15:27:22 | 6 | taken. And the premise is being stated that CJI, |
| 15:27:27 | 7 | by the president, that CJI owns the rimmonim. And |
| 15:27:31 | 8 | not -- and other people, knowing the history of the |
| 15:27:35 | 9 | congregation, say, "Is this true?" And if you read |
| 15:27:38 | 10 | the minutes, their remarks are ridiculed or |
| 15:27:42 | 11 | discounted and -- |
| 15:27:45 | 12 | Q. What investigation did you do that |
| 15:27:47 | 13 | this particular individual knows the history of |
| 15:27:51 | 14 | Touro Synagogue? |
| 15:27:51 | 15 | A. Well, it's obvious in the questions. |
| 15:27:54 | 16 | Q. It's obvious? |
| 15:27:56 | 17 | A. Yes. |
| 15:27:56 | 18 | Q. Did you read his deposition |
| 15:28:00 | 19 | transcript, the deposition transcript of that |
| 15:28:01 | 20 | person? |
| 15:28:01 | 21 | A. No, it wasn't given to me. |
| 15:28:03 | 22 | Q. Did anyone ever tell you he was |
| 15:28:04 | 23 | deposed? |
| 15:28:05 | 24 | A. No. |
| 15:28:05 | 25 | Q. And did anyone ever tell you that -- |

244

Mann

| | | |
|---|---|---|
| 15:28:10 | 2 | A. I don't even know who he is. |
| 15:28:11 | 3 | Q. You're just quoting someone you don't |
| 15:28:11 | 4 | know who he is? |
| 15:28:15 | 5 | A. Oh, the name was in the minutes, I'm |
| 15:28:17 | 6 | sorry. |
| 15:28:17 | 7 | Q. What's the name? |
| 15:28:18 | 8 | A. I don't remember. |
| 15:28:18 | 9 | Q. So just because -- |
| 15:28:20 | 10 | A. It wasn't one person. |
| 15:28:21 | 11 | Q. Okay, so because two people or three |
| 15:28:24 | 12 | people or five people, they object, you rely on |
| 15:28:27 | 13 | those people? |
| 15:28:28 | 14 | A. I am simply stating that at every |
| 15:28:31 | 15 | meeting at which this was discussed, the sale -- |
| 15:28:34 | 16 | that the sale of the rimmonim was discussed, a |
| 15:28:36 | 17 | member of the congregation who was present at the |
| 15:28:39 | 18 | meeting raised the question of ownership, or of who |
| 15:28:45 | 19 | owned the rimmonim. |
| 15:28:45 | 20 | Q. A person who raises it could be wrong. |
| 15:28:50 | 21 | A. Or they could have been right. |
| 15:28:51 | 22 | Q. Right. We don't know. That's why we |
| 15:28:53 | 23 | have this case, right? |
| 15:28:59 | 24 | A. I won't -- I won't suppose the |
| 15:29:02 | 25 | motivations of the -- |

245

Mann

| | | |
|---|---|---|
| 15:29:04 | 2 | Q. Let me just -- |
| 15:29:06 | 3 | A. -- CJI. |
| 15:29:06 | 4 | Q. -- if I find people from CSI who think |
| 15:29:09 | 5 | that CJI owns the rimmonim, why isn't that |
| 15:29:13 | 6 | significant? |
| 15:29:14 | 7 | A. Because you're taking a population in |
| 15:29:16 | 8 | general. This is a population of voting members of |
| 15:29:20 | 9 | the congregation proposing to sell the rimmonim. |
| 15:29:23 | 10 | Q. If I found an honorary trustee who |
| 15:29:26 | 11 | assisted CJI in finding a way to sell these |
| 15:29:29 | 12 | rimmonim, would that be significant to you? |
| 15:29:32 | 13 | A. A trustee of which congregation? |
| 15:29:34 | 14 | Q. An honorary trustee of CSI. |
| 15:29:36 | 15 | A. Who? |
| 15:29:37 | 16 | Q. Who assisted CJI in trying to find a |
| 15:29:39 | 17 | way to sell the rimmonim, would that be significant |
| 15:29:42 | 18 | to you? |
| 15:29:42 | 19 | MR. SOLOMON: You mean he lied to |
| 15:29:45 | 20 | somebody else besides your members, he |
| 15:29:48 | 21 | lied to some bar members? |
| 15:29:50 | 22 | Q. You can answer. |
| 15:29:51 | 23 | MR. SOLOMON: It's too vague. |
| 15:29:52 | 24 | MR. WAGNER: Let me pose the question |
| 15:29:54 | 25 | again. |

62 (Pages 242 to 245)

246

Mann

15:29:54    1
15:30:02    2    Q. If I found an honorary trustee of CSI
15:30:04    3    who assisted CJI in trying to sell the rimmonim,
15:30:04    4    would that be significant to you?
15:30:07    5    A. Can I speak to him?
15:30:08    6    Q. No.
15:30:09    7    A. I think I know who you're talking
15:30:11    8    about. And though he's a very knowledgeable,
15:30:17    9    prominent man, I'm not sure that he knew or knows
15:30:22   10    the ins and outs of the ownership issue.
15:30:25   11    Q. But somehow you rely on someone here
15:30:27   12    from CJI you don't even know.
15:30:30   13    A. I am -- I am only -- the statement I
15:30:32   14    made is that every meeting, somebody got up and
15:30:35   15    questioned the ownership. That's all I state.
15:30:38   16    Q. What's wrong with that?
15:30:40   17    A. Why would the issue come up if there
15:30:44   18    was no doubt in anybody's mind that these belonged
15:30:49   19    to CJI?
15:31:19   20    Q. Is the fact that the congregation
15:31:21   21    voted overwhelmingly to sell of any significance to
15:31:25   22    you?
15:31:25   23    A. No.
15:31:25   24    Q. If it was a thousand members and the
15:31:29   25    vote was 997 to three, would that be significant?

247

Mann

15:31:33    1
15:31:37    2    A. We all know the power of crowds and
15:31:44    3    the power of the leader. It doesn't negate the
15:31:47    4    historical evidence that was gathered as to who
15:31:47    5    owned the rimmonim.
15:31:57    6    Q. Okay. Let's go back to the business
15:31:59    7    of the Smithsonian loan.
15:31:59    8    EXH    (Mann Exhibit 27, three handwritten
15:31:59    9         pages Bates numbered CSI0999 through
15:32:25   10         1001, marked for identification, as of
15:32:25   11         this date.)
15:32:26   12    MR. SHINEROCK: Can you read the Bates
15:32:29   13    number for the record?
15:32:32   14    MR. JACOBY: You've got it.
15:32:33   15    (Document passed to counsel.)
15:32:34   16    MR. SHINEROCK: Thanks.
15:32:37   17    Q. Okay. Now what is this --
15:32:41   18    A. Can I read this?
15:32:41   19    Q. I'm sorry, yes.
15:33:51   20    (A pause in the proceedings.)
15:33:51   21    A. Yes.
15:33:53   22    Q. Okay. Would you agree with me there's
15:33:55   23    some uncertainty by this writer as to what the
15:34:04   24    parties' legal rights are?
             25    A. Um --

248

Mann

15:34:05    1
15:34:06    2    MR. SOLOMON: I object to the form of
15:34:18    3    the question.
15:34:22    4    A. I think he's just talking worst-case
15:34:22    5    scenarios.
15:34:26    6    Q. Do you know? Do you know what was in
15:34:26    7    his mind?
15:34:31    8    A. I know that Dr. de Sola Pool published
15:34:35    9    three works -- two, three works on the history of
15:34:39   10    the congregation and nowhere does he question the
15:34:44   11    ownership of various items that were used in
15:34:44   12    Newport.
15:34:49   13    Q. Well, nowhere does he state that CSI
15:34:51   14    owns the silver, does he?
15:34:56   15    A. I will not attest to that. I read it.
15:34:58   16    I just can't answer that.
15:34:59   17    MR. WAGNER: Let's mark these two.
15:35:03   18    I'm going mark it as one exhibit, save
15:35:04   19    some time.
15:35:04   20    EXH    (Mann Exhibit 28, two letters to
15:35:04   21         Rabbi Theodore Lewis dated 8/10/59,
15:35:18   22         Bates numbered CSI1302 and 1303, marked
15:35:18   23         for identification, as of this date.)
15:35:42   24    Q. Now, you cite these letters as well.
             25    MR. JACOBY: Should be CSI1302 and

249

Mann

15:35:45    2    CSI1303.
15:35:47    3    Q. These are two letters you cite, right?
15:35:50    4    A. I cite? I never --
15:35:52    5    Q. Yes -- no, look at footnote 49.
15:36:09    6    A. These are not letters from
15:36:11    7    de Sola Pool.
15:36:12    8    Q. My question is, have you seen these
15:36:15    9    before?
15:36:15   10    A. I must have seen the Tarry letter, but
15:36:22   11    the -- the Tarry letter to Lewis. But the -- the
15:36:30   12    first one, August -- well, they are both August
15:36:34   13    10th. The one from the president of CSI I don't
15:36:38   14    remember seeing. And I only -- to Edgar Nathan,
15:36:46   15    that's 1957. I only cite the letter of 1959 from
15:36:53   16    Victor Tarry to Rabbi Lewis. There's only one of
15:36:59   17    these that I've seen.
15:37:00   18    Q. But if you look at your footnote 49,
15:37:03   19    you cited both of them.
15:37:04   20    A. No, I didn't. I cited first the
15:37:06   21    letter from David de Sola Pool to Edgar Nathan
15:37:09   22    August 7th, 1957, and then I cite one of these
15:37:12   23    letters, the Victor Tarry letter to Rabbi Lewis.
15:37:15   24    Q. Right. But the notation there is to
15:37:17   25    two documents, 1302 and 1303.

63  (Pages 246 to 249)

250

Mann

15:37:26  1     A. I didn't -- I didn't insert the

15:37:29  2  numbers and I'm not responsible for that.

15:37:31  3     Q. Who inserted the numbers?

15:37:34  4     A. Counsel. In other words, I referenced

15:37:37  5  the documents and they gave it the official number.

15:37:40  6     Q. Did you proofread what they did?

15:37:44  7     A. Did I proofread this part?

15:37:47  8     Q. Yes.

15:37:47  9     A. As to reference the numbers of the

15:37:49 10  documents?

15:37:50 11     Q. Yes.

15:37:50 12     A. No.

15:37:50 13     Q. Did you actually draft the footnotes?

15:37:54 14     A. Yes. The only thing that was added

15:37:58 15  were the documents as put together in this -- in

15:38:02 16  these binders, the numbers. Only the numbers.

15:38:05 17     Q. What makes you think that this

15:38:07 18  correspondence references the rimmonim?

15:38:13 19     A. I don't know what they reference

15:38:14 20  'cause I haven't seen the Smithsonian letter. Do

15:38:18 21  you have that?

15:38:21 22     Q. I don't know if we have it.

15:38:24 23     A. All I know is, there was a request

15:38:26 24  from the Smithsonian for a loan in 1959. I don't

251

Mann

15:38:29  1  know what the request was.

15:38:30  2     Q. Well, it was 195 --

15:38:34  3     A. '9.

15:39:15  4  EXH     (Mann Exhibit 29, letter dated 8/3/59,

15:39:15  5     Lewis to de Sola Pool, Bates numbered

15:39:15  6     CSI1003, marked for identification, as

15:39:30  7     of this date.)

15:39:30  8     Q. You've seen this letter before?

15:39:33  9     A. Yes.

15:39:34 10     Q. Okay. It wasn't listed on your list

15:39:40 11  but you've seen it before.

15:39:44 12     A. I didn't list it because it doesn't

15:39:46 13  give any substantive information.

15:39:56 14  EXH     (Mann Exhibit 30, letter dated

15:39:56 15     8/12/59, Lewis to Tarry, Bates numbered

15:39:56 16     CSI1004, marked for identification, as

15:40:10 17     of this date.)

15:40:10 18     Q. Did you see this letter?

15:40:30 19     A. No. I just -- this is the first time

15:40:32 20  I've seen this.

15:40:33 21     Q. Okay. And in the letter, you know who

15:40:35 22  Rabbi Lewis is, right?

15:40:36 23     A. Sure.

15:40:37 24     Q. And he says, he's writing to the

252

Mann

15:40:38  1  executive secretary, he says, "Our congregation

15:40:43  2  would like to be of assistance to the Smithsonian

15:40:46  3  Institution. However, the few items of historical

15:40:49  4  value that we have are normally on permanent

15:40:52  5  exhibition for the thousands of the visitors who

15:40:54  6  come to the Touro Synagogue during the year."

15:40:57  7     Do you see that?

15:40:57  8     A. Yes.

15:40:57  9     Q. And do you know whether that's a

15:40:59 10  reference to the rimmonim?

15:41:00 11     A. All I can tell you is, in 1990, I was

15:41:05 12  in the Touro Synagogue for the 200th anniversary of

15:41:11 13  the giving of Washington's letter. And then the --

15:41:15 14  they were not on exhibition. They were in the Ark

15:41:18 15  on the Torah scrolls.

15:41:22 16     So I'm not sure this is museum

15:41:27 17  language, or he's only saying that they are used

15:41:29 18  and therefore, they are exhibited to the public who

15:41:33 19  comes to the services.

15:41:34 20     Q. Okay. But Rabbi Lewis goes on to

15:41:38 21  suggest that he be in contact with Rabbi Pool for

15:41:44 22  suggestions of other sources, right?

15:41:45 23     A. Um-hum.

15:41:56 24     MR. WAGNER: Okay, let me just...

253

Mann

15:41:58  1     (A pause in the proceedings.)

15:42:00  2     Q. For the record, it says, "I therefore

15:42:02  3  thought it advisable to contact Rabbi Pool for

15:42:05  4  suggestions of sources where to procure historical

15:42:08  5  items for the Smithsonian Institution."

15:42:10  6     That's what the letter says, right?

15:42:11  7     A. Yes, that's common practice. If you

15:42:14  8  don't want to lend something, you try to find

15:42:16  9  substitutes for the borrower.

15:42:18 10     Q. Now, let's go to the bottom of page

15:42:32 11  12. You say, "Public descriptions of the sacred

15:42:43 12  objects or other objets d'art may or may not

15:42:48 13  provide useful information. In the case of the

15:42:50 14  rimmonim, I find nothing in the public descriptions

15:42:52 15  that is inconsistent with CSI's ownership," do you

15:42:56 16  see that?

15:42:56 17     A. Um-hum.

15:42:56 18     Q. And we've seen today that some people

15:42:58 19  attribute ownership, at least in the public domain,

15:43:01 20  have attributed ownership to Touro Synagogue,

15:43:03 21  right?

15:43:04 22     MR. SOLOMON: Objection.

15:43:13 23     A. I'll stay with the objection.

15:43:14 24     Q. I'm sorry, you can answer.

64  (Pages 250 to 253)

254

Mann

15:43:15  2    A. No, I --
15:43:17  3    Q. No, you have to answer.
15:43:18  4       MR. SOLOMON: I think you're
15:43:20  5    misstating her testimony.
15:43:22  6       MR. WAGNER: Okay.
15:43:22  7    Q. Barquist published a piece in 2001
15:43:25  8    that says CJI owns a pair of Myer Myers --
15:43:29  9    A. He didn't say that. He said "lent
15:43:31  10   by," I believe.
15:43:31  11   Q. I mean, I'll pull it out --
15:43:34  12   A. He said they were made -- I'm sorry.
15:43:36  13      MR. SOLOMON: Do you want to see the
15:43:38  14   document?
15:43:38  15      THE WITNESS: Yes, I want to see --
15:43:41  16   A. -- what page of the document are you
15:43:44  17   referring to?
15:43:56  18   Q. Okay, page 160.
15:44:09  19   A. Where are you?
15:44:10  20   Q. On the bottom, towards the bottom
15:44:12  21   left.
15:44:14  22   A. Yes?
15:44:15  23   Q. It states, "In other words, each
15:44:17  24   congregation now owns one finial originally from
15:44:20  25   the Newport pair and one finial originally from the

255

Mann

15:44:24  2    New York pair," right?
15:44:26  3    A. He says "owns," which is wrong.
15:44:28  4    Q. I understand you think it's wrong --
15:44:31  5    A. Yes, I think we could say that in each
15:44:34  6    congregation, at present, there is a set made up of
15:44:38  7    one from each pair.
15:44:39  8    Q. All right. But this was a public
15:44:41  9    document, right?
15:44:42  10   A. You mean the publication?
15:44:44  11   Q. Yes.
15:44:45  12   A. Is a public document.
15:44:46  13   Q. And this was a public description of
15:44:52  14   ownership, right?
15:44:53  15   A. I have to tell you that the whole
15:44:55  16   discussion by Barquist of rimmonim is taken from
15:44:57  17   other sources. It's not based on original
15:44:59  18   research, and it's highly inaccurate.
15:45:01  19   Q. I understand that. All I'm asking you
15:45:03  20   is, he did say publicly that Newport owns, that CJI
15:45:08  21   owns one pair.
15:45:09  22   A. I am saying that if you take that in
15:45:11  23   the context of the whole discussion, which is
15:45:14  24   inaccurate and based on secondary sources which are
15:45:19  25   inaccurate, then I don't have to give credence to

256

Mann

15:45:21  2    this statement.
15:45:23  3    Q. I understand that. All I'm asking you
15:45:25  4    is what he said.
15:45:26  5    A. He states this.
15:45:27  6    Q. And are you aware that there were
15:45:28  7    people from CSI who attended the exhibition?
15:45:32  8    A. This was published before the
15:45:36  9    exhibition opened.
15:45:36  10   Q. But are you aware that people from CSI
15:45:39  11   attended this --
15:45:40  12   A. I don't have any knowledge who
15:45:41  13   attended.
15:45:42  14   Q. Okay.
15:45:44  15   A. I know I went. That's all I can tell
15:45:46  16   you, and the people who worked with me, but that's
15:45:49  17   all I can tell you.
15:46:19  18      MR. WAGNER: Let's mark this as the
15:46:20  19   next exhibit.
15:46:22  20   EXH    (Mann Exhibit 31, letter dated
15:46:22  21   9/24/14, Barquist to Shinerock and Snow,
15:46:22  22   not Bates numbered, marked for
15:46:39  23   identification, as of this date.)
15:46:39  24   Q. Have you seen this letter before?
15:46:41  25   A. No.

257

Mann

15:46:41  2    Q. This wasn't given to you by CSI, the
15:46:49  3    lawyers?
15:46:49  4    A. No.
15:46:49  5    Q. Okay.
15:47:05  6       MR. WAGNER: Why don't we take a
15:47:06  7    break. I have one more topic to cover,
15:47:08  8    the last topic in your --
15:47:11  9       THE WITNESS: Can you tell me why you
15:47:12  10   gave me this letter?
15:47:13  11      MR. WAGNER: I just wanted to know
15:47:14  12   whether you've seen it before, that's all.
15:47:18  13      MR. SOLOMON: He has no questions.
15:47:24  14   We're taking a break.
15:47:25  15      MR. WAGNER: I have one more topic to
15:47:26  16   cover, and then I think we'll be done.
15:47:29  17      THE WITNESS: Sounds good.
15:47:30  18      (Recess taken.)
15:56:09  19   EXAMINATION (Cont'd.)
15:56:09  20   BY MR. WAGNER:
15:56:37  21   Q. Just before we get to that, have you
15:56:41  22   ever in any of your writings referred to rimmonim
15:56:43  23   as fixtures?
15:56:44  24   A. Fixtures?
15:56:47  25   Q. Yes.

65  (Pages 254 to 257)

258

Mann

5:56:48   1   A. No.

5:56:49   2   Q. Have you in any of your writings ever

5:56:51   3   referred to rimmonim as paraphernalia?

5:56:55   4   A. I don't think so.

5:56:58   5   Q. Now, let's look at the last part of

5:57:02   6   your report, a very short paragraph. I didn't see

5:57:21   7   any citations there.

5:57:23   8   A. Which one?

5:57:24   9   Q. Your section E. Do you have any

5:57:26   10  citations supporting the propositions set forth in

5:57:31   11  this paragraph?

5:57:31   12  A. This paragraph was based on my

5:57:36   13  discovery, doing all these readings, that there was

5:57:41   14  a tremendous amount of support by, in the -- by

5:57:46   15  Sephardic congregations in the western hemisphere

5:57:49   16  of one another. And that was a new thing to me. I

5:57:54   17  read it in the minutes -- I mean, I read it in the

5:57:57   18  ledger, and I read it in various accounts.

5:58:03   19  And through my own life experience, I

5:58:08   20  know that this is still true of intercongregational

5:58:17   21  support. So this is based on readings of what went

5:58:22   22  on in the 18th century and after, and my own life

5:58:26   23  experience.

5:58:26   24  Q. Okay. What readings postdating the

259

Mann

5:58:29   1   18th century did you rely on?

5:58:31   2   A. What readings -- um -- if I remember

5:58:34   3   correctly, there were some in the minutes of

5:58:39   4   requests for support. You can see in 1869 in the

5:58:43   5   inventory, they were lending things to people.

5:58:47   6   There was a loan to another congregation or two.

5:58:50   7   Q. And the other piece of it is your --

5:58:52   8   A. My life experience.

5:58:53   9   Q. Okay. Are you an expert in relations

5:58:56   10  between synagogues?

5:58:58   11  A. I come from a rabbinic family, and

5:59:02   12  these discussions went on all the time.

5:59:04   13  Q. Right. But my question is whether

5:59:05   14  you're an expert in relations between synagogues.

5:59:08   15  MR. SOLOMON: You asked that earlier

5:59:09   16  in the day, too, by the way, so I'm going

5:59:11   17  to object.

5:59:14   18  Q. Go again.

5:59:18   19  A. I would say I'm a very knowledgeable

5:59:20   20  person about synagogue relations because I come

5:59:23   21  from a rabbinic family with these -- where these

5:59:28   22  issues were constantly discussed, and I was married

5:59:31   23  to a rabbi for 23 years.

5:59:33   24  Q. Well, apart from your life experience,

260

Mann

15:59:37  1   are you an expert in synagogue relations? Let's

15:59:41  2   try it that way.

15:59:43  3   A. Historically, my expertise derives

15:59:45  4   from having read, you know, hundreds of responsa on

15:59:49  5   synagogue relation -- that -- many of which impinge

15:59:53  6   on that subject.

15:59:54  7   Q. So are you saying you are an expert on

15:59:56  8   synagogue relations?

15:59:57  9   A. I would say that I don't have a degree

16:00:00  10  in it, but that I have expertise in it, yes.

16:00:02  11  Q. Okay. And is your opinion with

16:00:08  12  respect to this issue predicated on the proposition

16:00:10  13  that CSI owns the rimmonim?

16:00:14  14  A. Yes.

16:00:14  15  Q. So if CJI sold something that belonged

16:00:23  16  to it, that would not implicate the same

16:00:27  17  intercongregational issues, correct?

16:00:29  18  A. Correct.

16:00:29  19  Q. Now, am I right that there have been

16:00:36  20  disputes, there have been lots of court cases

16:00:41  21  involving disputed property and ritual items

16:00:44  22  between the 17th century and the present involving

16:00:48  23  Jews?

16:00:51  24  A. That's a -- you need to be more

261

Mann

16:00:54  1   specific.

16:00:54  2   Q. Okay. Have there been disputes

16:00:56  3   between Jews --

16:00:58  4   A. About what? Commercial enterprises?

16:01:00  5   Q. No. Disputes over property and ritual

16:01:06  6   items, ownership of property and ritual items.

16:01:14  7   A. Between an individual and a synagogue,

16:01:16  8   for example? Or -- we can go back hundreds of

16:01:22  9   years and there are these disputes.

16:01:23  10  Q. Okay. So this goes on all the time,

16:01:26  11  does it not? I'm sorry to say.

16:01:30  12  A. I have never seen a case where one

16:01:34  13  congregation sold property belonging to another.

16:01:38  14  Q. Right. Well, we have a court case to

16:01:41  15  decide the ownership, right?

16:01:44  16  A. That's what we're engaged in.

16:01:45  17  Q. Right.

16:01:46  18  A. But I have seen disputes. The

16:01:47  19  question was asked about disputes relative to

16:01:51  20  ceremonial objects. That I will say. Not

16:01:55  21  ownership.

16:01:55  22  Q. I just want to show you Prof. Fisher's

16:01:58  23  report. Did you read his report?

16:01:59  24  A. I did, but it was a -- I won't quote

66  (Pages 258 to 261)

262

Mann

16:02:03    1    from it because I didn't read it yesterday.
16:02:05    2        Q. Okay. Just look at the first
16:02:07    3    paragraph on page 62 or 63.
16:02:15    4        (Handing document to witness.)
16:02:19    5        Q. Do you have any basis to dispute what
16:02:20    6    he says in that first sentence?
16:02:22    7        A. No.
16:02:22    8        Q. Now, do you expect synagogues, let's
16:02:36    9    say sister congregations, to support each other?
16:02:40    10       A. I -- I have known of this in a general
16:02:44    11   sense in the community. I must say that one of the
16:02:47    12   things that I was struck with in deeply going into
16:02:51    13   the records of Shearith Israel was how much support
16:02:57    14   and -- there was between congregations,
16:03:01    15   particularly in the 18th century when Judaism was
16:03:05    16   not well established in the western hemisphere.
16:03:07    17       Q. So fast-forward to today. Would you
16:03:10    18   expect sister congregations to support each other?
16:03:15    19       A. I know of instances where they have.
16:03:17    20       Q. And you would want to see that, right?
16:03:20    21       A. I would want to see that? I think
16:03:22    22   it's a desirable goal.
16:03:23    23       Q. What is the significance of Touro
16:03:29    24   Synagogue?

263

Mann

16:03:29    2        A. It's the oldest synagogue built in the
16:03:33    3    United States.
16:03:33    4        Q. And what's the significance of the
16:03:35    5    congregation there?
16:03:36    6        A. Now?
16:03:36    7        Q. Yes.
16:03:38    8        A. I can't answer that.
16:03:39    9        Q. Do you know anything about that
16:03:40    10   congregation?
16:03:41    11       A. I do.
16:03:41    12       Q. Would you agree it's important to have
16:03:44    13   a congregation there?
16:03:48    14       A. It is my imprecise understanding on
16:03:51    15   the basis of hearsay that the congregation is
16:03:55    16   dwindling. So I cannot answer whether there's a
16:03:59    17   viable entity. It is a historic building. It's
16:04:04    18   had a historic congregation, and it belongs to
16:04:07    19   Shearith Israel. It's not for me to give an
16:04:10    20   opinion on this.
16:04:11    21       Q. Okay. But would you like to see the
16:04:14    22   congregation be viable there?
16:04:16    23       A. Nobody likes to see a dying Jewish
16:04:19    24   community.
16:04:19    25       Q. And you would not like to see that

264

Mann

16:04:22    2    congregation fail, would you?
16:04:26    3        A. I will answer in the generalization.
16:04:32    4    Listen, when I grew up in Bayonne, New Jersey,
16:04:35    5    there were ten synagogues, eight of them orthodox.
16:04:39    6    And now there isn't one.
16:04:40    7        Q. That's not a good thing.
16:04:43    8        A. It's not a good thing. It's sad
16:04:46    9    wherever it happens.
16:04:47    10       Q. So you would want to see the
16:04:50    11   congregation survive?
16:04:50    12       A. I would say that one would want to see
16:04:52    13   any congregation survive. There are always
16:04:55    14   economic and historical circumstances why people
16:04:58    15   change their place of residence and synagogues
16:05:01    16   don't survive.
16:05:02    17       Q. But would you agree it's particularly
16:05:05    18   important to see that synagogue, that congregation
16:05:07    19   in that synagogue survive?
16:05:09    20       MR. SOLOMON: "That congregation"
16:05:11    21   meaning CJI?
16:05:13    22       MR. WAGNER: Yes.
16:05:14    23       A. I have no particular -- I think it's
16:05:25    24   very important that the building survive. I
16:05:28    25   have -- I cannot say that the membership today is

265

Mann

16:05:32    2    the -- they are not the descendants of the original
16:05:37    3    founders of the synagogue and the purpose for which
16:05:41    4    it was founded. So I can't say that this
16:05:43    5    congregation should survive in this synagogue.
16:05:46    6        Q. Okay. Would you like to see a
16:05:48    7    congregation survive in that synagogue?
16:05:50    8        A. I don't think my personal opinion is
16:05:52    9    important.
16:05:52    10       Q. Well, intercongregational support is
16:05:58    11   an important basis for your opinion, correct?
16:06:01    12       A. But you're asking about survival.
16:06:03    13   You're asking about a different thing.
16:06:04    14       Q. I understand but --
16:06:05    15       A. The cases that I'm citing or that I
16:06:08    16   understood from the records of intercongregational
16:06:12    17   support, included giving money for building
16:06:15    18   campaigns, which requests went on back and forth
16:06:17    19   between the Caribbean and the United States
16:06:20    20   mainland, you know, help with acquiring furniture,
16:06:25    21   help with acquiring ceremonial objects. This is
16:06:29    22   the kind of requests.
16:06:30    23       Q. Did you investigate how much support
16:06:35    24   has been provided by CSI to CJI in, let's say, the
16:06:39    25   last fifty years?

67 (Pages 262 to 265)

266

Mann

16:06:40    1    A. No.
16:06:40    2    Q. And is that -- well, do you think that
16:06:45    3    CSI should support CJI?
16:06:50    4    A. In what sense?
16:06:51    5    Q. In any sense.
16:06:57    6    A. Yes, I think they should support it in
16:06:58    7    the sense of being the guardians over it.  Whether
16:07:01    8    they support it financially is not in my
16:07:04    9    jurisdiction.
16:07:04    10    Q. Would you expect, would you want to
16:07:09    11    see CSI take into account CJI's welfare in making
16:07:14    12    decisions about CJI?
16:07:18    13    A. It's not for me.
16:07:19    14    Q. That's beyond your expertise?
16:07:22    15    A. No, it's not beyond my expertise.  I
16:07:24    16    think you're asking moral issues that I am -- I
16:07:28    17    think that pertains to the membership and the
16:07:30    18    leadership of CSI.
16:07:31    19    Q. Well, you say in this section, "Such
16:07:37    20    intergenerational support has been and continues to
16:07:41    21    be essential to Jewish communal life and the
16:07:43    22    prospering of the Jewish community," correct?
16:07:45    23    A. Um-hum.
16:07:46    24    Q. What did you mean by that?

267

Mann

16:07:47    1    A. Well, I know instances where
16:07:50    2    synagogues have suffered destruction, say, there
16:07:55    3    was a fire in an original synagogue, and synagogues
16:08:00    4    were asked to donate extra sifrei Torah that they
16:08:04    5    had so that -- so that services could continue in
16:08:08    6    New Rochelle, and that was done.  But sometimes,
16:08:12    7    the provision was made that they not be sold and
16:08:15    8    that the fact that it had come from a particular
16:08:19    9    congregation who gave it for its use be
16:08:22    10    acknowledged.
16:08:23    11    Q. Would it be hurtful to
16:08:31    12    intercongregational support for the congregation to
16:08:33    13    be thrown out of that synagogue?
16:08:36    14    MR. SOLOMON: By "congregation," CJI?
16:08:41    15    MR. WAGNER: Right.
16:08:42    16    Q. You can answer.
16:08:43    17    A. Would you repeat it?
16:08:46    18    MR. WAGNER: Why don't you read it
16:08:47    19    back.
16:08:55    20    (Record read.)
16:08:56    21    A. I -- when I was referring to
16:09:03    22    "intercongregational," I was talking about two
16:09:06    23    different institutions.  What you describe
16:09:10    24    unfortunately has happened in my lifetime.  I've

268

Mann

16:09:14    1    seen it happen.  But I wouldn't say -- I wouldn't
16:09:20    2    judge.
16:09:20    3    Q. Well, would you want to see CJI thrown
16:09:25    4    out of that synagogue?
16:09:28    5    A. It depends on -- there are too many
16:09:35    6    variables for me to make a decision.
16:09:37    7    Q. Are you aware that that's among the
16:09:39    8    relief that Spanish-Portuguese is seeking in this
16:09:41    9    case?
16:09:41    10    A. No, I am not aware of that.
16:09:44    11    Q. Could you look at --
16:09:47    12    MR. WAGNER:  -- what exhibit is it?
16:09:50    13    (A pause in the proceedings.)
16:10:01    14    MR. JACOBY:  Exhibit 7.
16:10:03    15    Q. Could you look at Exhibit 7.
16:10:12    16    A. Oh, I seem to be missing -- which one
16:10:14    17    is 7?
16:10:15    18    Q. That's the amended answer and
16:10:17    19    counterclaim.
16:10:19    20    A. Oh, that.  I'm -- it's somewhere that
16:10:22    21    I have...
16:10:23    22    (A pause in the proceedings.)
16:10:46    23    A. What do you want to ask?  I'm sorry.
16:10:48    24    Q. Can you turn to page 23.

269

Mann

16:10:51    1    A. Three?
16:10:52    2    Q. Twenty-three.
16:10:54    3    A. Yes.
16:10:54    4    Q. You'll see in number 5 it says, this
16:11:00    5    is among the relief that's being sought by CSI,
16:11:03    6    "That this court declare plaintiff" -- that means
16:11:05    7    CJI -- "to be in breach of the indentures and
16:11:09    8    agreement with the United States and order the
16:11:10    9    eviction of plaintiff from Touro Synagogue and
16:11:13    10    related property," do you see that?
16:11:15    11    A. Yes, but this is the first time I've
16:11:17    12    seen that.
16:11:18    13    Q. And would you like to see that happen?
16:11:21    14    A. I don't feel competent to assess that.
16:11:24    15    Q. Now, in connection with the opinions
16:11:35    16    you give in this paragraph, have you surveyed any
16:11:39    17    segment of the public on the issue?
16:11:41    18    A. No.
16:11:41    19    Q. Have you surveyed CSI members on this
16:11:44    20    issue?
16:11:44    21    A. No, I have done no social history
16:11:48    22    surveys.
16:11:49    23    Q. Have you done anything to investigate
16:11:50    24    CJI and its needs?

68  (Pages 266 to 269)

270

Mann

16:11:53    2      A. No.

16:11:53    3      Q. Do you know anything about CJI's

16:11:56    4   membership?

16:11:58    5      A. Only hearsay.

16:11:58    6      Q. What have you been told?

16:12:02    7      A. That it's largely made up of

16:12:09    8   Ashkenazim, also that it's dwindling.

16:12:12    9      Q. Have you heard anything about the

16:12:15   10   demographics, age distribution of that synagogue?

16:12:19   11      A. No.

16:12:19   12      Q. Did you do any investigation of their

16:12:23   13   budget?

16:12:25   14      A. No.

16:12:25   15      Q. Did you do any investigation of their

16:12:28   16   governance?

16:12:28   17      A. I've only read the articles of

16:12:31   18   incorporation from the 1880s.

16:12:33   19      Q. Have you published any papers on the

16:12:35   20   issue of intercongregational support?

16:12:39   21      A. Um -- this issue may have come up in

16:12:56   22   this book I wrote on texts in the -- texts related

16:13:02   23   to Jewish visual art. But I can't remember

16:13:05   24   specifics at this moment.

16:13:06   25      Q. Was that Jewish visual art in the

271

Mann

16:13:13    2   United States?

16:13:15    3      A. No. It was a general collection of

16:13:18    4   sources, some in the United States but rabbis in

16:13:22    5   the -- it's mostly rabbinic opinions.

16:13:24    6      Q. Okay. But as you sit here, do you

16:13:28    7   remember any references in that work to

16:13:36    8   intercongregational support?

16:13:38    9      A. I mean, there are cases of conflict --

16:13:43   10   intercongregational support -- I -- I'm -- I would

16:13:49   11   have to bring the text and go through it again. I

16:13:51   12   wrote it fifteen years ago.

16:13:52   13      Q. Well --

16:13:57   14      A. There are intercongregation -- oh,

16:14:00   15   there are intercongregational issues.

16:14:02   16      Q. I understand that. But I'm not

16:14:04   17   interested in that. I'm just interested in what

16:14:06   18   you have published.

16:14:07   19      A. No, I have published. I mean, there

16:14:09   20   was -- there was a case in there of a break-away

16:14:17   21   congregation in the 16th century and who should

16:14:21   22   have the ownership of the ceremonial objects. And

16:14:25   23   interestingly, the rabbi decided on the basis of

16:14:28   24   the beauty of the object, which was for him a real

16:14:33   25   criterion.

272

Mann

16:14:34    2      Q. Where was that 16th century

16:14:37    3   congregation?

16:14:38    4      A. I can't remember right now. I think

16:14:44    5   it was -- it was either Egypt or Spain.

16:14:48    6      Q. Would you agree with me that Touro

16:14:59    7   Synagogue is a national treasure?

16:15:01    8      A. Absolutely. The building is an

16:15:07    9   architectural treasure.

16:15:09   10      Q. And so is the interior, right?

16:15:12   11      A. The interior is part of the building.

16:15:14   12      Q. Do you know who provides insurance for

16:15:44   13   the rimmonim?

16:15:45   14      A. I don't know the name of the company.

16:15:49   15   All I know is in 1990, they had no insurance.

16:15:52   16      Q. But between CJI and CSI, do you know

16:15:56   17   who pays for the insurance?

16:15:57   18      A. No, I do not.

16:15:58   19      Q. Do you know who's paid to refurbish

16:16:00   20   them?

16:16:01   21      A. From the reports I read, they were

16:16:07   22   refurbished and I don't -- there are negative

16:16:13   23   connotations to my use of the word -- in 2000 by

16:16:21   24   Ubaldo Vitale and that was paid for by Roy

16:16:23   25   Zuckerberg, I believe. And then in 2005, there was

273

Mann

16:16:27    2   another -- Newman Enterprises, and I don't know who

16:16:32    3   paid for that.

16:16:33    4      Q. Were you dissatisfied with

16:16:40    5   Mr. Ubaldo --

16:16:41    6      A. Ubaldo Vitale does not have a good

16:16:43    7   reputation among conservators in museums and what

16:16:53    8   the Newmans -- what I read about what they did is

16:16:56    9   just horrifying to me as a curator.

16:16:58   10      Q. Now, your book, Crowning Glory, a

16:17:05   11   substantial portion of that book is devoted to

16:17:08   12   finials, right?

16:17:10   13      A. It's devoted to all of the Torah

16:17:12   14   furnishings.

16:17:12   15      Q. You have a section on finials, right?

16:17:16   16      A. Correct.

16:17:16   17      Q. And you have a section on crowns,

16:17:18   18   right?

16:17:18   19      A. A section on yad -- on pointers, etc.

16:17:22   20      Q. And in the book you deal with each of

16:17:24   21   these separately, right?

16:17:25   22      A. Right. I edited the book. It was

16:17:28   23   written by a person named Rafi Grafman, and that

16:17:32   24   was the way it was decided to organize them.

16:17:34   25      Q. And you wrote -- you wrote an

69 (Pages 270 to 273)

274

```
            1         Mann
16:17:36    2   introduction.
16:17:36    3      A. I did.
16:17:36    4      Q. And the introduction is accurate, is
16:17:38    5   it not?
16:17:41    6      A. To the best of my knowledge. Nobody's
16:17:43    7   criticized it as being inaccurate.
16:17:45    8      Q. And am I right that finials are
16:17:49    9   removable objects?
16:17:51   10      A. That is correct, and we know they were
16:17:53   11   removable by the 12th century. There are finials
16:18:03   12   that are an inherent part of the scroll. But most
16:18:07   13   are removable.
16:18:08   14      Q. Okay.
16:18:09   15      MR. WAGNER: Why don't we take a
16:18:11   16   few-minute break. I may be done.
16:18:13   17      (Recess taken.)
16:21:57   18      MR. SOLOMON: Are you done?
16:21:58   19      MR. WAGNER: Yes, thank you for coming
16:21:59   20   in today. Appreciate your patience.
16:22:02   21      MR. SOLOMON: I have some questions
16:22:04   22   I'd like to ask now, I'll be brief.
16:22:06   23   EXAMINATION BY
16:22:06   24   MR. SOLOMON:
16:22:07   25      Q. Dr. Mann, have you seen any evidence,
```

275

```
            1         Mann
16:22:10    2   whether specific or general, where CSI ever said in
16:22:16    3   words or in substance that the Myer Myers rimmonim
16:22:23    4   would be returned to Newport in the event that the
16:22:28    5   Newport congregation ever revived?
16:22:32    6      A. No.
16:22:32    7      Q. Okay. So when you were discussing
16:22:37    8   statements about returning objects in the event
16:22:43    9   there was ever a minyan in Newport --
16:22:47   10      A. I believe --
16:22:48   11      Q. -- what were you --
16:22:49   12      MR. WAGNER: Let me just -- I would
16:22:50   13   ask that he finish the question first,
16:22:52   14   then you answer. And I'm sure he'd give
16:22:55   15   you the same instruction.
16:22:56   16      Q. What were you referring to?
16:22:59   17      A. I believe the language was that if a
16:23:01   18   new congregation -- if the congregation revived or
16:23:04   19   there was a new congregation, they would again
16:23:07   20   consider the loan of objects such as the ones that
16:23:12   21   had been loaned before.
16:23:13   22      Q. Okay. And the objects that are being
16:23:16   23   referred to there are the sifrei Torah, is that
16:23:20   24   correct?
16:23:21   25      A. I wouldn't -- I don't know that they
```

276

```
            1         Mann
16:23:24    2   were limited to sifrei Torah.
16:23:26    3      Q. But the full extent of your knowledge
16:23:27    4   of this is going to be contained in the document
16:23:29    5   that you're now trying to quote?
16:23:32    6      MR. WAGNER: Objection to form.
16:23:35    7      A. You mean the document about the
16:23:37    8   silver? Or -- no, I'm sorry, which --
16:23:41    9      Q. No, the document that you were just
16:23:42   10   referring to which I've never seen, not directly or
16:23:45   11   indirectly.
16:23:46   12      A. They are in the minutes.
16:23:47   13      Q. Are you sitting here today suggesting
16:23:49   14   that there's any document that, with respect to
16:23:53   15   anything other than sifrei Torah, says that CSI
16:23:57   16   will consider sending anything up again? I'm not
16:24:02   17   talking about sifrei Torah. Anything other than
16:24:06   18   sifrei Torah, do you --
16:24:06   19      A. There is no -- no specifics as to what
16:24:09   20   kind of objects, but they simply say, "We will
16:24:11   21   consider loaning to you again." What is meant by
16:24:15   22   that is not specified.
16:24:16   23      Q. Okay.
16:24:18   24      A. They ask for the return of their
16:24:19   25   objects and the safekeeping of objects but they do
```

277

```
            1         Mann
16:24:24    2   not specify -- they just simply say --
16:24:28    3      Q. You're now --
16:24:29    4      MR. WAGNER: I don't know whether she
16:24:30    5   was finished with her answer.
16:24:31    6      Q. Were you?
16:24:34    7      A. Um -- I'm talking about the period
16:24:38    8   after 1818. 1830.
16:24:41    9      Q. Are you referring to a letter, a board
16:24:46   10   minute from CJI in the 1890s?
16:24:52   11      A. No, I was referring to what happened
16:24:53   12   in the 1830s and to the --
16:24:59   13      Q. Let me just get the document. It's
16:25:01   14   going to be quicker that way. Let me ask a few
16:25:04   15   more questions --
16:25:04   16      A. We have it. We have it.
16:25:05   17      Q. Someone is going to try to lay their
16:25:09   18   hands on it --
16:25:10   19      A. I think it was given out.
16:25:12   20      MR. WAGNER: I just ask that the
16:25:13   21   witness not be interrupted.
16:25:14   22      Q. Why are rimmonim very important in the
16:25:20   23   ritual of Sephardic congregations?
16:25:23   24      MR. WAGNER: I'm going to object as
16:25:25   25   beyond the scope of the report.
```

70  (Pages 274 to 277)

278

Mann

16:25:31  1
16:25:31  2     A. I think it's germane to the issue.
16:25:33  3     Q. Well, it doesn't matter. You were
16:25:35  4  asked fifteen questions on it today. You don't
16:25:38  5  have to respond to his objections.
16:25:41  6     A. Oh. Can I respond to your question?
16:25:44  7        MR. WAGNER: You can rule in my favor
16:25:46  8     if you like.
16:25:47  9     A. The beginning of the use of rimmonim
16:25:50 10  in synagogues comes from rabbinic texts and then,
16:25:54 11  in the 14th century, we have illuminations in
16:25:58 12  manuscripts that depict services in Spanish
16:26:03 13  synagogues in which rimmonim are prominently
16:26:06 14  displayed; and their uses in Sephardic synagogues
16:26:09 15  even at that time was multiple. They were not only
16:26:11 16  used on the Torah, they were used to adorn the
16:26:15 17  reader's desk.
16:26:16 18        And this usage continues in the
16:26:20 19  countries to which the Sephardim emigrated after
16:26:23 20  the expulsion. The usage continues in Italy, North
16:26:26 21  Africa and Turkey and the Ottoman Empire. So they
16:26:31 22  are extremely important. They were at one of
16:26:34 23  the -- the elements of Sephardic service in Spain
16:26:38 24  that was carried and continued until the present
16:26:41 25  day in these countries.

279

Mann

16:26:43  1
16:26:43  2     Q. Are the rimmonim, like other ornaments
16:26:49  3  that you might have in a synagogue, like an omer
16:26:54  4  board, something that doesn't touch the Torah?
16:26:57  5        MR. WAGNER: Object to the form.
16:26:59  6        THE WITNESS: Objection to --
16:27:01  7        MR. WAGNER: Form. You can rule in my
16:27:03  8     favor --
16:27:04  9     Q. Please answer my question, if you --
16:27:08 10     A. There are different categories of
16:27:10 11  holiness attributed to objects in the synagogue.
16:27:13 12  Those that touch the Torah are considered to be the
16:27:15 13  most holy. Anything that is in the building has a
16:27:18 14  certain lesser holiness.
16:27:20 15     Q. Okay. And the rimmonim are in the
16:27:22 16  former category?
16:27:23 17     A. They are in the former category,
16:27:25 18  because they are used with the Torah.
16:27:26 19     Q. Now, I'm going to ask you to look at
16:27:29 20  page 9 of your report, where you have transcribed
16:27:34 21  for us the minutes of 1818.
16:27:44 22     A. Um-hum.
16:27:44 23     Q. And these are talking about seforim
16:27:52 24  that had previously been loaned, correct?
16:27:55 25     A. Um-hum.

280

Mann

16:27:55  1
16:27:55  2        MR. WAGNER: Objection to form.
16:27:56  3     Q. And it thereafter at the end says, "If
16:27:59  4  hereinafter a minyan shall be in Rhode Island, a
16:28:02  5  request may be made for further loan of said
16:28:05  6  seforim," do you see that?
16:28:07  7     A. Yes.
16:28:07  8     Q. Now, in the 1833 minutes that you've
16:28:13  9  excerpted on page 9 -- right?
16:28:15 10     A. Um-hum.
16:28:15 11     Q. These referred specifically to the
16:28:22 12  seforim, didn't they?
16:28:23 13     A. Correct.
16:28:25 14     Q. Thank you. I wanted to clarify
16:28:34 15  something.
16:28:35 16        You had a view that display in a
16:28:38 17  museum of the Myer Myers rimmonim would be a
16:28:41 18  positive thing so long as it was short term, right?
16:28:45 19  Do you have a view about whether the Myer Myers
16:28:47 20  rimmonim should appropriately be used as part of
16:28:54 21  the religious services of the congregations?
16:28:58 22        MR. WAGNER: Objection to form.
16:29:02 23     A. I think there's -- no, I don't.
16:29:04 24  Because I believe that people who operate in the
16:29:08 25  synagogue use these things, learn how they should

281

Mann

16:29:12  1
16:29:12  2  be used and respect it. I -- when I came to The
16:29:18  3  Jewish Museum, I was shocked by the way that, in
16:29:22  4  the storerooms, that objects like sifrei Torah were
16:29:26  5  being handled. And I transferred most of them to
16:29:32  6  the seminary for that reason.
16:29:34  7     Q. You in your testimony made reference
16:29:38  8  to speaking to someone at the Met. What was his or
16:29:41  9  her name?
16:29:42 10     A. Beth Wees.
16:29:43 11     Q. And the price of silver that you also
16:29:45 12  were making reference to, you said you got that
16:29:48 13  from Barquist, is that right?
16:29:51 14        MR. WAGNER: Objection to form.
16:29:52 15     A. I couldn't find it again, but there's
16:29:54 16  a -- a statement in the minutes -- no, in
16:29:59 17  de Sola Pool, or Lyons' records, in which he quotes
16:30:06 18  from minutes and it says that in 1738-'39, CSI sent
16:30:11 19  a chunk -- it sent 47 ounces of silver to somebody,
16:30:18 20  and that there was a cost attached to that.
16:30:22 21     Q. And I'm now asking about your
16:30:25 22  reference to Barquist, okay?
16:30:26 23     A. I have --
16:30:27 24        MR. WAGNER: I would ask that one
16:30:28 25  person speak at a time.

71  (Pages 278 to 281)

282

Mann

16:30:31  2    Q. The Barquist that you were referring

16:30:35  3   to, is that the Barquist, an excerpt of which was

16:30:39  4   shown to you today?

16:30:43  5    A. I remember his stating -- I drew up a

16:30:47  6   list of values that he gave to various types of

16:30:50  7   silver from Barquist --

16:30:57  8    Q. You --

16:30:59  9    A. -- from his catalog.

16:31:00  10    Q. You talked about four sifrei Torah.

16:31:03  11    A. Um-hum.

16:31:04  12    Q. Not the two that CSI owned, but four

16:31:08  13   others at the Touro Synagogue. Were those four in

16:31:14  14   the Lyons inventory of 1869?

16:31:18  15    A. No. They were not the property of

16:31:26  16   CSI.

16:31:26  17    Q. Now, in your report, we'll look back

16:31:33  18   at that again, beginning on page 7, you make

16:31:40  19   reference to Shearith Israel's "ownership and

16:31:41  20   exercise of control over the Touro Synagogue and

16:31:45  21   contents and appurtenances." Do you see that?

16:31:48  22    A. Um-hum.

16:31:48  23    Q. And you were questioned whether you

16:31:53  24   used the word in your writing that rimmonim were

16:31:56  25   paraphernalia or fixtures. Are rimmonim

283

Mann

16:32:00  2   appurtenances to --

16:32:02  3    MR. WAGNER: Object to form.

16:32:03  4    Q. -- in a Sephardic synagogue?

16:32:05  5    A. I would say that they were

16:32:07  6   appurtenances to the Torah.

16:32:08  7    Q. But not for the synagogue?

16:32:11  8    A. Well, everything in the synagogue

16:32:14  9   is -- belongs to the synagogue. But primarily,

16:32:18  10   their kedusha, their holiness comes from their

16:32:22  11   relationship to the Torah scroll.

16:32:23  12    Q. Now, were you reporting on pages 7 and

16:32:26  13   8 and subsequent pages to be giving a legal opinion

16:32:29  14   about ownership and the exercise of control?

16:32:32  15    A. No, I said that before. I'm not a

16:32:34  16   lawyer.

16:32:34  17    Q. Okay. So -- all right, that's fine.

16:32:37  18    A. I was giving a historical account of

16:32:40  19   what I see as the ownership of the rimmonim.

16:32:44  20    Q. All right. Now, you were shown a

16:32:47  21   number of pieces of excerpts from various

16:32:51  22   publications.

16:32:53  23    In your opinion, is a statement that

16:32:55  24   Myer Myers rimmonim at issue here are associated

16:32:58  25   with Touro inconsistent with any opinion that

284

Mann

16:33:03  2   you've offered?

16:33:04  3    MR. WAGNER: Objection to form.

16:33:07  4    Q. The Touro Synagogue, rather than CJI?

16:33:10  5    MR. WAGNER: Objection to form. The.

16:33:11  6    A. No. They've been associated with it

16:33:17  7   for a long time. That does not imply that they are

16:33:21  8   owned by the present congregation of Touro

16:33:23  9   Synagogue.

16:33:23  10    Q. And is a statement that the Myer Myers

16:33:28  11   rimmonim were loaned by CJI inconsistent with any

16:33:36  12   opinion you offer?

16:33:37  13    A. I think they should have asked

16:33:39  14   permission. You mean loaned to the Barquist

16:33:42  15   exhibition, for example?

16:33:43  16    Q. Yes.

16:33:44  17    A. Well, we know that they were following

16:33:46  18   practice up until 1959, they were always asking --

16:33:52  19   they seem to have always asked Shearith Israel.

16:33:55  20   That's the last time they, according to what

16:33:58  21   records I've seen, that they asked permission.

16:34:00  22    Q. You don't know whether the

16:34:02  23   relationship between the parties was such that

16:34:04  24   short-term loans either were or were not covered by

16:34:07  25   their practice, do you know that?

285

Mann

16:34:09  2    A. By whose practice?

16:34:11  3    Q. The practice between the synagogues.

16:34:13  4    A. No, I don't know anything about that.

16:34:14  5    Q. All right. Now, you were asked

16:34:29  6   about -- you were actually asked about a very, or

16:34:34  7   you were told was a very public article in the

16:34:36  8   Forward, have you seen that article?

16:34:39  9    A. No, I did not.

16:34:39  10    Q. Now, you were asked about page 11 of

16:34:43  11   your report, and I want to call it to your

16:34:48  12   attention here. You say, "Most telling are the CJI

16:34:53  13   minutes of February 14, 1897."

16:34:57  14    A. Where are you in the page?

16:34:59  15    Q. Right, see where the bold is? Right

16:35:01  16   above that.

16:35:02  17    A. Yes, um-hum.

16:35:05  18    Q. In which it is stated: "President

16:35:08  19   stated that a pair of bells in the synagogue were

16:35:10  20   claimed as the property of Congregation Shearith

16:35:12  21   Israel of New York, and that the board of trustees

16:35:15  22   of that body made request that the same be

16:35:20  23   forwarded to them. Voted to comply with this

16:35:21  24   request."

16:35:22  25    Do you see that?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

286

Mann

| | | |
|---|---|---|
| 16:35:23 | 2 | A. Um-hum. |
| 16:35:23 | 3 | Q. And you were asked a question that it |
| 16:35:25 | 4 | says, "A pair of bells." Right? |
| 16:35:28 | 5 | A. Um-hum. |
| 16:35:28 | 6 | Q. Now, can you, as an art historian |
| 16:35:33 | 7 | person who has considered this issue, have an |
| 16:35:37 | 8 | explanation for why, if at the time there were |
| 16:35:40 | 9 | three sets of CSI Myer Myers bells there, why, |
| 16:35:46 | 10 | meaning the two from Caroline Cohen that were up |
| 16:35:48 | 11 | there and one from Shearith Israel, okay, why there |
| 16:35:54 | 12 | would have been reference to a pair of bells? |
| 16:35:57 | 13 | MR. WAGNER: Let me just, my |
| 16:36:00 | 14 | objection, objection to the form and on |
| 16:36:02 | 15 | foundation grounds because she testified |
| 16:36:05 | 16 | she doesn't know when the Myer Myers |
| 16:36:06 | 17 | rimmonim were in Newport. |
| 16:36:12 | 18 | THE WITNESS: No, but I -- I said that |
| 16:36:15 | 19 | it was this period, post -- 1883 to 1913. |
| 16:36:21 | 20 | Q. I just want to get back focusing on my |
| 16:36:23 | 21 | question. |
| 16:36:24 | 22 | A. Your question is 1897. We don't know |
| 16:36:26 | 23 | which pair was demanded and returned. |
| 16:36:30 | 24 | Q. No, my question is whether, if at the |
| 16:36:34 | 25 | time there were two pairs of Caroline Cohen -- |

287

Mann

| | | |
|---|---|---|
| 16:36:38 | 2 | A. Two pairs -- |
| 16:36:39 | 3 | Q. -- to Shearith Israel, and let's just |
| 16:36:41 | 4 | suppose they were the Myer Myers set from us, okay? |
| 16:36:45 | 5 | One that had the word "Newport" on it, one that |
| 16:36:48 | 6 | didn't. How do you explain that it says "a pair of |
| 16:36:51 | 7 | bells"? |
| 16:36:51 | 8 | A. I think there's the possibility |
| 16:36:54 | 9 | that -- from the photograph that the 1730 finials |
| 16:36:59 | 10 | were also there and that this request for return |
| 16:37:01 | 11 | may have been for the 1730 finials. |
| 16:37:04 | 12 | Q. The Caroline Cohen -- |
| 16:37:06 | 13 | A. Which are not -- which in later |
| 16:37:08 | 14 | photographs are not shown. |
| 16:37:09 | 15 | Q. That's the 1730 pair, right? |
| 16:37:12 | 16 | A. Correct. |
| 16:37:12 | 17 | Q. The two pair of Caroline Cohen, okay, |
| 16:37:16 | 18 | bells, were at the Touro Synagogue at the time that |
| 16:37:20 | 19 | she -- |
| 16:37:22 | 20 | A. Yes -- |
| 16:37:23 | 21 | Q. -- requested them for Shearith Israel, |
| 16:37:26 | 22 | correct? |
| 16:37:26 | 23 | A. Correct. |
| 16:37:26 | 24 | Q. So that a shamash in New York would |
| 16:37:31 | 25 | not be referring to those when he counted the |

288

Mann

| | | |
|---|---|---|
| 16:37:33 | 2 | number of pairs -- he might not even know about |
| 16:37:37 | 3 | those -- |
| 16:37:38 | 4 | MR. WAGNER: Objection to form. |
| 16:37:39 | 5 | Q. -- when he counted the pairs of |
| 16:37:40 | 6 | rimmonim that were ours up at Touro? |
| 16:37:43 | 7 | MR. WAGNER: Objection to form. |
| 16:37:44 | 8 | A. He doesn't count the number. Where is |
| 16:37:47 | 9 | this statement? |
| 16:37:49 | 10 | Q. Okay, let's try it again. The |
| 16:37:50 | 11 | statement in your -- it says here, okay, "A pair of |
| 16:37:53 | 12 | bells." Right? You see that? "A pair of bells." |
| 16:37:57 | 13 | A. Um-hum. |
| 16:37:57 | 14 | Q. And you were asked a question today, |
| 16:37:59 | 15 | it says only one pair of bells. A pair of bells, |
| 16:38:01 | 16 | right? |
| 16:38:02 | 17 | A. Um-hum. |
| 16:38:02 | 18 | Q. But according to you there were two or |
| 16:38:04 | 19 | three pairs of bells up there. |
| 16:38:07 | 20 | A. There were three pairs. |
| 16:38:07 | 21 | Q. So how do you explain it says a pair |
| 16:38:09 | 22 | when there were three pairs? Was there something |
| 16:38:12 | 23 | different about the Caroline Cohen and -- |
| 16:38:15 | 24 | A. I -- I think they were claiming one |
| 16:38:17 | 25 | pair -- they were asking for one pair to be sent |

289

Mann

| | | |
|---|---|---|
| 16:38:20 | 2 | back. And the probability now from the photographs |
| 16:38:24 | 3 | is that the 1730 pair, which were there for some |
| 16:38:29 | 4 | reason, were asked to be returned because they were |
| 16:38:33 | 5 | a really historical part. They were the oldest |
| 16:38:36 | 6 | pair of rimmonim in the synagogue. They were used |
| 16:38:40 | 7 | at the dedication of the Mill Street Synagogue. |
| 16:38:43 | 8 | And that is stated over and over -- |
| 16:38:45 | 9 | Q. In any of the research that you've |
| 16:38:46 | 10 | done, have you seen any evidence that the Caroline |
| 16:38:49 | 11 | Cohen bells which you have a writing on, were |
| 16:38:53 | 12 | bequested to CSI, right? |
| 16:38:55 | 13 | MR. WAGNER: Objection to form. |
| 16:38:56 | 14 | A. You have a writing -- |
| 16:38:57 | 15 | A. A letter. |
| 16:38:58 | 16 | Q. -- you have a letter, right, that she |
| 16:39:00 | 17 | gave them to CSI, is that right? |
| 16:39:02 | 18 | A. Um-hum. |
| 16:39:02 | 19 | MR. WAGNER: Objection to form. |
| 16:39:03 | 20 | Q. Do you have any evidence at all that |
| 16:39:06 | 21 | they were ever in New York? |
| 16:39:08 | 22 | A. No. |
| 16:39:08 | 23 | Q. So in your opinion, would it be |
| 16:39:13 | 24 | appropriate to describe those pair differently from |
| 16:39:19 | 25 | the pair that were sent by New York, are talking |

73  (Pages 286 to 289)

290

Mann

16:39:25  1   about the Shearith Israel rimmonim?
16:39:33  2       A.  No.  I mean, I -- I'm getting too
16:39:37  3   tired.  All right.  Would you repeat -- they were
16:39:41  4   of a different character in that they were lent
16:39:45  5   individually to Reverend Abraham Mendes first and
16:39:50  6   when he dies, the ownership, she asked that the
16:39:54  7   ownership go to CSI and that they supervise the
16:39:57  8   placement of the bells.  She would prefer they be
16:39:59  9   in Newport but if they don't deem that's proper
16:40:03  10  then they can give them, loan them to any other
16:40:06  11  Sephardic congregation --
16:40:07  12      Q.  Back to CSI in New York?
16:40:11  13          MR. WAGNER:  Objection to form.
16:40:12  14      A.  She doesn't say that.  She says they
16:40:14  15  should supervise them and that she prefer they be
16:40:16  16  used in Newport or could be used in another
16:40:21  17  Sephardic congregation.
16:40:21  18      Q.  I want you to look at the document,
16:40:31  19  okay?
16:40:32  20      A.  Um-hum.  The second letter is what you
16:40:43  21  want.
16:40:53  22      Q.  Okay.  I want to ask you to look at
16:40:56  23  this, okay?
16:40:57  24          MR. WAGNER:  Do I get to see it?

291

Mann

16:40:59  1          MR. SOLOMON:  Yes, you can see it.
16:41:00  2          MR. WAGNER:  I'm going to have to go
16:41:03  3   over there.
16:41:04  4          MR. SOLOMON:  I'm sure you have it in
16:41:06  5   your box.
16:41:07  6       Q.  Is this the letter that you were
16:41:08  7   referring to?
16:41:08  8       A.  Yes.
16:41:08  9       Q.  This is a letter to CSI.
16:41:11  10      A.  Correct.  It says, "I desire you to
16:41:13  11  take charge of the silver bells lent by me to the
16:41:18  12  late Reverend A.P. Mendes to be used in the Newport
16:41:21  13  Spanish-Portuguese Synagogue.  I wish them used in
16:41:24  14  that synagogue by any congregation following its
16:41:28  15  ancient minhag," in other words, it had to be a
16:41:32  16  Sephardic Portuguese synagogue, "Subject to your
16:41:35  17  approval."
16:41:37  18      Q.  And is this the document that you rely
16:41:41  19  on to conclude that the two pair of Caroline Cohen
16:41:46  20  bells are owned by Shearith Israel?
16:41:53  21      A.  Yes.
16:41:54  22          MR. WAGNER:  Hold on a second.
16:41:58  23      A.  She specifically says in the first
16:42:00  24  letter to Abraham Mendes that she has two pairs to

292

Mann

16:42:04  1   offer.  This second letter only refers to bells.
16:42:08  2   Does not specify two pair.
16:42:11  3       Q.  Do you understand it to refer to both
16:42:15  4   of them?
16:42:15  5       A.  Yes.  Because both pairs were marked
16:42:22  6   "Hays/Myers" and that's recorded -- I mean, it's
16:42:25  7   recorded in the 1913 Jones book.  One of those
16:42:32  8   pairs he says is the hexagonal form, which are the
16:42:39  9   north African finials.
16:43:11  10          MR. SOLOMON:  Okay, that's all.  Thank
16:43:13  11  you very much.
16:43:13  12          MR. WAGNER:  Okay, I just have a few
16:43:16  13  questions occasioned by Mr. Solomon's, I
16:43:19  14  guess, direct.
16:43:21  15  FURTHER EXAMINATION
16:43:23  16  BY MR. WAGNER:
16:43:23  17      Q.  I guess just focusing on the last
16:43:25  18  document, the document says, "I desire you to take
16:43:27  19  charge of the silver bells," do you see that?
16:43:30  20      A.  Um-hum.
16:43:30  21      Q.  And you interpret those words, "Take
16:43:32  22  charge," to mean convey ownership, correct?
16:43:38  23      A.  That she is conveying ownership to
16:43:39  24  CSI.

293

Mann

16:43:40  1       Q.  That's your interpretation of those
16:43:41  2   words, right?
16:43:42  3       A.  Um-hum.
16:43:42  4       Q.  Have you seen any formal conveyance of
16:43:45  5   ownership, any document?
16:43:47  6       A.  No, they are only the two letters.
16:43:48  7       Q.  And it says, "Lent by me to the late
16:43:51  8   reverend A.P. Mendes," do you see that?
16:43:53  9       A.  Yes.
16:43:53  10      Q.  And he's not the congregation, he's an
16:43:55  11  individual, correct?
16:43:56  12      A.  That's what I said.
16:43:56  13      Q.  Okay.
16:43:57  14      A.  It was a loan to an individual which
16:44:00  15  is why, when he dies, she transfers ownership to
16:44:04  16  CSI.
16:44:05  17      Q.  But again, there's no formal transfer,
16:44:07  18  no document formally transferring ownership,
16:44:10  19  correct?
16:44:10  20      A.  I --
16:44:12  21          MR. SOLOMON:  Other than --
16:44:13  22      A.  -- other than the letter.  I have not
16:44:15  23  seen anything other than the letter.
16:44:16  24      Q.  What we're doing here is, we're

74  (Pages 290 to 293)

294

Mann

```
16:44:19   1
16:44:19   2   reading documents, right?
16:44:20   3       A. Um-hum.
16:44:20   4       Q. And we're trying to determine what the
16:44:21   5   parties intended, right?  Correct?
16:44:26   6       A. Yes.
16:44:26   7       Q. Okay.  Now, is there any reason why
16:44:33   8   the judge can't do that?
16:44:36   9       MR. SOLOMON:  I object to the
16:44:37  10   question.
16:44:52  11       Q. You were asked some questions about
16:44:55  12   Touro Synagogue and Jeshuat Israel.  Isn't it a
16:44:58  13   fact that people refer to those two
16:45:01  14   interchangeably, Touro Synagogue and CJI?
16:45:04  15       A. No.
16:45:04  16       Q. You've never seen anyone ever refer to
16:45:07  17   those two interchangeably?
16:45:10  18       A. There's a whole lot of architectural
16:45:13  19   history written about the Touro Synagogue and none
16:45:15  20   of it mentions CJI.
16:45:17  21       Q. Can you look at Exhibit 3.
16:45:19  22       A. I'm not saying that it doesn't exist
16:45:21  23   in other sources.
16:45:22  24       Q. Okay.
16:45:24  25       A. But what -- I teach, and every source
```

295

Mann

```
16:45:28   1
16:45:32   2   I read in a book on architectural history does not
16:45:32   3   mention CJI.
16:45:34   4       Q. Let's look at Exhibit 3.  That's
16:45:37   5   the -- this, the, -- that's --
16:45:44   6       A. Um-hum.
16:45:45   7       Q. And he's someone who knows a thing or
16:45:47   8   two about CSI, right?
16:45:49   9       A. Yes.
16:45:49  10       Q. And he knows a thing or two about CJI,
16:45:52  11   right?
16:45:52  12       MR. SOLOMON:  Objection, no
16:45:53  13   foundation.
16:45:54  14       Q. You can answer.
16:45:55  15       A. I agree.
16:45:56  16       Q. Okay.  And he knows a thing or two
16:45:59  17   about Touro Synagogue, correct?
16:46:01  18       MR. SOLOMON:  Same objection.
16:46:02  19       A. I don't know what he knows about Touro
16:46:04  20   Synagogue.
16:46:04  21       Q. But if you look at page 57, third
16:46:08  22   paragraph, he says, "Jeshuat Israel in Newport,
16:46:13  23   better known as Touro Synagogue," etc., do you see
16:46:17  24   that?
16:46:17  25       A. Yes, I think -- yes.
```

296

Mann

```
16:46:19   1
16:46:26   2       Q. You were asked some questions about
16:46:30   3   the inventory.
16:46:31   4       A. Um-hum.
16:46:35   5       Q. There's no reference in the inventory
16:46:36   6   to the four seforim.
16:46:36   7       A. No.
16:46:36   8       Q. No, there isn't?
16:46:37   9       A. No.
16:46:37  10       Q. Now, we know that the four seforim
16:46:41  11   were sent to CSI for safekeeping, right?
16:46:46  12       A. Um-hum, yes.
16:46:47  13       Q. Is that a mistake in the inventory,
16:46:49  14   that --
16:46:50  15       A. No.  The inventory is only what
16:46:52  16   belongs to CSI.
16:46:53  17       Q. Isn't it also what's in keeping of
16:46:56  18   CSI?
16:46:56  19       A. No.
16:46:57  20       Q. Isn't that what it says on the front?
16:47:00  21       A. I know what it says.  But those four
16:47:03  22   seforim are not mentioned.
16:47:05  23       Q. I understand that.  But isn't the
16:47:07  24   reference to "in keeping of or belonging to,"
16:47:11  25   that's -- my only question is, do those words
```

297

Mann

```
16:47:13   1
16:47:15   2   appear on the cover page?
16:47:15   3       A. Yes.
16:47:15   4       Q. You -- again, I don't mean to prolong
16:47:37   5   the agony, but could you turn to page 9 for a
16:47:46   6   second.
16:47:52   7       A. Yes.
16:47:52   8       Q. You quote the 1818 minutes, right?
16:47:54   9       A. Um-hum.
16:47:55  10       Q. And there, those minutes reference the
16:48:03  11   two seforim that were loaned by CSI, right?
16:48:03  12       A. Um-hum.
16:48:03  13       Q. And then the next paragraph, you quote
16:48:08  14   the minutes, "The committee appointed to receive
16:48:10  15   the seforim," and then you had left out the words
16:48:13  16   "belonging to Newport Shul," or "Newport
16:48:18  17   Synagogue," right?  Yes?
16:48:20  18       A. I -- I would have to compare it to the
16:48:22  19   original to know what I left out.
16:48:23  20       Q. Okay, just, will you take my
16:48:25  21   representation that the reference there is,
16:48:28  22   contains -- the words that were ellipsed out were
16:48:32  23   "belonging to Newport Synagogue," or "Newport
16:48:35  24   Shul"?
16:48:35  25       A. Okay.
```

75  (Pages 294 to 297)

298

Mann

16:48:36    Q. So aren't those Torahs that are
16:48:39  different from what are being referred to in the
16:48:41  1818 minutes?
16:48:42    A. That's why I cited them separately.
16:48:43    Q. Okay.
16:48:51    A. No, wait a minute. I have to see the
16:48:53  whole document.
16:48:53    Q. Okay.
16:48:57    A. Because the first pertains to the two
16:49:00  that were borrowed from CSI. That's what it says.
16:49:07    Q. Let me just -- let's go back to it.
16:49:27    A. Is that this one?
16:49:31    MR. SOLOMON: Which exhibit is it?
16:49:34    MR. JACOBY: Six.
16:49:35    Q. "The committee" --
16:49:37    A. Six, okay. You're there. "The
16:49:39  committee appointed" --
16:49:40    Q. "To receive the seforim belonging" --
16:49:43    A. -- "to the Newport Synagogue," right.
16:49:45    Q. And that's what you quote here, right?
16:49:47  "The committee appointed to receive" --
16:49:54    A. Right.
16:49:54    Q. So that paragraph is referring to
16:49:57  Torahs that are different from the ones that are

299

Mann

16:49:59  loaned, correct?
16:50:00    A. Correct.
16:50:00    Q. Okay, that's all.
16:50:08    MR. WAGNER: I have nothing further.
16:50:10    MR. SOLOMON: I have one question on a
16:50:12  question you were just asked about this
16:50:14  inventory in Exhibit 4.
16:50:17  FURTHER EXAMINATION
16:50:18  BY MR. SOLOMON:
16:50:18    Q. "Belonging to," I think you've given
16:50:20  us your view. In -- "or in keeping of," what I
16:50:25  understood you to say in your first examination
16:50:28  today is that that was referring to identifiable
16:50:32  people who had deposited whatever with CSI and so
16:50:39  it was then shown in the margin as sort of
16:50:43  "property of."
16:50:45    A. Yeah, I -- I want to say that -- to my
16:50:49  mind, reading this whole thing, the only items that
16:50:53  might be included in the phrase are sifrei Torah,
16:51:01  some of which were formerly the property of
16:51:04  individuals and were then bought or loaned or
16:51:09  acquired, deeded to the congregation CSI.
16:51:14    And I have to go through it to see if
16:51:18  there were any such, but -- I mean, all the rest of

300

Mann

16:51:23  it belonged.
16:51:27    Q. On page 34, we were talking about the
16:51:29  rimmonim.
16:51:30    MR. WAGNER: Page 34 of the --
16:51:32    MR. SOLOMON: Exhibit 4.
16:51:34    MR. WAGNER: Just hold on one second.
16:51:36    MR. JACOBY: It's the inventory.
16:51:38    THE WITNESS: The silver.
16:51:40    MR. WAGNER: Just give me one second.
16:51:43    MR. SOLOMON: The silver page.
16:51:46    MR. WAGNER: One second. I have it.
16:51:53  Go ahead. What page?
16:51:56    THE WITNESS: You want the CSI
16:51:58  number --
16:51:59    MR. WAGNER: Why don't you give me the
16:52:00  CSI.
16:52:01    THE WITNESS: CSI4956.
16:52:03    MR. WAGNER: Okay.
16:52:04    Q. So underneath the references to the
16:52:26  Myer Myers rimmonim, which was your testimony
16:52:30  specifically say by ditto marks, "Property of kahal
16:52:35  in keeping of shamas."
16:52:40    MR. WAGNER: Let me just interpose my
16:52:42  objection. This is beyond the scope of my

301

Mann

16:52:43  recross.
16:52:44    MR. SOLOMON: Okay.
16:52:45    Q. Here at the bottom of the page it
16:52:47  says, "Property of L. Cohen, property of" --
16:52:51    A. Any time that things were in
16:52:55  safekeeping or -- and were the property of somebody
16:52:58  else, it's always listed in the left hand margin.
16:53:02    MR. SOLOMON: Thank you. Thank you
16:53:11  very much, Doctor.
16:53:11    MR. WAGNER: Thank you for coming in.
16:53:14    THE WITNESS: You're welcome.
16:53:40    (Time noted: 4:53 p.m.)

76  (Pages 298 to 301)

302

1
2    STATE OF _____ )
3                          ) :ss
4    COUNTY OF _____)
5
6
7        I, VIVIAN MANN, the witness
8    herein, having read the foregoing
9    testimony of the pages of this deposition,
10   do hereby certify it to be a true and
11   correct transcript, subject to the
12   corrections, if any, shown on the attached
13   page.
14
15        _____
16            VIVIAN MANN
17
18
19
20   Sworn and subscribed to before me,
21   this _____ day of _____, 2015.
22
23   _____
24       Notary Public
25

303

1
2        C E R T I F I C A T E
3    STATE OF NEW YORK   )
4                        : ss.
5    COUNTY OF KINGS    )
6
7        I, DAVID LEVY, CSR, a Shorthand
8    Reporter and Notary Public within and for
9    the State of New York, do hereby certify:
10       That VIVIAN MANN, the witness
11   whose deposition is hereinbefore set forth,
12   was duly sworn by me and that such
13   deposition is a true record of the testimony
14   given by the witness.
15       I further certify that I am not
16   related to any of the parties to this action
17   by blood or marriage, and that I am in no
18   way interested in the outcome of this
19   matter.
20       IN WITNESS WHEREOF, I have hereunto
21   set my hand this 7th day of January 2015.
22
23   _____
24       DAVID LEVY, CSR, RPR, CLR
25

304

1
2    ------------------ I N D E X ------------------
3    WITNESS        EXAMINATION BY        PAGE
4    VIVIAN MANN    MR. WAGNER            4
5                  MR. SOLOMON    274
6                  MR. WAGNER     292
7                  MR. SOLOMON    299
8
9    REQUESTS (RQ)                  PAGE
10   RQ                   211
11
12   MANN EXHIBITS              FOR IDENT.
13   Exhibit 1  Expert report of Dr. Vivian  8
14       Mann dated 11/24/14
15   Exhibit 2  Excerpt from Barquist, "Myer  15
16       Myers, Jewish Silversmith in
17       Colonial New York"
18   Exhibit 3  Excerpt from book, Remnant  18
19       of Israel, by Rabbi Marc D.
20       Angel
21   Exhibit 4  Handwritten inventory list,  22
22       Bates numbered CSI4921
23       through 4960
24
25       (Continued on following page.)

305

1
2    ------------------ I N D E X ------------------
3    MANN EXHIBITS (Cont'd.)          FOR IDENT.
4    Exhibit 5  Five-Page document entitled,  26
5        "Chronology," not Bates
6        numbered
7    Exhibit 6  photographs of two pages of  30
8        handwritten document, Bates
9        numbered CSI5257 and 5258
10   Exhibit 7  Defendant's amended answer  63
11       and counterclaim
12   Exhibit 8  Document entitled, "Myer  79
13       Myers, American Silversmith,"
14       Bates numbered CJIB01574
15       through 1582
16   Exhibit 9  Excerpts from Jeanette  89
17       Rosenbaum, "Myer Myers,
18       Goldsmith 1723-1795"
19   Exhibit 10  Two pages from the Forward  104
20       dated 6/5/09
21   Exhibit 11  Photo of handwritten ledger  121
22       headed, "Debtor_The Holy
23       Sedakah," Bates numbered
24       CSI11899
25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

306

1
2          ------------------ I N D E X ------------------
3    MANN EXHIBITS (Cont'd.)          FOR IDENT.
4    Exhibit 12  Three-Page document, first    124
5          page reproduction of a title
6          page headed, "Publications
7          of the American Jewish
8          Historical Society, Number 21"
9    Exhibit 13  Single-Page reproduction of    134
10          a document entitled, "The
11          Lyons Collection"
12   Exhibit 14  Copy of single handwritten    141
13          page headed "Vol 21", not
14          Bates numbered
15   Exhibit 15  Two-Page printout of website    146
16          entitled, "Library of
17          Congress Exhibitions"
18   Exhibit 16  Article by Guido          153
19          Schoenenberger, "The Ritual
20          Silver Made By Myer Myers,"
21          twelve pages
22
23          (Continued on following page.)
24
25

307

1
2          ------------------ I N D E X ------------------
3    MANN EXHIBITS (Cont'd.)          FOR IDENT.
4    Exhibit 17  E-Mail dated 10/20/08, Segal  181
5          to Bazarsky, containing cut
6          and pasted article, "The
7          Torah Bells of Myer Myers:
8          Ancient Traditions in a New
9          Land," by Rabbi Marc Angel,
10          Bates numbered CJI002331
11          through 2336
12   Exhibit 18  Two-page typewritten      184
13          document bearing handwritten
14          "Note* New Post" at the top,
15          Bates numbered CSI06859 and
16          06858
17   Exhibit 19  Photocopy of handwritten    188
18          document, Bates numbered
19          CSI5236 and 5237
20   Exhibit 20  Copy of publication, "Touro  203
21          Synagogue of Congregation
22          Jeshuat Israel, Newport,
23          Rhode Island, Founded 1658,"
24          Bates numbered CSI0415
25          through 0426

308

1
2          ------------------ I N D E X ------------------
3    MANN EXHIBITS (Cont'd.)          FOR IDENT.
4    Exhibit 21  Photographs of two handwritten206
5          pages, Bates numbered
6          CSI5253 and 5254
7    Exhibit 22  Copy of telegram, apparently  217
8          from Steinberg to Mendes,
9          dated February 11, year not
10          indicated, not Bates numbered
11   Exhibit 23  Document dated 7/18/12,      229
12          Edinger to Board of Trustees
13          of CSI, Bates numbered
14          CJI 000386 through 406
15   Exhibit 24  Photocopy of four-page      233
16          document entitled, "Early
17          American Jewish Portraits
18          and Silver, in cooperation
19          with the American Jewish
20          Historical Society," dated
21          2/14 3/15, 1953, title page
22          Bates numbered CSI001959,
23          subsequent pages not Bates
24          numbered
25

309

1
2          ------------------ I N D E X ------------------
3    MANN EXHIBITS (Cont'd.)          FOR IDENT.
4    Exhibit 25  Copy of document entitled,    234
5          "The House of God, An
6          Exhibition in Honor of the
7          American Jewish Tercentenary,"
8          Bates numbered TSF001384
9          through 1400
10   Exhibit 26  Document entitled "State    237
11          Preservation Grants:
12          Application Form," Bates
13          numbered CSI0148 through 161
14   Exhibit 27  Three handwritten pages    247
15          Bates numbered CSI0999
16          through 1001
17
18
19          (Continued on following page.)
20
21
22
23
24
25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

310

1
2      ------------------ I N D E X ------------------
3      MANN EXHIBITS (Cont'd.)          FOR IDENT.
4      Exhibit 28  Two letters to Rabbi       248
5                  Theodore Lewis dated 8/10/59,
6                  Bates numbered CSI1302 and
7                  1303
8      Exhibit 29  Letter dated 8/3/59, Lewis   251
9                  to de Sola Pool, Bates
10                 numbered CSI1003
11     Exhibit 30  Letter dated 8/12/59, Lewis   251
12                 to Tarry, Bates numbered
13                 CSI1004
14     Exhibit 31  Letter dated 9/24/14,       256
15                 Barquist to Shinerock and
16                 Snow, not Bates numbered
17
18
19
20
21
22
23
24
25

312

1
2                    E R R A T A
3
4          I wish to make the following changes, for
5      the following reasons:
6
7      PAGE LINE
8      ___  ___ CHANGE_____
9      REASON:_____
10     ___  ___ CHANGE_____
11     REASON:_____
12     ___  ___ CHANGE_____
13     REASON:_____
14     ___  ___ CHANGE_____
15     REASON:_____
16     ___  ___ CHANGE_____
17     REASON:_____
18     ___  ___ CHANGE_____
19     REASON:_____
20     ___  ___ CHANGE_____
21     REASON:_____
22
23     _____    _____
24        WITNESS' SIGNATURE          DATE
25

311

1
2                INSTRUCTIONS TO WITNESS
3
4          Please read your deposition over carefully and
5      make any necessary corrections.  You should state
6      the reason in the appropriate space on the errata
7      sheet for any corrections that are made.
8          After doing so, please sign the errata sheet and
9      date it.
10         You are signing same subject to the changes you
11     have noted on the errata sheet, which will be
12     attached to your deposition.
13         It is imperative that you return the original
14     errata sheet to the deposing attorney within thirty
15     (30) days of receipt of the deposition transcript
16     by you.  If you fail to do so, the deposition
17     transcript may be deemed to be accurate and may be
18     used in court.
19
20
21
22
23
24
25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**A**

**abbreviated**
123:5
**abbreviation**
131:6
**ability** 73:13
196:22
**able** 14:19,21
36:15 56:15
70:10 75:16
121:7 137:8
193:15
**Abraham**
182:25
183:14,21
185:4 290:6
291:25
**absence**
85:16
**absolutely**
27:10 90:13
97:7 110:25
133:14
272:8
**academic**
61:13 152:6
152:15
153:9
**accept** 185:12
241:19
**accepted** 61:8
61:18
**access** 67:4
**accidents**
193:6
**accompany...**
46:14
**account**
107:3
117:13,20
121:22
129:14
130:15
185:25
197:14
266:12
283:18
**accounting**

115:11
117:7
**accounts**
115:6,8
190:24
258:19
**accuracy**
231:4
**accurate**
27:18 83:18
107:3
158:15
238:15,25
240:10
274:4
311:17
**accurately**
27:9
**accuse**
103:21
**acknowled...**
267:11
**acknowled...**
208:7
**acquire**
159:23
**acquired**
122:15
299:23
**acquiring**
265:20,21
**act** 232:14
**action** 303:16
**actions**
158:22
224:7
**actors** 80:4
**actual** 37:11
125:24
127:20
129:17
137:12
**add** 20:6 88:2
106:23
110:10,11
128:24
169:2
180:16

**added** 23:18
41:12 75:21
96:13
128:21,22
128:25
225:22,22
250:15
**addition**
108:2
149:16
**additional**
21:25 118:8
169:21
173:25
174:6
177:23
180:17
**adherence**
228:23
229:19
**adhering**
228:10
**administra...**
180:2
**admit** 34:6
**adorn** 109:20
278:16
**adorning**
158:10
**advanced**
134:18
**advertisem...**
47:14
**advisable**
253:4
**aesthetic**
49:12 99:23
**affiliated**
116:9
**affirmed**
29:24
**afford** 49:7
**Africa** 278:21
**African**
219:8
292:10
**age** 270:10
**ages** 204:6

**aggregate**
75:16
**ago** 11:20
32:4 42:6
42:14,21
47:7 74:22
74:24
136:10,15
182:20
183:9 199:3
238:22
271:12
**agony** 297:5
**agree** 26:14
87:17 90:25
91:19,21
92:23
113:11
221:10
241:9
247:22
263:12
264:17
272:6
295:15
**agreed** 127:7
**agreeing**
79:13
**agreement**
1:16 269:9
**ahead** 6:25
22:10 39:17
54:6 218:21
300:13
**Alfred** 91:10
**alive** 84:10
**aliya** 42:6,13
**Allen** 218:16
**allow** 232:2
**allowed** 21:9
22:11
101:16
111:2,3,11
174:2,3
**allowing**
167:17
**allow'd** 130:5
**alterations**

196:10
**amalgam**
67:10
**amassed** 89:2
162:13
**amassing**
29:11
**amended**
26:18 63:6
63:10,17
268:19
305:10
**American**
26:24 49:23
50:11 51:21
54:19,22,23
55:2 57:14
59:18 60:9
60:12 79:19
91:11
119:24
124:13,24
128:10,14
133:19
134:10
140:19
141:7
162:14
171:4
233:12,14
235:2
305:13
306:7
308:17,19
309:7
**Americas**
1:19 2:6
**AMIT** 59:12
**amount** 77:5
77:20
115:12,16
115:17,24
116:5
117:15,16
157:20
179:25
180:11,11
180:16,19

258:15
**amounts**
116:7 179:9
**analysis**
119:20
221:21
**ancient**
181:16
291:16
307:8
**Angel** 17:6,9
18:6 22:25
22:25 23:9
23:19 24:17
24:20 42:7
65:6,14
66:7 150:25
156:5 157:2
157:21
181:17
192:6
304:20
307:9
**Angel's** 65:24
66:3 192:7
**animals**
206:4
**anniversary**
252:13
**anonymous**
176:17,23
177:2
**answer** 6:25
10:4,5,7
11:23 12:4
13:18 14:7
14:17,19,21
15:14 20:3
20:4 21:7
25:18 28:16
28:19 45:3
45:4 46:2
47:20,25
51:3,11
54:6 61:22
62:9,11,25
63:6,10,18
69:14 71:13

81:25 82:3
82:4,21,23
82:24 87:20
88:23
101:24
102:12,14
102:16,18
102:20,22
106:13
131:23
136:6
151:17
156:11,22
159:25
161:8,10,16
167:5 169:3
170:9 190:5
200:13
209:15
211:15
236:4
245:22
248:16
253:25
254:3 263:8
263:16
264:3
267:17
268:19
275:14
277:5 279:9
295:14
305:10
**answered**
20:2 21:6
25:3 61:21
62:10 71:14
81:24 82:2
82:20 87:19
87:21 88:12
88:15 94:12
156:6,9,16
157:16,17
161:7
167:16
**answering**
156:21
**answers** 58:5

64:12
219:24
**ante** 197:23
**antiquity**
176:22
**anybody** 69:2
83:11
106:14
133:4 185:5
**anybody's**
246:18
**anyway**
98:11
146:10
**apart** 180:5
259:25
**apologize**
114:17
151:4
164:12
165:10
**apparently**
187:8
217:14
308:7
**appeal** 138:6
**appear**
127:14
224:12
297:2
**appearance**
72:21
**appears**
34:22 96:22
**appendix**
71:18
**application**
237:18,23
238:3,15,17
309:12
**applied**
237:12
**apply** 55:4
57:4,7
72:10
**appointed**
30:18,20
160:25

194:21
297:14
298:18,22
**appreciate**
139:22
156:21
274:20
**approach**
49:23 50:7
50:10
**approaching**
159:18
**appropriate**
40:15 71:6
71:15
241:14
289:24
311:6
**appropriat...**
280:20
**approval**
196:11
232:16,18
232:22
233:2,6
291:18
**appurtena...**
109:15
**appurtena...**
100:25
109:20
159:3
196:20
214:4
282:21
283:2,6
**architectural**
272:9
294:18
295:2
**architecture**
54:17
**archival**
56:10
**archive** 141:7
**archives**
133:19
134:10

**area** 72:9,15
**areas** 61:24
**argued**
220:13
**Ark** 204:21
204:21
252:15
**armature**
114:13
**art** 26:22
27:4,5
42:25 43:3
43:12,15
44:6,9
49:23 50:11
50:13,15,15
54:14,16
56:12 58:6
60:8 65:22
65:25 66:2
70:7,12,13
70:14 71:24
72:3,4,19
73:11,13
116:21
136:23
139:8
141:19
145:7,23
150:10
204:2 235:7
270:23,25
286:6
**article** 105:16
145:25
146:2,19,22
153:18
181:15
188:18
191:8 285:7
285:8
306:18
307:6
**articles** 57:13
57:16,19
105:4 127:7
270:17
**articulate**

66:11
213:13
221:13
235:14
**artifact**
125:24
**artifacts**
231:22
232:2
**artistic** 56:5
**Arts** 58:9
84:3 145:13
**ascertain**
38:15
**Ashkenazi**
48:21
**Ashkenazim**
270:8
**aside** 65:10
196:24
231:13,17
**asked** 5:9
20:2 21:6
25:3 58:4
60:12 61:21
62:8 71:12
74:6 81:23
82:11,19
87:18 88:12
88:14 94:12
110:20
135:23
138:2 151:3
151:9 156:6
156:15
157:16
161:7
164:12
166:25
169:20
198:13
203:18
204:3 205:5
218:13
230:24
234:5
235:17
239:2 240:5

242:6
259:16
261:20
267:5 278:4
284:13,19
284:21
285:5,6,10
286:3
288:14
289:4 290:7
294:11
296:2 299:7
**asking** 14:3
14:14 25:6
25:7 32:16
71:23 78:23
92:17 102:4
136:8 144:8
149:9
151:24
167:15
176:19
183:22
204:12
255:19
256:3
265:12,13
266:17
281:21
284:18
288:25
**asks** 185:7
**aspects** 77:16
231:8
**asserted**
117:19
**assess** 269:15
**assignment**
203:17
242:5
**assistance**
252:3
**assistant**
215:8 218:3
**assistants**
127:2,6
**assisted**
245:11,16

246:3
**associate**
108:24
**associated**
126:4
283:24
284:6
**Association**
59:23
**assume** 74:3
119:7 123:4
182:4
222:17
**Assuming**
157:25
**assumptions**
73:18
**attached**
281:20
302:12
311:12
**attempted**
242:17
**attempts**
80:11
**attended**
256:7,11,13
**attention**
165:11
210:10,12
285:12
**attest** 29:5
56:15 117:4
163:4
248:15
**attestation**
229:15
231:9
**attorney**
311:14
**Attorneys** 2:4
3:4
**attribute**
253:20
**attributed**
253:21
279:11
**attributes**

103:24
**audibly** 25:19
46:2
**audience**
152:16
**auditorium**
98:7,8,13
**August** 5:15
230:15
249:12,12
249:22
**authoritative**
141:7
**authorities**
43:11 50:20
51:20 52:6
133:7
**authority**
45:10,13
81:21 82:17
133:9
135:22
136:2
145:23
**available**
16:24 29:3
71:4 95:15
**Avenue** 1:18
2:6 84:11
**aware** 29:14
159:15
161:5 175:5
175:9,10
178:5
185:16,18
185:22
189:24
229:9,13,14
233:4 256:6
256:10
268:8,11
**a-c-c-o-t**
130:17
131:3
**A-l-l-o-w**
130:13
**A.A** 212:23
**a.m** 1:13

**A.P** 291:13
293:9

**B**

**B** 2:11 3:11
63:5,8
64:22 65:4
65:5 96:11
**back** 18:23
19:20 22:24
23:20 36:17
36:24 50:3
51:11 69:4
72:17 79:8
79:13 80:2
93:2 97:24
98:23 99:18
106:21
107:4
108:19
126:25
136:12,13
140:7
148:12
151:21
155:25
162:2
164:19,20
165:21
166:15,18
166:22
167:17
168:18,23
169:9,20
170:2,5
172:9
175:22
194:23
195:19
196:11,18
198:9,13
200:6
214:18
220:14
221:22
222:18
229:3
231:17

247:6 261:9
265:18
267:20
282:17
286:20
289:2
290:13
298:12
**background**
105:24
109:4,6,10
**balance**
117:22,23
117:25
118:3
119:15
121:22
122:13
129:3,4,19
129:21
**Bananas**
218:17
**bank** 212:2
212:14
213:5,6
214:6
**bar** 245:21
**Barquist**
14:10,10,18
14:20 15:2
15:17,19
16:4,25
47:10 50:21
51:19,19
88:18,18,21
89:2 106:22
107:16
116:12
147:23
148:6
149:14
150:11
185:24
186:8 254:7
255:16
256:21
281:13,22
282:2,3,7

284:14
304:15
310:15
**Barquist's**
104:15
120:11
**base** 98:25
165:8
**based** 36:10
36:11 52:11
54:7 56:5
78:7,16
80:18,23
119:7
165:12
176:7
185:17
217:21
218:2
255:17,24
258:13,22
**bases** 12:11
**basic** 116:6
**basing**
149:12,15
149:16
**basis** 57:25
75:5 86:25
88:10
110:22
131:7,10
148:5 231:3
262:6
263:15
265:11
271:23
**Bates** 22:20
26:11 30:5
79:20 86:9
121:10
142:2
181:17
184:18
188:21
203:13
206:22
210:22
217:16

229:24
233:16,17
235:3
237:24
247:9,12
248:22
251:6,16
256:22
304:22
305:5,8,14
305:23
306:14
307:10,15
307:18,24
308:5,10,13
308:22,23
309:8,12,15
310:6,9,12
310:16
**bathroom**
79:7,11
**Bayonne**
264:4
**Bazarsky**
181:14
307:5
**Bea** 242:18
**bear** 54:9
**bearing**
177:8
184:17
307:13
**bears** 228:24
**beautiful**
146:25
154:7,8
**beauty** 48:8
49:15
109:21
271:24
**Beckham**
212:2
**began** 83:25
155:22
157:23,25
**beginning**
16:10 34:20
43:23 148:7

169:13
200:18
222:3 230:7
230:15
278:9
282:18
**begins** 39:2
70:14 98:4
**behalf** 208:4
**Beia** 20:10
**believe** 16:14
27:17,20
49:11 62:17
65:3 66:3
72:14 84:23
85:4 90:6
95:11
114:21
128:13
141:9
144:23
149:25
153:24
180:18
205:17
210:20
217:22,24
229:15
231:9,14
237:19
243:2
254:10
272:25
275:10,17
280:24
**belive** 181:8
**Bell** 91:23
**bells** 9:14
19:14 22:8
22:13,17,18
28:4 90:4
90:21 91:12
97:2,22
99:7,7,8,9
112:11,15
112:19,20
154:13
155:3

158:10
181:15
182:14
201:17
202:2,5,5,7
202:8,10,13
212:12
214:4 215:3
215:10,16
216:7
217:25
218:6,10,11
219:2 220:6
222:6,14,18
223:21
224:2,6
233:25
285:19
286:4,9,12
287:7,18
288:12,12
288:15,15
288:19
289:11
290:9
291:12,21
292:2,20
307:7
**belong** 48:15
183:15
215:11
**belonged**
32:18 36:21
36:22 40:5
74:9 98:18
99:25
100:18
164:10
169:24
201:24
227:18
246:18
260:16
300:2
**belonging**
25:14,22
30:25 31:14
31:24 32:6

33:3,11
35:16 36:9
74:7 143:22
163:17
207:14
261:14
296:24
297:16,23
298:19
299:11
**belongs** 178:8
191:19
263:18
283:9
296:16
**Ben** 42:10
**Benjamin**
20:10
**bequeathed**
193:2
**bequested**
289:12
**best** 78:4
121:6 274:6
**Beth** 281:10
**better** 205:11
205:12
295:23
**beyond** 67:2
170:10
191:23
221:21
266:15,16
277:25
300:25
**big** 111:7
205:23
**biggest** 23:7
**bill** 41:13
**billed** 41:11
157:19,20
**binders**
250:17
**Biographical**
154:11
**bit** 35:8 239:4
**blah-blah-...**
37:23

**blank** 208:13
**blind** 99:23
99:24
**blood** 303:17
**blurbs**
128:16
**board** 35:3
44:8 85:22
123:15
222:9
223:23
224:2,7
228:3,4
229:23
277:9 279:4
285:21
308:12
**body** 15:7
190:9 222:9
285:22
**Bohemia**
160:22
**bold** 98:4
285:15
**bond** 179:23
**book** 18:4
23:8 46:13
46:20,22
47:8,9,11
47:13,21
48:2 50:24
51:5,9,14
53:11 58:5
58:7 65:24
66:4 71:19
71:19 76:5
81:11,12
89:9,15,18
89:21,23
92:8 127:11
128:4
134:11
135:11,13
142:9 152:5
154:8 171:2
192:7
270:22
273:10,11

273:20,22
292:8 295:2
304:18
**books** 42:23
43:10 44:13
46:3,5,9,12
52:11 65:22
65:25 66:2
116:25
125:3,16
127:25
128:11
141:8
155:12,25
157:3,8
175:20
195:13
214:4
234:10,12
**borrowed**
298:11
**borrower**
253:10
**Boruch**
213:24,25
**Boston**
118:21
212:23
**bothered**
227:17
**bottom** 18:14
84:22 88:5
90:9 91:9
107:21
113:12
134:12
192:12
194:4
200:22
223:17
253:11
254:20,20
301:4
**bought** 190:7
299:22
**bowls** 99:14
**box** 291:6
**bracketing**

150:8
**breach** 269:8
**break** 79:5
139:2 165:4
171:7 197:4
223:13
257:7,14
274:16
**breaks** 79:6,9
79:14
**break-away**
271:20
**breastplate**
212:24
**brief** 162:3
274:22
**bring** 54:9
55:24 56:2
56:4,6
172:21
271:11
**broached**
194:20
**broad** 45:2
176:21,24
**broadened**
160:20
**brochure**
81:14 85:6
86:6 93:3
**brochures**
44:14
**broke** 224:19
**brooms** 74:5
178:3
**brother** 42:5
42:10,11,20
196:4
**brought**
209:13
**brouhaha**
81:13
**budget**
270:13
**Buehler** 92:5
**build** 242:5
**building** 70:3
70:3 74:14

74:15 138:3
138:9
189:15
190:2
191:12,17
191:21
263:17
264:24
265:17
272:8,11
279:13
**built** 122:13
129:4,19
147:15
188:5 241:9
241:23
263:2
**bullet** 76:8,9
78:15
111:15
112:2
113:16
114:18
115:3
**burial** 59:13
**burned**
160:18
**business**
247:6
**buy** 180:12
**B'Av** 42:21
**B'nai** 46:17
**B'rith** 46:17

——————
**C**
**C** 2:2 3:2
303:2,2
**CADWAL...**
3:5
**call** 17:15
114:4 175:4
285:11
**called** 23:21
58:8 86:9
101:17
133:8
206:11
227:24

**calls** 69:12
147:25
**campaigns**
265:18
**candidates**
214:13
**capable**
108:25
**caption** 90:10
**captives**
111:8
158:20
**care** 34:24
35:2 61:11
61:14,16
83:17
100:24
101:3
**cared** 200:20
**career** 83:25
84:14
**careful**
177:20,22
**carefully** 5:8
63:24
175:23
311:4
**careless**
100:13,14
152:12,16
**Caribbean**
265:19
**Caroline**
94:17 182:8
183:14
184:14
200:16
212:19
213:7
214:13
219:5,7
229:4,4
286:10,25
287:12,17
288:23
289:10
291:20
**carried**

278:24
**case** 12:8,14
38:6 39:9
40:23 54:10
57:4 65:15
66:18 67:5
68:10 70:17
74:21
104:14
113:20
118:21
136:22
144:21
156:5 164:4
173:22
175:6 184:8
184:11
203:16
212:21
214:18
222:24
235:23
236:3,8
241:9,23
242:5
244:23
253:14
261:13,15
268:10
271:20
**cases** 56:23
56:25 206:3
260:21
265:15
271:9
**cash** 112:9,11
118:5
121:20
123:2,3
129:18
**cashier** 212:2
**cast** 116:2
118:10
**catalog** 143:2
144:18
148:22,25
150:16
282:9

**categories**
279:10
**category** 48:5
113:4
279:16,17
**caught**
213:16
**cause** 208:15
223:3 236:4
250:21
**ceased** 64:14
**Cecil** 227:16
**ceded** 166:24
188:7
190:25
191:25
**cemetery**
189:9
**Center** 3:6
**centuries**
163:23
221:19
**century**
21:22,22
29:12 75:23
96:5,9,14
97:16 111:5
192:17
195:25
216:17
218:5
221:18,21
234:9
235:12
258:23
259:2
260:23
262:16
271:21
272:2
274:11
278:11
**ceremonial**
54:16 204:7
261:21
265:21
271:22
**certain** 74:24

75:2 77:8
111:3 116:7
116:16
149:14
177:21
216:19
229:18
279:14
**certainly**
83:11
**certainty**
214:11
**certify**
302:10
303:9,15
**Chaim** 42:10
**chair** 43:24
**challenge**
61:25
202:23
**challenging**
202:25
**change** 24:2
24:25 25:8
129:22
169:6
264:15
312:8,10,12
312:14,16
312:18,20
**changed**
131:6,6,7
140:5
**changes** 61:5
311:10
312:4
**chanting**
231:13
**character**
66:3 76:6
96:12,13
290:5
**characteriz...**
158:22
**charge** 40:7
203:16
212:2
221:20,23

291:12
292:20,23
**charged**
41:22
**charity** 68:10
68:15
134:19
**chaser**
180:13
**chasers**
116:18
**chatting**
237:10
**cheaper**
118:21
**check** 148:11
**checked**
44:18 176:6
**cherry-pick**
71:7,9,16
**CHIANG**
3:15
**chinam**
206:12
**choose** 61:11
61:15
**choosed** 54:8
**chooses** 61:14
**chose** 54:3,8
**Christie's**
104:19
204:19
**chronology**
4:18,19 9:9
26:5,11
32:25
214:24
305:5
**chunk** 281:19
**Churches**
91:11
**circa** 147:14
**circle** 123:6
**circumstan...**
161:18
206:6 225:3
264:14
**citation** 90:14

113:3 120:4
188:19
**citations**
120:16
258:8,11
**cite** 25:10
52:5,14,17
52:21 53:17
53:24 54:4
175:15
176:3,16,21
176:25
182:6 183:6
188:25
211:21,23
236:23
242:9
248:24
249:3,4,15
249:22
**cited** 53:3,5
53:19,22,25
73:2 187:15
190:23
238:20
240:2,6,7,8
240:13
249:19,20
298:5
**cites** 73:3
**citing** 240:3,3
240:4
265:15
**city** 35:2
191:3
195:17
196:9
220:14
**CJI** 6:22 7:2
7:22 8:2,8,8
8:13,17 9:4
9:7,12 10:9
24:14,17
69:8 80:12
80:19,24
97:3 101:5
101:8,9,14
101:18

102:7
103:13
104:9
106:10,18
137:23,24
144:23
163:9
166:19,19
166:25
168:23,24
169:10
170:8 173:9
173:11,13
173:19
178:13,19
178:21
185:18
195:6 198:8
198:13
214:25
222:3,5
226:8
227:18,24
228:18
229:10,24
232:9,14
233:5 234:5
235:16
237:12,18
238:12
239:17
242:10
243:2,6,7
245:3,5,11
245:16
246:3,12,19
254:8
255:20
260:16
264:21
265:24
266:4,13
267:15
268:4 269:8
269:25
272:16
277:10
284:4,11

285:12
294:14,20
295:3,10
308:14
**CJIB01574**
79:20
305:14
**CJI's** 80:11
228:3
231:21
266:12
270:3
**CJI002331**
181:18
307:10
**claimed**
222:7
285:20
**claiming**
288:24
**claims** 69:8
**clarified**
183:11
**clarify** 94:4,7
280:14
**clean** 107:5
**clear** 20:25
30:23 121:5
167:15
169:12
173:21
185:14
224:8
**clerk** 188:8
**client** 103:24
**close** 13:11
84:12
**closed** 145:11
**closet** 74:5
**CLR** 1:20
303:24
**clutter** 65:9
107:9
**codifier**
158:8
**Cohen** 52:4
94:17 182:9
183:14

184:14
185:17
200:16
213:7
214:13
219:5
227:13
229:4
286:10,25
287:12,17
288:23
289:11
291:20
301:5
**Cohen's**
212:19
219:7 229:4
**colleagues**
56:15
**collected**
97:15
179:24
**collection**
83:8 84:7
124:21,23
134:6 141:4
159:14,15
159:16
162:13
204:22
271:3
306:11
**collections**
141:9,11
**colonial**
15:20 29:13
51:21,24
117:3 120:9
143:5
304:17
**come** 18:23
33:4 40:22
41:2 67:20
79:8,13
81:10 83:9
101:13
132:17
136:11

150:7 168:9
207:5
246:17
252:7
259:12,21
267:9
270:21
**comes** 62:16
86:13,21
90:11 229:5
252:20
278:10
283:10
**comfortable**
89:22
**coming** 56:25
82:6 89:4
193:9
274:19
301:11
**command...**
36:14
**comment**
70:8 146:6
156:18
**Commentary**
135:19,21
135:22
**comments**
157:5
**Commercial**
261:5
**commission**
10:16 93:23
94:5,9,10
**commissio...**
16:13
**commissio...**
70:23
**commissions**
93:17
118:19
**committee**
30:17,20
194:21
208:13
297:14
298:16,18

298:22
**common**
150:10
253:8
**communal**
59:8,9
266:22
**communica...**
76:19,20,24
**communica...**
231:25
**community**
46:4 57:17
59:3 262:12
263:24
266:23
**company**
272:14
**compare**
50:16
297:18
**compared**
115:13,16
**comparison**
75:19
**competent**
77:19
269:15
**complaint**
64:12
**complete**
68:18,22,23
71:18,20
74:6 81:12
197:14
**completely**
167:7
**complicated**
115:19
**comply**
222:11,20
285:23
**composed**
11:7
**comprehen...**
47:9 141:3
141:12
**computer**

26:18
123:13
165:6
174:10
**concentrate**
10:23
**concepts**
66:25
174:11,12
**concern**
195:23
196:6
**concerned**
30:16 48:6
99:25
212:21
224:21
**concerning**
34:20 80:23
97:9 184:7
228:4,8
233:21
**concerns**
35:5,6
**concise**
183:13
**conclude**
25:4,7
291:20
**concluded**
23:24 24:24
185:17
**concluding**
217:10
242:2
**conclusion**
20:15 28:7
73:14,16
80:23 81:4
95:18 135:8
168:14
**conclusions**
13:10 55:12
61:20 78:8
78:9,11,14
**conclusive**
28:20
177:14

178:19
**conduct**
60:15
**conducted**
178:11
229:10
230:19
**confer** 237:5
**conferences**
230:14
**confirms**
177:8
**confiscated**
160:19
**conflict** 271:9
**confused**
35:9 80:12
81:5 101:5
**confusing**
172:23
**congregants**
188:12
**congregation**
1:5,8 6:17
6:20 9:13
10:18 16:13
19:21 33:3
34:21 39:11
39:15 40:5
40:12 46:6
48:15,25
59:14 64:11
68:17 76:4
86:13 90:5
90:18 91:25
93:7,16
95:24 98:21
111:2
134:19
138:7 143:7
155:4,22
164:7
165:22
168:13
169:18
179:22
180:7 184:3
188:11

191:3,14,14
194:19
196:21
197:15
203:11
215:2 222:8
223:6
235:12
239:7 243:9
244:17
245:9,13
246:20
248:10
252:2
254:24
255:6 259:7
261:14
263:5,10,13
263:15,18
263:22
264:2,11,13
264:18,20
265:5,7
267:10,13
267:15
271:21
272:3 275:5
275:18,18
275:19
284:8
285:20
290:12,18
291:15
293:11
299:23
307:21
**congregati...**
6:11 18:15
74:10
213:11
258:16
262:10,15
262:19
277:23
280:21
**congregati...**
196:22
**Congress**

59:25
140:22,23
140:25
141:14
142:15
146:15
306:17
**connected**
50:14
**connection**
43:14 60:16
60:19 85:11
85:14,17
86:14,19,22
87:6 109:16
174:21
209:10
269:16
**connotations**
272:23
**conservators**
273:7
**consider**
17:22 40:3
40:9 44:16
44:17,23
47:11 58:20
73:25 84:16
87:22 88:3
120:15
145:22
275:20
276:16,21
**considered**
36:14 40:3
43:13 52:24
83:2 85:23
110:25
158:10
202:5
279:12
286:7
**considering**
195:18
**consisted**
113:25
**constantly**
259:23

**contact**
141:19
252:22
253:4
**contacted**
5:15 41:3
**contacts** 6:16
**contain** 228:3
**contained**
276:4
**containing**
125:3
181:14
307:5
**contains**
297:22
**contempor...**
7:21
**contempor...**
44:9 47:15
52:2
**contents** 39:3
194:25
195:11,21
282:21
**context** 27:6
44:13 46:24
50:18 72:7
140:18
255:23
**continue**
131:22
228:10
267:6
**continued**
9:10 98:12
170:19
278:24
304:25
306:23
309:19
**continues**
231:14
266:21
278:18,20
**continuous**
194:16
**continuously**

139:14
**contradict**
230:22
**contradicted**
43:18 81:8
186:5
**contradicti...**
30:2 52:20
**contradicts**
123:19
**contrary**
70:25
**contribute**
138:3
**contributes**
49:14,15
**control**
174:12,16
183:23
187:15
194:10,16
194:18,24
195:10,21
228:19,25
282:20
283:14
**Cont'd** 3:2
79:23 139:4
172:7
223:15
257:19
305:3 306:3
307:3 308:3
309:3 310:3
**conversant**
85:4
**convey**
292:23
**conveyance**
293:5
**conveyed**
189:4 193:7
193:23
**conveying**
292:24
**convinced**
242:8
**cooperation**

308:18
**copies** 121:3
200:4
215:23
219:22
**copy** 4:21
38:21,23
107:11
121:6 125:9
125:10
141:24
146:21
162:6
203:10
215:18
217:13
220:21
234:24
306:12
307:20
308:7 309:4
**corner** 86:10
**correct** 11:3
12:16,19
13:25 16:21
18:20,21
35:23 43:9
48:17 52:6
52:7 53:8
67:13,14,16
68:8 77:15
78:6,23
80:4,24
81:18 85:8
94:6 101:7
109:9
112:21
113:10
114:20,24
117:12
118:3,24
119:13
126:20
128:5
131:14
135:5,9,10
136:19
137:23,25

138:12
150:2,15
152:2
153:15,16
157:23
158:3
168:16,17
175:4
179:13
181:10,11
187:11
191:12,17
192:14,23
197:11
198:20
201:17,18
206:2,9,12
207:24
213:17
222:25
223:19
226:9 233:8
240:25
260:18,19
265:11
266:23
273:16
274:10
275:24
279:24
280:13
287:16,22
287:23
291:11
292:23
293:12,20
294:5
295:17
299:2,3
302:11
**corrected**
150:14
162:7
181:25
**corrections**
302:12
311:5,7
**correctly**

196:9
210:11
259:4
**correspond...**
250:19
**cost** 75:17,17
75:19 112:6
118:9,12,17
118:21
120:8,12,17
120:24
122:16
138:3,9
281:20
**costs** 118:10
180:17
**Council**
195:17
196:9
220:14
**counsel** 40:20
61:2,3,6
113:11
167:17
199:2,14
216:23
237:5
247:15
250:5
**count** 79:14
288:8
**counted** 79:9
287:25
288:5
**counterclaim**
63:10,18
268:20
305:11
**countries**
111:9
278:19,25
**country**
140:21
141:5
**COUNTY**
302:4 303:5
**couple** 84:24
131:20

172:10
186:24
233:10
**coupled** 44:7
**course** 4:22
26:18 54:16
69:4 110:3
110:4
122:22
140:24
147:3 242:7
**courses** 54:18
54:22 56:13
**court** 1:2
103:18
260:21
261:15
269:7
311:18
**cover** 163:16
257:7,16
297:2
**covered**
109:17
133:13,14
284:24
**covering**
179:23
**cow** 206:5,6
**crafted** 10:15
239:18
**crates** 169:15
197:7
**create** 111:16
**created** 10:17
18:14 52:25
143:8
**credence**
255:25
**criterion**
271:25
**criticism**
50:23 51:5
51:9,13
**criticized**
242:2 274:7
**crowds** 247:2
**Crowning**

43:4 49:11
49:11
273:10
**crowns**
239:18
273:17
**CSI** 6:10 7:16
7:23 8:9 9:5
10:9,15,17
10:25 11:15
12:15,20
13:4,8
15:11 17:19
17:21 19:10
19:20 21:13
21:22,22
23:4,8
24:21,23
25:23 28:5
33:17 34:21
35:4,14,21
36:8 37:22
42:2,15
52:18 60:18
62:20 64:7
64:9 66:23
67:21 69:10
69:15,18
74:7,9 75:8
75:22 78:22
80:11,12,24
81:2 85:22
94:18 96:20
96:22 97:3
97:6,25
98:18 99:7
99:9,25
100:9,12,18
101:5,6,10
101:20
102:9
104:11
105:12
106:8,14
108:9 126:5
126:6
137:20,22
138:6,11

144:5,11,22
145:4 151:2
151:10,11
162:16
164:4,10,13
165:21
166:18,24
168:23
169:8,9,19
172:13
178:18,24
183:22
194:24
195:6,9,19
195:20,23
196:11
197:17
200:17,20
201:10,24
203:21
209:13,22
212:24
213:15
215:9,11
216:25
218:2 219:2
220:24
221:10,18
223:24
224:9,15
226:21
227:7,15,20
227:24
228:4,9,18
228:19
229:6,24
231:25
237:14
241:5,24
242:5,8,25
245:4,14
246:2
248:13
249:13
256:7,10
257:2
260:14
265:24

266:4,12,19
269:6,20
272:16
275:2
276:15
281:18
282:12,16
286:9
289:12,17
290:8,13
291:10
292:25
293:17
295:8
296:11,16
296:18
297:11
298:11
299:15,23
300:14,17
308:13
**CSI's** 24:8,12
81:8 191:21
205:4
228:10,24
234:5,15
235:17
253:16
**CSI001959**
233:17
308:22
**CSI0148**
237:24
309:13
**CSI0415**
203:13
307:24
**CSI06859**
184:19
307:15
**CSI0999**
247:9
309:15
**CSI1003**
251:7
310:10
**CSI1004**
251:17

310:13
**CSI11899**
121:10
305:24
**CSI1302**
248:22,25
310:6
**CSI1303**
249:2
**CSI4921**
22:20
304:22
**CSI4956**
300:18
**CSI5236**
188:22
307:19
**CSI5253**
206:23
308:6
**CSI5257** 30:6
305:9
**CSR** 1:20
303:7,24
**cultural** 44:7
**culture** 50:6
60:8 151:11
174:24
**curate** 141:17
**curator** 46:25
52:24 54:11
84:4,5,7
145:8,21
236:21
273:9
**curators**
141:16
**currencies**
117:2
**custodians**
141:19
**custody**
96:21
**customs**
17:21 226:6
229:7
**cut** 123:11
181:15

186:16
307:5
**CYI** 20:13
62:21 94:24
137:24,25
138:3,13
163:12
166:18
168:22
169:5,8,8
169:14,22
169:24
170:6
**C.A** 1:7

**D**

**d** 18:5 123:5
130:13
304:2,19
305:2 306:2
307:2 308:2
309:2 310:2
**DANIEL**
2:13
**Danzig** 83:9
83:10
**date** 9:2
15:22 18:7
22:22 26:13
30:7 63:19
69:4 79:22
89:14
104:23
121:12
124:15
134:7 142:3
146:2,16
149:11,19
150:8,9
153:21
157:24
164:21
181:19
184:20
188:23
203:15
206:24
210:4,7,19

216:15
217:17
229:14
230:2
233:19
235:5 238:2
247:11
248:23
251:8,18
256:23
311:9
312:24
**dated** 7:15
8:25 104:22
181:13
217:2,15
219:14
229:22
233:15
248:21
251:5,15
256:20
304:14
305:20
307:4 308:9
308:11,20
310:5,8,11
310:14
**dates** 41:14
147:24
148:7
**dating** 23:20
196:18
**David** 1:20
14:10,10
15:2 185:24
213:24,25
249:21
303:7,24
**day** 5:23 46:8
93:19
110:15
259:17
278:25
302:21
303:21
**days** 110:11
182:20

183:9 199:3
311:15
**de** 23:17 52:9
52:10 62:14
62:14 66:5
176:11,11
176:11
234:11
236:24
248:8 249:7
249:21
251:6
281:17
310:9
**dead** 227:2
**deal** 26:23
46:16
116:20
180:10
273:20
**dealing** 21:2
136:22
178:7,8
**deals** 56:12
**dealt** 26:23
44:6
**dear** 212:10
**debt** 87:9
**Debtor_The**
121:9
305:22
**decade** 8:5
50:8 147:24
148:6
216:16
218:5
**December**
1:12 12:4
154:2
204:19
**decide** 55:17
261:16
**decided**
99:13
154:12
271:23
273:24
**decision**

268:7
**decisions**
266:13
**declaration**
65:5 150:14
150:21
**declare** 269:7
**decoration**
114:8
**decorative**
239:18
**dedication**
199:10
289:7
**deed** 193:11
193:24
**deeded**
299:23
**deeds** 170:15
189:25
193:15,19
193:20,21
**deem** 290:10
**deemed**
66:24 224:2
311:17
**deeply**
262:13
**Defendant**
1:9
**Defendants**
3:4
**Defendant's**
63:17
305:10
**definite** 224:7
**definitive**
88:7,16,19
**definitively**
212:15,16
214:22
**degree** 84:2
260:10
**deliberately**
131:3
**delves** 72:5
**demanded**
286:23

demands
 96:20
demograph...
 270:10
demonstrat...
 226:21
denied
 195:17
department
 43:24
departments
 42:7
depends
 51:24 177:3
 268:6
depict 278:12
deposed 4:8
 104:18
 219:17
 243:23
deposing
 311:14
deposited
 31:7 36:20
 163:23
 164:5
 299:15
deposition
 1:15 5:13
 104:14,16
 175:13
 219:17
 243:18,19
 302:9
 303:11,13
 311:4,12,15
 311:16
depository
 160:21
derelict 7:3
derives 260:4
descendant
 94:17
descendants
 188:6 190:6
 190:10
 193:5 265:2
descended

184:13
describe
 267:24
 289:24
described
 32:8 193:25
describes
 76:14
description
 74:6 255:13
descriptions
 253:12,15
Design 235:7
 235:21
designed
 90:21
desirable
 262:23
desire 225:4
 291:11
 292:19
desk 278:17
destruction
 267:3
detailed
 70:16 74:3
determine
 114:24,25
 115:2
 202:24
 294:4
developed
 147:3
devoted
 273:11,13
died 76:2
dies 183:20
 183:21
 200:19
 290:7
 293:16
differ 61:19
difference
 94:11 99:23
differences
 49:22 50:9
 50:10,12
 56:4 99:24

114:7
different 11:8
 34:9,10
 48:20 49:3
 75:22 87:6
 113:2 114:6
 114:6,8,12
 117:24
 120:12
 122:3
 123:13,13
 135:8
 149:21
 157:8
 161:13
 198:10
 265:13
 267:24
 279:10
 288:23
 290:5 298:3
 298:25
differentiates
 16:18
differently
 110:21
 114:14
 131:5
 156:25
 289:24
direct 32:10
 32:20
 112:17
 193:9
 292:15
directed
 54:13
direction
 44:6
directly
 20:19
 169:22
 276:10
director
 84:23,24
disagree
 88:10

143:12,14
 143:17
 144:2
 147:18
 149:11,18
 154:19
 155:9
disagreed
 136:25
disagreeme...
 167:2
disappeara...
 188:10
disbanded
 163:15
 169:18
disbandment
 70:4 166:24
disburseme...
 68:14,16
discarded
 158:11
discounted
 243:11
discover
 200:12
discovered
 20:9 200:10
discovery
 66:8,13,14
 258:14
discretion
 220:6
discuss 156:4
 228:9
discussed
 162:11
 206:3
 244:15,16
 259:23
discussing
 130:24
 275:7
discussion
 206:7
 208:21
 242:14,15
 255:16,23

discussions
 208:21
 259:13
dismissed
 145:9
displaced
 48:19
display 155:2
 159:13,14
 280:16
displayed
 139:9,12,16
 143:20
 278:14
dispute 56:18
 86:25 174:4
 196:25
 213:10,16
 231:3,8
 262:6
disputed
 56:19
 260:22
disputes
 260:21
 261:3,6,10
 261:19,20
disrespectful
 158:12,23
dissatisfied
 273:4
dissolution
 20:12 95:23
distinction
 99:14
 169:12
distinguish
 99:6 164:8
distributed
 161:3
distribution
 270:10
DISTRICT
 1:2,3
ditto 122:24
 122:25
 123:2,3
 129:8,9,17

129:18,20
 168:2,7,9
 168:15
 300:22
Doctor 82:13
 82:14
 301:10
document
 7:15,21 8:8
 9:4,8 10:2,8
 10:11 14:4
 14:5,15,16
 15:8 16:2
 16:11 19:16
 26:10,15,17
 30:5,8
 38:11 63:20
 64:4,21
 73:22 74:2
 75:6,10
 79:18 84:20
 85:18 97:8
 98:3 112:23
 120:2,7
 124:11,23
 125:13
 131:17,20
 134:5
 150:18,19
 151:19,22
 157:2
 162:19
 181:21
 182:2
 184:17,25
 188:21
 189:5 199:2
 199:14
 209:23
 210:21,23
 211:6,16
 215:14
 217:22
 219:19
 220:17
 226:3
 229:22
 233:12,20

233:24
234:24
235:20
236:8
237:22
247:15
254:14,16
255:9,12
262:5 276:4
276:7,9,14
277:13
290:19
291:19
292:19,19
293:6,19
298:8 305:4
305:8,12
306:4,10
307:13,18
308:11,16
309:4,10
**documentary**
72:22 75:4
81:8 176:8
176:9
**documenta...**
8:2 50:17
97:18,19,19
**documents**
8:12 9:18
21:16 27:24
29:11 50:15
52:12 55:8
55:10,12
56:13,14,16
66:18,20
67:4,12,15
67:17,23
70:22 71:7
71:10,16,18
71:20 73:19
73:21 76:23
78:8 85:20
128:18
129:24
130:21
136:17,23
144:21

156:24
162:18
166:12
170:18
171:3,4
172:14
173:9,11,15
173:17
174:7,8
179:3,6
182:21
185:20
195:5,5
201:15
202:13
217:2
235:23
236:2
249:25
250:6,11,16
294:2
**doing** 5:14
83:8 258:14
293:25
311:8
**domain** 29:16
253:20
**domestic**
115:25
**donate**
183:17
267:5
**donated**
10:17 16:13
34:14 35:6
94:23 138:7
182:14,18
185:17
196:3,4
209:3
**donation**
186:20
195:24
196:16
212:22
213:8
**donations**
32:11,20

160:2
169:22
179:23
197:10,12
214:16
**donor** 77:13
77:14
**dot** 31:22
**dots** 241:10
**doubt** 28:12
28:14
176:23
246:18
**doubtful**
242:22
**Dr** 4:7 8:25
16:4 18:9
82:13 87:10
87:11 97:5
109:17
139:8
150:11
157:11
214:17
230:3
240:16
248:8
274:25
304:13
**draft** 60:25
61:3 162:5
250:14
**drafts** 60:24
61:2
**draw** 55:11
78:9 99:13
168:14
**drawing**
226:2,4
**drawn** 13:10
**drew** 4:18
26:17 78:8
78:11 80:22
81:3 135:8
135:9 282:5
**dschumeist...**
2:14
**due** 87:9

112:10
117:22,23
117:25
118:3,5,7
119:11,15
129:3,21
**duly** 4:2
37:24 39:7
40:8 208:11
303:12
**duplicate**
31:10 37:5
37:9,14
38:20,24
**duplicates**
37:18
**duplication**
39:2
**dwindling**
188:10
263:16
270:8
**dying** 263:23
**d'art** 253:13
**d-o** 167:24
168:4

---

**E**

**E** 2:2,2 3:2,2
91:10 172:2
172:2
258:10
303:2,2
304:2 305:2
306:2 307:2
308:2 309:2
310:2 312:2
**earlier** 7:16
7:22 97:9
162:18
259:16
**earliest** 49:19
125:3
**early** 23:20
142:12
155:24
176:11
192:17,18

220:25
233:12
308:16
**easier** 56:16
56:17 207:2
**easy** 146:10
**eating** 145:15
**economic**
264:14
**economist**
116:19,22
**economy**
116:20
**Edgar** 249:14
249:21
**edifice** 90:17
**Edinger**
229:23
230:12,17
308:12
**edit** 40:19,20
**edited** 43:6
273:22
**editor** 128:9
**effect** 101:12
102:2
220:18
**effects** 25:14
163:17
164:16
**effort** 145:16
**Egypt** 272:5
**eight** 264:5
**Eisenberg**
42:11
**either** 16:12
76:6 80:11
81:4 127:15
272:5
284:24
**elaborate**
156:22
**elaborately**
90:21
**elements**
278:23
**eleven** 157:22
158:2

**ellipsed**
297:22
**ellipses** 31:23
32:3
**elucidate**
70:22
**elucidated**
181:8
**elucidates**
72:23
**emigrated**
278:19
**emphasis**
50:5
**emphasize**
146:24
**Empire**
278:21
**employed**
145:12,16
145:19
**empowered**
214:3
**enclose**
211:24
**encompass**
60:5
**Encompass...**
43:3
**endeavor**
27:13
**ended** 95:10
95:12,14,16
95:20 96:17
**engaged**
261:17
**engrave**
114:10
**engraved**
95:25 96:2
100:11,12
114:9
**engraver**
180:14
**engravers**
116:18
**engraving**
96:3,5,5,12

99:17 108:5
116:8
**enhance** 48:8
109:21
**enhancement**
116:17
**enlargement**
122:18
**ensued**
222:21
**ensure** 176:4
196:21
**enterprises**
261:5 273:2
**entire** 38:5
**entirely**
92:20
**entitled** 21:17
21:18,19
22:2,6
26:11 40:25
79:18
102:16
134:5
146:14
233:12
234:25
237:22
305:4,12
306:10,16
308:16
309:4,10
**entity** 138:6
263:17
**entries** 62:4
111:14
117:4 135:4
137:11
228:11,17
**entry** 29:15
112:11
121:17,19
123:16
126:8,24
132:16,21
132:23
134:12
136:25

137:3,5,10
164:18,20
164:21
165:13
179:12
180:21
181:4,10
**enumerated**
158:19
**enumerates**
201:25
**equal** 73:8
**equivalence**
117:2
**equivalent**
116:13,14
**erected** 90:18
**errata** 311:6
311:8,11,14
**erred** 64:16
**erroneous**
65:3 199:4
**ESQ** 2:9,11
2:13 3:9,11
3:13,15
**essay** 17:25
23:12 47:5
**essays** 88:24
**essential**
266:22
**established**
45:17
160:19
196:19
262:17
**estimate**
41:10,16,18
41:20
116:15
**estimated**
138:8
**Europe** 85:3
145:18
174:22,24
**European**
56:9
**evaluate**
176:6

**event** 153:7
161:14
227:24
275:4,8
**events** 74:20
75:3 136:15
153:8,9
187:10
193:9,25
**eventually**
94:16 189:9
201:23
**everybody**
176:15
**eviction**
269:10
**evidence** 25:5
28:20 36:11
51:10 53:25
54:2 55:14
55:20 61:23
70:25 72:23
73:13,15
74:11,17
78:17 80:10
81:8 85:12
94:9,19,25
95:7 96:25
101:5,25
108:11
128:22
136:21
144:5,14
150:9 163:9
163:12
177:14
178:23
201:14
213:2
228:18
234:15,18
235:16
240:14
247:4
274:25
289:10,20
**evidences**
227:12

**evident** 52:25
**EX** 229:22
**exact** 84:4
127:20
**exactly** 55:7
98:7 163:5
177:17
200:8
220:12
**examination**
4:5 29:25
70:16 79:23
139:4 172:7
223:15
257:19
274:23
292:16
299:9,13
304:3
**examine** 12:8
50:16 175:7
**examined** 4:3
12:5 61:23
**example**
22:15 55:17
73:23,25
115:23
130:14
185:22
200:15
231:19
261:9
284:15
**examples**
53:6 56:9
**exceedingly**
69:19,20
202:6
**exception**
97:14
**excerpt** 15:18
18:4 89:19
223:21
282:3
304:15,18
**excerpted**
280:9
**excerpts**

89:11
283:21
305:16
**excuse** 69:5
129:16
134:25
**executive**
252:2
**exemplary**
87:14,22
88:3
**exercise**
183:23
282:20
283:14
**EXH** 8:24
15:18 18:4
22:19 26:10
30:4 63:17
79:18 89:11
104:21
121:8
124:10
134:4
141:24
146:13
153:18
181:13
184:16
188:20
203:10
206:21
217:13
233:11
234:24
237:22
247:8
248:20
251:5,15
256:20
**exhibit** 8:21
8:23,24 9:3
15:18,25
18:3,4
22:19 26:10
30:4 63:5,8
63:16,17
64:22 65:4

65:5 79:18
83:22 89:11
93:4 104:21
107:4 121:8
124:9,10
132:3 134:3
134:4
137:14
138:23
141:23,24
146:12,13
148:13
153:18
181:13
184:16
188:20
192:7,8
199:23
203:9,10
206:20,21
215:23
217:13
229:21,22
233:11,21
234:23,24
237:21,22
247:8
248:18,20
251:5,15
256:19,20
268:13,15
268:16
294:21
295:4
298:14
299:8 300:6
304:13,15
304:18,21
305:4,7,10
305:12,16
305:19,21
306:4,9,12
306:15,18
307:4,12,17
307:20
308:4,7,11
308:15
309:4,10,14

310:4,8,11
310:14
**exhibited**
252:19
**exhibition**
46:15 52:25
53:12,13
139:25
140:4 142:8
142:14,21
142:24
144:17
153:2 154:4
231:23
232:15
235:2 252:6
252:15
256:7,9
284:15
309:6
**exhibitions**
53:6 140:10
141:21
146:15
306:17
**exhibits**
121:15
224:4
304:12
305:3 306:3
307:3 308:3
309:3 310:3
**exist** 64:14
173:13
234:19
294:22
**existed** 39:4
90:19
**exists** 39:3
**expect** 152:16
195:2,11,22
196:13
198:18
213:15
224:20
262:9,19
266:11
**expectation**

165:21
**expected**
101:10,20
102:8
104:10
106:9,17
108:8 153:5
224:14,24
**expense**
163:22
**experience**
58:2 67:2
258:20,24
259:9,25
**expert** 4:10
8:24 26:24
52:24 57:9
57:11,22
72:3,4 83:2
119:23
120:9,15
151:11
157:11
170:13,15
170:17
193:18,21
197:19
223:9
259:10,15
260:2,8
304:13
**expertise**
54:9 57:25
72:9,15
191:23
260:4,11
266:15,16
**explain** 70:10
182:23
218:18
287:6
288:21
**explaining**
72:7
**explanation**
78:19
132:13
286:8

**expulsion**
278:20
**extant** 117:8
125:3
**extensive**
159:13
**extensively**
62:15
**extent** 10:6
82:25 276:3
**exterior**
147:2
**extra** 107:10
110:11
267:5
**extraneous**
111:11
**extraordin...**
155:2
**extremely**
278:22
**Ezra** 32:8
**e-mail** 181:13
307:4

**F**

**F** 172:2 303:2
**fabrications**
103:19
**fact** 20:8 28:5
34:20 36:8
56:15 80:12
81:2 100:17
101:6 117:5
140:9 157:2
157:7
161:17
165:12
166:22
194:18
199:11
201:22
202:20
218:3 224:4
228:18
231:10
239:5
246:20

267:9
294:13
**facts** 26:19
27:9 72:23
75:17 78:10
78:12 95:15
**factual** 55:11
78:8,9,11
**fail** 264:2
311:16
**fair** 27:18
73:10 76:13
76:23 77:5
147:7 153:6
**fairly** 27:9
216:18
**fairy** 27:16
**fake** 47:6
**false** 241:22
**familiar**
144:18
**families**
93:19
**family** 31:8
33:22 36:2
37:3 39:5
93:13,14
96:20
164:14
183:4,16
184:14
207:18
208:23
259:12,22
**famous**
239:19
**far** 16:7
99:24
157:15
173:19
207:15
**fashion**
154:12
**fast-forward**
262:18
**fault** 195:9
**favor** 278:7
279:8

**favorable**
135:15
**February**
33:2 217:15
219:14
222:5
285:13
308:9
**feed** 111:7
**feeding**
158:21
**feel** 226:22
232:14
269:15
**felt** 7:2 65:20
225:21,25
226:7
227:15
**few-minute**
274:16
**field** 42:23
43:11 45:16
**fifteen** 42:21
112:5,6
271:12
278:4
**Fifth** 84:11
**fifty** 265:25
**figure** 90:2
113:15
121:14
**fill** 50:17
**final** 162:5
**finally** 184:14
**Financial** 3:6
**financially**
266:9
**find** 19:17
24:4,8,12
81:6 107:7
107:18
113:6
114:18
120:6 133:4
165:3,5
166:7
186:10
198:6

202:25
206:25
242:25
245:4,16
253:9,15
281:15
**finding**
245:11
**fine** 84:3
137:19
145:13
283:17
**finial** 254:24
254:25
**finials** 10:14
16:11 28:22
91:5 99:18
108:4
115:19,23
117:6,7
143:9,21
158:18
159:10,13
159:16,20
160:5,8
183:3
202:20
225:11,17
273:12,15
274:8,11
287:9,11
292:10
**finish** 23:21
24:13
132:20
241:25
275:13
**finished**
11:22 116:3
189:13
241:11
277:5
**finishing**
108:20
115:10
**fire** 267:4
**first** 9:8 13:3
33:7 34:18

34:19 37:2
38:15 64:10
64:10 75:15
78:24 86:12
88:20 90:16
92:18,18
95:23
101:12
111:15
114:9
121:19,20
124:11
125:6
127:14,14
127:20
128:25
130:16
147:14
154:17,25
155:22
158:7
169:19
178:21
183:13
191:6
195:25
210:9
211:18
215:21
216:16
218:5
235:19
239:6
240:19
249:12,20
251:20
262:3,7
269:12
275:13
290:6
291:24
298:10
299:13
306:4
**Fisher** 104:18
109:17
**Fisher's**
219:17

**fit** 56:7
**fits** 180:11
**five** 10:13,14
56:7 88:13
94:13 115:9
115:11
117:7
244:12
**five-and-a-...**
59:16
**five-page**
26:10 305:4
**fixtures**
257:23,24
282:25
**floor** 98:7,8
98:13
**flowers** 114:9
114:10
**fluctuated**
120:19
**focus** 63:22
63:24 64:25
105:15
156:25
175:24
**focused** 50:13
50:15 157:9
157:10
**focuses** 105:3
**focusing**
62:17,18
149:23
286:20
292:18
**folks** 189:25
**follow** 61:18
185:3
**followed**
175:18
**following**
31:9 37:4
37:13 127:7
170:19
188:9
284:17
291:15

304:25
306:23
309:19
312:4,5
**follows** 4:4
37:7 45:14
64:12
168:20
172:6
**footnote**
53:14 189:6
249:5,18
**footnotes**
133:12
250:14
**footnoting**
189:21
**foregoing**
302:8
**Forget**
236:16
**form** 13:16
28:15 54:5
59:4 96:6
105:8
112:25
151:15
152:13
190:3 192:3
229:12
237:24
248:2 276:6
279:5,7
280:2,22
281:14
283:3 284:3
284:5
286:14
288:4,7
289:13,19
290:14
292:9
309:12
**formal** 59:2
190:17
293:5,18
**formally**
56:10

293:19
**formation**
35:7 70:3
97:2
**formed**
114:15
178:21
**former**
279:16,17
**formerly**
33:18 34:13
35:24 98:15
299:21
**forth** 75:18
209:7
229:18
258:11
265:18
303:11
**forthcoming**
27:25
**forty** 153:15
**forward** 35:2
104:5,22,24
142:18
285:8
305:19
**forwarded**
222:10
285:23
**found** 21:12
66:16,17
67:10,15
114:21
120:2 148:2
150:9
172:23
198:22
203:2 211:7
245:10
246:2
**foundation**
13:17 62:23
63:2 105:9
106:12
126:19
144:7,10,13
190:4 238:9

286:15
295:13
**founded**
203:12
265:4
307:23
**founders**
265:3
**founding**
46:6
**four** 6:2
10:13 32:10
32:12,16,18
34:14 35:6
87:19
169:21
170:3 206:8
208:25
209:2,3,8,9
233:11
282:10,12
282:13
296:6,10,21
**fourth** 62:7
91:9 155:21
**four-page**
308:15
**Frankel** 1:18
2:5
**Frankfurt**
145:8,10
**frankly** 205:6
**frequently**
83:21
**Freudenhei...**
52:21,23
53:24 55:18
55:19,19
81:16 83:24
83:25 87:2
**friend** 17:15
**friends** 17:14
42:8,9 90:9
**front** 4:13
25:13 51:14
89:10 104:6
296:20
**full** 10:5 33:7

90:16 92:18
93:11 276:3
**fully** 10:4
**function**
48:12 49:8
**functionaries**
179:19
**functions**
59:15
**fund** 194:4
195:2,12,22
195:23
**furnishings**
239:21
240:25
241:3
273:14
**furniture**
265:20
**further** 84:13
172:6
228:17
280:5
292:16
299:5,9
303:15

**G**

**gangs** 111:9
**gap** 216:13
**gathered**
247:4
**general** 26:2
56:8 68:12
73:5 92:23
139:23
166:14
173:4 176:2
176:19
230:9 245:8
262:11
271:3 275:2
**generalizat...**
264:3
**generalized**
152:5
**generally**
44:24 47:12

48:4 52:8
**generic**
111:21
**George** 75:3
**germane**
278:2
**Germany**
145:18
160:6
**getting** 35:8
45:19 72:17
164:19,20
228:21
290:3
**gift** 77:15
**gifts** 77:9
137:22
138:11
**Gilbert** 84:7
**gilt** 112:11
**give** 4:20
8:21 31:8
35:24 41:10
41:14,15,18
41:20 51:13
73:23 95:15
104:4
111:24
121:4
145:18
150:8
152:19
165:24
191:2 206:5
206:15
212:23
220:22
251:14
255:25
263:19
269:17
275:14
290:11
300:10,16
**given** 8:16
37:3 39:5
54:25 67:3
68:14 75:24

94:16 97:4
102:17,19
125:8,19
136:14
164:6,8
175:9,14
201:23
202:2,20
224:6 225:9
243:21
257:2
277:19
299:11
303:14
**giving** 121:6
166:15
183:22
208:6
252:14
265:17
283:13,18
**glass** 206:25
207:6
**Glory** 43:4
49:11,12
273:10
**go** 6:25 22:10
22:24 29:6
30:12,24
36:17,24
39:17 50:3
50:17 51:11
54:6 58:23
60:24 79:7
79:10,25
80:2 89:21
93:2,14
97:24 98:3
98:23
106:21
107:4
109:12
116:24
126:24
128:17
132:10
140:7
151:21

160:25
162:2
164:25
167:12,20
168:18
172:9 192:6
195:19
196:10,17
210:3,25
218:21
221:20
228:2
236:23
237:7,11
242:9 247:6
253:11
259:19
261:9
271:11
290:8 291:3
298:12
299:24
300:13
**goal** 262:23
**God** 234:25
309:5
**goes** 74:4
86:15 112:9
131:17,21
143:20
178:2
187:16,20
252:21
261:11
**going** 8:21
10:3 18:8
45:25 47:20
73:11 95:5
102:14,22
102:23
104:2,3,5,7
105:23
106:5 121:4
124:7
148:17
154:24
155:25
161:24

167:7
172:17,18
198:14
203:6
218:16,17
220:12,19
229:3
231:17
248:18
259:17
262:13
276:4
277:14,17
277:24
279:19
291:3
**gold** 158:10
**Goldsmith**
89:13
305:18
**good** 4:7
84:14
139:15,23
139:24
140:9,12,19
173:14
176:16
192:11
208:6
257:17
264:7,8
273:6
**governance**
270:16
**government**
160:24
**grade** 161:24
**Grafman**
273:23
**grandson**
214:2
**grant** 237:13
**Grants**
237:23
309:11
**gratitude**
87:9
**great** 6:15

13:6 47:13
158:8 207:9
**greatly** 23:11
**grew** 183:25
264:4
**GRINBLAT**
3:13
**grounds**
286:15
**groundwork**
19:7
**group** 194:19
208:23
**groups**
208:21
**guarantee**
179:25
**guardian**
205:23,25
**guardians**
266:8
**guardianship**
206:9
**guess** 16:3
228:21
292:15,18
**Guido** 87:10
87:11 145:6
153:18
306:18
**Gutstein**
52:17,19
81:11
201:20,21
**guys** 26:7

———————
H
———————
**Hadassah**
59:12
**half** 29:11
195:25
199:8
**hand** 99:17
114:10
116:6
146:24
169:20
301:8

303:21
**handed** 96:22
**Handing**
219:19
262:5
**handled**
281:5
**handling**
140:15
**hands** 124:23
277:18
**handwriting**
123:13
**handwritten**
22:19 30:5
121:9
141:25
184:17
188:21
206:22
247:8
304:21
305:8,21
306:12
307:13,17
309:14
**handwritte...**
308:4
**Hans** 84:20
**happen** 268:2
269:14
**happened**
74:24 78:5
78:19
125:15
130:25
136:14
144:19
169:11
209:2
223:18
225:5
232:23
267:25
277:11
**happens**
150:7 206:6
264:9

**hard** 30:13
205:10
206:16
**Hart** 164:7,9
**hastily**
183:11
**Haven**
142:10
**Hays/Myers**
292:7
**hazzan**
182:25
208:2
**head** 84:8
179:22
182:25
**headed** 121:9
124:12
141:25
305:22
306:6,13
**heading** 98:5
**headings**
61:9
**headpieces**
86:13,20
**heads** 42:7
**hear** 89:24
167:5,10
**heard** 140:23
142:19
204:11
270:9
**hearsay**
263:15
270:5
**heart** 109:12
**Hebrew**
112:17,18
171:3 204:5
**heichal** 31:8
32:17 36:22
208:15
**height** 114:6
**held** 59:2,8
**help** 4:24
26:19 39:12
265:20,21

**helped** 213:4
**hemisphere**
258:16
262:17
**Hendricks**
164:9
**hereinafter**
280:4
**hereinbefore**
303:11
**hereunto**
303:20
**hexagonal**
212:20
292:9
**he'll** 9:22
**hierarchy**
71:21 72:18
**high** 17:17
141:17
**highlighting**
125:11
127:23
**highly** 255:18
**historian**
26:21,22
27:3,5,8
54:20 56:12
70:12,24
71:3,6 72:8
73:11,12,14
139:9 145:7
286:6
**historians**
50:15 60:6
60:7
**historic** 90:3
90:20
105:17
263:17,18
**historical**
12:6 27:6
49:25 55:4
58:3 59:19
59:22 60:3
60:10,13
70:5,7,8,11
70:13,14

71:15 72:23
75:3 124:13
128:10,14
162:14
190:24
223:25
233:15
247:4 252:4
253:5
264:14
283:18
289:5 306:8
308:20
**Historically**
260:4
**histories**
194:2
**Historisches**
145:8
**history** 17:23
23:4 26:23
26:25 27:4
27:7 44:6,7
46:3 48:23
49:18,23,24
49:25 50:6
50:11,11,13
50:13,13,14
51:21 54:19
54:22,24
55:2 56:8
57:14 66:2
71:22,23,25
72:3,5,5,6
72:19 81:13
109:4,6
124:25
136:17
145:23
150:10
151:2,10
152:5,6
172:23,25
173:3,4
176:12
181:25
182:5
196:19

226:5 243:8
243:13
248:9
269:22
294:19
295:2
**hold** 17:17
98:2 189:14
191:11
192:9
199:15
291:23
300:7
**holes** 116:8
**holiday**
110:10
**holiness**
158:11
279:11,14
283:10
**holy** 68:5,7
98:5 121:10
126:16
130:8
279:13
305:22
**home** 20:12
142:10
145:18
**honest**
164:23
**honor** 111:17
235:2 309:6
**honorary**
245:10,14
246:2
**horrifying**
273:9
**hour** 41:5
**hourly** 41:4
**hours** 5:24
6:2 41:6,14
41:21
155:24
**house** 34:24
122:13,15
129:3,4,19
129:21

234:25
309:5
**hum** 168:8
**hundred**
29:16
**hundreds**
260:5 261:9
**hurtful**
267:12
**Hyman** 193:6
**hyped** 140:2
**hypothetical**
23:21
101:17,23
102:11
179:4
**H.P** 213:22

**I**
**idea** 7:11
59:5 97:21
**IDENT**
304:12
305:3 306:3
307:3 308:3
309:3 310:3
**identical**
11:21 12:9
91:25
**identifiable**
299:14
**identification**
9:2 15:21
18:6 22:21
26:12 30:7
63:19 79:21
89:14
104:23
121:11
124:14
134:7 142:3
146:16
153:21
181:19
184:20
188:23
203:14
206:24

217:17
229:25
233:18
235:5
237:25
247:10
248:23
251:7,17
256:23
**identified**
184:4
211:10
**identify** 15:9
51:4 62:12
165:18
**identifying**
70:18
165:16
**ignore** 70:25
**II** 160:16
**illegitimate**
110:18
**illuminations**
278:11
**illustrate**
187:15
**illustrated**
91:10 152:7
**illustrious**
152:21,24
**immediately**
232:9
**imperative**
311:13
**impinge**
260:6
**implicate**
260:17
**implies** 99:22
**imply** 22:18
284:7
**implying**
99:11
**importance**
146:25
225:11,17
228:9
**important**

19:5 27:11
27:12 40:10
68:12 88:25
120:24
202:6,21
225:15,23
263:12
264:18,24
265:9,11
277:22
278:22
**imprecise**
263:14
**impressed**
141:13
**impression**
74:15
**impressive**
9:24
**improper**
14:6,16
167:18
**inaccuracies**
135:14
**inaccuracy**
106:24
**inaccurate**
90:6 128:19
240:12
255:18,24
255:25
274:7
**inappropri...**
33:10,14
70:24 71:3
72:8 241:17
**incident**
194:17
**include** 19:14
70:17 105:5
201:13,16
239:13
241:18
**included**
265:17
299:20
**includes**
205:18

214:8
231:11
239:12
**including**
50:6
**inclusion**
231:22
**incomplete**
101:22
102:11
**Incompreh...**
28:17
**inconsistent**
253:16
283:25
284:11
**incorporated**
53:7,10
**incorporates**
23:11
**incorporati...**
229:17
**incorporati...**
190:9 223:5
223:7
270:18
**incorrect**
34:8 91:15
**indentures**
269:8
**independen...**
232:15
**indicate** 99:2
241:21
**indicated**
38:13
130:19
217:15
308:10
**indicates**
153:25
202:3,21
**indicating**
65:11 80:10
107:12
186:17
192:12
**indication**

153:12
**indications**
21:12 72:22
**indirectly**
276:11
**individual**
111:25
146:8
197:12
210:16
243:13
261:8
293:12,15
**individually**
36:22
180:15
212:20
290:6
**individuals**
36:10,13,18
197:13
299:22
**infallible**
177:24,25
**infer** 220:20
**inference**
223:24
229:5
**inferences**
226:2,4
**influenced**
56:8
**information**
32:21
121:24
154:11
251:14
253:14
**inherent**
136:21
274:12
**initial** 193:3
**ins** 246:10
**inscription**
108:5
**insert** 250:2
**inserted**
250:4

**insist** 220:5
**insisting**
229:6
**insofar** 53:12
85:22
**instance**
103:22,23
161:5
**instances**
233:5
262:20
267:2
**Institute** 84:3
145:13,20
231:21
232:4
**institution**
84:6 238:12
252:4 253:6
**institutions**
267:24
**instruction**
275:15
**INSTRUC...**
311:2
**insurance** 7:9
7:10,13
272:12,15
272:17
**intended** 77:6
77:14,14
109:20
294:5
**intent** 80:2
**intention**
77:10
**interchang...**
294:14,17
**intercongre...**
271:14
**intercongre...**
258:21
260:18
265:10,16
267:13,23
270:20
271:8,10,15
**interest** 23:7

47:13 93:8
93:16 105:4
140:6 188:7
**interested**
44:8 271:17
271:17
303:18
**interesting**
236:12
**interestingly**
271:23
**interests**
193:7
**intergenera...**
266:21
**interior**
239:21
240:24
272:10,11
**international**
60:2
**interpolated**
182:2
**interpose**
18:10
300:24
**interpret**
25:24 118:7
168:15
193:15
292:22
**interpretat...**
293:2
**interpreting**
199:11
**interprets**
186:19
**interrupt**
6:24
**interrupted**
277:21
**interruption**
162:3
**intonation**
231:7
**introduction**
43:7 274:2
274:4

**invent** 177:19
**inventoried**
223:4
**inventory**
19:18,19
22:20 25:10
25:14 36:12
68:2 73:24
74:4,13
95:25 96:23
97:23,24
98:16,17
138:18,22
162:2,5,9
163:10,13
163:16
165:13
167:13,20
172:12,20
172:22,24
177:6,7,16
177:18
178:2,13,18
178:19,23
179:2,2,3,4
216:10
259:6
282:14
296:3,5,13
296:15
299:8 300:8
304:21
**investigate**
175:16
205:5 242:6
265:23
269:24
**investigation**
109:15
132:15
178:5,11
243:12
270:12,15
**involve** 50:2
**involved**
203:23
**involving**
260:22,23

118:20
**Island** 1:3
39:22,23
40:6 90:3
91:13,24
190:10
195:13
201:5
203:12
212:3 234:2
235:7,21
280:4
307:23
**Israel** 1:5,8
9:13 10:18
10:20 12:6
16:12,12,16
16:17 18:5
25:15 32:10
35:7 36:19
36:23 40:7
40:14 42:14
46:6 48:21
52:12 64:11
64:13 70:2
85:17 92:2
93:7,16
94:2,15,19
96:24 109:5
117:6,11
143:8 155:4
155:5,5,23
159:17
161:4 173:5
177:10,19
182:15
188:9
189:10
190:14,25
191:15,19
192:2 193:4
194:20
196:19
199:9 200:6
203:12
208:24
215:2 222:8
230:19

235:12
239:8
262:14
263:19
284:19
285:21
286:11
287:3,21
290:2
291:21
294:12
295:22
304:19
307:22
**Israel's**
282:19
**issue** 56:19
71:17 81:10
111:7
113:19
114:15
157:9 184:7
196:6,7,25
205:22,23
214:9,18
222:24
234:9
246:10,17
260:13
269:18,21
270:20,21
278:2
283:24
286:7
**issued** 70:18
81:17
**issues** 65:15
156:4
195:18
259:23
260:18
266:17
271:15
**Italy** 278:20
**item** 77:14
121:20
122:13
129:8

235:10
**items** 19:8
76:4 77:8
129:5,6,7
179:17
187:15
248:11
252:4 253:6
260:22
261:7,7
299:19

_____
**J**
**J** 40:14
**Jack** 52:2
**Jacob** 34:22
192:25
**Jacoby** 2:11
30:23 53:15
63:9 86:8
93:4 137:14
138:23
148:13
161:12
186:15
207:4
215:25
247:14
248:25
268:15
298:15
300:8
**January**
303:21
**January-Fe...**
217:2
**Jeanette**
46:20 87:13
88:7 89:12
133:23
134:9
305:16
**Jeanne**
175:12
**JENNIFER**
3:15
**jennifer.chi...**
3:16

**Jersey** 264:4
**Jeshuat** 1:5
40:14
203:11
230:19
235:12
294:12
295:22
307:22
**Jeshurun**
48:16 59:14
**Jewish** 15:19
23:5,7
26:24 42:24
42:25 43:11
43:12,15,19
44:10,11,23
44:24 45:10
45:13 46:4
46:15 48:3
51:21 52:3
54:14,14,16
54:19,22,24
55:2 57:2
57:14,17
58:6,8 59:3
59:7,9,19
59:21,24,25
60:6,12
81:17,20,22
82:17,18
83:16,20
84:2,4 85:5
93:2 104:24
105:2,4,4,6
105:10
124:13,24
128:10,14
133:19
134:10
145:10,21
158:9 159:6
159:7,9,12
159:19
160:7,20
161:3
162:14
205:21,23

224:4
231:22
233:13,14
235:3
236:18
263:23
266:22,23
270:23,25
281:3
304:16
306:7
308:17,19
309:7
**Jews** 60:15
110:13
260:24
261:4
**Job** 1:22
**joined** 44:22
**Jonathan** 2:9
51:22 54:24
133:9
**Jones** 91:10
292:8
**jpegs** 174:9
**JTS** 45:21
**Judaica**
43:25 46:16
46:25 83:18
89:5 204:4
226:5
**Judaism** 49:3
262:16
**judge** 55:24
55:25
103:25
268:3 294:8
**judgments**
55:20
**jurisdiction**
266:10
**jwagner@...**
2:10

_____
**K**
**kahal** 168:13
300:22
**Kansas** 59:16

**Kassel** 160:6
**Katherine**
92:4
**kedusha**
229:18
283:10
**keep** 21:16
39:12,20
71:23
209:24
220:21
**keeping**
25:15
163:17,19
163:25
168:10,13
296:17,24
299:12
300:23
**keeps** 69:18
221:10
**Kehillas**
59:14
**Kehillat**
25:15 48:15
**kept** 26:19
97:6 118:19
**key** 112:24
**kind** 83:3
87:14 140:5
140:15
265:22
276:20
**kinds** 75:22
111:22
202:12
**KINGS** 303:5
**knew** 23:10
23:18 83:10
112:15,20
144:11
203:22
246:9
**know** 13:2,6
14:25 15:8
17:5,12,16
20:23 23:16
24:20,22

26:2 32:9
33:14 42:6
42:7 49:17
51:7 59:7
62:2 64:8,8
67:3,7,11
76:14 83:13
84:4 85:2
85:10,17
92:4 94:14
94:15 95:9
95:13 98:9
98:9,24
99:4 100:3
100:4,5,6
100:15,19
100:21,23
103:25
104:17
106:14
109:2 112:3
113:18,22
116:7
117:16
118:12,14
119:2,6,10
120:18
125:20
127:3,13
128:12
131:9,14,25
133:9
135:17,24
136:14,16
136:17,18
136:20
138:25
139:19
144:16
145:14
146:10
150:6 152:2
152:17
153:10
155:11
157:24
159:18
160:17

161:16,18
161:19,20
161:21,23
161:25
162:4,8
163:2,7
165:2,7
166:8
170:11
173:20
176:11,21
177:20
178:10
182:3,5
186:4,21
191:24
192:3
197:17,18
198:12,15
200:7,8
201:16
202:8,14,16
202:19
203:24
204:13
206:14
209:2,8,17
210:4,18,22
210:24
211:5
212:12,15
212:16,16
212:19,22
214:8,21,22
214:22
216:7,16,17
217:4 218:6
218:12
219:10
220:9,13,19
221:7
222:21,23
224:17
225:5
226:15,16
226:18,24
227:3 232:7
233:9 236:5

236:12
239:12,14
239:23
244:2,4,22
246:7,12
247:2 248:6
248:6,8
250:20,23
250:24
251:2,22
252:10
256:15
257:11
258:21
260:5
262:20
263:9
265:20
267:2 270:3
272:12,14
272:15,16
272:19
273:2
274:10
275:25
277:4
284:17,22
284:25
285:4
286:16,22
288:2
295:19
296:10,21
297:19
**knowing**
103:16
243:8
**knowledge**
16:23 20:21
20:22 54:7
74:20 85:16
142:20
144:19
155:14
166:19
168:24
178:12
226:5

256:12
274:6 276:3
**knowledge...**
17:19,21
58:4 106:19
150:25
151:5,9
246:8
259:20
**known** 36:13
72:24 89:3
90:19
144:17
164:7
262:11
295:23
**knows** 243:13
246:9 295:7
295:10,16
295:19
**Kodesh** 25:15
**Kramer** 1:17
2:5

———————
**L**
**L** 301:5
**label** 164:24
199:4
**labeled** 210:2
**labels** 65:7
**labor** 116:6
**Lack** 190:4
**laid** 19:7
**land** 181:17
189:15
190:2,7,14
191:11,17
191:21
307:9
**language**
31:24 33:11
37:14,16
40:16 53:19
81:6 117:24
127:10
130:24
154:23
185:11

191:24
240:23
252:18
275:17
**large** 115:18
**largely** 116:2
270:7
**larger** 131:20
159:16
**late** 5:15 6:18
31:9 33:22
37:4 75:25
87:13
145:11
180:3
207:18
230:15
232:15
233:3
291:13
293:8
**law** 57:2,2,9
98:5 158:9
161:18
190:8
205:21,24
**laws** 195:3,4
195:12,22
195:23
**lawyer** 40:24
56:21
103:23
283:16
**lawyers** 5:19
257:3
**lay** 124:23
277:17
**LDA** 1:7
**lead** 73:15
116:16
**leader** 247:3
**leadership**
58:17,20
266:19
**leads** 75:18
**leans** 23:11
**learn** 280:25
**learns** 56:14

**lease** 66:23
**leases** 170:13
**leave** 33:11
40:16 44:2
220:6
231:12
241:14
**leaves** 94:18
**lecture**
152:17,19
153:11,22
154:2,23
158:5
**ledger** 13:11
17:2 28:25
29:2,3,7,13
29:25 67:24
68:3,4
121:2,9
122:5
127:10
129:17
175:20,22
179:16
258:19
305:21
**ledgers** 15:13
**left** 44:21
119:18
192:12
254:21
297:15,19
301:8
**Legacy**
105:17
**legal** 12:25
26:3 56:19
56:23,25
57:4,7
66:25 77:16
77:25
170:12,17
171:3,4
174:12,18
188:17
189:14
191:11
192:5

193:20
226:11,16
247:24
283:13
**legally**
193:23
**lend** 165:22
165:24
166:2,3
183:2,15,17
183:18
197:8
232:15
253:9
**lending** 15:6
224:3
235:17
259:6
**lent** 32:10
35:4 82:9
96:18,19
97:4 169:13
184:2 185:3
225:8
227:15
233:5,25
235:12,20
254:9 290:5
291:12
293:8
**lesser** 279:14
**letter** 9:11
85:18
130:19
182:24
183:6,14,20
184:15,21
185:3,6,14
185:17
186:6
200:16
211:23
214:25
229:5
236:23
249:10,11
249:15,21
249:23

250:21
251:5,9,15
251:19,22
252:14
253:7
256:20,24
257:10
277:9
289:15,16
290:21
291:7,10,25
292:2
293:23,24
310:8,11,14
**letters** 34:22
200:16
248:20,24
249:3,6,23
293:7 310:4
**let's** 10:19,22
10:23 18:3
26:9 30:3
31:18 36:17
36:24 38:17
39:6 49:23
58:23 89:7
89:24
106:21
108:19
109:12
111:14
120:23
121:2
123:25
124:8
126:24
141:22
146:11
148:11
162:2
168:18
174:23
175:24
182:8
184:15
187:6,9
188:18
196:17,24

205:8
215:18,22
217:11
229:20
233:10
234:22
237:7,20
247:6
248:17
253:11
256:18
258:6 260:2
262:9
265:24
287:3
288:10
295:4
298:12
**level** 82:5
141:17
**Levin** 1:17
2:5
**Levy** 1:20
193:6,7
212:10
220:2,19
303:7,24
**Lewis** 197:19
197:24
223:10
231:21
236:24
248:21
249:11,16
249:23
251:6,16,23
252:21
310:5,8,11
**liable** 206:7
**librarian**
145:19
**libraries** 23:7
**library** 23:5
45:21
140:22,23
140:25
141:2,14
142:15

146:14
306:16
**lied** 245:19
245:21
**life** 52:3 58:2
102:6
258:20,23
259:9,25
266:22
**lifetime** 36:16
267:25
**liked** 69:25
**likes** 263:23
**limit** 73:13
**limited** 276:2
**line** 64:10
122:7,9
129:14
130:18
131:24,25
154:25
168:12
232:5,7,8
237:12
240:2,12
241:12
312:7
**lines** 10:14
182:17
**list** 21:19
22:15,20
65:4,5 66:8
98:3 129:5
220:18,24
221:5,6,8
221:15
251:11,13
282:6
304:21
**listed** 15:6
21:23 64:22
66:19 75:22
127:13
129:7
178:14
202:4,4
237:13
251:11

301:8
**listen** 5:8
82:15 102:4
218:21
264:4
**listing** 82:9
97:24 98:12
98:12 101:2
**lists** 68:15,16
74:9 86:22
239:17
**literature**
83:21 133:3
**litigation**
157:12,22
157:25
158:3
**little** 35:8
41:12,24
84:13 89:7
123:6
144:16
239:4
**liturgy** 229:7
**lived** 59:15
236:21
**lives** 84:11
**LLP** 1:18 2:5
3:5
**loan** 10:9
12:7 74:10
77:15 97:8
166:5,6,8
166:10
169:5,16
184:24
185:15
198:5
200:19
201:6 234:6
234:13
235:6 247:7
250:25
259:7
275:20
280:5
290:11
293:15

**loaned** 11:12
34:21 85:7
166:9
184:10
197:2,3
200:17,18
201:11
208:24
234:16
275:21
279:24
284:11,14
297:11
299:2,22
**loaning**
196:20
276:21
**loans** 77:9
138:18
284:24
**local** 59:21
**located** 7:17
7:24 91:25
105:12
**locations**
46:7
**London** 84:7
**long** 74:22,23
136:10
140:10
280:18
284:7
**longer** 200:5
**longest** 48:23
49:18
**long-term**
139:12
140:4
**look** 8:19
11:21 12:9
18:3 23:14
23:19,23
29:6,20
30:3 31:17
31:18,19
32:25 37:21
37:22 38:10
38:17 39:6

51:17,19
53:14 64:2
64:10 66:17
68:22 71:4
71:10 80:6
84:19 86:5
87:7,25
97:23 98:13
101:2
107:25
111:13,14
117:21
120:23
121:2
123:15,25
126:7,22,24
127:22
130:4,4,15
130:17
131:16,24
132:3,19,20
132:25
133:2,6,7
133:21,23
142:6 143:3
146:17
148:11,14
150:24
154:10
184:15
185:19
186:7
188:18
190:21
192:12,16
199:18
205:8
213:20
215:18
216:12
219:13
221:25
223:17
230:11
233:10,23
234:20
236:2 249:5
249:18

258:6 262:3
268:12,16
279:19
282:17
290:19,23
294:21
295:4,21
**looked** 16:24
29:4 35:15
62:4,4,13
63:20 64:24
68:18 74:12
133:3
134:24
135:4,18
150:23
155:11,12
193:17
**looking** 9:24
14:20 47:25
104:5
129:13
130:9
133:18
144:21
157:3,6
178:25,25
179:2
186:18
187:13
**looks** 70:20
70:21
**loose** 127:23
**Lopez** 164:14
169:20
**lose** 140:6
**lost** 69:6,9,10
69:16
**lot** 23:3 27:6
42:8 50:5
50:23 62:16
72:5 102:6
135:14,15
158:24
197:10
205:22
206:7 207:9
294:18

**lots** 13:13
138:10
233:4
260:21
**Lou** 103:20
**Louis** 3:9
41:3
**louis.solom...**
3:10
**lower** 86:9
**lumped**
100:16,17
**lunch** 145:15
**Luncheon**
171:12
**Lyons** 29:10
29:19 74:6
74:12 120:3
123:18,18
123:21
124:7,16,19
124:21
125:15,22
125:23
126:3,4,6
126:25
128:12
130:2,11,12
130:25
131:15
134:6
148:12
162:10
177:19,24
177:25
223:11
281:17
282:14
306:11

——————

**M**

**M** 2:9 3:9 4:2
172:4
**MA** 54:14
**magnifying**
206:25
207:6
**Maimonides**

49:15 111:5
158:9,17,25
161:17
**main** 23:12
**mainland**
265:20
**major** 52:4
111:9
140:20
142:19
**maker** 168:3
**making** 111:9
116:6
194:17
266:12
281:12
**man** 88:7
100:7
145:14
246:9
**manage**
125:12
**mandate**
160:20
**Mann** 1:15
4:7 5:1 6:1
7:1 8:1,24
8:25 9:1
10:1 11:1
12:1 13:1
14:1 15:1
15:18 16:1
17:1 18:1,4
18:9 19:1
20:1 21:1
22:1,19
23:1 24:1
25:1 26:1
26:10 27:1
28:1 29:1
30:1,4 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1,11
41:1 42:1
43:1 44:1

45:1 46:1
47:1 48:1
49:1 50:1
51:1 52:1
53:1 54:1
55:1 56:1
57:1 58:1
59:1 60:1
61:1 62:1
63:1,17
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
79:18 80:1
81:1 82:1
82:13 83:1
84:1 85:1
86:1 87:1
88:1 89:1
89:11 90:1
91:1 92:1
93:1 94:1
95:1 96:1
97:1,5 98:1
99:1 100:1
101:1 102:1
103:1 104:1
104:21
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1,8
122:1 123:1
124:1,10
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1

133:1 134:1
134:4 135:1
135:1 137:1
136:1 137:1
138:1 139:1
139:8 140:1
141:1,24
142:1 143:1
144:1 145:1
146:1,13
147:1 148:1
149:1 150:1
151:1 152:1
153:1,18
154:1 155:1
156:1 157:1
157:11
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1,13
182:1 183:1
184:1,16
185:1 186:1
187:1 188:1
188:20
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1,10
204:1 205:1
206:1,21
207:1 208:1
209:1 210:1
211:1 212:1
213:1 214:1
214:17

215:1 216:1
217:1,13
218:1 219:1
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
229:22
230:1,3
231:1 232:1
233:1,11
234:1,24
235:1 236:1
237:1,22
238:1 239:1
240:1,16
241:1 242:1
243:1 244:1
245:1 246:1
247:1,8
248:1,20
249:1 250:1
251:1,5,15
252:1 253:1
254:1 255:1
256:1,20
257:1 258:1
259:1 260:1
261:1 262:1
263:1 264:1
265:1 266:1
267:1 268:1
269:1 270:1
271:1 272:1
273:1 274:1
274:25
275:1 276:1
277:1 278:1
279:1 280:1
281:1 282:1
283:1 284:1
285:1 286:1
287:1 288:1
289:1 290:1
291:1 292:1
293:1 294:1
295:1 296:1

297:1 298:1
299:1 300:1
301:1 302:7
302:16
303:10
304:4,12,14
305:3 306:3
307:3 308:3
309:3 310:3
**manner**
158:12
**manuscripts**
49:17 204:5
204:6
278:12
**Marc** 17:6
18:5 65:5
181:17
304:19
307:9
**Marcus**
212:22,23
213:7
214:14
**margin**
299:16
301:8
**mark** 8:20
26:4,9
63:15 79:17
124:8 134:2
141:22
146:11
147:24,25
149:13,16
177:8 203:8
215:22
217:11
229:20
234:22
237:20
248:17,18
256:18
**marked** 8:25
15:21 18:6
22:21 26:12
30:6 63:18
79:21 89:13

104:22
108:3
121:11
124:14
134:6 142:2
146:15
153:20
162:7
164:13
172:25
181:18
184:19
186:23
188:22
203:14
206:23
217:16
219:16
229:25
233:18
235:4
237:25
247:10
248:22
251:7,17
256:22
292:6
**marking**
15:23
105:24
**marks** 47:6
70:17,18
72:21
149:12
167:25
168:4,7,9
168:15
300:22
**marriage**
303:17
**married**
259:23
**massaged**
127:16
**Master's** 84:2
**material** 5:19
22:2 50:6
53:7,10

60:8 62:17
141:10
151:11
160:25
161:2 169:9
174:23,24
200:9
**materials**
66:9,13,14
80:23 183:9
**matter** 5:14
41:7 45:20
60:16,19
73:5 77:10
77:11,13
78:2 92:24
100:2
120:13
158:23
176:2,20
192:5
202:23
220:5 278:3
303:19
**matters** 23:7
67:2 69:3
85:23 105:5
**mean** 5:22
6:8 7:18
21:25 22:8
25:22,24
54:21 55:17
65:9,17
67:19 68:9
70:6 71:9
73:11,20
89:20 106:4
115:22
117:25
122:24
125:23
140:9 146:7
146:9 154:7
163:19
173:17
180:23
189:20
190:17

191:24
195:4 199:4
202:10
203:5
204:10
205:6 207:8
209:4
216:15
226:24
229:4
234:19
241:19
245:19
254:11
255:10
258:18
266:25
271:9,19
276:7
284:14
290:3 292:7
292:23
297:4
299:25
**meaning**
34:14 68:11
68:12,13
76:2 111:16
118:7
125:22
191:3
205:21
264:21
286:10
**means** 12:17
37:20 59:5
68:10
122:25
165:16
180:4
217:22,24
218:24
220:9
226:11
269:7
**meant** 6:21
81:7 90:13
137:2

226:14
239:13
276:21
**measuring**
149:21
**medieval**
111:7 158:8
**Mediterran...**
108:4
**meet** 6:4
**meeting**
127:2,6
244:15,18
246:14
**meetings**
80:19 145:5
**member** 42:5
42:12,13,20
59:10,12,13
59:18,21,23
59:24 60:9
85:24
244:17
**members**
36:18 93:7
93:15 138:5
138:6
166:23
242:10,23
242:25
245:8,20,21
246:24
269:20
**membership**
264:25
266:18
270:4
**memo** 231:17
**memoranda**
230:13
**memorand...**
230:4
**men** 190:7
**Mendes**
182:25
183:14,21
185:4
200:15

213:22
217:14
220:3,13
221:4 290:6
291:13,25
293:9 308:8
**mention**
22:18
132:18
164:3 221:4
295:3
**mentioned**
22:14 35:4
36:12 133:4
163:20
180:4 183:8
197:4
213:19
234:7
296:22
**mentions**
294:20
**mess** 73:12
**Met** 83:11
281:8
**method** 55:4
70:5,7,9,11
70:13 71:16
**methodology**
70:14
**meticulous**
69:18,19,21
97:6 100:21
221:11
**Metropolitan**
119:23
**MFA** 11:14
11:20 12:4
140:16
**MFI** 175:2
204:2
**microfilm**
172:24
181:24
**microfilmed**
69:15
**middle** 6:25
93:6 112:23

200:23
204:6 222:2
**midway**
231:19
**Mikveh**
10:18 85:17
85:19 94:2
94:14 155:5
**milk** 10:20
**Mill** 199:10
289:7
**millennium**
80:20
101:13
108:18
**million** 204:3
204:8,20
**millions**
204:5
**million-an...**
204:20
**mind** 5:3
28:12 33:4
80:3,4,17
80:24,25
209:19
246:18
248:7
299:19
**minds** 61:19
242:23
**minhag**
228:11,24
229:19
291:16
**minister**
183:2
**minute** 9:8
92:12 125:3
125:16
127:25
128:4,11,20
137:6
155:12,24
157:3,8
277:10
298:7
**minutes** 8:13

8:17 9:12
19:2,5,11
21:21,22
23:15,19,24
23:25 24:5
24:9,12,17
24:21,23
25:5 27:24
29:6,8,12
29:14,15,19
33:21 35:9
35:15,19
36:25 37:10
37:16 38:4
38:6 62:15
67:25 68:2
69:20,25
74:12 75:23
76:17,20
80:18
101:14,14
108:17
112:14
120:3
122:22
126:2
127:21
130:2 131:2
131:11,12
131:17,22
132:10
144:24
145:4 166:3
169:12
174:10
175:21,23
182:8
194:22
197:6
198:13
200:7,8,24
205:9
206:16
208:18
209:25
210:4,14,19
211:13
222:4,5

224:12
225:7,18,19
225:21
227:23
228:3 234:8
242:18
243:10
244:5
258:18
259:4
276:12
279:21
280:8
281:16,18
285:13
297:8,10,14
298:4
**minyan** 201:5
275:9 280:4
**miscellane...**
124:22
**misleading**
14:6 53:9
88:22
215:14
**missing** 29:9
73:12,15
123:17
125:18
128:2
130:19
131:11,13
268:17
**misspelling**
131:4
**misspoke**
172:22
**Misstated**
162:21
**Misstates**
113:8
150:17
235:24
**misstating**
254:5
**mistake**
23:13
151:23,25

296:13
**misunderst...**
195:8
**mix** 175:19
**mixed** 12:12
**modern** 44:8
**mold** 116:2
**moment** 32:2
207:9
270:24
**Monday** 5:21
6:2 110:9
**money** 111:6
111:9 138:2
157:14
265:17
**monograph**
87:13 88:5
**months** 32:4
238:22
242:15
**moral** 226:13
226:22
266:17
**Moravia**
160:22
**more-likely...**
95:17
**morning** 4:7
**Morris** 52:17
**Moses** 31:9
33:22 37:4
158:9 193:6
207:18
**mother** 20:11
**motivations**
244:25
**move** 46:7
113:19
156:17
187:9
188:11
**multiple**
278:15
**museum**
43:19 44:5
44:10,23
45:10 46:15

46:17 54:13
81:17,20
82:17 83:16
83:20 84:2
84:5 93:2
139:10
140:20
145:8,10,21
159:6,7,9
159:12,16
159:17,19
160:7,20
224:4
231:23
235:7
236:18
252:17
280:17
281:3
**museums**
83:23
139:13,16
140:2,20
273:7
**music** 231:11
231:13
**Myer** 6:7,11
7:17,19,23
8:9 9:6,17
10:9,15
11:10 13:14
13:24 14:11
15:2,10,19
16:4 19:24
23:25 24:13
24:24 28:21
46:10 47:3
47:6,16,23
50:20 53:6
53:13 57:20
62:5 75:7
75:11,23
78:21 79:19
85:10 87:12
87:14 88:5
89:3,12
90:4,21
91:5,12

97:9,11,17
99:18
101:19
107:2
111:16
112:10
117:5
120:25
121:22
122:4,22
123:2,3
129:18
130:15
133:3,16
134:18
135:11
143:6
147:13
153:2,6,20
154:11,12
166:13
172:13
173:9,16
177:9 179:6
179:9
181:16
184:12
198:19,19
201:13
211:13
212:20
214:9 219:7
219:9 224:6
224:9
227:13
239:20
240:14,24
241:12
242:16
254:8 275:3
280:17,19
283:24
284:10
286:9,16
287:4
300:21
304:15
305:12,17

306:20
307:7
**Myers** 6:7,12
7:17,19,23
8:9 9:6,17
10:9,15
11:11 13:14
13:24 14:11
15:2,10,19
16:4 19:24
23:25 24:14
24:24 28:21
46:10 47:3
47:6,16,23
50:20 53:6
53:13 57:20
62:5 75:7
75:11,23
78:21 79:2
79:19 85:11
86:14,21
87:12,14
88:6,25
89:3,12
90:4,21
91:5,12
93:8,12,14
93:17 94:16
97:9,11,17
99:18
101:19
107:2 108:3
111:16
112:3,10
117:5 118:5
120:25
121:22
122:4,22
123:2,3
129:18
130:16
133:3,17
134:18
135:12
143:6
147:13
153:3,6,20
154:11,12

155:3
166:13
168:3,4
172:13
173:10,16
177:9 179:6
179:9
181:16
184:12,13
198:19,20
201:13
202:24
211:13
212:21
214:9 219:7
219:9 224:6
224:9
227:13
235:11
239:20
240:14,24
241:12
242:16
254:8 275:3
280:17,19
283:24
284:10
286:9,16
287:4
300:21
304:16
305:13,17
306:20
307:7

— **N** —

**N** 2:2 3:2 4:2
4:2,2 37:17
38:25 172:2
172:2,2,4,4
172:4 304:2
305:2 306:2
307:2 308:2
309:2 310:2
**Naftali** 173:7
207:12
208:2
**Naftalis** 1:17

2:5
**name** 20:9
40:11 46:19
50:19 51:20
58:7 84:21
85:18 96:6
130:16
136:8 238:8
244:5,7
272:14
281:9
**named** 46:13
52:3 193:13
273:23
**names** 36:13
136:11
**narrative**
71:19
**narrow**
216:13
**narrows**
150:9
**Nathan**
249:14,21
**national** 90:3
90:20 141:2
212:2
231:23
272:7
**nationwide**
59:24
**nature** 26:23
191:21
**Nazis** 145:9
160:19
161:2
**necessarily**
50:7 128:17
163:25
174:24
175:25
177:14
205:25
**necessary**
110:25
196:20
311:5
**necessity**

66:6
**need** 48:9
51:11 107:7
111:6
132:13,14
150:19
165:18
183:25
196:10
209:18
210:3
260:25
**needs** 140:8
269:25
**negate** 247:3
**negative**
136:4,9
272:22
**negatively**
51:8
**negotiations**
220:19
**neither** 180:6
**never** 33:4
86:2 160:11
160:12
161:11
221:6
236:10
249:4
261:13
276:10
294:16
**new** 1:19,19
1:21 2:7,7
3:7,7 12:6
15:20 21:18
44:8 45:17
96:7,10,20
105:11,12
118:22
122:13
125:4 129:3
129:4,19,21
143:7,9
147:15
154:13
155:4,5

164:15
181:17
184:18
188:9,13,14
191:4
197:11
216:9 222:8
223:4,5
239:8 255:2
258:17
264:4 267:7
275:18,19
285:21
287:24
289:21,25
290:13
303:3,9
304:17
307:8,14
**Newman**
273:2
**Newmans**
273:8
**Newport**
18:15,19
19:8 20:14
22:16 24:2
24:25 31:2
31:4,14,24
32:6,8
33:11,18
34:13,21
35:17 39:23
40:6,12
46:5 47:24
52:19 57:17
90:3,17
91:13,24
95:10,12,16
95:21,22
96:2,2,6,17
96:18,19,24
97:3,17,22
98:15,18,25
99:7,9,19
100:10,11
100:11,12
143:9,13,18

147:15
151:8,13
154:20
164:13,17
165:8,15,17
165:19
166:15,18
168:4,22
169:17
183:24
188:10
195:18
196:9,21
197:15,21
197:25
198:20
201:5
203:12
207:14,21
208:12
209:22
211:25
212:3,14
213:3,11
214:5,6,12
214:19
215:10
216:11
218:2,10,11
219:3 221:3
221:5 223:6
227:15
232:3 234:2
239:11
248:12
254:25
255:20
275:4,5,9
286:17
287:5
290:10,17
291:13
295:22
297:16,16
297:23,23
298:20
307:22
**Newport's**

143:22
**newspaper**
104:25
105:2,3,7
105:10
**newspapers**
47:15
**NFA** 6:9 11:5
**nickname**
20:11
**nicknames**
164:8
**Noah** 146:4
**Nobody's**
274:6
**nonprofit**
238:12
**normal** 110:7
**normally**
252:5
**norms** 61:18
**north** 84:13
219:8
278:20
292:10
**notably**
234:10
**Notary** 1:20
4:3 302:24
303:8
**notation**
249:24
**note** 74:7
88:5 134:25
184:18
222:20
239:6
307:14
**noted** 95:25
301:13
311:11
**notes** 158:9
**Notice** 90:7
**noticed**
201:19
**notices** 47:14
**notorious**
204:14

**November**
42:22
**number**
21:11 36:19
52:5 87:5
98:14
116:11
121:5
124:14
147:25
148:21,25
153:6 155:2
156:7 192:8
206:10,20
217:25
247:13
250:6 269:5
283:21
288:2,8
300:15
306:8
**numbered**
22:20 26:12
30:6 79:20
121:10
142:2
181:18
184:19
188:21
203:13
206:22
217:16
229:24
233:16,18
235:3
237:24
247:9
248:22
251:6,16
256:22
304:22
305:6,9,14
305:23
306:14
307:10,15
307:18,24
308:5,10,13
308:22,24

309:8,13,15
310:6,10,12
310:16
**numbers**
21:24 86:9
210:22
250:3,4,10
250:17,17
**nusach**
229:11
230:20
231:7,10

---
**O**
---
**O** 172:2,2,2
**object** 13:16
14:2,3 15:4
19:25 28:15
28:18 44:25
54:5 59:4
62:8,24
71:8 72:21
72:24
101:21
105:8
112:25
151:15,16
152:13
161:15
162:20
167:8,9
190:3 203:6
216:23
229:12
244:12
248:2
259:18
271:24
277:24
279:5 283:3
294:9
**objected**
101:10,20
102:9
104:11
144:5,15
**objecting**
144:13

149:22
**objection**
14:14 18:10
53:9 69:12
81:23 82:19
87:18 88:22
95:3,4
102:10
106:11
113:8,21
126:18
128:6 137:8
144:22
149:20
150:17
159:21,24
209:14
235:24
253:23,24
276:6 279:6
280:2,22
281:14
284:3,5
286:14,14
288:4,7
289:13,19
290:14
295:12,18
300:25
**objections**
145:4 278:5
**objective**
203:7
**objects** 62:18
72:7 74:9
75:19 83:9
87:12
115:25
136:20,21
141:7,11
158:11
199:4 204:7
210:17
236:22
253:13
261:21
265:21
271:22

274:9 275:8
275:20,22
276:20,25
276:25
279:11
281:4
**objets** 253:13
**obligation**
225:10,17
225:21,25
226:8,11,12
226:14,17
226:22,23
227:15
**obtained**
207:19
**obvious**
243:15,16
**obviously**
69:8 118:9
127:19
218:4
224:21
225:21
227:2
**occasioned**
292:14
**occasions**
42:18
230:20
**occur** 191:5
**occurred**
136:15
187:10
191:6
214:21
231:20
**October**
41:11,22
126:8,25
134:15
**oeuvre** 89:6
**offer** 193:22
284:12
292:2
**offered**
113:24
284:2

**offering**
173:22
183:15
**offers** 183:2
**officer** 58:10
**offices** 1:17
**official** 8:22
250:6
**oh** 9:7 21:16
42:19 65:12
86:11 97:14
103:15
104:15
154:18
160:12
203:22
231:2 244:5
268:17,21
271:14
278:6
**okay** 8:14,17
9:7,16
10:12,24
11:9 12:14
13:21 15:9
16:3,8,18
18:2,23,23
19:14 21:17
23:22 24:6
24:19 25:10
30:3,12,15
31:6 32:13
33:16 35:14
36:17 38:17
38:20 39:6
44:19 48:3
48:7 51:16
51:20 55:10
58:25 60:21
61:2,5
62:15 65:14
66:8 67:12
67:23 70:13
71:13,15
72:2,13
76:7 77:4
77:18 78:14
79:12 85:6

87:7,25
88:4,16,20
89:5 90:2
90:15 91:3
91:7 92:4
92:11 96:25
97:5 98:2
103:12,20
104:7 106:4
106:21
107:4,8,18
107:20,22
107:23
108:25
109:12,18
111:13,23
114:3,7,11
114:17
115:12
116:24
118:18
119:19
122:2,9
123:25
124:16,20
125:10,11
125:14,25
126:4 127:5
128:7
129:15,16
130:19
131:23,24
134:24
136:24
137:9,15
138:24
139:2 142:4
142:17,25
144:12,20
147:10
148:19
149:5 150:5
150:13,20
150:24
151:7,12
153:17,25
156:17,23
157:11,21

159:5
161:14
162:25
165:2,7
167:9,19
168:18
169:11,25
170:10
171:9,11
172:9,16
173:12,14
174:18
176:13
177:12,24
179:5 181:7
181:12
182:9,11,22
182:23
183:10,19
183:21
184:15
186:7,9,18
187:4,6,18
188:2,3,14
192:6
193:14
196:15,17
197:14,18
197:22
198:18
199:17,22
200:9,14,21
201:23
203:4 205:3
205:14
206:19
208:15
210:9,22
211:17
212:12
213:20
214:15
217:5,18
218:25
219:13,16
222:17,22
223:20
224:14,18

227:23
228:16,21
228:23
230:6
232:11
234:20
236:11
237:4,11
238:14,23
239:16
240:11,16
244:11
247:6,17,22
251:11,22
252:21,25
254:6,18
256:14
257:5
258:25
259:10
260:12
261:3,11
262:3
263:21
265:6 271:6
274:14
275:7,22
276:23
279:15
281:22
283:17
286:11
287:4,17
288:10,11
290:20,23
290:24
292:11,13
293:14
294:7,24
295:16
297:20,25
298:6,9,17
299:4
300:19
301:3
**old** 50:8
91:10
145:14

163:24
**oldest** 263:2
289:5
**omer** 279:3
**omit** 31:16
32:21
**omitted**
31:13
**once** 42:20,21
140:7
160:12
175:21
176:14
210:2
**ones** 11:20
12:4,5
34:17 52:14
100:2
173:23
176:18
200:4,5
275:20
298:25
**one's** 61:14
**one-by-one**
164:4
**open** 240:17
**opened** 256:9
**operate**
280:24
**opine** 72:9,11
77:23
174:15
**opined** 56:18
72:15 80:3
174:18
**opines** 77:5
**opinion** 7:12
18:18 19:6
19:8 21:18
24:2 25:2,8
54:25 80:16
109:13
175:2 184:7
193:23
194:7,8
207:13
260:12

263:20
265:8,11
283:13,23
283:25
284:12
289:23
**opinions** 22:6
80:7 109:3
109:13
173:22
269:16
271:5
**order** 26:20
61:25 72:6
108:21
122:14,14
129:4,19
146:24
186:10
211:24
269:9
**organization**
59:9,11
238:8
**organizatio...**
59:8 161:3
**organize**
273:24
**orientation**
230:9
**origin** 108:4
**original**
11:16 13:23
15:13 16:19
16:22,23
17:23 23:3
27:23 29:8
37:19 52:11
53:2 58:3
62:22 64:13
65:23 70:2
73:3 96:5
116:14
125:18
131:12
132:3 163:2
199:8 205:9
234:8

239:21
240:24
241:3,4
255:17
265:2 267:4
297:19
311:13
**originally**
66:5 169:9
254:24,25
**ornamental**
92:20
**ornaments**
42:24 43:2
43:12 44:11
44:24 45:13
48:3,6
81:22 82:18
90:22 92:20
147:2
199:19
279:2
**orthodox**
264:5
**Ottoman**
278:21
**ounces**
116:12
120:5
281:19
**outcome**
303:18
**outlay** 122:17
**outrageous**
204:10
**outs** 246:10
**outside** 67:17
67:19 72:9
72:15
**overbroad**
159:22
**overlapping**
54:12
**overly** 45:2
**overpriced**
204:9
**oversight**
227:13

**overwhelm...**
246:21
**owed** 117:15
117:17
179:9
**owned** 8:3
19:20 80:12
81:2 82:10
101:6,19
102:8
104:10
160:8,12
166:18
168:22
169:9
177:13,17
177:18
178:24
191:22
199:8
212:20
219:2 224:9
224:15
226:8,21
227:4,10
232:17
239:7
244:19
247:5
282:12
284:8
291:21
**owner** 12:21
166:20,21
168:25
169:10
178:14
205:25
237:14
**ownership**
25:25 56:19
72:22 77:11
77:11,24
81:5,9,10
95:8 99:11
106:20
164:2 169:6
174:12,16

177:9,14,21
187:15
191:21
192:4
194:10,24
195:6,10,20
196:7
223:21
224:12
227:12
228:19,25
241:23
244:18
246:10,15
248:11
253:16,20
253:21
255:14
261:7,16,22
271:22
282:19
283:14,19
290:7,8
292:23,24
293:6,16,19
**owns** 7:23 8:9
9:6 101:9
108:3 242:8
243:2,7
245:5
248:14
254:8,24
255:3,20,21
260:14

_____
**P**
_____
**P** 2:2,2 3:2,2
**page** 10:12
16:6,6
18:13,14,25
30:24 31:19
33:2,8 37:2
38:19 53:15
63:7 64:2
64:11 74:8
74:8 76:7
80:6 84:19
84:22 86:5

87:25 88:4
89:17 90:15
91:3,7,22
92:7,11
93:5 98:2,4
98:11
107:25,25
109:18,19
111:13
115:15
124:11,12
125:6 126:7
127:12,20
127:22,23
130:9,10
131:16,22
136:18
138:20,21
138:22
141:25
143:3
146:22
147:10
148:20,24
149:2
154:17
155:17
158:7
167:22
170:19
177:6
182:11
184:16
186:7,17,21
187:9,20
188:24,25
189:7
192:12,15
196:17
200:14,21
200:22
205:8
211:23
212:5,6,9
213:20
221:25
223:17
228:15,16

230:11,16
231:18
233:12,16
233:23
235:10
236:25
237:2,11
239:6,25
241:24
253:11
254:16,18
262:4
268:25
279:20
280:9
282:18
285:10,14
295:21
297:2,5
300:3,5,11
300:13
301:4
302:13
304:3,9,25
306:5,6,13
306:23
308:21
309:19
312:7
**pages** 30:5
66:23,23
104:21
124:4
131:20
153:20
186:24,24
187:10,13
187:24
194:13
206:22
233:17
247:9
283:12,13
302:9 305:7
305:19
306:21
308:5,23
309:14

**paid** 7:13
111:16
112:3,9,11
113:3
115:13,16
116:7
117:11,13
117:14
118:2,5,20
121:21,23
122:12,16
123:2,3
129:18,18
135:7
157:14,19
157:20
180:3,11,13
180:15
210:10
272:19,24
273:3
**pair** 9:13,15
10:16 11:4
11:13 13:25
14:11 15:3
24:14,24
86:13,20
91:23,23
94:15 98:21
99:21 100:8
100:8 108:2
108:3 112:7
112:10
113:3,12,16
113:19,24
114:5,9,19
115:3,19,23
117:12
118:5,24
147:14
150:3,3
151:13
160:5
167:24
168:4 175:2
175:3,6
182:14
184:7,7,11

184:12
185:18
198:4,6
199:7,8
200:2
206:16
212:19
215:2,4,6
215:10,12
215:13
219:6,9
222:6,14,15
222:16,18
242:16
254:8,25
255:2,7,21
285:19
286:4,12,23
287:6,15,17
288:11,12
288:15,15
288:21,25
288:25
289:3,6,24
289:25
291:20
292:3
**pairs** 10:14
10:15,17
11:8,10,16
12:15,17
19:20 56:5
56:7 91:5
91:11,25
94:13,18
106:25
109:19
114:2,14,16
115:7,8
117:6,7
177:8 183:3
183:15,23
184:4
214:13
227:14
233:24
240:14
286:25

287:2 288:2
288:5,19,20
288:22
291:25
292:6,9
**paleography**
56:13
**pamphlet**
46:14,16
**pamphlets**
47:5
**paper** 37:12
37:18 39:5
51:16 65:10
**papers** 4:13
51:17
133:24
134:8,9
270:19
**paragraph**
10:13 16:10
31:20 33:7
33:16 34:3
34:6,8,8,17
34:18 35:6
35:15 37:2
37:22 64:2
80:9 86:12
87:8,8
90:16 91:9
92:13,18,19
93:6,9,11
106:24
109:19
146:23
147:12
155:21
158:6
187:19
188:3
192:16
200:23
205:17
222:3,3
228:7
230:17
231:18
258:7,12,13

262:4
269:17
295:22
297:13
298:24
**parallels**
70:20
**paraphern...**
258:4
282:25
**paraphrasi...**
158:17
**parchment**
98:6
**Parnas** 75:24
75:24,25
143:15,16
179:21
180:4,8
194:21
**Parnasim**
127:6
**part** 23:12
30:16 40:4
56:23 71:4
92:8 115:5
118:25
122:16
135:2
139:25
140:3
145:17
148:22
151:23
189:22
200:11
207:2
221:20,22
250:8 258:6
272:11
274:12
280:20
289:5
**partial** 73:16
131:19
**particular**
65:19 73:14
83:8 86:14

86:22 87:3
156:13
237:12
243:13
264:23
267:9
**particularly**
6:24 262:16
264:17
**parties** 22:7
67:4 76:14
247:24
284:23
294:5
303:16
**party** 177:13
**passed**
125:13
189:19
199:2,14
247:15
**paste** 123:11
**pasted**
181:15
307:6
**pastiche**
204:18,25
**patience**
274:20
**pattern**
176:10
196:19
**Paul** 118:19
**pause** 22:23
26:8 63:14
92:16
105:22
107:14,19
192:20
198:23
207:7,11
215:20
216:2
219:25
237:6
247:20
253:2
268:14,23

**pay** 7:10
134:17
137:16
204:3
210:11
**paying**
165:11
**payment**
75:21,24
76:5 113:7
115:13,16
115:18
118:8,23,25
119:2,6
122:10,20
122:21
123:22
133:5 180:5
180:8,19
**payments**
28:21 75:11
75:22 76:3
122:3 148:2
148:5
179:15,17
179:21
203:3
**pays** 272:17
**pending**
24:11 132:5
185:9 217:8
236:15
**Pentateuch**
90:23
**people** 6:5
23:12,17
45:7 51:25
52:4 60:7
65:23 68:16
76:16,18,24
77:6 82:7
116:9
128:16
138:11
139:19
140:5,13,15
141:13
153:9,9

156:24
160:25
163:21
179:16
180:15
190:11
193:11,13
195:18
197:11
226:19,25
227:7
232:16
243:8
244:11,12
244:12,13
245:4
253:19
256:7,10,16
259:6
264:14
280:24
294:13
299:15
**percent** 138:9
**percentage**
89:6
**perfect** 146:7
**performed**
59:15
**period** 5:10
13:12 27:23
27:23,25
29:13 38:24
39:8 51:24
51:25 84:9
144:24
148:3
149:14
177:3 216:9
218:4
222:23
277:7
286:19
**periods**
139:13
**permanent**
9:15 215:4
252:5

**permission**
234:5,15
235:17
284:14,21
**permitted**
147:2
**person** 47:2
71:17 85:4
99:19 100:4
114:8
135:24
136:25
150:7 162:8
162:12,17
162:19,23
162:24
163:8 182:5
206:13
243:20
244:10,20
259:21
273:23
281:25
286:7
**personal**
74:20
141:19
200:18
220:24
239:13
265:8
**personally**
17:12
**persuasive**
55:20,21
**pertain** 16:15
16:16 50:12
85:21
134:10
**pertained**
123:16
**pertaining**
23:8 29:15
126:8
**pertains**
78:16
116:20
140:10

266:18
298:10
**perusing** 16:2
64:4 184:25
189:5
**Philadelphia**
18:16
143:10
155:6
**Phillips** 37:17
38:19,19,25
173:7,7
207:13
208:2
**photo** 121:8
305:21
**photocopy**
188:20
233:11
307:17
308:15
**photograph**
96:3 198:22
198:24
199:11,12
199:21,24
287:9
**photographs**
30:4 97:16
97:20
164:24
206:21
213:2
287:14
289:2 305:7
308:4
**photos**
147:11
**phrase** 32:6
45:14
168:12
225:23
299:20
**Ph.D** 27:4
45:17 82:7
**picked** 54:3,7
**picture**
197:24

**pictures** 4:17
184:5
**piece** 37:12
37:18 39:4
50:18 82:16
83:14 96:15
106:22
117:5
118:10,10
204:17
254:7 259:8
**pieces** 56:3
89:3,5
115:24
120:12
155:2
283:21
**piercer** 116:8
180:14
**piercers**
116:18
**place** 40:6
74:22,23
107:3
152:21
196:22
207:20
264:15
**placed**
140:18
148:7
207:19
**placement**
290:9
**places** 98:17
149:6
**placing** 72:7
**plagiarized**
66:5
**plaintiff** 1:6
1:16 2:4
269:7,10
**planned**
106:25
**plate** 111:17
111:21
115:17,25
117:5

118:10,11
**plates** 91:22
**plausible**
78:18,25
95:16
**pleadings**
63:6
**please** 104:4
132:8 279:9
311:4,8
**plus** 138:7
179:3
**point** 11:11
40:18 88:25
91:4 92:9
98:9 122:2
157:7
164:10
177:20
179:14
188:19,24
194:12,15
194:17
196:9
198:10
200:2
201:18
214:17
220:22
222:23
226:20
231:20
242:19,21
**pointed** 200:3
**pointer**
212:25
**pointers**
273:19
**points** 28:3
66:6 194:16
**Poland** 83:9
**Pool** 23:17
52:9,10
62:14,14
66:5 176:11
176:11,11
188:18
191:7 205:8

234:11
236:24
248:8 249:7
249:21
251:6
252:22
253:4
281:17
310:9
**poor** 111:7
158:21
**popular**
65:22
**population**
245:7,8
**Port** 96:10
**portion** 76:13
76:23 119:8
273:11
**Portraits**
233:13
308:17
**Portuguese**
229:11
230:20
291:17
**pose** 102:23
245:24
**posed** 102:15
102:22
**posited** 148:6
**position** 9:23
43:22,23
58:18,21
59:2,9
62:21
203:20
205:4
**positive**
85:16
280:18
**positively**
242:17
**possessed**
13:3
**possession**
125:21
177:9

207:17
241:4
**possessions**
96:23
**possessor**
12:24 62:22
64:14,17
**possibility**
216:13,14
220:24
287:8
**possible**
12:11 94:20
94:22 95:2
95:6 100:13
125:19
129:23,25
130:20
197:16
209:12
**possibly**
224:3
**post** 184:18
197:22
286:19
307:14
**postdating**
258:25
**Post-1959**
233:7
**pounds**
111:16
112:3
115:18
117:11
118:10
138:7
**poured** 116:2
**power** 145:9
247:2,3
**practical**
123:10
147:4
**practice**
229:7 253:8
284:18,25
285:2,3
**practiced**

229:8
**Prague**
160:21
**pray** 110:13
110:14
**precede**
80:20
**preceded**
225:3
**preceding**
127:12
**preconcept...**
205:7
**predating** 9:4
**predicated**
260:13
**prefer** 156:19
183:24
290:9,16
**premiere**
51:22
**premise**
241:19
243:6
**premises**
177:23
**preparation**
169:15
197:6
**prepare** 4:24
5:12,17
83:14
**prepared**
73:19,21
74:12 136:6
162:9,19
211:18,19
221:5
**prepares**
83:21
**preparing**
55:5 73:17
220:24
**present** 27:9
27:22 46:8
125:17
244:17
255:6

260:23
278:24
284:8
**presentatio...**
153:12
**presenting**
83:21
**presents**
27:20
**preservation**
237:13,23
309:11
**preserve**
224:3
**president**
35:3 75:4,5
143:7 222:6
242:18
243:7
249:13
285:18
**presume**
150:12
**presumed**
203:5
**presumptio...**
57:7
**pretty** 84:14
152:21
**previous** 98:4
100:10
241:12
**previously**
87:12 156:9
163:21
172:4
214:10
279:24
**pre-Revolu...**
239:19
**price** 116:16
119:7,21
120:10,18
204:4,14
281:11
**prices** 180:12
**primarily**
50:15 72:4

283:9
**primary**
71:21 72:6
72:18,20
73:3,4
120:14
**principles**
57:4
**print** 13:9
**printed** 141:4
163:5
**printing**
124:18
**printout**
146:13
306:15
**prior** 17:25
32:15 34:3
41:25 53:13
65:24 80:10
95:23,23
96:19 158:2
177:21
178:23,23
179:3,5
212:24
234:13
**private** 10:16
101:14
111:25
**pro** 103:13
**probability**
180:18
289:2
**probably**
133:8 200:5
213:6
**problem** 32:5
**problems**
145:24
**proceed**
228:9
**proceeded**
230:10
**proceeding**
160:24
**proceedings**
22:23 26:8

63:14 92:16
105:22
107:14,19
192:20
198:23
207:7,11
215:20
216:2
219:25
247:20
253:2
268:14,23
**process**
175:18
**processed**
109:22,23
110:6
**procession**
109:24
**proclaimed**
101:8,18
104:9
**procure** 9:15
215:4 253:5
**produced**
66:18,21
67:5 215:8
216:25
235:23
236:3,6,8
**Prof** 261:23
**profession**
56:24
**professionals**
141:15,16
**Professor**
82:13
104:18
219:16
**profusely**
152:7
**program**
44:14 54:14
**prolong**
297:4
**prominent**
93:18 105:6
105:10

246:9
**prominently**
278:13
**pronounce...**
44:23
**pronunciat...**
229:16
231:10,12
231:14
**proofread**
250:7,8
**proper**
140:14,16
290:10
**properly**
48:12 175:7
**property**
25:14,23
57:9 163:17
168:12
170:6,7
174:19,22
177:13,23
188:4,8,16
189:4
190:18
193:2
198:14
205:23
208:24
218:2
220:15,25
222:7 239:7
239:9,11,13
260:22
261:6,7,14
269:11
282:15
285:20
299:17,21
300:22
301:5,5,7
**proposed**
242:24
**proposing**
242:22
245:9
**proposition**

53:18
260:13
**propositions**
258:11
**proprietary**
189:8
**prospering**
266:23
**protect**
224:16
**protest**
106:18
108:14,15
**protested**
101:11
106:9 108:9
**protocol**
195:16
**prove** 144:11
**provenance**
56:3 68:19
68:20 81:22
82:18
174:19
178:6
203:18
221:24
242:7
**proves** 20:8
**provide** 74:6
253:14
**provided**
196:2,2
265:24
**provides**
272:12
**proving**
231:19
**provision**
267:8
**public** 1:21
4:3 29:16
101:9,18,25
102:5,7
104:9 152:7
152:8,12
252:19
253:12,15

255:8,12,13
269:18
285:7
302:24
303:8
**publication**
197:19
203:10
255:10
307:20
**publications**
23:4 124:12
283:22
306:6
**publicly**
62:21
255:20
**published**
29:10 58:6
81:11 87:12
88:6 97:16
128:9 171:2
197:24
199:12,21
248:8 254:7
256:8
270:19
271:18,19
**publisher**
163:4
**pull** 46:9
254:11
**pulled** 45:21
46:3,5
**punctuation**
61:15
**purchase**
159:10
160:8 179:9
179:17
**purchased**
76:4 160:5
164:6 180:7
**purchasers**
188:6
**purchases**
160:2,3
**purported**

150:14
204:21
205:2
**purporting**
151:18
**purports**
128:3
**purpose** 48:7
49:12 53:20
72:6 73:22
73:25
156:25
159:2 221:7
265:3
**purposes**
147:4
158:19
159:4
**pursuant**
1:16
**pushed**
242:16
**put** 13:20
26:15,18,19
27:5 40:7
45:6 65:10
110:22
129:2 130:2
149:9
161:17
179:23
186:9
196:24
199:22
231:17
240:9
241:10
250:16
**putting**
108:20
**p.m** 171:12
172:3
301:13

——————
**Q**
**qualified**
54:23,24,25
77:23

158:14
174:15
193:22
**qualities** 56:5
**quality** 74:4
153:12
**Queens** 52:3
**quem** 197:22
197:23
**question** 5:9
5:10 9:16
10:4,5
13:17 14:2
14:4,14
15:5 19:25
24:11,13,16
28:18 44:25
48:24,24
62:7,24
64:18 71:12
72:17 74:16
75:8 78:24
80:2 82:12
82:16 85:7
91:16,19
95:9,13
98:23
101:16,22
102:3,4
106:7,16,16
110:20
132:4,7,24
134:13,21
137:18
138:10
144:20,25
144:25
147:22
149:18
152:10,14
152:23
161:13
162:21
167:5,10,16
168:19,21
170:11
173:18
176:22,24

178:10
180:20
185:8,21
192:21
195:7,20
205:14
216:3 217:8
218:20
219:24
227:10
232:24
234:14
236:14
244:18
245:24
248:3,10
249:8
259:14
261:20
275:13
278:6 279:9
286:3,21,22
286:24
288:14
294:10
296:25
299:6,7
**questioned**
246:15
282:23
**questioning**
175:8
189:17
**questions**
14:25 58:4
78:23 89:24
101:17
156:20,21
243:15
257:13
274:21
277:15
278:4
292:14
294:11
296:2
**quicker**
277:14

**quite** 45:19
**quotation**
47:14
**quotations**
176:9
**quote** 9:12
13:19 19:2
33:21 34:20
35:25 62:16
90:8 151:18
223:21
239:16
261:25
276:5 297:8
297:13
298:21
**quoted** 40:4
71:17
176:12
239:5
240:23
241:8
**quotes** 62:15
154:6
281:17
**quoting** 35:9
36:25 71:20
127:4
176:10
177:17
213:21
244:3

——————
**R**
**R** 2:2 3:2
172:2 303:2
312:2,2
**rabbi** 17:6,9
17:9 18:5
22:25,25
23:9,19
24:17,20
42:7 62:14
65:5,14,24
66:3,7
81:11
150:25
153:14

156:5 157:2
157:21
181:17
192:6,7
201:20
228:4
231:21
236:24,24
248:21
249:16,23
251:23
252:21,22
253:4
259:24
271:23
304:19
307:9 310:4
**rabbinic**
259:12,22
271:5
278:10
**rabbis** 58:4
146:5 271:4
**rabbi's** 58:19
214:2
**Rafi** 273:23
**rags** 178:3
**raise** 102:24
**raised** 103:10
138:2
244:18
**raises** 242:19
244:20
**raising** 103:2
103:8,9,15
**range** 60:5
**ransom** 111:8
**ransoming**
158:20
**rare** 103:22
103:22
**rate** 41:4
**reach** 73:14
**read** 9:23
16:3,9 17:3
17:24 23:3
23:9,17,24
24:17,20,23

27:6 29:9
30:14 32:2
32:22 34:19
46:11,22
55:10,16
56:14,16,23
56:25 62:14
63:3,6 64:3
64:20,23
65:12 66:22
66:24 67:9
72:5 89:15
92:10,14
104:13,15
104:17
105:14,19
105:20
106:3,5,8
106:14,17
108:9,13,17
126:14
133:2,12
134:16,23
136:10
144:23
145:25
152:18
154:24
156:24
157:3,7
163:3 165:6
167:17
168:19,20
172:25
174:7
175:12,20
175:23
176:8,14
181:24
189:23
191:25
192:19
193:20,21
205:10,13
206:16,18
207:2 208:7
208:14
209:19,19

210:2
211:17,19
221:17,18
234:8
238:16,19
242:19
243:9,18
247:12,18
248:15
258:18,18
258:19
260:5
261:24
262:2
267:19,21
270:17
272:21
273:8 295:2
302:8 311:4
**reader's**
278:17
**reading**
13:11 21:16
26:19 39:12
39:20 47:6
55:8 58:2,3
62:18 78:7
86:16,17
92:8 93:9
125:5,6
127:5 129:7
155:24
170:13,15
170:17
175:19,22
193:18
217:21
226:3
239:14
294:2
299:19
**readings**
258:14,22
258:25
259:3
**reads** 112:11
**ready** 106:2
139:6

**real** 188:4,16
189:4
271:24
**reality** 27:16
**realized**
182:21
187:14
200:16
**really** 20:10
46:16 63:22
74:24
100:15
102:3 107:9
136:14
156:20
165:10
201:16
289:5
**reason** 62:10
65:19
111:24
128:13
231:8 281:6
289:4 294:7
311:6 312:9
312:11,13
312:15,17
312:19,21
**reasonable**
61:19
**reasons** 96:4
111:10
113:17
312:5
**recall** 101:8
172:15,18
172:19
**receipt** 31:8
37:3,8,11
37:14,19
38:22 39:3
209:6
311:15
**receive** 30:21
30:22 31:22
93:23 94:5
94:8 297:14
298:19,22

**received** 9:11
31:2,7
33:22 35:25
93:17,24
94:10
208:10
214:25
231:24
**receiving**
21:11
**Reception**
208:17
**recess** 79:16
139:3
171:12
223:14
257:18
274:17
**recognize**
6:11,14,18
66:4 225:10
225:16,20
236:13,17
**recognized**
50:19
135:22
136:2
**recollection**
142:23
**reconfirma...**
190:15
**reconstitute**
166:11
**reconstruct**
78:4 95:11
**reconstruct...**
68:20
**record** 16:10
37:10 58:22
58:24 68:18
68:22,23
71:4 76:16
77:2 97:4
102:13
137:8 144:5
155:24
167:14
168:20

169:14
173:21
186:20
216:5
222:19
227:9,20,22
234:5
235:25
247:13
253:3
267:21
303:13
**recorded**
70:19 76:18
98:19 122:4
130:25
136:16
179:16
180:9
190:20
292:7,8
**records** 69:6
69:9,10,15
69:16,18
96:8 97:6
117:18
118:16,18
118:19
149:17
169:12
173:19
214:24
221:11,17
229:3
262:14
265:16
281:17
284:21
**recounting**
109:7
**Recover**
208:4
**recovered**
32:13
**recross** 301:2
**redelivered**
37:24 39:7
40:8

**redundant**
34:6,6,7
40:4,17
**reestablish**
194:19
**refer** 6:7
168:11
200:8 292:4
294:13,16
**reference**
7:19,20
9:17 19:11
21:4 22:7,8
31:14 36:8
75:12,13,14
75:15,15,16
76:9 93:25
97:10 98:10
111:19
112:15,20
121:25
122:7,10,20
126:11
143:13,17
154:20
166:13
172:13
173:9,16
177:6 179:6
179:13
180:21
181:5,10
185:13
187:10
193:8,8
194:3 195:2
195:11,23
196:13
197:6 198:3
200:21
201:9,12,15
202:7,18
205:15
209:21
210:14
211:13
223:18,20
223:23

228:2 234:4
250:10,20
252:11
281:7,12,22
282:19
286:12
296:5,24
297:10,21
**referenced**
16:25 22:17
34:3,17,18
35:16
138:17
202:9,11,17
212:13
218:7
222:18
239:9 250:5
**references**
9:25 91:6
100:24
114:19
123:22
138:18
166:14
195:5
202:13
203:3 216:6
220:23
222:14
250:19
271:7
300:20
**referencing**
8:18 76:23
127:21
185:11
191:16
209:24
238:4
**referred**
75:25
257:22
258:4
275:23
280:11
298:3
**referring**

11:6 36:23
124:17
153:23
176:18
189:10
191:13,13
193:3
199:23
208:19
217:19
227:5
254:17
267:22
275:16
276:10
277:9,11
282:2
287:25
291:8
298:24
299:14
**refers** 32:12
113:16
115:3 189:7
191:14
209:6 231:7
292:2
**refining**
149:22
**reflecting**
51:8 131:4
**reflects** 17:24
53:20
**reform**
165:22
**reformation**
98:20
**refresh**
142:22
**refurbish**
272:19
**refurbished**
272:22
**refused** 232:2
**regard** 17:17
**regularly**
49:2
**reign** 179:24

**reimbursed**
122:17
**relate** 96:16
**related** 46:5
85:23
269:11
270:22
303:16
**relating** 58:6
62:4
**relation**
260:6
**relations**
259:10,15
259:21
260:2,9
**relationship**
41:25 42:4
57:22 85:21
226:6
228:19
283:11
284:23
**relationships**
170:12
**relative**
214:11
261:20
**relatively**
89:5
**relevance**
19:22 20:7
152:22
184:6,9
**relevant** 7:12
38:7 71:10
85:13 86:3
178:15
218:23
**reliability**
175:16
**reliable** 43:11
43:17 44:16
44:18,24
45:10,12
47:12,17
52:8,13,15
52:19 53:23

73:4 81:21
82:17 84:16
145:22
176:5 191:8
**relied** 22:2
53:4 120:11
121:17
**relief** 268:9
269:6
**religious**
190:9
231:22
280:21
**rely** 22:4 53:5
230:8
244:12
246:11
259:2
291:19
**remain** 164:7
**remained**
100:9 188:5
**remaining**
117:15
119:8
**remains**
87:14 88:6
**remark** 32:23
**remarks**
243:10
**remember**
15:7 21:24
31:25 32:4
32:24 42:19
47:6 68:5
92:6,8,10
98:19 142:7
142:8,14,17
145:14
156:10
157:18
160:5 196:8
206:10
210:11
211:20
213:18
220:12,23
227:25

244:8
249:14
259:3
270:23
271:7 272:4
282:5
**Remnant**
18:5 304:18
**removable**
274:9,11,13
**renewed**
210:6
**repaid**
179:25
**repaired**
208:16
**repairs** 196:7
196:8,16
208:14
**repeat** 267:18
290:4
**repetition**
123:2
**rephrase**
59:6 80:22
95:19 113:5
**replace** 224:6
225:12,22
225:25
226:8,22
**report** 4:15
4:25 5:5
8:19,22,24
9:4,10,24
10:13 18:25
21:10,23
22:5 27:17
28:4 30:12
31:2,6,13
31:19 32:15
33:6,15
35:21 36:24
37:21 38:7
39:6 40:2
52:6 53:3,8
53:11,18
55:5 60:21
60:22 61:12

63:9 73:17
74:8 76:8
76:14,24
77:5,5,21
80:6 108:19
108:23
119:21
137:13
173:23,25
174:2 177:7
180:21
182:6,12,13
183:6 187:9
190:21,23
194:3,14,23
200:10,22
211:18,19
211:21
212:2
221:22
227:23
228:3
238:21,25
239:5,15
240:9,11
241:7,18,22
258:7
261:24,24
277:25
279:20
282:17
285:11
304:13
**reported**
55:11 76:17
78:10
101:15
137:12
223:23
227:16
234:10
**reporter**
103:18
303:8
**reporting**
55:8 283:12
**reports** 76:24
272:21

**represent**
  134:9 236:7
**representat...**
  297:21
**representat...**
  49:20
**represented**
  45:15
**represents**
  180:19
**reproduction**
  124:11
  134:5 306:5
  306:9
**reputable**
  140:20
**reputation**
  273:7
**request** 201:5
  210:6 222:9
  222:11,21
  232:18,21
  233:2
  250:24
  251:2 280:5
  285:22,24
  287:10
**requested**
  37:24 39:7
  40:8 234:16
  287:21
**requesting**
  34:25
**requests**
  259:5
  265:18,22
  304:9
**require** 48:9
**required**
  179:22
  207:21
  208:11
**requireme...**
  188:15
**reread**
  200:15
  211:15
**rereading**

  182:20
**research** 5:14
  7:25 13:10
  13:23 15:12
  16:17,20,22
  16:23 17:24
  21:9,11,15
  26:18 51:17
  52:12 53:2
  61:24 65:23
  65:24 69:2
  83:3,5,8,13
  115:5 124:2
  173:25
  174:6 203:6
  203:18
  209:18
  219:12
  230:7,10
  255:18
  289:9
**residence**
  264:15
**resolution**
  126:16,17
  134:17
  137:16
**resolutions**
  123:15
**resolved**
  127:8 208:2
**respect** 18:19
  72:13 78:21
  79:2 118:24
  119:5
  125:16
  221:22
  227:21
  260:13
  276:14
  281:2
**respond**
  278:5,6
**responsa**
  58:3 260:5
**responsible**
  250:3
**rest** 106:3,5

  116:16
  132:13
  299:25
**restroom**
  139:2
**result** 16:17
  29:10 61:4
  83:10
  166:21,22
**resumed**
  172:5
**retained**
  40:23 95:8
  157:12
**retaken**
  161:2
**retired** 84:9
**retrieved**
  69:17
**return** 21:14
  276:24
  287:10
  311:13
**returned**
  19:9 21:13
  275:4
  286:23
  289:4
**returning**
  275:8
**Revere**
  118:19
**reverend**
  29:10,18
  52:10 74:5
  74:11
  162:10
  177:25
  290:6
  291:13
  293:9
**review** 51:6
  56:11 61:2
  66:15 67:13
  135:18,24
  136:4,9
**reviewed**
  61:3

**reviewer**
  135:25
**reviewing**
  183:9
**reviews**
  135:13,16
**revived** 275:5
  275:18
**revolution**
  67:25
**revolutiona...**
  27:23 199:5
**Rhode** 1:3
  39:21,23
  40:6 90:3
  91:13,24
  190:10
  195:13
  201:5
  203:12
  212:3 234:2
  235:7,21
  280:4
  307:23
**ridiculed**
  243:10
**right** 6:10
  10:21 11:2
  12:18 13:13
  13:15,18
  16:20 18:14
  18:19 19:13
  24:9 28:5,8
  30:11 32:19
  33:2 35:10
  35:17,20
  36:3 40:6
  42:24 43:2
  43:4,5,8,20
  44:12 45:19
  48:16,19
  49:4,6,13
  52:22 54:4
  59:8 63:21
  65:12 69:6
  69:7,11
  73:7 74:21
  76:13,18,19

  76:25 77:6
  78:3,12
  79:13 80:3
  81:19 83:16
  83:20 86:11
  89:19 92:6
  94:24
  104:20
  105:16
  106:7
  107:12
  109:8 110:2
  110:16
  111:20
  112:12,16
  113:7,13,16
  113:20,23
  115:7
  119:16,18
  121:24,25
  122:11,21
  123:7 126:2
  128:4
  130:21
  131:21
  135:13,23
  136:12
  137:2,16,20
  138:18
  143:13,24
  144:4 146:9
  146:20
  148:7
  150:14,16
  151:8,14
  154:2,5,10
  154:20,22
  157:12
  163:7 168:9
  170:4 171:4
  171:6
  172:21
  173:2 175:5
  182:6
  185:12,13
  186:19
  187:16
  188:7,19

  189:3,16
  190:12
  191:8,16
  198:11,16
  199:16,18
  199:23,24
  200:2,13,24
  206:3 213:9
  214:19
  215:12,17
  217:9,11
  218:7,11
  219:3 220:3
  221:11
  222:15
  224:22
  225:9 226:3
  228:7
  230:16
  231:16
  234:21
  236:24
  237:20
  240:9
  242:10
  244:21,22
  244:23
  249:3,24
  251:23
  252:23
  253:7,22
  255:2,8,9
  255:14
  259:14
  260:20
  261:15,16
  261:18
  262:21
  267:16
  272:4,10
  273:12,15
  273:18,21
  273:22
  274:8 280:9
  280:18
  281:13
  283:17,20
  285:5,15,15

286:4
287:15
288:12,16
289:12,16
289:17
290:4 293:3
294:2,5
295:8,11
296:11
297:8,11,17
298:20,21
298:23
**rights** 77:24
189:8
190:13,25
191:25
247:24
**right-hand**
86:10
**rimmonim**
4:17 6:8,8
6:12,15 7:4
7:17,19,23
8:3,9 9:6,17
10:10 11:8
11:17 12:21
12:24 13:12
13:15,25
14:11 15:3
15:11 16:5
17:23 18:15
19:24 23:25
24:14,24
47:23 48:10
48:13,19,22
49:5,7,12
49:18,19
53:21,25
54:2 56:7,8
62:22 64:14
68:19,21
75:7,13,15
75:21 76:9
76:11 78:16
78:22 79:2
80:11,13
81:2 85:7
85:19 92:19

94:14,21,23
95:10 96:17
97:10,11,17
98:22,25
99:20 101:6
101:9,19
102:8
104:10
107:2
109:20
110:4,19
111:20,25
112:7,10,18
112:21
113:4,16
114:13,19
115:4 118:6
118:9,13
121:25
122:7
123:23
126:12
139:9
140:13
143:8
147:14,21
149:25
150:21
151:8,13
155:3 161:6
164:12
166:13
169:7
172:13
173:10,16
177:8 178:6
178:14,24
179:7,10,13
180:19,22
181:3,5,10
184:12
196:24
197:15
198:4,9,15
198:19,20
199:8
201:13
202:15,17

202:24
203:19
204:24
205:15,18
208:19
209:9,12
211:14
212:25
214:9,17
215:6
221:24
222:24
224:15,21
226:9 227:4
227:10,13
227:14,21
233:5,25
234:16
235:11,18
239:18
240:14,24
242:8,16
243:2,7
244:16,19
245:5,9,12
245:17
246:3 247:5
250:19
252:11
253:15
255:16
257:22
258:4
260:14
272:13
275:3
277:22
278:9,13
279:2,15
280:17,20
282:24,25
283:19,24
284:11
286:17
288:6 289:6
290:2 300:4
300:21
**ritual** 87:12

116:21
153:19
260:22
261:6,7
277:23
306:19
**Rivera** 34:23
192:25
193:10
**Rochelle**
267:7
**Rodrigue**
192:25
193:9
**Rodriguez**
34:23
**rollers** 90:23
**room** 6:5
**Rosenbaum**
46:14,19,20
50:22 87:13
88:8,20
89:8,12
136:5,9
305:17
**Rosenbau...**
133:23
134:9
**Ross** 242:18
**Rothschild**
204:22
**rough** 41:15
116:15
**routinely**
176:25
**Roy** 272:24
**RPR** 1:20
303:24
**RQ** 211:9
304:9,10
**rule** 278:7
279:7
**run** 141:20
**runs** 67:24
229:2

——————
**S**
——————
**S** 2:2 3:2

121:19
172:2,2,2
**Sabbath**
110:9
**sacred**
253:12
**sad** 264:8
**safeguard**
32:16
**safeguarded**
33:17 34:11
35:22 37:23
**safekeeping**
36:9,21
164:6
205:20
207:20
208:11
209:11,22
276:25
296:11
301:7
**sale** 113:25
244:15,16
**Sales** 160:2
**Samuel** 94:15
184:13
**Sarna** 51:22
51:25 54:24
133:9
**save** 123:8
148:17
248:18
**saw** 8:16
11:19,20
12:4 17:3
63:2 135:5
144:9
150:11
151:7
162:18
163:10,12
172:14
223:9
230:24
231:2
**saying** 12:20
12:23 16:4

38:8 95:2
183:23
187:18
196:12
225:2
252:18
255:22
260:8
294:22
**says** 13:7
14:4 15:2
15:10 25:13
30:17 31:4
37:13,22
38:24 39:21
64:13 68:5
75:7 82:9
85:6 86:17
86:20 87:8
87:8 88:5
90:16 92:19
93:6,24
98:14 101:2
107:15
108:2
117:23
118:4
119:15
121:20
125:2
126:25
127:25
129:2,4,11
129:16,17
129:20
134:17,20
135:6 143:6
149:21
151:7
154:11,12
154:22,24
155:22
158:5
161:17
163:16
166:5,7
167:24
168:4 174:5

179:10
180:3 185:7
185:23,25
186:4,5
187:7 189:6
191:10
192:11,13
192:22,24
198:12
199:5
207:12,25
213:21
214:2,24,25
215:12
218:9,10,13
218:14
219:20
220:5
222:15
223:25
233:24
235:11
239:6
240:23
251:25
252:2 253:3
253:7 254:8
255:3 262:7
269:5
276:15
280:3
281:18
286:4 287:6
288:11,15
288:21
290:15
291:11,24
292:9,19
293:8
295:22
296:20,21
298:11
301:5
**scandalous**
204:2
**scenario**
78:25 95:11
**scenarios**

248:5
**Schoenenb...**
87:10,11
145:6
153:19
306:19
**scholar** 13:5
13:6,7
15:10,12
84:17
132:22
**scholarly**
27:12,15
**scholars**
13:14,19
16:19,24
132:16,20
133:10
145:18
153:6
185:16
**scholarship**
45:16,17
51:8,10,13
82:5,25
176:16
**School** 235:7
235:21
**SCHUMEI...**
2:13
**scope** 277:25
300:25
**scratch** 33:4
**scroll** 36:15
48:6,8 90:4
91:12,23
92:19
109:21
110:24
111:2
146:25
202:21
274:12
283:11
**scrolls** 21:2
21:14 22:15
32:7 33:17
34:5,12,16

35:22 36:5
36:9,13,20
37:23 97:25
98:5 158:10
164:5
201:22,25
252:16
**se** 53:25
**second** 10:13
16:10 22:24
29:11 30:24
31:20 34:17
60:25 76:8
76:9 78:15
80:9,9
92:13 93:3
93:6,11
109:19
113:16
114:18,24
115:3 118:4
121:19
129:8,11,12
130:4,4
143:3
146:23,23
147:12,12
150:3 158:6
178:22
179:12
180:5,20,23
181:2,4
183:5,20
186:5
187:12,18
208:25
219:8
230:18
240:18
290:21
291:23
292:2 297:6
300:7,10,12
**secondarily**
70:21
**secondary**
45:21 52:5
71:22 72:18

72:25 73:2
73:3,5,7
109:8
175:15,24
176:3,4,17
177:2
255:24
**second-to-l...**
90:17
230:17
**secretary**
252:2
**section** 109:4
187:23,24
196:18
258:10
266:20
273:15,17
273:19
**sections** 66:4
**Sedakah**
121:10
126:17
130:9
305:23
**see** 4:19
10:19 12:3
14:18 15:7
18:16 19:2
20:25 25:16
25:20 30:17
31:11,19
33:13,18,24
35:25 37:5
37:25 38:20
38:22 53:17
63:11 64:12
64:15,18,20
65:6 66:6,9
69:23,24,25
72:25 73:2
80:14 86:15
87:15 88:4
88:8 90:16
91:14,16,18
92:2,20
93:20 99:23
101:4 104:2

105:16
106:24
107:20
108:6 109:5
111:17
112:7
115:20
117:9 126:8
127:8,9,12
129:2,11
130:6
132:20
134:12,14
134:15,17
134:22
139:9,20
140:13
141:20
142:13,16
142:24
143:5,10,24
144:4,18
145:2,3
147:5,16
149:6
150:19
151:12
155:7,21
156:2
158:12
168:5,7
173:8
176:10,14
177:10
182:15,18
186:19
194:6 195:2
195:11
196:13
201:2,7
207:12,23
207:24
212:10
214:6
219:20,23
220:2,3,7
222:12
227:19

228:14,20
230:6,21
232:4,6,11
233:24
234:4 235:8
235:11,16
237:14
238:8
239:22
251:19
252:8
253:17
254:13,15
258:7 259:5
262:21,22
263:21,23
263:25
264:10,12
264:18
265:6
266:12
268:4 269:5
269:11,14
280:6
282:21
283:19
285:15,25
288:12
290:25
291:2
292:20
293:9
295:23
298:7
299:24
**seeing** 220:23
249:14
**seek** 232:16
**seeking** 198:6
231:22
268:9
**seeks** 27:5
141:3
**seen** 11:17
13:9 18:11
51:2 80:10
85:12 86:2
96:9 97:8

97:15 101:4
108:11
120:16
132:22,25
141:18,20
142:4
144:14,22
146:19
219:15
220:17
221:6
227:22
229:16
230:3
233:20
234:15,18
235:19,22
236:10
249:8,10,17
250:21
251:9,12,21
253:19
256:24
257:12
261:13,19
268:2
269:13
274:25
276:10
284:21
285:8
289:10
293:5,24
294:16
**sefer** 98:14
98:19,20
163:22
164:9,9
165:14
177:21
212:25
215:10,17
217:24
218:10,11
220:6
233:25
**sefer-bells**
211:25

**seforim** 19:9
19:12,23
20:13,16,21
21:5 22:7
22:14,18
30:22,25
31:22 34:9
34:22 35:3
35:16
169:13,16
169:20,21
201:6,10,12
201:16
202:3
207:14
210:10
214:3
279:23
280:6,12
296:6,10,22
297:11,15
298:19
**Segal** 181:14
307:4
**segment**
269:18
**Seixas** 20:8
31:9 33:23
34:24 37:4
39:5 96:20
193:6
207:18
208:22
**Seixases**
96:21 210:6
**selected**
66:14 67:12
99:20
**sell** 80:11
106:25
111:2,3,6
111:11
204:5
242:15,20
245:9,11,17
246:3,21
**seminary**
23:6 54:15

196:4 281:6
**send** 198:8,13
**sending**
197:7 198:4
213:4
276:16
**sense** 26:2
55:15
120:13
188:17
262:12
266:5,6,8
**sent** 9:13
20:16,17,18
20:19 41:13
85:19 97:2
98:20 99:18
120:5
164:13
166:18,22
168:23
169:8,9,16
169:25
170:5 197:8
214:18
215:2,6,7
222:18,24
232:3
281:18,19
288:25
289:25
296:11
**sentence** 37:2
38:3,9,13
38:16,18
64:25 80:9
87:3 90:17
91:10 108:2
118:5
146:23
147:13
189:13,21
189:22
191:2 222:2
230:18
239:17
241:11
262:7

**separate** 21:5
36:11 37:12
37:18 39:4
39:4 96:7
96:10
129:24
130:21
180:14
238:12
**separately**
21:3 202:4
273:21
298:5
**Sephard**
225:15
**Sephardic**
48:22 49:16
49:21
141:10
184:2 202:6
225:12,18
225:24
226:6
228:11,24
229:16,19
258:16
277:23
278:14,23
283:4
290:12,18
291:17
**Sephardim**
278:19
**September**
9:9 230:15
**sequence**
149:24
**series** 70:15
97:15 217:2
**served** 4:10
143:6 147:3
**service** 48:10
49:16
225:12,18
225:24
278:23
**services**
42:16

110:18
202:6
229:10
230:19
252:20
267:6
278:12
280:21
**serving**
155:22
**set** 11:6,7,7
11:13 13:14
16:4 23:25
26:5 35:16
97:2 111:4
114:4,15
151:8
173:23
175:4
179:11,12
194:22,22
205:3,6
219:9 225:9
255:6
258:11
287:4
303:11,21
**sets** 12:21,24
13:7 15:11
31:16 32:7
99:14 219:2
219:6 224:6
224:9
239:17
286:9
**setting**
140:14,17
**seven** 6:3
110:16
182:17
204:8
**shamas**
300:23
**shamash**
100:21,23
100:25
101:3
125:17

126:6
162:16
168:10,13
215:9 218:3
219:11
287:24
**share** 237:9
**Shearith** 1:8
9:12 12:6
16:12,16
25:15 32:10
36:19,22
40:7 46:6
48:21 52:12
64:11 91:25
93:7,16
96:24 109:4
117:6,11
143:7 155:4
155:23
173:4 177:9
177:18
182:14
188:9
189:10
190:14,25
191:15,19
192:2
194:20
196:19
199:9 200:6
208:24
214:25
222:8 239:7
262:14
263:19
282:19
284:19
285:20
286:11
287:3,21
290:2
291:21
**sheet** 311:7,8
311:11,14
**shillings**
112:5,6
138:8

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**Shinerock**
3:11 4:20
15:23 26:6
107:10
121:16
211:2,5
247:12,16
256:21
310:15
**shipped**
169:16
**shochet**
129:12,13
130:5
**shocked**
281:3
**shofar** 197:8
214:4
**shomer**
206:12
**shomers**
206:11
**shop** 89:4
118:18
**short** 47:5
84:8 139:13
172:25
223:12
258:7
280:18
**Shorthand**
303:7
**shortly**
210:20
**short-circuit**
239:3
**short-term**
284:24
**show** 15:17
17:5 96:3
97:16 124:7
135:13
148:16
184:5
205:11
207:5
215:14
261:23

**showed** 93:8
93:16
193:15
213:2
**showing** 14:5
14:15
151:19
**shown** 147:14
282:4
283:20
287:14
299:16
302:12
**shows** 19:19
95:7 199:3
**Shrine** 90:3
90:20
**shul** 31:5,6
207:14,22
208:12
297:16,24
**siddur**
229:17
**side** 6:6
**sides** 27:20
27:22
**sifrei** 164:16
164:19
197:3,7
208:22
267:5
275:23
276:2,15,17
276:18
281:4
282:10
299:20
**sign** 193:11
311:8
**signature**
37:17 38:25
312:24
**signed** 150:13
**significance**
33:13 194:6
242:12,13
246:21
262:24

263:4
**significant**
231:24
232:13,19
232:22,25
240:9 243:3
245:6,12,17
246:4,25
**signing**
311:10
**signs** 38:19
**silver** 9:14
19:9 20:13
20:16,18,19
20:20 21:3
21:5,13
70:17 72:21
75:17 83:10
90:4 91:11
96:21 101:2
111:22
116:2,3,6
116:16
118:17,21
119:7,9,21
119:24,24
120:5,10,17
120:19,25
140:19
143:8
149:13,15
153:19
158:9
160:18
164:16,20
164:22
180:12,17
197:19
209:22
210:12,17
211:24
213:16
214:12
215:3 223:8
233:13
235:11
239:17
248:14

276:8
281:11,19
282:7
291:12
292:20
300:9,11
306:20
308:18
**silversmith**
15:20 79:19
143:6
149:14
239:19
304:16
305:13
**Simeon** 193:6
**simpler** 75:20
**simply** 23:5
81:7 244:14
276:20
277:2
**simultaneous**
5:7
**simultaneo...**
145:20
**single** 11:7
141:24
242:18
306:12
**single-page**
134:4 306:9
**sister** 85:24
196:21
262:10,19
**sit** 51:7,12
172:16,19
210:18
271:6
**sitting** 11:5
145:14
276:13
**six** 6:3 22:15
32:7 89:4
201:22,24
298:15,17
**size** 98:14
**skip** 137:18
**skipped**

206:20
232:5,7
**slide** 145:19
**slightly**
110:21
131:5
**Sloane**
104:19
175:12
**sloppy** 96:11
**slow** 18:9
**small** 89:6
98:14
160:20
236:20
**Smithsonian**
84:6 231:20
231:25
232:4 234:9
247:7
250:21,25
252:3 253:6
**smoothed**
163:3
**Snow** 256:21
310:16
**social** 269:22
**societies** 60:4
**society** 12:6
59:14,19,22
60:10,13
90:8 124:13
128:10,14
162:14
233:15
306:8
308:20
**sociologist**
52:3
**Sola** 23:17
52:9,10
62:14,14
234:11
236:24
248:8 249:7
249:21
251:6
281:17

310:9
**sold** 158:18
159:2,4
160:15
161:6
204:15,18
260:16
261:14
267:8
**Solomon** 3:9
3:11 5:4,8
6:19 10:3
11:22 12:2
13:16 14:2
14:13 15:4
18:8 19:25
20:6 21:6,8
24:10,16
25:3,18
28:15,17
41:3 44:25
45:5,25
53:9 54:5
58:23 59:4
61:21 62:6
62:23 69:12
71:8 79:5
81:23 82:11
82:19 87:18
88:12,22
89:18 94:12
95:3 101:21
102:10,17
102:21
103:2,5,9
103:14,22
104:4 105:8
106:11
108:13
112:25
113:8,21
126:18
128:6 132:4
132:7,10
136:2 137:3
137:6,15
144:7,10
148:24

149:20
150:17
151:15,18
152:10,13
156:6,15
157:16
159:21,24
161:7,11,14
162:20
166:25
167:4,7,14
185:8 186:3
186:21
187:2,7,20
189:12
190:3
194:13
209:14
215:13
216:5,23
217:7
218:19
219:23
228:12
229:12
230:24
232:5,9
235:24
236:14
240:5
245:19,23
248:2
253:23
254:4,13
257:13
259:16
264:20
267:15
274:18,21
274:24
291:2,5
292:11
293:22
294:9
295:12,18
298:14
299:6,10
300:6,11

301:3,9
304:5,7
**Solomon's**
292:14
**solomon.sh...**
3:12
**somebody**
97:21 98:24
99:6,10,13
125:25
136:24
165:18
236:17
242:19
245:20
246:14
281:19
301:7
**someplace**
67:21
**somewhat**
148:8
**son** 34:25
**sorry** 11:24
24:10 30:10
31:6 33:4,7
45:18 65:9
65:12 66:12
82:15 86:8
92:15 93:10
104:15
107:9
108:22
109:25
115:15
137:3,7,7
137:25
138:16
151:4
154:14,15
156:10
158:24
185:10
186:22
206:15
211:18
212:8,8
217:7

221:14
228:13,14
231:2
232:11
236:16
237:4
239:25
244:6
247:19
253:25
254:12
261:12
268:24
276:8
**sort** 160:25
199:7 204:2
299:16
**Sotheby's**
160:6
**sought** 269:6
**Sounded** 12:2
**Sounds**
257:17
**source** 72:20
72:25 73:2
73:3,4,4,5
135:2
175:17
176:7
201:19
294:25
**sources** 45:22
51:19 58:3
67:18,19
71:22 72:18
73:8 109:8
133:13,15
136:22
175:15,25
176:3,4,8,9
176:17
177:2
189:23
252:23
253:5
255:17,24
271:4
294:23

**space** 311:6
**Spain** 49:17
272:5
278:23
**Spanish**
68:11
278:12
**Spanish-Po...**
17:10 94:22
94:23 125:4
189:25
268:9
291:14
**speak** 65:14
156:11
230:12
246:5
281:25
**speaking**
66:7 85:15
152:15
281:8
**special** 6:12
230:20
**specific** 5:9
7:18,20
9:17,24
14:24 17:3
29:15 51:4
54:15 62:2
68:11,12
76:3 122:6
122:10,19
148:5
172:12
173:9
179:17
202:18
205:20
210:13
211:12
261:2 275:2
**specifically**
5:16,18
22:14,17
23:14 51:3
83:13 97:10
133:2

165:15
166:12
173:16
179:6,10
180:22
181:4 185:2
202:14
280:11
291:24
300:22
**specifics**
202:8
270:24
276:19
**specified**
198:17
276:22
**specify** 277:2
292:3
**speculate**
95:5
**speculation**
69:13 77:20
**speech**
155:18
**spend** 5:25
89:7 158:24
182:8 207:9
**spent** 6:2
155:23
**spoken** 74:19
226:25
**ss** 302:3
303:4
**stand** 28:7
107:23
172:5
**standard**
45:17
**stands** 180:5
**start** 12:21
**started** 81:13
83:7 175:19
**starts** 93:12
127:13
**state** 1:21
45:15 63:5
75:20 80:2

80:3,16,24
80:25 86:18
116:13
182:13
190:9
195:13
222:2 225:7
231:18
237:13,23
238:24
246:15
248:13
302:2 303:3
303:9
309:10
311:5
**stated** 64:7
113:17
128:11
158:16
165:21
185:2
195:17
207:13
222:6,6
225:20
243:6
285:18,19
289:8
**statement**
16:9,15
20:8,25
21:10 64:9
82:8 88:11
90:8,11,25
91:15 97:18
102:2,5,7
106:12,25
120:11
135:3 140:8
144:22
147:7
149:23
150:15
177:13
179:3 189:7
215:5
216:14

224:8
227:11
241:6,8,14
241:20,22
241:25
242:3
246:13
256:2
281:16
283:23
284:10
288:9,11
**statements**
20:24 43:14
44:11,15
71:16 80:20
82:8 83:17
85:20
101:12
144:6
150:20
157:22
158:2 179:8
242:9 275:8
**states** 1:2 8:9
9:5 57:2
93:5 141:3
145:12,17
146:24
160:25
184:22
215:8
231:23
254:23
256:5 263:3
265:19
269:9 271:2
271:4
**stating** 7:16
7:22 9:13
10:8 64:6
85:18
191:18
215:2
225:20
244:14
282:5
**stave** 100:11

100:12
**stay** 253:24
**stayed** 222:25
**Steinberg**
215:9
217:14
218:3
219:10
308:8
**steps** 224:2
224:16,25
225:4
227:20
**Steven** 52:4
**Stiles** 32:8
**stop** 103:15
132:12
169:23
183:5
215:14
**storage** 214:6
**stored** 211:25
212:13
232:2
**storerooms**
281:4
**story** 27:21
**straight** 5:2
49:25 70:8
70:10
**Street** 84:12
199:10
212:3 239:8
289:7
**strike** 33:10
**struck** 262:13
**structure**
114:13
**Struggles**
105:17
**student**
145:13
**studied**
120:13
**studies** 50:2
59:24,25
60:6 242:7
**study** 50:6

60:7 70:15
88:7,17,19
**stuff** 140:15
213:4
**subject** 26:23
45:24
194:20
260:7
291:17
302:11
311:10
**submitted**
150:13
**subscribed**
302:20
**subsequent**
21:13 22:5
75:14 83:5
233:17
283:13
308:23
**subsequently**
21:12 54:12
83:4 84:5
119:22,22
**subset** 66:20
**subsilvers...**
180:13
**substance**
7:16,23 9:5
275:3
**substantial**
273:11
**substantiate**
205:4
**substantive**
251:14
**substitute**
198:6
**substitutes**
253:10
**substituting**
173:18
**subtle** 114:7
**subtlety**
182:21
**successive**
110:11

**suffered**
267:3
**suggest** 10:3
65:17
252:22
**suggesting**
131:2
276:13
**suggestions**
61:7 252:23
253:5
**suggests**
115:17
**summary**
80:7 109:3
291:5
**superseded**
51:18 225:3
**supervise**
290:8,16
**support**
258:15,22
259:5
262:10,14
262:19
265:10,17
265:23
266:4,7,9
266:21
267:13
270:20
271:8,10
**supportable**
178:17
**supporting**
258:11
**supports**
114:13
**suppose**
213:8
244:24
287:4
**supposed**
66:25
110:14
**suppositions**
47:16,19,23
**sure** 10:5
17:20 28:10

28:11 50:4
92:15 98:8
105:21
123:9
133:14
142:11
171:8
182:10,24
195:9 197:9
226:24
246:9
251:24
252:17
275:14
291:5
**surprising**
221:15
**survey** 60:18
**surveyed**
269:17,20
**surveys** 60:15
269:23
**survival**
265:12
**survive**
264:11,13
264:16,19
264:24
265:5,7
**survives**
16:11
**switch** 113:23
**sworn** 4:2
172:5
302:20
303:12
**symbolic**
147:4
**synagogue**
6:22 7:18
7:24 12:18
13:15,25
14:12 15:3
16:5 17:20
24:2,25
28:2 31:2,4
31:14,24
32:6,19

33:12,18
34:14 35:17
39:19,20
40:13 46:4
48:9,12,18
48:21,22
49:7,8 54:2
54:17 58:10
58:15,18
78:22 81:12
85:8,11,14
85:25 86:15
86:18,21
90:2,9,20
91:13,24
92:2 93:23
97:25 98:15
100:25
108:3 110:4
110:6,24
122:15,18
125:4,23
138:9
143:23
147:15
151:14
153:15
157:4 161:6
163:23
173:15,19
178:8
179:18,20
186:20
188:5,8
189:8 190:8
190:14
194:11,25
195:10,21
196:2,5
199:10,20
203:11
208:13,15
214:5
220:16
221:3 222:7
222:25
224:5 225:8
228:8,10

232:3
233:25
237:14
238:9
239:11
240:17
243:14
252:7,13
253:21
259:21
260:2,6,9
261:8
262:25
263:2
264:18,19
265:3,5,7
267:4,14
268:5
269:10
270:10
272:7 279:3
279:11
280:25
282:13,20
283:4,7,8,9
284:4,9
285:19
287:18
289:6,7
291:14,15
291:17
294:12,14
294:19
295:17,20
295:23
297:17,23
298:20
307:21
**synagogues**
49:4 57:23
86:23 93:18
93:25 143:9
154:13
160:9,13,14
160:18
259:11,15
262:9 264:5
264:15

267:3,4
278:10,13
278:14
285:3
**synagogue's**
239:20
**synonym**
202:15

_____

**T**

**T** 130:18
172:2 303:2
303:2 312:2
**table** 6:6
10:20,22
**TAFT** 3:5
**take** 10:19,22
31:23,23
65:23 79:5
79:6 103:18
121:16
136:13
139:2 142:6
143:12
171:6
223:12
224:25
225:4
231:12
237:6
255:22
257:6
266:12
274:15
291:12
292:19,22
297:20
**taken** 1:15
11:12,13
12:7 62:21
79:16 139:3
200:6
203:21
208:22
223:14
224:3,7,16
243:6
255:16

257:18
274:17
**takes** 83:17
**tale** 27:16
**talk** 96:9
132:22
220:20
**talked** 137:11
282:10
**talking** 8:5
14:8 32:13
35:14 39:10
77:25 83:6
137:4,10
153:10
169:7,8
175:25
179:11
181:2
202:19
231:13
246:7 248:4
267:23
276:17
277:7
279:23
289:25
300:3
**talks** 201:21
**Talmud**
206:4
**Tarry** 249:10
249:11,16
249:23
251:16
310:12
**tasks** 180:15
**taught** 54:18
54:21
**teach** 54:15
54:23
294:25
**team** 219:12
**technically**
189:14
191:11
**telegram**
8:15 215:7

216:15
217:13,18
219:14
308:7
**telegrams**
216:21
**tell** 22:12
38:11 39:25
55:7 62:20
70:7,13
89:25 95:20
137:17
154:16
218:22
227:17
243:22,25
252:12
255:15
256:15,17
257:9
**telling** 161:23
222:4
285:12
**temporary**
9:14 139:25
140:10
198:5,5
215:3
**ten** 112:3
138:8
149:24
264:5
**tend** 156:25
**Tercentena...**
235:3 309:7
**term** 12:25
70:5 111:21
140:11
231:6,11
280:18
**terminus**
197:22,23
**terms** 26:3
171:9
183:13
**testified** 4:4
45:18,19
97:5,9

172:5
174:25
175:6
286:15
**testify** 101:4
216:24
**testimony**
18:18 29:2
45:9 62:3
93:22 94:4
94:8 113:9
147:21
149:15,16
162:21
175:9
237:17
254:5 281:7
300:21
302:9
303:13
**text** 37:17
60:7 154:22
176:22
271:11
**texts** 58:5,8
270:22,22
278:10
**Thames**
212:3
**thank** 104:13
154:9 187:2
219:13
274:19
280:14
292:11
301:9,9,11
**Thanks**
247:16
**theme** 229:2
**Theodore**
231:21
248:21
310:5
**Theological**
23:6 54:15
**thing** 55:25
103:14
116:4

120:24
139:15,23
139:24
140:12,19
169:19
204:25
222:22
225:22
250:15
258:17
264:7,8
265:13
280:18
295:7,10,16
299:19
**things** 5:2
17:24 23:11
23:18 55:16
98:17
103:17
104:2 131:8
149:21
155:13
157:8
160:21
172:10
180:18
214:23
259:6
262:13
273:24
280:25
301:6
**think** 6:17
14:21 15:16
16:25 17:2
20:17,18
22:2,25
23:13,16
26:6 35:8
38:13 40:15
40:17 45:14
45:18 46:18
47:13 50:8
52:19 53:15
56:14 60:12
64:16 67:9
68:20 69:2

| | | | | | |
|---|---|---|---|---|---|
| 74:14 77:25 | 211:20 | 33:14 100:3 | 62:7 70:2,3 | 269:12 | 253:19 |
| 82:22 83:2 | 213:5 | 100:6 141:6 | 73:11,18,18 | 278:15 | 262:18 |
| 84:13 85:15 | 214:12 | 165:9 227:3 | 74:22,23 | 281:25 | 264:25 |
| 88:14,25 | 216:18 | 227:10 | 79:14 81:21 | 284:7,20 | 274:20 |
| 90:11 91:20 | 218:23,24 | 235:22 | 82:6,16,25 | 286:8,25 | 276:13 |
| 95:20,22 | 220:10,18 | 240:8 | 83:3,15 | 287:18 | 278:4 282:4 |
| 96:18 97:5 | 224:8 | 241:17 | 84:9,18,24 | 301:6,13 | 288:14 |
| 99:2,19 | 226:11,13 | 253:4 | 87:19,24 | **times** 103:6 | 299:14 |
| 100:16,20 | 227:11 | **thousand** | 88:12 89:7 | 110:5,7,14 | **today's** 5:12 |
| 101:15 | 231:5 | 246:24 | 91:5 95:23 | 110:15,16 | **told** 91:20 |
| 102:13 | 232:18 | **thousands** | 96:14 | 111:7 117:3 | 125:17 |
| 107:7 | 240:10,21 | 252:6 | 118:22 | 130:14 | 130:23 |
| 108:25 | 241:13 | **three** 6:2 | 119:8 | 143:8,14,15 | 142:21 |
| 109:17 | 245:4 246:7 | 10:13 26:7 | 128:17 | 145:21 | 157:18 |
| 116:11 | 248:4 | 31:22 86:22 | 136:7,10,12 | 163:21 | 203:20 |
| 123:7 | 250:18 | 110:7,15 | 137:20,21 | 199:5 | 270:6 285:7 |
| 127:17,17 | 254:4 255:4 | 111:14 | 138:13 | 220:14 | **Tom** 52:21 |
| 128:19,21 | 255:5 | 117:4 122:3 | 139:13 | **tinkered** | 52:23 53:24 |
| 130:11 | 257:16 | 143:8,14 | 142:7 | 127:18 | 81:16 83:24 |
| 132:6,9,11 | 258:5 | 168:7,9 | 145:24 | **tired** 228:21 | 87:2 |
| 133:18,20 | 262:22 | 180:24 | 146:3,4,7 | 290:4 | **top** 68:3 87:7 |
| 138:17 | 264:23 | 188:5 190:7 | 147:3 | **Tisha** 42:21 | 105:19 |
| 139:11,24 | 265:8 266:3 | 219:6 | 148:17 | **title** 84:4 | 115:15 |
| 140:9,12 | 266:7,17,18 | 241:10 | 149:14 | 124:12 | 184:18,22 |
| 142:12 | 272:4 | 244:11 | 154:3 156:7 | 144:17 | 194:4,10 |
| 146:2,3 | 277:19 | 246:25 | 158:25 | 177:16 | 199:7,16,18 |
| 148:3 151:4 | 278:2 | 247:8 248:9 | 159:9,10 | 188:4,7,16 | 200:23 |
| 151:10,22 | 280:23 | 248:9 269:2 | 166:23 | 189:4,15,18 | 209:9,13 |
| 151:24 | 284:13 | 286:9 | 171:10 | 190:7 | 213:20 |
| 152:3 | 287:8 | 288:19,20 | 184:10 | 191:11,17 | 307:14 |
| 153:11 | 288:24 | 288:22 | 190:10 | 192:13,22 | **topic** 257:7,8 |
| 158:16,21 | 295:25 | 309:14 | 193:2,3,4,4 | 233:16 | 257:15 |
| 163:20 | 299:11 | **three-page** | 207:10 | 306:5 | **Torah** 16:11 |
| 165:11,12 | **thinking** | 124:10 | 210:9 | 308:21 | 21:2 22:15 |
| 167:2 | 226:19 | 306:4 | 212:17,18 | tjacoby@k... | 33:17 34:11 |
| 168:11 | **third** 21:8 | **thrive** 196:22 | 213:9 | 2:12 | 34:16 35:22 |
| 174:13,25 | 62:6 181:9 | **thrown** | 216:22 | **TOBIAS** | 36:5,9,12 |
| 178:2,3,16 | 182:14 | 267:14 | 220:12 | 2:11 | 36:15,19 |
| 186:2 | 184:12 | 268:4 | 223:8 | **today** 5:17,18 | 37:23 48:6 |
| 190:12 | 194:22 | **Thursday** | 224:16 | 40:11 50:5 | 97:25 98:14 |
| 191:7 197:4 | 237:12 | 110:9 | 226:20 | 51:7,12 | 98:19,20 |
| 197:8,23 | 295:21 | **till** 46:7 88:18 | 235:19 | 111:8 | 108:4 |
| 201:20 | **thirty** 311:14 | 231:14 | 240:18,19 | 116:12 | 109:21 |
| 204:8,15,17 | **Thomas** | **time** 5:10 7:6 | 242:23 | 117:3 | 110:24 |
| 204:18 | 83:25 | 11:19 20:12 | 248:19 | 162:18 | 111:2,12 |
| 205:10,12 | **thorough** | 21:8 23:9 | 251:20 | 204:16 | 143:9 |
| 207:8 210:5 | 178:4 | 44:10,11 | 259:13 | 210:18 | 146:25 |
| 210:13 | **thought** | 45:12,15 | 261:11 | 231:15 | 147:2 |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

154:12
155:3
158:10,18
159:4
163:22
164:5,9,9
164:16,19
165:14
177:21
181:15
197:3,7
199:19
202:21
204:21,21
208:22
212:25
215:10
217:25
239:18
252:16
267:5
273:13
275:23
276:2,15,17
276:18
278:16
279:4,12,18
281:4
282:10
283:6,11
299:20
307:7
**Torahs** 34:2
110:5
158:25
169:25
170:3 298:2
298:25
**total** 5:24
41:9 115:12
115:15
117:16
118:9 119:2
119:6,11
**totaling**
41:17,21
**totally** 91:15
107:2

**touch** 279:4
279:12
**Touro** 6:11
6:17,19,21
7:18,24
11:12,12
12:18 13:15
13:25 14:12
15:3,6 16:5
23:4,8
27:25 28:5
32:11,19,20
46:4 78:22
81:12 85:7
85:11,21,23
85:24 86:15
86:17 90:2
90:9,20
91:23 92:2
93:23
105:16
108:3 138:9
143:22
173:15,18
183:2
186:20
188:4 193:7
194:4,10
195:2,12,22
195:24
196:2,3
199:19
201:11,23
203:11
209:3
220:16
222:24
224:5 225:8
228:8,10,20
229:8
233:25
237:14
238:9
239:20
240:16
243:5,14
252:7,13
253:21

262:24
269:10
272:6
282:13,20
283:25
284:4,8
287:18
288:6
294:12,14
294:19
295:17,19
295:23
307:20
**trace** 49:19
49:20,20
221:23
**traced** 56:3
**tracked**
143:15
**tradition**
48:20 49:17
85:5
**Traditions**
181:16
307:8
**trained** 45:8
56:10
**training**
56:17
**transcribe**
38:5
**transcribed**
38:6 123:18
125:25
128:3
162:17
279:20
**transcribing**
124:4
126:13,15
126:16,17
129:9
**transcript**
104:3,5
243:19,19
302:11
311:15,17
**transcription**

29:19,21
120:3
123:19,22
127:15,16
128:20
129:20
131:15,17
162:22
163:3
**transcripts**
104:14
**transfer**
188:16
190:18
209:21
210:14,16
210:17
293:18
**transferred**
77:12
190:11,13
192:13,22
213:3 281:5
**transferring**
293:19
**transfers**
293:16
**travel** 20:20
20:25
**treasure**
272:7,9
**treating**
158:22
**treatment** 7:3
205:18
**tremendous**
116:5
160:17
258:15
**tried** 78:3
121:4
130:14
189:25
**true** 16:15
65:25 66:2
175:3,6
243:9
258:21

302:10
303:13
**trust** 45:7
191:22
**trustee** 58:14
188:8
245:10,13
245:14
246:2
**trustees** 40:8
85:22 189:9
208:5,6
222:9 228:4
229:23
285:21
308:12
**trusts** 57:11
**truth** 234:7
**truthful**
43:15
**try** 27:8
61:17 94:7
165:3 239:3
253:9 260:3
277:17
288:10
**trying** 94:3
113:6,15,18
114:18,23
114:23,25
115:2
214:11
216:12,24
245:16
246:3 276:5
294:4
**TSF001384**
235:4 309:8
**Tuesday** 5:21
**Turkey**
278:21
**turn** 18:13,25
76:7 80:19
88:4 89:17
90:15 91:3
91:7,22
92:7,11
101:13

108:17,19
146:22
147:10,13
155:17
230:16
235:10
268:25
297:5
**turned**
221:16
**turning** 44:6
**twelfth** 111:4
**twelve** 153:20
228:15
306:21
**twenty** 42:6
42:14 129:6
**Twenty-nine**
159:8
**Twenty-thr...**
269:3
**twin** 90:22
**two** 10:15,17
10:23,25
11:7,8,10
11:14,15,15
12:15,21,24
13:7 19:20
22:16 23:6
30:4 31:16
32:4,7,9,13
32:14 34:4
34:21 35:3
35:4 42:19
78:23 91:4
91:11 94:14
94:18 96:4
96:7,10
98:17 99:14
99:18,20
104:21
106:25
110:11,11
111:10
113:25
114:16
117:6,7
120:16

129:5,7,23
130:21
136:22
137:11
147:23
149:23
158:19
159:4
169:13,15
177:8
182:20
183:3,9,15
183:22
184:4,16
186:24
190:12
197:3 199:3
201:10,10
201:24,25
206:22
208:21,23
208:23
209:2
212:19
213:10
214:13,23
219:2,6
224:9
227:14
233:24
238:21
239:17
240:14
244:11
248:9,17,20
249:3,25
259:7
267:23
282:12
286:10,25
287:2,17
288:18
291:20,25
292:3 293:7
294:13,17
295:8,10,16
297:11
298:10

305:7,19
308:4 310:4
**two-page**
146:13
306:15
307:12
**type** 13:10
47:18 49:3
75:24 87:6
122:21
180:5
**types** 76:6
122:3
179:15
206:8 282:6
**typewritten**
184:17
307:12
**typical** 82:5
**typos** 61:17
**tzaddik** 146:6
**tzedaka** 68:6
68:7,9
130:15
_____
**U**
**Ubaldo**
272:24
273:5,6
**Uh** 6:16 41:8
64:5 110:22
**ultramicro...**
154:23
**um** 11:24
17:20 19:7
30:9 39:14
39:21 63:22
94:13
144:23
160:4 162:6
168:8
174:23
175:10,18
182:19
220:11
224:17
247:25
259:3

270:21
277:7
**um-hum** 5:11
19:4 25:12
25:17 31:21
33:9,20,25
35:18 37:6
38:2 45:23
46:23 66:10
80:8 87:16
91:8 105:18
109:11
110:17
111:18
113:14
124:6
126:10
138:14
139:7 147:6
157:17
163:18
167:21
168:6 187:5
194:5 201:3
207:16
213:12
220:4
221:12
235:9,13
236:19
237:3 238:5
242:11
252:24
253:18
266:24
279:22,25
280:10
282:11,22
285:17
286:2,5
288:13,17
289:18
290:21
292:21
293:4 294:3
295:6 296:4
296:12
297:9,12

**unavailable**
73:13
**uncertainty**
247:23
**uncomfort...**
89:25
**underlying**
74:20
**underneath**
38:20
129:17
130:15
228:8
300:20
**understand**
9:23 14:23
25:21 29:9
29:18 64:5
68:13 76:22
81:3 94:3
94:10
105:15
114:22
124:20
125:14,15
131:21
174:11
181:9
185:21
202:16
214:12
216:12
224:20
231:6
238:11
242:4 255:4
255:19
256:3
265:14
271:16
292:4
296:23
**understand...**
56:2,4,6
57:3,6
164:11
188:15
191:20

263:14
**understood**
153:14
228:18
265:16
299:13
**unfelicitous**
81:7
**unfortunat...**
267:25
**United** 1:2
57:2 141:3
145:12,17
160:24
231:23
263:3
265:19
269:9 271:2
271:4
**universities**
145:17
**university**
152:24
235:20
**unofficial**
58:20
**unspecified**
217:25
**unsupported**
47:16,18,22
**updated**
173:2
**upgraded**
82:6
**upkeep** 196:3
196:5
**upper** 199:23
199:24
**usage** 163:24
278:18,20
**usages** 17:21
**use** 4:24 5:4
8:22 9:14
9:15 39:10
39:14 49:2
49:18 53:20
54:2 70:23
90:22 92:19

98:18 99:12
109:15
110:4,19
149:13,15
185:12
199:9
207:21
208:12
214:3 215:3
215:4 231:5
231:6
267:10
272:23
278:9
280:25
**useful** 253:14
**useless**
178:20
**uses** 111:4
278:14
**usually** 59:17
**U.S** 60:11
_____
**V**
**v** 1:7 4:2,2
172:4,4
**vague** 45:2
159:21
245:23
**valuable**
204:24,24
**value** 6:15
252:5
**values** 223:25
282:6
**van** 84:20
**variables**
268:7
**variety** 78:16
**various** 46:7
131:8
179:15
231:7
248:11
258:19
282:6
283:21
**vault** 212:14

213:6,7
**venue** 153:11
**veracity**
  163:4
**version**
  123:11
  163:5,6
**versus** 50:13
  179:2,3
  180:17
**vested** 189:9
**viable** 263:17
  263:22
**Victor** 249:16
  249:23
**video** 103:16
**view** 65:24
  140:16
  150:25
  157:5,7
  169:10
  204:23
  223:25
  224:4
  232:12
  238:14
  280:16,19
  299:12
**visited**
  119:23
**visitors** 252:6
**visual** 58:8
  174:23
  270:23,25
**Vitale** 272:24
  273:6
**Vivian** 1:15
  8:25 302:7
  302:16
  303:10
  304:4,13
**voice** 102:25
  103:3,10,10
  103:15
**voiced** 179:24
**Vol** 141:25
  306:13
**Volume**

125:2
**voluminous**
  124:22
**Volunteer**
  59:17
**vote** 198:8
  243:5
  246:25
**voted** 222:10
  222:20
  242:17
  246:21
  285:23
**voting** 245:8
**vouch** 44:20

—————
**W**
**WAGNER**
  2:9 4:6 6:23
  8:20 15:25
  18:3 24:19
  26:4,9
  58:22,25
  63:15 79:6
  79:12,17,24
  89:20
  102:19,23
  103:4,7,12
  103:20,25
  104:7
  121:13
  124:8 132:6
  132:9,11
  134:2
  137:18
  138:25
  139:5
  141:22
  144:8
  146:11
  149:3
  156:17
  161:9 167:3
  167:9,12,19
  171:6,9
  172:8
  187:22,24
  203:8 207:4

211:4,7,9
  215:22
  217:11
  219:21
  223:12,16
  228:14
  229:20
  232:11
  234:22
  237:6,20
  245:24
  248:17
  252:25
  254:6
  256:18
  257:6,11,15
  257:20
  264:22
  267:16,19
  268:13
  274:15,19
  275:12
  276:6 277:4
  277:20,24
  278:7 279:5
  279:7 280:2
  280:22
  281:14,24
  283:3 284:3
  284:5
  286:13
  288:4,7
  289:13,19
  290:14,25
  291:3,23
  292:13,17
  299:5 300:5
  300:7,10,12
  300:16,19
  300:24
  301:11
  304:4,6
**wait** 206:19
  298:7
**waiting** 216:4
**want** 34:25
  39:12 70:8
  79:5,25

89:20,23
  99:6 103:6
  106:4,5,23
  107:5
  108:24
  109:2
  120:23
  122:2,6
  130:17
  140:4,14
  151:21
  156:22
  158:24
  163:7 164:3
  165:11,21
  167:12
  171:6 172:9
  172:21
  179:14
  182:23
  183:23
  184:5
  186:11
  196:10
  205:11
  207:2
  209:15
  213:16
  218:18
  219:21,23
  237:8
  239:23
  253:9
  254:13,15
  261:23
  262:21,22
  264:10,12
  266:11
  268:4,24
  285:11
  286:20
  290:19,22
  290:23
  299:18
  300:14
**wanted** 69:24
  112:15,21
  133:6

168:19
  186:9
  194:19
  257:11
  280:14
**wants** 200:19
**war** 160:16
  160:23,23
  224:19
  239:19
**Washington**
  75:4 141:20
**Washingto...**
  252:14
**wasn't** 38:12
  82:4 85:24
  93:15
  104:16,16
  124:5 125:8
  157:10
  163:15
  236:5
  243:21
  244:10
  251:11
  257:2
**watch** 206:5
**way** 13:20
  20:23 26:15
  38:14 56:6
  56:17 67:7
  69:17 85:10
  94:20 95:16
  101:9,18
  104:9,13
  109:14
  110:23
  111:9
  116:25
  121:13
  122:23
  125:20
  130:18
  158:14
  161:19,20
  161:21
  174:13
  193:14

204:3,11
  209:17
  218:25
  226:18
  230:12
  243:3
  245:11,17
  259:17
  260:3
  273:24
  277:14
  281:3
  303:18
**ways** 241:15
  242:3
**wayside**
  204:14
**website**
  146:14
  306:15
**week** 110:3,5
  110:7,10,14
  220:11
**weekly**
  104:25
  105:2,3
**weeks** 110:12
**Weeren-Gr...**
  84:20
**Wees** 281:10
**weigh** 55:14
**weighed**
  116:13
**weight** 73:8
  114:6
  116:15,15
**welcome**
  301:12
**welfare**
  266:12
**Weltansch...**
  157:4
**went** 5:18
  11:11 23:5
  42:5,13,20
  42:21 45:20
  74:14,15
  100:20

142:17
220:13,15
223:3
241:24
256:15
258:22
259:13
265:18
**Wertheimer**
52:2
**West** 239:8
**western**
228:10,24
258:16
262:17
**we'll** 18:23
33:4 150:24
151:21
185:6
199:22
200:3 203:8
220:22
237:7
257:16
282:17
**we're** 35:8
39:10 48:5
113:6,15
124:7
136:22
178:25,25
179:2,11
196:17
198:14
205:10,12
216:3,18
231:13
257:14
261:17
293:25,25
294:4
**we've** 113:12
121:7
162:10
198:13
253:19
**What's-his...**
223:8

**WHEREOF**
303:20
**Wichita**
59:16
**WICKERS...**
3:5
**wife** 34:24
58:19
**willing** 166:8
166:10
**wise** 224:2
**wish** 291:14
312:4
**witness** 4:11
5:6 6:21
11:24 14:3
14:14 16:2
20:4 45:4
63:13 64:4
79:10 95:4
121:14
125:13
137:11
149:4
151:20
167:4,6,10
167:15,18
171:8,11
184:25
185:5,10
186:23
187:23,25
189:5 211:8
211:11
217:9
219:19
236:16
254:15
257:9,17
262:5
277:21
279:6
286:18
300:9,14,18
301:12
302:7
303:10,14
303:20

304:3 311:2
312:24
**woman** 46:13
**women** 59:17
**wonderful**
155:23
**wood** 130:5
179:18
**wooden**
90:23
**Woody**
218:16
**word** 38:20
39:15,16,18
43:3 64:16
96:2,2,8
109:15
111:21
112:17
140:4 208:8
224:12
272:23
282:24
287:5
**wording**
129:22
**words** 7:16
7:22 9:5
25:21 33:2
61:11,14
68:14 96:7
96:10
100:21
115:24
117:14
118:19
127:18
128:21,22
128:24
129:10
130:2
136:18
148:4
149:13
168:10
206:5
208:18
213:3

242:22
250:5
254:23
275:3
291:16
292:22
293:3
296:25
297:15,22
**work** 4:23
9:10 27:15
46:25 47:15
50:14 52:2
59:17 70:15
87:14,23
88:3,7 93:8
93:17
111:17
115:17,19
116:17
133:16
139:22
141:14
150:8 154:6
154:7 178:4
204:4 271:7
**worked** 41:6
43:19 45:20
141:10
145:10,20
256:16
**workmans...**
75:18
**works** 27:5
50:14,16,16
70:15,16,21
70:23 116:5
136:23
147:13
206:13
243:3,4,5
248:9,9
**workshop**
116:10
**world** 3:6
59:25 157:4
160:16
204:2

236:20
**worship**
196:20,23
207:20
214:5
**worshiping**
40:12
**worshipping**
39:18
**worst-case**
248:4
**Worth**
227:16
**wouldn't**
17:15 24:8
24:12 53:22
71:19
176:23
198:18
204:12
207:9
225:24
268:2,2
275:25
**wound** 90:24
**write** 34:7
61:9 128:9
128:16
129:9
135:24
152:8
**writer** 61:13
61:13
247:23
**writes** 130:16
182:24
183:21
189:20
230:17
**writing** 22:4
91:6 112:14
123:8,14
125:20
131:7,10
152:4
251:25
282:24
289:11,14

**writings**
43:10 51:2
52:9,10
257:22
258:3
**written** 17:22
17:25 20:10
23:10 29:24
36:16,20
37:11,19
42:23 46:9
47:3 57:13
57:16,19
65:22 66:4
82:16 88:24
96:7,8,14
97:19 98:5
130:12,18
131:5
132:16
135:11
163:22
172:24
181:25
182:22
183:12,12
234:12
273:23
294:19
**wrong** 18:19
18:22 23:2
102:6,6
128:15
152:3,9
186:2
228:16
241:6,8
244:20
246:16
255:3,4
**wrote** 9:10
23:12 32:3
33:15 34:6
34:8 40:4
43:5,7 47:8
47:9 49:10
49:10,11
58:5 60:21

62:19 87:2
97:22 98:24
99:4 130:12
131:3
132:20
135:20
136:4
145:25
149:10
151:12
152:11
165:7 173:6
176:11
182:3,5
194:20
231:4,21
232:9
238:21
270:22
271:12
273:25,25

**X**
**x** 1:4,10
304:2 305:2
306:2 307:2
308:2 309:2
310:2
**Xeroxed**
131:20

**Y**
**yad** 273:19
**Yale** 53:13
152:20,23
**YAN** 3:13
**yan.grinbla...**
3:14
**yeah** 63:22
86:11 123:9
128:16
174:5
187:14
299:18
**year** 11:20
12:5 59:13
130:5 148:9
185:3 197:5

217:15
240:16
252:7 308:9
**years** 6:16
17:10 28:22
29:17 42:6
42:14,21
43:21 47:7
48:19 54:11
54:13 58:19
59:16 69:4
80:19 84:25
136:15
140:4
149:23,24
153:15
157:22
158:2 159:6
207:19
236:22
242:14
259:24
261:10
265:25
271:12
**yelling** 103:7
**Yeshuat**
16:12,16
35:7 64:13
70:2 94:19
155:4 193:4
**yesterday**
5:22 6:3,4
198:25
201:20
215:8,19
219:17,18
262:2
**YIVO** 69:16
84:8
**York** 1:19,19
1:21 2:7,7
3:7,7 12:6
15:20 96:7
96:20
105:11,12
118:22
125:4 143:9

154:13
155:4,5
164:15
188:9,13,14
191:4
197:11
216:10
222:3 223:4
239:8 255:2
285:21
287:24
289:21,25
290:13
303:3,9
304:17
**York's** 143:7

**Z**
**Zuckerberg**
272:25

**$**
**$15,000**
41:12
**$275** 41:5
**$7** 204:3

**0**
**000386**
229:24
308:14
**0426** 203:14
307:25
**06858** 184:19
307:16

**1**
**1** 8:23,24 9:3
38:19
107:13
125:2
186:15
304:13
**1st** 42:22
**1:30** 171:7
**1:31** 172:3
**10** 33:3
104:21,23
117:11

189:2,7
211:23
212:5,6,9
305:19
**10th** 249:13
**10.15** 118:24
**10/20/08**
181:14
307:4
**1001** 247:10
309:16
**10036** 2:7
**10281** 3:7
**104** 305:19
**11** 53:14 64:3
121:8 132:3
137:14
213:21
217:15
221:25
223:17
285:10
305:21
308:9
**11th** 204:19
**11/24/14** 8:25
304:14
**1177** 1:18 2:6
**12** 124:10
231:18
237:2,11
241:24
253:12
306:4
**12th** 274:11
**12-822-m** 1:7
**12:40** 171:12
**121** 305:21
**124** 306:4
**13** 134:4
306:9
**1302** 249:25
**1303** 248:22
249:25
310:7
**134** 306:9
**1390** 235:10
**14** 141:24

222:5
285:13
306:12
**14th** 278:11
**1400** 235:4
309:9
**141** 306:12
**146** 306:15
**149** 138:7
**14951** 98:3
**15** 64:2 86:6
112:3
146:13
304:15
306:15
**15,000** 41:23
41:24
**150** 119:17
**153** 306:18
**154** 149:3,4
**1560** 169:14
**157** 149:2
**1575** 84:22
**1576** 87:7
93:5
**1577** 86:5,7
**158** 16:7
239:25
**1582** 79:20
87:25 88:4
305:15
**159** 16:9
**16** 112:11
153:18
306:18
**16th** 271:21
272:2
**160** 254:18
**161** 237:25
309:13
**1658** 90:19
203:13
307:23
**17** 120:19
136:13
147:24
181:13
307:4

**17th** 260:23
**1700s** 23:20
**1723-1795**
89:13
305:18
**1728** 155:25
**1730** 199:9
200:4 287:9
287:11,15
289:3
**1738** 120:4
281:18
**1740s** 67:24
**1750s** 62:5
**1759** 70:4
111:15
115:17
147:15
**1760** 196:18
197:5
201:11
208:25
**1760s** 62:5
137:22
**1762** 240:20
**1763** 90:18
240:21,22
**1764** 120:19
126:8,25
147:22
148:2,4
150:2
**1765** 90:5,22
115:13,16
148:10
**1766** 149:6
149:11,19
**1769** 22:16
32:9
**1770** 147:14
**1770s** 137:22
**1774** 112:2
117:12
148:3,4
150:4
**18** 184:16
219:14
304:18

307:12
**18th** 75:23
96:9 221:18
235:11
258:23
259:2
262:16
**18-some**
97:25
**181** 307:4
**1818** 35:10
70:4 95:24
96:19
163:15
166:24
200:24
277:8
279:21
297:8 298:4
**1820** 197:16
**1820s** 160:6
190:6,18
191:6 193:5
**1822** 64:13
164:14
188:7 189:4
189:19,22
**1830** 277:8
**1830s** 277:12
**1832** 210:8
**1833** 19:2
30:10 33:3
35:19 74:12
164:18
280:8
**184** 307:12
**1869** 19:21
73:24 74:4
96:23
172:24
178:9
197:18
216:9 223:4
259:5
282:14
**188** 307:17
**1880** 187:21
**1880s** 187:11

187:16,22
270:18
**1883** 98:21
178:22
223:3,5
286:19
**1890s** 177:4
189:24
190:16
191:5
192:23
193:8
213:10
277:10
**1892** 182:18
182:24
184:21
186:20
**1892-1893**
10:23
**1893** 30:9
182:15
192:13
193:12
211:24
**1897** 9:9 97:3
99:19
100:22
198:3
214:23,24
216:6,14
222:5
285:13
286:22
**1898** 162:7
173:2
176:12
182:2
**19** 188:20
307:17
**19th** 9:9
21:21,22
29:12 96:4
96:13
192:17
195:25
221:18,21
**1902** 229:9

230:18
**1903** 216:19
216:22
217:3
219:14
220:25
**1910** 7:15,22
8:8 9:5
172:11
173:8,13,14
**1913** 197:18
216:10
286:19
292:8
**1936** 197:24
198:2
**1937** 223:18
224:17
227:9
**1938** 160:17
**195** 251:3
**1953** 233:16
233:21
308:21
**1955** 135:19
235:6
**1957** 249:15
249:22
**1958** 8:2
81:10
199:13,20
199:21,25
**1959** 231:20
232:16
233:3,8
249:15
250:25
284:18
**1965** 46:14
81:19
**1969** 155:23
163:15
**1979** 83:7
**198** 186:15
186:23
**1990** 7:2
252:12
272:15

**1995** 54:12
**1998** 44:3

---
**2**

**2** 15:18,25
37:2 107:4
107:7,11
146:22
148:13
156:7 188:3
304:15
**2/14** 233:15
308:21
**20** 111:16
118:10
203:10
307:20
**20th** 97:16
216:16
218:5
221:18
234:8
**200** 107:25
**200th** 252:13
**2000** 58:6
88:19
272:23
**2000s** 142:12
**2001** 154:2
254:7
**2004** 142:22
237:13
240:15
**2005** 272:25
**2006** 142:22
**2012** 157:25
**2013** 223:3
**2014** 1:12
**2015** 302:21
303:21
**203** 307:20
**21** 110:14,16
124:14
126:8,25
134:15
141:25
206:21
306:8,13

308:4
**211** 304:10
**212** 2:8 3:8
**217** 308:7
**22** 217:13
304:21
308:7
**22-23** 233:24
**229** 308:11
**23** 58:19
229:22
259:24
268:25
308:11
**233** 308:15
**2336** 181:18
307:11
**234** 309:4
**237** 309:10
**24** 21:12 91:3
91:7 233:11
308:15
**247** 309:14
**248** 310:4
**25** 234:24
309:4
**250** 69:4
136:15
**251** 310:8,11
**256** 310:14
**26** 237:22
305:4
309:10
**27** 247:8
309:14
**274** 304:5
**28** 189:6
248:20
310:4
**29** 43:21
54:11
236:22
251:5 310:8
**292** 304:6
**299** 304:7

---
**3**

**3** 18:3,4 33:2

80:6 87:5
98:14
155:17
192:10
233:23
294:21
295:4
304:18
**3/15** 233:15
308:21
**30** 251:15
305:7
310:11
311:15
**30s** 145:11
**31** 1:12
256:20
310:14
**33** 90:15
210:6
**34** 300:3,5
**36** 89:17
**36.4.1** 75:12
115:18
117:19
119:5,18
126:9
132:16
134:18
**360** 89:2
**37072** 1:22
**38** 74:8
138:20
**380** 89:2
**389** 230:16
**39** 281:18

---
**4**

**4** 22:19
138:23
188:24
299:8 300:6
304:4,21
**4:53** 301:13
**40** 207:19
**406** 229:25
308:14
**421** 205:8

**47** 120:4
281:19
**49** 249:5,18
**4956** 167:22
**4960** 22:21
304:23

**5**

**5** 10:12 26:10
53:15 76:7
107:8
109:19
111:13
147:10
154:2 269:5
305:4
**50s** 201:21
**504-6000** 3:8
**5237** 188:22
307:19
**5254** 206:23
308:6
**5258** 30:6
305:9
**57** 295:21
**58** 200:5

**6**

**6** 30:4 115:15
177:6
182:11
187:23,24
305:7
**6/5/09** 104:22
305:20
**60s** 46:17
**62** 262:4
**63** 18:13
121:5 262:4
305:10
**64** 148:21,25
**66** 235:11
**67** 91:22

**7**

**7** 63:17 90:2
187:9,13,22
194:4,13
196:18

268:15,16
268:18
282:18
283:12
305:10
**7th** 249:22
303:21
**7/18/12**
229:23
308:11
**70th** 239:8
**715-9100** 2:8
**74** 120:20
**750,000**
204:12
**76** 149:6
**79** 305:12

**8**

**8** 79:18 93:4
187:13,22
194:4,13
196:17
239:8
283:13
304:13
305:12
**8/10/59**
248:21
310:5
**8/12/59**
251:16
310:11
**8/3/59** 251:5
310:8
**88** 126:7,25
**89** 131:16,22
305:16

**9**

**9** 18:25 31:19
33:8 89:11
147:25
189:2
200:14,22
251:4
279:20
280:9 297:5

305:16
**9/24/14**
256:21
310:14
**9:00** 1:13
**90s** 6:18
**92nd** 84:12
**98** 92:7 186:7
186:12,14
186:24
**99** 92:11
**997** 246:25