# EXHIBIT 6.1

**Dr. Vivian B. Mann - Addendum to Expert Report, January 18, 2015**

<u>**CJI v. CSI, No. 12-822-M (D. R.I.)**</u>

The questions asked and issues raised at my deposition do not alter my conclusions or opinions. In part as a result of requests by counsel for CJI, I supplement my earlier report as follows (along with the explanations given in the deposition):

**A) Reimbursements to Myer Myers**

According to entries in the Ledger of the Holy Tsedakah of Congregation Shearith Israel, Myer Myers received payments from the congregation for three reasons. Below are examples of each:

1. Reimbursements for the purchase of specific items for the congregation or for payments on behalf of the congregation. The first thirteen citations on the page below are example of both types of reimbursement.

2. Monies due him as the late [i.e. last] Parnas [President] of Shearith Israel