# EXHIBIT 6.2

3. Payment for works in silver made for Shearith Israel:

   a. 1759: "Piece of plate" to be given to Abraham Abrahams for his services to the congregation. £20.

   b. 1764/5 Payment of £36.15.1 [for first pair of rimmonim].

   Although no purpose is given for this payment, several factors indicate that the sum represents payment for the first pair of rimmonim ordered from Myer Myers:

   1. The date of payment coincides with the date the rimmonim were made

   2. The amount of payment equals the estimated costs of a pair of rimmonim:

   In 1738/9, CSI paid 9 shilling/3 pence per oz. of silver (CSI minutes) which would mean that the cost of the silver for this pair of rimmonim was approximately

   |  |  |
   |---|---|
   |  | £ 22.0.0 |
   | An engraver received 5% of the total cost | £ 1.2.0 |
   | The silversmith was due ¼ of the total | £ 9.1.0 |
   | The piercer/chaser | £ 4.0.0 |

   [These amounts are estimates based on David Barquist's estimates of costs.]

As I explained in my report and deposition (without repeating these prior writing), the amounts are not explicable on any other basis, especially in comparison to other amounts paid to Myer Myers; the language used to describe the second pair of rimmonim; the cost of other silver pieces purchased from Myer Myers; the fact that those at CSI in the next century were familiar with the first set of rimmonim; and the relationship between CSI and CYI in the colonial period.

N.B. CJI has produced no evidence that CYI paid for a set of Myer Myers rimmonim.