# EXHIBIT 6.3

c) 1774: Payment of balance for a second pair of rimonim



## B. Evidence from Photographs

As described in my deposition, further reading in Morris A. Gutstein, *The Story of the Jews of Newport: Two and a Half Centuries of Judaism, 1658-1908* (New York: Bloch Publishing Company, 1936) revealed a hitherto unknown photograph of the finials in the Touro Synagogue that includes the oldest CSI finials, the 1730 pair used at the dedication of the Mill Street Synagogue in New York.

A second photograph published in Gutstein's later book, *To Bigotry No Sanction: a Jewish Shrine in America, 1658-1908* (New York: Bloch Publishing Company, 1956) showing the finials in Newport does not include the 1730 pair, which must have been returned to CSI. There is no published record of when these photographs were taken; their publication dates serve as a terminus ante quem.

The photographs nevertheless may elucidate the statement in the CJI minutes of February 14, 1897 in which it was stated "that a pair of Bells in the Synagogue were claimed as the property of Congregation Shearith Israel of New York and the Board of Trustees of that body made a request that the same be forwarded to them. [CJI] voted to comply with this request." (see Mann, Report, p. 11, fn. 46) More generally, the fact that CSI loaned and took back its rimmonim, and the fact that CSI loaned CJI a "mixed" set of Myer Myers rimmonim, is further proof that both

CSI and CJI understood that CSI had ultimate authority and control over its rimmonim including the Myer Myers pair in Newport. This conclusion is buttressed by the telegram shown me at my deposition, which is believed to date from 1903.

I reserve the right to modify my report, conclusions, and opinions further.

*Vivian B. Mann*

Vivian B. Mann
January 18, 2015