# EXHIBIT 11

1903 CJI
Board Resolution

CJI 000470

At a Special Meeting of the Board of Trustees of the Congregation Jeshuat Israel held at Newport, Rhode Island, on the ⸺ day of February, 1903, the following was unanimously passed:

WHEREAS, All matters in difference between this Congregation and L. Napoleon Levy and others, Trustees, owners of the Synagogue building at Newport, have been amicably settled and adjusted by Messrs. Engel, Josephson and Frant, a Committee authorized to confer with the said Trustees; and

WHEREAS, The said Committee having reported the terms of said adjustment, it is now

RESOLVED, That the _Jacob Baruch_ and _David Frant_ of this Congregation be and they hereby are authorized and directed to surrender the possession of the Synagogue building, premises and paraphernalia belonging thereto at Newport, to the said Trustees, owners of the property, and to agree upon the terms and provisions of a lease from said Trustees to this Congregation for the term of five years from February 1, 1903, at the nominal rent of one dollar yearly, in form satisfactory to the landlord.