# EXHIBIT 12

The Congregation, Jeshuat Isreal, agrees to admit and recognize without qualification the title and ownership of ~~the Congregation Shearith Isreal~~ *of L Napoleon Levy and others Trustees* to the synagogue building, premises and fixtures.

The Congregation, Shearith Isreal, *said L Napoleon Levy and other Trustees*, upon receiving the absolute surrender of said premises agrees to make a lease thereof to the Congregation Jeshuat Isreal for five years from February 1, 1903, at the nominal rent of one dollar yearly; said lease shall be in form satisfactory to the landlord and shall contain such clauses as will obviate the necessity of any legal proceedings, so far as possible, by either party to enforce its rights thereunder.

The pending litigation between the parties shall be discontinued without costs to either as against the other.

The undersigned having been appointed a committee with power to adjust all matters in difference agree to the foregoing and will insist upon the acceptance of this settlement by all members of the Congregation and their loyal acceptance of the adjustment of differences.

January 30, 1903.

*L Napoleon Levy Trustee*
*for himself and the other*
*owners Trustees*
*Jenkins Engel*
*D J Josephson*
*Doirol Frant*

CSI4533