# EXHIBIT 13

L. NAPOLEON LEVY,  
20 BROAD ST.,

TELEPHONE {713|714} CORTLANDT.

NEW YORK, Feb. 10, 1903.

Mr. William P. Sheffield, Jr.

Dear Sir:-

Enclosed herewith the lease of the Synogogue, one executed by our people, and the other by the Committee of the Congregation Jeshuat Israel, the signatures to which are seemingly in one hand writing. I presume each committee man should sign his own name. Please take their acknowledgments to entitle it to record, and as soon as the possession of the property is delivered, deliver the copy of the lease they are entitled to, to them, and record the other one in the proper recording office to be returned to me.

I notice an omission in the lease; we neglected to include the paraphernalia. If you can arrange to insert, "with the paraphernalia belonging thereto" after the words "more or less" in the lease, please do so; if not we will rely on the resolution passed by Jeshuat Israel or obtain another paper from them.

I also enclose consent to the re-election of Rev. J. M. Seidel which please deliver with the lease.

The words "as Trustee" on first page of the lease, were substitued for the word "individually" as Mr. Phillips is named in the deeds with the other parties, as trustee, not individually, and should be so described.

Dr. Mendes will hand you this. I presume there should be some formal surrender of the property, and he is authorized to receive the same. Can there be any question of the Committee's power to execute the lease? A list of the personal property should be made so that no dispute will arise in the future.

Yours very truly,

L N L

CSI0014