# EXHIBIT 14

WILLIAM P. SHEFFIELD, JR.
ATTORNEY-AT-LAW,
NO. 821 THAMES STREET,
NEWPORT, R. I.

TELEPHONE NO. 6.

L. Napoleon Levy, Esq.,
    20 Broad Street,
        New York City, N. Y.,

Dear Sir:-

Rev. Dr. Mendez called this morning and at 10.30 A. M. we meet at the Synagogue the Committee appointed by the Congregation Jeshuvat Israel. The amendment to the lease "with the paraphernalia belonging thereto" was interlined and the Committee then acknowledged the lease before me, as notary. The keys of the Synagogue, ark &c, were delivered by the Vice President of the Congregation to Dr. Mendez as representing the New York trustees. The committee stated that they had full authority from the trustees of the congregation to deliver possession and execute lease. Dr. Mendez subsequently delivered with the lease the keys to the Committee and then Dr. Mendez went over the personal property with the Committee, while I placed the lease on record.

I understand the judgment for costs (which as I understand it amounts to $56.90) in the Circuit Court case is not to be enforced.

                                Respectfully yours,
                                W. P. Sheffield Jr.

Newport, R. I. February 18, 1903.

CSI0015