# EXHIBIT 15



Inventory.

of all

Property & Effects

belonging to

& in Keeping of

Prepared by

Rev. G. S. Lyons PP.

to Minister of Trustees

1849 Union 13
1884 May 23d

Recorded
1849 Cleek 5th
1884 August 12th

CSI4921

## Resolution

adopted at a meeting of the Trustees of the Congregation Shearith Israel, New York, Sivan 13th May 23 5629 = 1869.

"Resolved that the Hazan the Revd J J Lyons be respectfully requested to prepare, at his convenience, and report the same to the Board of Trustees, a Complete Inventory of all the property and effects belonging to the Congregation or in its keeping (excepting the Real Estate) and that the Shamas be instructed to render him whatever assistance he may require"

CSI4922

# Inventory

## In front of Synagogue.

6  heavy iron Columns with Gas lamps.

## Basement Floor.

### Front Area.

1  Iron Hose upon ditto base for washing hands.
3  Water closets and fixtures, with waterpipes
5  Urinaries          }          and drainage.
2  Gas brass brackets (one light each)

### Basement Hall

2  Large double stepladders.
1  Long Bench, high back (from the Old Synagogue)
2  brass Gas pendants, 2 lights each.
2  brass Gas brackets, 1 light each.
1  black Walnut pulpit and desk, fine workmanship.
    (formerly in auditorium)

### Back Area.

Room North West Corner containing
1 Water pump with tank & fixtures bringing Croton Water
   3 Stories high.
1 Large Philadelphia Stove with pipe running up 3 Stories
    in very bad order, almost unfit for use I think
                                              unsafe
1 Large and 1 small shovel.

North West Room used by Hebah

An Hechal of whitewood painted imitation Mahogany With 3 Compartments. Formerly in the temporary Synagogue in Basement Crosby Street.

4 Twelve inch panes of Glass

1 Stove with pipe (iron) in good Condition

1 Two lights brass Gas pendant

1 Black Velvet Pall ( property of Congregation )

1 Large Stone Slab (Shtend containing inscription from Crosby St Synagogue )

Property Hebrah Hesed Ye Emes — 1 Large Ice Box, Wood lined with Zinc.

" " — 2 large Mathar Boards with Covers white wood painted black.

" " — 1 Small do do do

Property of Cong — 1 large do do White wood unpainted property of Congregation with 2 Wooden horses.

Property of Hebrah Chesed Ye Emes — 4 Wooden horses painted black

" — 2 Tubs wood painted

" — 2 Water pails

" — 1 Stand lined with Zinc & leaden pipes to preserve tubs and pails.

" — 4 Copper Water dippers for Taharah.

" — 6 Tin Cups

" — 7 Wooden pegs attached to wall.

The Contents of Old Hechal described above

P Logues Talmud Torah School — 2 Arithmetic frames (with balls)

" — Lot of Earthen inkstands

" — 20 Cornels Primary Geography.

" — 12 Thompsons Arithmetic

" — 21 McGuffys 1st Reader

" — 24 " " 2nd "

CSI4924

3

Basement Continued N.W. Room continued

| | | |
|---|---|---|
| Polonies Talmud Torah School | 26 | McGuffy's 3d Reader |
| " | 3 | "    "    4" |
| " | 22 | "    "    Primer |
| " | 11 | Scot's U.S. History |
| " | 5 | Conversations on Common things |
| " | 6 | Bibles    ( English ) |
| " | 20 | Thompson's Arithmetical Tables |
| " | 17 | Brown's English Grammar |
| " | 29 | McGuffy's Speller |
| " | 30 | Child's first book of Drawing Exercises |
| " | 5 | Henry's Class Book |
| " | 6 | De Sola's Catechisms (Heb'w) |
| " | 7 | Explanations of Festivals |
| " | 2 | Stamps with letters to paint Polonies Talmud Torah School |
| " | 6 | School Record    ( books already used ) |
| " | | Parchment Rules & Regulations of School |
| " | 7 | Copy Books ( blank ) |
| " | 1 | Portfolio with Mitchell's Series of Outline Maps |

North East Room Basement

2 Large lot of Sheet iron Stove pipes formerly used in auditorium (No longer needed ought to be Sold.)

Property P.T.T. School  1 High desk with drawer, Whitewood Stained

2 Large Wooden Columns, supposed to be supports of large Brass sticks in Mulk. Synagogue

1 Pulpit Whitewood painted

CSI4925

4

North East Basement Room Continued

2 Large tin screens, belong to Stores in S.W. Basement Room

2 Wooden Scrolls painted and gilt (some ornament from the Mill St Synagogue)

2 Wooden pedestals, (as above)

1 Square piece of Stone marked as follows

תוכן תפלתי קטרת לפניך כמשאת כפי

ישיבת

מנחת ערב

בשנת כי תבצן דצב״א תורה לפק

5491

The above is the only relic remaining of a Society established 138 Years ago, — one year after the Consecration of the 1st Mill Street Synagogue, to perpetuate the old Ritual.

3 pieces of Stone forming an arch with the following inscription

ובשנת תקסג נתחרשה להנך נערים ☙ ולועד קהלת ישראל A.M. 5603

Frame and doors covered with Green Baize formerly placed at Main Entrance of Auditorium

Lot of Succah Lumber

Lot of Kindling Wood

Lot of White Sand

A Woodsawyers wooden trestle

1 (2 lights) Brass Gas pendant

CSI4926

5

## South East Basement Room

1 Brass gas pendant 2 lights

1 large pine wood box (unpainted) formerly used to keep Sepher Mantles.

Property P.J.J. School — 1 Small Stove with iron pipes

" " " 1 School platform (pine wood)

" " " 2 Long School desks

" " " 2 Short do

" " " 48 Small School Stools attached to boards.

" " " 7 Small blackboards.

" " " 1 Large do (broken)

" " " 43 Slates large & Small (Some broken)

" " " 1 Empty Ink Jar.

" " " 1 Tin ink feeder (broken)

" " " 3 Old ink stands (broken)

1 Empty Keg

1 Small desk with papers of "Assistance Society" & "Siftah Yorumath Halachah (both obsolete)

1 Mahogany Bench with drawer, cushioned, formerly Parnas' Seat in Charity Shed Synagogue

2 Settees, white wood cushioned, with Cushions formerly Seats for Parnas & Gizan in British School.

1 Wooden & 1 Tin Charity Boxes (both broken)

6

### South West Basement Room

A high wooden column carved and bronzed, from which was suspended the lamp for the Shool famed in Crosby Street.

A wooden stand and base, carved and bronzed, with marble slab, (once used to hold the silver vessels for the Cohanim.)

*going to ruin* — 2 Large Sheet iron stoves (Merkley and Thatcher's make) formerly in auditorium.

1 Small Gas Stove, out of order.

Lot of old matting.

4 iron gas pendants, 4 lights each, with lot of gas pipes and screws to attach to main pipe, used in the Tabernacle.

1 Old Clock, formerly used in Crosby St, gift of B. L. Glass

2 Old Homer Boards marked H. S. L. to be numbered with chalk, from Mullett Synagogue

2 Muffled pincers (Metal)

1 Brass Hannucah Lamp, from the 1st Synagogue with Black Walnut Box.

1 Old Wooden Beer faucet.

1 picture (framed) Likeness of Mr

1 Steel engraving    "    "    " A. D. Cologne of France

1  do    do    "    "    " Sir W. Herschel of England

37 Stoneware Saucers for flower pots

3   Do   Flower pots  } for use on Shebuoth

1 White & Green Flower pot

85 Tin Candlesticks for Rishabeab

2   Do   Do    "   larger size lacked

*Property of Hebrew* — 2 Large iron Candle sticks one broken

2 Large Furnace Registers (from Vestibule) Main Hall.

CSI4928

<u>South West Basement room Continued</u>

1 Patent Carpet Sweeper.

2 Patent Scrubbing brushes, with Sticks.

7 ordinary Scrubbing brushes.

4 Feather dusters, various Sizes,

2 large Paintbrush dusters.

4 bristle window brushes.

1 Round brush with long pole (popes head)

2 bristle broom with poles.

2 do hand brushes (not in good order.)

3 long brooms (Straw)

1 Canvas Knapsack with some Stones and Terra Sancta (gift of the late Hon. U. P. Levy)

*Property of J. J. Lyons* 6 flour barrels of Terra Sancta. Earth from Jerusalem

100 feet of India rubber hose with pipe attached in good order.

6 large Sheets of iron wire, formerly used at front windows 1st floor

5 Ground glass Globes, formerly to lamps in the West

7 Do Do Do, formerly to lamps in Gallery front of Synagogue Main Hall.

2 Wooden Snow Shovels

4 Wooden horses for table in Tabernacle

1 large tin pail, to heat water

1 Lot of boards, (tables for Tabernacle)

5 Large Shields of David Double Triangles ✡ made of wood painted green formerly

3 Middle Size Delta } Shebuoth Deco

40 Smaller „ Do } rations

Lot of poles & Slats to form Arch over Tebah once used in Shebuoth

3 heavy poles to attach awning for Tabernacle

1 long Cushion, moss hair, red cover removed from auditorium having been soiled

Property of Sunday Schm?

1 Broken Settee

2 Iron Weights & Chains formerly to suspend Lamp for Ner Tamid.

1 Pine Wood Box with old papers & books of Congregation.

Furnace Room — Basement

1 Wheelbarrow.

1 Large Shovel.

1 Hoe rack.

2 Coal Scuttles

6 Wooden waterpails

25 tons of Coal.

2 Large Size Furnaces, with cold air voice attached

1 Brass Gas pendant, 2 lights.

Stair case from Basement to 1st floor

1 Brass gas bracket, 1 light.

First Floor. Vestibule

6 Large Rubber Mats

2 Iron foot-scrapers

CSI4930

9

## First floor . Main Hall

2 Gas Chandeliers bronzed with globes. 6 Lights each

4 gas Candelabras bronzed, 3 lights each, foot of Staircases leading to auditorium.

2 do do do 1 light each, foot of Staircases leading to Ladies Gallery.

1 Large Herring Safe (containing Books and papers) (fire, burglar proof). in charge of the Clerk of the Congregation

1 Water cooler, and pewter cup.

2 Wooden Umbrella racks, lined with Zinc.

4 large Cocoanut Mats

1 small Do

*Property P.T.T. School* — 1 Wooden Tablet with Record of Legacies and donations to Polonies Talmud Torah School

*Bookcase Property of Sunday School* — 1 Whitewood Stained small book case, with some old Books & Tablets (private property.)

1 Large Book Case with 2 middle and 2 side glass doors, with 6 drawers and 2 closets underneath, partly occupied by Hebrah for the keeping of linen Shrouds, Sheets Towels books & c; the other portion containing papers & books of Congregation

*Property of Ladies Hebrah* — 1 Black Canvas Trunk (Contents not known)

## First Floor Trustee room

1 Large Bronzed Gas Chandelier, 6 lights (formerly in Synagogue in Crosby Street)

1 Brass Mercury tube and shade.

3 Window Shades, with fixtures.

1 long Black Walnut Table with 3 drawers.

1 Black Walnut Ballot box.

7 Black Walnut Chairs, high backs, cane seats.

CSI4931

3  China Spittoons

1  Galvanized Water pitcher & Waiter

1  Stained Wood Umbrella Stand.

1  Small Looking Glass, black frame.

Plan of auditorium floor of present Synagogue
    Showing number and location of seats
    in Walnut frame with glass.

Plan of Ladies Gallery, as above.

Rules and Regulations of the Board of Trustees, in
    black frame, with glass.

2 Plans of Burial plots in Cemetery on Long Island
    in carved and gilt frames, with glass.

1  hat rack hanging on the wall.

1  Calendar for 32 Years, showing dates for Hebrew
    festivals &c., in black frame, with Glass.

1  picture of Sr Moses Montefiore in gilt frame with
    Glass.

1  Whisk broom.

1  Trunk, Contents not known

1  Do Smaller "  "  "

1  green painted Canister, Contents not known.

3  inkstands & 4 pen racks.

1  Match safe.  1 Vial of red ink. (not full)

1  do Lulab.

1 White painted Closet, with 2 doors and 2 drawers
    Contents not known

Yds Cocoanut Matting.

1 Basket for Waste paper.

11

_First floor N.E. Room used as Tempora-_
_ry place of Worship_

An imitation Black Walnut Hechal, on platform
2 steps high, mounted by Tablets with Ten Com-
mandments in gilt letters on black ground, and
lined with red worsted Moreen. The tablets
are from the old Mill Street Synagogue

2 Antique gilt ornaments representing Oriental
lamps.

2 Bronzed and gilt metal antique Flower Vases,
from the old Mill Street Synagogue.

1 Bronzed Metal Lamp, for the perpetual light
( תמיד נר ) suspended before Hechal, from Old
Synagogue in Mill Street.

2 Old Brass Short candlesticks for large Candle
on iron rods before תמיד נר (2 of these are mis-
sing; there were 4, when property were moved
from Crosby Street.) They are from Old Mill St Synag.

1 Tebah or Readers desk, with lid and Draw-
er (from old Mill Street Synagogue) surround-
ed by a railing and provided with wooden
seat for Minister.

4 Brass pins attached to corners of the above rail
to hold Sepher Mantles and bells.

4 Large Brass Candlesticks for large Candle
on wooden stands (mahogany) secured to railing
of Tebah. ( There were 6 of these Candlesticks
when the property were moved into this building
one is kept in Closet in Sunday School Room, and
one is missing.) They are from Old Mill St Synagogue

CSI4933

12

2 Small Sofas, mahogany frame & black Hair
   cloth Seats — (seats of President and Vice Presi-
   dent in Synagogue Crosby Street.)

4 long benches on two sides of room ⎫ from Crosby
5 Short D° in the centre " " ⎬ St Synagogue

1 Eight days Clock

6 Two lights Gas brackets

2 Single light d° do

1 Large Chandelier, bronzed & gilt, 6 lights

5 Wooden Spittoons

1 Iron do

1 Carpet foot Stool

1 High Chair for Circumcision ברית מילה

1 large Stove with pipe the length of room, and
   large tin Screen; with small coal Shovel

2 large muslin Window Shades with fixtures

Property of J J Lyons | 4 Hebrew lessons printed on Muslin by J J Lyons
   mounted on rollers

Small bottle of Casher ink & pen

4 paper Boxes דוקצית של דיו

2 tin Rosh Hodesh tablets
   from the old Synagogue

4 Brass Sockets Mill Plated of
   the old Mill St Synagogue

8 large Judds Patent Sperm
   . Candles :

11 Silver plated Numbers
   from Seats in upper gallery.

Property of P T S School | Hebrew Daily prayers

"    "    "    " 35 Hebrew Feast days Service

"    "    "    " 10 Hebrew Parashah & Haphtarah

a pair of Wooden רמונים painted and Gilt kept in
   in this room.
5 ספרי תורה kept in this room See page .32

13

First floor - Large Meeting Room.

2 large Chandeliers, six lights each. Bronzed
and gilt, from Crosby St Synagogue.

1 Flat pinewood Closet - depository of the Choir
- Caps and the Cloaks (in bad condition)

1 Semi Circular Black Walnut table covered
with black velvet, with 5 drawers.

1 long Office table covered with green cloth
with 2 drawers.

1          Pulpit, Pinewood painted imita-
tation Maple and Walnut.

*The gift of W J Ree* — 1 White Satin Damask Canopy, חופה Cloth
with drapery of the same material, with
heavy silk fringe gimp and tassels.
*kept in a white wooden box*

" " " 4 Ebony and Gilt Columns, each in 3 sections
with Crowns, to support the above Canopy

" " " 4 Red plush and gilt pedestals to support
the 4 Columns, above described

" " " A White wood frame covered with white muslin
where on to spread the above Canopy.

*Property of Sunday School* — A large cast iron Stove, with sheet iron pipe
with tin Screen and Sheet of Zinc.

" " " 14 Yellow painted Wooden Settees.

A Marble Tablet in gilt frame in Memory of
Washington Hendricks.

" " " 8 long Wooden benches White wood painted framed
used in Crosby St Synagogue Basement.
2 of which with lid on the seats.

2 Short Do Do

*Property of P J Siwel* — 1 Imitation Oak Book Case with glass doors used
with closet underneath (used by Ladies board School)
and containing books of the Society.

CSI4935

Property of Ladies Sewing Society | 2 trunks with goods of Ladies Sewing Society.

A portable Box on 4 high legs, imitation Walnut containing Implements for lighting and trimming Ner Tamid.

A piece of india rubber Cloth to spread on Carpet when trimming Ner Tamid, two Yards Square.

A Music Stand for the use of Choir.

A Lot of Choir Music, and music books

A small wooden bench, painted white,

4 Mahogany poles, with gilt balls to support the Canopy (Hupah Sticks)

An old red Damask Canopy (Hupah Cloth) in use upwards of a century in this Congregation

Two Omer Boards, viz. 2 Black wooden Cases with parchment with Numbers of Omer, on rollers. Very old, from the 1st Mill St. Synagogue.

A White pine Table to spread out Tebah Cloths when not in use.

## Tebah Cloths, for use in the auditorium

1 Worsted Damask, yellow ground, red figures silk fringe, and small piece to cover Sepher

1 Red Satin with Yellow figures (no small piece.)

1 Red figured Satin with fringe & small piece

1 Red satin with gold color figures with do fringe and tassels & gimp trimmings used on festivals, made for last Consecration - with small piece

1 White Satin damask, heavy corded fringe & gimp with small piece, made for last Consecration.

1 White figured Silk with small piece corded fringe 20 years old.

CSI4936

15

<u>First Floor. Large Meeting room Continued</u>

<u>Sebah Cloths Continued</u>

1 White Satin damask from Mill Street Synagogue

1, colord do in use on Sabbaths described among Articles on the auditorium floor

<u>A large pinewood Closet</u> 2 doors and 2 drawers containing articles hereafter mentioned and marked as being kept in this Closet.

1 Large Brass Candlestick like 4 others in Small Shool brought into this building — One missing

1 Large size מגילת אסתר Book of Esther written on Parchment on rosewood scroll, lined with Silk, in tin box

1 Large size ספר קודש covered in kid leather bag, kept in a maho-gany box lined with cloth

1 White Silk banner, with white silk fringe and gilt borders and lettering, with the following words

עזי וזמרת יה ויהי לי לישועה זה אלי ואנוהו אלהי
אבי וארוממנהו

This banner was prepared for, and used at the laying of the Corner Stone of the No. 1 th St Synagogue

1 Large American flag of Bunting

4 Paper boxes with lot of Paper Flowers and Hebrew letters cut on pasteboard for such used on ברכות for decoration

[right margin, vertical:] All kept in large Pine wood Closet in Meeting Room

A lot of Green figured Worsted Moreen
formerly lining rails around ladies
Gallery.

Property of Sunday School — A lot of brown paper Muslin.

A pinewood box painted and with few
Screws, nails &c. used by Thomas

A Red Velvet cushion with silk fringe
Gimp, Cord and tassels for Pulpet
made for Consecration of 19th & Shoot.

White satin damask drapery trim —
med with heavy silk gimp and
Corded fringe with 4 large Ends with
gimped, buttoned and Corded tassels,
forming Canopy for front of Hechal
on ראש השנה וכפור

2 small White tassels and Cord for Cushion
of pulpit for ראש השנה וכפור with a
piece of White figured satin to cover Cushion

1 Yard White silk Cord fringe.

A lot of White linen stuff for lining of
הכל on ראש השנה וכפור

One long damask linen table Cloth, more
than the length of Seuah tables. with

4 do napkins to match; the gift
of the late Miss Hannah Isaacs.

5 Yards of White silk drapery with silk
fringe formerly lining of הכל in Crosby Street

5 Yards Worsted Damask stuff

A lot of silk fringe Mixed Colours

3 Yards White silk fringe
3¼ " Yellow " " with gimp
1 White Satin Damask covering of reading desk of Hazan

*(right margin, vertical:)* Notice — in Meeting — West room — Whole — All kept in Synagogue

17

First floor. Large Meeting room Continued

### Articles for use on תשעה באב

One large black Alpaca Curtain to
cover front of ארון with cords to suspend
the same from the railing in the Dome

Two square pieces of Ditto to cover the
desk of Lectern and tables used on
Tishe beab

One black Velvet Mantle for Sepher

Two imitation כתרים made of wood and
covered with Black Cloth

One black Muslin Sepher Binding

One piece of black Muslin for השלחן lining

12 Alpaca covers for Candl. Sticks in front
of Hechal and on Railing of Tebah

### Mantles

1 Maroon Silk Velvet with silk fringe

2 Red Satin with gold fringe

1 Blue Satin with silver fringe

2 Deep Blue & other colour figured Satin
with muslin lining

1 Red & gold colour    do    do

1 Red & silver colour    do    do

2 Red, green & White figured  do  do

2 Green & Gold Colour    do    do

Property of L⁴ Cohen 1 Red, White & Green    do    do
muslin lining with Gold fringe

" P. Freedman 1 Dark Blue & gold colour    do    do
thin silk fringe & blue silk lining

" M. Barnes 1 Red & gold Color    do    do
thin silk fringe muslin lining

18

## Mantles continued

1 Green & Red figured Damask Brocade
   with long twisted fringe, another like
   this in use in 2d Small Scroll –

2 plain Yellow Silk

1 Striped Silk, very old

1 Light blue with white flowers, old,

2 Lead color Silk with silver flowers.
   and with Silver fringe

1 Blue and Red Brocade gold fringe
   gift of the late Miss Jelly Levy.

1 Red Satin (plain) with gimp trimming
   associated with Dawn of the late Mrs.
   Ephm Hart

1 Old figured (color faded) from Olden time

1 Old yellow Silk with [ ] and crown, old pattern

1 " Green (Silver letters removed)

1 Yellow figured Silk

1 Old, white and yellow figures

1 White Muslin

## White Mantles

Property of D. Cohen — 1 plain White Satin with silver fringe
   "    Mr. Freedman figured do Satin " Silk "

"    "M. Barrews — 1 White watered Silk " corded " "

10 White figured Silk with Silk "
   different patterns, Muslin lining
   made for Consecration of 19th St Shool

*[right margin, vertical:]* Large white wood Chest in Reading Room — kept in use in not when

CSI4940

19

## First Floor Large Meeting Room Continued

### Sepher Windings

| | |
|---|---|
| Property of L S Cohen | 1 Green with Silver flowers like mantle in daily use. |
| " " " " | 1 Red green & White Silk brocade, like mantle for festival |
| | 2 Dark blue & gold color Satin |
| | 1 Red Gold & green " " |
| | 1 Light blue & cerise color " |
| | 1 Deep blue red & white flower brocade. like mantle of Miss Delly Levy |
| | 1 Green Silk, old |
| | 1 Yellow figured Satin |
| | 2 blue " " |
| | 1 White ground, green yellow & red Silk |
| | 1 Green & Yellow flowered Silk |
| | 1 lead colour Silk with silver & red flowers |
| | 1 D.o figured Silk |
| | 1 Pink Do Do |
| | 1 Red Velvet bound with white |
| | 1 Red figured Satin |
| | 1 Green Silk White & red flowers |
| | 1 Brown Silk, white flowers |
| | 1 Yellow Silk, figured |
| | 1 White linen with Hebrew letters |
| | 4 Do different Colours |

### White Sepher Windings

| | |
|---|---|
| Property of L S Cohen | 1 Plain White Satin |
| " " M Barrow | 1 Watered Silk |
| | 2 White figured Silk made 6 years ago |
| | 3 Plain Silk &c |
| | 4 figured Silk old |

*(right margin, vertically:)* Meeting Room — kept in Meeting Room — kept in White Wood Chest in the new vest in use are kept on the right — These when not in use are kept

CSI4941

20.



White Silk Lining of Sepharim

Property of M. Barsassa — 4 Yds plain white silk

12 " " " in 3 pieces

The Colored linings are in constant
use and are enumerated on pp 28
to 33

## Tebah Coverings

Of small size for the use
of Desk in Lower Shool.

1 plain white Satin with 2 small
     square pieces to cover Do.

1 Yellow flower, figured Satin
     with 1 square piece to match.

1 Light blue figured Silk
     with 1 square piece, different pattern

1 Light Yellow Silk Embroidered
     with small piece to match

1 Green Brocade, red flowers to match
2 Mantles with heavy fringe

and Yellow Brocade square piece
in use in Small Shool

All from Shell Shool. These
squares are placed on
the ones preserved.

Where put in use these are kept in White Shool Desk in Reading Room.

21

First Floor Extension Room
used by Hazan as Robing room.

Yds Green Brussels Carpet

1 Brass 2 lights Gas pendant.

*Property of P.T.T. School* {

1 White Wood Arm chair, painted white

1 Book Case, imitation Oak, with Glass doors
   containing Books & Papers of Hazan

1 Wash Stand with Marble Slab, China Ba
   -sin, plated faucet, with patent Urinary
   - connected with Croton Water pipe in Wall.

1 Clothes rack on the Wall

*Property of Sunday School*

1 Painted Settee.

1 Waste paper basket

3 Old Ballot Boxes

Stair Cases

On the right going up to Ladies Gallery

3 One light bronzed Gas brackets (one on each landing)

1 Carpet Camp Stool.

On the left going up to Ladies Gallery

3 One light bronzed Gas brackets (one on each landing)

Yds of linen stuff hanging against the rails
   of Ladies Staircases on both sides

CSI4943

Vestibule of Family Circle

## Stair Case

Yds. of Velvet Carpet

1 Four lights Chandelier bronzed and Gilt with hanging Glass Shades

1 long Gas torch

1 Short Do.

## Auditorium Floor

Yds of Velvet Carpet with borders on main floor and Hechal Steps.

Yds of Do. on Tebah & Choir Platform with out borders.

Yds of Do. 6 aisles leading to Seats with narrow borders

12 pieces of brass Sheeting on Steps of platform leading to seats.

Yds of Cocoa Matting floor of rear aisle both Sides

2 patent fire proof Safes containing Silver for Sabbath use.

A Tebah consisting of an elevated platform with black walnut panels and railing and 4 Steps on each Side with 6 Silverplated pins screwed on the railing to hold Rimonim

A black Walnut Reading desk with 3 Drawers upon Carved Rosewood Stand with 4 Claws

A Long Rosewood Sofa Covered with Maroon Velvet (about 12 feet long)

8 large Bronzed Metal Candle Sticks with imitation candles on the rail of Tebah

CSI4944

23

_Auditorium floor Continued_

1 Box covered with Maroon plush to raise books 3ʳᵉ

2 Velvet Foot mats.

1 Red satin brocade Tebah Cloth and Square
    piece to cover Sepher (for Sabbath use)

A Choir Platform in the rear of Tebah enclosed
    the same as Tebah with seats covered with
    red cushions

2 large Bronzed Metal Candlesticks on the railing of
    Choir platform with imitation Candles.

*Properly Sunday School* 1 Settee painted imitation Walnut

20 Hebrew Daily Prayers for Choir use (in very bad condition)

18 Muslin Taletim for Choir use.


One Eight day Clock in gilt frame.

2 Small Rosewood Sofas covered with Maroon plush
    Seats for President and Vice President.

2 Velvet floor mats under above seats

2 Whitewood Boxes for books of Presd & Vice Presd

1 Small Blacknett patent Step ladder for use on
    this floor

40 benches, imitation oak, with Black Walnut tops and
    silver plated Numbers, with cushions covered with red
    Worsted damask - 5 seats each.

16 benches of same materials with cushions as above, 4 seats
    each.                    numbered as above

2 benches as above   3 Seats each.

6 benches of imitation black walnut with real oak
    rail tops, cushioned and numbered as above  5
    Seats each.               in centre of Auditorium

1 bench as the size just described with 6 Seats.
    2 _____                    in centre of auditorium

CSI4945

*Auditorium floor continued*

## The Hechal or Ark;

an alcove in the Eastern wall on black walnut platform 4 steps high, with two massive rosewood doors on rollers. The interior of this recess is lined and festooned with satin damask, of mixed colours and with yellow silk fringe cord and tassels. On the outside there are 4 very high red and white scagliola pillars with green, black and white bases, and white and gilt chapiters, supporting a wooden arch, under which is inscribed in gilt letters דע לפני מי אתה עומד Between these pillars and right over the doors projects a wooden canopy, trimmed with drapery of red satin damask and silk gimp, fringe, cord and tassels. Surmounted by 2 tablets with Ten Commandments in Gilt Hebrew letters. All this woodwork is elaborately carved and gilt.

N.B. The tablets of Commandments are lined with those that came from Crosby Street Synagogue.

The Contents of Hechal. A wooden pedestal painted white, with gilt moulding, and provided with 3 shelves to hold the scrolls of the Law.

16 One light Gas brackets, with glass chimneys and patent reflectors (8 on each side)

4 Carpet footstools (1 ordinal, 1 cushioned stool, bin etc)

13 Sephorim with Mantles &c hereafter enumerated

25

## Auditorium floor Continued

A   נר תמיד   A firegilt metal lamp for the
perpetual light, suspended in front of Hechal
with glass to contain oil and taper. The gift
of Mr. Solo Lazarus. ( 5 extra glasses in
the small Tebah in lower shool )

Gas fixtures (10 Large Candle Sticks with imitation whole
candles on railings of Tebah and Other place
already mentioned page    )

4. high bromaed metal Candle Sticks with
large ten imitation wax Candles before
the steps of Hechal

2 large 5 lights Chandeliers suspended
over seats of Parnas and Segan

12  three lights side brackets over col
umns supporting gallery

10  two lights do. against walls


2 Marble tablets with gilt letters, testimony of grati
tude to the memories of the late Abraham
Tours and Washington Hendricks for their
liberal bequests to the Congregation

Saloon Gallery.

40 benches, imitation oak, with Black Walnut tops and Silver
plated numbers, with cushions covered with red worst-
ed Damask, 5 seats each.

12 benches of same materials with cushions and num-
bers as above 4 seats each

20 two lights side gas brackets (bronzed).

Yds of Brussels Carpet (on the floor)

57 footstools different sizes (private property of
and different sorts } seat holders.)

1 Camp Stool.


Upper Gallery.

12 benches, imitation oak, with black Walnut tops
5 seats each, (without cushions and numbers)

6 two lights bronzed side gas brackets

One ladder 50 foot high. (Gift of Levy Isaacs )


Dome Circle.

of Gas Jets upon circular railing -
(not used for nearly two years)

CSI4948

27

## Extension Room 2nd Story
### used for Societies Meeting room.

1 Long table, pinewood covered with oil cloth
    with 2 drawers

Six. cushioned arm chairs with seats on pivots (former-
    ly in Trustee room in Crosby S. Synagogue.)

2 Buff linen Window Shades with fixtures

~ Yds of floor oil Cloth

A white wood desk painted black for use as בראש

## Extension Room 3<sup>d</sup> Story
### Ladies Retiring Room

2 Closets with Black walnut seats and water tanks

1 Wash Stand White marble Slab, china basin
    plated faucet connected with Croton pipe
    in wall.

2 Buff linen Window Shades with fixtures

1 one light brass Gas bracket

~ Yds floor oil Cloth

1 Carpet Camp Stool

2 Stained Glass Windows (from auditorium middle
              window Northside)

CSI4949

## ספר תורה

# Scrolls of the Holy Law.

### containing the Five Books of Moses
### written on Parchment

In the היכל on the Auditorium floor.

1 ספר תורה  known as the עץ ... Sephus dark wood handles. with
Lining, of Red silk.
Winding, Green & Gold color figured silk.
(one of new ones.)
Mantle, light blue figured silk, silk
fringe white silk lining

1 ספר תורה  belonging to Congregation formerly property of
Ephraim Hart, with black Rosewood handles
Lining of Blue silk
Winding, blue figured silk
Mantle Yellow silk brocade with red
and green flowers, with yellow
silk gimp & fringe, Muslin li-
ning

1 ספר תורה  belonging to Congregation known as Zuntz's Sephur
with thin hickory handles; with
Lining of Red silk.
Winding of red, green, & gold color figured
silk, (new one.)
Mantle Blue figured silk, silk
fringe and muslin lining

CSI4950

29

ספרי תורה

on the Auditorium floor continued

ספר תורה / written on leather with white wooden handles
apparently very old, with

    Lining of faded green Silk
    Winding „ faded Red figured Silk
    Mantle „ Yellow figured silk with silk
        fringe & White silk lining

ספר תורה / written on leather with heavy Rosewood
handles, apparently very old, with

    Lining of Green Silk
    Winding „ Green & Silver colr. Silk
    Mantle „ Red figured Silk with silk
        fringe & White silk lining

ספר תורה / Small size, formerly of New Port Synagogue
with dark wood handles and white wood rollers.

    Lining of red silk
    Winding of red figured Silk
    Mantle „ Maroon figured silk & fringe
        with White Muslin lining

ספר תורה / known as Hendricks Sephea with heavy
hickory handles. with

    Lining of Yellow Silk
    Winding „ red figured Silk gift of the late
        Joel Leases
    Mantle of plain purple Satin with
        silk fringe & Muslin lining

CSI4951

ספרי תורה

<u>on the Auditorium floor Continued</u>

ספר תורה 1     known as Sepher of Lewis I. Cohen;
many years in use in this Congregation; it
was formerly the property of   Gomez, and
later of Saml Dd. Judah from whom Mr L I
Cohen purchased it, with a mantle, winding and a
pair of Silver רמונים. The Sepher has black
wood handles.

    Lining of light yellow silk
    Winding „ Yellow figured Silk
    Mantle „ Silk brocade, green with
      red and silver flowers with sil
      ver fringe & pink silk lining
      Mantle property of L I Cohen.

ספר תורה 1     known as Sepher of Benjamin Judah;
thim size, with use wood handles; with
    Lining of Green Silk
    Winding „ Lead color Silk figured,
    Mantle „ green figured Silk with
      Linen fringe & Muslin lining

ספר תורה 1     known as Sepher of Isaac Phillips, long size;
with hickory handles on one of which a piece of parchment
with name of Writer.   with
    Lining of red silk (property of I Phillips)
Deposited in Synagogue Winding „ Blue figured silk
    Mantle „ blue & white figured Worsted damask
      with fringe & gimp (property of I Phillips.

CSI4952

31

ספרי תורה,

_on the Auditorium floor continued_

ספר תורה 1   known as Sepher of P. Friedman, long size, with heavy black wood hand les on each of which is a, piece of parchment secured with name of owner and date of depositing in Synagogue. with

Deposited in Synagogue  Lining of Red Silk of P. Friedman

Winding, Blue and gold color figured silk

Mantle, Drab and red figured silk with fringe and Muslin lining of P. Friedman.

ספר תורה 1   known as Sepher of M. Barseses, Small size, with light Mahogany handles, with

Deposited in Synagogue  Lining of Blue Silk, of M. Barseses

Winding, Red and Gold color figured silk of M Barseses

Mantle the same as on Sepher of E. Hart

ספר תורה 1   known as Sharon Sofon's Sepher, long size, the parchment with space between the verses. Rosewood handles. with

Lining of Crimson paramata of Eshyan

Deposited in Synagogue  Winding, Green and Gold color figured satin (new one of Sofon's)

Mantle, purple figured Silk, with silk fringe & Muslin lining of congregation.

CSI4953

ספרי תורה

*In Temporary Synagogue*
*on First Floor*

ספר תורה 1 — written on leather with rosewood handles with silver rings riveted in the wood marked K K I I No 10. Very old and imperfect; with

Lining of pink watered silk, old
Winding „ Yellow silk Damask
Mantle „ Plain blue silk, old

ספר תורה 1 — written on leather with hickory handles one pin wanting, very old, letters faded unfit for use. Writing and mounting may be repaired    with

Lining of red silk
Winding „ red damask
Mantle „ Green & red flower brocade
with heavy fringe ( 2 mantles
and small Tebah Cloth of same
material ).

ספר תורה 1 — written on leather with rosewood handles Very old and wanting repair. with

Lining of Pink silk
Winding „ Ash color striped silk
Mantle „ red and gold all old things
from former Synagogue

CSI4954

33

ספרי תורה

in Temporary Synagogue First floor Continued

ספר תורה on Parchment, badly damaged by Sea water. Wood work broken wrapt in

Lining — of light pink muslin

Winding „ figured Calico

Mantle „ Green figured Silk Canvas lining

ספר תורה on Parchment, torn and stained by Sea water wrapt in

Lining of Pink Muslin

Winding „ None

Mantle „ Red Silk with yellow flower and Silk fringe Top piece embroidered in gold thread

54 07. 7 years after Consecration of first Mill Street Synagogue

וזאת התורה אשר שם מושה לפני בני ישראל

שנת ה' ת' ס' ד'

Articles of Silver

weighed by Mr Brown Jeweller on Friday

June 18ᵗʰ 5629

| | | oz |
|---|---|---|
| 1 Basin for כיור kept in large safe | weighs 40½ | oz |
| 1 Pitcher for do " " " | " 37½ | " |
| 1 Plate Stand " " " | | |
| 1 Large pointer קנ | — | 6 " |
| 1 twisted do " " " | | 3 " |
| 1 Small do Gilt hand " " " formerly Eph Hart | 2¾ " |
| 1 long do Gilt head & hand " " " Gift of B.Nones A Jobras | " 5 " |
| Property of Haran 1 Short & thick do in keeping of Shamas | " 4½ " |
| Property of Haran 1 twisted do " " " | " 3 " |
| 1 Spice Box for הבדלה " " " | " 7 — |
| 1 Wine Cup for do " " " | " 2½ " |
| 3 Silver Plates with Hebrew letters | " 1¾ " |
| 1 Pair of רמונים pineapple shape recently repaired marked תק"ן (5690) the year of consecration of First Mill St Synagogue in keeping of Sham 29½ | |
| 1 Pair of Do known as Eph Harts bells, property of קהל in keeping of Shamas 88 | |
| 1 Pair of Do Marked "Myers (the maker) 40½ | |
| 1 Pair of Do marked "Myers New York 45 | |
| 1 Pair of Do same pattern as above without mark 47 | |
| 1 Pair of Do same pattern as those known to have belonged to Eph Hart 71 | |
| These 4 pairs of רמונים are broken and must be repaired 3 pairs of Do made for consecration of 1818 Synagogue all of one pattern each pair weighing 55 oz together 165 oz 165 | |
| 1 pair of Do like above 56 | |
| Property L J Cohen 1 pair of Do 68 | |
| " P Friedman 1 pair of Do 54 | |
| " M Barsesa 1 pair of Do 34 | |
| 817¼ 816¼ | |

CSI4956

35

## Silver Continued

Bght forwd     816¼

Some of the bells and ornaments fallen

— from Rimonim    in keeping of Shames   13 Ozs

4 pieces of Chain & Top piece of Silver lamp

Stolen from Synagogue    „   „   „    „   6¼ „

<u>Total weight of Silver</u>

— 836½ —    835¾ Ounces     835¾Ozs

19 Cane seat Chairs scattered in the building

exclusive of chairs already enumerated

## Hebrew Books

deposited by the late Aaron Levy for safe keeping

5 Vols of Small Edition Alias Hebrew Bible 5500 incomplete

1 „ כונרת המאור   Sulzbach Edition

1 „ German Bible in Hebrew Letters folio

2 „ Heb: Bible Prague Edition folio ( 1 Vol Wanting )

1 „ סדר תפלה   German Minhag with Judish Deutsch

interlineary translation

1 „ תפלה דרך ישרה   German Minhag

1 „ ספק קב הישר

1 „ ספר לב טוב — folio

25 „ Classical Library books Harper Brothers 1840 N.Y.

5 Volumes of Hebrew Prayers. Edition of Hazan Minhag

Portuguese Minhag given by the late Aaron Levy to

Trustees in lieu of $12.50 for perpetual Hashcabah

for Wife —

In keeping of Hazan

In keeping of the Clerk

CSI4957

In the בית חיים משהר House on

in Twenty first Street

2 Old platforms 3 steps high with Mahogany railing

formerly enclosures of Seats of Parnas & Segan in

Synagogue Crosby Street

3 Wooden chairs                    1 Small table

1 Cast iron Stove with pipe joint & Shovel

2  Spades   1 long Shovel   2 pick axes

5 Wooden beams,   a lot of old Loolabim

An old tin rack with 8 Metal lamps formerly used for

the Steam Candles in Synagogue in Crosby Street

before the introduction of Gas —

1 Scrubbing brush —   a lot of old green blinds from

Basement Synagogue Crosby Street

2 Wooden doors painted black, formerly used to place against

iron Gate in Crosby Street during season of Succoth



In the בית חיים משהר House on

on Long Island



A Marble Slab set in the Wall, with inscription viz

"This land of 6½ Acres was purchased by the Congregation

Shearith Israel of the City of New York for a burial place

May (Sivan) 5611   Moses I Isaacs   President

Tobias I Tobias Vice  "

Simeon Abrahams

Isaac Phillips

Lewis I Cohen

Jacob L Isaacs

37

A Map of family plots in frame of Black Walnut

A prayer on entering the burial ground in large letters framed

A Charity box, tin painted

A Small desk White Wood grained fastened on the Wall
— for use of the Hazan

6 Wooden chairs

2 Cocoa Mats

4 Spittoons (tin painted)

1 White Wood Foot Crack

1 Large, high back bench from Crosby St Synagogue

1 Small Cast iron Stove with 20 feet of Sheet iron pipe —
With Square of Zinc

1 Brass Water Tank with Hebrew inscription formerly
— property of the נמילות חסדים , with tin basin

4 White linen towels

1 Wooden bier painted Black

2 hickory Sticks to support Coffin before lowering into grave

4 broad Straps (linen) to lower Coffin into graves

1 large Sledge hammer.    2 Spades with long handles

1 Spade with Short handle    1 Shovel  „   „   „

2 Shovel  „    „    „    2 Crowbars

1 Large Pickaxe    1 Large Rake

1 Small Rake    1 Wheelbarrow

1 large Axe    1 Scythe (to mow grass)

1 Sickle    1 Large Shears

1 Garden line with iron wheel   2 Scrubbing brushes

1 Broom    1 iron fire dustpan

40 Pine boards

CSI4959

In One of the Synagogues
in Cincinnati Ohio

A Lot of Brass Chandeliers of the olden time
Loaned on Certain Conditions &c Minutes.
particulars of the articles & Conditions
not known to me.

In possession of Mr Adolphus Solomons
in Washington DC

A Brass Sabbath Lamp temporarily borrowed by Mr S.

The Knives, Seal, moulds &ca used by the Shochet
Mr Van Gelderen, are claimed to be his private
Property.

CSI4960