# EXHIBIT 16

# PUBLICATIONS

OF THE

# AMERICAN

# JEWISH HISTORICAL SOCIETY

## NUMBER 27



THE LYONS COLLECTION VOLUME II

PUBLISHED BY THE SOCIETY
1920


EXHIBIT
Fisher 18
12/30/14

ITEMS RELATING TO THE JEWS OF NEWPORT.

February 28, 1677 [-8].[1] Original certified copy of Deed of Jewish Cemetery at Newport.
[No. 10a]

Certified copy of transcript of Dyre Suit against Newport Jews.[2]

At the Gener[ll] Court of Tryalls Held in his Majesties Name at Newport the 31. of March 1685.

| Present | Grand Jurrors Engaged |
|---|---|
| M[r] William Coddington Gobern[r] | |
| M[r] Walter Clarke Dep Goberno[r] | M[r] Phillip Smith foreman |
| M[r] John Easton Assistant | M[r] Jonathan Holmes |
| M[r] Caleb Carr Assist[a] | M[r] Robert Tayler |
| Majo[r] John Coggeshall Assist[a] | M[r] Lawrence Turner |
| Majo[r] John Albro Assist[a] | M[r] Giles Slocum |
| M[r] George Lanton Assist[a] | M[r] William Wilbore |
| Majo[r] John Green Assist[a] | M[r] Joseph Morie |
| John Sanford Recorder | M[r] Thomas Burge |
| Edmund Calverly Gen[l] Serja[n] | M[r] John Parker |
| M[r] Weston Clarke Gen Treasurer | M[r] Barth Hunt Sen |
| M[r] John Pococke Gen[l] Attorney & Solic[r] | M[r] John Sisson |
| | M[r] Walker Roades |

by reason of William Wilbores sickness M[r] Henry Palmer Engaged on the Grand Jurry.

On an Action or Complaint of Majo[r] William Dyre as Surveyor Gen[l] against Mordecai Campanel, Saul Brown, Abraham

---

[1] [This MS. is not in the Lyons Collection, but is the gift of Mr. Samuel Oppenheim to the American Jewish Historical Society. See Publications, No. 19, p. 15. See reduced facsimile facing this page.]

[2] [Cf. Samuel Oppenheim, Publications, No. 19, pp. 15-16.]

175

Burgis, Rachel the Widow and Relict of Symon Mendez dec[d] and other Jews fforeigne borne-.

ffor want of a declaration in the office according to Law, the defendants enter a nonsuit- The Case in Court Called, the above named Majo[r] Dyre the Complainant did not appear only Edward Uster [?] as his Attorney appeared. the Defendants appeared.

Whereas upon the information of Majo[r] William Dyre to Our Hono[ed] Gobern[r] against Mordecai Campanell, David, Daniell & Abraham Campanell, Saul Brown, Abraham Burges, Rachell the Widow and Relict of Symon Mendez deceas[d] and Aron Verse, Jews, Our said Gobern[r] granted a warrant to the Generall Serja[t] to sease the said Jews goods or estates answer the said informer his charge against them as Aliens at this Court. And whereas he hath not brought the matter in such forme as Our Law requires: Yett for weighty Reasons moveing, this Court doe see Cause with the defendants Consent that the Action shall Come to Tryall forthwith.

The Case Pleaded and Committed to the Jurry:

Verdict Wee find for the defendants and that the Plantiff pay Cost of Court.

The Court accepted the verdict and allow the bill of Cost fifteen Shillings eight pence.

Whereas Majo[r] William Dyre Esq[r], surveyor Gen[l] as informer hath caused the estates of severall Jews viz Mordecai David Daniell & Abraham Campanell Saul Brown and Abraham Burgis Rachell the widow and Relict of Symon Mendiez dec[d] and Aron Verss to be seized to bring to a Tryall as Aliens &c and the Jurry haveing found for the defend[ts] and the Informer disappearing in Person, and a Nonsute granted, as also haveing given no bond. The Court therefore unanimously order that the distraint upon the defendants goods be taken off and their Estates so seized be Restored by the Generall Serj[t]

State of Rhode Island and Providence Plantations
COUNTY OF NEWPORT,—ss.
OFFICE CLERK OF SUPREME COURT.

I THOMAS W. WOOD, Clerk of the Court aforesaid, for and within the State and County aforesaid, do hereby CERTIFY that the foregoing 1½ pages contain a true and correct copy of the record of Judgment in the case *State v Mordecai Campanel et ali* as recorded in Book A pages 72 or 74 and 73 or 75 of the records of Judgment of the General Court of Trials

as compared by me this day with the original in this office on the day of                    A. D., 187

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this *third* day of February A. D., 1873

THOMAS W WOOD, *Clerk.*

55.19—Letter from Congregation at Newport to Congregation at New York, asking assistance to build Synagogue.

NEWPORT R. I. Adar 22ᵈ 5519 [March 21, 1759]
Gent.

The Pious Intentions of a Congregation yet in its Infancy, we desire may plead a sufficient excuse, for this Address; sincerely desirous to establish a regular Congregation in this Town we therefore, have Lately purchased a suitable Lot of Land, whereon we design to Build a Sinaguogue; & for furthering our said Intentions, we have Likewise by Subscription raised a small Fund, wherewith to Begin, and carry on the Work and which in due Time, we hope to see fully compleated. At present finding our Abilities not equal to our wishes, for finishing the Work, in so short a Time as we desire, we have resolved to crave the Assistance of the several Congregations in America, and as the Feast of the Passover is near at Hand, a Time when there will be the greatest appenrance of our Brethen at New York; we embrace this opportunity to acquaint you with our proceedings, and Intentions, relative thereto; Intreating you to communicate the same, to the Congregation,

at New York, & to supplicate for us, their charitable assistance, towards carrying on this work; either by a Freewill Offering in the Sinagogue; or Subscription, or in any way which may be agreable to you.

When we reflect on how much it is our Duty, to Instruct Children, in the Path of Vertuous Religion; & how unhappy the portions must be, of those Children, and their Parents, who are thro necessity, educated in a place where they must remain almost Totally uninstructed, in our most Holy & Divine Law, our Rites & Ceremonies; & from which place, they may perhaps never have it in their power to depart; when we farther reflect on how much it is our Duty to assist the Distressed; & when we consider the extensive Usefullness of a Charity, like this for which we now supplicate assistance; we can entertain no Doubt of your Zeal, to promote this good Work.

That God Almighty will be pleased to direct your Councils, prosper your Vertuous Actions, and Intentions, give us Peace, and very soon send the Redeemer to Zion, is and shall be the Devout Prayer of

     Gent.
     Your obedient & very humb Servts

| | |
|---|---|
| JACOB ROD$^s$ RIVERA | ABM R$^a$ REVEIRA. |
| JACOB ISAACKS | |
| | ISAAC POLOCK |
| I HART | |
| | MOSES LOPEZ |
| | ISAAC ELIZER |
| AARON LOPEZ | |
| | MOSES LEVY |

To the Gent. the Parnassim of the K. K. Seherit Israel, in New York

[No. 180]

[The synagogue was erected by Peter Harrison, a pupil and associate of Sir Christopher Wren. It was consecrated in 1763. It was within its walls that the Legislature of Rhode Island met for the first time after the evacuation of Newport by the British in September 1780. See Leon Huhner, "Jews of Newport," New York, 1908.]

[1759.] Contemporaneous copy of a letter from New York Congregation to Newport, sending money to build a Synagogue.

Gent<sup>n</sup>.

Conformable to your desire a *Nedaba* * [offering] was made in our Synagogue the Seventh day of *Pesach* * when a contribution of £149: 6<sup>d</sup> was offered towards building at New Port a place of worship to Almighty God. your pious design was a sufficient inducement to promote the Success of your request, we heartily wish our mite may enable you to go on with the Holy building and that you maybe a Religious & prosperous Congregation.

We must now desire you will send orders for the money.

We sincerely wish you success in all your Laudable undertakings, and that our God may graciously enable his People to do *Mitsvoth* * is the unfeign'd prayer of

Gent<sup>n</sup>

[No. 177]

5519—Letter of thanks to K. K. S. I., signed by ten members of Newport Congregation.

NEWPORT Sivan 2<sup>d</sup> 5519—[May 28, 1759]

Gent<sup>n</sup>.

It affords us great satisfaction to find by your Letter of the 3<sup>d</sup> Day of Iyar that our design for Building a publick place of Worship to God Almighty has not only met with approbation but hath Likewise been Zealously supported by our Brethen at New York as appears by the generous Freewill offerings made for that purpose in your Synagogue on the 7th Day of *Pesach* * last—

It is our Inclination & we are truly sensible it is our Duty to return the Congregation at New York our most sincere & publick Thanks for this Instance of their Generous Benevolence towards us and we Intreat You Gentlemen to do this

good office on our Behalf in such manner place & Time as shall seem to you most agreable.

Your Hearty Wishes for the prosperity of Our Congregation and your sincere wishes for our Success contribute greatly to Incite in us an Ardent desire to compleat the Work which we have now undertaken--

We Intreat you to remit the Monies which you have Collected for this Use to the Care of Mess$^{rs}$. Jacob Rod$^s$. Rivera Moses Levy & Isaac Hart in Gold either in Moidors or Johannes's, Moidors will be most advantageous.

We Devoutly join with you in Prayer " That Our God may Graciously enable his People to do *Mitsvoth*,* and are with Unfeigned Thanks to Yourselves & the Congregation at New York

     Gent$^s$.

        Your most Obedient humble Serv$^{ts}$
          ABM R$^s$ RIVERA'
          ISAAC POLOCK
          AARON LOPEZ
          MOSES LEVY
          JACOB ISAACKS
          ISAAC ELIZER
          MOSES LOPEZ
          I HART
          JACOB ROD$^s$ RIVERA
          ISSACHAR POLOCK

Mess$^{rs}$. Myer Myers & Jacob Franks

Addressed on back as follows:

To
Mess$^{rs}$ Myer Myers & Jacob Franks
  Parnassim of the K. K. Seherit Israel
    at New York.

[No. 178]

---

*[Each of the persons above mentioned figures prominently in American Colonial commercial and industrial history. For sketches of their careers consult Index volume of *Publications* of American Jewish Historical Society and No. 25, p. 113. See also Daly, " The Settlement of the Jews in North America."]

1759—Receipt of N. Hart £149.06 towards building Synagogue in Newport from K. K. S. I.

NEW YORK July 13 1759.

Rece[d]. of Myer Myers One Hundred and Forty nine Pounds & Six pence which at my arrival at Newport Rhode Island I promise to deliver to Mess[rs]. Jacob Rivera, Moses Levy & Isaac Hart trustees for building the Synagogue.

£149.0.6  NAPH HART

[No. 179]

[Certified copy (October 7, 1872) of deed, dated June 13, 1759, from Ebenezer Allen and Susanna, his wife, of Sandwich, Barnstable County, Mass., to Jacob Rodriquez Rivera, Moses Levy and Isaac Hart, of lot 92 x 106 on Griffin Street, Newport, R. I., upon which was erected the Newport Synagogue. Consideration £1500. Original recorded at Newport, July 19, 1760.]

[No. 243]

1761—Letter from Naph Hart to Trustees of K. K. S. I., asking further assistance to complete their unfinished Synagogue.

Gentlemen  NEWPORT 5th April 1761.

It is a matter of much Concern to the Congregation in this Town among whom I have the Honor to preside as Parnass for the Current year that they are Necessitated again to Supplicate the Charitable assistance of your Congregation who have already Chearfully & Generously Contributed towards finishing our Synagogue—Greatly disappointed in their Expectations from the Charity of other Congregations and the Cost of Building Rising to much more than it was Conceiv'd it would they now find themselves (unless in some way assisted by Other Congregations) unable to Compleat the Build-

182   *American Jewish Historical Society.*

ing—I do therefore by their Request intreat your good offices to Obtain the farther assistance of your Congregation towards compleating the Same, either by a free will offering to be made in your Synagogue which to them Seems the most unexceptionable way or in any other method w$^{ch}$ you shall judge the most agreable to Obtain the good purposes Intended—the Congregation here Confidantly Relying on your Good Endeavours and the Zeal of your Congregation to promote so Charitable & useful an undertaking have no doubt but in due time I shall Receive your favourable Answer hereunto—

Wishing you and Each of your Congregation Length of Days with much Felicity, I have the Honor Gentlemen to Subscribe

       Your Obedient Servant
         NAPH HART

Addressed on back as follows:

To Mess$^{rs}$ the Parnassim & Elders of the Jewish Congregation In New York

[No. 181]

1761—Letter from Newport to K. K. S. I. introducing Abraham and M. Cohen 2 poor men.

Gentlemen—  NEWPORT RHODE ISLAND 26th May 1761

The Bearrers Mess$^{rs}$ Abraham & Mathias Cohen Arrived here Last Week in Cap$^t$ Cuzzins from Savanah Lmar[1] in the Island of Jamaica, and where recommended to us by the Gabay of that Congregation as Objects of Charity, and as Such I take the Liberty to recommend 'em to you & your Congregation— They have with them thier Credentials from the Several Congregat$^s$ to the Same Effect, We on our parts have Contrebuted as much as the Nature of our affairs would admitt of at this time and Considering we Our Selves Are petitioners, hope

---

[1] [Savanna-La-Mar.]

*Items Relating to the Jews of Newport.* 183

there Successes in this Undertaking May Answer thier Expectation—wch is the Sinccar wishes of

    Gentlemen your Most Obedient & humble Serv[ts]
        NAPH HART Parnas

To
  Mess[rs] Daniel Gomez & Samuel Hart

Addressed on back as follows:
To
  Mess[rs] Daniel Gomez & Samuel Hart
  Parnasim of the Holy Congregation Sharith Israel in New York
  [No. 173]

1762—Letter of Moses Lopez to J. Simson & S. Judah about subscription of furniture, &c., from New York members.

Mess[rs] Joseph Simson              NEWPORT July 25th 1762.
& Samuel Judah
  Gent[l]./

    As we have now contracted with Workmen, who are actually at Work, to compleat the Hechal, Tebah, & Benches of our Synagogue, are in great hopes same will be finished by Rosasanah: We are getting ready such furniture & Utensills as are needfull, for which reason our Mahamad desires me to address this to you, Gentlemen, that you will be so kind as to make enquiry, who made any offerings of Furniture & Ornaments towards this pious undertaking, to receive & forward the same to us with convenient speed; that it may be here ready against the Time of Consecrating the holy Fabrick.

    The gratefull sence we have of the Liberal assistance of your K. K. will put us in mind, of giving timely notice of the Dedication Day, that those Gentlemen who please to favor us with their Company may not be disappointed. Underneath I note what offerings came to our notice, if there be any more

we leave to your enquiry, not doubting your Zeal in so Laudable cause.

You will always find in me a ready complyance to whatever Services I can render you, either in my publick or private capacity; wishing you health & prosperity I conclude respectfully

                  Gen$^l$./

| | |
|---|---|
| A Tamid, from M$^r$ Samuel Judah<br>Some Candlesticks for the Hechall &<br>  the Tebah from M$^r$ Samuel Hart<br>100 lb Wax from M$^r$ Haym Myers | Your very hum. Servt.<br>MOSES LOPEZ<br>Parnas |

Addressed on back:

To
  Mess$^{rs}$. Joseph Simson & Samuel Judah Parnassim of the K. K. Seherit Israel of New York.

  [No. 182]

[Act passed by General Assembly at Providence, December 1766, requiring persons suspected of being dangerous or disaffected to take and subscribe the Oath of Allegiance and Adjuration, and on refusal officers may proceed against them for confiscation of property.

This act was repealed in February 1783.]
  [No. 314]

[September 4, 1775. Letter from Moses Levy, Newport, to Isaac Moses, acknowledging with satisfaction the New York Congregation's resolution to share expenses of provision and passage to London of the Rev. H. H. Samuel Cohen. Total expenditure amounted to £31.8. 6.]
  [No. 183]

*Items Relating to the Jews of Newport.* 185

### Moses Seixas' Accounts of Receipts and Payments of Newport Congregation, 1783-1790.

Among the donors appear the following names:

| | | |
|---|---|---|
| Jacob Rod Rivera, Parnas | Abraham Lopez | Isaac Dazevado |
| Moses Levy | Aaron Lopez | Moses Seixas |
| Raphael Jacobs | Hillel Judah | Isaac Polock |
| Isaac Elizer & son | Jacob Phillips | Simon Nathan |
| Jacob Isaacks | Joseph De Pass | Manuel Myers |
| David Lopez, Sen. | 2 French Gentlemen | Isaac Gomez |
| Moses Lopez | Moses M. Hays | Joseph Jacobs |
| Jacob Lopez | Moses Gomez, Jun. | Henry Marks |
| David Lopez | Emanuel Aguilar | Sol. Levy |
| Joseph Lopez | Elias Hart | Uriah Hendricks |
| | | Nathaniel Henriques |

Among expenses in 1788 are " Expenses on Rabbi Calveres " and "Mr. Judah Salary as Sochet."

[No. 185]


[September 6, 1787.] Copy of Certificate of Kosher Beef from Newport to Surinam. Spanish.

[No. 184]


February 4, 1790. Letter of Manuel Josephson[1] of Philadelphia to Moses Seixas of Newport on the subject of reading the law from a printed book and other matters. [MS. torn in several places.]

PHILADELPHIA 4th February 1790

M'. Moses Seixas

Dear Sir

On the 22d Decem'. Last I was favoured with your obliging Letter of 3d. of the same Month; to which for the want of Conveyance have not replied before It's true your Brother in Law

---

[1] [Manuel Josephson was president of the Philadelphia congregation, and figures repeatedly in Revolutionary annals. See as to him, Index to *Publications*, and also Index to No. 21.]