# EXHIBIT 17

202

*of Synagogue*

A communication from the Board of Fire Underwriters desiring certain improvements to remedy defects in the furnaces and flues was referred to the Building Committee and Mr Phillips with power.

The Committee on the matter of the New Port Synag$^e$ appointed 17th August last reported that the Rev$^d$ Mr Mendes had visited New Port and had been heard before the City Council & Aldermen, resulting in their ordering the petition or application of parties desiring the use of the New Port Synagogue to be transmitted to the Board of Trustees of this Congregation.

Application of Mr Adolf Caspari for use of the small Chupa on the 18th ins$^t$ on his marriage with a daughter of the late Abraham Obadieh was granted.

Mr Nathan presented the draft of the explanation to be sent with the Annual Statement to the Electors and Seat holders prior to Rosh Hashanah (referred to in minutes of last meeting) and moved it be sent to the Electors with copy of the Annual Statement, and to Seat holders without the Annual Statement.

Mr Phillips moved that the same be laid on the table, which was carried
  (The President & Mr Nathan in the negative)

On motion of Mr Nathan the amount of the Bond to be given by the Treasurer of the Cong$^n$ be fixed at ten thousand Dollars.

  Adjourned

  Isaac Phillips
  Clerk

———

24th Elul 5641                     September 18th 1881

  Present   Horatio Gomez M.D. President
        Gratz Nathan
        A. R. B. Moses
        Charles A. Lane
        David DeMeza

Minutes of last meeting read and confirmed

The following Bills were ordered to be paid:
C. S. Nathan – printing Annual Account  $10.00
J. Britton – plumbing work at Synag$^e$    6.50

The Building Committee was authorized to procure Silk for 2 Sefarim, not exceeding $12 + sundry glass Globes for lamps at a cost not exceeding Five dollars.

Application was received

CSI08381

from certain members of the Jewish persuasion at New Port R.I. asking permission to use the Synagogue at that place for worship during ensuing holy days, to have a permanent Rabbi, and to avail of the income from the Touro fund to meet the necessary expenses. On motion of Mr. Nathan it was unanimously Resolved that the matter be referred to our Minister, Parnas, and Segan with power to make such arrangements as they may see fit for supplying a Hazan to the New Port applicants, for services according to the Menhag Sefardim during the ensuing holy days, but that this Board will not assent to the Touro fund being applied for that purpose until there shall be a sufficient number of permanent residents to maintain the services throughout the year, in accordance with the principles and forms of orthodox Judaism as contemplated by the terms of the will of the late Judah Touro.

Adjourned

David Phillips  Clerk

Evening    3° Heschvan 5642                                25 October 1881

Present, Horatio Gomez M.D. President
        Gratz Nathan
        A. R. B. Moses
        Charles A. Lane
        David Demera
        J. Edgar Phillips

Minutes of last meeting read and confirmed

Report of interments in Bet Haim L.I. including
  Mrs. Joseph Blumenthal   in Plot 47  for which Mr. Joseph Blumenthal had paid $200
  Robt L. Alexander        in Plot 14 of his father Mortimer Alexander without charge
  Mrs. J. A. Tavares       in Leg row  at a charge of $10
  Benjamin E. De Young     in Leg row  without charge
  Sigismund Davidson       in Leg row  without charge
  Mrs. Zipporah Lopez      in Leg row  at a charge of $15

The President reported sundry warrants drawn from No 42 to 56 inclusive

The Clerk reported that the Treasurer had received the following Contributions to funds of Cong'n
        from Aaron Wolff Jr        $100
          "  Clarence S. Nathan      10
          "  Mr. Weill               10

The following Bills were referred to Committee on Buildings with power, and to report action at next meeting
  Joseph Cohen, repairing Stoves, furnaces &c. $141.40 and $34.42
  Thomas Barrett, Carpenter work               12.03
                                                              The following Bills

CSI08382