# EXHIBIT 18

## MEETING OF MAY 28, 1893

The following were present:

| | |
|---|---|
| I. Levy | E. Schrier |
| L. Hess | H. Hess |
| J. Engell | I. J. Josephson |
| N. Rosen | J. Servadio |
| M. Levy | |

Motion was made and passed that E. Schrier be chairman and Max Levy, secretary. The following preamble was submitted, accepted and signed by those whose names appear thereto:

### PREAMBLE

"We, the undersigned Jewish residents of the City of Newport, State of Rhode Island, assembled in conference on the 28th day of May, 1893, do make known that we have formed and by these presents declare, that we have formed a Jewish Congregation, the name and title of which shall be known as the "Congregation Yeshuath Israel." That we pledge ourselves to conform to the strict laws, rules and ritual of Orthodox Jewish faith. That we apply to the Legislature of this State to grant us a charter, so that we may transact the business of this Congregation in legal form. That we will abide by all laws and regulations which may hereafter be passed by this Congregation.

That as a duly organized Congregation we claim for its government and advancement the benefits accruing from the Abraham Touro and Judah Touro Funds, and as specified in said Abraham and Judah Touro wills."

We pledge ourselves to work in harmony to advance the interest of this Congregation and the teachings of G-d's holy law, and to exemplify to our Co-religionists the great teachings of those who helped build this ancient house of worship to the glory of G-d. That peace may abide in our midst and charity reign supreme.

To all of which we subscribe our names this 13th day in Sivan 5853, May 28th, 1893.

Signed:

| | | |
|---|---|---|
| Isaac Levy | Louis Hess | Henry Hess |
| J. Servadio | J. Engell | Israel J. Josephson |
| Eugene Schrier | Max Levy | Samuel Levy |
| I. Bergman | | |

The following officers were elected on a motion that was made and duly passed:

Isaac Levy - President
Eugene Schrier - Vice-President
Max Levy - Secretary and Treasurer
Louis Hess
J. Engell
J. Servadio

(1)

CJI 001166

## Meeting of May 28, 1893 (Cont'd)

The following resolutions were passed:

"Resolved – That the secretary of the Congregation be authorized to procure such stationary, books and all necessities which may be required for the transaction of all business appertaining to this Congregation."

"Resolved – That this Congregation shall hold a meeting every two weeks for the next two months, and that a committee be appointed by the President to establish By-Laws, and submit the same for action to this Congregation at as early a date as possible."

"Resolved – That the President be empowered to draw up a contract for this Congregation that any minister who may officiate to this Congregation shall abide by the rules and regulations of this Congregation."

It was voted that Rev. David Baruch of New York, N. Y. be recommended to the City Council of this City as the minister who shall officiate for this Congregation and that his term shall be from the 7th day of June 1893 to the 7th day of June 1894.

It was voted that the secretary be a committee to wait upon the City Council at its next monthly meeting to refer to them the accepted candidacy of Rev. David Baruch of New York as the minister of this Congregation.

"Resolved – That Rev. David Baruch of New York, N. Y. be notified that he has been elected as Hassan (sic) of this Congregation for one year dating from the 7th day of June 1893 to the 7th day of June 1894, subject to the rules and regulations of this Congregation and the action of the City Council of the City of Newport, R. I."

"Resolved – That the 19th Street Synagogue of the City of New York be informed of the formation of the Congregation and its properly elected officers and its application to the General Assembly of this State for a charter. That we request of them the further assistance which they have in the past rendered in the loan of such property as has formerly been in use in the services. That we have elected Rev. D. Baruch as our Minister for one year; he to abide by such regulations as this Congregation may from day to day pass."

Having been duly signed, it was moved, seconded and passed that the following petition, signed by the President and Secretary as representing this Congregation be presented to the City Council at its next monthly meeting.

PETITION

Newport, R. I. May 30/93.

To the Honorable.

The Mayor and Common Council

(2)

Meeting of May 28, 1893 (Cont'd)

Gentlemen:

Your petitioners respectfully inform your Honorable body that we are a duly organized Congregation, the name and title of which is the Congregation of Jeshuat Israel (of the Hebrew faith). That as such organization we have made petition to the Legislature of this State for a charter.

That we have in proper manner elected our officers. That we have elected as our Minister the Rev. David Baruch of New York, N. Y., to officiate in the Newport Synagogue for one year beginning from the 7th day of June 1893 and ending on the 7th day of June 1894.

That as said Congregation your Honorable body grant that we are entitled to worship in the said Synagogue and that we, the aforesaid Congregation be given permission of the said Synagogue, and that the care of the said property be put in our charge, to be cared for by us as expressly stated in the Statuatory Laws of this State, passed by the General Assembly in 1823 amended in June 1827 and June 1834.

Referring to section 2 of said law in reference to Abraham Touro's will and the carrying out of its provisions pertaining to the Jewish Synagogue of this city.

That the Minister of said Congregation be recognized by your Honorable body as the Minister entitled to occupy the pulpit to officiate in said Synagogue, subject to the rules and regulations of said Congregation. That the said Congregation be granted leave to draw upon the City Treasury from the Touro Ministerial and the Touro Synagogue Fund from the income all sums to meet the required expenses.

That your Honorable body stipulate the amount accessible for such purposes for the current year to guide us in our action.

Respectfully submitted,

Isaac Levy, President
Max Levy, Sec and Treas.

It was voted that each member contribute to a fund for current expenses.

Meeting then adjourned to the call of the chair.

Before leaving the room it was voted that the President employ Counsel to draw Charter of Incorporation of the Congregation for presentation to the next State Legislature.

Meeting then adjourned.

(3)

CJI 001168