# EXHIBIT 19

שטר רבנות ש"ץ

June 13. 1893
Sivan 29. 5653

Rev David Baruch
    Dear Sir
        You are hereby empowered to use the Sefarim, Bells, Books, Shofar and all other appurtenances for worship now in Newport Synagogue or in Storage at the Newport Bank (Bank of Rhode Island) and the Synagogue building and adjoining building as minister to officiate in said Synagogue Subject to the condition sent to the Mayor 5th June. Upon termination of your appointment, you will return to us or our agent or legal representatives the custody of the buildings and appurtenances.

                H. ...

CJI 000036