# EXHIBIT 20

**SCHREIER'S**
**Queen Anne Millinery Establishment.**
143 THAMES STREET.

Newport, R.I., June 15th 1893

Mr. A. P. Rhoades

Your lines came to hand and I can assure you I am very much pleased that you get your money, no doubt you understand the run of matters here by my letters to your Son, I am pleased that matters have so far turned out — satisfactory. Our cause was a just one and I glory in the fact that such an element — as I mentioned in previous letters will not represent a jewish Congregation in this City. They are neither good Jews no good men, they have no pride no manhood, and take very little interest in the country they live in, and therefore are not good Citizens. It is the desire of the Congregation to keep up the dignity of our race and especially so in this Community.

Dr. Barsick and his Lady arrived here this morning I met them at the boat and took them home with me, they have a nice hat-house on Weil St. at 20$/p month, plenty room

CJI 000038

and Clean, Gas Bathroom and every improvement.

A number of letters have passed between the Congregation in your City — (19th) and our City Council, also some letters from your Son & Rhode and also personal letters to myself, and I must say this has made the situation somewhat complicated as far as the property and its contents are concerned, As we have been recognized as a Congregation by the City Government, (and also by the 19th St. Synagogue in your City) I think it proper that the Silver in the (Rhode Island Bank) should be delivered to us direct, on your order, And while it may perhaps not matter any if Rev Buench receives the same and delivers the same to us. Yet — I think it may have a bearing as to who are the responsible parties and as we take the responsibility of managing Synagogue matters in general I think we should be placed in possession of the property belonging to the Synagogue. I would therefore say that an order from you to the Rhode Island Bank to deliver the Silver Bells and CC to our Congregation would be proper. Or you can

CJI 000039



**SCHREIER'S**
**Queen Anne Millinery Establishment.**
143 THAMES STREET.

Newport, R. I., 189

make the order as follows. To the Rhode Island Bank, Newport R.I. please deliver to either the President or Vice President or Secretary of the Congregation Jeshuvath Israel of Newport, R.I. the articles mentioned herein and belonging to the Jewish Synagogue of Newport - R.I. (Mention articles.)

I hardly think that Rev Baruch should be the receiver of these articles since he is only officiating as Minister, and does not represent us as a body, and since we are about to take charge for safe keeping all the property contained in said Synagogue we will be the responsible parties and not Rev Baruch and therefore I think the articles spoken of should be delivered to the Congregation on your order, the same being now as I understand in your name, also please send an order for myself to deliver the Silver Breast Plate to the Congregation. I think this perfectly proper

CJI 000040

and I can assure you we mean only to do what is right — and hope you will see the justice of our request — should you not feel safe in doing this consult your Sons and they will no doubt advise you on the matter.

We are having very warm weather here and business is not extra good. Summer people are beginning to come now, I hope you and yours are enjoying the best of health with kind regards to her and Sirens from us all. Believe me Yours Truly

Your Friend
Eugene Shirey

P.S. I could not find the Key for the Magilla Box perhaps you can tell me about it —

CJI 000041