# EXHIBIT 21





CSI5237