# EXHIBIT 22

ADDENDUM

Minutes of October 25, 1881:

*The Shamas was directed to bring from New Port the Sepharim &c. loaned to the Synagogue there for services during recent Holy days.*

---

Letter of Mrs. C. Cohen to Rev. H. Pereira Mendes:

*Ocean City, MD*
*June 20, 1893*
*Rev. H. Pereira Mendes,*
    *My Dear Sir,*
*Your letter was forwarded to me from Washington and reached me only last evening, and I lose no time in replying, and adding my name to the list of those who wish the old forms retained, and the old relics secured, in the venerable Synagogues that still remain in this country. I am sorry that my own signature is the only one I can furnish. I am the last orthodox descendant of the Hays family, formerly of Newport. The older generation have passed away, and of the new, "-I, even I only, am left-"[1] to care for the former things – very truly yours,*
*Caroline Cohen*

*My address for the rest of the summer will be*
*Care Mrs. Agnes Mausen*
*Rapidan, Culpeper co. VA*

---

[1] This is a quote from I Kings, 19:10!

CJI 000406