# EXHIBIT 23

Newport, R. I., Tamuz 11th., 5653, (June 25, 1893)

Mr. Isaac Brandon, Esq.

President Spanish and Portugese Congregation,

New York City.

Dear sir:/

I am authorized by our Congregation to inform you that no official communication came to hand from your body in relation to a Committee you intended to send to meet us for consultaion in matters pertaining to Synagogue matters here. Your Committee having arrived here unexpected we could only learn of their doings while here from the personal views exchanged between them and our President and Vice-President. The matter refered to came before our full meeting to-day and after due consideration we have come to the conclusion that we cannot accept the stipulations which you have forwarded to us for your Congregation, for various reasons; chiefly, the signing of which would be an acknowledgement on our part of a right which we do not, as yet, know that you possess, and which we cannot legally recognize.

We have adopted as our own, some of the stipulations, but cannot adopt them as a whole as we are not in possession of any facts which give your Congregation a right and power in the matter of making conditions. If you have such rights they should be placed before us in a legal form and to our satisfaction, and if proven, rest assured all differences can be adjusted.

We claim that as a duly organized Congregation we alone should establish laws to govern and guide us in our actions.

So far we have been guided somewhat by what you have suggested, but we do not consider any suggestion as obligatory.

The establishment of a clear title to the property should be your aim. Certainly we do not claim any ownership in the property. We look upon the City Council of this City as the guardians of the Synagogue in conformatory with a law passed by the General Assembly of this State.

The heirs-at-law, alone, can move in the matter, and we hope you will see the justice of our position. Although we do not claim ownership in the property or appurtenances, rest assured we will guard the same zealously for our pride in this ancient house of worship is dear to us and in connectin therewith we have a great admiration for those who helped build it.

Respectfully,

CJI 000042