# EXHIBIT 24

26.24.93

My dear Henky

I enclose the memo for the silver paper-bill and whatever is owed in Newport, in charge of Mr. Peckham, Curator of the National Board of Rhode Island, Thomas P. Newport.

As worded, it requires your signature, which I hope you will not give unless Mr. Schneier or some other responsible person or Council presents for their page keeping and their return whenever desired by us.

On no account would I recognize Mr. Schneier's managing in any official capacity assumed by him or except in relation to their so-called congregation or the Vice President which he features of constructing Israel's religions and recognize their congregation.

Mr. Schneier is the real charge-man, and it is he who is causing all this trouble and expense.

by truly
Jefferson Meeks.

Kind regards to all with you.

I am staying in Zion. — I came in Friday for the Fast day, and now mr Kuschewitz's death, and also the death of his immediate keep-out for the funerals. There will be prayers at both services until next Tuesday or Wednesday. I will stay in for a while and if dropped down in Kuschewitz, but it is hardly necessary for me. And my wife to suffer this heat and our my relatives should in 10 days, for the sake of the other prayers. If I should go, I will of course make proper arrangements for prayers in my absence.

