# EXHIBIT 25

## MEETING OF FEBRUARY 14, 1897

Special meeting.

Present:

    E. Schreier - President
    J. Davidson - Vice-President
    L. Hess - Treasurer
    D. Baruch - Secretary
    E. Davidson - Trustee
    J. Engell
    H. Engell
    I. Schuster

President stated that the purpose of the meeting was to take final action on amendments to By-Laws. He further stated that in accordance with his instructions by this body he had met the Board of Trustees of Congregation Shearith Israel of New York and had there and then agreed to several additions of said By-Laws and after the By-Laws had been read in its entirety and found satisfactory to both sides, were then and there agreed upon and accepted by the Spanish and Portugese Congregation Shearith Israel of New York and duly ratified and copies exchanged. By-Laws having been read were adopted unanimously to take effect immediately.

Following communication received and ordered placed on file.

"At a meeting of the Board of Trustees of Congregation Shearith Israel of New York, held Feb. 9th, 1897, the following having been presented and read was on motion unanimously adopted viz:

Whereas the amended By-Laws of Congregation Jeshuat Israel, Newport, R. I. chartered June 13th 1894 a copy of which is in possession of this Board signed by the President of Congregation Jeshuat Israel providing for the representation of this Congregation in the Board of Trustees of said Congregation Jeshuat Israel by the appointment of four trustees of this Congregation, who shall act as members and trustees of said Congregation Jeshuat Israel, therefore be it resolved that the said four trustees of this Congregation therein provided as becoming Trustees and members of said Congregation Jeshuat Israel be elected annually by this Board on the 1st day of July every year and that the President, Vice-President, Messrs. Blumenthal and De Meza be and they are hereby elected as such trustees and members until the 1st day of July 1897.

Resolved that a copy of this Preamble and resolutions be forwarded to the Board of Trustees of the Congregation Jeshuat Israel of Newport, R. I.

I hereby certify that the foregoing is a copy of a resolution passed at a meeting of the Board of Trustees of the Congregation Shearith Israel in the City of New York held Feb. 9th 1897 and of the whole of said original Preamble and Resolutions.

(1)

CJI 001204

## Meeting Of February 14, 1897 (Cont'd)

Given under my hand and the seal of the Congregation at the City of New York this 10 day of February 1897.

                (signed)  N. Taylor Phillips
SEAL                                Clerk"

Voted: Whereas the Congregation entertains the highest respect for the exalted character of Rev. Dr. H. P. Mendes, Rabbi of the ancient Spanish and Portugese Congregation Shearith Israel of New York City and recognizes in him a profound Hebrew Scholar and Talmudist and whereas this Congregation in recognition of the deep interest taken by the Rev. Dr. H. P. Mendes in the welfare of this Congregation desires to extend to him a due appreciation of his sterling worth be it resolved and it hereby is resolved that the Rev. Dr. H. P. Mendes is unanimously declared to be an honorary member of the K. K. Jeshuat Israel of Newport, R. I.

Resolved that the President and Secretary of this Congregation are hereby authorized to forward a copy of these Preamble and Resolutions to the Rev. Dr. H. P. Mendes.

Voted that the President be compensated for his expenses while engaged in the service of the Congregation.

| | |
|---|---|
| Bill for Postage | 1.68 |
| Books | 1.00 |
| Ordered to be paid | 2.68 |

President stated that a pair of Bells in the Synagogue were claimed as the property of Congregation Shearith Israel of New York and that the Board of Trustees of that body made request that the same be forwarded to them. Voted to comply with this request.

(2)

CJI 001205