# EXHIBIT 26

## MEETING OF SEPTEMBER 19, 1897

M   Meeting of Trustees.

Eugene Schreier presiding.

Letter received from Shearith Israel stating that said Congregation sent a pair of silver bells for temporary use until they can procure a pair for permanent use.

Secretary instructed to procure a Lulav and Esrog.

Voted all bills on file be paid.

Letter from Shearith Israel informing of the election of L. Napoleon Levy, Levi J. Hyman, David Dellezas, J. Balais to serve as trustees until July 1898.

Eugene Schreier and Julius Engell appointed as Hatan Torah and Hatan Bereshith.