# EXHIBIT 27


