# EXHIBIT 28

# In The Matter Of:

*Congregation Jeshuat Israel vs*
*Congregation Shearith Israel*

---

*David G. Bazarsky, 30(b)(6)*
*June 10, 2014*

---



**ALLIED COURT REPORTERS, INC.**
— *and* —
**VIDEO CONFERENCE CENTERS**

Phone: 401-946-5500     Toll Free: 888-443-3767
www.alliedcourtreporters.com     info@alliedcourtreporters.com

*Min-U-Script® with Word Index*

**Congregation Jeshuat Israel vs**
**Congregation Shearith Israel**

David G. Bazarsky, 30(b)(6)
June 10, 2014

Page 229

1  of November, 2012?
2  A. Yes.
3  Q. And this was sent the day after your meeting with
4  her; yeah?
5  A. Yes.
6  Q. And she says that she wants to convey a few
7  comments regarding the filing; right?
8  A. Yes.
9  Q. And the filing she's referring to is the complaint
10  that you all filed against Shearith Israel; right?
11  A. Yes.
12  Q. She says, "In paragraph 15 where you discuss the
13  marks (the only mention of the marks) you do not
14  explain that, in fact, the Rimonim here have one
15  stem marked Newport and one not (and SI's set has
16  one marked Newport and one not). Jeanne and
17  Marietta have reviewed and discussed at length and
18  it is clear that the bells on the Rimonim here are
19  a pair, but that the stems were swapped at some
20  point in the past. That may end up being
21  important - or at least discussed -- as the case
22  progresses so we wanted to alert you to it." Do
23  you see that?
24  A. Uh-huh.
25  Q. Was there a reason that you left that detail out?

Page 230

1  A. Left out the detail that there was a -- the
2  stems were switched?
3  Q. That's not what this says, but I think I get what
4  you're talking about.
5     MR. SNOW: Objection to the form of
6  the question. It is exactly what it says.
7  Q. The detail that seems left out is that SI's pair
8  is marked one Newport, one not; right?
9  A. Uh-huh.
10  Q. I'm just wondering is there a thinking to that?
11  Like was there a reason?
12  A. No, no. Jeanne Sloane was very much aware of
13  exactly what the situation was, that there was a
14  potential that we think that one stem didn't get
15  returned to us correctly. We think the Rimonim,
16  they're a correct pair. We think it was the stem
17  that was done. So I would have to read paragraph
18  15 of the complaint, but we weren't holding
19  anything back from her. I mean, it was just --
20  Q. It was the complaint that she's pointing out.
21  A. She's complaining -- something in the
22  complaint.
23     MR. SHINEROCK: Right.
24  A. Right. That's not worded exactly correct, I
25  guess, with respect to the swap of the stems. I'm

Page 231

1  not really sure.
2  Q. "In paragraph 20, it is disingenuous to state that
3  you 'received a conditional offer from us.'
4  Christie's offered the Rimonim to us in a private
5  treaty sale. The way the filing is worded it
6  appears that we came out of nowhere and offered
7  $7.4 million for them and that after that you had
8  to consider the possibility of selling them; we
9  all know that is not the case." Do you see that?
10  A. Yes.
11  Q. Did you ever correct that?
12  A. No, I don't think we corrected that.
13  Q. You never filed an amended complaint or anything?
14  A. I don't know. We might have. I don't know
15  that. She was concerned just how it would appear
16  to the community, their donors, that Christie's --
17  I mean, that the MFA just out of nowhere made this
18  offer.
19  Q. Right. She was also concerned about the price
20  tag; right?
21  A. Yes.
22  Q. She felt that that would be seen as high; right?
23  A. I don't know that. I don't know that.
24  Q. Why do you think she was concerned about the price
25  tag?

Page 232

1     MR. SNOW: Objection. Calls for
2  speculation.
3  A. No one knew exactly what the price should be,
4  and this was a very high price.
5  Q. Compared to what?
6  A. Compared to any other piece of Myer Myers
7  silver sold.
8  Q. Why do you think that they were offering a higher
9  price than had ever been offered before?
10     MR. SNOW: Objection. Calls for
11  speculation. You can answer.
12  A. Because that's the price we said we wanted for
13  it. It was part of a negotiation.
14  Q. Actually, you said you wanted more; right?
15  A. Initially we said we wanted more.
16     MR. SHINEROCK: Can we mark this.
17  (DEFENDANT'S EXHIBIT 38 MARKED FOR IDENTIFICATION)
18  Q. This says price $7.4 million reduced from $10
19  million; right?
20  A. Yes.
21  Q. Have you seen this before?
22  A. I haven't.
23  Q. Do you know what it's from?
24  A. I don't.
25  Q. It said, blank, donating $3.5 million; right?