# EXHIBIT 29

*Copy:*
*Memorial of Committee of Board*
*Trustees of Cong. S. I. of N.Y. presented to*
*City Council, Newport R.I.*
*1883.*

The descendants of the original Newport Hebrews are nearly all now members of the Spanish and Portuguese Congregation which we, Gratz Nathan, Trustee and Vice President, and Rev. H. P. Mendes, Minister of the same, are deputed to represent. It is rather hard for them, and equally unpleasant for the members interested not so closely by kinship with the original Newport Jews, as by associations, traditions and community of customs, to see the Synagogue which their fathers built and in which they worshiped, and the Cemetery in which they are buried, taken possession of by a few comparative recent arrivals, whose permanent stay cannot with certainty be guaranteed, and who form a community which consists of only four married men, none of whom have been long resident in Newport, and certainly not long enough to warrant the said descendants confiding such sacred objects to such new comers.

In order that your honorable Board may properly understand the exact situation, we would state that there are two main classes of Jews.

In the destruction of our sacred Temple and the dispersion of our Nation in the year 68, by Titus, son of Vespasian, Emperor of Rome, the origion of this division is to be found, completed by the further and more thorough dispersion under the Emperor Hadrian, in or about the

-1-

Generated by CamScanner

CSI5334

year 138 after the overthrow of the Bar Cochba revolt.

These two classes or divisions of Jews are known as, first, the Spanish and Portuguese; second, the German. The term "Spanish and Portuguese" includes all who found their home in Spain and Portugal, all who have remained there since the famous expulsion in 1492 by Ferdinand and Isabella, hiding their Judaism under the mask of outward conformity to Christian forms, but remaining faithful to their ancestral faith, and meeting for devotions in secret up to this day, and also all those who left the country then or subsequently sooner than hide their religion, emigrated to Turkey in Europe, Turkey in Asia, Italy, North Africa, France, Holland, West Indies and America. These countries to this day have only Spanish and Portuguese Jews, except France, Holland and one or two West India Islands, where Germans are also found. The term "German" includes those Jews whose feet in their wanderings as exiles from Palestine's sacred soil led them to Austria, Germany, Bohemia, Hungary, Poland, Russia, Prussia, Denmark, etc. These countries to this day are practically, wholly and entirely German.

In the last two-hundred years German and Spanish or Portuguese Jews have found a home in England, Holland and France, but the Jews of America, and this point we would respectfully emphasize, were up to the second decade of this present century, almost entirely of the Spanish and Portuguese class. There were Spanish and Portuguese Jews

-2-

Generated by CamScanner

CSI5335

in America in the 16th century; indeed, it is a historical fact that Columbus was accompanied by one whose accomplishments as a linguist were thought likely to be useful in speaking with the inhabitants of the unknown land.

The Synagogue in Barbadoes dates back as far as 1628. This was a Spanish and Portuguese Synagogue. The Newport Jews bought their burial ground in 1677, and are said to have been organized in 1658. This was also a Spanish and Portuguese Congregation. Their Synagogue was built in 1758 - 1762.

The next Congregations organized in America were Surinam, 1664; New York (our Congregation) 1729; Curacoa, 1732; Savannah, 1733; Kingston, Jamaica, 1750; Montreal, Canada, 1775; Philadelphia, 1782; Richmond, Va., 1791; Charleston, S. C., 1791. All these Synagogues, without exception, were and are Spanish and Portuguese Jews. A Congregation in Kingston, Jamaica, called the English and German Congregation, because founded by Jews from England who themselves or their fathers were originally from Germany, was founded in 1788. This is the solitary instance of a community of German Jews in America until 1802, where one was formed in Philadelphia, and 1823, when another was formed in Baltimore. We would remark that the customs, ritual, etc. of the Spanish and Portuguese Jews differ from those of the German Jews.

The reason we have dilated upon this is to show you that if in their incorporation or deeds of any kind the

-3-

Generated by CamScanner

CSI5336

Newport Jews did not call themselves distinctively Spanish and Portuguese Jews, but simply Jews or Hebrews, it is because there was then no reason to apprehend German Congregations ever being formed; indeed, such possibility could never have occured to them. On the other hand, if the Newport Synagogue in its organization, or any of its congregational records, is called a Spanish and Portuguese Synagogue, it is but directly expressing that which is in any case to be understood; that is, that as it was a Spanish and Portuguese Synagogue, with the rituals and customs of Spanish and Portuguese Jews, any alteration of ritual and customs would be a departure from the intention and purposes of the original founders.

If your honorable Council disregard our claims to possess certain rights of control over the Newport Synagogue, claims which we hereby formally make, and claims which we will presently support, we earnestly trust that you will at least guide yourselves by this fact, that inasmuch as the original builders of the Newport Synagogue, and worshipers in it, were followers of the Spanish and Portuguese customs and ritual, no other customs and no other ritual shall be allowed except by special consent.

### Facts which we have discovered so far to substantiate our claims:

First - In the Minutes, a meeting of Trustees of our Congregation, held August 17, 1828, it was-

-4-

Generated by CamScanner

CSI5337

s and and L

er certain

ion. Whet

known. I

ent Minutes

Congregati

the many y

no means s

e fact that

uments may

liscovered.

ary 20, 181

sent of Los

hen remaini

ing two of t

on had many

ion. These

issary, in f

Generated by CamScanner

CSI5338

RESOLVED, That Messrs. N. L. Moses and Mr. David Hart be appointed a Committee to consider certain documents relating to the Newport Congregation. Whether these gentlemen did report or not is not known. There is no record of such report in the subsequent Minutes. We have searched among the archives of the Congregation, but only partially, for the accumulation in the many years that our Congregation has existed is by no means small. Yet this establishes beyond question the fact that there were documents; the nature of these documents may perhaps be inferred from what we have further discovered.

Second - In a letter dated February 20, 1818, signed by Benjamin Seixas, he, with the consent of Moses, Jacob and Samuel Lopez, the only Jews then remaining at Newport, transfers to us for safe-keeping two of the Scrolls of the Law which our Congregation had many years before loaned to the Newport Congregation. These Scrolls of the Law form the chief and most necessary, in fact, the essential part of the furniture of a Synagogue. Without them a Synagogue loses its adaptability for regular and practical worship, and is a synagogue more in name than in reality.

Third - In a Resolution passed by our Board of Trustees on May 20th, 1827, money was voted to Moses Lopez to go to Newport to confer with the City Council upon certain expenses necessary to preserve the Synagogue of

-5-

Newport from falling into decay. That money was voted shows that it was considered that the duty of caring for the Synagogue in Newport devolved upon our Synagogue here in New York, as natural guardians by kinship, traditionary customs, ritual, associations and location, if not, indeed, by special request or arrangement. That our Trustees did vote the money shows that they did consider themselves bound to care for the Newport Synagogue in conjunction with the City Council, as soon as their attention was officially called to the necessity for repair.

Fourth - In 1883 (Dec. 19th), Mr. A. L. Gomez, grandson of Aaron Lopez, founder of the Newport Synagogue, and father of Dr. H. Lopez-Gomez, the present President of our Congregation, wrote to our Trustees, requesting their permission for the Minister of our congregation (then the Rev. Isaac Seixas) to accompany the remains of Mrs. Rebecca Lopez (daughter of Rev. Isaac Touro of Newport, and sister of Abraham and Judah Touro) to that city for interment. This would show that the Minister upon whom the duty devolved to perform burial services in Newport, was the Minister of our Congregation. Of course at the burial of Judah Touro, the Minister of our Congregation, the Rev. J. J. Lyons attended, and performed the services; but this burial being an extraordinary interment, through the great respect in which the deceased was held, other Ministers also attended and delivered

-8-

Generated by CamScanner

CSI5340

discourses.

Fifth- In a letter of Mr. Moses Lopes, dated New York, September, 1823, written to Stephen Gould of Newport, Mr. Lopes says, speaking of the Synagogue: "That building is now considered as owned at present by the Hebrew Society in this city. If not, I am determined to send for the keys and place them in their hands, that they may do what they please with them." The underlinings are not ours, they are Mr. Lopes'. "Hebrew Society" was a term applied, as further documents can show, to the Spanish and Portuguese Synagogue. Speaking then of some question concerning the City Council and the Trustees of our Synagogue, he continues as follows: "Should certain eventualities occur, he would relieve Mr. Gould of the custody of the keys and responsibilities he had kindly undertaken."

Sixth - In a letter of Mr. Gould, dated June, 1854, and addressed to the Rev. J. J. Lyons, late Minister of our Synagogue, he, Mr. Gould, acknowledges permission from Mr. Lyons to open the Cemetery for the interment of Miss Catherine Hays. His asking permission most certainly implies that in Mr. Lyons as Minister of the Spanish and Portuguese Synagogue of New York was vested the right of refusal or permission. Nor could Mr. Gould have asked him simply out of private friendship and not officially, for,

Seventh - In a formal letter, dated July 17, 1859, David and N. H. Gould not only ask the permission of Rev. J. J. Lyons for a Mr. Bendan to open the ante-room

-7-

Generated by CamScanner

CSI5341

of the Newport Synagogue for school purposes, which implies that his jurisdiction extended over the Synagogue also, but they used the following words: "We would enquire if it would be consistent with your customs and agreeable to you who have the government of the Synagogue for him to do so". This expression "to you who have the government of the Synagogue" is emphatic, conclusive and sufficient evidence, being supported by the signature of the two Goulds, D. and N. H., who were so closely identified with the Synagogue. This clearly shows that authority for using the Synagogue was considered vested in Mr. Lyons, of course, or Minister of the sister Congregation, the Spanish and Portuguese Synagogue, New York.

Eighth - M. J. Moss, Esq., who was in Newport in 1878, keeping a store, wished to open the Synagogue for service during the Fall Holydays of that year. He was directed to apply for the keys to open the Synagogue to Mr. Gould; Mr. Gould replied: "He would be very glad to do it, but the orders were the keys or the use of the Synagogue could not be permitted excepting from a written order from Rev. Dr. Lyons, Reader and Lecturer of Congregation Spanish and Portuguese Jews New York City." Mr. Moss wrote accordingly to Mr. Lyons and received the following reply: "That the use of the Synagogue could only be allowed to a Minyan or more of Portuguese Jews, or to a Minyan or more who were <u>premanent Residents</u> of Newport".

-8-

Case 1:12-cv-00822-LM-AKJ Document 55-31 Filed 02/02/15 Page 10 of 16 PageID #: 1545

Generated by CamScanner

CSI5342

A Minyan means a Congregation of not less than ten males above the age of thirteen. From this we find that if the Congregation is otherwise than Portuguese, i.e. German, that the keys are not to be given, nor the use of the Synagogue permitted unless the congregators are not only ten or more in number of males above the age of thirteen, but also permanent residents of Newport, by which (we imagine) are meant those whose presence in Newport is the rule, and whose absence is the exception.

Ninth - In addition to the above evidence, which is in writing, tending to show we have rights in directing the future of the Newport Synagogue and Cemetery. We set forth the following statements from gentlemen, concerning the present subject:

The Hon. A. Cardoza states that the late Rev. J. J. Lyons, his borther-in-law, frequently spoke to him of having the right by virtue of his office to control the Newport Synagogue; that it could not even be opened except by his permission, and that in certain events he would go there to reside and exercise his privilege of officiating as Minister.

Tenth - In connection with the burial ground, Mrs. Gould, the estimable lady who at present takes charge of the Cemetery, states that "her husband used frequently to say to her that only Rev. J. J. Lyons has any authority

-9-

Generated by CamScanner

CSI5343

in opening it"; this is endorsed by the letter of Mr. Gould to Rev. Mr. Lyons referred to, asking for his permission for the interment of Miss Catherine Hays, Judah Touro's cousin; and the recent death of Mr. Leonard Montefiore, when application was made to Mr. Gould in view of the possibility of his being buried at Newport. The gentleman who applied was by him directed to the late Rev. J. J. Lyons, Minister of this Congregation, "Shearith Israel", Nineteenth Street, New York.

Eleventh - The Hon. P. J. Joachimsen states that when in Newport he was told by Mr. Gould that there could only be a Portuguese Congregation in Newport.

Twelfth - Dr. Blumenthal, brother-in-law of Mr. Charles Schlessinger, who for many years was a cottager in Newport, states that Mr. Gould told him that the Nineteenth Street Synagogue, i.e., the Spanish and Portuguese, so called from its present location, had a quasi protectionship over the Newport Synagogue.

Thirteenth - Mr. Charles Schlessinger, whom I have just mentioned, states that Mr. Gould told him that only upon written authority from the Nineteenth Street Synagogue could the Synagogue be opened.

From these evidences it will be seen that even if no more documents should be found in our archives, that

-10-

Generated by CamScanner

CSI5344

supervisory rights, religious supervisory rights over the Newport Synagogue are vested in the sister Congregation, the Spanish and Portuguese Synagogue of New York.

Furthermore, we are naturally anxious that the Minister shall be a man qualified to raise and keep exalted the status of the Jews. It is the general sentiment here that rather than have a Congregation established whose services may cast reflection upon the Jews of America, the Synagogue should be kept closed.

As to the ritual and customs of any new Congregation, we think our Trustees would be liberal in that direction, and perhaps accommodate as much as possible the wishes of the Congregation; that is, if the Congregation were composed of German Hebrews, whose keeping the good name of our Nation, which deservedly stands so high in Newport, could be safely entrusted; for there are two kinds of German Hebrews, those who are highly cultured, and those who by loud behavior and uncouth habits excite the prejudice of Christian friends and the anger of their more educated brethern. How strong the feeling is which is entertained by Jews here, that the Newport Synagogue had better not be opened at all, if the honor of our name and the high reputation of the old Newport Jews is to be lowered, is sufficiently evidenced in the following extract from one of our leading religious journals, the "Jewish Messenger" of New York, which in its issue of the 27th ulto.

-11-

Generated by CamScanner

CSI5345

says: "There is considerable force in opinion we lately heard as to the undesirableness of having the Touro Synagogue at Newport reopened, on the ground that, closed, it reflects more credit on Judaism than it is likely to do when opened, unless its Minister is the intellectual equal of leading Christians of the town, and its Congregation vie in piety and zeal with the Churches. It is needless to have it reopened simply for anybody's pecuniary benefit".

We would therefore assert our right of supervision if only to guard against the <u>status</u> of the Jews being again endangered.

In conclusion we would protest the Synagogue or Cemetery being handed over to any Congregation unless with the consent of our Congregation on behalf of the descendants and heirs of the original Newport Jews to whom both Cemetery and Synagogue belonged, and who formed, as there is more than sufficient evidence to prove, a community of Spanish and Portuguese Jews. That the permission to hold service in the building or inter in the Cemetery is vested in the Minister of the Spanish and Portuguese Congregation is evidenced in the declaration of M. J. Moss, Esq., Hon. A. Cardoza, Hon. P. J. Joachimson, Dr. Blumenthal, Mr. Charles Schlessinger, Mrs. Gould and Mr. Gould himself, whose very words to Rev. J. J. Lyons, which can be produced in his own handwriting are: "You who have the government of the Synagogue".

-12-

Generated by CamScanner

CSI5346

That we were looked upon as next of kin or natural guardians also appears from the other evidence we have adduced, such as the letter of Mr. A. Lopez, who was one of the original Newport Jews, and which asked for the Minister of our Synagogue to officiate at a funeral; the letter of Mr. Benjaimn Seixas, entrusting on behalf of Messrs. Moses, Jacob and Samuel Lopez, the surviving members of the Newport community, the sacred Scrolls to our keeping; the action of our Trustees in voting from the funds of our Synagogue for the expenses of Mr. Moses Lopez to go to Newport to consult wiht you upon repairing the Synagogue, etc. etc.

That in order to effectually remove any further difficulty on this question, we would therefore earnestly pray that while you retain the rights of supervising the repairing of the Synagogue, the condition of the Cemetery and other duties which you so generously undertook when becoming Trustee of the Touro Trusts as provided for in the Touro Will, that you honorable body will by Resolutions formally recognize the following:

(a) That the Synagogue was built and the Cemetery organized by a Congregation of Spanish and Portuguese Jews.

(b) That public services in the Synagogue should be continued according to the customs and ritual of the Spanish and Portuguese community.

(c) That neither the Synagogue nor the Cemetery

-13-

Generated by CamScanner

CSI5347

can be used by other than a Spanish and Portuguese community, without the consent of the sister Congregation of the old Newport community, viz: the Spanish and Portuguese Congregation in New York City, to which the great majority of the Newport Jews attached themselves when leaving Newport.

(d) That the Synagogue be not opened for public worship nor the Cemetery opened for interment without written consent of the Minister of the Spanish and Portuguese Congregation in New York City.

Generated by CamScanner

CSI5348