# EXHIBIT 30

*This Indenture*, made the *Tenth* day of *April* in the year, One Thousand eight hundred and Ninety-Four (1894). *Between Herman S Phillips*; *Sidney A. Phillips*; *Arthur Phillips*; *Frederick Phillips* (all unmarried) *J. Edgar Phillips* and *Sophia his wife*; *Isaac H. Phillips* and *Amelia his wife*; *Naphtali Taylor Phillips* and *Rosalie S. his wife*; *Miriam David* (widow); *Zillah P. Cohen* (widow); *Miriam G. Hirsch*; *Rachel P. Hyman*; *Eva P. Graff*; *Sophia Hendricks* individually and as heirs at law of *Isaac, Jonas and Joshua Phillips*, residuary legatees of *Bilhah Levy Seixas*, formerly of *Newport Rhode Island*, deceased; *Gertrude S. Carmick*; *Lavinia Phillips* and *Josephine Phillips* of the *City County* and *State of New York*; parties of the first part **and** *L. Napoleon Levy*; *Lewis Hyman*; *J. Edgar Phillips*; *Elmer Hendricks*; *Joseph Blumenthal*; *David De Meza*; *Antony Wallach* and *N. Taylor Phillips*, all of the said *City County* and *State of New York*, parties of the second part. ———

*Witnesseth*, that the said parties of the first part, for and in consideration of the sum of ONE DOL- LAR, lawful money of the United States, paid by the said Part- ies of the Second part, do hereby grant, bargain, sell and relea- se unto said Parties of the Second part, their successors,

CJI 000126

and assigns forever; *All* that certain tract of land,with the building thereon,situate,lying and being in the City of Newport,in the State of Rhode Island,whereon the Jewish Synagogue now stands,bounded and described as follows; SOUTHERLY on Touro Street;Ninety-two and Forty Six One Hundredths Feet; EASTERLY on land of the Newport Historical Society, One Hundred and Nine and Eight Tenths Feet; NORTHERLY on Barney Street, Ninety and Sixty-five One Hundredths Feet; AND WESTERLY on land of Goerge P. Lawton, be said dimensions more or less.  Being the same premises which were conveyed by Ebenezer Allen to Jacob Roderigue Rivera, Moses Levy and Isaac Hart, by deed bearing date June 13th, 32nd year of GEORGE 2D (1759) and recorded in the land Evidence of Newport Vol 15 page 376-June 7th-1827: and which land and premises are in said deed described as follows.  A certain small parcel or lot of land, situate, lying and being in the Township of Newport, containing by estimation Ninety-two feet in front or breadth and One hundred and six in length or depth.  The same being butted and bounded as follows,viz: SOUTHERLY on a street called Griffin Street; WESTERLY on land of Jacob Barney; NORTHERLY on a Street remaining yet to be laid out; AND EASTERLY on land now in the possession and improvement of Mathew Cozzens, be the same more or less within the said bounds contained.

*Together* with the appurtenances and all the estate, and rights of the said parties of the first part in and to said premises.

*To Have and To Hold*, the above granted premises, unto the said parties of the second part, their successors

CJI 000127

and assigns, as joint tenants and not tenants in common; so long as the said L. NAPOLEON LEVY; LEWIS HYMAN; J. EDGAR PHILLIPS; ELMER HENDRICKS; JOSEPH BLUMENTHAL; DAVID DE MEZA; ANTHONY WALLACH; said parties of the Second part, respectively shall continue to be the Trustees and so long as the said N. TAYLOR PHILLIPS, shall continue to be clerk of the CONGREGATION SHEARITH ISRAEL of the City of New York; and upon any one of the said parties ceasing to the such Trustee, then to their and his successor or successors and to the remaining of the said parties of the Second part, or the successor of such of them as may have previously ceased to be such Trustee, as joint tenants as aforesaid IN TRUST, nevertheless and for the uses and purposes following; that is to say, To take possession of the said premises hereinabove described and every part thereof, and to use and apply the same, or cause the same to be used, occupied and employed for the maintenance therein of the usual and stated religious services according to the Ritual, Rites and Customs of the orthodox Spanish and Portuguese Jews, as at this time practiced and observed in the Synagogue of the CONGREGATION SHEARITH ISRAEL, in the City of New York, now located at No. 5 WEST 19th STREET.

In Witness Whereof, the said parties of the first part have hereunto set their hands and seals the day and year first hereinabove written.

SEALED AND DELIVERED

IN THE PRESENCE OF.

*Sophia M. Phillips*

*Isaac Franklin Phillips*

*Amelia G. Phillips*

*Frederick Phillips*

*Rosalie S. Phillips*

*Miriam David*

*Zillah P. Cohen*

*Miriam G. Hirsch*

*Rachel P. Hyman*

*Lavinia Phillips*

*Sophia P. Hendricks*

*Josephine Phillips*

*Gertrude S. Carmick*

*Eva Phillips Graff*

## State of New York
## City & County of New York

BE IT REMEMBERED, that on the Twenty Seventh day of April A.D. 1894, before me G. Waite Tubbs a Notary Public in and for said County personally appeared HERMAN S. PHILLIPS; SIDNEY A. PHILLIES; ARTHUR PHILLIPS; J. EDGAR PHILLIPS; and SOPHIA, his wife; ISAAC F. PHILLIPS, and Amelia E. his wife; FREDERICK PHILLIPS, his wife; NAPHTALI TAYLOR PHILLIPS, and Rosalie S. his Wife; MIRIAM DAVID; ZILLAH P. COHEN; MIRIAM G. HIRSCH; Gertrude S. Carmick; Lavinia Phillips; Josephine Phillips RACHEL P. HYMAN; EVA P. GRAFF, and SOPHIA P. HENDRICKS, to me known, and known to me, to be the individuals described in, and who acknowledged the foregoing instrument, by them signed to be their several free and voluntary acts and deeds. AND the said Sophia PHILLIPS, and Rosalie S. PHILLIPS, and Amelia E. PHILLIPS, being by me examined privily and apart from their said husbands and having said instru-

CJI 000129

ment shown and explained to them by me, severally declared to me, that it is their voluntary acts, and that they do not wish to retract the same.

G. Waite Tubbs
Notary Public (117)

2549

Form 1.

**STATE OF NEW YORK,** } ss.
**City and County of New York,** }

I, **HENRY D. PURROY,** Clerk of the City and County of New York, and also Clerk of the Supreme Court for the said City and County, the same being a Court of Record, DO HEREBY CERTIFY, That

G. Waite Tubbs

whose name is subscribed to the Certificate of the proof or acknowledgment of the annexed instrument; and thereon written, was, at the time of taking such proof or acknowledgment, a Notary Public in and for the City and County of New York, dwelling in the said City, commissioned and sworn, and duly authorized to take the same. And further, that I am well acquainted with the handwriting of such Notary, and verily believe that the signature to the said certificate of proof or acknowledgment is genuine.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said Court and County, the                      day of                      189

Henry D. Purroy  Clerk.

CJI 000130

# Deed.

Dated Octo'r 10th 1894

No. 666.

Received in Newport, R. I. for record,
May 2, 1894 at ¼ pas 12 P.M. in
1894 in Volume 67 of Index of
Deeds at page 276

Attest: Wm H Phinney
City Clerk

36.67 30.26 25 & 2 Minors
Co.

## TO

Herman L. Phillips et
ux a. Phillips; Arthur
Phillips and other

Stephen Levi; David
Wyman; a Eliza Phillips
and others—

*This Indenture*, made the twenty-fourth day of *April*, in the year eighteen hundred and ninety-four; Between *Adolphus S. Solomons* and *Mary Jane Solomons*, of the City of Washington, in the District of Columbia, parties of the first part, and *L. Napoleon Levy; Lewis Hyman; J. Edgar Phillips; Elmer Hendricks; Joseph Blumenthal; David De Meza; Anthony Wallach, and N. Taylor Phillips*, all of the City, County and State of New York, parties of the second part:

*Witnesseth*, that the said Parties of the first part, for and in consideration of *One* ($10%/100) DOLLAR, lawful money of the United States, paid by the said parties of the second part, do hereby grant, bargain, sell and release unto the said parties of the second part, their successors and assigns forever, *All* that certain tract of land, with the building thereon, situate, lying and being in the City of Newport, State of Rhode Island, whereon the Jewish Synagogue now stands, bounded and described as follows: SOUTHERLY on Touro Street, Ninety-Two and Forty-Six One Hundredths Feet; EASTERLY on land of the Newport Historical Society, One Hundred and Nine and Eight tenths Feet; NORTHERLY on Barney Street, Ninety and Sixty-Five One Hundredths Feet; AND WESTERLY on land of George P. Lawton; be said dimensions more or less. Being the same premises which were conveyed by Ebenezer Allen to Jacob Roderique Rivera, Moses Levy and Isaac Hart, by deed bearing date June 13th, 32nd year of GEORGE 2D (1759) and recorded in the

CJI 000132

Land Evidence of Newport-Vol.15.page 376-June 7th-1827:and which land and premises are in said deed described as follows. A certain small parcel or lot of land,situate,lying and being in the Township of Newport,containing by estimation Ninety Two (92) Feet in front or breadth,and One Hundred and Six in length or depth.The same being butted and bounded as follows.viz;Southerly on a Street called Griffin Street;Westerly on land of Jacob Barney;Northerly on a Street remaining yet to be laid out;and Easterly on land now in the possession and improvement of Mathew Cozzens;be the same more or less,within the said bounds contained.——

*Together* with the appurtenances and all the estate and rights of the said parties of the first part in and to the said premises.

*To Have and To Hold,* the above granted premises unto the said parties of the Second part,their successors and assigns,as joint tenants and not tenants in common,so long as the said L.Napoleon Levy;Lewis Hyman;J. Edgar Phillips;Elmer Hendricks;Joseph Blumenthal;David De Meza and Anthony Wallach,said parties of the Second Part respectively shall continue to be the said Trustees and so long as the said N. Taylor Phillips, shall continue to be the Clerk of the said Congregation Shearith Israel of the said City of New York; and upon any one of the said Parties ceasing to be such Trustee then to their and to his successor or successors and to the remaining of them the said Parties of the second Part,or to the successor of such of them as may have previously ceased to be such Trustee, as JOINT TENANTS as aforesaid, I N  T R U S T, nevertheless and for the uses and purposes following,that

CJI 000133

is to say; To take possession of the said premises herein-

above described and every part thereof, and to use and ap-

ply the same or cause the same to be used, occupied and em-

ployed for the maintenance therein of the usual and stated

religious services according to the Ritual, Rites and Cus-

toms of the Orthodox Spanish and Portuguese Jews, as at this

time practiced and observed in the Synagogue of the Congrega-

tion Shearith Israel, in the City of New York, now located

at No. 5 West 19th Street.

In Witness Whereof, the said parties

of the first part, have hereunto set their hands and seals

the day and year first hereinabove written.

SEALED     AND     DELIVERED

IN     THE     PRESENCE     OF.

Be it remembered, that on this 25th day of April A.D. 1894, be-

fore me *James P. J. Morris* a Notary Public in and

said County personally appeared *Adolphus S. Solomons*

the

d vol-

STATE OF NEW YORK,
City and County of New York,

I, HENRY D. PURROY, Clerk of the City and County of New York, and also Clerk of the Supreme Court for the said City and County, the same being a Court of Record, DO HEREBY CERTIFY, That whose name is subscribed to the Certificate of the Proof or acknowledgment of the annexed Instrument, and thereon written, was, at the time of taking such proof or acknowledgment, a Notary Public in and for the City and County of New York, dwelling in the said City, commissioned and sworn, and duly authorized to take the same. And further, that I am well acquainted with the handwriting of such Notary, and verily believe that the signature to the said certificate of proof or acknowledgment is genuine.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said Court and County, the                day of                189

Clerk.

District of Columbia }
City of Washington } ss.

Be it remembered, that on this 2_st_ day of _April_ A.D. - 1894, before me _F. D. Blackstone_, a Notary Public in and for said District of Columbia, personally appeared MARY JANE SOLOMONS, and the said Mary Jane Solomons, acknowledged the foregoing instrument by her signed to be free and voluntary act and deed.

F. D. Blackstone,
Notary Public

CJI 000135



Adolphus S. Solomons
and Mary Jane Solomons

TO

Abraham Beury's heirs
Hyman J. Edgar Phillips
Elmer Vendricks and others
Trustees &c

# Deed.

Dated April 24th, 1894.

₤60.97

*This Indenture,* made the 23rd day of *April* in the year Eighteen Hundred and Ninety-Four, (1894):

*Between Mary Ann Lopez,* of the City, County and State of New York, daughter of *Samuel Lopez* late, of *Newport Rhode Island:* The said *Samuel Lopez,* being the surviving member, of the *Original and Ancient Congregation Yeshuat Israel* of *Newport Rhode Island,* party of the first part

— *and* —

*L. Napoleon Levy; Lewis Hyman; J. Edgar Phillips; Elmer Hendricks; Joseph Blumenthal; David De Meza; Antony Wallach, Trustees, of the Congregation Shearith Israel in said City of New York, and N. Taylor Phillips, Clerk, of said Congregation Shearith Israel, parties of the Second part;*

*Witnesseth,* that the said Party of the First part, for and in consideration of the sum of ONE DOLLAR, lawful money of the United States, to her paid, by the said Parties of the Second Part, doth hereby grant, bargain, sell, convey and release unto the said parties of the Second Part, their heirs, and assigns forever, ALL that certain tract of land in the City of Newport, State of Rhode Island, situate, lying and being on the South-east corner of Kay Street and Touro Street, in said City, known and distinguished as THE JEWISH CEMETERY: A part or portion of said land being bounded and described in a certain deed made by Nathaniel Dickend to

CJI 000137

Mordicay Campanall and Moses Pachaekoe, dated February, 28th 1677, and originally recorded in the office of the land Evidence of Newport, December 26th 1678, in Volume3, page 11, recorded, October 5th 1872, as follows; that is to say:

A piece of land Thirty Feet long, butting South-west upon the highway that leads down from ye stone mill towards Benjamin Griffin's land, and thirty feet upon ye line cutting South-east upon John Easton's land, and thirty feet upon the line North-west cutting upon a slip of land, which ye said Nathaniel Dickens hath yet remaining betwix this piece of land now sold and ye land now belonging unto Benjamin Griffin, and ye line North-east butting also upon ye said Nathaniel Dickens, his land to be in length Forty Feet. ALSO ALL the right, title and interest of the Party of the First Part of, in and to the land adjoining the present wall ed or fenced lines of said Cemetery, being that portion of said adjoining land originally forming a part and portion of said Cemetery as originally laid out, used or in possession of THE ANCIENT CONGREGATION YESHUATH ISRAEL, of said City, or of the members or their descendants.

*Together* with the appurtenances and all the estate, and rights of the said Party of the First Part of, in and to the said premises.

*To Have and to Hold,* the above granted premises unto the said Parties of the Second Part, their heirs and assigns forever.

*In Witness Whereof, the said party hereto of the first part*

CJI 000138

hath hereunto set her hand and seal the day and year first hereinabove written.

Mary Ann [S.S.]

Sealed and Delivered
in the presence of
G Waite Tubbs

City, County and State )
of New York ) ss

Be it remembered, that on this 23d day of April A.D. 1894 before me, G Waite Tubbs — a Notary Public in and for said County, personally appeared Mary Ann Dopez, to me known, and known to me, to be the individual, described in, and who duly acknowledged the foregoing instrument by her signed to be her free and voluntary act and deed.

G Waite Tubbs
Notary Public (112)
N.Y. County

CJI 000139



Mary Ann Noyes

Napoleon Berry's Heirs
Hyman, Calvin Kendrick
& Edgar Phillips, Esq
Notaire

TO

**Deed.**

Dated April 23 d 1894

*This Indenture* made the 23d day of *April* in the year eighteen hundred and ninety-four (1894). *Between, Marry Ann Lopez, of the County and State of New York, party of the first part, and L. Napoleon Levy; Lewis Hayman; J. Edgar Phillips; Elmer Hendricks; Joseph Blumenthal; David de Meza; Antony Wallach and N. Taylor Phillips all of said City, County and State of New York, parties of the second part* Witnesseth that the said parties of the first part, for and in consideration of the sum of One Dollar lawful money of the United States, paid by the said parties of the Second part, do hereby grant, bargain, sell and release unto the said parties of the Second part, their successors and assigns froever: *All* that certain tract of land with the building erected thereon, situate, lying and being in the City of Newport, State of Rhode Island, whereon the Jewish Synagogue now stands, and bounded and described as follows: SOUTHERLY on Touro Street, Ninety-two and Forty six One hundredths Feet; EASTERLY on land of the Newport Historical Society, One hundred and nine and eight tenths Feet, NORTHERLY on Barney Street, Ninety and Sixty-five one hundredths Feet; and Westerly on land of George P. Lawton, be the said dimensions more or less. Being the same premises which were conveyed by Ebenezer Allen to Jacob Roderique Rivera; Moses Levy and Isaac Hart, by deed bearing date June 13th,

CJI 000141

32D year of GEORGE 2ND (1759) and recorded in the Land Evidence of Newport Vol 15, Page 376-June 7th-1827: and which land and premises are in said deed described as follows. A certain small parcel or lot of land, situate, lying and being in the Township of Newport, containing by estimation Ninety-two feet in front or breadth, and One hundred and six in length or depth. The same being butted and bounded as follows viz: SOUTHERLY on a Street called Griffen Street; WESTERLY on land of Jacob Barney; NORTHERLY on a Street remaining yet to be laid out, AND EASTERLY on land now in the possession and improvement of Mathew Cozzens, be the same more or less within the said bounds contained.

*Together* with the appurtenances and all the estate, and and rights of the said party of the first part in and to said premises.

*To Have and to Hold* the above granted premises unto the said parties of the second part, their successors and assigns, as joint tenants and not tenants in common; so long as the said L. NAPOLEON LEVY; LEWIS HYMAN; J. EDGAR PHILLIPS; ELMER HENDRICKS; JOSEPH BLUMENTHAL; DAVID DE MEZA; ANTHONY WALLACH; said parties of the Second part, respectively shall continue to be the Trustees and so long as the said N. TAYLOR PHILLIPS, shall continue to be clerk of the Congregation Shearith Israel of the City of New York; and upon any one of the said parties ceasing to such Trustee, then to their and his successor or successors and to the remaining of the said parties of the second part, or the successor of such of them as may have previously ceased to be such Trustee as

CJI 000142

JOINT TENANTS as aforesaid IN TRUST nevertheless and for the uses and purposes following, that is to say: To take possession of the said premises hereinabove described and every part thereof, and to use and apply the same, or cause the same to be used, occupied and employed for the maintenance therein of the usual and stated Religious Services according to the Ritual, Rites and Customs of the ORTHODOX SPANISH AND PORTUGUESE JEWS, as at this time practiced and observed in the Synagogue of the CONGREGA-TION SHEARITH ISRAEL in the City of New York, now located at No. 5 WEST 19TH STREET, in said City.

In Witness Whereof the said party of the First part has hereunto set her hand and seal the day and year first hereinabove written.

SEALED AND DELIVERED
IN THE PRESENCE OF.

*G. Waite Tubbs*                    *Mary Ann Lopez*

City, County and State
of New York

Be it remembered, that on this 23rd day of April A.D. 1894, before me *G. Waite Tubbs* a Notary Public, in and for the said County, personally appeared MARY ANN LOPEZ, to me known and known to me, to be the individual described in and who duly acknowledged the foregoing instrument by her signed to be her free and voluntary act and deed.

*G. Waite Tubbs*
*Notary Public (112)*
*N.Y. County*

CJI 000143



Mary Ann Peckham

TO

J. Stephen Lewis; Lewis
Lyman T. Edgar Phillips
and others

—

**Deed.**

Dated April 23rd 1894

No. 6098

Received in Newport, R.I. for record
April 26, 1894 at 11h 27m
AM and recorded April 27,
1894 in Vol ___ of Deeds
at page 014
Examined at page 014
£2.77 by

Wm. Colburn
City Clerk

E. Nelson Rice
32 Broadway
N.Y.

CJI 000144

We, the undersigned descendants of the Hebrews of Newport R.I. unite with the Spanish and Portuguese Congregation, New York, who are acting on behalf of other descendants, with the view of gaining a becoming control over the building erected by our ancestors, its ground, the appurtenances of worship and the cemetery.

Signatures:

Caroline Cohen
descendant of
Moses Michael Hays.
of Newport R.I.

CJI 000145

June 1893.

We, the undersigned descendants of the Hebrews of Newport R.I. unite with the Spanish and Portuguese Congregation, New York, who are acting on behalf of other descendants, with the view of Exercising a becoming Control over the buildings erected by our ancestors and their Cemetery.

Signatures          Asher Kursheedt

Soln Seixas
Jacob L. Seixas
Zipporah Seixas
Esther Seixas
Sarah Seixas
Hyman S. Seixas
Abigail King

CJI 000146

We, the undersigned descendants of the Hebrews of Newport, R.I. unite with the Spanish and Portuguese Congregation, New York, who are acting on behalf of other descendants, with the view of exercising a becoming control over the buildings erected by our ancestors and their Cemetery.

Signatures

Dr. Horatio Gomez
156 Worth St 28 1

Lucille Dreyfous
135 West 87th St.

Alma H. Dreyfous
135 West 87 St.

Emanuel Dreyfous
135 W 87 St.

Herbert G Dreyfous
308 West 87 St.

Albert Dreyfous
135 W. 87 St.

Clarence J. Nathans
113 W. 87 St New York

CJI 000147

We the undersigned descendants of the Hebrews of Newport R.I. unite with the Spanish and Portuguese Congregation, New York, who are acting on behalf of those descendants, with the view of exercising a becoming control over the building erected by our ancestors, its ground and the Cemetery.

Arthur Phillips

Rebecca P Phillips.

Rachel Hyman

Minnie Hirsch

Frederick Phillips

CJI 000148

MARY ANN LOPEZ, daughter of Samuel Lopez, formerly of Newport, R.I., and Judith Seixas. Judith, daughter of Moses Seixas died in New York, intestate, 1829. Trustee. Isaac Phillips died in New York ***.*.* a left a will which was duly JOSEPHINE and LAVINIA PHILLIPS, daughters of Naphtali Phillips and Rachel Seixas. Rachel was the daughter of Moses Seixas and died in New York, intestate, 1822 and daughter and other children of Moses and Jocheled Levy Seixas as follows: Benjamin, Hetty, Abagail, Bilhah. Of these, Benjamin, Hetty and Abagail died in the City of New York in the years 1843, 1864 and 1854 respectively, all intestate. Bilhah died in New York in 1860, leaving a will which was duly admitted to probate by the Surrogate of New York County, by the terms of which Isaac, Jonas and Joshua Phillips, her nephews,(children of her deceased sister Rachel) were constituted her residuary legatees, in Washington, . C. in 1861, intestate. She was the daughter of Simeon ***.* ** Levy. Simeon Levy died in Nwe J.. EDGAR PHILLIPS( and Sophia his wife,) son of Jonas Nwy Phillips, above mentioned, as one of the residuary legatees of Bilhah Levy Seixas and Esther Peixotto. Jonas N. Phillips died in Nwe York in 1874 intestate, son of Naphtali Phillips and Rachel daughter of Moses Seixas.

SIDNEY ** PHILLIPS. (daughter Ditto.....)

ISAAC FRANKLIN PHILLIPS(and Amelia his wife) Ditto.

HERMAN S. PHILLIPS. r Ditto. r of Wellington and Susan

A. s MIRIAM DAVID(daughter) Ditto. Brooklyn, N. Y. intestate in 1867. He was the son ** *** Solomons and Julia Levy.

For FREDERICK PHILLIPS, son of Joshua Phillips, above mentioned as one of the residuary legatees of Bilhah Levy Seixas and Rebecca Peixotto. Joshua Phillips died in New York intestate in 1880 son of Naphtali Phillips and Rachel daughter of Moses Seixas.

ARTHUR PHILLIPS    Ditto.

MIRIAM G. HIRSCH (daughter) Ditto.

RACHEL P. HYMAN (daughter) Ditto.

CJI 000149

NAPHTALI TAYLOR PHILLIPS( and Rosalie S. his wife) son

of Isaac Phillips, above mentioned as one of the residuary

legatees of Bilhah Levy Seixas and Miriam Trimble. Isaac

Phillips died in New York in 1889 and left a will which was

duly admitted to probate by the Surrogate of New York County

and by the terms of which his childredn were constituted

residuary legatees.--He was the son of Naphtali Phillips

and Rachel daughter of Moses Seixas.

SOPHIA P. HENDRICKS (daughter) Ditto.

* * * * *

ZILLAH P, COHEN daughter of Isaac Phillips and Sophia

Phillips. For balance of information consult above paragraph.

EVA P. GRAFF.      Ditto.

* * * * *

ADOLPHUS S. SOLOMONS son of John Solomons and Julia Levy.

She died in Washington, D. C. in 1862, intestate.  She was

the daughter of Simeon and Hetty Levy.  Simeon Levy died in

Nwe York in 1825, intestate.  He was the brother of Hiam Levy

of Newport.  Hiam Levy had but two children,Judith who died

in New York 1833, single and intestate, and Moses, who went

to live in England and at the same time and never returned.

Long since deceased.

MARY JANE SOLOMONS (daughter)  Ditto.

* * * * *

GERTRUDE S. CARNRICK, daughter of Wellington and Susan

A. Solomons.  Wellington died in Brooklyn, N. Y. intestate

in 1887.  He was the son of John Solomons and Julia Levy.

For balance information consult paragraph.

We, the undersigned descendants of the Hebrews of Newport, R.I., unite with the Spanish and Portuguese Congregation, New York, who are acting on behalf of other descendants, with the view of exercising a becoming control over the building erected by our ancestors.

S I G N A T U R E S.

*Sally Lopez*

*Moses E. Lopez*

*A.M. Lopez*

*Julian L. Lopez*

*David N. Lopez*

*Samuel M. Hart*

*F.M. Lopez*

*Ida Hart.*

*Catherine Lopez Hart*

*Mary Hart.*

*David Lopez Hart*

*Catherine Lopez Campbell*

*Cecilia Cohen Lopez.*

*Israel D. Hart*

CJI 000151