# EXHIBIT 32

Received from Congregation Yeshuat Israel, Newport, R.I.

One — 1/100 Dollars

on Touro St. Newport R.I.

for Rental of Synagogue appurtenances and paraphernalia for one year from March 1st 1903
from March 1st - 1903.

$1.00/100

No 500

A. Pereira Mendes on behalf of
L. Napoleon Levy et al. Trustees

190_



EXHIBIT
Fisher 5
12/30/14 OC

CS 5411