# EXHIBIT 33



**POSTAL TELEGRAPH-CABLE COMPANY** in connection with **THE COMMERCIAL CABLE COMPANY.**

TELEGRAM

The Postal Telegraph-Cable Company transmits and delivers this message subject to the terms and conditions printed on the back of this blank.

Received at Main Office, 305 Thames St., opp. Post Office, Newport, R.I.

13B:E:WY  1• paid  124pm

CB- New York, N.Y. Feb 18

Rev. H.P. Mendes,

　　　Care E Schreirer,

　　　　　Newport.

Dont insist matter  sefer and bells leave to your discretion.

　　　　L. N. Levy.

