# EXHIBIT 34

| | |
|---|---|
| **From:** | Chiang, Jennifer |
| **Sent:** | Thursday, January 08, 2015 4:41 PM |
| **To:** | 'TJacoby@KRAMERLEVIN.com' |
| **Cc:** | Solomon, Louis; Shinerock, Solomon; Grinblat, Yan |
| **Subject:** | CJI v. CSI |
| **Attachments:** | Fisher, Hist 1800 Syllabus Fisher Spring 2013 1.pdf; Fisher, HIST 1801 Religion, Politics and Culture, Spring 2014 1.pdf; HIST2980Ysyllabus4.docx.pdf |

Toby,

At your request, Professor Fisher spent what we understand was several additional hours of time that should have been spent at his deposition. At your request, he has reviewed and identified the following publications, which touch on American Jewish history: "Colonial Encounters," in The Columbia Guide to Religion in American History, Paul Harvey and Edward J. Blum, eds. (Columbia University Press, 2012); and Decoding Roger Williams: The Lost Essay of Rhode Island's Founding Father, with J. Stanley Lemons and Lucas Mason-Brown (Baylor University Press, 2014). He has also provided the attached syllabi for three classes, each of which addresses Jewish history in the context of the history of religion in America. Note that this list is NOT exclusive. We did not believe it was appropriate for him to spend yet more time that CSI is paying for and that CJI is not. We do intend to seek to have CJI pay, and if you will confirm your undertaking to pay for this time and any other, please let us know.

Best,
Jennifer

Jennifer Chiang
Associate
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Tel: +1 212.504.6089
Fax: +1 212.504.6666
jennifer.chiang@cwt.com
www.cadwalader.com