# EXHIBIT 35

# THE Jewish Encyclopedia

## A DESCRIPTIVE RECORD OF

## THE HISTORY, RELIGION, LITERATURE, AND CUSTOMS OF THE JEWISH PEOPLE FROM THE EARLIEST TIMES TO THE PRESENT DAY

### Prepared by More than Four Hundred Scholars and Specialists

UNDER THE DIRECTION OF THE FOLLOWING EDITORIAL BOARD

CYRUS ADLER, PH.D. (Departments of Post-Biblical Antiquities; the Jews of America).

GOTTHARD DEUTSCH, PH.D. (Department of History from 1492 to 1901).

LOUIS GINZBERG, PH.D. (Department of Rabbinical Literature).

RICHARD GOTTHEIL, PH.D. (Departments of History from Ezra to 1492; History of Post-Talmudic Literature).

JOSEPH JACOBS, B.A. (Departments of the Jews of England and Anthropology; Revising Editor).

MARCUS JASTROW, PH.D. (Department of the Talmud).

MORRIS JASTROW, JR., PH.D. (Department of the Bible).

KAUFMANN KOHLER, PH.D. (Department of Theology and Philosophy).

FREDERICK DE SOLA MENDES, PH.D. (Chief of the Bureau of Translation; Revising Editor).

ISIDORE SINGER, PH.D. (Department of Modern Biography from 1750 to 1901).

CRAWFORD H. TOY, D.D., LL.D. (Department of Hebrew Philology and Hellenistic Literature).

ISAAC K. FUNK, D.D., LL.D.
Chairman of the Board

FRANK H. VIZETELLY
Secretary of the Board

**ISIDORE SINGER, Ph.D.**
Projector and Managing Editor

ASSISTED BY AMERICAN AND FOREIGN BOARDS OF CONSULTING EDITORS
(SEE PAGE V)

## VOLUME I

AACH—APOCALYPTIC LITERATURE

NEW YORK AND LONDON
FUNK AND WAGNALLS COMPANY
MDCCCCI

COPYRIGHT, 1901, BY
FUNK & WAGNALLS COMPANY
*All rights of translation reserved*

Registered at Stationers' Hall, London, England
[*Printed in the United States of America*]

CSI12596

America                    THE JEWISH ENCYCLOPEDIA                    496

governor of New Amsterdam, who wrote to the directors of the Dutch West India Company asking authority for their exclusion. This the directors refused to grant (April 26, 1655) on the ground of "the considerable loss sustained by the Jews in the taking of Brazil, and also because of the large amount of capital which they have invested in the shares of the company." They directed that "they [the Jews] shall have permission to sail to and trade in New Netherland, and to live and remain there."

**Early Privileges and Restrictions.** This permission was modified on March 13, 1656, by the statement that the Jews were not privileged to erect a synagogue, and a little later they were precluded from employment in any public service, and from opening retail shops.

One of the sturdiest pioneers of the New Amsterdam colony was Asser Levy. In 1655 he, among others, applied to be enlisted in the militia; but permission was refused, and, in common with all other Jews, he was, instead, ordered to pay a tax. This he refused to do; and on Nov. 5, 1655, he petitioned for leave to stand guard like other burghers of New Amsterdam. The petition was rejected; but Levy seems to have appealed to Holland, for it subsequently appears that he was permitted to do guard duty like other citizens. Step by step, through the courts and by appeals, he secured many other privileges (see NEW YORK and ASSER LEVY). He seems to have been the first Jew in the state of New York to hold real estate: a lot on what is now the site of Albany was owned by him in 1661.

Another of the most prominent of the early Jews in New Amsterdam was Abraham de Lucena, who in 1655 applied, with several others, for permission to purchase a site for a burial-ground. The request was refused with the statement that there was then no need for it. On July 14, 1656, however, the request was granted.

New Amsterdam was captured by the British in 1664 and its name changed to New York. For a half century afterward but little is known respecting the Jewish residents. Their increase in numbers was very moderate. It seems likely that they had some sort of private worship very soon after 1655, and that they began to meet in a more or less public way in 1673. In 1682 the congregation rented a house on Mill street; and it was not until 1729 that this was exchanged for a regular synagogue building.

On Nov. 15, 1727, an act was passed by the General Assembly of New York providing that when

**Under British Rule.** the oath of abjuration was to be taken by any one of his British Majesty's subjects professing the Jewish religion, the words "upon the true faith of a Christian" might be omitted. Three days later an act was passed naturalizing one Daniel Nunez da Costa.

There was a very considerable antipathy in the colony both to Catholics and to Jews; but in the case of the latter this gradually relaxed, so that they soon came to receive most of the privileges accorded to other inhabitants of the town and province. In 1737, however, the Assembly of New York decided that no Jew might vote for a member of that body.

Before and during the Revolutionary War the Jews, like the other inhabitants of New York, were divided in their allegiance. Many were devoted to the patriot cause; and among these was the minister of the congregation, Gershom Mendes Seixas, who, upon the occupation of New York by the British, took all the belongings of the synagogue and, with quite a number of the members, removed to Philadelphia, where he founded the first regularly established congregation, the Mickve Israel. After the close of the war most of these Jews returned to New York, which, on the decline of Newport as a commercial city, took its place and rapidly attracted a large population. The tide of immigration now commenced to flow toward the United States, most largely in the first instance to New York city. Hither came Jews from the West Indies, from Germany, Poland, Russia, Roumania, in short, from every quarter of the globe. It is estimated

**Modern Jewry of New York.** that the city of New York alone now (1901) contains 300,000 Jews; and there are 119 congregations enumerated exclusive of numerous small ones. Jews are now represented in New York city in every walk of life, professional, commercial, and industrial.

From the city, Jews gradually penetrated to the state. A congregation was founded at Buffalo in 1835, one at Albany in 1837, and another at Rochester in 1848; and all of the larger and many of the smaller towns in New York state now have Jewish communities.

**Newport, R. I.:** The hostile attitude of Stuyvesant probably caused Jewish emigrants to leave New Amsterdam as early as 1655 and to settle in Newport. There is definite information to the effect that 15 Jewish families arrived in 1658, who brought with them the first degrees of Masonry. They were reinforced by a contingent from Curaçao in 1690.

Quite in contrast with the oppressive treatment in New Amsterdam was the generous reception ac-

**Jews Cordially Received.** corded the Jews in Rhode Island, in consonance with the liberal principles propounded by Roger Williams. Already in the seventeenth century the Jews of Newport had commercial relations with their coreligionists in New Amsterdam.

It is likely that religious services were first held in Newport in 1658, although no synagogue was erected until the following century. A burial-place, however, was purchased on Feb. 28, 1677.

In 1750 a very important accession was received in the families of Lopez, Rivera, Pollock, Hart, and Hays, all persons of wealth and enterprise engaged in manufacture and commerce. These families came from Spain, Portugal, and the West Indies. The extent of the property of Aaron Lopez is shown by the fact that at one time he owned as many as 30 vessels. Jacob Rodrigues-Rivera, a native of Portugal, came to Newport about 1745. He was the first person to introduce the manufacture of spermaceti in America.

In 1762 the erection of a synagogue was begun, which was completed and dedicated in the following

**Synagogue Built.** year. Two years previously there had come from Jamaica the Rev. Isaac Touro, who was chosen rabbi; and under his auspices the synagogue was well attended until the outbreak of the American Revolution. In 1762 there were between 60 and 70 Jewish families in Newport. The first Jewish sermon preached in America which has been published was delivered in the Newport synagogue on May 28, 1773, by Rabbi Hayyim Isaac Karigel, in the Spanish language, and was afterward translated into English. Karigel appears to have come from Hebron in Palestine, and was a close friend of Ezra Stiles, the president of Yale University. As early as 1761 a Jewish club was formed, with a membership limited to 9 persons. Just before the outbreak of the Revolutionary War the Jewish population of Newport

CSI12597

Case 1:12-cv-00822-LM-AKJ Document 55-37 Filed 02/02/15 Page 5 of 5 PageID #: 1596

appears to have comprised about 200 families. The community was dispersed by the war, and it never regained its importance. In 1790 it presented an address to Washington. The Touro family bequeathed sufficient money to maintain the synagogue as well as the cemetery; and these are still in existence, although the number of Jews now resident in Newport is but small.

The Jewish community of Newport held an especially interesting and even a unique position in America, and impressed itself for all time on the town, once the leading port of the colonies and now the most fashionable summer resort in the United States.

**Other Parts of New England:** An occasional Jew may have strayed into other portions of New England in the early days; but the Puritan atmosphere was apparently not congenial. The best known of the early settlers was Judah Monis, who became a convert to Christianity, and filled the chair of Hebrew in Harvard College from 1722 until his death in 1764.

As early as 1670 there is mention of a Jew, Jacob Lucena, in the Colonial Records of Connecticut.

When the British took Newport many of the Jews there left and effected a temporary settlement at Leicester, Mass.; but this did not survive the close of the war. A number of Jews, including the Hays family, settled at Boston before 1800. About 1840 Jews began to emigrate from New York to New Haven and Boston, and congregations were formed in those cities in 1840 and 1842 respectively.

**New Haven and Boston.** The communal life of the New England Jews was without especial incident; and their numbers increased but slowly until after the beginning of the great Russian emigration in 1882. Immediately the overflow from New York, as well as the emigration through Canada, commenced to pour into New England. It is estimated that 60,000 Jews now (1901) reside in Massachusetts alone, and nearly 20,000 more in the other New England states.

An interesting phenomenon has been noticed in connection with the shifting of agricultural industry in the United States. With the opening up of the Western country and the greater advantages offered by the virgin soil, many New England farmers absolutely abandoned their comparatively unfruitful farms and moved West. These abandoned farms, especially in Connecticut, have been taken up by Russian Jews, who, principally as dairy farmers, have added a new and useful element to the agricultural community.

**Russian Jews as Farmers.**

**Maryland:** It seems not unlikely that Maryland was the first colony in which Jews settled, though they were probably stragglers; and it was long before any communal life was established.

Scattered Jews seem to have arrived shortly after the establishment of the provincial government in 1634. At least as early as 1657 Dr. Jacob Lumbrozo was settled there, and in 1658 he was tried and remanded for blasphemy, his release being due to the general amnesty in honor of the accession of Richard Cromwell (declared March 3, 1658). Letters of denization were issued to him Sept. 10, 1663. He had a plantation and also practised medicine. He is described as from Lisbon; but he had a sister in Holland.

The history of the Jews in Maryland is of especial interest; since it was in this colony and state that the civil and political rights of Jews were most restricted, and it was here, of all America, that the most systematic efforts were put forth for obtaining the fullest recognition under the law. Maryland was one of the first colonies to adopt religious toleration as the basis of the state; but it was toleration and not liberty, since there was a proviso that any person who denied the Trinity was to be punished with death. Even after the Revolution, no one might hold any office of profit or trust under the state without signing a declaration that he believed in the Christian religion.

Efforts were made in 1801 and 1804 to obtain a revocation of this proviso; but on both occasions more than two-thirds of the legislature voted against its repeal. These efforts were renewed in 1819, and finally succeeded, so that in 1824 two Jewish citizens were elected members of the Council of Baltimore, being the first Jews to hold office in the state of Maryland. The success of these efforts was largely due to the persistent labors of a single family—the Cohens—who still maintain an honored position in the community.

At the outbreak of the Civil War, Maryland, although remaining in the Union, numbered among her citizens a large body of sympathizers with the Confederate cause. The conflict of opinion was especially severe among the Jews, due to the pronounced antislavery attitude assumed by Rabbi David Einhorn, who was actually threatened with violence and was obliged to leave the city.

**Pennsylvania:** Jews from New Amsterdam traded along South river, subsequently named the Delaware, as early as 1655, and began to arrive as settlers in the colony of Pennsylvania not much more than ten years after its establishment. Unlike New York and Newport, a very considerable portion of the early Pennsylvania colonists were not Portuguese, but German Jews; and they settled not in Philadelphia, but in towns in the interior of the state. The earliest settlements seem to have been in Schaefersville and Lancaster. Joseph Simon, who in the latter place was the pioneer about 1740 embarked in the Indian trade and in real estate transactions on a large scale. In 1747 the

**Schaefersville, Lancaster, and Easton.** deed for a Jewish cemetery in Lancaster was made out in his name and in that of Isaac Nunes Ricus as trustees. Myer Hart was one of the founders of Easton in 1750. He was engaged in trade, and was there naturalized on Oct. 3, 1764. Aaron Levy settled in Northumberland county, Pa., about 1760, and was a large landowner. In 1786 he projected the town of Aaronsburg in that county.

The Jewish community of Philadelphia was for a time the leading one in the United States, and was inferior in numbers only to that of New York. The first Jewish settler in Philadelphia of whom there is record was Jonas Aaron (1703), and the second was Arnold Bamberger (1726). As early as 1747 a number of persons who had joined together for the purpose of worship met for services in a small house in Sterling alley, afterward in Cherry alley—between Third and Fourth streets. They were mostly German and Polish Jews; and their differences as to the liturgy to be followed prevented at the time the formation of any regular congregation. When the

**Philadelphia.** British troops occupied New York during the Revolutionary War, the minister, Gershom Mendes Seixas, with a considerable portion of the New York congregation, came to Philadelphia, and finding no regular services there, with the help of the resident Jews, established one in accordance with the Portuguese rite. Seixas was the first minister. After him no man of importance held the position until Isaac Leeser, 1829. He was the leading

1—32

CSI12598