# EXHIBIT 38

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

---------------------------------x

CONGREGATION JESHUAT ISRAEL,

    Plaintiff,

    v.                C.A. NO. 12-822-m (LDA)

CONGREGATION SHEARITH ISRAEL

    Defendant.

---------------------------------x


CONFIDENTIAL PORTION EXCERPTED


DEPOSITION OF JEANNE SLOANE

New York, New York

September 19, 2014

10:00 a.m.


Reported By:
Linda Salzman
Job No: 35673

Page 91

J. Sloane

2 to you that was in their possession relating
3 to the provenance of the property?
4     MS. MOUSTAKIS: Objection to the
5 form.
6 Q. If any?
7 A. They did not provide any
8 information.
9 Q. We saw before they didn't share
10 with you the two meetings where questions
11 about who owned the Rimonim were raised
12 right.
13     They did not do that?
14     MR. JACOBY: Objection to the form
15 of the question.
16 A. I didn't see any minutes of any
17 meeting.
18 Q. And you didn't see the lease for
19 the property that they entered into with
20 Congregation Shearith Israel?
21     MR. JACOBY: Objection to the form.
22 A. No.
23 Q. You didn't see any references to
24 the building and appurtenances or
25 paraphernalia being owned by Shearith Israel,

Page 92

J. Sloane

2 right?
3     MR. JACOBY: Objection to the form
4 of the question.
5 A. No, I did not.
6 Q. Did they share with you the fact
7 that in 1945 they entered into an agreement
8 with Shearith Israel and the Federal
9 Government again restating that Shearith
10 Israel owned the property and the
11 appurtenances and the paraphernalia?
12     MR. JACOBY: Objection.
13 A. They did not.
14 Q. It says further down on that page:
15 "You agreed to notify Christie's
16 promptly in writing of any events or
17 circumstances that may cause the foregoing
18 representations and warranties to be
19 inaccurate or breached in any way."
20 A. Is that the same paragraph?
21 Q. Yes. Five lines below where I was
22 reading before.
23     Do you see that?
24 A. I got it. I see it.
25 Q. Prior to June or July of 2012, did

Page 93

J. Sloane

2 CJI, in writing or otherwise, call to your
3 attention any events or circumstances that
4 may cause any of the representations that are
5 above to be inaccurate or breached in any
6 way?
7 A. To the best of my recollection, no.
8 Q. Thank you.
9     Did you attend the Congregational
10 meeting in 2012 at CJI to seek approval for
11 the sale of the Rimonim?
12 A. I did not.
13 Q. And was it reported to you?
14 A. Yes.
15 Q. What was said and by whom?
16 A. I learned that they approved the
17 sale. And I don't remember who. I can
18 guess, but I don't specifically remember.
19 Q. Your best understanding it would be
20 Mr. Segal?
21 A. Yeah, it would be likely.
22 Q. Now, do you agree, I think you
23 actually said it before, that the Rimonim
24 that we're talking about have become symbols
25 of religious tolerance in the age of

Page 94

J. Sloane

2 enlightenment?
3     Do you agree with that?
4 A. I do.
5     MR. SOLOMON: Let's look at what
6 we marked as Exhibit 19.
7     (JS Exhibit 19, Minutes of a
8 special meeting of CJI of 6/25/12,
9 marked for identification, as of this
10 date.)
11 BY MR. SOLOMON:
12 Q. These are minutes of a special
13 meeting of CJI of June 25, 2012.
14     Have you seen these before?
15 A. No.
16 Q. As part of the discussion as
17 reflected in these minutes, Mrs. Ross is
18 reported on the bottom of page 2 as saying,
19 "That the set to be purchased by the MFA came
20 to the Congregation in 1765."
21     Do you have any knowledge or
22 information to support that statement?
23 A. No.
24 Q. Then said the set to be retained
25 came to the Congregation in the 1790s as a

95

J. Sloane

1 gift.
2 
3    Do you have anything to support
4 that statement?
5    A. I believe that's inaccurate.
6    Q. What is your understanding of
7 what's accurate?
8    A. I believe it came to them in the
9 1890s.
10   Q. And that was the bequest by
11 Mrs. Cohen; is that right?
12      MR. JACOBY: Objection.
13   A. If she's the Hays member, that
14 would be correct. It's in the literature.
15   Q. Have you ever seen that letter,
16 that bequest?
17   A. It's in the literature. I haven't
18 seen it firsthand.
19   Q. Would it be relevant to your
20 consideration if that bequest was actually to
21 Congregation Shearith Israel?
22      MR. JACOBY: Objection to the form
23 of the question.
24      MS. MOUSTAKIS: Objection.
25   A. I don't know.

96

J. Sloane

1
2    Q. Look at the next page. Mrs. Ross
3 said that:
4    "Any items given to CJI for
5 safekeeping when the synagogue closed will
6 return to us when the synagogue reopened."
7    And then she said, she added that:
8    "Christie's research indicated we
9 have good title to the items."
10   A. Where do you see that?
11   Q. I'm looking at the first paragraph,
12 and do you know -- I will give you a chance
13 to read that.
14   A. I see that sentence right here.
15   Q. And it's that sentence that I would
16 like to ask you about. Do you know of any
17 basis for that statement?
18   A. I do not.
19   Q. To the best of your understanding,
20 that statement is incorrect, correct?
21      MS. MOUSTAKIS: Objection to the
22 form.
23   A. That is incorrect.
24   Q. Let's look at Exhibit 20, please.
25   (JS Exhibit 20, E-mail exchange,

97

J. Sloane

1
2 marked for identification, as of this
3 date.)
4    A. Can I add something to my answer?
5 I just want to be clear it's incorrect that
6 our research indicated anything regarding
7 title.
8    Q. I understood that that's what you
9 were saying.
10   A. Okay.
11   Q. This is Exhibit 20. This is an
12 e-mail exchange that I don't see you on and I
13 want to ask you because you're referred to in
14 it, about it, if you don't mind.
15    This is July 20, 2012 that we're
16 talking about, all right?
17   A. Uh-huh.
18   Q. You're recorded as saying it says:
19    "Jeanne Sloane called today."
20    Do you see that?
21   A. Sure.
22   Q. I'm going to let you read that next
23 sentence, if you wish.
24    So that the record is clear, it
25 says:

98

J. Sloane

1
2    "Given the long history between
3 Touro Synagogue and Shearith Israel in New
4 York, they have decided to give each other
5 one month to look through records and files
6 to be sure that there is no issue of shared
7 ownership in the finials before proceeding.
8 Nobody is opposed to the sale and they don't
9 anticipate any problems."
10    Did you say that, in words or in
11 substance, to Ms. Getchell?
12      MS. MOUSTAKIS: If you need to,
13 read as much as you need to answer.
14   Q. Read as much as you'd like.
15   A. I don't doubt that that was the
16 substance of the conversation. I don't
17 remember the language of course.
18   Q. Fine.
19    And the information that you were
20 conveying to her, you received from CJI,
21 correct?
22   A. Correct.
23   Q. You, at that point, weren't
24 involved in the discussions, all of this is
25 derivative of what CJI is telling you,

25 (Pages 95 to 98)