# EXHIBIT 40.01

| Dr | The Holy Tsedakah | | |
|---|---|---|---|
| 5515 | | | 5515 |
| | To Cash for 6½ gallions Oyl as ℗ Accot | £ 3 – – | |
| | To Ditto for Wax & Lead as ℗ Ditto | 8 – 12 – 11 | |
| | To Sundry for Mr Soloman Isaacs for Amsterdam a ℗ Acct | 2 – 12 – = | |
| | To Cash paid the Samas 2 Weeks Board Soloman Isaac | 1 – – – | |
| | To Negrow hyer 10/ Sand 7/6 Cotton 1/9 Planning 2/ Mason Wah 7/ as ℗ Acct | 1 – 8 – = | |
| | To glaser Work & glass 4/8 Blosom for Sabboth 13/9 Planning 2/ | 1 – 0 – 5 | |
| | To Mr Catting for making Matsow 3/ Seader 5/ Sealing Wax 4/6 as ℗ acct | = – 12 – 6 | |
| | To Mrs Cornaler Clopper 2 Quarter House Rent as ℗ Rectt | 7 – 5 – = | |
| | To Richard Askeue for Abraham Pana as ℗ Rectt | 4 – = – = | |
| | To Cash Deliver Jacob Aaron as ℗ Order & Boat Hand | 2 – – – | |
| | To Canturo & Kevara Son for Rhode Island as ℗ Acct | 3 – 3 – 4 | |
| | To Mr Hays for 2 Weeks Board & Logeh 20/ Planning 1/ as ℗ Acct | 1 – 1 – = | |
| | To Lighting the Candels 1 Quarter 6/8 Deliver Mr Abraham as ℗ acct 25/ | 1 – 11 – 8 | |
| | To Cash Delivered Mr Nabaro & provissons as ℗ Acct & Order 20/ Sundry times | 2 – 15 – = | |
| | To Cash to Mr Hays ℬ ℗ Order 24 Weeks at 6/ as ℗ Acct | 7 – 4 – = | |
| | To Ditto pay Mr Benjamin Parane Hazen 6 Months Salary £25 | | |
| | To Ditto      the Shohett Do    12.10 | | |
| | To Ditto      the Samas Do      10 – – | | |
| | To Ditto      Mrs Rachel Valle allowance 10 – – | 57 – 10 – = | |
| | To Sundrys Small Expence as ℗ Acct | = – 10 – = | |
| | To Cash paid Mr Asher Myers as ℗ Order of the Elders | 20 – 8 – 9 | |
| | To Mr Daniel Gomez for Not allowing the Brass | = – 18 – = | |
| | | £126 – 12 – 7 | |
| | Ballance Due to the Tsedakah which Now Deleverd Mr Naphte Hart Myers | 4 – 5 – 6 | |
| | | £130 – 18 – 1 | |

A List of Outsanding Detts Amot to £98 – 7 – 11 ½