# EXHIBIT 40.02

Debtt      The Holy Tsedakah

|  |  | £ | s | d |
|---|---|---|---|---|
| Brought over from the Debtor side | | 46316 | 5 | |
| 5519 To Cash paid Elias Solomons for Mrs Touzada for 23 weeks Lodgings & Boarding at £20 ⅌ Annum by order | | 0 | 1 | 0 |
| To Do paid Isaac Navarro by order | | 4 | 0 | 0 |
| To Do paid Levy Israel for 6 weeks & 3 days Lodgings & boarding of Solon Boon at 20/ ⅌ week by order | | 6 | 9 | 0 |
| paid said Boon at leaving the said Lodgings | | 0 | 16 | 0 |
| To Do paid Aaron Cardozo for 7¼ weeks Lodgings & boarding of said Boon by order | | 7 | 5 | 0 |
| paid Do for 2 young men by order | | 1 | 10 | 0 |
| To Do paid Myer Myers for an Acct he paid William Wimbleton the mason for altering the Chimney in the Hebra as ⅌ Acct receipt & by order | | 4 | 13 | 0 |
| paid Do Ditto for David Provost the Smith for sd use ⅌ Do | | 0 | 10 | 6 |
| To Do paid for the use of Solomon Boon | | 0 | 5 | 0 |
| To Do paid the Hazan Mr Pinto for his Salary to the first of this month £10 0 Sterling at 70 Exchange | | 17 | 14 | 0 |
| To Do paid Rachel Campanall's her half years allowance | | 10 | 0 | 0 |
| To Do paid Mr Henry Myers for a piece of plate order'd Mr Abm Is. Abrahams in consideration of his serving as a Hazan to the Kaal & by order | | 20 | 0 | 0 |
| To Do paid the Samas Elias Solomons for half year Salary | | 10 | 0 | 0 |
| paid Do for 2 Loads of wood & Cartage & Sand & other petty charges | | 1 | 18 | 3 |
| To Do paid the Sohet Hyam Myers his half years Salary | | 12 | 10 | 0 |
| paid Do for his Sirviage for 6 Months | | 2 | 0 | 0 |
| To Do paid Daniel Torres for Masoth Deliver'd the poor being 302 lb a 4d ⅌ lb | | 6 | 1 | 1 |
| To Do paid Do for sundrys for the use of makeing the masoth | | 0 | 7 | 10 |
| To Do paid for 4 Cocoanuts 6 lb Raisins & 4 lb Almonds & 2 oz Cinamon for the use of Haroseth & Greens | | 1 | 9 | 6 |
| To Do paid a Negro for his attendance in lighting the Candles for 6 Months | | 0 | 12 | 0 |
| To Moses Franks for a Ballance due to him for what he advanced by order for the use of Mr Pinto our Hazan as ⅌ Acct Render'd being £27.11 Sterlg Exchange at 70 ⅌ Cent | | 19 | 5 | 0 |
| | | 46 | 16 | 0 |
| | £ | 627 | 2 | 7 |