# EXHIBIT 40.03

| | | | £ | s | d |
|---|---|---|---|---|---|
| Debtor | The Holy Sedakah | | | | |
| 5530 | To Cash the Hazan for Wood 1st Order | £10 | | | |
| | Rabbi for do. | 7..10 | | | |
| | Shamas for do. | 7..10 | | | |
| | Rachel Campinall for do. | 3.. | | | |
| | Hannah Lousada for do. | 3.. | 31 | | |
| | To Cash paid the Hazan for Ribbon & pins to the Lulab | | 0 | 8 | 6 |
| | To Ditto paid Samuel Esmondi pr Order & acct of Haymon Levy | | 9 | 3 | 9 |
| | To Ditto paid Moses Da Costa Lamos pr Order | £.. | | | |
| | Ditto paid Capt. Mathew White for said Da Costa La Mos passage | | 5 | | |
| | To Cash paid the Shamas account of Oyl & expences | | 6 | 12 | 8 |
| | Ditto sent to Levy Moses & Family pr Order | | 5 | | |
| | Ditto paid the Sochet pr do. | | 5 | | |
| | Ditto sent to Moses Hart for Bread pr do. | | 1 | 4 | |
| | To Cash paid the Shamas for 90½ lb Wax 8..5..5 | | | | |
| | Ditto paid do. Second acct of Oyl & petty Charges 4..13..9 | | 12 | 19 | 2 |
| | To Cash paid for Necessarys & Nursing Moses Calonimos pr Order 12..15..5 | | | | |
| | Ditto paid Isaac Moses for do. & Judah Bn. Myer board &c Sick 18..8.. | | | | |
| | Ditto paid Isaac Adolphus for Wine to do. 1st Order 0..10.. | | | | |
| | Ditto paid Doctr. Alexander McLain attending Moses pr do. 10.. | | 41 | 13 | 5 |
| | To Cash paid the Hazan his half year Sallary £40.. | | | | |
| | Rabbi ditto 20.. | | | | |
| | Shamas ditto 10.. | | | | |
| | Shochet Quarter ditto 8..15.. | | 78 | 15 | |
| | To Cash paid Rachel Campinall a half years pension | | 12 | 10 | |
| | Ditto paid Hannah Louzada ditto | | 10 | | |
| | Ditto paid Peter Marscholk for Matsoth to the Officers & poor | | 4 | 18 | 5½ |
| | Ditto paid for Haroseth | | 1 | 5 | 6 |
| | | | £225 | 10 | 5½ |
| | To Ballance due the Sedakah, which I now pay to Myer Myers with 1/6 over | | £39 | 18 | 1 |
| | | | £265 | 8 | 6½ |

NB. The Sochet would not receive his Second Quarters Salary and acct of Led, with deduction of his Offerings, which he had before agreed to, & therefore has not been paid.

New York the 23 Nisan

CSI12608