# EXHIBIT 40.04

|  |  |  |  |
|---|---|---|---|
| Nabby | ditto | d° | 20 – – |
| Samas | ditto | d° | 10 – – |
| Shoheth Sallery from 23d Tisri to 25 Tebeth | £13.9.9 | | |
| ditto d° a Quarters sallery | 6.5.0 | 10.10.9 | 010 10 9 |

To ditto paid Hanah Lousada for her half years pension .... 10 0 0

the passage of Moses Colonemos to Surinam }
to Capt. Finglass .................. £5..0.0
paid dispach for ditto ............. 2..0.0   }   7 0 0

Ballance Due to the Sedaka wch I now pay to
Mr Asher Myers Parnas .................

£ 189 6 11½
  26 1 3½
£215 0 3

New York the 19th Nisan 5531

CSI12609