# EXHIBIT 40.05

Resolved that a ~~Judgement of~~ ~~Hart~~ $13 —
be paid him as a donation ~~paid~~ ~~to that~~
~~against~~ ~~in Chamas be paid~~ that
an order be drawn for the payment
thereof

Present July 1 1823

Present N Phillips
         M L Moses
         C Judah
         ~~M L Moses~~
         ~~Casy Juda~~
         M. M. Noah

Mep N Phillips S M L Moses presented
~~their~~ Certificates of their election as
Trustees to serve for 3 years from June
30 1823

The Board proceeded to Vote for the
President & J Treasurer —

Mep N P S M L Moses appointed to audit
the Treasurer Acct Bala in hand $694 2/100

Resolved that M Moses Judah & Phillips be a
Committee to enquire & report what the
Cost of a Stone Wall or Brick round the Beth Haim