# EXHIBIT 40.06

Mode of selling the seats in the New Synagogue
& for other purposes connected with the same
    Also Resolved that Mr Solomon Sixas be requested
to furnish the Trustees with a list of all persons Male
and Female upwards of thirteen years of age who are
attached to this Congregation as far as the same
is practicable, so as the Trustees may have the
same on or before the 12th Ins —
                    Also Resolved that
the Remnant belonging to Mr Cary Judah be
repaired under the superintendance of the building
Committee —

                    Adjourned
                            Benjn Hart, Clerk


                                January 19. 1834
At a Meeting of the Trustees
        Present      Naphtali Philips
                    Moses L Moses
                    Moses B Sixas
                    Aaron Judah
                                The Minutes of the
former Meeting read & approved — The President by Message
Communicated to this Board that he was unable
to attend the Meeting of this day and transmitted
the list furnished by Mr Solomon Sixas of all