# EXHIBIT 40.07

455

[...] to cause the Portico, that the building fronted [...] for our new future, is to give it such [...] may appear to them most judicious and [...] to the general appearance and style of the interior of the New Building — the consideration [...] was postponed until the next meeting of the Boards.

Adjourned until [Sun]day the 15th Instant at 10 O'clock A.M.

Adjourned

Peter Hart, Clerk

December 15, 1833

At an adjourned Meeting of the Trustees
Present   Moses B. Seixas
          Aaron Judah

The Meeting Adjourned,   not being a Quorum

Peter Hart, Clerk

December 20th 1833

At a Meeting of the Trustees
Present  Solomon I. Isaacs
         Moses L. Moses
         Naph'l Phillips
         Moses B. Seixas
         Aaron Judah

The President Stated that he had convened the Board, in consequence of the following letter — the Lady therein mentioned, having received child, yesterday morning

To the Parnass & Trustees,

Gentlemen

At the request of Mr Joshua Lopez and Family, I am requested to ask permission for the Hazan (who has consented to go) provided you will give him permission, to accompany the corpse of the late Mrs Joshua Lopez, and to inter her at New Port R.I. agreeable to her request in life. It is intended to leave here tomorrow [in a] Steam Boat

Respectfully
N.B.C.
Signed  A. L. Gomez

Dec 19. 1833