# EXHIBIT 40.08

[...] resolved that his resolution of the 4th [of] December last respecting the [...] be referred to the building committee to report thereon, also in relation to the New Juda[h]

The President stated that he had [...] paid into the Treasury twelve Dollars [...] being a Perpetual [...] made for Sarah the wife of the late Mr Isaac at [...] — ordered that the Clerk notify the Hazan thereof

The President also reported that Mortimer [son] of the late Mr Sam[ue]l I Tobias was buried on the Beth Haim Shalishi on the 27 ult. next to his Father on the S. side

On Motion Resolved that the Room now occupied as our place of Worship be given up on the 1st May next the [Parnas] to give the Notice on the 1st Feby —

Resolved that the Trustees will meet on the 19th Instant for the purpose of considering the Mode of Selling the Seats in the New Synagogue & for other purposes connected with the same

Also Resolved that Mr Solomon Jackas be requested to furnish the Trustees with a List of all persons Male and Female upwards of thirteen years of age who are attached to this Congregation, as far as the same is practicable, so as the Trustees may have the same on or before the 12th Ins. —

Also Resolved that the Remonia belonging to Mr [...]ary Judah be repaired under the Superintendance of the building Committee —

Adjourned

[signed] Clerk

January 19. 1834

At a Meeting of the Trustees
Present         Naphtali Phillips
                Moses L M[...]
                Moses B Seixas
                Aaron Judah

The Minutes of the former Meeting read & approved — The President by Message communicated to the Board that he was unable to attend the Meeting of this day, and transmitted the list furnished by Mr Solomon Seixas of all persons Males and Females upwards of 13 years of age who are attached to this Congregation as far as was practicable for him to obtain agreeable

CSI12613