# EXHIBIT 40.09

Bill of [illegible]

Invitation from Rev H P Mendes inviting the Trustees in behalf of his father Rev A P Mendes, to attend the re consecration of the New Port Syng" under his charge, on the ensuing Shabat "B'Shiurah" was received, accepted, and ordered on file.

On motion of Mr Lane $100 was appropriated to enable David Almalah to return to his native land — to be paid to Mr Henry S Allen who applied for same in behalf of Mr Almalah long attached to the Cong"

On the recommendation of the Finance Committee the Treasurer was requested to deposit on call at the best obtainable rate of interest with the U S Trust Co of this City the sum of Ten Thousand dollars from the balance of money in his hands belonging to the Cong"

Fifty Dollars was authorized for the Library of the Pol TT School, and Fifty Dollars was appropriated to refurnish the Hazan' room by the Building Committee.

Mr Lane moved to take from the table the Resolution of Mr Phillips in relation to Rev" Hazan Nieto.
                    Carried — Mess G Nathan & I Nathan in the negative
Mr Phillips offered his Resolution that the Rev" D H Nieto be elected to serve as Rev" Hazan under the terms and conditions of his existing Contract, from the expiration of said Contract until 1 Aug" 1884.

Mr G Nathan moved to amend by making the expiration 1 Nov '83 instead of 1 Aug '84 and by adding that the subject of electing our Rev" Hazan be referred to the Electors at the next Annual meeting

CSI12614