# EXHIBIT 40.10

1883                                                                                           243

26 Tebet 5643                                                          January 4, 1883 P.M.

Present: I. Blumenthal Esq
         Isby Nathan
         C. I. Lane
         D. Danzy

Minutes of meetings of 13 & 25 December read and confirmed.

Bill from L.I. including Sifroaki L. Samuel on family plot 19 taken by her Nephew E.H. Bates for $150 — no other charge — the Sandeks's & Shellis — by Rev at charge of $25 — Raf. Levy — Taylor at charge of $25 & Dr. Rachel Peters — Reg. fee at charge of $25 —
The Hon Sec reported Sunday Warrants drawn from No. 114 to 151 both dates inclusive

Communication from Mrs. Isaac and Lionel Moses transmitting Trustees for Resolution on death of their Father A.R. Lloyd was read and ordered on file.

Application received from Simpson Solomons Collector asking increase of Commission for Collecting and on motion it was Resolved, that the same be increased from 5 to 6 per cents.

The President was authorized to draw a warrant for $200 — in favor of Rev. D. Nicholas M.F. Haram in advance of salary, to be reimbursed by deduction from monthly warrants of $30 — each — until end of July, the warrant at that time to deduct the balance & refund the advance.

The Clerk was authorized to deliver to the Collector at the usual time the Seat Bills from 1 Aug to 1 July '82. Seat Bills unpaid by 1 Feb may revert to Trustees to elect. Also to deliver the Offering Bills from 1 July '82 to 1 Jany '83.

D. Lane stated that he had completed and had recorded the Collateral Mortgage from H. O'Neill on her 5" Av. & 20" St. property, and had left same with Treasurer, and also deposited the Abstract of title with the Clerk.

The following Bills were ordered paid:
Mutual Gas Light Co 136 lights value of $57 ~ L. & Donnell charges at B.H. $6 — Vanderbeck, Sexton & workers $15 — L.E. Nathan Sundry $6 ~ Brown, Sundry gas sundry $2 ~ Isby Chase baskets $3 ~ Neff & Black $3 — O'Neil, attendance Dec, Jany & Feb $3 — J. Daly, L.B.H. Exp. $3 — J. Blumenthal for Sundries Int. Exp. $11 —

The President reported sale of old Carpeting for $130 — and the same had been paid to Treasurer.

A Communication from Mrs. Jane Pyke was received, asking to purchase a Plot in Beth Haram, in order to disinter her husband, children, and Mother and to inter them in said Plot. The Clerk was instructed to inform Mrs. Pyke that the interments referred to not having been made conditionally and invoked according to cemetery rules, her request could not be complied with.

Application from Hebrew Orphan Asylum asking the donation of a Sefer Torah, was referred to Parnas & Segan to report on at next meeting.

Communication was rec'd from Hauran announcing that Mr. S.A. Hauran of Boston had presented to the Cong — pair of Sefer handles and a wooden Yod, from the Holy Land — On motion of Mr. Nathan it was Resolved that a pair