# EXHIBIT 40.11

249

The Finance Committee was authorized to ascertain and report on what interest the amount now in hands of Treasurer can be invested for the Cong — and the notes by whom the same of $10,000...

The 4th June next was designated to the attention of the Hazan for the election of Trustees (Mr. Lane in negative)

Mr. Phillips called up the Resolution offered by him at last meeting providing for the extending of the Contract with Revd. D. A. Nieto as Hazan for one year from 1st Aug next.

D. S. Nathan moved that the subject of electing an Assistant Hazan be postponed until the first meeting of the Board in July next. Ayes G. Nathan, J. Nathan 2 — Noes President, Phillips, Lane, Demeza — 4   Lost

Mr. G. Nathan moved to amend by postponing the subject until the first meeting in June next.
Ayes President, G. Nathan, J. Nathan 3  Noes Phillips, Lane, Demeza 3   Not carried

Mr. G. Nathan then moved that the original Resolution offered by Mr. Phillips do lie on the table.
Ayes President, G. Nathan, J. Nathan 3   Noes Phillips, Lane, Demeza 3
There being an equal division the President by a Casting Vote declared the motion to lie on the Table carried.

On a motion to adjourn Mess. Phillips, Lane, and Demeza retired from the meeting and a quorum not there being present the meeting was
Closed
Isaac Phillips Clerk

---

10° Iyar 5643                    Evening of May 17, 1883
         Present   Joseph Blumenthal Esq. President
                   J. Edgar Phillips
                   Gratz Nathan
                   Charles A. Lane
                   David Demeza
                   Julian Nathan

Minutes of last meeting read, amended, and passed as correct.

The President reported Sundry Warrants drawn from J. 238 a 242 both inclusive

The name of the late Mrs. Sarah Moss was authorized to be placed on the list of perpetual Chatith $12½ having been paid to Treasurer for the same.

A communication was received from Dr. Hosha Goney asking permission to transfer one half of the Pit... [illegible]