# EXHIBIT 40.12

Minutes of meetings of 13 & 21st December read and confirmed

Bot Haim S. I. including Sylvester L. Samuel in family, plot 19 taken by his Nephew E S Nates for $130 — another charge of $25 — New Graves dug to H Childs in 6, 9av at charge of $25. Roof Levy in 6, 9av at charge of $50 & Mr Rachel Pike in Inq Row at charge of $25 —

The President reported sundry warrants drawn from No 114 @ 151 both dates inclusive

Communication from Mefs Isaac and Lionel Moses thanking Trustees for Resolutions on death of their Brother A R B Moses was read and ordered on file.

Application received from Sampson Solomons Collector asking increase of commission for Collecting, and on motion it was Resolved that the same be increased from 5 to 6 per cents.

The President was authorized to draw a warrant for $200 in favor of Rev D H Neele Asst Hazan as advance of Salary, to be reimbursed by Reductions from monthly warrants of $30 each until end of July, the warrant at that time to deduct the balance to Refund the advance

The Clerk was authorized to deliver to the Collector at the usual time the Seat Bills from 1 Jany to 1 July '83. Seat Bills unpaid by 1st Feb may Revert if Trustees so elect. Also to deliver the Offering Bills from 1 July '82 to 1 Jany '83.

Mr Lane stated that he had completed and had Recorded the Collateral Mortgage from H O'Neill on her 6th Av & 20th St property, and had left same with Treasurer — and also deposited the Abstract of title with the Clerk.

The following Bills were ordered paid:
Mutual Gas Light Co 18 Sept 18 Dec $157 20/100. L McDermott cleaning 21st B H $6 — Vanderhoek Sprinkling to 20 Nov $15 — C S Nathan Jewels, $— Cowen Thanksgiving printing $2 15. Adey Choir leader $3 — Reps Clock $3 — O'Neil attendance Dec 7/ $— P Daly 20 B H & $3 — S Blumenthal for Shovels Ash Cans $11 —

The President reported Sale of old Carpeting for $130 — and the same had been paid to Treasurer

A Communication from Mrs Jane Pyke was received, asking to purchase a Plot in Bet Haim, in order to disinter her husband, children, and Mother and to Reinter them in said Plot. The Clerk was instructed to inform her that the interments referred to not having been made Conditionally and Recorded according to existing Rules, her request not be complied with

Application from Hebrew Orphan Asylum asking the donation of a Sefer Torah, referred to Parnas & Segan to report on at next meeting

Communication was rec'd from Hazan announcing that Mr A A Marcus of Boston had presented to the Cong a pair of Hebrew & Olive wood and a wooden Yod, from the Holy Land — On motion of Mr Nathan it was Resolved