# EXHIBIT 40.13

... substitution — and on which the President and two Trustees to audit Mr Lane's account and the President to draw a warrant for the same — and in the meantime Mr Lane's authority to employ Counsel is revoked.

The motion was adopted (Mr Matthew Lane, not voting)

The President appointed G. Nathan & D. Gomez as the Two Trustees to audit.

The President was authorized to designate two Sepharim to be used by the Newport Cong" during the pleasure of the Board — and a sum not exceeding $25 = appropriated for the purchase of prayer Books according to Sephardim minhag for the use of the members of the Newport Cong".

The Thanks of the Board were authorized to be conveyed to the Revd A. P. Mendes (of Newport) for his sermon delivered in our Synag" on 1st day of Pesover.

$175 = was appropriated for Flowers &c for Shebugnote under the direction of Mr Julian Nathan

Adjourned
Isaac Phillips
Clerk