# EXHIBIT 40.14

248

(Evening) 25 Adar Shenee 5643 Present J Blumenthal Esq President — 2nd April 1883
Gratz Nathan
Julian Nathan

No quorum appearing after waiting the usual time, the members separated.

---

7 May 1883 (Evening)

(Evening) 1st Iyar 5643 Present J Blumenthal Esq President
J Edgar Phillips
Gratz Nathan
C A Lane
D Demeza
Julian Nathan

Minutes of last meeting read and passed as correct.

The President reported having sold interments in Beth Haim [illegible] at a charge of $[illegible] [illegible] for Julia Isaacs in the plot of her late father, at a charge of $20.
The President reported having [illegible] drawn from A 1496 to A 227 both inclusive.

Bill of S J Isaacs for Oil and Extinguishers $31.24 ordered paid.
Bill of B Cowles for Stationery, quoted $254.10 ordered paid. Mr G Nathan in the negative on the ground that it was [illegible] per cent more than the rate of the party who previously and for several years had furnished stationery. Mr J Nathan also in the negative not having been present when the appropriation was made.

A letter was received from Rev A P Mendes dated [illegible] thanking the Trustees for their confidence in recommending him to the Authorities at New Port to take charge of the Synag at that place. Ordered on file.

The President presented duly executed the lease of premises 7 W 19 St from 1 May at $2300 per annum according to Resolution of Board at last meeting.

A letter was read from Mr Henry S [illegible] in behalf of Mrs [illegible] to become an inmate of the Home for aged Israelites asking for her interment at her death in the Beth Haim of the Cong.n without charge, on her paying at once $25 to our Treasury. The application was agreed to provided no religious disqualification exists at time of her death.

The sum of two dollars per month was allowed to Moses David from 1 May inst during the pleasure of the Trustees.

Invitation from the Rev [illegible] for the Trustees to attend the consecration of his new Institution, accepted.

The Building Committee authorized to procure [illegible] and [illegible] for Synag.e at cost not exceeding $30
The Beth Haim Committee authorized to repair Walls at Beth Haim 11th St at cost not exceeding $[illegible]