# EXHIBIT 40.15

C A Lane the Attorney in Hart v the Trustees be instructed to retain Stephen P. Nash, Esq. as Counsel to try the case for the Defendants in addition to Mr Robt N Waite, who is already retained as matter by said Attorney.

The Resolution was adopted. Ayes — President, G. Nathan, Demeza 3 — Noes Lane & Phillips

On motion of Mr Lane it was Resolved that One hundred Dollars be appropriated as a donation to Levy his extra labor during the Repairs of Synag' last summer — Ayes President, Lane, Demeza 3. Noes — Phillips

The Revd H P Mendes, Hazan, reported some correspondence in relation to re-establishing Service in the New [Synagogue] Whereupon on motion of Mr G Nathan it was Resolved, that the Communications be referred to a Committee the Parnas, with instructions to propose as early as possible a definite plan for the re-establishment of Services Synagogue under suitable auspices

(Mess G. Nathan, Phillips, Demeza, with the Parnas, appointed Such Committee)

L McDermott's Bill $6 — removing dirt from Bet Haim 21st St was authorized to be paid

Mr G Nathan offered the following Preamble and Resolutions which were adopted:
Whereas Abr R Brandon Moses who was for twenty years a Trustee of this Congregation and for President of the Board departed this life on the 14th ulto,
Resolved — that this Board bear testimony to the long and valuable services rendered to the Cong" by the [deceased] to his public spirit and efficient activity in promoting the interests of the Congregation
Resolved, that the foregoing preamble and resolution be entered in full upon the Minutes Copy of the same be forwarded to the family of the deceased

Resolved that the heartfelt sympathy of the members of the Board is hereby tendered D J A Nieto in the bereavement recently sustained by him in the death of [his ...]

Adjourned