# EXHIBIT 40.16

11° Tebet 5643 }                                    21° December 1882

Present   Joseph Blumenthal Esq. President
          Gratz Nathan
          C A Lane
          D Demera
          Julian Nathan

The Committee appointed at last meeting on the subject of reviving service at the New Port Synag" presented copy of a Resolution adopted by the N.P. City Council Nov 7. 1882 by which the Committee on Finance of said Council was authorized and empowered "to act in relation to a Minister of the Jewish Synagogue and the income of the Fund for his support", whereupon the following Resolutions were adopted: Resolved, that in view of the fact that the Revd Abraham P. Mendes at present the Preacher of the Cong" of Spanish and Portuguese Jews of London proposes to take up his residence at New Port R.I. and to engage at that place in the instruction of Jewish youth, it is proper that suitable arrangements should be made for the reopening of the Touro Synagogue,

Resolved that a call to the Ministry of said Synagogue is hereby extended to the Rev. Abraham P. Mendes, who is hereby designated during the pleasure of this Board as the Minister of said Synagogue and the religious instructor of the Jewish Community at New Port

Resolved that the Civic Authorities in whose hands are confided the care of the Synagogue and the administration of the Touro Fund are respectfully requested to place said Minister in charge of said Synagogue, and to make such allowance out of said Fund for his salary as the condition of the Fund may admit

                                                  Adjourned   Isaac Phillips Clk

(The following is copy of the letter of the Clerk to Rev. A P. Mendes transmitting to him the foregoing Resolutions)

        Rev. A P. Mendes
                London —   Dear Sir —   I transmit herewith copy of Resolutions adopted at a meeting of the Trustees of the Cong" Shearith Israel of New York, held 11° Tebet 5643 (instant) and I am instructed to state that the said Trustees do not assume nor make any obligation to the in requesting the Authorities at New Port charged with the administration of the Touro Fund to make such allowance out of said Fund for his (your) salary as the condition of the Fund may permit

                                      Very Respectfully  Isaac Phillips Clerk