# EXHIBIT 40.17

_____ in _____ & the Trustees be instructed to retain Stephen P. Nash Esq. as Special Counsel to try the Case for the Defendants in addition to Mr. Robt N. Waite who is already retained as Counsel in this matter by said Attorney.

The Resolution was adopted — Ayes Prsident, G. Nathan, Demeza 3 — Noes Lane & Phillips 2

On motion of Mr Lane it was Resolved that One hundred Dollars be appropriated as a donation to Levy I. Isaacs for his extra labor during the Repairs of Synag last summer — Ayes Prsident, Lane, Demeza 3 — Noes Phillips, G. Nathan 2

The Revd H P Mendes, Hazan, reported some Correspondence in relation to re establishing Service in the New Port Synagogue. Whereupon on motion of Mr G Nathan it was Resolved, that the Communications be referred to a Committee of 3, and the Parnas, with instructions to propose as early as possible a definite plan for the Re establishment of Services in the New Port Synagogue under Suitable auspices

(Messrs G. Nathan, Phillips, Demeza, with the Parnas, appointed Such Committee)

L. McDermotts Bill /6 removing dirt from Beth Haim 21st Sr was authorized to be paid

Mr G Nathan offered the following Preamble & Resolutions which were adopted:

Whereas Abr R Brandon Moses who was for twenty years a Trustee of this Congregation and for sometime the President of the Board, departed this life on the 14th ulto,

Resolved that this Board bear testimony to the long and valuable Services rendered to the Congn by the lamented deceased

CSI12622