# EXHIBIT 40.18

[Page 275 of handwritten minute book — illegible cursive handwriting.]