# EXHIBIT 40.19

| | £ | s | d |
|---|---|---|---|
| To Pinus Van Zant for a new Pump | 2 | 12 | 3 |
| To the שמש For flowers, clean:g y Candlesticks, Carpenter & paint work | 2 | 9 | 0 |
| To Cash p.d Isaac Moses for 10 ℔ Wax in M.rs J. Judah's time | 0 | 16 | 0 |
| To D.o p.d Isaac Isaacs for carry.g Jos: Moses to Goal | 0 | 10 | 0 |
| To D.o p.d Taxes for דין Towards build.g a Bridewell &c; | 1 | 15 | 3½ |
| To D.o for the רבי ושמש for D.o 3/1½ D.o Housetax 40/ | 2 | 3 | 1½ |
| To D.o for Work done to the בית החיים &c; to In.o Burger & Son | 9 | 0 | 9 |
| To D.o Paid Asher Myers for mend.g the Copper | 1 | 0 | 0 |
| To D.o for 2 Load Sand | 0 | 5 | 0 |
| To D.o for Board.g Lodging & Provision to Isaac DeSilva to go to Liverpool | 1 | 9 | 0 |
| To 83 ℔ Bees wax | 0 | 10 | 4 |
| To Rachel Campanal a Quarter year allowance | 5 | 0 | 0 |
| To Cash p.d Isaac Isaacs for Lodg.g & boarding Isaac Garmin 3 weeks } By agreement of the Parnasim & Elders — a 20/ p.r week | 3 | 0 | 0 |
| To Cash p.d the רבי a Quarter Salary | 10 | 0 | 0 |
| To D.o p.d the שוחט a Quarter Salary £8.15.0 Lead 15/ | 9 | 10 | 0 |
| To D.o p.d the שמש D.o £5. Sundry other expences to D.o £1.17.11 | 6 | 17 | 11 |
| To D.o p.d Window mending for the | | | |

CSI12624