# EXHIBIT 40.20



## Of Sheerith Israel — Cr

| Description | | £ s d |
|---|---|---|
| By Cash rec'd of Mr Myer Myers late parnas | | £23 17 6 |
| Rec'd of Mattathias Gomez for a legacey left the Synagogue by his deceased Father the late Mr Isaac Gomez | | 15 0 0 |
| Rec'd of three Nedaboth | £6 2 0 | |
| taking out of the Charity box | 1 2 9 | 7 4 9 |
| Rec'd of Outstanding debts | | 6 13 0 |
| Rec'd of Generall Offerings | | 162 13 0 |
| | | £215 0 3 |

### Generall offerings rec'd viz:

| Name | £ s d | Name | £ s d | Name | £ s d |
|---|---|---|---|---|---|
| Nathan Frizy | 1 19 0 | Am't bro't forward | 110 0 0 | Outs'g debts bro forw £110 7 3 | |
| Lyon Nathans | 0 7 6 | Moses Judah | 12 — | Jacob Myers | 1 — — |
| Asher Myers | 6 10 0 | Matta Gomez | 9 — | Levy Marks | 1 12 6 car'd forw'd |
| Abm Vaugh | 1 1 6 | Myer Cohen | 1 0 — | Mich. Sol'n Hays | 7 4 — d° |
| Abm Gomez | 0 9 6 | Moses M. of Gomez | 1 2 — | Moses Ja. Hays | 1 10 — d° |
| Abm Js. Levy | 3 1 0 | Raphiel Jacobs | 2 3 6 | Michael Gratz | 4 1 — d° |
| Abm Seixas | — 13 — | Samson Simson | 1 1 6 | Myer Cohen | 1 2 — d° |
| Aaron Cardoso | — 4 6 | Sol'n Simson | 3 — — | Moses Cohen | 1 0 6 d° |
| Andrew Hays | — 13 6 | Sam Judah | 2 4 — | Myer Solomons | 2 2 — d° |
| Benjamin Gomez | 16 17 — | Sol'n Myer Cohen | 0 16 6 | Phillip Cohen | — 15 6 d° |
| Benjamin Etten | 1 9 0 | Sol'n Hays | 1 15 — | Raphiel Jacobs | — 11 — paid |
| Baruch Hays | 1 11 — | Uriah Hendricks | 2 1 — | Solomon Hays | 6 12 6 car'd forw'd |
| Baruch Judah | — — 6 | Moses Etten | — 4 6 | Sam Delucena | 2 2 — d° |
| Benjamin Seixas | — 16 6 | Joth'n Isaacs | — 16 — | | |