# EXHIBIT 40.21



Of Sheerith Israel                                                                  Cr

| | | £ | s | d |
|---|---|---|---|---|
| By Cash rec.d of M.r Myer Myers late parnas | | 23 | 17 | 6 |
| rec.d of Mattathias Gomez for a legacey left the Synagogue by his deceased father the late M.r Isaac Gomez | | 15 | 0 | 0 |
| rec.d of three Nedabotk | £ 6..2..0 | 7 | 4 | 9 |
| taking out of the Charity box | 1..2..9 | 6 | 13 | 0 |
| rec.d of Outstanding debts | | 162 | 13 | 0 |
| rec.d of Generall Offerings | | 215 | 0 | 3 |

Generale offerings rec.d Viz.t

| Name | £ s d | | Name | £ s d | | Name | £ s d |
|---|---|---|---|---|---|---|---|
| Nathan Snizer | 1..10..0 | Am.t br.t forward | 110..0..0 | Outst.g debts br.t fow.d | 100..7..3 |
| Lyon Nathans | 0..7..6 | Moses Judah | ..12.. | Jacob Myers | 1....6 |
| Asher Myers | 6..10..0 | Matta. Gomez | 9..4.. | Levy Marks | 1..10..6 cad fow.d |
| Abm Vaugh | 1..1..6 | Myer Cohen | 1..0.. | Mich. Sol.n Hays | 7..4..15 |
| Abm Gomez | 0..9..0 | Moses Mord. Gomez | 1..2.. | Moses Ja. Hays | 1..10 d.o |
| Abm.o Jo. Levy | 3..1..6 | Raphael Jacobs | 2..3..6 | Michael Gratz | 1..1 d.o |
| Abm Seixas | ..13.. | Samson Simson | 11..1..6 | Myer Cohen | 1..2 d.o |
| Aaron Cardozo | ..4..6 | Sol.n Simson | 3.... | Moses Cohen | 1..0..6 d.o |
| Andrew Hays | ..13..6 | Sam. Judah | 2..4.. | Myer Solomons | 2..2.. d.o |
| Benjamin Gomez | 10..17.. | Sol.n Myer Cohen | 0..16..6 | Phillip Cohen | ..15..6 d.o |
| Benjamin Etten | 1..9..0 | Sol.n Hays | 1..15.. | Raphael Jacobs | ..11.. paid |
| Baruh Hays | 1..11.. | Uriah Hendricks | 2..1.. | Solomon Hays | 6..12..6 cad fow.d |
| Baruh Judah | ....6 | Moses Etten | ..4..6 | Sam. Deluxena | 2..2.. d.o |
| Benjamin Seixas | ..16..6 | Josh. Isaacs | ..16.. | Bernard Gratz | 1..9..6 d.o |
| Daniel Gomez | 0..14.. | | £ 162..13..0 | Sol.n Marache | 3..7..6 d.o |
| Deborah Gomez | 2..1.. | | | Jacob Cohen | ..14..6 d.o |
| Manuel Myers | 4..9..6 | Outstand.g debts received Vizt | | Mich Ja. Hays | ..5..6 paid |
| Manuel Josephson | 1..9..6 | Riche Frankes | 1..16..0 | Hayn Levy Jun | 2..11.. Car. fow.d |
| Eliazer Levy | 4..9.. | Uriah Hendricks | 1..17.. | Dav. Hays Sen | 2..9..6 D.o |
| Eliazer Sam. Levy | 1..0..6 | Moses Judah | 0..4.. | Benj. Hays | ..11.. d.o |
| Gershom Seixas | 1..10.. | Johanan Jacobs | 1..5..0 | Isaac Baloma | ..2..6 |
| Hayman Levy | 13..10..6 | Hillel Judah | 0..9.. | Benj. Etten | 4..19..6 P. |
| Hayman Saunders | 0..10.. | Manuel Josephson | 0..9.. | | £ 64..16..9 |
| Hayman Levy of Newport | 13.. | Hayman Levy of N.S. | 13.. | | |
| Hillel Judah | ..6.. | | £ 6..13..0 | | |
| Isaac Adolphus | 10..2..6 | Debts still Outstanding Viz.t | | | |
| Isaac Aaron Cohen | 1..16.. | Abm Vaugh | 0..15..6 paid | | |
| Isaac Seixas | 2..0..6 | Benj. Jacobs | 0..1..6 paid | | |
| Isaac Moses David | 4..14..6 | David Frankes | 2..16.. D.o | | |
| Isaac M. Isaacs | 0..4.. | David Jacobs | 2..17..6 cad fow.d | | |
| Isaac Pinto | 0..13..6 | Joseph Jacobs | 2..12..6 D.o | | |
| Joseph Simson | 4..11..6 | David Hays Jun | 1..1.. paid | | |
| Jonah Phillips | 4..11.. | Elazar Benjamin | ..17..6 Paid | | |
| Jacob Myers | 0..14..6 | Hillel Judah | ..10..6 paid | | |
| Johanan Jacobs | 0..9.. | Isaac Solomons | 2..18..3 car. fow.d | | |
| Myer Myers | 6..3..6 | Isaac Pinto | ..4.. paid | | |
| Moses Gomez | 7..7.. | Josh. Levy | 2.... car. fow.d | | |
| Michael Sol.n Hays | ..13..6 | Josh. Simons of N.K. | 2..1.. 25/10 d.o | | |
| carried forward | £ 110..0..0 | Carried forward | £ 100..7..3 | | |

Errors Excepted

Benj.n Gomez