# EXHIBIT 40.22

On motion resolved that the [Nos] 27 & 104 in the
Gallery & No 143 & 144 mens seats are paid for before
Shabas, that the same will be released at auction
in the Synagogue on Wednesday Afternoon at 5 OClock
& that the Clerks enclose to Mr Jacob Abrahams &
Mr John I. Hart this resolution, & also to inform
Mr Hart that Mr Jacob Levy refuses to pay for No 104
in the Gallery transferred to Mr Levy by Mr Hart &
that the Parnas give notice of the same in Synagogue

—————

Meeting June 9 1822

Present N Phillips
        M L Moses
        Cany Judah
        Judah Zuntz
        Dan Hart
        M M Noah

Minutes of last Meeting
    read & approved

The Parnas stated that the bills refused payment
as inserted in the last Minutes by Mr Jacob Levy
were paid by Jacob Abrahams the Original Purchaser
Viz Gallery Seat — No 27    10.50
Preemption on Mens Seat No 143 & 144    50
                                $11.5 & that Mr
Abrahams also p⁴ 75/100 for Gallery Seat No 104
purchased by J. I. Hart. On motion

