# EXHIBIT 40.23



| Dr. Debt: — The Holy צדקה | | AM 5527 |
|---|---|---|
| To Half a Year Salary p.d the חזן Includ.g house rent | | 30 0 0 |
| To Do. P.d the רבי | | 20 0 0 |
| To Do. P.d the שוחט £17-10. a p.r Pincers 1/6. Lead 2/6 | | 19 2 6 |
| To D. P.d the שמש 10. 0. to d.o for Negro hire. 6/ | | 10 0 6 |
| To Half a Year allowance paid Rachel Campanall | | 10 0 0 |
| To Do. P.d Hanah Louzada | | 9 12 0 |
| To Isaac Isaacs for board.g Jacob Poloch פסח | | 0 14 0 |
| To the שמש for חרוסת | | 2 5 6 |
| To Peter Marschalk for מצות on p.r Acc.t | | 4 1 9 |
| To a Poor Man | | 0 10 0 |
| To Mrs Sarah Levy for half a year allow.ce for Wood | | 1 5 0 |
| To Cash p.d Tax for the חזן | | 0 19 9 |
| To 50 lb Wax a 1/8 | | 4 3 4 |
| To 1½ Gall.n Sweet Oyl 15/ To 2 Jugs Rape Oyl 36/ | | 2 11 0 |
| To Sinur Van Zant for a new Pump | | 2 12 3 |
| To the שמש for flowers, clean.g y.e Candlesticks, Carpenter & paint work | | 2 9 3 |
| To Cash p.d Isaac Moses for 10 lb Wax in Mr. J. Judah's time | | 0 16 0 |
| To D.o P.d Isaac Isaacs for carry.g Jos: Moses to Goal | | 0 10 9 |
| To D.o p.d Taxes for חזן Towards build.g a Bridewell &c | | 1 15 3½ |
| To D.o for the רבי ושמש for D.o 3/1½ D.o Housetax 40/ | | 2 3 1½ |
| To D.o for Work done to the בית החיים &c, to Jn: Burger & Son | | 9 0 9 |
| To D.o Paid Asher Myers for mend.g the Copper | | 1 0 0 |
| To D.o for 2 Load Sand | | 0 5 0 |
| To D.o for Board.g Lodging & Provision to Isaac DeSilva to go to Liverpool | | 1 9 0 |
| To 83 lb Bees wax | | 6 18 4 |
| To Rachel Campanal a Quarter year allowance | | 5 0 0 |
| To Cash p.d Isaac Isaacs for Lodg.g & boarding Isaac Garmin 3 weeks By agreement of the Parnassim & Elders — a 20/ p.r week | | 3 0 0 |
| To Cash p.d the רבי a Quarter Salary | | 10 10 0 |
| To D.o p.d the שוחט a Quarter Salary £8.15.0 Lead 15/ | | 9 10 0 |
| To D.o p.d the שמש D.o £5. Sundry other expences to D.o £1.17.11 | | 6 17 11 |
| To D.o p.d Window mending for the Hebra | | 0 4 0 |
| To D.o p.d the חזן a Quarter Salary £20. a D.o house rent £5 | | 25 0 0 |
| | £ | 224 19 2¾ |
| To Cash deliver'd Mr. Samuel Hart פנס | | 3 3 5¼ |
| | £ | 228 2 7½ |

New York 9 18th תשרי 5528