# EXHIBIT 40.24

| | | £ s d |
|---|---|---|
| Debt | The July | 3 = = |
| 515 | To Cash for 6½ gallions Oyl as P Accot | 8 = 12 . 11 |
| | To Ditto for Wax & Lead as P Ditto | 2 = 12 . . |
| | To Sundry for Mr Soloman Isaacs for Amsterdam as P Acct | 1 = . . |
| | To Cash paid the Samas 2 Weeks Board Soloman Isaacs | 1 = 8 . |
| | To Negrow hyer 10/ Sand 7/6 Cotton 1/9 Clanning 2/ Mason Wah 7/ as P Acct | 1 = 0 = |
| | To glaser Work & glass 4/8 Blosom for Sabboth 13/9 Clanning 2/ | = 11 12 . |
| | To Mr Catting for making Matsow 3/ Leader 5/ Sealing Wax 4/6 as P Acct | 7 = 5 . |
| | To Mrs Cornales Clopper 2 Quarter House Rent    as P Reced | 4 . . = . |
| | To Richard Askene for Abraham Pana      as P Reced | 2 . . = . |
| | To Cash Deliver Jacob Aaron as P Order   & hout Hand | 3 = 3 . |
| | To Cantero & Rivara Son for Rhode Island    as P Acct | . |
| | To Mr Hays for 2 Week Board & Logen 20/ Clanning 1/ as P Acct | 1 = 1 |
| | To Sighting the Candels 1 Quarter 6/ & Deliver Mr Abraham as P Acct 25/ | 1 = 11 |
| | To Cash Delivered Mrs Nabaro & provissons as P Acct & Order 20/ Sundry times | 2 = 15 |
| | To Cash to Mrs Hays as P Order 24 Week at 6/ as P Acct | 7 = |
| | To Ditto pay Mr Benjamin Parare Hazan 6 Month Salary £25 | |
| | To Ditto         the Shohett Do    12.10 | |
| | To Ditto         the Samas  Do   10 . . = | |
| | To Ditto         Mrs Rachel Valle allowance 10 . . — | 57 |

CSI12629