# EXHIBIT 40.25

Case 1:12-cv-00822-LM-AKJ   Document 55-66   Filed 02/02/15   Page 1 of 2 PageID #: 1664

| | The Holy Tsedakah | £ 46.16.5 | 5519 |
|---|---|---|---|
| Debtr | Brought over from the Debtor side | | |
| 5519 | To Cash paid Elias Solomons for Mr. Touzada for 23 weeks Lodgings & Boarding at £20 pr Annum byorder | 0.1.0 | |
| | To Do paid Isaac Navarro byorder | 4.0.0 | |
| | To Do paid Levy Israels for 6 weeks & 3 days Lodgings & Boarding of Solo. Boon at 2/ pr week byorder | 6.9.0 | |
| | paid said Boon at leaving the said Lodgings | 0.16.0 | |
| | To Do paid Aaron Cardoso for 7¼ weeks Lodgings & Boarding of said Boon byorder | 7.5.0 | |
| | paid Do for 2 young men byorder | 1.10.0 | |
| | To Do paid Myer Myers for an Acct. he paid William Wimbleton the mason for altering the Chimney in the Hebra as pr Acct. Receipt & byord | 4.13.0 | |
| | paid Do for Ditto for David Provost the Smith for a. use of pasd. | 0.10.6 | |
| | To Do paid for the use of Solomon Boon | 0.5.0 | |
| | To Do paid the Hazan Mr. Pinto for his Salary to the first of this month £10.0.0 Sterling at 70 Exchange | 17.14.0 | |
| | To Do paid Rachel Campanall's her half years allowance | 10.0.0 | |
| | To Do paid Mr. Myer Myers for a piece of plate order'd Mr. Abrm. Jo. Abrahams in consideration of his serving as a Hazan to the Kaal & byorder | 20.0.0 | |
| | To Do paid the Samas Elias Solomons for half year Salary | 10.0.0 | |
| | paid Do for 2 Loads of wood & Cartage & and & other petty charges | 1.18.3 | |
| | To Do paid the Sohet Hyam Myers his half years salary | 12.10.0 | |
| | paid Do for his servage for 6 Months | 2.0.0 | |
| | To Do paid Daniel Torres for Masoth Deliver'd the poor being 302 lb at 4d pr lb | 6.1.1 | |
| | To Do paid Do for sundries for the use of makeing the masoth | 0.7.10 | |
| | To Do paid for 4 lb CocoNuts, 6 lb Raisens & 4 lb Almonds & 2 oz. Cinnamon for the use of Harosith & Greens | 1.9.6 | |
| | To Do paid a Negro for his attendance in lighting the Candles for 6 Months | 0.12.0 | |
| | To Moses Franks for a ballance due to him for what he advanced byorder for the use of Mr. Pinto our Hazan as pr Acct. Rendered being £27.11 Sterly Exchange at 70 pr Cent | 19.5.0 | 46.16.0 |
| | | £ 627.2 | |