# EXHIBIT 40.26



Mehoby Tsedaka

| | £ s d |
|---|---|
| To Cash paid Mr. M. Gomez late Parnas | 101. 0. 1/4 |
| To do. paid Andradas a poor man | 1.. 4.. — |
| To do. paid Mr. Abrahams for boarding said Andradas | 3.. — .. — |
| To do. paid the Shoch’t Mr. Hart for 1 Months Salary 5£4, lead 1/9 | 4..13..2 |
| To do. paid Samass for Matso for the poor | 1.. 5.. — |
| To do. paid Amos' Wife | 2.. 8.. — |
| To do. paid Hart Aaron for Two Keys bush to dispatch Two Men Pasage | 2..11.. — |
| To do. paid Samas Acc't of Charges | ..17.. — |
| To do. paid Mrs. Hays for boarding a young men in the Holy days | |
| To Cash remitted to Mr. Moses Levy, Parnas of Newport, by order of the Adjuntos | 15..14..3 |
| To Cash paid for 133. ℔ Bees Wax | 15..15..6½ |
| To do. paid the Hazan for half years Sallery .... £60 | |
| To do. paid the Rubbee for do. do. do. .... 20 | |
| To do. paid the Shoch't for do. do. do. .... 25 | |
| To do. paid the Samas for do. do. do. .... 15 | 120.. — .. — |
| To do. paid Mrs. Michael Hays | 1.. — .. — |
| To do. paid David Hays Sen'r Pension for Six Months .. a 48/ | 14.. 8.. — |
| To do. paid Hannah Lousado for 30 Weeks Pension .. a 10/ | 15.. — .. — |
| To do. paid Shoch't for Lead | 1..18..3 |
| To do. paid Samas his Account of Charges | 4..10.. — |
| To Cash paid hor 2 boxes & 2 Jarrs Oil | 13..15..1 |
| To ditto paid Asher Myers his Acc't in full | |
| | £319..19..4¼ |

Errors Excepted

New York the 12th Heswan 5536

Isaac Moses

CSI12631