# EXHIBIT 40.27

