# EXHIBIT 40.28

## Of Sheerith Israel — Creditor

|   |   | £ s d |
|---|---|---|
| By | Cash received for Three Nedabotts | 8 5 — |
| By | Ditto of Outstanding debts | 8 0 9 |
| By | Ditto from the Charity Box | 0 13 9 |
| By | Ditto of General Offerings | 199 — — |
|   |   | 215 19 6 |
|   | Ballance due to Sampson Simson | 21 19 — |
|   |   | £237 18 6 |

### Received of General Offerings viz:

| Name | £ s d |
|---|---|
| Isaac Glazer | 1 19 — |
| Judah Isher Levy | 2 — — |
| J. Abrahams | 0 19 — |
| Abraham Lopez Pania | 3 3 6 |
| Baruch Judah | 2 8 6 |
| Benjamin Gomez | 7 17 6 |
| Daniel Gomez | 7 9 — |
| David Hays Junr | 2 8 6 |
| Emanuel Josephson | 3 2 6 |
| Emanuel Myers | 3 11 — |
| Elias Mirando | 5 5 — |
| Hyman Levy | 6 13 — |
| Hillel Judah | 1 18 6 |
| Hyam Aaron Levy | 3 7 6 |
| Isaac Gomez | 6 15 — |
| Isaac Adolphus | 10 10 6 |
| Isaac Moses Junr | 0 12 6 |
| Jacob Franks | 12 15 6 |
| Joseph Simson | 5 15 — |
| Joseph Pinto | 3 3 6 |
| Moses Gomez | 7 13 — |
| Moses M. Hays | 7 4 — |
| Moses Judah | 1 13 — |
| Mathias Gomez | 10 10 — |
| Michael Gratz | 3 11 — |
| Judah Hicke | 3 3 6 |
| Raphael Jacobs | 3 17 — |
| Samuel Hart | 6 11 6 |
| Sampson Simson | 11 7 6 |
| Solomon Simson | 3 7 — |
| Samuel Judah | 3 6 6 |
| Uriah Hendricks | 4 0 6 |
| Benjamin Seixas | 0 4 — |
| David Gomez | 0 19 — |
| Isaac Solomons | 0 9 6 |
| Benjamin Jacobs | 1 11 — |
| | £160 17 6 |

| Name | £ s d |
|---|---|
| Isaac Pinto | 0 15 6 |
| Isaac Moses Isaacs | 0 4 — |
| Joseph Jesurun Pinto | 1 13 — |
| Johanan Jacobs | 0 8 — |
| Joseph Jacobs | 0 13 6 |
| Jacob Abrahams | 0 3 6 |
| Moses Benjn Franks | 0 7 6 |
| Michael Jacob Hays | 0 8 — |
| Phineas Abrahams | 0 11 — |
| Judah Jonas Cohen | 0 2 6 |
| Abraham Benedict | 0 3 6 |
| Moses Isaacs | 0 15 — |
| Abrm Isaac Levy | 1 4 6 |
| David Hays Senr | 3 — — |
| Daniel Jores | 1 7 6 |
| David Jacobs | 4 4 6 |
| Isaac Hays | 0 15 9 |
| Joshua Levy | 1 17 — |
| Myer Myers | 6 4 6 |
| Solomon Hays | 1 4 3 |
| Solomon Cohen | 2 11 — |
| Abraham Gomez | 0 7 — |
| Aaron Numes Sandoza | 0 5 6 |
| Andrew Hays | 0 4 — |
| Benjamin Hays | 0 3 6 |
| Eleazer Ben Zaken | 0 19 6 |
| Levy Israel | 0 13 6 |
| Moses Jacob Hays | 0 6 6 |
| Moses Mordj Gomez | 1 0 6 |
| Jacob Myers | 0 2 6 |
| Jacob Moses | 0 2 — |
| Bluma Lourada | 1 18 — |
| Issachar Polock | 2 4 — |
| Naphy Hart Myers | 1 3 — |
| | £38 2 6 |
| | 160 17 6 |
| | £199 — — |

| Recd of Outstanding debts | £ s d |
|---|---|
| Moses Isaacs | 1 15 — |
| Samuel Jonas | 0 7 6 |
| Samuel Israel | 0 4 — |
| Johanan Jacobs | 0 7 3 |
| Philip Levy Junr | 0 7 6 |
| Raphael Jacobs | 0 13 6 |
| Joseph Jacobs | 0 6 6 |
| Moses Benjn Franks | 0 8 — |
| Aaron Lourada | 2 6 6 |
| Eleazer Ben Zaken | 0 13 — |
| Jonas Philips | 0 12 — |
| Moses Jacob Hays | 0 11 — |
| Benjamin Hays | 0 8 — |
| | £8 0 9 |

Errors Excepted.      *Sampson Simson*