# EXHIBIT 40.29

66.. 
17.. 6
9.. 6
4.. 
6.. 6
..  6
                                                    £ 142.. 16.. 5½
14.. 6
2.. 6    Outstanding Debts Elul 29th 5552 from 3d q[ua]r
4.. 6    Solomon M. Cohen - - - -    £ 2.. 2..
5.. 6    Isaac H Levy . - - - - .        6.. 5.. 6
5.. 6    Judah et Myers & Brothers..      6.. 4..
..  6    Josiah Ellis . - - - - -        ... 13..
6        Saml Israel - - - - -           ... 12.. 6
10½      Myer Myers - - - - .            ... 12..
6        Ephraim Hart pd - - - -         ... 11..
         Charity Cohen - . - . .         ... 9..
         Abrm I. Abrahams - - -          ... 8..
         Isaac A. Abrahams - - - -       ... 5..
         Michael Marks - - - .           ... 7..
         Moses Isaacs - - - - .          ... 5..
         Abraham Mesias - - -            ... 6..
         Abrm Danie - - - -              ... 6..
         Hyam Solomons . - - .           ... 4.. 6
         Joseph Pinto - - - - .          ... 6..
         Levy Cohen - - -                ... 2..
                                         £ 9 .13 .6

CSI12634