# **EXHIBIT 40.30**

## Debtr ___ The Holy Sedaka

**5531**

| | | £ s d | £ s d |
|---|---|---|---|
| To Cash paid Mr. Rutgers for 20 yds. Sheeting for 2 pair Sheets | | 2. 7.10 | |
| | made & sent Rachel Campanel per order & thred | 0. 2.0 | |
| | paid Mrs. Cohen for makeing ditto | 0. 0. 6 | 2.10.2 |
| | paid Mr. Isaac Adolphus for sundrys for ditto | | 0. 0. 0 |
| To ditto paid Levy Marks per order | | £ 10.—.— | |
| To ditto paid Hazan | for Wood | 7.10.0 | |
| | Rabby ditto | 7.10.0 | |
| | Samas ditto | 3.—.— | 20.—.— |
| | Hanah Lousada ditto | | |
| To do. paid Hazan for ribbons for the Lulab | | £ 0. 9. 6 | |
| | Clara as per order | 1.16.0 | 2. 5.6 |
| To ditto paid Samas for necessary wood | | £ 1. 5.— | |
| | ditto as per acct for the Cabana | 4. 2.6 | |
| | ditto Ditto per do. for sundrys left unpaid by the last parnas | 3. 0.10½ | |
| | ditto as per do. for sundrys | 2.10.6 | |
| | ditto for 3 8/4 Gallons Whale & 1 pint Oil @ 12/ ⅌ Gallon | 1.14.6 | 13. 2. 4½ |
| To ditto paid Joshua Levy for Levy Moses by order | | £ 5. 0. 0 | |
| | ditto for Dorres Benjamin &c | 3. 0. 0 | 0. 0. 0 |
| To ditto paid Ino. Blank for gutters for the Sinagogue | | £ 1. 2. 0 | |
| | Jn. Wessels for painting ditto | 0.12.0 | |
| | Blake & Prior for work on ditto | 2.13. 3 | 4. 7. 3 |
| To ditto paid Hart Aaron for a Quarters sallery allowed him | | 0. 5. 0 | |
| | ditto for lead | 0. 4. 1 | 0. 9. 1 |
| To ditto paid Whitehead Hicks Esq. for his fees | | 1.12. 3 | |
| | for 37 lb lead 9/3 & a pair pinchers & seals 16/ | 1. 5. 3 | |
| | Clara her expences to Phillada. | 1.—.— | |
| | Mess. Simson for 70 lb wax @ 2/ ⅌ lb | 7. 3.— | |
| | for Haroseth 2/6 & greens 6/6 | 0.15. 0 | |
| | the Rabby Mr. Wm. Abrahams for his disbursments on the Kitching as per order | 0. 0. 4 | |
| | Isaac Marchalck acct for Officers & prer. mazoth | 5.10. 0 | 43. 2. 2 |
| To ditto paid Hazan his half years Sallery | | £ 40.—.— | |
| | Rabby ditto do. | 20.—.— | |
| | Samas ditto do. | 10.—.— | |
| | Shohet. Sallery from 23d Tisri to 21 Tebeth | 4.13. 9 9/ | |
| | ditto do. a Quarters sallery | 6. 5. 0 | 80.10. 9 |
| To ditto paid Hanah Lousada for her half years pension | | | 10. 0. 0 |
| | the passage of Moses Colomeros to Surinam to Capt. Finglass | £ 5. 0. 0 | |
| | paid dispach for ditto | 2. 0. 0 | 7. 0. 0 |
| | | | £ 189. 6.11½ |
| Ballance Due to the Sedaka wch. I now pay to Mr. Asher Myers Parnas | | | 26. 13. 3½ |
| | | | £ 215. 0. 3 |

**New York Apr 19th Nisan 5531**