# EXHIBIT 40.31

publication, and on which the President and two Trustees to audit Mr Lane's account and the President to draw a warrant for the same — and in the meantime Mr Lane's authority to employ Council is rescinded.

The motion was adopted (Mr Nathan Lane not voting)

The President appointed G Nathan & D Gomez as the Two Trustees to audit.

The President was authorized to designate two Sephorim to be used by the New Port Cong" during the pleasure of the Board — and a sum not exceeding $25 = appropriated for the purchase of prayer Books according to Sephardim minhag for the use of the members of the New Port Cong"

The Thanks of the Board were authorized to be conveyed to the Rev. N. S. Mendes (of Newport) for his Sermon delivered in our Synag" on 7th day of Pesach

$175 = was appropriated for Flowers &c. for Shebugnote under the direction of Mr Salimo Nathan

Adjourned
Isaac Phillips
Pres

4th June 1855