# EXHIBIT 40.32



CSI12637