# EXHIBIT 40.33



Dr.     The Holy Tsedakah

| | | | £ s d |
|---|---|---|---|
| 5514 | To Cash p⁰ for 6 Gall⁰ Oyl @ 25/ 56/3 for Cotton &c for 72 lb Bees Wax 135/6 | | 9.16.9 |
| | To D⁰ p⁰ for attending the Candles &c the E Rosh p⁰ for Casting Leads 34/6 | | 1.18.6 |
| | To D⁰ paid by order for Abm̄ Gutierrez Despatch 30/ to D⁰ Myers for Minyan p⁰ 24/ | | 1.14.— |
| | To D⁰ p⁰ to D⁰ Lion Leg⁰y to D⁰ for Cutting the Iron Rods for the Blanches 5/ | | 2.5.— |
| | To D⁰ by order to the Wid⁰ Hannah Louzada 50/ to D⁰ by D⁰ Moses Cardoze 60/ | | A.10.— |
| | To D⁰ p⁰ the Wid⁰ Lopes 22 Weeks Allowance @ 1/ to 2 Load Wood 9/ | | 11.6 |
| | To D⁰ p⁰ to Judah Israel to Repay Again 2/6 to Cleaning the Synagogue Windows 19/ | | 5.19.— |
| | To D⁰ p⁰ for a New Plan to the Wid⁰ Hays 5/ to D⁰ p⁰ for Passing to Myself day 63/ | | 3.8.— |
| | To D⁰ p⁰ the Sama for Sundrys for the Synagogue &c 7.9 to Do 6/ | | 0.13.9 |
| | To D⁰ p⁰ Isaac Soares by order 5/ to D⁰ to a Young Man &c 16/ | | 1.1.— |
| | To D⁰ Paid Mordecay Levy Madura's Passage £5.0.0 | | |
| | D⁰ p⁰ for 1 fiskin Beef 18/ Sundry other Provisions for D⁰ 29/6 2.7.2 | | 7.7.2 |
| | To D⁰ Paid the Hazan Benjamin Pereyra's half years Salary | | 25.— |
| | To D⁰    Rodeck Haim Myers   D⁰ | | 12.10.— |
| | To D⁰    Sarsiap   of D⁰ | | 6.8.— |
| | To D⁰    James Elias Solomons   D⁰ | | 10.— |
| | To D⁰    to Rachel Campanal ½ Years Allowance | | 10.— |
| | | | £107.17.2 |

Ballance due to the Tsedakah
which now delivr to Mr Joseph ___    57.1.11

£164.19.8

Errors Excepted    New York Febry 3 5515

Sam⁰ Hart