# EXHIBIT 40.34

Debr.          The Holly Sedaka

| 5520 | | | |
|---|---|---|---|
| | To Cash paid for Watching the candles &c. per Night | | 0: 5 — |
| | To Judah Israel for Flowrs greens bread beer & fruit for Tabn. | 3: 1: 9 | |
| | To Ditto for 18 Weeks boarding Wm. Malkey 18/ £16:4:0 | | |
| | To Do. for out fitt for Do. 13/7. Pasage to Rhoad Island 1:17:7 | 18: 1: 7 | |
| | To Wood p order to Judah Israel Samas. | | 7: 10 |
| | To Solh. Bogn p. Agreem. for his dismission | | 5 — — |
| | To 16 boards for covering part of the Tabernacle & Cart 1/ | | 1: 0: 6 |
| | To 4 Cord Oke Wood to Js. Nabaro & Cart 9/ p order | | 6: 8 — |
| | To Widdow Solomons for Ditto | | 6: 8 — |
| | To Widdow Nabaro for Subsistance in her abcele | | 1 — — |
| | To Cart 2 boards from the burr'g ground 1/6 Smith 2/ | | 0: 3: 6 |
| | To Mendg. Windows 7/6 New for the Carpenters 6/ | | 0: 13: 6 |
| | To 6 load Sand 36/ Carring in 3/ two brooms 1/4 | | 2: 0: 4 |
| | To Jacm. Lagelier for Covering the Tabernacle &c | | 1: 16: 4½ |
| | To Hazan 1 load Wood for the poor children | | 0: 9: 6 |
| | To Mr. Myer Myer for Omission in his Accot. | | 4: 7 — |
| | To Willm. Ustick for Nails | | 0: 8: 3½ |
| | To Jane Tere for 3 Weeks boarding Mr. Louzada 14/ £2:2:0 | | |
| | To 1 Load Wood for Ditto 0:17:0 | | |
| | To 1 Cagg beef 20/ Cash for her dispach to Jersey 20/ 2:8:0 | | |
| | To Cathn. Saguas for Nurseing her children 4:19:6 | | |
| | To Debt & Charge of Tho. Tere Agst. Mess. Hay & Levy & Abm. abns. for her children & self 18:6:3 | | 28: 12: 9 |
| | To Widdow Nabaro p order | | 4 — — |
| | To 36 lb Wax £3:12/, 17 lb Lead 11/6, 1 Iron shovel 9/ Loch 14/ | | 5: 6: 6 |
| | To 1 Staple 1/ Joyner 2/ Mendg. 2 boxes for sepher sepot 4/ | | 0: 7 — |
| | To Tax of the House 14/2, Harroset 22/ greens 8/ | | 1: 14: 2 |
| | To Cash paid Mord. Moses towards the Banco | | 30: 10 — |
| | To Jacobus Kip for 2500 Bricks 50/ | | 6: 5 — |
| | To Mr. Joseph Jesurn Pinto Hazan half years sallarey | | 43: 15 — |
| | To Judah Israel Samas Ditto | | 5 — — |
| | To Johanan Jacobs Bodech Ditto | | 17: 10 — |
| | To Rachel Campanel half Years Allowance | | 10 — — |
| | To Widdow Solomons Ditto | | 10 — — |
| | To the Negro for lighting the Candles | | 0: 12 — |
| | | | 222: 5: 9 |
| | To Ballance hereof paid Mr. Hayman Levy p Cam J. Brws. | | 145: 10: 8 |
| | | | £368: 4: 5 |

New York 20th. Nisan 5520    Errors Excepted

Benj. Gomez

omitted crediting in Genl. offerings
Israel Jacobs ........ £0:16:0
Myer Josephson ... 0: 4: 9
Hazar Touro ........ 0: 4: 6
Saml. Nunes Cardozo 0: 5: 0
      £1:10: 3
Balle. ... 145:18: 8    £147: 8:11    Nathn. Freeze £1:8:9    £148:17:8 Totall Balle.