# EXHIBIT 40.35



(warrants drawn from N° 184 (a) 188 both inclusive)

The President reported that $2000 – City Stock due 1 May, belonging to the P. T. T. School Fund had been paid off and was in the hands of the Treasurer.

The amount of Commission to the Collector for the year ending 30 June '84 was fixed at Seven Hundred Dollars.

Three Sefarim (known as of late Lyons, Judah, & Hendricks) were authorized to be repaired by A L Germansky at his estimate of $60. $25. & $25 – but only one Sefer to be taken at a time – and subject to further sanction of the Board.

Leave of absence to Rev'd H. P. Mendes for one week during the present month was granted.

Application was made by children of late Isaac L. Edrehi, formerly a seatholder and member of this Cong'n who committed Suicide on monday evening last while supposed in a state of mental derangement, for his interment in the Bet Haim L. I.

Mr G Nathan moved that the interment be allowed, and in the reserved grave next to the grave of his late wife Pauline E which was not agreed to. The President moved that he be interred in a place to be hereafter designated by the Board which was agreed to (G Nathan and Phillips in the negative.)

CSI12640