# EXHIBIT 40.36

Nash & Kingsford be employed as Counsel & Attorney in case of Hart — Mr Lane to give the publication, and on which the President and two Trustees to audit Mr Lane's account and the President to draw a warrant for the same — and in the meantime Mr Lane's authority to employ Counsel &c is Revoked.

The motion was adopted (Mr Nathan Lane, not voting)

The President appointed G. Nathan & D. Gomez as the Two Trustees to audit.

The President was authorized to designate two Sepharim to be used by the New Port Cong" during the pleasure of the Board — and a Sum not exceeding $25 = appropriated for the purchase of prayer Books according to Sephardim minhag for the use of the members of the New Port Cong"

The Thanks of the Board were authorized to be conveyed to the Rev'd A. P. Mendes (of Newport) for his Sermon delivered in our Syng" on 7th day of Pesach

$175 = was appropriated for Flowers &c for Shebuynote under the direction of Mr Julian Nathan

Adjourned
Isaac Phillips
Clerk

4th June 1883 Evening

CSI12641