# EXHIBIT 40.37

New One & having not half the size of the candlesticks being in use for a long time, they recommend that a new sett be purchased to light up the New Shool & the old ones be put up in the Basement Shool, the large candlesticks to be put in such order as will correspond with the New Lamps

The Remonim or Bells are entirely out of all order & require much care to repair & make them the Ornaments they are intended for, they recommend that the Committee have power to have them repaired in the best manner & on the lowest terms

The Cloths belonging to the Sepharim & Taba require that they should be cleaned & repaired to preserve them, many will not answer for the New Taba & they do hope as the Trustees are acquainted with the imposing appearance of

CSI12642