# EXHIBIT 40.38

Leader for a Choir or Clk
in behalf of the Board, inform ____ Resolved, that the Committee
of and take such measures in Conjunction with him and
the Hazan as they may deem proper

October 30. 1833                        signed    M. I. Closes  ?
                                                  N. Phillips    Committee

the above Report —                  On Motion the Board adopted

                     On Motion Resolved that Mr Jacob B
Isaacs be the leader of the Choir or Clk —
                      The Building Committee beg leave
to Report. That they have with pleasure entrusted the
progress of the Building of the New Shool, & they
trust with the blessing of Divine Providence to be
able to complete the same in the ensuing spring
                     The Committee has not been able
to fix upon any Plan for the Hazan House & as
it is important this subject should be a matter
of consideration they do hope that it will be delayed
until they have time to examine the Plans and
Estimates submitted

                     As various duties have been
assigned them independant of the Building but
all connected with the same, & having examined
the Furniture belonging to the Congregation, they
now submit to the Board their views on the subject

                     The old Lamps & Candlesticks being
made for a Building not half the size of the
New one, & having been in use for a long time
they recommend that a new Sett be purchased
to light up the New Shool & the old ones be put
up in the Basement Shool, the large Candlesticks
to be put in such order as will correspond with
the New Lamps

                     The Rimonim or Bells are entirely
out of all order & require much care to repair
& make them the ornament they are intended
for, they recommend, that the Committee have
power to have them repaired, in the best manner
& on the lowest terms

                     The Cloths belonging to the
Sepharim & Tabs require that they should be cleaned
& repaired to preserve them, many will not
answer for the New Tabs & they do hope as the