# EXHIBIT 40.39

Minutes of meetings of 15 + 21st December read and confirmed

Bot Haim S.I. including Sylvester L. Samuel in family, plot 19 taken by her Nephew E.S. Plate for $180 — mother charge — Thos. Graves dgg'r = M. Childs in do, Pew at charge of $25. Prof. Levy in do, Pew at charge of $50. & Mr. Rachel Pike in Ivy Row at charge of $25 —

The President reported Sundry Warrants drawn from No. 114 @ 151 both dates inclusive

Communication from Miss Grace and Lionel Moses thanking Trustees for Resolutions on death of their Brother A.B. Moses was read and ordered on file.

Application received from Sampson Salomons Collector asking increase of commission for collecting, and on motion it was Resolved that the same be increased from 5 to 6 per cent.

The President was authorized to draw a warrant for $200 in favor of Revd. D.H. Neale H.fz. Hazan as advance of Salary, to be reimbursed by deduction from monthly warrants of $30 each until end of July, the warrant at that time to deduct the balance to refund the advance

The Clerk was authorized to deliver to the Collector at the usual time the Seat Bills from 1 Jany to 1 July '83. Seat Bills unpaid by 1st Feb may revert of Trustees to elect. Also to deliver the Offering Bills from 1 July '82 to 1 Jany '83.

Mr. Lane stated that he had completed and had recorded the Collateral Mortgage from H. O'Neill on her 6th Av + 20th St. Property, and had left same with Treasurer — and also deposited the Abstract of Title with the Clerk.

The following Bills were ordered paid:
Mutual Gas Light Co. 18 Sept. 18 Dec. $15.7.... L. McDermott cleanup 21st B.H. $6.— Vanderhoek Sprinkling to 20 Nov $15.— C.S. Nathan funds, ... Cowen, Thanksgiving printing $2.... Adv. Choir Leader $3.— Reps Clock $3.— O'Neil attendance Dec ... P. Daly LJB H. Eh. $3.— J. Blumenthal for Shovel & Ash Cans $11.—

The President reported Sale of old Carpeting for $130 — and the same had been paid to Treasurer

A Communication from Mrs. Jane Pyke was received, asking to purchase a Plot in Bet Haim, in order to disinter her husband, children, and mother and to re-inter them in said Plot. The Clerk was instructed to inform ... that the interments referred to not having been made conditionally and recorded according to existing Rules, her request not be complied with

Application from Hebrew Orphan Asylum asking the donation of a Sefer Torah, was ... to Parnas & Segan to report on at next meeting

Communication was rec'd from Hazan announcing that Mr. A.A. Marcus of Boston had presented to the Cong — pair of ... and a wooden Yod, from the Holy Land — On motion of Mr. Nathan it was Resolved ...