# EXHIBIT 40.40

of Sepher handles and a Yod made of wood from Hebron and Jerusalem having been presented to the Cong^n by Mr A A Marcus of Boston who had but recently made a gift to the Cong^n of a Sefer Torah with Robe, Bells, and Breast plate, the thanks of the Congregation are hereby tendered to him for his generosity and religious spirit which prompted the sacred offerings - and that in accepting them the Board would express their best wishes for the long life, health and happiness and prosperity of the worthy donor.

Choir

The Choir Committee reported the death of the Choir Leader Mr Daniel Korn, and presented a Communication in behalf of his Widow and children, it was Resolved that in appreciation of the services of Mr Korn and in sympathy for his family the sum of $100 - be donated to his Widow.
The Committee also reported that they were arranging to procure another suitable Leader for the Choir.

A Communication from Mr Louis G Hart asking if the property of the Cong^n on Wm^g St was for sale and if so, price and terms, was laid on the table

[illegible]