# EXHIBIT 40.41

in attorney and money.

The Resolution was adopted- Ayes Prendent, G Nathan, Demeza 3 - Noes Lane & Phillips 2

On motion of Mr Lane it was Resolved that One hundred Dollars be appropriated as a donation to Levy J Isaacs for his extra labor during the Repairs of Synag: last summer - Ayes President, Lane, Demeza 3- Noes Phillips, G Nathan 2

The Revd H P Mendes, Hazan, reported some correspondence in relation to re-establishing Service in the New Port Synagogue. Whereupon on motion of Mr G Nathan it was Resolved, that the communications be referred to a Committee of 3, and the Parnas, with instructions to propose as early as possible a definite plan for the re-establishment of Services in the New Port Synagogue under suitable auspices.

(Mess G Nathan, Phillips, Demeza, with the Parnas, appointed such Committee.)

L McDermott's Bill /6- removing dirt from Beth Haim 21 St St was authorized to be paid

Mr G Nathan offered the following Preamble & Resolutions which were adopted:

Whereas Abr R Brandon Moses who was for twenty years a Trustee of this Congregation and for sometime the President of the Board, departed this life on the 14th ult°,

Resolved that this Board bear testimony to the long and valuable Services rendered to the Cong" by the lamented deceased and to his public spirit and efficient activity in promoting the interests of the Congregation.

Resolved, that the foregoing preamble and Resolution be entered in full upon the Minutes, and that a copy of the same be forwarded to the family of the deceased