# EXHIBIT 40.43

## 5533  Debtr The Holy Tsedakah

| | | | |
|---|---|---|---|
| 5533. | | | |
| To | Cash paid procuring Cetron and Ribbon | | 2. 3. |
| To | Cash paid Mrs Jacobs | | 7. 2 |
| To | Cash paid Rabbi Moses Bar David per Order of the Junto | | 6. 8. |
| To | Cash paid for Wood for Hannah Lozada | | 3. |
| To | Cash paid Levy Israel for Beer Greens &c | 4. 7. 6 | |
| | Cash paid ditto Acct of Sundries | 4. 0. 3 | |
| | Cash paid ditto ditto | 6. 2. 9 | |
| | Cash paid ditto ditto | 5. 3. 3 | |
| | Cash paid ditto ditto | 0. 19. 11 | 20. 13. 8 |
| To | Cash paid Abraham Bar Nahman | | 1. 8. |
| To | Cash paid Mrs Smith for Rabbi Moses Bar Davids Lodging | | 10. 6 |
| To | Cash paid for Wood for David Hays Son | | 1. 4. |
| To | Cash paid for Wood for Aaham | 3. 12. 6 | |
| | paid Aaham | 24. 5. 6 | |
| | paid Mr Hays for Aahams Lodging &c | 10. 3. 9 | |
| | paid Aahams Passage and Provisions to Rhode Island | 2. 13. 0 | |
| | paid Nathan attending Aaham to Rhode Island | 2. 8. 0 | 43. 2. 9 |
| To | Cash paid Benjamin Seixas for a Sett of Harness for the Horse | | 16. 5. |
| To | Cash paid for Sundries for Cavoucas | | 1. 13. |
| To | Cash paid Shochet for Warrant Killing on Sunday | | 11. 6 |
| To | Cash paid Isaac Adolphus for Sundries | | 5. 13. 5 |
| To | Cash paid for two Killing Knives | | 2. |
| To | Cash paid Samuel Israel for Porte's & Abraham's Board | | 6. 12. |
| To | Cash sent to St Eustatia per Dewight | | 30. 10. 6 |
| To | Cash paid John McComb cleaning the Sinagogue | | 8. 3. 1/2 |
| To | Cash paid Simon Aaron to go to Carolina | | 1. |
| To | Cash paid Shaw & Long for Bees Wax | | 26. 18. 1 |
| To | Cash paid for 4 Boxes Oyl | | 5. |
| To | Cash paid Joshua Levy for Rabbi Moses Bar Davids Board | | 1. 11. 6 |
| To | Cash paid Manuel Myers for Tabah Cloth and two Saphers Mending | | 13. 7. 5 |
| To | Cash paid Isaacs for 5 Weeks Board for Pore | | 2. |
| To | Cash paid the Hasan going with the Shochet | | 4. |
| To | Cash paid Abraham J. Abrahams for a Lock | | 4. |
| To | Cash paid the Hazan his years Salary | 126. 0. 0 | |
| | Rabbi his Ditto | 10. 0. 0 | |
| | Samas his Ditto | 26. 0. 0 | |
| | Shochet Hart Jacobs | 17. 10. 0 | 179. 10. 0 |
| | Schohet Abm Chaves | 6. 5. 0 | |
| | ditto Moses Lazarus | 6. 5. 0 | 12. 10. 0 |
| To | Cash paid Hannah Lozada her years Pension | 20. 0. 0 | |
| | David Hays Son his Pension | 19. 4. 0 | 39. 4. 0 |
| | | | £231. 4. |
| | | | £439. 10. 7 1/2 |
| To | Ballance due to the Tsedakah, which now Pay Mr Manuel Myers | | 4. 14. 8 1/2 |
| | | | £444. 5. 4 |

New York Tisry 19 5534  Errors Excepted

Solomon Simson