# EXHIBIT 40.44

| | | |
|---|---|---|
| To Cash paid ... | | 4. 7. 0 |
| To Cash paid Levy Israel for Beer Greens &c | | 4. 0. 3 |
| Cash paid ditto Acco.t of Sundries | | 6. 2. 9 |
| Cash paid ditto ditto | | 5. 3. 3 |
| Cash paid ditto ditto | | 0. 19. 11 |
| Cash paid ditto ditto | | 20.. |
| To Cash paid Abraham Bar Nahman | | 1.. |
| To Cash paid Mr. Smith for Rabbi Moses Bar David's Lodging | | |
| To Cash paid for Wood for David Hays Sen.r | | 1.. |
| To Cash paid for Wood for Haham | 3. 12. 6 | |
| paid Haham | 24. 5. 6 | |
| paid Mrs. Hays for Haham's Lodging &c | 10. 3. 9 | |
| paid Haham's Passage and Provisions to Rhode Island | 2. 13. 0 | |
| paid Nathan's attending Haham to Rhode Island | 2. 8. 0 | 43 |
| X To Cash paid Benjamin Seixas for a Sett of Harness for the Horse | | 16 |
| To Cash paid for Sundries for Carriages | | |
| To Cash paid Shochet for Warrant Killing on Sunday | | |
| To Cash paid Isaac Adolphus for Sundries | | |
| To Cash paid for two Killing Knives | | |
| To Cash paid Samuel Israel for Porto's & Abraham's Board | | |
| To Cash sent to St. Eustatia per Dwight | | 30 |
| To Cash paid John M.cComb cleaning the Sinagogue | | |
| To Cash paid Simon Aaron to go to Carolina | | |

CSI12649