# EXHIBIT 40.45

| Description | | £ s d |
|---|---|---|
| To Sundry Expences from April 13th 1787 to Sept. 14. 1787 | | |
| Paid by Myer Myers viz.t | | |
| A. A. Van Ottingen Shochet on a/c of his salary | | 10. 10. 6 |
| Joseph Nathan for his attendance at the Bake House | | 1. 5. 6 |
| do.         Collection of £3.5.6 at 2½ ⅌ct | | 6. 7 |
| Carting utensels to the Bake House | | 2. 3 |
| Repairing a kettle | | 5. . |
| Henry Sickles Carpenter's work to the Break & seals | | 1. . . |
| 25 Shingles for Bake house | | 3. 3 |
| Michael S. Hays Shamas on a/c of Salary | | 8. . |
| 1 load of wood for do. | | 3. 6 |
| G. Suxas Hazan on a/c of Salary due him | | 45. 16. 2½ |
| Michael S. Hays Shamas for do. | | 12. . |
| G. Suxas Hazan for        do. | | 1. 18. 6 |
| | | 62. 16. 3½ |
| To Sundry Expenditures by Isaac Moses viz.t | | |
| Michl. J. Hays Shamas on a/c of Salary | | £ 1. 10 |