# EXHIBIT 40.47

Chatham St will be
Resolved that a perpetual Escoba be made for
Mr Levi Solomons of Albany & the Clerk give
notice thereof to the Hazan —

Meeting July 24 1823
Present N Phillips
M L Moses
Cary Judah
M. M. Noah

The minutes &c

The President stated that he had rec'd from Mr Noah
the sum of $9000 in Clothes

The Presid. rep'd that the Remainn belonging to Mr
E. Hart had been purchased for $  and that an
Order had been issued for $  deducting the amn
of Mr Harts bills amtg to $76. — and that
the Remonies had been deposited in Shool
to be & receipt taken for the same from
Mr Hart. & his Acct accordingly balanced

The following letter was rec'd
here insert the letter