# EXHIBIT 40.48

| | | |
|---|---|---|
| To 16 boards for Covering part of the Tabernacle & cart | 6: 8:— | |
| To 4 Cord Oke Wood to Jo: Nabaro & Cart: p. order | 6: 8:— | |
| To Widdow Solomons for Ditto | 1:—:— | |
| To Widdow Nabaro for Substance in her abcelle | 0: 3: 6 | |
| To Cart: boards from the burial ground 11/6 Smith 2/ | 0: 13: 6 | |
| To Mend: Windows 7/6 Rum for the Carpenters 6/ | 2: 0: 4 | |
| To 6 Load Sand 36/ Carting in 3/ two brooms 1/4 | 1: 16: 4½ | |
| To Abrm Lagelier for Covering the Tabernacle &c | | |
| To Hazan 1 load Wood for the poor children | 0: 9: 6 | |
| To Mr. Myer Myer for Omission in his Acco | 4: 7:— | |
| To Willm Ustick for Nails | 0: 8: 3½ | |
| To Jane Tere for 3 Weeks boarding Mrs Louzada 14/ £2:2:0 | | |
| To 1 Load Wood for ............ Ditto ........ 0:17:0 | | |
| To 1 Cagg beef 20/ Cash for her dispach to Jersey 20/ 2:8:0 | | |
| To Cathn Lahas for Nurseing her children ...... 4:19:6 | | |
| To Debt & Charge of Tho: Tere Agst Messrs Hayn Levy & Abm abms for her children & self ...... 18: 6:3 | 28: 12: 9 | |
| To Widdow Nabaro pr order | 4:—:— | |
| To 36 ℔ Wax £3:12:— 1/2 Load 11/6, 1 Iron shovel & Lock 14/ | 5: 6: 6 | |