# EXHIBIT 40.49



| | | |
|---|---|---|
| To d[o]. p[d]. | To M[r]. Samuel Israel for What he Lay[d] out on his Intended Voyage to South Carolina Deliv[d] by order | £ 3, 5 |
| To d[o]. p[d]. | To Lewy Israel שליט for the Expences made Use of for the מצבה | „ 15, 5 |
| To d[o]. p[d]. | to James Hill for Plaster & mending the Sinagogue Windows as p[r]. Acc[t]. | 8, 4, — |
| To d[o]. p[d]. | to M[r]. Asher Myers for a acomp[t]. he brought in of £10:— on Which Discomted for What he Was in Debt to the Sinagogue | 2, 15, 3 |
| To d[o]. p[d]. | for Sundry Charges for Harosteth & Keens &c[a]. | „ 12, — |
| To d[o]. p[d]. | for Sundry small Expenses given to W[m]. Poon | =„ 11„ |
| To d[o]. p[d]. | To Johanan Jacob שמש for Leads | |
| To d[o]. p[d]. | to Joseph Jezurun Pinto חזן his halfe years Salary £43:15: | |
| To d[o]. p[d]. | to Abraham Isaac Abeantz רבי for d[o]. | 20:—:— |
| To d[o]. p[d]. | to Lewy Israel שמש for d[o]. | 10:—:— |
| To d[o]. p[d]. | To Johanan Jacob שמש for d[o]. | 17=10:— |
| | | 91 5 = |
| To d[o]. p[d]. | To Ch[m]. J. Abrahams רבי on acompt of the Nex[t] Quarter | 2„ =„ „ |
| | | 337, 12, 3 |
| To d[o]. p[d]. | to Lewy Israel for 2 Cord Wood & Charges Nessesarij | 3„ 8„ |
| To d[o]. p[d]. | Lewy Israel שמש for 4 Weeks Boarding of a Young man £2:16:= | 341 0 |
| To d[o]. p[d]. | Johanan Jacob שמש for Leads | =:11:— |
| To d[o]. p[d]. | M[r]. Asher Myers for a New Book to Lay in the Offerings £ 12:6 | 4„ 19„ |
| | | £345 19 |