# EXHIBIT 40.50

## of Shearith Israel

| | | | | | | |
|---|---|---|---|---|---|---|
| 6.10. 1 | Gen.l Offerings Received | | | The following Outstanding Debts | | |
| | Isaac Moses Sons | 23. 6. 6 | | are only from 5551 to 5552 | | |
| | Sol.n Hart Sons | 12. 13. | | Benj.n Jacobs | 2. 5. | pd |
| | Isaac Abrahams | 5. 10. | | Benj.n Seixas | 4. 15. | pd |
| | Jacob Hart | 5. 4. | | Sol.n Simson | 5. 19. | pd |
| | Moses Lazarus | 5. 10. 6 | | Simon Oster | 3. 14. 6 | pd |
| | Abr.m Lawty | 5. 13. | | Isaiah Ollis | 5. 4. 6 | |
| | Barnet Hart | 7. 2. 6 | | Isaac Gomez | 2. 16. | pd |
| | Naph. Hendricks & Co. | 4. 3. 6 | | Sol.m Nathan | 17. 6 | pd |
| | Isaac H. Levy | 3. 12. 6 | | Moses Gomez | 1. 6. 6 | pd |
| | Sol. Levy | 4. | | Ab.m Rivadas | 1. 0. | pd |
| | Chay. Levy | 3. 17. 6 | | Shiftal Shiftal | 1. 19. | pd |
| 3. 10½ | Aaron Levy | 3. 7. | | Moses Shiftal | 13. | pd |
| 7. 19½ | Sam.l Lazarus | 3. 0. | | Naph. Judah Brothers | 10. | pd |
| 9. 9 | Sol. M. Cohen | 5. 3. | | Cary Judah | 2. 6 | pd |
| | Barnet Judah | 2. 16. 6 | | Nathan Joseph | 12. | pd |
| | Hyam Myers | 11. 6 | | Judah Hays Myers | 2. 14. | |
| | Benj.n Seixas | 21. 5. | | Sim.n Israel Hart | 3. 0. 6 | |
| | Simon Nathan's Note | 13. 7. 6 | | Ab.m J. Abrahams | 3. 6 | |
| | do. do. Offerings | 9. 4. 6 | | Hyam Solomons | 11. | |
| | Gershom Seixas | 2. 10. | | Levy Cohen | 17. | |
| | Isaac Ben & Peter Gomez | 9. 4. | | Joseph Pinto | 12. 6 | |
| | Isaac Moses Charity | 4. 12. 6 | | Mord.i Myers | 4. 4 | pd |
| | Sol.m Nathan | 3. 0 | | Henry Marks | 2. 0. 6 | |
| | Moses Gomez | 1. 18. 6 | | Hyman Marks | 18. 6 | |
| | Cary Judah | 1. 3. | | Mich.l Marks | 7. | |
| | Rachel Pinto | 6. 6 | | Sol.m Marks | 13. | |
| | Mrs. Rify Judah Hays | 15. 6 | | Myer Myers 1st Qr. | 10. | |
| | Deborah Gomez | 1. 6 | | Joshua Levy | 9. 6 | pd |
| | Charity Cohen | 6 | | Levy Phillips | 15. 6 | |
| | Ab.m Mesias | 5. 6 | | Michael Gratz | 11. | |
| | Benj.n Judah | 3. 18. 3 | | Charity Cohen | 4. | pd |
| | Naph.l Jacobs | 12. | | | | |
| | Joshua Levy | 3. 4. 6 | | | | |
| | David Hays | 17. 6 | | | | |
| | Simon Levy | 2. 2. | | | | |
| | Moses Levy Moses | 0. 6 | | | | |
| | Benj.n Gomez | 0 | | | | |
| | M. Pierman | 11. | | | | |
| | Ben S. Judah | 3. | | | | |
| | M.n DaCosta | 2. | | | | |
| | David Israel | 0 | | | | |
| | David Lopez | 1. 12 | | | | |
| | Donato Nathan | 2. 1. | | | | |
| | Mord.n Myers | 1. 6 | | | | |
| | Myer Myers | 0 | | | | |
| | Simon Oster p.r Hazan | 4. | | | | |
| | Doct.r Cohen | 11. | | | | |
| | Manuel Myers | 10. 10. | | | | |
| | | £ 196. 9. 9 | | | | |