# EXHIBIT 40.51

| | | £ | s | d |
|---|---|---|---|---|
| | Paid by Cash | | | |
| | A. A. Van Ottingen Shochet on a/c of his salary | | 5 | |
| | Joseph Nathan for his attendance at the Bake House | | 6 | |
| | do Collection of £3.5.6 at 2/p£ | | 2 | |
| | Carting utensils to the Bake House | | 5 | |
| | Repairing a kettle | 1 | | |
| | Henry Pickles carpenter's work to the Break & seats | | 3 | |
| | 25 Shingles for Bake house | | 8 | |
| | Michael J. Hays Shamas on a/c of Salary | | 3 | |
| | Load of wood for do | 45 | 16 | |
| | G. Seixas Hazan on a/c of Salary due him | | 12 | |
| | Michael J. Hays Shamar for do | 1 | 12 | |
| | G. Seixas Hazan for do | | | |
| To | Sundry Expenditures by Isaac Moses viz: | £ | 1.10 | |
| | Michl. J. Hays Shamas on a/c of Salary | | 13 | |
| | P. for writing of a Deed for Lot adjoining בהח״ס | | | |
| | P. for Wood | | 10 | |
| | A. A. Van Ottingen Shochet on a/c of Salary | 4 | 7 | |
| | Hayman Levy for flour Baking Matzots & wax for Pesah | | | |
| To | Sundry Expenditures by Solomon Simson viz: | £ | 4 | |
| | Michael J. Hays Shamas on a/c of Salary | | | |
| | P. Simon Oller for wax | | | |
| | A. A. Van Ottingen Shochet on a/c of Salary | | 4 | |
| | Michl. J. Hays Shamas for ditto | | 2 | |
| | P. for Slowers | | | |
| | P. Negro | | | |
| | A. A. Van Ottingen Shochet on a/c of Salary | | 6 | |
| | Rev. G. Seixas on a/c of Salary | | 11 | |
| | Load wood for Shamas | | | |
| | Michl. J. Hays Shamas on a/c of Salary | | 2 | |
| | Benjamin Abrahams as p. Order | | 1 | |
| | Paid p. Bowl | | | |
| | Paid for cotton wick | | | |
| | Bradford for protest & postage | | | |
| | Load Sand | | | |
| | paid Michl. J. Hays Shamas | | 2 | |
| | | £ | 37 | |