# EXHIBIT 40.52

248

(Evening) 25 Adar Sheni 5643 — 2nd April 1883

Present J Blumenthal Esq President
Gratz Nathan
Julian Nathan

No quorum appearing after waiting the usual time, the members separated.

---

(Evening) 1st Iyar 5643 — 7 May 1883 (Evening)

Present J Blumenthal Esq President
J Edgar Phillips
Gratz Nathan
C A Lane
D Demeza
Julian Nathan

Minutes of last meeting read and passed as correct.

The Parnas reported Sunday interments in Beth Haim [illegible] E A Bartlett at a charge of [illegible] [illegible] and [illegible] for [illegible] in the plot of his late father, at a charge of [illegible]

The President reported Sunday [illegible] from [illegible] both [illegible]

Bill of [illegible] for Oil and Cottonwaste [illegible] ordered paid.

Bill of [illegible] for Matzot, [illegible] ordered paid. Mr G Nathan in the negative on the ground that it was [illegible] per pound more than the rate of the party who previously and for several years had furnished Matzot. Mr J Nathan also in the negative, not having been present when the appropriation was made.

A letter was received from Rev A P Mendes, [illegible] thanking the Trustees for their confidence in [illegible] him to the Authorities at New Port to take charge of the Synagogue at that place. Ordered on file.

The President [illegible] duly executed the Lease of premises [illegible] from 1 May at [illegible] per annum according to Resolution of Board at last meeting.

A letter was read from Mr Henry [illegible] on behalf of Mrs [illegible] to become an inmate of the Home for aged Israelites asking for her interment at her death in the Beth Haim of the Cong[n] without charge, on her paying at once [illegible] to our Treasury. The application was agreed to provided no religious disqualification exists at time of her death.

The sum of two dollars per month was allowed to Aaron Davis from 1st May and during the pleasure of the Trustees.

Invitation from the Rev [illegible] for the Trustees to attend the consecration of his new [illegible], accepted.

The Building Committee authorized to procure [illegible] and [illegible] for Synagogue at cost not exceeding [illegible]

The Burial Ground Committee authorized to repair Walls at Beth Haim 11th St at cost not exceeding [illegible]