# EXHIBIT 40.53

| | | | |
|---|---|---|---|
| Cash paid Rachel Campinall, a half Years Pension | 12 | 10 | — |
| Ditto paid Hannah Louzada .... Ditto | 10 | — | — |
| Ditto paid Peter Marschalk, for Matsoth to the Officers & poor | 4 | 18 | 5½ |
| Ditto paid for Haroseth | 1 | 5 | 6 |
| | £225 | 10 | 5½ |
| Ballance due the Sedakah, which I now pay to Myer Myers, with 1/6 over | £39 | 18 | 1 |
| | £265 | 8 | 6½ |

NB. The Sochet would not receive his Second Quarters Salary and acc.t of Led, with deduction of his Offerings, which he had before agreed to & therefore has not been paid.

55

New York the 23° Nisan

CSI12658