# EXHIBIT 40.54

# EXHIBIT 40.54

The Treasurer reported that he had rec'd from the President the above sum of $9,000.

In order to express the gratitude of the Congregation for the liberal bequest of Mr. Touro, it is Resolved that a Tablet be placed in suitable part of the Synagogue with an inscription thereon ~~expressive of the~~ in honour of his Memory and as a grateful consideration of his liberal bequest. And that the same be executed under the direction of this board.

Resolved that ~~a Perpetual~~ the name of Mr Touro be placed on the list for a Perpetual Escoba at the usual times. And also that a separate Escoba be made for him on the afternoon of Kippur for ever. =

Resolved that when the ~~tablet~~ tablet is completed that a copy of the inscription thereon with a copy of these proceedings be transmitted to Miss Rebecca Touro at Boston, & to Mr Judah Touro at New Orleans, Sister & Brother of the deceased

CSI12659