# EXHIBIT 40.55

| | | |
|---|---|---|
| To Cash Paid for 2 Chints Shirts | —.10.. | 7.. |
| To Cash Paid for 139¼ ℔ Wax | £16..15..3¼ | |
| To Cash Paid for 35½ ℔ Lead | —.8..10½ | |
| To Cash Paid Shamas for his Account of Charges | —.5..4 | |
| To Cash Paid for Mendg Windows in the Rabbi's house | —.13..— | |
| To Cash Paid Mr. Myer Myers due him on ⅌ his Memm | 10..15..— | |
| To Cash Paid — Do for 16 Gilt Bells | 1..12..— | |
| To Cash Paid Mr. Benj. Levi as ⅌ mending the Theva | —..4..— | 35..12.. |
| To Cash Paid Mr. Cardozo a Poor Man ⅌ Order | £1..—..— | |
| To Cash Paid Expences in Sendg away Rabbi Ezekiel Do | 4..10..— | |
| To Cash Paid — Do for a Dumb Man ⅌ Do | —..4..— | |
| To Cash Paid a Poor lad | —..1..— | |
| To Cash Paid Mr. Brandon a poor Man | —..1..— | |
| To Cash Paid boarding & Sendg away Saron Burgalo | 12..4..7 | 19..10.. |
| To Cash Paid the Hazan his half year Salary | £48..—..— | |
| To Cash Paid the Rabbi Do Do | 20..—..— | |
| To Cash Paid the Shohet Do Do | 17..10..— | |
| To Cash Paid the Shamas Do Do | 15..—..— | |
| To Cash Paid Hannah Lawrade Do Pension | 10..—..— | |
| To Cash Paid David Hays Senr Do Do | 9..12..— | 120..2.. |
| | | £206..3.. |