# EXHIBIT 40.56



Dr. — The Holy Sedaka

5534. To Cash Paid Mr. Michael Myers late Parnas — £ 14. 9. 5
To Cash Paid for Matses to Mr. Ship— — 5. 16. 4½
To Cash Paid the Shamas for New Burying Yard — 1. 5
To Cash Paid Isaac Moses for board of Polo — 2. 2
To Cash Paid Capt. Tho. Miller for d. Passage — 3. 4
To Cash Paid for Provisions — 3. 4
To Cash Paid for 2 Check Shirts — 10
To Cash Paid for 139¼ ℔ Wax — £16. 15. 3½
To Cash Paid for 35½ ℔ Lead — 8. 10½
To Cash Paid Shamas for his Account of Charges — 5. 4
To Cash Paid for Mending Windows in the Rabbi's house — 13
To Cash Paid Mr. Myer Myers due him on a/c Provisions — 10. 15
To Cash Paid — for 16 little Bells — 1. 12
To Cash Paid Mr. Benj. Seixas for mending the Haver — 4    35. 12. 2½

To Cash Paid Mr. Cardozo & poor Mate 2 Orders — £ 1
To Cash Paid Expenses in Sending away Rabbi Cocheril — 4. 10
To Cash Paid — for a Dumb Man — 4
To Cash Paid a Poor Lad — 1
To Cash Paid a W. Brandon a poor Man — 1
To Cash Paid boarding & sending away Isaac Busnato — 12. 4. 7   19. 18. 7

To Cash Paid the Hazan his two years Salary — £ 48
To Cash Paid the Rabbi — 20
To Cash Paid the Shochet — 17. 10
To Cash Paid the Shamas — 15
To Cash Paid Hannah Lavandar a Pension — 10
To Cash Paid David Hays — 9. 12    120. 2

£ 206. 3. 6¾

New York 29th Tisry 5535.
Errors Excepted
Sol. Myers Cohen