# EXHIBIT 40.57



CSI12662