# **EXHIBIT 40.58**

