# EXHIBIT 40.59



Dr.    The Holy Sedaka

| | £ s d |
|---|---|
| To Sundry Expences from April 13th 1787 to Septr 14. 1787 paid by Myer Myers viz.t | |
| A. I. Van Ottengen Shochet on a/ct of his salary | 10. 10. 6 |
| Joseph Nathan for his attendance at the Bake House | 1. 5. 6 |
| do........ Collection £3. 5. 6 at 2½ ⅌ Ct | 6. 7 |
| Carting utensils to the Bake House | 2. 3 |
| Repairing a kettle | 5. . |
| Henry Pickles Carpenters work to the Break & Seals | 1. . . |
| 25 Shingles for Bake house | 3. 3 |
| Michael J. Hays Shamas on a/ct of Salary | 8. . |
| load of wood for do | 3. 6 |
| G. Seixas Hazan on a/ct of Salary due him | 45. 16. 2½ |
| Michael J. Hays Shamas for do | 12. . |
| G. Seixas Hazan for    do | 1. 18. 6 |
| | 62. 16. 3½ |
| To Sundry Expenditures by Isaac Moses viz.t | |
| Michl J. Hays Shamas on a/ct Salary | |

CSI12664