# EXHIBIT 40.60

By Ballance bro.t from Benjamin Seixas's A/
Cff. Rec. from April 53. to Sept.r 54. 1787.
By Myer Myers of the following persons viz.t

| | | |
|---|---|---|
| Abraham Gomez | £0. 4. " | Brought forward |
| Manuel Myers | 1. 8. " | Nathan Joseph |
| J & B. Gomez | " 8. " | Manuel Gates |
| Isaac Pinto | 14. 6 | Hyam Myers |
| Rachael Pinto | 2. 6 | Samuel Judah |
| Simon Odler | 16. " | Simon Nathan |
| Moses Gomez & Son | 1. 9. 6 | Abraham Isaacs |
| Henry Marks | 1. 7. 6 | Isaac & Ben: Gomez |
| Samuel Lazarus | 4. " | Moses Gomez & Son |
| Moses Lazarus | 17. 6 | Eph.m Hart |
| Ephraim Hart | 2. 3. 6 | Samuel Lazarus |
| Solomon Lyon | 18. 6 | Moses Lazarus |
| Isaac Michaels | 5. " | Manuel Noah |
| Benjamin Nones | 1. 14. " | Elias Noah |
| Elias Noah | 8. 6 | Barnet Hart |
| Nedaba for Pesah | 1. 15. 6 | Judah Hays |
| Mrs Dacosta for a seat | 8. " | Nathan Joseph |
| Isaac Dacosta | 7. 12. 6 | Manuel Myers |
| Abraham R. Rivera | 9. 12. 6 | Samuel Judah |
| Elias Phineas | 5. " | Mich.l Levy |
| Solomon Simon on a/ | 12. " | Simon Odler |
| Sedaka Box | 4. " | Moses Gomez |
| | 33. 15. 6 | Abr.m Gomez |
| By S. Simson viz.t | | Mrs Dacosta |
| Eleazer Levy | 1. 5. " | Isaac Pinto |
| Elias Hart | 1. " | Moses Myers |
| Alexander Zuntz | 18 | By this Sum rec. |
| Joseph Ellis | 3. 6. 6 | Simson for Sala. |

CSI12665