# EXHIBIT 40.61



| | | | | | |
|---|---|---|---|---|---|
| ... Duras | 2 | 5 | | | |
| ... Nathan's Note | 13 | 7 | 6 | Sam.l Israel Hart | 3.0.6 |
| ... do Offerings | 9 | 4 | 6 | Ab. I. Abrahams | 3..6 |
| ...ham Sexas | 2 | 10 | | Hyam Solomons | 11.. |
| Ben. & Peter Gomez | 9 | 4 | | Levy Cohen | 17. |
| ... Moses Gomez | 4 | 12 | 6 | Joseph Pinto | 12..6 |
| ... Nathen | 3 | 0 | | Mord.i Myers | 4..4 pd |
| ... Gomez | 1 | 10 | 6 | Henry Marks | 2..6.6 |
| ... Judah | 1 | 3 | | Hyman Marks | 18.6 |
| ...el Pinto | | 6 | 6 | Mich.l Marks | 7..6 |
| ...y Judah Hays | | 15 | 6 | Sol.n Marks | 13 |
| ...rah Gomez | | 1 | 6 | Myer Myers 1st qr. | 10. |
| ...ity Cohen | | | 6 | Joshua Levy | 9..6 pd |
| ...llenie | | 5 | 6 | Levy Phillips | 15..6 |
| ... Judah | 3 | 10 | 3 | Michael Gratz | 11.. |
| ... Jacobs | | 12 | | Charity Cohen | 4.. pd |
| ...n Levy | 3 | 4 | 6 | | |
| ... Hays | | 17 | 6 | | |
| ... Levy | 2 | 2 | | | |

CSI12666