# EXHIBIT 40.62

Israel

5552

| | £ | s | d | | | £ | s | d |
|---|---|---|---|---|---|---|---|---|
| General Offerings rec'd & outstanding Debts | | | | Br't Forward | | 124 | 16 | 4½ |
| Manuel Myers | | | | By Cash of B. Seixas, payment of Paint & Fence, Included in Jacob Sherrerd's acc't | | 2 | 11 | 5 |
| Isaac Moses | 4 | 4 | – | | | | | |
| Moses L. Moses | 9 | 6 | 6 | | | £127 | 7 | 9½ |
| Bernard Hart | – | 9 | – | 5552 | | | | |
| Isaac M. Gomez | 4 | 6 | – | Elul 1st By Cash in Hand | | £60 | 6 | 5½ |
| Simon Nathan | – | 19 | 6 | Cash rec'd of D. Judah | | – | 6 | 6 |
| Aaron Henry | – | 13 | – | D°  Hyam Abrahams | | – | 6 | 6 |
| Raphael Jacobs | – | 8 | 6 | D°  David Lopez | | 4 | 19 | – |
| A. Harris | – | 18 | – | D°  Naphtali Phillips | | – | 17 | – |
| Isaac Abrahams | – | 19 | – | D°  Solomon Molena | | 4 | – | – |
| Nathan Joseph | – | 7 | 6 | D°  Isaac Gomez Jun' | | 12 | 8 | – |
| Moses Levy | – | 12 | 6 | D°  Jacob Henriques | | – | 9 | – |
| Uriah Hendricks | – | 7 | 6 | D°  Aaron Lopez | | 3 | 7 | – |
| Eleazer Levy | 3 | 6 | 6 | D°  Moses Gomez | | 2 | 5 | – |
| Solomon Nutting | – | 14 | – | D°  Solomon Simson | | – | 2 | – |
| Moses Lazarus | 2 | 19 | – | D°  Samuel Jacobs | | 2 | 15 | – |
| Benj'n Gomez | – | 15 | 6 | D°  Samuel Myers | | – | 11 | 6 |
| Benj'n S. Judah | – | 6 | 6 | D°  Jacob Aaron | | – | 6 | – |
| Esther Gomez | – | 3 | 6 | D°  Deborah Gomez | | – | 2 | 6 |
| Mordecai Myers | – | 4 | – | D° for Sale of Seats | | 49 | 5 | – |
| Abraham Isaacs | 2 | – | – | | | £142 | 16 | 5½ |
| Isaac Gomez Jun' | 2 | 16 | – | | | | | |
| Solomon Nutting | – | 17 | 6 | | | | | |
| Joshua Levy | – | 9 | 6 | | | | | |
| Charity Cohen | – | 4 | – | | | | | |
| Samuel Lazarus | – | 6 | 6 | | | £142 | 16 | 5 |
| Gershom Seixas | – | – | 6 | | | | | |
| Simon Ogler | 3 | 14 | 6 | Outstanding Debts Elul 29th 5552 from 3d q' | | | | |
| Solomon Levy | 2 | 2 | 6 | Solomon M. Cohen | | £2 | 2 | – |
| Benj'n Jacobs | 3 | 14 | 6 | Isaac H Levy | | – | 5 | – |
| Benj'n Seixas | 4 | 15 | – | Judah & Myers & Brothers | | – | 4 | – |
| D°  D° | 14 | 16 | – | Josiah Ellis | | – | 13 | – |
| Nedaba for Pesah | – | 11 | – | Saml Israel | | – | 12 | – |
| D°  Sebuoth | – | 17 | 6 | Myer Myers | | – | 12 | – |
| Balance from M. Myers | 15 | 7 | 10½ | Ephraim Hart p'd | | – | 11 | – |
| Jacob Hart | – | 7 | 6 | Charity Cohen | | – | 9 | – |
| Sheftal Sheftal | 4 | – | – | Abr'm I. Abrahams | | – | 8 | – |
| Moses Sheftal | – | 13 | – | Isaac A. Abrahams | | – | 5 | – |
| Moses H. Myers | 9 | 13 | – | Michael Marks | | – | 7 | – |
| Alex'r Zuntz | 2 | 18 | – | Moses Isaacs | | – | – | – |
| Hyam Myers | 2 | 10 | – | Abraham Mesias | | – | – | – |
| Simon Ogler | 2 | 9 | – | Abr'm Odanie | | – | – | – |
| Simeon Levy | – | 11 | 6 | Hyam Solomons | | – | – | – |
| Aaron Levy | – | 3 | 6 | Joseph Pinto | | – | – | – |
| Joshua Levy | – | 15 | – | Levy Cohen | | – | – | – |
| Cary Judah | – | 12 | – | | | | | |
| Benj'n S. Judah | – | 4 | – | | | | | |
| N. & Walter Judah | – | 13 | – | | | | | |
| Carried Forward | 124 | 16 | 4½ | | | | | |

CSI12667