# EXHIBIT 40.63

## Mr Levy Isacks

| | £ s d |
|---|---|
| To Cash paid Mr. M. Gomez late Parnas | 101. 0. ¼ |
| To do paid Andrades a poor man | 1. 4. — |
| To do paid Mr. Abrahams for boarding said Andrades | 1. 4. — |
| To do paid the Shoeth Mr. Hart for 1 Months Sallary 58/4, lead 1/9 | 3. — . — |
| To do paid Samass for Matses for the poor | 4. 13. 2 |
| To do paid Smas Wife | 1. 5. — |
| To do paid Hart Aaron for Two Kegs beeff to despatch Two men, package | 2. 8. — |
| To do paid Samas acct of Charges | 2. 11. — |
| To do paid Mrs Hays for boarding a young men in the Holy days | 17. — |
| To Cash remitted to Mr. Moses Levy Parnas of Newport, by order of the Adjunts | 15. 14. 3 |
| | 15. 15. 6½ |
| To Cash paid for 133 lb Bees Wax | |
| To do paid the Hazan for Half years Sallery | £60 — |
| To do paid the Rubbie for do do do | 20 |
| To do paid the Shoets for do do do | 25 |
| To do paid the Samas for do do do | 15 |
| | 120. — |
| To do paid Mrs Michael Hays | 1. — |
| To do paid David Hays Sen'r Pension for Six months a 48/ | 14. 8. — |
| To do paid Hannah Lousado for 30 Weeks Pension a 10/ | 15. — |
| To do paid Shoets for lead | 18. 8 |

CSI12668