# EXHIBIT 40.64

By Ballance bro:ᵗ from Benjamin Seixas a/c
Eff 95 rec:ᵈ from April 53 to Sept:ʳ 54 1787.    £ 43.

By Myer Myers of the following persons viz:

| | £ s d | | £ s d |
|---|---|---|---|
| Abraham Gomez | 0. 4. - | Brought forward | 67. 5. 6 |
| Manuel Myers | 1. 2. - | Nathan Joseph | 15. - |
| B & B Gomez | 8. - | Manuel Gotts | 3. 6 |
| Isaac Pinto | 14. 6 | Hyam Myers | 1. 9. 6 |
| Rachael Pinto | 2. 6 | Samuel Judah | 3. - 6 |
| Simon Adler | 16. - | Simon Nathan | 1. 9. 6 |
| Moses Gomez & son | 1. 9. 6 | Abraham Isaacs of Boston | 1. 9. - |
| Henry Marks | 1. 7. 6 | Isaac & Ben: Gomez | 17. 6 |
| Samuel Lazarus | 4. - | Moses Gomez & son | 6. 7. - |
| Moses Lazarus | 17. 6 | Eph:ᵐ Hart | 1. 15. 6 |
| Ephraim Hart | 2. 8. 6 | Samuel Lazarus | 1. 12. 6 |
| Solomon Lyon | 18. 6 | Moses Lazarus | 12. - |
| Isaac Michaels | 5. - | Manuel Noah | 2. - |
| Benjamin Jones | 1. 14. - | Elias Noah | 3. - |
| Elias Noah | 1. 6 | Barnet Hart | 2. 13. - |
| Nedaba toe Pesah | 1. 15. 6 | Judah Hays | 2. 1. 6 |
| Mrs Da Costa for a seat | 8. - | Nathan Joseph | 4. 6 |
| Isaac Da Costa | 7. 12. 6 | Manuel Myers | 2. 14. - |
| Abraham Rivera | 9. 12. 6 | Samuel Judah | 8. 12. - |
| Elias Phineas | 5. - | Mich: Levy | 1. 9. - |
| Solomon Simson a/c | 12. - | Simon Adler | 2. 4. - |
| Sedaka Box | 4. - | Moses Gomez jun:ʳ | 1. 19. 6 |
| | 33. 15. 0 | Abr:ᵐ Gomez | 1. - |
| By S. Simson viz: | | Mr Da Costa | 5. - |
| Eleazer Levy | 1. 5. - | Isaac Pinto | 3. 6 |
| Elias Hart | 1. - | Moses Myers | 15. 12. - |
| Alexander Luntz | 18. - | | 126. 19. - |
| Josiah Ellis | 3. 6. 6 | By this Sum rec:ᵈ by Sol:ⁿ Simson for Sales of Seats | 38. 13. 6 |
| Henry Moses | 1. 14. - | Acc:ᵗ of the foll:ᵍ persons by Samuel Judah viz: | 165. 12. 6 |
| Henry Marks | 1. 5. 6 | Lyon Jonas | 5. 6. - |
| Louis Gomez | 14. - | Moses Gomez | 16. 5 |
| Solomon Aarons | 8. - | Uriah Hendricks | 4. 3. - |
| Solomon Simson | 13. 11. 6 | Uriah Judah | 2. - |
| Benjamin Seixas | 2. - | Judah Hays | 4. 1. - |
| Moses Gomez jun:ʳ | 4. - | Acc:ᵈ for 4ᵗ Quarter | |
| Abraham Isaacs | 3. 8. - | Samuel Judah | 7. 14. 6 |
| Isaac Abrams | 10. 6 | Abraham Isaacs | 2. 4. 6 |
| Josiah Ellis | 15. - | Bernard Hart | 1. 2. - |
| Barnet Hart | 1. - | Manuel Myers | 12. 6. - |
| Barnet Cohen | 1. 15. - | Moses Gomez jun:ʳ | 3. 6 |
| Carr:ᵈ up | 67. 5. 6 | Alexander Luntz | 6. 6 |
| | | Carr:ᵈ foward | 12. 17. 6 |