# EXHIBIT 40.65

Naph Phillips
Moses B Seixas &
Aaron Judah

The President Stated that he had convened the Board in consequence of the following letter — the Lady Hercia (mentioned below) having died yesterday Morning.

To the Parnass & Trustees

Gentlemen

At the request of Mr Joshua Lopez and Family, I am requested to ask permission for the Hazan (who has consented to go) provided you will give him permission, to accompany the corpse of the late Mrs Joshua Lopez, and to inter her at New Port R.I. agreeable to her request in life, It is intended to leave here tomorrow Steam Boat

Respectfully

Yr Ob Sr

Signed    A L Gomez

Dec 19. 1853