# EXHIBIT 40.66

[...] was appointed Chairman [of the...]
read and approved. The Minutes of the [last meeting were]
read and approved. The following communication was
received from Doctor Joel Hart, addressed to Mr. N. Phillips
dated the 11th January 1834.

My Dear Sir,
Circumstances induce my Mother
to dispose of her Sepher Torah — having had an
offer for the purchase of it, she prefers if the
Trustees of our Congregation are inclined to have
it, that it should remain in the Shool where it
was originally deposited. You can make this
proposal to the Gentlemen of the Board at their
next meeting, and if it meet their approbation
she will transfer the Sepher to them at an
equitable price.

Very truly yrs. J. Hart
Signed J. Hart

On Motion Resolved that [Mr.]
Hagan be requested to state the value of
the Sepher belonging to Mrs. E. Hart to the best
of his opinion and judgement.

Adjourned until
Sunday Morning next at 10 O'Clock.

Tony Hart, Clerk

January 26th 1834

At an adjourned Meeting of the Trustees
Present: Solomon I. Isaacs
Naphtali Phillips
Moses B. Seixas
Aaron Judah &
Moses L. Moses

The Minutes
of the last Meeting read & approved.

On Motion Resolved that
the sum of One hundred & twenty five Dollars
be allowed to Mrs. Ephraim Hart for her Sepher
and that Warrants be issued for the same pay[able]
at 3 & 6 Months after date.

The Chairman of the
Building Committee to whom was referred the
addition [...]