# EXHIBIT 40.67

| | | Debtor — The Holy Sedakah | | |
|---|---|---|---|---|
| 5525 | To | Cash paid Myer Myers, Ballc. of his acco't. payed | £36 4 – | 5525 |
| | To | Ditto paid ditto. Ballance on the New House built pr. Order | 1 14 – | |
| | To | Ditto for Wood to Sundrys pr. Order viz: Hazan £10. Samas £7.10.– Rabbi £7.10. Rachel Solomons £5. Rachel Campinal £3. Hannah Louzada £3.– Rebecca Navaro £3.– & sent to Mr. Seixas's Family £6.– together | 45 – – | |
| | To | Cash paid the Samas. Two acco'ts. of Charges for Succoth & Pesach &ca | 52 1 2 | |
| | To | Ditto fr. discount with Raphael Jacobs for 150 lb.s 3½ to former Parnas | 2 3 9 | |
| | To | Ditto fr. dc.... with Hyman Levy for 55 lb. Wax at 1/10 o. | 5 0 10 | |
| | To | Ditto paid the Hazan. half Years House rent pr. Order £16 – – | | |
| | To | Ditto paid ditto................Salary.............43.15.– | | |
| | To | Ditto paid the Rabbi ditto...............20.–.– | | |
| | To | Ditto paid the Sochet ditto................17.10.– | | |
| | To | Ditto paid the Samas ditto................10.–.– | £107 5 – | |
| | To | Ditto paid Rachel Campinall half Years allowance £10.–.– | | |
| | To | Ditto paid Hannah Louzada.....ditto.....10.–.– | | |
| | To | Ditto paid Rebecca Navarro.....ditto......6.–.– | £26 – – | |
| | To | Ditto paid for Harosith................ | 2 9 4 | |
| | | | £237 18 6 | |

Debts Still Outstanding viz:

| | | | |
|---|---|---|---|
| paid Asher Myers | 8.19.– | Jacob Cohen | 6.16.6 p. 25.– |
| Alexander Solomons | 1.17.– | Sherm'o. Bonan | 2.13.3 |
| paid Benjamin Elling | 1.3.6 | Samuel Moses | 2.1.6 R. Island |
| paid Hyman Aaron Levy | 3.10.– | Hyman Myers | 6.1.9 |
| paid Joseph Myers | 1.12.– | Samson Mears | 9.12.– |
| paid Jonas Philips | 1.16.6 | Abraham Sarzedas | 7.9.– |
| Michael Solomon Hays | 0.11.– | paid Isaac Isaacs | 4.19.8 Long Island |
| paid Philip Jacobs | 0.13.– | Joseph Jones | 3.10.– Halifax |
| paid Reuben Elling | 0.19.6 | Joseph Simons Sen'r. | 1.13.6 |
| paid Uriah Hendricks | 2.9.– | Aaron Hart | 1.6.6 Canada |
| Moses Seixas | 0.8.– | David Lopez Riz | 1.6.6 Jamaica |
| Baruch Hays | 2.12.– | Isaac Isaacks | 1.6.– R. Island |
| Benjamin Seixas | 0.4.– | Joseph Simons | 1.1.– Kinderhook |
| paid Gershom Seixas | 0.10.6 | Nathan Hart | 0.13.– R. Island |
| Is 5/6 Isaac DeCosta | 0.5.– | Benjamin Levy | 0.14.6 Phila. |
| Phineas Abrahams | 0.10.6 | Abraham Pinedo | 0.12.– Curacoa |
| Judah Jonas Cohen | 0.5.– | Moses Gorea | 0.12.– |
| Myer Polock | 1.12.– | Ezekiel Solomons | 0.8.6 |
| Hyam Benj'a. Levy | 0.13.– | | £53.7.2 |
| Jacob DeCosta | 0.14.– | | 37.9.6 |
| | £37.9.6 | | £90.16.8 |

New York the 26th of Nisan 5525.

CSI12672