# EXHIBIT 40.68

Moses B Seixas  
Aaron Judah  

The President Stated that he had convened the Board in Consequence of the following Letter — the Lady therein (mentioned) having died yesterday Morning.

To the Parnass & Trustees  
  Gentlemen  
  At the request of Mr Joshua Lopez and Family, I am requested to ask permission for the Hazan (who has consented to go) provided you will give him permission, to accompany the Corpse of the late Mrs Joshua Lopez, and to inter her at New Port R.I. agreeable to her request in life. It is intended to leave here tomorrow Steam Boat

  respectfully  
  Yr Ob St  
  Signed  A L Gomez  
  Dec 19. 1833

CSI12673