# EXHIBIT 40.69

arrangements for [illegible]

Mr. G. Nathan moved an amendment that the Chairman [?] name the Committee. The amendment was lost and the original motion of Mr. Julian Nathan was adopted.

Mr. Julian Nathan introduced the following resolution which was [?] adopted. Resolved that the [illegible] Trustees of the Cong. S.I. ave. J. Edgar Phillips, B. Lorrain Gratz Nathan, J. Florentil, [illegible] and Julian [Nathan] he is hereby instructed that until the regular organization of the Board there is no seniority in [membership]. That the [illegible] be recognized and called for the distribution of Mitzvot or to the reading of the Law in Synag' in turn. However that [no] individual Trustee shall be called twice in succession excepting when no other Trustee be found.

(motion to adjourn lost)

Mr. Pacceras was allowed to withdraw his Sefer Torah from Synag' for repair.

Mr. Gratz Nathan moved that Seats in Synag' during the ensuing holy days be [rented] on [same terms as last]. The motion was not agreed to.

Adjourned
[signature]

CSI12674