# EXHIBIT 40.70



At an adjourned Meeting of the ...
Present   Solomon I Isaacs
          Naphtali Phillips
          Moses B Seixas
          Aaron Judah &
          Moses L Moses

The Minutes of the last Meeting read & approved

On Motion Resolved that the sum of One hundred & twenty five Dollars be allowed to Mrs Ephraim Hart for her Nephew and that Warrants be issued for the same pay' at 3 & 6 Months after date

The Chairman of the Building Committee to whom was referred the ...

CSI12675