# EXHIBIT 40.71

Case 1:12-cv-00822-LM-AKJ Document 55-112 Filed 02/02/15 Page 1 of 2 PageID #: 1756

read and approved     The following Communication was received from Doctor Joel Hart, addressed to Mr N. Phillips, dated the 16th Jany 1834

My Dear Sir

Circumstances induce my Mother to dispose of her Sepher Torah — having had an offer for the purchase of it, she prefers if the Trustees of our Congregation are inclined to have it, that it should remain in the Shool where it was originally deposited, you can make this proposal to the Gentlemen of the Board at their first Meeting and if it meet their approbation she will transfer the Sepher to them at an equitable price

Very truly yrs
signed  J. Hart

On Motion Resolved that the Hazan be requested to state the value of the Sepher belonging to Mrs. G. Hart

CSI12676