# EXHIBIT 40.72



Of Sheerith Israel — Cred[r]

By Cash rec[d] for 3 Nedaboth . . . . . . . . . . . . . . . . . . . . . . . . . . . £ 10 : 14 : 7
By Ditto of Mr. Myer Myers for bal[ce] of his Acc[t] . . . . . . . . . . 25 : 12 : 1
By Ditto of Solomon Hays for a Fine . . . . . . . . . . . . . . . . . . . 20 : — : —
By Ditto taken out the charity box . . . . . . . . . . . . . . . . . . . . 4 : 15 : —
By Ditto of Mr. Haim Myers for Nurse Doe of Mrs. Louzada Child 2 : 10 : —
By Ditto of Outstanding Debts . . . . . . . . . . . . . . . . . . . . . . . 5 : 6 : 3
By Ditto of Generall Offerings this Six Months . . . . . . . . . . . 299 : 6 : 6
                                                                              £ 368 : 4 : 5

Generall Offerings Received                         Outstand[g] Debts rec[d]
[Jac]ob Franks £ 12 : 5 : 0   Mun[l]. Myers £1 : 16 : 6   Nap[ly] Bar[g]ron £0 : 6 : 0
[...] . . . 7 : 6 : 6   [Jos]eph D[...]son 10 : 1 : 6   Jacob Cohen . . 2 : 19 : 6

CSI12677