# EXHIBIT 40.74

C A Lane the Attorney in Hart v the Trustees be instructed to retain Stephen P Nash Esq as Special Counsel to try the Case for the Defendants in addition to Mr Robt N Waite who is already retained as Counsel in this matter by said Attorney.

The Resolution was adopted — Ayes Prsident, G Nathan, Demeza 3 — Noes Lane & Phillips 2

On motion of Mr Lane it was Resolved that One hundred Dollars be appropriated as a donation to Levy I Isaacs for his extra labor during the Repairs of Synag' last summer — Ayes Prsident, Lane, Demeza 3 — Noes Phillips, G Nathan

The Rev H P Mendes, Hazan, reported some Correspondence in relation to re establishing Service in the New Port Synagogue Whereupon on motion of Mr G Nathan it was Resolved, that the Communications be referred to a Committee of 3 & the Parnas, with instructions to propose as early as possible a definite plan for the re establishment of Services in the New Synagogue under suitable auspices

(Mess G Nathan, Phillips, Demeza, with the Parnas, appointed such Committee)

L McDermotts Bill f 6. removing dirt from Bet Haim 21st St was authorized to be paid

Mr G Nathan offered the following Preamble & Resolutions which were adopted:

Whereas Abr K Brandon Moses who was for twenty years a Trustee of this Congregation and for some time President of the Board departed this life on the 14th ulto,

Resolved that the Board entertain the long and Valuable Services rendered to the Cong" by their lamented

CSI12679