# EXHIBIT 40.75



9 Elul 5643                                        Sep. 10. 1883

Present Josephe Blumenthal chn. pt.
I. Edgar Phillips
Gratz Nathan
David Demora
Julian Nathan
Asher Kurshedt

Minutes of meetings of 27 Aug. read. and on motion to confirm was not carried.
The Board then proceeded to ballot for President and Parnas
Two ballots taken resulted in no choice. Blumenthal 3 Votes and Kurshedt 3 Votes.

Mr Julian Nathan moved that the Chairman pt to be authorized to hire the School Rooms for Sd. J.J.S. on
the same terms as last year it being necessary to give an answer to the Landlord by tomorrow
    The motion was not agreed to. Ayes. Blumenthal, G. Nathan, Demora 3   Noes Phillips, J. Nathan, Kurshedt 3

Mr Alexander Cantor    was appointed Baal Tokay for ensuing Year Curr. f.5 - app. pr. pd. for the term.
Mr David Cantor       ,,     ,,   Hatan Torah - ,,    ,,
Mr M. Barcesas        ,,     ,,   Hatan Bereshith - ,,    ,,

Mr Julian Nathan moved that Messrs Blumenthal, Kurshedt and Phillips be a Committee to make the necessary
arrangements for Succot at an expense not exceeding f 2.50 - to include the cost of Tow for the street during holidays
    Mr G. Nathan moved an amendment that the Chairman pt name the Committee. The amendment was
lost and the original motion of Mr Julian Nathan was adopted.

Mr Julian Nathan submitted the following Resolution which was not adopted. Resolved that the Horas to consist that the
Members of the Cong. J. S. and I. Edgar Phillips, D. Demora, Gratz Nathan, J. Blumenthal, Asher Kurshedt and Julian Nathan, and
he is hereby instructed that until the Regular organization of the Board there is no Seniority in terms as trustees - That the foregoing Members
be recognized and called for the distribution of Mitzvoth or to the Reading of the Law in Synag. in turns - It being that no
individual Trustee shall be called twice in succession, excepting when no other Trustee be present
                                                            (Motion to adjourn lost.)

Mr Barcesas was allowed to withdraw his Sefer Torah from Synag. for Repairs.

Mr Gratz Nathan moved that Seats in Synag. during the ensuing holydays be divided on same terms as last year
                                    The motion was not agreed to.
                                                            Adjourned
                                                            Barret Phillips