# EXHIBIT 40.76



456  Mr Phillips moved the following resolution
Resolved that permission be granted to the Hazan to
accompany the remains to New Bern R.I. for interment

On Motion of Mr Aaron Judah resolved
that a Perpetual Escaba be made for the late Mrs
Rebecca Lopez sister of the lamented & respected Chas
Touro a considerable benefactor to the Congregation

On Motion Resolved that Mefs Mofs
& Phillips be a Committee to transmit to Mr Joshua
Lopez & Judah Touro a Copy of the foregoing resolution
& expressive of the feelings of the Trustees in the bereave
-ment they have experienced in the death of Mr Lopez

On Motion of Mr Mofs Resolved that
the President inform the Hazan of the Permission granted

The President also stated that the
Body of a Stranger found drowned was interred in
the Bet Haim 21st Street in the Strangers row on
the 18th Instant

December 29th 1833

CSI12681