# EXHIBIT 40.77

1883

26" Tebit 5643

243

January 4, 1883 P.M.

Present, I Blumenthal Esq
Isaby Nathan
E A Lane
D Deoayo

Minutes of meetings of 13 & 25" December read and confirmed.

The President reported Sunday interments — Bet Haim L. I including Infants L. Samuel in family plot 19 taken by Mr. Kaplan C "Balto for $150 — no other charges — Mrs. Brenchly's & Child — by Parm at charge of $25 — Prof Livy — Orphan at charge of $10 — Dr Rachel Peters — Infant Son at charge of $25 —

The Parnes reported Sunday Minuntts to wit from D 114 to 131 both dates inclusive

Communication from Messrs Isaac and Lamb Morris treaturing Trustees for Resolutions on death of their Parnes A R Bllottel was read and ordered on file.

Application received from Simpson Solomons Collector asking increase of Commission for Collecting and on motion it was Resolved, that the same be increased from 5 to 6 per cent.

The President was authorized to draw a warrant for $200 — in favor of Rev I Nichole Al Hanan as advance of Salary, to be reimbursed by Reductions from monthly warrants of $30 each until end of July, the amount at that time to deduct the balance & repay the advance

The Clerk was authorized to deliver to the Collector at the usual time the Seat Bills from 1 Jany to 1 July '83. Seat Bills unpaid by 1" Feb may revert of Trustees to elect. Also to deliver the Offering Bills from 1 July '82 to 1 Jany '83

Mr Lane stated that he had completed and had recorded the Collateral Mortgage from H. O'Neill on lots 5 & 6 at 26" St property, and had left same with Treasurer and also deposited the Abstract of title with the Clerk.

The following Bills were ordered paid:

Habersh Gas Light Co 138 light order $157 — L M Somwall charge at B H $6 — Vanderbeck Sparling & maker $15 — C S Nathan family plot — bran, dust, & spring fencing, $2 — Sidney Cohen tender $3 — Kapp Black $3 — O'Neill attendance Dec, Jany, & Feb, $3 — I & Plumlunthal for Sundries Roll Call $11 —

The President reported Sale of old Carpeting for $130 — and the same had been paid to Treasurer

A Communication from Mrs Iane Pyfer was received, asking to purchase a Plot at Bet Haim in order to disinter her husband, children, and Mother and to reinter them in said Plot. The Clerk was instructed to inform Mrs Pyfer that the interments referred to not having been made conditionally and recorded according to existing Rules, her request could not be complied with

Application from Hebrew Orphan Asylum asking the donation of a Sefer Torah, was referred to Parnas & Segan to report on at next meeting

Communication was rec'd from Horace announcing, that Mr S A Stevens of Boston has presented to the Cong — a pair of Sefer handles and a wooden Yod, from the Holy Land — On motion of Mr Nathan it was Resolved That a pair