# EXHIBIT 40.78

that a perpetual Escoba be made for
Mr Solomons of Albany the Clerk give
notice thereof to the Hazan —

Meeting July 24 1823
Present M Phillips
M S Moses
Cary Judah
M. M. Noah

The minutes &c

The President stated that he had rec'd from Mr Noah
the sum of $900 in Cash

& presented that the Remain belonging to Mr
E Hart had been purchased for $  and that an
order had been spent for $  deducting the am'
of Mr Hart bills am'g to $76  and that
the Remains had been deposited in thool
table and receipt taken for the same from
Mr Hart, & his am' according by balanced

The following letter was rec'd

here insert the letter

CSI12683