# EXHIBIT 40.79



CSI12684