# EXHIBIT 40.80

arrangements for [illegible]

Mr G Nathan moved an amendment that the Chairman [should] name the Committee. The amendment was lost and the original motion of Mr Julius Nathan was adopted.

Mr Julius Nathan introduced the following resolution which was also adopted. Resolved that the [illegible] Trustees of the Cong. B.I. are J. Edgar Phillips, N. Lemer, Gratz Nathan, J Florentil, [illegible] and Julius Nathan. [illegible] hereby instructed that until the regular organization of the Board there is no seniority in their membership. That the [illegible] be recognized and called for the distribution of Mitzvoth or to the reading of the Law in Synag' in turn. [illegible] that no individual Trustee shall be called twice in succession excepting when no other Trustee be [present]

(motion to adjourn lost)

Mr Paiceras was allowed to withdraw his Sefer Torah from Synag' for repairs.

Mr Gratz Nathan moved that Seats in Synag' during the ensuing holy days be [sold] on [same terms as last]. The motion was not agreed to.

Adjourned
[signature]

CSI12685