# EXHIBIT 40.82

The Treasurer reported that he had received from the President the above sum of $9,000.

In order to express the gratitude of the Congregation for the liberal bequest of Mr Touro. It is Resolved that a tablet be placed in a suitable part of the Synagogue with an inscription thereon ~~expressive of the~~ in honour of his Memory and as a grateful Consideration of his liberal bequest. And that the same be executed under the direction of this board.

Resolved. that ~~a Perpetua~~ the Name of Mr Touro be placed on the list for a Perpetual Escoba at the usual times. and also that a Seperate Escoba be made for him on the afternoon of Kippur for ever —

Resolved that when the ~~tablet~~ tablet is Completed that a Copy of the inscription thereon with a Copy of these proceedings be transmitted to Miss Rebecca Touro at Boston, & to Mr Judah Touro at New Orleans Sister & Brother of the deceased

CSI12687