# EXHIBIT 40.83



CSI12688