# EXHIBIT 40.84

Resolved that the Quarter bills of Sea[t?] money No 143 & 144 be ~~Set the~~ made out to Jacob Abrahams & the bills be sent to him for payment.

Resolved that the 4th Parnass Mr Moses & Mr Judah be authorized to take measures to have the Ground in the Burying ground kept up by Planks & Posts & to have the fences repaired & strengthened.

4 The Parnass presented Wm Thompson Bill for repairing Oph Zemonim — am't $18.25 order'd the same to be paid.

June 30th 1822

Present  A Phillips
         M L Moses
         Cary Judah
         M. M. Noah
         Judah Zuntz

Minutes of last meeting read & appr[oved]
~~An application~~
~~Petition~~ from the several ~~members~~
of our congregation in behalf of Mr Mo[ses?]
was presented by the Parnass. On motion

CSI12689