# EXHIBIT 40.85

Resolved that a ~~Judgment of Hart~~ $13.—
be paid him as a donation ~~paid~~ ~~that~~
~~against in Chamar be paid~~
an order be drawn for the payment
thereof

Present July 1 1823

Present N Phillips
M L Moses
C Judah
M L Moses
~~Casey Judo~~
M M Noah

Mess N Phillips & M L Moses presented
their Certificates of their election as
Trustees to serve for 3 years from June
30 1823

The Board proceeded to Vote for the
President & Treasurer

Mess N P & M L Moses appointed to audit
the Treasurer Acct Bale in hand $694. ²/₁₀₀

Resolved that M Moses Judah & Phillips be a
Committee to enquire & Report what the
Cost of a ~~Stone~~ Brick Wall round the Beth Haim