# EXHIBIT 40.86



Mode of setting the [seats] for the purpose of considering the [seats in the New Synagogue] & for other purposes connected with the same

Also Resolved that Mr Solomon Seixas be requested to furnish the Trustees with a list of all persons Male and Female upwards of thirteen years of age who are attached to this Congregation as far as the same is practicable, so as the Trustees may have the same on or before the 12th Ins—

Also Resolved that the Remonim belonging to Mr Cary Judah be repaired under the superintendance of the building Committee —

Adjourned

Perry Hart, Clerk

January 19. 1834

At a Meeting of the Trustees
Present    Naphtali Philips
           Moses L Mosd
           Moses B Seixas
           Aaron Judah

The Minutes of the former Meeting was & approved — The President by Message Communicated to this Board that he was unable to attend the Meeting of this day and transmitted the list handed to him by Mr Solomon Seixas of all

CSI12691