# EXHIBIT 40.88



CSI12693