# EXHIBIT 40.89

9" Elul 5643                                   Sep" 10" 1883

Present Joseph Blumenthal Chn p.t.
        I Edgar Phillips
        Gratz Nathan
        David Demesa
        Julian Nathan
        Asher Kursheedt

Minutes of meetings 6" & 27" Aug.t Read — and on motion to confirm was not carried.

The Board then proceeded to ballot for President and Parnas. Two ballotings resulted in no choice. Blumenthal 3 votes and Kursheedt 3 votes.

Mr Gratz Nathan moved that the Chairman p.t. be authorized to hire the School Room for S.H.J.J.S. on the same terms as last year it being necessary to give an answer to the Landlord by tomorrow.
    The motion was not agreed to: Ayes - Blumenthal, G. Nathan, Demesa 3. Noes. Phillips - J. Nathan - Kursheedt 3.

Mr Alexander Canter    was appointed  Baal Tokay for ensuing Year (and $50 appropriated for his tuition)
Mr David Canter            "        "      Hatan Torah    "   "   "
Mr M. Barcesas             "        "      Hatan Bereshith "   "   "

Mr Julian Nathan moved that Messrs Blumenthal, Kursheedt and Phillips be a Committee to make the necessary arrangements for Sucot at an expense not exceeding $250 — to include the cost of Tan for the Street during Holydays.
    Mr G. Nathan moved an amendment that the Chairman p.t. name the Committee. The amendment was lost and the original motion of Mr Julian Nathan was adopted.

Mr Julian Nathan submitted the following resolution which was not adopted: Resolved that the Hazan be notified that the Trustees of the Cong. S.I. are I Edgar Phillips, D Demesa, Gratz Nathan, J Blumenthal, Asher Kursheedt and Julian Nathan, and he is hereby instructed that until the regular organization of the Board there is no seniority in its membership — "That the foregoing Members be recognized and called for the distribution of Mitzvoth or to the Reading of the Law in Synag" in turn — to the end that no individual Trustee shall be called twice in succession excepting when no other Trustee be present.
                          (motion to adjourn, lost)

Mr Barcesas was allowed to withdraw his Sefer Torah from Synag" for Repairs.

Mr Gratz Nathan moved that Seats in Synag" during the ensuing holy days be rented on same terms as last year.
    The motion was not agreed to.

                          Adjourned
                          Edgar Phillips