# EXHIBIT 40.90

249

The Finance Committee was authorized to ascertain and report on what tolerable securities the sum of $10,000 now in hands of Treasurer can be invested for the Cong — and the notes

The 4th June next was designated to the attention of the Hazan for the election of Trustees (Mr Lane in negative)

Mr Phillips called up the Resolution offered by him at last meeting, providing for the extending of the Contract with Rev. D. H. Nieto & the Hazan for one year from 1st Aug next

Mr J. Nathan moved that the subject of electing an Assistant Hazan be postponed until the first meeting of the Board in July next.   Ayes G. Nathan J. Nathan 2 — Noes President Phillips, Lane, Demeza — 3   Lost

Mr G. Nathan moved to amend by postponing the subject until the first meeting in June next
Ayes President G. Nathan J. Nathan 3   Noes Phillips Lane Demeza 3   Not carried.

Mr G. Nathan then moved that the original Resolution offered by Mr Phillips do lie on the table
Ayes President G. Nathan J. Nathan 3   Noes Phillips Lane Demeza 3
There being an equal division the President by a Casting Vote declared the motion to lie on the Table carried.

On a motion to Adjourn Mssrs Phillips, Lane, and Demeza retired from the meeting and a quorum not there being present the meeting was
Closed

Isaac Phillips Clerk

———————————————

10th Iyar 5643                            Evening of May 17, 1883
Present Joseph Blumenthal Esq President
        J. Edgar Phillips
        Gratz Nathan
        Charles A. Lane
        David Demeza
        Julian Nathan

Minutes of last meeting read, amended, and passed as correct

The President reported Sundry Warrants drawn from № 235 to 242 both inclusive

The name of the late Mrs Sarah Moss was authorized to be placed on the list of perpetual Chatirah $12½ having been paid to Treasurer for the same.

A communication was received from Dr Hockie Gomez asking permission to transfer one half of the Plot ... on Plot Hazan L.O. his Brother in law Joseph A. Dreyfus and also a Communication from ... asking the permission to transfer one half of the Plot № 24 to same party, to wit J. A. Dreyfus ...