# EXHIBIT 40.91

244

of Sabbath candles and a God made of wood for Hebrew and Jewish having been handed to the Cong'n by Mr A. A. Harris of Boston who has but recently made a gift to the Cong'n of a Sefer Torah and Robes, Bells and Breastplate. The thanks of the Congregation are hereby tendered to him for his generosity and kind wishes found who hath supplied the above offerings and that in accepting them the Board most sincerely their kind wishes for the long life, health and happiness and prosperity of the worthy donor.

The Choir Committee reported the death of the Choir Leader Mr David Oches and handed a communication in behalf of his widow and children, it was Resolved that in appreciation of the services of the late and in sympathy for his family the sum of $100 be decided to be his widow. The Committee also reported that they were arranging to procure another suitable Leader for the Choir.

A Communication from Mr Louis G. Hart asking of the property of the Cong'n a Wig S. over for sale and of it, price and terms, was laid on the table.

In the case of Hart v Trustees & came before on a bid of $6 to $20 S't property to Hugh O'Neill. Mr Nathan moved that $200 be paid to S.G. Stern Esq counsel in the park of the Trustees. Mr Lane moved to amend by adding $200 for Mr Wade Esq.

The amendment was lost. Mr Lane only in the affirmative. The resolution or motion of Mr Nathan or to Mr Stern was then adopted. Mr Lane in the negative.

On motion of Mr Nathan it was Resolved that the sympathy of the Board is hereby extended to Mr Cohen who is bereaved and endured by him in the death of his sister Miss Rebecca Phillips.

Adjourne
[signature]
Clerk

---

20° Shebat 5643                            January 27 1883 Evening
Present, Joseph Blumenthal Esq. President
                 J Edgar Phillips
                 Grch Nathan
                 C. I. Lane
                 M. Danner

Minutes of last meeting read and confirmed.

The President reported interment in Plot known P.D. Plot Hebat Shell of Mr Cotton Cohen, in the Regular fee without charge.

The President reported sundry Warrants drawn for Mr 102 to 107 both inclusive

The name of the late David M. Oches was ordered to be placed on the List of Candidates, $12.00 having been paid to the Treasurer for the same.