# EXHIBIT 40.92

Chatham St. will be

Resolved that a perpetual Escoba be made for Mr Levi Solomons of Albany & the Clerk give notice thereof to the Hazan —

Meeting July 24 1823
Present N Phillips
        M L Moses
        Cary Judah
        M. M. Noah

The minutes &c

The President stated that he had rec'd from Mr Noah the sum of $9000 in a Check

The Presidt. rep'd that the Remainder belonging to Mr E Hart had been purchased for $ . . . and that an order had been issued for $ . . . deducting the am't of Mr Harts bills am'tg to $76. — and that the Remainders had been deposited in Shool to bile and receipt taken for the same from Mr Hart. & his am't accordingly balanced

The following letter was rec'd
    here insert the letter