# EXHIBIT 40.93

| | £ | s | d | |
|---|---|---|---|---|
| To Cash paid for ... | | 4 | 7 | 0 |
| To Cash paid Levy Israel for Beer Greens &c | | 4 | 0 | 3 |
| Cash paid ditto Acco.t of Sundries | | 6 | 2 | 9 |
| Cash paid ditto ditto | | 5 | 3 | 3 |
| Cash paid ditto ditto | | 0 | 19 | 11 | 20 |
| Cash paid ditto ditto | | | | |
| To Cash paid Abraham Bar Nahman | | | | | 1 |
| To Cash paid M.rs Smith for Rabbi Moses Bar David's Lodging | | | | |
| To Cash paid for Wood for David Hays Sen.r | | | | | 1 |
| To Cash paid for Wood for Haham | 3 | 12 | 6 | |
| paid Haham | 24 | 5 | 6 | |
| paid M.rs Hays for Haham's Lodging &c | 10 | 3 | 9 | |
| paid Haham's Passage and Provisions to Rhode Island | 2 | 13 | 0 | |
| paid Nathan's attending Haham to Rhode Island | 2 | 8 | 0 | 43 |
| To Cash paid Benjamin Seixas for a Sett of Harness for the Horse | | | | 10 |
| To Cash paid for Sundries for Carriages | | | | |
| To Cash paid Shochet for Warrant Killing on Sunday | | | | |
| To Cash paid Isaac Adolphus for Sundries | | | | |
| To Cash paid for two Killing Knives | | | | |
| To Cash paid Samuel Israel for Porto's & Abraham's Board | | | | |
| To Cash sent to St Eustatia per Dewight | | | | |
| To Cash paid John M.c Comb cleaning the Synagogue | | | | |
| To Cash paid Simon Aaron to go to Carolina | | | | |

CSI12698