# EXHIBIT 40.94

| | | |
|---|---|---|
| Debt | The Huy[...] | £ 3 = = = |
| 515 | To Cash for 6½ gallons Oyl as p Acco.t | 8 = 12 " 11 |
| | To Ditto for Wax & Lead as p Ditto | 2 = 12 " |
| | To Sundry for Mr Soloman Isaacs for Amsterdam as p Acc.t | 1 = = |
| | To Cash paid the Samas 2 Week Board Soloman Isaacs | 1 = 8 " |
| | To Negrow hyer 10/ Sand 7/6 Cotton 1/9 Clanning 2/ Mason Wah 7/ as p Acc.t | 1 = 0 = |
| | To glaser Work & glass 4/8 Blosom for Sabboth 13/9 Clanning 2/ | = " 12 " |
| | To Mrs Catting for making Matsow 3/ Leader 5/ Sealing Wax 4/6 as p Acc.t | 7 = 5 " |
| | To Mrs Cornales Clopper 2 Quarter House Rent as p Rec.tt | 4 " = |
| | To Richard Ashene for Abraham Pana as p Rec.tt | 2 " = |
| | To Cash Deliver Jacob Aaron as p Order & Rout Hand | 3 = 3 = |
| | To Canturo & Rivara Son for Rhode Island as p Acc.t | |
| | To Mr Hays for 2 Week Board & Logen 20/ Clanning 1/ as p Acc.t | 1 = 1 |
| | To Lighting the Candels 1 Quarter 6/ Deliver Mr Abraham as p Acc.t 25/ | 1 = 11 |
| | To Cash Delivered Mr Nabaro & provisions as p Acc.t & Order 20/ Sundry times | 2 = 15 |
| | To Cash to Mr Hays as p Order 24 Week at 6/ as p Acc.t | 7 = |
| | To Ditto pay Mr Benjamin Parare Hazen 6 Mounth Salary £25 | |
| | To Ditto the Shoket D.o 12,10 | |
| | To Ditto the Samas D.o 10 " = " | |
| | To Ditto Mrs Rachel Valle allowance 10 " — | 57 |