# EXHIBIT 40.95

Debtt                    The Holy Tsedakah

|   |   | £ s d |
|---|---|---|
| | Brought over from the Debtor Side | 46316.5 |
| 5519 | To Cash paid Elias Solomons for Mrs. Touzada for 23 weeks Lodgings & Boarding at £20 p Annum by order | 0.1.0 |
| | To Do paid Isaac Navarro by order | 4.0.0 |
| | To Do paid Levy Israel for 6 weeks & 3 days Lodgings & boarding of Solo Boon at 20/ p week by order | 6.9.0 |
| | paid said Boon at leaving the said Lodgings | 0.16.0 |
| | To Do paid Aaron Cardoso for 7 ¼ weeks Lodgings & boarding to said Boon by order | 7.5.0 |
| | said Do for 2 young men by order | 1.10.0 |
| | To Do paid Myer Myers for an Acct. he paid William Wimbleton the mason for altering the Chimni[e]y in the Hebra as p Acct. receipt & by order | 4.13.0 |
| | paid Do for Ditto for David Provost the Smith for D use p Do | 0.10.6 |
| | To Do paid for the use of Solomon Boon | 0.5.0 |
| | To Do paid the Hazan Mr. Pinto for his Salary to the first of this month £10 0 Sterling at 70 Exchange | 17.14.0 |
| | To Do paid Rachel Campanall's her half years allowance | 10.0.0 |
| | To Do paid Mr. Hevr. Myers for a piece of plate order'd Mr. Abrm. I. Abrahams in consideration of his serving as a Hazan to the Kaal & by order | 20.0.0 |
| | To Do paid the Samas Elias Solomons for half year salary | 10.0.0 |
| | paid Do for 2 Loads of wood & Cartage to Island & other petty charges | 1.18.3 |
| | To Do paid the Sohet Hyam Myers his half year salary | 12.10.0 |
| | paid Do for his pirceage for 6 Months | 2.0.0 |
| | To Do paid Daniel Torres for Masoth Deliver'd the poor being 302 lb at 4d pc | 6.1.1 |
| | To Do paid Do for sundrys for the use of makeing the masoth | 0.7.10 |
| | To Do paid for 4 Coconuts 6 lb Raisins & 4 lb Almonds & 2 oz Cinamon for the use of Haroseth & greens | 1.9.6 |
| | To Do paid a Negro for his attendance in lighting the Candles for 6 Months | 0.12.0 |
| | To Moses Franks for a ballance due to him for what he advanced by order for the use of Mr. Pinto our Hazan as p Acct Render'd being £27. 11 Sterlg Exchange at 70 p Cent | 19.5.0 |
| | | 46.16.0 |
| | | £627.2.7 |