# EXHIBIT 40.96

18 C ledger

5512 To Ashers Myers for repairing lamps 17 sh
Nussan Bab to Isaac Gomez £35.6.8     [prob'y for Parnas
                    under Jacob Franks Parnas]
5512  donations Myer Myers                    2.14.9
     to Bal. of Davids Hays late Parnas  £ 35.4   (Ball.
     By Isaac Gomez for Bal. [Parnas]  35.6.8         Gdnstn
5513  MM donation  £ 4.11.9                           33.16.8
     By [illegible] Gomez for ballance [Parnas] 35.6.8
     By Isaac Seixas for ballance [Parnas] £ 54.4.4
     M Jacob Franks for ballance  £ 46.5.2
     MM donation                    - 2.9.6
5514  "                              6.10.9
     to A Myers for mending brass  1.14
check  Ye late Parnas Daniel Gomez    33.8.10
upst  MM donatn    -.19.6
debts on
Rosenbaum  By cash recd of my Brother Mr Benjm Gomez 6 paras
5515  By Cash Bal of Amt Hr ast Parnas  £ 54.20  40.02.1
     MM 1.7.9 } to Jos Simson l paras  4.14.6
     "  3.12.3
     By bal. of last Parnas  £ 4.5.6 [no name]
5516  A Asher Myers for lead & casting  3.7.8½
     Daniel Gomez for 4 brass candlesticks  15 sh
     MM  2.10.6     MY 2.00
     Cleaning of brass £ 16 sh
5517  MM £ 6.0
     A Myers for making lead  1.10.7
     Recd Bal f late Parnas Moses Gomez    17.4.5
     MM £ 4.4.0
     Asher Myers for making lead  0.18.8
                         D. Parnas
     Recd Bal Judah Hays £ 80.4.5½

CSI12701