# EXHIBIT 40.97

5517   MM  2.6.0
5518   MM  3.19.3   Cash rec'd for Isaac Gomez Ballance
       MM  5.2.—                    of his acct £168.5.3
5519   1st mo signature       By Cash received of Mr
       MM  £3.00              Sampson Simson the l parnass
       MM  £9.4.6             £ 315.11.11
To Cash pd Mr My ??? for pce of ??? ordered Mr Abr^m — Abraham
                                tip Considerations as Hazan to
5520   MM  £10.14.—                      £20   Kaal by order
       To MM for Commission on his acct
       To MM for Ow 4.7.0 for mistake in his acct
       To 1 Staple, 1 Joyner 2 Mendo:  2 boys for
       Sophies Acct of 4.   To Cash pd Mr Jacob Franks a
       By Cash of Mr My        Ball due to him 5.10.3   25.18.4
By Cash Rec'd of Mr Benj^m dato 4.17.9   To Mr Benj^o Gomez the
  Mr Benj^o                                Seceund Parnass Presid^t
  Gomez the        "  7.10.7
  Barkindes^g acct
To Ball    8  5521    "  6.14.6
1 pd Mr Smith              "  6.8.9   To Ballance interest paid Mr
Hart present  145.10.—     "  5.19.0   Hayman Levy Parnas of Pres.
Ed M'd    5522                                            145.10.0
Parnass                  Rec'd for Jos Simsons Last Parnass Ball 20.11.80
93.10.0
         → Mq dato     8.10.3  Ballance due to the Sedakah which
                                Incorp'y Sam. & Judah Parnass 20.11.10
5524   Mq pd for a new Bk to Lay in the       £1.12.6
Cash Rec'd  MM  dto  12.12.9    To Cash pd    Cash rec'd of Samuel
of Mr Manuel                                  Hart former Parnas
Josephson   Subscriles for new House  36.4.1  Ball of his acct
£1.0/05 for Ball  MM         £3.12.0   dues 1525        29.11.6
due £38.76
       MM                  10.13.9         5523 Ball. due
5525  MM   6.4.6   5.18.3                which I now pay
      MM           5.1.6                 to Mr Emanuel
5526  MM           4.3.3                 Joseph Sam't
                                         Parnass 309.2.1/2
5527 List of Lay ation for Raising Sum of money to pay Ball
     due to late Parnas   MM £2       MM 1.0