# EXHIBIT 40.98

5523 By Cash received of Mr Samuel Judah & Parnas 106.3.10
MM 6.14.3
Ballance due to the 5523 I now del: new Mr Jacob Franks opso.
5527 Cont'd  By cash rec'd Mr Isaac Gomez late opso  88.7.6½
MM £1.00 / MM 2.15.6     MM 5.16.9     38.9.2½
10th y SCD money for ants  MM 65 seats 6/ 10.0.0
5528 MM 4.19 / Cash rec'd from Mr Samuel Hart. The Late
Cash rec'd for Mr Isaac Adolphus. The last opso  Parnas 21.11.6
                                                    3.3.6
Cash pd for defficiency on Subscription for a new cloth
for the Jndre and new folding of ptg the 3.8  £1.2.0
Cash rec'd for the [2 Polanders] at Newport (no dum sp)
MM 3.12.6         But also New york + also
5529 MM 4.4.6 / 34.10.7 for Cash pr Mr Moses M Hays 1. parnas on rept
5530 MM 3.0.0  Cash received of Mr Hayman Levy 1 Parnas 34.10 7½
770 "Ball due the pedakah, which I now pay to 78.19.4
Myer Myers. with 1/6 over". 39.18.1  [32.65+6.53]
Cash Rec'd of Mr Samp: son Simson the Late Parnas 39.19.7
MM. 6.18.6
"      10.10.6   p signed by MM
5531 Another ex. of payment to Asher Myers by Seny Gomez
"By cash rec." of Mr Myer Myers 1. parnas  23.17.6
last parnas gave to new parnas amt [...]
MM 6.3.6                                  Then he was kept
MM 3.15.6
5532 MM 10.5.6  Asher Myers former Parnas pays 66.3.1
5533 pd for Haham's passage + Provisions to R. I
pd Nathan attending Haham to R I
Cash pd Manuel Myers for Rebah cloth
+ mending 2 Siphers 13.7.5
MM 11.4.0

CSI12703