# EXHIBIT 40.99

5534 Cash Pd M M dear him on a pr of hinn    10.15
                                   Bills

MM  2.8.6.

carriel 1775 x
over 1776  MM owes 10.3.6 / Stilo owes no 5544   1784
1777                              note fr 5537-5544 (1777-84
and Mar 1783                       no acct's Numbers & did
                                    not return until 1784

1784 Thyer H Thyers 4.0.6 8
1786 Meyer H. Myers . 0.1.6
1785   "     "       5.
1786 MMowarit
       1.9.6
       4.9.6

Sundry Expenses for April 13 1787 to Sept 14 1787
pd by MM viz   62.16.3½
List of callno by MM
1792 debt M M 10

1793 June 2 M M 0.19.6





check debts

CSI12704