# Exhibit A

**Jacoby, Tobias B.**

| | |
|---|---|
| **From:** | Solomon, Louis <Louis.Solomon@cwt.com> |
| **Sent:** | Thursday, December 11, 2014 4:44 PM |
| **To:** | 'ses@psh.com'; Naftalis, Gary P.; Wagner, Jonathan M.; Jacoby, Tobias B.; 'dsherman@edwardswildman.com'; 'ktadesse@edwardswildman.com'; Shinerock, Solomon |
| **Subject:** | RE: Congregation Jeshuat Israel v. Congregation Shearith Israel 12-cv-822 |

Counsel, without prejudice to what we may submit tomorrow, but as a courtesy to you, we contacted Professor Fisher and Dr. Mann when we got the Court's draft order to see what dates they had between now and Jan 2 (I have to be in Paris on an ICC arbitration Jan 5-6 but personally left all other days available).  As of now, the dates for the depositions are

Professor Fisher – Dec 30
Dr. Mann – Dec 29 or 31.  She is also available on Dec 30.

The depositions can take place in NY.  Please let us know by mid-day tomorrow if you want Dec 30 for Professor Fisher and which of Dec 29 or 31 you want for Dr. Mann.

Louis M. Solomon, Cadwalader
One World Financial Center
New York, NY 10281
Tel:  +1 212.504.6600/Fax: +1 212.504.6666
Louis.Solomon@cwt.com; www.cadwalader.com
*International Practice Domain:*
E-book (www.internationalpractice.org)
Blog (www.blog.internationalpractice.org)

---

**From:** Judge McConnell [mailto:Judge_McConnell@RID.USCOURTS.GOV]
**Sent:** Thursday, December 11, 2014 9:20 AM
**To:** 'ses@psh.com'; Naftalis, Gary Philip; 'jwagner@kramerlevin.com'; 'tjacoby@kramerlevin.com'; 'dsherman@edwardswildman.com'; 'ktadesse@edwardswildman.com'; Solomon, Louis; Shinerock, Solomon
**Cc:** Barbara Barletta; Aileen Sprague
**Subject:** Congregation Jeshuat Israel v. Congregation Shearith Israel 12-cv-822

Counsel:

Attached is a draft order I am prepared to file in this matter in response to a series of letters recently received and motions filed.

Kindly review it and let me know, no later than the end of the day tomorrow, whether you see any problems with this schedule or want to offer any modifications to the order.

Thanks.

***Judge John J. McConnell, Jr.***
*United States District Court*
*District of Rhode Island*
*One Exchange Terrace*

*Providence, R.I.  02903*
*[Judge_McConnell@rid.uscourts.gov](mailto:Judge_McConnell@rid.uscourts.gov)*
*401-752-7020 Phone*
*401-752-7029 FAX*

----------------------------------------------------------------------
NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.


----------------------------------------------------------------------