# Exhibit B

## Jacoby, Tobias B.

| | |
|---|---|
| **From:** | Solomon, Louis <Louis.Solomon@cwt.com> |
| **Sent:** | Thursday, January 15, 2015 11:53 AM |
| **To:** | Jacoby, Tobias B. |
| **Cc:** | Sherman, Deming; Chiang, Jennifer; Grinblat, Yan; Wagner, Jonathan M.; ses@psh.com |
| **Subject:** | RE: Touro |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Tobias, thank you for your email below.  We've spent many (many) hours since your email of last week trying to piece together your prior production.  Based on that re-review, we still do not see any policies covering any period from 2010 forward.  Please identify by production number all such policies, including without limitation property, casualty, liability, museum, or fine arts policies, and please identify by production number any policies from that time period that CJI claims cover the Touro synagogue and/or the rimonim.  If you haven't produced those documents, please produce them immediately.

Thank you.


Louis M. Solomon, Cadwalader
One World Financial Center
New York, NY 10281
Tel:  +1 212.504.6600/Fax: +1 212.504.6666
Louis.Solomon@cwt.com; www.cadwalader.com
*International Practice Domain:*
E-book (www.internationalpractice.org)
Blog (www.blog.internationalpractice.org)

---

**From:** Jacoby, Tobias B. [mailto:TJacoby@KRAMERLEVIN.com]
**Sent:** Wednesday, January 07, 2015 4:13 PM
**To:** Solomon, Louis
**Cc:** Sherman, Deming; Shinerock, Solomon; Chiang, Jennifer; Grinblat, Yan; Wagner, Jonathan M.; ses@psh.com
**Subject:** RE: Touro

On June 24, 2014, we produced several hundred pages of material related to insurance coverage (CJI 1404-1924), including documents concerning coverage of the Rimonim (e.g, CJI 1483, 1761-62, 1766).  We nevertheless will look to see if CJI has any additional documents to produce.


**Tobias B. Jacoby** | Associate
**T:** 212-715-9332 **F:** 212-715-8135 **E:** TJacoby@KRAMERLEVIN.com
Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | New York, New York 10036
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

---

**From:** Solomon, Louis [mailto:Louis.Solomon@cwt.com]
**Sent:** Wednesday, January 07, 2015 11:11 AM

**To:** Wagner, Jonathan M.; Jacoby, Tobias B.; Snow, Steven E.
**Cc:** Sherman, Deming; Shinerock, Solomon; Chiang, Jennifer; Grinblat, Yan
**Subject:** Touro

Counsel, Representatives of CJI testified that CJI insured the rimonim. Documents evidencing such insurance would have been responsive to our document requests, and Solomon Shinerock specifically requested production or identification of such documents during the deposition of David Bazarsky. We intend to move in limine against any testimony concerning CJI's claimed insurance of the rimonim. If CJI has anything more to produce, or if we've missed the production in our review of CJI's produced documents, please advise asap.

Thank you.


Louis M. Solomon, Cadwalader
One World Financial Center
New York, NY 10281
Tel: +1 212.504.6600/Fax: +1 212.504.6666
Louis.Solomon@cwt.com; www.cadwalader.com
*International Practice Domain:*
E-book (www.internationalpractice.org)
Blog (www.blog.internationalpractice.org)



---------------------------------------------------------------------
NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.


---------------------------------------------------------------------