# Exhibit C

**Jacoby, Tobias B.**

| | |
|---|---|
| **From:** | Solomon, Louis <Louis.Solomon@cwt.com> |
| **Sent:** | Wednesday, January 28, 2015 3:20 PM |
| **To:** | Jacoby, Tobias B.; Chiang, Jennifer; Grinblat, Yan |
| **Cc:** | ses@psh.com; Wagner, Jonathan M.; Naftalis, Gary P.; dsherman@lockelord.com |
| **Subject:** | RE: CJI v. CSI |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

We continue our objections.

Louis M. Solomon, Cadwalader
One World Financial Center
New York, NY 10281
Tel: +1 212.504.6600/Fax: +1 212.504.6666
Louis.Solomon@cwt.com; www.cadwalader.com
*International Practice Domain:*
E-book (www.internationalpractice.org)
Blog (www.blog.internationalpractice.org)

---

**From:** Jacoby, Tobias B. [mailto:TJacoby@KRAMERLEVIN.com]
**Sent:** Wednesday, January 28, 2015 3:13 PM
**To:** Solomon, Louis; Chiang, Jennifer; Grinblat, Yan
**Cc:** ses@psh.com; Wagner, Jonathan M.; Naftalis, Gary Philip; dsherman@lockelord.com
**Subject:** RE: CJI v. CSI

We believe your objections are unwarranted and we disagree with your characterization of the facts. By separate e-mail today, I am providing a link to the remainder of the policies that you requested and that CJI was able to obtain from its current and former insurance brokers and carriers.

**Tobias B. Jacoby** | Associate
**T:** 212-715-9332 **F:** 212-715-8135 **E:** TJacoby@KRAMERLEVIN.com
Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | New York, New York 10036
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

---

**From:** Solomon, Louis [mailto:Louis.Solomon@cwt.com]
**Sent:** Monday, January 19, 2015 11:58 PM
**To:** Jacoby, Tobias B.; Chiang, Jennifer; Grinblat, Yan
**Cc:** ses@psh.com; Wagner, Jonathan M.; Naftalis, Gary P.; dsherman@lockelord.com
**Subject:** RE: CJI v. CSI

Tobias, so that there is no confusion later, insofar as CJI objected and continues to object to the timeliness of CSI's production, CSI objects to your production this past Friday.  We further object to the extent  you try to use any of those documents, certainly without giving us discovery on them (which we had sought previously but was blocked by failures to answer since we didn't have the documents) and certainly without producing the documents in full and complete form.

Louis M. Solomon, Cadwalader
One World Financial Center
New York, NY 10281
Tel:  +1 212.504.6600/Fax: +1 212.504.6666
Louis.Solomon@cwt.com; www.cadwalader.com
*International Practice Domain:*
E-book (www.internationalpractice.org)
Blog (www.blog.internationalpractice.org)

---

**From:** tjacoby@kramerlevin.com [mailto:tjacoby@kramerlevin.com]
**Sent:** Friday, January 16, 2015 12:43 PM
**To:** Solomon, Louis; Chiang, Jennifer; Grinblat, Yan
**Cc:** ses@psh.com; jwagner@kramerlevin.com; Naftalis, Gary Philip; dsherman@lockelord.com
**Subject:** CJI v. CSI

**You have received 1 secure file from tjacoby@kramerlevin.com.**
Use the secure link below to download.

---

In response to your January 7 and 15 requests, CJI has obtained policies from its current and former insurance brokers, which we are producing to you now.  Below is a link to documents Bates numbered CJI 2353 through CJI 2511.  We are working to obtain and produce additional material you have requested.

Best regards,

Toby

**Secure File Downloads:**
Available until: **06 February 2015**

Click link to download:

> **2015.01.16 Production.zip**
> 26,298.65 KB

You have received file link(s) sent via Accellion Secure File Transfer. To retrieve the file(s), please click on the link(s).

Secured by Accellion

---

**Tobias B. Jacoby** | Associate
**T:** 212-715-9332 **F:** 212-715-8135 **E:** TJacoby@KRAMERLEVIN.com
Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | New York, New York 10036
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or

legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

---------------------------------------------------------------------

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.


---------------------------------------------------------------------