# Exhibit D

# Jacoby, Tobias B.

**From:** Jacoby, Tobias B.
**Sent:** Wednesday, January 28, 2015 3:20 PM
**To:** louis.solomon@cwt.com; jennifer.chiang@cwt.com; yan.grinblat@cwt.com
**Cc:** ses@psh.com; Wagner, Jonathan M.; Naftalis, Gary P.; dsherman@lockelord.com
**Subject:** CJI v. CSI

---

**You have received 1 secure file from tjacoby@kramerlevin.com.**
Use the secure link below to download.

---

Please find below a link to documents bearing Bates numbers CJI002512 to CJI003021.

**Secure File Downloads:**
Available until: **18 February 2015**

Click link to download:

   **2015.01.28 Production.zip**
   61,931.24 KB

You have received file link(s) sent via Accellion Secure File Transfer. To retrieve the file(s), please click on the link(s).

Secured by Accellion