# Exhibit E

## Jacoby, Tobias B.

**From:** jennifer.chiang@cwt.com
**Sent:** Monday, February 02, 2015 4:29 PM
**To:** Naftalis, Gary P.; Wagner, Jonathan M.; Jacoby, Tobias B.; ses@psh.com
**Cc:** Louis.Solomon@cwt.com; Deming.Sherman@lockelord.com; yan.grinblat@cwt.com
**Subject:** CJI v. CSI

**You have received 4 secure files from Jennifer.Chiang@cwt.com.**
Use the secure links below to download.

Counsel,

We are producing herewith additional documents that support and are referenced in the declarations of Professor Linford Fisher and Dr. Vivian Mann in opposition to CJI's Motion to Exclude their expert testimony, to be filed today with the Court; as well as documents that pertain to CJI's recent productions of insurance-related documents. These documents bear Bates numbers CSI12595 to CSI12759.

Regards,
Jennifer

**Secure File Downloads:**
Available until: **16 February 2015**

Click links to download:

**CSI12595.pdf**
2,681.34 KB, Fingerprint: f089541211f2477f0153f59798a6a2db (What is this?)

**CSI12599.pdf**
5,486.16 KB, Fingerprint: db69f4bb985f349efcf26006c7ce40d8 (What is this?)

**CSI12606.pdf**
75,661.74 KB, Fingerprint: d38927d1fd3eca56938b06f1248f49f9 (What is this?)

**CSI12705.pdf**
30,616.93 KB, Fingerprint: 939dc5681dffd8047f10cabea528e795 (What is this?)

------------------------------------------------------------------

FOR ASSISTANCE: If for any reason you require assistance, you may contact the Cadwalader, Wickersham & Taft Information Technology Helpdesk.

Helpdesk Direct Telephone: +1 212.993.4357
Helpdesk Toll Free Telephone: +1 877.530.9900
Helpdesk General Email: MAIL-HELP_DESK@CWT.com

An overview of the platform and some common questions can be found at the following link:
https://nyaccellion.cwt.com/courier/1000@/custom_template/1000/Quick_Start_Guide.pdf (PDF reading software is required to read the file.)

------------------------------------------------------------------

STORAGE POLICY: The Cadwalader, Wickersham & Taft Accellion Secure Managed File Transfer system is for the purposes of File Transfer and is not intended to be used as an archival or long-term storage mechanism. All files sent through the system are automatically deleted on some schedule as defined by the "link expiry" date of email received through the system. Users of this system are responsible for ensuring that all files sent through it are archived and otherwise managed elsewhere as per their organization's policy.

-----------------------------------------------------------------------

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

-----------------------------------------------------------------------

Secured by Accellion