# <u>EXHIBIT A</u>

KRAMER LEVIN NAFTALIS & FRANKEL LLP

JONATHAN M. WAGNER
PARTNER
PHONE 212-715-9393
FAX 212-715-8393
JWAGNER@KRAMERLEVIN.COM

June 27, 2014

By PDF

Louis M. Solomon, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Re:    *Congregation Jeshuat Israel v. Congregation Shearith Israel*, C.A. No.-12-822-M (LDA)

Dear Lou:

We are disappointed that, notwithstanding our prior conversations on the subject, CSI is unwilling to agree voluntarily that the parties will make available for deposition all trial witnesses.

In light of your unwillingness to so agree, we note that you are listed as a knowledgeable witness, both in response to CJI's interrogatories as well as CSI's Rule 26(a) Disclosure. Will you be a witness at trial?

Yours truly,

Jonathan M. Wagner

JMW:jgf

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000
990 MARSH ROAD   MENLO PARK CA 94025-1949   PHONE 650.752.1700   FAX 650.752.1800
47 AVENUE HOCHE   75008 PARIS FRANCE   PHONE (33-1) 44 09 46 00   FAX (33-1) 44 09 46 01
WWW.KRAMERLEVIN.COM

KL3 2978068.1

## Snow, Steven E.

| | |
|---|---|
| **From:** | Solomon, Louis <Louis.Solomon@cwt.com> |
| **Sent:** | Friday, July 18, 2014 4:04 PM |
| **To:** | Wagner, Jonathan M. |
| **Cc:** | Sherman, Deming; Shinerock, Solomon; Jacoby, Tobias B. |
| **Subject:** | CJI v. CSI |
| **Attachments:** | 20140627110903.PDF |

Jonathan, thank you for your vm. We will let you know about Avery on Monday. Would an intermediate agreement be acceptable, that you can depose him if we do call him?

This relates to your letter of June 27, which I didn't see until just now. On the first paragraph, it was you who changed your view, but that is water under the bridge now. On whether CSI will call me, I think no, and no one has even suggested yes, but with the important caveat that if what I think are factually and legally meritless assertions by your side put in issue issues of which I am a percipient witness, no one could rule out the possibility.

Shabbat shalom.

Louis M. Solomon, Cadwalader
One World Financial Center
New York, NY 10281
Tel: +1 212.504.6600/Fax: +1 212.504.6666
Louis.Solomon@cwt.com; www.cadwalader.com
*International Practice Domain:*
E-book (www.internationalpractice.org)
Blog (www.blog.internationalpractice.org)

-----------------------------------------------------------------------

IRS Circular 230 Legend: Any advice contained herein was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal, state, or local tax penalties. Unless otherwise specifically indicated above, you should assume that any statement in this email relating to any U.S. federal, state, or local tax matter was written in connection with the promotion or marketing by other parties of the transaction(s) or matter(s) addressed in this email. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

=======================

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

JONATHAN M. WAGNER
PARTNER
PHONE 212-715-9393
FAX 212-715-8393
JWAGNER@KRAMERLEVIN.COM

February 27, 2015

By PDF

Louis M. Solomon, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

> Re:   *Congregation Jeshuat Israel v. Congregation*
> *Shearith Israel,* C.A. No.-12-822-M (LDA)

Dear Lou:

On June 27, 2014 I wrote to you, asking, "Will you be a witness at trial?" On July 18 you responded, "I think no, and no one has even suggested yes," but you added a caveat. In addition, you did not identify yourself as a trial witness prior to the fact discovery cutoff.

We wrote to you in light of the provisions of Rule 3.7 of the Rhode Island and New York Rules of Professional Conduct. Now that discovery is essentially complete and the trial is a little over two months away, we are following up on our inquiry. We need to know for certain whether you will be a witness at trial or whether you will be appearing as counsel.

Yours truly,

*Jonathan M. Wagner*

Jonathan M. Wagner

JMW:jgf

cc:   Steven E. Snow, Esq. (by PDF)
      Deming Sherman, Esq. (by PDF)

1177 AVENUE OF THE AMERICAS  NEW YORK NY 10036-2714  PHONE 212.715.9100  FAX 212.715.8000

990 MARSH ROAD  MENLO PARK CA 94025-1949  PHONE 650.752.1700  FAX 650.752.1800

47 AVENUE HOCHE  75008 PARIS FRANCE  PHONE (33-1) 44 09 46 00  FAX (33-1) 44 09 46 01

WWW.KRAMERLEVIN.COM

KL3 3007414.1

## Snow, Steven E.

| | |
|---|---|
| **From:** | Solomon, Louis <Louis.Solomon@cwt.com> |
| **Sent:** | Wednesday, March 04, 2015 10:41 AM |
| **To:** | Jacoby, Tobias B. |
| **Cc:** | Wagner, Jonathan M.; Snow, Steven E.; Deming.Sherman@lockelord.com |
| **Subject:** | RE: CJI v. CSI |

Tobias, as of now our view remains the same. I think witness lists are due in April. If you want a mutual acceleration of those, we are amenable.

Louis M. Solomon, Cadwalader
One World Financial Center
New York, NY 10281
Tel: +1 212.504.6600/Fax: +1 212.504.6666
Louis.Solomon@cwt.com; www.cadwalader.com
*International Practice Domain:*
E-book (www.internationalpractice.org)
Blog (www.blog.internationalpractice.org)

**From:** Jacoby, Tobias B. [mailto:TJacoby@KRAMERLEVIN.com]
**Sent:** Friday, February 27, 2015 5:47 PM
**To:** Solomon, Louis
**Cc:** Wagner, Jonathan M.; ses@psh.com; Deming.Sherman@lockelord.com
**Subject:** CJI v. CSI

Please see the attached correspondence.

**Tobias B. Jacoby**
Associate

**KRAMER LEVIN**
**NAFTALIS & FRANKEL** LLP
1177 Avenue of the Americas
New York, New York 10036
O: 212-715-9332 | F: 212-715-8135
tjacoby@kramerlevin.com
view bio
www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or exempt from disclosure and any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

---

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

JONATHAN M. WAGNER
PARTNER
PHONE 212-715-9393
FAX 212-715-8393
JWAGNER@KRAMERLEVIN.COM

March 13, 2015

By PDF

Louis M. Solomon, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

> Re:   *Congregation Jeshuat Israel v. Congregation*
> *Shearith Israel,* C.A. No.-12-822-M (LDA)

Dear Lou:

   In response to your March 4 email, the issue we raised cannot be addressed by advancing the date for the witness lists; the issue goes far beyond an exchange of lists. Rather, we need a definite answer to a question we posed back in June 2014: will you be a witness? As you are aware, you cannot serve as both trial counsel and as a witness, and if you do intend to be a witness we need to seek appropriate relief from the Court.

   Would you please advise us promptly whether you intend to testify at trial.

     Yours truly,

     Jonathan M. Wagner

JMW:jgf
cc: Steven E. Snow, Esq. (by PDF)
  Deming Sherman, Esq. (by PDF)

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000

990 MARSH ROAD   MENLO PARK CA 94025-1949   PHONE 650.752.1700   FAX 650.752.1800

47 AVENUE HOCHE   75008 PARIS FRANCE   PHONE (33-1) 44 09 46 00   FAX (33-1) 44 09 46 01

WWW.KRAMERLEVIN.COM