# EXHIBIT A

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

------------------------------x

CONGREGATION JESHUAT ISRAEL,

       Plaintiff,

  v.             C.A. NO. 12-822-m (LDA)

CONGREGATION SHEARITH ISRAEL

       Defendant.

------------------------------x

       December 31, 2014

       9:00 a.m.

  Deposition of VIVIAN MANN, taken by the Plaintiff, pursuant to Agreement, at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, before David Levy, CSR, RPR, CLR, a Notary Public of the State of New York.

Job No: 37072

4

```
 1
 2   08:52:46   V I V I A N    M A N N,  having been duly sworn
 3   08:52:46           by the Notary Public, was examined and
 4   09:00:01           testified as follows:
 5   09:00:01   EXAMINATION BY
 6   09:00:03   MR. WAGNER:
 7   09:00:03           Q.  Good morning, Dr. Mann.  Have you ever
 8   09:00:05   been deposed before?
 9   09:00:06           A.  No.
10   09:00:06           Q.  Have you ever served as an expert
11   09:00:08   witness before?
12   09:00:08           A.  No.
13   09:00:09           Q.  You have some papers in front of you.
14   09:00:10   What are they?
15   09:00:11           A.  My report.
16   09:00:12           Q.  Anything else?
17   09:00:13           A.  I have pictures of the rimmonim, and a
18   09:00:21   chronology that I drew up.
19   09:00:22           Q.  May I see the chronology?
20   09:00:26               MR. SHINEROCK:  Let me give you a
21   09:00:28           copy.
22   09:00:30           A.  That was done in the course of my
23   09:00:31   work.
24   09:00:32           Q.  Did you use this to help prepare your
25   09:00:34   report?
```

```
                                                                    18
 1                           Mann
 2   09:20:57           Q.   Okay.
 3   09:20:58                MR. WAGNER:  Let's look at Exhibit 3.
 4   09:21:00   EXH          (Mann Exhibit 3, excerpt from book,
 5   09:21:00           Remnant of Israel, by Rabbi Marc D.
 6   09:21:00           Angel, marked for identification, as of
 7   09:21:14           this date.)
 8   09:21:14                MR. SOLOMON:  I'm going to ask you,
 9   09:21:15           Dr. Mann, to slow down enough so that I
10   09:21:18           can interpose my objection.
11   09:21:19           Q.   Have you seen this before?
12   09:21:20           A.   Yes.
13   09:21:21           Q.   Now, can you turn to page 63?  It's
14   09:21:23   the last page.  The bottom right.  "He also created
15   09:21:28   rimmonim for congregations in Newport and
16   09:21:31   Philadelphia," do you see that?
17   09:21:32           A.   I do.
18   09:21:32           Q.   And your testimony or opinion is that
19   09:21:34   he's wrong with respect to Newport, right?
20   09:21:37           A.   Correct.
21   09:21:37           Q.   Correct, that he's --
22   09:21:39           A.   That he is wrong.
23   09:21:40           Q.   Okay.  Now, okay.  We'll come back to
24   09:21:49   that.
25   09:21:50                Can you turn to page 9 of the report.
```

19

1          Mann
2   09:22:08   Now, you quote some minutes from 1833, do you see
3   09:22:12   that?
4   09:22:13            A.   Um-hum.
5   09:22:13            Q.   Are those minutes important to your
6   09:22:15   opinion?
7   09:22:24            A.   Um -- they laid the groundwork for my
8   09:22:27   opinion that the items that were used in Newport,
9   09:22:34   the seforim and then later the silver, was returned
10  09:22:38   to CSI.
11  09:22:39            Q.   Well, the minutes reference only
12  09:22:45   seforim?
13  09:22:45            A.   That's right.
14  09:22:45            Q.   Okay.  But that doesn't include bells,
15  09:22:49   does it?
16  09:22:49            A.   No.  I -- there's a later document I
17  09:22:53   would have to find for you.
18  09:22:54            Q.   Well, is that the inventory?
19  09:22:56            A.   No.  The inventory shows that there
20  09:23:01   were two pairs owned by CSI and that they were back
21  09:23:06   in this congregation by 1869.
22  09:23:08            Q.   Well, but what's the relevance of
23  09:23:12   these seforim to anything having to do with the
24  09:23:16   Myer Myers rimmonim?
25  09:23:17                 MR. SOLOMON:  Object to the question.

20

|  |  |  |
|---|---|---|
| 1 |  | Mann |
| 2 | 09:23:18 | Asked and answered. |
| 3 | 09:23:18 | Q.  You can answer. |
| 4 | 09:23:21 | THE WITNESS:  I can answer? |
| 5 | 09:23:23 | Q.  Yes. |
| 6 | 09:23:23 | MR. SOLOMON:  If you have more to add. |
| 7 | 09:23:28 | A.  What's the relevance?  There's no -- |
| 8 | 09:23:33 | this statement proves the fact that the Seixas -- |
| 9 | 09:23:37 | and I discovered later that the name that was |
| 10 | 09:23:39 | written as "Beia" is Benjamin, really.  That may |
| 11 | 09:23:44 | have been his nickname.  So he and the mother had |
| 12 | 09:23:47 | in their home from the time of the dissolution of |
| 13 | 09:23:51 | CYI both the seforim and the silver that had been |
| 14 | 09:23:58 | used in Newport. |
| 15 | 09:24:01 | Q.  So is it your conclusion that they |
| 16 | 09:24:05 | sent both the seforim and the silver? |
| 17 | 09:24:07 | A.  No -- well, I don't think they sent |
| 18 | 09:24:10 | all the silver.  I think some of it was sent |
| 19 | 09:24:12 | directly.  They sent some of the silver. |
| 20 | 09:24:17 | Q.  Did some of the silver travel with the |
| 21 | 09:24:19 | seforim, to your knowledge? |
| 22 | 09:24:20 | A.  No, I don't have any knowledge. |
| 23 | 09:24:21 | Q.  You don't know one way or the other. |
| 24 | 09:24:23 | A.  There's no statements that they did |
| 25 | 09:24:28 | travel.  And you can see, this is a clear statement |

```
                                                                    21
 1                              Mann
 2   09:24:31   that they are dealing with the Torah scrolls
 3   09:24:34   separately from the silver.
 4   09:24:35            Q.   So then why do you have a reference to
 5   09:24:40   seforim if they are separate from the silver?
 6   09:24:44            MR SOLOMON:   Asked and answered.
 7   09:24:44            Q.   You can answer.
 8   09:24:45            MR. SOLOMON:   Third time.
 9   09:24:47            A.   The research that I -- I am allowed,
10   09:24:50   according to the statement in the report, to do
11   09:24:53   more research after receiving this.  I'm on number
12   09:24:57   24.  Subsequently I found other indications that
13   09:25:00   the silver was returned to CSI subsequent to the
14   09:25:03   return of the scrolls.
15   09:25:04            Q.   What other research did you do?
16   09:25:06            A.   Oh, I keep reading documents.
17   09:25:09            Q.   Okay.  Well, I -- I'm entitled to, if
18   09:25:13   there's some new opinion, I'm entitled to what they
19   09:25:17   are, I'm entitled to a list of them.
20   09:25:20            What are they?
21   09:25:21            A.   They are the same minutes of the 19th
22   09:25:23   century from CSI -- 19th century minutes from CSI.
23   09:25:26            Q.   Are they listed on your report?
24   09:25:29            A.   I don't remember numbers like that.
25   09:25:33            Q.   I mean, if there's any additional
```

```
                                                                    210
 1                            Mann
 2   14:30:36   I've read it all through once but I haven't labeled
 3   14:30:38   everything and I need to go and do that.
 4   14:30:40          Q.  Do you know the date of those minutes?
 5   14:30:42          A.  They would be, I think, after -- the
 6   14:30:48   request to the Seixases is renewed in '33.  What is
 7   14:30:54   the date --
 8   14:30:55          Q.  These are 1832.
 9   14:30:57          A.  Okay.  So at this time, they first,
10   14:31:00   again, paid their attention to the seforim, and
11   14:31:03   then they, if I remember correctly, they pay their
12   14:31:06   attention to the silver.
13   14:31:07          Q.  So you think there's a specific
14   14:31:09   reference in the minutes to the transfer of -- to
15   14:31:12   the --
16   14:31:13          A.  Not to the transfer of individual
17   14:31:17   objects but the transfer of silver.
18   14:31:19          Q.  And as you sit here today, do you know
19   14:31:22   the date of those minutes?
20   14:31:24          A.  I believe it's -- it's shortly after
21   14:31:26   this document.
22   14:31:26          Q.  Okay.  Do you know the Bates numbers
23   14:31:28   of that document?
24   14:31:29          A.  No.  I -- I don't know that I gave it
25   14:31:33   to them.  I have to go --
```

211

```
 1                          Mann
 2   14:31:36         MR. SHINEROCK:  This is not something
 3   14:31:38      we --
 4   14:31:38         MR. WAGNER:  Not something --
 5   14:31:39         MR. SHINEROCK:  We don't know the
 6   14:31:40      document.
 7   14:31:46         MR. WAGNER:  Who found it?
 8   14:31:47         THE WITNESS:  I did.
 9   14:31:48  RQ    MR. WAGNER:  I'd ask that that be
10   14:31:49      identified to us.
11   14:31:52         THE WITNESS:  Yes.
12   14:31:52      Q.  Now, just, is there a specific
13   14:31:57   reference in those minutes to the Myer Myers
14   14:32:01   rimmonim?
15   14:32:06      A.  I can't answer that until I reread the
16   14:32:08   document.
17   14:32:08      Q.  Okay.  Did you read it before you
18   14:32:12   prepared your first report?  I'm sorry, did you
19   14:32:14   read it before you prepared your report?
20   14:32:16      A.  I think I -- I don't remember.
21   14:32:19      Q.  You didn't cite it in your report.
22   14:32:22      A.  No.
23   14:32:22      Q.  Now, on page 10, you cite a letter
24   14:32:32   from 1893, "I enclose the order for the silver
25   14:32:43   sefer-bells and whatever is stored in Newport in
```