# EXHIBIT D

--



Meeting January 11 1818

Present  Naph Phillips
         Naph Judah.
         M. L. M. Ruvotto
         E. S. Lazarus
         M. S. Moses
         Aaron Levy

Minutes of last Meeting read and approved
On Motion Resolved, that the Committee for the
purpose of making Arrangements with __ to __
for the use of his room in Beaver Street, __

CSI5273

the use of said [illegible] [illegible] the new store to occupy
[in] case of their being unable to procure it [for]
a longer time to make the necessary arrangement
for removal —

The Parnass stated to the Board, that in the Year
5520 two Seaphorim were loaned to the Congregation
of New Port. Rhode Isld. Son deliberation the following
was adopted.

Whereas in the Year 5520, this Congregation
loaned to the Congregation of New Port, Rhode Island, Two
Seaphorim as appears by the letters of Mr. Jacob Rodrs
Rivera, the Parnass of said Congregation, dated 13th Adar
&5 Year 5520. And whereas for a great number
of Years past, there has not been service in the
Synagogue in New Port, R.I. and that the Seaphorim
have been deposited in the House of the late Mr.
Moses Seixas of that place for more than twenty
Years & now under the charge of his Widow & Son
Mr. Benjn. Seixas — Therefore resolved that a copy of the
above be presented to Mr. Benjn. Seixas, now in this
City by the Clerk of this Board, requesting him to
forward on to this City to the care of the President
of this Board the Two Seaphorim above mentioned
& if hereafter a Minyan shall be in New Port
R I & a request be made for a further loan

... d Seaphraim ... that the Trustees of the
... ation will again loan the same for the
purpose of being used in the Synagogue. And
understanding that they are other Seaphraim
in the possession of Mr. Seixas of [N]. it is resolved
that in case they will forward them to this City
the Trustees will deposit them in the Sachal
in the New Shool for safe-keeping & return
them when they shall be duly required so to do
& that this board will in their Corporate capacity
indemnify Mr. Seixas of [N]. for sending the Seaphraim
to this City ~~to the care of~~ of the Parnass
& will pay the expence of transportation *

On Motion resolved, that Messrs Jacob Hart
M. I. M. Peixotto & N. Phillips be a committee
to examine the Shofet & that they be requested
to attend to the same, as soon as convenient
& report to this Board v

On Motion resolved, that the Clerks notify
the owner & occupant of the House No 36 Beaver
built by Mr. Warner; that the gate opening into
the avenue to the Shool & the water-course
through the same, will be closed from the 1st May

... Motion resolved, that the Treasurer be

CSI5275

... the House adjourning the ...
... of the Park ... belonging to Samuel
... One Hundred Dollars Per annum

The President reported that the note in the State
Bank of $400 had been taken up & the note
of $3000 renewed —

On Motion resolved that the President be requested to
ascertain the probable cost of removing the House
formerly occupied by the Hazans, & put the
same in complete & neat order —

On Motion resolved, that the Treasurer be autho-
rized to rent the property of the congregation
with the concurrence of the President from the
1st February next — Adjourned

Meeting Janry 18th 1818

Present    Mr Phillips
           Mr Judah
           M. L. M. Prsetti
           E. J. Lazarus
           Aaron Levy
           Al. L. Moses

Minutes of last Meeting read & approved

The President one of the Committee ...

CSI5276