# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CONGREGATION JESHUAT ISRAEL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 12-822M |
| | : | |
| CONGREGATION SHEARITH ISRAEL, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT CONGREGATION SHEARITH ISRAEL'S INTENDED TRIAL EXHIBIT LIST AND LIST OF EXHIBITS MARKED FOR IDENTIFICATION PURPOSES ONLY**

Deming E. Sherman (#1138)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
Tel.:  (401) 274-9200
Fax:  (401) 276-6611
E-mail: Deming.Sherman@lockelord.com

Louis M. Solomon (Admitted *Pro Hac Vice*)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281
Tel.:  (212) 504-6600
Fax:  (212) 504-6666
E-mail: Louis.Solomon@cwt.com

*Attorneys for Defendant*
*Congregation Shearith Israel*

May 11, 2015

## Intended Trial Exhibits List

In accordance with this Court's December 15, 2014 scheduling order (Dkt. 43) Congregation Shearith Israel ("Shearith Israel") provide this list to identify those documents that it may seek to use at trial.  Shearith Israel reserves the right to supplement and/or amend this exhibit list in advance of trial or thereafter, and in light of Defendant Congregation Jeshuat Israel's exhibit list.  This list is being provided in the interest of completeness and full disclosure.  By submitting this list, Shearith Israel does not recognize the relevance, authenticity, or admissibility or consent to the admission of any or all of the intended exhibits herein, including for the reasons set forth in the preamble to the list of Shearith Israel's witnesses.  Shearith Israel reserves all of its rights and evidentiary objections to all of the exhibits listed herein.

Shearith Israel reserves the right to use any exhibit identified on Congregation Jeshuat Israel's exhibit list.  Shearith Israel does not waive any objection and/or the right to withdraw any exhibit listed herein at any time.  Shearith Israel reserves all rights with respect to the admission of these or any other exhibits to be used at trial.

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0001 | CJI01089 – CJI01091 | |
| D0001A | | |
| D0002 | CSI05586 | |
| D0002A | | |
| D0003 | CSI12607 | |
| D0003A | | |
| D0004 | CSI05587 | |
| D0004A | | |
| D0005 | CSI05591 | |
| D0005A | | |

| Exhibit No. | Reference Number (Where Available) | Objections |
|---|---|---|
| D0006 | CSI12632; CSI12654 | |
| D0006A | | |
| D0007 | CSI12854 – CSI12862 | |
| D0008 | CSI11918 | |
| D0008A | | |
| D0009 | CSI12672 | |
| D0009A | | |
| D0010 | CSI12625 – CSI12626 | |
| D0010A | | |
| D0011 | CSI12660 | |
| D0011A | | |
| D0012 | CSI12661 | |
| D0012A | | |
| D0013 | CSI05920 – CSI05930 | |
| D0013A | | |
| D0014 | CSI12863 – CSI12863 | |
| D0015 | CSI12650 | |
| D0016 | CSI00271 – CSI00274 | |
| D0017 | CSI05744 – CSI05749 | |
| D0017A | | |
| D0018 | CSI00276 – CSI00280 | |
| D0019 | | |
| D0020 | CSI05273 – CSI05276 | |
| D0020A | | |
| D0021 | CSI05899 | |
| D0021A | | |
| D0022 | CSI05901 – CSI05905 | |
| D0022A | | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0023 | CJI00011 | |
| D0024 | CSI05185 – CSI05187 | |
| D0025 | CSI05253 – CSI05254 | |
| D0025A | | |
| D0026 | CSI05257 – CSI05259 | |
| D0026A | | |
| D0027 | CSI07399 – CSI07402 | |
| D0027A | | |
| D0028 | CSI07409 – CSI07417 | |
| D0028A | | |
| D0029 | CSI07552 | |
| D0029A | | |
| D0030 | CSI07575 – CSI07576 | |
| D0030A | | |
| D0031 | CSI07672 – CSI07677 | |
| D0031A | | |
| D0032 | CSI08030 | |
| D0032A | | |
| D0033 | CSI08084 | |
| D0033A | | |
| D0034 | CSI04921 – CSI04960 | |
| D0034A | | |
| D0035 | CSI08105 – CSI08106 | |
| D0035A | | |
| D0036 | | |
| D0037 | CSI12808 – CSI12813 | |
| D0038 | CSI05334 – CSI05348 | |
| D0039 | CSI08378 – CSI08379 | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0039A | | |
| D0040 | CJI00019 | |
| D0041 | CSI08380 – CSI08381 | |
| D0041A | | |
| D0042 | CSI05404 – CSI05405 | |
| D0042A | | |
| D0043 | CSI08381 – CSI08382 | |
| D0043A | | |
| D0044 | CSI04248 – CSI04249 | |
| D0044A | | |
| D0045 | CSI08382 – CSI08383 | |
| D0045A | | |
| D0046 | CSI08437 – CSI08438 | |
| D0046A | | |
| D0047 | CJI00025 – CJI00026 | |
| D0047A | | |
| D0048 | CSI08439 | |
| D0048A | | |
| D0049 | CSI08440 – CSI08441 | |
| D0049A | | |
| D0050 | CSI12846 | |
| D0051 | CSI08445 – CSI08446 | |
| D0051A | | |
| D0052 | CSI08446 – CSI08448 | |
| D0052A | | |
| D0053 | CSI12845 | |
| D0054 | CJI00031 | |
| D0055 | CSI05236 – CSI05237 | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0055A | | |
| D0056 | | |
| D0057 | CSI08824 – CSI08826 | |
| D0057A | | |
| D0058 | CJI01166 – CJI01168 | |
| D0059 | CJI01169 – CJI01171 | |
| D0060 | CJI00036 | |
| D0060A | | |
| D0061 | CSI08837 – CSI08839 | |
| D0061A | | |
| D0062 | CJI00038 – CJI00041 | |
| D0062A | | |
| D0063 | CJI00395 | |
| D0064 | CJI00406 | |
| D0065 | CJI00042 | |
| D0066 | CJI00043 – CJI00045 | |
| D0067 | CJI00046 – CJI00047 | |
| D0068 | CSI08846 – CSI08847 | |
| D0068A | | |
| D0069 | CSI05321 – CSI05348 | |
| D0070 | CSI05406 | |
| D0070A | | |
| D0071 | CJI00048 – CJI00060 | |
| D0072 | CSI00048 – CSI00053 | |
| D0073 | CSI08862 | |
| D0073A | | |
| D0074 | CJI00086 – CJI00090 | |
| D0074A | | |

| Exhibit No. | Reference Number (Where Available) | Objections |
|---|---|---|
| D0075 | CSI08866 | |
| D0075A | | |
| D0076 | CJI00167 – CJI00170 | |
| D0077 | CJI000124 – CJI000125 | |
| D0078 | CJI00126 – CJI00151 | |
| D0079 | CSI00089 – CSI00092 | |
| D0080 | CSI12760 | |
| D0081 | CSI08867 – CSI08868 | |
| D0081A | | |
| D0082 | CSI08869 | |
| D0082A | | |
| D0083 | CSI08870 – CSI08871 | |
| D0083A | | |
| D0084 | CJI00155 | |
| D0085 | CSI08886 – CSI08887 | |
| D0085A | | |
| D0086 | CSI08908 | |
| D0086A | | |
| D0087 | CSI08921 | |
| D0087A | | |
| D0088 | CSI08952 | |
| D0088A | | |
| D0089 | CJIC00341 – CJIC00344 | |
| D0089A | | |
| D0090 | CJI00173 – CJI00176 | |
| D0090A | | |
| D0091 | CSI08962 – CSI08963 | |
| D0091A | | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0092 | CSI01691 | |
| D0093 | CSI08997 | |
| D0093A | | |
| D0094 | CSI08998 | |
| D0094A | | |
| D0095 | CJI00453 – CJI00465 | |
| D0096 | CJI01204 – CJI01205 | |
| D0097 | CSI08999 | |
| D0097A | | |
| D0098 | CSI12832 – CSI12841 | |
| D0099 | CSI09052 – CSI09053 | |
| D0099A | | |
| D0100 | CSI09060 | |
| D0100A | | |
| D0101 | CJI01210 | |
| D0102 | CSI09073 | |
| D0102A | | |
| D0103 | CSI04582 – CSI04583 | |
| D0103A | | |
| D0104 | CSI12831 | |
| D0105 | CSI09086 – CSI09088 | |
| D0105A | | |
| D0106 | CSI09090 – CSI09091 | |
| D0106A | | |
| D0107 | CSI09094 | |
| D0107A | | |
| D0108 | CSI09099 – CSI09100 | |
| D0108A | | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0109 | CSI09101 | |
| D0109A | | |
| D0110 | CSI09102 – CSI09103 | |
| D0110A | | |
| D0111 | CSI09104 | |
| D0111A | | |
| D0112 | CSI09105 – CSI09106 | |
| D0112A | | |
| D0113 | CJI00193 – CJI00196 | |
| D0114 | CSI09111 – CSI09112 | |
| D0114A | | |
| D0115 | CJI00259 – CJI00262 | |
| D0116 | CJI00274 – CJI00277 | |
| D0117 | CSI09114 – CSI09123 | |
| D0117A | | |
| D0118 | CJI00282 – CJI00283 | |
| D0119 | CSI09126 | |
| D0119A | | |
| D0120 | CSI09128 | |
| D0120A | | |
| D0121 | CSI09129 | |
| D0121A | | |
| D0122 | CSI09136 – CSI09137 | |
| D0122A | | |
| D0123 | CSI09138 – CSI09139 | |
| D0123A | | |
| D0124 | CSI09140 | |
| D0124A | | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0125 | CSI09143 – CSI09148 | |
| D0125A | | |
| D0126 | CSI09149 – CSI09150 | |
| D0126A | | |
| D0127 | CSI09151 | |
| D0127A | | |
| D0128 | CSI09153 – CSI09155 | |
| D0128A | | |
| D0129 | CSI09159 – CSI09160 | |
| D0129A | | |
| D0130 | CSI09161 | |
| D0130A | | |
| D0131 | CSI09162 – CSI09163 | |
| D0131A | | |
| D0132 | CSI12595 – CSI12598 | |
| D0133 | CJI00289 – CJI00295 | |
| D0133A | | |
| D0134 | CSI09169 – CSI09170 | |
| D0134A | | |
| D0135 | CSI09180 | |
| D0135A | | |
| D0136 | CSI00254 – CSI00299 | |
| D0137 | CSI12818 – CSI12819 | |
| D0138 | CSI01164 | |
| D0139 | CSI00307 – CSI00308 | |
| D0140 | CSI09200 | |
| D0140A | | |
| D0141 | CSI00246 – CSI00251 | |

| Exhibit No. | Reference Number (Where Available) | Objections |
|---|---|---|
| D0142 | CSI00300 – CSI00305 | |
| D0143 | CSI00316 – CSI00322 | |
| D0144 | CSI09212 – CSI09213 | |
| D0144A | | |
| D0145 | CSI00401 | |
| D0145A | | |
| D0146 | CSI04533 | |
| D0147 | CJI00371 | |
| D0148 | CJI00472 – CJI00476 | |
| D0149 | CSI00014 | |
| D0150 | CSI00027 – CSI00031 | |
| D0150A | | |
| D0151 | CSI05408 – CSI05410 | |
| D0151A | | |
| D0152 | CSI05412 | |
| D0153 | CSI05413 | |
| D0154 | CSI05414 | |
| D0155 | CSI00015 | |
| D0156 | CSI05411 | |
| D0157 | CSI09214 | |
| D0157A | | |
| D0158 | CSI12842 – CSI121843 | |
| D0159 | CSI09215 – CSI09216 | |
| D0159A | | |
| D0160 | CSI12764 – CSI12803 | |
| D0161 | CSI09233 | |
| D0161A | | |
| D0162 | CSI12599 – CSI12605 | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0163 | CSI09254 | |
| D0163A | | |
| D0164 | CSI09257 | |
| D0164A | | |
| D0165 | CSI09263 | |
| D0165A | | |
| D0166 | CSI09272 | |
| D0166A | | |
| D0167 | CSI09320 | |
| D0167A | | |
| D0168 | CSI09321 | |
| D0168A | | |
| D0169 | CSI09323 – CSI09324 | |
| D0169A | | |
| D0170 | CSI09340 – CSI09342 | |
| D0170A | | |
| D0171 | CSI09343 – CSI09344 | |
| D0171A | | |
| D0172 | CSI09345 – CSI09346 | |
| D0172A | | |
| D0173 | CSI09347 – CSI09348 | |
| D0173A | | |
| D0174 | CSI00001 – CSI00005 | |
| D0175 | CSI09353 – CSI09354 | |
| D0175A | | |
| D0176 | CSI09358 – CSI09359 | |
| D0176A | | |
| D0177 | CSI12844 | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0178 | CSI12820 – CSI12821 | |
| D0179 | CSI12830 | |
| D0180 | CSI09417 | |
| D0180A | | |
| D0181 | CSI09419 | |
| D0181A | | |
| D0182 | CSI09421 | |
| D0182A | | |
| D0183 | CSI09431 – CSI09432 | |
| D0183A | | |
| D0184 | CSI09433 – CSI09434 | |
| D0184A | | |
| D0185 | CSI09438 | |
| D0185A | | |
| D0186 | CSI09439 – CSI09440 | |
| D0186A | | |
| D0187 | CSI09461 | |
| D0187A | | |
| D0188 | CSI00410 | |
| D0189 | | |
| D0190 | CSI09695 – CSI09697 | |
| D0190A | | |
| D0191 | CSI09699 – CSI09703 | |
| D0191A | | |
| D0192 | CSI09718 – CSI09719 | |
| D0192A | | |
| D0193 | CSI09756 – CSI09757 | |
| D0193A | | |

| Exhibit No. | Reference Number (Where Available) | Objections |
|---|---|---|
| D0194 | CSI09859 – CSI09861 | |
| D0194A | | |
| D0195 | CSI01015 | |
| D0196 | CSI00770 – CSI00771 | |
| D0197 | CSI09889 – CSI09904 | |
| D0197A | | |
| D0198 | CSI09915 – CSI09955 | |
| D0198A | | |
| D0199 | CSI09960 – CSI09963 | |
| D0199A | | |
| D0200 | CSI09973 – CSI09974 | |
| D0200A | | |
| D0201 | CSI09980 | |
| D0201A | | |
| D0202 | CSI12823 – CSI12824 | |
| D0203 | CSI10033 – CSI10035 | |
| D0203A | | |
| D0204 | CSI10101 – CSI10103 | |
| D0204A | | |
| D0205 | CSI10260 – CSI10261 | |
| D0205A | | |
| D0206 | CSI12822 | |
| D0207 | CSI10267 – CSI10269 | |
| D0207A | | |
| D0208 | CSI10270 – CSI10271 | |
| D0208A | | |
| D0209 | CSI12761 – CSI12763 | |
| D0210 | CSI10284 – CSI10285 | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0210A | | |
| D0211 | CSI10286 – CSI10288 | |
| D0211A | | |
| D0212 | CSI10363 – CSI10365 | |
| D0212A | | |
| D0213 | CSI01446 – CSI01449 | |
| D0213A | | |
| D0214 | CSI10405 – CSI10415 | |
| D0214A | | |
| D0215 | CSI10441 – CSI10444 | |
| D0215A | | |
| D0216 | CSI10471 – CSI10474 | |
| D0216A | | |
| D0217 | CSI10807 – CSI10811 | |
| D0217A | | |
| D0218 | CSI10832 – CSI10837 | |
| D0218A | | |
| D0219 | CSI10872 – CSI10878 | |
| D0219A | | |
| D0220 | CSI10896 – CSI10900 | |
| D0220A | | |
| D0221 | CSI11119 – CSI11125 | |
| D0221A | | |
| D0222 | CJIC000081 – CJIC000082 | |
| D0223 | CSI02110 | |
| D0224 | CSI11387 – CSI11389 | |
| D0224A | | |
| D0225 | CJIC000112 – CJIC000113 | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0226 | CJIC000114 – CJIC000115 | |
| D0227 | CSI02092 | |
| D0228 | CSI11657 – CSI11659 | |
| D0228A | | |
| D0229 | CSI11659 – CSI11668 | |
| D0229A | | |
| D0230 | CSI11670 – CSI11672 | |
| D0230A | | |
| D0231 | CJI00488 – CJI00502 | |
| D0232 | CJIB00290 | |
| D0233 | CJIC000226 – CJIC000227 | |
| D0234 | CSI11738 – CSI11741 | |
| D0234A | | |
| D0235 | CJIB00295 | |
| D0236 | CJI00503 – CJI00507 | |
| D0237 | CSI11752 – CSI11758 | |
| D0237A | | |
| D0238 | CSI01455 – CSI01455 | |
| D0239 | CSI01456 – CSI01457 | |
| D0240 | CSI00093 – CSI00102 | |
| D0241 | INTENTIONALLY OMITTED | |
| D0241A | INTENTIONALLY OMITTED | |
| D0242 | CSI11797 – CSI11802 | |
| D0242A | | |
| D0243 | CSI11802 – CSI11818 | |
| D0243A | | |
| D0244 | CJIB01133 – CJIB01134 | |
| D0245 | CSI12937 – CSI12941 | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0246 | CJIB00406 – CJIB00409 | |
| D0247 | CJIB00413 – CJIB00416 | |
| D0248 | CSI12942 – CSI12945 | |
| D0249 | CJIB01222 | |
| D0250 | CJIB00498 – CJIB00505 | |
| D0251 | CJIB00529 – CJIB00531 | |
| D0252 | CSI12946 – CSI12950 | |
| D0253 | CJIB00685 | |
| D0254 | CSI12951 – CSI12960 | |
| D0255 | JHA00186 – JHA00188 | |
| D0256 | JHA00189 | |
| D0257 | CSI12705 – CSI 12708 | |
| D0258 | CSI12961 – CSI12966 | |
| D0259 | CSI02304 | |
| D0260 | CSI00917 – CSI00920 | |
| D0261 | CSI12967 – CSI12969 | |
| D0262 | CJIB01449 – CJIB01451 | |
| D0263 | CSI00776 | |
| D0264 | CSI00777 | |
| D0265 | CSI00778 | |
| D0266 | CJIB01040 – CJIB01042 | |
| D0267 | CJIB01457 – CJIB01459 | |
| D0268 | CSI00782 | |
| D0269 | CSI02855 – CSI02857 | |
| D0270 | CSI01002 | |
| D0271 | CSI01003 | |
| D0272 | CSI00999 – CSI01001 | |
| D0273 | CSI01302 | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0274 | CSI01303 | |
| D0275 | CSI00783 | |
| D0276 | CSI05192 | |
| D0277 | CJIB01066 | |
| D0278 | CJIB01472 – CJIB01473 | |
| D0279 | CSI05216 – CSI05218 | |
| D0280 | CJIB01535 – CJIB01543 | |
| D0281 | CJIB01635 | |
| D0282 | CSI12970 – CSI12975 | |
| D0283 | CSI12976 – CSI12979 | |
| D0284 | CSI01071 – CSI01078 | |
| D0285 | CSI12980 – CSI12986 | |
| D0286 | CSI05214 – CSI05215 | |
| D0287 | CJIB02317 | |
| D0288 | CJIB02010 – CJIB02023 | |
| D0289 | CJIB02090 – CJIB02094 | |
| D0290 | CSI12987 – CSI12992 | |
| D0291 | CSI12993 – CSI12996 | |
| D0292 | CSI12997 – CSI13002 | |
| D0293 | CSI13003 – CSI13007 | |
| D0294 | CJIB04155 | |
| D0295 | CJIB04192 – CJIB04196 | |
| D0296 | CJIB04360 | |
| D0297 | CJIB04459 – CJIB04461 | |
| D0298 | CJIB04635 – CJIB04638 | |
| D0299 | CJIB04670 – CJIB04671 | |
| D0300 | CJIB04674 – CJIB04676 | |
| D0301 | CJI01220 | |

| Exhibit No. | Reference Number (Where Available) | Objections |
|---|---|---|
| D0302 | CSI13008 – CSI13012 | |
| D0303 | CJI01221 – CJI01222 | |
| D0304 | CJIB05480 – CJIB05485 | |
| D0305 | CSI01037 | |
| D0306 | CSI00954 | |
| D0307 | CSI13013 – CSI13015 | |
| D0308 | CJIB05640 – CJIB05643 | |
| D0309 | CSI13016 – CSI13017 | |
| D0310 | CJIB05725 | |
| D0311 | CSI13018 – CSI13019 | |
| D0312 | CJIB02637 – CJIB02638 | |
| D0313 | CSI13020 – CSI13023 | |
| D0314 | INTENTIONALLY OMITTED | |
| D0315 | CSI05360 | |
| D0316 | CSI00798 | |
| D0317 | CJIB02661 – CJIB02663 | |
| D0318 | CJIB02666 – CJIB02667 | |
| D0319 | CJIB02676 – CJIB02680 | |
| D0320 | CSI13024 – CSI13027 | |
| D0321 | CSI12713 – CSI12759 | |
| D0322 | CJIB05778 – CJIB05780 | |
| D0323 | CJIB05783 – CJIB05786 | |
| D0324 | CSI12554 – CSI12594 | |
| D0325 | TSF00109 – TSF00115 | |
| D0326 | CSI01034 | |
| D0327 | CSI00799 | |
| D0328 | CJI01056 – CJI01058 | |
| D0329 | CJI01059 | |

| Exhibit No. | Reference Number (Where Available) | Objections |
|---|---|---|
| D0330 | CJIB05213 – CSI05215 | |
| D0331 | CSI12825 – CSI12829 | |
| D0332 | CSI00972 – CSI00973 | |
| D0333 | TSF00378 – TSF00383 | |
| D0334 | CJIB06751 – CJIB06754 | |
| D0335 | CJIB06736 – CJIB06737 | |
| D0336 | CJIB06679 – CJIB06681 | |
| D0337 | CJIB06673 – CJIB06676 | |
| D0338 | CJIB06666 – CJIB06668 | |
| D0339 | CSI00978 | |
| D0340 | CJIB07054 – CJIB07056 | |
| D0341 | CSI12711 – CSI12712 | |
| D0342 | CSI12709 – CSI12710 | |
| D0343 | CJI01067 – CJI01068 | |
| D0344 | CJIB06631 – CJIB06634 | |
| D0345 | CJI01075 – CJI01076 | |
| D0346 | CJIB06604 – CJIB06622 | |
| D0347 | CJIB06596 – CJIB06602 | |
| D0348 | CJI01768 – CJI01870 | |
| D0349 | CJIB06590 – CJIB06593 | |
| D0350 | | |
| D0351 | CSI00979 – CSI00980 | |
| D0352 | CSI00981 | |
| D0353 | CJI01609 – CJI01741 | |
| D0354 | CJI01252 – CJI01258 | |
| D0355 | CSI12919 – CSI12932 | |
| D0356 | CSI12864 – CSI12918 | |
| D0357 | CSI11897 | |

| Exhibit No. | Reference Number (Where Available) | Objections |
|---|---|---|
| D0358 | CSI13028 – CSI13029 | |
| D0359 | CJI00663 – CJI00664 | |
| D0360 | CJIB06548 – CJIB06551 | |
| D0361 | CJIB06533 – CJIB06546 | |
| D0362 | CJIB06522 – CJIB06524 | |
| D0363 | CJI00658 | |
| D0364 | TSF00722 – TSF00739 | |
| D0365 | CSI00984 | |
| D0366 | CJI01472 – CJI01481 | |
| D0367 | CJIB06315 – CJIB06316 | |
| D0368 | CSI11931 – CSI12065 | |
| D0369 | CSI12066 – CSI12346 | |
| D0370 | CSI12347 – CSI12553 | |
| D0371 | CSI11922 – CSI11930 | |
| D0372 | CSI11921 | |
| D0373 | CJIB06255 – CJIB06265 | |
| D0374 | CJIB06148 – CJIB06156 | |
| D0375 | CSI00148 – CSI00161 | |
| D0376 | CJIB06034 – CJIB06048 | |
| D0377 | CJI01929 – CJI01931 | |
| D0378 | CJI02502 – CJI02504 | |
| D0379 | CJI01926 – CJI01928 | |
| D0380 | CJI02505 – CJI02507 | |
| D0381 | CJI01297 – CJI01299 | |
| D0382 | CJI02508 – CJI02511 | |
| D0383 | LOEBSSL-HC-0677 – LOEBSSL-HC-0679 | |
| D0384 | | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0385 | CJI01314 – CJI01315 | |
| D0386 | CJI00965 – CJI00968 | |
| D0387 | CJI01525 – CJI01575 | |
| D0388 | CJI01576 – CJI01586 | |
| D0389 | LOEBSSL-HC-00025 – LOEBSSL-HC-00026 | |
| D0390 | CSI12847 – CSI12853 | |
| D0391 | | |
| D0392 | CSI12935 – CSI12936 | |
| D0393 | CJI01944 – CJI01947 | |
| D0394 | CJI01399 – CJI01400 | |
| D0395 | CJI01274 – CJI01276 | |
| D0396 | CSI00802 | |
| D0397 | CJI01951 – CJI01954 | |
| D0398 | CJI01244 – CJI01247 | |
| D0399 | CSI00037 – CSI00038 | |
| D0400 | CSI01047 | |
| D0401 | MFA00071 | |
| D0402 | CSI00039 | |
| D0403 | CHR00001 – CHR00002 | |
| D0404 | CSI05375 – CSI05377 | |
| D0405 | CSI11887 | |
| D0406 | CSI05382 – CSI05384 | |
| D0407 | CSI01048 | |
| D0408 | | |
| D0409 | CSI05381 | |
| D0410 | MFA00026 – MFA00027 | |
| D0411 | CSI05378 – CSI05380 | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0412 | CJI02434 – CJI02459 | |
| D0413 | | |
| D0414 | | |
| D0415 | CJI02460 – CJI02483 | |
| D0416 | CSI12933 – CSI12934 | |
| D0417 | | |
| D0418 | CSI13041 – CSI13042 | |
| D0419 | CSI13031 – CSI13036 | |
| D0420 | CSI13037 | |
| D0421 | CSI13038 – CSI13040 | |
| D0422 | INTENTIONALLY OMITTED | |
| D0423 | CSI09874 – CSI09880 | |
| D0423A | | |
| D0424 | CJI00001 | |
| D0424A | | |
| D0425 | CJI003024 – CJI003029 | |
| D0426 | CJI003030 | |
| D0427 | CJI003031 | |
| D0428 | CJI003022 – CJI003023 | |
| D0429 | CJI003034 – CJI003037 | |
| D0430 | CJI003038 | |
| D0431 | CJI003039 | |
| D0432 | CJI003032 | |
| D0433 | CJI003042 – CJI003045 | |
| D0434 | CJI003046 | |
| D0435 | CJI003047 | |
| D0436 | CJI003040 – CJI003041 | |
| D0437 | CJI003050 – CJI003054 | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0438 | CJI003055 | |
| D0439 | CJI003056 | |
| D0440 | CJI003048 – CJI003049 | |
| D0441 | CJI003059 – CJI003062 | |
| D0442 | CJI003063 | |
| D0443 | CJI003064 | |
| D0444 | CJI003057 – CJI003058 | |
| D0445 | JHA0001 – JHA0073 | |
| D0446 | CSI13045 – CSI13056 | |
| D0447 | CSI13057 – CSI13732 | |
| D0448 | CSI13733 – CSI14161 | |
| D0449 | CSI14162 – CSI14372 | |
| D0450 | CSI14373 – CSI14377 | |
| D0451 | CSI14378 – CSI14527 | |
| D0452 | CSI00595 – CSI00613 | |
| D0453 | CSI01172 – CSI01195 | |
| D0454 | CSI12814 – CSI12817 | |
| D0455 | CSI01416 – CSI01420 | |
| D0456 | CSI03538 – CSI03580 | |
| D0457 | CSI13043 | |
| D0458 | CSI13044 | |
| D0459 | CJI000296 | |
| D0460 | CJI001925 | |
| D0461 | INTENTIONALLY OMITTED | |
| D0462 | INTENTIONALLY OMITTED | |
| D0463 | CJI001934 – CJI001936 | |
| D0464 | CJI001937 – CJI001939 | |
| D0465 | CJI001940 – CJI001943 | |

| Exhibit No. | Reference Number (Where Available) | Objections |
|---|---|---|
| D0466 | INTENTIONALLY OMITTED | |
| D0467 | CJI001948 – CJI001949 | |
| D0468 | CJI001950 | |
| D0469 | INTENTIONALLY OMITTED | |
| D0470 | CJI001955 – CJI001957 | |
| D0471 | CSI08488 – 08489 | |
| D0471A | | |
| D0472 | CSI06858 – CSI06859 | |
| D0473 | CSI12670 | |
| D0473A | | |
| D0474 | CSI12631 | |
| D0474A | | |
| D0475 | CSI05992 | |
| D0475A | | |
| D0476 | CSI05993 – CSI05994 | |
| D0476A | | |
| D0477 | CJI00581 – CJI00587 | |
| D0478 | CSI05415 | |
| D0479 | CJIB05534 – CJIB05536 | |
| D0479A | | |
| D0480 | CSI12804 – CSI12807 | |
| D0481 | CJIB06844 – CJIB06850 | |
| D0482 | CJI01401 – 01403 | |
| D0483 | | |
| D0484 | | |
| D0485 | | |
| D0486 | | |
| D0487 | CJI00655 – CJI00656 | |

| EXHIBIT NO. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| D0488 | CSI01030 – CSI01032 | |
| D0489 | CJIB07050 – CJIB07052 | |
| D0490 | CJI02348 – CJI02349 | |
| D0491 | CJIB05568 – CJIB05569 | |
| D0491A | | |
| D0492 | | |
| D0493 | CSI12701 – CSI12704 | |
| D0493A | | |
| D0494 | CJI00343 – CJI00347 | |
| D0494A | | |
| D0495 | CSI05407 | |
| D0495A | | |
| D0496 | CSI09874 – CSI09880 | |
| D0496A | | |
| D0497 | CSI00415 – CSI00479 | |
| D0498 | CSI02944 – CSI02945 | |
| D0499 | CJI01055 | |
| D0500 | CJI01078 – CJI01079 | |
| D0501 | INTENTIONALLY OMITTED | |
| D0502 | CJI00721 | |
| D0503 | TSF00220 – TSF00221 | |
| D0504 | CHR00024 – CHR00043 | |
| D0505 | | |
| D0506 | CSI01580- CSI01592 | |
| D0507 | CSI01033 | |
| D0508 | TSF00396 – TSF00407 | |
| D0509 | CSI00162 – CSI00167 | |
| D0510 | CSI00040 | |

| Exhibit No. | Reference Number (Where Available) | Objections |
|---|---|---|
| D0511 | CSI01079 – CSI01082 | |
| D0512 | CSI01534 | |
| D0512A | | |
| D0513 | | |
| D0514 | | |
| D0515 | LOEBSSL-HC-0305 – LOEBSSL-HC-0306 | |
| D0516 | | |
| D0517 | TSF01100 | |
| D0518 | TSF00453 – TSF00461 | |
| D0519 | TSF05704 | |
| D0520 | TSF05742 – TSF05744 | |
| D0521 | TSF00534 – TSF00558 | |
| D0522 | TSF05658 | |
| D0523 | TSF00689 – TSF00698 | |
| D0524 | TSF06802 – TSF06823 | |
| D0525 | CSI12606 – CSI12700 | |
| D0526 | CSI01049 | |
| D0527 | CSI05226 – CSI05229 | |
| D0528 | LOEBSSL-HC-000288 – LOEB-HC-0000302 | |
| D0529 | LOEBSSL-HC-0000006 – LOEB-HC-0000008 | |
| D0530 | LOEBSSL-HC-0000065 – LOEB-HC-00000075 | |
| D0531 | LOEBSSL-HC-0000076 – LOEB-HC-0000133 | |
| D0532 | LOEBSSL-HC-0000147 – LOEB-HC-0000166 | |
| D0533 | LOEBSSL-HC-0000261 – LOEB-HC-0000283 | |
| DD0001 to DD0300 | Placeholder for demonstratives | |
| DR0001 to | Placeholder for numbers to be given | |

| Exhibit No. | Reference Number (Where Available) | Objections |
|---|---|---|
| DR0050 | to record submissions | |

CONGREGATION SHEARITH ISRAEL,
By its Attorneys,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
(401) 274-9200
(401) 276-6611
E-mail: deming.sherman@lockelord.com

/s/ Louis M. Solomon
Louis M. Solomon (Admitted *Pro Hac Vice*)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281
Tel.:  (212) 504-6600
Fax:  (212) 504-6666
E-mail: Louis.Solomon@cwt.com

May 11, 2015