**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CONGREGATION JESHUAT ISRAEL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 12-822M |
| | : | |
| CONGREGATION SHEARITH ISRAEL, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT CONGREGATION SHEARITH ISRAEL'S TRIAL WITNESS LIST**

Deming E. Sherman (#1138)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
Tel.:  (401) 274-9200
Fax:  (401) 276-6611
E-mail: Deming.Sherman@lockelord.com

Louis M. Solomon (Admitted *Pro Hac Vice*)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281
Tel.:  (212) 504-6600
Fax:  (212) 504-6666
E-mail: Louis.Solomon@cwt.com

*Attorneys for Defendant
Congregation Shearith Israel*

May 11, 2015

In accordance with this Court's December 15, 2014 scheduling order (Dkt. 43), Congregation Shearith Israel ("Shearith Israel") hereby disclose its trial witness list. This list is not an indication that Shearith Israel will offer or are offering any of the listed witnesses. Shearith Israel reserves the right to call, call by deposition designation, or not call any or all of the witnesses listed herein. Shearith Israel reserves the right to supplement, modify, and/or correct this list based on additional rulings of the Court or flowing from additional discovery or depositions that have or might occur or because of rulings or guidance by the Court or otherwise.

Shearith Israel also reserves the right to call any witness listed or called by Congregation Jeshuat Israel ("CJI"). Further, Shearith Israel reserves the right to use any witness, whether or not on this list, for rebuttal or impeachment purposes. Shearith Israel has included certain witnesses that may be called solely as a result of allegations and/or claims raised by CJI and submission of these witnesses is conditional upon CJI. In addition to the witnesses identified below, Shearith Israel reserves the right to call any custodian of records that may be needed to establish the admissibility of any document. Shearith Israel reserves all rights to present the testimony in any manner permitted by the Court, including by live testimony and by designation. By preparing and exchanging this list, Shearith Israel does not waive any rights, objections, or defenses including the right to object to any witness. In the list below, L indicates that Shearith Israel will likely call the witness, subject to the above; M indicates may, subject to the above.

Subject to the above, Shearith Israel lists the following as witnesses:

1. Professor Linford Fisher (L)

2. Dr. Vivian Mann (L)

3. Rabbi Marc Angel (L)

4. Rabbi Meir Soloveichik (M)

5.  Rabbi Marc Mandel (L)

6.  Zachary Edinger (L)

7.  Dr. Leonard Groopman (L)

8.  Michael Katz (L)

9.  Michael Pimentel (L)

10. Richard Casten (L)

11. David Bazarsky (L)

12. Bertha Ross (L)

13. Laura Freedman Pedrick (L)

14. Dr. James Herstoff (L)

15. Dr. Oscar Glieberman (M)

16. Roy Zuckerberg (M)

17. Avery Neumark (M)

18. Andrew Segal (M)

19. Jonathan de Sola Mendez (M)

20. Michael Lustig (L)

21. David Nathan (M)

22. Alvin Deutsch (M)

23. Jeanne Sloane (L)

24. John Loeb (M)

25. CJI custodian of documents (M)

26. CSI custodian of documents (M)

CONGREGATION SHEARITH ISRAEL,
By its Attorneys,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)

-3-

LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
(401) 274-9200
(401) 276-6611
E-mail: Deming.Sherman@lockelord.com

/s/ Louis M. Solomon
Louis M. Solomon (Admitted *Pro Hac Vice*)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281
Tel.:  (212) 504-6600
Fax:  (212) 504-6666
E-mail: Louis.Solomon@cwt.com

May 11, 2015