# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CONGREGATION JESHUAT ISRAEL,      :
                                  :
            Plaintiff,            :
                                  :
    v.                            :        C.A. No. 12-822M
                                  :
CONGREGATION SHEARITH ISRAEL,     :
                                  :
            Defendant.            :

## DEFENDANT CONGREGATION SHEARITH ISRAEL'S
## INTENDED DEPOSITION DESIGNATIONS

Deming E. Sherman (#1138)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
Tel.: (401) 274-9200
Fax: (401) 276-6611
E-mail: Deming.Sherman@lockelord.com

Louis M. Solomon (Admitted *Pro Hac Vice*)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Tel.: (212) 504-6600
Fax: (212) 504-6666
E-mail: Louis.Solomon@cwt.com

*Attorneys for Defendant*
*Congregation Shearith Israel*

May 11, 2015

## Intended Deposition Designations

In accordance with this Court's April 14, 2015 text order, Congregation Shearith Israel ("Shearith Israel") designates the following deposition testimony for use at trial. Shearith Israel reserves the right to supplement, modify, withdraw, or amend the following designations, including without limitations by designating testimony to authenticate documents for use at trial. Shearith Israel further reserves the right to designate additional deposition testimony not listed herein and to respond to any designations made by CJI. Shearith Israel reserves the right to request that some or all deposition designations be withdrawn/and or be precluded from submission in favor of live testimony at trial. Shearith Israel does not admit the relevance or admissibility of any designation.

### Deposition of Leonard C. Groopman, dated April 30, 2014

| From | To | Objections |
|------|-----|------------|
| 4:2 | 4:5 | |
| 7:13 | 7:16 | |
| 8:4 | 8:25 | |
| 12:6 | 12:12 | |
| 13:10 | 14:2 | |
| 14:10 | 14:15 | |
| 14:25 | 15:8 | |
| 15:15 | 15:20 | |
| 16:11 | 16:15 | |
| 19:9 | 19:11 | |
| 19:25 | 20:10 | |
| 21:8 | 21:15 | |
| 21:18 | 21:25 | |

| FROM | TO | OBJECTIONS |
|------|-----|-----------|
| 22:10 | 25:4 | |
| 27:19 | 28:4 | |
| 28:8 | 28:18 | |
| 39:19 | 40:9 | |
| 40:17 | 41:23 | |
| 43:14 | 43:21 | |
| 48:2 | 48:19 | |
| 55:12 | 55:22 | |
| 61:16 | 62:6 | |
| 65:11 | 65:16 | |
| 65:19 | 65:24 | |
| 66:3 | 66:5 | |
| 66:7 | 66:11 | |
| 66:13 | 66:17 | |
| 66:19 | 66:23 | |

**Deposition of Zachary S. Edinger, dated May 1, 2014**

| FROM | TO | OBJECTIONS |
|------|-----|-----------|
| 4:2 | 4:5 | |
| 7:5 | 7:7 | |
| 7:21 | 8:16 | |
| 9:10 | 9:12 | |
| 9:19 | 10:5 | |
| 12:10 | 12:18 | |
| 12:23 | 13:6 | |
| 15:17 | 15:19 | |
| 15:22 | 15:24 | |

| FROM | TO | OBJECTIONS |
|------|------|------------|
| 16:10 | 16:14 | |
| 55:17 | 55:19 | |
| 56:3 | 56:5 | |
| 58:24 | 59:6 | |
| 64:19 | 65:3 | |
| 74:4 | 74:15 | |
| 85:12 | 85:17 | |
| 89:20 | 90:2 | |
| 94:14 | 94:20 | |
| 94:24 | 95:6 | |
| 98:13 | 99:7 | |
| 99:12 | 99:23 | |
| 106:8 | 106:16 | |
| 106:20 | 107:13 | |
| 111:21 | 112:16 | |
| 114:19 | 115:19 | |
| 118:21 | 119:24 | |
| 125:16 | 125:21 | |
| 131:22 | 131:24 | |
| 150:19 | 150:23 | |
| 157:6 | 158:20 | |
| 183:6 | 184:2 | |
| 203:15 | 204:4 | |
| 206:22 | 207:10 | |
| 210:2 | 210:16 | |
| 211:20 | 217:6 | |
| 217:20 | 218:21 | |
| 218:22 | 219:21 | |

| FROM | TO | OBJECTIONS |
|---|---|---|
| 219:23 | 220:19 | |
| 220:21 | 221:2 | |
| 221:4 | 221:10 | |
| 221:12 | 221:18 | |
| 221:19 | 222:3 | |
| 222:8 | 222:16 | |
| 222:18 | 223:10 | |
| 223:12 | 223:15 | |
| 223:17 | 223:20 | |
| 223:22 | 223:25 | |

**Deposition of Laura Freedman, dated May 14, 2014**

| FROM | TO | OBJECTIONS |
|---|---|---|
| 4:2 | 4:3 | |
| 10:18 | 10:21 | |
| 12:3 | 12:13 | |
| 13:12 | 13:20 | |
| 18:3 | 18:13 | |
| 20:3 | 20:14 | |
| 21:24 | 22:12 | |
| 31:23 | 32:2 | |
| 32:9 | 32:13 | |
| 36:8 | 38:4 | |
| 38:22 | 39:5 | |
| 39:13 | 40:9 | |
| 53:15 | 54:5 | |
| 58:18 | 58:21 | |

| FROM | TO | OBJECTIONS |
|------|-----|------------|
| 59:2 | 59:6 | |
| 59:17 | 60:13 | |
| 63:3 | 63:14 | |
| 96:4 | 97:6 | |
| 99:6 | 99:13 | |
| 101:5 | 101:8 | |
| 102:22 | 103:8 | |
| 103:16 | 104:5 | |
| 105:18 | 106:4 | |
| 108:3 | 108:10 | |
| 110:4 | 110:7 | |
| 121:4 | 121:6 | |
| 121:20 | 121:21 | |
| 121:24 | 122:2 | |
| 122:12 | 122:19 | |
| 123:12 | 123:14 | |
| 123:19 | 123:19 | |
| 126:16 | 12:20 | |
| 126:24 | 127:2 | |
| 128:8 | 128:11 | |
| 128:20 | 128:21 | |
| 130:24 | 131:4 | |
| 146:17 | 147:7 | |
| 147:17 | 149:2 | |
| 152:1 | 152:3 | |
| 152:23 | 153:8 | |
| 159:3 | 159:8 | |
| 160:2 | 160:8 | |

| FROM | TO | OBJECTIONS |
|------|-----|-----------|
| 162:12 | 162:20 | |
| 183:6 | 183:12 | |
| 184:13 | 185:5 | |
| 188:8 | 188:14 | |
| 189:23 | 190:5 | |
| 192:6 | 192:24 | |
| 195:1 | 196:3 | |
| 197:3 | 197:10 | |
| 197:17 | 199:4 | |
| 204:9 | 204:23 | |
| 213:8 | 213:15 | |

**Deposition of Richard J. Casten, dated May 15, 2014**

| FROM | TO | OBJECTIONS |
|------|-----|-----------|
| 3:2 | 3:3 | |
| 4:5 | 4:10 | |
| 6:1 | 6:14 | |
| 7:3 | 7:7 | |
| 7:15 | 7:17 | |
| 9:7 | 10:7 | |
| 12:10 | 12:15 | |
| 12:23 | 13:8 | |
| 13:21 | 14:10 | |
| 14:17 | 15:1 | |
| 20:19 | 21:9 | |
| 24:23 | 25:3 | |
| 33:11 | 33:15 | |

| FROM | TO | OBJECTIONS |
|------|-----|-----------|
| 33:18 | 34:1 | |
| 34:7 | 35:5 | |
| 36:13 | 36:23 | |
| 37:22 | 38:1 | |
| 55:3 | 55:13 | |
| 57:23 | 57:25 | |
| 62:15 | 62:19 | |
| 63:10 | 63:12 | |
| 65:3 | 65:8 | |
| 69:14 | 69:18 | |
| 72:6 | 72:20 | |
| 73:9 | 73:14 | |

**Deposition of David G. Bazarsky, dated June 10, 2014**

| FROM | TO | OBJECTIONS |
|------|-----|-----------|
| 6:2 | 6:3 | |
| 10:23 | 11:14 | |
| 21:22 | 22:8 | |
| 22:19 | 23:17 | |
| 24:21 | 25:19 | |
| 26:5 | 26:22 | |
| 27:10 | 27:17 | |
| 28:4 | 28:9 | |
| 30:19 | 31:10 | |
| 31:20 | 32:7 | |
| 38:22 | 39:2 | |
| 39:8 | 39:12 | |

| FROM | TO | OBJECTIONS |
|---|---|---|
| 40:1 | 40:4 | |
| 43:4 | 43:22 | |
| 43:25 | 44:18 | |
| 44:24 | 45:2 | |
| 45:19 | 45:21 | |
| 46:4 | 47:14 | |
| 59:1 | 59:6 | |
| 62:23 | 63:4 | |
| 63:21 | 63:24 | |
| 64:1 | 64:1 | |
| 64:10 | 64:20 | |
| 65:2 | 66:6 | |
| 71:16 | 71:25 | |
| 74:1 | 74:1 | |
| 75:17 | 75:24 | |
| 76:2 | 76:7 | |
| 76:10 | 76:11 | |
| 80:11 | 80:12 | |
| 81:2 | 81:3 | |
| 81:6 | 81:14 | |
| 87:21 | 88:9 | |
| 89:14 | 89:22 | |
| 91:16 | 91:22 | |
| 92:11 | 92:17 | |
| 94:3 | 94:16 | |
| 99:21 | 99:21 | |
| 100:15 | 100:23 | |
| 101:15 | 101:21 | |

| FROM | TO | OBJECTIONS |
|------|-----|------------|
| 102:4 | 102:4 | |
| 104:1 | 104:7 | |
| 105:6 | 105:6 | |
| 105:15 | 105:21 | |
| 112:15 | 113:9 | |
| 113:21 | 114:6 | |
| 114:18 | 114:20 | |
| 115:23 | 116:19 | |
| 119:13 | 119:21 | |
| 120:10 | 121:23 | |
| 123:3 | 123:3 | |
| 124:22 | 125:18 | |
| 125:21 | 126:16 | |
| 127:13 | 128:7 | |
| 131:8 | 131:14 | |
| 132:25 | 133:24 | |
| 134:3 | 135:9 | |
| 135:22 | 135:24 | |
| 136:2 | 136:10 | |
| 142:21 | 143:1 | |
| 143:13 | 143:25 | |
| 147:14 | 147::14 | |
| 149:8 | 150:21 | |
| 151:19 | 152:2 | |
| 154:6 | 154:16 | |
| 156:6 | 156:10 | |
| 159:10 | 159:16 | |
| 162:6 | 162:18 | |

| FROM | TO | OBJECTIONS |
|---|---|---|
| 168:15 | 169:4 | |
| 170:12 | 170:22 | |
| 173:13 | 173:24 | |
| 174:9 | 175:12 | |
| 180:3 | 180:3 | |
| 180:22 | 182:19 | |
| 183:10 | 183:10 | |
| 185:5 | 186:9 | |
| 190:13 | 190:20 | |
| 191:19 | 193:1 | |
| 193:12 | 194:11 | |
| 195:10 | 195:20 | |
| 195:22 | 196:1 | |
| 197:19 | 198:23 | |
| 213:17 | 213:17 | |
| 215:15 | 216:4 | |
| 216:12 | 217:17 | |
| 235:18 | 235:18 | |
| 237:16 | 237:22 | |
| 238:2 | 238:8 | |
| 238:14 | 238:17 | |
| 240:21 | 241:1 | |
| 243:11 | 244:8 | |
| 244:11 | 244:22 | |
| 246:14 | 247:3 | |
| 247:23 | 248:22 | |

**Deposition of Bertha Schlessinger Ross, dated June 19, 2014**

| FROM | TO | OBJECTIONS |
|------|-----|------------|
| 6:2 | 6:3 | |
| 9:18 | 10:11 | |
| 11:2 | 11:9 | |
| 11:16 | 12:12 | |
| 13:19 | 14:3 | |
| 14:5 | 14:10 | |
| 14:14 | 14:18 | |
| 15:4 | 15:18 | |
| 16:10 | 16:13 | |
| 17:3 | 17:7 | |
| 17:10 | 17:17 | |
| 18:10 | 20:1 | |
| 20:11 | 20:17 | |
| 22:11 | 22:17 | |
| 23:8 | 23:13 | |
| 24:18 | 24:25 | |
| 25:10 | 25:10 | |
| 26:2 | 26:23 | |
| 27:1 | 27:7 | |
| 27:13 | 27:18 | |
| 27:20 | 27:22 | |
| 28:1 | 28:4 | |
| 28:6 | 28:11 | |
| 28:15 | 28:22 | |
| 28:24 | 29:8 | |
| 31:7 | 33:8 | |
| 33:11 | 33:14 | |

| FROM | TO | OBJECTIONS |
|------|-----|------------|
| 33:17 | 34:9 | |
| 35:1 | 35:7 | |
| 35:23 | 36:1 | |
| 36:4 | 36:5 | |
| 38:19 | 38:19 | |
| 39:10 | 39:17 | |
| 39:20 | 39:20 | |
| 42:5 | 42:9 | |
| 42:17 | 42:22 | |
| 45:14 | 45:20 | |
| 45:22 | 45:25 | |
| 46:3 | 46:16 | |
| 47:16 | 48:1 | |
| 48:8 | 48:8 | |
| 48:23 | 49:2 | |
| 51:5 | 51:13 | |
| 51:19 | 51:23 | |
| 52:24 | 53:6 | |
| 62:4 | 62:6 | |
| 62:9 | 62:16 | |
| 63:1 | 63:11 | |
| 66:21 | 67:4 | |
| 67:8 | 67:12 | |
| 67:19 | 67:19 | |
| 68:22 | 69:1 | |
| 69:19 | 69:25 | |
| 71:19 | 72:5 | |
| 73:24 | 74:10 | |

| FROM | TO | OBJECTIONS |
|---|---|---|
| 74:24 | 75:2 | |
| 75:4 | 75:11 | |
| 75:21 | 75:25 | |
| 76:3 | 76:3 | |
| 77:8 | 77:14 | |
| 79:12 | 80:23 | |
| 82:10 | 82:13 | |
| 83:5 | 83:9 | |
| 83:21 | 83:21 | |
| 84:4 | 84:12 | |
| 84:15 | 84:15 | |
| 85:4 | 85:7 | |
| 87:20 | 88:5 | |
| 90:2 | 90:10 | |
| 91:16 | 91:19 | |
| 92:18 | 93:3 | |
| 103:5 | 103:5 | |
| 104:12 | 104:14 | |
| 105:5 | 105:14 | |
| 106:7 | 107:25 | |
| 108:13 | 108:19 | |
| 108:22 | 108:22 | |
| 109:3 | 109:6 | |
| 110:12 | 110:23 | |
| 115:9 | 115:12 | |
| 117:1 | 117:18 | |
| 125:24 | 125:24 | |
| 126:8 | 126:11 | |

| FROM | TO | OBJECTIONS |
|---|---|---|
| 129:4 | 129:9 | |
| 135:2 | 135:12 | |
| 135:20 | 136:15 | |
| 137:5 | 137:10 | |
| 142:7 | 142:14 | |
| 145:20 | 146:4 | |
| 181:22 | 182:15 | |
| 183:9 | 183:22 | |
| 195:11 | 195:15 | |
| 203:25 | 205:24 | |
| 212:1 | 212:1 | |
| 212:16 | 212:20 | |
| 213:21 | 214:11 | |
| 214:15 | 214:19 | |
| 215:10 | 215:22 | |
| 216:15 | 217:9 | |
| 231:14 | 232:6 | |
| 232:14 | 233:10 | |
| 237:4 | 237:9 | |
| 237:21 | 238:5 | |
| 238:10 | 238:14 | |
| 238:22 | 238:24 | |
| 239:2 | 239:15 | |
| 240:6 | 241:14 | |
| 243:25 | 244:17 | |
| 245:3 | 245:12 | |
| 249:3 | 249:7 | |
| 249:19 | 249:22 | |

| FROM | TO | OBJECTIONS |
|------|-----|------------|
| 252:4 | 252:7 | |
| 253:19 | 255:2 | |
| 255:16 | 256:12 | |
| 263:18 | 264:23 | |

**Deposition of Michael Pimental, dated July 1, 2014**

| FROM | TO | OBJECTIONS |
|------|-----|------------|
| 4:6 | 4:7 | |
| 7:13 | 7:22 | |
| 8:10 | 8:11 | |
| 12:2 | 13:8 | |
| 25:6 | 25:19 | |
| 54:24 | 55:22 | |

**Deposition of Michael Katz, dated July 14, 2014**

| FROM | TO | OBJECTIONS |
|------|-----|------------|
| 4:2 | 4:5 | |
| 6:17 | 6:19 | |
| 7:2 | 7:10 | |
| 7:21 | 8:14 | |
| 8:22 | 9:8 | |
| 9:12 | 10:9 | |
| 13:11 | 13:15 | |
| 14:5 | 14:7 | |
| 15:7 | 15:24 | |
| 16:22 | 17:5 | |
| 19:7 | 19:9 | |

| FROM | TO | OBJECTIONS |
|---|---|---|
| 20:7 | 20:17 | |
| 21:11 | 21:19 | |
| 24:8 | 24:12 | |
| 25:5 | 25:21 | |
| 26:20 | 26:23 | |
| 38:6 | 38:13 | |
| 43:14 | 43:18 | |
| 47:16 | 47:23 | |
| 48:17 | 48:24 | |
| 51:13 | 51:16 | |
| 61:25 | 62:5 | |
| 62:13 | 62:17 | |
| 62:21 | 63:7 | |
| 79:22 | 80:19 | |
| 81:5 | 81:19 | |
| 84:19 | 85:2 | |
| 96:15 | 96:20 | |
| 97:9 | 97:10 | |
| 98:18 | 98:25 | |

**Deposition of Rabbi Marc D. Angel, dated July 17, 2014**

| FROM | TO | OBJECTIONS |
|---|---|---|
| 4:2 | 4:4 | |
| 5:25 | 7:9 | |
| 7:21 | 8:7 | |
| 10:17 | 10:24 | |
| 13:19 | 14:20 | |

| FROM | TO | OBJECTIONS |
|------|------|------------|
| 15:18 | 17:12 | |
| 19:22 | 20:8 | |
| 21:10 | 21:23 | |
| 22:2 | 23:10 | |
| 24:4 | 24:13 | |
| 25:5 | 25:20 | |
| 26:8 | 26:12 | |
| 27:9 | 27:12 | |
| 28:25 | 19:11 | |
| 29:22 | 30:10 | |
| 31:17 | 31:19 | |
| 32:6 | 32:20 | |
| 34:9 | 34:11 | |
| 35:9 | 35:17 | |
| 36:17 | 36:23 | |
| 50:5 | 50:17 | |
| 51:10 | 51:16 | |
| 53:18 | 54:7 | |
| 54:17 | 55:4 | |
| 55:14 | 55:19 | |
| 56:5 | 56:19 | |
| 57:7 | 57:17 | |
| 58:25 | 59:9 | |
| 59:19 | 60:12 | |
| 62:4 | 62:11 | |
| 64:9 | 64:19 | |
| 65:12 | 65:24 | |
| 68:20 | 68:25 | |

| FROM | TO | OBJECTIONS |
|---|---|---|
| 71:7 | 71:14 | |
| 71:25 | 72:6 | |
| 73:14 | 73:16 | |
| 73:24 | 74:18 | |
| 75:17 | 75:23 | |
| 78:24 | 79:7 | |
| 79:17 | 80:9 | |
| 84:2 | 84:3 | |
| 84:13 | 84:21 | |
| 85:16 | 86:2 | |
| 90:23 | 91:25 | |
| 93:7 | 93:14 | |
| 95:18 | 97:4 | |
| 101:11 | 101:15 | |
| 103:21 | 104:10 | |
| 104:19 | 105:17 | |
| 106:7 | 106:18 | |
| 107:8 | 107:16 | |
| 113:11 | 113:19 | |
| 115:5 | 115:22 | |
| 116:25 | 117:9 | |
| 120:7 | 121:12 | |
| 122:22 | 122:25 | |
| 123:19 | 124:10 | |
| 125:6 | 126:9 | |
| 126:13 | 126:17 | |
| 126:22 | 126:23 | |
| 128:21 | 129:7 | |

**Deposition of Michael Lustig, dated July 18, 2014**

| FROM | TO | OBJECTIONS |
|------|-----|------------|
| 4:2 | 4:21 | |
| 8:2 | 8:14 | |
| 13:18 | 13:25 | |
| 15:3 | 15:9 | |
| 80:20 | 81:4 | |
| 82:10 | 82:23 | |
| 84:6 | 86:14 | |
| 87:20 | 90:2 | |
| 110:10 | 111:4 | |
| 114:15 | 115:7 | |
| 116:3 | 116:15 | |
| 118:18 | 119:21 | |
| 122:14 | 122:23 | |
| 126:24 | 128:5 | |
| 129:5 | 130:6 | |
| 130:16 | 136:22 | |
| 158:25 | 164:6 | |

**Deposition of Andrew Segal, dated July 22, 2014**

| FROM | TO | OBJECTIONS |
|------|-----|------------|
| 4:2 | 4:6 | |
| 6:23 | 7:6 | |
| 8:15 | 8:25 | |
| 9:11 | 9:15 | |
| 13:19 | 14:2 | |
| 15:12 | 15:12 | |

| FROM | TO | OBJECTIONS |
|---|---|---|
| 16:12 | 16:23 | |
| 17:2 | 17:16 | |
| 17:21 | 18:7 | |
| 19:20 | 20:3 | |
| 21:8 | 21:13 | |
| 21:21 | 22:10 | |
| 27:10 | 29:4 | |
| 30:15 | 30:23 | |
| 34:3 | 34:25 | |
| 36:25 | 37:2 | |
| 37:11 | 38:9 | |
| 38:18 | 38:23 | |
| 40:2 | 40:15 | |
| 46:3 | 46:20 | |
| 47:20 | 48:3 | |
| 49:10 | 49:25 | |
| 50:21 | 50:24 | |
| 51:5 | 52:24 | |
| 55:5 | 55:7 | |
| 56:16 | 56:21 | |
| 59:11 | 59:11 | |
| 61:23 | 62:4 | |
| 62:17 | 63:8 | |
| 65:20 | 66:10 | |
| 67:12 | 67:14 | |
| 67:24 | 69:4 | |
| 69:9 | 69:23 | |
| 70:9 | 70:9 | |

| FROM | TO | OBJECTIONS |
|---|---|---|
| 70:12 | 70:21 | |
| 71:10 | 71:21 | |
| 81:19 | 82:10 | |
| 91:1 | 91:25 | |
| 95:7 | 95:17 | |
| 96:9 | 96:12 | |
| 97:2 | 97:15 | |
| 103:24 | 104:4 | |
| 108:17 | 109:9 | |
| 109:20 | 109:23 | |
| 110:7 | 110:25 | |
| 113:3 | 113:16 | |
| 114:6 | 115:10 | |
| 115:19 | 116:11 | |
| 117:2 | 117:13 | |
| 119:10 | 120:7 | |
| 121:3 | 121:7 | |
| 121:22 | 121:25 | |
| 122:8 | 122:14 | |
| 125:1 | 125:5 | |
| 125:13 | 125:18 | |
| 126:4 | 126:9 | |
| 133:11 | 133:11 | |
| 134:1 | 134:8 | |
| 134:15 | 134:21 | |
| 136:8 | 136:12 | |
| 140:1 | 140:7 | |

**Deposition of James K. Herstoff, dated July 28, 2014**

| FROM | TO | OBJECTIONS |
|---|---|---|
| 5:2 | 5:8 | |
| 10:8 | 10:20 | |
| 11:3 | 11:8 | |
| 13:2 | 14:15 | |
| 16:9 | 16:19 | |
| 16:22 | 17:22 | |
| 18:5 | 19:4 | |
| 19:8 | 20:2 | |
| 20:22 | 21:25 | |
| 29:2 | 29:8 | |
| 29:15 | 32:12 | |
| 33:3 | 33:5 | |
| 34:2 | 34:11 | |
| 38:23 | 39:8 | |
| 41:11 | 42:18 | |
| 43:7 | 43:17 | |
| 43:21 | 44:6 | |
| 44:11 | 44:15 | |
| 45:19 | 46:12 | |
| 47:5 | 47:11 | |
| 47:16 | 47:23 | |
| 48:11 | 49:24 | |
| 52:18 | 52:20 | |
| 53:19 | 53:22 | |
| 54:9 | 54:14 | |
| 57:16 | 57:18 | |
| 57:21 | 61:18 | |

| FROM | TO | OBJECTIONS |
|---|---|---|
| 61:23 | 62:18 | |
| 63:13 | 66:12 | |
| 66:16 | 66:24 | |
| 67:5 | 68:6 | |
| 68:22 | 69:4 | |
| 70:7 | 71:2 | |
| 87:17 | 88:8 | |

**Deposition of Jeanne Sloane, dated September 19, 2014**

| FROM | TO | OBJECTIONS |
|---|---|---|
| 5:2 | 5:12 | |
| 6:3 | 6:6 | |
| 7:24 | 8:24 | |
| 9:21 | 10:10 | |
| 11:25 | 12:11 | |
| 12:23 | 13:20 | |
| 14:16 | 14:18 | |
| 14:22 | 15:11 | |
| 17:13 | 17:21 | |
| 17:25 | 18:24 | |
| 19:3 | 19:15 | |
| 21:4 | 22:7 | |
| 22:22 | 23:22 | |
| 26:1 | 29:11 | |
| 41:3 | 41:10 | |
| 43:12 | 43:14 | |
| 43:21 | 44:19 | |

| FROM | TO | OBJECTIONS |
|------|-----|-----------|
| 69:5 | 69:18 | |
| 72:19 | 72:22 | |
| 77:5 | 78:14 | |
| 78:23 | 80:12 | |
| 80:23 | 81:20 | |
| 82:5 | 83:25 | |
| 85:17 | 85:19 | |
| 86:16 | 87:3 | |
| 87:18 | 88:16 | |
| 89:5 | 89:10 | |
| 89:15 | 89:21 | |
| 90:13 | 93:7 | |
| 94:5 | 99:4 | |
| 100:10 | 100:14 | |
| 101:12 | 101:17 | |
| 103:17 | 104:11 | |
| 106:14 | 106:20 | |
| 108:14 | 108:15 | |
| 110:14 | 111:12 | |
| 116:20 | 118:2 | |
| 122:5 | 122:11 | |
| 134:12 | 135:24 | |
| 140:23 | 141:2 | |
| 178:15 | 179:17 | |
| 180:2 | 180:18 | |
| 194:5 | 194:12 | |

CONGREGATION SHEARITH ISRAEL,
By its Attorneys,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
(401) 274-9200
(401) 276-6611
E-mail: deming.sherman@lockelord.com

/s/ Louis M. Solomon
Louis M. Solomon (Admitted *Pro Hac Vice*)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281
Tel.:  (212) 504-6600
Fax:  (212) 504-6666
E-mail: Louis.Solomon@cwt.com

May 11, 2015