UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CONGREGATION JESHUAT ISRAEL, :
:
            Plaintiff, :
:
            v. :      C.A. No. 12-822M
:
CONGREGATION SHEARITH ISRAEL, :
:
            Defendant. :

**DEFENDANT CONGREGATION SHEARITH ISRAEL'S OBJECTIONS TO
PLAINTIFF'S FIRST AMENDED TRIAL EXHIBIT LIST**

Deming E. Sherman (#1138)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
Tel.:  (401) 274-9200
Fax:  (401) 276-6611
E-mail: Deming.Sherman@lockelord.com

Louis M. Solomon (Admitted *Pro Hac Vice*)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281
Tel.:  (212) 504-6600
Fax:  (212) 504-6666
E-mail: Louis.Solomon@cwt.com

*Attorneys for Defendant
Congregation Shearith Israel*

May 18, 2015

Congregation Shearith Israel ("Shearith Israel") submits the following objections to Plaintiff Congregation Jeshuat Israel's ("CJI") exhibits identified on CJI's First Amended Trial Exhibit List dated May 18, 2015, and attached hereto as Exhibit A. Shearith Israel reserves the right to supplement and/or amend its objections in advance of and during trial. Shearith Israel reserves the right to object to the use of any exhibit identified on CJI's exhibit list at trial regardless of any specific objection asserted herein. Shearith Israel reserves the right to object to the use of any exhibit not specifically objected to at this time. By including an objection herein, Shearith Israel does not waive any other objection and/or the right to withdraw any objection listed herein at any time. Shearith Israel reserves all rights with respect to the admission of these or any other exhibits to be used at trial. Additionally, Shearith Israel objects to as untimely all exhibits on CJI's intended exhibit list that were produced following the close of fact discovery as set by the Court.

Shearith Israel objects to CJI's exhibits based on the following abbreviation key:

| Ground | Abbreviation |
|---|---|
| Hearsay | H |
| Lack of Authentication | A |
| Lack of Foundation | F |
| Not Relevant to Any Legally Sufficient Issue to be Tried in this Case | R |
| Not Material to Any Legally Sufficient Issue to be Tried in this Case | M |
| Best Evidence | B |
| Incomplete | I |
| Privilege | P |
| Compilation | C |

## Shearith Israel's Objections To CJI's Trial Exhibit List

| EXHIBIT NUMBER. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| P1 | CSI 5478-79 | A, F, R, M |
| P2 | CSI 5480-81 | A, F, R, M |
| P3 | CSI 5482-83 | A, F, R, M |
| P4 | CSI 5484-85 | A, F, R, M |
| P5 | CSI 5494-95 | A, F, R, M |
| P6 | CSI 5500-01 | A, F, R, M |
| P7 | CSI 5502-03 | A, F, R, M |
| P8 | CSI 5546-47 | A, F, R, M |
| P9 | CSI 5550-51 | A, F, R, M |
| P10 | CSI 5556-57 | A, F, R, M |
| P11 | CSI 5560-61 | A, F, R, M |
| P12 | CSI 5568-69 | A, F, R, M |
| P13 | CSI 5570-71 | A, F, R, M |
| P14 | CSI 12637-38 | A, F, R, M |
| P15 | CSI 12606 | A, F, R, M |
| P16 | CSI 11919-20 | A, F, R, M |
| P17 | CSI 12639 | A, F, R, M |
| P18 | CSI 5587 | A, F, M |
| P19 | CJI 1 | H, A, M, B |
| P20 | CJI 3333-34 | H, A, F, R, M |
| P21 | CSI 5591 | H, A, F, R, M |
| P22 | CJI 3438-39 | H, A, M |
| P23 | CSI 13030 & 11918 | A, F, R, M |
| P24 | CSI 11899 & 12633 | A, F, R, M |
| P25 | CSI 12628 | A, F, R, M |
| P26 | CSI 12608 | A, F, R, M |
| P27 | CSI 12609 & 12625 | A, F, R, M, I |
| P28 | CSI 11894 | A, F, R, M |
| P29 | CSI 11911 & 11890 | A, F, R, M |
| P30 | CJI 3350-51 | A, F, R, M, I |
| P31 | CJI 2 | H, A, M |
| P32 | CSI 5609-24 | A, F, R, M |

| Exhibit Number. | Reference Number (Where Available) | Objections |
|---|---|---|
| P33 | CJl 3077, 3103-04, 3101-02, 3107-08, 3106, 3109 | H, A, F, R, M, I |
| P34 | CSI 193-97 | H, A, M |
| P35 | CSI 5273-76 | H, R, M |
| P36 | CJl 3-4 | H, A, R, M |
| P37 | CSI 5253-54 | H, A, M |
| P38 | CSI 5257-59 | H, A, M |
| P39 | CSI 11893 | H, A, F |
| P40 | CSI 7342 | H, F, R, M, I |
| P41 | CSI 5236-37 | H, A |
| P42 | CSI 1261-66 | H, A, R, M, F |
| P43 | CSI 8837-39 | H, M, B |
| P44 | CSI 5279-80 | H, F, M |
| P45 | CSI 5321-5352 | H, A, F, B, C |
| P46 | CJI 453-65 | H, A |
| P47 | CJI 87-90 | H, A, M, I |
| P48 | CSI 4055-59 | H, A, M |
| P49 | CJI 86 | H, A, M, I |
| P50 | CSI 4504-10 | H, F, M, I, C |
| P51 | CSI 4542-46 | H, F, M, I, C |
| P52 | CSI 4456-59 | H, F, M |
| P53 | CSI 83-88 | H, F, M, I, C |
| P54 | CSI 5277-78 | H, F, M |
| P55 | CSI 747-50 | H, F |
| P56 | CSI 4582-83 | H, F, M |
| P57 | CJI 259-62 | H, M |
| P58 | CSI 4534-37 | H, A, F, R, M |
| P59 | CJl 3065-68 | H, B, I |
| P60 | CJl 328-29 | H, A, F |
| P61 | CSI 1164 | H, F, M |
| P62 | CSI 172-83 | H, A |
| P63 | CSI 304-05 | H, A |
| P64 | CSI 232-34 | H, A, R, M |
| P65 | CSI 246-51 | H, M |

| EXHIBIT NUMBER. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| P66 | CSI 466-67 | H, R, M, F, I |
| P67 | CSI 316-19 | H, A, I |
| P68 | CSI 6 | H, F |
| P69 | CJI 371 | H, M |
| P70 | CSI 27-31 | H |
| P71 | CJI 472-76 | H |
| P72 | CSI 5412 | H, F, A, R, M, I |
| P73 | CSI 5415 | H, F, A, R, M, I |
| P74 | CSI 5411 | H, M |
| P75 | CSI 404 | H, M, F, R |
| P76 | CSI 1-5 | H |
| P77 | CJI 3069-71 | H, R, F, M, I |
| P78 | CJI 3369-99 | H, R, F, M, I, B |
| P79 | CJI 3442-98 | H, R, F, M |
| P80 | CJI 3308-30 | H, R, F, M, I, B |
| P81 | CJI 3077-160 | H, R, F, M, I |
| P82 | CSI 1236-37 | H, R, F M |
| P83 | CSI 11119-25 | H, F, M |
| P84 | CJI 488-502 | H, A, R, M, F, I, B |
| P85 | CSI 678-705 | H, R, M, F, I, B |
| P86 | CJI 504-07 | H, F, R, M |
| P87 | CSI 1455 | H, F, R, M |
| P88 | CSI 1456-57 | H, F, R, M |
| P89 | CJI 250-51 | H, R, M, F, I |
| P90 | CSI 93-103 | H, M, F, C |
| P91 | CSI 11761 | H, R, M |
| P92 | CSI 415-26 | H, R, M, F, I |
| P93 | CJI 3400-47 | H, R, M, F |
| P94 | CJI 3161-80 | H, R, M, F, I |
| P95 | CJI 3352-59 | H, R, M, I |
| P96 | CJIB 529-31 | H, F, R, M, B |
| P97 | CJI 1959-62 | H, R, M, F, I |
| P98 | CJIB 899-911 | H, R, M, F |

| EXHIBIT NUMBER. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| P99 | Mann Dep. Exh. 16 | H, R, M, F, I |
| P100 | Mann Dep. Exh. 9 | H, R, M, F, I |
| P101 | CJI 3719-29 | H, R, M, F, I |
| P102 | CJI 3181-84, 3193-95 | H, R, M, F, I |
| P103 | TSF 1384-1400 | H, R, M, F, I |
| P104 | CJI 3199-3212 | H, R, M, F, I |
| P105 | CJI 581-87 | H, R, M, F, I |
| P106 | CSI 1002 | H, F, R, M |
| P107 | CSI 1003 | H, M, F |
| P108 | CSI 999-1001 | H, M, F |
| P109 | CSI 1302 | H, M, F |
| P110 | CSI 1303 | H, M, F |
| P111 | CSI 1004 | H, M, F |
| P112 | CJIB 1688-1883 | H, R, M, F |
| P113 | CSI 2732-54 | H, A, R, M, F, |
| P114 | CJIB 1574-584 | H, R, M, F, I |
| P115 | CSI 589-94 | H, M, F |
| P116 | CJI 526-39 | H, R, M |
| P117 | CJI 1055 | H, M, I |
| P118 | CJIB 2189 | H, R, M, F |
| P119 | CSI 12993-96 | H, R, M, F |
| P120 | CSI 12997-13002 | H, M, F |
| P121 | CSI 13003-07 | H, R, M, F |
| P122 | CJI 3273-84 | H, R, F, M, I |
| P123 | CSI 3538-80 | H, R, F, M, I |
| P124 | CJIB 4110-12 | H, R, M, F, A, B |
| P125 | JHA 1, 43-73 | H, R, F, M, I |
| P126 | CJI 1220 | H, M |
| P127 | CJI 1221-22 | H |
| P128 | CJIB 2475-86 | H, R, M, I |
| P129 | CJI 540-60 | H, R, M |
| P130 | CSI 954 | H, M, F |
| P131 | CJI 3335-49 | H, R, M, F, I |

| Exhibit Number. | Reference Number (Where Available) | Objections |
|---|---|---|
| P132 | TSF 273-300 | H, R, M |
| P133 | CJI 1404-07 | H, R, M, F |
| P134 | CJI 1761-64 | H, R, M, F |
| P135 | CJI 3364-68 | H, M, F, I, B |
| P136 | CSI 972-73 | H, F, M |
| P137 | CJI 588-628 | H, R, M, I |
| P138 | CJI 1418-32 | H, R, M, F |
| P139 | CJIB 7061-64 | H, R, M |
| P140 | CJIB 6666-67 | H, R, M |
| P141 | CSI 978 | H, M, F |
| P142 | CJIB 7054-57 | H, M, F |
| P143 | CJI 1765-66 | H, R, M, F |
| P144 | CJI 1074 | H, R, M |
| P145 | CJI 1075-76 | H, R, M, F |
| P146 | CSI 727-46 | H, R, M |
| P147 | CJI 1752-60 | H, R, M |
| P148 | CJI 1887-1922 | H, R, M |
| P149 | CJI 632-33 | H, R, M, F |
| P150 | CJI 3228-66 | H, R, F, M, I |
| P151 | CSI 13028-29 | H, M, F |
| P152 | CJIB 6534-36 | H, R, M, F |
| P153 | CJI 653-54 | H, F, M |
| P154 | CJI 651 | H, R, M |
| P155 | CJI 1454-64 | H, F, R, M, I |
| P156 | CJI 712 | H, F, R, M |
| P157 | CJI 3288-332 | H, F, M, I, B, I, C |
| P158 | Angel Dep. Exh. 5 | H, R, M, B |
| P159 | CJI 2353-56 | H, A, F, R, M, I |
| P160 | CJI 1482-85 | H, A, F, R, M, I |
| P161 | CJIB 6302-07 | H, R, M |
| P162 | CJI 3219-27 | H, F, R, M, I |
| P163 | CJI 770 | H, F, R, M |
| P164 | CJI 771 | H, R, M |

| EXHIBIT NUMBER. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| P165 | CJI 2362-66 | H, A, F, R, M |
| P166 | Angel Dep. Exh. 3 | H, F, R, M |
| P167 | Angel Dep. Exh. 4 | H, F, R, M |
| P168 | Groopman Dep. Exh. 2 | H, A, F, M |
| P169 | CJI 2367-72 | H, A, F, R, M |
| P170 | TSF 6802-23 | H, F, M |
| P171 | CJI 841-64 | H, F, R, M |
| P172 | Mann Dep. Exh. 15 | H, F, R, M |
| P173 | CJI 2373-77 | H, A, F, R, M |
| P174 | CJI 2378-84 | H, A, F, R, M |
| P175 | CJI 2385-91 | H, A, F, R, M |
| P176 | CJI 1934-36 | H, R, M |
| P177 | CJI 1351 | H, M |
| P178 | CJI 1352 | H, M |
| P179 | CJI 1302-03 | H, M |
| P180 | CJI 1297-99 | H |
| P181 | CJI 1325-28 | H, M |
| P182 | CJI 1316-19 | H, M |
| P183 | CJI 1353-54 | H, M |
| P184 | CJI 1355-56 | H, M |
| P185 | CJI 1314-15 | H |
| P186 | CJI 1320-21 | H, M |
| P187 | CJI 1976-78 | H, F, R, M |
| P188 | CJI 1937-39 | H, R, M |
| P189 | Angel Dep. Exh. 6 | H, F, R, M |
| P190 | CJI 1292-94 | H, R, M |
| P191 | CJI 1312-13 | H, M |
| P192 | CJI 1486-1518 | H, F, R, M |
| P193 | CJI 1519-24 | H, A, F, R, M |
| P194 | CJI 2485-87 | H, R, M |
| P195 | CJI 965-68 | H, F, M |
| P196 | CJI 1304-05 | H, M |
| P197 | CJI 2392-2410 | H, F, R, M |

| EXHIBIT NUMBER. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| P198 | CJI 1331-32 | H, R, M |
| P199 | CJI 1295-96 | H, R, M |
| P200 | CJI 1359-61 | H, R, M |
| P201 | CJI 1329-30 | H, R, M |
| P202 | CJI 1289-91 | H, R, M |
| P203 | CJI 3022-31 | H, M |
| P204 | MFA 159-60 | H, F, R, M |
| P205 | CJI 1309-11 | H, R, M |
| P206 | CJI 1026-27 | H, R, M |
| P207 | CJI 2838-56 | H, F, R, M |
| P208 | CJI 1009-11 | H, F, M |
| P209 | CJI 1337-40 | H, R, M |
| P210 | CJI 3032-39 | H, M |
| P211 | Fisher Dep. Exh. 8 | H, F, M, I |
| P212 | CJI 1306-08 | H, A, R, M |
| P213 | CJI 1037-47 | H, F |
| P214 | CJI 1322-24 | H, R, M |
| P215 | CJI 650 | H, F, R, M |
| P216 | CJI 1362-86 | H, R, M |
| P217 | CJI 1282-88 | H, R, M |
| P218 | CJI 13031-35 | A, F, R, M |
| P219 | CJI 2411-33 | H, F, R, M |
| P220 | CJI 1348-50 | H, R, M |
| P221 | CJI 1399-1400 | H, F, M |
| P222 | CJI 1333-34 | H, R, M |
| P223 | CJI 1049 | H, F, R, M |
| P224 | CJI 1274-76 | H |
| P225 | CJI 1344-47 | H, R, M |
| P226 | CJI 1225 | H, R, M |
| P227 | CJI 1051-52 | H, F, R, M |
| P228 | CJI 1244-47 | H, M |
| P229 | CJI 1969-71 | H, M |
| P230 | CJI 1401-03 | H, M |

| EXHIBIT NUMBER. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| P231 | CSI 37-38 | H |
| P232 | CJI 3040-47 | H, M |
| P233 | CJI 386-406 | H, F, M |
| P234 | Doc. 39-2, pp. 58-64 in *CSI v. CJI*, 12-CV-8406 (S.D.N.Y.) | H, R, M, F, I |
| P235 | CSI 5375-77 | H, M |
| P236 | CJI 2857-80 | H, F, R, M |
| P237 | CSI 5382-84 | H |
| P238 | Edinger Dep. Exh. 22 | H |
| P239 | N/A | H, M, R |
| P240 | N/A | R, M |
| P241 | N/A | R, M |
| P242 | CJI 1226-27 | H, R, M |
| P243 | CJI 3048-56 | H, M |
| P244 | CJI 1242 | H, R, M |
| P245 | Doc. 43, *CSI v. CJI*, 12-CV-8406 (S.D.N.Y.) | H, M, I |
| P246 | Edinger Dep. Exh. 5 | M |
| P247 | Groopman Dep. Exh. 1 | R, M |
| P248 | N/A | R, M |
| P249 | CJI 2434-59 | H, F, R, M |
| P250 | Fisher Dep. Exh. 24 | H, R, M |
| P251 | CJI 3057-64 | H, M |
| P252 | N/A | H, M |
| P253 | N/A | H, M |
| P254 | Edinger Dep. Exh. 6 | H |
| P255 | CJI 3271-72 | H, F, R, M |
| P256 | Lustig Dep. Exh. 1 | R, M |
| P257 | N/A | H, R, M |
| P258 | CJI 2460-83 | H, F, R, M |
| P259 | N/A | H, R, M |
| P260 | CJI 3285-87 | F, R, M |
| P261 | CSI 3557 | H, A, F, M |
| P262 | CJI 3331-32 | H, F, M |
| P263 | N/A | R, M |

| EXHIBIT NUMBER. | REFERENCE NUMBER (WHERE AVAILABLE) | OBJECTIONS |
|---|---|---|
| P264 | CJI 3440-41 | H, F, R, M |
| P265 | CJI 3730-31 | F, R, M |
| P266 | CJI 3732-33 | F, R, M |
| P267 | Mann Dep. Exh. 14 | H, A, F, R, M, I |
| P268 | MFA 72 | H, A, F |
| P269 | Fisher Dep. Exh. 3 | H, B |
| P270 | Mann Dep. Exh. 5 | H, A, F, B |
| P271 | CJI 003363 | H, R, M |
| P272 | CSI 11907 | A, F, R, M |
| P273 | CSI 12662 | A, F, R, M |
| P274 | CSI 3796-99 | H, A, F, M |
| P275 | CJI 902-06 | H, M |
| P276 | TSF 462-66 | H, F, R, M |
| P277 | N/A | H, R, M |
| P278 | N/A | H, R, M, F, I |
| P279 | N/A | H, R, M, F, I |
| P280 | N/A | H, R, M, F, I |
| P281 | N/A | H, R, M |
| P282 | CSI 1345-1400 | H, A, F |
| P283 | CJI 3539-41 | R, M |
| P284 | CJI 155 | R, M |
| P285 | CJI 3503-06 | R, M |
| P286 | CJI 3072-74 | R, M |
| P287 | CJI 3075-76 | R, M |
| P288 | CJI 3267 | R, M |
| P289 | CJI 3509 | R, M |
| P290 | CJI 3507-08 | R, M |
| P291 | CJI 3215-18 | R, M |
| P292 | CJI 3268-70 | R, M |
| P293 | CJI 3593-644 | H, F, M, I |
| P294 | CJI 3545-92 | H, F, M, I |
| P295 | CJI 3499-3502 | H, F, M |
| P296 | CJI 3524-28 | H, F, M, I |

| Exhibit Number. | Reference Number (Where Available) | Objections |
|---|---|---|
| P297 | CJI 3519-23 | H, F, M, I |
| P298 | CJI 3510-12 | H, F, M |
| P299 | CJI 3513-15 | H, F, M |
| P300 | CJI 3516-18 | H, F, M |
| P301 | CJI 3715-18 | H, F, M |
| P302 | CJI 3532-38 | H, F, M, I |
| P303 | CJI 3542-44 | H, F, M, I |
| P304 | CJI 3529-31 | H, F, M, I |
| P305 | CJI 3703-14 | H, F, M, I |
| P306 | CJI 3645-3702 | H, F, M, I |
| P307 | CJI 3734-40 | H, F, R, M, I |
| P308 | CJI 3741-46 | H, F, R, M, I |
| P309 | N/A | Shearith Israel reserves its right to object pending receipt or identification of this exhibit |
| P310 | CSI 780 | H, R, M, F |
| P311 | CJI 1979-2347 | H, R, M, F, C |
| P312 | CSI 800 | H, F, M |
| P313 | N/A | Shearith Israel reserves its right to object pending receipt or identification of this exhibit |
| P314 | N/A | Shearith Israel reserves its right to object pending receipt or identification of this exhibit |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2015, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ Louis M. Solomon