**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CONGREGATION JESHUAT ISRAEL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 12-822M |
| | : | |
| CONGREGATION SHEARITH ISRAEL, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT CONGREGATION SHEARITH ISRAEL'S OBJECTIONS AND
COUNTER-DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

Deming E. Sherman (#1138)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
Tel.:  (401) 274-9200
Fax:  (401) 276-6611
E-mail: Deming.Sherman@lockelord.com

Louis M. Solomon (Admitted *Pro Hac Vice*)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281
Tel.:  (212) 504-6600
Fax:  (212) 504-6666
E-mail: Louis.Solomon@cwt.com

*Attorneys for Defendant
Congregation Shearith Israel*

May 18, 2015

Congregation Shearith Israel ("Shearith Israel") submits the following counter-designations and objections to Plaintiff Congregation Jeshuat Israel's ("CJI") deposition designations dated May 11, 2015.  Shearith Israel reserves the right to supplement and/or amend its counter-objections and objections in advance of and during trial.   Shearith Israel reserves the right to object to the use of any deposition testimony at trial regardless of any specific objection asserted herein.  Shearith Israel  reserves the right to object to the use of any deposition testimony  not specifically objected to at this time.  By including an objection herein, Shearith Israel does not waive any other objection and/or the right to withdraw any objection listed herein at any time.

Shearith Israel objects to CJI's deposition designations below based on the following objections and abbreviation key:

| Ground | Abbreviation |
|---|:---:|
| Argumentative | A |
| Asked and Answered | AA |
| Assumes Facts Not in Evidence | AF |
| Beyond the Scope of Expert Assignment | BSE |
| Compound | C |
| Calls for Legal Conclusion | CLC |
| Cumulative | Cu |
| Document Speaks for Itself | D |
| Lack of Foundation | F |
| Form | Fo |
| Hearsay | H |

-3-

| | |
|---|---|
| Hypothetical | Hy |
| Improper Expert Testimony | IEC |
| Incomplete | I |
| Incomprehensible | ICH |
| Leading | L |
| Misstates Witness' Testimony | M |
| Micharacterizes Prior Testiomny | MPT |
| Not Responsive | NR |
| Overbroad | O |
| Privilege | P |
| Lacks Personal Knowledge | PK |
| Relevance | R |
| Speculative | S |
| Unclear | U |
| Vague and Ambigous | V |

## DEPOSITION OF LEONARD C. GROOPMAN, DATED APRIL 30, 2014

| CJI Designations | | CSI Objections |
|---|---|---|
| From | To | |
| 8:3 | 8:25 | |
| 9:8 | 11:18 | |
| 12:6 | 12:12 | |
| 13:10 | 14:24 | R, CLC, PK, S, H, L |
| 15:9 | 15:20 | C, U, V |
| 18:6 | 18:9 | R, PK |
| 18:16 | 18:24 | R, PK |
| 19:25 | 20:5 | I |
| 20:16 | 20:21 | R, I, F, AF |
| 23:16 | 24:17 | L, AF, I, R, PK |
| 25:11 | 26:16 | V, U, R, PK, O, F, Fo |
| 27:10 | 29:12 | R, PK, O, Fo, I, H, U, V |
| 29:24 | 30:4 | C |
| 39:8 | 39:14 | R, CLC, PK, S, AA, O, V |
| 39:19 | 40:16 | R, PK, S |
| 42:12 | 43:2 | R, PK, C, U, AF |
| 48:24 | 49:25 | R, L, MPT |
| 53:4 | 53:14 | R, H, I |

### CSI Counter-Designations

| From | To |
|---|---|
| 50:18 | 50:22 |
| 52:2 | 52:24 |
| 53:25 | 54:7 |

## DEPOSITION OF ZACHARY S. EDINGER, DATED MAY 1, 2014

| CJI DESIGNATIONS | | CSI OBJECTIONS |
|---|---|---|
| FROM | TO | |
| 6:16 | 6:18 | R, F, PK |
| 9:10 | 10:7 | V, U, O, C, R |
| 11:2 | 11:14 | R, I, V, O |
| 16:15 | 16:25 | R, P, O |
| 17:25 | 18:3 | R, P |
| 19:14 | 19:22 | R, P, V |
| 21:25 | 22:5 | R, P |
| 26:4 | 26:6 | O, V |
| 26:13 | 28:2 | O, V, R, S, U, I, AF |
| 28:23 | 30:16 | |
| 35:7 | 35:20 | R, P, F, V, O, U |
| 37:2 | 38:20 | F, D, R, I, P, C, O |
| 39:2 | 39:20 | V, R, F, O |
| 46:2 | 47:3 | V, F, S, R, C, O |
| 48:6 | 48:13 | R, H, P, U, C |
| 53:3 | 53:20 | R, F, PK, O |
| 63:3 | 64:6 | PK, F, O, S, I, Hy |
| 64:19 | 65:3 | CLC, F, PK, S |
| 67:18 | 67:23 | U, V, CLC, AA, S, R, MPT |
| 68:15 | 70:25 | CLC, F, V, AA, PK, S, R, O |
| 71:12 | 71:24 | CLC, U, R, PK, F, V |
| 91:23 | 93:5 | V, U, O, PK, F, AF, S, R, M, MPT |
| 96:16 | 96:18 | PK, F, R, V |
| 96:25 | 97:24 | F, R, PK, M, AF, O, U, V |
| 100:9 | 101:2 | O, V, R, PK, F |
| 108:15 | 109:13 | F, PK, S, U, R |

| CJI DESIGNATIONS | | CSI OBJECTIONS |
| --- | --- | --- |
| FROM | TO | |
| 132:22 | 132:24 | CLC, F, PK, R, V, U, S, D |
| 140:18 | 140:24 | F, V, R |
| 142:19 | 143:6 | R, D, P, H |
| 157:16 | 157:25 | F, PK, I, U |
| 159:15 | 160:22 | S, D, F, CLC, O, AA |
| 164:20 | 165:5 | R, F, PK, U, V, O |
| 167:6 | 167:23 | R, D, P, PK, F, S, O |
| 182:13 | 182:20 | CLC, F, PK, AA, O, V |
| 187:17 | 187:21 | D, F, Fo |
| 193:15 | 193:25 | D, CLC, R, F, PK |
| 198:2 | 198:10 | CLC, F, PK, S, R |
| 226:7 | 228:3 | F, MPT, CLC, C, O, AF, R |
| 237:12 | 238:6 | S, F, CLC, PK, AF, V, C |

**CSI Counter-Designations**

| FROM | TO |
| --- | --- |
| 11:15 | 11:19 |
| 19:5 | 19:10 |
| 19:23 | 19:25 |
| 36:23 | 36:25 |
| 38:21 | 38:25 |
| 48:14 | 49:7 |
| 71:25 | 72:2 |
| 224:6 | 224:15 |
| 228:11 | 228:22 |
| 231:12 | 231:20 |

| FROM | TO |
|---|---|
| 234:18 | 234:24 |

### DEPOSITION OF MICHAEL KATZ, DATED JULY 14, 2014

| CJI DESIGNATIONS | | CSI OBJECTIONS |
|---|---|---|
| FROM | TO | |
| 7:21 | 9:16 | |
| 13:11 | 13:15 | |
| 14:5 | 14:7 | |
| 14:19 | 14:24 | PK, R, U, V, AF |
| 15:7 | 16:12 | O, V |
| 17:13 | 17:23 | AF, F, Fo, L, R, S |
| 18:11 | 19:4 | I, R, V, PK, O |
| 24:8 | 25:11 | C, Fo, L, R |
| 27:11 | 27:23 | F, Fo, R, U, V |
| 28:3 | 28:17 | F, Fo, R, AF |
| 28:23 | 32:7 | R, S, PK, F, Fo, I, AF, C, V, L |
| 34:6 | 34:12 | |
| 37:13 | 38:16 | R, H, S, L, AF, Fo, S, C |
| 41:5 | 42:12 | F, Fo, R, L, AF, AA, H, S, V |
| 47:2 | 47:23 | R, V |
| 48:17 | 48:24 | F, AF, L, Fo |
| 63:2 | 63:7 | I, PK |
| 64:4 | 65:8 | AF, C, F, Fo, L, R |
| 65:18 | 67:9 | R, F, Fo, CLC, PK, AF |
| 68:20 | 69:7 | F, I, R |
| 70:21 | 70:25 | AF, F, Fo, L, R, U |
| 71:21 | 72:17 | H, R, PK |

| CJI DESIGNATIONS | | CSI OBJECTIONS |
|---|---|---|
| FROM | TO | |
| 74:6 | 75:4 | C, H, PK, F, Fo, L, R, S |
| 80:5 | 81:10 | H, I, P |
| 84:12 | 84:18 | AA, R, Fo, L |
| 86:13 | 86:23 | PK, R |
| 90:12 | 91:11 | AF, F, R |
| 91:19 | 92:7 | R, PK, S, H, F, M, L, AF, Fo |
| 92:13 | 92:20 | R, V, O, U, Fo |
| 93:19 | 96:14 | AA, AF, C, F, Fo, R, S |
| 98:3 | 98:10 | P, R |

**CSI Counter-Designations**

| FROM | TO |
|---|---|
| 27:17 | 27:21 |
| 30:2 | 30:3 |
| 69:8 | 69:12 |
| 81:11 | 81:19 |

**DEPOSITION OF RABBI MARC D. ANGEL, DATED JULY 17, 2014**

| CJI DESIGNATIONS | | CSI OBJECTIONS |
|---|---|---|
| FROM | TO | |
| 5:25 | 7:9 | |
| 13:12 | 13:18 | R, V, Fo, O, AF, F |
| 15:7 | 15:17 | R, F, S, I, PK, L |
| 16:6 | 16:8 | R, U, CLC |
| 17:5 | 17:15 | R, F, CLC, PK |
| 19:2 | 19:12 | O, F, R, AF |

| CJI Designations | | CSI Objections |
|---|---|---|
| From | To | |
| 23:11 | 23:16 | F, I, Fo, U, PK |
| 25:5 | 25:23 | R, D, L, A, O |
| 30:11 | 31:13 | R, F, PK, D, U, V |
| 31:17 | 32:20 | R, AF, MPT, S, O, U |
| 36:24 | 38:10 | R, C, O, V, PK |
| 38:15 | 39:9 | D, R, L, O |
| 39:21 | 42:13 | R, S, F, V, I, PK, AF, L, M |
| 51:6 | 51:16 | R, PK, U, V, Fo |
| 52:14 | 53:8 | R, I, F, PK, AF |
| 58:14 | 58:22 | I, R, H, U |
| 65:7 | 65:11 | R, I, H, U, AA |
| 66:14 | 66:19 | I, R, O |
| 70:23 | 71:6 | R, S, I, Hy |
| 77:22 | 77:25 | R, I, L, A, M, MPT, AA |
| 79:17 | 79:21 | R, O |
| 84:2 | 84:4 | R, I, O |
| 87:8 | 88:8 | AA, I, R, PK, O, L, MPT |
| 89:5 | 89:12 | I, R, F, C, L, O, U |
| 92:13 | 92:22 | R, S, PK, Fo, V, C, F |
| 94:8 | 94:11 | R, PK, H, I, F |
| 95:8 | 95:16 | R, I, F, O |
| 106:7 | 106:10 | I, R, L, V |
| 107:24 | 108:3 | L, Fo, R, AF, O, V |
| 109:11 | 109:16 | F, S, R, I, L, Fo |
| 112:12 | 115:4 | LC, AF, F, U, AA, M, PK, D, S |
| 126:10 | 126:12 | V, A, F, I, L, Fo |
| 130:22 | 131:6 | F, PK, R, O, U |

| CJI DESIGNATIONS | | CSI OBJECTIONS |
|---|---|---|
| FROM | TO | |
| 135:8 | 136:4 | I, R, F, S, Hy, M, MPT |

## CSI Counter-Designations

| FROM | TO |
|---|---|
| 14:21 | 14:24 |
| 42:14 | 43:4 |
| 48:21 | 48:22 |
| 52:10 | 52:13 |
| 61:19 | 61:21 |
| 61:25 | 62:3 |
| 63:13 | 63:18 |
| 64:16 | 64:19 |
| 66:20 | 66:23 |
| 67:3 | 67:7 |
| 67:19 | 67:25 |
| 71:15 | 71:17 |
| 71:20 | 71:22 |
| 75:24 | 76:14 |
| 86:18 | 86:25 |
| 105:18 | 105:20 |
| 108:18 | 109:10 |
| 119:14 | 119:25 |
| 129:14 | 129:18 |
| 130:6 | 130:18 |
| 133:18 | 133:24 |
| 134:8 | 134:10 |

| FROM | TO |
|---|---|
| 134:15 | 135:6 |
| 136:5 | 136:10 |

## DEPOSITION OF MICHAEL LUSTIG, DATED JULY 18, 2014

| CJI DESIGNATIONS | | CSI OBJECTIONS |
|---|---|---|
| FROM | TO | |
| 11:21 | 12:9 | |
| 12:19 | 13:25 | F |
| 15:20 | 15:25 | F, U, V |
| 25:21 | 28:2 | AF, CLC, P, U, Fo, L, V |
| 31:10 | 31:13 | |
| 32:2 | 32:4 | |
| 33:12 | 33:21 | D, R, PK, H |
| 38:22 | 39:7 | AF, R, F |
| 40:16 | 42:2 | R, C, M, F, L, Fo, AA, A, U |
| 44:8 | 44:13 | R, PK, F, O |
| 45:11 | 45:17 | R, PK, O |
| 47:19 | 48:21 | R, PK, L, Fo, AA, O, F |
| 57:5 | 57:11 | A, S, R, F |
| 71:24 | 74:14 | AA, CLC, R, PK, AF, F, O |
| 74:19 | 75:12 | R, PK, AF, F |
| 80:2 | 80:10 | AA, V |
| 88:7 | 90:2 | R, S, H, AA, L, Fo |
| 92:18 | 93:17 | R, AF, F |
| 96:13 | 97:2 | R, O, M |
| 99:19 | 101:6 | CLC, AF, R, M, L, Fo, C |
| 118:4 | 119:9 | MPT, CLC, AF, F, R, M |

| CJI Designations | | CSI Objections |
| --- | --- | --- |
| From | To | |
| 121:25 | 122:13 | R, F, U |
| 131:7 | 131:14 | |
| 131:14 | 132:7 | |
| 142:6 | 142:13 | R, M, AF |
| 143:3 | 143:7 | R, C, V, U |
| 143:18 | 144:7 | MPT, M, R, V, U |
| 144:16 | 147:18 | MPT, M, R, D, F, AF, PK |
| 166:21 | 167:18 | MPT, M, R, S, L |

**CSI Counter-Designations**

| From | To |
| --- | --- |
| 38:9 | 38:16 |
| 42:3 | 42:23 |
| 50:7 | 50:24 |
| 80:11 | 80:23 |

## DEPOSITION OF JEANNE SLOANE, DATED SEPTEMBER 19, 2014

| CJI Designations | | CSI Objections |
| --- | --- | --- |
| From | To | |
| 7:24 | 8:11 | |
| 9:21 | 10:10 | |
| 10:25 | 11:14 | PK, R |
| 16:3 | 17:4 | I, AF, NR |
| 42:2 | 42:9 | I, V, O |
| 55:13 | 59:9 | I, AF |
| 64:3 | 66:8 | I, AF, A, S, F |

| CJI Designations | | CSI Objections |
| --- | --- | --- |
| **From** | **To** | |
| 88:17 | 89:4 | I |
| 151:14 | 160:17 | IEC, CLC, R, H, F, I, NR, L, Fo, PK |
| 187:8 | 193:23 | I |
| 195:9 | 195:22 | F, I, R |

## CSI Counter-Designations

| From | To |
| --- | --- |
| 14:22 | 14:25 |
| 69:19 | 69:22 |
| 71:24 | 72:2 |
| 76:18 | 77:4 |
| 93:22 | 94:4 |
| 100:17 | 100:18 |
| 118:6 | 118:8 |
| 128:17 | 129:3 |
| 129:23 | 130:23 |
| 133:22 | 134:11 |
| 180:19 | 180:23 |
| 186:6 | 186:18 |

Shearith Israel objects to the entirety of CJI's designation of the testimony of expert witnesses Dr. Vivian Mann and Professor Linford Fisher as inadmissible hearsay, given that the deponents are independent experts and are not "agents" or persons who are "authorized" to speak on behalf Shearith Israel.  Having chosen not to designate any primary experts of its own, CJI cannot now be permitted to attempt to fill holes in its case in chief by misusing the deposition testimony of Shearith Israel's experts.

Without waiver of this objection and reserving all rights, Shearith Israel submits further objections and counter-designations to CJI's designations of Dr. Mann and Professor Fisher's deposition testimony as follows.  Any counter-designation  is made solely for the purposes of completing the record.

### DEPOSITION OF LINFORD FISHER, DATED DECEMBER 30, 2014

| CJI DESIGNATIONS | | CSI OBJECTIONS |
|---|---|---|
| FROM | TO | |
| 19:25 | 20:6 | AF, F, I, NR, V, U |
| 25:4 | 25:6 | V, U, I |
| 26:12 | 27:3 | I, L, MPT, U, V |
| 114:16 | 114:20 | Fo, L, MPT, I, R, BSE |
| 128:12 | 128:19 | D |
| 162:11 | 162:25 | AA, I, BSE |
| 166:13 | 167:8 | Fo, L, U, MPT, BSE |
| 219:25 | 221:10 | AA, A, Fo, U, V, C |
| 223:22 | 224:6 | I |
| 228:5 | 228:8 | R, S, PK, I |
| 235:14 | 235:17 | L, Fo, D |

**CSI Counter-Designations**

| From | To |
|------|------|
| 20:7 | 20:14 |
| 163:7 | 163:12 |

### DEPOSITION OF DR. VIVIAN MANN, DATED DECEMBER 31, 2014

| CJI Designations | | CSI Objections |
|------|------|------|
| From | To | |
| 6:10 | 6:13 | V, PK, BSE |
| 7:15 | 8:6 | |
| 9:16 | 9:21 | V, D, S |
| 10:8 | 10:11 | LF, PK, S, D |
| 17:5 | 17:18 | V, R, BSE |
| 42:23 | 43:18 | |
| 46:9 | 47:10 | |
| 48:3 | 48:14 | F, V, IEC, I, BSE |
| 49:7 | 49:9 | F, V, IEC, I, BSE |
| 50:19 | 50:21 | I, V |
| 69:18 | 69:22 | D, V, PK, F, BSE |
| 74:11 | 74:18 | F, D |
| 92:18 | 92:25 | V, F, IEC, I, BSE |
| 97:5 | 97:12 | AA, D, V, PK, F, BSE |
| 104:9 | 104:12 | S, F, Fo, Hy, V, BSE |
| 104:24 | 105:14 | F, Fo, IEC, V, BSE |
| 106:16 | 106:20 | S, F, Fo, Hy, V, BSE |
| 107:25 | 108:10 | F, S, Fo, Hy, V, IEC, BSE |
| 110:3 | 110:17 | R, V, F, BSE |
| 139:8 | 141:16 | R, V, BSE |

| CJI DESIGNATIONS | | CSI OBJECTIONS |
|---|---|---|
| FROM | TO | |
| 143:5 | 143:11 | D, I |
| 144:20 | 145:5 | F, R, BSE |
| 150:24 | 151:6 | V, R, AA, BSE |
| 163:9 | 163:15 | V, I, D |
| 202:16 | 202:22 | I, D |
| 212:12 | 212:17 | V, S, I, D |
| 216:6 | 216:17 | V, S, I, D, U |
| 221:10 | 221:14 | AA, D, V, PK, F, BSE |
| 257:21 | 258:5 | V, F, R, BSE |
| 274:8 | 274:13 | V |
| 286:20 | 286:23 | V, F, D, I |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 18th day of May, 2015, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

<u>/s/ Louis M. Solomon</u>