UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CONGREGATION JESHUAT ISRAEL,

Plaintiff,

v.

C.A. NO. 12-822-M (LDA)

CONGREGATION SHEARITH ISRAEL,

Defendant.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned attorneys as follows:

1. The parties shall use their best efforts to provide the Court with a list of specific documents to which they have specific objections on or before June 1, 2015 at Noon.

2. All documents identified on the parties' exhibit lists shall be deemed admitted, except to the extent that a party hereafter provides the other party and the Court with specific objections to specific exhibits in the manner described in paragraph 1.

3. All previously lodged objections to documents not specifically identified under paragraph 1 shall be preserved and shall be deemed to address the weight to be accorded to those documents.

4. In the event that a party at trial seeks to admit any document that it has not previously identified as an exhibit, the other party reserves the right to oppose the admission at the time the document is offered or to reserve any objection and to argue it as a basis for challenging the weight of the document once it has been admitted.

5. A facsimile or electronic copy of this stipulation shall have the same force and effect as the original.

DATED: May 29, 2015

_____
Steven E. Snow (#1774)
PARTRIDGE SNOW & HAHN LLP
40 Westminster Street, Suite 1100
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)
E-mail: ses@psh.com

-and-

Gary P. Naftalis (pro hac vice)
Jonathan M. Wagner (pro hac vice)
Tobias B. Jacoby (pro hac vice)
Daniel Schumeister (pro hac vice)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
(212) 715-8000 (fax)
E-mail: jwagner@kramerlevin.com

*Attorneys for Plaintiff
Congregation Jeshuat Israel*

_____
Deming E. Sherman (#1138)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
E-mail: deming.sherman@lockelord.com

-and-

Louis M. Solomon (pro hac vice)
Jennifer Chiang (pro hac vice)
Yan Grinblat (pro hac vice)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
(212) 504-6600
(212) 504-6666 (fax)
E-mail: louis.solomon@cwt.com

*Attorneys for Defendant
Congregation Shearith Israel*

SO ORDERED:

_____
Hon. John J. McConnell, Jr.