# EXHIBIT B

```
D7p6conc

   1   UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
   2   ------------------------------x

   3   CONGREGATION SHEARITH ISRAEL,

   4              Plaintiff,

   5         v.                                  12 CIV 8406(MGC)

   6   CONGREGATION JESHUAT ISRAEL,

   7              Defendant.

   8   ------------------------------x
                                                 New York, N.Y.
   9                                             July 25, 2013
                                                 11:00 a.m.
  10
       Before:
  11
                       HON. MIRIAM GOLDMAN CEDARBAUM,
  12
                                                 District Judge
  13
                                 APPEARANCES
  14
       CADWALADER, WICKERSHAM & TAFT, LLP
  15        Attorneys for Plaintiffs
       BY:  LOUIS M. SOLOMON
  16

  17   EDWARDS WILDMAN PALMER, LLP
            Attorneys for Plaintiff
  18   BY:  DEMING E. SHERMAN

  19
       KRAMER LEVIN NAFTALIS & FRANKEL, LLP
  20        Attorneys for Defendant
       BY:  GARY P. NAFTALIS
  21        JONATHAN M. WAGNER

  22
       PARTRIDGE SNOW & HAHN, LLP
  23        Attorneys for Defendant
       BY:  STEVEN E. SNOW
  24

  25
```

```
D7p6conc                                                      51
```

|    |                                                                          |
|----|--------------------------------------------------------------------------|
| 1  | Rhode Island.                                                            |
| 2  | MR. NAFTALIS:  The difference there, your Honor, is                      |
| 3  | that is before your Honor.  The fact is that on the transfer             |
| 4  | issue -- I have moved away from your jurisdiction.                       |
| 5  | THE COURT:  Is there any request for relief before me                    |
| 6  | with respect to the ownership of the synagogue itself?                   |
| 7  | MR. NAFTALIS:  Not now.                                                  |
| 8  | MR. SOLOMON:  He has just admitted it, Judge.  We have                   |
| 9  | no interest in evicting the congregants.  We want the                    |
| 10 | congregants.  There is no interest in that.                              |
| 11 | THE COURT:  I don't understand where we're going.                        |
| 12 | What has that got to do with transfer?                                   |
| 13 | MR. NAFTALIS:  Well, that has to do with transfer                        |
| 14 | because, number one, they made allegations in the Rhode Island           |
| 15 | case.                                                                    |
| 16 | THE COURT:  Well, that is their problem and the Rhode                    |
| 17 | Island problem.  That is not an issue before me.                         |
| 18 | MR. NAFTALIS:  Well, the issue before you is since                       |
| 19 | they admit there is jurisdiction there, they have not --                 |
| 20 | THE COURT:  I am not transferring the Rhode Island                       |
| 21 | case.  That is not the question.                                         |
| 22 | MR. NAFTALIS:  Well, the Rhode Island case is going to                   |
| 23 | proceed.                                                                 |
| 24 | THE COURT:  I understand that.                                           |
| 25 | MR. NAFTALIS:  That is what is relevant here.  They                      |