# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

_____

**Congegation Jeshuat Israel**     )
                                 )

           **Vs.**            )       **CA No. 12-822-M**
                                 )

**Congregation Shearith Israel**     )
_____    )

## JUDGMENT

[   ]  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x ]  Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Plaintiff, Congregation Jeshuat Israel, against the Defendant, Congregation Shearith Israel,  pursuant to the Memorandum, Findings of Fact, Conclusions of Law and Order issued on May 16, 2016.**

**The Court finds for the Plaintiff as to Counts I and IV and dismisses Counts II III and V and all of defendant's counterclaims.**

**The request for attorneys' fees and costs is DENIED as to both parties.**

                                 **Enter:**

                                 **/s/ Ryan Jackson**
                                 **Deputy Clerk**

**DATED: May 16, 2016**