UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CONGREGATION JESHUAT ISRAEL,<br>　　Plaintiff,<br><br>v.<br><br>CONGREGATION SHEARITH ISRAEL,<br>　　Defendant. | C.A. No. 12-CV-822-M-LDA |

### ERRATA SHEET

This Court's Memorandum, Findings of Fact, Conclusions of Law, and Order issued on May 16, 2016, is amended as follows:

On page 12, footnote 13, "Jacob Rodrigues Rivera lived for some time in the Caribbean island country of Curacao, where he married, before moving to New York. He was naturalized as a U.S. citizen in 1746 and moved his family to Newport in 1748." is changed to "Jacob Rodrigues Rivera lived for some time in the Caribbean island of Curacao, where he married, before moving to New York. He was naturalized in 1746 and moved his family to Newport in 1748."

IT SO ORDERED:


/s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge

May 24, 2016