# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CONGREGATION JESHUAT ISRAEL, :
                                      :
       Plaintiff,       :
                                      :
      v.                        :     C.A. No. 12-822M
                                      :
CONGREGATION SHEARITH ISRAEL, :
                                      :
       Defendant.    :

## NOTICE OF APPEAL

Notice is hereby given that Congregation Shearith Israel, the defendant/counterclaimant in the above-referenced action, hereby appeals to the United States Court of Appeals for the First Circuit from each and every part of the Memorandum, Findings of Fact, Conclusions of Law, and Order and final judgment entered in this action on May 16, 2016, and from any and all interlocutory, trial, or other rulings in the action.

Respectfully submitted,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611
E-mail: deming.sherman@lockelord.com

/s/ Louis M. Solomon
Louis M. Solomon (Admitted *Pro Hac Vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 801-6500
Fax: (212) 801-6400
E-mail: lsolomon@gtlaw.com
*Attorneys for Defendant/Counterclaimant Congregation Shearith Israel*

June 14, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June, 2016, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ Louis M. Solomon