# United States Court of Appeals
## For the First Circuit

No. 16-1756

CONGREGATION JESHUAT ISRAEL

Plaintiff - Appellee

v.

CONGREGATION SHEARITH ISRAEL

Defendant - Appellant

**MANDATE**

Entered: June 15, 2018

In accordance with the judgment of August 2, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Rachel Busick
John F. Farraher Jr.
Krystle Guillory Tadesse
Tobias Jacoby
Gary Naftalis
Eric C. Rassbach
Nancy Lauren Savitt
Daniel P. Schumeister
Deming E. Sherman
Adam J. Sholes
Steven Earle Snow
Louis Mark Solomon
Colin A. Underwood
Diana Verm
Jonathan Mark Wagner
Chrisanne E. Wyrzykowski