## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Congregation Jeshuat Israel** ) | |
| ) | |
| Vs. ) | CA No 12-822-JJM |
| ) | |
| **Congregation Shearith Israel** ) | |

## **JUDGMENT**

**[ ]** Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ ]** Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Upon remand of this matter from the United State's Court of Appeals and pursuant to the Opinion entered on August 3, 2017, the Judgment of this Court entered on May 16, 2016 is hereby reversed.**

                                 **Enter:**

                                 **/s/ Barbara Barletta**
                                 **Deputy Clerk**

**DATED: June 18, 2018**