**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CONGREGATION JESHUAT ISRAEL,
    Plaintiff,

        v.                                          CA 12-822-JJM-LDA

CONGREGATION SHEARITH ISRAEL,
    Defendants.

**ORDER**

All of the judges in the District of Rhode Island hereby recuse themselves from participating in this case.  Accordingly, this case shall be referred to the District of New Hampshire for assignment to a judge in that District, sitting by designation.

The recusal of all of the judges of this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f).  I therefore concur in the assignment of a Magistrate Judge from the District of New Hampshire to perform the duties specified in 28 U.S.C. § 636(a) - ( c) for the duration of the case.

SO ORDERED:

_____
William E. Smith
Chief U.S. District Judge

Date: June 21st, 2018

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CONGREGATION JESHUAT ISRAEL,
    Plaintiff,

        v.                                    CA 12-822-JJM-LDA

CONGREGATION SHEARITH ISRAEL,
    Defendants.

**CONCURRING ORDER**

    I concur that _____, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

    I further concur that an emergency exists as specified above and that for the duration of this case that Magistrate Judge _____ is assigned to perform such duties under 28 U.S.C. §636(a) - (c) as may be assigned to him/her by the District Judge to whom this case is assigned.

Date: _____     _____
                                          Chief United States District Judge,
                                          Assignee District