```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF RHODE ISLAND
```

Congregation Jeshuat Isarel

    v.                                        Case No.12-822

Congregation Shearith Israel

<u>ORDER</u>

This case has been referred to the United States District Court for the District of New Hampshire, sitting by designation.

The United States District Court for the District of Rhode Island retains jurisdiction over this case and will ultimately enter final judgment. All original motions, pleadings, and other documents shall continue to be filed with the Clerk, District of Rhode Island in accordance with that district's case filing rules. Absent a court order to the contrary, no courtesy copies need be filed in the District of New Hampshire.

SO ORDERED.

                                        <u>/s/ Joseph N. Laplante</u>
                                        Joseph N. Laplante
                                        Chief United States District Judge
                                        District of New Hampshire

Date: June 21, 2018

cc:   All Counsel of Records
      Original order to Clerk, U.S. District Court, Rhode Island