Deming E. Sherman, Esq.
2800 Financial Plaza
Providence, RI 02903
401-529-2303

June 19, 2018

Barbara Barletta, Deputy Clerk
United States District Court
1 Exchange Terrace
Providence, RI 02903

Re: Congregation Jeshuat Israel v. Congregation Shearith Israel
C. A. No. 12-822-JJM

Dear Barbara:

Yesterday we received the Judgment you entered in this case following the Mandate issued by the First Circuit. With all due respect, we do not think the Judgment fully reflects the Opinion of the First Circuit as set forth on pages 20-21 of the slip Opinion. Accordingly, we submit herewith an Amended Judgment that we believe more appropriately reflects the conclusions of the First Circuit and request that you enter it.

Thank you for your consideration.

Very truly yours,

Deming E. Sherman

Enclosure

cc Counsel of record w/enclosure