

# PARTRIDGE SNOW & HAHN LLP

Steven E. Snow
(401) 861-8215
ses@psh.com

June 20, 2018

**VIA E-MAIL**

Re: Congregation Jeshuat Israel v. Congregatin Shearith Israel, C.A. No 12-822-JJM

Dear Barbara:

On behalf of Congregation Jeshuat Israel, we respectfully oppose the June 19, 2018 letter request of Congregation Shearith Israel to amend the judgment entered June 18, 2018. Even putting aside questions about the procedure by which Shearith Israel has made its request, Shearith Israel's proposed amendment does not address statements the First Circuit panel made on June 7, 2018 in connection with Jeshuat Israel's rehearing petition. There is no need to change the June 18 judgment, which lets the Court of Appeals rulings speak for themselves.

Sincerely,

Steven E. Snow

SES
cc: gnaftalis@KRAMERLEVIN.com; jwagner@KRAMERLEVIN.com;
TJacoby@KRAMERLEVIN.com;
Lsolomon@reedsmith.com;
deming.sherman@gmail.com; NSavitt@reedsmith.com