UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CONGREGATION JESHUAT ISRAEL,

Plaintiff,

v.

CONGREGATION SHEARITH ISRAEL,

Defendant.

Case No. 1:12-cv-00822-LM-AKJ

## STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE CONCERNING CONGREGATION SHEARITH ISRAEL'S MOTION FOR COSTS AND FEES

WHEREAS Congregation Jeshuat Israel has stated its intention to file a petition for certiorari with the United States Supreme Court;

WHEREAS the parties believe that it is efficient and economical to extend the time for Congregation Shearith Israel to apply for costs and fees and for Congregation Jeshuat Israel to respond to any such application until after Congregation Jeshuat Israel's petition for certiorari has been resolved;

NOW THEREFORE, upon the Court's finding of good cause shown, it is hereby stipulated and agreed as follows:

1. Congregation Shearith Israel's time to apply for costs and fees is extended to and including twenty-one (21) days after, as the case may be: (i) Congregation Jeshuat Israel's time to petition for certiorari expires, if no petition is filed; (ii) the Supreme Court's denial of Congregation Jeshuat Israel's petition for certiorari; or (iii) if Congregation Jeshuat Israel's petition for certiorari is granted, the Supreme Court's final decision.

2. Congregation Jeshuat Israel's response or opposition to any application by Congregation Shearith Israel for costs and fees shall be due twenty-one (21) days after such application is made.

| | |
|---|---|
| /s/ Steven E. Snow | /s/ Deming E. Sherman |
| Steven E. Snow (#1774) | Deming E. Sherman (#1138) |
| PARTRIDGE SNOW & HAHN LLP | 2800 Financial Plaza |
| 40 Westminster Street, Suite 1100 | Providence, RI 02903 |
| Providence, RI 02903 | (401) 276-6443, (401) 529-2303 |
| (401) 861-8200 | (401) 276-6611 (fax) |
| (401) 861-8210 (fax) | E-mail: deming.sherman@gmail.com |
| E-mail: ses@psh.com | |
| -and- | -and- |
| Gary P. Naftalis (pro hac vice) | Louis M. Solomon (pro hac vice) |
| Jonathan M. Wagner (pro hac vice) | REED SMITH LLP |
| Tobias B. Jacoby (pro hac vice) | 599 Lexington Avenue |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | New York, NY 10022 |
| 1177 Avenue of the Americas | (212) 549-0400 |
| New York, NY 10036 | (212) 521-5450 (fax) |
| (212) 715-9100 | E-mail: LSolomon@reedsmith.com |
| (212) 715-8000 (fax) | |
| E-mail: jwagner@kramerlevin.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Congregation Jeshuat Israel* | *Congregation Shearith Israel* |

.

June 27, 2018

**SO ORDERED:**

## CERTIFICATE OF SERVICE

   I hereby certify that on the 27th day of June, 2018, the foregoing document has been filed electronically through the Rhode Island ECF system, is available for viewing and downloading, and will be sent electronically to the counsel who are registered participants identified on the Notice of Electronic Filing.

                /s/ Steven E. Snow